IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY CO., INC., Plaintiff, | ) | |
| v. | ) | No. 03-289C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Alan J. Lo Re, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0277 or (703) 604-7941
Fax: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: May 20, 2003

s/Alan J. Lo Re

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division