**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| United Medical Supply Company, Inc. Plaintiff, | ) | |
| v. | ) | No. 03-289C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests that the Court grant defendant an enlargement of time of 31 days, to and including June, 23, 2003, within which to file a response to plaintiff's complaint in the above-captioned case. Defendant's response is currently due May 23, 2003. This is defendant's first request for an enlargement of time. Despite several attempts, counsel for defendant has been unable to contact counsel for plaintiff to ascertain whether plaintiff opposes this motion.

This motion is necessary because counsel for defendant was assigned this case on May 12, 2003, and is still in the process of conferring with agency counsel and co-counsel within the Department of Justice regarding our response to plaintiff's complaint. In addition, since this is the first case designated by the Court as an electronic case in the Court's case management/electronic case filing ("CM/ECF") system to which counsel for defendant has been assigned, he was required to receive special training upon the system and was unable to file

his Notice of Appearance in the case until May 20, 2003.

Further, counsel for defendant is currently preparing a Brief in Opposition to a Petition for Writ of Certiorari due in early June in Favreau et al v. United States, Sup. Ct. 02-1466; a response brief due on June 2, 2003, in Ortiz v. United States, Fed. Cir. 03-7089; and, is performing ongoing assignments in McDonnell Douglas v. United States, Fed. Cl. 91-1204.

An enlargement of 31 days to including June 23, 2003, to respond to plaintiff's complaint will allow counsel for defendant sufficient time to confer with agency counsel and co-counsel and prepare a thorough response to the complaint.

Accordingly, for these reasons, the United States respectfully requests that the Court grant defendant's motion for an enlargement of time.

Respectfully submitted,

ROBERT D. McCALLUM, Jr.
Assistant Attorney General
Civil Division

s/David M. Cohen
DAVID M. COHEN
Director

s/Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0226
Facsimile: (202) 514-8624

Attorneys for Defendant

May 20, 2003