# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE COURT:

Plaintiff United Medical Supply Company, Inc., Plaintiff, electronically filed its original motion on August 15, 2003 and separately filed its brief and, while separately filing each referenced appendix, was advised by the Clerk to file all documents together as one document with attachments and to file a motion for leave to do so. Accordingly, Plaintiff moves for leave to file the attached amended motion for summary judgment.

## CERTIFICATE OF CONFERENCE

**Counsel of record for the Government is on vacation and cannot be reached. Today is Plaintiff's agreed deadline to file its motion. Accordingly, this motion is filed without conference.**

Signed August 15, 2003.

Respectfully submitted,

/s/ Frank L. Broyles
Frank L. Broyles
State Bar No. 03230500
Goins, Underkofler, Crawford
& Langdon, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

On August 15, 2003 the foregoing motion for extension was served on the persons shown below by the method shown below in accordance with rule 5.1.

/s/ Frank L. Broyles

**PERSONS SERVED:**

Ms. E. Kathleen Shahan
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875

Method Served: email for motion for leave and referenced amended motion for summary judgment and brief; Appendices served by mailing copy of CD Rom.

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530

Method Served: email for motion for leave and referenced amended motion for summary judgment and brief; Appendices served by mailing copy of CD Rom.