**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | CASE NO: 03-CV-289<br><br>Judge Allegra |

**PLAINTIFF'S FIRST AMENDED MOTION FOR SUMMARY JUDGMENT UNDER RULE 56**

TO THE HONORABLE COURT:

United Medical Supply Company, Inc., Plaintiff, pursuant to Rule 56 moves this Court for judgment against Defendant the United States for breach of contract, Contract Number SP0200-97-D-7133, and would show the Court as follows:

1. The United States and Plaintiff entered into a "requirements" contract which provided that the United States would purchase all of its requirements for certain types of medical supplies from Plaintiff.
2. The United States, in breach of the requirements contract, purchased the majority of its "requirements" from third parties.
3. These diverted purchases caused damages to Plaintiff.
4. The Government purchased and obtained supplies from Plaintiff for which it has not paid.
5. Demand has been made on the United States for payment, but payment has not been made.

6. The Government also breached the contract by failing to timely pay Plaintiff for goods it ordered and received, ultimately resulting in Plaintiff's failure as a going concern, and, under the circumstances of this case, the Government is liable for Plaintiff's lost goodwill and reputation.
7. The elements of Plaintiff's breach of contract claim are: (1) breach by the Government; (2) performance by Plaintiff with the material terms of the contract or excuse of such performance; (3) resulting damages to Plaintiff.
8. As shown in the brief filed with this Motion, there are no genuine issues of material fact with respect to each of the breach of contract elements and the minumum damages suffered by Plaintiff.
9. To the extent that Plaintiff believes a portion of its damages cannot be established with summary judgment proof, it waives those portions for purposes of this motion only, and only in the event that this Court grants this Motion and that the judgment eventually becomes a final judgment against the United States not subject to further appeal.
10. The granting of this motion would be dispositive of all issues in the lawsuit and the judgment would be a final order.

Accordingly, Plaintiff requests that the Court enter final judgment in favor of Plaintiff United Medical Supply Company, Inc. against the United States in accordance with Plaintiff's brief filed in support of this motion.

Signed August 15, 2003.

Respectfully submitted,

/s/ Frank L. Broyles

Frank L. Broyles
State Bar No. 03230500
Goins, Underkofler, Crawford
& Langdon, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

On August 15, 2003 the foregoing motion for extension was served on the persons shown below by the method shown below in accordance with rule 5.1.

/s/ Frank L. Broyles

**PERSONS SERVED:**

Ms. E. Kathleen Shahan
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875

Method Served: email for motion and brief; Appendices served by mailing copy of CD Rom.

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530

Method Served: email for motion and brief; Appendices served by mailing copy of CD Rom.