## SECTION C

## STATEMENT OF WORK (Continued)

m. If contractor-owned equipment is furnished, emergency service and repair calls shall be made on an unlimited basis at no additional cost to the Government. Upon receipt of notice that any part of the contractor-owned equipment is not functioning properly, the contractor shall, within 24 hours after notification by the Government, furnish a qualified representative to inspect the equipment and perform all repairs and adjustments necessary to restore the equipment to normal and efficient operating condition. If repair is not feasible, contractor shall provide replacement. By either repair or replacement, the participating medical facility shall not be without an on-line order entry system for more than 48 hours.

Contractor shall not be responsible for any repairs or replacement parts necessitated by neglect of Government employees, such as improper application, maintenance, or alteration, or by factors external to the equipment such as deficiencies in air conditioning, humidity control or electrical power. Repairs necessitated by abuse, neglect, vandalism, Acts of God shall be performed under separate purchase order issued by the participating facilities and shall not be performed under this contract.

n. The prices cited in the contractor's electronic on-line "price and product" catalog shall represent the "delivered" price for each product. Only a product's delivered price shall be cited. A product's delivered price shall be computed as follows:

(i) the price of the product itself, as negotiated and published in a DPSC DAPA or IDTC, plus
(ii) the Prime Vendor's distribution fee, plus
(iii) the applicable DPSC administrative fee.

| | | |
|---|---|---|
| Example: | Product Price | $20.00 |
| | Distribution Fee (5.0%) | + 1.00 |
| | Subtotal | $21.00 |
| | DPSC Administrative Fee (1.0%) | + .21 |
| | Delivered Price | $21.21 |

The DPSC Administrative Fee is applied to the subtotal which consists of the product price plus the contractor's distribution fee. At the time of award, the Government will furnish the contractor all current product and pricing information appearing on a DPSC DAPA or IDTC and the current DPSC administrative fee. The DPSC administrative fee shall be subject to change, normally on 1 October of each year the contract is in effect.

o. Reporting Requirements - The contractor shall provide the following reports:

(1) Provide its standard monthly, quarterly, and annual report packages to each participating medical facility. Any report provided to the participating medical facility which lists pricing shall cite the "delivered" price as set forth in this statement of work. The reports must be furnished no later than 15 calendar days following the end of the reporting period, and

SECTION C

STATEMENT OF WORK (Continued)

(2) Provide within 15 calendar days following the end of each quarter, the following information in ASCII Single Density Format (SDF) on 3 1/2" or 5 1/4" double-sided, high density diskettes. The data will be required for each facility covered under the contract. The information will be provided to: Contracting Officer, Prime Vendor Team, Defense Personnel Support Center, Directorate of Medical Materiel, Hospital Branch, 2800 So. 20th St., Phila., PA 19145, ATTN: DPSC-MPH MEDICAL/SURGICAL PRIME VENDOR TEAM. The information on the diskettes will be in the following format:

| Position | Description | Example |
|---|---|---|
| 01-06 | DoD Activity Address Code | W7PE78 |
| 07-25 | Part Number | A-074636-12 |
| 26-46 | Item Description | Bandage |
| 47-62 | Size | 11 x 2 |
| 63-69 | Package Size or Order Unit | 12 or 1000 |
| 70-77 | Unit Price | 524.32 |
| 78-89 | Total Units Purchased | 12 |
| 91-99 | Costs of Units Purchased | 6291.84 |
| 100-112 | DAPA/IDTC number | DLA120-9X-X-XXXX |
| 111-123 | Prime Vendor Contract # | DLA120-94-D-XXXX |

(3) Monthly Fill-Rate - In accordance with the fill-rate formula cited in this SOW, the contractor shall furnish a monthly report to the DPSC contracting officer indicating the fill-rate percentage for each participating facility and a summary fill-rate covering all participating facilities. A copy of the individual facility's monthly fill-rate report shall also be furnished to the applicable facility. The report shall include for each activity the total number of lines ordered, the total number of lines completely filled, the total number of lines completely unfilled, the total number of lines partially filled, the total number of backordered lines and the calculated fill-rate. The reports shall be received by the DPSC contracting officer and individual facilities no later than 5 business days after the last day of the month being reported.

p. Electronically submit an invoice for each delivery order to the payment office cited in the contract in accordance with the American National Standards Institute (ANSI) X12 Standards, 810 transaction set. The Government requires that all electronic invoices be transmitted through a third-party network commonly known as a Value-Added Network (VAN). Each trading partner (Prime Vendor and Government) shall be responsible for the costs of its third-party network.

Only one electronic invoice shall be submitted per delivery order. The total dollar value cited on an invoice shall be based solely on the product prices, as cited in a DPSC DAPA or IDTC, plus the contractor's distribution fee. The ordering office's assigned delivery order number consisting of 17 alpha/numeric characters, e.g. DLA12093D7012B007, shall be cited in its entirety on the electronic invoice.

## SECTION C

## STATEMENT OF WORK (Continued)

Payment will be made 15 days after receipt of a valid invoice or supplies, whichever is later. Payment will be made via electronic funds transfer (EFT) to the contractor's financial institution unless the contractor requests payment via check.

q. Implement, within two years of contract award, ANSI X12 standards for electronic data interchange (EDI) for all other required business documents set forth in the statement of work i.e. orders, order confirmation/exception, price and product catalog. Each trading partner (Prime Vendor and Government) shall be responsible for the costs of its third-party network.

r. Provide only dated/shelf life products bearing an expiration date/shelf life with at least 6 months remaining upon delivery to the Government. For those products which have an initial expiration/shelf life of 6 months or less provide at least 75% of the dating. shelf life

s. Preservation, Packaging, and Packing: Unless otherwise specified, preservation, packaging, and packing shall be to a degree of protection to preclude damage to containers and/or contents thereof under normal shipping conditions and handling and which conforms to normal commercial practices, and applicable carrier regulations involving shipment from the contractor to the receiving activity for storage and reshipment from the receiving activity. Shipping container shall be in compliance with National Motor Freight Classification and Uniform Freight Classification. Commercial marking not interfering with the clarity or positioning of required markings on containers need not be obliterated.

t. Provide product recall notification regardless of level to each participating facility and the DPSC Medical Quality Assurance Division 2800 South 20th Street, Philadelphia, PA 19145, Attn: DPSC-MQ within 2 days of notification from the manufacturer or its supplier.

u. Accept returns under the following conditions for replacement, if the ordering activity still requires the product(s):

(1) products were shipped in error;
(2) products were damaged in shipment;
(3) products with concealed shipping damages;
(4) products which are recalled (The contractor shall be responsible for handling all recalled products except when the manufacturer's policy states otherwise. If a direct recall is issued, the contractor shall forward the manufacturer's disposition instructions to the activity and the contracting officer);
(5) products which do not meet the expiration/shelf life dating requirements of the contract unless otherwise authorized by the Contracting Officer or ordering activity.

The contractor shall issue an "open credit" covering any returned material. The "open credit" shall be able to be utilized for any subsequent order.

SECTION C

STATEMENT OF WORK (Continued)

v. Deliver all biohazardous drugs, pharmaceuticals, and chemicals in a separate container marked as a biohazard.

w. The Prime Vendor will obtain Material Safety Data Sheets (MSDS's) and Hazard Warning Labels (HWL's) (when 29 CFR 1910-1200 applies) from suppliers upon receipt of applicable items. All MSDS's obtained will be provided to the contracting officer or the ordering activities upon request. As a minimum, the prime vendor will furnish the medical facilities with all applicable MSDS's upon initial delivery of covered items. The prime vendor will also be responsible to maintain all MSDS's and HWL's (when 29 CFR 1910-1200 applies) on file from suppliers providing hazardous material. The prime vendor shall also assure that all hazardous material is labeled correctly.

Hazardous Material includes any material defined as hazardous under the latest version of Federal Standard 313. MSDS's must meet the requirements of 29 CFR 1910-1200 (g) and the latest version of Fed-Std-313.

Labeling shall be in accordance with one of the following, depending on the item:

(1) Federal Insecticide, Fungicide, and Rodenticide Act

(2) Federal Food, Drug, and Cosmetics Act

(3) Consumer Product Safety Act

(4) Federal Hazardous Substances Act

(5) Federal Alcohol Administration Act, or if the material is not subject to one of the above acts, the

(6) Hazard Communication Standard 29 CFR 1910-1200.

x. Packing List: A packing list/slip shall be enclosed with each shipment to indicate contractor, delivery order number, date of order, itemized list of supplies included in the shipment, quantity, ordered items shipped, and delivered price.

To assure that all receiving activities can properly identify items requiring special handling and storage, the contractor shall annotate its packing list with the following notation: "REQUIRES SPECIAL HANDLING AND/OR STORAGE." Examples of the special handling and storage statements include the following: "STORE BETWEEN 2 degrees - 8 degrees C (35 degrees - 46 degrees F)"; "KEEP FROZEN"; "FLAMMABLE".

Limited unrefrigerated medical material shall indicate the maximum remaining allowable time that the material can remain unrefrigerated at the time of delivery to the receiving activity.

SECTION C

STATEMENT OF WORK (Continued)

To assure that all Controlled Substances can be properly identified by the receiving activities the contractor shall annotate the following statement on its packing list for those orders which require Controlled Substances:

"CONTROLLED SUBSTANCE REQUIRES ________*________ STORAGE."

* Contractor will enter the words "VAULT" or "LIMITED ACCESS". In accordance with federal regulations, these drugs are identified by a distinctive Controlled Substance Schedule Symbol. This symbol appears only on the immediate container or carton. "VAULT" is to be used for items bearing Symbol C-II, "LIMITED ACCESS" is to be used for items bearing Symbol C-III, C-IV or C-V. Use of the word "narcotics" on shipping containers or packing slip is prohibited.

y. Notify each ordering office of any manufacturer backordered item which its usage reports indicate it orders.

z. Provide a substitute or different brand or generic product for the specified product ordered only with permission from the Contracting Officer or ordering activity.

aa. A contractor's representative shall make a minimum of one scheduled sales visit per month to each participating facility to discuss customer satisfaction. Additional visits may be requested at the discretion of the Contracting Officer or ordering activity.

(End of Statement of Work)

Special Notes

Failure to perform in accordance with the terms of the contract (including fill-rate) may be cause for default in accordance with the Termination For Default clause of the contract.

Inspection and Acceptance: Government inspection and acceptance of all supplies will be performed at the receiving medical facility by an authorized Government representative. Rejected goods will be held subject to contractor's order for not more than 15 days, after which the rejected merchandise will be returned to the contractor's address at his/her expense. Expenses incident to the examination and testing of materials or supplies which have been rejected will be charged to the contractor's account.

THE REQUIREMENTS DESCRIBED IN THE ABOVE CITED STATEMENT OF WORK REPRESENT THE MINIMUM NEEDS OF THE GOVERNMENT. OFFERORS MAY SUBMIT PROPOSALS THAT EXCEED THE ABOVE CITED MINIMUM REQUIREMENTS. SELECTION OF THE PRIME VENDOR WILL BE MADE BASED ON THE OFFER WHICH DEMONSTRATES THE HIGHEST PROBABILITY OF SUCCESSFUL PERFORMANCE AT A REASONABLE, REALISTIC PRICE WHERE TECHNICAL QUALITY IS MORE IMPORTANT THAN PRICE (SEE CLAUSE 52.215-9P19).