To: Wellens, Bud
Subject: FW: Mercator Translator Impact on EDI Process

-----Original Message-----
From: Allen, George
Sent: Wednesday, June 30, 1999 4:50 PM
To: 'bob_chamberlin@hq.dla.mil'; 'carla_vonbernewitz@hq.dla.mil';
mae_devincentis@hq.dla.mil
Cc: John Boyle; Phil, Col Liller; Rose Marie Badame; sbird@dscp.dla.mil;
dmongeon@dscp.dla.mil
Subject: Mercator Translator Impact on EDI Process

Sir,
As you can see by Sally's note below, we cannot seem to get to a point where we can come to closure on the Mercator translator. I have asked the staff to document the myriad problems, and what should have could have been done, but the bottom line is we will not meet the current deadline and I cannot give you a better one at this point. I had expected our staff here to provide you with specific data based on our conversation before I went on leave, and that did not occur. I will have a detailed brief to present to you at or before your weekly update on July 8, at which time we MIGHT be able to pick a better date.

-----Original Message-----
From: Bird, Sara
Sent: Wednesday, June 30, 1999 4:04 PM
To: Allen, George; Boyle, John; Badame, Rose Marie; Liller, Phil Col
Subject: Translator Impact on EDI Process

George, Jack, Phil and Ro,
I don't want to throw gasoline on what is already the most vexing problem to strike our prime vendor, ECAT and EDI programs but Ted's memo below is just the tip of an iceberg. We are not paying our vendors and it has affected some small businesses and 8a contractors. If we have been minimizing this issue with HQS DLA, now is the time to 'fess up and cry for help. Carla VonBerniwitz and ADM Chamberlin need to know how much trouble we're in. They might be very angry but I doubt they would insist on the mid-July deadline. Can we explore paying the invoices with our credit card or is that even harder than what we're doing? Sally

> -----Original Message-----
> From: Simpson, John
> Sent: Tuesday, June 29, 1999 8:46 PM
> To: Brukiewa, Ted
> Cc: Coyne, Brian; DiNicola, Donald; Wellens, Bud; Pera, Madeline;
> Garvin, Kathleen; Minnick, Robert LTC; Perez, Joseph; Dabrowski, Chester;
> McCarthy, Thomas; Dawley, Regina
> Subject: RE: Impact on EDI Process
>
> Ted and others: I'm as frustrated as you. My folks are trying real hard
> to work the issues but we just can't seem to get our heads above water.
> I've repeatedly asked for TSI support and it takes a while for us to get
> it. Once we get it, they come in and fix the issues and then leave.



DSCP-PV-5129