# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 96

2. AMENDMENT/MODIFICATION NO.: 0008

3. EFFECTIVE DATE: 4 DEC 1995

4. REQUISITION/PURCHASE REQ. NO.: N/A

5. PROJECT NO. *(If applicable)*

6. ISSUED BY — CODE: SP0200

DEFENSE PERSONNEL SUPPORT CENTER
DPSC-MSBAC
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19101
ATTN: Theresa Rucci, 215-737-2465

7. ADMINISTERED BY *(If other than Item 6)* — CODE

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

United Medical Supply Company, Inc.
5117 Northeast Parkway
Fort Worth, Tarrant County, Texas 76106

CODE — FACILITY CODE

(✓) X 9A. AMENDMENT OF SOLICITATION NO.: DLA120-93-R-0587

9B. DATED *(SEE ITEM 11)*: 11 August 1993

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

SEE ATTACHED PAGES

DOD contract file

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*: Joe W. Smith, Jr., Executive Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*: ROGER DIXON, CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR: [signature] *(Signature of person authorized to sign)*

15C. DATE SIGNED: 1/15/96

16B. UNITED STATES OF AMERICA BY ________ *(Signature of Contracting Officer)*

16C. DATE SIGNED

DLA12043-R 0587

Page 2

*****NOTICE TO OFFERORS*****

This amendment is being issued in order to incorporate the substantial changes made to the Prime Vendor (Medical/Surgical) Program as a result of changing customer needs and changes in the technical requirements of the program. These changes are necessary in order to make this contract's requirements similar in nature to the other Prime Vendor(Medical/Surgical) contracts for the other regions so as to insure uniformity of products and services for all of the customers in the program.

AMENDMENT OF SOLICITATION DLA120-93-R-0587
AMENDMENT 0008

1. Pages 1-88 of solicitation DLA120-93-R-0587 dated 11 August 1993, and amendments 0001-0007 (including the undated version of amendment 0001) are hereby deleted and replaced with amendment 0008 dated 4 December 1995.

2. Please refer to pages 92 thru 95. All Naval facilities will require one order entry package. All Army facilities will require as a minimum two order entry sites. Additional site locations will be provided after contract award.

3. The closing date is hereby extended to 3:00 PM, local time, 17 January 1996. All responses must be received by the above cited time and date and are subject to the late submission, modifications, and withdrawal of proposals or quotation provision of the solicitation. February 28, 96

4. Facsimile proposals are acceptable; FAR 52.215-18 ``Facsimile Proposals'' is hereby incorporated into this solicitation. Facsimile numbers 215-737-9300/9301/9302 or 9303 apply.

5. Upon acknowledgment of this amendment, the offeror agrees that its offer, as it may have been amended or submitted, may be accepted within the same number of calendar days after the revised closing date as were specified for acceptance of the initial offer.

Address all mailed responses to the following address:

DEFENSE PERSONNEL SUPPORT CENTER
OFFER DEPOSITORY
BLDG 12, 1ST FLOOR, WING E
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145

## GENERAL INFORMATION FOR OFFERORS

The Defense Personnel Support Center (DPSC), Directorate of Medical Materiel is establishing a "Prime Vendor" program for brand name specific and generic medical supplies. A "Prime Vendor" is a business concern that functions as a purchaser's primary source for specified classes of products. A prime vendor is responsible for the delivery of goods produced by various suppliers to the customer upon order.

DPSC Medical is selecting regional prime vendors for brand name specific and generic medical supplies broadly covering medical/surgical and pharmaceutical products. Presently, these items are purchased locally by the military medical facilities. Each prime vendor will be the primary supplier of one of the designated product groupings for member hospitals in a given geographic region. Under this program, the prime vendors chosen by DPSC will furnish the participating ordering facilities with the majority of their normal day-to-day requirements for brand name specific and generic medical supplies.

DPSC Medical will establish approximately 21 regions covering the United States, Europe, and Pacific. There will be two prime vendors per region - one for medical/surgical items and one for pharmaceuticals. Each Prime Vendor will be responsible for supplying <u>all</u> of the medical items that are listed on Distribution and Pricing Agreements (see below) ordered by the participating ordering facilities in the specific region. Duplicate items appearing on multiple DAPAs must be available through the Prime Vendor.

As part of the program, we are establishing "Distribution and Pricing Agreements" (DAPA's) with medical/surgical and pharmaceutical product manufacturers. Under a DAPA, the agreement holder consents to allow prime vendors selected by DPSC Medical to distribute its products to participating ordering facilities and agrees that the prime vendor will be charged no more that the prices set forth in the agreement. Orders will not be directly placed against the DAPA's; they are being used only to establish pricing and to obtain the right for our prime vendors to distribute an agreement holder's products. The DAPA's will be used to facilitate "charge-back" arrangements between the agreement holders and DPSC Medical's prime vendors. It is the responsibility of the prime vendor to use the DAPA holders as its source of supply. The specific sources of supply (DAPA Holder) for any item is determined by the ordering facility at the time an order is placed. It is the responsibility if the Prime Vendor to establish the necessary "charge-back" arrangements with the DAPA holders. DPSC may also issue Indefinite Delivery Type Contracts (IDTC's) for specific products to be distributed by the Prime Vendor. The Prime Vendor will be required to obtain these specific products from the listed sources. The price charged by the prime to the ordering activities will not exceed that cited in the IDTC plus the offeror's negotiated distribution fee.

At the time of award of each Prime Vendor contract, DPSC will provide the selected Prime Vendor a copy of all DAPA's and IDTC's either electronically or in a paper format.

<u>NOTE</u>: THIS SOLICITATION WILL RESULT IN THE SELECTION OF A MEDICAL/SURGICAL PRODUCTS PRIME VENDOR FOR THE <u>LONE STAR REGION</u> (TEXAS/OKLAHOMA/NEW MEXICO) - see Attachment <u>III</u>.

**CAUTION NOTICE**

This is a Source Selection Acquisition:

Award will be based on factors other than cost or price alone. Evaluation factors for award are contained in DPSC Clause 52.215-9P19 "EVALUATION FACTORS FOR AWARD".

Source evaluation and selection procedures are contained in DPSC Clause 52.215-9P20 "SOURCE EVALUATION AND SELECTION PROCEDURES".

2. DPSC Clause 52.215-9P12 should be reviewed carefully prior to commencing preparation of your proposal. Proposals which do not provide the required information in the prescribed format as cited in DPSC Clause 52.215-9P12 may be excluded from further consideration. <u>Technical proposals must be devoid of all discussions or reference to price</u>.

<u>NOTE</u>: Technical evaluation factors 6 & 7, Socioeconomic considerations and Small and Small Disadvantaged Entrepreneurial Enhancement Development (SEED) Program, must be submitted with the Business Proposal.

3. Subcontracting plans (Reference Clause 52.219-9): In the event that an annual company or division wide subcontracting plan is submitted in response to this solicitation, offerors are reminded that the plan should be current, approved and cover the company's current fiscal year, which must be identified. If an offeror has a previously approved plan, a new plan should be submitted at least sixty days before the existing plan expires. A Small Business and Small Disadvantaged Business Plan Subcontracting Guide is provided in this solicitation and is marked "Attachment II."

Subcontracting plans approved by other government agencies should be company or division wide in order to be applicable. All plans approved by another government agency must be accompanied by the letter of approval issued by the agency. Plans must be submitted with the initial proposal. Small business concerns must meet the requirements of FAR 19.001 and meet the size standards as specified in clause 52.219-22. All small business and small disadvantaged business concerns will be subject to review and verification by the Small Business Administration.

4. A Requirements type contract is contemplated with the option to extend the effective period of the contract for four additional one year periods. The total length of the contract would not exceed 5 years. Offers on the options are mandatory. Failure to offer on all options will result in an offer being eliminated from further consideration. A determination of price reasonableness for these line items shall be made prior to award.

5. Award Announcement: The Government reserves the right to require the successful offeror to participate in a ceremony to commemorate the award of the contract. The location, date and time of the ceremony will be coordinated with the contractor, DPSC and facilities within the region.

Section B, Schedule of Supplies

The offeror, if awarded this contract, shall be paid for each medical/surgical product ordered and delivered which appears on a DPSC Medical Distribution and Pricing Agreement (DAPA) or on an Indefinite Delivery-Type Contract (IDTC), plus the offeror's negotiated distribution fee. For an item covered by a DAPA, the prime vendor will furnish the product at the price cited on the agreement plus the offeror's negotiated distribution fee. For an item covered by an IDTC, the prime vendor will furnish the product from the source listed under the IDTC at a price which does not exceed the price set forth in the IDTC plus the offeror's negotiated distribution fee.

The prime vendor shall only accept orders for and shall only furnish, under the contract, products which are a part of the DPSC Prime Vendor Program.

The offeror is to insert in the spaces provided below its proposed distribution fees for the stockless option and JITO/EDO option for both the initial 1-year contract ordering period and for each of the 4 yearly option periods. These fees will cover all of the medical facilities listed on the attached list of facilities considering the stockless option and for the JITO/EDO option (see Attachment I of the Solicitation). The distribution fee must be the same for all of the covered facilities. However, offerors may propose different fees for each of the ordering periods.

Partial offers based on only some of the listed facilities will not be considered. YOU MUST SUBMIT AN OFFER FOR ALL ORDERING FACILITIES LISTED AS ELIGIBLE FOR SELECTING THE STOCKLESS OPTION. Failure to submit a separate stockless option offer, in addition to your JITO and EDO offers, will render your proposal ineligible for consideration for award for this region. The evaluation of option lines does not obligate the Government to exercise any of the options. The offeror's proposed distribution fee is to be expressed as a percentage (%) and shall be based on performance in accordance with the contract's Statement Of Work.

OFFEROR'S DISTRIBUTION FEE:

| | | PROPOSED DISTRIBUTION FEE | |
|---|---|---|---|
| LINE ITEM NO. | TIME PERIOD | STOCKLESS OPTION | JITO/EDO OPTION |
| 0001 | INITIAL YEAR | 7.4%* % | 6.4% * % |
| 0002 | OPTION YEAR ONE | 7.4%* % | 6.4%* % |
| 0003 | OPTION YEAR TWO | 7.4%* % | 6.4%* % |
| 0004 | OPTION YEAR THREE | 7.4%* % | 6.4%* % |
| 0005 | OPTION YEAR FOUR | 7.4%* % | 6.4%* % |

* SUBJECT TO NEGOTIATION IF VOLUME DOES NOT REACH 90% OF THE STATED CONTRACT AWARD.

**EVALUATION OF OFFERS:** The Government will evaluate price offers by:

PART A-The weight given to the Stockless Option pricing will not be the same as the weight given to the JITO/EDO Option pricing for evaluation purposes. The weighting factors

| | JITO/EDO | STOCKLESS |
|---|---|---|
| Base Year | 93% | 7% |
| 1st Option | 74% | 26% |
| 2nd Option | 66% | 34% |
| 3rd Option | 58% | 42% |
| 4th Option | 50% | 50% |

will be applied to the anticipated annual estimated dollar amounts.

PART B-To get the Total Evaluated Stockless Distribution Fee,
1) Multiply the Annual Estimate times the Weighting Factor for that year times the offered distribution fee percentage for that year.
2) Do this for each of the five years.
3) Add the dollar figures for each year together.

PART C-To get the Total Evaluated JITO/EDO Distribution Fee
1) Multiply the Annual Estimate times the Weighting Factor for that year times the offered distribution fee percentage for that year.
2) Do this for each of the five years.
3) Add the dollar figures for each year together.

PART D-To get the Total Evaluated Distribution Fee for the offer, add the answers from parts B and C together.

EXAMPLE: For this EX.the Dist.Fee is 5% for JITO/EDO & 10% for Stockless

| Stockless | Annual Estimates | | Assigned Wt Going Stockless | | Offered Dist.Fee | | Weighted Distribution Fee |
|---|---|---|---|---|---|---|---|
| Base | $19,700,000 | X | 7% | X | 10% | = | $ 137,900 |
| 1st YR | $39,401,000 | X | 26% | X | 10% | = | $1,024,426 |
| 2nd YR | $39,401,000 | X | 34% | X | 10% | = | $1,339,634 |
| 3rd YR | $39,401,000 | X | 42% | X | 10% | = | $1,654,842 |
| 4th YR | $39,401,000 | X | 50% | X | 10% | = | $1,970,050 |
| | TOTAL EVALUATED STOCKLESS DISTRIBUTION FEE | | | | | | $6,126,852 |

| | Annual Estimates | | Assigned Wt Going JITO/EDO | | Offered Dist.Fee | | Weighted JITO/EDO Distribution Fee |
|---|---|---|---|---|---|---|---|
| Base | $19,700,000 | X | 93% | X | 5% | = | $ 916,050 |
| 1st YR | $39,401,000 | X | 74% | X | 5% | = | $1,457,837 |
| 2nd YR | $39,401,000 | X | 66% | X | 5% | = | $1,300,233 |
| 3rd YR | $39,401,000 | X | 58% | X | 5% | = | $1,142,629 |
| 4th YR | $39,401,000 | X | 50% | X | 5% | = | $ 985,025 |
| | TOTAL EVALUATED JITO/EDO DISTRIBUTION FEE | | | | | | $5,801,774 |

| TOTAL EVALUATED STOCKLESS DISTRIBUTION FEE | + | TOTAL EVALUATED JITO/EDO DISTRIBUTION FEE | = | TOTAL EVALUATED DISTRIBUTION FEE |
|---|---|---|---|---|
| $6,126,852 | + | $5,801,774 | = | $11,928,626 |

For additional information, refer to SECTION M, Clause 52.217-9P14(M).

II. STATEMENT OF WORK (SOW) CHANGES AFFECTING ONLY THE STOCKLESS OPTION

A. General Information:

All facilities that are eligible for the stockless option will use the JITO/EDO system explained in the basic Statement of Work shown on pages 9 through 24 of the original solicitation. Facilities listed on the eligible for stockless option list will be reflected on the award document with both stockless and JITO/EDO distribution fees. These sites are not required to participate in stockless, but will contact the successful awardee any time during the life of the contract to arrange to take advantage of the stockless feature. If usage data is already established, the PV is required to implement the stockless option within 30 days of notification by the ordering facility. If usage data has not already been established, the PV will be allowed up to an additional 30 days beyond the establishment of usage data to stock those items and implement the stockless option.

B. Prime Vendor's Daily Duties:

1) Inventory the stock sites.
2) Compose the order.
3) Obtain Government authorization for the order. An authorized Government representative will be available at each stock site.
4) Provide notification on material not available to the stock site, within two hours of order authorization.
5) Deliver and restock material to the stock sites by 3:00 P.M.; local time of the stock site, on the date oforder authorization.
6) Provide priced packing slips to designated Government representatives prior to restocking.

C. Features of the Stockless Option:

1) Prime Vendor (PV) will have access to the ordering facility only during the hours of 8AM-5PM, local time of the ordering facility, Monday through Friday for routine stock replenishment. Weekends and Federal holidays are excluded from routine stock replenishment. Orders during these days must be emergency. Other expanded access may be negotiated between the PV and the ordering facility after award.

DLA120-93 R-0587

2) Product availability includes a minimum 95% guaranteed fill-rate.
3) Only items identified by the ordering facility to the PV as usage data items are eligible to be included. Only DAPA and IDTC items can be supplied.
4) There are no maximum number of orders allowed per day.
5) Clause 52.216-9P06, "Delivery Order Limitations (JAN 1992) DPSC," on page 40 of the original solicitation: "For stockless option only, minimum order is reduced to $10.00.Original terms remain in effect for JITO's/EDO's.

6) There will be four free emergency orders (Stockless/JITO/EDO combined) in each calendar month, per ordering facility, for each ordering facility actually using the stockless option. For sites using only JITO/EDO system, the two free emergency orders per month from the original solicitation remains in effect.

7) Material must be available in unit-of-use quantities. The existing DAPA pricing must be adjusted proportionately to reflect this change when invoicing.

8) The PV in conjunction with the Government facilities representative or the contracting officer representative is required to propose usage data levels, in writing, based upon a review of the stock. The Government representative at the stock site must officially approve these items and levels for use prior to the first stockless option being placed.

9) The PV must notify an administrator or contracting officer representative at the ordering facility of current stock site inventory not on DAPA/IDTC and of usage data items that are out-of-stock at the PV in writing. A copy of this report shall be forwarded to the DPSC Contracting Officer. The ordering facility or the contracting officer representative will perform a technical review of all proposed substitutes or functional equivalent products for stockless use at the level of facility. Once an approved substitute has been identified for use at the facility level the Government administrator/contracting officer representative will perform an analysis to determine which DAPA/IDTC items offered the best value to the facility. Approved substitute items not on DAPA/IDTC cannot be ordered by the facility until such time that an DAPA/IDTC is approved. The PV is then required to deliver and restock those approved DAPA/IDTC items within 7 days.

10) Add-on sites (within the scope of the contract) will be allowed to elect stockless with the same terms as the existing sites.

D. <u>Stockless Option Changes to the Statement of Work</u>

1) The entire section entitled "<u>Minimum Electronic Order Entry (EOE) System Requirements</u>," applies only to the JITO/EDO portion of the PV's system with the exception that:

DLA120-93-R-0557

a) No separate catalog needs to be available at the stock site for the stockless option. The basic catalog for the JITO/EDO system is sufficient.

b) Paragraphs F and G also apply to stockless.

2) The section "Minimum Reporting Requirements," also applies to stockless option sales. In addition, for stockless, the PV is required to supply product utilization reports monthly, broken down by stock site, to the authorized Government representative at the stock site and the DPSC Contracting Officer.

3) "Product Recall Notification," will still apply. In addition, for stockless, the PV is responsible for:

a) removing all recalled material from the stock site,

b) coordinating with the stock site authorized Government representative to effect return of any recalled material currently in use (released from the stock site to the ultimate user) and

c) to verify with the stock site authorized Government representative which terms and quantities, from the stock site, are physically in the possession of the PV as a result of the recall.

d) replace the material, or provide an authorized substitute, to thestock site within 12 hours of removing the recalled material, or of notifying the ordering facility of the recall, whichever is earlier.

4) The balance of the original solicitation SOW (all parts not specifically addressed above) applies to the stockless option.

E. Additional Issues For Stockless Option

My firm complies with all aspects of the Statement of Work except for the following: (If you take no exceptions, indicate "none.") NONE

Page 68, in RFP, Section L, under Past Performance, Requirements A through E and G should be addressed separately for JITO/EDO Orders and Stockless Option Orders.

Page 81, in RFP, Section L, under Product Availability, offerors are required to address JITO/EDO Orders and Stockless Option Orders under requirements A, B and C.

Page 91, in RFP, Section M, under Product Availability, add Stockless orders to requirements A, B and C.