## Section C - Statement of Work (SOW)
(Continued)

(1) Federal Insecticide, Fungicide, and Rodenticide Act
(2) Federal Food, Drug, and Cosmetics Act
(3) Consumer Product Safety Act
(4) Federal Hazardous Substances Act
(5) Federal Alcohol Administration Act, or if the material is not subject to one of the above acts, the
(6) Hazard Communication Standard 29 CFR 1910-1200.

E. A packing list/slip shall be enclosed with each order shipped to indicate Prime Vendor, delivery order number, date of order, itemized list of supplies included in the shipment by product number ordered, quantity ordered, quantity shipped, and delivered unit price. The product number used in the order and confirmation will be duplicated on the packing slip.

F. To assure that all receiving activities can properly identify items requiring special handling and storage, the Prime Vendor shall annotate its packing list with the following notation: "REQUIRES SPECIAL HANDLING AND/OR STORAGE." Examples of the special handling and storage statements include the following: "STORE BETWEEN 2 degrees - 8 degrees C (35 degrees - 46 degrees F);" "KEEP FROZEN;" "FLAMMABLE".

G. Limited unrefrigerated medical material shall indicate the maximum remaining allowable time that the material can remain unrefrigerated at the time of delivery to the receiving activity.

H. To assure that all Controlled Substances as defined by Federal, State, and Local regulations can be properly identified by the receiving facility the Prime Vendor shall annotate the following statement on its packing list for those orders which require Controlled Substances:

"CONTROLLED SUBSTANCE REQUIRES ______*______ STORAGE."
* Prime Vendor will enter the words "VAULT" or "LIMITED ACCESS." In accordance with Federal regulations, these items are identified by a distinctive Controlled Substance Schedule Symbol. This symbol appears only on the immediate container or carton. "VAULT" is to be used for items bearing Symbol C-II, "LIMITED ACCESS" is to be used for items bearing Symbol C-III, C-IV or C-V. Use of the word "narcotics" on shipping containers or packing slip is prohibited.

I. Effective 1 July 1996, the Government will require the Universal Product Number (UPN) to be the single ordering number in the DPSC MED/SURG Prime Vendor Program. This is a now <u>a mandatory effective date</u>. Failure to commit to meet this date will render your firm ineligible for further consideration for award under this solicitation.

**CERTIFICATION**

Indicate below whether or not your firm is committing itself to meeting this effective date:
(Check One)

__X__ Yes _____ No

The UPN numbering scheme must accommodate 17 positions as the manufacturer can elect to use the Health Industry Business Communications Council's Labeler Identification Code (LIC) and manufacturer's catalog/reorder number; or FDA's National Health Related Item Code (NHRIC);

## Section C - Statement of Work (SOW)
(Continued)

or the Uniform Code Council's Uniform Product Code (UPC); or the Uniform Code Council-International Article Number (UCC-EAN). Products must be bar-coded utilizing one of the following bar-code standards: Health Industry Bar-Code (HIBC) or Uniform Code Council-International Article Number (UCC-EAN). The Prime Vendor will be required to use the UPN in all communications with DPSC and ordering activities which use line item transaction data (e.g., ANSI X12 850 orders, ANSI X12 855 confirmations, ANSI X12 832 price and catalog updates, packing slips, and reporting formats under this contract).

INSPECTION AND ACCEPTANCE: Inspection and acceptance of all supplies will be performed at the receiving facility by an authorized receiving facility representative. Rejected goods will be held subject to the Prime Vendor's order for not more than 15 days pending the Prime Vendor's specific return instructions. After 15 days the merchandise will be returned to the Prime Vendor at the Prime Vendor's expense. Expenses incurred due to the examination and testing of materials or supplies which have been rejected will be charged to the Prime Vendor's account. "Rejected Goods" are those listed under "Return Policy" above, except item (6).

IMPLEMENTATION PLAN:

A. The Prime Vendor must submit a plan to the Contracting Officer outlining how it intends to implement the Prime Vendor Program at each of the facilities listed in Attachment I. This plan will be requested at the earlier of: (a) during negotiations or (b) within 5 days after receipt of award notification. The Government shall approve, conditionally approve or disapprove the Prime Vendor's plan within 7 days after contract award. The Government reserves the right to require additional plans if the initial submission(s) are not approved. The DPSC Implementation Manager will set up a technical meeting with the Prime Vendor if necessary. Implementation of the Prime Vendor program must be accomplished within the transition period indicated below.

B. Transition Period/Commencement Schedule: To ensure successful implementation and sufficient administrative lead time for continuity of services, the Prime Vendor shall commence performance no later than 60 days after approval of the implementation plan if the PV has received a prior award and no later than 120 days for a Prime Vendor receiving its first award. The Prime Vendor 60 day implementation requirement is based upon the Government providing all usage data to the Prime Vendor within 10 days of contract award. All contract costs associated with the transition period shall be borne by the Prime Vendor. Ordering facilities usually maintain an inventory of stock-on-hand that will be reduced during the transition period through normal attrition. Orders will be placed with the Prime Vendor as needed as existing inventories are reduced.

**SECTIONS D, E, & F**

The following Federal Acquisition Requlations are incorporated by reference:

52.212-13 STOP WORK ORDER (AUG 1989)

52.212-15 GOVERNMENT DELAY OF WORK (APR 1984)

52.246-2 INSPECTION OF SUPPLIES - FIXED PRICE (JULY 1985)

52.246-16 RESPONSIBILITY FOR SUPPLIES (APR 1984)

52.247-34 F.O.D. DESTINATION (JAN 1991)

The following Defense Personnel Support Center Clauses are incorporated:

[X] 52.217-9P16 EFFECTIVE PERIOD OF CONTRACT - INDEFINITE DELIVERY CONTRACT (JAN 1992) DPSC

The effective period of this contract is from the date of award through one year thereafter.

[x] 52.247-9P02 CONSIGNEE'S NOTIFICATION TO PURCHASING ACTIVITY OF NONRECEIPT, DAMAGE, OR NONCONFORMANCE (JAN 1992) DPSC

The consignee shall notify the contracting office promptly after specified date of delivery in the contract/purchase order of supplies not, received, dameaged in transit, or not conforming to specifications of the contract/purchase order. Unless extenuating circumstances exist, such notification should be made no later than 60 days after specified date of delivery.

SECTION D

REF. NO. OF DOC. BEING CONT'D DLH120-93-R-0587 PAGE 29 OF 96

The clauses listed herein, if marked with an "X" in the space provided, apply to this solicitation. Some of the clauses are printed in full text, others are included by reference to the Master Solicitation. The clauses included by reference are identified by clause number, title and date. Each of the clauses incorporated by reference shall have the same force and effect as if set forth in full. The insertion of an "X" by the offeror in any additional space may render the offer unacceptable.

MASTER SOLICITATION CLAUSES INCORPORATED BY REFERENCE

[ ] 52.246-9001 MANUFACTURING PROCESS CONTROLS AND IN-PROCESS INSPECTIONS (OCT 1984) DLAR

[X] 52.246-9P02 SUPPLIER RESPONSIBILITY FOR TESTING OF MATERIALS AND COMPONENTS (JAN 1992) DPSC

[ ] 52.246-9P04 SHADE EVALUATION OF CONTRACTOR FURNISHED COMPONENTS (JAN 1992) DPSC

[ ] 52.246-9P06 MANUFACTURING PROCESS CONTROLS AND IN-PROCESS INSPECTIONS FOR FABRIC FINISHERS (JAN 1992) DPSC

[ ] 52.246-9P07 INSPECTION SYSTEM REQUIREMENT FOREIGN MANUFACTURED ITEMS (JAN 1992) DPSC

[X] 52.246-9P08 TESTING AT GOVERNMENT LABORATORY (JAN 1992) DPSC

[ ] 52.246-9P10 ALTERNATIVE INSPECTION REQUIREMENTS FOR SELECTED ITEMS (JAN 1992) DPSC

[ ] 52.246-9P20 CERTIFICATE OF CONFORMANCE (JAN 1992) DPSC

The following Federal Acquisition Regulation clauses are incorporated by reference:

[X] 52.246-2 INSPECTION OF SUPPLIES--FIXED-PRICE (JULY 1985)

[ ] 52.246-15 CERTIFICATE OF CONFORMANCE (APR 1984)

[X] 52.246-16 RESPONSIBILITY FOR SUPPLIES (APR 1984)

THE FOLLOWING CHANGE IS HEREBY MADE TO DPSC MASTER SOLICITATION, DPSC FORM 4234, DATED JAN 1992:

DPSC Clause 52.210-9P07, CHANGES FOR REMARKING, REPACKING, REPACKAGING, RECRATING, AND REPALLETIZATION (JAN 1992), is deleted.

CLAUSES SET FORTH IN FULL

[X] 52.246-9P12 INSPECTION AND ACCEPTANCE BY THE GOVERNMENT (JAN 1992) DPSC

(a) Saving and reserving to the Government all rights under the inspection provision, the following is applicable to this acquisition:

Inspection at
[ ] Contractor's Plant and Acceptance at [ ] Contractor's Plant
[X] Destination [X] Destination

upon execution of DD Form 250 by the authorized Government representative.

(b) Resultant award or contract will contain the name and address of the office responsible for performance of inspection.

(c) Offeror shall indicate below the location where supplies will be inspected:

Plant: ____________________
Street: ____________________
City/St/Zip: ____________________

[ ] (d) Notwithstanding the foregoing designation of destination as the place for inspection and acceptance of supplies furnished hereunder, the Government reserves the right to require inspection and acceptance at contractor's plant. Said right may be exercised either before award or during the course of performance of any resultant contract. Should said right be exercised during the course of performance, only the undelivered portion of the contract quantities will be subject to inspection and acceptance at contractor's plant. In view of the foregoing, offerors are required to supply the information requested in paragraph (c), above.

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 30 OF 96

The following FAR provisions/clauses are incorporated by reference only when checked:

[ ] 52.212-4 LIQUIDATED DAMAGES--SUPPLIES, SERVICES OR RESEARCH AND DEVELOPMENT (APR 1984)
Para (a): Insert the amount of ______________.

[X] 52.212-9 VARIATION IN QUANTITY (APR 1984)
Para (b): The permissible variation shall be limited to:

Ø Percent increase Ø Percent decrease

This increase or decrease shall apply to:
[ ] 1. Each contract subline item number (e.g., 0001AA)
[X] 2. The following contract subline item numbers:

ALL Line Items Ordered

[X] 52.212-10 DELIVERY OF EXCESS QUANTITIES (SEP 1989)

[X] 52.212-13 STOP-WORK ORDER (AUG 1989)

[X] 52.212-15 GOVERNMENT DELAY OF WORK (APR 1984)

[ ] 52.247-29 F.O.B. ORIGIN (JUN 1988)

[X] 52.247-34 F.O.B. DESTINATION (NOV 1991)

[ ] 52.247-48 F.O.B. DESTINATION - EVIDENCE OF SHIPMENT (APR 1984)

[ ] 52.247-52 CLEARANCE AND DOCUMENTATION REQUIREMENTS - SHIPMENTS TO DoD AIR OR WATER TERMINAL TRANSSHIPMENT POINTS (APR 1984)

[ ] 52.247-54 DIVERSION OF SHIPMENT UNDER F.O.B. DESTINATION CONTRACTS (MAR 1989)

[ ] 52.247-58 LOADING, BLOCKING, AND BRACING OF FREIGHT CAR SHIPMENTS (APR 1984)

[ ] 52.247-59 F.O.B. ORIGIN-CARLOAD AND TRUCKLOAD SHIPMENTS (APR 1984)

[ ] 52.247-61 F.O.B. ORIGIN--MINIMUM SIZE OF SHIPMENTS (APR 1984)

[ ] 52.247-65 F.O.B. ORIGIN, PREPAID FREIGHT--SMALL PACKAGE SHIPMENTS (JAN 1991)

MASTER SOLICITATION CLAUSES
INCORPORATED BY REFERENCE

[ ] 52.242-9P03 REPORT OF SHIPMENT (REPSHIP) OF PERISHABLE MEDICAL ITEMS (JAN 1992) DPSC

[X] 52.247-9P06 SPECIAL HANDLING/STORAGE INSTRUCTIONS (JAN 1992) DPSC

[ ] 52.247-9P14 F.O.B. DESTINATION FOR SEAVAN DELIVERIES (JAN 1992) DPSC

[ ] 52.247-9P16 GOVERNMENT BILLS OF LADING (JAN 1992) DPSC

The following clause is set forth in full text:

[X] 52.246-9P27 DISTRIBUTION OF MATERIAL INSPECTION AND RECEIVING REPORTS (DD FORM 250) (JAN 1992) DPSC

*(a) Distribution of Material Inspection and Receiving Reports (DD Form 250) will be in accordance with Appendix F of the Defense FAR Supplement (DFARS). The "Purchasing Office" copy shall be forwarded to the Defense Personnel Support Center, Defense Logistics Agency, 2800 South 20th Street, P.O. Box 8419, Philadelphia, PA 19101-8419, ATTN: DPSC________.

*(b) The ______________________ copy shall be mailed in a separate envelope to ______________________ ______________________.
Marked for ATTN: DPSC-__________

(c) This is a ______________ acquisition. With respect to Table 2, Special Distribution, of DFARS Appendix F, ______________________.

*NOTE: When paragraphs (a) and (b) are both completed with a DPSC attention code, contractor is required to use one envelope addressed to DPSC-______________; However, the top of each form must be annotated with separate codes appearing in paragraphs (a) and (b) respectively.

SECTIONS H & I

[X] USE OF ELECTRONIC DATA INTERCHANGE (EDI)

(a) The Defense Personnel Support Center (DPSC) will utilize EDI under this contract as set forth in the Statement of Work. The DPSC has implemented a system, using the American National Standards Institute (ANSI) X12/UCS Standards, as applicable, for EDI. Some of the common EDI terms used elsewhere in this solicitation are defined below:

ASC X12 Standards:

EDI standards, developed by the Accredited Standards Committee (ASC) of the American National Standards Institute (ANSI), which have been approved through the consensus process of public announcement and review. The committee is comprised of industry members who create EDI standards for submission to the ANSI for subsequent approval and dissemination. Further information about the ANSI X12 Standards can be obtained from:

Data Interchange Standards Association, Inc.
1800 Diagonal Road, Suite 355
Alexandria, VA 22314-2582
Phone: (703) 548-7005

Syntax:

The grammar or rules which define the structure of the EDI standards.

Trading Partner:

This term is applied to the sending and/or receiving party involved in the exchange of EDI transmissions. For purposes of this acquisition, both the Government and the successful contractor(s) would be trading partners.

Transaction Sets:

Unambiguously defines, in standard ASC X12 syntax, information of business or strategic significance as it pertains to a single normal business document. An example of such a set would be "transaction set 810 - invoice."

Value-Added Network (VAN):

A mode of communicating EDI transaction sets between trading partners. VAN's are a third party network which act as an electronic mailbox service. The advantages of a VAN include matching transmission speeds, translating protocol between dissimilar computers, and checking for compliance with standards.

(END OF CLAUSE)

SECTIONS H & I

[X] USE OF ELECTRONIC DATA INTERCHANGE (EDI) - CONTINUED

(b) When EDI procedures are to be used:

(1) The contractor shall enter into a Trading Partner Agreement (TPA) with DPSC. The TPA shall identify, among other things, the third party network (s), if applicable, through which electronic transmissions are made; the Transaction Sets used; security procedures; and guidelines for implementation.

(2) The contractor shall be responsible for providing its own computer hardware and computer software necessary to transmit and receive data electronically under the framework of the TPA.

(3) Nothing in the TPA will invalidate any part of the contract between the contractor and DPSC.

(4) All terms and conditions which would otherwise be applicable to a pater order shall apply to the electronic order.

(c) An example of a TPA is included herein as Attachment IV. The wording of the actual TPA may vary from the example.

(END OF CLAUSE)

[X] 252.201-7000 CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) Definition:

"Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulations Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery or any other term or condition of the contract.

DLA120-93-R-0587



SECTION I

**[X] 52.246-9P38 WARRANTY OF SUPPLIES (COMMERCIAL ITEMS) (MAR 1992) DPSC**

(a) Definitions.

``Acceptance'', as used in this clause, means the act of an authorized representative of the Government by which the Government assumes for itself, or as an agent of another, ownership of existing supplies, or approves specific services as partial or complete performance of the contract.

``Correction'', as used in this clause, means the elimination of a defect.

``Supplies'', as used in this clause, means the item furnished by the Contractor and related services required under this contract. The word does not include ``data''.

(b) Contractor's Obligations.

(1) Notwithstanding inspection and acceptance by the Government of supplies furnished under this contract, or any condition of this contract concerning the conclusiveness thereof, the contractor warrants that for one year after receipt of supplies at destination or, in the case of supplies required to bear an expiration date, for the expiration dating period indicated in the labeling thereof, all supplies furnished -

(i) Are of quality to pass without objection in the trade under the contract description;

(ii) Are fit for the ordinary purposes for which the supplies are used;

(iii) Are within the variations permitted by the contract, and are of an even kind, quality, and quantity within each unit and among all units;

(iv) Are adequately contained, packaged, and marked as the contract may require; and

(v) Conform to the promises or affirmations of fact made on the container.

DLA120-93-R-0587 

**[X] 52.246-9P38 WARRANTY OF SUPPLIES (COMMERCIAL ITEMS) (MAR 1992) DPSC (CONTINUED)**

(2) When return of the supplies to the contractor and redelivery, if applicable, is required, transportation charges and responsibility for the supplies while in transit shall be borne by the contractor. Contractor shall also be liable for (i) handling costs and incidental charges incurred by the Government in the preparation of the described supplies for return to the contractor and in return of said supplies to storage, after redelivery by the contractor and (ii) for cost of Government examination of the corrected or replaced supplies computed and charged at the flat rate of $49.28 per hour.

(3) Any supplies or parts thereof, corrected or furnished in replacement under this clause, shall also be subject to the terms of this clause to the same extent as supplies initially delivered. The warranty, with respect to supplies or parts thereof, shall be equal in duration to that in paragraph (b)(1) of this clause and shall run from the date of receipt at destination of the corrected or replaced supplies.

(c) Remedies Available to the Government.

(1) The contracting officer shall give notice to the contractor of any breach of warranties in paragraph (b)(1) of this clause within 13 months from receipt of supplies at a destination or, in the case of supplies required to bear an expiration date, no later than one month following the Expiration date ~~exercise of any option, may unilaterally change it to one or more other options set forth below:~~ indicated in the Labeling thereof.

(i) Require, by written notice, the prompt correction or replacement of any supplies or parts thereof (including preservation, packaging, packing, and marking) that do not conform with the requirements of this contract within the meaning of paragraph (b)(1) of this clause; or

(2) See Amendment 0012 page 17 (*)

(ii) Retain such supplies and reduce the contract price by an amount equitable under the circumstances, and the contractor shall promptly make appropriate repayment; or

(*) (2) Within a reasonable time after the notice, the contracting officer may exercise one or more of the following options; and also, following the exercise of any option, may unilaterally change it to one or more other options set forth below:

DLA120-93-R-0587



[X] 52.246-9P38 WARRANTY OF SUPPLIES (COMMERCIAL ITEMS) (MAR 1992) DPSC (CONTINUED)

(iii) Retain or hold for contractor's account any supplies or group of supplies delivered hereunder, whereupon the contractor shall repay the contract price paid therefore. In such event, the Government may reproduce similar supplies upon such terms and in such manner as the contracting officer may deem appropriate, and charge to the contractor the cost occasioned the Government thereby.

(3) When option one of para (c)(2) of this clause is exercised, the contractor is required to submit in writing and within 30 days after receipt of notice of such invocation a schedule for correction and/or replacement of all nonconforming supplies and subsequent redelivery of the returned supplies. Such schedule will become a part of the contract delivery schedule upon agreement thereto by the Government. If the contractor fails to provide an agreeable schedule within the specified period, or any extension agreed by the Government, the Government may (I) correct the items and charge the contractor's account or (ii) issue a contract for correction of the items and charge the contractor's account or (iii) exercise one or more of the remedies specified in (4) below.

(4) If the contractor fails to accept return of the nonconforming supplies; or, fails to make redelivery of the corrected or replaced supplies to the Government within the time established; or, fails to make progress after their return to correct or replace them so as to endanger such failure within a period of 10 days (or such longer period as the contracting officer may authorize in writing) after receipt of notice from the contracting officer specifying such failure, the contracting officer may exercise one or more of the following remedies:

(i) Retain or have the contractor return the nonconforming supplies and require an equitable adjustment in the contract price.

(ii) See Amendment 0012 pg 18

(iii) If the contractor fails to furnish timely disposition instruction, dispose of the nonconforming supplies for the contractor's account in a reasonable manner, in which case the Government is entitled to reimbursement from the contractor or from the proceeds for the reasonable expenses of the care and disposition of the nonconforming supplies, as well as for any other costs incurred or to be incurred.

(ii) Return or hold the nonconforming supplies for contractor's account, or require the return of the nonconforming supplies and then hold the contractors account, whereupon the contractor shall repay the contract price therefore. In such event, the government may reprocure similar supplies upon such terms and in such manner as the contracting officer may deem appropriate, and charge the contractor the additional cost occasioned the government thereby.