# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 2 |
| 2. AMENDMENT/MODIFICATION NO. P00006 | 3. EFFECTIVE DATE 6/30/97 | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE SP0200 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE SP0200 | |

6. ISSUED BY:
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY: SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*
UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-97-D-7133

10B. DATED *(SEE ITEM 13)* 01/30/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 01 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The above referenced contract is hereby modified to reflect the changes cited on Page 2 of this document.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* L. FLATLEY | |
| 15B. CONTRACTOR/OFFEROR [signature] *(Signature of person authorized to sign)* | 15C. DATE SIGNED 7-14-97 | 16B. UNITED STATES OF AMERICA BY [signature: L. Flatley] *(Signature of Contracting Officer)* | 16C. DATE SIGNED 6/30/97 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

17

MODIFICATION NUMBER: P00006
CONTRACT NUMBER: SP0200-97-D-7133
MEDICAL/SURGICAL PRIME VENDOR
LONE STAR REGION



1. The following Ordering and Receiving Point is hereby added to the Lone Star Region:

**ORDERING POINT** **RECEIVING POINT**

AFMLO/OL-2
DEA# BA4429937

| ORDERING POINT | RECEIVING POINT |
| --- | --- |
| AFMLO/OL-2 | AFMLO/OL-2 |
| 501 Felix St., Warehouse 6 | 501 Felix St., Warehouse 6 |
| Fort Worth, TX 76115-0627 | Fort Worth, TX 76115-0627 |

Point of Contact: TSgt Koonce
Telephone: 817-885-6964

Estimated Dollar Value: $400,000.00 per year

2. There shall be no change in the contractual distribution fees as a result of the above-cited change. All other terms and conditions of the contract remain the same.