# CONTRACT ANNOUNCEMENT
*(DLAR 4105.1, SUBPART 5.3)*

REPORT CONTROL SYMBOL DD-LA(AR)1279

**TO:** Director, Defense Logistics Agency
ATTN: DLA-B
Cameron Station
Alexandria, VA 22304-6100

**FROM:** DEFENSE SUPPLY CENTER PHILADELPHIA
ATTN: DSCP-MSAA (DONNA KENNEDY)
700 ROBBINS AVENUE
PHILADELPHIA, PA 19111

**1a. NAME AND LOCATION OF CONTRACTOR** *(Include Division and County; DO NOT USE P.O. BOX)*
UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106
(TARRANT COUNTY)

**2. PROPOSED AWARD RELEASE DATE:** MAY 22, 2000

**3a. CONTRACT NUMBER:** SP0200-97-D-7133/7134

**3b. MODIFICATION NUMBER:** P00021/P00012

**3c. SOLICITATION NUMBER:** DLA120-93-R-0587

**1b. POINT OF CONTACT AT CONTRACTOR'S FIRM AND TELEPHONE NUMBER** *(President/Vice President)*
WILLIAM BANDY, PRESIDENT
800-333-2733

**4. TOTAL DOLLAR VALUE OF THIS ACTION:** $60,623,198.00

**5. AMOUNT PREVIOUSLY OBLIGATED** *(Applicable only if action is a modification)*

**6. LOCATION(S) OF PERFORMANCE IF OTHER THAN ABOVE** *(Use separate page if necessary; Indicate if subcontractor, include business size and if labor surplus area)*
SEE ATTACHED SHEET

**7. USING SERVICE**
- [X] ARMY
- [ ] NAVY
- [ ] AIR FORCE
- [ ] MARINE CORPS
- [ ] FEDERAL CIVILIAN AGENCIES
- [ ] OTHER *(Specify)*:

**8. CONTRACTOR IS**
- [X] SMALL BUSINESS
- [ ] LARGE BUSINESS
- [ ] SMALL DISADVANTAGED BUSINESS
- [ ] IN LABOR SURPLUS AREA
- [ ] LABOR SURPLUS AREA SET-ASIDE
- [ ] SMALL BUSINESS SET-ASIDE

**9. EXTENT OF COMPETITION**
a. NO. SOLICITED: N/A
b. NO. RESPONSES:
c.
- [ ] PROPOSAL
- [ ] SEALED BID
- [ ] SOLE SOURCE

**10. TYPE OF CONTRACT**
- [ ] FIRM FIXED PRICE
- [ ] FIXED PRICE WITH ECONOMIC PRICE ADJUSTMENT
- [X] OTHER *(Specify)*: REQUIREMENTS

**11.**
a. FOREIGN MILITARY SALE *(FMS)* TO: N/A *(Name of Country)*
b. COMBINED PURCHASE FOR ______ *(Name of Service/Agency)*
AND FOR ______ *(Name of Country)* UNDER FMS PROGRAM.

**12. EQUAL OPPORTUNITY CLEARANCE OBTAINED**
- [X] YES
- [ ] NO

**13a. FUNDS AVAILABLE**
- [ ] YES
- [ ] NO

**13b. FUNDS, SERVICE, FISCAL YEAR:** N/A

**14. DATE OF PERFORMANCE COMPLETION:** MAY 31, 2001

**15. ITEM(S) OR SERVICE(S), QUANTITY(S) AND UNIT OF ISSUE, OTHER ADDITIONAL INFORMATION.**
THIS ACTION REPRESENTS EXECUTION OF THE THIRD OPTION PERIOD AVAILABLE UNDER SUBJECT CONTRACTS, MEDICAL/SURGICAL PRIME VENDOR, LONE STAR REGION. CONTRACT #SP0200-97-D-7133 CONTAINS THE JITO/EDO PORTION. CONTRACT #SP0200-97-D-7134 CONTAINS THE STOCKLESS PORTION. OPTION PERIOD IS EFFECTION JUNE 1, 2000 AND EXPIRES MAY 31, 2001. DISTRIBUTION FEE FOR OPTION YEAR THREE: 6.4% FOR JITO/EDO, 7.4% FOR STOCKLESS (REMAINS THE SAME AS BASE YEAR & OPTION YEARS ONE AND TWO).

CONCUR: Joseph Gushue
JOSEPH GUSHUE
Chief, Integrity Office
Office of Procurement Management

**16. MEMBER(S) OF CONGRESS TO BE NOTIFIED (DLA-B use only)**

| SENATOR | SENATOR |
|---|---|
| | |
| **REPRESENTATIVE** | **REPRESENTATIVE** |
| | |

**17. CONTRACTING OFFICER AND TELEPHONE NUMBER**
DONNA M. KENNEDY 215-737-7075

**18. SIGNATURE AND DATE** *(Approving Official, level higher than Contracting Officer)*
L. FLATLEY L. Flatley