**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE 1 OF PAGES 3 |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00026 | MARCH 13, 2001 | | |

| 6. ISSUED BY CODE SP0200 | 7. ADMINISTERED BY *(If other than Item 6)* CODE |
|---|---|
| DEFENSE SUPPLY CENTER PHILADELPHIA<br>700 ROBBINS AVENUE<br>PHILADELPHIA, PA 19111<br>ATTN: DSCP-MSAA (J. JENNINGS 215 737-4155) | |

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 | FACILITY CODE

| (X) | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED *(SEE ITEM 11)* |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-97-D-7133 |
| | 10B. DATED *(SEE ITEM 13)* JUNE 1,1997 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

*(a) By completing Items 8 and 15, and returning* ______________ *copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer* submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

MEDICAL / SURGICAL PRIME VENDOR - LONE STAR REGION (JITO/EDO)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

THE DATES IN THIS MODIFICATION SUPERCEDE THOSE IN MODIFICATION SP0200-97-D-7133 P00025. SEE PAGES 2 AND 3.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>JAMES JENNINGS<br>CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY James Jennings<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>MARCH 13, 2001 |

1. The above referenced contract will expire after April 30, 2001 by mutual agreement of the parties. The sites will transition as follows:

| Site | Estimated Date To Transition To New Contract |
|---|---|
| Corpus Christi Naval Hospital N00285 | 04/05/01 |
| Tinker AFB FM2030 | 04/05/01 |
| Vance AFB FM3029 | 04/05/01 |
| Sheppard AFB FM3020 | 04/06/01 |
| Fort Bliss (WBAMC) W45PEA | 04/09/01 |
| Kirtland AFB FM4469 | 04/10/01 |
| Goodfellow AFB FM3030 | 04/10/01 |
| Laughlin AFB FM3099 | 04/11/01 |
| Holloman AFB FM4801 | 04/12/01 |
| Dyess AFB FM4661 | 04/12/01 |
| Cannon AFB FM4855 | 04/13/01 |
| Altus AFB FM4419 | 04/13/01 |

| Site | Estimated Date To Transition To New Contract |
|---|---|
| Fort Sill (Reynolds)<br>W44DQ6 | 04/16/01 |
| Randolph AFB<br>FM3089 | 04/19/01 |
| Brooks AFB<br>FM2855 | 04/20/01 |
| Fort Hood (Darnall)<br>W45NQ8 | 04/23/01 |
| AFMLO/OL-2<br>FM9133 | 04/24/01 |
| 147th MedLogBn<br>W80KVY | 04/25/01 |
| Fort Sam (Brooke AMC)<br>W45MXE | 04/30/01 |

All other sites will no longer be authorized to place orders against this contract after April 30, 2001. When Defense Medical Logistics Standard Support (DMLSS) personnel convert a site to the new contract (see estimated dates above), that site will no longer be authorized to place orders against this contract. The contract will expire when no site remains authorized to place orders. If a site is not transitioned by the above listed date, the DSCP Contracting Officer will notify the Prime Vendor of a new estimated transition date (No later than April 30, 2001).

2. Diligent effort using reasonable resources will be used to resolve the invoicing situation. Much of this effort will depend on information supplied by United Medical Supply. Information requested of United Medical Supply will be requested from Mr. Bill Bandy, President, United Medical Supply, with a copy to Megan Edmonds, Director of Credit and Collections, United Medical Supply.

3. This modification is issued at no cost to either party. All other terms and conditions of this contract not modified here remain the same and in full force and effect.