Subj: **United Medical Supply Status**
Date: 02/14/2001 5:22:21 PM Central Standard Time
From: Steve.Hasting@DET.AMEDD.ARMY.MIL (Hasting, Steve R Mr JMLFDC)
To: paa3209@dscp.dla.mil ('Flatley, Linda'), jcuorato@dscp.dla.mil ('Cuorato, John')
CC: Daryl.Visser@DET.AMEDD.ARMY.MIL (Visser, Daryl R Mr JMLFDC), Dave.Miller@DET.AMEDD.ARMY.MIL (Miller, Dave CDR JMLFDC), george.magee@tma.osd.mil (Magee, Dan COL DMLSS), smcmanus@dscp.dla.mil ('McManus, Steve')

John/Linda,

Mr. Bandy and I just completed another discussion of the issues surrounding early contract termination. I also broached MAJ Cochran's request for an immediate switch to Gen II. Mr. Bandy is sensitive to his customer's needs and is trying his best to deliver requested material. But it appears the situation has progressively deteriorated at an increasing pace over the past few months. UMS is averaging $43,000 per day in sales, but only $26,000 per day in payments. Obviously, UMS can't sustain that imbalance for very long without negatively impacting credit availability. And credit availability to support cash flow requirements is what keeps them afloat day-to-day.

I appears that lack of DSCP payment drives UMS into credit a hold status with banks and major manufacturers...which reduces their purchasing power and drives down on-hand stock...which drives down the fill rate...which drives up customer credit card purchases...which drives up cost to the end user. Mr. Bandy tells me this situation is also affecting his commercial accounts!

I don't think I can make any more progress on this issue. Mr. Bandy will not entertain early contract termination for any customer until he's paid for both product delivered and product stocked at the customer's request. He firmly believes that as soon as he looses the contract, he'll loose any possibility of getting paid. Mr. Bandy did say that as soon as he's paid, he'll be pleased to release customers early from the contract.

Mr. Bandy agreed to provide any documentation required to facilitate and expedite the payment process. He can provide Stock Commitment Reports, a list of material purchased and stocked by UMS at the customer's request, but never ordered by the customer. UMS has tried their best to sell that inventory to other customers, DoD and commercial. But after all they've done, there remains a residual inventory that just can't be sold. And almost all of it is either non-returnable or there's a significant manufacturer restock fee attached. UMS does not want to get stuck with this unmovable inventory. Mr. Bandy understands that the customer obviously doesn't want the material, but in-as-much as he purchased it at their request, he feels they have an obligation to purchase that material. Accordingly, he wants a delivery order from each site to purchase their stock commitment. He can provide a Stock Commitment Report by customer. And, of course, there's the ongoing issue of overdue payments.

Sorry...not such good news! After 3 months of discussions, I wish I could have worked a compromise satisfactory to both DoD and UMS, but alternatives were few indeed. The bottom line is that UMS is on the verge of bankruptcy, and Mr. Bandy's attention is squarely focused on saving his company.

Thanks,

Steve Hasting