**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111-5096

IN REPLY REFER TO
MSAA

February 26, 2001

Mr. Bill Bandy, President
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76016

Dear Mr. Bandy,

Pursuant to our telephone conversation last week (Feb. 23, 01), this letter serves as an interim response to the discussion concerning data requirements necessary to resolve unpaid invoices for orders placed by the Military Treatment Facilities (MTF) under our Med/Surg Prime Vendor contract SP0200-97-D-7133.

As I stated to you on Friday (Feb. 23, 01), DSCP is committed to paying your firm what it is due for materiel that was received by the MTFs under the contract. We will pursue this effort with reasonable resources and due diligence to expeditiously settle the outstanding invoices.

We will prepare a listing of the necessary documentation that is needed to resolve the outstanding invoices and provide it to you by March 2, 2001. This documentation will be critical in resolving these payment issues.

As for the excess inventory that your firm has on-hand that has not been purchased under the program, please provide a report that contains the following information:

| | |
|---|---|
| Product Description | Product Number |
| Manufacturer | Quantity on-hand |
| Expiration Date | Price |

We will review this listing and evaluate available options.

Please let me know as to how I can be of further assistance to you and your staff in completing this endeavor.

Sincerely,

JOHN S. CUORATO
Chief, Med/Surg Products Group
Directorate of Medical Materiel