ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 45427 | 03/20/03 | 5 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 05/22/00 | 302866-00 | 06/21/00 | Invoice | | 449.54 | 25582.75 |
| 05/31/00 | 303021-00 | 06/30/00 | Invoice | | 255.36 | 25838.11 |
| 06/05/00 | 303138-00 | 07/05/00 | Invoice | | 170.24 | 26008.35 |
| 06/07/00 | 303187-00 | 07/07/00 | Invoice | | 141.38 | 26149.73 |
| 06/22/00 | 303216-00 | 07/22/00 | Invoice | | 381.89 | 26531.62 |
| 06/07/00 | 303220-00 | 07/07/00 | Invoice | | 15.96 | 26547.58 |
| 06/07/00 | 303222-00 | 07/07/00 | Invoice | | 63.48 | 26611.06 |
| 06/07/00 | 303225-00 | 07/07/00 | Invoice | | 255.36 | 26866.42 |
| 06/30/00 | 303538-00 | 07/30/00 | Invoice | | 308.77 | 27175.19 |
| 07/28/00 | 303696-00 | 08/27/00 | Invoice | | 32.70 | 27207.89 |
| 07/06/00 | 303798-00 | 08/05/00 | Invoice | | 20.58 | 27228.47 |
| 08/09/00 | 303799-00 | 09/08/00 | Credit Memo | | 749.46- | 26479.01 |
| 07/06/00 | 303799-00 | 07/06/00 | Invoice | | 3325.61 | 29804.62 |
| 07/10/00 | 303850-00 | 08/09/00 | Invoice | | 447.34 | 30251.96 |
| 07/17/00 | 303996-00 | 08/16/00 | Invoice | | 220.62 | 30472.58 |
| 07/21/00 | 304115-00 | 08/20/00 | Invoice | | 483.97 | 30956.55 |
| 08/09/00 | 304147-00 | 09/08/00 | Debit Memo | | 1676.44 | 32632.99 |
| 08/09/00 | 304148-00 | 09/08/00 | Debit Memo | | 1512.07 | 34145.06 |
| 08/09/00 | 304155-00 | 09/08/00 | Debit Memo | | 4972.97 | 39118.03 |
| 07/24/00 | 304160-00 | 08/23/00 | Invoice | | 181.81 | 39299.84 |
| 07/26/00 | 304222-00 | 08/25/00 | Invoice | | 400.35 | 39700.19 |
| 07/28/00 | 304273-00 | 08/27/00 | Invoice | | 140.98 | 39841.17 |
| 07/28/00 | 304297-00 | 08/27/00 | Invoice | | 37.68 | 39878.85 |
| 07/28/00 | 304310-00 | 08/27/00 | Invoice | | 48.90 | 39927.75 |
| 08/09/00 | 305627-00 | 09/08/00 | Debit Memo | | 1067.77 | 40995.52 |
| 08/09/00 | 305630-00 | 09/08/00 | Debit Memo | | 1783.84 | 42779.36 |
| 08/09/00 | 305674-00 | 09/08/00 | Debit Memo | | 1289.87 | 44069.23 |
| 08/09/00 | 305692-00 | 09/08/00 | Debit Memo | | 60.39 | 44129.62 |
| 08/09/00 | 305877-00 | 09/08/00 | Debit Memo | | 618.36 | 44747.98 |
| 08/09/00 | 305879-00 | 09/08/00 | Debit Memo | | 193.86 | 44941.84 |
| 08/09/00 | 306164-00 | 09/08/00 | Debit Memo | | 57.99 | 44999.83 |
| 08/09/00 | 306376-00 | 09/08/00 | Debit Memo | | 75.37 | 45075.20 |
| 08/09/00 | 306402-00 | 09/08/00 | Debit Memo | | 587.00 | 45662.20 |
| 08/09/00 | 306403-00 | 09/08/00 | Debit Memo | | 116.38 | 45778.58 |
| 08/09/00 | 306405-00 | 09/08/00 | Debit Memo | | 296.92 | 46075.50 |

CONTINUED ON NEXT PAGE

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 45427 | 03/20/03 | 6 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 08/09/00 | 306458-00 | 09/08/00 | Debit Memo | | 4.25 | 46079.75 |
| 08/09/00 | 306572-00 | 09/08/00 | Debit Memo | | 593.35 | 46673.10 |
| 01/21/00 | 308027-00 | 02/20/00 | Invoice | | 1164.02 | 47837.12 |
| 01/25/00 | 308076-00 | 02/24/00 | Invoice | | 2465.39 | 50302.51 |
| 01/25/00 | 308077-00 | 02/24/00 | Invoice | | 2275.35 | 52577.86 |
| 01/31/00 | 308195-00 | 03/01/00 | Invoice | | 225.72 | 52803.58 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52803.58 |

**TOTAL DUE**
52803.58

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 51454 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

NAVAL HOSPITAL
N00285

CORPUS CHRISTI TX 78419

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 08/09/00 | 700323-00 | 09/08/00 | Debit Memo | | 246.42 | 246.42 |
| 11/18/99 | 700889-00 | 12/18/99 | Debit Memo | | 146.34 | 392.76 |
| 11/18/99 | 700893-00 | 12/18/99 | Debit Memo | | 146.34 | 539.10 |
| 08/09/00 | 701151-00 | 09/08/00 | Debit Memo | | 36.20 | 575.30 |
| 11/18/99 | 701750-00 | 12/18/99 | Debit Memo | | 1.29 | 576.59 |
| 08/09/00 | 701922-00 | 09/08/00 | Debit Memo | | 85.55 | 662.14 |
| 02/17/00 | 701998-00 | 03/18/00 | Invoice | | 214.69 | 876.83 |
| 08/09/00 | 703019-00 | 09/08/00 | Debit Memo | | 150.95 | 1027.78 |
| 11/18/99 | 703058-00 | 12/18/99 | Debit Memo | | 74.80 | 1102.58 |
| 08/09/00 | 705696-00 | 09/08/00 | Debit Memo | | 149.40 | 1251.98 |
| 04/28/00 | 706754-00 | 05/28/00 | Invoice | | 37.26 | 1289.24 |
| 04/28/00 | 706952-00 | 05/28/00 | Invoice | | 369.63 | 1658.87 |
| 04/28/00 | 707333-00 | 05/28/00 | Invoice | | 15.96 | 1674.83 |
| 11/18/99 | 707353-00 | 12/18/99 | Debit Memo | | 74.48 | 1749.31 |
| 08/09/00 | 707569-00 | 09/08/00 | Debit Memo | | 49.11 | 1798.42 |
| 04/20/00 | 710685-00 | 05/20/00 | Invoice | | 64.02 | 1862.44 |
| 06/30/00 | 711161-00 | 07/30/00 | Invoice | | 80.58 | 1943.02 |
| 04/25/00 | 711183-00 | 05/25/00 | Invoice | | 58.28 | 2001.30 |
| 05/04/00 | 712075-00 | 06/03/00 | Invoice | | 465.50 | 2466.80 |
| 06/30/00 | 712079-00 | 07/30/00 | Invoice | | 32.82 | 2499.62 |
| 06/30/00 | 712428-00 | 07/30/00 | Invoice | | 136.60 | 2636.22 |
| 08/09/00 | 712533-00 | 09/08/00 | Debit Memo | | 238.76 | 2874.98 |
| 05/17/00 | 713592-00 | 06/16/00 | Invoice | | 37.24 | 2912.22 |
| 06/30/00 | 713983-00 | 07/30/00 | Invoice | | 9.31 | 2921.53 |
| 05/19/00 | 714072-00 | 06/18/00 | Invoice | | 13.80 | 2935.33 |
| 11/18/99 | 714206-00 | 12/18/99 | Debit Memo | | 363.40 | 3298.73 |
| 06/30/00 | 714546-00 | 07/30/00 | Invoice | | 47.73 | 3346.46 |
| 05/30/00 | 715021-00 | 06/29/00 | Invoice | | 300.94 | 3647.40 |
| 10/25/00 | 715026-00 | 11/24/00 | Invoice | | 35.16 | 3682.56 |
| 06/30/00 | 715593-00 | 07/30/00 | Invoice | | 20.27 | 3702.83 |
| 06/13/00 | 717001-00 | 07/13/00 | Invoice | | 131.82 | 3834.65 |
| 06/30/00 | 717146-00 | 07/30/00 | Invoice | | 66.67 | 3901.32 |
| 06/19/00 | 717576-00 | 07/19/00 | Invoice | | 40.43 | 3941.75 |
| 06/30/00 | 717692-00 | 07/30/00 | Invoice | | 60.81 | 4002.56 |
| 06/22/00 | 718128-00 | 07/22/00 | Invoice | | 11.25 | 4013.81 |

CONTINUED ON NEXT PAGE

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 51454 | 03/20/03 | 2 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

NAVAL HOSPITAL
N00285

CORPUS CHRISTI TX 78419

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 06/22/00 | 718136-00 | 07/22/00 | Invoice | | 11.25 | 4025.06 |
| 07/31/00 | 718563-00 | 08/30/00 | Invoice | | 25.79 | 4050.85 |
| 06/30/00 | 719125-00 | 07/30/00 | Invoice | | 60.29 | 4111.14 |
| 06/30/00 | 719291-00 | 07/30/00 | Invoice | | 35.12 | 4146.26 |
| 06/30/00 | 719446-00 | 07/30/00 | Invoice | | 51.06 | 4197.32 |
| 06/30/00 | 719627-00 | 07/30/00 | Invoice | | 15.62 | 4212.94 |
| 07/12/00 | 720169-00 | 08/11/00 | Invoice | | 39.74 | 4252.68 |
| 07/12/00 | 720584-00 | 08/11/00 | Invoice | | 51.08 | 4303.76 |
| 08/09/00 | 720641-00 | 09/08/00 | Debit Memo | | 50.05 | 4353.81 |
| 08/04/00 | 720933-00 | 09/03/00 | Invoice | | 33.52 | 4387.33 |
| 08/09/00 | 721237-00 | 09/08/00 | Debit Memo | | 40.77 | 4428.10 |
| 08/09/00 | 721238-00 | 09/08/00 | Debit Memo | | 9.52 | 4437.62 |
| 11/18/99 | 721908-00 | 12/18/99 | Debit Memo | | 65.02 | 4502.64 |
| 08/04/00 | 722248-00 | 09/03/00 | Invoice | | 410.65 | 4913.29 |
| 08/09/00 | 722403-00 | 09/08/00 | Debit Memo | | 343.10 | 5256.39 |
| 08/09/00 | 722409-00 | 09/08/00 | Debit Memo | | 46.23 | 5302.62 |
| 08/09/00 | 722910-00 | 09/08/00 | Debit Memo | | 65.97 | 5368.59 |
| 08/04/00 | 723538-00 | 09/03/00 | Invoice | | 39.21 | 5407.80 |
| 10/25/00 | 723604-00 | 11/24/00 | Invoice | | 232.40 | 5640.20 |
| 11/18/99 | 724699-00 | 12/18/99 | Debit Memo | | 55.35 | 5695.55 |
| 09/12/00 | 725558-00 | 10/12/00 | Invoice | | 228.17 | 5923.72 |
| 09/29/00 | 725864-00 | 10/29/00 | Invoice | | 54.72 | 5978.44 |
| 09/12/00 | 726775-00 | 10/12/00 | Invoice | | 27.88 | 6006.32 |
| 08/31/00 | 727078-00 | 09/30/00 | Invoice | | 19.68 | 6026.00 |
| 08/31/00 | 727079-00 | 09/30/00 | Invoice | | 21.96 | 6047.96 |
| 10/25/00 | 727120-00 | 11/24/00 | Invoice | | 52.12 | 6100.08 |
| 11/13/00 | 727312-00 | 12/13/00 | Invoice | | 47.53 | 6147.61 |
| 10/31/00 | 727313-00 | 11/30/00 | Invoice | | 92.32 | 6239.93 |
| 10/20/00 | 727326-00 | 11/19/00 | Invoice | | 64.50 | 6304.43 |
| 09/07/00 | 727437-00 | 10/07/00 | Invoice | | 42.69 | 6347.12 |
| 09/12/00 | 727635-00 | 10/12/00 | Invoice | | 24.47 | 6371.59 |
| 10/20/00 | 727665-00 | 11/19/00 | Invoice | | 60.81 | 6432.40 |
| 08/09/00 | 727879-00 | 09/08/00 | Debit Memo | | 13.69 | 6446.09 |
| 09/11/00 | 727911-00 | 10/11/00 | Invoice | | 26.88 | 6472.97 |
| 08/09/00 | 727935-00 | 09/08/00 | Debit Memo | | 47.54 | 6520.51 |

CONTINUED ON NEXT PAGE

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 51454 | 03/20/03 | 3 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

NAVAL HOSPITAL
N00285

CORPUS CHRISTI TX 78419

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 09/12/00 | 728105-00 | 10/12/00 | Invoice | | 25.54 | 6546.05 |
| 09/26/00 | 728106-00 | 10/26/00 | Invoice | | 45.04 | 6591.09 |
| 09/29/00 | 728383-00 | 10/29/00 | Invoice | | 29.79 | 6620.88 |
| 09/19/00 | 729081-00 | 10/19/00 | Invoice | | 123.17 | 6744.05 |
| 10/31/00 | 729124-00 | 11/30/00 | Invoice | | 23.41 | 6767.46 |
| 10/20/00 | 729676-00 | 11/19/00 | Invoice | | 50.23 | 6817.69 |
| 10/16/00 | 730106-00 | 11/15/00 | Invoice | | 18.09 | 6835.78 |
| 08/09/00 | 730197-00 | 09/08/00 | Debit Memo | | 30.47 | 6866.25 |
| 09/29/00 | 730397-00 | 10/29/00 | Invoice | | 4.76 | 6871.01 |
| 09/29/00 | 730593-00 | 10/29/00 | Invoice | | 5.69 | 6876.70 |
| 10/04/00 | 731045-00 | 11/03/00 | Invoice | | 30.28 | 6906.98 |
| 10/04/00 | 731250-00 | 11/03/00 | Invoice | | 32.02 | 6939.00 |
| 11/18/99 | 731264-00 | 12/18/99 | Debit Memo | | 2.31 | 6941.31 |
| 11/18/99 | 731272-00 | 12/18/99 | Debit Memo | | 48.94 | 6990.25 |
| 08/09/00 | 731591-00 | 09/08/00 | Debit Memo | | 75.52 | 7065.77 |
| 11/17/00 | 731804-00 | 12/17/00 | Invoice | | 277.44 | 7343.21 |
| 08/09/00 | 732325-00 | 09/08/00 | Debit Memo | | 65.03 | 7408.24 |
| 10/18/99 | 732327-00 | 11/17/99 | Invoice | | 38.99 | 7447.23 |
| 11/09/99 | 732360-00 | 12/09/99 | Invoice | | 173.28 | 7620.51 |
| 11/09/99 | 732401-00 | 12/09/99 | Invoice | | 147.58 | 7768.09 |
| 11/30/00 | 732693-00 | 12/30/00 | Invoice | | 72.12 | 7840.21 |
| 11/09/99 | 732886-00 | 12/09/99 | Invoice | | 83.47 | 7923.68 |
| 10/25/00 | 733292-00 | 11/24/00 | Invoice | | 53.15 | 7976.83 |
| 10/25/00 | 733477-00 | 11/24/00 | Invoice | | 9.72 | 7986.55 |
| 10/27/00 | 733948-00 | 11/26/00 | Invoice | | 26.33 | 8012.88 |
| 12/29/00 | 734232-00 | 01/28/01 | Invoice | | 116.38 | 8129.26 |
| 10/31/00 | 734566-00 | 11/30/00 | Invoice | | 231.73 | 8360.99 |
| 11/18/99 | 734584-00 | 12/18/99 | Debit Memo | | 633.23 | 8994.22 |
| 11/29/00 | 735046-00 | 12/29/00 | Invoice | | 8.15 | 9002.37 |
| 11/07/00 | 735211-00 | 12/07/00 | Invoice | | 193.90 | 9196.27 |
| 12/12/00 | 735973-00 | 01/11/01 | Invoice | | 356.95 | 9553.22 |
| 11/11/99 | 736179-00 | 12/11/99 | Invoice | | 43.28 | 9596.50 |
| 11/18/99 | 736877-00 | 12/18/99 | Debit Memo | | 422.95 | 10019.45 |
| 11/09/99 | 737009-00 | 12/09/99 | Invoice | | 83.47 | 10102.92 |
| 11/18/99 | 737107-00 | 12/18/99 | Debit Memo | | 693.72 | 10796.64 |

CONTINUED ON NEXT PAGE

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 51454 | 03/20/03 | 4 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

NAVAL HOSPITAL
N00285

CORPUS CHRISTI TX 78419

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 11/10/99 | 737468-00 | 12/10/99 | Invoice | | 352.81 | 11149.45 |
| 11/29/00 | 737490-00 | 12/29/00 | Invoice | | 3.05 | 11152.50 |
| 11/28/00 | 737769-00 | 12/28/00 | Invoice | | 54.76 | 11207.26 |
| 11/29/00 | 737897-00 | 12/29/00 | Invoice | | 239.40 | 11446.66 |
| 01/10/01 | 738012-00 | 02/09/01 | Invoice | | 82.45 | 11529.11 |
| 11/18/99 | 738042-00 | 12/18/99 | Debit Memo | | 421.35 | 11950.46 |
| 11/18/99 | 738224-00 | 12/18/99 | Debit Memo | | 463.92 | 12414.38 |
| 11/18/99 | 738619-00 | 12/18/99 | Debit Memo | | 101.35 | 12515.73 |
| 12/07/00 | 738925-00 | 01/06/01 | Invoice | | 34.05 | 12549.78 |
| 11/18/99 | 739086-00 | 12/18/99 | Debit Memo | | 101.35 | 12651.13 |
| 11/18/99 | 739130-00 | 12/18/99 | Debit Memo | | 337.33 | 12988.46 |
| 12/12/00 | 739247-00 | 01/11/01 | Invoice | | 35.38 | 13023.84 |
| 12/12/00 | 739440-00 | 01/11/01 | Invoice | | 65.97 | 13089.81 |
| 12/19/00 | 740233-00 | 01/18/01 | Invoice | | 128.44 | 13218.25 |
| 08/09/00 | 740944-00 | 09/08/00 | Debit Memo | | 65.97 | 13284.22 |
| 11/18/99 | 741084-00 | 12/18/99 | Debit Memo | | 102.20 | 13386.42 |
| 12/29/00 | 741238-00 | 01/28/01 | Invoice | | 168.80 | 13555.22 |
| 12/29/00 | 741291-00 | 01/28/01 | Invoice | | 221.28 | 13776.50 |
| 08/09/00 | 742112-00 | 09/08/00 | Debit Memo | | 117.92 | 13894.42 |
| 01/31/01 | 742113-00 | 03/02/01 | Invoice | | 70.01 | 13964.43 |
| 12/30/99 | 743559-00 | 01/29/00 | Invoice | | 100.36 | 14064.79 |
| 01/27/00 | 745726-00 | 02/26/00 | Invoice | | 243.34 | 14308.13 |
| 01/27/00 | 746146-00 | 02/26/00 | Invoice | | 43.62 | 14351.75 |
| 01/27/00 | 746171-00 | 02/26/00 | Invoice | | 28.18 | 14379.93 |
| 01/27/00 | 746557-00 | 02/26/00 | Invoice | | 64.91 | 14444.84 |
| 01/27/00 | 746704-00 | 02/26/00 | Invoice | | 63.84 | 14508.68 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14508.68 |

**TOTAL DUE**
**14508.68**

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 56025 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

**82ND MEDICAL GROUP**
**FM3020**
**SHEPPARD AFB TX**
**SHEPPARD TX 76311**

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 02/01/01 | 100400-00 | 03/03/01 | Invoice | | 336.88 | 336.88 |
| 05/08/00 | 134604-00 | 06/07/00 | Invoice | | 519.89- | 183.01- |
| 05/10/00 | 135271-00 | 06/09/00 | Invoice | | 97.92 | 85.09- |
| 05/15/00 | 136707-00 | 06/14/00 | Invoice | | 103.50 | 18.41 |
| 05/15/00 | 136837-00 | 06/14/00 | Invoice | | 79.50 | 97.91 |
| 05/26/00 | 141403-00 | 06/25/00 | Invoice | | 113.94 | 211.85 |
| 05/31/00 | 142999-00 | 06/30/00 | Invoice | | 64.08 | 275.93 |
| 06/08/00 | 145275-00 | 07/08/00 | Invoice | | 183.60 | 459.53 |
| 06/08/00 | 145680-00 | 07/08/00 | Invoice | | 24.65 | 484.18 |
| 06/13/00 | 147177-00 | 07/13/00 | Invoice | | 12.63 | 496.81 |
| 06/15/00 | 147987-00 | 07/15/00 | Invoice | | 11.06 | 507.87 |
| 06/20/00 | 149631-00 | 07/20/00 | Invoice | | 29.86 | 537.73 |
| 06/21/00 | 150270-00 | 07/21/00 | Invoice | | 18.38 | 556.11 |
| 07/10/00 | 155899-00 | 08/09/00 | Invoice | | 82.45 | 638.56 |
| 08/22/00 | 172808-00 | 09/21/00 | Invoice | | 269.48 | 908.04 |
| 08/24/00 | 173272-00 | 09/23/00 | Invoice | | 275.44 | 1183.48 |
| 08/28/00 | 174923-00 | 09/27/00 | Invoice | | 90.99 | 1274.47 |
| 08/28/00 | 174947-00 | 09/27/00 | Invoice | | 6.95 | 1281.42 |
| 09/06/00 | 178206-00 | 10/06/00 | Invoice | | 295.06 | 1576.48 |
| 09/06/00 | 178208-00 | 10/06/00 | Invoice | | 120.92 | 1697.40 |
| 09/06/00 | 178214-00 | 10/06/00 | Invoice | | 954.85 | 2652.25 |
| 09/06/00 | 178222-00 | 10/06/00 | Invoice | | 289.75 | 2942.00 |
| 09/06/00 | 178242-00 | 10/06/00 | Invoice | | 335.69 | 3277.69 |
| 09/06/00 | 178289-00 | 10/06/00 | Invoice | | 9.62 | 3287.31 |
| 09/06/00 | 178300-00 | 10/06/00 | Invoice | | 12.60 | 3299.91 |
| 09/08/00 | 179733-00 | 10/08/00 | Invoice | | 54.27 | 3354.18 |
| 09/13/00 | 180130-00 | 10/13/00 | Invoice | | 127.36 | 3481.54 |
| 09/11/00 | 180246-00 | 10/11/00 | Invoice | | 73.47 | 3555.01 |
| 09/13/00 | 181015-00 | 10/13/00 | Invoice | | 19.35 | 3574.36 |
| 09/15/00 | 182358-00 | 10/15/00 | Invoice | | 207.09 | 3781.45 |
| 09/21/00 | 184721-00 | 10/21/00 | Invoice | | 167.04 | 3948.49 |
| 09/28/00 | 187539-00 | 10/28/00 | Invoice | | 886.45 | 4834.94 |
| 09/28/00 | 187540-00 | 10/28/00 | Invoice | | 770.88 | 5605.82 |
| 09/28/00 | 187544-00 | 10/28/00 | Invoice | | 1042.40 | 6648.22 |
| 09/28/00 | 187552-00 | 10/28/00 | Invoice | | 37.43 | 6685.65 |

CONTINUED ON NEXT PAGE

Designs by M

ADVANCED MEDICAL SUPPLY

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 56025 | 03/20/03 | 2 |

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

82ND MEDICAL GROUP
FM3020
SHEPPARD AFB TX
SHEPPARD TX 76311

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 09/29/00 | 188795-00 | 10/29/00 | Invoice | | 231.85 | 6917.50 |
| 10/10/00 | 191358-00 | 11/09/00 | Invoice | | 50.30 | 6967.80 |
| 10/23/00 | 191798-00 | 11/22/00 | Invoice | | 6.95 | 6974.75 |
| 10/13/00 | 193455-00 | 11/12/00 | Invoice | | 175.51 | 7150.26 |
| 10/13/00 | 193457-00 | 11/12/00 | Invoice | | 213.59 | 7363.85 |
| 10/13/00 | 193462-00 | 11/12/00 | Invoice | | 250.63 | 7614.48 |
| 10/23/00 | 194627-00 | 11/22/00 | Invoice | | 13.90 | 7628.38 |
| 10/25/00 | 197828-00 | 11/24/00 | Invoice | | 319.20 | 7947.58 |
| 10/26/00 | 198359-00 | 11/25/00 | Invoice | | 241.14 | 8188.72 |
| 10/30/00 | 199000-00 | 11/29/00 | Invoice | | 399.00 | 8587.72 |
| 11/20/00 | 207348-00 | 12/20/00 | Invoice | | 164.23 | 8751.95 |
| 12/19/00 | 217067-00 | 01/18/01 | Invoice | | 48.30 | 8800.25 |
| 01/11/01 | 225483-00 | 02/10/01 | Invoice | | 20.64 | 8820.89 |
| 01/12/01 | 225593-00 | 02/11/01 | Invoice | | 22.80 | 8843.69 |
| 01/17/01 | 227164-00 | 02/16/01 | Invoice | | 48.73 | 8892.42 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8892.42 |

**TOTAL DUE**
**8892.42**

Designs by M

ADVANCED MEDICAL SUPPLY

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 56039 | 03/20/03 | 1 |

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

SHEPPARD AFB FM3
882D TRSS/TSRL
939 MISSILE RD BLDG 1919
SHEPPARD AFB TX 76311

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 03/27/01 | 114573-00 | 04/26/01 | Invoice | | 3.52 | 3.52 |
| 05/24/00 | 140564-00 | 06/23/00 | Invoice | | 477.81 | 481.33 |
| 05/25/00 | 140979-00 | 06/24/00 | Invoice | | 67.45 | 548.78 |
| 05/25/00 | 141059-00 | 06/24/00 | Invoice | | 9.66 | 558.44 |
| 05/26/00 | 141388-00 | 06/25/00 | Invoice | | 231.27 | 789.71 |
| 06/14/00 | 145569-00 | 07/14/00 | Invoice | | 169.41 | 959.12 |
| 06/14/00 | 146535-00 | 07/14/00 | Invoice | | 98.12 | 1057.24 |
| 06/22/00 | 150601-00 | 07/22/00 | Invoice | | 117.87 | 1175.11 |
| 08/03/00 | 154263-00 | 09/02/00 | Invoice | | 308.55 | 1483.66 |
| 08/03/00 | 154483-00 | 09/02/00 | Invoice | | 288.72 | 1772.38 |
| 07/11/00 | 156488-00 | 08/10/00 | Invoice | | 1174.99 | 2947.37 |
| 08/03/00 | 165424-00 | 09/02/00 | Invoice | | 21.37 | 2968.74 |
| 08/07/00 | 166398-00 | 09/06/00 | Invoice | | 16.49 | 2985.23 |
| 09/29/00 | 187374-00 | 10/29/00 | Invoice | | 215.12 | 3200.35 |
| 11/21/00 | 207867-00 | 12/21/00 | Invoice | | 114.00 | 3314.35 |
| 01/25/01 | 231152-00 | 02/24/01 | Invoice | | 343.49 | 3657.84 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3657.84 |

**TOTAL DUE**
**3657.84**

Designs by M