ADVANCED MEDICAL SUPPLY

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 65503 | 03/20/03 | 1 |

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

REYNOLDS ARMY COMM HOSP
W44DQ6
FORT SILL OK
FORT SILL OK 73503

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 02/01/01 | 100281-00 | 03/03/01 | Invoice | | 728.82- | 728.82- |
| 02/19/01 | 104225-00 | 03/21/01 | Invoice | | 19.57 | 709.25- |
| 02/19/01 | 105110-00 | 03/21/01 | Invoice | | 2100.36 | 1391.11 |
| 02/21/01 | 106957-00 | 03/23/01 | Invoice | | 20.70 | 1411.81 |
| 02/21/01 | 106958-00 | 03/23/01 | Invoice | | 37.68 | 1449.49 |
| 02/21/01 | 106959-00 | 03/23/01 | Invoice | | 88.89 | 1538.38 |
| 01/24/01 | 227706-00 | 02/23/01 | Invoice | | 625.56 | 2163.94 |
| 01/26/01 | 229760-00 | 02/25/01 | Invoice | | 0.68- | 2163.26 |
| 01/26/01 | 231542-00 | 02/25/01 | Invoice | | 8.10 | 2171.36 |
| 01/31/01 | 233456-00 | 03/02/01 | Invoice | | 62.90 | 2234.26 |
| 01/31/01 | 233826-00 | 03/02/01 | Invoice | | 34.37 | 2268.63 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2268.63 |

**TOTAL DUE**
**2268.63**

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 65657 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

RW BLISS ARMY COMM HOSP
W61DEW
FORT HUACHUCA AZ
FORT HUACHUCA AZ 85613

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 08/04/00 | 166248-00 | 09/03/00 | Invoice | | 4.12- | 4.12- |
| 08/08/00 | 167184-00 | 09/07/00 | Invoice | | 83.37 | 79.25 |
| 09/13/00 | 179636-00 | 10/13/00 | Invoice | | 84.27 | 163.52 |
| 09/25/00 | 179858-00 | 10/25/00 | Invoice | | 146.82 | 310.34 |
| 09/25/00 | 185202-00 | 10/25/00 | Invoice | | 34.37 | 344.71 |
| 10/23/00 | 191377-00 | 11/22/00 | Invoice | | 88.25 | 432.96 |
| 11/06/00 | 193198-00 | 12/06/00 | Invoice | | 46.54 | 479.50 |
| 10/19/00 | 193435-00 | 11/18/00 | Invoice | | 37.23 | 516.73 |
| 10/23/00 | 195184-00 | 11/22/00 | Invoice | | 207.21 | 723.94 |
| 10/19/00 | 195394-00 | 11/18/00 | Invoice | | 180.12 | 904.06 |
| 10/19/00 | 195476-00 | 11/18/00 | Invoice | | 9.37 | 913.43 |
| 11/06/00 | 200267-00 | 12/06/00 | Invoice | | 58.57 | 972.00 |
| 11/13/00 | 203315-00 | 12/13/00 | Invoice | | 17.82 | 989.82 |
| 11/22/00 | 208297-00 | 12/22/00 | Invoice | | 13.10 | 1002.92 |
| 11/22/00 | 208298-00 | 12/22/00 | Invoice | | 912.89 | 1915.81 |
| 12/08/00 | 208300-00 | 01/07/01 | Invoice | | 148.78 | 2064.59 |
| 12/29/00 | 214188-00 | 01/28/01 | Invoice | | 87.23 | 2151.82 |
| 12/15/00 | 214815-00 | 01/14/01 | Invoice | | 79.80 | 2231.62 |
| 01/08/01 | 221877-00 | 02/07/01 | Invoice | | 77.81 | 2309.43 |
| 01/10/01 | 224395-00 | 02/09/01 | Invoice | | 198.79 | 2508.22 |
| 01/31/00 | 300031-00 | 03/01/00 | Invoice | | 196.32 | 2704.54 |
| 02/10/00 | 300134-00 | 03/11/00 | Invoice | | 106.60 | 2811.14 |
| 02/22/00 | 300519-00 | 03/23/00 | Invoice | | 176.12 | 2987.26 |
| 03/14/00 | 301172-00 | 04/13/00 | Invoice | | 357.87 | 3345.13 |
| 03/31/00 | 301401-00 | 04/30/00 | Invoice | | 121.32 | 3466.45 |
| 03/31/00 | 301491-00 | 04/30/00 | Invoice | | 292.60 | 3759.05 |
| 03/31/00 | 301584-00 | 04/30/00 | Invoice | | 292.60 | 4051.65 |
| 04/07/00 | 301628-00 | 05/07/00 | Invoice | | 182.71 | 4234.36 |
| 04/17/00 | 301786-00 | 05/17/00 | Invoice | | 46.92 | 4281.28 |
| 04/17/00 | 301819-00 | 05/17/00 | Invoice | | 60.65 | 4341.93 |
| 04/21/00 | 301968-00 | 05/21/00 | Invoice | | 904.40 | 5246.33 |
| 04/21/00 | 302047-00 | 05/21/00 | Invoice | | 135.34 | 5381.67 |
| 04/21/00 | 302123-00 | 05/21/00 | Invoice | | 22.34 | 5404.01 |
| 04/25/00 | 302154-00 | 05/25/00 | Invoice | | 92.63 | 5496.64 |
| 04/26/00 | 302243-00 | 05/26/00 | Invoice | | 122.38 | 5619.02 |

CONTINUED ON NEXT PAGE

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 65657 | 03/20/03 | 2 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

RW BLISS ARMY COMM HOSP
W61DEW
FORT HUACHUCA AZ
FORT HUACHUCA AZ 85613

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 05/18/00 | 302785-00 | 06/17/00 | Invoice | | 70.23 | 5689.25 |
| 05/18/00 | 302806-00 | 06/17/00 | Invoice | | 49.68 | 5738.93 |
| 05/23/00 | 302921-00 | 06/22/00 | Invoice | | 83.52 | 5822.45 |
| 06/02/00 | 303072-00 | 07/02/00 | Invoice | | 36.67 | 5859.12 |
| 06/07/00 | 303184-00 | 07/07/00 | Invoice | | 23.30 | 5882.42 |
| 06/30/00 | 303607-00 | 07/30/00 | Invoice | | 54.97 | 5937.39 |
| 06/30/00 | 303615-00 | 07/30/00 | Invoice | | 284.97 | 6222.36 |
| 06/30/00 | 303648-00 | 07/30/00 | Invoice | | 140.02 | 6362.38 |
| 07/28/00 | 303711-00 | 08/27/00 | Invoice | | 440.56- | 5921.82 |
| 07/28/00 | 303737-00 | 08/27/00 | Invoice | | 92.91 | 6014.73 |
| 07/28/00 | 303752-00 | 08/27/00 | Invoice | | 122.91 | 6137.64 |
| 07/28/00 | 303753-00 | 08/27/00 | Invoice | | 122.91 | 6260.55 |
| 07/28/00 | 303757-00 | 08/27/00 | Invoice | | 44.29 | 6304.84 |
| 07/28/00 | 303763-00 | 08/27/00 | Invoice | | 106.96 | 6411.80 |
| 07/28/00 | 303764-00 | 08/27/00 | Invoice | | 52.80 | 6464.60 |
| 07/28/00 | 303765-00 | 08/27/00 | Invoice | | 25.36 | 6489.96 |
| 07/28/00 | 303775-00 | 08/27/00 | Invoice | | 24.79 | 6514.75 |
| 07/28/00 | 304049-00 | 08/27/00 | Invoice | | 45.99 | 6560.74 |
| 07/28/00 | 304065-00 | 08/27/00 | Invoice | | 64.86 | 6625.60 |
| 07/28/00 | 304074-00 | 08/27/00 | Invoice | | 30.22 | 6655.82 |
| 07/19/00 | 304084-00 | 08/18/00 | Invoice | | 28.72 | 6684.54 |
| 07/28/00 | 304122-00 | 08/27/00 | Invoice | | 63.20 | 6747.74 |
| 07/28/00 | 304201-00 | 08/27/00 | Invoice | | 37.00 | 6784.74 |
| 07/28/00 | 304291-00 | 08/27/00 | Invoice | | 60.44 | 6845.18 |
| 08/09/00 | 304360-00 | 09/08/00 | Debit Memo | | 201.15 | 7046.33 |
| 08/09/00 | 304460-00 | 09/08/00 | Credit Memo | | 42.45- | 7003.88 |
| 08/09/00 | 304820-00 | 09/08/00 | Debit Memo | | 197.76 | 7201.64 |
| 08/09/00 | 304877-00 | 09/08/00 | Debit Memo | | 184.14 | 7385.78 |
| 08/09/00 | 304923-00 | 09/08/00 | Debit Memo | | 11.24 | 7397.02 |
| 08/09/00 | 305008-00 | 09/08/00 | Debit Memo | | 129.12 | 7526.14 |
| 08/09/00 | 305320-00 | 09/08/00 | Debit Memo | | 22.94 | 7549.08 |
| 08/09/00 | 305377-00 | 09/08/00 | Debit Memo | | 21.87 | 7570.95 |
| 08/09/00 | 305399-00 | 09/08/00 | Debit Memo | | 94.04 | 7664.99 |
| 08/09/00 | 305767-00 | 09/08/00 | Debit Memo | | 146.30 | 7811.29 |
| 08/09/00 | 305844-00 | 09/08/00 | Debit Memo | | 46.82 | 7858.11 |

CONTINUED ON NEXT PAGE

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 65657 | 03/20/03 | 3 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

RW BLISS ARMY COMM HOSP
W61DEW
FORT HUACHUCA AZ
FORT HUACHUCA AZ 85613

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 08/09/00 | 305891-00 | 09/08/00 | Debit Memo | | 41.76 | 7899.87 |
| 08/09/00 | 305925-00 | 09/08/00 | Debit Memo | | 35.64 | 7935.51 |
| 08/09/00 | 305939-00 | 09/08/00 | Debit Memo | | 24.93 | 7960.44 |
| 08/09/00 | 306549-00 | 09/08/00 | Debit Memo | | 53.46 | 8013.90 |
| 08/09/00 | 306751-00 | 09/08/00 | Debit Memo | | 6.34 | 8020.24 |
| 08/09/00 | 306785-00 | 09/08/00 | Debit Memo | | 99.90 | 8120.14 |
| 08/09/00 | 306902-00 | 09/08/00 | Debit Memo | | 36.07 | 8156.21 |
| 08/09/00 | 306981-00 | 09/08/00 | Debit Memo | | 122.89 | 8279.10 |
| 08/09/00 | 307007-00 | 09/08/00 | Debit Memo | | 73.22 | 8352.32 |
| 08/09/00 | 307113-00 | 09/08/00 | Debit Memo | | 107.90 | 8460.22 |
| 01/06/00 | 307633-00 | 02/05/00 | Invoice | | 444.66 | 8904.88 |
| 01/11/00 | 307742-00 | 02/10/00 | Invoice | | 108.81 | 9013.69 |
| 01/27/00 | 308132-00 | 02/26/00 | Invoice | | 126.04 | 9139.73 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9139.73 |

**TOTAL DUE**
**9139.73**

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 56030 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

97TH MEDICAL GROUP
FM4419
ALTUS AFB OK
ALTUS AFB OK 73523

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 02/06/01 | 100508-00 | 03/08/01 | Invoice | | 53.30 | 53.30 |
| 03/23/01 | 114527-00 | 04/22/01 | Invoice | | 0.08 | 53.38 |
| 03/30/01 | 115712-00 | 04/29/01 | Invoice | | 31.00 | 84.38 |
| 03/19/99 | 118792-00 | 04/18/99 | Invoice | | 637.00 | 721.38 |
| 11/09/00 | 140592-00 | 12/09/00 | Invoice | | 88.75 | 810.13 |
| 05/28/99 | 144924-00 | 06/27/99 | Invoice | | 542.11 | 1352.24 |
| 05/28/99 | 144968-00 | 06/27/99 | Invoice | | 638.33 | 1990.57 |
| 07/30/98 | 169753-00 | 08/29/98 | Invoice | | 642.67 | 2633.24 |
| 08/31/98 | 181566-00 | 09/30/98 | Invoice | | 95.52 | 2728.76 |
| 10/24/00 | 197149-00 | 11/23/00 | Invoice | | 104.55 | 2833.31 |
| 10/16/98 | 199148-00 | 11/15/98 | Invoice | | 243.42 | 3076.73 |
| 11/16/00 | 205817-00 | 12/16/00 | Invoice | | 26.17 | 3102.90 |
| 12/04/00 | 211817-00 | 01/03/01 | Invoice | | 131.38 | 3234.28 |
| 01/17/01 | 227443-00 | 02/16/01 | Invoice | | 81.39 | 3315.67 |
| 01/19/01 | 228543-00 | 02/18/01 | Invoice | | 374.57 | 3690.24 |
| 01/24/01 | 230203-00 | 02/23/01 | Invoice | | 505.40 | 4195.64 |
| 01/31/01 | 231018-00 | 03/02/01 | Invoice | | 31.92 | 4227.56 |
| 01/25/01 | 231060-00 | 02/24/01 | Invoice | | 135.65 | 4363.21 |
| 01/26/01 | 231539-00 | 02/25/01 | Invoice | | 265.83 | 4629.04 |
| 01/26/01 | 231547-00 | 02/25/01 | Invoice | | 97.24 | 4726.28 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4726.28 |

**TOTAL DUE**
**4726.28**

Designs by M