I-6

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                          Date:  4/04/01
Customer:    1372507      Customer Master Inquiry
    Name: BROOKE ARMY MEDICAL CENTER      Terms:       Ship:       Category:
   Add-1: W45MXE                           Comm:       Zone:       Location:     7
   Add-2:                                   Age:       Disc:      Flat Disc:
   Add-3:                                  Type:                  Territory:
    City: FORT SAM HOUSTON       State: TX
     Zip: 78234        Phone: 210/916-2011                        Salesman:     31
                         Fax: 210/916-3357
                                                        Comments:
Sort Name: FORT SAM HOUSTON                             SHIP TO 13726 27 28 29 30

  Contact:
    Title:                                              History Codes:  555555555555
 Finance Chrges:                                          CURRENT 0-30     10,994.92
  Hold Statment:                                            31-60 DAYS      1,219.58-
    Stop Credit: C    Sales  Tax  Information               61-90 DAYS     24,571.50
   Catalog Code:      State:      Code:                    91-120 DAYS        957.99
     Acc Checks:      Number:                             OVR-120 DAYS     44,002.44
     Backorders:                                              Balance:     79,307.27
      Cash Disc:
      Exclusive:
CMD2 -Acct History          CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month        CMD9-Display History        CMD12-Sales By Ctgy
```

66,312.35

Over 30 6/01
$275,771.34

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:28:28

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                          Date:  4/04/01
Customer:   1372001        Customer Master Inquiry
    Name: 71ST MEDICAL GROUP                  Terms:      Ship:       Category:
   Add-1: FM3029                               Comm:      Zone:       Location:    1
   Add-2:                                       Age:      Disc:      Flat Disc:
   Add-3:                                      Type:                 Territory:
    City: VANCE AFB              State: OK
     Zip: 73705       Phone: 580/213-7676                            Salesman:    49
                        Fax: 580/213-7420
                                                      Comments:
Sort Name: 71ST                                       *****SEE MEGAN**************

  Contact: TENA DOMINGUEZ
    Title: AIRMAN OSBORN                              History Codes:  555555555555
Finance Chrges:                                         CURRENT 0-30        158.12
  Hold Statment:                                          31-60 DAYS
    Stop Credit: C    Sales  Tax  Information             61-90 DAYS        107.71
   Catalog Code:      State:      Code:                  91-120 DAYS
     Acc Checks:      Number:                           OVR-120 DAYS        417.98
     Backorders:                                            Balance:        683.81
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History         CMD12-Sales By Ctgy
```

325.69

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:01

AS/400 Host Screen

```
ACR020S2                          UNITED MEDICAL SUPPLY                        Date:  4/04/01
Customer:   1378401              Customer Master Inquiry
     Name: 72ND MEDICAL SUPPORT SQUADRON   Terms:       Ship:         Category:
    Add-1: FM2030                           Comm:       Zone:         Location:     1
    Add-2:                                   Age:       Disc:        Flat Disc:
    Add-3:                                  Type:                    Territory:
     City: TINKER AFB              State: OK
      Zip: 73145        Phone: 405/736-2572                          Salesman:    49
                          Fax: 405/736-2177
                                                        Comments:
Sort Name: 72ND                                         ******SEE MEGAN*NOPGONFILE**

  Contact: SGT PLUMB
    Title:                                              History Codes:  555534555555
Finance Chrges:                                           CURRENT 0-30        336.52
 Hold Statment:                                             31-60 DAYS      1,410.73
    Stop Credit: C    Sales  Tax  Information               61-90 DAYS        837.83
  Catalog Code:       State:      Code:                    91-120 DAYS        483.46
     Acc Checks:      Number:                             OVR-120 DAYS      4,331.21
     Backorders:                                              Balance:      7,399.75
      Cash Disc:
      Exclusive:
CMD2 -Acct History              CMD5-Open Invoices              CMD6 -Comments
CMD8 -Sales By Month            CMD9-Display History            CMD12-Sales By Ctgy
```

7063.23

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:10

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                       Date:  4/04/01
Customer:   1449901        Customer Master Inquiry
    Name: DARNALL ARMY COMM HOSP             Terms:      Ship:       Category:
   Add-1: W45NQ8                              Comm:      Zone:       Location:    1
   Add-2: BLDG 3600 RM 0002                    Age:      Disc:      Flat Disc:
   Add-3:                                     Type:                 Territory:
    City: FORT HOOD             State: TX
     Zip: 76544        Phone: 817/288-2788                          Salesman:
                         Fax: 817/288-6040
                                                   Comments:
Sort Name: DARNALL                                 ******SEE MEGAN***************

  Contact: CAROL CLARK
    Title:                                         History Codes:  555533455555
Finance Chrges:                                      CURRENT 0-30        114.70
 Hold Statment:                                        31-60 DAYS
    Stop Credit: C    Sales  Tax  Information          61-90 DAYS      5,881.37
   Catalog Code:      State:      Code:               91-120 DAYS        391.83-
     Acc Checks:      Number:                        OVR-120 DAYS     10,890.72
    Backorders:                                           Balance:    16,494.96
     Cash Disc:
     Exclusive:
CMD2 -Acct History             CMD5-Open Invoices              CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History            CMD12-Sales By Ctgy
```

$16,380.36

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:18

AS/400 Host Screen

```
ACR020S2                       UNITED MEDICAL SUPPLY                       Date:  4/04/01
Customer:   2651401           Customer Master Inquiry
    Name: 7TH MEDICAL GROUP                 Terms:      Ship:       Category:
   Add-1: FM4661                            Comm:       Zone:       Location:    1
   Add-2:                                    Age:       Disc:      Flat Disc:
   Add-3:                                   Type:                  Territory:
    City: DYESS AFB              State: TX
     Zip: 79607        Phone: 915/696-5341                         Salesman:    17
                         Fax: 915/696-5469
                                                   Comments:
Sort Name: 7TH                                     ****SEE MEGAN*********

  Contact: DELORES FRANKLIN
    Title:                                         History Codes:  234455512111
 Finance Chrges:                                     CURRENT 0-30
  Hold Statment:                                       31-60 DAYS
    Stop Credit: C    Sales  Tax  Information          61-90 DAYS         421.43
   Catalog Code:      State:      Code:               91-120 DAYS          16.17
     Acc Checks:      Number:                        OVR-120 DAYS
     Backorders:                                          Balance:        437.60
      Cash Disc:
      Exclusive:
CMD2 -Acct History             CMD5-Open Invoices             CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History           CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:26

AS/400 Host Screen

```
ACR020S2                     UNITED MEDICAL SUPPLY                    Date:  4/04/01
Customer:   2651901         Customer Master Inquiry
    Name: 17TH MEDICAL GROUP                Terms:      Ship:       Category:
   Add-1: FM3030                             Comm:      Zone:       Location:     1
   Add-2:                                     Age:      Disc:      Flat Disc:
   Add-3:                                    Type:                 Territory:
    City: GOODFELLOW AFB       State: TX
     Zip: 76908       Phone: 915/654-3066                          Salesman:     17
                        Fax: 915/654-3309
                                                 Comments:
Sort Name: 17TH                                  ******SEE MEGAN**********

  Contact: SSGT KELLY
    Title:                                       History Codes:  120012312111
Finance Chrges:                                    CURRENT 0-30
  Hold Statment:                                     31-60 DAYS
    Stop Credit:      Sales  Tax  Information        61-90 DAYS
   Catalog Code:      State:      Code:             91-120 DAYS          80.10-
     Acc Checks:      Number:                      OVR-120 DAYS         232.59-
     Backorders:                                        Balance:        312.69-
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices            CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History          CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:36

AS/400 Host Screen

```
ACR020S2                 UNITED MEDICAL SUPPLY                  Date:  4/04/01
Customer:   3010201     Customer Master Inquiry
    Name: AFMLO OL 2                   Terms:     Ship:      Category:
   Add-1: FM9133                        Comm:     Zone:      Location:    1
   Add-2: FORT WORTH TEXAS               Age:     Disc:     Flat Disc:
   Add-3:                               Type:               Territory:
    City: FORT WORTH          State: TX
     Zip: 76115       Phone: 817/885-6961                   Salesman:
                        Fax: 817/885-6964
                                              Comments:
Sort Name: AFMLO

  Contact: SGT BRANTLEY
    Title: SGT KOONCE (IF BRANTLEY N/A        History Codes:  555523441234
Finance Chrges:                                 CURRENT 0-30
  Hold Statment:                                  31-60 DAYS         72.58
    Stop Credit: C    Sales  Tax  Information     61-90 DAYS     12,484.20
   Catalog Code:      State:      Code:          91-120 DAYS      5,202.75
     Acc Checks:      Number:                   OVR-120 DAYS          7.53
     Backorders:                                     Balance:    17,767.06
      Cash Disc:
      Exclusive:
CMD2 -Acct History        CMD5-Open Invoices         CMD6 -Comments
CMD8 -Sales By Month      CMD9-Display History       CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:45

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                   Date:  4/04/01
Customer:   4077701        Customer Master Inquiry
    Name: 377TH MED GR KIRTLAND AFB      Terms:       Ship:       Category:
   Add-1: FM4469                          Comm:       Zone:       Location:    1
   Add-2: 1501 SAN PEDRO DR SE BLDG 47     Age:       Disc:      Flat Disc:
   Add-3:                                 Type:                  Territory:
    City: ALBUQUERQUE          State: NM
     Zip: 87108       Phone: 505/846-3687                         Salesman:
                        Fax:
                                              Comments:
Sort Name: 377TH MEDICAL GROUP

 Contact:
   Title:                                     History Codes:  555500112345
Finance Chrges:                                 CURRENT 0-30
 Hold Statment:                                   31-60 DAYS
   Stop Credit: C    Sales  Tax  Information      61-90 DAYS         586.12
  Catalog Code:      State:      Code:            91-120 DAYS        143.14
     Acc Checks:     Number:                    OVR-120 DAYS         124.92
     Backorders:                                     Balance:        854.18
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History         CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:53

AS/400 Host Screen

```
ACR020S2                     UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:    4537601        Customer Master Inquiry
    Name: 49TH MEDICAL GROUP HOLLOMAN      Terms:      Ship:       Category:
   Add-1: FM4801                            Comm:      Zone:       Location:     1
   Add-2:                                    Age:      Disc:      Flat Disc:
   Add-3:                                   Type:                 Territory:
    City: HOLLOMAN AFB           State: NM
     Zip: 88330        Phone: 505/475-3694                        Salesman:
                         Fax: 505/475-3677
                                                 Comments:
Sort Name: 49TH MEDICAL GROUP HOLLOMAN           SHIP TO 77 78 79 80

  Contact: SGT. GUNTERMAN
    Title:                                       History Codes:  550000112344
Finance Chrges:                                    CURRENT 0-30       362.08-
 Hold Statment:                                      31-60 DAYS
   Stop Credit:     Sales  Tax  Information          61-90 DAYS
  Catalog Code:     State:      Code:               91-120 DAYS
    Acc Checks:     Number:                        OVR-120 DAYS
    Backorders:                                        Balance:       362.08-
     Cash Disc:
     Exclusive:
CMD2 -Acct History             CMD5-Open Invoices             CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History           CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:01

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:   4542701        Customer Master Inquiry
    Name: WILLIAM BEAUMONT ARMY MED CTR   Terms:      Ship:      Category:
   Add-1: W45PEA                           Comm:      Zone:      Location:    1
   Add-2:                                   Age:      Disc:     Flat Disc:
   Add-3:                                  Type:                Territory:
    City: EL PASO              State: TX
     Zip: 79918       Phone: 915/568-8689                       Salesman:
                        Fax: 915/568-9010
                                                 Comments:
Sort Name: WILLIAM BEAUMONT                      SHIP TO 28 29 30 31 32

  Contact: OSCAR MOLINAR
    Title:                                       History Codes:  555500012455
Finance Chrges:                                    CURRENT 0-30
 Hold Statment:                                      31-60 DAYS       2,428.47
    Stop Credit: C    Sales  Tax  Information        61-90 DAYS      14,993.76
   Catalog Code:      State:      Code:             91-120 DAYS       2,990.39
     Acc Checks:      Number:                      OVR-120 DAYS      13,460.45
     Backorders:                                        Balance:     33,873.07
      Cash Disc:
      Exclusive:
CMD2 -Acct History          CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month        CMD9-Display History        CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:09

AS/400 Host Screen

```
ACR020S2                      UNITED MEDICAL SUPPLY                     Date:  4/04/01
Customer:   5602501          Customer Master Inquiry
    Name: 82ND MEDICAL GROUP                Terms:      Ship:       Category:
   Add-1: FM3020                             Comm:      Zone:       Location:    1
   Add-2:                                     Age:      Disc:      Flat Disc:
   Add-3:                                    Type:                 Territory:
    City: SHEPPARD AFB         State: TX
     Zip: 76311       Phone: 940/676-7067                          Salesman:    97
                        Fax: 940/676-7064
                                                 Comments:
Sort Name: 82ND                                  ******SEE MEGAN********

  Contact:
    Title:                                       History Codes:  555555555555
 Finance Chrges:                                   CURRENT 0-30        516.70
  Hold Statment:                                     31-60 DAYS         34.75-
    Stop Credit: C    Sales  Tax  Information        61-90 DAYS      1,679.25
   Catalog Code:      State:      Code:             91-120 DAYS         48.30
     Acc Checks:      Number:                      OVR-120 DAYS      9,182.38
     Backorders:                                        Balance:    11,391.88
      Cash Disc:
      Exclusive:
CMD2 -Acct History         CMD5-Open Invoices        CMD6 -Comments
CMD8 -Sales By Month       CMD9-Display History      CMD12-Sales By Ctgy
```

10,875.16

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:24

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                        Date:  4/04/01
Customer:   5603901        Customer Master Inquiry
    Name: SHEPPARD AFB  882ND TRSS/TSRL   Terms:       Ship:        Category:
   Add-1: FM3004                           Comm:       Zone:        Location:    1
   Add-2: 939 MISSILE RD BLDG 1919          Age:       Disc:       Flat Disc:
   Add-3:                                  Type:                   Territory:
    City: SHEPPARD AFB         State: TX
     Zip: 76311       Phone:                                       Salesman:    97
                        Fax:
                                                 Comments:
Sort Name: SHEPPARD AFB 882ND TRSS                 NO PG ON FILE

  Contact:
    Title:                                       History Codes:  555512345555
Finance Chrges:                                    CURRENT 0-30        161.08
  Hold Statment:                                     31-60 DAYS
    Stop Credit: C    Sales  Tax  Information        61-90 DAYS        343.49
   Catalog Code:      State:      Code:             91-120 DAYS
     Acc Checks:      Number:                      OVR-120 DAYS      3,423.10
     Backorders:                                       Balance:      3,927.67
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices            CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History          CMD12-Sales By Ctgy
```

3,766.59

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:32

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:   5603001        Customer Master Inquiry
    Name: 97TH MEDICAL GROUP                Terms:      Ship:      Category:
   Add-1: FM4419                             Comm:      Zone:      Location:     1
   Add-2:                                     Age:      Disc:     Flat Disc:
   Add-3:                                    Type:                Territory:
    City: ALTUS AFB           State: OK
     Zip: 73523        Phone: 580/481-5207                        Salesman:     86
                         Fax: 580/481-1259
                                                  Comments:
Sort Name: 97TH                                   *****SEE MEGAN***********

  Contact:
    Title:                                        History Codes:  555555555555
 Finance Chrges:                                    CURRENT 0-30        867.84
  Hold Statment:                                      31-60 DAYS        291.16
    Stop Credit: C    Sales  Tax  Information         61-90 DAYS      1,492.00
   Catalog Code:      State:      Code:              91-120 DAYS
     Acc Checks:      Number:                       OVR-120 DAYS      3,191.28
     Backorders:                                        Balance:      5,842.28
      Cash Disc:
      Exclusive:
CMD2 -Acct History             CMD5-Open Invoices             CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History           CMD12-Sales By Ctgy
```

4,974.44

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:39

AS/400 Host Screen

```
ACR020S2                      UNITED MEDICAL SUPPLY                        Date:  4/04/01
Customer:   6550301          Customer Master Inquiry
    Name: REYNOLDS ARMY COMM HOSP           Terms:      Ship:         Category:
   Add-1: W44DQ6                             Comm:      Zone:         Location:    1
   Add-2:                                     Age:      Disc:        Flat Disc:
   Add-3:                                    Type:                   Territory:
    City: FORT SILL              State: OK
     Zip: 73503        Phone: 405/458-2170                           Salesman:    86
                         Fax: 405/458-2177
                                                  Comments:
Sort Name: REYNOLDS                               ******SEE MEGAN***********

  Contact: BRUCE CHRISTIE
    Title:                                        History Codes:  553323455555
Finance Chrges:                                     CURRENT 0-30          321.73
 Hold Statment:                                       31-60 DAYS        4,552.06
    Stop Credit: C    Sales  Tax  Information          61-90 DAYS        4,350.94
   Catalog Code:      State:      Code:              91-120 DAYS
     Acc Checks:      Number:                       OVR-120 DAYS
     Backorders:                                        Balance:        9,224.73
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices              CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History            CMD12-Sales By Ctgy
```

8903.00

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:46

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:    6565701       Customer Master Inquiry
    Name: RAYMOND W BILSS ARMY COMM HOSP  Terms:      Ship:       Category:
   Add-1: W61DEW                           Comm:      Zone:       Location:     1
   Add-2: MATERIALS MGMT BLDG 45022         Age:      Disc:      Flat Disc:
   Add-3:                                  Type:                 Territory:
    City: FORT HUACHUCA          State: AZ
     Zip: 85613       Phone: 520/533-2070                        Salesman:
                        Fax: 520/533-1274
                                                 Comments:
Sort Name: RAYMOND W BLISS                       SHIPS TO 58 59 60 61

  Contact: MELVIN HICKS
    Title:                                       History Codes:  555500112345
Finance Chrges:                                    CURRENT 0-30
  Hold Statment:                                     31-60 DAYS
    Stop Credit: C    Sales  Tax  Information        61-90 DAYS        276.60
   Catalog Code:      State:      Code:             91-120 DAYS        315.81
     Acc Checks:      Number:                      OVR-120 DAYS      1,926.17
     Backorders:                                        Balance:      2,518.58
      Cash Disc:
      Exclusive:
CMD2 -Acct History           CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month         CMD9-Display History        CMD12-Sales By Ctgy
```