# In The United States Court of Federal Claims

No. 03-289C

(Filed: August 21, 2003)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 20, 2003, plaintiff filed a motion for leave to file a first amended motion for summary judgment. This motion, hereby, is **GRANTED**, and the Clerk is directed to file plaintiff's attachments: # 1, # 2, # 3, Appendix One, part 1# 4 Appendix One, part 2, # 5 Appendix 3, # 6 Appendix 4 part 1, # 7 Appendix 4 part 2, # 8 Appendix 4b part 1, # 9 Appendix 4b part 2, # 10 Appendix 4c part 1, # 11 Appendix 4c part 2, # 12 Appendix 4d, # 13 Appendix 6, # 14 Appendix 7 part 1, # 15 Appendix 7 part 2, # 16 Appendix 8, # 17 Appendix 9, # 18 Appendix 10, # 19 Appendix 11, # 20 Appendix 12, # 21 Appendix 13, # 22 Appendix 14, # 23 Appendix 15, # 24 Appendix 16, # 25 Appendix 17, # 26 Appendix 19, # 27 Appendix 20 part 1, # 28 Appendix 20 part 2, # 29 Appendix 21, # 30 Appendix 22 pp 1 - 10, # 31 Appendix 22 pp 11 - 17, # 32 Appendix 23, # 33 Appendix 24, # 34 Appendix 25, # 35 Appendix 26, # 36 Appendix 30, # 37 Appendix 31, # 38 Appendix 32, # 39 Affidavit Bandy Appdx 27, # 40 Exhibit A to Bandy Affidavit, # 41Exhibit B to Bandy Affidavit, pp 1 - 10, # 42 Exhibit B to Bandy Affidavit pp. 11 - 20, # 43 Exhibit B to Bandy Affidavit pp 21- 29, # 44 Exhibit B to Bandy Affidavit pp. 30-35, # 45 Exhibit B to Bandy Affidavit pp. 35 - 49, # 46 Exhibit B to Bandy Affidavit pp. 50 - end, # 47 Affidavit Robert Imel (Appdx 28).

The court hereby strikes, as duplicative, plaintiff's motion for summary judgment, supplement brief re: *supplemental Brief Appendix 1*, and supplemental brief re: *Plaintiff's Brief in Support of Motion*.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra

Judge