I-1

# SOLICITATION AND OFFER

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING: DO-C9 — PAGE 1 OF 88 PAGES

2. SOLICITATION NUMBER: DLA120-93-R-0587

3. TYPE OF SOLICITATION: ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP)

4. DATE ISSUED: 11-AUG-93

5. REQUISITION/PURCHASE REQ NO: Requirements

6. ADDRESS MAILED OFFER TO: CODE SPO101

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
POST OFFICE BOX 8636
PHILADELPHIA, PA 19101-8636

7. DELIVER HANDCARRIED OFFER, INCLUDING DELIVERY BY COMMERCIAL CARRIER TO

DEFENSE PERSONNEL SUPPORT CENTER
OFFER DEPOSITORY
BLDG. 9, 4TH FLOOR, WING F
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145

6A. FOR INFORMATION CALL (No Collect Calls): 215 737-7979

7A. ADDRESS ELECTRONIC TRANSMISSIONS (When Authorized) TO

Facsimile: (215) 737-8129 (Primary)
(215) 737-2228 (Alternate)
TWX: 710 670 1643
TELEX: 83 1434

6B. PURCHASING AGENT: H. ARMSTRONG
CONTRACTING OFFICER: W. DI LAURO
OFFICE SYMBOL: DPSC-MPHB

## SOLICITATION

8. Sealed offers will be received at the Defense Personnel Support Center, ATTN: DPSC-MPO, Bldg 9-4-F, until (hour) 3:00 PM local time (date) 14-SEP-93. To assure prompt delivery, mailed offers should be addressed per block 6, electronic transmissions per block 7A, and handcarried offers delivered to the specific location set forth in block 7. If offering, your reply envelope must be plainly marked with the solicitation number, date, and time set forth for receipt of offers.

**CAUTION:**
**FAILURE TO SUBMIT OFFER:** See Section L, Provision No. 52.214-9 or 52.215-15. When not responding to the solicitation with an offer, complete the reverse side, fold, affix postage and mail.

**LATE SUBMISSIONS, MODIFICATIONS AND WITHDRAWALS:** See Section L, provision No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

8A. **NOTICE: ANY CONTRACT AWARDED TO A CONTRACTOR WHO, AT THE TIME OF AWARD WAS SUSPENDED, DEBARRED, INELIGIBLE FOR RECEIPT OF CONTRACTS WITH GOVERNMENT AGENCIES OR IN RECEIPT OF A NOTICE OF PROPOSED DEBARMENT FROM ANY GOVERNMENT AGENCY, IS VOIDABLE AT THE OPTION OF THE GOVERNMENT.**

9. THIS SOLICITATION IS FOR the selection of a Medical/Surgical "Prime Vendor" for the Lone Star (Texas/Oklahoma/New Mexico) Region AND IS

- ☐ Total Set-Aside for SDB Concerns
- ☐ Total Set-Aside for Small Business Concerns
- ☐ Partial Set-Aside for Small Business Concerns with Preferential Consideration for SDB Concerns
- ☐ Unrestricted Acquisition with Evaluation Preference for SDB Concerns
- ☒ Unrestricted Acquisition

## OFFER (MUST BE FULLY COMPLETED BY OFFEROR)

NOTE: ITEM 10 DOES NOT APPLY IF THE SOLICITATION INCLUDES SECTION K PROVISION NO. 52.214-16, MINIMUM BID ACCEPTANCE PERIOD

10. In compliance with the above, the undersigned agrees, if this offer is accepted within 120 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 11. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No 52.232-8) | 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | ___ CALENDAR DAYS |
|---|---|---|---|---|
| | % | % | % | |

| 12. ACKNOWLEDGEMENT OF AMENDMENTS — The offeror acknowledges receipt of amendments to the Solicitation for offers and related documents numbered and dated | AMENDMENT NO | DATE | AMENDMENT NO | DATE |
|---|---|---|---|---|
| | | | | |

13. CAGE CODE: ______ FACILITY CODE: ______

NAME AND ADDRESS OF OFFEROR (Street, City, County, State and Zip Code):

United Medical Supply Co., Inc.
5117 Northeast Parkway
Fort Worth, TX 76106

AREA CODE AND TELEPHONE NUMBER: 817-626-9261

☒ Check if remittance address is different from above. Enter such address in schedule (see DPSC Provision 52.242-9P18).

14. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print): Joe W. Smith, Jr., Executive Vice President

15. SIGNATURE: Joe W. Smith Jr

16. OFFER DATE: 14 Sep. '93

DLA 120a 93-R-0587

| SOLICITATION NO. | PAGE 2 | OF |
|---|---|---|

NO OFFER SUBMITTED FOR REASON(S) CHECKED

| | | | |
|---|---|---|---|
| | CANNOT COMPLY WITH SPECIFICATIONS | | CANNOT MEET DELIVERY REQUIREMENT |
| | NO OPEN PRODUCTION CAPACITY AT PLANT | | DO NOT REGULARLY MANUFACTURE OR SELL THE TYPE OF ITEMS INVOLVED |
| | OTHER *(Specify)* | | |
| | WE DO/WE DO NOT DESIRE TO BE RETAINED ON THE MAILING LIST FOR FUTURE PROCUREMENT OF THE FOLLOWING NSNs | | |

| NAME AND ADDRESS OF FIRM *(Include zip code)* | SIGNATURE |
|---|---|
| | TYPE OR PRINT NAME AND TITLE OF SIGNER |

*fold*

*fold*

FROM:

AFFIX STAMP HERE

TO: DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
ATTN: DPSC-MPO
2800 SOUTH 20TH STREET
P. O. BOX 8419
PHILADELPHIA, PA 19101-8419

SOLICITATION NO. ______________________

OPENING CLOSING DATE AND LOCAL TIME ______________________

*(Do not Staple)*

## GENERAL INFORMATION FOR OFFERORS

The Defense Personnel Support Center (DPSC), Directorate of Medical Materiel is establishing a "Prime Vendor" program for brand name specific and generic medical supplies. A "Prime Vendor" is a business concern that functions as a purchaser's primary source for specified classes of products. A prime vendor is responsible for the delivery of goods produced by various suppliers to the customer upon order.

DPSC Medical is selecting regional prime vendors for brand name specific and generic medical supplies covering two product classes - pharmaceuticals and medical/surgical items. Presently, these items are purchased locally by the military medical facilities. Each prime vendor will be the primary supplier of one of the designated product classes for member hospitals in a given geographic region. Under this program, the prime vendors chosen by DPSC will furnish the participating hospitals with the majority of their normal day-to-day requirements for brand name specific and generic medical supplies.

DPSC Medical will establish approximately 22 regions covering the continental United States plus Alaska and Hawaii. There will be two prime vendors per region - one for pharmaceuticals and one for medical/surgical items. Each prime vendor will be responsible for supplying all of the medical items that are listed on Distribution and Pricing Agreements (see below) ordered by the participating medical facilities in the specific region. Two separate solicitations and contracts will be issued and awarded for each region - one for pharmaceuticals and one for medical/surgical items.

As part of the program, we are establishing "Distribution and Pricing Agreements" (DAPA's) with pharmaceutical and medical/surgical product manufacturers. Under a DAPA, the agreement holder consents to allow prime vendors selected by DPSC Medical to distribute its products to participating hospitals and agrees that the prime vendor will be charged no more that the prices set forth in the agreement. Orders will not be directly placed against the DAPA's; they are being used only to establish pricing and to obtain the right for our prime vendors to distribute an agreement holder's products. The DAPA's will be used to facilitate "charge-back" arrangements between the agreement holders and DPSC Medical's prime vendors. It will be the responsibility of the prime vendor to establish the necessary "charge-back" arrangements with the DAPA holders. DPSC may also issue Indefinite Delivery Type Contracts (IDTC's) for specific products to be distributed by the prime vendor. The prime vendor will be required to obtain these specific products from the listed sources. The price charged by the prime to the ordering activities will not exceed that cited in the IDTC plus the offeror's negotiated distribution fee.

At the time of award of each prime vendor contract, DPSC will provide the selected prime vendor a copy of all DAPA's and IDTC's either electronically or in a paper format.

NOTE: THIS SOLICITATION WILL RESULT IN THE SELECTION OF A MEDICAL/SURGICAL PRODUCTS PRIME VENDOR FOR THE LONE STAR REGION (TEXAS/OKLAHOMA/NEW MEXICO) - see Attachment III.

## CAUTION NOTICE

1. This is a Source Selection Acquisition:

Award will be based on factors other than cost or price alone. Evaluation factors for award are contained in DPSC Clause 52.215-9P19 "EVALUATION FACTORS FOR AWARD" on page 67.

Source evaluation and selection procedures are contained in DPSC Clause 52.215-9P20 "SOURCE EVALUATION AND SELECTION PROCEDURES" on page 69. Offerors should also familiarize themselves with the DPSC Handbook for source selection. Copies are available upon request from the Contracting Officer.

2. DPSC Clause 52.215-9P12 "INSTRUCTIONS FOR PREPARING PROPOSALS" on pages 55 thru 65 of the solicitation should be reviewed carefully prior to commencing preparation of your proposal. Proposals which do not provide the required information in the prescribed format as cited in DPSC Clause 52.215-9P12 may be excluded from further consideration. Technical proposals must be devoid of all discussions or references to price.

3. After the closing date of the solicitation, the contracting officer may require offerors to furnish cost and/or pricing data as part of their business proposals. The necessary forms and instructions will be furnished at that time, if cost and/or pricing data is required by the contracting officer after the closing of the solicitation.

4. In the event that an annual company or division wide subcontracting plan is submitted in response to this solicitation under an offeror's Business Proposal, offerors are reminded that the plan should cover the company's fiscal year, which must be identified. Offerors should refer to FAR 52.219-9, "SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN".

5. A Requirements type contract is contemplated with the option to extend the effective period of the contract for four additional one year periods. The total length of the contract would not exceed 5 years (see Clause 52.217-9P10, page 36). Offers on the options are mandatory. Failure to offer on all options will result in an offer being eliminated from further consideration. A determination of price reasonableness for these line items shall be made prior to award.

## SECTION B

## SCHEDULE OF SUPPLIES

The offeror, if awarded this contract, shall be paid for each medical/surgical product ordered and delivered which appears on a DPSC Medical Distribution and Pricing Agreement (DAPA) or on an Indefinite Delivery-Type Contract (IDTC), plus the offeror's negotiated distribution fee. For an item covered by a DAPA, the prime vendor will furnish the product at the price cited on the agreement plus the offeror's negotiated distribution fee. For an item covered by an IDTC, the prime vendor will furnish the product from the source listed under the IDTC at a price which does not exceed the price set forth in the IDTC plus the offeror's negotiated distribution fee.

The prime vendor shall only accept orders for and shall only furnish, under the contract, products which are a part of the DPSC Prime Vendor Program.

The offeror is to insert in the spaces provided below its proposed distribution fees for both the initial 1-year contract ordering period and for each of the 4 yearly option periods covering all of the medical facilities listed on Attachment III. The distribution fee must be the same for all of the covered facilities. However, offerors may propose different fees for each of the ordering periods.

Partial offers based on only some of the listed facilities will not be considered.

The evaluation of option lines does not obligate the Government to exercise any of the options. The offeror's proposed distribution fee is to be expressed as a percentage (%) and shall be based on performance in accordance with the contract's Statement Of Work.

OFFEROR'S DISTRIBUTION FEE:

| LINE ITEM NO. | TIME PERIOD | PROPOSED DISTRIBUTION FEE |
|---|---|---|
| 0001 | INITIAL YEAR | 7.0 % |
| 0002 | FIRST OPTION YEAR | 7.0 % |
| 0003 | SECOND OPTION YEAR | 7.0 % |
| 0004 | THIRD OPTION YEAR | 7.0 % |
| 0005 | FOURTH OPTION YEAR | 7.0 % |

## SECTION B

## SCHEDULE OF SUPPLIES

**ESTIMATED ANNUAL REQUIREMENTS:**

Based on a 12-month reporting period, the medical treatment facilities that will be covered by the contract locally spent an estimated $ 27,500,000.00 per year for those types of consumable and disposable medical/surgical products and hand-held surgical instruments covered by the proposed contract. No guarantee is given that this volume will be purchased. It should be noted that during the first year of the contract each facility will begin to reduce its existing inventory of medical/surgical products. Orders will be placed through the Prime Vendor as existing inventories are reduced to lower levels. This may effect the volume of ordering during the base ordering period.

**EVALUATION OF OFFERS:**

The Government will evaluate price offers by:

(1) Multiplying the annual estimated requirements for the base ordering period and each option period by the offeror's distribution fee for each period and then

(2) Adding the dollar figure for each year to arrive at the total cost for the distribution fee for the entire 5 years.

For additional information, refer to SECTION M - clause 52.217-9P14(M).

## SECTION C

## STATEMENT OF WORK (SOW)

1. The contractor (Prime Vendor) shall provide all medical/surgical products for which the Prime Vendor has been authorized as a distributor under DPSC Medical's Distribution and Pricing Agreements (DAPA's) or under Indefinite Delivery-Type Contracts (IDTC's). Under the contract, the Prime Vendor shall distribute the medical/surgical products to the participating medical treatment facilities specified on Attachment III in accordance with the terms and conditions set forth in the contract. "Drop" shipments directly from the product manufacturers are prohibited.

Only items appearing on a DPSC Medical DAPA or IDTC will be ordered and delivered under the Prime Vendor contract. The items appearing on the pricing agreements are brand name specific or generic commercial products which are identified by the manufacturer's commercial item descriptions. All items conform to the manufacturer's commercial specifications. Estimated requirements listed in Section B reflect annual estimated requirements based upon usage figures provided by the participating medical facilities.

2. Each medical treatment facility will be responsible for its own ordering of items required. At time of contract award, the successful offeror will be furnished the name(s) of individuals authorized to purchase against this contract for each facility included in this contract. Orders may be placed up to and including the last day of the contract period for routine and emergency delivery.

3. Implementation Plan:

The contractor must submit a plan to the Contracting Officer outlining how it intends to implement the Prime Vendor Program at each of the activities listed under the contract. The Government shall approve, conditionally approve or disapprove the contractor's plan within 5 days after receipt. The Government reserves the right to require additional plans if the initial submission(s) are not approved. The plans shall be submitted in accordance with the schedule cited on Attachment IV. Conversion must be accomplished within the transition period indicated below. Failure to complete the conversion within the transition period may result in the contract being declared in default.

4. Transition Period/Commencement Schedule:

To ensure sufficient administrative time has been allowed for continuity of services at required performance levels as well as anticipated inventory levels, the Prime Vendor Program shall commence at each activity in accordance with the schedule listed on Attachment V. All contract costs associated with the transition period shall be borne by the contractor. Participating facilities currently maintain an inventory of stock-on-hand. The inventory will be reduced during the transition period through normal attrition. Orders will be placed with the Prime Vendor as needed as existing inventories are reduced.

SECTION C

STATEMENT OF WORK (Continued)

5. The contractor shall also meet the following minimum performance requirements for each ordering activity cited in the contract:

a. Maintain, at a minimum, a 95% monthly fill-rate for each activity. Supplies shall be furnished on a "fill-or-kill" basis. If an order for an item can not be filled by the prime vendor when ordered the request for that particular item will be automatically "killed", i.e. cancelled unless the activity has previously approved delivery of a substitute. However, if the contractor can partially fill an order for an item, it shall do so and in such a situation the remaining quantity will be automatically "killed" unless the activity has previously approved delivery of a substitute. For the purposes of this contract, the fill rate is defined below. The fill rate will be individually calculated on a monthly basis for each participating medical facility and shall be based only on those products, ordered by a medical facility, for which the Prime Vendor has been authorized as a distributor. The Fill-Rate level will be calculated as follows:

Fill-Rate (%) = 100% - Controllable Factor + Non-Controllable Factor

where the

$$\text{Controllable Factor (\%)} = \frac{\text{Total Lines Completely Unfilled} + 1/2 \text{ Partial Filled Lines}}{\text{Total Lines Ordered}}$$

and

$$\text{Non-Controllable Factor (\%)} = \frac{\text{Manufacturers' Backordered Lines}}{\text{Total Lines Ordered}}$$

Note: "Total Lines Completely Unfilled" shall include any line item that is completely unfilled or where 50% or more of the quantity ordered is discrepant. Discrepant conditions are defined as follows:

(i) Products delivered in error by the contractor due to mispicking;
(ii) Damaged items;
(iii) Unauthorized substitutions;
(iv) Products which do not meet the expiration/shelf life dating requirements of the contract.

"Partial Filled Lines" shall include any line item, not included in the above, where the quantity delivered is less than the quantity ordered. The contractor shall receive 1/2 credit for each partially filled line.

"Manufacturers' Backordered Lines" shall include all lines which are completely unfilled or only partially filled due solely to manufacturers' backorders. The contractor shall receive full credit for each line completely unfilled and 1/2 credit for each partially filled line.

Conditions: Participating facilities must provide the contractor with usage information six (6) weeks prior to start-up. The initial 60 days from start-up of each participating facility will be exempt from the calculation. Items ordered by a facility whose usage data has not been

## SECTION C

## STATEMENT OF WORK (Continued)

provided or product quantities of the most recent month in question exceeding the prior 45 day usage will be exempt from the calculation.

b. Accept receipt of non-emergency orders on its electronic order entry system at all times between the hours of 8:00 A.M. and 5:00 P.M, local time, Monday through Friday.

The contractor shall accept, on a daily basis, up to 15 individual delivery orders from each ordering point cited in the contract. The contractor shall package each order separately for delivery to the medical treatment facility delivery point(s) cited in the contract.

c. Accept receipt of emergency orders 24 hours a day,7 days per week.

**NOTE**: An individual delivery order number will be assigned to each order by the ordering activity at time of placement of each non-emergency and emergency order. Each delivery order number will include 17 characters consisting of the 13 character contract number, e.g. DLA120-93-D-7012, plus a 4 character supplementary identification number, e.g. B007. The 13 character contract number will remain fixed for the entire term of the contract. The supplementary number will be unique for each order and may be any combination of alphas and numerics.

d. Deliver all orders for non-emergency supplies within 24 hours of receipt of the order. Deliveries will be made between the hours of 8:00 A.M. and 5:00 P.M.,local time, Monday through Friday, excluding holidays. Orders received on a Friday will be delivered on the following Monday.

* e. Deliver all orders for emergency supplies within 6 hours of receipt of the order in 100% of the cases. Provide emergency delivery service 24 hours per day, 7 days per week. Provide each ordering office with the telephone number and/or pager number of the contractor's representative responsible for providing this service. Delivery of items on an emergency basis will be by fastest possible carrier if emergency shipments are requested by the ordering activity. The contractor will provide a minimum of two (2) emergency shipments per month at no additional charge to the participating medical facility. Any additional emergency shipments requested by the ordering activity in excess of two (2) per month can be charged to the medical facility including all applicable transportation and handling costs as agreed to between the requesting medical facility and the prime vendor.

f. Accept delivery orders and invoice only for products which are part of the DPSC Prime Vendor Program. The contractor shall only deliver products which are a part of the DPSC Prime Vendor Program.

* g. Possess a fully operational on-line electronic order entry (EOE) system with customer access via direct dedicated link or dial-up method which will require no reprogramming on the part of the Government. The contractor's EOE system shall accommodate, either the ordering offices' assigned 17 alpha/numeric character delivery order number in its entirety, e.g. DLA12093D7012B007, or only the final 4 alpha/numeric character supplementary identification number, e.g. B007.

SECTION C

STATEMENT OF WORK (Continued)

The contractor's EOE system shall include an electronic on-line "price and product" catalog listing all items under the DPSC Prime Vendor Program. If non-Program items are also listed, the Government prefers, that a distinction be made between Program and non-Program items.

**NOTE**: The participating ordering activities cited in the contract currently have IBM-compatible personal computers, modems and printers to facilitate electronic order entry. Participating medical facilities will provide the dedicated phone line at their expense.

h. If contractor-owned software and/or hardware is furnished, the contractor shall be responsible for its installation and maintenance. All such software and/or hardware shall remain the property of the contractor and will be returned at the conclusion of the contract.

If Government-owned software and/or hardware is utilized by the Government, it shall be installed and maintained by the Government.

i. Furnish detailed information concerning its electronic ordering systems to the Government to facilitate the establishment of a direct interface between the contractor's electronic order entry system(s) and each ordering office's computerized materials management system. After award of the contract, it is the intention of the Government to provide for electronic order entry from each ordering office's computerized materials management system directly into the selected prime vendor's electronic order entry system, including receipt of order confirmation. Towards that end, the Government will separately commission the services of a systems consultant and integration firm to set up a uniform interface with the selected prime vendor's system(s).

j. Provide an electronic order confirmation to the ordering office within two hours following transmission of the order from the participating medical facility. At a minimum, the confirmation will include item identification, quantity to be delivered, unit of issue, delivered price, and delivery order number. Additionally, if a pre-approved substitute item is to be delivered, it shall be noted on the confirmation. Furthermore, all unfilled or partially filled items shall be listed. The confirmation shall be capable of being printed at the ordering office.

k. Conduct a training program within the "start-up" period specified in the contract. The facility staff shall be provided with adequate training on the contractor's electronic order entry system. Adequate training is defined as: "Training sufficient for participating medical facility staff to use the order entry system without assistance." Training will be for a minimum of 4 employees at each facility or ordering activity. The training shall include all aspects of the contractor's electronic order entry system. A contact person and telephone number must be provided in the event additional instruction is necessary.

l. Provide 2 sets of any/all existing and available training manuals to each ordering activity.