DLA120-93-R-0587



## Facilities Eligible For Stockless Option Sites

(Only these ordering facilities are considering the stockless option

| Ordering Facilities | Maximum Number of Stock Sites | Total Yearly Est Base Year |
|---|---|---|
| Corpus Christi | 4 | $300,000 |
| Fort Sam Houston | 50 | $21,000,000 |
| Fort Hood | 30 | $4,000,000 |
| Fort Bliss | 30 | $18,000,000 |
| Fort Sill | 35 | $4,000,000 |

Section B, Schedule of Supplies

Estimated Annual Requirements:

Based on a 12-month reporting period, the medical treatment facilities that will be covered by the contract locally spent an estimated $57,665,500 per year for those types of medical/surgical products covered by the proposed contract. No guarantee is given that this volume will be purchased. It should be noted that during the first year of the contact each facility will begin to reduce its existing inventory of medical/surgical products. Orders will be placed with the Prime Vendor as existing inventories are reduced to lower levels. This may effect the volume of ordering during the base ordering period.

EVALUATION OF OFFERS:

The Government will evaluate price offers by:

(1) Multiplying the annual estimated requirements for the base ordering period and each option period by the offer's distribution fee for each period and then;

(2) Adding the dollar figure for each year to arrive at the total cost for the distribution fee for the entire 5 years.

For additional information, refer to SECTION M, clause 52.217-9P14(M).

## Section C - Statement of Work (SOW)

GENERAL INFORMATION:

A. The contractor (Prime Vendor) shall provide all medical/surgical products for which the Prime Vendor has been authorized as a distributor under DPSC Medical's Distribution and Pricing Agreements (DAPAs) or under Indefinite Delivery-Type Contracts (IDTCs). Under the contract, the Prime Vendor shall distribute the medical/surgical products to the ordering facilities specified on Attachment III in accordance with the terms and conditions set forth in the contract. During the term of the contract or any renewals thereof, DPSC reserves the right to add ordering facilities to or delete ordering facilities from the list shown at Attachment III. All ordering facilities added will be from the same geographic area as the region covered by this solicitation. Offerors are alerted that the contract estimate may change after award as a result of these additions or deletions. The Prime Vendor will make shipments in one of the following ways:

ROUTINE:

1. Just-In-Time Orders (JITO) - orders which the ordering facility wants delivered within 24 hours of order placement, excluding holidays and weekends. These items must be from DAPAs or IDTCs.

or

2. Extended Delivery Orders (EDO) - orders which the ordering facility wants delivered within 7 calendar days of order placement. These items must be from DAPAs or IDTCs. The intent of EDOs is to provide a method for non-usage data items to be ordered.

EMERGENCY: Usage data items requiring expedited delivery. See Paragraph "G" under "Minimum Performance Requirements."

The majority of orders placed are expected to be Just-In-Time Orders. The ordering facility has the right to identify any item they have submitted usage data on as a JITO. All Extended Delivery Order items appearing on one order must be delivered at the same time and within 7 days of order placement. If all ordered items are available in fewer than 7 days, they may be shipped in a single shipment at that time. Just-In-Time and Extended Delivery shipments cannot be combined on a single purchase order.

"Drop" shipments are limited to those authorized by the ordering facility. Drop shipments are goods available through but not inventoried by the Prime Vendor. Drop shipments can be either JITOs or EDOs depending on the ordering arrangements the Prime Vendor has made with the ordering facility.

B. Only items appearing on a DPSC Medical DAPA or IDTC will be ordered and delivered under the Prime Vendor contract. All items are brand name specific or generic commercial products which are identified by the manufacturer's item descriptions and part numbers and conform to the manufacturer's commercial specifications. Estimated requirements listed in Section B reflect annual estimated requirements based upon usage figures provided by the participating ordering facilities.

**Section C - Statement of Work (SOW)**
(Continued)

C. Each ordering facility's ordering point(s) will be responsible for its own ordering of items required. At time of contract award, the Prime Vendor will be furnished the name(s) of individuals authorized to act as a focal point at each facility included in this contract. Orders may be placed up to and including the last day of the contract.

DEFINITIONS:

1. Manufacturers'/DAPA Holders Backordered Lines - includes all lines which are completely unfilled or only partially filled due solely to manufacturers' backorders. Manufacturers' backorders represent material the manufacturer is unable or unwilling to supply to the Prime Vendor. The Prime Vendor shall receive full credit for fill rate calculations for each partially filled or completely unfilled line caused by a manufacturer's backorder.

2. Total Lines Not Shipped - any line with no partial shipments made.

3. Partially Filled Line - any line that is not shipped in its entirety.

When the Prime Vendor ships a total quantity but any of the following discrepant conditions are found, the Prime Vendor can only take credit for a Partially Filled Line:

a. Missed picks
b. Damaged items
c. Unauthorized substitutions
d. Outdated items

4. Fill or Kill - If an order for an item cannot be filled by the Prime Vendor when ordered, the request for that particular item will be automatically "killed" (cancelled) unless the ordering facility has previously approved delivery of a substitute. However, if the Prime Vendor can partially fill an order for an item, it shall do so and the remaining quantity will be automatically "killed" unless the ordering facility has previously approved delivery of a substitute. The Prime Vendor Interface (PVI) cannot handle substitute items.

5. Fill Rate - The fill rate will be individually calculated on a monthly basis for each ordering facility and shall be based only on those products for which the Prime Vendor and DAPA holder have entered into an agreement.

6. *Fill Rate Calculation for Both Just-In-Time Orders and Extended Delivery Orders:

Fill Rate(%) = (100% - Controllable Factor) + Non-Controllable Factor

where the

* Each of these fill-rates must be calculated + Reported separately.

## Section C - Statement of Work (SOW)
(Continued)

Controllable Factor(%) = Tot Lines Not Shipped + 1/2 Credit for Part Fill Lines / Total lines Ordered

and

Non-Controllable Factor(%) = Manufacturers' Backordered Lines / Total Lines Ordered

Sample Fill Rate Calculation for Just-In-Time Orders:

Total Lines Ordered = 2500
Total Lines Not Shipped = 150
Part Fill Lines = 50
Manufacturer Backorders = 50

$$\text{Controllable Factor} = \frac{150 + 1/2(50)}{2500} = .07 \text{ or } 7\%$$

$$\text{Non-Controllable Factor} = \frac{50}{2500} = .02 \text{ or } 2\%$$

Fill Rate% = (100% - 7%) + (2%) = 95%

7. Usage Data (Core Items) - items, with associated quantities, designated by the ordering facility as those that will ordered under the Prime Vendor program.

8. Delivered Unit Price - the product's delivered unit price shall be computed as follows (the unit price is the lowest unit of measure):

(i) the price of the product itself, as negotiated and published on a DPSC DAPA or IDTC, plus
(ii) the Prime Vendor's distribution fee, plus
(iii) the applicable DPSC administrative fee.

| Example: | | |
|---|---|---|
| | Product Price | $20.00 |
| | Distribution Fee (5.0%) | + 1.00 |
| | Subtotal (for example only) | $21.00 |
| | DPSC Administrative Fee ~~(1.0%)~~ 1.3% | + ~~.21~~ .27 |
| | Delivered Unit Price | ~~$21.21~~ 21.27 |

The DPSC administrative fee is applied after the product price and the Prime Vendor's distribution fee are added together. The delivered unit price is to be the only price visible to the ordering facility. At the time of award, DPSC will furnish the Prime Vendor all current product and pricing information appearing on a DPSC DAPA or IDTC and the current DPSC administrative fee. The DPSC administrative fee shall be subject to change (normally on 1 October of each year). ~~The DPCS distribution fee for the period of October 1, 1995 through September 30, 1996 is 1.3%.~~ The DPSC administration fee as of October 1995 is 1.3%

## Section C - Statement of Work (SOW)
(Continued)

MINIMUM PERFORMANCE REQUIREMENTS: The Prime Vendor shall meet the following minimum performance requirements for each ordering facility cited in the contract (see Attachment III):

A. Maintain, at a minimum, a 95% monthly fill-rate for each ordering facility for Just-in-Time Orders and Extended Delivery Orders. Supplies shall be furnished on a "fill-or-kill" basis. The fill-rate is based on the definition provided under Section C "Definitions" #5. Offerors are advised that alternate "Fill-Rate" methodologies are unacceptable.

B. Accept receipt of non-emergency orders on its Electronic Order Entry (EOE) system at all times between the hours of 8:00 A.M. and 5:00 P.M, local time of the ordering facility, Monday through Friday.

C. Accept on a daily basis up to 15 individual delivery orders from each ordering facility cited in the contract. The Prime Vendor shall package each order separately for delivery to the ordering facility delivery point(s) cited in the contract.

D. Accept receipt of emergency orders 24 hours a day, 7 days per week.

E. Within 30 days of getting usage data from the ordering facilities, the Prime Vendor will have the items available for ordering. The initial 60 days of ordering for each ordering facility will be exempt from the fill-rate calculation. Items ordered by a facility whose usage data has not been provided or whose product quantities of the most recent month in question exceed the prior 45 day usage will be exempt from the calculation.

F. Deliver all orders for non-emergency supplies within 24 hours (JITO) or 7 calendar days (EDO) of receipt of the order. Deliveries will be made between the hours of 8:00 A.M. and 5:00 P.M., local time, Monday through Friday, excluding holidays. JITOs received on a Friday will be delivered on the following Monday. All JITOs received by 5:00 P.M. must be delivered within 24 hours except as noted above (i.e., holidays and weekends).

G. For William Beaumont Army Medical Center, El Paso, TX, deliver all orders for emergency supplies within 8 hours of receipt of the order in 100% of the cases. For the following facilities - Reese AFB - TX, USAF Clinic - Goodfellow AFB TX, Holloman AFB NM, USAF Hospital Kirtland AFB - Alberquerque, NM, and Cannon AFB NM deliver all emergency supplies within 12 hours of receipt of the order in 100% of the cases. For all the remaining facilities deliver all orders for emergency supplies within 6 hours of receipt of the order in 100% of the cases. Provide emergency delivery service 24 hours per day, 7 days per week.

Provide each ordering facility with the telephone number and/or pager number of the Prime Vendor's representative responsible for providing this service. Delivery of items on an emergency basis will be by fastest possible carrier if emergency shipments are requested by the ordering facility. The contractor will provide a minimum of two (2) emergency shipments per month at no additional charge to the ordering facility. Additional emergency shipments can have all applicable transportation and handling costs charged to the ordering facility. Each Prime Vendor must

## Section C - Statement of Work (SOW)
(Continued)

indicate in its offer, the transportation and handling cost broken out by facility, that will be charged for each additional emergency shipment.

H. Conduct a training program at each ordering facility within the start-up period specified in the contract. The ordering facility staff shall be provided with adequate training on the Prime Vendor's electronic catalog and order entry system. Adequate training (as determined by the ordering facility) is defined as: "Training sufficient for ordering facility staff to use the catalog and order entry system without assistance." Training will be for a minimum of 4 employees at each ordering facility. The training shall include all aspects of the Prime Vendor's electronic catalog and electronic order entry system. A contact person and telephone number must be provided in the event additional instruction is necessary.

I. Provide 2 sets of printed training manuals to each ordering facility and/or provide on-line context-sensitive help capability as an integral part of the Price and Product Catalog and the EOE system.

**CERTIFICATION:**

Indicate which type (or both) of assistance your firm is offering: (Check however many apply)

__X__ My firm is providing 2 sets of training manuals per ordering facility.

__X__ My firm is providing on-line context-sensitive help capability.

_____ My firm is providing neither of the above.

J. If Prime Vendor-owned equipment is furnished, emergency service and repair calls shall be made on an unlimited basis at no additional cost to the ordering facility. Within 24 hours after notification by the ordering facility that any part of the Prime Vendor owned equipment is not functioning properly, the Prime Vendor shall furnish a qualified representative to inspect the equipment and perform all repairs and adjustments necessary to restore the equipment to normal and efficient operating condition. If repair is not feasible, the Prime Vendor shall provide replacement. By either repair or replacement, the ordering facility shall not be without an on-line order entry system for more than 48 hours. During any resulting down period the Prime Vendor must honor all telephonic or faxed orders at no additional cost.

K. The Prime Vendor shall not be responsible for any repairs or replacement parts necessitated by neglect of the ordering facility employees, such as improper application, maintenance, or alteration, or by factors external to the equipment such as deficiencies in air conditioning, humidity control or electrical power. Repairs necessitated by abuse, neglect, vandalism, Acts of God shall be performed under separate purchase order issued by the ordering facilities and shall not be performed under this contract.

L. The Prime Vendor shall provide only dated/shelf life products bearing an expiration date/shelf life with at least 6 months remaining upon delivery to the ordering facility. For those products which have an

**Section C - Statement of Work (SOW)**
(Continued)

initial expiration/shelf life of 6 months or less, the Prime Vendor shall provide at least 75% of the dating.

M. The Prime Vendor shall notify each ordering facility of any manufacturer backordered item which its usage reports indicate it orders.

N. The Prime Vendor shall submit recommendations or requests for substitute products directly to the Contracting Officer's Representative or the ordering facility. Only the Contracting Officer's Representative or the ordering facility can approve and order substitute products. During manufacturer's backorder periods for usage data items, the Prime Vendor's sales representative is required to assist the ordering facilities in promptly identifying available substitute DAPA items.

O. The Prime Vendor's representative shall make a minimum of one scheduled sales visit per month to each ordering facility to discuss customer satisfaction. Additional visits may be requested at the discretion of the Contracting Officer or ordering facility. The Prime Vendor must supply a toll-free access number for the facilities to use when contacting the Prime Vendor's sales representative, if outside the local calling area.

My firm will provide a toll-free access number as required: (check one)

__X__ Yes _____ No

NOTE: If you are providing a toll-free access number, please identify and list in technical proposal under "Customer Support."

P. Special Requirements:

1. The Prime Vendor must have Prime Vendor/DAPA Holder agreements in place, within 90 days of their award date, for a minimum of 95% of the DAPA items under agreement between the DAPA holders and DPSC.

2. The Prime Vendor shall not require more than a maximum of $1 million of product liability coverage per DAPA holder.

FAILURE TO MEET THE REQUIREMENTS OF PARAGRAPH "P" IS GROUNDS FOR TERMINATION FOR DEFAULT.

MINIMUM ELECTRONIC ORDER ENTRY (EOE) SYSTEM REQUIREMENTS

A. The Prime Vendor must provide the name and phone number of their technical EOE system expert to the Contracting Officer and to Defense Medical Systems Support Center (DMLSS-PMO). This technical expert must be available to answer all questions regarding the Prime Vendor's EOE system.

B. The Prime Vendor must be capable of processing batch orders (on-line capability in addition, is acceptable). The system will have the capability of asynchronous dial-up. If customer access is not available via asynchronous dial-up, a value-added network (VAN) shall be used which will convert the bisynchronous signal to an asynchronous format and vice versa. The Prime Vendor is responsible for obtaining and maintaining the VAN during the scope of the contract. The cost of the VAN will be borne by the Prime Vendor. The Prime Vendor's electronic order entry system shall

**Section C - Statement of Work (SOW)**
**(Continued)**

accommodate the ordering facility's 17 character contract/delivery order number, e.g., SP020094D1234AA01 (ANSI X12 850 transaction set will only contain the four position call number, e.g., AA01).

C. If a Prime Vendor Interface (PVI) has been installed at the ordering site, the Prime Vendor will provide its proprietary software to the Government system integrator who will then provide a turn-key system to the ordering facility. The Prime Vendor must furnish detailed information concerning its EOE system, and provide a copy of its order entry software, to the Government's system integrator to facilitate the establishment of a PVI between the Prime Vendor's EOE system and each ordering facility's computerized materials management system. Each Prime Vendor must work with the Government's system integrator in coordinating technical requirements to exchange ANSI X12 850 and 855 transaction sets between the Government's computer system and the ordering facilities' computer system.

D. The Prime Vendor's EOE system must include a "Price and Product Catalog" listing all items for which the ordering facilities in the region have provided usage data to the Prime Vendor. This electronic Price and Product Catalog must be loaded with either the provided usage data or the full DAPA database (based upon your firm's preference indicated by check-mark below) within 60 days of award.* This catalog may either be built into the Prime Vendor's EOE system or it can be a separate system. The Price and Product Catalog must provide search capability based on generic product name and/or manufacturer part number. If non-Program items are also listed, the ordering facility must be able to distinguish between IDTC/DAPA and non-IDTC/non-DAPA items prior to order placement. The Order Confirmation must show rejection of non-IDTC/non-DAPA items. The ordering facility must be able to place their order to a single contractor order receipt point and shall not have to distinguish between the Prime Vendor's divisions when placing an order. *The Prime Vendor must implement the revised DAPA prices within 7 days of receipt of the DAPA update file."

The "Price and Product Catalog" is only required to list all items for which the ordering facilities in the region have provided usage data. <u>If your firm decides to list additional DAPA items, ALL DAPA ITEMS IN THE DAPA DATABASE must be included</u>. This includes identical products offered by more than one source (e.g., identical products offered by the manufacturer and dealers). Your choice is to list only usage data items or list all DAPA items awarded. You are advised that a single catalog showing all usage data items selected by all ordering facilities in that region is acceptable (you can design one catalog per region instead of a separate catalog tailored to each ordering facility). You are advised that a single catalog showing all usage data items selected by all ordering facilities for multiple regions is acceptable. You can design one catalog for multiple regions instead of a separate catalog tailored to each region.

I am offering a catalog that: (check one)

_____ will provide only usage data items

__X__ will reflect the entire DAPA database

E. The Prime Vendor shall implement, within six (6) months of award, ANSI X12 standards for electronic data interchange (EDI) for the following business documents: Purchase Orders (850), Order Confirmation (855), and Price Sales Catalog (832) (for the sole purpose of receiving DAPA files). Sample transaction sets, meeting DMLSS-PMO guidelines, are available upon request (contact the buyer or Contracting Officer). ANSI X12 standards are

**Section C - Statement of Work (SOW)**
**(Continued)**

only required for transactions between trading partners. A Prime Vendor that can transmit and receive business documents in ANSI X12 format for all facilities using the Prime Vendor Interface (PVI) meets the requirements of the Statement of Work.

NOTE: An individual contract/delivery order number will be assigned to each order by the ordering facility at time of placement of each non-emergency and emergency order. Each contract/delivery order number will include 17 characters consisting of the 13 character contract number, e.g., SP020094D7012, plus a 4 character supplementary identification number, e.g., B007. The 13 character contract number will remain fixed for the entire term of the contract. The supplementary number will be unique for each order and may be any combination of alphas and numerics. Only the four digit call number is transmitted in the ANSI X12 850 and 855 transaction sets. However, the full 17 digits are required for the ANSI X12 810 transaction sets.

F. The Prime Vendor must electronically submit an invoice for each delivery order to the payment office cited in the contract in accordance with the American National Standards Institute (ANSI) X12 Standards, 810 transaction set. The Government requires that all electronic invoices be transmitted through a third-party network commonly known as a Value-Added Network (VAN). The cost of the VAN will be borne entirely by the Prime Vendor. The Prime Vendor must be able to send an ANSI X12 Invoice (810) transaction set as of the date of award. There is no six month implementiong period for this transaction set.

**Minimum Performance Requirement:**
My firm is committed (ing) to using the ANSI X12 transaction set for Invoicing (810) effective on the date of award:
(check one)

__x__ Yes ______ No

G. The Prime Vendor shall submit only one electronic invoice per delivery order to DPSC. The total dollar value cited on an invoice shall be based solely on the product prices, as cited in a DPSC DAPA or IDTC, plus the contractor's distribution fee. The ordering office's assigned delivery order number consisting of 17 alpha/numeric characters, e.g., SP020094D7012B007, shall be cited in its entirety on the electronic invoice. Payment will be made 15 days after receipt of a valid invoice or supplies, whichever is later. Payment will be made via electronic funds transfer (EFT) to the contractor's financial institution.

H. The Prime Vendor's electronic on-line "price and product" catalog shall reflect only the "delivered unit price" for each product.

I. The Government shall be responsible for providing to DOD activities the necessary personal computers, printers, and Hayes-compatible modems to communicate with the contractor's EOE system. Ordering facilities will provide the dedicated phone line at their expense. The Prime Vendor is responsible for working with the Government's system integrator to ensure the Prime Vendor's software works with the Government's Hayes-compatible modem. (The government currently furnishes SmartLink modems.)

J. When the PVI will not be used by an ordering facility, the Prime

## Section C - Statement of Work (SOW)
(Continued)

Vendor shall be responsible for installation and maintenance of its Prime Vendor-owned software. All such software shall remain the property of the Prime Vendor and will be returned at the conclusion of the contract. Post award software changes must be coordinated with the Contracting Officer 30 days in advance of planned implementation. The Contracting Officer will provide the information to the Government's system integrator. All Government-owned software and/or hardware shall be installed and maintained by the Government.

K. If the Prime Vendor has not previously received a contract under DPSC Medical's Prime Vendor program or has modified/replaced the previously approved EDI/EOE system, it shall conduct a demonstration of this system, before or after award (at the Contracting Officer's discretion), to the Contracting Officer at DPSC, Philadelphia. The Operational Capability Demonstration clause (52.215-9P10) applies if the demonstration takes place prior to award. The Prime Vendor shall also provide within 14 days after contract award, unless otherwise indicated below, the following information to the Contracting Officer who will provide it to the Government systems integrator:

(1) Electronic Data Interchange (EDI) documentation that describes the ANSI X12 850 and 855 transaction/purchase (purchase order and order acknowledgement) formats and the ANSI X12 832, and 810 transaction sets. If not initially ANSI X12 compliant, proprietary transaction formats/scripts used in conjunction with the Prime Vendor's electronic order entry system will be provided;

(2) A definition of the Prime Vendor's communications protocol (asynchronous or bisynchronous) and a copy of any communications software used by the Prime Vendor to effectively establish communications between the ordering facility and the Prime Vendor's electronic order entry system;

(3) A copy of the Prime Vendor's proprietary EOE software to be employed by the ordering facilities which will be used for system testing by the Government's system integrator;

(4) A test account and log-ons for use by the system integrator to allow for testing of the Government's PVI to include actual submission of "dummy orders" to the Prime Vendor's electronic order entry system.

(5) Upon receipt of DPSC Medical's DAPAs, a list of all DAPA items in an ASCII electronic data file (fixed record length) for use in loading a translation table which will be constructed by the Government's system integrator to cross reference the Government's product identification numbers to the Prime Vendor's product identification (ID). The translation table is ordering facility site specific. The specific file format will be provided by the Government's system integrator. The Prime Vendor will provide a subset (minimum of 100 records) of actual DAPA data within two weeks of contract award for use in testing by the Government's system integrator. The Prime Vendor will provide the actual list of DAPA items in an ASCII electronic data file (fixed record length) two weeks prior to scheduled site implementation. The following ASCII electronic data file format shall be used:

| Element Required | Required Format (number of characters) |
| --- | --- |

**Section C - Statement of Work (SOW)**
(Continued)

| | |
|---|---|
| Prime Vendor's Item ID | (22) |
| Item Description | (30) |
| Saleable Unit of Issue/Measure | (2) |
| Unit Price | (8) 99999.99 no commas or $ sign explicit decimal point required |
| DAPA Manufacturer Name | (20) |
| DAPA Manufacturer Part Number | (15) |
| Quantity in Saleable Unit of Issue/Measure | (5) |

Updates of these files will be provided directly to DPSC (ATTN: DPSC-MEI, DMLSS Team) on a quarterly basis.

L. If the Prime Vendor has previously received a contract under DPSC Medical's Prime Vendor Program, it shall provide the ASCII electronic data file of DAPA items and a test account two weeks prior to site implementation. Updates of these files will be provided directly to DPSC (ATTN: DPSC-MEI, DMLSS Team) on a quarterly basis.

M. The Prime Vendor shall provide an electronic "order confirmation," (ANSI X12 855 is mandatory when the PVI is used) which confirms orders at the line item level, to the ordering facility, within two hours for JITOs and emergency orders, and within 24 hours or 1 day (if longer) for EDOs, following transmission of the order from the ordering facility. At a minimum, the confirmation will include product number ordered, quantity to be delivered, unit of issue, delivered unit price, and delivery order number and status of ordered line item. Non-IDTC/non-DAPA items must be indicated as rejected. Furthermore, all unfilled or partially filled items shall be listed. The confirmation shall be capable of being printed at the ordering facility. The packing list price must be identical to the confirmation price.

Minimum Performance Requirement

My firm commits to provide an electronic order confirmation (ANSI X12 855 is mandatory when the PVI is used), at the line item detail level, within the revised time constraints shown above:
(check one)

X Yes ______ No

N. If the Prime Vendor's order entry screen shows a price, it must show only the "delivered unit price."

O. The Prime Vendor must supply a toll-free access number for the facilities to use when electronically connecting with the Prime Vendor's system and any Prime Vendor "help" personnel.

My firm will provide a toll-free access number as required:
(check one)

X Yes ______ No

MINIMUM REPORTING REQUIREMENTS

**Section C - Statement of Work (SOW)**
(Continued)

A. The Prime Vendor must provide their standard monthly, quarterly (1 JAN, 1 APR, 1 JUL, 1 OCT), and annual (1 OCT - 30 SEP) report packages to each ordering facility. Any report provided to the ordering facility which lists pricing shall cite the "delivered unit price" as set forth in this statement of work. The reports must be furnished no later than 15 calendar days following the end of the reporting period.

B. The Prime Vendor must provide, within 10 calendar days following the end of each month, the following information in Standard Data Format (ASCII file) on a 3 1/2" (only) double sided, high density diskette, addressed to ATTN:DPSC-MSABA (MED/SURG Prime Vendor Implementation Mgr), Defense Personnel Support Ctr, 2800 South 20th Street, Philadelphia., PA 19145-5099. The data will be required for each facility covered under the contract. The format is described below:

| Description | Length |
|---|---|
| Prime Vendor Contract Number | 13 |
| Call Number | 4 |
| Order Type (J=JITO, E=EDO) | 1 |
| Order Date (DDMMMYYYY) | 9 |
| Delivery Date (DDMMMYYYY) | 9 |
| DODAAC | 6 |
| NDC (for MED/SURG also, if applicable) | 11 |
| Mfr Part Number/Mfr Universal Product Number (UPN) | 17* |
| DAPA Holder Part Number/DAPA Holder UPN | 17* |
| DAPA/IDTC Number | 13* |
| Unit of Issue (must match DAPA Unit of Issue) | 2 |
| Quantity Ordered, in Unit of Issue | 5* |
| Quantity Filled, in Unit of Issue | 5* |
| Fill Designation (F=Filled, P=Partially Filled, N=Not Filled, B=Manufacturer's B/O, T= Partial Mfr B/O) | 1 |
| Advance Customer Usage Data Provided on Item (Y/N) | 1 |
| Price per Unit of Issue.(EX., 99999.99, no comma, no $ sign. and explicit decimal point required) | 8* |

* suggested length

C. The Prime Vendor must provide a Monthly Fill-Rate report in accordance with the fill-rate formula cited in this SOW. This report must be submitted to the DPSC Contracting Officer. It must indicate the fill-rate percentage for each ordering facility and a summary fill-rate covering all ordering facilities. A copy of the individual ordering facility's monthly fill-rate report shall also be furnished to the ordering facility. The report shall include, for each ordering facility, the total number of lines ordered, the total number of lines completely filled, the total number of lines completely unfilled, the total number of lines partially filled, and the calculated fill-rate. The reports shall be mailed to the DPSC Contracting Officer and individual ordering facilities no later than 10 business days after the last day of the month being reported.

D. The Prime Vendor is required to submit quarterly status reports to the Contracting Officer detailing their accomplishments under this Solicitation covering Section L, Evaluation Factor 6, Socioeconomic Considerations and Factor 7, Small and Small Disadvantaged Business Entrepreneurial Enhancement and Development (SEED) Program.

Section C - Statement of Work (SOW)
(Continued)

PRODUCT RECALL NOTIFICATION: The Prime Vendor shall provide product recall notification regardless of level to:

1) Each ordering facility.

2) Defense Medical Standardization Board
ATTN: Code 11
Ft. Detrick
Frederick, MD 21702
TEL: (301)619-7387
FAX: (301)619-2335

3) US Army Medical Materiel Agency
ATTN: MCMR-MMO-TC
Ft. Detrick
Frederick, MD 21702
TEL: (301)619-4305 or 2045
FAX: (301)619-2938

4) Air Force Medical Logistics Office
ATTN: AFMLO-FOCO
Ft. Detrick
Frederick, MD 21702
TEL: (301)619-4170
FAX: (301)619-2557

5) DPSC Contracting Officer
ATTN: DPSC-MSA
2800 South 20th Street
Philadelphia., PA 19145-5099

For CONUS sites and Alaska and Hawaii this notification must be made within 48 hours or 2 days (whichever is longer) of notification by the manufacturer or its supplier. The Prime Vendor shall act on the first notification received. For Europe and Pacific, this notification must be made within 24 hours (or 1 day) of notification by the manufacturer or its supplier. (For Europe and Pacific, no screening by the Prime Vendor for actual sales to these ordering facilities is required, the sites will perform their own screening to speed up the process. So copies of all recall notices received by the Prime Vendor should be sent within 24 hours (or 1 day) to Europe and Pacific).

RETURN POLICY: The Prime Vendor shall accept returns under the following conditions:

(1) products shipped in error;
(2) products damaged in shipment;
(3) products with concealed shipping damages;
(4) products which are recalled (The prime vendor shall be responsible for handling all recalled product except when the manufacturer's policy states otherwise. If a direct recall is issued, the

**Section C - Statement of Work (SOW)**
(Continued)

Prime Vendor shall forward the manufacturer's disposition instructions to the ordering facility and the Contracting Officer);

(5) products which do not meet the expiration/shelf life dating requirements of the contract unless otherwise authorized by the Contracting Officer or ordering facility;

(6) items erroneously ordered by the ordering facility;

(7) other returns consistent with the Prime Vendor's normal return policy.

OPEN CREDIT POLICY: The Prime Vendor shall issue an "open credit" covering any recalled or returned material. The "open credit" will generally be applied by the ordering facility to the next day's order. The daily amount in the "open credit" account will be monitored by the ordering facility. The ordering facility must coordinate the application of this "open credit" with the Prime Vendor. The Prime Vendor will not include this "open credit" amount in its invoice .

SHIPMENT/INVOICE DISCREPANCIES: Receiving facilities will verify material upon delivery. "Open credits" are not intended for shipment/invoice discrepancies. Payment will reflect only products received.

PRESERVATION, PACKAGING, PACKING, AND LABELING:

A. Unless otherwise specified, preservation, packaging, and packing shall be sufficient to preclude damage to containers and/or contents thereof under normal shipping conditions and handling. Such preservation, packaging, and packing shall conform to normal commercial practices and applicable carrier regulations for shipments from the Prime Vendor to the receiving facility for storage and later reshipments from the receiving facility. CONUS shipping containers shall be in compliance with National Motor Freight Classification and Uniform Freight Classification. OCONUS shipping containers must comply with IATA (International Air Transport Association) standards. Commercial marking not interfering with the clarity or positioning of required markings on containers need not be obliterated.

B. The Prime Vendor shall deliver all hazardous materials in a separate container marked "hazard."

C. The Prime Vendor shall obtain all required Material Safety Data Sheets (MSDS's) and Hazard Warning Labels (HWLs) from suppliers upon receipt of applicable items. All MSDS's obtained will be provided to the Contracting Officer or the ordering facilities upon request. At a minimum, the Prime Vendor will furnish the ordering facilities with all applicable MSDS's upon initial delivery of covered items. The prime vendor will also be responsible to maintain all MSDS's and HWLs, as required, on file from suppliers providing hazardous material. The Prime Vendor shall also assure that all hazardous material is labeled correctly.

NOTE: Hazardous Material includes any material defined as hazardous under Federal Standard 313. MSDS's must meet the requirements of 29 CFR 1910-1200 (g) and the Fed-Std-313.

D. Labeling shall be in accordance with one of the following regulations as applicable: