DLA120-93-R-0587

[X] 52.246-9P38 WARRANTY OF SUPPLIES (COMMERCIAL ITEMS) (MAR 1992) DPSC (CONTINUED)

(5) The rights and remedies of the Government provided in this clause are in addition to and do not limit any rights afforded to the Government by any other clause of this contract.

(d) Failure to agree upon the determination to be made under this clause shall be a dispute concerning a question of fact within the meaning of the ``Disputes'' clause of the contract.

(e) When the contract specifies ultimate delivery of supplies to a location outside the contiguous United States, such location shall be deemed the destination for purposes of this clause.

(END OF CLAUSE)

## SECTION I

**[X] 52.216-18 (M) ELECTRONIC ORDERING UNDER ``PRIME VENDOR''**

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders by the individuals or activities designated in the Schedule. Such orders may be issued from date of award through 1 year thereafter.

(b) All delivery orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order and this contract, the contract shall control.

(c) Orders will be electronically transmitted to the contractor as required under the Statement of Work.

NOTE: Ordering Activities: Refer to Attachment III.

SECTION I

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 38 OF 96

[X] 52.252-2 CLAUSES INCORPORATED BY REFERENCE (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

---

[X] 52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense FAR Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

The FAR provisions/clauses listed below are incorporated by reference only when checked. Where an applicability statement appears beneath a checked provision/clause, the provision/clause will apply only as indicated in the statement.

[ ] 52.208-1 REQUIRED SOURCES FOR JEWEL BEARINGS AND RELATED ITEMS (APR 1984)

[X] 52.210-7 USED OR RECONDITIONED MATERIAL, RESIDUAL INVENTORY, AND FORMER GOVERNMENT SURPLUS PROPERTY (APR 1984)

[X] 52.212-8 DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (SEP 1990)

[ ] 52.213-1 FAST PAYMENT PROCEDURE (AUG 1988)

[ ] 52.214-26 AUDIT - SEALED BIDDING (APR 1985)

[ ] 52.214-27 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS--SEALED BIDDING (DEC 1991)

[ ] 52.214-28 SUBCONTRACTOR COST OR PRICING DATA--MODIFICATIONS--SEALED BIDDING (DEC 1991)

[ ] 52.214-29 ORDER OF PRECEDENCE - SEALED BIDDING (JAN 1986)

[ ] 52.217-1 LIMITATION OF PRICE AND CONTRACTOR OBLIGATIONS (APR 1984)

[ ] 52.217-2 CANCELLATION OF ITEMS (APR 1984)

[ ] 52.217-2 CANCELLATION OF ITEMS (APR 1984) ALTERNATE I (APR 1984)

[ ] 52.217-6 OPTION FOR INCREASED QUANTITY (MAR 1989)

Insert "the time specified in paragraph (c) of clause 52.217-9P08."

[ ] 52.217-7 OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)

Insert "the time specified in paragraph (c) of clause 52.217-9P08."

[ ] 52.219-6 NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (APR 1984)

[ ] 52.219-6 NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (APR 1984) ALTERNATE I (JUN 1989)

[X] 52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS (FEB 1990)

[X] 52.219-9 SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (FEB 1995)

[ ] 52.219-9 SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (FEB 1995) ALTERNATE I (AUG 1989)

[X] 52.219-13 UTILIZATION OF WOMAN-OWNED SMALL BUSINESSES (AUG 1986)

(Not applicable to contracts to be performed entirely outside the United States, its possessions, Puerto Rico, and the Trust Territory of the Pacific Islands)

[ ] 52.219-14 LIMITATIONS ON SUBCONTRACTING (JAN 1991)

[X] 52.219-16 LIQUIDATED DAMAGES - SMALL BUSINESS SUBCONTRACTING PLAN (AUG 1989)

[X] 52.220-3 UTILIZATION OF LABOR SURPLUS AREA CONCERNS (APR 1984)

(Not applicable to contracts with foreign contractors that, including all related subcontracts, are to be performed entirely outside the United States, its territories and possessions, Puerto Rico, and the Trust Territory of the Pacific Islands.)

SECTION I

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 39 OF 96

[X] 52.220-4 LABOR SURPLUS AREA SUBCONTRACTING PROGRAM (APR 1984) (Applicable to contracts over $500,000)

[ ] 52.222-1 NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (APR 1984)

[ ] 52.222-3 CONVICT LABOR (APR 1984)

[X] 52.222-20 WALSH-HEALEY PUBLIC CONTRACTS ACT (APR 1984)

[X] 52.222-26 EQUAL OPPORTUNITY (APR 1984)

[X] 52.222-28 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (APR 1984)

[X] 52.222-29 NOTIFICATION OF VISA DENIAL (APR 1984)

[X] 52.222-35 AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS (APR 1984) (Applicable to contracts over $10,000, except when work is performed outside the U.S., its possessions, territories, or Puerto Rico by employees recruited outside the U.S.)

[X] 52.222-36 AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (APR 1984) (Applicable to contracts over $2,500, except when worked is performed outside the U.S., its possessions, territories, or Puerto Rico by employees recruited outside the U.S.)

[X] 52.222-37 EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1988) (Applicable to contracts over $10,000, except those when work is performed outside the U.S., its possessions, territories or Puerto Rico by employees recruited outside the U.S.)

[X] 52.223-2 CLEAN AIR AND WATER (APR 1984) (Not applicable to contracts of $100,000 or under.)

[X] 52.223-6 DRUG-FREE WORKPLACE (JUL 1990) (Not applicable to contracts to be performed entirely outside the U.S., its territories, and its possessions.)

[X] 52.225-10 DUTY-FREE ENTRY (APR 1984)

[X] 52.226-1 UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES (AUG 1991)

[X] 52.227-1 AUTHORIZATION AND CONSENT (APR 1984)

[X] 52.227-2 NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (APR 1984)

[X] 52.227-3 PATENT INDEMNITY (APR 1984)

[ ] 52.227-3 PATENT INDEMNITY (APR 1984) ALTERNATE I (APR 1984)

(c) This patent indemnification shall not apply to the following items:

______________________________________

______________________________________

______________________________________

[X] 52.229-3 FEDERAL, STATE, AND LOCAL TAXES (JAN 1991) (Applicable to contracts to be performed wholly or partly within the U.S., its possessions or Puerto Rico.)

[ ] 52.229-4 FEDERAL, STATE, AND LOCAL TAXES (NONCOMPETITIVE CONTRACT) (JAN 1991)

[X] 52.229-5 TAXES - CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984)

[X] 52.229-6 TAXES--FOREIGN FIXED-PRICE CONTRACTS (JAN 1991)

[ ] 52.232-9 LIMITATION ON WITHHOLDING OF PAYMENTS (APR 1984)

[ ] 52.232-16 PROGRESS PAYMENTS (JUL 1991) (Applicable if contract is $1 million or more and with other than small business.)

[ ] 52.232-16 PROGRESS PAYMENTS (JUL 1991) ALTERNATE I (AUG 1987) (Applicable if contract is $100,000 or more and with a small business, or $50,000 or more and with a small disadvantaged business.)

NOTE: If the contract is with a small disadvantaged business concern, the progress payment and liquidation rates (except in para (k) of the clause) are changed to the rate of 90 percent.

SECTION I

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 40 OF 96

[ ] 52.232-16 PROGRESS PAYMENTS (JUL 1991)
ALTERNATE II (AUG 1987)
Paragraph (m) $__________(limit on amount of unliquidated progress payments)

[ ] 52.232-18 AVAILABILITY OF FUNDS (APR 1984)

[X] 52.232-25 PROMPT PAYMENT (MAR 1994) *
The following time frames apply to the fill-ins contained in this clause:
Para (a)(6)(i): 7th day
Para (b)(2): 7th day for progress payments and 14th day for interim payments on cost type contracts.

[X] 52.232-28 ELECTRONIC FUNDS TRANSFER PAYMENT METHODS (APR 1989)

[ ] 52.242-2 PRODUCTION PROGRESS REPORTS (APR 1991)

[ ] 52.242-10 F.O.B. ORIGIN-GOVERNMENT BILLS OF LADING OR PREPAID POSTAGE (APR 1984)

[ ] 52.244-2 SUBCONTRACTS (COST-REIMBURSEMENT AND LETTER CONTRACTS) (FEB 1995)
ALTERNATE I (APR 1985)

[ ] 52.245-2 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989)

[ ] 52.245-2 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989)
ALTERNATE I (APR 1984)

[ ] 52.245-4 GOVERNMENT-FURNISHED PROPERTY (SHORT FORM) (APR 1984)

[ ] 52.245-17 SPECIAL TOOLING (DEC 1989)

[ ] 52.246-23 LIMITATION OF LIABILITY (APR 1984)

[ ] 52.247-1 COMMERCIAL BILL OF LADING NOTATIONS (APR 1984)

[ ] 52.248-1 VALUE ENGINEERING (MAR 1989) ALT III (APR 1984)
NOTE: In accordance with DPSC-VECP program requirements, a VECP will not be considered if it is the subject of a similar proposal submitted by another contractor or concurrently being pursued independently by the Government.

[X] 52.253-1 COMPUTER GENERATED FORMS (JAN 1991)

* Paragraphs (a)(2)(i) and (a)(2)(ii) are revised as follows: delete "30" day and substitute "15" day

[X] 52.203-7002 Display of DoD Hotline Poster

SECTION I

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 41 OF 96

The FAR provisions/clauses listed below are incorporated by reference only when checked. Where an applicability statement appears beneath a checked provision/clause, the provision/clause will apply only as indicated in the statement.

| | | |
|---|---|---|
| [X] | 52.202-1 | DEFINITIONS (SEP 1991) |
| [X] | 52.203-1 | OFFICIALS NOT TO BENEFIT (APR 1984) |
| [X] | 52.203-3 | GRATUITIES (APR 1984) |
| [X] | 52.203-5 | COVENANT AGAINST CONTINGENT FEES (APR 1984) |
| [X] | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1985) |
| [X] | 52.203-7 | ANTI-KICKBACK PROCEDURES (OCT 1988) |
| [X] | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (SEP 1990) |
| [X] | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JAN 1990) |
| [X] | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED OR PROPOSED FOR DEBARMENT (NOV 1992) (APPLICABLE TO CONTRACTS OVER $25,000) |
| [X] | 52.210-5 | NEW MATERIAL (APR 1984) |
| [X] | 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (MAY 1992) |
| [X] | 52.232-1 | PAYMENTS (APR 1984) |
| [X] | 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT (APR 1989) |
| [X] | 52.232-11 | EXTRAS (APR 1984) |
| [X] | 52.232-17 | INTEREST (JAN 1991) |
| [X] | 52.232-23 | ASSIGNMENT OF CLAIMS (JAN 1986) ~~ALTERNATE I (APR 1984)~~ |
| [X] | 52.233-1 | DISPUTES (MAR 1994) |
| [X] | 52.233-3 | PROTEST AFTER AWARD (AUG 1989) |
| [X] | 52.242-12 | REPORT OF SHIPMENT (REPSHIP) (DEC 1989) |
| [X] | 52.242-13 | BANKRUPTCY (APR 1991) (APPLICABLE TO CONTRACTS OVER $25,000) |
| [X] | 52.243-1 | CHANGES-FIXED PRICE (AUG 1987) |
| [X] | 52.244-1 | SUBCONTRACTS (FIXED-PRICE CONTRACTS) (FEB 1995) |
| [ ] | 52.249-1 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SHORT FORM) (APR 1984) |
| [X] | 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (APR 1984) |
| [X] | 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984) |

52.243-1 Changes Fixed Price

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 42 OF 96

The FAR provisions/clauses listed below are incorporated by reference only when checked. Where an applicability statement appears beneath a checked provision/clause, the provision/clause will apply only as indicated in the statement.

[X] 52.215-1 EXAMINATION OF RECORDS BY COMPTROLLER GENERAL (FEB 1993)

[X] 52.215-2 AUDIT - NEGOTIATION (FEB 1993)

[ ] 52.215-22 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (JAN 1991)

[X] 52.215-23 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS (DEC 1991)

[ ] 52.215-24 SUBCONTRACTOR COST OR PRICING DATA (DEC 1991)

[X] 52.215-25 SUBCONTRACTOR COST OR PRICING DATA--MODIFICATIONS (DEC 1991)

[X] 52.215-26 INTEGRITY OF UNIT PRICES (APR 1991)

[X] 52.215-26 INTEGRITY OF UNIT PRICES (APR 1991) ALTERNATE I (APR 1991)

[ ] 52.215-27 TERMINATION OF DEFINED BENEFIT PENSION PLANS (SEP 1989)

[X] 52.215-33 ORDER OF PRECEDENCE (JAN 1986)

[ ] 52.215-39 REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS OTHER THAN PENSIONS (PRB) (FEB 1995)

[ ] 52.216-4 ECONOMIC PRICE ADJUSTMENT--LABOR AND MATERIAL (APR 1984)

[ ] 52.230-2 COST ACCOUNTING STANDARDS (AUG 1992)

[ ] 52.230-3 DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (NOV 1993)
(Applicable to contracts over $500,000, but less than $25 million, and the contractor certifies it is eligible for and elects to use modified CAS coverage.)

[ ] 52.230-4 CONSISTENCY IN COST ACCOUNTING PRACTICES (AUG 1992)

[ ] 52.230-5 ADMINISTRATION OF COST ACCOUNTING STANDARDS (FEB 1995)

[X] 52.244-5 COMPETITION IN SUBCONTRACTING (APR 1984)
(Applicable to contracts over $25,000)

REF. NO. OF DOC. BEING CONT'D F 4120-93-R-0587 PAGE 43 OF 96

The individual Defense FAR Supplement (DFARS) clauses listed below are incorporated by reference only when x'd.

[X] 252.203-7000 STATUTORY PROHIBITION ON COMPENSATION TO FORMER DEPARTMENT OF DEFENSE EMPLOYEES (DEC 1991)

[X] 252.203-7001 SPECIAL PROHIBITION ON EMPLOYMENT (APR 1993)

[X] 252.203-7003 PROHIBITION AGAINST RETALIATORY PERSONNEL ACTIONS (APR 1992)

[X] 252.204-7003 CONTROL OF GOVERNMENT WORK PRODUCT (APR 1992)

[X] 252.205-7000 PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991)

[ ] 252.209-7000 ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE-RANGE NUCLEAR FORCES (INF) TREATY (DEC 1991)

[X] 252.215-7000 PRICING ADJUSTMENTS (DEC 1991)

[ ] 252.215-7002 COST ESTIMATING SYSTEM REQUIREMENTS (DEC 1991)

[ ] 252.215-7003 INDUSTRIAL MODERNIZATION INCENTIVE PROGRAM (DEC 1991)

[ ] 252.217-7017 TIME OF DELIVERY (DEC 1991)

[ ] 252.217-7017 TIME OF DELIVERY (DEC 1991) ALTERNATE I (DEC 1991)

Paragraph (c): Insert ________hours.

[ ] 252.217-7018 CHANGE IN PLANT LOCATION--BAKERY AND DAIRY PRODUCTS (DEC 1991)

[ ] 252.217-7019 SANITARY CONDITIONS (DEC 1991)

[ ] 252.217-7019 SANITARY CONDITIONS (DEC 1991) ALTERNATE I (DEC 1991)

[ ] 252.217-7020 EXAMINATION AND TESTING (DEC 1991)

[ ] 252.217-7020 EXAMINATION AND TESTING (DEC 1991) ALTERNATE I (DEC 1991)

[ ] 252.217-7021 DEFICIENCY ADJUSTMENT (DEC 1991)

[ ] 252.217-7024 RESPONSIBILITY FOR CONTAINERS AND EQUIPMENT (DEC 1991)

[ ] 252.217-7025 CONTAINERS AND EQUIPMENT (DEC 1991)

[ ] 252.219-7002 NOTICE OF SMALL DISADVANTAGED BUSINESS SET-ASIDE (DEC 1991)

[ ] 252.219-7002 NOTICE OF SMALL DISADVANTAGED BUSINESS SET-ASIDE (DEC 1991) ALTERNATE I (DEC 1991)

[X] 252.219-7003 SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (DOD CONTRACTS) (MAY 1994)

[X] 252.219-7005 INCENTIVE FOR SUBCONTRACTING WITH SMALL BUSINESSES, SMALL DISADVANTAGED BUSINESSES, HISTORICALLY BLACK COLLEGES AND UNIVERSITIES, AND, MINORITY INSTITUTIONS (DEC 1991)

Insert __1__ percent in paragraph (a) of this clause.

[ ] 252.219-7005 INCENTIVE FOR SUBCONTRACTING WITH SMALL BUSINESSES, SMALL DISADVANTAGED BUSINESSES HISTORICALLY BLACK COLLEGES AND UNIVERSITIES, AND MINORITY INSTITUTIONS (DEC 1991) ALTERNATE I (DEC 1991)

Insert ________ percent in paragraph (a) and ________ percent in paragraph (b) of this clause.

[X] 252.219-7008 PILOT MENTOR-PROTEGE PROGRAM (OCT 1992)

[ ] 252.223-7002 SAFETY PRECAUTIONS FOR AMMUNITION AND EXPLOSIVES (DEC 1991)

[ ] 252.223-7003 CHANGE IN PLACE OF PERFORMANCE--AMMUNITION AND EXPLOSIVES (DEC 1991)

[ ] 252.223-7004 DRUG-FREE WORK FORCE (SEP 1988)

[ ] 252.223-7005 HAZARDOUS WASTE LIABILITY (OCT 1992)

[X] 252.225-7001 BUY AMERICAN ACT AND BALANCE OF PAYMENTS PROGRAM (JAN 1994)

[X] 252.225-7002 QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS (DEC 1991)

[X] 252.225-7007 TRADE AGREEMENTS (JAN 1994)

[X] 252.225-7009 DUTY-FREE ENTRY--QUALIFYING COUNTRY END PRODUCTS AND SUPPLIES (DEC 1991)

NOTES:

1. The CAO (required in para (k) is as cited on page 1 of the contract.)
2. The address for DCMAO New York, shown in paragraph (f)(2)(iv), has been changed to:

REF. NO. OF DOC. BEING CONT'D LA120-93-R-0587 PAGE 44 OF 96

252.225-7009 (continued)

Commander, DCMAO New York, Customs Team,
ATTN: DCMDN-GNIC, 207 New York Avenue
Staten Island, New York 10305-5013

[X] 252.225-7010 DUTY-FREE ENTRY--ADDITIONAL PROVISIONS (DEC 1991)

NOTES:
1. The CAO (required in para (d) is as cited on page 1 of the contract.)
2. The address for DCMAO New York, shown in paragraph (e), has been changed to:
Commander, DCMAO New York, Customs Team,
ATTN: DCMDN-GNIC, 207 New York Avenue
Staten Island, New York 10305-5013

[X] 252.225-7012 PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (DEC 1991)

[X] 252.225-7014 PREFERENCE FOR DOMESTIC SPECIALTY METALS (DEC 1991)

(NOTE: All contract awards resulting from this solicitation shall, regardless of dollar amount, be subject to the clauses at DFARS 252.225-7012 and 252.225-7014 unless the aggregate amount of all such awards is $25,000 or less.)

[ ] 252.225-7025 FOREIGN SOURCE RESTRICTIONS (APR 1993)

[ ] 252.225-7026 REPORTING OF CONTRACT PERFORMANCE OUTSIDE THE UNITED STATES (APR 1993)

[ ] 252.225-7028 EXCLUSIONARY POLICIES AND PRACTICES OF FOREIGN GOVERNMENTS (DEC 1991)

[X] 252.225-7031 SECONDARY ARAB BOYCOTT OF ISRAEL (JUN 1992)

[ ] 252.225-7032 WAIVER OF UNITED KINGDOM LEVIES (OCT 1992)

[ ] 252.225-7036 NORTH AMERICAN FREE TRADE AGREEMENT IMPLEMENTATION ACT (JAN 1994)

[ ] 252.225-7037 DUTY-FREE ENTRY--NAFTA COUNTRY END PRODUCTS AND SUPPLIES (JAN 1994)

NOTES:
1. The CAO (required in para (k) is as cited on page 1 of the contract.)
2. The address for DCMAO New York, shown in paragraph (f)(2)(iv), has been changed to:
Commander, DCMAO New York, Customs Team,
ATTN: DCMDN-GNIC, 207 New York Avenue
Staten Island, New York 10305-5013

[X] 252.231-7000 SUPPLEMENTAL COST PRINCIPLES (DEC 1991)

[ ] 252.232-7002 PROGRESS PAYMENTS FOR FOREIGN MILITARY SALES ACQUISITIONS (DEC 1991)

[ ] 252.232-7004 DoD PROGRESS PAYMENT RATES (NOV 1993)

[X] 252.232-7006 REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD (AUG 1992)

[X] 252.233-7000 CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF (MAY 1994)

[X] 252.242-7000 POSTAWARD CONFERENCE (DEC 1991)

[ ] 252.242-7003 APPLICATION FOR U.S. GOVERNMENT SHIPPING DOCUMENTATION/INSTRUCTIONS (DEC 1991)

[ ] 252.242-7004 MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM (DEC 1991)

[X] 252.243-7001 PRICING OF CONTRACT MODIFICATIONS (DEC 1991)

[ ] 252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (DEC 1991)

[X] 252.249-7001 NOTIFICATION OF SUBSTANTIAL IMPACT ON EMPLOYMENT (DEC 1991)
(Applicable to contracts of $5 million or more and contracts with sub-contracts of $500,000 or more)

[X] 52.216-18 ORDERING (APR 1984)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders by the individuals or activities designated in the Schedule. Such orders may be issued from date of award through One year thereafter.

(b) All delivery orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order and this contract, the contract shall control.

(c) If mailed, a delivery order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally or by written telecommunications only if authorized in the Schedule.

NOTE: Ordering Activities:

Refer to attachment III

[X] 52.216-9P06 DELIVERY ORDER LIMITATIONS (JAN 1992) DPSC

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than $50.00, the Government is not obligated to purchase, nor is the contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The contractor is not obligated to honor -

(1) Any order for single item in excess of $100,000.00;

(2) Any order for a combination of items in excess of $500,000.00; or

(3) A series of orders from the same ordering office within seven (7) days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR), the Government is not required to order a part of any one requirement from the contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within two (2) days after issuance, with written notice stating the contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

[ ] (e) The delivery order(s) shall specify delivery(ies) no less than ________ from the date of issuance of the delivery order. Changes and/or cancellations to delivery order(s) may be made by giving contractor no less than ________ hours notice to be computed from time of receipt by the contractor of the written or oral change(s) or cancellation(s).

SECTION I

REF. NO. OF DOC. BEING CONT'D DLA 120-93-R-0587 PAGE 46 OF 96

[X] 52.216-21 REQUIREMENTS (APR 1984)

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Delivery Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 24 hours following expiration of the contract.

[ ] 52.216-21 REQUIREMENTS (APR 1984) ALTERNATE I (APR 1984) Substitute the following for para (c) of 52.216-21 above:

(c) The estimated quantities are not the total requirements of the Government activity specified in the Schedule, but are estimates of requirements in excess of the quantities that the activity may itself furnish within its own capabilities. Except as this contract otherwise provides, the Government shall order from the Contractor all of that activity's requirements for supplies and services specified in the Schedule that exceed the quantities that the activity may furnish within its own capabilities.

[ ] 52.216-21 REQUIREMENTS (APR 1984) ALTERNATE II (APR 1984) Add the following para (g) to 52.216-21 above:

(g) The requirements referred to in this contract are for items to be manufactured according to Government specifications. Notwithstanding anything to the contrary stated in the contract, the Government may acquire similar products by brand name from other sources for resale.

[ ] 52.216-21 REQUIREMENTS (APR 1984) ALTERNATE III (APR 1984) Substitute following for para (c) of 52.216-21 above:

(c) The Government's requirements for each item or subitem of supplies or services described in the Schedule are being purchased through one non-set-aside contract and one set-aside contract. Therefore, the Government shall order from each Contractor approximately one-half of the total supplies or services specified in the Schedule that are required to be purchased by the specified Government activity or activities. The Government may choose between the setaside Contractor and the non-set-aside Contractor in placing any particular order. However, the Government shall allocate successive orders, in accordance with its delivery requirements, to maintain as close a ratio as is reasonably practicable between the total quantities ordered from the two Contractors.

[ ] 52.216-21 REQUIREMENTS (APR 1984) ALTERNATE IV (APR 1984) - Substitute the following para (c) for para (c) of 52.216-21 above and add the following para (g):

(c) The Government's requirements for each item or subitem of supplies or services described in the Schedule are being purchased through one non-set-aside contract and one set-aside contract. Therefore, the Government shall order from each Contractor approximately one-half of the total supplies or services specified in the Schedule that are required to be purchased by the specified Government activity or activities. The Government may choose between the set-aside Contractor and the non-set-aside Contractor in placing any particular order. However, the Government shall allocate successive orders, in accordance with its delivery requirements, to maintain as close a ratio as is reasonably practicable between the total quantities ordered from the two Contractors.

(g) The requirements referred to in this contract are for items to be manufactured according to the Government specifications. Notwithstanding anything to the contrary stated in the contract, the Government may acquire similar products by brand name from other sources for resale.

REF. NO. OF DOC. BEING CONT'D SP-4120-93-R-0587 PAGE 47 OF 96

[X] 52.217-9P10 OPTION FOR REQUIREMENTS CONTRACT TERM EXTENSION (JAN 1992) DPSC

(a) Acceptance of the option provision(s)/clauses contained herein is mandatory. Failure to indicate acceptance of the option by annotating the offeror's option price in the Schedule or elsewhere in the solicitation will be deemed non-acceptance of the option and will result in rejection of the offeror's entire bid/proposal.

(b) Offerors may offer options at unit prices which differ from the unit prices for the base ordering period. These prices may vary with the quantities actually ordered and the dates when ordered.

(c) The contracting officer may extend the term of this contract by written notice to the contractor within the time specified in the Schedule provided that the contracting officer shall give the contractor a preliminary written notice of intent to extend at least 30 days before expiration of the contract. The preliminary notice does not commit the Government to an extension.

(d) Performance under the option period shall continue at the same performance level specified for the basic contract.

(e) The option to extend the term of the contract shall be exercised not later than three (3) days before the expiration date of the contract.

(f) The option is deemed exercised when mailed or otherwise furnished to the contractor.

(g) If the contracting officer exercises this option, the extended contract shall be considered to include this option clause.

(h) The total duration of any options exercised under this clause shall not exceed 365 days.

(i) The following provisions apply only to negotiated acquisitions:

(1) If an option has been priced under this solicitation and is to be exercised at time of award of the basic contract, the submission of certified cost or pricing data shall be required prior to award where the combined dollar value of the basic contract and option exceeds $500,000, unless an exemption thereto is appropriate in accordance with FAR 15.804-3.

(2) Prior to the award of any contract which will contain one or more priced options totalling $500,000 or more, the submission of certified cost or pricing data covering the basic contract and the option(s) shall be required regardless of when the option(s) may be exercised, unless an exemption thereto is appropriate in accordance with FAR 15.804-3.

The $500,000 threshold shall revert to $100,000 after December 31, 1995; therefore, all subcontracts awarded after December 31, 1995, and/or all changes or modifications made after December 31, 1995 shall be subject to the $100,000 threshold.

[ ] 52.217-9P11 OPTION FOR NIB/ NISH INDEFINITE QUANTITY OR REQUIREMENTS CONTRACT TERM EXTENSION (JAN 1992) DPSC

(a) The contracting officer may extend the term of this contract by written notice to the contractor within the time specified in the Schedule provided that the contracting officer shall give the contractor a preliminary written notice of intent to extend at least ____________ days before expiration of the contract. The preliminary notice does not commit the Government to an extension.

(b) Performance under the option period shall continue at the same performance level specified for the basic contract.

(c) The option to extend the term of the contract shall be exercised not later than three (3) days before the expiration date of the contract.

(d) The option is deemed exercised when mailed or otherwise furnished to the contractor.

(e) If the contracting officer exercises this option, the extended contract shall be considered to include this option clause.

(f) The total duration of any options exercised under this clause shall not exceed __________ days.

REF. NO. OF DOC. BEING CONT'D DLA 120-93-R-0587 PAGE 48 OF 96

[X] 52.220-1 PREFERENCE FOR LABOR SURPLUS AREA CONCERNS (APR 1984)

(a) This acquisition is not a set-aside for labor surplus area (LSA) concerns. However, the offeror's status as such a concern may affect (1) entitlement to award in case of tie offers or (2) offer evaluation in accordance with the Buy American Act clause of this solicitation. In order to determine whether the offeror is entitled to a preference under (1) or (2) above, the offeror must identify, below, the LSA in which the costs to be incurred on account of manufacturing or production (by the offeror or the first-tier subcontractors) amount to more than 50 percent of the contract price.

________________________________________

________________________________________

(b) Failure to identify the locations, as specified above, will preclude consideration of the offeror as an LSA concern. If the offeror is awarded a contract as an LSA concern and would not have otherwise qualified for award, the offeror shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

[ ] 252.225-7008 SUPPLIES TO BE ACCORDED DUTY-FREE ENTRY (DEC 1991) DFARS

In accordance with paragraph (a) of the Duty-Free Entry clause and/or paragraph (b) of the Duty-Free Entry--Qualifying Country End Products and Supplies clause of this contract, the following supplies are hereby identified as accorded duty free entry:

______________________________

______________________________

______________________________

[ ] 252.225-7027 LIMITATION ON SALES COMMISSIONS AND FEES (DEC 1991) DFARS

Unless the sales commission and fee have been identified and payment approved in writing by the Government of ____________________ before contract award, the following provisions, as appropriate, shall apply--

(a) For firm-fixed-price contracts or fixed-price contracts with economic price adjustment, the Contractor certifies that the contract price (including any subcontracts) does not include any direct or indirect cost of sales commissions or fees for contractor sales representatives for solicitation or promotion or otherwise to secure the conclusion of the sale of any of the supplies or services called for by this contract to the Government of ____________________.

(b) For all other types of contracts, notwithstanding any other provision of this contract, any direct or indirect cost of sales commissions or fees for Contractor (or subcontractor) sales representatives for solicitation or promotion or otherwise to secure the conclusion of the sale of any of the supplies or services called for by this contract to the Government of ____________________ are an unallowable item of cost under this contract.

[ ] 52.248-9P01 EXEMPTION FROM VALUE ENGINEERING PROVISIONS (JAN 1992) DPSC

Clause 52.248-1, Value Engineering (Alternate III), is not applicable to the first article portion of this acquisition.

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 49 OF 96

[X] 52.209-9P04 CERTIFICATION OR DISCLOSURE OF DEBARRED OR SUSPENDED SUBCONTRACTORS, SUPPLIERS OR INDIVIDUALS (JAN 1992) DPSC

(a) Contractors are prohibited from using suspended or debarred contractors as subcontractors or suppliers.

(1) Except as listed in paragraph (3) below, the offeror certifies by submission of its offer, that no part of the work called for by any contract resulting from this solicitation shall be performed by any subcontractor, or any tier, or supplier appearing in the Lists of Parties Excluded From Federal Procurement or Nonprocurement Programs.

(2) Verification of any contractor suspected of appearing in the above list may be obtained by contacting the contracting officer at the office shown on page 1 of the solicitation.

(3) Debarred or suspended contractors proposed as subcontractors or suppliers:

Name and Address of Contractor(s)

N/A

(4) Approval to use a debarred or suspended contractor as a subcontractor or supplier shall not be given by the Government unless there are compelling reasons for this approval.

(5) Failure on the part of the offeror to comply with this clause in any contract resulting from this solicitation may result in the Government terminating the entire contract, or any portion thereof, pursuant to the "Default" clause of such contract.

(6) The offeror agrees, if awarded a contract under this solicitation, to insert the substance of this clause, including this paragraph (6), in every subcontract resulting from such contract and to require its subcontractors and suppliers to do likewise.

(b) In addition, offerors are required to identify below, as indicated, any suspended or debarred individual(s) appearing in the list in para (a)(1) above whom they employ, associate with or have a relationship to. Such employment, business associations and relationships will be examined to determine the impact of those ties on the responsibility of the offeror as a government contractor. Verification of suspected suspended/debarred individuals may be obtained as indicated in paragraph (a)(2) above.

| Name and Title of Suspended or Debarred Individual(s): | Organization: (If other than offeror) |
|---|---|
| N/A | |
| | |
| | |
| | |

Describe Association/Relationship: (e.g., employer, consultant)

N/A

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 50 OF 96

[X] 52.203-9 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY-MODIFICATION (NOV 1990)

(a) Definitions. The definitions set forth at FAR 3.104-4 are hereby incorporated in this clause.

(b) The Contractor agrees that it will execute the certification set forth in paragraph (c) of this clause, when requested by the Contracting Officer in connection with the execution of any modification of this contract.

(c) Certification. As required in paragraph (b) of this clause, the officer or employee responsible for the modification proposal shall execute the following certification:

CERTIFICATE OF PROCUREMENT INTEGRITY-MODIFICATION (NOV 1990)

(1) I, Joe W. Smith, Jr. (name of certifier), am the officer or employee responsible for the preparation of this modification proposal and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certification, I have no information described in this certification, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d), or (f) of the Office of Federal Procurement Policy Act, as amended *(41 U.S.C. 423) (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement DLA120-93-R-0587-0008 (contract and modification number).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of United Medical (Name of offeror) who has participated personally and substantially in the preparation or submission of this proposal has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections 27(a), (b), (d) or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations: (Continue on plain bond paper if necessary and label Certificate of Procurement Integrity - Modification (Continuation Sheet). ENTER "NONE" IF NONE EXISTS)

NONE

[signature] 1/15/96

(Signature of the officer or employee responsible for the modification proposal and date)

Joe W. Smith, Jr., Executive Vice President

(Typed name of the officer or employee responsible for the modification proposal)

*Subsections 27(a), (b), and (d) are effective on December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.

(End of Certification)

(d) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing Contractor responsible for the offer or bid, may rely upon a one-time certification from each individual required to submit a certification to the competing Contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a contractor decides to rely on a certification executed prior to the suspension of Section 27 (i.e., prior to December 1, 1989), the contractor shall ensure that an individual who has so certified is notified that Section 27 has been reinstated. These certifications shall be maintained by the contractor for a period of 6 years from the date a certifying employee's employment with the company ends or, for an agent, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the contractor.

(e) The certification required by paragraph (c) of this clause is a material representation of fact upon which reliance will be placed in executing this modification.