SECTION K

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 63 OF 96

[X] 252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (SEP 1994) DFARS

(a) Definitions.

As used in this provision--

(1) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(1)(A)), to be a country the government of which has repeatedly provided support for acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means--

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtedness of a firm.

(b) Prohibition on award.

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) Disclosure.

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclose such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include--

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each Government.

[ ] 252.209-7003 DISCLOSURE OF COMMERCIAL TRANSACTIONS WITH THE GOVERNMENT OF A TERRORIST COUNTRY (SEP 1994) DFARS

(a) Definitions.

"Government of a terrorist country" and "terrorist country" are defined in the Reporting of Commercial Transactions with the Government of a Terrorist Country clause of this solicitation.

(b) Disclosure.

(1) Section 843 of the National Defense Authorization Act for Fiscal Year 1994 (Pub. L. 103-160) requires offerors to disclose commercial transactions conducted with the government of a terrorist country. If this offer exceeds $5,000,000, and if the Offeror has conducted such transactions, the Offeror shall disclose, in an attachment to its offer, each commercial transaction that it has conducted with the government of a terrorist country since February 28, 1994. The disclosure shall include--

(i) Identification of the government with which each transaction was conducted; and

(ii) The nature of each transaction.

(2) This disclosure requirement does not apply to--

(i) Transactions conducted by affiliates or subsidiaries of the Offeror; or

(ii) Payment or receipt of payment of a judgment or award ordered by a court or arbitral tribunal of competent jurisdiction.

[X] 52.204-3 TAXPAYER IDENTIFICATION (MAR 1994)

(a) Definitions.

"Common parent," as used in this solicitation provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Corporate status," as used in this solicitation provision, means a designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.

"Taxpayer Identification Number (TIN)," as used in this solicitation provision, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.

(b) All offerors are required to submit the information required in paragraphs (c) through (e) of this solicitation provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). If the resulting contract is subject to the reporting requirements described in FAR 4.903, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) Taxpayer Identification Number (TIN).

( ) TIN:____________________

( ) TIN has been applied for.

( ) TIN is not required because:

( ) Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;

( ) Offeror is an agency or instrumentality of a foreign government;

( ) Offeror is an agency or instrumentality of a Federal, state or local government;

( ) Other. State basis. ____________

(d) Corporate Status.

( ) Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;

( ) Other corporate entity;

( ) Not a corporate entity;

( ) Sole proprietorship

( ) Partnership

( ) Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

(e) Common Parent.

( ) Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this clause.

( ) Name and TIN of common parent:

Name________________________________

TIN________________________________

(X) - 52.219-22 SIC CODE AND SMALL BUSINESS SIZE STANDARD (JAN 1991)

(a) The standard industrial classification (SIC) code for this acquisition is 5047.

(b)(1) The small business size standard is 500 EmployEES.

(2) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

[X] 52.203-8 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY (NOV 1990)

(a) Definitions. The definitions at FAR 3.104-4 are hereby incorporated in this provision.

(b) Certification. As required in paragraph (c) of this provision, the officer or employee responsible for this offer shall execute the following certification:

CERTIFICATE OF PROCUREMENT INTEGRITY

(1) I, Joe W. Smith, Jr. (Name of certifier), am the officer or employee responsible for the preparation of this offer and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certificate, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d), or (f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423) (hereinafter referred to as "the Act") as implemented in the FAR, occurring during the conduct of this procurement DLA120-93-R-0587 (solicitation number).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that, to the best of my knowledge and belief, each officer, employee, agent representative, and consultant of United Medical Supply (Name of offeror) who has participated personally and substantially in the preparation or submission of this offer has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of *subsections 27(a), (b) (d), or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations: (Continue on plain bond paper if necessary and label Certificate of Procurement Integrity (Continuation Sheet).

ENTER "NONE" IF NONE EXISTS) NONE

(4) I agree that, if awarded a contract under this solicitation, the certifications required by subsection 27(e)(1)(B) of the Act shall be maintained in accordance with paragraph (f) of this provision.

[signature] 1/15/96

(Signature of the officer or employee responsible for the offer and date)

Joe W. Smith, Jr., Executive Vice President

(Typed name of the officer or employee responsible for the offer)

*Subsections 27(a), (b) and (d) are effective on December 1,1990. Subsection 27(f) is effective on June 1, 1991.

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.

(End of Certification)

(c)(1) For procurements using sealed bidding procedures, the signed certifications shall be submitted by each bidder with the bid submission except for procurements using two-step sealed bidding procedure (see Subpart 14.5). For those procurements, the certifications shall be submitted with submission of the step two sealed bids. A certificate is not required for indefinite delivery contracts (see Subpart 16.5) unless the total estimated value of all orders eventually to be placed under the contract is expected to exceed $100,000.

(2) For contracts and contract modifications which include options, a certificate is required when the aggregate value of the contract and contract modification and all options (see 3.104-4(e)) exceeds $100,000,

(3) Failure of a bidder to submit the signed certificate with its bid shall render the bid nonresponsive.

(d) Pursuant to FAR 3.104-9(d), the Offeror may be requested to execute additional certifications at the request of the Government. Failure of an Offeror to submit the additional certifications shall cause its offer to be rejected.

(e) A certification containing a disclosure of a violation or possible violation will not necessarily result in the withholding of award under this solicitation. However, the Government, after evaluation of the disclosure, may cancel this procurement or take any other appropriate actions in the interest of the Government, such as disqualification of the Offeror.

(f) In making the certification in paragraph (2) of the certificate, the offeror or employee of the competing contractor responsible for the offer may rely upon a one-time certification from each individual required to submit a certification to the competing contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated. These certifications shall be maintained by the Contractor for 6 years from the date a certifying employee's employment with the company ends or, for an agent, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the Contractor.

(g) Certification under paragraphs (b) and (d) of this provision are material representations of fact upon which reliance will be placed in awarding a contract.

[X] 52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (MAY 1989)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that

(i) The Offeror and/or any of its Principals-

(A) Are ( ) are not (X) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency.

(B) Have ( ) have not (X), within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state or local) contract or sub-contract; violation of Federal or state anti-trust statutes relating to the submission of offers; or, commission of embezzlement, theft, forgery, bribery, falsification or destruction of records making false statements or receiving stolen property; and

(C) Are ( ) are not (X) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ( ) has not (X) within a three-year period preceding this offer, had one or more contracts terminated for default by a Federal Agency.

(2) "Principals", for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant managers; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

SECTION K

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 62 OF 96

(X) 52.203-8 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY (NOV 1990) ALTERNATE I (SEP 1990)

Substitute the following for para (c) in FAR clause 52.203-8:

(c) For procurements, including contract modifications, in excess of $100,000 made using procedures other than sealed bidding, the signed certifications shall be submitted by the successful Offeror to the Contracting Officer within the time period specified by the Contracting Officer when requesting the certificates except as provided in subparagraphs (c)(1) through (c) (5) of this clause. In no event shall the certificate be submitted subsequent to award of a contract or execution of a contract modification:

(1) For letter contracts, other unpriced contracts, or unpriced contract modifications, whether or not the unpriced contract or modification contains a maximum or not to exceed price, the signed certifications shall be submitted prior to the award of the letter contract, unpriced contract, or unpriced contract modification, and prior to the definitization of the letter contract or the establishment of the price of the unpriced contract or unpriced contract modification. The second certification shall apply only to the period between award of the letter contract and execution of the document definitizing the letter contract, or award of the unpriced contract or unpriced contract modification and execution of the document establishing the definitive price of such unpriced contract or unpriced contract modification.

(2) For basic ordering agreements, prior to the execution of a priced order; prior to the execution of an unpriced order, whether or not the unpriced order contains a maximum or not to exceed price; and, prior to establishing the price of an unpriced order. The second certificate to be submitted for unpriced orders shall apply only to the period between award of the unpriced order and execution of the document establishing the definitive price for such order.

(3) A certificate is not required for indefinite delivery contracts (see Subpart 16.5) unless the total estimated value of all orders eventually to be placed under the contract is expected to exceed $100,000.

(4) For contracts and contract modifications which include options, a certificate is required when the aggregate value of the contract or contract modification and all options (see 3.104-4(e)) exceeds $100,000.

(5) For purposes of contracts entered into under section 8(a) of the SBA, the business entity with whom the SBA contracts, and not the SBA, shall be required to comply with the certification requirements of subsection 27(e). The SBA shall obtain the signed certificate from the business entity and forward the certificate to the Contracting Officer prior to the award of a contract to the SBA.

(6) Failure of an Offeror to submit the signed certificate within the time prescribed by the Contracting Officer shall cause the offer to be rejected.

DLA120-93-R-0587 Page 68

SECTION L - Instructions, Conditions, and Notices to Offerors

Sections I and II

General Information

1. Proposals will be evaluated for both technical merit and price reasonableness following the evaluation procedures in Section "M" of this solicitation.

2. Section I - Technical Proposal, which follows, has been formatted to assist you in preparing a complete technical proposal. In order to provide full consideration of your qualification for contract award, you are encouraged to ensure that the information furnished in support of your technical proposal is factual, accurate and complete.

Section II - Business Proposal, makes reference to the documentation that is required.

3. The Department of Defense (DoD) is committed to applying "Best Value" contracting as a means to rely on industry for timely delivery of quality products, while reducing the Government's administrative costs associated with contractor oversight. To this end, we are evaluating factors in addition to price under this solicitation. Since an offeror's Past Performance, Product Availability, Electronic Data Interchange (EDI) Capabilities, Customer Support, Surge Readiness and Sustainment, Socioeconomic Considerations, and Small and Small Disadvantaged Entrepreneurial Enhancement Development (SEED) Programs translate into better quality, fewer delivery delinquencies, increased opportunities for small & small disadvantaged business concerns, reduced administrative and lower overall costs to the Government, we will be using your Technical Proposal to assess the relative merit of your company. Moreover, those offerors who have consistently demonstrated exceptional ability in these areas will receive more favorable consideration than those who do not.

4. You may provide additional technical information you believe will enhance your proposal; however, overly elaborate presentations are not desired.

5. Failure to provide the information requested may render the offeror's proposal technically unacceptable.

6. The Government reserves the right to verify the information provided for evaluation purposes.

DLA120-93-R-OC-7



Section ~~1~~ L - Technical Proposal ATTACHMENT I.

Past Performance

Unless the offeror takes exception to the Statement of Work requirements, it is assumed that it is able to meet all requirements. Any features proposed in excess of the minimum requirements will be written into the contract award document so that the ordering facilities are aware of these additional features.

Please answer all questions in the same order as listed.

Factor 1. PAST PERFORMANCE:

Please provide the following data concerning your firm's past performance as a prime vendor:

A. The total number of years your firm has performed as a prime vendor for medical/surgical supplies.

B. Your firm's prime vendor sales dollar volume for its latest yearly reporting period.

C. The name, address, telephone number, and point of contact for your five largest medical/surgical product suppliers by dollar volume.

D. A description of the Prime Vendor, Government and/or Commercial contracts that you have performed in the past three years. For each contract you list provide the name, address and telephone number of the contracting organization, a point of contact in that organization, the contract number and dollar value, date of contract, period of performance.

E. Please submit historical data (eliminating the 60 day start-up time) showing your average fill-rate achieved in each region you have received a DPSC Medical Surgical Prime Vendor award. Indicate the time period covered for such data. If you have not previously received a prime vendor award, provide your average fill rates for every award your firm has had in effect for the past twelve months. Please provide your fill-rate methodology for your commercial sector business including a sample of such calculations.

F. Provide documentation regarding any past Food and Drug Administration (FDA), Environmental Protection Agency (EPA), Drug Enforcement Agency (DEA) and/or Occupational Safety and Health Administration (OSHA) notices, warnings etc. concerning failure of your facilities to meet the FDA's, EPA's, DEA's and/or OSHA's regulations over the past three years. Detail all corrective actions to resolve the problem(s) and preclude recurrence. Please certify that you have not received any violation notices from the FDA, EPA, DEA, and/or OSHA during the last 3 yrs. If you cannot so certify, please provide all corrective actions or disposition of these problems including any correspondence from the above mentioned agency.

G. Percentage-wise, how much of your current actual Prime Vendor products being distributed are MED/SURG products? (EX., If you are presently an actual Prime Vendor who distributes 20 different drug items and 80 different MED/SURG items in an average day, you would answer: 80%).

DLA120-93-R-0507 Page 70

FACTOR 2. PRODUCT AVAILABILITY

A. Describe how your firm proposes to handle Just-In-Time Orders (JITOs) and Extended Delivery Orders (EDOs) under your Prime Vendor EOE system.* Sales must be captured, and all orders placed, through the Prime Vendor Program. * See Amendment 0012

B. State what fill rates you are committing to for Just-In-Time Orders and Extended Delivery Orders.

C. How will you ensure that separate fill rate calculations are kept for Just-In-Time Orders (JITOs) and Extended Delivery Orders (EDOs)?

D. Please identify any category of products that your corporate policy will not allow you to distribute or any manufacturers that your corporate policy will not allow you to distribute from.

E. State the location and distance (in miles) that the distribution facilities you will use to furnish supplies are to the activities in the region they will be servicing.

F. What is your ordering cut-off time for next day delivery for each of the ordering activities listed in Attachment III?

G. What type of delivery service will your firm use for emergency shipments?

H. What will your transportation and handling cost be, for emergency shipments in excess of two, for each facility?

3. ELECTRONIC ORDER ENTRY (EOE) SYSTEMS AND ELECTRONIC DATA INTERCHANGE (EDI) CAPABILITY

A. Describe how your firm will conduct the required training on your EOE system at each ordering point.

B. Describe the steps your firm has taken to ensure you can transmit and/or receive business documents in ANSI X12 format within six months of award (the 850, 855, & 832 documents). Describe the steps your firm has taken to ensure it can transmit the ANSI X12 invoice to DPSC's payment office at time of award.

C. How will your firm ensure that the ordering facilities will be able to place orders to a single contractor order receipt point without having to distinguish between divisions?

D. Describe your firm's electronic price and product catalog and how your firm will accomplish loading all items for which the ordering facilities have provided usage data, within 60 days of contract award.

E. How will your EOE system distinguish between IDTC/DAPA and non-IDTC/non-DAPA items prior to order placement. The Prime Vendor program includes the direct processing of orders by the Services' legacy systems. Consequently, ANSI X12 Purchase Orders (850) will be generated outside your proposed EOE system. How will your firm prevent orders for non-DAPA/non-IDTC items from processing?

F. Will your order confirmation show rejection of non-IDTC/non-DAPA items?

G. Can your firm currently provide an electronic order confirmation to the ordering facility within two hours following transmission of the order from the ordering facility (in every case)? Clarification: The electronic order confirmation identified here refers to an ANSI X12 (855) Order Confirmation.

H. Describe the "help" procedures that will be available to Government ordering personnel if a problem is encountered when using your ordering system.

I. Does your electronic catalog provide search capability based on generic product name and/or manufacturer part number? If not, describe your catalog's search capability. Indicate which type (or types) of search capability presently exists in your electronic catalog your firm is offering. (Check all that apply)

Search by generic product name (as a single search criteria*)

Search by manufacturer part number (as a single search criteria*)

* "single search criteria" means the researcher does not have to know more than the indicated single type of information in order to conduct the search. (For example, if the researcher needs to know both the manufacturer part number and the vendor number to conduct the search, then your firm cannot take credit for the above "search by manufacturer part number.")

J. Describe any user-friendly features of both your on-line catalog and EOE system?

K. Describe the system redundancy or "continuity of operations" plans you have in place to ensure against lost system's capability. Include any provisions you have established for formal system backup. Clearly identify which parts are on-site and which parts are off-site. What is the maximum length of time you anticipate our facilities will be unable to place orders through your system in the event of a "worse-case" disaster?

DLA120-93-R-0587

L. Does your EOE system rely on manual intervention at any stage of the process in order to comply with the SOW? Is your EOE system able to differentiate between JITOs (which will be usage data items) and EDOs (which can be either usage or non-usage data items), without manual intervention?

M. How many years has your proposed EOE system(s) been used by <u>your</u> firm? How many of <u>your</u> current customers use it?

N. The DAPA database will be given to you on a diskette. Please indicate how you are going to load your electronic catalog with the necessary DAPA information - manually or electronically?

O. What are the minimum PC hardware and software configuration requirements needed to run your EOE system and electronic catalog?

PC Hardware

RAM Memory Required

Hard Disk Space Required

What Type of Software is Required

P. Does your firm have experience transmitting/receiving ANSI X12 810, 850, 855, and 832 transactions sets? How many months or years of experience with each transaction set listed, if any? Provide the number of trading partners you presently deal with and the approximate number of ANSI X12 810, 850, 855, and 832 transaction sets transmitted and/or received each month (address each transaction set separately).

4. CUSTOMER SUPPORT

A. Describe how you will meet the solicitation requirements for recalls. Please indicate the time frame and method (i.e. telephone, fax, in-person visit) you will use to notify the activities of recalls.

B. Please provide a sample copy of a completed packing slip as you intend to supply it with your shipment.

C. State the method you will use to notify ordering offices of manufacturers' backorders.

D. What will be your ratio of assigned sales representatives per ordering facility? State what your firm considers to be the responsibilities of your sales representative(s).

E. Do you intend to make more than the required one site visit per month? If yes, please explain.

F. Describe how you intend to monitor customer support and customer satisfaction at the ordering facility level. Provide a point

of contact and phone number for the ordering facility to use to escalate customer support problems.

G. Describe and include samples of your proposed report packages that will be furnished to the individual ordering offices and to DPSC.

5. SURGE READINESS AND SUSTAINMENT: Describe how your firm will meet the surge requirements of this solicitation.

6. SOCIOECONOMIC CONSIDERATIONS

(Submit this data in Section II - Business Proposal)

BOTH LARGE AND SMALL BUSINESSES MUST ADDRESS THIS FACTOR, IF THEY HAVE NOT DONE SO ALREADY.

If a responding small business indicates, it will receive credit for its portion of the performance under the contract. (EX., A small business who performs 90% of the work reflected in its distribution fee can receive credit the same as if 90% of the work was subcontracted to another small business.) Any firm who has not done so, should complete and submit the chart shown below Factor 6 in the original proposal. You can only get credit if you complete the chart.

Only large businesses need to complete Clause 52.219-9, Small and Small Disadvantaged Business Subcontracting Plan. (A guide for completion was an attachment to the original solicitation.) The subcontracting plan is separate from Factor 6.

Both large & small business offerors shall indicate what portions of their proposal will be subcontracted to Small Business (SB) & Small Disadvantaged Business (SDB) concerns in terms of percentages and dollars. The offeror shall describe the proposed extent of socially and economically SDB concerns participation in the performance of the contract at both the contractor and subcontractor levels. Include plans to increase the extent of proposed participation through the life of the contract. The following is a sample format to be used. The example is based on a distribution fee of 1.0% and estimated requirements of $10 million. NOTE: Do not list dollar figures in your technical proposal.

Page 74

DLA 120-93-R-0587

| | ( Dollars ) | Percent |
|---|---|---|
| Annual Distribution Fee 1 | ($100,000) | -- |
| Total to be Subcontracted 2 | ($ 60,000) | 100% |
| a. To Large Business Concerns 3 | ($ 30,000) | 50% |
| b. To Small Business Concerns 3 | ($ 30,000) | 50% |
| (i)To Disadvantaged Concerns 4 | ($ 20,000) | 66.7% |
| (ii)To Non-disadvantaged Concerns 4 | ($ 10,000) | 33.3% |

EXPLANATION TO OFFERORS:

1. MULTIPLY THE GOVERNMENT'S ESTIMATED REQUIREMENTS BY YOUR PROPOSED DISTRIBUTION FEE.
2. CITE THE TOTAL PORTION OF YOUR FEE THAT WILL BE SUBCONTRACTED.
3. CITE THE PORTIONS TO BE SUBCONTRACTED TO LARGE & SMALL BUSINESS CONCERNS.
4. CITE THE PORTIONS TO BE SUBCONTRACTED TO SDB & TO SMALL NON-DISADVANTAGED CONCERNS.

Offeror is required to provide a description of the efforts they will make to assure that SB and SDB concerns, as outlined above, will have an equitable opportunity to compete for subcontracts in this acquisition.

Offeror must name the employee responsible for ensuring that an equitable opportunity is afforded the SB and SDB firms to compete for contracts. The offeror must additionally identify the employee's position and provide a description of the employee's duties in relation to the plan.

Offeror may be required to cooperate in studies or surveys in order to allow the Government to determine the extent of subcontracting opportunities identified for this acquisition.

NOTE: Since the solicitation will cover a base year plus four option years, goals contained in the subcontracting plan must be distinguished by separately identifying percentages and dollars for subcontracting with SB and SDB concerns for the base year and each option year.

DLA120-93-R-0587

Page 75

7. Small and Small Disadvantaged Entrepreneurial Enhancement Development (SEED) Program:

(Submit this data in Section II - Business Proposal)

BOTH LARGE AND SMALL BUSINESSES MUST ADDRESS THIS FACTOR, IF THEY HAVE NOT DONE SO ALREADY.

The Prime Vendor Small Business Mentoring Program ensures growth opportunities and participation for small business and small disadvantaged business concerns in the prime vendor program. Each offeror must demonstrate that it has established a mentoring program that will provide opportunities to small businesses and small disadvantaged businesses for increased business growth, and participation in the DPSC Prime Vendor Program. The increase in business and participation should be measurable and meaningful. The offeror must also explain the initiatives it has taken to reach the goal of having one or more agreements between the offeror and a small business or small disadvantaged firm who participates in carrying out the requirements of the prime vendor contract.

The offeror's must provide the following information regarding its mentoring program:

a. Participants: The offeror's criteria in selecting a firm with whom to mentor. In addition, provide the following information with all submissions:

Name, Address and Plant Location for contract holder and potential small business concern participants.

Point of Contact, job title, and phone number of all personnel involved in the development and oversight of any agreement from both parties.

The number of people employed by the small business concern.

b. Agreement Type: A description of the type of agreement agreed upon or that will be agreed upon by the contract holder and the small business concern. The agreement should state the benefits of the plan for both parties. DPSC will review the plan to ensure that the agreement will not jeopardize future contract performance. The agreements should clearly define the roles and responsibilities of each party. Plans which identify new business ventures, rather than expansion of existing agreements are preferred.

c. Assistance: The mentoring plan or agreement shall specifically identify the areas of developmental assistance (i.e. management/technical) that will be provided. Provide a discussion of the areas chosen for mentoring.