DLA 120-93-K-0587 Page 76

Describe the scope of any agreements (i.e. whether the plan will be specifically related to the requirements contained in this solicitation or will the plan cover other government and commercial contracts.)

d. Controls: Offerors shall identify and describe the management control techniques that would be used to ensure that contract requirements are met. This should include the record keeping and communication techniques and the methods to be used to control and track performance.

e. Program Objectives: Provide a chart indicating the milestones for program implementation and the execution of agreements.

Describe the measurements or yardsticks that will be utilized to determine if program objectives and goals have been met. Projections of successful program measurements should result in:

1. An increase in the dollar value of subcontracts awarded to small business/small disadvantaged firms under DOD contracts;

2. An improvement in the level of participation in DOD, other Federal agencies, and commercial contracting opportunities.

DLA 120-93-R-0587



Section II - Business Proposal

ATTACHMENT II

The Business Proposal shall contain the following:

1. Form 33, Solicitation and Offer, (page 1 of this solicitation) completed and signed by the offeror;
2. Section B of the solicitation;
3. Section K of the solicitation;
4. All other pages of the solicitation requiring the submission of information from the offeror; and
5. Socioeconomic Considerations and Small and Small Disadvantaged Entrepreneurial Enhancement Development (SEED) Program (Factors 6 & 7).

This solicitation, and the resultant contract, is subject to the requirements of FAR 15.804-2, Certified Cost or Pricing Data. Based on the acquisition situation and the data submitted an offeror may be required to submit Certified Cost or Pricing Data in accordance with FAR 15.804-4, or exemption data in accordance with FAR 15.804-3.

All large business concerns are to include a Small Business and Small Disadvantaged Business Subcontracting Plan as part of their business proposal (see Clause 52.219-9 elsewhere in the solicitation). Also refer to the Small Business and Small Disadvantaged Business Subcontracting Plan Guide which is included as an attachment to this solicitation. The Guide was developed as a checklist to be used by contractors in the preparation of their plans.

After close of the solicitation, the Government reserves the right to require an offeror to furnish financial data on its organization. If requested, the offeror is required to submit data to support the yearly distribution fees submitted in section B. The Government will evaluate the reasonableness of the offered price based on the data submitted. The price proposal must demonstrate that the offeror has taken into account the additional financial resources, if any, that will be required to meet each aspect of the contract requirement.

SECTION L

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 78 OF 96

MASTER SOLICITATION PROVISIONS INCORPORATED BY REFERENCE

[X] 52.209-9P07 PRE-AWARD PLANT SURVEY (JAN 1992) DPSC
[ ] 52.214-9P05 UNSOLICITED SAMPLES, DESCRIPTIVE LITERATURE, OR BRAND NAME REFERENCES (JAN 1992) DPSC
[X] 52.231-9P02 SUBMISSION OF COST DATA (JAN 1992) DPSC
[ ] 52.245-9P18 GOVERNMENT SAMPLES (JAN 1992) DPSC
[ ] 52.245-9P20 SIZED ITEMS (JAN 1992) DPSC
[ ] 52.245-9P21 FIRM AND FLEXIBLE SIZES (JAN 1992) DPSC

The following Defense FAR Supplement (DFARS) provisions are incorporated by reference only when checked:

[ ] 252.206-7000 DOMESTIC SOURCE RESTRICTION (DEC 1991) DFARS
[ ] 252.210-7000 BRAND NAME OR EQUAL (DEC 1991) DFARS
[X] 252.219-7009 CERTIFICATE OF COMPETENCY (APR 1993) DFARS

PROVISIONS SET FORTH IN FULL

[ ] 52.210-2 AVAILABILITY OF SPECIFICATIONS AND STANDARDS LISTED IN THE DOD INDEX OF SPECIFICATIONS AND STANDARDS (DODISS) AND DESCRIPTIONS LISTED IN DOD 5010.12-L (DEVIATION) (MAY 1990)

(a) Requests for copies of specifications or data item descriptions cited in this solicitation may be submitted by Telephone Order Entry System (TOES), mail, TELEX, or Western Union. All requests should include customer number, or Contractor and Government Entity (CAGE) Code; complete mailing address, including any "mark for" information required; specification or data item description number, date, and applicable amendment(s); solicitation or contract number; and quantity (up to 10). When requesting a data item description, the request should also cite the applicable data item number set forth in the solicitation. Copies of the DODISS and the Acquisition Management Systems and DATA Requirements Control List, DoD 5010.12-L, may also be ordered from the supply point listed herein. For first orders from contractors that do not have a CAGE Code, a customer number will be assigned for future orders. Processing time for documents is usually 3 to 5 days.

(1) The TOES number is (215) 697-1187. To use TOES, you must first obtain a customer number. If you have already used the Print On Demand System (PODS), a customer number was assigned and was shown on the shipping invoice or the status letter. For urgent requests, customer numbers may be obtained from the Special Assistance Desk (215) 697-2667. When placing an order utilizing TOES, you must use a touch tone telephone. Since the telephone does not have the letters "Q" or "Z", TOES allows you to replace the letter "Q" with the number "7" and the letter "Z" with the number "9".

(2) Mail requests to:

Standardization Document Order Desk
Building 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5094

(3) TELEX Number is 834295.

(4) Western Union Number is 710-670-1685.

(5) For inquiries the number is (215) 697-2667. Customer service telephones are available to assist with special inquiries about the services available or status on orders previously placed. Orders will not be accepted on these lines.

(b) Additional information is available in the Naval Publications and Forms Center brochure entitled "A Guide for Private Industry." To obtain copies of the guide, call (215)697-2179 or write to the Standardization Document Order Desk at the above address, and specify "Guide #89" in your request.

(c) Voluntary standards, which are not available to offerors and contractors from Government sources, may be obtained from the organization responsible for their preparation, maintenance, or publication.

[X] 52.232-9P07 AVAILABILITY OF FUNDING ON DEFENSE BUSINESS OPERATING FUND (DBOF) ACQUISITIONS (JAN 1992) DPSC

Offerors are cautioned that this acquisition currently has not been funded for contract award, or if funds are currently available, they may be reallocated prior to award due to budgetary constraints. Although a requirement exists, award need not be made unless and until funding is available.

[X] 52.233-2 SERVICE OF PROTEST (NOV 1988)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO) or the General Services Administration Board of Contract Appeals (GSBCA), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from the Contracting Officer identified in the individually numbered solicitation (see Block 6B, DPSC Form 33).

(b) The Copy of any protest shall be received in the office designated above on the same day a protest is filed with the GSBCA or within one day of filing a protest with the GAO.

REF. NO. OF DOC. BEING CONT'D D-A120-93-R-0587 PAGE 79 OF 96

PROVISIONS SET FORTH IN FULL

[X] 52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (JUN 1988)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

[X] 52.252-5 AUTHORIZED DEVIATIONS IN PROVISIONS (APR 1984)

(a) The use in this solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the provision.

(b) The use in this solicitation of any Defense FAR Supplement (48 CFR Chapter 2) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

The following Federal Acquisition Regulation (FAR) provisions are incorporated by reference only when checked:

| NUMBER | TITLE/DATE |
|---|---|
| [ ] 52.209-7 | ORGANIZATIONAL CONFLICTS OF INTEREST - MARKETING CONSULTANTS (NOV 1991) (APPLICABLE IF THE CONTRACT AMOUNT IS EXPECTED TO EXCEED $200,000) |
| [ ] 52.210-6 | LISTING OF USED OR RECONDITIONED MATERIAL, RESIDUAL INVENTORY AND FORMER GOVERNMENT SURPLUS PROPERTY (APR 1984) |
| [X] 52.212-7 | NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990) |

(NOTE: A "DO" priority rating will apply to any resultant contract.)

| NUMBER | TITLE/DATE |
|---|---|
| [ ] 52.214-1 | SOLICITATION DEFINITIONS--SEALED BIDDING (JUL 1987) |
| [ ] 52.214-3 | AMENDMENTS TO INVITATIONS FOR BIDS (DEC 1989) |
| [ ] 52.214-4 | FALSE STATEMENTS IN BIDS (APR 1984) |
| [ ] 52.214-5 | SUBMISSION OF BIDS (DEC 1989) |
| [ ] 52.214-6 | EXPLANATION TO PROSPECTIVE BIDDERS (APR 1984) |
| [ ] 52.214-7 | LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF BIDS (DEC 1989) |
| [ ] 52.214-9 | FAILURE TO SUBMIT BID (APR 1984) |
| [ ] 52.214-10 | CONTRACT AWARD-SEALED BIDDING (JUL 1990) |
| [ ] 52.214-12 | PREPARATION OF BIDS (APR 1984) |
| [ ] 52.214-13 | TELEGRAPHIC BIDS (APR 1984) |
| [ ] 52.214-13 | TELEGRAPHIC BIDS (APR 1984) ALTERNATE I (NOV 1988) |
| [X] 52.214-34 | SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991) |
| [X] 52.214-35 | SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991) |
| [X] 52.215-5 | SOLICITATION DEFINITIONS (JUL 1987) |
| [X] 52.215-7 | UNNECESSARILY ELABORATE PROPOSALS OR QUOTATIONS (APR 1984) |
| [X] 52.215-8 | AMENDMENTS TO SOLICITATIONS (DEC 1989) |
| [X] 52.215-9 | SUBMISSION OF OFFERS (DEC 1989) |
| [X] 52.215-10 | LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF PROPOSALS (DEC 1989) |
| [X] 52.215-12 | RESTRICTION ON DISCLOSURE AND USE OF DATA (APR 1984) |
| [X] 52.215-13 | PREPARATION OF OFFERS (APR 1984) |
| [X] 52.215-14 | EXPLANATION TO PROSPECTIVE OFFERORS (APR 1984) |
| [X] 52.215-15 | FAILURE TO SUBMIT OFFER (APR 1984) |
| [X] 52.215-16 | CONTRACT AWARD (JUL 1990) ALTERNATE II (NOV 1992) |
| [✓] 52.215-16 | CONTRACT AWARD (JUL 1990) ALTERNATE III (AUG 1991) |
| [ ] 52.215-17 | TELEGRAPHIC PROPOSALS (JUL 1987) |
| [ ] 52.215-17 | TELEGRAPHIC PROPOSALS (JUL 1987) ALTERNATE I (NOV 1988) |
| [ ] 52.215-30 | FACILITIES CAPITAL COST OF MONEY (SEP 1989) |
| [X] 52.216-1 | TYPE OF CONTRACT (APR 1984) Firm Fixed Price Requirements Contract |

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 80 OF 96

Insert Type of Contract:

[X] 52.222-24 PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE REVIEW (APR 1984)

[ ] 52.232-13 NOTICE OF PROGRESS PAYMENTS (APR 1984)

[ ] 52.232-14 NOTICE OF AVAILABILITY OF PROGRESS PAYMENTS EXCLUSIVELY FOR SMALL BUSINESS CONCERNS (APR 1984)

[ ] 52.247-45 F.O.B. ORIGIN AND/OR F.O.B. DESTINATION EVALUATION (APR 1984)

[ ] 52.247-46 SHIPPING POINT(S) USED IN EVALUATION OF F.O.B. ORIGIN OFFERS (APR 1984)

[x]52.215-9P12 INSTRUCTIONS FOR PREPARING PROPOSALS (JAN 1992) DPSC

(a) Proposal Organization

(1) Your proposal shall be prepared in two separate volumes and provided in the quantites shown below. Proposals which do not provide the required information in the prescribed format may be excluded from further consideration.

| Volume | Volume Title | No of Copies | Suggested Page Limit |
|---|---|---|---|
| I | Technical | 3 | None |
| II | Business | 2 | NONE |

(2) During proposal evaluation, each volume will be reviewed separately. All cost/price information, if required, must be in Volume II. No reference to cost/price shall be included in the technical proposal. Each volume shall be separately bound (stapled is acceptable) to facilitate evaluation.

(b) Volume I, Technical Proposal (see Attachment I to this solicitation)

(1) The technical proposal must demonstrate the offeror's ability to meet the Government's requirements as set forth in this solicitation. Failure to provide the information requested by any of the technical evaluation factors identified in Attachment I may be considered a "no response" and a rating of "unacceptable" given to the applicable factor, subfactor, element or subelement.

(2) Proposals that are unrealistic in terms of technical or schedule commitments, or unrealistically low in price, will be considered indicative of a lack of understanding of the solicitation requirements.

(3) You are required to prepare and submit your proposal aligned with the technical evaluation factors specified in Section M of this solicitation to facilitate government review and evaluation of proposals. Technical proposals shall therefore be presented in accordance with Section L of this solicitation and Attachment I. Continuation sheets shall clearly identify the solicitation number and your firm's name on each page.

(4) To be considered acceptable, the offeror's technical proposal must provide, as a minimum, the information requested in Section L.

(c) Volume II, Business Proposal (see Attachment II to this solicitation, if a Business Proposal is required (see para (a) above)).

(1) The offeror is required to furnish cost or pricing data or limited pricing information as detailed in Attachment II.

(2) To be acceptable, an offeror's business proposal must be complete, realistic and reasonable.

(3) The Government may require the submission of a Business Proposal during discussions, if one is not requested with initial offers.

DPSCM 4105.7

SECTION M

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 82 OF 96

[X] 52.215-9P19 EVALUATION FACTORS FOR AWARD (JAN 1992) DPSC

(a) The Government will make award to the responsible offeror(s) whose offer conforms with the solicitation and is most advantageous to the Government, cost or price, technical quality and other factors considered. For this solicitation, technical quality is more important than cost or price. As proposals become more equal in their technical merit, the evaluated cost or price becomes more important. As the technical merit and the evaluated cost or price become essentially equal, other factors as listed below may be used as discriminating elements for determining the selection of a source among otherwise substantially equal offers. They are listed in descending order of importance:

(1) Small disadvantaged business concerns;
(2) Small business concerns which are also labor surplus area concerns;
(3) Other small business concerns;
(4) Other concerns which are also labor surplus area concerns;

(b) Technical Evaluation Factors ~~(listed in descending order of importance)~~:

See next page

See section M

(Pages 83 through 87 of Amendment 0008)

Section M - Evaluation Factors for Award

The Technical Evaluation Factors are as Follows:

1. Past Performance
2. Product Availability
3. Electronic Order Entry Systems (EOE) and Electronic Data Interchange
4. Customer Support
5. Surge Readiness and Sustainment
6. Socioeconomic Considerations
7. Small and Small Disadvantaged Entrepreneurial Enhancement Development (SEED) Program

The above factors are listed in descending order of importance. Factor 1 is more important than Factor 2 which is more important than Factor 3, which is more important than Factor 4, which is more important than Factors 5, 6 & 7, all of which are of equal importance.

In evaluating the merit of each technical evaluation factor, additional credit will be given for responses that exceed the Government's requirements and are beneficial to the Government. The technical evaluation will assess the ability of offerors to successfully meet the requirements of the solicitation.

Factor 1 - Past Performance: The offeror's proposal will be evaluated to determine if it demonstrates a level of past performance that provides a reasonable assurance that the solicitation requirements will be met. This reasonable assurance is based on a subjective assessment of the contractor's past prime vendor experience, both commercial and military, and may include, but is not limited to, the factors listed below. (A record of marginally acceptable or unacceptable past performance will have a negative effect on the offeror's rating for this factor.) The offeror's past performance as a pharmaceutical and/or medical surgical prime vendor covering JITO/EDO and stockless delivery programs will be evaluated. The factors are:

A. It has handled a volume of sales that ensures its ability to handle a volume of sales similar to or greater than the solicitation's yearly estimate.

B. It has sufficient business relationships with manufacturers to ensure that the solicitation requirements can be met.

C. It has a satisfactory history of responding to customer problems arising with the prime vendor catalog and/or any aspect of the EOE system.

D. Sales representatives have been responsive to the customer's needs. Problems with customer support have been escalated by the facility to the prime vendor designated point of contact have been addressed promptly, and resolved to the satisfaction of the customer.

Section M - Evaluation Factors for Award

E. Its product fill-rates show that on average, in every region, the firm has met or exceeded the product fill rate they committed to at time of award.

F. It is conducting its operations in accordance with all applicable federal, state, and local agency regulations. It has no regulatory actions pending for which a course of action to remedy the problem has not been proposed.

G. The Prime Vendor must have adequate experience as an actual Prime Vendor, distributing MED/SURG products, to ensure they are capable of handling the variety of challenges that will arise in establishing this type of purchasing/distribution system for our ordering facilities.

Factor 2 - Product Availability: The offeror's proposal will be evaluated to determine if it can adequately meet the solicitation requirements for product availability. The offeror has met the requirements for this factor when it adequately demonstrates the following:

A. It provides the ordering facilities with a method for processing Just-In-Time Orders and Extended Delivery Orders that:

1. is easy to use;
2. gets them the required delivery;
3. minimizes manual intervention on the part of the ordering facility;
4. allows for invoicing through the Prime Vendor system.

B. It can meet the required fill rates for Just-In-Time Orders and Extended Delivery Orders.

C. There are no significant categories of products that they cannot distribute and no significant manufacturers' items that they cannot distribute.

D. The distribution facilities are physically close enough to all ordering facilities in the region, or proposed premium transportation methods proposed are adequate, to ensure required product availability to each facility.

E. It provides an order cut-off time that meets the SOW requirements.

Factor 3 - Electronic Order Entry Systems (EOE) and Electronic Data Interchange (EDI) Capability: The offeror's proposal will be evaluated to determine if it can adequately meet the solicitation

Section M - Evaluation Factors for Award

requirements for EOE/EDI capability. The offeror has met the requirements for this factor when it adequately describes the following:

A. It will provide adequate training at each ordering facility to ensure that Government personnel understand the workings of the proposed catalog and EOE/EDI system.

B. It can provide the required business documents in ANSI X12 format within six months of award (the 850, 855, & 832 documents).

C. It ensures that ordering facilities will be able to place orders to a single contractor order receipt point without having to distinguish between divisions.

D. It has proposed an EOE system with a price and product catalog and can ensure that all items for which the ordering facilities have provided usage data can be loaded within 60 days of contract award.

E. Its EOE/EDI system can distinguish between IDTC/DAPA and non-IDTC/non-DAPA items prior to order placement and its order confirmation will show rejection of non-IDTC/non-DAPA items.

F. It can provide an electronic order confirmation within two hours following transmission of the order from the ordering facilities in all cases.

G. There are adequate "help" procedures in place if a problem is encountered by Government personnel when interacting with the prime vendor's catalog or EOE system.

H. The Prime Vendor must have an established, well-thought-out operational capability backup plan that will ensure continuity of operations (with minimal downtime) in the event of a disaster.

I. The Prime Vendor must have adequate experience with its proposed EOE system and EDI system to ensure it is capable of handling the variety of requirements in establishing a Prime Vendor for our ordering facilities.

J. The Prime Vendor's system does not rely on manual intervention at any stage of the process in order to comply with the SOW requirements.

K. The Prime Vendor will electronically load their electronic catalog.

L. Some features considered user-friendly by the DPSC evaluators, and beneficial to the ordering facilities, may be given a more favorable rating.

DLA120-93-R-0587



Section M - Evaluation Factors for Award

M. The Prime Vendor must have adequate experience with EDI to ensure it can handle transmitting/receiving ANSI X12 810, 850, 855, & 832 transaction sets both inside and outside of the EOE system.

N. The Prime Vendor must meet the SOW requirements for search capabilities.

O. The Prime Vendor has an adequate "continuity of operations" plan in place to ensure against lost systems capability.

NOTE: Offerors may be required to perform an Operational Capability Demonstration at any time in accordance with Clause 52.215-9P10 of this solicitation. The Government will test the offeror's electronic order entry and distribution system to verify that its operational capabilities meet those set forth in its proposal.

Factor 4 - Customer Support: The offeror's proposal will be evaluated to determine if it can adequately meet the solicitation requirements for Customer Support. The offeror has met the requirements for this factor when it adequately demonstrates the following:

A. It has demonstrated that it has an adequate product recall plan in effect.

B. The sample packing list meets all requirements of the Statement of Work.

C. It will conduct the necessary sales representative visits to ensure that adequate progress is being made on the contract and that customers are receiving what they believe is satisfactory customer support.

D. It has adequately described how it will monitor customer support and customer satisfaction at the ordering facility.

E. The Prime Vendor has an adequate plan to ensure ordering facilities are aware of manufacturer backorders.

F. The Prime Vendor has proposed an acceptable report package, and provided adequate samples.

H & G, See Amendment 0012 pg 27 of 47

Factor 5 - Surge Readiness and Sustainment: The offeror's proposal will be evaluated to determine if it can meet the surge requirements of the solicitation.

Factor 6 - Socioeconomic Considerations: The offeror's proposal will be evaluated to determine if it has taken steps to ensure that small businesses and small disadvantaged businesses will have an equitable opportunity to compete for subcontracts.

Section M - Evaluation Factors for Award

Small businesses will be credited for the dollar value/percentage of work they perform the same as if the work was subcontracted to a small business concern, as long as they request it in the required documentation.

Factor 7 - Small and Small Disadvantaged Entrepreneurial Enhancement Development (SEED) Program: The offeror's proposal will be evaluated to determine if it has taken the initiative have one or more mentoring agreements between the offeror and a small business or small disadvantaged firm who participates in carrying out the requirements of the prime vendor contract.

[X] 52.215-9P20 SOURCE EVALUATION AND SELECTION PROCEDURES (JAN 1992) DPSC

(a) Overview

Subsequent to the date specified in the solicitation for receipt of proposals, all timely proposals will undergo a technical and a business evaluation as described in paragraph (b) below. The contracting officer will make a competitive range determination based on these evaluations and submit it to the Source Selection Authority (SSA) for approval. Unless award is made on the basis of initial proposals, written and/or oral discussions will be conducted with all offerors in the competitive range. Revised and "best and final" offers resulting from discussions will undergo further technical and business evaluations. Finally, a proposal will be selected for award by the SSA, as described in para (c), below.

(b) Evaluation Process

(1) Technical Evaluation

Offerors are required to submit technical proposals and/or Product Demonstration Models as prescribed in Section L of this solicitation. Each technical proposal and/or model will be evaluated against the technical factors specified in DPSC provision 52.215-9P19. Proposals so technically deficient as to make them technically unacceptable will be rejected as unacceptable, regardless of the cost or price offered. No discussions will be held with rejected offerors, nor will any rejected offeror be given an opportunity to revise his offer to correct those deficiencies in order to become acceptable after date and time set for receipt of initial offers.

(2) Business Evaluation

Each proposal will be evaluated against the requirements of the solicitation. The Government will evaluate cost or pricing data or limited pricing information, if requested, with initial proposals or during discussions, in accordance with FAR Subpart 15.8. The Government will evaluate the successful offeror's proposals to determine cost/price realism. Cost/price realism relates to an offeror's demonstrating that the proposed cost or price provides an adequate reflection of its understanding of the requirements of this solicitation.

(3) Evaluation of Offered Evaluated Optional Features

Evaluated optional features are features which are not required but which are considered to be of value to the Government if they were available. Therefore, if the offeror does not offer one or more of the features listed below, the Government will add the assigned value of each feature to the offeror's total price for evaluation purposes only:

| Feature | Value |
|---|---|

(4) Evaluation of Additional Cost Factors to the Goverment

To assure that the Government awards to the firm whose offer will result in the best value after considering overall "total cost" to the Government, the cost factors cited below will be added, as appropriate, to the offeror's total price for evaluation purposes only. These cost items are costs the Government may incur as a result of any award under this solicitation.

| Cost Item | Cost Estimates |
|---|---|

(c) Selection

The final technical and business evaluation reports will be furnished to the contracting officer. The contracting officer will prepare a written source evaluation report and present the analysis to the SSA. Based on this report and analysis, the SSA will make the decision as to which offeror(s) is(are) selected for award. The responsible offeror(s) whose proposal(s) is/are most advantageous to the Government, as determined by the evaluation of proposals according to the evaluation factors established in DPSC provision 52.215-9P19, will be selected for award.

SECTION M

[X] 52.217-9P14(M) EVALUATION OF OPTIONS (PRIME VENDOR) DPSC

(a) The Government will evaluate offers for award purposes by:

(i) Multiplying the proposed distribution fee (expressed in percentage) for the basic contract period and the option periods with the annual estimated requirements for each of the corresponding periods.

(ii) Adding the figures from (i) above.
Evaluation of options will not obligate the Government to exercise the option(s).

(b) The Government reserves the right to make awards for less than the annual estimated requirements solicited.

ATTACHMENT # III
MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | RECEIVING POINTS |
|---|---|
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER DEA REG NO. AB6296063** | |
| Brooke Army Medical Center<br>Material Branch, Logistics Div.<br>Building 2640<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Material Branch, Logistics Div.<br>Building 2640<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER DEA REG NO. *** | |
| Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Main Hospital 3rd Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Main Hospital 3rd Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER DEA REG NO. *** | |
| Brooke Army Medical Center<br>Burn Center Ward 14A<br>Main Hospital 4th Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Burn Center Ward 14A<br>Main Hospital 4th Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER DEA REG NO. *** | |
| Brooke Army Medical Center<br>OB/GYN Clinic<br>Building 1000<br>Room 187<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>OB/GYN Clinic<br>Building 1000<br>Room 187<br>Fort Sam Houston, TX 78234 |

**FORT SAM HOUSTON**
**BROOKE ARMY MEDICAL CENTER**
**DEA REG NO. ***

| | |
|---|---|
| Brooke Army Medical Center<br>Central Materiel Section<br>Building 2376<br>Beach Pavilion Basement<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Central Materiel Section<br>Building 2376<br>Beach Pavilion Basement<br>Fort Sam Houston, TX 78234 |

**FORT SAM HOUSTON**
**BROOKE ARMY MEDICAL CENTER**
**DEA REG NO. ***

| | |
|---|---|
| Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Building 2376<br>Beach Pavilion 2nd Floor<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Building 2376<br>Beach Pavilion 2nd Floor<br>Fort Sam Houston, TX 78234 |

**FORT SAM HOUSTON**
**BROOKE ARMY MEDICAL CENTER**
**DEA REG NO. ***

| | |
|---|---|
| 147TH Medlog Battalon<br>Medical Supply Support Activity<br>Building 4217<br>Fort Sam Houston, TX 78234 | 147TH Medlog Battalon<br>Medical Supply Support Activity<br>Building 4217<br>Fort Sam Houston, TX 78234 |

*DEA REG NO. will be provided at a later date.

**FORT HOOD**
**DARNALL ARMY COMMUNITY HOSPITAL**
**DEA REG NO. BD2247636**

| | |
|---|---|
| Darnall Army Community Hosp.(4 Each)<br>Medical Supply Officer<br>Warehouse 92066<br>West Fort Hood, TX 76544-5063 | Darnall Army Community Hospital<br>Medical Supply Officer<br>Warehouse 92066<br>West Fort Hood, TX 76544-5063 |

**FORT BLISS**
**WILLIAM BEAUMONT ARMY MEDICAL CENTER**
**DEA REG NO. AW5847681**

| | |
|---|---|
| Material Branch (2 Each)<br>William Beaumont Army Medical Center<br>Building 11156<br>Biggs Army Airfield<br>El Paso, TX 79918 | Material Branch (2 Each)<br>William Beaumont Army Medical Center<br>Building 11156<br>Biggs Army Airfield<br>El Paso, TX 79918 |

**FORT BLISS**
**WILLIAM BEAUMONT ARMY MEDICAL CENTER**
**DEA REG NO. ***

WBAMC
Materiel Distribution Section
Building 7777
Room 1-67
El Paso, TX 79920

WBAMC
Materiel Distribution Section
Building 7777
Room 1-67
El Paso, TX 79920

**FORT BLISS**
**WILLIAM BEAUMONT ARMY MEDICAL CENTER**
**DEA REG NO. ***

WBAMC
Operating Room
Building 7777
Room 4-389
El Paso, TX 79920

WBAMC
Operating Room
Building 7777
Room 4-389
El Paso, TX 79920

**FORT BLISS**
**WILLIAM BEAUMONT ARMY MEDICAL CENTER**
**DEA REG NO. ***

Consolidated Troop Medical Clinic
Building 2496
Room T117
Ricker Road
Fort Bliss, TX 79916

Consolidated Troop Medical Clinic
Building 2496
Room T117
Ricker Road
Fort Bliss, TX 79916

**FORT BLISS**
**WILLIAM BEAUMONT ARMY MEDICAL CENTER**
**DEA REG NO. ***

USA Health Clinic
Building 525
White Sands Missile Range,
New Mexico 88002-5509

USA Health Clinic
Building 525
White Sands Missile Range
New Mexico 88002-5509

*DEA REG NO. will be provided at a later date.

DLA120-93-R-05 Page 73

**FORT BLISS**
**NAVAL HOSPITAL**
**CORPUS CHRISTI**
**DEA REG NO. BN0235590**

| | |
|---|---|
| Commanding Officer<br>Materials Management Dept<br>NAVHOSP Building H-100<br>10651 E Street<br>Corpus Christi, TX 78419-5131 | Commanding Officer<br>Materials Management Dept<br>NAVHOSP Building H-100<br>10651 E Street<br>Corpus Christi, TX 78419-5131 |

**US PUBLIC HEALTH SERVICE (USPHS)**

| | |
|---|---|
| USPHS/Indian Health Service<br>Regional Supply Service Center<br>1005 N. Country Club Road<br>Ada, OK 74820 | USPHS/Indian Health Service<br>Regional Supply Service Center<br>1005 N. Country Club Road<br>Ada, OK 74820 |

**U.S. AIR FORCE CLINIC**
**BROOKS AFB**
**DEA REG NO. RB0117083**

| | |
|---|---|
| 648TH Logistics Squadron/LGB<br>8006 Chennault Road<br>Suite 1<br>Brooks AFB, TX 78235 | 648TH Logistics Squadron/LGB<br>8006 Chennault Road<br>Suite 1<br>Brooks AFB, TX 78235 |

**U.S. AIR FORCE CLINIC**
**KELLY AFB**
**DEA REG NO. BU3128596**

| | |
|---|---|
| 76 Medical Group/SGSL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB, TX 78241-5846 | 76 Medical Group/SGSL<br>204 Wagner Drive Bldg 1730<br>Back Warehouse Door<br>Kelly AFB, TX 78241-5846 |

**U.S. AIR FORCE CLINIC**
**RANDOLPH AFB**
**DEA REG NO. AR6241501**

| | |
|---|---|
| Medical Supply Officer<br>221 3rd St West<br>Building 1040<br>Randolph AFB, TX 78150 | Medical Supply Officer<br>221 3rd St West<br>Building 1040<br>Randolph AFB, TX 78150 |

**U.S. AIR FORCE HOSPITAL**
**LAUGHLIN AFB**
**DEA REG NO. AU6749153**

FM3099
47th Medical Squadron/SGL
590 Mitchell Blvd
Building 375
Laughlin AFB, TX 78843-5000

FM3099
47th Medical Squadron/SGL
590 Mitchell Blvd
Building 375
Laughlin AFB, TX 78843-5000

**FORT SILL**
**REYNOLDS ARMY COMMUNITY HOSPITAL**
**DEA REG NO. AU5233882**

Medical Supply Warehouse
Building 4300
Thomas Street
Fort Sill, OK 73503-6300

Medical Supply Warehouse
Building 4300
Thomas Street
Fort Sill, OK 73503-6300

**FORT SILL**
**REYNOLDS ARMY COMMUNITY HOSPITAL**
**DEA REG NO. AU5233882**

Central Materiel Supply
Building 4300
Room GE118
Thomas Street
Fort Sill, OK 73503-6300

Central Materiel Supply
Building 4300
Room GE118
Thomas Street
Fort Sill, OK 73503-6300

**U.S. AIR FORCE HOSPITAL**
**SHEPPARD AFB**
**DEA REG NO. (APPLICATION SUBMITTED)**

82 MDSS/SGAL
149 Hart St
Building 1200, Suite 7
Sheppard AFB, TX 76311

82 MDSS/SGAL
149 Hart St
Building 1200, Suite 7
Sheppard AFB, TX 76311

**U.S. AIR FORCE HOSPITAL**
**ALTUS AFB**
**DEA REG NO. AU5589847**

97th Medical Group/SGAL
301 North First Street
Building 46
Altus AFB, OK 73523-5005

97th Medical Group/SGAL
301 North First Street
Building 46
Altus AFB, OK 73523-5005

**U.S. AIR FORCE HOSPITAL**
**TINKER AFB**
**DEA REG NO. AM5948041**

72d Medical Support Squadron/SGSL
5700 Arnold Drive
Building 5801
Tinker AFB, OK 73145-8102

72d Medical Support Squadron/SGSL
5700 Arnold Drive
Building 5801
Tinker AFB, OK 73145-8102

**U.S. AIR FORCE HOSPITAL**
**REESE AFB**
**DEA REG NO. BM0465799**

64th Medical Group/SGSLM
250 13th St.
Building 1300
Reese AFB, TX 79489-5008

64th Medical Group/SGSLM
250 13th St.
Building 1300
Reese AFB, TX 79489-5008

**U.S. AIR FORCE HOSPITAL**
**DYESS AFB**
**DEA REG NO. AU5209540**

7th Medical Group/SGAL
697 Hospital Road
Building 9201
Dyess AFB, TX 79607-1367

7th Medical Group/SGAL
697 Hospital Road
Building 9201
Dyess AFB, TX 79607-1367

**U.S. AIR FORCE CLINIC**
**GOODFELLOW AFB**
**DEA REG NO. AU6006995**

FM3030
17th Med Support Squadron/SGL
271 Fort Richardson Ave
Building 1001
Goodfellow AFB, TX 76908-4902

FM3030
17th Med Support Squadron/SGL
271 Fort Richardson Ave
Building 1001
Goodfellow AFB, TX 76908-4902

**U.S. AIR FORCE HOSPITAL**
**HOLLOMAN AFB**
**DEA REG NO. AC4868165**

49th Medical Group/SGL
Medical Logistics
280 First Street
Building 14
Holloman AFB, NM 88330-5300

49th Medical Group/SGL
Medical Logistics
280 First Street
Building 14
Holloman AFB, NM 88330-5300

DLA120-93-R-0587 Page 96

**U.S. AIR FORCE HOSPITAL**
**KIRTLAND AFB**
**DEA REG NO. AU6389224**

377th Medical Group/SGL
Building 47
VA Medical Center
Albuquerque, NM 87108

377th Medical Group/SGL
M Street, Building 20412
Kirtland AFB
Albuquerque, NM 87117-5300

**U.S. AIR FORCE HOSPITAL**
**CANNON AFB**
**DEA REG NO. AU6683397**

FM4855
27th Medical Group/MGAL
208 West Casablanca
Cannon AFB, NM 88103

FM4855
27th Medical Group/MGAL
208 West Casablanca
Cannon AFB, NM 88103