**AMENDMENT OF SOLICITATION DIFICATION OF CONTRACT**

1. C' 'RACT ID CODE | PAGE OF PAGES 01 | 47

2. AMENDMENT/MODIFICATION NO. 0012

3. EFFECTIVE DATE 07 FEB 1996

4. REQUISITION/PURCHASE REQ. NO. N/A

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE SP0200

DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY *(If other than Item 6)* CODE SP0200

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

United Medical Supply Company, Inc.
5117 Northeast Parkway
Fort Worth, Texas 76106

(✓) X 9A. AMENDMENT OF SOLICITATION NO. DLA120-93-R-0587

9B. DATED *(SEE ITEM 11)* 11 AUGUST 1993

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 01 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

**E. IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

MED/SURG PRIME VENDOR - LONE STAR REGION

Subject solicitation is hereby amended as follows:

The closing date is hereby extended to 3:00 PM, local time, 28 February 1996. All responses must be received by the above cited time and date and are subject to the late submission, modifications, and withdrawal of proposals or quotation provision of the solicitation.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*
Joe W. Smith, Jr.
Executive Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*

15B. CONTRACTOR/OFFEROR [signature] *(Signature of person authorized to sign)*

15C. DATE SIGNED 2/27/96

16B. UNITED STATES OF AMERICA BY ______ *(Signature of Contracting Officer)*

16C. DATE SIGNED

Amendment 0008 is hereby revised as follows:

Page 3:

Paragraphs 2 and 4 are deleted in their entirety.

Paragraph 3 is revised to read: **The closing date is hereby extended until 3:00 PM, local time, 28 February 1996. All responses must be received by the above cited time and date and are subject to the late submission, modifications, and withdrawal of proposals or quotation provision of this solicitation.**

GENERAL INFORMATION FOR OFFERORS

Page 4:

Paragraph 3: Delete sentence 3 and replace with: Each Prime Vendor will be responsible for supplying all of the medical items that are listed on Distribution and Pricing Agreements (see below) ordered by the participating ordering facilities in the specific region.

Paragraph 4: Delete sentence 7 and replace with: It is the responsibility of the Prime Vendor to establish the necessary "charge-back" arrangements with the DAPA holders.

Paragraph 4: Delete sentence 10 and replace with: The price charged by the prime to the ordering facilities will not exceed that cited in the IDTC plus the offeror's negotiated distribution fee.

Add the following paragraph: Many of the below changes require your firm to respond to a "Yes" or "No" question. Other questions require your firm to answer generally by checkmark. Failure to check the responsive block (s), or checking both blocks, will be determined to be that your firm is unable or unwilling to comply with the revised requirements as detailed.

**Page 5 is hereby deleted in its entirety and replaced with the following:**

**CAUTION NOTICE**

1. This is a Source Selection Acquisition:

Award will be based on factors other than cost or price alone. Evaluation factors for award are contained in DPSC Clause 52.215-9P19 "EVALUATION FACTORS FOR AWARD".

Source evaluation and selection procedures are contained in DPSC Clause 52.215-9P20 "SOURCE EVALUATION AND SELECTION PROCEDURES".

2. DPSC Clause 52.215-9P12 should be reviewed carefully prior to commencing preparation of your proposal. Proposals which do not provide the required information in the prescribed format as cited in DPSC Clause 52.215-9P12 may be excluded from further consideration. **Technical proposals must be devoid of all discussions or reference to price.**

NOTE: Technical evaluation factors 6 & 7, Socioeconomic Considerations and Small and Small Disadvantaged Entrepreneurial Enhancement Development (SEED) Program, must be submitted with the Business Proposal.

3. Subcontracting plans (Reference Clause 52.219-9): In the event that an annual company or division wide subcontracting plan is submitted in response to this solicitation, offerors are reminded that the plan should be current, approved and cover the company's current fiscal year, which must be identified. If an offeror has a previously approved plan, a new plan should be submitted at least sixty days before the existing plan expires. A Small Business and Small Disadvantaged Business Plan Subcontracting Guide is provided in this amendment and is marked "Attachment II".

Subcontracting plans approved by other government agencies should be company or division wide in order to be applicable. All plans approved by another government agency must be accompanied by the letter of approval issued by the agency. Plans must be submitted with the initial proposal.

4. The establishment of a Small and Small Disadvantaged Entrepreneurial Enhancement Development (SEED) Program is required. The Prime Vendor SEED concept is an attempt to ensure growth opportunities and participation of small business and small disadvantaged business concerns in the prime vendor program. The opportunities presented must constitute real business growth which is measurable and meaningful. The purpose of this initiative is to develop a methodology that;

**CAUTION NOTICE**
**(CONTINUED)**

1) Maintains small business and SDB as suppliers.

2) Increases the level of participation in the prime vendor program.

3) Fosters the development of long term business relationships between large and small business concerns as well as opening the door of communication between small business concerns.

SEED agreements can be offered which address sales volume, allow for private label manufacturing, assist in marketing product, speak to systems design, look to increasing the customer base, look to developing management skills, or any of a number of other approaches that will benefit small and small disadvantaged business concerns.

Small business concerns must meet the requirements of FAR 19.001 and meet the size standards as specified in Clause 52.219-22. All small business and small disadvantaged business concerns will be subject to review and verification by the Small Business Administration.

5. A Requirements type contract is contemplated with the option to extend the effective period of the contract for four additional one year periods. The total length of the contract would not exceed 5 years. Offers on the options are mandatory. Failure to offer on all options will result in an offer being eliminated from further consideration. A determination of price reasonableness for these line items shall be made prior to award.

6. Award Announcement: The Government reserves the right to require the successful offeror to participate in a ceremony to commemorate the award of the contract. The location, date and time of the ceremony will be coordinated with the contractor, DPSC and facilities within the region.

7. OFFERORS ARE REMINDED THAT FACSIMILE OFFERS ARE NOT AUTHORIZED.

(END OF CAUTION NOTICE)

Pages 6 through 12 are hereby deleted in their entirety and replaced with the following:

## SECTION B

## SCHEDULE OF SUPPLIES

Based on a 12 month reporting period, the ordering facilities that will be listed in Attachment III spent an estimated $57,965,500 per year for those types of medical/surgical products covered by the proposed contract. Based on this figure, the following is the Government's best estimate of yearly sales that these ordering facilities will experience over the five year period.

| | Yearly Estimate | Approximate Yearly Maximum |
|---|---|---|
| First Year | $28,982,750.00 | $ 72,456,875.00 |
| Option Year 1 | $57,965,500.00 | $144,913,750.00 |
| Option Year 2 | $57,965,500.00 | $144,913,750.00 |
| Option Year 3 | $57,965,500.00 | $144,913,750.00 |
| Option Year 4 | $57,965,500.00 | $144,913,750.00 |

Annual Estimates are as follows:

| | Base Year | Option Years 1-4 |
|---|---|---|
| Considering Stockless Option (See Page 13) | $23,500,000 | $47,000,000 |
| JITO/EDO Option Only | $ 5,482,750 | $10,965,500 |

No guarantee is given that the above volume will be purchased. It should be noted that during the first year of the contract each facility will begin to reduce its existing inventory of medical/surgical products. Orders will be placed with the Prime Vendor as existing inventories are reduced to lower levels. This may affect the volume of ordering during the base ordering period.

Your proposed distribution fee should be based on the Yearly Estimate. If the Approximate Yearly Maximum is exceeded in any given year, the contract will be completed for that year but subsequent years will be resolicited.

SECTION B - SCHEDULE OF SUPPLIES (CONTINUED)

The offeror, if awarded this contract, shall be paid the DAPA/IDTC price for each medical/surgical product ordered and delivered which appears on a DPSC Medical Distribution and Pricing Agreement (DAPA), or on an Indefinite Delivery-Type Contract (IDTC), plus the offeror's negotiated distribution fee. For an item covered by a DAPA, the Prime Vendor will furnish the product at the price cited on the agreement plus the offeror's negotiated distribution fee. For an item covered by an IDTC, the Prime Vendor will furnish the product from the source listed under the IDTC at the price set forth in the IDTC plus the offeror's negotiated distribution fee.

The Prime Vendor shall only accept orders for and shall only furnish, under the contract, products which are a part of the DPSC Prime Vendor Program.

The offeror is to insert in the spaces provided below its proposed distribution fees for the stockless option (See page 13 for facilities that are eligible) and JITO/EDO option (See pages 40 through 47 for facilities that are eligible) for both the initial 1-year contract ordering period and for each of the 4 yearly option periods. These fees will cover all of the medical facilities listed for the appropriate option [Stockless option (see page 13 of this Amendment) vs the JITO/EDO option (see Attachment III, pages 40 through 47 of this Amendment)]. The distribution fee must be the same for all of the covered facilities. However, offerors may propose different fees for each of the ordering periods.

Partial offers based on only some of the listed facilities will not be considered. **YOU MUST SUBMIT AN OFFER FOR ALL ORDERING FACILITIES LISTED AS ELIGIBLE FOR SELECTING THE STOCKLESS OPTION.** Failure to submit a separate stockless option offer, in addition to your JITO and EDO offers, will render your proposal ineligible for consideration for award for this region. The evaluation of option lines does not obligate the Government to exercise any of the options. The offeror's proposed distribution fee is to be expressed as a percentage (%) and shall be based on performance in accordance with the contract's Statement of Work.

OFFEROR'S DISTRIBUTION FEE:

| LINE ITEM NO. | TIME PERIOD | PROPOSED DISTRIBUTION FEE STOCKLESS OPTION | PROPOSED DISTRIBUTION FEE JITO/EDO OPTION |
|---|---|---|---|
| 0001 | INITIAL YEAR | 7.4%* % | 6.4%* % |
| 0002 | OPTION YEAR ONE | 7.4%* % | 6.4%* % |
| 0003 | OPTION YEAR TWO | 7.4%* % | 6.4%* % |
| 0004 | OPTION YEAR THREE | 7.4%* % | 6.4%* % |
| 0005 | OPTION YEAR FOUR | 7.4%* % | 6.4%* % |

* Subject to negotiation if volume does not reach 90% of the stated contract award.

## SECTION B - SCHEDULE OF SUPPLIES (CONTINUED)

EVALUATION OF OFFERS: The Government will evaluate price offers in the following way:

PART A - The facilities that are eligible for the Stockless Option will not be using that type of buying exclusively (or right away). For evaluation purposes, the dollars spent on JITO/EDO buys vs. Stockless buys will be weighted as follows:

| | JITO/EDO | STOCKLESS |
|---|---|---|
| Base Year | 93% | 7% |
| 1st Option | 74% | 26% |
| 2nd Option | 66% | 34% |
| 3rd Option | 58% | 42% |
| 4th Option | 50% | 50% |

will be applied to the anticipated annual estimated dollar amounts (see page 5 of this amendment).

**PART B - To get the Total Evaluated** Stockless Distribution Fee,

1) Multiply the Annual Estimate for the facilities considering stockless times the Weighting Factor for stockless for that year times the offered distribution fee percentage for stockless for that year.
2) Do this for each of the five years.
3) Add the dollar figures for each year together.

PART C - Section I

To get the Total Evaluated JITO/EDO Distribution Fee,

1) Multiply the Annual Estimate for the facilities considering stockless times the Weighting Factor for JITO/EDO for that year times the offered distribution fee percentage for JITO/EDO for that year.
2) Do this for each of the five years.
3) Add the dollar figures for each year together.

PART C - Section II

1) Multiply the Annual Estimate for JITO/EDO Option Only for that year times the offered distribution fee percentage for JITO/EDO for that year
2) Do this for each of the five years
3) Add the dollar figures for each year

To get the total for Part C, add the answers from sections I & II together.

PART D - To get the Total Evaluated Distribution Fee for the offer, add the answers from parts B and C together.

## SECTION B - SCHEDULE OF SUPPLIES (CONTINUED)

**EXAMPLE:** For this EX. the Dist. Fee is 5% for JITO/EDO & 10% for Stockless.

| | Annual Estimates | | Assigned Wt Going Stockless | | Offered Dist. Fee | | Weighted Stockless Distribution Fee |
|---|---|---|---|---|---|---|---|
| Base | $23,500,000 | X | 7% | X | 10% | = | $ 164,500 |
| 1st YR | $47,000,000 | X | 26% | X | 10% | = | $1,222,000 |
| 2nd YR | $47,000,000 | X | 34% | X | 10% | = | $1,598,000 |
| 3rd YR | $47,000,000 | X | 42% | X | 10% | = | $1,974,000 |
| 4th YR | $47,000,000 | X | 50% | X | 10% | = | $2,350,000 |
| | TOTAL EVALUATED STOCKLESS DISTRIBUTION FEE | | | | | | $7,308,500 |

| | Annual Estimates | | Assigned Wt Going JITO/EDO | | Offered Dist. Fee | | Weighted JITO/EDO Distribution Fee |
|---|---|---|---|---|---|---|---|
| Base | $23,500,000 | X | 93% | X | 5% | = | $1,092,750 |
| 1st YR | $47,000,000 | X | 74% | X | 5% | = | $1,739,000 |
| 2nd YR | $47,000,000 | X | 66% | X | 5% | = | $1,551,000 |
| 3rd YR | $47,000,000 | X | 58% | X | 5% | = | $1,363,000 |
| 4th YR | $47,000,000 | X | 50% | X | 5% | = | $1,175,000 |
| | | | | | | | $6,920,750 |

EVALUATED JITO/EDO DISTRIBUTION FEE FOR FACILITIES ELIGIBLE FOR STOCKLESS

| | Annual Estimates | Offered Dist. Fee | Evaluated JITO/EDO Dist. Fee |
|---|---|---|---|
| Base | $ 5,482,750 | 5% | $ 274,137.50 |
| 1st YR | $10,965,500 | 5% | $ 548,275.00 |
| 2nd YR | $10,965,500 | 5% | $ 548,275.00 |
| 3rd YR | $10,965,500 | 5% | $ 548,275.00 |
| 4th YR | $10,965,500 | 5% | $ 548,275.00 |
| | | | $2,467,237.50 |

EVALUATED JITO/EDO DISTRIBUTION FEE FOR FACILITIES NOT ELIGIBLE FOR STOCKLESS

| TOTAL EVALUATED STOCKLESS DIST FEE | + | TOTAL EVALUATED JITO/EDO DIST FOR FACILITIES ELIGIBLE FOR STOCKLESS | + | TOTAL EVALUATED JITO/EDO DIST FOR FACILITIES NOT ELIGIBLE FOR STOCKLESS | = | TOTAL EVALUATED DISTRIBUTION FEE |
|---|---|---|---|---|---|---|
| $7,308,500 | + | $6,920,750 | + | $2,467,237.50 | = | $16,696,487.50 |

For additional information, refer to SECTION M, Clause 52.217-9P14(M).

**SECTION C**

**STATEMENT OF WORK (SOW)**

**Page 13**: Paragraph A, sentences 2 and 3, revise Attachment I to read Attachment III.

**Page 14 add the following to General Information**:

D. As of the date of this amendment, there are approximately 122,000 items on MED/SURG Distribution and Pricing Agreements (DAPAs). This number will continue to grow and DPSC eventually hopes to have approximately 500,000 items on DAPA. **CERTIFICATION:** I understand that the SOW requires my firm to have all DAPA items available to be ordered under my firm's EOE system, I agree my firm is committing to meeting this requirement within the required SOW timeframe: (check one)

___✓___ Yes __________ No

Under Definition Number 6: Fill Rate Calculation for Both Just-In-Time Orders and Extended Delivery Orders add: Each of these fill-rates must be calculated and reported separately.

**Page 15**:

Definition Number 8: Delete the last sentence and replace with: The DPSC administrative fee as of 1 October 1995 is 1.3%.

"Example" delete DPSC Administrative Fee (1.0%)....+.21 and insert DPSC Administrative Fee (1.3%)....+.27. Also delete Delivered Unit Price of $21.21 and insert Delivered Unit Price of $21.27.

**Page 16**:

MINIMUM PERFORMANCE REQUIREMENTS: Revise Attachment I to read Attachment III.

**Page 18**, letter O, delete the NOTE.

**Page 19**, letter D, second paragraph, add to the end: You are advised that a single catalog showing all usage data items selected by all ordering facilities for multiple regions is acceptable. You can design one catalog for multiple regions instead of a separate catalog tailored to each region.

## SECTION C
## STATEMENT OF WORK (SOW) (CONTINUED)

Page 20:

Paragraph F - revise the last sentence of the paragraph to read: There is no six month implementation period for this transaction set. Revise the Minimum Performance Requirement to read: My firm is committing to using the ANSI X12 transaction set for Invoicing (810) effective on the date of award: (check one)

_______ Yes _______ No

Add the following sentence to the end of paragraph I: (The Government currently furnishes Smartlink modems.)

The following MEDICAL/SURGICAL SURGE REQUIREMENTS are hereby incorporated into subject solicitation:

**[X] MEDICAL/SURGICAL SURGE REQUIREMENTS**

The purpose of the Prime Vendor Surge provision is for the Prime Vendor to partner with the deploying units to provide essential medical/surgical products. This contract will be used as a vehicle for the rapid acquisition of medical/surgical items to respond to Department of Defense wartime, contingency or humanitarian operations.

The Prime Vendor shall have the ability to provide surge products for the first 65 days of an operation. During the 66th day onward, sustainment support will be provided under the Prime Vendor Program using the Ordering Facility's 30 day usage data. Within the first 35 days of the buildup, the Services (i.e., Army, Air Force, Navy, Marines) must update their usage data at the individual ordering facilities to reflect their escalated requirements for the sustainment period, beginning on day 66.

MED/SURG surge support will provide commercially available items through the prime vendor regional contracts. The following existing features in the Statement of Work (SOW) are expected to assist in meeting surge requirements:

1. Product Substitution
2. Drop Shipments
3. Extended Delivery Orders

No provision for a separately priced distribution fee will be made in the solicitation and award.

Please refer to Factor 5, Surge Readiness and Sustainment, in Sections L and M of this solicitation.

END OF CLAUSE

**Page 28 delete the following clauses in their entirety:**

| | |
|---|---|
| 52.212-13 | STOP WORK ORDER (AUG 1989) |
| 52.212-15 | GOVERNMENT DELAY OF WORK (APR 1984) |
| 52.246-2 | INSPECTION OF SUPPLIES - FIXED PRICE (JULY 1985) |
| 52.246-16 | RESPONSIBILITY FOR SUPPLIES (APR 1984) |
| 52.247-34 | F.O.B. DESTINATION (JAN 1991) |

Page 29: Delete clause 52.246-9P02 - SUPPLIER RESPONSIBILITY FOR TESTING OF MATERIALS AND COMPONENTS (JAN 1992) DPSC.

Page 30: Incorporate clause 52.212-10 - DELIVERY OF EXCESS QUANTITIES (SEP 1989) and clause 52.247-54 - DIVERSION OF SHIPMENT UNDER F.O.B. DESTINATION CONTRACTS (MAR 1989).

The following SECTION H is hereby incorporated by this amendment:

DOD has established a DOD wide EC/EDI program that is in the process of developing and implementing a standard EC/EDI architecture. Part of this infrastructure is Network Entry Points (NEPs) that will be used as "single-face-to-industry" points for receiving and transmitting all EDI transactions between all of DOD and its trading partners. To this end, all distributors will have to be compliance tested with the standard infrastructure in order to receive from or send transaction to DOD.

NOTE: These NEPs are still under discussion and no milestones or target implementation date has been established.

Page 32: Delete paragraphs (b) (1) (2) (3) and (4) and (c) of the clause titled USE OF ELECTRONIC DATA INTERCHANGE (EDI) in their entirety.

Page 34: Delete paragraph (c) (1) in its entirety and insert the following:

(1) The contracting officer shall give notice to the contractor of any breach of warranties in paragraph (b) (1) of this clause within 13 months from receipt of supplies at a destination or, in the case of supplies required to bear an expiration date, no later than one month following the expiration date indicated in the labeling thereof.

(2) Within a reasonable time after the notice, the contracting officer may exercise one or more of the following options; and also, following the exercise of any option, may unilaterally change it to one or more other options set forth below:

(i) Require, by written notice, the prompt correction or replacement of any supplies or parts thereof (including preservation, packaging, packing, and marking) that do not conform with the requirements of this contract within the meaning of paragraph (b)(1) of this clause; or

Page 34 paragraph (c)(1) (Continued):

(ii) Retain such supplies and reduce the contract price by an amount equitable under the circumstances, and the contractor shall promptly make appropriate repayment; or

Page 35: The last paragraph should be (iii). In between paragraphs (i) and (iii) insert the following:

(ii) Return or hold the nonconforming supplies for contractor's account, or require the return of the nonconforming supplies and then hold the contractor's account, whereupon the contractor shall repay the contract price therefore. In such event, the Government may reprocure similar supplies upon such terms and in such manner as the contracting officer may deem appropriate, and charge to the contractor the additional cost occasioned the Government thereby.

Page 38: Delete clause 52.210-7 - USED OR RECONDITIONED MATERIAL, RESIDUAL INVENTORY, AND FORMER GOVERNMENT SURPLUS PROPERTY (APR 1984).

Page 39: Delete clause 52.222-29 - NOTIFICATION OF VISA DENIAL (APR 1984) and clause 52.229-6 - TAXES--FOREIGN FIXED-PRICE CONTRACTS (JAN 1991).

Page 40: Incorporate clause 52.253-1 - COMPUTER GENERATED FORMS (JAN 1991).

Page 41: Clause 52.232-23 Delete the words "ALTERNATE I (APR 1984)" from the clause title.

Page 42: Delete clause 52.215-26 - INTEGRITY OF UNIT PRICES (APR 1991) ALTERNATE I (APR 1991) and incorporate clause 52.215-26 - INTEGRITY OF UNIT PRICES (APR 1991).

Page 43: Delete clause 252.203-7003 - PROHIBITION AGAINST RETALIATORY PERSONNEL ACTIONS (APR 1992).

Page 44: Incorporate clause 252.225-7014 - PREFERENCE FOR DOMESTIC SPECIALTY METALS (DEC 1991) and clause 252.233-7000 - CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF (MAY 1994).

Page 47 is hereby deleted in its entirety and replaced by the following:

**[X] 52.217-9P10 OPTION FOR REQUIREMENTS CONTRACT TERM EXTENSION (PRIME VENDOR)**

(a) Acceptance of the option clauses contained herein is mandatory. Failure to indicate acceptance of the option by annotating the offeror's distribution fee in the schedule or elsewhere in the solicitation will be deemed non-acceptance of the option and will result in rejection of the offeror's entire proposal.

(b) Offerors may offer options at distribution fees which differ from the distribution fee for the base ordering period.

(c) The contracting officer may extend the term of this contract by written notice to the contractor within the time specified in the Schedule provided that the contracting officer shall give the contractor a preliminary written notice of intent to extend at least 30 days before expiration of the contract. The preliminary notice does not commit the Government to an extension.

(d) Performance under the option period shall continue at the same performance level specified for the basic contract.

(e) The option to extend the term of the contract shall be exercised not later than three days before the expiration date of the contract.

(f) The option is deemed exercised when mailed or otherwise furnished to the contractor.

(g) If the contracting officer exercises this option, the extended contract shall be considered to include this option clause.

(h) The total duration of any options exercised under this clause shall not exceed 4 year(s).

(i) The following provisions apply only to negotiated acquisitions:

(1) If an option has been priced under this solicitation and is to be exercised at time of award of the basic contract, the submission of certified cost and pricing data may be required prior to award where the combined dollar value of the basic contract and option exceeds $500,000, unless an exemption thereto is appropriate in accordance with FAR 15.804-3.

(2) Prior to the award of any contract which will contain one or more priced options totalling $500,000 or more, the submission of certified cost or pricing data covering the basic contract and the option(s) may be required regardless of when the option(s) may be exercised, unless an exemption thereto is appropriate in accordance with FAR 15.804-3.

[X] 52.217-9P10 OPTION FOR REQUIREMENTS CONTRACT TERM EXTENSION (PRIME VENDOR) (CONTINUED)

The $500,000 threshold shall revert to $100,000 after December 31, 1995; therefore, all subcontracts awarded after December 31, 1995, and/or changes or modifications made after December 31, 1995 shall be subject to the $100,000 threshold.

(END OF CLAUSE)

**Pages 51 and 52 are hereby deleted in their entirety.** No list of hazardous materials is required under this solicitation. Please refer to the SOW requirements regarding hazardous materials.

**Page 55 is hereby deleted in its entirety.**

**Page 56**: Clause 52.252-9P03 - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS (JAN 1992) DPSC - Revise to read as follows:

THIS SOLICITATION CONSISTS OF THE FOLLOWING:

[X] 1. ALL PAGES AND ATTACHMENTS

**Page 62 is hereby deleted in its entirety.**

**Page 64**: Clause 52.219-22 - SIC CODE AND SMALL BUSINESS SIZE STANDARD (JAN 1991) paragraph (b)(1) shall read: The small business size standard is 500 employees.

**Revise page 69 as follows:**

Delete the title "Section I - Technical Proposal and ATTACHMENT I" and replace with "Section L - Technical Proposal".

Add above paragraph 1 - PAST PERFORMANCE the following sentence: Please answer all questions in the same order as listed.

FACTOR 1 - PAST PERFORMANCE:

Question E - Add the following to the end of the paragraph: Please provide your fill-rate methodology for your commercial sector business including a sample of such calculations.

Question F - Add the following to the end of the paragraph: Please certify that you have not received any violation notices from the FDA, EPA, DEA and/or OSHA during the last three years. If you cannot so certify, please provide all corrective actions or disposition of these problems including any correspondence from the above mentioned agencies.

Question G - Delete the first sentence and replace with the following: Percentage-wise, how much of your CURRENT actual Prime Vendor products being distributed are MED/SURG products?

**Page 70 is hereby revised as follows:**

FACTOR 2 - PRODUCT AVAILABILITY:

Delete Question A in its entirety and replace with the following:
A. Describe how your firm proposes to handle Just-In-Time Orders (JITOs) and Extended Delivery Orders (EDOs) under your Prime Vendor EOE system. Describe the separate steps a buyer sitting at a computer terminal must take to place a JITO order and an EDO order. How will the buyer identify the differences between these two types of orders in your EOE system? How will the legacy systems, TAMMIS and MEDLOG, identify to your system that they want to process a JITO and EDO? The Statement of

Page 70 - FACTOR 2 - PRODUCT AVAILABILITY (CONTINUED):

Work allows for usage data items, as well as non-usage data items, to be placed as an EDO, how will your EOE system accommodate this requirement? Explain how you will provide a method for processing JITOs and EDOs that provides the ordering facilities with a system that meets the following four requirements listed in Section M of the solicitation:

1. is easy to use;
2. gets them the required delivery;
3. minimizes manual intervention on the part of the ordering facility;
4. allows for invoicing through the prime vendor system.

Sales must be captured, and all orders placed, through the Prime Vendor Program.

Question F - Delete Attachment I and replace with Attachment III.

Delete Question H in its entirety and replace with the following:
H. For emergency shipments in excess of two for each facility, please describe what additional cost components, if any, will be charged, e.g., transportation and handling cost, inbound and outbound freight costs, etc.. Request you identify all cost components at this time.

Page 71 is hereby revised as follows:

FACTOR 3 - ELECTRONIC ORDER ENTRY (EOE) SYSTEMS AND ELECTRONIC DATA INTERCHANGE (EDI) CAPABILITY:

Add the following to Question G: Indicate below whether or not your firm can comply with this requirement: (check one)

________ Yes, my firm can comply

________ No, my firm cannot comply

Question I third sentence should read: Indicate which type (or both) of search capability presently exists in your electronic catalog your firm is offering. (Check all that apply)

_____ Search by generic product name (as a single search criteria*)

_____ Search by manufacturer part number (as a single search criteria*)

_____ Neither one of the above search capabilities exist in my electronic catalog.

The remainder of Question I remains as stated in amendment 0008.

**Page 72 is hereby revised as follows:**

FACTOR 3 - ELECTRONIC ORDER ENTRY (EOE) SYSTEMS AND ELECTRONIC DATA INTERCHANGE (EDI) CAPABILITY (CONTINUED):

Add to Question O: Answer on the lines below:

PC Hardware:________________________________

RAM Memory Required:__________________________

Hard Disk Space Required:_______________________

What type of Software is Required:________________

Question P: Delete the first sentence and replace with the following: Does your firm have any experience transmitting/receiving ANSI X12 810, 850, 855, and 832 transactions sets?

FACTOR 4 - CUSTOMER SUPPORT:

Delete Question A in its entirety and replace with the following:
A. The Statement of Work requires recall notifications to all ordering facilities, DPSC and additional activities within a specific timeframe. Describe how you will meet the solicitation requirements for recalls. Please indicate the timeframe and method (i.e. telephone, fax, in-person visit) you will use to notify all the required activities of recalls.

Delete Question B in its entirety and replace with the following:
B. Will you comply with the packing slip requirements as stated on page 26, paragraph E, of Amendment 0008, that you intend to supply with your shipment? (Check One)

_______ Yes _______ No

Delete Question C in its entirety and replace with the following:
C. Please state method you will use to notify ordering offices of the following:

1. Manufacturers' backorders.
2. Time of initial manufacturers' backorder situations.
3. Estimated date manufacturers' backorder situations will end.
4. Actual date manufacturers' backorder situations end.

**Page 73 is hereby revised as follows:**

FACTOR 4 - CUSTOMER SUPPORT:

Delete Question G in its entirety and replace with the following:
G. Describe your proposed report packages that will be furnished to the individual ordering offices and to DPSC.

Page 73 - FACTOR 4 - CUSTOMER SUPPORT (CONTINUED):

After Question G, add Question H as follows: H. Please submit a plan that ensures your firm will service, support and visit ordering facilities that are not physically located close to your sales representatives or distribution centers, or are not doing a large dollar volume of sales.

FACTOR 5 - SURGE READINESS AND SUSTAINMENT:

Delete sentence as written and replace with the following: Describe how your firm may meet the surge requirements of this solicitation.

FACTOR 6 - SOCIOECONOMIC CONSIDERATIONS:

Revise sentence 3 of paragraph 1 to read as follows: Any firm who has not done so, should complete and submit the chart shown below Factor 6 in this amendment.

Revise sentence 2 of paragraph 2 to read as follows: (A guide for completion is attached to this amendment.)

The following is hereby incorporated into subject solicitation, Section L, via this amendment:

MY FIRM COMPLIES WITH ALL ASPECTS OF THE STATEMENT OF WORK EXCEPT FOR THE FOLLOWING: (If you take no exceptions, indicate "none".)

MY FIRM EXCEEDS THE STATEMENT OF WORK BY OFFERING THE FOLLOWING: (Briefly detail premium features of your proposal that your firm is contractually willing to commit to.)