Page 77: Delete the heading ATTACHMENT II.

Page 78: Delete clause 252.219-7009, CERTIFICATE OF COMPETENCY (APR 1993) DFARS.

Page 79:

Incorporate clause 52.209-7 - ORGANIZATIONAL CONFLICTS OF INTEREST MARKETING CONSULTANTS (NOV 1991) (APPLICABLE IF THE CONTRACT AMOUNT IS EXPECTED TO EXCEED $200,000)

Delete clause 52.215-16 - CONTRACT AWARD (JUL 1990) ALTERNATE II (NOV 1992) and incorporate clause 52.215-16 - CONTRACT AWARD (JUL 1990) ALTERNATE III (AUG 1991)

Page 82: Delete the words "See next page" and replace with See Section M (Pages 83 through 87 of Amendment 0008).

Page 83: Factor 1 - Past Performance, delete the fourth sentence of the paragraph and insert the following: The offeror's past performance in the pharmaceutical and/or medical surgical prime vendor program will be evaluated.

Page 84:

Factor 1 - Past Performance: Delete Question G in its entirety and replace with the following: G. The Prime Vendor must have adequate experience as both an actual JITO/EDO and Stockless Prime Vendor, distributing MED/SURG products, to ensure they are capable of handling the variety of challenges that will arise in establishing this type of purchasing/distribution system for our ordering facilities.

Factor 2 - Product Availability: After letter E add letter F as follows: F. The Prime Vendor will calculate separate fill rates for JITOs and EDOs.

Page 85: Factor 3 - Electronic Order Entry Systems (EOE) and Electronic Data Interchange (EDI) Capability: Add the following sentence to letter B: It can provide the 810 invoice at time of award.

Page 86 is hereby revised as follows:

Factor 3 - Electronic Order Entry Systems (EOE) and Electronic Data Interchange (EDI) Capability:

Delete letter O in its entirety and replace with the following: O. The Prime Vendor's minimum PC hardware and software configuration is reasonable.

Factor 4 - Customer Support:

Letter B, after "The" delete "sample". Letter B will now read: The packing list meets all requirements of the Statement of Work.

Delete letter F in its entirety and replace with the following:
F. The Prime Vendor has proposed an acceptable report package.

After letter F add letter G as follows: G. The Prime Vendor has an adequate ratio of assigned sales representative per ordering facility. The roles and responsibilities of their sales representatives appear reasonable.

After letter G add letter H as follows: H. The Prime Vendor has an adequate ratio of assigned sales representatives per ordering facility. The roles and responsibilities of their sales representatives appear reasonable.

Pages 90 through 96 are hereby deleted in their entirety and replaced with the attached pages 40 through 47 of this amendment.

**Amendment 0009 is hereby revised as follows:**

**Page 2:**

Paragraph 2, last sentence: Delete the last sentence and replace with the following: "The Prime Vendor must implement the revised DAPA prices within 7 days of the DAPA update file being made available."

Paragraph 4 is deleted in its entirety.

**Delete pages 3 and 4 and replace with the following:**

SECTION L

[X] 52.215-9P10 OPERATIONAL CAPABILITY DEMONSTRATION (JAN 1992) DPSC

(a) This provision provides guidelines and instructions for offeror preparation and execution of the operational capability demonstration to be conducted as part of the proposal evaluation/selection process.

ANY OFFEROR(S) MAY BE REQUIRED TO PERFORM AN OPERATIONAL CAPABILITY DEMONSTRATION.

Offerors may be required to perform this functional demonstration at anytime. Although this is not a timed benchmark test, the demonstration should be conducted within the time allotted.

(b) The goals of the operational capability demonstration are:

(1) Representativeness: This demonstration represents only a part of the overall evaluation process.

(2) Functional Capability: This demonstration is intended to exercise the required function(s) to determine if the operational capability required is actually being provided.

(c) The test criteria are:

Offeror's electronic order entry system, on-line price and product catalog, electronic order confirmation, and optional electronic features listed in the offeror's technical proposal will be tested. Testing will be utilized to verify that the offeror's electronic system meets its technical proposal and the Statement of Work. Failure to meet all of the elements of the Statement of Work will result in the rejection of the offer.

(d) The offeror must satisfactorily demonstrate the functional operation of the item to receive further consideration under the terms of the solicitation. The item demonstrated must meet the test criteria specified in para (c) above. The offeror will demonstrate all features of the item to include any evaluated option features that are being offered.

SECTION L

[X] 52.215-9P10 OPERATIONAL CAPABILITY DEMONSTRATION (JAN 1992) DPSC (CONTINUED)

(e) Offerors who withdraw are requested to advise the Government in writing. Withdrawal from the operational capability demonstration may constitute withdrawal from any further consideration in this acquisition.

(f) The Government will not reimburse the offeror for time, effort or any other expense incurred for the preparation and conduct of the demonstration.

(g) The demonstration should be conducted at the Defense Personnel Support Center in Philadelphia, if required. Participation should be limited to essential, key personnel directly involved in the demonstration. The operational capability demonstration shall be conducted by the offeror within 3 days after notification by the contracting officer. Time and date of the demonstration shall be mutually agreed upon by the offeror and the contracting officer. The Government will schedule operational capability demonstrations with regard to the effective use of the Government personnel, and if possible, on the date requested by the offeror. The Government may, at its option, waive the operational capability demonstration for any prior prime vendor contractor currently using an approved entry-order system as required by the Statement of Work and Section L of the solicitation.

(h) Inquiries concerning the demonstration must be submitted in writing to the contracting officer.

(i) Instructions for performing the Demonstration:

(1) The evaluation team will arrive at the Defense Personnel Support Center at a time agreeable to the offeror and the Government and established in writing through the Contracting Officer.

(2) The offeror will brief the team prior to the initiation of the demonstration. The offeror will use the briefing period to explain to the evaluation team how the demonstration will be conducted and to answer questions concerning the demonstration.

(3) Errors due to operators or equipment must be documented if they occur. All errors, malfunctions, or other problems will be discussed with the evaluation team member-in-charge.

(4) The demonstration is allotted 1 day.

(END OF CLAUSE)

The attached clauses and overprints are hereby incorporated:

Overprint - LP-K-24, MAR 94 - Clause 52.204-9P04 CERTIFICATION REGARDING A PREVIOUSLY EXECUTED ELECTRONIC DATA INTERCHANGE (EDI) TRADING PARTNER AGREEMENT (TPA) (MAR 1994) DPSC

Overprint - LP-L-9, FEB 92 - Clauses 52.214-9000 POSTPONEMENT OF OPENING OF OFFERS (OCT 1982) DLAR and 52.214-9P02 TIMELINESS AND PLACE OF RECEIPT OF OFFERS/MODIFICATIONS/WITHDRAWALS (JAN 1992) DPSC

Overprint - LP-L-13, MAR 94 - Clause 52.204-9P03 REQUIREMENT FOR CERTIFICATION OF A PREVIOUSLY EXECUTED ELECTRONIC DATA INTERCHANGE (EDI) TRADING PARTNER AGREEMENT (TPA) (MAR 1994) DPSC

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587/0012 PAGE 31 OF 47

[X] 52.204-9P04 CERTIFICATION REGARDING A PREVIOUSLY EXECUTED ELECTRONIC DATA INTERCHANGE (EDI) TRADING PARTNER AGREEMENT (TPA) (MAR 1994) DPSC

The Offeror certifies that--

(a) It intends to use a previously executed EDI TPA in the performance of any resultant contract.

(b) Such EDI TPA--

(1) is between the Defense Personnel Support Center, Directorate of ______________________ and ________ ________________________________________________________________;

(2) is dated ____________; and

(3) includes the following modification(s) (if "none", so state):

| Modification Number | Date |
|---|---|
| ______________ | ________ |
| ______________ | ________ |
| ______________ | ________ |

[X] 52.214-9000 POSTPONEMENT OF OPENING OF OFFERS (OCT 1982) DLAR

If the opening of offers is postponed because emergency or unanticipated events (such as, but not limited to, flood, fire, accident, weather condition or strikes) result in closing the designated site for opening offers, so that the conduct of openings as scheduled is impracticable, offers or modifications or withdrawal of offers received prior to the time of actual opening will be considered as timely. Offers or modifications or withdrawal of offers received after the time of actual opening of offers, when opening of offers was postponed as provided above, will not be considered except as provided in FAR 52.214-7 or FAR 52.215-10, as applicable.

[X] 52.214-9P02 TIMELINESS AND PLACE OF RECEIPT OF OFFERS/MODIFICATIONS/ WITHDRAWALS (JAN 1992) DPSC

(a) Mailed [includes registered, certified, and U.S. Postal Service Express Mail Next Day Service-Post Office to Addressee] offers/modifications/withdrawals shall be addressed and marked as specified in FAR 52.214-5, Submission of Bids, for sealed bid acquisitions or 52.215-9, Submission of Offers, for negotiated acquisitions and shall be considered only when received at the place specified in Block 7 of DPSC Form 33 prior to the scheduled opening/closing time unless:

(1) the conditions in FAR 52.214-7 or FAR 52.215-10 are met; or

(2) there has been mishandling by the Government as defined in paragraph (e) below.

(b) Telegraphic [includes mailgrams] offers (if authorized by the solicitation), and telegraphic modifications/withdrawals shall be addressed and marked as specified in FAR 52.214-5, Submission of Bids, for sealed bid acquisitions or 52.215-9, Submission of Offers, for negotiated acquisitions and shall be considered only when received at the place specified in Block 7 of DPSC Form 33 prior to the scheduled opening/closing time unless:

(1) the conditions in FAR 52.214-7 or FAR 52.215-10 are met; or

(2) there has been mishandling by the Government as defined in paragraph (e) below.

(c) Facsimile offers/modifications/withdrawals shall be addressed and marked as specified in FAR 52.214-5, Submission of Bids, for sealed bid acquisitions or 52.215-9, Submission of Offers, for negotiated acquisitions and shall be considered only when authorized by the solicitation and when received at the place specified in Block 7 of DPSC Form 33 prior to the scheduled opening/closing time unless:

(1) the conditions in FAR 52.214-7 or FAR 52.215-10 are met; or

(2) there has been mishandling by the Government as defined in paragraph (e) below.

(d) Handcarried [includes commercial carrier service] offers/modifications/withdrawals shall be addressed and marked as specified in FAR 52.214-5, Submission of Bids, for sealed bid acquisitions or 52.215-9, Submission of Offers, for negotiated acquisitions and shall be considered only when placed in the depository specified in Block 7 of DPSC Form 33 prior to the scheduled opening/closing time. All handcarried offers are to be delivered between 7:00 a.m. and 3:30 p.m. Monday through Friday except for legal federal holidays as set forth in 5 USC 6103. Offerors that respond to this solicitation using a commercial carrier service must ensure that the commercial carrier service "handcarries" the offer/modification/withdrawal to the depository specified in Block 7 of DPSC Form 33 prior to the scheduled opening/closing time. Commercial carrier delivered offers/modifications/withdrawals must be plainly marked ON THE OUTSIDE OF THE COMMERCIAL CARRIER'S ENVELOPE with the solicitation number, date, and time set forth for receipt of offers.

(e) Government mishandling of offers/modifications/withdrawals shall be conclusively presumed when the offer/modification/withdrawal is correctly addressed and marked, as specified in FAR 52.214-5, Submission of Bids, for sealed bid acquisitions or 52.215-9, Submission of Offers, for negotiated acquisitions, and:

(1) In the case of a mailed or mailgram offer/modification/withdrawal, it is received at the Government installation at least two hours prior to the scheduled opening time of sealed bids and three hours prior to the scheduled closing time of negotiated proposals.

(2) In the case of a telegraphic or facsimile offer/modification/withdrawal, it is received in its entirety on the Government installation's Telex, TWX, or facsimile machine at least 60 minutes prior to the scheduled opening/closing time.

[ ] 52.232-9P07 AVAILABILITY OF FUNDING ON DEFENSE BUSINESS OPERATING FUND (DBOF) ACQUISITIONS (JAN 1992) DPSC

Offerors are cautioned that this acquisition currently has not been funded for contract award, or if funds are currently available, they may be reallocated prior to award due to budgetary constraints. Although a requirement exists, award need not be made unless and until funding is available.

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587/0012 PAGE 33 OF 47

[ ] 52.204-9P02 INFORMATION RELATING TO ELECTRONIC DATA INTERCHANGE (EDI) (MAR 1994) DPSC

(a) Electronic Data Interchange (EDI) is most commonly defined as the electronic exchange of data contained in normal business transactions, between Trading Partners, using a public standard format.

(b) The Defense Personnel Support Center (DPSC) has implemented a system for EDI, using the Accredited Standards Committee (ASC) X12 and/or Uniform Communication Standard (UCS) Standards, as applicable, that will electronically transmit contracts and/or orders for the item(s) covered by this solicitation in addition to receiving invoices and transmitting payments electronically. Our goal is to utilize EDI to the maximum extent possible.

(c) EDI CAPABILITY IS NOT A REQUIREMENT FOR AWARD UNDER THIS SOLICITATION. Those offerors who can begin to use EDI should do so at this time. For those offerors who cannot, the mailing of hard copy documents will continue. This is being permitted since this is a transition period between the current methods and the full implementation of EDI technology and procedures. However, even though the current hard copy procedures will be permitted, it is the intent of the Government that eventually all transactions will be via EDI.

(d) When the offeror intends to use EDI in the transmission and/or receipt of business documents--

(1) The offeror shall enter into an EDI Trading Partner Agreement (TPA) with DPSC (see paragraph (e) below). The EDI TPA defines the responsibilities of the Trading Partners exchanging electronic transactions.

(2) The offeror shall be responsible for providing its own computer hardware and computer software necessary to transmit and receive data electronically under the framework of the EDI TPA.

(3) All terms and conditions which would otherwise be applicable to a paper document shall apply to the electronic document.

(e) An Electronic Data Interchange (EDI) Trading Partner Agreement (TPA) will be provided to the offeror by the contracting officer upon request.

[X] 52.204-9P03 REQUIREMENT FOR CERTIFICATION OF A PREVIOUSLY EXECUTED ELECTRONIC DATA INTERCHANGE (EDI) TRADING PARTNER AGREEMENT (TPA) (MAR 1994) DPSC

If the offeror intends to use a previously executed Electronic Data Interchange (EDI) Trading Partner Agreement (TPA) between the Defense Personnel Support Center and the offeror in the performance of any resultant contract, the offeror must complete the certification at 52.204-9P04 in Section K of this solicitation.

**ATTACHMENT #II**

**SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN GUIDE**

The following guide was developed as a checklist to be used by contractors in the preparation of a small business and small disadvantaged business subcontracting plan in accordance with the requirements of Public Law 95-507 and Section L, Volume II - Business Proposal requirements of this solicitation. The guide addresses six mandatory elements of a subcontracting plan as set forth in FAR Clause 52.219-9(d) and supplemental information required by Section 1207 of Public Law 99-661, Contract Goal for Minorities. It is intended as a tool to assist contractors in the development of an acceptable subcontracting plan and to facilitate the review by the Contracting Officer, the DPSC and Defense Contract Management Area Office (DCMAO) Small Business Specialists and the Small Business Administration Procurement Center Representative.

**ATTACHMENT #II**

**SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN GUIDE (Continued)**

**DATE:** 1989

**CONTRACTOR:** Regional Health Supply, Inc.

**ADDRESS:** 1220 East Corporate Drive
Arlington, Texas 76006

**FILL IN APPLICABLE SECTION:**

Company-wide or Division-wide Commercial Product Annual Plan

Company's or Division's Fiscal Year

From: February 1996
Month/Year

To: February 1997
Month/Year

Total Estimated FY Dollar Value: $ 4.5 Million Company-Wide

OR

Individual Contract Plan

Total Contract Dollar Value: $

**ATTACHMENT #II**

**SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN GUIDE (Continued)**

FAR Clause 52.219-9 - The offeror's subcontracting plan shall include, at a minimum, the following:

1. Goals, expressed in terms of percentages of total planned subcontracting dollars, for the use of small business concerns and small disadvantaged business as subcontractors. The offeror shall include all subcontracts that contribute to contract performance, and may include a proportionate share of products and services that are normally allocated as indirect costs.

2. The suggested format for percentage and dollar goal follows:

| | DOLLARS | PERCENT |
|---|---|---|
| Total to be subcontracted: | $ | 100% |
| a. To large business | $ | % |
| b. To small business | $ | % |
| 1. To non-disadvantaged | $ | % |
| 2. To disadvantaged | $ | % |

3. A description of the principal types of supplies and services to be subcontracted, and an identification of the types planned for subcontracting to small business concerns and small disadvantaged business concerns. (NOTE: Identify all supplies and services to be subcontracted. Further identify those supplies and services to be subcontracted to small business by one asterisk (*) and small disadvantaged business by two asterisks (**).

4. A description of the method used to develop the subcontracting goals in Item 2 above.

5. A description of the method used to identify potential sources for solicitation purposes (e.g., existing company sources lists, the Procurement Automated Source System (PASS) of the Small Business Administration, the National Minority Purchasing Council Vendor Information Service, the Research and Information Division of the Minority Business Development Agency in the Department of Commerce, or small and small disadvantaged business concerns trade associations.

6. A statement as to whether or not the offeror included indirect costs in establishing subcontracting goals, and a description of the method used to determine the proportionate share of indirect costs to be incurred with small business concerns and small disadvantaged business concerns.

ATTACHMENT #II

**SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN GUIDE (Continued)**

7. The name of the individual employed by the offeror who will administer the offeror's subcontracting program, and a description of the duties of the individual.

8. A description of the efforts the offeror will make to assure that small business concerns and small disadvantaged business concerns have an equitable opportunity to compete for subcontracts. (This element shall include, but shall not be limited to, the following:)

In order to effectively implement this plan to the extent consistent with efficient contract performance, the contractor shall perform the following functions:

a. Assist small business and small disadvantaged business concerns by arranging solicitations, time for the preparation of bids, quantities, specifications, and delivery schedules so as to facilitate the participation by such concerns. Where the contractor's list of the potential small business and small disadvantaged subcontractors are excessively long, reasonable effort shall be made to give all such small business concerns an opportunity to compete over a period of time.

b. Provide adequate and timely consideration of the potentialities of small business and small disadvantaged business concerns in all "make or buy" decisions.

c. Counsel and discuss subcontracting opportunities with representatives of small and disadvantaged business firms.

9. Assurances that the offeror (i) will include the clause in the contract entitled "Utilization of Small Business Concerns and Small Disadvantaged Business Concerns" in all subcontracts that offer further subcontracting opportunities, and (ii) will require all subcontractors (except small business concerns) who receive subcontracts in excess of $500,000.00 [$1,000,000.00 for construction of any public facility]), to adopt a plan similar to the plan agreed by the offeror.

10. Assurances that the offeror will (i) cooperate in any studies or surveys as may be requested; (ii) submit periodic reports in order to allow the Government to determine the extent of compliance by the offeror with the subcontracting plan; (iii) submit Standard Form (SF) 294, Subcontracting Report for Individual Contracts, and/or SF 295, Summary Subcontract Report, in accordance with the instructions on the forms, and (iv) ensure that its subcontractors agree to submit Standard Form 294 and 295.

ATTACHMENT #II

**SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN GUIDE (Continued)**

11. A recitation of the types of records the offeror will maintain to demonstrate procedures that have been adopted to comply with the requirements and goals in the plan, including establishing source lists; and a description of efforts to locate small and small disadvantaged business concerns and award subcontracts to them. The record shall include at least the following (on a plan-wide or company-wide basis, unless otherwise indicated):

a. Source lists, guides, and other data that identify small and small disadvantaged business concerns.

b. Organizations contacted in an attempt to locate sources that are small or small disadvantaged business concerns.

c. Records on each subcontract solicitation resulting in an award of more than $100,000.00, indicating (A) whether small business concerns were solicited and if not, why not; (B) whether small disadvantaged business concerns were solicited and if not, why not; and (C) if applicable, the reason award was not made to a small business or small disadvantaged business concern.

d. Records of any outreach efforts to contact (A) trade associations; (B) business development organizations; and (C) conferences and trade fairs to locate small and small disadvantaged business sources.

e. Records of internal guidance and encouragement provided to buyers through (A) workshops, seminars, training, etc. and (B) monitoring performances to evaluate compliance with the program's requirements.

f. On a contract-by-contract basis, records to support award data submitted by the offeror to the Government, including the name, address, and business size of each subcontractor. Contractors having company or division-wide annual plans need not comply with this requirement.

**ATTACHMENT #II**

**SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN GUIDE (Continued)**

12. SUPPLEMENTAL INFORMATION

Section 1207 of Public Law 991-661, Contract Goal for Minorities, supplements FAR Clause 52.219-9. Offerors are required to:

a. Identify efforts to provide technical assistance to SDB's.

b. Include a statement that Historically Black Colleges and Universities (HBCU's) and other Minority Institutions (MI's) will be considered when developing SDB goals, when applicable.

SIGNATURE:* ______________________________

**TYPED NAME:** ______________________________
DATE: __________
(EXECUTIVE OF COMPANY)

TITLE: ______________________________

COMPANY: ______________________________

Plan Accepted By: ______________________________
DATE: __________
(CONTRACTING OFFICER)

AGENCY: ______________________________

* The individual signing the plan shall be an Executive of the Company and not the designated Plan Administrator.

(End of Guide)

**ATTACHMENT #III**

**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINTS(S) | RECEIVING POINT(S) |
|---|---|
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER DEA REG NO. AB6296063** | |
| Brooke Army Medical Center<br>Material Branch, Logistics Div.<br>Building 2640<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Material Branch, Logistics Div.<br>Building 2640<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Main Hospital 3rd Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Main Hospital 3rd Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Burn Center Ward 14A<br>Main Hospital 4th Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Burn Center Ward 14A<br>Main Hospital 4th Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>OB/GYN Clinic<br>Building 1000<br>Room 187<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>OB/GYN Clinic<br>Building 1000<br>Room 187<br>Fort Sam Houston, TX 78234 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Central Materiel Section<br>Building 2376<br>Beach Pavilion Basement<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Central Materiel Section<br>Building 2376<br>Beach Pavilion Basement<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Building 2376<br>Beach Pavilion 2nd Floor<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Building 2376<br>Beach Pavilion 2nd Floor<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| W80KVY<br>147TH Medlog Battalion<br>Medical Supply Support Activity<br>Building 4217<br>Fort Sam Houston, TX 78234 | W80KVY<br>147TH Medlog Battalion<br>Medical Supply Support Activity<br>Building 4217<br>Fort Sam Houston, TX 78234 |
| **FORT HOOD DARNALL ARMY COMMUNITY HOSPITAL DEA REG NO. BD2247636** | |
| Darnall Army Community Hospital (4 Each)<br>Medical Supply Officer<br>Warehouse 92066<br>West Fort Hood, TX 76544-5063 | Darnall Army Community Hospital<br>Medical Supply Officer<br>Warehouse 92066<br>West Fort Hood, TX 76544-5063 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **FORT BLISS<br>WILLIAM BEAUMONT ARMY MEDICAL CENTER<br>DEA REG NO. AW5847681** | |
| Material Branch (2 Each)<br>William Beaumont Army Medical Center<br>Building 11156<br>Biggs Army Airfield<br>El Paso, TX 79918 | Material Branch (2 Each)<br>William Beaumont Army Medical Center<br>Building 11156<br>Biggs Army Airfield<br>El Paso, TX 79918 |
| **FORT BLISS<br>WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| WBAMC<br>Materiel Distribution Section<br>Building 7777<br>Room 1-67<br>El Paso, TX 79920 | WBAMC<br>Materiel Distribution Section<br>Building 7777<br>Room 1-67<br>El Paso, TX 79920 |
| **FORT BLISS<br>WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| WBAMC<br>Operating Room<br>Building 7777<br>Room 4-389<br>El Paso, TX 79920 | WBAMC<br>Operating Room<br>Building 7777<br>Room 4-389<br>El Paso, TX 79920 |
| **FORT BLISS<br>WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| Consolidated Troop Medical Clinic<br>Building 2496<br>Room T117<br>Ricker Road<br>Fort Bliss, TX 79916 | Consolidated Troop Medical Clinic<br>Building 2496<br>Room T117<br>Ricker Road<br>Fort Bliss, TX 79916 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **FORT BLISS WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| USA Health Clinic<br>Building 525<br>White Sands Missile Range,<br>New Mexico 88002-5509 | USA Health Clinic<br>Building 525<br>White Sands Missile Range,<br>New Mexico 88002-5509 |
| **FORT SILL REYNOLDS ARMY COMMUNITY HOSPITAL DEA REG NO. AU5233882** | |
| Medical Supply Warehouse<br>Building 4300<br>Thomas Street<br>Fort Sill, OK 73503-6300 | Medical Supply Warehouse<br>Building 4300<br>Thomas Street<br>Fort Sill, OK 73503-6300 |
| **FORT SILL REYNOLDS ARMY COMMUNITY HOSPITAL DEA REG NO. AU5233882** | |
| Central Materiel Supply<br>Building 4300<br>Room GE118<br>Thomas Street<br>Fort Sill, OK 73503-6300 | Central Materiel Supply<br>Building 4300<br>Room GE118<br>Thomas Street<br>Fort Sill, OK 73503-6300 |
| **NAVAL HOSPITAL CORPUS CHRISTI DEA REG NO. BN0235590** | |
| N00285<br>Commanding Officer<br>Materials Management Dept (029)<br>10651 E Street<br>Building H-100<br>Corpus Christi, TX 78419-5131 | N00285<br>Commanding Officer<br>Materials Management Dept (029)<br>10651 E Street<br>Building H-100<br>Corpus Christi, TX 78419-5131 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **NAVAL HOSPITAL CORPUS CHRISTI** | |
| N00285<br>Commanding Officer<br>Materials Management Dept (029)<br>10651 E. Street<br>Building H-100<br>Corpus Christi, TX 78419-5131 | N32645<br>Officer in Charge<br>Branch Medical Clinic<br>8100 Jefferson Avenue<br>Building 9<br>Naval Air Station<br>Dallas, TX 75211 |
| **NAVAL AIR STATION DALLAS, TX** | |
| Branch Medical Clinic<br>8100 Jefferson Avenue<br>Naval Air Station<br>Dallas, TX 75211 | Branch Medical Clinic<br>8100 Jefferson Avenue<br>Naval Air Station<br>Dallas, TX 75211 |
| **US PUBLIC HEATH SERVICE (USPHS)** | |
| USPHS/Indian Health Service<br>Regional Supply Service Center<br>1005 N. Country Club Road<br>Ada, OK 74820 | USPHS/Indian Health Service<br>Regional Supply Service Center<br>1005 N. Country Club Road<br>Ada, OK 74820 |
| **U.S. AIR FORCE CLINIC BROOKS AFB DEA REG NO. RB0117083** | |
| 70TH Logistics Squadron/LGB<br>8006 Chennault Road<br>Suite 1<br>Brooks AFB, TX 78235 | 70TH Logistics Squadron/LGB<br>8006 Chennault Road<br>Suite 1<br>Brooks AFB, TX 78235 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

**ATTACHMENT #III**
**ORDERING FACILTIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **U.S. AIR FORCE CLINIC** **KELLY AFB** DEA REG NO. BU3128596 | |
| 76 Medical Group/SGSL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB, TX 78241-5846 | 76 Medical Group/SGSL<br>204 Wagner Drive Bldg 1730<br>Back Warehouse Door<br>Kelly AFB, TX 78241-5846 |
| **U.S. AIR FORCE CLINIC** **RANDOLPH AFB** DEA REG NO. AR6241501 | |
| Medical Supply Officer<br>221 3rd St West<br>Building 1040<br>Randolph AFB, TX 78150 | Medical Supply Officer<br>221 3rd St West<br>Building 1040<br>Randolph AFB, TX 78150 |
| **U.S. AIR FORCE HOSPITAL** **LAUGHLIN AFB** DEA REG NO. AU6749153 | |
| FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 | FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 |
| **U.S. AIR FORCE HOSPITAL** **SHEPPARD AFB** | |
| 82nd Medical Group/SGAL<br>149 Hart St<br>Building 1200, Suite 7<br>Sheppard AFB, TX 76311-3484 | 82nd Medical Group/SGAL<br>149 Hart St<br>Building 1200, Suite 7<br>Sheppard AFB, TX 76311-3484 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **U.S. AIR FORCE HOSPITAL<br>ALTUS AFB<br>DEA REG NO. AU5589847** | |
| 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 | 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 |
| **U.S. AIR FORCE HOSPITAL<br>TINKER AFB<br>DEA REG NO. AM5948041** | |
| 72d Medical Support Squadron/SGSL<br>5700 Arnold Drive<br>Building 5801<br>Tinker AFB, OK 73145-8102 | 72d Medical Support Squadron/SGSL<br>5700 Arnold Drive<br>Building 5801<br>Tinker AFB, OK 73145-8102 |
| **U.S. AIR FORCE HOSPITAL<br>REESE AFB<br>DEA REG NO. BM0465799** | |
| 64th Medical Group/SGSLM<br>250 13th St.<br>Building 1300<br>Reese AFB, TX 79489-5008 | 64th Medical Group/SGSLM<br>250 13th St.<br>Building 1300<br>Reese AFB, TX 79489-5008 |
| **U.S. AIR FORCE HOSPITAL<br>DYESS AFB<br>DEA REG NO. AU5209540** | |
| 7th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 | 7th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **U.S. AIR FORCE CLINIC — GOODFELLOW AFB — DEA REG NO. AU6006995** | |
| FM3030<br>17th Med Support Squadron/SGL<br>271 Fort Richardson Ave<br>Building 1001<br>Goodfellow AFB, TX 76908-4902 | FM3030<br>17th Med Support Squadron/SGL<br>271 Fort Richardson Ave<br>Building 1001<br>Goodfellow AFB, TX 76908-4902 |
| **U.S. AIR FORCE HOSPITAL — HOLLOMAN AFB — DEA REG NO. AC4868165** | |
| 49th Medical Group/SGL<br>Medical Logistics<br>280 First Street<br>Building 14<br>Holloman AFB, NM 88330-5300 | 49th Medical Group/SGL<br>Medical Logistics<br>280 First Street<br>Building 14<br>Holloman AFB, NM 88330-5300 |
| **U.S. AIR FORCE HOSPITAL — CANNON AFB — DEA REG NO. AU6683397** | |
| FM4855<br>27th Medical Group/MGAL<br>208 West Casablanca<br>Cannon AFB, NM 88103 | FM4855<br>27th Medical Group/MGAL<br>208 West Casablanca<br>Cannon AFB, NM 88103 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.