# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00005 | 06/18/97 | N/A | |

| 6. ISSUED BY CODE SP0200 | 7. ADMINISTERED BY *(If other than Item 6)* CODE SP0200 |
|---|---|
| DEFENSE PERSONNEL SUPPORT CENTER<br>2800 SOUTH 20TH STREET<br>PHILADELPHIA, PA 19145-5099<br>CONTRACT SPECIALIST: N. MARTIN<br>PHONE: 215-737-8422 | SAME AS BLOCK 6 |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | |
|---|---|---|
| UNITED MEDICAL SUPPLY,<br>5117 NORTHEAST PARKWAY<br>FORT WORTH, TX 76106 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED *(SEE ITEM 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>SP0200-97-D-7133 |
| CODE 5T804 FACILITY CODE | | 10B. DATED *(SEE ITEM 13)*<br>01/30/97 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

1. Reference: Clause 52.233-1 DISPUTES (MAR 1994)

   The attached Alternative Dispute Resolution Policy Statement is hereby incorporated into the above referenced contract.

2. All other terms and conditions of the contract remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| | | L. FLATLEY | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | BY L. Flatley<br>*(Signature of Contracting Officer)* | 6/18/97 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Contract Number: SP0200-97-D-7133

## Use of Alternative Dispute Resolution to Resolve Preaward and Postaward Disputes

This Policy Statement reinforces DPSC's commitment to make maximum use of Alternative Dispute Resolution (ADR) in resolving preaward and postaward protests/ disputes when unassisted negotiations are unsuccessful. ADR refers to a variety of dispute resolution techniques, many of which involve the use of a neutral third party, that serve as alternates to litigation. Examples of ADR techniques include mediation and neutral fact finding. These techniques are typically cheaper and faster than litigation. They serve to maintain long-term working relationships between the parties, and are less disruptive to procurement cycles, contracts, and the parties themselves.

FAR 33.214 permits contracting officers to use ADR procedures to settle any contractual issue within their jurisdiction. ADR is purely voluntary and may be used at any stage of a contract dispute. Once the parties elect to use ADR, it can be an effective tool for dispute resolution.

Parties are encouraged to seek resolution of protests within the agency. Where appropriate, DPSC encourages the use of ADR techniques to resolve protests to the agency, including protests to the contracting officer, in accordance with FAR 33.103.

Questions concerning ADR options may be addressed to the contracting officer or to Mr. Thomas Dougherty, DPSC's ADR Specialist for Contracting, located in the Office of Counsel.