Mar-23-00 01:12P United Medical Supply 817-6 -9721 P.02
MAR-23-2000 15:14 SMALL BUSINESS OFFICE 215 737 7116 P.02

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE
PAGE OF PAGES 1 | 9

2. AMENDMENT/MODIFICATION NO. P00020
3. EFFECTIVE DATE 3/22/00
4. REQUISITION/PURCHASE REQ. NO.
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE SP0200
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PA 19111
ATTN: D. KENNEDY/DSCP-MSAA/215-737-7075

7. ADMINISTERED BY (If other than item 6) CODE SP0200
SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, country, State and ZIP Code)
UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-97-D-7133
10B. DATED (SEE ITEM 13) JANUARY 30, 1997

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
AGREEMENT OF THE PARTIES

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

1. The amount of $3,166.03 represents a lump sum payment for interest due to late payments for the call numbers listed on pages 2 through 9 of this modification.

2. All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Wm. P. Bandy, President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
DONNA M. KENNEDY
CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR [signature]
(Signature of person authorized to sign)
15C. DATE SIGNED 3-22-00

16B. UNITED STATES OF AMERICA BY [signature]
(Signature of Contracting Officer)
16C. DATE SIGNED 3/22/00

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DSCP-UMS-2567

Unitint

| awddt | expdt | intday | val(expval)/100 | intdue | piin |
|---|---|---|---|---|---|
| 99128 | 99214 | 76 | 873.35 | 9.09 | SP020097D7133AH67 |
| 99135 | 99214 | 69 | 1064.75 | 10.06 | SP020097D7133AL52 |
| 99138 | 99215 | 67 | 1670.46 | 15.33 | SP020097D7133AL55 |
| 99138 | 99214 | 66 | 3096.14 | 27.99 | SP020097D7133AL56 |
| 99141 | 99218 | 67 | 241.66 | 2.22 | SP020097D7133AL59 |
| 99141 | 99214 | 63 | 39.13 | 0.34 | SP020097D7133AL60 |
| 99144 | 99214 | 60 | 1754.24 | 14.42 | SP020097D7133AL61 |
| 99142 | 99214 | 62 | 1542.73 | 13.10 | SP020097D7133AL62 |
| 99144 | 99214 | 60 | 327.32 | 2.69 | SP020097D7133AL63 |
| 99145 | 99214 | 59 | 2198.48 | 17.77 | SP020097D7133AL64 |
| 99149 | 99214 | 55 | 894.21 | 6.74 | SP020097D7133AL68 |
| 99149 | 99214 | 55 | 2011.24 | 15.15 | SP020097D7133AL69 |
| 99151 | 99214 | 53 | 313.01 | 2.27 | SP020097D7133AL70 |
| 99151 | 99215 | 54 | 5946.33 | 43.99 | SP020097D7133AL71 |
| 99151 | 99214 | 53 | 464.21 | 3.37 | SP020097D7133AL72 |
| 99151 | 99214 | 53 | 1815.92 | 13.18 | SP020097D7133AL73 |
| 99151 | 99214 | 53 | 399.82 | 2.90 | SP020097D7133AL74 |
| 99151 | 99214 | 53 | 80.04 | 0.58 | SP020097D7133AL75 |
| 99151 | 99214 | 53 | 853.53 | 6.20 | SP020097D7133AL76 |
| 99180 | 99224 | 34 | 217.69 | 1.01 | SP020097D7133AM08 |
| 99180 | 99250 | 60 | 78.63 | 0.65 | SP020097D7133AM09 |
| 99180 | 99250 | 60 | 3739.42 | 30.73 | SP020097D7133AM10 |
| 99180 | 99250 | 60 | 239.00 | 1.96 | SP020097D7133AM11 |
| 99180 | 99250 | 60 | 3494.19 | 28.72 | SP020097D7133AM12 |
| 99180 | 99267 | 77 | 21.06 | 0.22 | SP020097D7133AM13 |
| 99180 | 99267 | 77 | 1045.73 | 11.03 | SP020097D7133AM14 |
| 99151 | 99214 | 53 | 51.05 | 0.37 | SP020097D7133C306 |
| 99138 | 99214 | 66 | 397.84 | 3.60 | SP020097D7133C308 |
| 99147 | 99214 | 57 | 63.81 | 0.50 | SP020097D7133C313 |
| 99147 | 99214 | 57 | 12.24 | 0.10 | SP020097D7133C314 |
| 99175 | 99250 | 65 | 1178.16 | 10.49 | SP020097D7133C327 |
| 99179 | 99267 | 78 | 271.54 | 2.90 | SP020097D7133C328 |
| 99151 | 99214 | 53 | 1221.55 | 8.87 | SP020097D7133CS60 |
| 99138 | 99214 | 66 | 332.05 | 3.00 | SP020097D7133CV98 |
| 99138 | 99214 | 66 | 314.99 | 2.85 | SP020097D7133CW02 |
| 99138 | 99214 | 66 | 724.51 | 6.55 | SP020097D7133CW03 |
| 99138 | 99214 | 66 | 8.87 | 0.08 | SP020097D7133CW04 |
| 99138 | 99214 | 66 | 680.34 | 6.15 | SP020097D7133CW05 |
| 99138 | 99214 | 66 | 343.16 | 3.10 | SP020097D7133CW06 |
| 99138 | 99214 | 66 | 45.88 | 0.41 | SP020097D7133CW07 |
| 99138 | 99214 | 66 | 1330.30 | 12.03 | SP020097D7133CW08 |
| 99138 | 99214 | 66 | 400.13 | 3.62 | SP020097D7133CW09 |
| 99138 | 99214 | 66 | 56.85 | 0.51 | SP020097D7133CW10 |
| 99138 | 99214 | 66 | 1665.37 | 15.06 | SP020097D7133CW11 |
| 99138 | 99214 | 66 | 232.45 | 2.10 | SP020097D7133CW12 |
| 99138 | 99214 | 66 | 1337.72 | 12.09 | SP020097D7133CW13 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Unitint | | |
| 99138 | 99214 | 66 | 4.86 | 0.04 | SP020097D7133CW14 |
| 99138 | 99214 | 66 | 762.64 | 6.90 | SP020097D7133CW15 |
| 99139 | 99214 | 65 | 353.55 | 3.15 | SP020097D7133CW16 |
| 99138 | 99214 | 66 | 1028.95 | 9.30 | SP020097D7133CW17 |
| 99138 | 99214 | 66 | 152.63 | 1.38 | SP020097D7133CW18 |
| 99138 | 99214 | 66 | 844.02 | 7.63 | SP020097D7133CW19 |
| 99142 | 99214 | 62 | 103.72 | 0.88 | SP020097D7133CW26 |
| 99144 | 99214 | 60 | 1264.79 | 10.40 | SP020097D7133CW27 |
| 99142 | 99214 | 62 | 47.76 | 0.41 | SP020097D7133CW28 |
| 99149 | 99214 | 55 | 493.37 | 3.72 | SP020097D7133CW35 |
| 99145 | 99214 | 59 | 698.35 | 5.64 | SP020097D7133CW36 |
| 99145 | 99214 | 59 | 407.46 | 3.29 | SP020097D7133CW37 |
| 99144 | 99214 | 60 | 2140.13 | 17.59 | SP020097D7133CW38 |
| 99147 | 99214 | 57 | 1179.27 | 9.21 | SP020097D7133CW39 |
| 99149 | 99214 | 55 | 80.07 | 0.60 | SP020097D7133CW48 |
| 99149 | 99214 | 55 | 99.61 | 0.75 | SP020097D7133CW50 |
| 99149 | 99214 | 55 | 2142.78 | 16.14 | SP020097D7133CW51 |
| 99149 | 99214 | 55 | 177.50 | 1.34 | SP020097D7133CW52 |
| 99148 | 99214 | 56 | 2768.09 | 21.23 | SP020097D7133CW53 |
| 99155 | 99214 | 49 | 422.08 | 2.83 | SP020097D7133CW54 |
| 99155 | 99214 | 49 | 854.34 | 5.73 | SP020097D7133CW55 |
| 99155 | 99214 | 49 | 72.17 | 0.48 | SP020097D7133CW56 |
| 99155 | 99214 | 49 | 1463.47 | 9.82 | SP020097D7133CW57 |
| 99155 | 99214 | 49 | 64.74 | 0.43 | SP020097D7133CW58 |
| 99155 | 99214 | 49 | 207.66 | 1.39 | SP020097D7133CW59 |
| 99155 | 99214 | 49 | 534.16 | 3.59 | SP020097D7133CW60 |
| 99155 | 99214 | 49 | 1694.08 | 11.37 | SP020097D7133CW61 |
| 99155 | 99214 | 49 | 472.88 | 3.17 | SP020097D7133CW62 |
| 99155 | 99214 | 49 | 2569.70 | 17.25 | SP020097D7133CW63 |
| 99155 | 99214 | 49 | 4887.51 | 32.81 | SP020097D7133CW65 |
| 99155 | 99214 | 49 | 291.01 | 1.95 | SP020097D7133CW66 |
| 99156 | 99228 | 62 | 346.50 | 2.94 | SP020097D7133CW75 |
| 99158 | 99250 | 82 | 258.31 | 2.90 | SP020097D7133CW77 |
| 99158 | 99250 | 82 | 951.47 | 10.69 | SP020097D7133CW78 |
| 99158 | 99250 | 82 | 31.40 | 0.35 | SP020097D7133CW79 |
| 99158 | 99250 | 82 | 2028.69 | 22.79 | SP020097D7133CW80 |
| 99158 | 99250 | 82 | 176.20 | 1.98 | SP020097D7133CW81 |
| 99158 | 99250 | 82 | 1487.50 | 16.71 | SP020097D7133CW82 |
| 99161 | 99250 | 79 | 82.35 | 0.89 | SP020097D7133CW85 |
| 99161 | 99250 | 79 | 2032.24 | 21.99 | SP020097D7133CW86 |
| 99175 | 99250 | 65 | 132.67 | 1.18 | SP020097D7133CX40 |
| 99175 | 99250 | 65 | 1704.51 | 15.18 | SP020097D7133CX41 |
| 99175 | 99250 | 65 | 249.50 | 2.22 | SP020097D7133CX42 |
| 99175 | 99250 | 65 | 2168.56 | 19.31 | SP020097D7133CX43 |
| 99175 | 99250 | 65 | 171.03 | 1.52 | SP020097D7133CX44 |
| 99175 | 99250 | 65 | 458.66 | 4.08 | SP020097D7133CX45 |
| 99176 | 99267 | 81 | 104.08 | 1.15 | SP020097D7133CX46 |
| 99176 | 99267 | 81 | 997.13 | 11.06 | SP020097D7133CX47 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Unitint | | |
| 99176 | 99267 | 81 | 551.16 | 6.12 | SP020097D7133CX48 |
| 99176 | 99267 | 81 | 6.18 | 0.07 | SP020097D7133CX49 |
| 99176 | 99267 | 81 | 110.73 | 1.23 | SP020097D7133CX50 |
| 99190 | 99250 | 50 | 731.27 | 5.01 | SP020097D7133CX82 |
| 99190 | 99250 | 50 | 266.20 | 1.82 | SP020097D7133CX83 |
| 99190 | 99250 | 50 | 314.06 | 2.15 | SP020097D7133CX84 |
| 99190 | 99250 | 50 | 1496.48 | 10.25 | SP020097D7133CX85 |
| 99141 | 99214 | 63 | 133.61 | 1.15 | SP020097D7133D108 |
| 99144 | 99214 | 60 | 469.95 | 3.86 | SP020097D7133D110 |
| 99179 | 99250 | 61 | 134.56 | 1.12 | SP020097D7133D114 |
| 99138 | 99214 | 66 | 106.27 | 0.96 | SP020097D7133DD64 |
| 99138 | 99214 | 66 | 114.34 | 1.03 | SP020097D7133DD73 |
| 99146 | 99214 | 58 | 742.09 | 5.90 | SP020097D7133DD77 |
| 99142 | 99214 | 62 | 270.18 | 2.29 | SP020097D7133DD79 |
| 99138 | 99214 | 66 | 395.93 | 3.58 | SP020097D7133DD83 |
| 99142 | 99214 | 62 | 106.04 | 0.90 | SP020097D7133DD86 |
| 99162 | 99267 | 95 | 518.26 | 6.74 | SP020097D7133DD90 |
| 99162 | 99230 | 58 | 71.78 | 0.57 | SP020097D7133DD92 |
| 99142 | 99214 | 62 | 55.13 | 0.47 | SP020097D7133DD94 |
| 99162 | 99230 | 58 | 117.45 | 0.93 | SP020097D7133DE02 |
| 99162 | 99250 | 78 | 72.32 | 0.77 | SP020097D7133DE05 |
| 99184 | 99250 | 56 | 141.60 | 1.09 | SP020097D7133DE08 |
| 99162 | 99230 | 58 | 552.95 | 4.39 | SP020097D7133DE09 |
| 99162 | 99250 | 78 | 6.26 | 0.07 | SP020097D7133DE15 |
| 99170 | 99214 | 34 | 93.15 | 0.43 | SP020097D7133DE31 |
| 99170 | 99217 | 37 | 231.75 | 1.17 | SP020097D7133F101 |
| 99184 | 99267 | 73 | 631.98 | 6.32 | SP020097D7133F103 |
| 99123 | 99214 | 81 | 1322.24 | 14.67 | SP020097D7133GS06 |
| 99151 | 99214 | 53 | 61.52 | 0.45 | SP020097D7133GS32 |
| 99151 | 99214 | 53 | 2530.18 | 18.37 | SP020097D7133GS52 |
| 99153 | 99214 | 51 | 582.41 | 4.07 | SP020097D7133GS83 |
| 99153 | 99214 | 51 | 965.29 | 6.74 | SP020097D7133GS98 |
| 99176 | 99230 | 44 | 2423.91 | 14.61 | SP020097D7133GT08 |
| 99128 | 99214 | 76 | 762.74 | 7.94 | SP020097D7133GT09 |
| 99144 | 99214 | 60 | 197.97 | 1.63 | SP020097D7133GT18 |
| 99151 | 99214 | 53 | 1455.76 | 10.57 | SP020097D7133GT22 |
| 99151 | 99214 | 53 | 807.72 | 5.86 | SP020097D7133GT25 |
| 99153 | 99214 | 51 | 2351.03 | 16.42 | SP020097D7133GT42 |
| 99134 | 99214 | 70 | 362.52 | 3.48 | SP020097D7133GT56 |
| 99135 | 99215 | 70 | 50.02 | 0.48 | SP020097D7133GT62 |
| 99139 | 99214 | 65 | 40.61 | 0.36 | SP020097D7133GT64 |
| 99140 | 99214 | 64 | 442.36 | 3.88 | SP020097D7133GT66 |
| 99139 | 99214 | 65 | 1168.71 | 10.41 | SP020097D7133GT70 |
| 99172 | 99218 | 36 | 117.74 | 0.58 | SP020097D7133GT74 |
| 99181 | 99250 | 59 | 2337.16 | 18.89 | SP020097D7133GT75 |
| 99144 | 99214 | 60 | 193.29 | 1.59 | SP020097D7133GT76 |
| 99139 | 99214 | 65 | 1482.63 | 13.20 | SP020097D7133GT77 |
| 99181 | 99250 | 59 | 327.37 | 2.65 | SP020097D7133GT83 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99161 | 99250 | 79 | 93.61 | 1.01 | SP020097D7133GT84 |
| 99144 | 99214 | 60 | 53.19 | 0.44 | SP020097D7133GT85 |
| 99144 | 99214 | 60 | 5.17 | 0.04 | SP020097D7133GT87 |
| 99147 | 99214 | 57 | 467.85 | 3.65 | SP020097D7133GT93 |
| 99147 | 99214 | 57 | 2124.10 | 16.59 | SP020097D7133GT94 |
| 99153 | 99214 | 51 | 1118.81 | 7.82 | SP020097D7133GU17 |
| 99151 | 99214 | 53 | 15.91 | 0.12 | SP020097D7133GU19 |
| 99175 | 99267 | 82 | 3374.22 | 37.90 | SP020097D7133GU33 |
| 99167 | 99250 | 73 | 235.40 | 2.35 | SP020097D7133GU34 |
| 99161 | 99250 | 79 | 21163.78 | 229.03 | SP020097D7133GU35 |
| 99175 | 99267 | 82 | 4711.38 | 52.92 | SP020097D7133GU38 |
| 99162 | 99238 | 66 | 5561.33 | 50.28 | SP020097D7133GU50 |
| 99176 | 99250 | 64 | 225.12 | 1.97 | SP020097D7133GU56 |
| 99175 | 99267 | 82 | 419.66 | 4.71 | SP020097D7133GU71 |
| 99175 | 99267 | 82 | 20516.28 | 230.46 | SP020097D7133GU72 |
| 99176 | 99250 | 64 | 352.50 | 3.09 | SP020097D7133GU78 |
| 99176 | 99250 | 64 | 6263.08 | 54.91 | SP020097D7133GU79 |
| 99176 | 99267 | 81 | 227.30 | 2.52 | SP020097D7133GU81 |
| 99181 | 99267 | 76 | 370.08 | 3.85 | SP020097D7133GU82 |
| 99181 | 99267 | 76 | 23775.70 | 247.53 | SP020097D7133GU83 |
| 99181 | 99250 | 59 | 674.59 | 5.45 | SP020097D7133GU93 |
| 99181 | 99250 | 59 | 8952.29 | 72.35 | SP020097D7133GU94 |
| 99138 | 99214 | 66 | 16.03 | 0.14 | SP020097D7133H403 |
| 99147 | 99214 | 57 | 200.39 | 1.56 | SP020097D7133H405 |
| 99147 | 99214 | 57 | 429.34 | 3.35 | SP020097D7133H407 |
| 99151 | 99214 | 53 | 657.38 | 4.77 | SP020097D7133H408 |
| 99151 | 99214 | 53 | 77.87 | 0.57 | SP020097D7133H409 |
| 99153 | 99214 | 51 | 602.65 | 4.21 | SP020097D7133H411 |
| 99158 | 99250 | 82 | 470.52 | 5.29 | SP020097D7133H414 |
| 99159 | 99250 | 81 | 1830.34 | 20.31 | SP020097D7133H416 |
| 99175 | 99250 | 65 | 99.90 | 0.89 | SP020097D7133H429 |
| 99190 | 99250 | 50 | 418.51 | 2.87 | SP020097D7133H438 |
| 99163 | 99217 | 44 | 35.03 | 0.21 | SP020097D7133J482 |
| 99137 | 99214 | 67 | 549.02 | 5.04 | SP020097D7133J485 |
| 99144 | 99214 | 60 | 22.01 | 0.18 | SP020097D7133J489 |
| 99144 | 99214 | 60 | 276.07 | 2.27 | SP020097D7133J490 |
| 99148 | 99214 | 56 | 96.72 | 0.74 | SP020097D7133J492 |
| 99148 | 99214 | 56 | 85.12 | 0.65 | SP020097D7133J494 |
| 99151 | 99214 | 53 | 519.54 | 3.77 | SP020097D7133J495 |
| 99184 | 99267 | 73 | 2376.53 | 23.77 | SP020097D7133JB32 |
| 99179 | 99214 | 25 | 41.25 | 0.14 | SP020097D7133JBR3 |
| 99138 | 99214 | 66 | 64.46 | 0.58 | SP020097D7133K270 |
| 99137 | 99214 | 67 | 616.64 | 5.66 | SP020097D7133K280 |
| 99159 | 99250 | 81 | 489.19 | 5.43 | SP020097D7133K283 |
| 99162 | 99250 | 78 | 34.97 | 0.37 | SP020097D7133K284 |
| 99140 | 99214 | 64 | 135.69 | 1.19 | SP020097D7133K285 |
| 99138 | 99214 | 66 | 75.50 | 0.68 | SP020097D7133K286 |
| 99176 | 99217 | 31 | 41.19 | 0.17 | SP020097D7133K287 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99141 | 99214 | 63 | 1912.69 | 16.51 | SP020097D7133K289 |
| 99144 | 99214 | 60 | 1046.17 | 8.60 | SP020097D7133K294 |
| 99144 | 99214 | 60 | 365.95 | 3.01 | SP020097D7133K295 |
| 99149 | 99214 | 55 | 1936.22 | 14.59 | SP020097D7133K298 |
| 99151 | 99214 | 53 | 1952.69 | 14.18 | SP020097D7133K299 |
| 99159 | 99250 | 81 | 115.25 | 1.28 | SP020097D7133K303 |
| 99158 | 99250 | 82 | 116.50 | 1.31 | SP020097D7133K306 |
| 99187 | 99217 | 20 | 96.50 | 0.26 | SP020097D7133K307 |
| 99170 | 99250 | 70 | 73.62 | 0.71 | SP020097D7133K321 |
| 99187 | 99267 | 70 | 15.68 | 0.15 | SP020097D7133K336 |
| 99184 | 99224 | 30 | 1464.09 | 6.02 | SP020097D7133K337 |
| 99137 | 99214 | 67 | 163.08 | 1.50 | SP020097D7133M161 |
| 99175 | 99250 | 65 | 669.10 | 5.96 | SP020097D7133M175 |
| 99176 | 99267 | 81 | 113.59 | 1.26 | SP020097D7133M176 |
| 99176 | 99267 | 81 | 558.52 | 6.20 | SP020097D7133M177 |
| 99140 | 99214 | 64 | 192.11 | 1.68 | SP020097D7133N205 |
| 99140 | 99214 | 64 | 221.66 | 1.94 | SP020097D7133N206 |
| 99148 | 99214 | 56 | 303.33 | 2.33 | SP020097D7133N208 |
| 99148 | 99214 | 56 | 481.29 | 3.69 | SP020097D7133N209 |
| 99151 | 99214 | 53 | 142.34 | 1.03 | SP020097D7133N210 |
| 99153 | 99214 | 51 | 149.50 | 1.04 | SP020097D7133N211 |
| 99156 | 99250 | 84 | 114.74 | 1.32 | SP020097D7133N213 |
| 99147 | 99214 | 57 | 93.00 | 0.73 | SP020097D7133NC26 |
| 99142 | 99214 | 62 | 527.44 | 4.48 | SP020097D7133NC51 |
| 99140 | 99214 | 64 | 15.39 | 0.13 | SP020097D7133PH34 |
| 99158 | 99250 | 82 | 18.16 | 0.20 | SP020097D7133PH39 |
| 99140 | 99214 | 64 | 214.91 | 1.88 | SP020097D7133PJ84 |
| 99142 | 99214 | 62 | 194.38 | 1.65 | SP020097D7133PJ87 |
| 99183 | 99230 | 37 | 1103.03 | 5.59 | SP020097D7133PJ95 |
| 99140 | 99214 | 64 | 178.63 | 1.57 | SP020097D7133PJ96 |
| 99140 | 99214 | 64 | 269.20 | 2.36 | SP020097D7133PL47 |
| 99140 | 99214 | 64 | 492.38 | 4.32 | SP020097D7133PL48 |
| 99140 | 99214 | 64 | 13.55 | 0.12 | SP020097D7133PL49 |
| 99140 | 99214 | 64 | 634.79 | 5.57 | SP020097D7133PL50 |
| 99156 | 99239 | 73 | 156.79 | 1.57 | SP020097D7133PL55 |
| 99156 | 99239 | 73 | 1443.29 | 14.43 | SP020097D7133PL56 |
| 99156 | 99230 | 64 | 121.22 | 1.06 | SP020097D7133PL57 |
| 99156 | 99230 | 64 | 630.50 | 5.53 | SP020097D7133PL58 |
| 99158 | 99250 | 82 | 643.49 | 7.23 | SP020097D7133PL59 |
| 99158 | 99250 | 82 | 537.57 | 6.04 | SP020097D7133PL60 |
| 99175 | 99250 | 65 | 346.87 | 3.09 | SP020097D7133PL73 |
| 99175 | 99250 | 65 | 431.58 | 3.84 | SP020097D7133PL74 |
| 99175 | 99250 | 65 | 72.91 | 0.65 | SP020097D7133PL75 |
| 99183 | 99267 | 74 | 350.15 | 3.55 | SP020097D7133PL81 |
| 99183 | 99267 | 74 | 819.28 | 8.31 | SP020097D7133PL82 |
| 99173 | 99270 | 87 | 21.37 | 0.25 | SP020097D7133PM01 |
| 99137 | 99214 | 67 | 359.01 | 3.30 | SP020097D7133Q340 |
| 99141 | 99214 | 63 | 256.22 | 2.21 | SP020097D7133Q342 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Unitint | | |
| 99149 | 99214 | 55 | 477.61 | 3.60 | SP020097D7133Q344 |
| 99175 | 99250 | 65 | 127.90 | 1.14 | SP020097D7133Q356 |
| 99127 | 99214 | 77 | 866.53 | 9.14 | SP020097D7133R181 |
| 99137 | 99214 | 67 | 1729.81 | 15.88 | SP020097D7133R182 |
| 99140 | 99214 | 64 | 147.63 | 1.29 | SP020097D7133R183 |
| 99147 | 99214 | 57 | 243.41 | 1.90 | SP020097D7133R185 |
| 99153 | 99214 | 51 | 1185.39 | 8.28 | SP020097D7133R186 |
| 99168 | 99250 | 72 | 246.34 | 2.43 | SP020097D7133R188 |
| 99147 | 99214 | 57 | 22.14 | 0.17 | SP020097D7133S262 |
| 99145 | 99214 | 59 | 60.18 | 0.49 | SP020097D7133S297 |
| 99135 | 99214 | 69 | 95.73 | 0.90 | SP020097D7133S305 |
| 99137 | 99214 | 67 | 26.45 | 0.24 | SP020097D7133S306 |
| 99138 | 99214 | 66 | 83.24 | 0.75 | SP020097D7133S307 |
| 99144 | 99214 | 60 | 54.12 | 0.44 | SP020097D7133S310 |
| 99149 | 99214 | 55 | 31.31 | 0.24 | SP020097D7133S313 |
| 99149 | 99214 | 55 | 89.33 | 0.67 | SP020097D7133S314 |
| 99153 | 99214 | 51 | 33.10 | 0.23 | SP020097D7133S315 |
| 99156 | 99250 | 84 | 46.96 | 0.54 | SP020097D7133S318 |
| 99158 | 99250 | 82 | 37.50 | 0.42 | SP020097D7133S319 |
| 99173 | 99250 | 67 | 33.46 | 0.31 | SP020097D7133S332 |
| 99175 | 99267 | 82 | 17.50 | 0.20 | SP020097D7133S333 |
| 99187 | 99250 | 53 | 39.12 | 0.28 | SP020097D7133S343 |
| 99144 | 99214 | 60 | 52.61 | 0.43 | SP020097D7133SC88 |
| 99148 | 99214 | 56 | 1922.37 | 14.75 | SP020097D7133SC90 |
| 99166 | 99224 | 48 | 15.14 | 0.10 | SP020097D7133T122 |
| 99158 | 99230 | 62 | 248.21 | 2.11 | SP020097D7133T123 |
| 99176 | 99267 | 81 | 234.58 | 2.60 | SP020097D7133T135 |
| 99183 | 99250 | 57 | 18.80 | 0.15 | SP020097D7133T138 |
| 99148 | 99214 | 56 | 24.80 | 0.19 | SP020097D7133US91 |
| 99141 | 99214 | 63 | 14.41 | 0.12 | SP020097D7133US99 |
| 99148 | 99214 | 56 | 49.60 | 0.38 | SP020097D7133UT03 |
| 99145 | 99214 | 59 | 65.40 | 0.53 | SP020097D7133UT08 |
| 99140 | 99214 | 64 | 242.79 | 2.13 | SP020097D7133UT21 |
| 99142 | 99214 | 62 | 14.48 | 0.12 | SP020097D7133UT26 |
| 99140 | 99214 | 64 | 206.07 | 1.81 | SP020097D7133UT32 |
| 99140 | 99214 | 64 | 57.73 | 0.51 | SP020097D7133UT33 |
| 99149 | 99214 | 55 | 1783.27 | 13.44 | SP020097D7133UT41 |
| 99135 | 99214 | 69 | 2086.61 | 19.72 | SP020097D7133UT44 |
| 99135 | 99214 | 69 | 2777.88 | 26.26 | SP020097D7133UT45 |
| 99145 | 99214 | 59 | 262.50 | 2.12 | SP020097D7133UT46 |
| 99139 | 99214 | 65 | 2792.35 | 24.86 | SP020097D7133UT49 |
| 99139 | 99214 | 65 | 283.55 | 2.52 | SP020097D7133UT50 |
| 99144 | 99214 | 60 | 40.96 | 0.34 | SP020097D7133UT51 |
| 99158 | 99270 | 102 | 114.84 | 1.60 | SP020097D7133UT52 |
| 99139 | 99215 | 66 | 4052.21 | 36.64 | SP020097D7133UT54 |
| 99148 | 99214 | 56 | 72.50 | 0.56 | SP020097D7133UT55 |
| 99139 | 99214 | 65 | 18.35 | 0.16 | SP020097D7133UT57 |
| 99147 | 99214 | 57 | 790.50 | 6.17 | SP020097D7133UT59 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99145 | 99214 | 59 | 250.57 | 2.03 | SP020097D7133UT60 |
| 99147 | 99214 | 57 | 394.66 | 3.08 | SP020097D7133UT62 |
| 99139 | 99214 | 65 | 203.96 | 1.82 | SP020097D7133UT63 |
| 99139 | 99214 | 65 | 184.08 | 1.64 | SP020097D7133UT64 |
| 99139 | 99214 | 65 | 49.46 | 0.44 | SP020097D7133UT65 |
| 99140 | 99214 | 64 | 1317.60 | 11.55 | SP020097D7133UT66 |
| 99140 | 99214 | 64 | 2531.57 | 22.19 | SP020097D7133UT67 |
| 99140 | 99214 | 64 | 2261.75 | 19.83 | SP020097D7133UT68 |
| 99141 | 99214 | 63 | 64.79 | 0.56 | SP020097D7133UT69 |
| 99147 | 99214 | 57 | 112.44 | 0.88 | SP020097D7133UT70 |
| 99140 | 99214 | 64 | 274.06 | 2.40 | SP020097D7133UT71 |
| 99141 | 99214 | 63 | 282.42 | 2.44 | SP020097D7133UT72 |
| 99141 | 99214 | 63 | 2268.28 | 19.58 | SP020097D7133UT73 |
| 99155 | 99214 | 49 | 426.27 | 2.86 | SP020097D7133UT75 |
| 99155 | 99214 | 49 | 328.99 | 2.21 | SP020097D7133UT82 |
| 99147 | 99214 | 57 | 92.08 | 0.72 | SP020097D7133UT99 |
| 99125 | 99214 | 79 | 1428.91 | 15.46 | SP020097D7133UV13 |
| 99147 | 99214 | 57 | 474.34 | 3.70 | SP020097D7133UV22 |
| 99163 | 99239 | 66 | 717.41 | 6.49 | SP020097D7133UV23 |
| 99163 | 99250 | 77 | 711.50 | 7.50 | SP020097D7133UV24 |
| 99147 | 99214 | 57 | 1361.11 | 10.63 | SP020097D7133UW28 |
| 99147 | 99214 | 57 | 2856.69 | 22.31 | SP020097D7133UX78 |
| 99147 | 99214 | 57 | 1075.99 | 8.40 | SP020097D7133UX80 |
| 99147 | 99214 | 57 | 714.77 | 5.58 | SP020097D7133UX81 |
| 99163 | 99270 | 97 | 417.07 | 5.54 | SP020097D7133UX85 |
| 99180 | 99321 | 131 | 1075.99 | 19.31 | SP020097D7133UX86 |
| 99163 | 99239 | 66 | 2171.58 | 19.63 | SP020097D7133UX87 |
| 99180 | 99250 | 60 | 2394.51 | 19.68 | SP020097D7133UX88 |
| 99180 | 99250 | 60 | 2294.12 | 18.86 | SP020097D7133UX91 |
| 99168 | 99250 | 72 | 1727.04 | 17.03 | SP020097D7133UX93 |
| 99180 | 99250 | 60 | 2099.37 | 17.26 | SP020097D7133UX99 |
| 99147 | 99214 | 57 | 2364.71 | 18.46 | SP020097D7133UY11 |
| 99163 | 99250 | 77 | 2386.93 | 25.18 | SP020097D7133UY13 |
| 99147 | 99214 | 57 | 2949.34 | 23.03 | SP020097D7133WA02 |
| 99147 | 99214 | 57 | 218.73 | 1.71 | SP020097D7133WA04 |
| 99156 | 99230 | 64 | 184.15 | 1.61 | SP020097D7133WA05 |
| 99148 | 99214 | 56 | 38.27 | 0.29 | SP020097D7133WA07 |
| 99148 | 99214 | 56 | 3924.48 | 30.11 | SP020097D7133WA09 |
| 99148 | 99214 | 56 | 68.12 | 0.52 | SP020097D7133WA10 |
| 99156 | 99230 | 64 | 184.15 | 1.61 | SP020097D7133WA11 |
| 99149 | 99214 | 55 | 3002.18 | 22.62 | SP020097D7133WA13 |
| 99149 | 99214 | 55 | 225.81 | 1.70 | SP020097D7133WA14 |
| 99149 | 99214 | 55 | 61.93 | 0.47 | SP020097D7133WA15 |
| 99149 | 99214 | 55 | 451.93 | 3.40 | SP020097D7133WA18 |
| 99155 | 99214 | 49 | 564.43 | 3.79 | SP020097D7133WA19 |
| 99155 | 99214 | 49 | 1776.33 | 11.92 | SP020097D7133WA20 |
| 99155 | 99214 | 49 | 1173.98 | 7.88 | SP020097D7133WA22 |
| 99155 | 99214 | 49 | 141.43 | 0.95 | SP020097D7133WA23 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Unitint | | |
| 99155 | 99214 | 49 | 676.50 | 4.54 | SP020097D7133WA25 |
| 99156 | 99250 | 84 | 173.30 | 1.99 | SP020097D7133WA33 |
| 99156 | 99250 | 84 | 4536.22 | 52.20 | SP020097D7133WA34 |
| 99156 | 99250 | 84 | 889.09 | 10.23 | SP020097D7133WA35 |
| 99163 | 99250 | 77 | 2697.86 | 28.46 | SP020097D7133WA67 |
| 99163 | 99250 | 77 | 1958.97 | 20.66 | SP020097D7133WA68 |
| 99163 | 99250 | 77 | 76.18 | 0.80 | SP020097D7133WA69 |
| 99177 | 99267 | 80 | 12.60 | 0.14 | SP020097D7133WA81 |
| 99179 | 99267 | 78 | 83.46 | 0.89 | SP020097D7133WA84 |
| 99183 | 99277 | 84 | 68.17 | 0.78 | SP020097D7133WA93 |
| 99174 | 99250 | 66 | 236.67 | 2.14 | SP020097D7133WB02 |
| 99174 | 99250 | 66 | 4425.17 | 40.01 | SP020097D7133WB03 |
| 99183 | 99267 | 74 | 2972.22 | 30.13 | SP020097D7133WB24 |
| 99183 | 99267 | 74 | 5451.99 | 55.27 | SP020097D7133WB25 |
| 99183 | 99267 | 74 | 232.28 | 2.35 | SP020097D7133WB29 |

TOTAL Records 349 3166.03