# REQUEST FOR CONTRACT APPROVAL

| THRU | THRU | TO: |
|---|---|---|
| DSCP-MSAA | | DSCP-MSA |

1. ACTION PROPOSED
APPROVAL REQUIRED BY DPSC CONTRACTING POLICY MANUAL 1692-2
☐ NEW CONTRACT ☒ CONTRACT MODIFICATION ☐ PBM

1a. BASIS FOR MODIFICATION ("X", If Applicable)
☒ EXERCISE OF OPTION ☐ OTHER

2. ACCEPTANCE EXPIRATION DATE

2a. ("X" If Applicable) ☐ EXPEDITED APPROVAL REQUESTED

3. TYPE OF CONTRACT: FIRM FIXED PRICE REQUIREMENTS TYPE

| 4. BRIEF DESCRIPTION OF SUPPLIES OR SERVICES | 4a. QUANTITY | 4b. UNIT | 4c. UNIT PRICE |
|---|---|---|---|
| PRIME VENDOR FOR MEDICAL/SURGICAL PRODUCTS<br>LONE STAR REGION - OPTION YEAR 2 | | | |

5. ☐ PR ☐ MIPR ☐ RQNS

| a. PR or MIPR Number | b. Date Received |
|---|---|
| N/A | |

6. SOLICITATION

| a. Number | b. Date Issued | c. Date Opened/Closed |
|---|---|---|
| | | |

7. NAME AND COMPLETE ADDRESS OF CONTRACTOR *(Include Division Reference)*

UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

PLACE OF PERFORMANCE: VARIOUS

7a. "X" APPLICABLE BOX ☒ SMALL BUSINESS ☐ SMALL DISADVANTAGED BUSINESS ☐ LARGE BUSINESS ☐ LABOR SURPLUS

8. CONTRACT NUMBER SP0200-97-D-7133/7134

9. AMOUNT IS ☒ ESTIMATED ☐ ACTUAL

9a. TOTAL DOLLAR VALUE $60,413,351.00

9b. AMOUNT FUNDED

9c. "X" APPLICABLE BOX ☐ GFP ☐ GFM

9d. DOLLAR VALUEQ

10. METHOD OF PROCUREMENT
☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) ☐ OTHER THAN FULL OPEN COMPETITION: 10 USC 2304 (C)

11. INCREASE OPTION IN CONTRACT
☐ YES ☒ NO IF YES, MAXIMUM % 10%

12a. REQUIRED DELIVERY DATE (S) MET. ☒ YES ☐ NO

12. EXTENSION OF COMPETITION
a. NO. SOLICITED ☐ d. NO. LATE ☐
b. NO. RESPONSIVE ☐ e. NO. MISTAKES ☐
c. NO. NON RESPONSIVE ☐ f. NO. REJECTED ☐

13. PRICING BRIEF:
a. COST OR PRICING DATA: ☐ WAS REQUIRED ☒ WAS NOT REQUIRED
b. AUDIT: ☐ ACCOMPLISHED ☐ WAIVED ☒ NOT REQUIRED
c. PRICE ANALYSIS WAS ACCOMPLISHED BY: ☐ C&P ELEMENT ☒ CONTRACTING ELEMENT
d. RELATIONSHIP OF PRICE TO PRIOR PROCUREMENT (Detail in Price Analysis, Tab 21)
☒ LOWER .10 % ☐ HIGHER % ☐ SAME ☐ NO PRIOR PROCUREMENT INFORMATION OBTAINABLE

REMARKS:

EXERCISE FOR OPTION YEAR 2 FOR A PERIOD OF ONE YEAR.

OPTION PERIOD WILL BE EFFECTIVE FROM J UNE 1, 1999 WILL EXPIRE ON MAY 31, 2000.

DISTRIBUTION FEE FOR OPTION YEAR 2 IS: 6.4% (SP0200-97-D-7133, JITO/EDO)
7.4% (SP0200-97-D-7134, STOCKLESS)

14. ☒ APPROVED FOR LEGAL SUFFICIENCY ( For Comments See Page 2 )

| TITLE | SIGNATURE | DATE |
|---|---|---|
| Asst Counsel | Dudie J Stallworth | 4-22-99 |

| 15. TYPED NAME AND SIGNATURE OF CONTRACTING OFFICER | 15a. DATE | 16. NAME AND SIGNATURE OF COMMODITY DIRECTOR/COMMANDER, SMH AS APPLICABLE | 16a. DATE DISPATCHED |
|---|---|---|---|
| JAMES JENNINGS (signed: James Jennings) | 5/11/99 | L. FLATLEY (signed: L Flatley) | 5/11/99 |

17. ENCLOSURES: ☐ CONTRACT FILE WITH DLA FORM 678 ☐ DPSC-PT FILE COPY ☐ ACQUISITION CHRONOLOGY

DPSC FORM 677 JUNE 90



DSCP-UMS-1685

# CONTRACT APPROVAL/ DISAPPROVAL ACTION

| 18. TO: *(Constracting Officer)* | FROM: *(Approval Authority)* |
| --- | --- |
| DSCP-MSAA | DSCP-MSA |

AWARD CITED ON REVERSE SIDE IS:

- [X] a.. APPROVAL
- [ ] b. APPROVED SUBJECT TO CONDITIONS CITED BELOW IN "REMARKS"
- [ ] c. DISSAPPROVED ( "Remarks" below for explanation )
- [ ] d. RETURNED FOR ADDITIONAL ACTION REQUESTED IN "REMARKS" BELOW

| TITLE | SIGNATURE *(Approval Authority)* | DATE |
| --- | --- | --- |
| L. FLATLEY<br>CHIEF, NEW INITIATIVES BRANCH | L. Flatley | 5/11/99 |

RESERVED FOR LEGAL COMMENTS



DPSC FORM 677 (EF)
JUNE 90

DSCP-UMS-1686