# CONTRACT ANNOUNCEMENT
*(DLAR 4105.1, SUBPART 5.3)*

REPORT CONTROL SYMBOL DD-LA(AR)1279

| | |
|---|---|
| **TO:** Director, Defense Logistics Agency<br>ATTN: DLA-B<br>Cameron Station<br>Alexandria, VA 22304-6100 | **FROM:** DEFENSE SUPPLY CENTER PHILADELPHIA<br>ATTN: DSCP-MSAA (DONNA KENNEDY)<br>700 ROBBINS AVENUE<br>PHILADELPHIA, PA 19111 |
| 1a. NAME AND LOCATION OF CONTRACTOR *(Include Division and County; DO NOT USE P.O. BOX)*<br>UNITED MEDICAL SUPPLY<br>5117 NORTHEAST PARKWAY<br>FORT WORTH, TX 76106<br>(TARRANT COUNTY) | 2. PROPOSED AWARD RELEASE DATE: MAY 22, 2000<br>3a. CONTRACT NUMBER: SP0200-97-D-7133/7134<br>3b. MODIFICATION NUMBER: P00021/P00012<br>3c. SOLICITATION NUMBER: DLA120-93-R-0587 |
| 1b. POINT OF CONTACT AT CONTRACTOR'S FIRM AND TELEPHONE NUMBER *(President/Vice President)*<br>WILLIAM BANDY, PRESIDENT<br>800-333-2733 | 4. TOTAL DOLLAR VALUE OF THIS ACTION: $60,623,198.00<br>5. AMOUNT PREVIOUSLY OBLIGATED *(Applicable only if action is a modification)* |
| 6. LOCATION(S) OF PERFORMANCE IF OTHER THAN ABOVE *(Use separate page if necessary; Indicate if subcontractor, include business size and if labor surplus area)*<br>SEE ATTACHED SHEET | 7. USING SERVICE<br>☒ ARMY ☐ NAVY ☐ AIR FORCE ☐ MARINE CORPS<br>☐ FEDERAL CIVILIAN AGENCIES<br>☐ OTHER *(Specify)*:<br>8. CONTRACTOR IS<br>☒ SMALL BUSINESS ☐ LARGE BUSINESS<br>☐ SMALL DISADVANTAGED BUSINESS<br>☐ IN LABOR SURPLUS AREA ☐ LABOR SURPLUS AREA SET-ASIDE<br>☐ SMALL BUSINESS SET-ASIDE |
| 9. EXTENT OF COMPETITION<br>a. NO. SOLICITED: N/A<br>b. NO. RESPONSES:<br>c. ☐ PROPOSAL ☐ SEALED BID ☐ SOLE SOURCE | 10. TYPE OF CONTRACT<br>☐ FIRM FIXED PRICE<br>☐ FIXED PRICE WITH ECONOMIC PRICE ADJUSTMENT<br>☒ OTHER *(Specify)*: REQUIREMENTS |
| 11.<br>a. FOREIGN MILITARY SALE *(FMS)* TO: N/A *(Name of Country)*<br>b. COMBINED PURCHASE FOR *(Name of Service/Agency)*<br>AND FOR *(Name of Country)* UNDER FMS PROGRAM. | 12. EQUAL OPPORTUNITY CLEARANCE OBTAINED<br>☒ YES ☐ NO<br>13a. FUNDS AVAILABLE ☐ YES ☐ NO<br>13b. FUNDS, SERVICE, FISCAL YEAR: N/A<br>14. DATE OF PERFORMANCE COMPLETION: MAY 31, 2001 |

15. ITEM(S) OR SERVICE(S), QUANTITY(S) AND UNIT OF ISSUE, OTHER ADDITIONAL INFORMATION.

THIS ACTION REPRESENTS EXECUTION OF THE THIRD OPTION PERIOD AVAILABLE UNDER SUBJECT CONTRACTS, MEDICAL/SURGICAL PRIME VENDOR, LONE STAR REGION. CONTRACT #SP0200-97-D-7133 CONTAINS THE JITO/EDO PORTION. CONTRACT #SP0200-97-D-7134 CONTAINS THE STOCKLESS PORTION. OPTION PERIOD IS EFFECTION JUNE 1, 2000 AND EXPIRES MAY 31, 2001. DISTRIBUTION FEE FOR OPTION YEAR THREE: 6.4% FOR JITO/EDO, 7.4% FOR STOCKLESS (REMAINS THE SAME AS BASE YEAR & OPTION YEARS ONE AND TWO).

CONCUR: Joseph Gushue
JOSEPH GUSHUE
Chief, Integrity Office
Office of Procurement Management

16. **MEMBER(S) OF CONGRESS TO BE NOTIFIED (DLA-B use only)**

| | |
|---|---|
| SENATOR | SENATOR |
| REPRESENTATIVE | REPRESENTATIVE |
| 17. CONTRACTING OFFICER AND TELEPHONE NUMBER<br>DONNA M. KENNEDY 215-737-7075 | 18. SIGNATURE AND DATE *(Approving Official, level higher than Contracting Officer)*<br>L. FLATLEY L. Flatley |