# FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER

Based on the following findings, it is the determination of the Contracting Officer, in accordance with FAR 17.207, to exercise option year three, for a period of one year, for the Medical/Surgical Prime Vendor Program – Lone Star Region, Contracts SP0200-97-D-7133 (JITO/EDO) and SP0200-97-D-7134 (Stockless) dated January 30, 1997 (with an effective date of June 1, 1997). The second option period will be effective June 1, 2000 and will expire on May 31, 2001.

## FINDINGS

1. Request for Proposal (RFP) DLA120-93-R-0587 was synopsized and issued under Full and Open Competition procedures. Three offers were received. Contracts SP0200-97-D-7133 and SP0200-97-D-7134 were awarded to United Medical Supply on January 30, 1997, using a Best Value acquisition methodology with technical quality being more important than price. These contracts covered the distribution of medical/surgical products to nineteen facilities in the Lone Star Region. The contracts were awarded for one year plus four one-year option periods. The estimated annual sales volume of the facilities in the region is $28,357,750.00 for the base year and $56,715,500.00 for each option year. Each year, the percentage of sales for JITO/EDO is expected to decrease and the Stockless percentage is expected to increase. The distribution fees for the base plus option years are as follows:

| | DISTRIBUTION FEE | ESTIMATED TOTAL |
|---|---|---|
| **Base Year** | | |
| JITO/EDO | 6.4% | $1,778,598 |
| Stockless | 7.4% | 41,969 |
| | | **$1,820,567** |
| **Option Year 1** | | |
| JITO/EDO | 6.4% | $3,194,217 |
| Stockless | 7.4% | 503,634 |
| | | **$3,697,851** |
| **Option Year 2** | | |
| JITO/EDO | 6.4% | $2,504,556 |
| Stockless | 7.4% | 1,301,054 |
| | | **$3,805,610** |
| **Option Year 3** | | |
| JITO/EDO | 6.4% | $1,851,194 |
| Stockless | 7.4% | 2,056,504 |
| | | **$3,907,698** |

**FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER (continued)**

| | | |
|---|---|---|
| **Option Year 4** | | |
| JITO/EDO | 6.4% | $1,488,215 |
| Stockless | 7.4% | 2,476,199 |
| | | **$3,964,414** |

2. Twenty-three Medical/Surgical Prime Vendor contracts have been awarded as of this date. Twenty-one of the twenty-three awards were made under full and open competition (Two were Small Business Set-Asides). Listed below are all the current Medical/Surgical Prime Vendor contract distribution fees:

| REGION | PRIME VENDOR | DISTRIBUTION FEES Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
|---|---|---|---|---|---|---|
| Cascades | BBMC | 6.5% | 6.0% | 5.5% | 5.5% | 5.5% |
| IL/KY/MO | BBMC | 5.9% | 5.8% | 5.7% | 5.6% | 5.5% |
| FL/GA | Owens & Minor | 6.0% | 5.5% | 5.5% | 5.5% | 5.5% |
| Panhandle | Owens & Minor | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| OH/IL | BBMC | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% |
| Carolinas | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Rocky Mountains | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Midwest | Midwest Medical | 5.9% | 5.8% | 5.7% | 5.6% | 5.5% |
| Hawaii | Pacific Criticare | 14.2% | 13.2% | 11.2% | 10.2% | 10.2% |
| Europe | BBMC | 6.7% | 5.86% | 5.86% | 5.86% | 5.86% |
| | Surge | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| AL/TN/ARK | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Montana | Kreisers, Inc. | 5.9% | 5.5% | 5.5% | 5.5% | 5.0% |
| Alaska | BBMC | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% |
| Dakotas | Kreisers, Inc. | 5.9% | 5.5% | 5.5% | 5.5% | 5.0% |
| Utah/Idaho | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Tidewater | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| San Francisco | Owens & Minor | 5.9% | 5.75% | 5.2% | 5.0% | 5.0% |
| Pacific | BBMC | 8.91% | 6.9% | 6.9% | 6.9% | 6.9% |
| | Surge | 8.91% | 6.9% | 6.9% | 6.9% | 6.9% |
| NY/NE | Owens & Minor | 8.0% | 7.5% | 5.5% | 5.5% | 5.5% |
| National Capitol | Owens & Minor | 6.0% | 5.75% | 5.3% | 5.25% | 5.25% |
| | Stockless | 13.0% | 12.75% | 12.5% | 12.0% | 11.0% |
| Wilford Hall | Owens & Minor | 7.0% | 7.0% | 6.25% | 5.0% | 5.0% |
| Lone Star | United Medical Supply | 6.4% | 6.4% | 6.4% | 6.4% | 6.4% |
| | Stockless | 7.4% | 7.4% | 7.4% | 7.4% | 7.4% |
| San Diego | Allegiance Healthcare | 5.1% | 5.1% | 4.9% | 4.7% | 4.5% |

**FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER (continued)**

An informal analysis of distribution fees reveals that the Lone Star Region distribution fee for option year three compares favorably to the distribution fees for the other CONUS Medical/Surgical Prime Vendor contracts. In addition, the distribution fee is same as the Base Year and Option Years One & Two. Therefore, it is determined that the 6.4% distribution fee for option year three of contract SP0200-97-D-7133 (JITO/EDO) is fair and reasonable. The 7.4% distribution fee for contract SP0200-97-D-7134 (Stockless) compares favorably with the National Capitol Region (the only other Stockless contract) and is therefore considered fair and reasonable.

3. On April 12, 2000, United Medical was sent a Preliminary Notice to Exercise Option Year Three. The notice advised United Medical Supply that the Government is considering invoking the option in accordance with Option Clause 52.217-9P10, Option for Requirements Contract Term Extension. United Medical Supply was also informed that the preliminary notice does not commit the Government to an extension.

4. Consideration was also given to other factors, which impact overall cost such as the need for continuity of operations, investment in training and equipment, and the potential costs of disrupting operations. Each prime vendor has its own proprietary electronic ordering system. As customers become more familiar with a particular firm's ordering system, efficiency increases and other associated supply management costs decrease. Failure to exercise the option at this time would have a tremendous impact on the overall mission of the ordering facilities.

5. In accordance with FAR 17.207 (c) the following conditions have been met:

a. The requirement covered by the option fulfills an existing Government need.
b. The exercise of the option is the most advantageous method of fulfilling the Government's need, price and other factors considered.
c. The option was included in the original synopsis and was evaluated with the initial proposals.

**DETERMINATION**

Based on the above findings, it is the intent of the undersigned to exercise the third option year under the contract. The option year three distribution fee (6.4% for JITO/EDO and 7.4% for Stockless) is the same as the distribution fee for the base year, option year one and option year two. Based on the estimated requirements of $56,715,500.00, the total estimated value of option year three is $60,623,198.00. This figure represents $56,715,500.00 for the estimated requirements plus $3,907,698 ($1,851,194.00 for JITO/EDO plus $2,056,504 for Stockless) for distribution fees. Execution of the option is the most advantageous way of fulfilling the Government's need, price and other factors considered.

United Medical Supply has demonstrated a full understanding of the Government requirements and has performed all the required tasks and functions cited in the aforementioned contract.

**FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER (continued)**

The firm is a commercially recognized large volume distributor of medical/surgical products. It has been determined that United Medical Supply, from a critical review of its commercial operations, can handle the financial and logistical obligations of this contract without difficulty. In accordance with the provisions of FAR 9.105-2, I hereby determine that United Medical Supply is considered to be responsible within the meaning of FAR 9.103 and 9.104.

Donna M Kennedy
**DONNA M. KENNEDY** 5/22/00
Contracting Officer