Mike,
Please see the email below for details on the situation with United Medical and the acceleration of the schedule.

Steve,
Like any issue I am sure there is a second side of the story on payment to United, but if you can check and see if there is anything that can be fixed, this would make the negotiations smoother. Also, the PV support arena is an area that we had hoped to bolster in the near term to get us through the conversions and try and accelerate the process (the issue of the $150K to get more expertise in place on PV at JMLFDC). Any news on getting that resolved? I talked with COL Mervis last Thursday and he was going to work, but I suspect that he is busy tying up a lot of loose ends. Thanks.

Dan
703-575-2383

-----Original Message-----
From: Visser, Daryl R Mr JMLFDC [mailto:Daryl.Visser@DET.AMEDD.ARMY.MIL]

Sent: Thursday, January 18, 2001 3:37 PM
To: Magee, Dan COL DMLSS
Cc: Miller, Dave CDR JMLFDC; Hasting, Steve R Mr JMLFDC; Miller, Kevin CPT JMLFDC
Subject: United Medical

Sir,
You may remember that I sent you an e-mail a week or so ago that discussed problems at United Medical getting paid by DSCP. UMS President Bill Bandy tells Steve Hasting that his company is on credit hold with nearly every supplier, his banker tells him he is on the verge of bankruptcy and he lays a lot of this on DSCP. While he initially agreed in the OCT-NOV 00 timeframe to provide a schedule which wound down his distribution centers early (starting about 4 APR 01) he has not provided that yet. He states he is "too busy trying to get paid by DSCP.". Our plan was to move those Lonestar sites up in the transition schedule from June to that April timeframe.

The rest of the story is not as clear. Apparently in Steve's normal discussions with some Lonestar sites, United's service is as good as it ever was (i.e. LTC James Riley at WBAMC). He acknowledges a couple sites appear to be suffering, but most are fine with it. He has details of who this is, but I am sure we already know the victims! Steve talks with this guy a couple times a week. Bandy is always very pleasant with Steve and based on a conversation a day or two ago we may get some schedule concession from him in the next few days. When we do, we will work with DSCP to make every effort to transition those sites as soon as possible. I will let you know as soon as we hear anything from him at all.
R/

Daryl

Daryl R. Visser
Sustainment Manager
JMLFDC Fort Detrick
Voice (301) 619-3979
Fax (301) 619-3945

**From:** Charalabidis, John
**Sent:** Friday, January 19, 2001 1:25 PM
**To:** Cuorato, John; Polimeni, Anne; Flatley, Linda
**Subject:** FW: United Medical

To all,

We are waiting for further documentation and will proceed accordingly when we get it.

John Ch.

-----Original Message-----
From: Galligan, Donna
Sent: Friday, January 19, 2001 10:55 AM
To: Charalabidis, John
Subject: RE: United Medical

John,

This is the information I have on United Medical. Anthony Amendolia has also been working with them. He may have some additional information to share.

We currently have invoices worth $284,000 in-house that we owe payments to United ($111,000 beyond 15 days). There is also an additional $6600 of unliquidated obligations that we have notified United about and asked them to re-invoice for this money. Anthony Amendolia sent Megan at United a listing, but so far I have not seen any re-invoicing for these. Anthony has also asked Megan on numerous occasions for them to provide us with a listing of call numbers that they show we owe them payments on so we can research, but they have not responded with any information.

-----Original Message-----
From: Cuorato, John
Sent: Friday, January 19, 2001 8:45 AM
To: Rogers, Roslyn; Charalabidis, John; Galligan, Donna
Subject: FW: United Medical
Importance: High

Please get me up to speed on any payment problems with United asap. Thanks.

John C.

-----Original Message-----
From: McManus, Stephen
Sent: Thursday, January 18, 2001 4:43 PM
To: Cuorato, John
Subject: FW: United Medical
Importance: High

John -

Anything you can tell me about United Medical bill paying? Also, if you have any more words on the $150K, obviously this is still open too. I was hoping COL Mervis had closed it. I think in the end we will have to give him the money, but I would like to make sure we get our money's worth.

Steve

-----Original Message-----
From: Magee, George, COL, OASD(HA)/TMA [mailto:George.Magee@tma.osd.mil]

**From:** Riley, James D LTC WBAMC [James.Riley@AMEDD.ARMY.MIL]
**Sent:** Thursday, November 30, 2000 2:55 PM
**To:** Hasting, Steve R Mr JMLFDC; Riley, James D LTC WBAMC
**Cc:** Flatley, Linda
**Subject:** RE: United Visit

Steve

Bill gave me this list and I offered my "recommendations" based on the least overall cost to him for the reminder of the contract. He may send you my recommendations. He is a Swing Shift person so you probably should hear from him next week....

I will nudge him once more if you do not hear by Tuesday or Wednesday if you like.

jim

Linda/Steve....

A word for talking with these guys. Treat them with respect, they worked hard to get where they are in life. Assume they want to support the military, many served with distinction or lost family in times of conflict.... & Visit them.... shows we care.

-----Original Message-----
From: Hasting, Steve R Mr JMLFDC
Sent: Thursday, November 30, 2000 12:34 PM
To: Riley, James D LTC WBAMC
Cc: 'Flatley, Linda'
Subject: RE: United Visit

LTC Riley,

Of course, DMLSS has no preference with the conversion order. We would like to see everyone come out a winner in this process, 1) good fill rate for the customer right up to the transition date, 2) not sticking UMS with unsaleable inventory, and 3) ensuring UMS gets paid for all products delivered. Sounds like you want the same. I sent Bill Bandy the following list of Customers and available conversion dates. Would you like to suggest a conversion schedule to Bill that makes sense for both DoD and UMS?

CUSTOMERS
Ft Sam Houston (Brooke AMC)
Ft Bliss (William Beaumont AMC)
Ft Hood (Darnall)
Ft Sill (Reynolds)
Tinker AFB
Sheppard AFB
Kirtland AFB
Holloman AFB
Dyess AFB
Cannon AFB
Altus AFB
Radolph AFB
Goodfellow AFB
Vance AFB
Brooks AFB
Laughlin AFB
AFMLO/OL2
147th MedLogBn



DSCP-UMS-0405

AVAILABLE CONVERSION DATES
April 5
April 6
April 10
April 11
April 12
April 13
April 19
April 20
April 23
April 24
April 26
April 27
April 30
May 1
May 2
May 3
May 4
May 7
May 8
May 9
May 10
May 11

R/ Steve Hasting
301-619-3995
DSN 343-3995

-----Original Message-----
From: Flatley, Linda [mailto:paa3209@dscp.dla.mil]
Sent: Thursday, November 30, 2000 7:45 AM
To: Charalabidis, John; 'Hasting, Steve'; Galligan, Donna; Jennings, James
Cc: Dillard, Roy; Bynum-Tillman, Marherlia; Polimeni, Anne; Amendolia, Anthony
Subject: FW: United Visit

Steve Hasting and Jim Jennings,
A heads-up on LTC Riley's recommended transition - I presume this reflects the way Mr. Bandy is thinking. We still have not received anything official from Mr. Bandy.

Donna Galligan (and John Charalabidis),
I know Donna has worked United's claim of non-payment many times with Greg. Please review United's current payment status with John and see if there is anything we need to do. If you need to get in touch with LTC Riley, let me know and I will get his phone number.

Linda F.

-----Original Message-----
From: Riley, James D LTC WBAMC [mailto:James.Riley@AMEDD.ARMY.MIL]
Sent: Thursday, November 30, 2000 7:01 AM
To: 'Flatley, Linda'
Subject: RE: United Visit

Linda

This is a cut and paste.. you should find it of some interest though... more later...
DUE to Mr. Bandy's huge transport costs and my crazy intrasit problem I am recommending United drop WBAMC first in April. I know it does not follow

the plan... but it is the right thing to do.

Here it is.....

Jim

As I am sitting here in my little EPP, I thought I could tell you about the interesting discussions I had with Mr. Bandy at United. We had two meetings both lasting 2-3 hours each. He was very friendly and seemed happy that "we" had dropped by.

Here is a recap of our discussions.

1. He is eager to make the transfer as soon as MEDCOM/Philly can arrange it. The dates in late April and early May are acceptable. He would be willing to move them up even faster if desired.

2. He will not, under ANY circumstances sign an extension to the existing contract. He is not being obstinate and he explained the reasons very soundly. Simply put: He would bankrupt his company. Let me try and explain it to you.

a. Each day he "borrows" funds from the bank to "pay" for his accounts payable. The bank will lend him 80% of the "Accounts Receivable" from the day before. He is slightly hampered from his MILITARY customers due to Accounts Receivables being UNPAID by the OPLOCs in a timely manner. WBAMC has the largest amounts of these above 60 days ($80K+). I will have Cpt Crockett-Lynn work on them hard, but the OPLOC is the problem. BAMC has the lowest Accounts Receivable backlog. Each time an OPLOC fails to pay him within the 10-30 days the contract specifies, he can borrow less from the bank to order and keep his shelves full. He says he has requested relief from Philly a number of times on his Accounts Receivable, but no solution to this problem has been made. Bottom line, THE US Government IS NOT HONORING THE CONTRACT. He mentioned no one besides me has ever visited him (this being my second trip) and he hopes to get these payments resolved before the conversions. I think we ought to find someone to honcho this for him and get him paid. I also think we ought to consider raising the DOS about 5 days at the MTF level 60 days prior to conversion to ensure we do not run out of stock as he attrites his levels. On the side, I also visited Bindley-Western. Actually it was nostalgic to actually see warehouses full of supplies like in the old days. One thing for sure, the US Army did transfer a lot of risk to the PVs for storage, but with only a 22 day supply I feel at risk for surge now.

b. He places his orders on a 42 day cycle. Twenty-two days for himself and 20 days per MTF. The problem with excessive DUE-OUTS at the MTFs seem to stem from erratic ordering patterns from hospital to hospital. For example, a hospital will set a pattern for months at 3 ea., then go two months without ordering the item at all and then order 2-3 times (of 4-6 each) in the same month. This of course will exhaust all of his stock on a single customer and thusly will impact everyone. As I look at the system, it seems the first customer will get his order filled and all the rest will get killed or due-out. There does not appear to be a automated break to stop this pattern breaking.... to limit the erratic customer. A couple of the smaller MTFs (AF/Navy incl) seem to also throw off the cycle far more than you'd expect. I will fax you the data he provided.

c. When he orders he "pays retail" for his purchases, but because of the contract that Linda manages is able to secure "DEEP DISCOUNTS" from hundreds of his manufacturers who have copies of the contract from "REBATES" or "DAPA pricing" built within the contract. The billing goes like this: He orders 1 ea. of something at $100.00. The manufacturer will bill him $100.00. He attaches the MED-SURG contract bill to the invoice that says; "30% off retail or DAPA" and he pays $70.00. Sometimes it works and the bill is invoiced at $70.00 and sometimes it doesn't which causes him to go to "CREDIT-HOLD" until the bill is paid or issue resolved. An interesting example is ALaris which gives him 70% off retail. The amount of Alaris

products the region uses will cause him MAJOR TRAUMA if Alaris fails to pay on the contract extension. The REAL ISSUE is he is dealing with hundreds of manufacturers and companies that all have the contract in their hand with an expiration date of 31 May 2001. To get mods out there to hundreds of activities and ensure he gets paid for the DAPA/rebates is TOO RISKY for him. He doesn't trust the government to pay him on-time (and we haven't) and knows he will not get relief after May (I agree). Frankly looking at his accounts receivable, I do not blame him at all.

d. I might note that he does more dollar volume and monthly business with the civilian University Hospital in San Antonio than with ALL MILITARY accounts combined. So he is really at no risk at conversion unless we do not pay him.

I am recommending that we adjust the changeover to make it easy to "CLEAN UP" this mess from both ends. As a result of my observations, I suggest we convert MTFS in the following order due to the risk of contract transfer.

a. WBAMC first. We are his second largest MTF and have the longest transport chain to fill orders. We also have the highest Accounts Receivable mess to fix so the "extra" time between conversion and contract termination will·help both the military and the contractor get their accounts squared away.

b. ALL NAVY & AF MTFs next. They seem to have the greatest need and although volume is low, their ordering patterns are the most erratic and they have a higher than normal intrasit rate.

c. Smaller Army MTFs with long transport times and then Ft Hood. Ft Hood with the third largest volume has the second lowest risk because they are dead center on both of his main DCs (warehouses).

d. BAMC last. His largest customer and he supports them directly from his warehouse in San Antonio. His transport cost is low. Their intrasits are under control. He can consolidate stock their that may be unusable to his civilian customers and they have a robust staff compared to other MTFs that will have to clean up their accounts with OPLOC in shortest time.

I will chat with you later... let me see how the power outage is coming along.

jim

-----Original Message-----
From: Flatley, Linda [mailto:paa3209@dscp.dla.mil]
Sent: Thursday, November 30, 2000 4:46 AM
To: 'Riley, James D LTC WBAMC'
Subject: United Visit

LTC Riley,

On a separate topic: COL Fletcher told me you were going to drop in unannounced to Mr. Bandy's office to discuss performance issues. I know Mr. Bandy has a lot of personal respect for you, as he has implied to me that you are one of the few Gov't persons that he really thinks is fair.

How did the meeting go? Anything you want to share?

Is there anything you want or need us to do as a follow-up?

Linda F.



DSCP-UMS-0408

**From:** Wentzel, Greg
**Sent:** Friday, July 14, 2000 3:50 PM
**To:** Flatley, Linda; Amendolia, Anthony; Galligan, Donna; Rogers, Roslyn
**Subject:** RE: PRIME VENDOR - JUNE 00

I spoke to Mr. Bandy, United Medical, about the alledged $750,000. He suggested that it was more in the $650,000 range. I advised him that as of the end of June, we were showing about $6000 in delinquent invoices, and that the ULOs awaiting invoicing totalled only $54,626. His AR clerk, Megan, claims that she has confirmations for the 810 EDI transactions corresponding to this last batch of ULOs - the implication being that they are invoicing and the invoices are being lost in our system.

I asked Megan to email me the confirmation data and that I would have our EDI folks check to see how our system could have confirmed receipt and then not processed the invoices.

I also asked that Megan email me invoice #, call numbers, and dollar amount for the top 10 accounts receivable that they were carrying against our contract. I promised Mr. Bandy that I would research and get back to him on how and why he was showing these as not paid, while we had no record of them being owed. Based upon what I found, I indicated that we might be able to determine how to proceed with reconciling his figure $650,000 with our figure - $6000.

Mr Bandy will simply not be mounting his palomino and riding off into the sunset at the end of his contract. We better have a very clear and convincing accounting of the status of United's accounts receivable.

Greg

-----Original Message-----
From: Flatley, Linda
Sent: Thursday, July 13, 2000 8:21 AM
To: Wentzel, Greg
Subject: FW: PRIME VENDOR - JUNE 00

-----Original Message-----
From: Amendolia, Anthony
Sent: Wednesday, July 12, 2000 4:07 PM
To: Flatley, Linda; Kennedy, Donna; Nicolucci, Andrea
Subject: FW: PRIME VENDOR - JUNE 00

Isn't this interesting...

-----Original Message-----
From: Molinar, Oscar A WBAMC [mailto:Oscar.Molinar@AMEDD.ARMY.MIL]
Sent: Wednesday, July 12, 2000 3:47 PM
To: 'aamendolia@dscp.dla.mil'
Subject: PRIME VENDOR - JUNE 00

Anthony,

Greetings, hope all is well in your neck of the woods.

I have bad news.

**From:** Rees, Margaret [paa3050@exmail.dscp.dla.mil]
**Sent:** Tuesday, July 06, 1999 7:57 AM
**To:** Gatica, Al; Falls, Christopher; Donald LTCol Butterworth; Flatley, Linda; Gunn, Florence; Charalabidis, John; Rees, Margaret; Ostermann, Len; Polini, Geneva; Carfagno, Ronald; Rogers, Roslyn; Wentzel, Gregory
**Subject:** FW: Mecater 28 JUNE - 1 JULY

for anyone who has been following this mess, the new translator failed again. Maggie

> -----Original Message-----
> From: McCarthy, Thomas
> Sent: Friday, July 02, 1999 11:19 AM
> To: Wellens, Bud
> Cc: Bachich, Anthony; Boyle, John; Rees, Margaret; Brukiewa, Ted;
> Simpson, John; Andrews, Donald; Coyne, Brian; Badame, Rose Marie; Liller,
> Phil Col; Boyle, John
> Subject: RE: Mecater 28 JUNE - 1 JULY
>
> We are aware that nothing has processed due to Mercator FTP failures all
> week. They are not lost but queued. We can't even hand jam them over to
> the mainframe because the FTP just hangs. It may be an NT to Mainframe
> problem. We are working that with DSDC NT experts. In the meantime we
> are trying to get the Mercator NT files converted to UNIX and then FTP the
> UNIX files to the mainframe in order to get the invoices in. It will also
> help diagnose whether it is truely an NT environment problem or Mercator
> scripts. This problem is our number one priority to fix.
> Tom
>
> -----Original Message-----
> From: Wellens, Bud
> Sent: Friday, July 02, 1999 10:22 AM
> To: McCarthy, Thomas
> Cc: Bachich, Anthony; Boyle, John; Rees, Margaret; Brukiewa, Ted;
> Simpson, John; Andrews, Donald
> Subject: Mecater 28 JUNE - 1 JULY
>
> It does not appear that anything has processed for Medical into SAMMS. I
> am not sure about C&T. I do know that resubmiision of 20 MAY 1999 Mckesson
> invoices by the vendor ( ISA control number 000003450 ), Owens
> resubmission of 16 June invoices that rejected because of cage ????? ,
> Chicago Optical invoices sent, sent, sent. and resent again on 30 June,
> and Industrial Drugs third submission of 60 invoices again at 4:30 PM on
> 30 June have not been received. Both Chicago and Industrial confirmed with
> their vans that the invoices were waiting for pickup. PLEASE at least
> resovle Chocago and Industrial as some as possible. It's two months since
> Chicago has been able to invoice. Bud



DSCP-UMS-0591

**From:** Rees, Margaret [paa3050@exmail.dscp.dla.mil]
**Sent:** Friday, July 02, 1999 8:21 AM
**To:** Gatica, Al; Falls, Christopher; Donald LTCol Butterworth; Flatley, Linda; Gunn, Florence; Charalabidis, John; Rees, Margaret; Ostermann, Len; Polini, Geneva; Carfagno, Ronald; Rogers, Roslyn; Wentzel, Gregory
**Subject:** FW: MEDICAL INTEREST BEARING INVOICES

list of contract numbers.xls    Medical PV Interest Bearing In...

\> -----Original Message-----
\> From: Bird, Sara
\> Sent: Thursday, July 01, 1999 4:21 PM
\> To: McManus, Stephen; Rees, Margaret
\> Subject: FW: MEDICAL INTEREST BEARING INVOICES
\>
\> Guys,
\> We have a terrible problem where we don't have the invoices because the
\> translator "ate" them, but we have these invoices for $9m and we can't
\> seem to get them processed?! Specifically, in pharmaceuticals, what is
\> the problem with Bindley Western in the National Capitol Region? There
\> are several millions of dollars outstanding and they're old. We owe them
\> so much money I'm surprised they haven't cut us off. Please tell me what
\> is going on. Tomorrow morning after the surcharge meeting, please. We
\> haven't lost any facilitators have we? Sally
\> -----Original Message-----
\> From: Wellens, Bud
\> Sent: Thursday, July 01, 1999 4:08 PM
\> To: Bird, Sara
\> Cc: Boyle, John
\> Subject: MEDICAL INTEREST BEARING INVOICES
\>
\> Sally: It is getting worse.There are now 1734 interest bearing invoices
\> valud at $ 9 Million. During June 1999 pd $ 47,593.31 interest. This is
\> more than all past FY's , except fy 98 were we pd $ 89,000. FYTD Medical
\> SAMMS interest is $ 186,988.67. On 30 September 1998 there were 280
\> interest bearing invoices valued at $1.5 Mil. It appears that something
\> has changed.
\>
\> -----Original Message-----
\> From: Pringle, Toron
\> Sent: Thursday, July 01, 1999 3:24 PM
\> To: Wellens, Bud; Galligan, Donna
\> Cc: DiTomo, Gus; Morris, Anne
\> Subject: EI
\>
\> FYI <<list of contract numbers.xls>> <<Medical PV Interest
\> Bearing Invoices.xls>>



DSCP-UMS-0624

**From:** Rees, Margaret [paa3050@exmail.dscp.dla.mil]
**Sent:** Thursday, July 01, 1999 4:14 PM
**To:** 'Amendolia, Anthony'; 'Flatley, Linda'; 'Polini, Geneva'; 'Wentzel, Gregory'
**Subject:** FW: UNITED MEDICAL

-----Original Message-----
From: Bird, Sara
Sent: Thursday, July 01, 1999 4:03 PM
To: Boyle, John
Cc: Rees, Margaret; McManus, Stephen
Subject: FW: UNITED MEDICAL

Jack,
We certainly appreciate the extraordinary efforts Bud Wellens and your office have made to shore up our failing electronic invoicing system. Perhaps after today, we will get the attention from the IT folks that we all have been demanding. As you personally may not be aware, United Medical is a small, minority owned distributor. We can't afford the adverse publicity nor the deterioration of service to our Texas customers if they are unable to pay their bills and are cut off from their suppliers. Their cash flow is very tight. If you can help get them the money they are owed, we'd be grateful. See the series of emails below.

As you may know we are resoliciting the pharmaceutical contracts right now and will begin the med-surg later this year. We have established a reputation for reliability in paying our bills. Our low distribution fees are for the most part dependent on cash management. These problems have set us back with the industry. I suppose we can call it the first casualty of Y2K. Sally

> -----Original Message-----
> From: Wellens, Bud
> Sent: Thursday, July 01, 1999 1:25 PM
> To: Wentzel, Greg
> Cc: Galligan, Donna; Rees, Margaret; Polini, Geneva; Boyle, John
> Subject: RE: UNITED MEDICAL
>
> They will have to wait in cash mgmt for 15 days. I can't be moving up over
> 10,000 payments for the numerous vendors with problems. Bud
>
> -----Original Message-----
> From: Wentzel, Greg
> Sent: Thursday, July 01, 1999 1:07 PM
> To: Wellens, Bud
> Cc: Galligan, Donna; Rees, Margaret; Polini, Geneva
> Subject: RE: UNITED MEDICAL
>
> Bud,
> We provided United a list consisting of 266 ULOs valued at $364,897.96.
> All were established prior to 4 June. I used
> that cutoff on the presumption that if it hadn't expended by now, it
> wasn't going to. They are going to retransmit and
> provide me with the invoice #'s and transmission date.
>
> Once received, and presuming that they make it thru the translator, what
> can be done to forego having them sit in
> cash management for 15 days??