>
> With the $79K that was paid out to United yesterday, the total payments
> for June are $848K. Unless I'm way off base
> in my figuring, The 364K in ULOs should make up the shortfall that United
> experienced in May and early June payments.
>
> Greg
>
> -----Original Message-----
> From: Wellens, Bud
> Sent: Thursday, July 01, 1999 12:31 PM
> To: Wentzel, Greg
> Cc: Boyle, John; Brukiewa, Ted; Galligan, Donna; Rees, Margaret
> Subject: UNITED MEDICAL
>
> Greg: I faxed Donna a list of all open ULO's as of 30 June 1999.
> There are 207 awards , valued at $ 273,770 , which have not pd. Either the
> invoice became interest bearing, or the invoices were not processed as a
> result of the ongoing problems. Determine if the obl is valid and the
> invoice didn't fall off the wheel. If so, suggest having United reinvoice.
> Chances of finding the old ones is slim as time passes. Lets try to put
> this behind us in the most expeditious manner. Bud

**From:** Rees, Margaret [paa3050@exmail.dscp.dla.mil]
**Sent:** Monday, June 21, 1999 1:18 PM
**To:** 'Flatley, Linda'; 'Polini, Geneva'; Garvin, Kathleen
**Subject:** FW: FYI

> -----Original Message-----
> From: Wellens, Bud
> Sent: Monday, June 21, 1999 1:08 PM
> To: Wentzel, Greg; Coyne, Brian
> Cc: Brukiewa, Ted; Rees, Margaret; Galligan, Donna; Amendolia, Anthony;
> Polini, Geneva; Boyle, John
> Subject: RE: FYI
>
> Greg: I revived the examples you provided. GU40 AND 49 are in cash mgmt
> waiting to be pd. GT57, GT67, GT78 show a transation date prior to
> mecater. I do not see these invoices in the segment listings. However, the
> MVS translator blew out on 12, 13, and 14 May 1999 and it is possiblbe
> that these invoices were there, but not restored by O. I suggest that you
> have United invoice these orders. I show no records in Mecater segment
> listing for GT78,GT95, and GU35. Brian please see if you can find these.
> Note that non of this is my doing. Prior to Mecater these type problems
> did not exist. Suggest letting Brian to his research, restore if he finds
> them, and wait to month end so we have an updated ULO list with June
> information. Then make a determination as to what to do. Bud
>
> -----Original Message-----
> From: Wentzel, Greg
> Sent: Wednesday, June 16, 1999 4:47 PM
> To: Wellens, Bud
> Cc: Brukiewa, Ted; Rees, Margaret; Galligan, Donna; Amendolia, Anthony;
> Polini, Geneva
> Subject: RE: FYI
>
> Bud,
>
> We do have almost 60 aging invoices from United Medical totaling over
> $108,000. We always seem to have
> that issue with United and the customers in the Lonestar Region. But that
> is not the issue that concerns us
> here. We still believe, despite claims to the contrary, that many of our
> PV 810s were not recovered and
> successfully processed thru the translator and into SAMMS. For example,
> we now have somewhere in the
> neighborhood of 300 customer ULOs awaiting United Invoices. That's an
> awful lot of customer receipts without
> accompanying invoices. I've listed below a small sample of customer
> obligations amounting to big money
> from the point of United Medical. I gather that the last 3 might still be
> in cash management, but the first 5?
> We just pulled out some of the big ones, there are plenty more.
>
>
> Inv. Trans. dte Inv. # Obl. date $
> Value Call #
> 5/10/99 71320913 5/13/99
> 16,947.46 GT57
> 5/14/99 71360512 5/21/99
> 28,114.57 GT67
> 5/14/99 71397075 5/22/99
> 17,067.55 GT78
> 5/20/99 71473540 5/26/99

> 16,637.60 GT95
> 5/27/99 71569702 5/31/99
> 17,331.44 GU18
> 6/3/99 71646975 6/9/99
> 21,211.38 GU35
> 6/4/99 71664549 6/10/99
> 16,171.50 GU40
> 6/8/99 71702125 6/12/99
> 17,829.63 GU49
>
> Bud and Ted, I'm not trying to beat a dead horse, but I don't think that
> all the evidence supports the
> contention that this issue is resolved.
>
> Greg
>
>
>
> -----Original Message-----
> From: Wellens, Bud
> Sent: Wednesday, June 16, 1999 11:45 AM
> To: Wentzel, Greg
> Cc: Brukiewa, Ted; Rees, Margaret
> Subject: FW: FYI
>
> Her is part of the problem. Bud
>
> -----Original Message-----
> From: Pringle, Toron
> Sent: Wednesday, June 16, 1999 10:51 AM
> To: Wellens, Bud
> Cc: Blais, Antoinette
> Subject: FYI
>
> Pacific Criticare United Medical Supply Co Inc
> SP020096D7116 SP020097D7133
> 1 invoice 51 INVOICES
> TOTAL- 110.00 TOTAL- 70,350.00
> TORON

**From:** Rees, Margaret [paa3050@exmail.dscp.dla.mil]
**Sent:** Tuesday, June 15, 1999 10:39 AM
**To:** 'steve.hasting@ftdetrck-ccmail.army.mil'; 'Amendolia, Anthony'; 'Flatley, Linda'; 'Polini, Geneva'; 'Wentzel, Gregory'
**Subject:** RE: Follow Up

yes- we are actively working this issue. results from a move to a new translator and has screwed up subsistence, medical and c&t invoicing. we think we are coming out of it now. Mr. Bandy is one of our priorities. we have paid him quite a bit in last week. Maggie

-----Original Message-----
From: steve.hasting@ftdetrck-ccmail.army.mil
[mailto:steve.hasting@ftdetrck-ccmail.army.mil]
Sent: Monday, June 14, 1999 6:26 PM
To: mrees@dscp.dla.mil
Subject: Follow Up

Maggie,

In the conference call last week, Bill mentioned that he couldn't comply with the contractual requirement to implement DAASC VAN EDI because DSCP was about $1,000,000 in arrears, with $500,000 over 15 days. Do you know what this payment problem is all about?

Thanks

Steve

______________________________ Forward Header ______________________________

Subject: Follow Up
Author: <Wpbandy@aol.com> at Internet-Mail
Date: 06/14/1999 3:51 PM

Steve,

Unfotunately, I have misplaced your telephone number, but I would like to visit with you concerning the payment prblems I am having with the DOD. The situation has become increasingly critical and the people at DSCP, although well meaning, seem to be totally incapable of getting anything done about it.
By critical, I mean that their continued inability to meet contractual payment terms is threatening the very existence of United Medical.
Meanwhile,
we continue to meet our obligations to service the facilities properly.

If I need to contact someone else, please let me know. My number is 800-333-2733, and I am here in the office until at least 9:00 every night.
Thanks for your help.

Bill

**From:** Miraglia, Anthony
**Sent:** Monday, June 07, 1999 11:06 AM
**To:** Wellens, Bud; Bachich, Anthony
**Subject:** RE: United Medical Supply Co. Invoicing

I feel like a little kid going "NANANANANANA".

I agree with what you are saying Tony. That's why we generate the YPM transactions, so we can create the D7_, in turn generating a sale and billing the customer. Some of my people were confusing the posting of shipment via the YPM with receipt of the invoice.

So, to clarify once and for all, the YPM posts shipment **only**, not receipt. And posting of this shipment in no way means we received an invoice from the vendor. However, once we receive the invoice, receipt will then be posted in the ACF. If however, the invoice is in house (on the wheel) before we create the ACF, both shipment and receipt will be posted at the same time.

Correct????

---

**From:** Wellens, Bud
**Sent:** Monday, June 07, 1999 10:26 AM
**To:** Miraglia, Anthony
**Subject:** FW: United Medical Supply Co. Invoicing

-----Original Message-----
**From:** Bachich, Anthony
**Sent:** Monday, June 07, 1999 10:23 AM
**To:** Wellens, Bud
**Subject:** RE: United Medical Supply Co. Invoicing

Everyone is correct!

The YPM does post shipment data only; however in the case of a DVD, the posting of shipment (and/or the posting of an expenditure, whichever happens first), causes the generation of both a D7 transaction (which creates the sale and subsequently a billing record) and a D4 transaction( which when processed, does post the receipt date). This has always been my understanding, unless things have changed.

TB

-----Original Message-----
**From:** Wellens, Bud
**Sent:** Monday, June 07, 1999 10:14 AM
**To:** Bachich, Anthony
**Subject:** FW: United Medical Supply Co. Invoicing

Arn't I correct.

-----Original Message-----
**From:** Miraglia, Anthony
**Sent:** Monday, June 07, 1999 8:31 AM
**To:** Wellens, Bud
**Subject:** RE: United Medical Supply Co. Invoicing

Bud,

I beg to differ, but the YPM transaction posts shipment only. That is its intended purpose in SAMMS. We create a report out of every Procurement cycle that shows YPM transactions created in that cycle. I can show you examples that only shipment is posted. I think with the majority of our PV orders, the invoice is already in house by the time we obligate the ACF, therefore, both shipment and receipt will be posted. But if that invoice has not



DSCP-UMS-0639

been received, the DIC YPM will only post shipment.

---

**From:** Wellens, Bud
**Sent:** Monday, June 07, 1999 7:47 AM
**To:** Miraglia, Anthony; Brukiewa, Ted
**Cc:** Matlack, Randy; Galligan, Donna; Wentzel, Greg; Perez, Joseph
**Subject:** RE: United Medical Supply Co. Invoicing

When an item is DVD the YPM will result in postimg of both ship and receipt. The receipt results in the generation of the sale.United apears to be resolved as of this moment. Who knows what will happen tommorow.

-----Original Message-----
**From:** Miraglia, Anthony
**Sent:** Monday, June 07, 1999 7:11 AM
**To:** Brukiewa, Ted
**Cc:** Matlack, Randy; Galligan, Donna; Wentzel, Greg; Wellens, Bud; Perez, Joseph
**Subject:** RE: United Medical Supply Co. Invoicing

Ted,

I saw Brian's response and assume this problem has been corrected. Anyway, in the Medical Prime Vendor process, shipment, not receipt, is automatically posted in the ACF via generation of a DIC YPM transaction that is created out of our unique BIDS processes. Receipt is posted based on invoice processing. I will talk to Bud and try to clarify what he is referring to.

***Anthony Miraglia***
**DSCP MRIN**
**DSN 444-5537 COM (215) 737-5537**
**FAX 5780 / 5555**
**Email: amiraglia@dscp.dla.mil**

---

**From:** Brukiewa, Ted
**Sent:** Tuesday, June 01, 1999 9:25 AM
**To:** Wentzel, Greg; Galligan, Donna; Perez, Joseph
**Cc:** Rees, Margaret; Garvin, Kathleen; Simpson, John; Coyne, Brian; Wellens, Bud; Dabrowski, Chester; Matlack, Randy; Miraglia, Anthony; Flatley, Linda; Fowler, Michael; Parker, Hermon
**Subject:** RE: United Medical Supply Co. Invoicing

Greg,

When you and Donna identified the problem to me, I informed Brian Coyne immediately. Brian checked, and reported back to me that all the companies he had up were working fine. That's when I enlisted Chester's help to see if there was a visibility problem on our end. Based on some indicators that appear in the ACF, which we believed show dates when an invoice is received, it was felt that invoices were in fact being received, but that our visibility of these invoices had been disturbed somehow. At this point, Operations was still in the process of moving companies to the new (Mercator) translator, so I thought this was what happened. Unfortunately, both Randy Matlack and Anthony Miraglia were in Columbus, and I could not verify this belief, so we went with it.

When Anthony came back, he talked to Donna, and then told me that we were wrong, there was nothing wrong with the invoice view, and that we were half wrong on the ACF indicators, that the PV process puts in the shipped date, and that the invoice receipt puts in the received date. But that still left me believing that the invoices had been received, just not seen by us. On Thursday, when Bud identified the problem, I walked over to talk to him. He told me that both dates are put in by the PV process, and therefore, we have no visibility of the receipt of an invoice, except via the invoice view, once again leading me back to Randy / Anthony. Randy was gone, Anthony on vacation. Brian was aware of the problem at this point, via Bud, and working on a solution. When all the individuals mentioned are in one place at one time, I, so this won't happen again, will try to find out just how this process works.

John invited you to call him directly with any future invoice problems, I would prefer that this not happen. I spent quite a bit of time last week involved in trying to find out just what was going on, in

gathering information, and in trying to make sure everybody knew what was transpiring. It would be better if this office was the one place to be able to find out just what is going on. I have copied just about everybody who has been involved in this process, because I still might not have the story right. I informed Pharmaceuticals of this problem, and asked them to keep a lookout for anything unusual with PV invoices.

There are many contributing factors to this dilemma, and I would like to be able to state that everything is under control, but at this point stuff is still happening. I know that Operations is working real hard to try to move all EDI companies to the new (Mercator) translator. They have examples over there (Bldg. 36) where they have had a company moved, operational, then a change occurred that screwed up the move. In most cases, it's the company that has caused the problem. I will request, from Brian, a list of which companies are on the new translator, and which still need to be moved. I will also ask that as soon as something happens involving any of our firms, that we be informed. I will do my best to keep everyone informed as to problems, and solutions to those problems, apparently resulting from the move to the new translator. Please feel free to forward this on to anyone I may have missed.

Thanks,

Ted Brukiewa

CHIEF
INITIATIVES BRANCH

Phone: 215-737-2183
(DSN) 444-2183
FAX: 215-737-5555
(DSN) 444-5555
e-mail: tbrukiewa@dscp.dla.mil

-----Original Message-----
**From:** Wentzel, Greg
**Sent:** Tuesday, June 01, 1999 7:23 AM
**To:** Brukiewa, Ted; Galligan, Donna; Perez, Joseph
**Cc:** Rees, Margaret; Garvin, Kathleen
**Subject:** FW: United Medical Supply Co. Invoicing

Ted, Joe, Donna: Note below. When would start seeing the invoices in the Invoice View? Are the missing invoices
retreivable, or do our PVs have to resubmit? Does anyone know? Ted I have to presume that Simpsons people really
did know about this weeks ago, and my email to Wellens was not the first wake up call!

Greg

-----Original Message-----
**From:** Simpson, John
**Sent:** Friday, May 28, 1999 1:52 PM
**To:** Wentzel, Greg; Coyne, Brian
**Subject:** RE: United Medical Supply Co. Invoicing

Greg: We'll have this fixed first thing Tuesday! In the future, please send email or call Mr. Coyne directly at X8257 when you encounter an EDI invoice problem. The sooner we know about it the better!

John

-----Original Message-----
**From:** Wentzel, Greg
**Sent:** Friday, May 28, 1999 12:28 PM
**To:** Wellens, Bud
**Cc:** Rees, Margaret; Simpson, John; Boyle, John; Garvin, Kathleen; Brukiewa, Ted; Galligan, Donna; Amendolia, Anthony
**Subject:** United Medical Supply Co. Invoicing

**Importance:** High

Bud,

This is to confirm our fonecon of this AM. Using historical sales data as a basis, the interruption in the 810
processing routine since 17 May has already delayed payments to United on the order of $375,000. This
firm (a small business) cannot absorb even a temporary loss of this magnitude without serious risk to its
financial viability. In the event that the systems issues are not resolved by 1 June, we will have no option
but to initiate requests for manual payments by DFAS. We understand that this is inefficient, resource intensive,
and costly, but we cannot be put in a position of contributing to the failure of United Medical due to issues
that currently appear to rest solely with the government.

If required, I would appreciate your supporting this action and coordinating with the appropriate DFAS
functionals to ensure immediate attention.

Thankyou for your assistance,

Greg Wentzel
Med/Surg PV Customer Support Section
Med/Surg Products CBU
Directorate of Medical Materiel

***Anthony Miraglia***
**DSCP MRIN**
**DSN 444-5537 COM (215) 737-5537**
**FAX 5780 / 5555**
**Email: amiraglia@dscp.dla.mil**

\>
\> Dallas Lighthouse for the Blind - These guys have a contract, and
\> want to test EDI Phase II. They fall under NIB. We have been trying
\> quite some time to get a NIB or NISH company up, but because of the
\> Mercator move, your guys have not been able to get a test out to them.
\> They keep calling, and I keep putting them off. Once again in the old
\> (before Mercator) days, your guys would have duped a test, set up the
\> profile, and we would have been able to go live.
\>
\> There are some others problems that are occurring, not necessarily
\> connected to the Mercator translator, but impacted by your guys being tied
\> up in this area. It seems that some of the files that we depend on are
\> not being updated. We have a process, called the EDI Tracking System
\> (EDITS) that we rely on to monitor EDI traffic and receipt. well, it
\> seems that there is inconsistent posting to that file, and, per Chester
\> Dabrowski, other warehouse type files. As a result, they have become
\> unreliable. The posting to these files was something that some of your
\> people were involved in. So now, our ability to ID problems to you has
\> been severely limited.
\>
\> Your people have managed to move some testing and EDI stuff for us,
\> when they get the chance. It's just that they are all so involved with
\> the Mercator effort, the other areas are slipping. This all needs to be
\> recorded as "Negative Impact" of the Mercator move, and should be
\> considered when developing those "Gentran Shutdown" dates.
\>
\> As always, if there is anything we can do to help your guys out, let
\> us know.
\>
\> Thanks,
\>
\>
\>
\> Ted Brukiewa
\>
\> CHIEF
\> INITIATIVES BRANCH
\>
\> Phone: 215-737-2183
\> (DSN) 444-2183
\> FAX: 215-737-5555
\> (DSN) 444-5555
\> e-mail: tbrukiewa@dscp.dla.mil
\>



DSCP-PV-5131

**Kennedy, Donna**

OH lm

**From:** Flatley, Linda
**Sent:** Wednesday, June 02, 1999 10:58 AM
**To:** Kennedy, Donna; Jennings, James
**Subject:** FW: MORE FRUSTRATION

-----Original Message-----
**From:** Wentzel, Greg
**Sent:** Wednesday, June 02, 1999 10:23 AM
**To:** Rees, Margaret; Flatley, Linda; Amendolia, Anthony; Polini, Geneva; Galligan, Donna; Brukiewa, Ted; Garvin, Kathleen
**Subject:** FW: MORE FRUSTRATION

More status on O&M, United, BBMC-Colonial Invoicing issues. United has supposedly been corrected. Working on O&M, and Colonial to follow. But note that the source of the problem alledgedly rests with the PVs???? Strange that these errors would crop up at the exact same time as the migration to a new translator.

-----Original Message-----
**From:** Wellens, Bud
**Sent:** Wednesday, June 02, 1999 10:13 AM
**To:** Wentzel, Greg
**Subject:** FW: MORE FRUSTRATION

fyi

-----Original Message-----
**From:** Simpson, John
**Sent:** Wednesday, June 02, 1999 10:11 AM
**To:** Wellens, Bud
**Subject:** FW: MORE FRUSTRATION

Did you get this update?

-----Original Message-----
**From:** Coyne, Brian
**Sent:** Wednesday, June 02, 1999 9:44 AM
**To:** Simpson, John
**Subject:** RE: MORE FRUSTRATION

John,
Owens&Minor are sending in incorrect ISA/GS information that is causing their 810's to bomb out. Don is working with them to get everything corrected. This is a problem at the Vendors end. Colonial is next, Don and Warren will look into this. United Medical's problem has been corrected. Again, the vendor was not sending in correct information in the CAD segment. We had to make an adjustment to the translator to correct this problem. Joe Kutza ran all their invoices through yesterday.

Brian

-----Original Message-----
**From:** Simpson, John
**Sent:** Wednesday, June 02, 1999 9:28 AM
**To:** Wellens, Bud
**Cc:** Coyne, Brian; Brukiewa, Ted; Boyle, John
**Subject:** RE: MORE FRUSTRATION
**Importance:** High

Brian: I suggest you get Warren working this issue immediately!

-----Original Message-----
**From:** Wellens, Bud
**Sent:** Wednesday, June 02, 1999 9:26 AM
**To:** Simpson, John
**Cc:** Coyne, Brian; Brukiewa, Ted; Boyle, John
**Subject:** FW:MORE FRUSTRATION

1627 MVS tranlator invioces picked up at 09:36:33 on 31 May 1999 did not process into SAMMS. Please let me know when you process. Who is minding the store. Also any satus on the united, Owens and Colonial issue. It is over 2 weeks since any of their invoices have processed.

-----Original Message-----
**From:** Wellens, Bud
**Sent:** Tuesday, June 01, 1999 8:56 AM
**To:** Simpson, John
**Cc:** Coyne, Brian; Boyle, John
**Subject:** FRUSTRATION

John: The MVS translator blew out on 12, 13, and 14 May do to space problems. It was resolved on 17 May. However, the Harbinger invoices from the 12 May pull and translator run at 10:43:56 did not get reprocessed. I found this out when a vendor called wanting to know why they were not pd, and spent 4 hourd researching the problem. Take action to reprocess these invoices and establish procedures to ensure that all invoices pulled are processed. I am the one who gets calls from upset vendors.Let me know when the invoices from the 12th are processed. Any resolutipon on Untited, Owens , and , Colonial. Bud

**Kennedy, Donna**

---

**From:** Flatley, Linda
**Sent:** Thursday, May 27, 1999 3:17 PM
**To:** Kennedy, Donna; Jennings, James
**Cc:** Steigerwalt, Nora; Dabrowski, Chester
**Subject:** FW: COLONIAL HEALTH MED SURG PV

Info only

-----Original Message-----
From: Rees, Margaret [mailto:paa3050@exmail.dscp.dla.mil]
Sent: Thursday, May 27, 1999 9:20 AM
To: Garvin, Kathleen; Brukiewa, Ted; Christopher Falls; Donald LTCol Butterworth; Flatley, Linda; John Charalabidis; Margaret Rees; Ostermann, Len; Polini, Geneva; Ronald Carfagno; Roslyn Rogers; Wentzel, Gregory
Subject: FW: COLONIAL HEALTH MED SURG PV

> -----Original Message-----
> From: Bird, Sara
> Sent: Thursday, May 27, 1999 8:42 AM
> To: Cuorato, John; Maunz, Carl; McManus, Stephen; Pilla, Louis; Rees,
> Margaret
> Subject: FW: COLONIAL HEALTH MED SURG PV
>
> fyi
>
> -----Original Message-----
> From: Boyle, John
> Sent: Thursday, May 27, 1999 8:06 AM
> To: Allen, George
> Cc: Bird, Sara; Badame, Rose Marie
> Subject: FW: COLONIAL HEALTH MED SURG PV
>
> George: I'm going to make one last try at this because I really think it
> is important. This conversion will not be done on time. We will lose some
> of our large electronic vendors. We have backed up our new accessions for
> over three months and some significant potential partners have lost
> interest. We have contracts that require electronic means that we are not
> honoring our end (electronic orders) and the vendor can't do his end. We
> do not have a Y2K problem. Our mainframe translator program is not the
> problem; we have vendors using the same software who claim it is Y2K
> compliant. This means the DISA mainframe that is running on is not Y2K
> compliant. I don't see why we should jeopardize 5 years of work and
> further antagonize our business partners to declare a Y2K completion. The
> effect of this "victory" will the very disaster we started the Y2K effort
> to prevent. We're just causing it to occur earlier. We have a solution in
> place; we just badly underestimated the time and resources needed to
> accomplish it. We are in such a rush to make this date that we are making
> mistakes and not reaching important vendors. We have not installed the
> system oversight controls in the mid-tier translator neccessary to
> identify processing problems that made our initial effort so successful.
> We have the largest EDI program in DOD. I think our superiors would be
> interested in preserving it if they knew the real situation. jb
>
>
>

> -----Original Message-----
> From:Bird, Sara
> Sent: Wednesday, May 26, 1999 6:28 PM
> To: Wellens, Bud; Coyne, Brian; Galligan, Donna; Miraglia, Anthony;
> Simpson, John; Badame, Rose Marie; Liller, Phil Col
> Cc: Boyle, John; Cuorato, John; Maunz, Carl; McManus, Stephen; Pilla,
> Louis; Rees, Margaret
> Subject: RE: COLONIAL HEALTH MED SURG PV
>
> We really must get a handle on these invoices and the translator problems.
> I fear our frustrations will engender a lot of additional ill will with
> our prime vendors. We can't just keep pointing fingers or giving an
> exasperated shrug. No one in the Medical Directorate really knows what to
> tell these vendors. They must be losing confidence that our once reliable
> payment system is going into a tailspin and it's not even 1 January 2000.
> Our very favorable distribution fees are in large measure a result of our
> 15 day payments of invoices.
>
> Ops - please call a meeting, inviting the CBU personnel as well as
> Comptroller people to update everyone on the problem and the solution.
> thank you
>
> -----Original Message-----
> From:Wellens, Bud
> Sent: Wednesday, May 26, 1999 3:55 PM
> To: Coyne, Brian; Galligan, Donna; Miraglia, Anthony; Simpson, John
> Cc: Rees, Margaret; Boyle, John; Bird, Sara
> Subject: COLONIAL HEALTH MED SURG PV
>
> Anthony: Per your call. Invoices were not receiced from Colonial from 12
> May to 25 May. Last mvs translator invoice was received on 11 May, and
> first macater invoice was received today. Colonial invoice dates from 10
> May thru 20 May have not been received. Additionally, the last invoices
> processed from Owens and United was 17 May. The last invoice date for
> Owens was 14 May, and United 11 May. I have no idea what to tell Owens and
> United because It is almost impossible to identify the last ISA received.
> On the surface it appears the this a conversion problem . Do not have idea
> what else is missing because I no longer have the tools to monitor the
> process. This apparenntly has to be resolved by 'O'. It appears that DCSP
> has lost a huge measure of control and I am at a loss to do anything.
> Bud

**Kennedy, Donna**

Off for person

**From:** Flatley, Linda [paa3209@exmail.dscp.dla.mil]
**Sent:** Monday, March 22, 1999 11:32 AM
**To:** Aarvig, Margie; Bonaccorso, Guiliana; Crescenzo, Marie; Darby, Diana; Gervasi, Steve; Hines, Claude, MAJ; Jennings, James; Jennings, Lou; Kennedy, Donna; Kitzinger, Michelle; LoCicero, Joseph; Martin, Nancy; Nash, Lenora; Perry, Lisa; Raab, Andrea; Thomas, Allen; Wilson, Sharon
**Subject:** FW: Serious Electronic Invoicing Problem

**Importance:** High

Info only. LF

-----Original Message-----
From: Rees, Margaret [mailto:paa3050@exmail.dscp.dla.mil]
Sent: Monday, March 22, 1999 11:20 AM
To: 'Bird, Sally'; 'Lamy, Col'; 'Maunz, Carl'; Garvin, Kathleen; Matlack, Randy; Badame, Rose Marie
Cc: 'Gallo, Fran'; Galligan, Donna; McManus, Stephen; Parker, Hermon; Docimo, Joseph; Wellens, Bud; Christopher Falls; Donald LTCol Butterworth; Flatley, Linda; John Charalabidis; Margaret Rees; Ostermann, Len; Paul Bellino; Polini, Geneva; Ronald Carfagno; Wentzel, Gregory
Subject: Serious Electronic Invoicing Problem
Importance: High

Hi everybody- Fran Gallo also sent me an email on the situation and she also says it is out of control. Apparently our invoice facilitators cannot identify the paid invoices from the ones they have to work. Looks like all the invoices are showing up. I just spoke with Roe Badame. She is aware of the emergency and will be getting back to me with status. Please confer with your invoice facilitators and get a sense of how bad this is. I will keep you all informed. Maggie

> -----Original Message-----
> From:Wellens, Bud
> Sent: Monday, March 22, 1999 9:07 AM
> To: Badame, Rose Marie
> Cc: Boyle, John; Bird, Sara; McManus, Stephen; Rees, Margaret
> Subject: FW: EI INVOICES
>
> Roe: It has happened again today on 22 March 1999. It is getting bigger
> each day. This problem has resulted in a complete loss of control over
> Medical Prime Vendor invoices. PLEASE advise when this problem will be
> resolved.
>
> -----Original Message-----
> From:Wellens, Bud
> Sent: Friday, March 19, 1999 11:01 AM
> To: Badame, Rose Marie
> Cc: Boyle, John
> Subject: EI INVOICES
>
> On 17,18,19 March 1999 it apprears that all EI received since 1 February
> 1999 have recycled into C&T and Medical SAMMS. This has resulted in over
> 70 FEET (23.33 YARDS ) on paper being printed. Addionally, it is
> virtually impossible to identify the good invoices from the bad ones. At

> this time I beleive that we have lost a large measure of control. Furhter,
> DFAS is also getting their copies of this paper, and are quite upset,
> because like us, they can not identify the good invoices from the bad.
> PLEASE, PLEASE do whatever is necessary to get this resolved. PLEASE. Bud
>

**From:** Rees, Margaret [paa3050@dscp.dla.mil]
**Sent:** Monday, December 06, 1999 3:57 PM
**To:** Gatica, Al; Falls, Christopher; Donald LTCol Butterworth; Flatley, Linda; Gunn, Florence; Charalabidis, John; Rees, Margaret; Polini, Geneva; Carfagno, Ronald; Rogers, Roslyn; Wentzel, Gregory
**Cc:** 'Amendolia, Anthony'
**Subject:** FW: MEDICAL P.V. REPORT FOR November 30, 99

list of contract numbers.xls    Medical PV Interest Bearing In...

Greg- what is going on with United? Do you need to get Anthony to help?
Maggie
> -----Original Message-----
> From: Wellens, Bud
> Sent: Monday, December 06, 1999 2:29 PM
> To: Bird, Sara
> Cc: Beck, Robert; Boyle, John; McManus, Stephen; Rees, Margaret
> Subject: FW: MEDICAL P.V. REPORT FOR November 30, 99
>
> Sally: Things are not getting better. As of 30 Nov there were 1572
> interest bearing invoices valued at $ 7,961,913. During Nov 1487 new
> invoices became interest bearing. Oct and Nov paid a total of $ 103,514
> Interest. Bud
>
>
>
> -Original Message-----
> From: Blais, Antoinette
> Sent: Monday, December 06, 1999 1:54 PM
> To: Galligan, Donna; Wellens, Bud
> Cc: DiTomo, Gus; Morris, Anne; Pringle, Toron
> Subject: MEDICAL P.V. REPORT FOR November 30, 99
>
> FYI
>
> <<list of contract numbers.xls>> <<Medical PV Interest
> Bearing Invoices.xls>>



DSCP-UMS-0568