DPSC-MSAC

10 Sept 96

MEMORANDUM FOR RECORD

SUBJECT: Fla/Ga Med/Surg PV Program - Fts Stewart and Benning

1. As of the Aug 96 sales summary, Ft. Benning was at 58% of the estimated monthly sales target, while Ft. Stewart actualized only 52% of the projected sales total.

2. I spoke with Kaye Wilson at Benning and requested her opinion of what had to happen in order for that site to reap the full potential of the program. She indicated the following deficiencies: Omni-Plus is not a user friendly OES, and as a result Benning avoids using it to place EDOs orders. Ms. Wilson indicated that Benning does not have an audit process in place to insure that DBPA and credit card purchases are restricted only to non-DAPA items. She has broached this subject Capt Ault, but has not received a commitment to date to implement such a procedure. She also had some concerns with O&M packaging, but was not prepared at this time to make this an issue ( apparently there was one recent instance where a shipment was received in less than acceptable condition).

3. Jerry Bartch, the other functional Med/Surg POC at Benning was very defensive with regard to my questioning Benning's use of the contract. His position was that the site had converted 247 items over to PV, the sales were steadily growing, and with the resources that were available to work the program, this was all that could reasonably be expected. When asked if additional help would accelerate the program, he indicated that outside assistance was not required.

4. The same question was posed to Lt. Halstead at Ft. Stewart. She indicated that she was aware of no problems that the site was experiencing with O&M or the program in general. She promised to call a meeting with her functional staff and report any concerns back to me. She could not relate how many items had been converted to PV to date.

5. I discussed these conversations with Mike David, USAMEDCOM. He had heard nothing from these sites. He was not discouraged by the sales to date and believed that were typical of a normal and natural progression. He further indicated that ultimately (not yet) the Army would have to establish and enforce policies to strictly limit use of alternate procurement methods to emergency situations.

Greg Wentzel

CF: M.Rees, M.Schmitt, L.Flatley, N.Martin, B.Carson (case mgrs)

Oh/IL

DPSC-MSAB 13 Jan 98

MEMORANDUM FOR RECORD

SUBJECT: Trip Report, Wright Patterson AFB, 5 Jan 98

PURPOSE: The servicing Med/Surg PV, BBMC-Lake Zurich, requested DPSC participation in a meeting with the Medical Logistic personnel at Wright Patterson. This was a follow-up to a meeting held in July 97. The July meeting was called by Capt. Ferrucci, Chief of Medical Materiel, WPAFB. At that time, he declined DPSC attendance because he believed that it was incumbent upon WP and BBMC to work out operational details that were impacting successful execution of the PV program at WP. BBMC requested a second meeting to revisit the performance issues discussed in the first meeting and assess the potential for growth of sales. BBMC also suggested that WP did not fully understand BBMC's roll and responsibilities under the contract, and was therefore attributing deficiencies to BBMC that should be directed to other parties, ie. DAPA holders, EDS, DPSC.

| | | |
|---|---|---|
| ATTENDEES: | WP | Major Erickson, Cmdr, Med Log |
| | | Capt. Ferrucci, Chief, Med. Mat'l |
| | | Msgt Minerick, Supt., Med. Mat'l |
| | | Ssgt Bower, NCOIC, Medlog Systems |
| | | Tsgt Jicinsky, NCOIC, Med. Acquisitions |
| | | Ssgt Martin, PV Clerk |
| | BBMC | M. Gittings, Health Systems Div. |
| | | D. Cavender, Cincinnati Dist. Ctr. |
| | | J. Davis, Support Services |
| | | C. Madding, Acct. Mgr. |

BACKGROUND: The second option year of the contract in question, SP0200-96-D-7111 was exercised effective 29 Nov 1997. WP has exhibited slow sales growth since its initial orders under the program in June 96. It has never approached the contract estimate of $4 million per year. With an active bed count of 320, it has consistently and substantially underperformed comparably sized facilities. At its present rate, it is unlikely that WP will exceed $1.3 million in sales for FY 98 (33% of goal). WP Medical Logistics personnel have repeatedly indicated that an annual Med/Surg PV sales target of $4 million is not unreasonable, and have claimed that Medical/Surgical products constitute a $7-8 million dollar opportunity for the PV program. In spite of the relatively meager track record in sales, the site does not have a negative attitude concerning BBMC or the program as a whole. There are dissatisfactions, but not to the point of abandoning attempts to make Med/Surg PV work.

DISCUSSION:

1. Capt Ferrucci and Msgt Minerick provided the results of some reviews which had recently been conducted intending to assess the status of item conversion over to Med/Surg PV. They indicated that there were 1037 stocked item records in the 6515, 6510, and 6530 FSCs at WP. Efforts to date were primarily concentrated on these classes. A total of 958 of items had been coded over to PV, of which 833 were assigned a JIT RID. Included in this figure were the 6505 IV fluids (McGaw), but they were less aware of the sizable selection of DAPA equivalents in the 6630, 6640, and 6550 classes. They were also not aware of the increasing availability of hospital apparel or traditional NIB/NISH items. Capt. Ferrucci was emphatic that his priority was to migrate the SOS for as many items as possible over to M/S PV. The materiel acquisition priority employed at WP was related as PV/DBPA/Credit Card/ and lastly local contracting. As indicative of the changes effected to date, a report was furnished that purported to show the relative shift in procurement methodologies based on dollars expended. Between Jan 97 and Dec 97 this report reflected a 53% reduction in monthly credit card use. Between Jul 97 and Dec 97, DBPA purchases declined by almost 12% monthly. While the figures furnished by WP may indicate a positive trend toward PV, unfortunately, the numbers simply don't add up. I pointed out that the minor growth in M/S PV sales could not begin to accommodate the decline in CC or DBPA purchases. Furthermore, the percentage of core stocked items which they believed had been transitioned over to PV, when compared to their own M/S sales projections, would suggest significantly higher sales figures than had been realized to date. Even if every line item that had been canceled or rejected were filled, I didn't see where they would have posted more than $150 -160K in sales per month. They agreed that something was definitely wrong, and would go back and look at the data again.

2. Fill rate calculations were a central concern of BBMC as well as the customer. Not unlike the program as a whole there remains a wide perceptive gulf between PV and customer on the issue of fill rates. Simply put, customers don't believe the fill rates provided, don't understand how they are derived, don't believe that they are remotely representative of the supply satisfaction that they are realizing, and suspect that the PV is simply doctoring the information in order to conform with the stated performance requirements of the contract. The disconnect is, of course, related to "exempted" kills - those attributable to manufacturer B/Os, non-DAPA orders, invalid PV catalog numbers, invalid UOSs, ordering non-usage items as JITs, demands that exceed the prior 45 days usage, ordering prior to the stock-up period, etc. From the perspective of the PV, these are excusable, noncontrollable. Between Jul and Sep 97 WP was experiencing from 14 to 25% of the total line items ordered as exempted kills. For each order submitted, the BBMC customer service staff responds with "Item Correction" sheets which explain the reason for the rejection. It was noted that this was not required under the terms of the contract, entails considerable additive effort on the part of BBMC, and supposes a comparable level of effort on the part of the ordering activity to review the information and effect the necessary corrective changes. It was evident from more recent data (Oct exempted kills were 10%) that improvements were being made, but I

stressed that WP should look at these less as an attempt by BBMC to inflate its performance indicators and more as a yardstick of ordering and requirement data integrity. There was information that came out during this discussion that did reflect on BBMC performance. It has been known for some time that regardless of the length of a BBMC catalog number, their order processing routine violates for manual review line items that contain a catalog number exceeding 12 characters in length. BBMC has supposedly been working on corrective reprogramming for over a year. A percentage of the "exempted" kills that BBMC was taking were the result of these manual violations not being worked. These exemptions were obviously not legitimate, and Lake Zurich maintains that it has readdressed the requirement that its order processors work such violations. I indicated that this was not a viable solution, either for the customer, or, for that matter, in terms of the manual oversight required by their own customer service staff. Jim Davis promised to look into the status of the system change.

3. Another key WP concern was the workload entailed in managing the effects of DAPA changes. I emphasized that this was entirely outside the control of BBMC and that DPSC was acutely aware of the customer impact. WP understood that the DAPA has to react to the turbulence in the commercial marketplace, but felt that they were constantly in a catch-up mode due to lack of timely information updates. They were under the mistaken belief that because of the build date on their translation table disk, they were getting data that was over a month old. I advised them that a translation table update disk dated Dec contained product information effective 1 Jan. In spite of this there still seemed to be an inordinate delay of up to two weeks of getting their disks. I advised that I would check with EDS and get back to them. WP looks at pre-approved substitutions as a means of increasing fill rates and lessening the impact of DAPA changes. In a prior customer survey they had suggested that the PVI accommodate multiple DAPA equivalents. I reminded them that the AF translation table does permit loading a single NSN against multiple DAPA lines, but that there was no logic that would automatically regenerate an order for an alternative DAPA item when a kill was received against the primary record. There are a number of legitimate reasons for this, including the absence of an open due-in the MEDLOG, UOS differences, and the basic issue of the PV getting JIT orders for DAPA items for which they had no usage data. I reminded everyone that the contract does permit the PV to effect pre-authorized substitutions, but cautioned that without adequate research and coordination between the site and servicing distribution center, this can be an exercise in futility. For example, it is of little utility to identify an approved substitute if it hasn't been determined that the PV stocks the item. Also this solution would still require manual intervention on the part of the ordering facility, because the confirmation item would not match with the open line item in the PVI. The customer would then have to ensure that the receipt was modified to close out the line in MEDLOG. Unfortunately, none of the BBMC representatives present could confirm that their materiel management system could even accommodate the establishment of substitution relationships. Jim Davis took this on as an action.

4. The site continues to experience what they believe are an unreasonable amount of UOS discrepancies. After a lengthy discussion, I do not believe that this is the result of incompatibility between MEDLOG, the PVI, and BBMC DAPA files. The primary cause may be that when WP and BBMC talks about a "box", they have a different understanding of what the box contains! There are two relatively simple steps that could resolve this issue. First, I suggested a change in how WP identifies its requirements to BBMC. I suggested that WP utilize the UDR screen prints to identify usage items. If the UDR result screen is properly formatted (this was demonstrated) the DAPA UOS, UOS qty, item description, PV catalog number, or UPN would be apparent and understood by all parties. All the site would have to do is add the requirement quantity. Up to now, WP had been providing copies of the MEDLOG item records (?). Secondly WP needs to actively utilize the BBMC on-line catalog to determine if BBMC issues in different UOS than the DAPA UOS. Again this boils down to a training issue. Sgt Martin, the current PV clerk, indicated that she doesn't know about the product catalog in Echo and there isn't anyone left to show her. This will be what I believe to be the third iteration of training at WP by BBMC. First at contract start-up when Sgts Dildy and Scrivens were managing the program, then a second time when Airman Otto was doing the ordering. I reviewed the only on-hand example of what WP believed to be a UOS discrepancy. They had received a box of 50 and had wanted a case of 200. I showed in the UDR that the DAPA UOS was box of 50. I suggested that it was unusual that a site would want to bump up the UOS but it certainly was doable if that's how the PV stocked and issued that particular product. Then I asked the question as to how WP issues the product to their custodial accounts - did it really make sense to order at the case lot and then break it down? Ultimately, Ferrucci, Minerick, and Martin could not explain why it had been determined that this was a packaging discrepancy. They determined that boxes of 50 made more sense, and advised Madding, the BBMC account rep, that they would retain the inventory and order in box qty. in the future.

5. We directed the discussion to areas of dissatisfaction identified on the July 97 Customer Survey from WP. The subject of fill rates had already been covered, as was the necessity for remedial OES training. I raised the issue of delays in BBMC accepting customer returns. WP advised that this was now entirely resolved. Craig Matting was also now utilizing an "Inventory Notification Form" to advise the site when they could commence ordering a newly identified requirement. DAPA availability, or more to the point, reliability, was discussed. I indicated that we had canceled DAPAs and would continue to do so. I suggested that customer feedback relative to DAPA holder non-performance was critical. I also offered to assist the site in finding alternatives when they were dissatisfied with product availability as provided by the DAPA holder. I believe that WP sees the BBMC DAPA as a substantive fix for many of their DAPA issues.

6. Copies of the excess stock report were provided to WP for review. Capt. Ferrucci indicated that they would research the items, and where-ever feasible, take steps to draw down the inventory ($200K) currently being held at the Cincinnati Dist. Ctr.

7. The issue of shortpays was also addressed. BBMC AR is looking at approximately $18K in open balances attributable to shortpays. I indicated that I was receiving monthly account summaries from Mark Grabowski, BBMC. Once we have obtained fund histories on all open BBMC invoices, we will enlist the assistance of WP in reconciling the payments that were made with documentation of product received. Sgt. Martin indicated that she was afraid that the documentation available would not be of much help. Apparently, in the past, there were periods during which product shortages were not adequately recorded on the packing lists or reported to BBMC customer services. The site, it would appear, simply shortpaid and took no additional steps to notify BBMC or annotate the credit reference number on the packing list or confirmation. The suggested procedures were reiterated. If needed, WP may consider applying open credits to cover past unsubstantiated shortpays.

8. I questioned WP about the high percentage of PV items that had been migrated to JIT (87%). While this may appear to be a positive sign, much of the preceding discussion suggested that WP was expecting JIT service on fringe items whose demand frequency supported only EDO ordering. I reemphasized the fact that after 90 days of zero demands on an item, prior JIT usage forecasts can be considered null and void. I recommended that WP look at the JIT items in MEDLOG in relation to their ROs and make an assessment as to whether usage was sufficient to justify maintenance of stockage levels at the PV. Sgts Minerick, Martin, and Jicinsky appeared to agree that trying to force items into a JIT support posture didn't make much sense. Major Erickson and Capt Ferrucci were less inclined to concur, but allowed that the issue would be looked at.

9. I conducted a very rudimentary introduction to the UDR for Capt. Ferrucci, Msgt Minerick, and Tsgt Jicinsky. The site had experienced delays in the installation of this catalog resource in the Materiel Management Office due to the non-availability of a windows platform. Users misunderstood the proper search routine and the meaning and significance of the data being returned. Critical to utilization of the product is an appreciation of the varying options that apply in defining the result sets of a product search. The users manual was not in evidence. Msgt Minerick quickly grasped the reasons why the item searches that had been attempted were not successful and DAPA equivalents or their associated prime vendor order numbers were not apparent. He indicated that they would try to increase use of the UDR and refer questions to this office.

CONCLUSIONS:

1. BBMC's concerns about unreasonable demands or expectations being placed upon them by WPAFB were not realized at this meeting. The WP personnel in attendance had an equitable understanding of their responsibilities versus those of BBMC. WP was not unduly critical of either BBMC or the program as a whole. There seems to be a

genuine commitment to expanding utilization of the contract and improving the cooperative partnership with the prime vendor.

2. BBMC is attempting to assess the validity of initial program sales forecasts. Unfortunately, much of the discussion concerning sales projections and the status of converting items from alternate means of procurement did little to allay any fears that BBMC might have about the unlikelyhood of ever seeing $4-8 million per year in med/surg sales from this activity. In a follow-on telecon subsequent to this meeting, Capt Ferrucci indicated that it now appears as though only 48% of his stocked med/surg lines have been converted, and that these represent only 40% of the dollars being spent - the balance being split between DBPAs (28%) and CC (32%). Based upon the figures I was initially shown, this may be a wishful estimate. A reassessment of actual sales potential under this program is warranted. Our concern is whether or not the sites themselves can be depended upon to provide an adequate accounting of what they buy or how they buy it.

3. Program execution and administration at WP rests entirely with uniformed service members. This contrasts with the other Services where overall responsibility appears to be more evenly apportioned between military and civilian. This entails a greater burden upon the servicing PV (as well as DPSC and DMLSS) to provide repetitive orientation and training. This may pertain to the AF as a whole. As a result, however, the AF functionals are likely to rotate to other duties prior to reaching the point where they question whether the program will ever reach the stage where it demands less oversight and intervention. This remains a very critical issue at the Naval facility in this region, where the civilian Med/Surg PV functional is becoming increasingly dissatisfied with the undiminished intensity of maintenance required to effectively run the program.

4. When the opportunity presents itself, we need to consider modifying the existing requirements for the submission of fill rate data to include information relative to "exempted" kills. This needs to be available for review and evaluation on a routine basis.

5. There is an enormous learning curve which needs to be addressed with respect to the UDR. Since we are counting on this to be the primary source of Med/Surg product classification and pricing information, customer ignorance of this tool poses a major threat. From what I have seen and heard to date, the Services have assumed little or no responsibility for providing training, or guidance.

6. EDOs were conceptually a good idea. Execution has been a failure, due to a combination of factors including the lack of adequate system support (DMLSS, Legacy, and PV), the product response capabilities of DAPA holders, and perhaps uneducated expectations on our part. The example which WP presents is that customers will try to "fix" the EDO problem by forcing items into JIT support that simply don't fit. The result is that JIT business practices suffer - lower than expected fill rates, PV excess stock, etc. The problem with the EDO option as it presently exists doesn't just effect that

aspect of the contract - it compromises the JIT process as well. In order to salvage the integrity of the Med/Surg PV program, it may be in the best interest of all concerned to jettison EDOs and migrate these items to a type of support mechanism such as that offered by ECAT technology.

7. If the data provided by Capt Ferrucci is accepted at face value, unqualified use of the IMPAC Card has fallen out of favor at WP. The primary competition to Med/Surg PV will, in the future, prove to be DBPAs. Dec 97 figures were $201K for CC versus $319K for DBPA - all commodities. As a point of reference, Med/Surg PV sales for the same month were recorded by WP as being only $123K. It was on the basis of statistics such as these that I questioned WP's initial claims as to the status of item conversion and sales projections.

FOLLOW-ON ACTIONS:

1. Spoke with EDS POC for AF translation table updates. Unfortunately the January refresh was delayed due to build problems and only sent out on the 15th. Provided corrected mailing address to facilitate expedited delivery to the site. Provided Capt. Ferrucci the TMSSC help desk number as the appropriate source of information for tracking delinquent translation table updates. Capt. Ferrucci indicated that he would inform this office if he believed the problem persisted.

2. Coordinate with BBMC accounts receivable department and WP to resolve outstanding shortpays. Lisa Benton, the assigned invoice facilitator, has provided funds histories on all BBMC invoices which reflect an open balance.

3. Follow-up with Jim Davis, BBMC Lake Zurich, on action issues which he agreed to pursue.

4. Obtain revised status from WP as to item conversion and estimated sales statistics.

5. Follow-up with Msgt Minerick on use and acceptability of UDR product.

Greg Wentzel
X7124

DPSC-MSACA 29 Jul 96

MEMORANDUM FOR RECORD

SUBJECT: Trip Report, Wright Patterson AFB and Great Lakes NTC, 25-26 Jul

PURPOSE: Colonial Healthcare requested DPSC-MS participation in site visits to the IL/Oh region. The expressed purpose was to discuss the current status of Med/Surg PV program implementation and provide both the customers and Colonial the opportunity to address problems which are inhibiting effective utilization of the contract.

ATTENDEES: See attached

BACKGROUND: The contract in question, 96D7111, was awarded 29 Nov 95. Estimated base year sales were $4.3 million. This projection was evenly apportioned between the two sites, resulting in a monthly sales target of approx. $170K for each hospital. Wright Patterson is a 320 bed facility, while Great Lake's current capacity is 136 beds. In contrast to the anticipated sales, Great Lakes recorded only $1.8K in sales for the month of May 96, and $26.6K in the month of June 96 (16% of monthly target). Wright Patterson's first recorded sales occurred in Jun 96, $11K (6.5% of monthly target).

WRIGHT PATTERSON DISCUSSIONS:

1. The DPSC position was that by 1 Jun WP should have been in position to have converted and have started ordering approx 500 med/surg line items from the PV. This was based on the fact that (1) PVI installation and training was completed 1 May and (2) on that date an updated ISR, containing 476 usage items with Colonial catalog numbers, was provided to WP. Allowing for the prescribed 30 day stock-up period, Colonial should have been prepared to accept and fill large scale orders by 1 June.

2. Colonial contested the fact that WP had ever provided acceptable usage data. The first ISR created by AFMLO in Jan 96 did not reflect Colonial catalog numbers, and Colonial had made a number of erroneous purchases of non-DAPA items based on reliance upon manufacturer and part number data alone. Colonial was also able to demonstrate that the ISR DPSC had created for WP when at the site in Apr was turned over without the necessary DAPA selections having been specified. Msgt Dildy could not explain how or why the DAPA selections had not been highlighted on the ISR provided to Colonial.

3. When asked what efforts were going to be expended by Colonial and WP in getting this initial population of 500 line items converted over to the

PV program, Mike O'Connor committed dedicated Colonial resources to work on-site with WP personnel. Msgt Dildy confirmed that he would ensure the time and resources were made available for this project. He estimated that with the assistance of Colonial, the conversion could be effected in one to two weeks - to include the update of MEDLOG item records and the build of the PVI translation table.

4. DPSC asked what progress WP had made in reviewing the considerable population of local purchase items and converting those items to the PV source of supply. Msgt Dildy advised that he had requested a summary report of medical item local purchases from his base contracting office.

5. When asked if WP had audit procedures in place to prevent the acquisition of DAPA items throught alternate means (ie. local purchase, DBPA, Impact card), Msgt Dildy responded that once they were assured of obtaining supply through Colonial, line item screening of all purchases would be put in effect.

6. DPSC questioned whether the original target of $2 million in annual sales was acheivable. Sgt Gray estimated potential annual Med/Surg PV sales of $7 million. During an informal side discussion, Nancy Ausher, the lead buyer, indicated that she spent $200K **per month** with the Impact card.

7. WP does not utilize the Echo on-line catalog, relying almost entirely upon the PPC for item identification and pricing.

8. At the time of the visit WP had placed only 31 calls against the contract. The best fill rate acheived by Colonial was 91%, but the norm was in the area of 50%. WP had never received a monthly fill rate report. Colonial's position was that performance thus far was a reflection of the quality of item requirement forcasts that WP had provided and the ordering patterns (or lack thereof) of the facility. Colonial reiterated that the basic expectation of any commercial distributor is for customers to order what was forcast in a predictable and consistent pattern. O'Connor also explained how stock that is brought in based on customer forecasts begins to be reallocated after 45 days if demands do not materialize from that customer. DPSC asked if WP would consider adjusting MEDLOG system settings to promote the kind of ordering that Colonial needed to maintain stock allocation. Msgt Dildy proposed that in consideration of Colonial performance to date, he was nowhere near the comfort level that would justify doing anything other than allowing MEDLOG to respond normally to realized reductions in leadtime. WP believed that a major assist would be visibillity of Colonial inventory records.

9. In contrast to general AF policy, WP fully intends to utilize Echo for the submission of EDOs. The site advised that they had experienced Echo access problems for almost 2 weeks. Sgt. Scrivens had called the Echo help desks