DEPARTMENT OF THE ARMY
HEADQUARTERS, U. S. ARMY MEDICAL DEPARTMENT ACTIVITY
FORT CAMPBELL, KENTUCKY 42223-5349

REPLY TO
ATTENTION OF:

MCXD-L

12 Mar 97

COL Joel R. Lamy
Director, Directorate of Medical Materiel
Defense Personnel Support Center
2800 South 20th Street
Philadelphia, Pennsylvania 19145-5099

Dear COL Lamy:

During the past year, we have been working very closely with Colonial Healthcare, our Prime Vendor (PV) for Medical-Surgical needs, in an effort to improve our efficiencies while maintaining our readiness posture. Although DPSC has seen substantial progress in the PV Program, we, the customer, have had a difficult time implementing the program. In response to your request for assistance and support, we have reviewed the program and offer you these issues to work so you may acquire the integrated logistics support system you are trying to achieve.

The major issue with the PV program is the difference in pricing between the Product Pricing Catalog (PPC) and the Distribution and Pricing Agreement (DAPA). Our research indicates the PV loads the DAPA price on the effective date of the DAPA contract that DPSC negotiated. Generally, the effective dates are the first part of the month, but sometime the effective dates are mid-month. The PV charges us the new price on the effective date of the contract. We do not receive the PPC before the first of the month. In fact, the PPC is a month behind (i.e. FEB PPC was delivered on 6 MAR), and the information in the database is not current with what the PV receives from the DAPA file. This process creates receiving and issuing problems and inaccurate charges to the customer, which the item managers must resolve. As a result of this labor intensive effort, our item managers have no confidence in the PPC.

Getting DAPAs approved takes longer than it should. In this day of automation, we must have a method whereby DAPAs are approved and transmitted in real time. We submitted 59 request for DAPA's and only 7 have been completed. Additionally, there is no notification of when the DAPA has been approved. We do not know what DPSC's processing time standard for DAPAs are, so we are unable to benchmark your performance in this area, other than to say they are taking too long, regardless of what the standard is.

DAPA's are pulled without sufficient notice and no substitutes. We get an item into stock at the PV warehouse and place a JITO and it gets canceled because the DAPA was pulled without notice. It takes the PV 30 days to bring a new item into stock for a Just In Time Order (JITO), so we need to know at least 45 days out to find another item or start the paperwork for a DAPA item.

DSCP-PV-1470

DAPA Holders change UI/UM without sufficient notice. This creates a receiving and issuing nightmare and inaccurate charges to the customer, which the item managers must resolve. As a result, the Stock Account (SA) suffers horribly with gains and loses because the ratio changed, customers are dissatisfied, and DPSC wants to know why the item was not received in a timely manner. The unannounced changes frustrate our MEDDAC customers because we have to keep changing manufactures and prices if we want to keep the PV JITO so the SA can reduce stock levels. If we keep the vendor who's DAPA was pulled, the SA has to buy it with credit cards or DBPA (which both types of procurement have an administrative cost to it) and keeps the Requisition Objective high (over 30 days).

The methodology used by the PPC to search products is not clear. For example, we pulled up the NSN 6515-01-153-5373, Catherter-NDL 14 GA, trying to find a part number. The system pulled up six choices with no NSN and included the wrong item, 20 GA-NDL. The NSN we were looking for was the 11th item on a list of 13. Furthermore, the other 12 items were for 20 GA-NDL, not 14GA-NDL. NSNs are not the first choice, and neither is the price.

The issues described in this correspondence cause significant turbulence in the stock accounting process and create management inefficiencies which are labor intensive, create confusion, and are costly to resolve. Our recommendation to resolving these problems is to issue a DAPA for our PV rather than a single item. This would resolve the ordering problems we have now. We could buy everything the PV stocked because they would hold a DAPA and control the price changes. With today's technology, we, as a corporation, should have JIT price changes right off the Internet. We do not have that capability with the current system.

In closing, I want to say we have gone the extra mile to ensure our PV succeeds with his contract. The PV's staff has spent weeks with our staff attempting to resolve some of these issues. In the month of Jan 97, our PV was only able to obtain 33% of our business. We continue to do more than half our business with DPSC and credit cards. To maintain low inventories and achieve the benefits derived from having a PV, these issues must be resolved. If you have any questions regarding this memo, please call at DSN 635-8329, commercial (502) 798-8329, or by E-Mail LTC_Allan_Arnette@smtplink.campbell.amedd.army.mil.

Sincerely,

ALLAN J. ARNETTE
LTC, MS
Chief, Logistics Division

DSCP-PV-1471

**Kennedy, Donna**

**From:** Flatley, Linda
**Sent:** Wednesday, October 06, 1999 1:15 PM
**To:** Kennedy, Donna; Kitzinger, Michelle; Nicolucci, Andrea
**Subject:** FW: Europe & Pacific DSCP Administrative Fee

-----Original Message-----
From: Rees, Margaret [mailto:paa3050@exmail.dscp.dla.mil]
Sent: Wednesday, October 06, 1999 12:48 PM
To: Al Gatica; Christopher Falls; Donald LTCol Butterworth; Flatley, Linda; Gunn, Florence; John Charalabidis; Margaret Rees; Polini, Geneva; Ronald Carfagno; Roslyn Rogers; Wentzel, Gregory
Subject: FW: Europe & Pacific DSCP Administrative Fee

> -----Original Message-----
> From:Bird, Sara
> Sent: Wednesday, October 06, 1999 12:16 PM
> To: Allen, George
> Cc: Cuorato, John; Maunz, Carl; McManus, Stephen; Mervis, Stuart, COL;
> Minnick, Robert; Rees, Margaret
> Subject: FW: Europe & Pacific DSCP Administrative Fee
>
> George,
> As mentioned in my phone conversation this morning, the customer
> complaints continue to mount over the surcharge increase. The inquiry in
> the following email comes from our largest prime vendor. This is just to
> give you and others a flavor of the reaction from stakeholders who, we all
> know, have options for acquiring medical supplies. Sally
>
> -----Original Message-----
> From:Maunz, Carl
> Sent: Wednesday, October 06, 1999 8:28 AM
> Subject: RE: Europe & Pacific DSCP Administrative Fee
>
> Linda,
>
> DSCP is fully aware of the impact of the increased fees (which, by the
> way, still do not fully recover OCONUS PV costs, especially Med/Surg) on
> the customer community. DSCP cannot change this rate structure without
> DLA-D (General Glisson) approval.
>
> Carl
>
> -----Original Message-----
> From:Kennedy, Donna
> Sent: Friday, October 01, 1999 3:16 PM
> To: Flatley, Linda
> Subject: Europe & Pacific DSCP Administrative Fee
>
> Linda,
>
> I received a call from Larry Stepp today regarding major customer
> complaints regarding the huge increase in the DSCP Administration Fee for
> the Europe and Pacific Regions. Larry feels that this huge increase will
> impact sales through the Prime Vendor Program. He also indicated that



DSCP-PV-4522

> customers will be turning to their credit cards to avoid this increased
> administration fee.
>
> He asked if DSCP was aware of the customers feelings regarding this
> increase and wanted to know if DSCP would consider lowering this fee for
> the purpose of keeping sales in the PV Program. He said he would put his
> concerns in writing once he compiled all the concerns from Bob Laskowski.
>
>
>
>

Lonestar

Received: by dpschp11.dpsc.dla.mil
(1.37.109.4/16.2) id AA18097; Fri, 23 Aug 96 07:42:46 -0400
Date: Fri, 23 Aug 96 07:42:46 -0400
From: Anthony Amendolia <paa3018@dpschp11.dpsc.dla.mil>
Return-Path: <paa3018@dpschp11.dpsc.dla.mil>
X-Mailer: Ez-Mail v4.4 <Date: Fri, 23 Aug 96 07:30:57 paa3018>
To: aamendolia@dpschp11.dpsc.dla.mil, mrees@dpschp11.dpsc.dla.mil, rdillard@dpschp11.dpsc.dla.mil, gwentzel@dpschp11.dpsc.dla.mil, fgunn@dpschp11.dpsc.dla.mil, bcarson@dpschp11.dpsc.dla.mil, thalkidis@dpschp11.dpsc.dla.mil, mboggs@dpschp11.dpsc.dla.mil, mlevin@dpschp11.dpsc.dla.mil, rlooney@dpschp11.dpsc.dla.mil, fgallo@dpschp11.dpsc.dla.mil, dstewart@dpschp11.dpsc.dla.mil, nmartin@dpschp11.dpsc.dla.mil
Subject: Case Manager Visit
Status: N

DPSC-MS August 20, 1996

MEMORANDUM FOR DPSC-MS/MSA/MSB/MSC/MEI/MAM

Subject: Case Manager Visit to Darnall Army Hospital at Ft. Hood, Texas

I met with the Chief of Logistics, Lt Col Torstrick and Ft. HoodÆs contracting officerÆs representative (COR), Debbie Thomson to discuss the Med/Surg prime vendor program.

Ft. Hood has consistently reached $70,000 in sales per month but has the potential to double that figure because they still buy a significant amount of Med/Surg items by credit card. Ft. Hood is a smaller facility than Brooke Army Medical Center (BAMC) but has about the same patient radius as BAMC.

Generally they were satisfied with Owens & Minor as their prime vendor but there were some concerns and comments.

They really have not seen any fill rate reports and were concerned that the contract could not be monitored properly. I explained that we were aware of the issue and were working the problem.

I briefed the group on several issues including the status of the resolicitation in the Lone Star Region, PREPACs and what the new statement of work had to offer. They were especially interested in PREPACs because they do many procedures, like "C-Sections" where PREPACs would save time and money. The COR is currently gathering information on repetitive procedures.

Spinal Specialties is another PREPAC vendor where Ft. Hood purchases their packs. They asked we contact them for a DAPA.

The COR provided a 122 page computer print out of all items they are currently buying with a credit card. This listing contained many items that I believe a significant portion of them have DAPA equivalence. I am in the process of working this listing and returning

DSCP-UMS-2136

it to Ft. Hood. The small work force at Ft. Hood does not have adequate time to convert items to DAPA.

They are satisfied with the Owens & Minor representative. He visits consistently once a week and provides good service. It may be the representative will have to spend considerably more time at Ft. Hood when I return the listing of DAPA matches to their credit card purchases.

ANTHONY AMENDOLIA
Case Manager, Lone Star Region
Med/Surg PV Program

---

paa3018 sends (Anthony Amendolia)...

Longsetter

Received: by dpschp11.dpsc.dla.mil
(1.37.109.4/16.2) id AA18191; Fri, 23 Aug 96 07:45:35 -0400
Date: Fri, 23 Aug 96 07:45:35 -0400
From: Anthony Amendolia <paa3018@dpschp11.dpsc.dla.mil>
Return-Path: <paa3018@dpschp11.dpsc.dla.mil>
X-Mailer: Ez-Mail v4.4 <Date: Fri, 23 Aug 96 07:33:46 paa3018>
To: aamendolia@dpschp11.dpsc.dla.mil, mrees@dpschp11.dpsc.dla.mil,
rdillard@dpschp11.dpsc.dla.mil, gwentzel@dpschp11.dpsc.dla.mil,
fgunn@dpschp11.dpsc.dla.mil, bcarson@dpschp11.dpsc.dla.mil,
thalkidis@dpschp11.dpsc.dla.mil, mboggs@dpschp11.dpsc.dla.mil,
mlevin@dpschp11.dpsc.dla.mil, rlooney@dpschp11.dpsc.dla.mil,
fgallo@dpschp11.dpsc.dla.mil, dstewart@dpschp11.dpsc.dla.mil,
nmartin@dpschp11.dpsc.dla.mil
Subject: Case Manager Visit
Status: RO

DPSC-MS August 20, 1996

MEMORANDUM FOR DPSC-MS/MSA/MSB/MSC/MAM

Subject: Case Manager Visit to William Beaumont Army Medical Center (WBAMC), Ft. Bliss, Texas

I was invited to WBAMC to update the Chief of Logistics, the Chief of Materiel and inventory managers on various issues concerning the Med/Surg prime vendor program. They were most interested in PREPACs, the Lone Star resolicitation, the new statement of work and the depot drawdown policy. WBAMC currently has approximately $120,000 in Med/Surg prime vendor sales per month.

The Owens & Minor (O&M) representative asked about our DAPA with District Healthcare. It seems that O&M is having difficulty filling orders that are placed against District Healthcare DAPAs. They are not receiving material in a timely manner or are not receiving it at all. An inquiry was made to the president of District Healthcare from the DAPA buyer. The rep from District Healthcare stated he was not aware of the problem and that he now would be the point of contact for any future inquires.

WBAMC personnel and the O&M representative would like to see a simplified fill rate calculation. The rep provides WBAMC with a fill rate report each month. The current month's fill rate calculation based strictly on lines ordered against lines filled was 93%. The system generated fill rate, with all of the allowances for contractor backorders and usage data provided to PV, seemed difficult to validate.

Initially, WBAMC was not satisfied with the Med/Surg prime vendor. However, O&M replaced the rep a couple of months ago, assigning a new rep on-site full time to WBAMC. Since then, dramatic improvements in service have been achieved to the hospital. The new O&M rep and WBAMC personnel work extremely well together and several potential problems were resolved immediately

DSCP-UMS-2140

during my visit. Few facilities have the luxury of having a full time PV rep on-site but at WBAMC and BAMC the advantages are clear and customer satisfaction is great.

The small staff found it difficult to keep up with the daily workload. Personnel losses caused inventory managers to be responsible for many duties. New responsibilities ranged from their typical IM duties, to buying items for the hospital using a credit card. Sometimes they even pulled stock and delivered it to the hospital which is five miles down the road.

I requested a listing of all items bought by credit card to assist the PV rep in converting items. They used the PPC daily for assistance to convert items and obtain equivalent alternatives under DAPA. The operating room ordered some items with their own credit card which made it difficult to track usage. They were addressing this problem.

I toured the O&M El Paso distribution center and was impressed with the new facility and automation used to received materiel from vendors and ship it out to our customers. A hand held device tracks the material at all times. Before an order is delivered to a customer, the pallet is checked and re-checked by a different warehouse worker to eliminate any errors in the shipment.

ANTHONY AMENDOLIA
Case Manager, Lone Star Region
Med/Surg PV Program

---

paa3018 sends (Anthony Amendolia)...

**Martin, Nancy**

**From:** Amendolia, Anthony
**Sent:** Tuesday, June 09, 1998 10:08 AM
**To:** Martin, Nancy
**Subject:** RE: Lone Star Region

Nancy,

I did not get a copy of the green bar report for May but I wasn't looking for it because I was busy with researching the VA items. Don't forget Maj Cochran just started at Ft. Sill on June 1st. I'll call her this week to talk to her about the IV solutions. We will need some help from CPT Bainger for Sheppard AFB. I talked to them before and he just doesn't like United. I don't know why. They never got along with the rep from the first day.

Anthony

----------

**From:** Martin, Nancy
**Sent:** Monday, June 08, 1998 8:33 AM
**To:** Amendolia, Anthony
**Subject:** Lone Star Region

Anthony,

I know your not in on Mondays but I needed to send you this message while I was thinking of it.

Did we receive the green bar report from United for the month of May? I don't recall receiving it.

Mr. Bandy called me because I needed to know a firm date(s) when Linda would be resubmitting the usage data files (as per my letter from the meeting we had with Dave and the AmerInd guys). He said all resubmissions of data would be provided to DSCP by August 31, 1998. I passed this on to the guys upstairs.

Also, Mr. Bandy gave me an email code to use temporarily. I would use this internally only because it is Linda Hardy's. Mr. Bandy is still working on getting his. The code is: lhardy@flash.net

Bill also told me that starting mid July, United will be running their own truck to Holloman for 24 hour delivery. He also said that Holloman placed a $60,000.00 surge order. He said that El Paso (Ft Bliss) had an Inventory Analyst come in to help them and that the analyst told them their par levels were too low. El Paso placed a $94,000.00 with UMS at the end of last month based on this analyst's findings.

We might want to check with Holloman end of July or by mid August to verify and see if the new truck is making 24 hour delivery.

Mr. Bandy did say that some of the sites (Ft Sill and Sheppard) are still not ordering McGaw IV solutions from him but going to McGaw direct. I spoke to Linda Flatley again about this and she suggested that I contact the service reps (i.e. Bainger and Fred Sharp) and tell them that these facilities are violating their Med/Surg Requirements contract and ask them for assistance. I do plan to do that however I wanted to check the green bar report for verification before contacting them.

Just thought I'd pass this information along. There is no need for you to do anything.

Nancy Martin
DSCP- MEDICAL
Phone: 215-737-8422
DSN: 444-8422
Facsimile: 215-737-2081/8144
DSN: 444-2081/8144
email code: nmartin@dscp.dla.mil