DEFENSE LOGISTICS AGENCY
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111-5092

IN REPLY
REFER TO

EXECUTIVE SUMMARY

MEMORANDUM FOR D

THROUGH: P

FROM: PM
Prepared by: Dan Sfamurri/x2604/October 10, 2000

SUBJECT: Class Justification & Approval to extend current Medical/Surgical Prime Vendor Contracts

PURPOSE: The estimated value of this class contracting action is between $10-$50 million and therefore requires the approval of the Commander as the Head of the Contract Activity (HCA).

DISCUSSION:

- The Medical/Surgical CBU seeks to extend a group of Prime Vendor Contracts pending the transition of our customers from these expiring contracts to the newly awarded Prime Vendor Generation II Contracts.

- These emergency extensions are necessary to afford Defense Medical Logistics Standard Support (DMLSS) personnel additional time to perform the system upgrades needed to ensure a smooth transition for our customers. This action must be taken because DMLSS personnel are not able to meet the original implementation plan within the timeframes necessary to prevent a lapse in contractual coverage from the expiring contracts to the new Generation II contracts.

- This class J&A covers 30 contracts covering 23 geographic regions which will be extended from a minimum of 32 days to a maximum of 114 days depending upon when their current contract term expires and when they are scheduled to transition to their new Medical/Surgical Generation II contract. The total estimated value of this action is $20,470,165.

RECOMMENDATION: The Commander approve and sign the enclosed Justification.

COORDINATION: MS See attached Exec Sum M See attached Exec Sum G See attached Exec Sum

DE ____ DC ____ DD ____

Approved by: PAUL E. ZEBROWSKI, Director, Procurement Management

Federal Recycling Program Printed on Recycled Paper

DSCP-PV-5267

MEMORANDUM FOR D

THROUGH: P

FROM: PM

Prepared by: Dan Sfamurri/x2604/October 10, 2000

SUBJECT: Class Justification & Approval to extend current Medical/Surgical Prime Vendor Contracts

PURPOSE: The estimated value of this class contracting action is between $10-$50 million and therefore requires the approval of the Commander as the Head of the Contract Activity (HCA).

DISCUSSION:

- The Medical/Surgical CBU seeks to extend a group of Prime Vendor Contracts pending the transition of our customers from these expiring contracts to the newly awarded Prime Vendor Generation II Contracts.
- These emergency extensions are necessary to afford Defense Medical Logistics Standard Support (DMLSS) personnel additional time to perform the system upgrades needed to ensure a smooth transition for our customers. This action must be taken because DMLSS personnel are not able to meet the original implementation plan within the timeframes necessary to prevent a lapse in contractual coverage from the expiring contracts to the new Generation II contracts.
- This class J&A covers 30 contracts covering 23 geographic regions which will be extended from a minimum of 32 days to a maximum of .. days depending upon when their current contract term expires and when they are scheduled to transition to their new Medical/Surgical Generation II contract. The total estimated value of this action is $20,470,165.

RECOMMENDATION: The Commander approve and sign the enclosed Justification.

COORDINATION: MS ______ M ______ G ______ 10/16/00

DE ______ DC ______ DD ______

Approved by: PAUL E. ZEBROWSKI, Director, Procurement Management

DSCP-PV-5268

# CLASS JUSTIFICATION
# FOR OTHER THAN FULL AND OPEN COMPETITION
# (C-2) MEDICAL/SURGICAL PRIME VENDOR
# REGIONS

1. The Defense Logistics Agency, Defense Supply Center Philadelphia, Directorate of Medical Materiel, is the contracting activity.

2. The action being approved is for the acquisition of supplies on an other than full and open competition basis, due to unusual and compelling urgency. This class J&A covers contract extensions for 30 existing Medical/Surgical Prime Vendor contracts covering 23 geographic regions worldwide. There are multiple contracts in several regions due to: a) adding sites that were OCONUS which required a separate contract number for separate distribution fees, and b) separate programs, such as DVD or Stockless, within a region. Individual Generation I contracts will have to be extended from a minimum of 32 days to a maximum of 114 days depending upon when their current contract term expires and when they are scheduled to transition to their new Medical/Surgical Generation II contract. The contracts will be extended to the date the last facility within the region is projected to transition. These extensions are necessary to afford Defense Medical Logistics Standard Systems (DMLSS) personnel sufficient time to perform the system upgrades required to ensure a smooth transition for our military customers to the new Medical/Surgical Generation II contracts. These delays in implementation were unknown and unanticipated at time of acquisition planning, solicitation, and award of the new Medical/ Surgical Generation II contracts.

3. The supplies to be acquired are medical/surgical products, which are covered by existing Distribution and Pricing Agreements (DAPAs) and distributed to ordering facilities through a Prime Vendor. The estimated dollar value for extending this entire class of acquisitions is $ 20,470,165.

4. The statutory authority permitting other than full and open competition is 10 U.S.C. 2304(c)(2), as implemented by FAR 6.302-2, Unusual and Compelling Urgency.

5. The use of the authority cited is necessary for the following reasons:

a. It is imperative to maintain continuous Prime Vendor contract coverage and uninterrupted supply of vitally needed medical/surgical items. These supplies include various medical/surgical items that are needed on a daily basis to provide for the safety and health of military service personnel, which enable them to perform the DoD mission of national security. The current class of Prime Vendor contracts requires daily deliveries directly to the ordering facility within 24 hours of order placement. This Class Justification will authorize the Contracting Officer to extend these existing contracts for a period of time that will assure continued supply support to our customers. If prime vendor support is not maintained until the follow-on Prime Vendor Generation II contracts are implemented, the nonavailability of items for routine patient care will seriously disrupt the Medical Treatment Facilities' operations and may result in financial loss to the Government if products must be locally purchased elsewhere or manually ordered off-line to the Generation II contractor.

**CLASS JUSTIFICATION**
**FOR OTHER THAN FULL AND OPEN COMPETITION**
**(C-2) MEDICAL/SURGICAL PRIME VENDOR**
**REGIONS**

b. Medical/Surgical items are currently being procured under the expiring Generation I regional prime vendor contracts. These contracts include a base year and four one-year options. Because of the realignment of the Prime Vendor regions with the Tricare regions, it was decided to let the Generation I contracts expire and award new (Generation II) Prime Vendor regional contracts which are aligned with the Tricare Regions. Current contracts are either in their third or fourth Option Year. Accordingly, no remaining option years will be exercised and current option terms will be allowed to expire. During the acquisition planning phase, DSCP developed an orderly, time-phased implementation plan based upon Generation I contract expiration dates so customers could transition smoothly to their new Generation II contracts. After award of the Generation II contracts, however, the DMLSS program manager indicated they would not be able to meet the original implementation plan due to a shift in priorities and the nonavailability of sufficient resources to complete the work as planned. Accordingly, contract extensions are necessary to assure continuous prime vendor coverage for our customers. The attached schedule shows when the current Generation I contract expires, the additional days each contract will be extended, the revised expiration date and the estimated value of each extension. These extensions consider the projected time it will take for DMLSS personnel to perform upgrades and other implementation procedures. Also, an additional 30 days is built in to each extension to cover potential delays due to adverse weather conditions or other logistical complications. To minimize the actual value and duration of these extensions, customers will transition immediately to their new Prime Vendor Generation II contractor once their facility's upgrades are completed.

6. This acquisition will not be synopsized per FAR 5.202(a)(2). It is not in the Government's best interest to issue solicitations and make separate awards for these emergency requirements or consider any other sources than the current Generation I Prime Vendors. The incumbent contractors are the only known responsible firms able to fully comply with our specifications within the required time frames and they have demonstrated their ability to perform on the proposed extensions. Also, extending Generation I contracts in lieu of negotiating separate awards guarantees no lapse in contract coverage.

7. I hereby determine that the anticipated cost to the Government will be fair and reasonable based on the current contractors agreeing to the extensions at no change in their current distribution fee, i.e., the expiring Option Year's distribution fee.

8. The unusual and compelling urgency of this requirement does not permit time to conduct market research.

DSCP-PV-5270

# CLASS JUSTIFICATION
# FOR OTHER THAN FULL AND OPEN COMPETITION
# (C-2) MEDICAL/SURGICAL PRIME VENDOR
# REGIONS

9. Additional facts supporting the use of other than full and open competition include the following:

a. Since the inception of the Prime Vendor Program, the ordering facilities have lowered stock levels and reduced or eliminated warehouse space, mandating that needed products be provided on a regular basis. Failure to provide continuance of this service worldwide could severely impair the operations of the ordering facilities while the transition to Generation II is being completed. Since there is insufficient time to solicit, evaluate and award offers for these requirements, consideration of offers from other sources would disrupt the continuity of available supplies.

b. Exercising available options was considered but such action would cause some Generation I contracts to run for another full year since these options cannot be partially exercised. Our customers want to transition to the Generation II contracts as soon as possible because the new contracts have performance requirements and features that will better meet their needs. Furthermore, while the Generation II contracts are indefinite quantity contracts, the Generation I contracts are requirements contracts. Consequently, orders cannot be placed against the new Generation II contracts until the Generation I contracts have expired.

10. Potential sources have not been given an opportunity to express an interest in these proposed acquisitions because there is insufficient time to publish a notice in the Commerce Business Daily.

11. The follow-on Prime Vendor Generation II Contracts, which were solicited under full and open competition, have been awarded. All such future acquisitions will also be solicited on a full and open basis.

12. I hereby certify that the information contained in this justification is accurate and complete to the best of my knowledge and belief.

10/13/00
DATE

James Jennings
JAMES JENNINGS
Contracting Officer

DSCP-PV-5271

# CLASS JUSTIFICATION
# FOR OTHER THAN FULL AND OPEN COMPETITION
# (C-2) MEDICAL/SURGICAL PRIME VENDOR
# REGIONS

I hereby certify that:

a. The requirements represented by this justification meet only the Government's minimum needs in accordance with the applicable statement of work; and

b. The actions covered by this justification are only for that quantity needed to satisfy an unusual and compelling urgency; and

c. This justification is accurate and complete to the best of my knowledge and belief.

10/16/00
Date

L. Flatley
L. FLATLEY
Chief
MED/SURG PV Contracting Section
Directorate of Medical Materiel

I have reviewed this justification and recommend approval.

10/16/00
Date

John P. Patten
DSCP MEDICAL COUNSEL

I have reviewed this justification and recommend approval.

10/16/00
Date

Christine J. Jones
DSCP MEDICAL COMPETITION ADVOCATE

DSCP-PV-5272

**CLASS JUSTIFICATION
FOR OTHER THAN FULL AND OPEN COMPETITION
(C-2) MEDICAL/SURGICAL PRIME VENDOR
REGIONS**

I have reviewed and hereby approve this justification.

10/17/02
Date

DSCP-PV-5273

# CLASS JUSTIFICATION
# FOR OTHER THAN FULL AND OPEN COMPETITION
# (C-2) MEDICAL/SURGICAL PRIME VENDOR
# REGIONS

| Expiring Contract(s) For | Date Contract(s) Expire(s) | Extension Needed (days) | Revised Expiration Date | Estimated Value of Extension |
|---|---|---|---|---|
| Cascades Region | Oct 19,2000 | 37 | Nov 26, 2000 | $ 424,084 |
| IL/KY/MO Region | Oct 26, 2000 | 76 | Jan 11, 2000 | $ 685,636 |
| Nat'l Cap Region | Oct 31, 2000 | 43 | Dec 14, 2000 | $2,198,648 |
| Tidewater Region | Oct 31, 2000 | 49 | Dec 20, 2000 | $1,296,920 |
| NY/NE Region | Oct 31, 2000 | 56 | Dec 27, 2000 | $ 130,124 |
| FL/GA Region | Nov 6, 2000 | 54 | Dec 31, 2000 | $1,187,110 |
| Panhandle Region | Nov 13, 2000 | 66 | Jan 19, 2001 | $1,016,238 |
| Wilford Hall | Nov 14, 2000 | 79 | Feb 2, 2001 | $1,551,274 |
| OH/IL Region | Nov 28, 2000 | 66 | Feb 3, 2001 | $ 488,195 |
| Carolinas Region | Dec 5, 2000 | 87 | Mar 3, 2001 | $1,916,543 |
| Rocky Mt. Region | Dec 11, 2000 | 88 | Mar 10, 2001 | $ 887,187 |
| Midwest Region | Dec 21, 2000 | 86 | Mar 18, 2001 | $ 462,102 |
| Hawaii Region | Dec 26, 2000 | 88 | Mar 25, 2001 | $ 876,559 |
| AL/TN/ARK Region | Jan 28, 2001 | 62 | Apr 1, 2001 | $ 89,914 |
| Europe Region | Jan 28, 2001 | 82 | Apr 21, 2001 | $2,137,660 |
| Montana Region | Jan 30, 2001 | 81 | Apr 22, 2001 | $ 19,437 |
| Alaska Region | Feb 21, 2001 | 65 | Apr 28, 2001 | $ 293,870 |
| Dakotas Region | Feb 27, 2001 | 64 | May 3, 2001 | $ 43,975 |
| Utah/Idaho Region | Mar 6, 2001 | 114 | Jun 29. 2001 | $ 114,363 |
| Lonestar Region | May 31, 2001 | 71 | Aug 11, 2001 | $2,150,015 |
| San Diego Region | Jun 30, 2001 | 53 | Aug 23, 2001 | $1,645,115 |
| Pacific Region | Jul 18, 2001 | 49 | Sep 6, 2001 | $ 611,246 |
| San Francisco Region | Aug 28, 2001 | 32 | Aug 29, 2001 | $ 243,951 |
| | | | TOTAL | $20,470,165 |

DSCP-PV-5274