E. Kathleen Shahan
D.C. Bar # 267872
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
202 - 307-0249
202 - 307-0494 (telefax)
Kathie.Shahan@usdoj.gov
Attorney for the United States

**IN THE UNITED BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: UNITED MEDICAL SUPPLY COMPANY INC., Debtor-in-Possession | ) | Case No.01 - 41911-bjh-11 <br> Chapter 11 |
| United Medical Supply Company, Inc., Plaintiff, <br> v. <br> United States of America, Defendant. | ) | Adversary: 02 - 4230 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF**
**<u>DISCOVERY REQUESTS TO DEFENDANT UNITED STATES</u>**

Defendant, the United States of America, responds to plaintiff's first set of discovery requests as follows:

<u>INTERROGATORY NO. 1</u>

This interrogatory requests information pertaining to the representations made by the Defendant in the Award SP0200-97-D-7133 and Modification Number 006 to the Award. For each Participating MTF, please provide the following information (The dollar amount provided

for each Participating MTF is expected to total the amount stated in the Award and Modifications. If an exact dollar amount is not known, however, a best estimate may be used):

a. The dollar amount attributable to the Participating MTF for that MTF's share of the estimated dollar value for the base year as represented by DPSC in the Solicitation.

b. The dollar amount attributable to the Participating MTF for that MTF's share of the estimated total dollar value for the contract as represented by the DPSC in the Solicitation.

c. If the totals provided under a and b above do not equal the amounts represented in the referenced Award and Modification, state why they do not.

ANSWER NO. 1

a. This information is currently unknown, and therefore, information sufficient to make an estimate is not available. If the information was ever provided to DSCP, it is no longer available. The only information currently available consists of a consolidated list based upon information provided by the Army, the Air Force and the Navy, which list is produced in response to Request No. 1.

b. See response to Interrogatory No. 1a.

c. No response required.

INTERROGATORY NO. 2

What was the process used by Defendant to estimate the contract value over the projected five annual contract periods, including the process used to identify those MTFs expected to

MTF, state the dollar amount of the Scheduled Medical Products and Supplies purchased from United Medical and the dollar amount of the Scheduled Medical Products and Supplies purchased from third parties.

ANSWER NO. 4

Individual MTF's do not capture their information in this manner. However, to the extent that information concerning the dollar amount of Scheduled Medical Products purchased from United Medical is available, it is contained in the Contracting Officer's Files for United Medical and will be made available as set forth in Response to Request No. 7. With respect to purchases from third parties, DSCP is attempting to determine what records are available and will supplement this response if relevant information or documents are located.

INTERROGATORY NO. 5

For each Participating MTF, identify the MTF and state the total dollar amount of products for each contract year that the particular MTF ordered from United Medical but which was not supplied by United Medical.

ANSWER NO. 5

The requested information can be extrapolated from the reports of fill rates by MTF and will be made available as set forth in Response to Request No. 4.

INTERROGATORY NO. 6

For each Participating MTF, identify the MTF and state the dollar amount of Products that particular MTF purchased from third parties, i.e., suppliers other than United Medical, during the term of the contract between United Medical and the United States.

ANSWER NO. 6

To the extent that "Products" means "Scheduled Medical Equipment and Supplies," see Answer to Interrogatory No. 4.

INTERROGATORY NO. 7

For each Participating MTF, identify the MTF and state, for each contract year, the dollar amount of diverted purchases made by that MTF for that contract year during the term of the contract between the Government and United Medical. The term "diverted purchases" as used in this interrogatory means purchases made by the MTF from third parties which it contractually was required to first order from United Medical but did not.

ANSWER NO. 7

The defendant has no knowledge of any dollar amounts for "diverted purchases." See Answer to Interrogatory No. 4 for purchases from third parties.

INTERROGATORY NO. 8

Prior to awarding the contract to United Medical, did the Government make any estimate of profits or profit margins it anticipated United Medical receiving under the Contract, either by dollar or percent of revenues?

ANSWER NO. 8

No.

INTERROGATORY NO. 9

Did the Government ever determine during the term of the Contract that its original requirement estimates were too high? If "yes," state when such a determination was made, the

individuals involved in making that determination, the dollar amount by which the Government's estimates were too high, and if the Government considered giving the Prime Vendors and [sic] adjustment to the contract price.

ANSWER NO. 9

No.

INTERROGATORY NO. 10

State all reasons, as you understand it, that Scheduled Medical Equipment and Supplies were, from time to time, ordered by a Participating MTF from United Medical under the Prime Vendor Contract, but not supplied by United Medical, specifically including: the MTF failed to properly order, the order was killed by United Medical, United Medical failed to provide timely confirmation, and United Medical failed to provide timely delivery.

ANSWER NO. 10

Defendant objects to this interrogatory as being overbroad and unduly burdensome to the extent that it seeks all reasons ordered products were not supplied by United Medical. Defendant is unaware of any instance where the MTF failed to properly order. The reasons, as understood by the defendant, are contained throughout the Contracting Officer's File for United Medical, which file will be made available as set forth in Response to Request No. 4.

INTERROGATORY NO. 11

With respect to each reason provided above, if you have an estimated dollar volume for of Schedule Medical Equipment and Supplies ordered but not supplied, state the dollar amount you estimate was not supplied with respect to each reason for which you have such an estimate.

ANSWER NO. 11

No such estimate was made.

INTERROGATORY NO. 12

What is your estimate of the dollar volume of Scheduled Medical Equipment and Supplies not sold by United Medical due to the eleven alleged contractual violations you identify in your written denial of United Medical's claim dated August 22, 2002.

ANSWER NO. 12

No such estimate has been made, and documentation sufficient to make such as estimate does not exist. However, United Medical's monthly fill rate for each MTF is available in the Contracting Officer's File for United Medical and will be made available as set forth in Response to Request No. 4.

INTERROGATORY NO. 13

Identify each person involved in denying United Medical's request to mediate its claims against the Department of Defense. Identify means to provide the persons name, title, and business address. A person is involved if he or she provided information used in preparing the denial or reviewed the denial before it was sent to Plaintiff.

ANSWER NO. 13

United Medical's requests have not been denied.

INTERROGATORY NO. 14

State, with respect to each Participating MTF, the dollar volume of Scheduled Medical Equipment and Supplies shipped by United Medical after the confirmation indicated the order

had been killed. If you do not know exactly, answer with a best estimate.

ANSWER NO. 14

Defendant is currently unaware of documentation sufficient to make such as estimate. If defendant is able to locate such information, the answer to this interrogatory will be supplemented.

INTERROGATORY NO. 15

With respect to every other region in the Prime Vendor Program for which a requirements contract was established, identify the (1) region by name (2) prime vendor or vendors (name and address) that were awarded a requirements contract (3) date of the initial award (4) represented value of the contract on the DoD solicitation (5) the actual dollar volume of products purchased from each of the other prime vendors under the contract, and whether or not a claim for equitable adjustment or breach of contract was filed by that prime vendor.

ANSWER NO. 15

(1) See Attachment A

(2) See Attachment A

(3) See Attachment A

(4) See Attachment B

(5) The actual dollar value is unknown. Sales (from July 1999 through June 2000) that have been reported by customers are reflected on Attachment B. There is no information available relative to sales that were not imputed by the customers.

There have been no claims filed by other prime vendors (contractors).

INTERROGATORY NO. 16

For each claim for equitable adjustment or breach of contract filed by another prime vendor under the Prime Vendor Program, state the prime vendor filing the claim, the amount of the claim, the resolution of the claim; and summarize the basis for the claim.

ANSWER NO. 16

There were no claims for equitable adjustments or breach of contract filed by any other prime vendor under the Prime Vendor Program.

INTERROGATORY NO. 17

If you contend that the requirements of the Participating MTF's for Scheduled Medical Equipment and Supplies decreased from the Supply Center estimate after the Solicitation was provided to United Medical, state the reasons for such decrease and identify the date or dates such reasons became known to the United States

ANSWER NO. 17

Defendant does not make such contention.

INTERROGATORY NO. 18

For each Participating MTF, identify the MTF and state the total dollar amount of products for each contract year that the particular MTF ordered from United Medical but which was not supplied by United Medical. If you are unable to answer the dollar amount exactly, provide your best estimate.

ANSWER NO. 18

To the extent that this request is duplicative of Interrogatory No. 5; see response thereto.

An estimate cannot be made as there is no basis for such an estimate.

INTERROGATORY NO. 19

For each Participating MTF, identify the MTF and state the total dollar amount of Products that particular MTF purchased from third parties, i.e., suppliers other than United Medical, during the term of the contract between United Medical and the United States. If you are unable to answer the dollar amount exactly, provide your best estimate.

ANSWER NO. 19

To the extent that this request is duplicative of Interrogatory No. 6; see response thereto. An estimate cannot be made as there is no basis for such an estimate.

INTERROGATORY NO. 20

For each Participating MTF, identify the MTF and state, for each contract year, the dollar amount of diverted purchases made by that MTF for that contract year during the term of the contract between the Government and United Medical. The term" diverted purchases" as used in this interrogatory means purchases made by the MTF from third parties which it contractually was required to first order from United Medical but did not. If you are unable to provide an exact dollar amount, provide your best estimate.

ANSWER NO. 20

To the extent that this request is duplicative of Interrogatory No. 7, see response thereto. An estimate cannot be made as there is no basis for such an estimate.

INTERROGATORY NO. 21

Prior to awarding the contract to United Medical, did the Government make any estimate

will be made available as set forth in Response No. 4.

REQUEST NO. 8

All correspondence between the Supply Center and United Medical pertaining to any failure of United Medical Supply to comply with the contract terms.

RESPONSE NO. 8

Documents responsive to this request are contained in the Contracting Officer's files and will be made available as set forth in Response to Request No. 4.

REQUEST NO. 9

All investigative reports by the Supply Center to determine the cause or causes of United Medical's failures to comply with the contract terms. This request seeks reports submitted internally, to any other agency, or to Congress.

RESPONSE NO. 9

Documents responsive to this request are contained in the Contracting Officer's files and will be made available as set forth in Response to Request No. 4.

REQUEST NO. 10

All documents which estimate the profits or losses the Supply Center projected for United Medical under the Award.

RESPONSE NO. 10

There are no documents responsive to this request.

REQUEST NO. 11

The ten contract files referenced by the Supply Center in Plaintiff's FOIA requests to the

As to Objections:

Dated: November 25, 2002

Respectfully submitted,

ROBERT D. McCALLAM, JR.
Assistant Attorney General

RICHARD H. STEPHENS
United States Attorney

J. CHRISTOPHER KOHN
TRACY J. WHITAKER
E. KATHLEEN SHAHAN
D.C. Bar No. 267872
Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202)307-0249

ATTORNEYS FOR THE UNITED STATES

VERIFICATION

The undersigned certifies, under penalty of perjury, that, to the best of her knowledge and belief, the factual information in the foregoing responses is true.

Date: 11/21/02

James Jennings
James Jennings, Contracting Officer

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2002, I caused a copy of the foregoing Defendant's Response to Plaintiff's Fist Set of Discovery Requests to Defendant United States by Federal Express upon the following:

Frank L. Broyles
Goins, Underkofler, Crawford & Langdon, LLP
1201 Elm Street, Suite 4800
Dallas, Texas 75270

E. Kathleen Shahan