**ADDENDUM TO STANDARD FORM 1449 (continued)**

4. **Continuation of Blocks 19-24:**

## SCHEDULE OF SUPPLIES/SERVICES

Note, all reference to actual or projected Prime Vendor Medical/Surgical sales is provided as information only. Any reference to sales figures or dollar amounts is in no way intended to represent intent on the part of the Government to estimate or guarantee sales under any resulting award.

The Military Health System (MHS) consists of 224 ordering facilities also referred to as Medical Treatment Facilities (MTFs) of varying sizes, located throughout the United States, the Far East and Europe. The MHS consists of a total of 6478 operating beds. These MTFs are operated and controlled by their parent military Services (Army, Navy & Air Force); however, these MTFs cooperate on a regional basis through the DoD MHS or TRICARE Program. There are currently twelve (12) MHS Regions, not including Europe and the Pacific. There are currently twenty-one (21) Prime Vendor (PV) regions covering the United States, Europe and the Pacific. Each PV region has been awarded a separate Med/Surg PV distribution contract. As existing contracts for PV regions expire, DSCP will re-solicit using MHS regions, sometimes referred to TRICARE regions, as the geographic boundary for Med/Surg PV distribution. The re-alignment of PV regions to MHS regions will not affect the total number of medical facilities. During this transition period and for the GPO's performance under this order, more than one DSCP PV may distribute to facilities in a MHS region. For a list of DSCP PVs, DSCP PV regions and ordering locations see Attachment II.

It is DSCP's intent to acquire access to GPO pricing for all its MTFs, nationwide and both in Europe and the Pacific. After a successful regional implementation of GPO national uncommitted pricing, the Government intends to expand the GPO pricing program to its entire customer base worldwide, incrementally adding region by region. The program's implementation location is intended to be DSCP's Med/Surg PV National Capital Region (NCR).

As a minimum, the Government proposes an implementation site consisting of 754 operating beds in the PV National Capital Region. Within the NCR, MTFs receive their Med/Surg items from a number of sources. It is estimated 45% of the total Med/Surg items used in the region are purchased under the current DSCP Prime Vendor program. The program utilizes independent and pre-existing Distribution and Pricing Agreements (DAPAs), representing over 350 vendors and 180,000 items. Sales for the National Capital Region under DSCP's PV contract are currently estimated at one million four hundred thousand dollars ($1.4M) per month. Currently DSCP's PV Med/Surg contract sales worldwide are averaging eight million four hundred

**ADDENDUM TO STANDARD FORM 1449 (continued)**

thousand dollars ($8.4M) per month. The MTFs estimate the balance of Med/Surg items are purchased directly from manufacturers and dealers using governmentwide commercial purchase cards and/or local purchase methods. It can be assumed the percentage of DSCP Med/Surg PV sales to total Med/Surg sales is relatively consistent across regions. DSCP PV Medical/Surgical sales worldwide were $69.3 million and $97.5 million for fiscal years 1997 and 1998 respectively.

## ESTIMATED ANNUAL QUANTITY

The Government anticipates obtaining access to GPO pricing for all its authorized ordering locations. As a minimum the Government will implement no less than the quantity stated for Phase I. The Government's estimated quantity is 6,478 operating beds, representing the entire MHS. Although the Government has no knowledge at this time of additional operating beds or ordering locations, the Government reserves the right to add DoD and Non-DoD ordering locations that are customers of DSCP's Med/Surg PV Program to the above schedule under Phase III. Offerors shall submit an offer for the proposed Phase III. The quantity of beds to be added during Phase III is estimated at twice the estimated quantity. The Government's estimates will remain unchanged for each contract year.

## ADDENDUM TO 52.212-4

**1. Addenda to 52.202-1, Definitions**
The following definitions are hereby incorporated into the contract.

Administrative Fees – A fee paid to the GPO by all vendors in the GPO's portfolio.

Basic Membership (Level) – The member is not committed to purchase a specific quantity of item or dollar amount. The member is not required and does not guarantee it will purchase any products. The member shall be provided all the resources, information and customer services that are customarily provided to a non-committed member as a benefit of its membership. The Government's requirements are expressed in terms of the "basic membership level" to discourage a GPO from enhancing the services provided at the basic membership level by offering a membership fee, if any, at a higher price than it customarily offers basic membership. The offeror is not discouraged from enhancing their offer or the performance required under any resultant contract as long as the enhancements are at no additional cost.

CONUS: Refers to locations within the 48 contiguous United States and the District of Columbia.

DAPA – It is an acronym for Distribution and Pricing Agreement (DAPA). A DAPA is a negotiated pricing agreement between vendors, either manufacturers or dealers, and DSCP. The DAPA holder consents to allow the prime vendor designated by DSCP Medical to distribute those products negotiated under the DAPA to participating ordering facilities and agrees that the prime vendor will charge the ordering facility no more than the prices set forth in the DAPA.

DAPA Holder – A manufacturer or dealer that has negotiated a Distribution and Pricing Agreement with DSCP.

FOB Destination – The unit price paid includes transportation costs for delivery of the item anywhere within the 48 contiguous United States and the District of Columbia. For you information, transportation cost to delivery locations beyond the boundaries of this definition are paid for by the Government, under a separate contract. All delivery locations for DAPA, GPO, etc., items will be to FOB Destination locations.

GPO Vendors or GPO Contract Portfolio – All the vendors, either manufacturers or dealers, who have current contracts with the GPO during the period of any resultant contract. For the purpose of this contract, the GPO's portfolio is limited to medical/surgical contracts, as defined herein.

Integrated Delivery Network (IND) - During the term of any resultant contract, current Med/Surg PV regions will be realigned along MHS regional boundaries. The MHS regions are commonly referred to as TRICARE Regions. For the purposes of this contract, it is anticipated the ordering facilities within each TRICARE region will comprise the members of a separate Integrated Delivery Network, (IDN) for the purposes of regional standardization and volume or committed

**ADDENDUM TO 52.212-4**

purchasing agreements. The Government reserves the right to create new IDNS, to add or delete ordering facilities from the contract or to re-assign ordering facilities from one IDN to another during the term of this contract and to create new IDNs.

End User Incentives or Rebates – Cash back or credit given by a manufacturer to a customer, i.e., MTF, as a benefit of purchasing a specific product or product line.

Medical/Surgical Items: Medical/Surgical items shall be defined as supplies contained in the GPO's contract portfolio that are traditionally distributed by a Medical/Surgical PV or delivered directly from a Medical/Surgical manufacturer.
Items include disposable, consumable, routine re-usable, hand held surgical instruments, portable surgical instruments with electrical characteristics or battery operated and off the shelf equipment items. The following type of items will not be accessed under the Government's membership: pharmaceuticals, dietary, optical, laboratory, x-ray, dental and capital equipment items.

Members: Members are individual DoD and non-DoD Medical Treatment Facilities (MTFs) throughout the world that are authorized by DSCP to be an ordering activity in the DSCP Med/Surg Prime Vendor Program. DSCP itself, acting as an ordering activity, will also be a member. Members shall have access to all member services. For a list of ordering activities see Attachment II.
1. The ordering activities are grouped as members of the DSCP PV regions. Only the Contracting Officer at DSCP is authorized to add or delete ordering activities from the PV program.

OCONUS: Refers to locations outside of the continental United States and includes Alaska, Hawaii, the Pacific, European and the Caribbean regions.

Operating Bed - An accommodation in a functioning medical treatment facility that is currently set up and ready in all respects for the care of a patient. It includes supporting space, equipment, medical material, and ancillary and supporting service, staff to operate under normal circumstances. Excluded are transient patient beds, bassinets, incubators, labor beds and recovery beds.

Regional DAPA: Pricing and Product information that is normally specific to the entire group of ordering facilities located in one or more regions. A regional DAPA can be used to provide a region(s) access to committed volume pricing. For the purposes of this solicitation, the GPO shall submit committed volume product and pricing information using the DAPA database file format. It is anticipated additional data fields will be added to the DAPA database format provided in this solicitation to accomplish the successful submission of the data.

| ACTIVITY BY PV AND PV REGION | SVC | # OF BEDS | # of Ordering Locations |
|---|---|---|---|
| **AL/TN/AR Region, BERGEN BRUNSWIG MED (BBMC)** | | | |
| Ft. McClellan | A | 0 | |
| Redstone Arsenal | A | 0 | |
| Ft. Buchanon, PR | A | 0 | |
| NH Millington | N | 66 | |
| NH Roosevelt Roads, PR | N | 35 | |
| Maxwell AFB | AF | 15 | |
| Little Rock AFB | AF | 0 | |
| ***Totals*** | | 116 | 7 |
| **ALASKA REGION BBMC** | | | |
| Ft. Wainwright | A | 18 | |
| Elmendorf AFB | AF | 35 | |
| Eielson AFB | AF | 0 | |
| ***Totals*** | | 53 | 3 |
| **CAROLINA REGIONS BBMC** | | | |
| Ft Bragg | A | 100 | |
| Gorgas AH, Panama | A | 0 | |
| Naval Hospital Camp Lejeune | N | 176 | |
| NH Charleston | N | 181 | |
| NH Beaufort | N | 49 | |
| NH Cherry Point | N | 40 | |
| Shaw AFB | AF | 15 | |
| Seymour Johnson AFB | AF | 7 | |
| Pope AFB | AF | 0 | |
| Charleston AFB | AF | 0 | |
| Howard AFB, Panama | AF | 18 | |
| Camp Lejeune MEDLOG | A | 0 | |
| SASSY Management Unit Camp Lejeune | A | 0 | |
| JTF Bravo | A | 10 | |
| Parris Island | M | 0 | |
| Moncrief Army Community Hospital | A | 22 | |
| CDR, 32D MEDLOG BN (FWD) | A | 0 | |
| ***Totals*** | | 618 | 17 |
| **CASCADES REGION BBMC** | | | |
| Madigan AMC | A | 149 | |
| NH Bremerton | N | 109 | |
| NH Oak Harbor | N | 25 | |
| Fairchild AFB | AF | 0 | |
| McChord AFB | AF | 0 | |
| US Coast Guard Port Angeles | CG | 0 | |
| US Coast Guard Support Center | CG | 0 | |
| Trident Refit Facility | N | 0 | |
| ***Totals*** | | 283 | 8 |

| | | | |
|---|---|---|---|
| **DAKOTA REGIONS** | | | |
| **KREISERS, INC.** | | | |
| Minot AFB | AF | 15 | |
| Ellsworth AFB | AF | 10 | |
| Grand Forks AFB | AF | 6 | |
| ***Totals*** | | 31 | 3 |
| **EUROPEAN REGION** | | | |
| **BBMC** | | | |
| USAMMCE | A | 0 | |
| Heidelberg | A | 48 | |
| Landstuhl | A | 144 | |
| Wuerzberg | A | 60 | |
| Vicenza | A | 0 | |
| NH Keflavik | N | 0 | |
| NH Sigonella | N | 0 | |
| NH Rota | N | 0 | |
| NH Naples | N | 0 | |
| Lakenheath, UK | AF | 0 | |
| Spangdahlem AB | AF | 0 | |
| Incirlik AB | AF | 0 | |
| 469th Contingency Hospital , Frankfurt | A | 0 | |
| ***Totals*** | | 252 | 13 |
| **FLORIDA/GEORGIA REGION** | | | |
| **OWENS & MINOR** | | | |
| Ft Benning | A | 50 | |
| Ft Stewart | A | 49 | |
| Ft Gordon | A | 130 | |
| NH Jacksonville | N | 131 | |
| Nav Med Cl Kings Bay | N | 0 | |
| Nav Med Cl Key West | N | 0 | |
| MacDill AFB | AF | 25 | |
| Patrick AFB | AF | 2 | |
| Robbins AFB | AF | 0 | |
| Blount Island | M | 0 | |
| Moody AFB | AF | 0 | |
| Coast Guard Air Station Clearwater | GC | 0 | |
| Tuttle Army Health Clinic | A | 0 | |
| USCG Air Station, Opa Locka Airport | CG | 0 | |
| USCG ISC Miami Beach | CG | 0 | |
| ***Totals*** | | 387 | 15 |
| **HAWAII REGION** | | | |
| **BBMC** | | | |
| Tripler | A | 214 | |
| Pearl Harbor | N | 0 | |
| Hickam | AF | 0 | |
| Camp Zama | A | 0 | |
| Johnson Atoll | | 0 | |
| Kwajalein Atoll | | 0 | |
| Schofield Barracks | | 0 | |
| USCG ISC Honolulu Health Services | CG | 0 | |
| ***Totals*** | | 214 | 8 |
| **IL/KY/MO REGION** | | | |
| **BBMC** | | | |
| Ft. Campbell | A | 50 | |
| Ft. Leonard Wood | A | 29 | |
| Ft. Knox | A | 24 | |

| | | | |
|---|---|---|---|
| Scott AFB | AF | 45 | |
| ***Totals**** | | 148 | 4 |

LONESTAR REGION
UNITED MEDICAL SUPPLY

| | | | |
|---|---|---|---|
| Ft. Sam Houston | A | 167 | |
| Ft. Bliss | A | 114 | |
| Ft. Hood | A | 100 | |
| Ft. Sill | A | 30 | |
| Ft. Huachuca | A | 0 | |
| NH Corpus Christi | N | 195 | |
| NAS Dallas | N | 0 | |
| Sheppard AFB | AF | 60 | |
| Tinker AFB | AF | 20 | |
| Dyess AFB | AF | 9 | |
| Cannon AFB | AF | 5 | |
| Holloman AFB | AF | 3 | |
| Altus AFB | AF | 6 | |
| Laughlin AFB | AF | 0 | |
| Brooks AFB | AF | 0 | |
| Kelly AFB | AF | 0 | |
| Randolph AFB | AF | 0 | |
| Goodfellow AFB | AF | 0 | |
| Vance AFB | AF | 0 | |
| Kirland AFB | AF | 9 | |
| 147th MEDLOG, Ft Sam Houston | A | 0 | |
| Ft Worth, AFMLO/OL-2 | AF | 0 | |
| USCG Group Galveston | CG | 0 | |
| ***Totals*** | | 709 | 23 |

Midwest Region
MIDWEST MEDICAL SUPPLY

| | | | |
|---|---|---|---|
| Ft. Riley | A | 25 | |
| Ft. Leavenworth | A | 0 | |
| Offutt AFB | AF | 25 | |
| Whiteman AFB | AF | 4 | |
| McConnell AFB | AF | 0 | |
| ***Totals*** | | 54 | 5 |

MONTANA REGION
KREISERS, INC.

| | | | |
|---|---|---|---|
| Malmstrom AFB | AF | 0 | |
| ***Totals*** | | 0 | 1 |

NATIONAL CAPITAL REGION
OWENS & MINOR

| | | |
|---|---|---|
| WRAMC | A | 263 |
| Ft. Belvoir | A | 35 |
| Ft. Meade | A | 0 |
| Kirk AHCI | A | 0 |
| Ft. Monmouth | A | 0 |
| Carlisle Barracks | A | 0 |
| Pentagon | A | 0 |
| Bethesda | N | 342 |
| NH Patuxent River | N | 20 |
| NCI Quantico | N | 0 |
| Annapolis | N | 0 |
| Malcolm Grow | AF | 90 |
| Bolling AFB | AF | 0 |
| Dover AFB | AF | 4 |
| McGuire AFB | AF | 0 |

| | | | |
|---|---|---|---|
| Ft Dix | A | 0 | |
| National Institute of Health | | 125 | |
| Aberdenn Proving Ground | A | 0 | |
| Fort Myer | A | 0 | |
| US Army Clinic Ft Detrick | A | 0 | |
| District of Columbia General Hospital | | 175 | |
| USCG Headquarters Health Clinic | CG | 0 | |
| USCG Yard | CG | 0 | |
| DPSC DVD/MEDS | DLA | 0 | |
| ***Totals*** | | 1054 | 24 |
| NEW YORK/NEW ENGLAND REGION | | | |
| OWENS & MINOR | | | |
| Ft. Drum | A | 0 | |
| West Point | A | 8 | |
| NMC Portsmouth (NH) | N | 0 | |
| NH Groton | N | 25 | |
| NH Rhode Island | N | 0 | |
| NAS Brunswick, ME | N | 0 | |
| Hanscom AFB | AF | 0 | |
| USCG Academy New London | CG | 0 | |
| Health Services Clinic | CG | 0 | |
| USCG Air Station Cape Cod | CG | 0 | |
| Martin's Point Health Care Pharmacy | | 0 | |
| ***Totals*** | | 33 | 11 |
| OHIO/ILLINOIS REGION | | | |
| BBMC | | | |
| NH Great Lakes | N | 136 | |
| Wright Patterson AFB | AF | 90 | |
| Ft McCoy (Ft Knox) | A | 0 | |
| ***Totals*** | | 226 | 3 |
| PACIFIC REGION | | | |
| BBMC | | | |
| Waegwan, 16th | A | 65 | |
| Camp Zama | A | 0 | |
| NH Okinawa | N | 26 | |
| NH Guam, Agana | N | 55 | |
| NH Yokosuka | N | 0 | |
| Okinawa, 3rd FSSG | N | 104 | |
| Yokota AB 374th | AF | 15 | |
| Misawa AB 35th | AF | 9 | |
| Kadena AB 18th | AF | 0 | |
| Osan AB 51st | AF | 4 | |
| Andersen AFB Guam | | 0 | |
| | *AF* | | |
| Kimhae, AB Korea | AF | 0 | |
| Kunsan | AF | 0 | |
| USNC Mercy | N | 0 | |
| 16th MEDLOG Battalion | A | 0 | |
| 3rd USAF MED LOG CO | AF | 0 | |
| 51st USAF Contingency Hospital/SGAL | AF | 0 | |
| US Army MEDDAC Japon | A | 0 | |
| ***Totals*** | | 278 | 18 |