Resume: William ("Bill") Bandy attached as Exhibit A to Affidavit

1947---1952 American Hospital Supply Corporation--Dallas, Texas
Hired as a sales trainee. Spent 15 months assigned to warehousing and inside customer service. After completing sales training in Chicago I was assigned a sales territory of north Texas and southern Oklahoma and exceeded sales quotas for the next three years.

1952---1956 E.H. McClure Company--Dallas, Texas
E. H. McClure was a Texas, family owned independent med/surg distributor covering the northern and western part of Texas. I opened southern Oklahoma for the company. Total employees around 35, with 6 or 7 of those being salesreps.Recruited by the company as a sales representative to travel north Texas and southern Oklahoma. Exceeded sales goals each year.

1956---1960 Gulf States Hospital Supply Company--Houston, Texas
Recruited by ex-executives of American Hospital Supply Corporation as Territory Manager in the start-up company

1960---1970 Terrell Supply Company---Fort Worth, Texas
Recruited as Territory Manager in north Texas and southern Oklahoma area. Consistently exceeded sales goals.

1970---1980 Gentec Hospital Supply Company---San Francisco, California
After Terrell Supply Company was acquired by Gentec Hospital Supply Company, a wholly owned subsidiary of Foremost-Mckesson Corp., I remained in the position of Territory Manager, with additional responsibilities.

1980---1987 United Medical Supply Company, a Joint Venture---Fort Worth, Texas
Co-founded United and served as it's president

1987---2001 United Medical Supply Company, Inc.---Fort Worth, Texas
Served as President and CEO.

United Medical was a full-service medical /surgical supply and equipment distributor, full service meaning the company served all medically oriented entities including hospitals, nursing homes, extended care facilities, municipal, city, county, state and federal facilities, clinics, individual physicians, medical and industrial laboratories

first responders etc. The company represented over 400 manufacturers, both foreign and domestic, covering over 1 million items in the med/surg universe of products. United stocked over 60,000 line items in it's six operating division warehouses in Fort Worth, Houston, San Antonio, El Paso and Lubbock, Texas and Oklahoma City, Oklahoma.

The company employed approximately 155 dedicated men and women, with 37 of those being outside sales representatives, in it's peak year of 73 million+ sales revenues. Those sales were generated with approximately 2,700 customers in the company's primary

marketing area of Texas, Oklahoma, and New Mexico, with peripheral sales in Lousiana and Arizona.