| Cust # | Name | Balance |
|---|---|---|
| 118 | 70th Logistics Squardon | 758.75 |
| 2166 | 12th Medical Support | 1,314.67 |
| 7535 | 27th Medical Group | 8,290.25 |
| 9618 | Commander USCG Galveston | 78.41 |
| 13720 | 71st Medical Group | 541.34 |
| 13725 | Brooke Army Med Center | 49,265.65 |
| 13784 | 72nd Med Support Sqd | 4,651.04 |
| 14499 | Darnell Army Comm Hosp | 8,866.24 |
| 29128 | 47th Medical Group | 2,134.21 |
| 30102 | AFMLO OL 2 | 2,908.26 |
| 40777 | 377th Med Gr Kirtland | 1,633.75 |
| 45376 | 49th Medical Group | 3,717.18 |
| 45427 | W Beaumont Army Med Cntr | 52,803.57 |
| 51454 | Naval Hospital | 14,508.68 |
| 56025 | 82nd Medical Group | 8,892.42 |
| 56039 | Sheppard AFB | 3,657.84 |
| 65503 | Reynolds Army Comm Hosp | 2,268.63 |
| 65657 | RW Bliss Army Comm Hosp | 9,139.73 |
| 56030 | 97th Medical Group | 4,726.28 |
| | | 180,156.90 |

# ADVANCED MEDICAL SUPPLY

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 118 | 03/20/03 | 1 |

## STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

**70TH LOGISTICS SQUADRON**
**FM2855**

**BROOKS AFB TX 78235**

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 03/31/00 | 707894-00 | 03/31/00 | Invoice | | 758.75 | 758.75 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 758.75 |

**TOTAL DUE**
**758.75**

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 2166 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

12TH MEDICAL SUPPORT SQDN
FM3089
RANDOLPH AFB TX
RANDOLPH AFB TX 78150

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 09/13/00 | 728311-00 | 10/13/00 | Invoice | | 66.75 | 66.75 |
| 09/27/00 | 730085-00 | 10/27/00 | Invoice | | 87.18 | 153.93 |
| 09/27/00 | 730086-00 | 10/27/00 | Invoice | | 87.18 | 241.11 |
| 09/29/00 | 730652-00 | 10/29/00 | Invoice | | 404.48 | 645.59 |
| 11/20/00 | 735093-00 | 12/20/00 | Invoice | | 40.63 | 686.22 |
| 12/08/99 | 740632-00 | 01/07/00 | Invoice | | 628.45 | 1314.67 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1314.67 |

**TOTAL DUE**
1314.67

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 7535 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

27TH MEDICAL GROUP
FM485

CANNON AFB NM 88103

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 02/13/01 | 500002-00 | 03/15/01 | Invoice | | 69.33 | 69.33 |
| 02/15/00 | 500036-00 | 03/16/00 | Invoice | | 7.38 | 76.71 |
| 02/18/00 | 500041-00 | 03/19/00 | Invoice | | 179.78 | 256.49 |
| 03/02/00 | 500068-00 | 04/01/00 | Invoice | | 15.24 | 271.73 |
| 03/03/00 | 500072-00 | 04/02/00 | Invoice | | 151.55 | 423.28 |
| 03/10/00 | 500082-00 | 04/09/00 | Invoice | | 207.49 | 630.77 |
| 03/10/00 | 500083-00 | 04/09/00 | Invoice | | 334.14 | 964.91 |
| 03/27/00 | 500119-00 | 04/26/00 | Invoice | | 140.61 | 1105.52 |
| 03/27/00 | 500120-00 | 04/26/00 | Invoice | | 150.16 | 1255.68 |
| 04/07/00 | 500147-00 | 05/07/00 | Invoice | | 34.52 | 1290.20 |
| 04/17/00 | 500162-00 | 05/17/00 | Invoice | | 144.82 | 1435.02 |
| 04/17/00 | 500163-00 | 05/17/00 | Invoice | | 208.92 | 1643.94 |
| 04/27/00 | 500177-00 | 05/27/00 | Invoice | | 117.20 | 1761.14 |
| 05/11/00 | 500201-00 | 06/10/00 | Invoice | | 12.82 | 1773.96 |
| 05/31/00 | 500226-00 | 06/30/00 | Invoice | | 919.72 | 2693.68 |
| 06/06/00 | 500232-00 | 07/06/00 | Invoice | | 40.66 | 2734.34 |
| 06/14/00 | 500241-00 | 07/14/00 | Invoice | | 20.93 | 2755.27 |
| 06/22/00 | 500247-00 | 07/22/00 | Invoice | | 158.41 | 2913.68 |
| 07/07/00 | 500277-00 | 08/06/00 | Invoice | | 386.67 | 3300.35 |
| 07/11/00 | 500279-00 | 08/10/00 | Invoice | | 109.74 | 3410.09 |
| 07/31/00 | 500307-00 | 08/30/00 | Invoice | | 155.29 | 3565.38 |
| 07/31/00 | 500308-00 | 08/30/00 | Invoice | | 41.76 | 3607.14 |
| 08/22/00 | 500350-00 | 09/21/00 | Invoice | | 212.82 | 3819.96 |
| 08/25/00 | 500357-00 | 09/24/00 | Invoice | | 165.70 | 3985.66 |
| 09/07/00 | 500370-00 | 10/07/00 | Invoice | | 213.92 | 4199.58 |
| 09/13/00 | 500378-00 | 10/13/00 | Invoice | | 426.89 | 4626.47 |
| 08/09/00 | 500395-00 | 09/08/00 | Debit Memo | | 177.36 | 4803.83 |
| 08/09/00 | 500397-00 | 09/08/00 | Debit Memo | | 334.22 | 5138.05 |
| 08/09/00 | 500408-00 | 09/08/00 | Debit Memo | | 131.52 | 5269.57 |
| 10/16/00 | 500413-00 | 11/15/00 | Invoice | | 9.66 | 5279.23 |
| 12/08/00 | 500488-00 | 01/07/01 | Invoice | | 1744.65 | 7023.88 |
| 12/08/00 | 500489-00 | 01/07/01 | Invoice | | 471.29 | 7495.17 |
| 12/08/00 | 500490-00 | 01/07/01 | Invoice | | 697.90 | 8193.07 |
| 12/22/00 | 500508-00 | 01/21/01 | Invoice | | 33.28 | 8226.35 |
| 01/31/01 | 500561-00 | 03/02/01 | Invoice | | 63.90 | 8290.25 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8290.25 |

**TOTAL DUE**
**8290.25**

Designs by M

# ADVANCED MEDICAL SUPPLY

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 9618 | 03/20/03 | 1 |

## STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

COMMANDER USCG ROUP GALVE
Z36243
1 FERRY RD
GALVESTON TX 77553

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 05/12/00 | 812576-00 | 06/11/00 | Invoice | | 78.41 | 78.41 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 78.41 |

**TOTAL DUE** 78.41

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 13720 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

71ST MEDICAL GROUP
FM3029
VANCE AFB OK
VANCE AFB OK 73705

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 03/05/01 | 109989-00 | 04/04/01 | Invoice | | 66.24 | 66.24 |
| 07/20/00 | 118546-00 | 08/19/00 | Credit Memo | | 0.98- | 65.26 |
| 07/28/00 | 157688-00 | 08/27/00 | Invoice | | 115.98 | 181.24 |
| 07/24/00 | 161209-00 | 08/23/00 | Invoice | | 72.79 | 254.03 |
| 08/29/00 | 175675-00 | 09/28/00 | Invoice | | 3.87 | 257.90 |
| 08/29/00 | 175748-00 | 09/28/00 | Invoice | | 33.34 | 291.24 |
| 09/11/00 | 180243-00 | 10/11/00 | Invoice | | 111.35 | 402.59 |
| 11/03/00 | 201451-00 | 12/03/00 | Invoice | | 48.81 | 451.40 |
| 11/20/00 | 207218-00 | 12/20/00 | Invoice | | 32.82 | 484.22 |
| 01/23/01 | 229743-00 | 02/22/01 | Invoice | | 57.12 | 541.34 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 541.34 |

**TOTAL DUE**
541.34

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 13725 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTO TX 78234

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 02/07/01 | 700605-00 | 03/09/01 | Invoice | | 93.48 | 93.48 |
| 02/08/01 | 700821-00 | 03/10/01 | Invoice | | 20.93 | 114.41 |
| 02/13/01 | 701193-00 | 03/15/01 | Invoice | | 18.51 | 132.92 |
| 02/15/01 | 701465-00 | 03/17/01 | Invoice | | 16.52 | 149.44 |
| 03/13/00 | 705005-00 | 04/12/00 | Invoice | | 2962.79- | 2813.35- |
| 03/13/00 | 705006-00 | 04/12/00 | Invoice | | 1683.98 | 1129.37- |
| 03/27/00 | 706966-00 | 04/26/00 | Invoice | | 1030.75 | 98.62- |
| 04/27/00 | 708502-00 | 05/27/00 | Invoice | | 316.61 | 217.99 |
| 04/27/00 | 708503-00 | 05/27/00 | Invoice | | 673.28 | 891.27 |
| 04/27/00 | 708537-00 | 05/27/00 | Invoice | | 899.20 | 1790.47 |
| 04/28/00 | 708737-00 | 05/28/00 | Invoice | | 927.19 | 2717.66 |
| 04/28/00 | 708738-00 | 05/28/00 | Invoice | | 365.56 | 3083.22 |
| 04/27/00 | 708784-00 | 05/27/00 | Invoice | | 749.52 | 3832.74 |
| 04/27/00 | 709004-00 | 05/27/00 | Invoice | | 556.92 | 4389.66 |
| 04/27/00 | 709265-00 | 05/27/00 | Invoice | | 365.04 | 4754.70 |
| 04/28/00 | 709276-00 | 05/28/00 | Invoice | | 421.32 | 5176.02 |
| 04/28/00 | 709277-00 | 05/28/00 | Invoice | | 337.44 | 5513.46 |
| 04/27/00 | 709369-00 | 05/27/00 | Invoice | | 388.10 | 5901.56 |
| 04/27/00 | 709370-00 | 05/27/00 | Invoice | | 45.66 | 5947.22 |
| 04/28/00 | 709496-00 | 05/28/00 | Invoice | | 57.40 | 6004.62 |
| 04/28/00 | 709522-00 | 05/28/00 | Invoice | | 35.21 | 6039.83 |
| 04/28/00 | 709523-00 | 05/28/00 | Invoice | | 547.04 | 6586.87 |
| 04/14/00 | 709660-00 | 05/14/00 | Invoice | | 263.66 | 6850.53 |
| 05/11/00 | 709834-00 | 06/10/00 | Invoice | | 455.18 | 7305.71 |
| 04/28/00 | 710228-00 | 05/28/00 | Invoice | | 210.66 | 7516.37 |
| 04/28/00 | 710260-00 | 05/28/00 | Invoice | | 202.32 | 7718.69 |
| 04/28/00 | 710493-00 | 05/28/00 | Invoice | | 10.06 | 7728.75 |
| 05/23/00 | 710504-00 | 06/22/00 | Invoice | | 53.47 | 7782.22 |
| 04/28/00 | 710722-00 | 05/28/00 | Invoice | | 372.60 | 8154.82 |
| 05/23/00 | 710787-00 | 06/22/00 | Invoice | | 124.39 | 8279.21 |
| 05/11/00 | 710789-00 | 06/10/00 | Invoice | | 115.38 | 8394.59 |
| 04/28/00 | 711084-00 | 05/28/00 | Invoice | | 30.91 | 8425.50 |
| 05/11/00 | 711103-00 | 06/10/00 | Invoice | | 56.39 | 8481.89 |
| 04/28/00 | 711581-00 | 05/28/00 | Invoice | | 253.89 | 8735.78 |
| 05/04/00 | 712172-00 | 06/03/00 | Invoice | | 118.03 | 8853.81 |

CONTINUED ON NEXT PAGE

Designs by M

# ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 13725 | 03/20/03 | 2 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

## STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

**BROOKE ARMY MED CENTER**
**W45MXE**
**FORT SAM HOUSTON TX**
**FORT SAM HOUSTO TX 78234**

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 05/05/00 | 712294-00 | 06/04/00 | Invoice | | 95.87 | 8949.68 |
| 07/31/00 | 712529-00 | 08/30/00 | Debit Memo | | 3323.90 | 12273.58 |
| 05/09/00 | 712619-00 | 06/08/00 | Invoice | | 392.29 | 12665.87 |
| 05/09/00 | 712620-00 | 06/08/00 | Invoice | | 434.75 | 13100.62 |
| 05/11/00 | 713065-00 | 06/10/00 | Invoice | | 61.82 | 13162.44 |
| 05/15/00 | 713353-00 | 06/14/00 | Invoice | | 35.69 | 13198.13 |
| 05/23/00 | 714203-00 | 06/22/00 | Invoice | | 37.64 | 13235.77 |
| 05/31/00 | 715038-00 | 06/30/00 | Invoice | | 180.87 | 13416.64 |
| 06/06/00 | 715979-00 | 07/06/00 | Invoice | | 1687.08 | 15103.72 |
| 06/08/00 | 716296-00 | 07/08/00 | Invoice | | 120.98 | 15224.70 |
| 06/08/00 | 716373-00 | 07/08/00 | Invoice | | 44.56 | 15269.26 |
| 06/09/00 | 716560-00 | 07/09/00 | Invoice | | 1178.49 | 16447.75 |
| 06/14/00 | 716954-00 | 07/14/00 | Invoice | | 78.66 | 16526.41 |
| 06/14/00 | 717006-00 | 07/14/00 | Invoice | | 117.99 | 16644.40 |
| 06/16/00 | 717105-00 | 07/16/00 | Invoice | | 25.33 | 16669.73 |
| 06/16/00 | 717106-00 | 07/16/00 | Invoice | | 25.33 | 16695.06 |
| 06/16/00 | 717107-00 | 07/16/00 | Invoice | | 25.33 | 16720.39 |
| 06/16/00 | 717108-00 | 07/16/00 | Invoice | | 25.33 | 16745.72 |
| 06/16/00 | 717109-00 | 07/16/00 | Invoice | | 25.33 | 16771.05 |
| 06/16/00 | 717110-00 | 07/16/00 | Invoice | | 25.33 | 16796.38 |
| 06/16/00 | 717111-00 | 07/16/00 | Invoice | | 25.33 | 16821.71 |
| 06/16/00 | 717112-00 | 07/16/00 | Invoice | | 25.33 | 16847.04 |
| 06/19/00 | 717585-00 | 07/19/00 | Invoice | | 516.14 | 17363.18 |
| 06/19/00 | 717626-00 | 07/19/00 | Invoice | | 91.00 | 17454.18 |
| 06/30/00 | 717972-00 | 07/30/00 | Invoice | | 125.35 | 17579.53 |
| 06/30/00 | 719437-00 | 07/30/00 | Invoice | | 140.09 | 17719.62 |
| 07/21/00 | 721676-00 | 08/20/00 | Invoice | | 301.45 | 18021.07 |
| 08/22/00 | 725741-00 | 09/21/00 | Invoice | | 484.89 | 18505.96 |
| 08/24/00 | 726179-00 | 09/23/00 | Invoice | | 40.26 | 18546.22 |
| 10/27/00 | 727547-00 | 11/26/00 | Invoice | | 84.20 | 18630.42 |
| 09/25/00 | 727563-00 | 10/25/00 | Invoice | | 539.18 | 19169.60 |
| 10/25/00 | 728074-00 | 11/24/00 | Invoice | | 12.39 | 19181.99 |
| 07/31/00 | 728288-00 | 08/30/00 | Debit Memo | | 1175.72 | 20357.71 |
| 09/20/00 | 728396-00 | 10/20/00 | Invoice | | 7.57 | 20365.28 |
| 09/18/00 | 728846-00 | 10/18/00 | Invoice | | 1645.01 | 22010.29 |

CONTINUED ON NEXT PAGE

Designs by M

# ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 13725 | 03/20/03 | 3 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

## STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

**BROOKE ARMY MED CENTER**
**W45MXE**
**FORT SAM HOUSTON TX**
**FORT SAM HOUSTO TX 78234**

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 09/29/00 | 728999-00 | 10/29/00 | Invoice | | 788.44 | 22798.73 |
| 09/20/00 | 729123-00 | 10/20/00 | Invoice | | 59.60 | 22858.33 |
| 09/20/00 | 729159-00 | 10/20/00 | Invoice | | 468.28 | 23326.61 |
| 10/25/00 | 729287-00 | 11/24/00 | Invoice | | 91.82 | 23418.43 |
| 09/25/00 | 729651-00 | 10/25/00 | Invoice | | 86.16 | 23504.59 |
| 10/25/00 | 729708-00 | 11/24/00 | Invoice | | 148.62 | 23653.21 |
| 09/26/00 | 729919-00 | 10/26/00 | Invoice | | 40.24 | 23693.45 |
| 09/26/00 | 730322-00 | 10/26/00 | Invoice | | 1601.92 | 25295.37 |
| 09/28/00 | 730323-00 | 10/28/00 | Invoice | | 2982.74 | 28278.11 |
| 09/28/00 | 730462-00 | 10/28/00 | Invoice | | 91.57 | 28369.68 |
| 07/31/00 | 730630-00 | 08/30/00 | Debit Memo | | 1599.54 | 29969.22 |
| 10/25/00 | 730718-00 | 11/24/00 | Invoice | | 12.04 | 29981.26 |
| 10/18/00 | 732697-00 | 11/17/00 | Invoice | | 521.30 | 30502.56 |
| 10/27/00 | 732877-00 | 11/26/00 | Invoice | | 54.26 | 30556.82 |
| 10/27/00 | 734021-00 | 11/26/00 | Invoice | | 107.20 | 30664.02 |
| 10/27/00 | 734180-00 | 11/26/00 | Invoice | | 120.98 | 30785.00 |
| 07/31/00 | 734206-00 | 08/30/00 | Debit Memo | | 4338.12 | 35123.12 |
| 10/30/00 | 734286-00 | 11/29/00 | Invoice | | 1.20 | 35124.32 |
| 11/07/00 | 735238-00 | 12/07/00 | Invoice | | 1033.56 | 36157.88 |
| 11/07/00 | 735239-00 | 12/07/00 | Invoice | | 832.82 | 36990.70 |
| 11/07/00 | 735242-00 | 12/07/00 | Invoice | | 3.00 | 36993.70 |
| 11/30/00 | 736692-00 | 12/30/00 | Invoice | | 27.40 | 37021.10 |
| 01/10/01 | 737526-00 | 02/09/01 | Invoice | | 43.44 | 37064.54 |
| 11/30/00 | 738272-00 | 12/30/00 | Invoice | | 263.98 | 37328.52 |
| 12/06/00 | 738708-00 | 01/05/01 | Invoice | | 41.00 | 37369.52 |
| 12/11/00 | 739213-00 | 01/10/01 | Invoice | | 689.16 | 38058.68 |
| 12/11/00 | 739283-00 | 01/10/01 | Invoice | | 18.44 | 38077.12 |
| 12/12/00 | 739375-00 | 01/11/01 | Invoice | | 30.75 | 38107.87 |
| 12/20/00 | 739643-00 | 01/19/01 | Invoice | | 0.50 | 38108.37 |
| 12/15/00 | 739925-00 | 01/14/01 | Invoice | | 19.92 | 38128.29 |
| 12/20/00 | 740446-00 | 01/19/01 | Invoice | | 158.22 | 38286.51 |
| 01/05/01 | 741776-00 | 02/04/01 | Invoice | | 30.60 | 38317.11 |
| 01/05/01 | 741780-00 | 02/04/01 | Invoice | | 101.22 | 38418.33 |
| 01/09/01 | 742083-00 | 02/08/01 | Invoice | | 0.76 | 38419.09 |
| 01/09/01 | 742100-00 | 02/08/01 | Invoice | | 82.69 | 38501.78 |

CONTINUED ON NEXT PAGE

Designs by M

# ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 13725 | 03/20/03 | 4 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

## STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTO TX 78234

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 01/08/01 | 742248-00 | 02/07/01 | Invoice | | 6454.08 | 44955.86 |
| 01/16/01 | 743005-00 | 02/15/01 | Invoice | | 126.66 | 45082.52 |
| 01/31/01 | 744089-00 | 03/02/01 | Invoice | | 267.35 | 45349.87 |
| 01/30/01 | 744975-00 | 03/01/01 | Invoice | | 3915.78 | 49265.65 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49265.65 |

**TOTAL DUE**
**49265.65**

Designs by M