I-6

AS/400 Host Screen

```
ACR020S2                     UNITED MEDICAL SUPPLY                    Date:  4/04/01
Customer:    1372507        Customer Master Inquiry
    Name: BROOKE ARMY MEDICAL CENTER      Terms:      Ship:       Category:
   Add-1: W45MXE                           Comm:      Zone:       Location:     7
   Add-2:                                   Age:      Disc:      Flat Disc:
   Add-3:                                  Type:                 Territory:
    City: FORT SAM HOUSTON       State: TX
     Zip: 78234        Phone: 210/916-2011                       Salesman:     31
                         Fax: 210/916-3357
                                                        Comments:
Sort Name: FORT SAM HOUSTON                             SHIP TO 13726 27 28 29 30

  Contact:
    Title:                                              History Codes:  555555555555
 Finance Chrges:                                          CURRENT 0-30    10,994.92
  Hold Statment:                                           31-60 DAYS      1,219.58-
    Stop Credit: C     Sales  Tax  Information             61-90 DAYS     24,571.50
   Catalog Code:       State:      Code:                  91-120 DAYS        957.99
     Acc Checks:       Number:                           OVR-120 DAYS     44,002.44
     Backorders:                                              Balance:     79,307.27
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History         CMD12-Sales By Ctgy
```

66,312.35

Over 30 6/4/01
$275,791.34

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:28:28

AS/400 Host Screen

```
ACR020S2                  UNITED MEDICAL SUPPLY                       Date:  4/04/01
Customer:   1372001      Customer Master Inquiry
    Name: 71ST MEDICAL GROUP              Terms:       Ship:         Category:
   Add-1: FM3029                           Comm:        Zone:         Location:     1
   Add-2:                                   Age:        Disc:        Flat Disc:
   Add-3:                                  Type:                     Territory:
    City: VANCE AFB              State: OK
     Zip: 73705        Phone: 580/213-7676                           Salesman:     49
                         Fax: 580/213-7420
                                                 Comments:
Sort Name: 71ST                                  *****SEE MEGAN**************

  Contact: TENA DOMINGUEZ
    Title: AIRMAN OSBORN                         History Codes:  555555555555
Finance Chrges:                                    CURRENT 0-30        158.12
  Hold Statment:                                     31-60 DAYS
    Stop Credit: C    Sales  Tax  Information        61-90 DAYS        107.71
  Catalog Code:       State:      Code:             91-120 DAYS
     Acc Checks:      Number:                      OVR-120 DAYS        417.98
     Backorders:                                       Balance:        683.81
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices            CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History          CMD12-Sales By Ctgy
```

325.69

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:01

AS/400 Host Screen

```
ACR020S2                     UNITED MEDICAL SUPPLY                         Date:  4/04/01
Customer:   1378401         Customer Master Inquiry
    Name: 72ND MEDICAL SUPPORT SQUADRON  Terms:        Ship:         Category:
   Add-1: FM2030                          Comm:        Zone:         Location:     1
   Add-2:                                  Age:        Disc:        Flat Disc:
   Add-3:                                 Type:                     Territory:
    City: TINKER AFB          State: OK
     Zip: 73145       Phone: 405/736-2572                           Salesman:    49
                        Fax: 405/736-2177
                                                 Comments:
Sort Name: 72ND                                  ******SEE MEGAN*NOPGONFILE**

  Contact: SGT PLUMB
    Title:                                       History Codes:  555534555555
Finance Chrges:                                   CURRENT 0-30         336.52
  Hold Statment:                                    31-60 DAYS       1,410.73
     Stop Credit: C    Sales  Tax  Information      61-90 DAYS         837.83
   Catalog Code:       State:      Code:           91-120 DAYS         483.46
      Acc Checks:      Number:                    OVR-120 DAYS       4,331.21
     Backorders:                                      Balance:       7,399.75
       Cash Disc:
       Exclusive:
CMD2 -Acct History         CMD5-Open Invoices         CMD6 -Comments
CMD8 -Sales By Month       CMD9-Display History       CMD12-Sales By Ctgy
```

7063.23

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:10

AS/400 Host Screen

```
ACR020S2                     UNITED MEDICAL SUPPLY                          Date:  4/04/01
Customer:   1449901        Customer Master Inquiry
    Name: DARNALL ARMY COMM HOSP            Terms:        Ship:        Category:
   Add-1: W45NQ8                             Comm:        Zone:        Location:    1
   Add-2: BLDG 3600 RM 0002                   Age:        Disc:       Flat Disc:
   Add-3:                                    Type:                    Territory:
    City: FORT HOOD              State: TX
     Zip: 76544         Phone: 817/288-2788                           Salesman:
                          Fax: 817/288-6040
                                                     Comments:
Sort Name: DARNALL                                   ******SEE MEGAN***************

  Contact: CAROL CLARK
    Title:                                           History Codes:  555533455555
Finance Chrges:                                        CURRENT 0-30        114.70
 Hold Statment:                                          31-60 DAYS
   Stop Credit: C    Sales  Tax  Information             61-90 DAYS      5,881.37
  Catalog Code:      State:      Code:                  91-120 DAYS        391.83-
    Acc Checks:      Number:                           OVR-120 DAYS     10,890.72
    Backorders:                                            Balance:     16,494.96
     Cash Disc:
     Exclusive:
CMD2 -Acct History             CMD5-Open Invoices             CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History           CMD12-Sales By Ctgy
```

$16,380.26

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:18

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                    Date:  4/04/01
Customer:   2651401        Customer Master Inquiry
    Name: 7TH MEDICAL GROUP                  Terms:      Ship:       Category:
   Add-1: FM4661                              Comm:      Zone:       Location:    1
   Add-2:                                      Age:      Disc:      Flat Disc:
   Add-3:                                     Type:                 Territory:
    City: DYESS AFB              State: TX
     Zip: 79607       Phone: 915/696-5341                           Salesman:    17
                        Fax: 915/696-5469
                                                      Comments:
Sort Name: 7TH                                        ****SEE MEGAN*********

  Contact: DELORES FRANKLIN
    Title:                                            History Codes:  234455512111
 Finance Chrges:                                        CURRENT 0-30
  Hold Statment:                                          31-60 DAYS
    Stop Credit: C    Sales  Tax  Information             61-90 DAYS        421.43
   Catalog Code:      State:      Code:                  91-120 DAYS         16.17
     Acc Checks:      Number:                           OVR-120 DAYS
     Backorders:                                            Balance:        437.60
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices            CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History          CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:26

AS/400 Host Screen

```
ACR020S2                  UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:   2651901      Customer Master Inquiry
    Name: 17TH MEDICAL GROUP             Terms:      Ship:      Category:
   Add-1: FM3030                          Comm:      Zone:      Location:    1
   Add-2:                                  Age:      Disc:     Flat Disc:
   Add-3:                                 Type:                Territory:
    City: GOODFELLOW AFB       State: TX
     Zip: 76908       Phone: 915/654-3066                      Salesman:    17
                        Fax: 915/654-3309
                                                   Comments:
Sort Name: 17TH                                    ******SEE MEGAN**********

  Contact: SSGT KELLY
    Title:                                         History Codes:  120012312111
 Finance Chrges:                                     CURRENT 0-30
  Hold Statment:                                       31-60 DAYS
    Stop Credit:     Sales  Tax  Information           61-90 DAYS
   Catalog Code:     State:      Code:                91-120 DAYS        80.10-
     Acc Checks:     Number:                         OVR-120 DAYS       232.59-
     Backorders:                                          Balance:       312.69-
     Cash Disc:
     Exclusive:
CMD2 -Acct History             CMD5-Open Invoices             CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History           CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:36

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                    Date:  4/04/01
Customer:   3010201        Customer Master Inquiry
    Name: AFMLO OL 2                      Terms:      Ship:      Category:
   Add-1: FM9133                           Comm:      Zone:      Location:    1
   Add-2: FORT WORTH TEXAS                  Age:      Disc:     Flat Disc:
   Add-3:                                  Type:                Territory:
    City: FORT WORTH          State: TX
     Zip: 76115        Phone: 817/885-6961                      Salesman:
                         Fax: 817/885-6964
                                                Comments:
Sort Name: AFMLO

  Contact: SGT BRANTLEY
    Title: SGT KOONCE (IF BRANTLEY N/A          History Codes:  555523441234
Finance Chrges:                                   CURRENT 0-30
  Hold Statment:                                    31-60 DAYS          72.58
    Stop Credit: C    Sales  Tax  Information       61-90 DAYS      12,484.20
   Catalog Code:      State:      Code:            91-120 DAYS       5,202.75
     Acc Checks:      Number:                     OVR-120 DAYS           7.53
     Backorders:                                       Balance:     17,767.06
      Cash Disc:
      Exclusive:
CMD2 -Acct History              CMD5-Open Invoices              CMD6 -Comments
CMD8 -Sales By Month            CMD9-Display History            CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:45

AS/400 Host Screen

```
ACR020S2                        UNITED MEDICAL SUPPLY                     Date:  4/04/01
Customer:   4077701            Customer Master Inquiry
    Name: 377TH MED GR KIRTLAND AFB       Terms:      Ship:      Category:
   Add-1: FM4469                           Comm:      Zone:      Location:    1
   Add-2: 1501 SAN PEDRO DR SE BLDG 47      Age:      Disc:     Flat Disc:
   Add-3:                                  Type:                Territory:
    City: ALBUQUERQUE          State: NM
     Zip: 87108       Phone: 505/846-3687                       Salesman:
                        Fax:
                                                 Comments:
Sort Name: 377TH MEDICAL GROUP

  Contact:
    Title:                                       History Codes:  555500112345
 Finance Chrges:                                   CURRENT 0-30
  Hold Statment:                                     31-60 DAYS
    Stop Credit: C    Sales  Tax  Information        61-90 DAYS        586.12
   Catalog Code:      State:      Code:             91-120 DAYS        143.14
     Acc Checks:      Number:                      OVR-120 DAYS        124.92
     Backorders:                                       Balance:        854.18
      Cash Disc:
      Exclusive:
CMD2 -Acct History          CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month        CMD9-Display History        CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:53

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                    Date:  4/04/01
Customer:    4537601      Customer Master Inquiry
     Name: 49TH MEDICAL GROUP HOLLOMAN     Terms:      Ship:       Category:
    Add-1: FM4801                           Comm:      Zone:       Location:    1
    Add-2:                                   Age:      Disc:      Flat Disc:
    Add-3:                                  Type:                 Territory:
     City: HOLLOMAN AFB         State: NM
      Zip: 88330      Phone: 505/475-3694                         Salesman:
                        Fax: 505/475-3677
                                                 Comments:
Sort Name: 49TH MEDICAL GROUP HOLLOMAN           SHIP TO 77 78 79 80

  Contact: SGT. GUNTERMAN
    Title:                                       History Codes:   550000112344
Finance Chrges:                                    CURRENT 0-30         362.08-
 Hold Statment:                                      31-60 DAYS
   Stop Credit:     Sales  Tax  Information          61-90 DAYS
  Catalog Code:     State:      Code:               91-120 DAYS
    Acc Checks:     Number:                        OVR-120 DAYS
    Backorders:                                        Balance:         362.08-
     Cash Disc:
     Exclusive:
CMD2 -Acct History             CMD5-Open Invoices             CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History           CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:01

AS/400 Host Screen

```
ACR020S2                        UNITED MEDICAL SUPPLY                          Date:  4/04/01
Customer:   4542701            Customer Master Inquiry
    Name: WILLIAM BEAUMONT ARMY MED CTR    Terms:      Ship:      Category:
   Add-1: W45PEA                            Comm:      Zone:      Location:    1
   Add-2:                                    Age:      Disc:     Flat Disc:
   Add-3:                                   Type:                Territory:
    City: EL PASO                State: TX
     Zip: 79918          Phone: 915/568-8689                     Salesman:
                           Fax: 915/568-9010
                                                        Comments:
Sort Name: WILLIAM BEAUMONT                             SHIP TO 28 29 30 31 32

  Contact: OSCAR MOLINAR
    Title:                                              History Codes:  555500012455
Finance Chrges:                                           CURRENT 0-30
 Hold Statment:                                             31-60 DAYS      2,428.47
    Stop Credit: C    Sales  Tax  Information               61-90 DAYS     14,993.76
   Catalog Code:      State:      Code:                    91-120 DAYS      2,990.39
     Acc Checks:      Number:                             OVR-120 DAYS     13,460.45
     Backorders:                                              Balance:     33,873.07
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History         CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:09

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                        Date:  4/04/01
Customer:    5602501       Customer Master Inquiry
    Name: 82ND MEDICAL GROUP               Terms:      Ship:      Category:
   Add-1: FM3020                            Comm:      Zone:      Location:    1
   Add-2:                                    Age:      Disc:     Flat Disc:
   Add-3:                                   Type:                Territory:
    City: SHEPPARD AFB         State: TX
     Zip: 76311      Phone: 940/676-7067                          Salesman:    97
                       Fax: 940/676-7064
                                                  Comments:
Sort Name: 82ND                                   ******SEE MEGAN********

  Contact:
    Title:                                        History Codes:  555555555555
Finance Chrges:                                     CURRENT 0-30        516.70
  Hold Statment:                                      31-60 DAYS         34.75-
      Stop Credit: C   Sales  Tax  Information        61-90 DAYS       1,679.25
    Catalog Code:      State:      Code:             91-120 DAYS          48.30
      Acc Checks:      Number:                      OVR-120 DAYS       9,182.38
      Backorders:                                         Balance:    11,391.88
       Cash Disc:
       Exclusive:
CMD2 -Acct History           CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month         CMD9-Display History         CMD12-Sales By Ctgy
```

10,875.16

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:24

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                    Date:  4/04/01
Customer:    5603901       Customer Master Inquiry
    Name: SHEPPARD AFB  882ND TRSS/TSRL  Terms:       Ship:       Category:
   Add-1: FM3004                          Comm:       Zone:       Location:     1
   Add-2: 939 MISSILE RD BLDG 1919         Age:       Disc:      Flat Disc:
   Add-3:                                 Type:                  Territory:
    City: SHEPPARD AFB         State: TX
     Zip: 76311       Phone:                                     Salesman:    97
                        Fax:
                                                       Comments:
Sort Name: SHEPPARD AFB 882ND TRSS                       NO PG ON FILE

  Contact:
    Title:                                             History Codes:  555512345555
 Finance Chrges:                                         CURRENT 0-30        161.08
  Hold Statment:                                           31-60 DAYS
    Stop Credit: C    Sales  Tax  Information              61-90 DAYS        343.49
   Catalog Code:      State:      Code:                  91-120 DAYS
     Acc Checks:      Number:                            OVR-120 DAYS      3,423.10
     Backorders:                                             Balance:      3,927.67
      Cash Disc:
      Exclusive:
CMD2 -Acct History          CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month        CMD9-Display History        CMD12-Sales By Ctgy
```

3,766.59

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:32

AS/400 Host Screen

```
ACR020S2                   UNITED MEDICAL SUPPLY                     Date:  4/04/01
Customer:   5603001       Customer Master Inquiry
    Name: 97TH MEDICAL GROUP                Terms:       Ship:       Category:
   Add-1: FM4419                             Comm:       Zone:       Location:     1
   Add-2:                                     Age:       Disc:      Flat Disc:
   Add-3:                                    Type:                  Territory:
    City: ALTUS AFB               State: OK
     Zip: 73523         Phone: 580/481-5207                         Salesman:     86
                          Fax: 580/481-1259
                                                   Comments:
Sort Name: 97TH                                    *****SEE MEGAN***********

  Contact:
    Title:                                         History Codes:  555555555555
 Finance Chrges:                                     CURRENT 0-30          867.84
  Hold Statment:                                       31-60 DAYS          291.16
    Stop Credit: C     Sales   Tax   Information       61-90 DAYS        1,492.00
   Catalog Code:       State:        Code:            91-120 DAYS
     Acc Checks:       Number:                       OVR-120 DAYS        3,191.28
     Backorders:                                          Balance:       5,842.28
     Cash Disc:
     Exclusive:
CMD2 -Acct History            CMD5-Open Invoices            CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History          CMD12-Sales By Ctgy
```

4,974.44

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:39

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                     Date:  4/04/01
Customer:   6550301        Customer Master Inquiry
    Name: REYNOLDS ARMY COMM HOSP       Terms:       Ship:       Category:
   Add-1: W44DQ6                         Comm:       Zone:       Location:    1
   Add-2:                                 Age:       Disc:      Flat Disc:
   Add-3:                                Type:                  Territory:
    City: FORT SILL          State: OK
     Zip: 73503       Phone: 405/458-2170                       Salesman:    86
                        Fax: 405/458-2177
                                                 Comments:
Sort Name: REYNOLDS                              ******SEE MEGAN***********

  Contact: BRUCE CHRISTIE
    Title:                                       History Codes:  553323455555
Finance Chrges:                                    CURRENT 0-30        321.73
  Hold Statment:                                     31-60 DAYS      4,552.06
    Stop Credit: C   Sales  Tax  Information         61-90 DAYS      4,350.94
   Catalog Code:     State:      Code:              91-120 DAYS
     Acc Checks:     Number:                       OVR-120 DAYS
     Backorders:                                       Balance:      9,224.73
      Cash Disc:
      Exclusive:
CMD2 -Acct History           CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month         CMD9-Display History         CMD12-Sales By Ctgy
```

8908.00

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:46

AS/400 Host Screen

```
ACR020S2                      UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:   6565701          Customer Master Inquiry
    Name: RAYMOND W BILSS ARMY COMM HOSP  Terms:     Ship:       Category:
   Add-1: W61DEW                           Comm:     Zone:       Location:    1
   Add-2: MATERIALS MGMT BLDG 45022         Age:     Disc:      Flat Disc:
   Add-3:                                  Type:                Territory:
    City: FORT HUACHUCA         State: AZ
     Zip: 85613       Phone: 520/533-2070                       Salesman:
                        Fax: 520/533-1274
                                                Comments:
Sort Name: RAYMOND W BLISS                      SHIPS TO 58 59 60 61

  Contact: MELVIN HICKS
    Title:                                      History Codes:  555500112345
Finance Chrges:                                   CURRENT 0-30
 Hold Statment:                                     31-60 DAYS
   Stop Credit: C    Sales  Tax  Information        61-90 DAYS          276.60
  Catalog Code:      State:      Code:             91-120 DAYS          315.81
    Acc Checks:      Number:                      OVR-120 DAYS        1,926.17
    Backorders:                                       Balance:        2,518.58
     Cash Disc:
     Exclusive:
CMD2 -Acct History            CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History         CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:54