AS/400 Host Screen

```
ACR020S2                      UNITED MEDICAL SUPPLY                        Date:  4/04/01
Customer:    4077703         Customer Master Inquiry
    Name: 377TH MED GR KIRTLAND AFB       Terms:       Ship:       Category:
   Add-1: FM4469                           Comm:       Zone:       Location:    3
   Add-2: 1501 SAN PEDRO DR SE BLDG 47      Age:       Disc:      Flat Disc:
   Add-3:                                  Type:                  Territory:
    City: ALBUQUERQUE          State: NM
     Zip: 87108       Phone: 505/846-3687                         Salesman:    70
                        Fax:
                                                Comments:
Sort Name: 377TH MEDICAL GROUP                  KIRTLAND AFB

  Contact:
    Title:                                      History Codes:  555555554455
 Finance Chrges:                                  CURRENT 0-30         17.28-
  Hold Statment:                                    31-60 DAYS
    Stop Credit: C    Sales  Tax  Information       61-90 DAYS
   Catalog Code:      State:      Code:            91-120 DAYS
     Acc Checks:      Number:                     OVR-120 DAYS       2,927.74
     Backorders:                                      Balance:       2,910.46
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History         CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:27:06

AS/400 Host Screen

```
ACR020S2                  UNITED MEDICAL SUPPLY                    Date:  4/04/01
Customer:   4537603      Customer Master Inquiry
    Name: 49TH MEDICAL GROUP-HOLLOMAN     Terms:       Ship:       Category:
   Add-1: FM4801                           Comm:       Zone:       Location:     3
   Add-2:                                   Age:       Disc:      Flat Disc:
   Add-3:                                  Type:                  Territory:
    City: HOLLOMAN AFB         State: NM
     Zip: 88330       Phone: 505/475-3694                         Salesman:    10
                        Fax: 505/475-3677
                                                 Comments:
Sort Name: 49TH MEDICAL GROUP,HOLLOMAN           ****SEE MEGAN**********

  Contact: SGT.GUNTERMAN
    Title:                                       History Codes:  555555555555
Finance Chrges:                                    CURRENT 0-30        846.75-
  Hold Statment:                                     31-60 DAYS
    Stop Credit: C    Sales  Tax  Information        61-90 DAYS
   Catalog Code:      State:      Code:             91-120 DAYS
     Acc Checks:      Number:                      OVR-120 DAYS    11,612.53
     Backorders:                                        Balance:   10,765.78
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History         CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:27:13

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                       Date:  4/04/01
Customer:    4542703       Customer Master Inquiry
    Name: WILLIAM BEAUMONT ARMY MED CTR   Terms:      Ship:       Category:
   Add-1: W45PEA                           Comm:      Zone:       Location:     3
   Add-2:                                   Age:      Disc:      Flat Disc:
   Add-3:                                  Type:                 Territory:
    City: EL PASO               State: TX
     Zip: 79918        Phone: 915/568-8689                       Salesman:     10
                         Fax: 915/568-9010
                                                 Comments:
Sort Name: WILLIAM BEAUMONT                      ********SEE MEGAN********

  Contact: OSCAR MOLINAR
    Title:                                       History Codes:  555555555555
Finance Chrges:                                    CURRENT 0-30
  Hold Statment:                                     31-60 DAYS
    Stop Credit: C    Sales  Tax  Information        61-90 DAYS
   Catalog Code:      State:      Code:             91-120 DAYS
     Acc Checks:      Number:                      OVR-120 DAYS     47,226.30
     Backorders:                                        Balance:    47,226.30
      Cash Disc:
      Exclusive:
CMD2 -Acct History             CMD5-Open Invoices             CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History           CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:27:21

AS/400 Host Screen

```
ACR020S2                 UNITED MEDICAL SUPPLY                     Date:  4/04/01
Customer:   6565703     Customer Master Inquiry
    Name: RAYMOND W BLISS ARMY COMM HOSP Terms:      Ship:      Category:
   Add-1: W61DEW                          Comm:      Zone:      Location:    3
   Add-2: MATERIALS MGMT BLDG 45022        Age:      Disc:     Flat Disc:
   Add-3:                                 Type:                Territory:
    City: FORT HUACHUCA        State: AZ
     Zip: 85613       Phone: 520/533-2070                      Salesman:    10
                        Fax: 520/533-1274
                                                  Comments:
Sort Name: RAYMOND W.BLISS                        ******SEE MEGAN*********

  Contact: MELVIN HICKS
    Title:                                        History Codes:  555555555555
 Finance Chrges:                                    CURRENT 0-30
  Hold Statment:                                      31-60 DAYS
    Stop Credit: C    Sales  Tax  Information         61-90 DAYS
   Catalog Code:      State:      Code:              91-120 DAYS
     Acc Checks:      Number:                       OVR-120 DAYS      6,748.92
     Backorders:                                         Balance:     6,748.92
      Cash Disc:
      Exclusive:
CMD2 -Acct History             CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History        CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:27:31

AS/400 Host Screen

```
ACR020S2                UNITED MEDICAL SUPPLY                          Date:  4/04/01
Customer:     753505   Customer Master Inquiry
    Name: 27TH MEDICAL GROUP           Terms:      Ship:       Category:
   Add-1: FM4855                        Comm:      Zone:       Location:     5
   Add-2:                                Age:      Disc:      Flat Disc:
   Add-3:                               Type:                 Territory:
    City: CANNON AFB           State: NM
     Zip: 88103       Phone: 505/784-7278                     Salesman:     82
                        Fax:
                                                 Comments:
Sort Name: 27TH                                  ******SEE MEGAN**************

  Contact:
    Title:                                       History Codes:  555555555555
Finance Chrges:                                    CURRENT 0-30
  Hold Statment:                                    31-60 DAYS           69.33
     Stop Credit: C    Sales  Tax  Information      61-90 DAYS          146.36
   Catalog Code:       State:      Code:           91-120 DAYS        2,947.12
     Acc Checks:       Number:                     OVR-120 DAYS       5,582.70
     Backorders:                                       Balance:       8,745.51
      Cash Disc:
      Exclusive:
CMD2 -Acct History          CMD5-Open Invoices         CMD6 -Comments
CMD8 -Sales By Month        CMD9-Display History       CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:27:38

AS/400 Host Screen

```
ACR020S2                      UNITED MEDICAL SUPPLY                  Date:  4/04/01
Customer:   6565705          Customer Master Inquiry
    Name: RAYMOND W.BLISS ARMY COMM HOSP  Terms:      Ship:      Category:
   Add-1:                                  Comm:      Zone:      Location:    5
   Add-2: W61DEW                            Age:      Disc:     Flat Disc:
   Add-3: MATERIAL MGMT-BLDG 45022         Type:                Territory:
    City: FORT HUACHUCA         State: AZ
     Zip: 85613       Phone: 520/533-2070                       Salesman:     3
                        Fax: 520/533-1274
                                                  Comments:
Sort Name: RAYMOND W.BLISS                        SHIP TO 58,59,60,61,64,

  Contact: MELVIN HICKS   PAID IN PHILLY;
    Title: FRAN 215-737-2194  LISA-2169           History Codes:  555555555555
Finance Chrges:                                     CURRENT 0-30
  Hold Statment:                                      31-60 DAYS
    Stop Credit: C    Sales  Tax  Information         61-90 DAYS
   Catalog Code:      State:      Code:              91-120 DAYS
     Acc Checks:      Number:                       OVR-120 DAYS          328.35
     Backorders:                                        Balance:          328.35
      Cash Disc:
      Exclusive:
CMD2 -Acct History           CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month         CMD9-Display History         CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:27:57

AS/400 Host Screen

```
ACR020S2                      UNITED MEDICAL SUPPLY                     Date:  4/04/01
Customer:     11807          Customer Master Inquiry
    Name: 70TH LOGISTICS SQUADRON           Terms:       Ship:      Category:
   Add-1: FM2855                             Comm:       Zone:      Location:    7
   Add-2:                                     Age:       Disc:     Flat Disc:
   Add-3:                                    Type:                 Territory:
    City: BROOKS AFB             State: TX
     Zip: 78235        Phone: 210/536-3220                         Salesman:    31
                         Fax: 210/536-2498
                                                 Comments:
Sort Name: 70TH                                  SHIP 119 120 121 122

  Contact:
    Title:                                       History Codes:  555555555555
Finance Chrges:                                    CURRENT 0-30          89.36
  Hold Statment:                                     31-60 DAYS          46.60-
    Stop Credit: C    Sales  Tax  Information        61-90 DAYS          60.97
   Catalog Code:      State:      Code:             91-120 DAYS
     Acc Checks:      Number:                      OVR-120 DAYS         805.35
     Backorders:                                       Balance:         909.08
      Cash Disc:
      Exclusive:
CMD2 -Acct History           CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month         CMD9-Display History         CMD12-Sales By Ctgy
```

8192

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:28:07

AS/400 Host Screen

```
ACR020S2                UNITED MEDICAL SUPPLY                    Date:  4/04/01
Customer:    216107    Customer Master Inquiry
    Name: 76TH MEDICAL GROUP              Terms:      Ship:      Category:
   Add-1: FM2059                           Comm:      Zone:      Location:    7
   Add-2:                                   Age:      Disc:     Flat Disc:
   Add-3:                                  Type:                Territory:
    City: KELLY AFB             State: TX
     Zip: 78241      Phone: 210/925-7501                        Salesman:    31
                       Fax:
                                                 Comments:
Sort Name: 76TH                                  SHIP 2162 2163 2164 2165

 Contact:
   Title:                                        History Codes:  555555555555
Finance Chrges:                                    CURRENT 0-30
 Hold Statment:                                      31-60 DAYS
   Stop Credit: C    Sales  Tax  Information         61-90 DAYS
  Catalog Code:      State:      Code:              91-120 DAYS
    Acc Checks:      Number:                       OVR-120 DAYS      497.66
    Backorders:                                        Balance:      497.66
     Cash Disc:
     Exclusive:
CMD2 -Acct History           CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month         CMD9-Display History         CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:28:14

AS/400 Host Screen

```
ACR020S2                     UNITED MEDICAL SUPPLY                   Date:  4/04/01
Customer:     216607        Customer Master Inquiry
    Name: 12TH MEDICAL SUPPORT SQUADRON   Terms:      Ship:      Category:
   Add-1: FM3089                           Comm:      Zone:      Location:    7
   Add-2:                                   Age:      Disc:     Flat Disc:
   Add-3:                                  Type:                Territory:
    City: RANDOLPH AFB         State: TX
     Zip: 78150       Phone: 210/652-3061                       Salesman:    40
                        Fax: 210/652-7129
                                                  Comments:
Sort Name: 12TH MEDICAL                           SHIP TO 2167 2168 2169 2170

  Contact:
    Title:                                        History Codes:  555555555555
Finance Chrges:                                     CURRENT 0-30        123.26
  Hold Statment:                                      31-60 DAYS
     Stop Credit: C    Sales  Tax  Information        61-90 DAYS        667.12
    Catalog Code:      State:      Code:             91-120 DAYS
      Acc Checks:      Number:                      OVR-120 DAYS      1,330.98
      Backorders:                                        Balance:     2,121.36
       Cash Disc:
       Exclusive:
CMD2 -Acct History          CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month        CMD9-Display History         CMD12-Sales By Ctgy
```

$1,998.10

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:28:20

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                    Date:  4/04/01
Customer:   1377907        Customer Master Inquiry
    Name: W45MXE BROOKE ARMY               Terms:      Ship:      Category:
   Add-1: BROOKE ARMY MEDICAL CENTER        Comm:      Zone:      Location:    7
   Add-2:                                    Age:      Disc:     Flat Disc:
   Add-3:                                   Type:                Territory:
    City: FORT SAM HOUSTON      State: TX
     Zip: 78234        Phone: 210/916-2011                       Salesman:    31
                         Fax: 210/916-3357
                                                  Comments:
Sort Name: FORT SAM HOUSTON                       SHIP 13780 81 82 83 84

  Contact: CPT WILLIAM E GEESEY
    Title:                                        History Codes:  555512345345
Finance Chrges:                                     CURRENT 0-30
  Hold Statment:                                      31-60 DAYS        795.03-
     Stop Credit: C    Sales  Tax  Information        61-90 DAYS
     Catalog Code:     State:      Code:             91-120 DAYS
       Acc Checks:     Number:                      OVR-120 DAYS        437.82
       Backorders:                                      Balance:        357.21-
        Cash Disc:
        Exclusive:
CMD2 -Acct History             CMD5-Open Invoices             CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History           CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:28:36

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:   2912807        Customer Master Inquiry
    Name: 47TH MEDICAL GROUP                 Terms:      Ship:      Category:
   Add-1: FM3099                              Comm:      Zone:      Location:    7
   Add-2:                                      Age:      Disc:     Flat Disc:
   Add-3:                                     Type:                Territory:
    City: LAUGHLIN AFB         State: TX
     Zip: 78843       Phone: 210/298-6402                          Salesman:    72
                        Fax: 210/298-6489
                                                   Comments:
Sort Name: 47TH                                    SHIP 29129 29130 31 32

  Contact: SGT CABOLLA
    Title:                                         History Codes:  555534555555
Finance Chrges:                                      CURRENT 0-30        433.74
 Hold Statment:                                        31-60 DAYS         72.36
   Stop Credit: C    Sales  Tax  Information           61-90 DAYS        383.40
  Catalog Code:      State:      Code:                91-120 DAYS        186.97
    Acc Checks:      Number:                         OVR-120 DAYS      3,469.00
    Backorders:                                           Balance:     4,545.47
     Cash Disc:
     Exclusive:
CMD2 -Acct History             CMD5-Open Invoices            CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History          CMD12-Sales By Ctgy
```

4,111.73

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:28:53

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:   5145407        Customer Master Inquiry
    Name: NAVAL HOSPITAL                    Terms:      Ship:      Category:
   Add-1: N00285                             Comm:      Zone:      Location:    7
   Add-2:                                     Age:      Disc:     Flat Disc:
   Add-3:                                    Type:                Territory:
    City: CORPUS CHRISTI        State: TX
     Zip: 78419       Phone: 512/939-2215                          Salesman:    40
                        Fax: 512/939-4951
                                                 Comments:
Sort Name: NAVAL                                 BILLS 51455 56 57 58

  Contact: MARIA TREVINO
    Title:                                       History Codes:  555555555555
Finance Chrges:                                    CURRENT 0-30
 Hold Statment:                                      31-60 DAYS        168.80-
    Stop Credit: C     Sales  Tax  Information       61-90 DAYS         80.64
   Catalog Code:       State:      Code:            91-120 DAYS      2,269.20
     Acc Checks:       Number:                     OVR-120 DAYS     13,540.11
     Backorders:                                       Balance:     15,721.15
      Cash Disc:
      Exclusive:
CMD2 -Acct History           CMD5-Open Invoices            CMD6 -Comments
CMD8 -Sales By Month         CMD9-Display History          CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:29:07

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:    961808        Customer Master Inquiry
    Name: COMMANDER USCG ROUP GALVESTON   Terms:       Ship:       Category:
   Add-1: Z36243                           Comm:       Zone:       Location:    8
   Add-2: 1 FERRY RD                        Age:       Disc:      Flat Disc:
   Add-3:                                  Type:                  Territory:
    City: GALVESTON              State: TX
     Zip: 77553        Phone: 409/766-5661                        Salesman:    95
                         Fax:
                                                  Comments:
Sort Name: COMMANDER USCG ROUP GALVESTON         DSCP EDI ACCT PER GLORIA

  Contact: PAUL NELSON
    Title:                                        History Codes:  555545545555
Finance Chrges:                                     CURRENT 0-30
 Hold Statment:                                       31-60 DAYS
    Stop Credit: C    Sales  Tax  Information         61-90 DAYS
   Catalog Code:      State:      Code:              91-120 DAYS
      Acc Checks:     Number:                       OVR-120 DAYS          78.41
      Backorders:                                       Balance:          78.41
       Cash Disc:
       Exclusive:
CMD2 -Acct History         CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month       CMD9-Display History        CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:29:14

Prepared by: M. Edmonds

(5)

United Medical Supply Co.
*Wires received by CIT into Bank of America account*
*(includes DOD, State, & Bankcard wires)*

| Credit Date | | Deposit Amount | Wire Origin |
|---|---|---|---|
| 03/19/01 | $ | 12,566.48 | DOD |
| 03/19/01 | $ | 12.87 | State of Tx |
| 03/20/01 | $ | 110.41 | DOD |
| 03/20/01 | $ | 93.04 | State of Tx |
| 03/21/01 | $ | 2,160.05 | DOD |
| 03/21/01 | $ | 14.40 | State of Tx |
| 03/22/01 | $ | 80,915.86 | DOD |
| 03/22/01 | $ | 60.82 | State of Tx |
| 03/22/01 | $ | 12,330.85 | Bankcard |
| 03/23/01 | $ | 234.18 | State of Tx |
| 03/23/01 | $ | 2,119.38 | Bankcard |
| 03/26/01 | $ | 19,025.55 | DOD |
| 03/26/01 | $ | 11.57 | State of Tx |
| 03/26/01 | $ | 9,550.20 | Bankcard |
| 03/27/01 | $ | 961.93 | DOD |
| 03/27/01 | $ | 70.56 | State of Tx |
| 03/27/01 | $ | 6,014.57 | Bankcard |
| 03/28/01 | $ | 356.22 | DOD |
| 03/28/01 | $ | 1,535.87 | Bankcard |
| 03/29/01 | $ | 16,139.88 | DOD |
| 03/29/01 | $ | 58.99 | State of Tx |
| 03/29/01 | $ | 2,171.97 | Bankcard |
| 03/30/01 | $ | - | DOD |
| 03/30/01 | $ | 79.36 | State of Tx |
| 03/30/01 | $ | 1,223.06 | Bankcard |
| 03/30/01 | $ | 1,950.00 | J.Simon |
| 04/02/01 | $ | - | DOD |
| 04/02/01 | $ | 346.31 | State of Tx |
| 04/02/01 | $ | 5,141.01 | Bankcard |
| 04/03/01 | $ | - | DOD |
| 04/03/01 | $ | 316.55 | State of Tx |
| 04/03/01 | $ | 1,683.99 | Bankcard |
| 04/04/01 | $ | 12,116.29 | DOD |
| 04/04/01 | $ | - | State of Tx |
| 04/04/01 | $ | 1,330.17 | Bankcard |
| 04/05/01 | $ | 2,287.99 | DOD |
| 04/05/01 | $ | 10,155.41 | Bankcard |
| 04/06/01 | $ | 375.79 | DOD |
| 04/06/01 | $ | 1,492.47 | Bankcard |
| 04/09/01 | $ | 627.78 | DOD |
| 04/09/01 | $ | 2,635.34 | Bankcard |
| 04/10/01 | $ | 257.07 | DOD |
| 04/10/01 | $ | 13,665.65 | Bankcard |
| 04/11/01 | $ | 2,795.15 | Bankcard |
| 04/12/01 | $ | 16,808.56 | Bankcard |
| 04/12/01 | $ | 77.76 | State of Tx |
| 04/13/01 | $ | 185.16 | DOD |
| 04/13/01 | $ | 12,231.35 | Bankcard |
| 04/13/01 | $ | 245,273.02 | UHS |
| 04/16/01 | $ | 33.40 | DOD |
| 04/16/01 | $ | 12,119.50 | Bankcard |
| 04/16/01 | $ | 56.85 | State of Tx |
| 04/17/01 | $ | 445,371.80 | UHS |
| 04/17/01 | $ | 7,048.60 | DOD |

| Credit Date | | Deposit Amount | Wire Origin |
|---|---|---|---|
| 04/17/01 | $ | 10,486.96 | Bankcard |
| 04/17/01 | $ | 88.60 | State of Tx |
| 04/18/01 | $ | 19,596.79 | Bankcard |
| 04/19/01 | $ | 2,384.62 | Bankcard |
| 04/19/01 | $ | 163.48 | DOD |
| 04/20/01 | $ | 516.99 | DOD |
| 04/20/01 | $ | 5,272.82 | Bankcard |
| 04/23/01 | $ | 7,028.59 | Bankcard |
| 04/24/01 | $ | 203.11 | DOD |
| 04/24/01 | $ | 2,031.10 | Bankcard |
| 04/25/01 | $ | 1,644.09 | Bankcard |
| 04/26/01 | $ | 3,208.01 | DOD |
| 04/26/01 | $ | 1,455.62 | Bankcard |
| 04/26/01 | $ | 51.00 | State of Tx |
| 04/27/01 | $ | 2,939.12 | Bankcard |
| 04/27/01 | $ | 1,141.95 | DOD |
| 04/27/01 | $ | 749.51 | VA |
| 04/30/01 | $ | 10,507.96 | Bankcard |
| 05/01/01 | $ | 914.60 | Bankcard |
| 05/01/01 | $ | 10.48 | DOD |
| 05/01/01 | $ | 248.12 | State of Tx |
| 05/02/01 | $ | 3,985.10 | Bankcard |
| 05/03/01 | $ | 29.46 | State of Tx |
| 05/03/01 | $ | 3,131.40 | Bankcard |
| 05/04/01 | $ | 2,262.34 | Bankcard |
| 05/07/01 | $ | 9.35 | State of Tx |
| 05/07/01 | $ | 3,567.07 | Bankcard |
| 05/08/01 | $ | 72.36 | State of Tx |
| 05/08/01 | $ | 10,730.36 | Bankcard |
| 05/09/01 | $ | 1,874.00 | Bankcard |
| 05/10/01 | $ | 5,924.74 | Bankcard |
| 05/11/01 | $ | 6,399.94 | Bankcard |
| 05/14/01 | $ | 1,800.18 | Bankcard |
| 05/15/01 | $ | 5,717.98 | Bankcard |
| 05/15/01 | $ | 85.00 | State of Tx |
| 05/16/01 | $ | 1,230.32 | Bankcard |
| 05/16/01 | $ | 9,776.22 | DOD |
| 05/17/01 | $ | 1,213.16 | Bankcard |
| 05/18/01 | $ | 1,513.16 | Bankcard |
| 05/18/01 | $ | 697.65 | State of Tx |
| 05/21/01 | $ | 7,389.54 | Bankcard |
| 05/21/01 | $ | 209.56 | State of Tx |
| 05/21/01 | $ | 100.00 | Misc: Correction |
| 05/22/01 | $ | 2,551.16 | Bankcard |
| 05/22/01 | $ | 104.10 | State of Tx |
| 05/23/01 | $ | 1,743.91 | Bankcard |
| 05/24/01 | $ | 561.08 | State of Tx |
| 05/24/01 | $ | 1,459.58 | Bankcard |
| 05/25/01 | $ | 1,482.19 | State of Tx |
| 05/25/01 | $ | 1,253.92 | Bankcard |
| 05/29/01 | $ | 450.50 | Bankcard |
| 05/30/01 | $ | 21,778.23 | Bankcard |
| 05/31/01 | $ | 5,635.55 | Bankcard |
| 06/01/01 | $ | 9,727.24 | Bankcard |

Prepared by: M. Edmonds

United Medical Supply Co.
*Wires received by CIT into Bank of America account*
*(includes DOD, State, & Bankcard wires)*

| Credit Date | Deposit Amount | | Wire Origin |
|---|---|---|---|
| 06/04/01 | $ | 9,078.26 | Bankcard |
| 06/05/01 | $ | 9,977.88 | Bankcard |
| 06/05/01 | $ | 29.44 | State of Tx |
| 06/06/01 | $ | 14,633.44 | Bankcard |
| 06/07/01 | $ | 457.66 | State of Tx |
| 06/07/01 | $ | 4,290.62 | Bankcard |
| 06/08/01 | $ | 2,401.65 | Bankcard |
| 06/11/01 | $ | 2,595.41 | Bankcard |
| 06/11/01 | $ | 90.50 | State of Tx |
| 06/12/01 | $ | 1,597.16 | Bankcard |
| 06/12/01 | $ | 29.70 | State of Tx |
| 06/13/01 | $ | 1,691.77 | Bankcard |
| 06/14/01 | $ | 1,808.24 | Bankcard |
| 06/14/01 | $ | 60.82 | State of Tx |
| 06/15/01 | $ | 2,187.61 | Bankcard |
| 06/15/01 | $ | 415.57 | State of Tx |
| 06/18/01 | $ | 2,970.38 | Bankcard |
| 06/18/01 | $ | 462.05 | VA |
| 06/19/01 | $ | 3,657.90 | Bankcard |
| 06/20/01 | $ | 526.84 | Bankcard |
| 06/21/01 | $ | 539.73 | Bankcard |
| 06/21/01 | $ | 91.23 | State of Tx |
| 06/22/01 | $ | 3,501.71 | Bankcard |
| 06/22/01 | $ | 224.41 | State of Tx |
| 06/25/01 | $ | 7,058.60 | Bankcard |
| 06/25/01 | $ | 197.54 | State of Tx |
| 06/25/01 | $ | 521.36 | VA |
| 06/26/01 | $ | 6,046.04 | Bankcard |
| 06/27/01 | $ | 614.64 | Bankcard |
| 06/28/01 | $ | 19,422.29 | Bankcard |
| 06/29/01 | $ | 156.20 | VA |
| 06/29/01 | $ | 6,514.75 | Bankcard |
| 07/02/01 | $ | 31.28 | VA |
| 07/02/01 | $ | 1,594.54 | Bankcard |
| 07/03/01 | $ | 3,345.96 | Bankcard |
| 07/05/01 | $ | 2,197.67 | Bankcard |
| 07/06/01 | $ | 4,444.01 | Bankcard |
| 07/09/01 | $ | 1,164.00 | Bankcard |
| 07/09/01 | $ | 26,397.36 | DOD |
| 07/10/01 | $ | 4,394.26 | Bankcard |
| 07/11/01 | $ | 1,964.90 | Bankcard |
| 07/11/01 | $ | 3,905.93 | DOD |
| 07/12/01 | $ | 1,460.61 | Bankcard |
| 07/13/01 | $ | 2,337.78 | Bankcard |
| 07/16/01 | $ | 1,165.36 | Bankcard |
| 07/17/01 | $ | 706.96 | State of Tx |
| 07/17/01 | $ | 1,370.27 | Bankcard |
| 07/18/01 | $ | 1,299.11 | Bankcard |
| 07/18/01 | $ | 30.84 | DOD |
| 07/19/01 | $ | 1,446.12 | State of Tx |
| 07/19/01 | $ | 3,734.39 | Bankcard |
| 07/19/01 | $ | 1,431.63 | DOD |
| 07/20/01 | $ | 1,812.88 | Bankcard |
| 07/23/01 | $ | 3,534.43 | Bankcard |
| 07/24/01 | $ | 2,320.44 | Bankcard |
| 07/25/01 | $ | 1,658.85 | Bankcard |

| Credit Date | Deposit Amount | | Wire Origin |
|---|---|---|---|
| 07/26/01 | $ | 2,897.42 | Bankcard |
| 07/27/01 | $ | 5,281.98 | DOD |
| 07/27/01 | $ | 2,117.22 | Bankcard |
| 07/27/01 | $ | 164.36 | State of Tx |
| 07/30/01 | $ | 1,550.64 | Bankcard |
| 07/31/01 | $ | 14,195.33 | Bankcard |
| 08/01/01 | $ | 1,864.24 | Bankcard |
| 08/02/01 | $ | 1,289.56 | Bankcard |
| 08/03/01 | $ | 3,930.59 | DOD |
| 08/03/01 | $ | 184.53 | State of Tx |
| 08/03/01 | $ | 5,778.55 | Bankcard |
| 08/06/01 | $ | 1,396.02 | Bankcard |
| 08/07/01 | $ | 2,257.14 | DOD |
| 08/07/01 | $ | 305.23 | State of Tx |
| 08/07/01 | $ | 6,498.43 | Bankcard |
| 08/08/01 | $ | 1,374.73 | Bankcard |
| 08/09/01 | $ | 68.04 | State of Tx |
| 08/09/01 | $ | 1,460.67 | Bankcard |
| 08/10/01 | $ | 1,414.29 | Bankcard |
| 08/13/01 | $ | 1,090.25 | Bankcard |
| 08/14/01 | $ | 2,552.58 | Bankcard |
| 08/15/01 | $ | 2,368.49 | Bankcard |
| 08/16/01 | $ | 2,220.36 | Bankcard |
| 08/17/01 | $ | 1,566.87 | Bankcard |
| 08/20/01 | $ | 4,391.52 | Bankcard |
| 08/20/01 | $ | 235.32 | State of Tx |
| 08/21/01 | $ | 995.86 | Bankcard |
| 08/21/01 | $ | 788.96 | State of Tx |
| 08/22/01 | $ | 2,723.83 | Bankcard |
| 08/23/01 | $ | 4,508.75 | Bankcard |
| 08/24/01 | $ | 4,080.55 | Bankcard |
| 08/27/01 | $ | 3,007.89 | Bankcard |
| 08/27/01 | $ | 730.44 | State of Tx |
| 08/27/01 | $ | 1,012.64 | DOD |
| 08/28/01 | $ | 3,028.42 | Bankcard |
| 08/28/01 | $ | 405.00 | VA |
| 08/29/01 | $ | 46,332.45 | Bankcard |
| 08/30/01 | $ | 16,049.33 | Bankcard |
| 08/31/01 | $ | 10,358.76 | DOD |
| 08/31/01 | $ | 1,678.42 | Bankcard |
| 09/03/01 | Holiday | | |
| 09/04/01 | $ | 915.71 | State of Tx |
| 09/04/01 | $ | 1,084.83 | Bankcard |
| 09/04/01 | $ | 7,875.15 | DOD |
| 09/05/01 | $ | 1,496.16 | Bankcard |
| 09/06/01 | $ | 2,526.27 | Bankcard |
| 09/07/01 | $ | 2,976.62 | Bankcard |
| 09/10/01 | $ | 3,578.93 | Bankcard |
| 09/10/01 | $ | 10.00 | Reverse/Bank error |
| 09/11/01 | $ | 1,325.40 | State of Tx |
| 09/11/01 | $ | 5,723.42 | Bankcard |
| 09/12/01 | $ | 6,690.00 | State of Tx |
| 09/12/01 | $ | 2,663.25 | Bankcard |
| 09/13/01 | $ | 1,640.30 | Bankcard |
| 09/14/01 | $ | 34.02 | State of Tx |
| 09/14/01 | $ | 1,809.79 | Bankcard |

Prepared by: M. Edmonds

United Medical Supply Co.
*Wires received by CIT into Bank of America account*
*(includes DOD, State, & Bankcard wires)*

| Credit Date | | Deposit Amount | Wire Origin |
|---|---|---|---|
| 09/17/01 | $ | 5,747.20 | VA |
| 09/17/01 | $ | 58.65 | State of Tx |
| 09/17/01 | $ | 4,941.32 | Bankcard |
| 09/18/01 | $ | 53.09 | State of Tx |
| 09/18/01 | $ | 1,442.97 | Bankcard |
| 09/18/01 | $ | 333.10 | UHS |
| 09/19/01 | $ | 3,519.44 | Bankcard |
| 09/20/01 | $ | 3,406.84 | Bankcard |
| 09/21/01 | $ | 6,075.69 | Bankcard |
| 09/24/01 | $ | 32.69 | State of Tx |
| 09/24/01 | $ | 5,496.60 | Bankcard |
| 09/25/01 | $ | 100.14 | State of Tx |
| 09/25/01 | $ | 3,182.48 | Bankcard |
| 09/26/01 | $ | 1,469.48 | Bankcard |
| 09/27/01 | $ | 29,042.87 | Bankcard |
| 09/28/01 | $ | 30.64 | State of Tx |
| 09/28/01 | $ | 2,496.07 | Bankcard |
| 10/01/01 | $ | 4,007.69 | Bankcard |
| 10/02/01 | $ | 1,196.97 | Bankcard |
| 10/03/01 | $ | 4,499.28 | Bankcard |
| 10/03/01 | $ | 961.59 | DOD |
| 10/04/01 | $ | 740.78 | Bankcard |
| 10/05/01 | $ | 2,442.60 | Bankcard |
| 10/08/01 | Holiday | | |
| 10/09/01 | $ | 364.41 | State of Tx |
| 10/09/01 | $ | 5,031.73 | Bankcard |
| 10/09/01 | $ | 4,019.52 | Calm VA |
| 10/10/01 | $ | 4,420.18 | Bankcard |
| 10/11/01 | $ | 3,292.50 | State of Tx |
| 10/11/01 | $ | 2,943.29 | Bankcard |
| 10/12/01 | $ | 1,229.55 | Bankcard |
| 10/12/01 | $ | 32.52 | State of Tx |
| 10/15/01 | $ | 2,941.85 | Bankcard |
| 10/15/01 | $ | 518.10 | UHS |
| 10/16/01 | $ | 5,001.51 | Bankcard |
| 10/17/01 | $ | 91.41 | State of Tx |
| 10/17/01 | $ | 1,203.45 | Bankcard |
| 10/17/01 | $ | 749.28 | DOD |
| 10/18/01 | $ | 8,940.63 | Bankcard |
| 10/19/01 | $ | 20.38 | State of Tx |
| 10/19/01 | $ | 2,619.20 | Bankcard |
| 10/22/01 | $ | 692.62 | Bankcard |
| 10/23/01 | $ | 705.30 | Bankcard |
| 10/24/01 | $ | 2,072.59 | Bankcard |
| 10/25/01 | $ | 1,071.00 | Bankcard |
| 10/26/01 | $ | 115.88 | State of Tx |
| 10/26/01 | $ | 1,004.05 | Bankcard |
| 10/26/01 | $ | 4,020.40 | Calm VA |
| 10/29/01 | $ | 4,556.09 | Bankcard |
| 10/29/01 | $ | 3,714.49 | State of Tx |
| 10/30/01 | $ | 3,879.41 | Bankcard |
| 10/31/01 | $ | 63.28 | Calm VA |