# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

## AFFIDAVIT OF ROBERT IMEL

1. My name is Robert Imel. I am over the age of 21-years and fully competent to make this affidavit. All statements made in this affidavit are based on personal knowledge unless otherwise noted and are true.

2. Attached to this affidavit as Exhibit A is a genuine copy of my resume that truthfully and accurately represents my professional experience and education.

3. I am a certified public accountant with substantial experience in valuation of assets and on-going business concerns. In making such valuations, I routinely prepare proforma balance sheets and profit and loss statements in order to estimate values and future profits and losses.

4. I understand that United Medical Supply Company, Inc. is the plaintiff in the above captioned lawsuit and all references to United Medical in this affidavit refer the Plaintiff.

5. I previously was employed by counsel for United Medical to estimate lost profits resulting from lost sales under a contract between the Department of Defense and United Medical, which I understand is identified as Contract SP0200-97-D-7133 and is a requirements contract. I understood that the estimate would be used in conjunction with a claim being submitted to the Contracting Officer.

6. I understand that there is a range of estimated lost profits that would be reasonable. The estimate I provided in my initial report was based on a 100% fill rate on the total expected contract sales, as amended. I have been asked to estimate the lower end of that range and have been provided assumptions to use in connection with that estimate.

7. The assumptions I have been asked to make and my opinions regarding those assumptions are as follows:

a. That, over the 47-month ordering period, United Medical only filled 85% of the Government's orders. I have been provided fill rate reports and fill rate summaries from United Medical. The average fill rate for 1998 was 90.5%. The 90.5% fill rate is the calculated fill rate during calendar 1998, which is the first full calendar year of the Contract and pre-dates the substantial payment problems I understand United Medical had starting in 1999 and continuing through the end of the contract. Therefore, the 85% fill rate would be conservative and favor the Government. Accordingly, this assumption is reasonable and would make the lost profit estimate on the low end of reasonable.

b. That the Government's orders would have been uniform throughout each year following the first contract year. This is reasonable since the Government estimates of its requirements as provided in the Solicitation were the same for each of the four years following the initial contract year.

c. The Government's actual requirements were identical to its estimated requirements.

d. The Government ordered approximately $35 million dollars of supplies during the Contract Period, as amended, and that each facility had the same fill rate.

e. United Medical did not have access to equity capital markets to fund substantial negative cash flows. This is a reasonable assumption since I have not seen any evidence to the contrary and it would not be unusual for a company of this size to not have access to capital markets to fund negative cash flows. It is more reasonable to make this assumption than to assume otherwise unless there was specific information to the contrary.

f. The Government would have paid timely in accordance with the Contract terms, that the prompt pay rebates are as represented by United Medical, and United Medical would have taken advantage of prompt pay rebates offered by its suppliers.

8. I have been asked to revise my report so that it can be used in conjunction with a motion for summary judgment and to use different assumptions in order to estimate lost profits at the lower end of the damages scale, although I understand that if I am called to testify at trial I will be asked to provide my best estimate of lost profits, which I believe would be higher than the opinion I am providing with this affidavit.

9. Based on the proforma methodology I used in connection with the claim submitted by United Medical to the Government Contracting Officer, and adjusted by the assumptions described above, I estimate lost profits, using a fill rate of 85%, to be $10,929,000. The detailed calculations made are shown on Exhibit B, attached.

10. It is my opinion the lost profits calculation as described above represents a conservative estimate of profits lost by United Medical as a result of the approximately $173 million in orders that were not placed with United Medical by the Government.

11. It is also my opinion, based on the financial condition of United Medical at the time it received the contract award in January 1997 compared to the estimated size of the contract with the Government (approximately $150,000,000 per day of sales, based on an assumed 30-day ordering month) that it was foreseeable that any significant delay in payments by the Government could cause United Medical to suffer material cash flow problems which could lead to its bankruptcy and loss of reputation and goodwill.

12. It is also my opinion, based on a review of United Medical's financial information, the January 25, 1999 letter from Henry Schein Inc. to United Medical and the affidavit of William Bandy, that the value of the goodwill attributable to the Henry Schein offer appears to be at least $10 million.

Signed, August 12, 2003.

[signature]

Robert Imel, C.P.A.

On this 12th day of August 2003, personally appeared Robert Imel, and after being identified to me by government issued photo identification, swore that he signed the above affidavit and that the opinions stated therein are his opinions and that the stated bases for those opinions are true.

Pearlie M. Cook

Notary Public for the State of Texas

[seal] PEARLIE M. COOK MY COMMISSION EXPIRES March 20, 2005

***Robert A. Imel, CPA***
**10110 Gaywood Road**
**Dallas, Texas 75229**
**(214) 763-3058 Fax (214) 691-4384**
**Email: r.imel@sbcglobal.net**

**RESUME**

**Areas of Expertise:** Corporate workouts and reorganizations, Litigation support, Expert witness, Bankruptcy, Business valuations, and financial consulting

**Industry Expertise:** Oil and Gas, Real Estate, and Commercial

**Highlights:**

Served as court appointed Liquidator in $20 million consolidated Chapter 11 bankruptcy. The case involved three related debtors and over 70 creditors.

Part of a three-man management group responsible for the growth of a small-cap public company from a market capitalization of under $5 million to over $300 million.

Directly involved in oil and gas property acquisitions totaling over $170 million. Also, negotiated public high-yield securities and private bank debt totaling in excess of $365 million related to the oil and gas industry.

Managed multi-state and international litigation and insolvency case involving coal properties and steel technology. Coordinated concurrent litigation and bankruptcies in Knoxville, Tennessee, Chicago, Illinois, Detroit, Michigan and Toronto, Ontario, along with providing expert witness testimony.

Successfully worked out and reorganized $30 million in troubled loans for mezzanine lender to the oil and gas industry. Managed both private foreclosures and public bankruptcy

Provided expert testimony as to the valuation of a regional retail shoe company in connection with its Chapter 11 Plan of Reorganization. The company had operating revenues of approximately $15 million and over 300 creditors.

Developed financial model to assess economic viability of iron carbide, a steel processing technology. Analysis was subsequently incorporated into model used by McKinsey & Company.

Developed financial model for the owner of a bio-tech company used in determining whether to sell or divest of a multi-million dollar research and development company.

***Robert A. Imel, CPA***

**Background:** Twenty-two years experience in public accounting and industry, both public and private.

**1996 to Present:** Independent business consultant since 1996 while also serving in various executive capacities (i.e. president, senior vice president and chief financial officer) in the oil and gas industry.

**1992 to 1996:** President of Imel & Hayes, P.C., a certified public accounting firm specializing in the oil and gas industry with emphasis on contract operating and contract chief financial officer work. Other specialties included litigation support, bankruptcy, expert witness testimony and real estate.

**1983 to 1992:** Various financial positions (i.e. controller and chief financial officer) in the oil and gas industry.

**1980 to 1983:** Employed by Peat, Marwick, Mitchell & Co., now known as KPMG LLP, a "Big Five" certified public accounting firm with offices worldwide. Performed audit, tax and consulting services in the banking, oil and gas, and real estate industries.

**Partial Client List:** The Stroh Brewing Company; Peter Stroh, individually; Thomas J. Devine, National Energy Group, Inc.; Vantage Shoe Warehouse; Murchison Capital Partners; Orenstein & Associates, P.C.; Goins, Underkofler, Crawford & Langdon, L.L.P

**Lawyer References:**
**Rosa R. Orenstein,** Orenstein and Associates, P.C., Dallas, Texas
**E. Bruce Leonard,** Cassels Brock & Blackwell LLP, Toronto, Ontario
**William P. Smith,** McDermott, Will & Emery, Chicago, Illinois
**John R. Sandrelli,** Fraser Milner Casgrain, LLP, Vancouver, British Columbia
**E. Eldridge Goins,** Goins, Underkofler, Crawford & Langdon, L.L.P., Dallas, Texas
**Frank L. Broyles,** Goins, Underkofler, Crawford & Langdon, L.L.P., Dallas, Texas

**Education:** B.S. degree in Accounting and Finance from Oklahoma State University
Licensed as a CPA in the State of Texas since 1982

Imel Affidavit, Exhibit B

**United Medical Supply**
**Proforma Comparative Profit & Loss Statements**

| | % of Variable Cost to Net Sales | Twelve Mo. Ended 01/31/1998 | Twelve Mo. Ended 01/31/1999 | Twelve Mo. Ended 01/31/2000 | Twelve Mo. Ended 01/31/2001 | Three Mo. Ended 04/30/2001 | Total |
|---|---|---|---|---|---|---|---|
| DSCP Contract Months - Original Contract | | 8 | 12 | 12 | 12 | 3 | 47 |
| DSCP Contract Months - 06/30/97 Amendment | | 6 | 12 | 12 | 12 | 3 | 45 |
| Original Contract - Gross Expected Sales | | 20,118,231 | 50,407,593 | 60,522,717 | 60,522,717 | 15,130,679 | 206,701,937 |
| 06/30/97 Amendment - Gross Expected Sales | | 240,000 | 480,000 | 480,000 | 480,000 | 120,000 | 1,800,000 |
| Total DSCP Gross Expected Sales | | 20,358,231 | 50,887,593 | 61,002,717 | 61,002,717 | 15,250,679 | 208,501,937 |
| Expected Fill Rate Percentage | | 85.00% | 85.00% | 85.00% | 85.00% | 85.00% | |
| Original Contract - Net Expected Sales | | 17,100,496 | 42,846,454 | 51,444,309 | 51,444,309 | 12,861,077 | 175,696,647 |
| 06/30/97 Amendment - Net Expected Sales | | 204,000 | 408,000 | 408,000 | 408,000 | 102,000 | 1,530,000 |
| Total DSCP Net Expected Sales | | 17,304,496 | 43,254,454 | 51,852,309 | 51,852,309 | 12,963,077 | 177,226,647 |
| Consolidated Sales: | | | | | | | |
| Gross Sales (excluding DSCP Sales) | | 70,919,850 | 56,373,207 | 47,597,102 | 47,782,146 | 4,010,453 | 226,682,758 |
| DSCP Sales | | 3,950,838 | 6,207,496 | 10,911,952 | 9,787,696 | 1,011,533 | 31,869,516 |
| **Additional Proforma DSCP Sales** | | **13,353,658** | **37,046,958** | **40,940,357** | **42,064,613** | **11,951,544** | **145,357,131** |
| Credit Allowances | | (525,918) | (656,499) | (377,473) | (310,614) | (90,238) | (1,960,743) |
| Credit Returns | | (1,025,798) | (807,550) | (742,603) | (654,165) | (92,180) | (3,322,295) |
| Proforma Net Sales | | 86,672,630 | 98,163,612 | 98,329,335 | 98,669,677 | 16,791,113 | 398,626,367 |
| Cost of Sales: | | | | | | | |
| Cost of Merchandise (excluding DSCP costs) | | 61,870,703 | 48,512,826 | 40,562,408 | 40,569,265 | 3,118,948 | 194,634,150 |
| DSCP Cost of Merchandise | | 3,713,194 | 5,834,113 | 10,255,594 | 9,198,963 | 950,689 | 29,952,553 |
| **Additional Proforma DSCP Costs of Merchandise** | | **12,550,431** | **34,818,570** | **38,477,779** | **39,534,411** | **11,232,654** | **136,613,844** |
| Current Rebate Chargeback | | 0 | 228 | 0 | 0 | 0 | 228 |
| Customer Discount | | 4,146 | 6,295 | 5,337 | 5,241 | 910 | 21,930 |
| **Proforma Prompt Pay Discounts (Prorated in 01/31/98 for Non-DSCP Sales)** | **1.3000%** | **(747,640)** | **(1,159,152)** | **(1,160,845)** | **(1,160,934)** | **(198,930)** | **(4,427,501)** |
| Gruop Rebate | | 76,254 | 43,098 | 64,365 | 85,660 | 6,181 | 275,559 |
| Proforma Total Adjusted Cost | | 77,467,087 | 88,055,978 | 88,204,639 | 88,232,606 | 15,110,453 | 357,070,764 |
| Proforma Field Gross Profit | | 9,205,542 | 10,107,634 | 10,124,696 | 10,437,070 | 1,680,660 | 41,555,603 |
| | | | | | | | 44,626,320 |
| Cost of Sales Adjustment: | | | | | | | |
| Discounts Received | | (803,770) | (624,771) | (376,390) | (161,280) | (885) | (1,967,094) |
| Discounts Lost | | 12,116 | 1,195 | 31,042 | 0 | 0 | 44,352 |
| Chargeback Disallowed | | 4,723 | 21,201 | (6,385) | 46,117 | (3,964) | 61,692 |
| Freight Interbranch | | 28,280 | 38,436 | 22,672 | 22,463 | 5,680 | 117,531 |
| Breakage | | 28,306 | 739 | 66 | 65 | 0 | 29,177 |
| Freight In | | 347,543 | 285,257 | 234,425 | 233,496 | 19,776 | 1,120,496 |
| **Additional Proforma Freight In Expenses** | **0.4424%** | **59,078** | **163,901** | **181,126** | **186,099** | **52,875** | **643,079** |

**United Medical Supply**
**Proforma Comparative Profit & Loss Statements**

| | % of Variable Cost to Net Sales | Twelve Mo. Ended 01/31/1998 | Twelve Mo. Ended 01/31/1999 | Twelve Mo. Ended 01/31/2000 | Twelve Mo. Ended 01/31/2001 | Three Mo. Ended 04/30/2001 | Total |
|---|---|---|---|---|---|---|---|
| Cost of Inventory Revaluation | | (269,666) | (300,184) | (228,964) | (323,282) | (46,556) | (1,168,652) |
| Inventory Cost Variance | | (8,793) | 24,809 | 768 | 1,178 | 0 | 17,961 |
| Other Cost Adjustment | | 35,448 | 50,883 | 32,913 | 37,210 | 4,068 | 160,523 |
| Inventory Pick-up Loss | | 24,984 | (268,796) | (161,426) | 52,985 | 15,479 | (336,774) |
| Proforma Total Cost of Sales Adjustments | | (541,750) | (607,332) | (270,154) | 95,053 | 46,474 | (1,277,709) |
| | | | | | | | |
| Provision for LIFO | | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Provision for LIFO | | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| Other Income | | | | | | | |
| Brokerage Income | | 147,628 | 245,252 | 70,683 | 204,097 | 30,999 | 698,659 |
| Warranty Income | | 979 | 0 | 0 | 0 | 0 | 979 |
| Total Other Income | | 148,606 | 245,252 | 70,683 | 204,097 | 30,999 | 699,637 |
| | | | | | | | |
| Proforma Gross Profit | | 9,895,899 | 10,960,218 | 10,465,533 | 10,546,115 | 1,665,184 | 43,532,949 |
| | | | | | | | |
| Consolidated Expenses: | | | | | | | |
| Payroll Expenses: | | | | | | | |
| Management Payroll | | 1,001,229 | 1,056,727 | 989,274 | 968,939 | 207,047 | 4,223,215 |
| Sales Payroll | | 1,551,661 | 1,337,085 | 1,305,889 | 1,356,502 | 202,892 | 5,754,030 |
| Regular Payroll | | 1,382,424 | 1,322,150 | 1,547,299 | 1,528,768 | 319,046 | 6,099,688 |
| Overtime Payroll | | 273,864 | 169,477 | 8 | 17 | (41) | 443,326 |
| Vacation Payroll | | 35,152 | 524 | 0 | 0 | 0 | 35,677 |
| Sick Leave Payroll | | 16,771 | 57 | 0 | 0 | 0 | 16,828 |
| FICA Expense | | 301,694 | 271,943 | 273,924 | 271,795 | 57,358 | 1,176,714 |
| FUTA Expense | | 11,211 | 9,337 | 8,795 | 8,748 | 3,633 | 41,724 |
| SUTA Expense | | 16,286 | 15,538 | 11,777 | 5,425 | 4,743 | 53,768 |
| Contract Labor | | 32,790 | 42,439 | 141,147 | 153,137 | 34,373 | 403,886 |
| Outside Service Labor | | 451,587 | 331,938 | 169,269 | 180,228 | 14,181 | 1,147,202 |
| Insurance Medical | | 116,132 | 135,117 | 324,133 | 344,630 | 109,483 | 1,029,495 |
| **Additional Proforma Variable Payroll Expenses** | **0.7177%** | **95,835** | **265,874** | **293,816** | **301,884** | **85,772** | **1,043,181** |
| Total Proforma Payroll Expense | | 5,286,636 | 4,958,204 | 5,065,330 | 5,120,074 | 1,038,487 | 21,468,732 |
| | | | | | | | |
| Operating Expenses: | | | | | | | |
| Advertising | | 13,954 | 5,562 | 3,512 | 4,813 | 672 | 28,513 |
| Amort. of Leasehold Improvements | | 18,621 | 24,216 | 21,447 | 24,196 | 6,048 | 94,527 |
| Bank Charge | | 23,067 | 31,855 | 45,836 | 100,042 | 17,394 | 218,194 |
| Car Allowance | | 9,105 | 11,650 | 0 | 0 | 0 | 20,755 |
| CIT Fees | | 45,122 | 45,949 | 34,990 | 4,440 | 72,000 | 202,500 |
| Contributions | | 3,912 | 775 | 275 | 304 | 0 | 5,265 |

**United Medical Supply**
**Proforma Comparative Profit & Loss Statements**

| | % of Variable Cost to Net Sales | Twelve Mo. Ended 01/31/1998 | Twelve Mo. Ended 01/31/1999 | Twelve Mo. Ended 01/31/2000 | Twelve Mo. Ended 01/31/2001 | Three Mo. Ended 04/30/2001 | Total |
|---|---|---|---|---|---|---|---|
| Courier Expense | | 34,236 | 29,003 | 29,072 | 31,259 | 3,836 | 127,405 |
| Depreciation Building | | 42,267 | 42,267 | 42,267 | 42,264 | 10,566 | 179,630 |
| Depr of Computer Equipment | | 39,290 | 40,329 | 17,608 | 40,321 | 10,080 | 147,628 |
| Depr of Computer Software | | 24,111 | 29,811 | 47,236 | 29,809 | 7,452 | 138,420 |
| Depr of Furniture & Fixtures | | 15,961 | 15,345 | 12,198 | 15,337 | 3,834 | 62,675 |
| Depr of Vehicle | | 583 | 1,750 | 1,750 | 1,742 | 435 | 6,260 |
| Depreciation Warehouse Equip. | | 32,600 | 34,130 | 35,228 | 34,108 | 8,526 | 144,592 |
| Discount Sales Tax | | (6,119) | (3,764) | (5,152) | (2,488) | (169) | (17,693) |
| Elective Insurance | | 11,870 | 12,810 | 10,886 | (2,516) | (6,439) | 26,611 |
| Employee Benefits | | 10,444 | 5,311 | 3,403 | 11,873 | 3,475 | 34,505 |
| Franchise Tax | | 6,447 | 944 | 528 | 292 | 0 | 8,210 |
| Freight Out | | 459,341 | 300,486 | 285,879 | 328,948 | 23,871 | 1,398,525 |
| Freight Out MTS | | 291,080 | 301,516 | 24,203 | 3,097 | 18 | 619,915 |
| Fuel Lease Vehiles | | 76,459 | 69,030 | 85,493 | 110,459 | 11,063 | 352,503 |
| Gas & Oil | | 125 | 20 | 0 | 0 | 0 | 145 |
| Insurance Other | | 180,625 | 157,194 | 151,925 | 189,903 | 45,540 | 725,187 |
| Legal Fees | | 80,845 | 4,237 | 195 | 29,000 | 1,548 | 115,824 |
| License & Fees | | 5,057 | 3,560 | 3,327 | 4,811 | 455 | 17,210 |
| Maintenance & Repairs - Buildings | | 23,727 | 37,517 | 18,469 | 18,392 | 1,117 | 99,222 |
| Maintenance & Repairs - Equipment | | 101,950 | 101,369 | 135,985 | 125,752 | 17,142 | 482,198 |
| Maintenance & Repairs - Lease Vehicles | | 12,780 | 6,789 | 9,687 | 23,480 | 3,996 | 56,732 |
| Maintenance & Repairs - Vehicles | | 1,089 | 583 | 5,262 | 1,044 | 187 | 8,165 |
| Meetings | | 1,042 | 774 | 1,819 | 887 | 25 | 4,547 |
| Miscellaneous | | 0 | (34,243) | 204 | (1,141) | 0 | (35,180) |
| Organization | | 875 | 875 | 875 | 146 | 1,872 | 4,643 |
| Outside Services | | 137,675 | 150,391 | 175,222 | 160,214 | 28,559 | 652,062 |
| Outside Services - USS | | 86,537 | 80,896 | 80,086 | 78,975 | 16,306 | 342,800 |
| Parcel Post | | 0 | 0 | 0 | (579) | (149) | (727) |
| Penalties & Fines | | 1,832 | 2,869 | 3,820 | 27,555 | 63 | 36,139 |
| Postage | | 54,780 | 56,776 | 53,129 | 50,629 | 9,054 | 224,368 |
| Professional Fees | | 44,209 | 44,400 | 47,150 | (6,456) | 0 | 129,303 |
| Professional Fees - CIT Matters | | | | 0 | 121,927 | 12,788 | 134,715 |
| Provision for Doubtful Accounts | | 60,000 | (90,000) | 0 | 0 | 0 | (30,000) |
| Rental Income UHS | | (12,000) | (12,000) | (12,000) | (36,000) | (9,000) | (81,000) |
| Rent - Building | | 502,170 | 552,574 | 508,799 | 462,197 | 91,321 | 2,117,061 |
| Rent - Equipment | | 40,000 | 84,165 | 96,002 | 87,280 | 6,251 | 313,698 |
| Rent - Vehicles | | 188,226 | 164,906 | 211,050 | 162,162 | 28,994 | 755,337 |
| Sales Tracing Income | | (59,349) | (55,060) | (40,480) | (69,171) | (8,624) | (232,683) |
| Samples | | 255 | 0 | 0 | 0 | 0 | 255 |
| Security | | 7,942 | 7,316 | 7,122 | 7,074 | 1,573 | 31,026 |

**United Medical Supply**
**Proforma Comparative Profit & Loss Statements**

| | % of Variable Cost to Net Sales | Twelve Mo. Ended 01/31/1998 | Twelve Mo. Ended 01/31/1999 | Twelve Mo. Ended 01/31/2000 | Twelve Mo. Ended 01/31/2001 | Three Mo. Ended 04/30/2001 | Total |
|---|---|---|---|---|---|---|---|
| Stockless Development | | 0 | 0 | 0 | 0 | 0 | 0 |
| Subscriptions & Dues | | 72,240 | 37,126 | 22,613 | 17,078 | 2,072 | 151,128 |
| Supplies | | 269,743 | 201,648 | 181,373 | 199,059 | 4,095 | 855,918 |
| Taxes - Other | | 8,799 | 1,635 | 283 | 0 | 0 | 10,717 |
| Taxes - Personal Property | | 242,252 | 269,122 | 192,394 | 186,098 | 39,767 | 929,632 |
| Taxes - Real Estate | | 32,879 | 33,671 | 30,468 | 24,677 | 9,253 | 130,948 |
| Telephone | | 261,253 | 240,210 | 229,490 | 194,696 | 42,942 | 968,592 |
| Training | | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel & Entertainment | | 40,235 | 22,034 | 22,637 | 17,738 | 2,632 | 105,276 |
| UPS | | 263,982 | 226,748 | 226,950 | 269,764 | 60,977 | 1,048,420 |
| Utilities - Electricity | | 73,114 | 79,690 | 70,545 | 69,979 | 11,756 | 305,084 |
| Utilities - Gas | | 17,257 | 18,457 | 14,866 | 24,118 | 12,370 | 87,068 |
| Utilities - Water | | 2,771 | 3,222 | 2,677 | 2,782 | 418 | 11,870 |
| **Additional Proforma Variable Operational Expenses** | **1.3127%** | **175,296** | **486,321** | **537,431** | **552,189** | **156,890** | **1,908,126** |
| Total Proforma Operating Expenses | | 4,072,563 | 3,884,763 | 3,686,030 | 3,774,558 | 764,851 | 16,182,766 |
| Non-Operating Revenue & Expense | | | | | | | |
| Finance Charge Income | | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Income | | 9,386 | 3,421 | 2,437 | 3,859 | 0 | 19,103 |
| **Proforma Interest Income (5% on prior year Proforma Cash)** | **5.0000%** | **0** | **0** | **0** | **0** | **206,316** | **206,316** |
| Miscellaneous Income | | 221,892 | 202,017 | (888,503) | 103,388 | 9,354 | (351,852) |
| Sale of Assets | | 0 | 0 | 650,000 | 0 | 0 | 650,000 |
| Interest Expense - Bank | | (932,721) | (885,467) | (904,299) | (1,064,659) | (49,536) | (3,836,682) |
| **Proforma Reduction to Interest Expense** | | **62,559** | **189,220** | **323,037** | **522,191** | **49,536** | **1,146,542** |
| Interest Expense - Other | | (33,844) | (51,747) | (35,131) | (31,863) | (1,039) | (153,623) |
| Venture Interest | | 0 | 0 | (187,355) | | | (187,355) |
| Total Proforma Non-Operating Revenue & Expense | | (672,729) | (542,555) | (1,039,815) | (467,084) | 214,631 | (2,507,551) |
| **Proforma Net Profit (Loss)** | | **(136,029)** | **1,574,696** | **674,358** | **1,184,399** | **76,477** | **3,373,900** |