**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | CASE NO: 03-CV-289<br><br>Judge Allegra |

**AFFIDAVIT OF FRANK BROWN**

1. My name is Frank Brown. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge. The statements of fact based on my personal knowledge are true and the opinion statements are my opinions.

2. Since Mr. William Bandy resigned as president of United Medical Supply Company, Inc., in December 2001, I have served as president of United Medical Supply Company, Inc. and its sister company, Advanced Medical Supply, Inc.

3. In those capacities I have acted as a custodian of certain business records of United Medical Supply and Advanced Medical Supply and all purported business records attached to this affidavit are genuine copies of records for which I served as a custodian.

4. Attached as Exhibit A to this affidavit are genuine copies of business records of United Medical or Advanced Medical Supply, Inc., a sister company of United Medical, acting on behalf of United Medical. The attached records are from data stored on a computer maintained by Advanced Medical. With respect to the data having a date later than December 21, 2001, that data was input at or near the date of the invoice and payments against the invoice, if any. The data was input by a person with personal knowledge of the invoice or payment amounts and the basis for those amounts, or from information transmitted by persons with such personal knowledge. The data was kept in the regular course of business of Advanced Medical and it was the regular practice of Advanced Medical to make reports and data compilations in the form shown on Exhibit A. Based on the regular record maintenance and creation processes used by Advanced Medical, the absence of a payment entry would mean the payment was not received. Based on Exhibit A, it is my opinion that the total amount owed by the United States for outstanding invoices under the Contract with United Medical is $180,156.90 plus contractual interest.

Frank Brown, Affiant

On this day as dated below personally appeared Mr. Frank Brown and, after being identified to me by government issued photo identification, on his oath swore that he is the person described in the affidavit and that the alleged statements of fact made therein are true.

Dated: August 8 2003.

Marjorie Ann Trimpe

Notary Public for the State of Texas

[seal]

MARJORIE ANN TRIMPE
Notary Public, State of Texas
My Commission Expires
August 23, 2006

Exhibit A to Affidavit of Frank Brown

Pages bates labeled "Exhibit B to Appdx 27, page …"