ADVANCED MEDICAL SUPPLY

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 13784 | 03/20/03 | 1 |

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

72ND MED SUPP SQDN SGSL
FM2030
TINKER AFB
TINKER AFB OK 73145

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 03/05/01 | 110017-00 | 04/04/01 | Invoice | | 56.10 | 56.10 |
| 03/05/01 | 110019-00 | 04/04/01 | Invoice | | 102.52 | 158.62 |
| 03/05/01 | 110021-00 | 04/04/01 | Invoice | | 147.24 | 305.86 |
| 04/27/00 | 124318-00 | 05/27/00 | Invoice | | 1196.64 | 1502.50 |
| 05/17/00 | 137757-00 | 06/16/00 | Invoice | | 485.49 | 1987.99 |
| 05/17/00 | 137758-00 | 06/16/00 | Invoice | | 140.52 | 2128.51 |
| 05/18/00 | 138296-00 | 06/17/00 | Invoice | | 452.23 | 2580.74 |
| 05/18/00 | 138297-00 | 06/17/00 | Invoice | | 270.47 | 2851.21 |
| 05/19/00 | 138783-00 | 06/18/00 | Invoice | | 140.52 | 2991.73 |
| 06/16/00 | 149046-00 | 07/16/00 | Invoice | | 162.50 | 3154.23 |
| 07/26/00 | 154204-00 | 08/25/00 | Invoice | | 115.01 | 3269.24 |
| 09/29/00 | 184118-00 | 10/29/00 | Invoice | | 374.57 | 3643.81 |
| 09/29/00 | 185915-00 | 10/29/00 | Invoice | | 44.88 | 3688.69 |
| 10/10/00 | 189267-00 | 11/09/00 | Invoice | | 4.97 | 3693.66 |
| 10/17/00 | 191687-00 | 11/16/00 | Invoice | | 69.93 | 3763.59 |
| 10/17/00 | 191691-00 | 11/16/00 | Invoice | | 69.93 | 3833.52 |
| 10/17/00 | 192507-00 | 11/16/00 | Invoice | | 22.68 | 3856.20 |
| 10/23/00 | 193033-00 | 11/22/00 | Invoice | | 24.79 | 3880.99 |
| 10/17/00 | 193035-00 | 11/16/00 | Invoice | | 89.96 | 3970.95 |
| 11/17/00 | 206489-00 | 12/17/00 | Invoice | | 74.58 | 4045.53 |
| 12/08/00 | 214010-00 | 01/07/01 | Invoice | | 37.89 | 4083.42 |
| 12/07/00 | 214027-00 | 01/06/01 | Invoice | | 378.72 | 4462.14 |
| 01/03/01 | 221348-00 | 02/02/01 | Invoice | | 24.86 | 4487.00 |
| 01/08/01 | 223260-00 | 02/07/01 | Invoice | | 53.23 | 4540.23 |
| 01/09/01 | 223771-00 | 02/08/01 | Invoice | | 36.63 | 4576.86 |
| 01/12/01 | 225895-00 | 02/11/01 | Invoice | | 74.18 | 4651.04 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4651.04 |

**TOTAL DUE**
**4651.04**

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 14499 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

DARNALL ARMY COMM HOSP
W45NQ8
FORT HOOD TX
FORT HOOD TX 76544

| INVOICED | INVOICE # | DUE | TRANSACTION P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 04/27/00 | 131270-00 | 05/27/00 | Invoice | 818.10- | 818.10- |
| 07/26/00 | 144418-00 | 08/25/00 | Invoice | 1196.66 | 378.56 |
| 09/05/00 | 177509-00 | 10/05/00 | Invoice | 2536.12 | 2914.68 |
| 10/20/00 | 195941-00 | 11/19/00 | Invoice | 1994.61 | 4909.29 |
| 10/24/00 | 197233-00 | 11/23/00 | Invoice | 611.87 | 5521.16 |
| 10/24/00 | 197234-00 | 11/23/00 | Invoice | 975.09 | 6496.25 |
| 10/24/00 | 197235-00 | 11/23/00 | Invoice | 1748.30 | 8244.55 |
| 10/24/00 | 197236-00 | 11/23/00 | Invoice | 621.69 | 8866.24 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8866.24 |

**TOTAL DUE**
**8866.24**

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 29128 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

47TH MEDICAL GROUP
FM3099
LAUGHLIN AFB TX
LAUGHLIN AFB TX 78843

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 02/08/01 | 700876-00 | 03/10/01 | Invoice | | 72.36 | 72.36 |
| 03/06/01 | 702793-00 | 04/05/01 | Invoice | | 144.72 | 217.08 |
| 04/11/00 | 708922-00 | 05/11/00 | Invoice | | 1549.20 | 1766.28 |
| 08/11/00 | 724489-00 | 09/10/00 | Invoice | | 522.15- | 1244.13 |
| 08/16/00 | 724797-00 | 09/15/00 | Invoice | | 10.74 | 1254.87 |
| 08/22/00 | 725494-00 | 09/21/00 | Invoice | | 254.98 | 1509.85 |
| 08/28/00 | 726222-00 | 09/27/00 | Invoice | | 89.37 | 1599.22 |
| 09/18/00 | 728926-00 | 10/18/00 | Invoice | | 77.80 | 1677.02 |
| 09/29/00 | 730471-00 | 10/29/00 | Invoice | | 67.68 | 1744.70 |
| 10/12/00 | 731761-00 | 11/11/00 | Invoice | | 56.65 | 1801.35 |
| 10/31/00 | 734605-00 | 11/30/00 | Invoice | | 49.39 | 1850.74 |
| 10/31/00 | 734621-00 | 11/30/00 | Invoice | | 49.39 | 1900.13 |
| 04/13/01 | 807193-00 | 05/13/01 | Invoice | | 234.08 | 2134.21 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2134.21 |

**TOTAL DUE**
**2134.21**

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 30102 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

AFMLO OL 2
FM9133
FORT WORTH TEXAS
FORT WORTH TX 76115

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 12/28/00 | 219837-00 | 01/27/01 | Invoice | | 698.29 | 698.29 |
| 01/31/01 | 224140-00 | 03/02/01 | Invoice | | 2209.97 | 2908.26 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2908.26 |

**TOTAL DUE**
**2908.26**

Designs by M

# ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 40777 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

## STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

**377TH MED GR KIRTLAND AFB**
**FM4469**
**1501 SAN PEDRO SE BLDG 47**
**ALBUQUERQUE NM 87108**

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 02/11/00 | 300298-00 | 03/12/00 | Invoice | | 581.99- | 581.99- |
| 02/14/00 | 300345-00 | 03/15/00 | Invoice | | 455.59 | 126.40- |
| 02/18/00 | 300479-00 | 03/19/00 | Invoice | | 78.72 | 47.68- |
| 04/07/00 | 301627-00 | 05/07/00 | Invoice | | 9.66 | 38.02- |
| 04/20/00 | 301787-00 | 05/20/00 | Invoice | | 86.88 | 48.86 |
| 05/04/00 | 302446-00 | 06/03/00 | Invoice | | 20.42 | 69.28 |
| 05/31/00 | 302634-00 | 06/30/00 | Invoice | | 22.68 | 91.96 |
| 05/12/00 | 302663-00 | 06/11/00 | Invoice | | 160.40 | 252.36 |
| 05/31/00 | 302746-00 | 06/30/00 | Invoice | | 49.84 | 302.20 |
| 05/19/00 | 302839-00 | 06/18/00 | Invoice | | 133.00 | 435.20 |
| 06/30/00 | 303565-00 | 07/30/00 | Invoice | | 140.51 | 575.71 |
| 06/30/00 | 303623-00 | 07/30/00 | Invoice | | 25.80 | 601.51 |
| 07/28/00 | 303758-00 | 08/27/00 | Invoice | | 134.19 | 735.70 |
| 07/28/00 | 303853-00 | 08/27/00 | Invoice | | 14.35 | 750.05 |
| 07/28/00 | 303973-00 | 08/27/00 | Invoice | | 42.00 | 792.05 |
| 07/18/00 | 304019-00 | 08/17/00 | Invoice | | 34.39 | 826.44 |
| 07/28/00 | 304064-00 | 08/27/00 | Invoice | | 105.43 | 931.87 |
| 07/25/00 | 304174-00 | 08/24/00 | Invoice | | 82.68 | 1014.55 |
| 07/28/00 | 304285-00 | 08/27/00 | Invoice | | 98.79 | 1113.34 |
| 07/28/00 | 304287-00 | 08/27/00 | Invoice | | 266.28 | 1379.62 |
| 07/28/00 | 304298-00 | 08/27/00 | Invoice | | 55.32 | 1434.94 |
| 07/28/00 | 304305-00 | 08/27/00 | Invoice | | 74.79 | 1509.73 |
| 08/09/00 | 307164-00 | 09/08/00 | Debit Memo | | 3.66 | 1513.39 |
| 08/09/00 | 307353-00 | 09/08/00 | Debit Memo | | 40.22 | 1553.61 |
| 08/09/00 | 307537-00 | 09/08/00 | Debit Memo | | 23.46 | 1577.07 |
| 01/17/00 | 307787-00 | 02/16/00 | Invoice | | 56.68 | 1633.75 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1633.75 |

**TOTAL DUE**
**1633.75**

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 45376 | 03/20/03 | 1 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

49TH MEDICAL GROUP
FM4801
HOLLOMAN AFB NM
HOLLOMAN NM 88330

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 01/29/98 | 300813-00 | 02/28/98 | Invoice | | 289.49 | 289.49 |
| 01/29/98 | 300949-00 | 02/28/98 | Invoice | | 635.24 | 924.73 |
| 01/29/98 | 300979-00 | 02/28/98 | Invoice | | 2025.69 | 2950.42 |
| 06/30/98 | 302098-00 | 07/30/98 | Invoice | | 766.76 | 3717.18 |

| Future | Current | 45 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3717.18 |

TOTAL DUE
3717.18

Designs by M

**ADVANCED MEDICAL SUPPLY**

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 45427 | 03/20/03 | 1 |

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 02/19/01 | 102277-00 | 03/21/01 | Invoice | | 207.48 | 207.48 |
| 02/09/01 | 102725-00 | 03/11/01 | Invoice | | 29.40 | 236.88 |
| 02/12/01 | 103387-00 | 03/14/01 | Invoice | | 105.57 | 342.45 |
| 02/21/01 | 103797-00 | 03/23/01 | Invoice | | 3.09 | 345.54 |
| 02/19/01 | 104594-00 | 03/21/01 | Invoice | | 89.28 | 434.82 |
| 02/16/01 | 105352-00 | 03/18/01 | Invoice | | 70.90 | 505.72 |
| 02/19/01 | 105612-00 | 03/21/01 | Invoice | | 427.93 | 933.65 |
| 02/19/01 | 105672-00 | 03/21/01 | Invoice | | 164.43 | 1098.08 |
| 02/21/01 | 106216-00 | 03/23/01 | Invoice | | 145.25 | 1243.33 |
| 02/21/01 | 106610-00 | 03/23/01 | Invoice | | 64.25 | 1307.58 |
| 08/15/00 | 169677-00 | 09/14/00 | Invoice | | 330.17- | 977.41 |
| 08/15/00 | 169692-00 | 09/14/00 | Invoice | | 947.56 | 1924.97 |
| 08/22/00 | 170044-00 | 09/21/00 | Invoice | | 25.75 | 1950.72 |
| 08/17/00 | 170864-00 | 09/16/00 | Invoice | | 39.54 | 1990.26 |
| 08/22/00 | 172810-00 | 09/21/00 | Invoice | | 210.56 | 2200.82 |
| 08/22/00 | 172811-00 | 09/21/00 | Invoice | | 587.99 | 2788.81 |
| 08/22/00 | 172813-00 | 09/21/00 | Invoice | | 44.81 | 2833.62 |
| 08/22/00 | 172814-00 | 09/21/00 | Invoice | | 89.28 | 2922.90 |
| 08/22/00 | 172815-00 | 09/21/00 | Invoice | | 192.61 | 3115.51 |
| 08/22/00 | 172819-00 | 09/21/00 | Invoice | | 84.36 | 3199.87 |
| 08/22/00 | 172820-00 | 09/21/00 | Invoice | | 19.92 | 3219.79 |
| 08/24/00 | 173656-00 | 09/23/00 | Invoice | | 276.69 | 3496.48 |
| 08/25/00 | 174029-00 | 09/24/00 | Invoice | | 94.80 | 3591.28 |
| 08/25/00 | 174239-00 | 09/24/00 | Invoice | | 44.31 | 3635.59 |
| 08/29/00 | 175343-00 | 09/28/00 | Invoice | | 30.22 | 3665.81 |
| 09/13/00 | 177183-00 | 10/13/00 | Invoice | | 127.46 | 3793.27 |
| 09/13/00 | 178760-00 | 10/13/00 | Invoice | | 128.61 | 3921.88 |
| 09/07/00 | 179159-00 | 10/07/00 | Invoice | | 184.77 | 4106.65 |
| 09/18/00 | 179373-00 | 10/18/00 | Invoice | | 696.76 | 4803.41 |
| 09/25/00 | 180627-00 | 10/25/00 | Invoice | | 23.22 | 4826.63 |
| 09/13/00 | 180637-00 | 10/13/00 | Invoice | | 23.22 | 4849.85 |
| 09/12/00 | 180747-00 | 10/12/00 | Invoice | | 69.12 | 4918.97 |
| 09/26/00 | 185854-00 | 10/26/00 | Invoice | | 7.95 | 4926.92 |
| 09/26/00 | 186227-00 | 10/26/00 | Invoice | | 187.98 | 5114.90 |
| 09/29/00 | 188509-00 | 10/29/00 | Invoice | | 204.07 | 5318.97 |

CONTINUED ON NEXT PAGE

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 45427 | 03/20/03 | 2 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 10/10/00 | 188859-00 | 11/09/00 | Invoice | | 545.83 | 5864.80 |
| 10/19/00 | 190237-00 | 11/18/00 | Invoice | | 21.42 | 5886.22 |
| 10/10/00 | 190903-00 | 11/09/00 | Invoice | | 39.84 | 5926.06 |
| 10/19/00 | 191252-00 | 11/18/00 | Invoice | | 37.24 | 5963.30 |
| 10/11/00 | 192101-00 | 11/10/00 | Invoice | | 87.01 | 6050.31 |
| 10/19/00 | 192529-00 | 11/18/00 | Invoice | | 28.84 | 6079.15 |
| 10/19/00 | 192625-00 | 11/18/00 | Invoice | | 38.71 | 6117.86 |
| 10/16/00 | 193519-00 | 11/15/00 | Invoice | | 34.75 | 6152.61 |
| 10/16/00 | 193522-00 | 11/15/00 | Invoice | | 64.03 | 6216.64 |
| 10/19/00 | 194041-00 | 11/18/00 | Invoice | | 57.49 | 6274.13 |
| 10/18/00 | 194723-00 | 11/17/00 | Invoice | | 383.83 | 6657.96 |
| 10/18/00 | 194727-00 | 11/17/00 | Invoice | | 1245.08 | 7903.04 |
| 11/13/00 | 197392-00 | 12/13/00 | Invoice | | 310.86 | 8213.90 |
| 10/30/00 | 198951-00 | 11/29/00 | Invoice | | 57.06 | 8270.96 |
| 11/16/00 | 199412-00 | 12/16/00 | Invoice | | 2.28 | 8273.24 |
| 10/31/00 | 199459-00 | 11/30/00 | Invoice | | 70.54 | 8343.78 |
| 11/02/00 | 200710-00 | 12/02/00 | Invoice | | 20.91 | 8364.69 |
| 11/02/00 | 200717-00 | 12/02/00 | Invoice | | 77.22 | 8441.91 |
| 11/16/00 | 201138-00 | 12/16/00 | Invoice | | 4.26 | 8446.17 |
| 11/16/00 | 202295-00 | 12/16/00 | Invoice | | 3.30 | 8449.47 |
| 11/13/00 | 202371-00 | 12/13/00 | Invoice | | 322.50 | 8771.97 |
| 11/27/00 | 202717-00 | 12/27/00 | Invoice | | 297.20 | 9069.17 |
| 11/13/00 | 202841-00 | 12/13/00 | Invoice | | 89.28 | 9158.45 |
| 11/08/00 | 202867-00 | 12/08/00 | Invoice | | 90.37 | 9248.82 |
| 11/09/00 | 203267-00 | 12/09/00 | Invoice | | 84.44 | 9333.26 |
| 11/13/00 | 203300-00 | 12/13/00 | Invoice | | 143.64 | 9476.90 |
| 11/09/00 | 203654-00 | 12/09/00 | Invoice | | 60.01 | 9536.91 |
| 11/10/00 | 203824-00 | 12/10/00 | Invoice | | 255.96 | 9792.87 |
| 11/27/00 | 205355-00 | 12/27/00 | Invoice | | 5.74 | 9798.61 |
| 11/16/00 | 205869-00 | 12/16/00 | Invoice | | 138.79 | 9937.40 |
| 11/16/00 | 206272-00 | 12/16/00 | Invoice | | 86.80 | 10024.20 |
| 11/16/00 | 206284-00 | 12/16/00 | Invoice | | 221.04 | 10245.24 |
| 11/27/00 | 206302-00 | 12/27/00 | Invoice | | 126.70 | 10371.94 |
| 11/20/00 | 206607-00 | 12/20/00 | Invoice | | 208.46 | 10580.40 |
| 12/08/00 | 208147-00 | 01/07/01 | Invoice | | 114.39 | 10694.79 |

CONTINUED ON NEXT PAGE

Designs by M

# ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 45427 | 03/20/03 | 3 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

## STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 11/24/00 | 208854-00 | 12/24/00 | Invoice | | 24.49 | 10719.28 |
| 11/30/00 | 210524-00 | 12/30/00 | Invoice | | 141.41 | 10860.69 |
| 12/08/00 | 211676-00 | 01/07/01 | Invoice | | 137.68 | 10998.37 |
| 12/08/00 | 212801-00 | 01/07/01 | Invoice | | 89.28 | 11087.65 |
| 12/15/00 | 213305-00 | 01/14/01 | Invoice | | 595.38 | 11683.03 |
| 12/08/00 | 213555-00 | 01/07/01 | Invoice | | 221.04 | 11904.07 |
| 12/08/00 | 213872-00 | 01/07/01 | Invoice | | 80.74 | 11984.81 |
| 12/29/00 | 215130-00 | 01/28/01 | Invoice | | 116.20 | 12101.01 |
| 12/29/00 | 215669-00 | 01/28/01 | Invoice | | 167.99 | 12269.00 |
| 12/14/00 | 216048-00 | 01/13/01 | Invoice | | 14.90 | 12283.90 |
| 12/29/00 | 216410-00 | 01/28/01 | Invoice | | 107.23 | 12391.13 |
| 12/15/00 | 216660-00 | 01/14/01 | Invoice | | 21.28 | 12412.41 |
| 12/29/00 | 217190-00 | 01/28/01 | Invoice | | 29.05 | 12441.46 |
| 12/20/00 | 217650-00 | 01/19/01 | Invoice | | 42.00 | 12483.46 |
| 12/29/00 | 218024-00 | 01/28/01 | Invoice | | 57.06 | 12540.52 |
| 01/12/01 | 218048-00 | 02/11/01 | Invoice | | 21.87 | 12562.39 |
| 12/29/00 | 218472-00 | 01/28/01 | Invoice | | 385.22 | 12947.61 |
| 12/29/00 | 218581-00 | 01/28/01 | Invoice | | 89.65 | 13037.26 |
| 12/29/00 | 219737-00 | 01/28/01 | Invoice | | 21.94 | 13059.20 |
| 12/28/00 | 219887-00 | 01/27/01 | Invoice | | 64.33 | 13123.53 |
| 12/28/00 | 219891-00 | 01/27/01 | Invoice | | 34.34 | 13157.87 |
| 01/25/01 | 223887-00 | 02/24/01 | Invoice | | 74.48 | 13232.35 |
| 01/29/01 | 224471-00 | 02/28/01 | Invoice | | 4.48 | 13236.83 |
| 01/25/01 | 225292-00 | 02/24/01 | Invoice | | 299.05 | 13535.88 |
| 01/12/01 | 225403-00 | 02/11/01 | Invoice | | 57.00 | 13592.88 |
| 01/25/01 | 226243-00 | 02/24/01 | Invoice | | 3.10 | 13595.98 |
| 01/15/01 | 226446-00 | 02/14/01 | Invoice | | 57.48 | 13653.46 |
| 01/29/01 | 226505-00 | 02/28/01 | Invoice | | 2.53 | 13655.99 |
| 01/31/01 | 226972-00 | 03/02/01 | Invoice | | 157.92 | 13813.91 |
| 01/29/01 | 227714-00 | 02/28/01 | Invoice | | 89.44 | 13903.35 |
| 01/19/01 | 228193-00 | 02/18/01 | Invoice | | 216.52 | 14119.87 |
| 01/25/01 | 228382-00 | 02/24/01 | Invoice | | 340.57 | 14460.44 |
| 01/25/01 | 228726-00 | 02/24/01 | Invoice | | 252.43 | 14712.87 |
| 01/29/01 | 228730-00 | 02/28/01 | Invoice | | 251.46 | 14964.33 |
| 01/29/01 | 230517-00 | 02/28/01 | Invoice | | 86.80 | 15051.13 |

CONTINUED ON NEXT PAGE

Designs by M

ADVANCED MEDICAL SUPPLY

| CUSTOMER # | DATE | PAGE |
|---|---|---|
| 45427 | 03/20/03 | 4 |

5117 Northeast Pkwy.
Fort Worth, TX 76106
PH: 817-626-8261
FAX: 817-625-9721

# STATEMENT

(Customer Copy)

Please Remit To:
Advanced Medical Supply, LLC
P.O. Box 869310
Plano, TX 75086-9310

W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918

| INVOICED | INVOICE # | DUE | TRANSACTION | P/O NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 01/29/01 | 230533-00 | 02/28/01 | Invoice | | 268.32 | 15319.45 |
| 01/29/01 | 230548-00 | 02/28/01 | Invoice | | 214.94 | 15534.39 |
| 01/31/01 | 230674-00 | 03/02/01 | Invoice | | 298.91 | 15833.30 |
| 01/26/01 | 231373-00 | 02/25/01 | Invoice | | 57.38 | 15890.68 |
| 01/31/01 | 232034-00 | 03/02/01 | Invoice | | 2.90 | 15893.58 |
| 01/31/01 | 232725-00 | 03/02/01 | Invoice | | 139.74 | 16033.32 |
| 01/31/01 | 232755-00 | 03/02/01 | Invoice | | 44.00 | 16077.32 |
| 01/31/01 | 232835-00 | 03/02/01 | Invoice | | 311.22 | 16388.54 |
| 01/30/01 | 232865-00 | 03/01/01 | Invoice | | 22.86 | 16411.40 |
| 03/09/00 | 300855-00 | 04/08/00 | Invoice | | 54.60 | 16466.00 |
| 03/13/00 | 301102-00 | 04/12/00 | Invoice | | 65.91 | 16531.91 |
| 08/09/00 | 301352-00 | 09/08/00 | Debit Memo | | 9.03 | 16540.94 |
| 03/22/00 | 301360-00 | 04/21/00 | Invoice | | 936.32 | 17477.26 |
| 08/09/00 | 301383-00 | 09/08/00 | Debit Memo | | 63.18 | 17540.44 |
| 03/31/00 | 301586-00 | 04/30/00 | Invoice | | 342.58 | 17883.02 |
| 03/31/00 | 301587-00 | 04/30/00 | Invoice | | 59.66 | 17942.68 |
| 03/31/00 | 301590-00 | 04/30/00 | Invoice | | 714.20 | 18656.88 |
| 03/31/00 | 301598-00 | 04/30/00 | Invoice | | 155.88 | 18812.76 |
| 04/17/00 | 301793-00 | 05/17/00 | Invoice | | 11.60 | 18824.36 |
| 04/20/00 | 301822-00 | 05/20/00 | Invoice | | 13.25 | 18837.61 |
| 08/09/00 | 301859-00 | 09/08/00 | Debit Memo | | 51.43 | 18889.04 |
| 04/26/00 | 301885-00 | 05/26/00 | Invoice | | 505.17 | 19394.21 |
| 04/20/00 | 302083-00 | 05/20/00 | Invoice | | 105.34 | 19499.55 |
| 04/21/00 | 302127-00 | 05/21/00 | Invoice | | 256.45 | 19756.00 |
| 04/26/00 | 302128-00 | 05/26/00 | Invoice | | 39.24 | 19795.24 |
| 04/26/00 | 302169-00 | 05/26/00 | Invoice | | 67.03 | 19862.27 |
| 04/26/00 | 302180-00 | 05/26/00 | Invoice | | 36.31 | 19898.58 |
| 05/05/00 | 302467-00 | 06/04/00 | Invoice | | 1770.68 | 21669.26 |
| 05/05/00 | 302468-00 | 06/04/00 | Invoice | | 1409.63 | 23078.89 |
| 05/05/00 | 302486-00 | 06/04/00 | Invoice | | 24.36 | 23103.25 |
| 05/09/00 | 302520-00 | 06/08/00 | Invoice | | 47.88 | 23151.13 |
| 05/09/00 | 302544-00 | 06/08/00 | Invoice | | 9.96 | 23161.09 |
| 05/09/00 | 302571-00 | 06/08/00 | Invoice | | 1089.60 | 24250.69 |
| 05/09/00 | 302572-00 | 06/08/00 | Invoice | | 817.20 | 25067.89 |
| 05/17/00 | 302682-00 | 06/16/00 | Invoice | | 65.32 | 25133.21 |

CONTINUED ON NEXT PAGE

Designs by M