IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-289C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR STIPULATED BRIEFING SCHEDULE

The United States respectfully requests the Court to establish the following briefing schedule, which the parties proposed in their July 30, 2003 joint preliminary status report ("JPSR"), for the parties' cross-motions for summary judgment. Plaintiff indicated its support for this request in the JPSR.

In accordance with the agreed schedule, plaintiff filed a motion for summary judgment on August 15, 2003. (Plaintiff filed a first amended motion on August 21. Defendant's response is currently due on September 22.) The parties have agreed that defendant may conduct discovery related to the issues raised in plaintiff's summary judgment motion through November 14, 2003, and that defendant's response to the motion should be due on or before December 15, 2003. The parties further agree that defendant will file a cross-motion for partial summary judgment on or before November 3, 2003, with further briefing of the cross-motion to proceed according to the Court's Rules. Plaintiff does not anticipate needing discovery in connection with defendant's cross-motion.

Accordingly, we respectfully request that the schedule above

be adopted. The next filing due would be defendant's cross-motion, due on or before November 3, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

September 12, 2003

CERTIFICATE OF FILING

I certify that on September 12, 2003, a copy of foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick