IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff, | |
| v. | No. 03-289C (Judge Allegra) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE OPPOSITION BRIEF

The United States respectfully requests the Court to enlarge by four days, from December 15, 2003 to and including December 19, 2003, the due date for defendant's response to plaintiff's motion for summary judgment. This is our first request to enlarge this deadline since the Court established the briefing schedule on September 29, 2003. Frank Broyles, counsel for plaintiff, United Medical Supply Company, Inc., states that plaintiff does not oppose this request.

Since plaintiff filed its summary judgment motion, the parties have engaged in discovery and settlement discussions. In addition, since December 1, 2003, undersigned counsel has devoted time to, among other things, conducting oral argument in Ford Motor Co. v. United States, No. 03-5092 (Fed. Cir.), and Empire Energy Management Systems, Inc. v. United States, No. 02-1277 (Fed. Cir.), preparing and filing an appellate brief in Ta Chen Stainless Steel Pipe, Ltd. v. United States, No. 02-1332 (Fed. Cir.), preparing an appeal recommendation regarding Kaw Nation, ex rel. Guy Monroe, Executive Council Chairman, et al., IBCA No.

4455A, 03-2 BCA ¶ 32,324, preparing for three days of depositions (December 10-12) at Wright-Patterson Air Force base in Ohio related to Night Vision Corp. v. United States, No. 03-1214 (Fed. Cl.), and representing the Government in a newly-filed bid protest, PGBA, LLC v. United States, No. 03-2773 (Fed. Cl.), assigned to Judge Lettow. Undersigned counsel also has a reply in support of a summary judgment motion due on December 15 in Xavier Chemical Co. v. United States, No. 03-1823 (Fed. Cl.), for which the deadline has been enlarged once by 14 days. Under these circumstances, a four-day enlargement is reasonable and should not cause any undue delay.

## CONCLUSION

Accordingly, we respectfully request the Court to grant our motion to enlarge by four days, from December 15, 2003 to and including December 19, 2003, the due date for defendant's response to plaintiff's motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

December 8, 2003

CERTIFICATE OF FILING

I certify that on December 8, 2003, the foregoing motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick