**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

**PLAINTIFF'S RESPONSE IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO FILE SUMMARY JUDGMENT RESPONSE**

TO THE HONORABLE COURT:

On December 8, 2003, Defendant filed a motion to extend time to file its summary judgment response from December 15, 2003 until December 19, 2003. Defendant correctly states that the motion is unopposed.

Signed December 8, 2003.

Respectfully submitted,

/s/ Frank L. Broyles

Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

On March 21, 2003 the above Response was served by email on Kyle Chadwick, attorney for Defendant.

/s/ Frank L. Broyles