# In The United States Court of Federal Claims

No. 03-289C

(Filed: December 11, 2003)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On December 8, 2003, defendant filed an unopposed motion for enlargement of time to file opposition brief to plaintiff's motion for summary judgment in this case. This motion is hereby **GRANTED**, and defendant shall file its response to plaintiff's motion for summary judgement on or before December 19, 2003.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge