No. 03-289C

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

OF COUNSEL:
KATHLEEN HALLAM
Chief Trial Attorney
Defense Supply Center
Philadelphia

KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

December 19, 2003

# TABLE OF CONTENTS


STATEMENT OF THE ISSUES . . . . . 1

STATEMENT OF THE CASE . . . . . 2

SUMMARY OF MATERIAL FACTS . . . . . 2

PREFACE TO AND SUMMARY OF THE ARGUMENT . . . . . 3

ARGUMENT . . . . . 6

I. The Summary Judgment Standard . . . . . 6

II. Multiple Disputes Of Fact Exist As To Whether Orders For Requirements Were Improperly Diverted From United Medical . . . . . 7

III. Multiple Disputes Of Fact Exist As To Whether United Medical Has Been Paid For The Items It Delivered . . . . . 14

IV. The Court Should Enter Partial Summary Judgment Rejecting Two Of United Medical's Damages Theories . . . . . 15

A. United Medical Is Not Entitled To Recover Simply Because It Failed To Make Sales Equal To 90 Percent Of The Solicitation Estimate . . . . . 15

B. United Medical Is Not Entitled To Recover Goodwill . . . . . 17

V. Summary . . . . . 19

CONCLUSION . . . . . 20

# TABLE OF AUTHORITIES

## FEDERAL CASES


Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986) . . . . . . . . . . . . . . . . . . . . 6

Celotex Corp. v. Catrett, 477 U.S. 317 (1986) . . . . . . . . . . . . . . . . . . . . 6

Dalton v. Cessna Aircraft Co., 98 F.3d 1298 (Fed. Cir. 1996) . . . . . . . . . . . . . . 15

Energy Capital Corp. v. United States, 302 F.3d 1314 (Fed. Cir. 2002) . . . . . . . . . . . . 17, 18

Grumman Data System Corp. v. Dalton, 88 F.3d 990 (Fed. Cir. 1996) . . . . . . . . . . . . . . 15

Montana v. United States, 124 F.3d 1269 (Fed. Cir. 1999) . . . . . . . . . . . . . . . 6

Northern Helex Co. v. United States, 524 F.2d 707 (Ct. Cl. 1975) . . . . . . . . . . . . . . 16

Olin Jones Sand Co. v. United States, 225 Ct. Cl. 741 (1980) . . . . . . . . . . . . . . . . 17

Olympus Corp. v. United States, 98 F.3d 1314 (Fed. Cir. 1996) . . . . . . . . . . . . . . 6

PCL Construction Services, Inc. v. United States, 41 Fed. Cl. 242 (1998) . . . . . . . . . . . . . . . . . 15

Quiman, S.A. v. United States, 39 Fed. Cl. 171 (1997) . . . . . . . . . . . . . . . . . 16

Ramsey v. United States, 121 Ct. Cl. 101 F. Supp. 353 (1951) . . . . . . . . . . . 17

San Carlos Irrig. & Drainage District v. United States, 111 F.3d 1557 (Fed. Cir. 1997) . . . . . . . . . . . . . 16

Southern Cal. Fed. Savings & Loan Ass'n v. United States, 57 Fed. Cl. 598 (2003) . . . . . . . . . . . . . . . . . 16

Sweats Fashions, Inc. v. Pannill Knitting Co.,
833 F.2d 1560 (Fed. Cir. 1987) . . . . . . . . . . . . . . . . . 6

Travel Centre v. Barram,
236 F.3d 1316 (Fed. Cir. 2001) . . . . . . . . . . . . . . . 15

Wells Fargo Bank, NA v. United States,
88 F.3d 1012 (Fed. Cir 1996) . . . . . . . . . . . . . . 16, 18

STATUTES

41 U.S.C. § 609 . . . . . . . . . . . . . . . . . . . . . . . . 2

# INDEX TO APPENDIX


| | Page |
|---|---|
| November 26, 2003 Affidavit of Linda Flatley | 1 |
| March 26, 1996 Amendment 00014 | 6 |
| May 25, 1995 Government letter | 12 |
| 1995 Customer responses to requests for estimates | 14 |
| Award document - stockless option | 24 |
| April 30, 1997 United Medical letter to customers | 26 |
| Amendment 00016 | 28 |
| Amendment 00017 | 31 |
| Amendment 00018 | 32 |
| June 11, 1997 Government e-mail concerning performance | 34 |
| September 17, 1997 Government letter concerning performance | 41 |
| September 19, 1997 Government letter concerning performance | 42 |
| October 21, 1997 Government letter concerning split shipments | 44 |
| December 3, 1997 Government trip report | 45 |
| December 1997 fill rates | 49 |
| December 5, 1997 letter from plaintiff regarding lack of DAPA holder agreements | 51 |
| October 30, 1997 Government letter concerning lack of DAPA holder agreements | 60 |
| January 1998 fill rates | 61 |
| February 24, 1998 Government letter reporting deficiencies | 63 |
| March 31, 1998 Government letter seeking information | 67 |
| February - April 1998 fill rates | 72 |

April 21, 1998 letter from plaintiff . . . . . . . . . . . . . . 78

May – December 1998 fill rates . . . . . . . . . . . . . . . . . 84

January 19, 1999 customer e-mail concerning performance . . . 100

February 11, 1999 Government memorandum . . . . . . . . . . . . 104

February – March 1999 fill rates . . . . . . . . . . . . . . . 107

April 8, 1999 Government e-mail concerning customer complaint 111

April 26, 1999 customer response to above . . . . . . . . . . 120

April 1999 customer complaints . . . . . . . . . . . . . . . . 121

April – June 1999 fill rates . . . . . . . . . . . . . . . . . 124

June 11, 1999 customer complaint . . . . . . . . . . . . . . . 130

July – December 1999 fill rates . . . . . . . . . . . . . . . . 132

December 9, 1999 plaintiff facsimile . . . . . . . . . . . . . 144

January – March 2000 fill rates . . . . . . . . . . . . . . . . 150

January 6, 2000 customer complaint . . . . . . . . . . . . . . 156

March 22, 2000 customer complaint and update . . . . . . . . . 157

March 23, 2000 modification P00020 . . . . . . . . . . . . . . 162

April 5, 2000 customer complaint . . . . . . . . . . . . . . . 170

April – June 2000 fill rates . . . . . . . . . . . . . . . . . 171

July 25, 2000 Government e-mail concerning El Paso warehouse . . . . . . . . . . . . . . . . . . . . . . . . . . 177

July 26, 2000 Government e-mail concerning alleged nonpayment . . . . . . . . . . . . . . . . . . . . . . . . . 179

August 11, 2000 Government e-mail concerning El Paso warehouse . . . . . . . . . . . . . . . . . . . . . . . . . . 180

August 14, 2000 Government e-mail . . . . . . . . . . . . . . . 181

August 15, 2000 customer complaint concerning El Paso warehouse . . . . . . . . . . . . . . . . . . . . . . . . . 183

August 29, 2000 customer complaint concerning El Paso warehouse . . . . . . . . . . . . . . . . . . . . . . . . . 187

October 25, 2000 customer complaint concerning El Paso warehouse . . . . . . . . . . . . . . . . . . . . . . . . . 189

October 31, 2000 Government e-mail concerning Fort Huachuca complaints . . . . . . . . . . . . . . . . . . . . . . . . 190

November 7, 2000 Government e-mail concerning Kirtland AFB complaints . . . . . . . . . . . . . . . . . . . . . . . . 193

November 12, 2000 customer complaint . . . . . . . . . . . . . 194

November 13, 2000 customer complaint . . . . . . . . . . . . . 196

November 25, 2003 affidavit of Donna Galligan, with attachments . . . . . . . . . . . . . . . . . . . . . . . 197

November 26, 2003 Government e-mail concerning alleged diversions . . . . . . . . . . . . . . . . . . . . . . . . 261

November 20, 2003 e-mail from counsel for plaintiff, with attachments . . . . . . . . . . . . . . . . . . . . . . . . 262

Plaintiff's responses to defendant's interrogatories and requests for production of documents . . . . . . . . . . . . . 268

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT,
AND DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Court's Rules ("RCFC"), the United States respectfully opposes plaintiff's motion for summary judgment and requests the Court to enter partial summary judgment for the Government regarding (1) the unavailability of a price adjustment simply because purchases did not equal 90 percent of the contract estimates and (2) the unrecoverability of goodwill. In support of our opposition and cross-motion, we rely upon this brief and the accompanying response to plaintiff's proposed findings of fact; defendant's proposed findings of fact; and appendix, including affidavits of the contracting officer, Linda Flatley, and a prime vendor program team leader, Donna Galligan.

STATEMENT OF THE ISSUES

1. Whether genuine disputes of material fact exist with respect to the Government's liability to plaintiff, United Medical Supply Company, Inc. ("United Medical"), for purchases

from third parties of hospital supplies that were covered by United Medical's requirements contract ("diverted" purchases).

2. Whether genuine disputes of material fact exist with respect to the Government's liability to United Medical for nonpayment for supplies ordered and received under the contract.

3. Whether the Government is liable to United Medical solely because purchases under the contract were less than 90 percent of the estimates provided in the solicitation.

4. If any liability is established, whether genuine issues of material fact exist with respect to quantum.

5. Whether or not liability is established, whether the damages sought by United Medical for loss of reputation and goodwill are unrecoverable as a matter of law.

STATEMENT OF THE CASE

Plaintiff correctly summarizes the case at page 5 of its moving brief. Although the procedural history has no direct bearing upon the cross-motions, we note that United Medical's bankruptcy complaint against the United States was dismissed without prejudice for lack of jurisdiction under the Contract Disputes Act, 41 U.S.C. § 609, and the bankruptcy court transferred the action to this Court in the interest of justice.

SUMMARY OF MATERIAL FACTS

The facts established in our accompanying factual statement, concerning United Medical's subpar performance in the Defense Supply Center Philadelphia's ("DSCP's") "prime vendor" program for medical and surgical supplies, render summary judgment for United Medical inappropriate. We describe there, among other things, the nature of the estimates provided by the Government for this requirements contract – which estimates United Medical fundamentally misconstrues in its motion – as well as the numerous, severe, and persistent problems created by United Medical's failure, throughout the contract term, to provide shipping and billing information in the proper formats and to cooperate with DSCP's efforts to address United Medical's claims of nonpayment. We further note that diligent and time-consuming research by DSCP personnel has revealed many of United Medical's nonpayment claims to be wholly and demonstrably unfounded.

In general, our factual submissions (including our separate response to United Medical's conclusory assertions of fact), which we respectfully incorporate here, establish that the Court cannot with any confidence (1) determine whether United Medical's allegations of diversion and nonpayment have merit or, assuming they do, (2) fairly measure United Medical's damages.

PREFACE TO AND SUMMARY OF THE ARGUMENT

United Medical's premature and somewhat disjointed motion succeeds in raising a specter of potential Government liability, but fails to establish either liability or quantifiable damages. United Medical's fundamental contention, which it repeats in several variations, is that the Government must have breached the prime vendor contract because actual purchases by participating medical facilities from holders of Distribution and Pricing Agreements ("DAPAs"), for which United Medical was the distributor, underran the contract estimates. There is no legal or factual basis to make that leap.

The estimates upon which United Medical so heavily relies do not, by their terms, purport to measure the hospitals' actual purchases of "DAPA items"; nor did those estimates represent guaranteed volume for United Medical under its contract. Instead, as explained in our accompanying proposed findings, the estimates were based upon total annual purchases of the "types" of medical and surgical items covered by DAPAs – and the solicitation expressly described the estimates as "potential" volumes that might not be achieved by the prime vendor. It was up to United Medical, as the prime vendor, to earn a high volume of business. As demonstrated in our factual statement, United Medical failed, literally from day one, to do so.

United Medical's fundamental misunderstanding of the contract estimates has at least two important ramifications for its motion. First, United Medical's failure to achieve the estimated, "potential" sales volume is not, in itself, an actionable breach by the Government. Second, and equally important, because United Medical relies exclusively upon the contract estimates to quantify the supposed "diversion" of requirements purchases from United Medical to third parties, its quantum calculation for diversion is utterly baseless.

There is neither a legal nor a factual basis for United Medical's presumption that it "should have" made sales commensurate with the estimates provided in the solicitation. Accordingly, there is no basis for United Medical to assert that the volume of "diverted" purchases equals the estimated sales volume minus United Medical's actual sales. This is especially true since United Medical's performance, billing, and record keeping failures are demonstrably to blame for some portion - perhaps the majority - of the alleged purchase diversions.

Finally, in addition to this fundamental problem of quantification, two of United Medical's damages theories are legally untenable. First, plaintiff is not entitled to a price adjustment merely because sales did not equal 90 percent of the estimates. Although we dispute that the language United Medical

inserted into the solicitation ever became part of the contract (which contains another provision stating exactly the opposite), even if it did, the most to which the inserted provision might have entitled United Medical was "renegotiation" of its distribution fee, which plaintiff never requested.

Nor is United Medical entitled to "goodwill" damages since, under these circumstances, a valuation based upon future income from other contracts is impermissibly remote from the alleged breach and speculative.

ARGUMENT

I. The Summary Judgment Standard

Summary judgment is "designed 'to ensure the just, speedy and inexpensive determination of every action,'" Celotex Corp. v. Catrett, 477 U.S. 317, 327 (1986) (quoting Fed. R. Civ. P. 1), and should be granted when "there is no genuine issue as to any material fact and . . . the moving party is entitled to judgment as a matter of law." RCFC 56(c); accord Montana v. United States, 124 F.3d 1269, 1273 (Fed. Cir. 1999).

A factual issue is "material" only if it could affect the outcome in light of the applicable law. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986). A "genuine" factual dispute exists only if a reasonable trier of fact could find for the nonmoving party. Id. The movant need not "produce evidence"

of the absence of factual disputes; it need only "point[] out" that the record does not support the other party's case. Sweats Fashions, Inc. v. Pannill Knitting Co., 833 F.2d 1560, 1563 (Fed. Cir. 1987) (quoting Celotex, 477 U.S. at 325).

Legal issues of contract interpretation may be resolved by summary judgment. See Olympus Corp. v. United States, 98 F.3d 1314, 1316 (Fed. Cir. 1996).

II. Multiple Disputes Of Fact Exist As To Whether Orders For Requirements Were Improperly Diverted From United Medical

United Medical's basic argument regarding liability for diverted purchases runs as follows:

(1) This was a requirements contract. Pl. Br. 8-9. We agree. Def. PFF 3, 9-10.

(2) The subject "requirements" included those items that were available from suppliers that had signed DAPAs with DSCP ("DAPA holders"), with whom United Medical had negotiated distribution agreements. Pl. Br. 10-11. We agree, Def. PFF 15-18 - however, throughout the contract term, there existed dozens of DAPA holders for whom United Medical was not authorized to distribute any items. Def. PFF 45-46, 49, 57, 60.

Accordingly, there is, at minimum, a genuine dispute of fact with respect to United Medical's claim that it "was an authorized distributor for essentially all DAPA items." Pl. Br. 13

(emphasis added). Indeed, the vague wording of the latter allegation confirms that United Medical was not authorized to distribute all DAPA items and gives rise to a dispute of fact as to exactly which DAPA items were required to be purchased from United Medical, and which were not.

To the extent United Medical could not distribute DAPA items, there was no "diversion" when military hospitals purchased those items elsewhere. Furthermore, as discussed further below, even when United Medical had entered into the necessary distribution agreements, it often cancelled orders or failed to deliver DAPA items in a timely manner. When that happened, the contract allowed customers to buy the items elsewhere. Lacking information in the record as to which, if any, particular DAPA items were purchased from third parties while United Medical was authorized and able to distribute those particular items, the Court cannot determine liability or damages via summary judgment.

(3) Finally, United Medical argues that there is circumstantial evidence of diverted purchases, in that (i) United Medical's sales under the contract were less than the estimates provided in the solicitation and (ii) there is evidence of concern upon DSCP's part that hospitals were buying supplies with credit cards, rather than through the prime vendor program. Pl. Br. 14-16. We note first that, even assuming the cited

evidence could support an inference that some diversion took place, absent evidence of the magnitude of diversion, damages are wholly unproven and speculative.

In any event, the evidence cited by United Medical leaves genuine disputes of fact as to whether any diversion occurred. To begin, United Medical's reliance upon the estimates provided in the solicitation as a measure of the customers' requirements for DAPA items is fundamentally misplaced. The estimates did not represent guaranteed DAPA requirements and were never presented that way.

From the issuance of the solicitation, the estimate was consistently described as the current requirements for the general "type" of medical and surgical items covered by DAPAs. Def. PFF 10. The prime vendor had the burden, and was offered the opportunity, to approach that volume of sales by, among other things, securing distribution agreements with as many DAPA holders as possible (including possibly becoming a DAPA holder itself) and providing excellent service requiring a minimum of merchandise returns. United Medical distinctly failed in those areas. Def. PFF 36-74.

To the extent United Medical could have formed a misimpression as to the nature of the estimate, amendment 0014 to the solicitation, issued in March 1996, should have corrected

plaintiff's error. That amendment unambiguously described the components of the volume estimate as "potential" sales:

> The potential dollar value for the stockless portion of this contract in the base year is $23,500,000.00. The remaining $4,857,750.00 is the potential dollar value for the base year for facilities using the JITO/EDO portion of the contract only. For Option years 1-4, the potential dollar value for the stockless portion is $47,000,000.00 and the remaining $9,715,500.00 is the potential dollar value for facilities using the JITO/EDO portion of the contract only.

Def. App. 8 (emphasis added). In fact, the Government's volume estimates included not only DAPA items, but customers' purchases of all surgical/medical items, regardless of whether they were currently covered by a DAPA. Def. PFF 14; Def. App. 261.

Before this litigation, United Medical never questioned the meaning of the Government's estimate of requirements. To the contrary, United Medical demonstrated it knew it had to apply effort to achieve the potential sales volume. Like all prime vendors under the program, United Medical was expected to work with customers to find suitable DAPA-covered substitutes for non-DAPA items. Def. PFF 16-18. United Medical confirmed early on that it understood this. In an April 1997 letter to the ordering hospitals, plaintiff advised them, "Keep in mind, at this point in time the goal is to establish accurate Prime Vendor usage data. Items you would like to acquire on the prime vendor

program that are not a part of your current usage data will be requested from you at a later time." Def. App. 26-27.

Accordingly, United Medical had no legal expectation of making sales equal to the solicitation estimate. (We demonstrate below that United Medical's stealthy insertion of a provision in its response to the solicitation, allegedly allowing "renegotiation" of its distribution fee if purchases were lower than 90 percent of the estimate, does not change the analysis.) Equally important, as a matter of fact, the estimate cannot be used here, as plaintiff wishes to use it, to quantify the alleged "diverted" purchases, simply by subtracting United Medical's actual sales from the estimated requirements. See Pl. Br. 13-14; Def. App. 280-81 (Pl. Resp. Def. Interrog. 8).

Another reason it is inappropriate to measure United Medical's allegedly "lost sales" against the solicitation estimate is that to do so ignores the role that United Medical's persistent and severe delivery, billing, and record keeping problems undoubtedly played in costing United Medical sales. The record, as set forth in our proposed findings of fact and supported by our appendix, demonstrates that United Medical failed to meet minimum requirements to meet the existing DAPA needs of the ordering hospitals.

Among other things, plaintiff failed to keep "usage data" items in stock, as required. It "killed" many orders it should have filled. (United Medical's asserted "fill" rates do not reflect "killed" orders and, therefore, do not accurately measure the extent of its failures to perform. Def. PFF 54.) It precipitously closed a warehouse near El Paso. And it continually shipped late and shipped orders that had been cancelled, resulting in excessive returns. Def. PFF 36-74. At minimum, these facts mean that United Medical's assertion that diverted purchases were the sole or primary cause of its losses is unproven and cannot be resolved by summary judgment.

United Medical's presumption that all credit card purchases were "diverted" is similarly unfounded. Under the contract, customers were required to purchase only DAPA items from United Medical. If a particular item was not available under a DAPA, a customer could buy it outside the contract. See Def. PFF 15-16. With compelling justification, customers could also choose a particular DAPA holder, when an item was available from more than one DAPA supplier. Def. PFF 16-18. As noted above, United Medical failed to form distribution agreements with dozens of DAPA holders. Def. PFF 45-46, 49, 57, 60.

Customers had no obligation to change brands or suppliers to enhance United Medical's profits; and customers were allowed to

buy outside the contract when United Medical could not timely deliver the ordered items. Notwithstanding this, customers expressed disappointment that United Medical never became a DAPA holder and irritation that plaintiff's computer problems, described in our factual statement, required customers to buy outside the contract. E.g., Def. App. 195 ("In August 00, United Medical denied 59 different JIT lines during the month. Material Branch was forced to purchase all 59 lines with an IMPAC credit card.") (emphasis added).

For these reasons, evidence of credit card orders outside the prime vendor contract is not, in itself, evidence of liability for diversion. And, even if an inference of liability could be drawn, damages related to credit card purchases cannot be accurately quantified upon this record.

Indeed, disputes of fact preclude summary judgment upon any aspect of United Medical's diversion claim. In view of the multiplicity of unresolved factual questions, described above, relating to liability, there is certainly no basis to adopt United Medical's proposed quantification of its breach damages. See Pl. Br. 23-26. In any event, the lost profits calculation by plaintiff's expert, Mr. Imel, lacks foundation because it wrongly uses the solicitation estimate as the baseline for expected sales. See Def. App. 280 (Pl. Resp. Def. Interrog. 8).

III. Multiple Disputes Of Fact Exist As To Whether United Medical Has Been Paid For The Items It Delivered

Nor can judgment be entered upon United Medical's allegations of unpaid invoices. Pl. Br. 17-18. United Medical expressly bases its claim for $180,156.90 upon "the books and records of United Medical . . . ." Pl. Br. 18. Those books and records are unreliable and controverted. As described in our proposed findings, there is evidence that, at minimum, the claim is overstated. Indeed, far from revealing an absence of material disputes of fact, the evidence of record raises the possibility there are no overdue invoices at all.

Errors by United Medical that resulted in nonpayment or late payment for ordered items include, but are not limited to, (i) delivering orders in more than one shipment, contrary to express contract requirements; (ii) omitting packing slips; (iii) shipping items after cancellation; (iv) errors in electronic billing; (v) late delivery, resulting in returns; and (vi) nondelivery. Def. PFF 61-74. The extent to which these errors explain the alleged $180,156.90 shortfall simply cannot be determined on this record.

Both during contract performance and in recent months, the Government has invested significant time in attempting to determine whether it is responsible for unpaid invoices. United

Medical, surprisingly, has been less than cooperative: It has, for example, failed to provide full order numbers for approximately 250 invoices allegedly outstanding. Def. PFF 74.

Although United Medical blames many or most of the unpaid invoices upon a mid-1999 computer problem within DSCP, Pl. Br. 17-18, the alleged nonpayments predate that problem. Furthermore, whereas the computer problem caused invoices to be lost altogether, United Medical complains mainly of "short pays" – invoices that were paid in part. Def. PFF 61-63. Had the invoices been lost by DSCP's computer, there would have been no payments at all. In sum, the nonpayment claim is fundamentally in dispute and more discovery will be required to resolve it.

## IV. The Court Should Enter Partial Summary Judgment Rejecting Two Of United Medical's Damages Theories

### A. United Medical Is Not Entitled To Recover Simply Because It Failed To Make Sales Equal To 90 Percent Of The Solicitation Estimate

The Court should summarily reject United Medical's alternative argument for recovery, pursuant to a clause United Medical unilaterally typed into its response to the solicitation, stating that the prime vendor's distribution fee is "SUBJECT TO RENEGOTIATION IF VOLUME DOES NOT REACH 90% OF THE STATED CONTRACT AWARD." Pl. Br. 22. There are at least three reasons to deny recovery as a matter of law.

First, the typed provision should not be considered part of the contract as awarded. Because United Medical never brought the inserted language to the attention of the contracting officer, there was no meeting of the minds. See Def. PFF 21. Second, assuming the contract should be read to contain the typed "subject to renegotiation" clause, inclusion of that clause creates a fundamental and patent ambiguity as to whether a requirements contract or an indefinite quantity contract is contemplated. See Travel Centre v. Barram, 236 F.3d 1316, 1318-19 (Fed. Cir. 2001); Dalton v. Cessna Aircraft Co., 98 F.3d 1298, 1305-06 (Fed. Cir. 1996).

Indeed, the prime vendor contract also contains the standard clause for requirements contracts stating that, if purchases do not reach the estimate, the contractor will not receive a price adjustment. Def. PFF 9. That clause is flatly incompatible with the language typed in by plaintiff. United Medical's reading of the contract should not prevail because plaintiff failed to request clarification of the ambiguity it had itself created. Grumman Data Sys. Corp. v. Dalton, 88 F.3d 990, 998 (Fed. Cir. 1996); cf. PCL Constr. Servs., Inc. v. United States, 41 Fed. Cl. 242 (1998) (holding that contractor waived protest of provision that was apparent upon the face of the solicitation).

Finally, assuming the clause typed in by United Medical is to be given effect, United Medical never requested "renegotiation" or submitted a "renegotiation" claim under this clause during contract performance, despite knowing it was not selling DAPA items at a rate of 90 percent of the estimate. Def. PFF 21. United Medical failed to preserve a claim for a renegotiated price.

B. United Medical Is Not Entitled To Recover Goodwill

The Court should also enter partial summary judgment rejecting United Medical's claim for $10 million for lost "goodwill." Pl. Br. 26. The claimed amount is not an actual or out-of-pocket cost incurred by plaintiff but, instead, represents a speculative lost profits calculation.

Remote and consequential damages generally are not recoverable in suits for breach of contract. Northern Helex Co. v. United States, 524 F.2d 707, 720 (Ct. Cl. 1975). This is especially true in suits against the United States. Wells Fargo Bank, NA v. United States, 88 F.3d 1012, 1020 (Fed. Cir 1996). To recover, a plaintiff must establish that the Government's breach was the sole cause of its loss. San Carlos Irrig. & Drainage Dist. v. United States, 111 F.3d 1557, 1563 (Fed. Cir. 1997). The damages must not result from an intervening event. Quiman, S.A. v. United States, 39 Fed. Cl. 171, 183 (1997).

This Court has encountered claims involving goodwill most often in the savings and loan litigation. Thrifts have alleged that the statutory removal of supervisory goodwill from their regulatory capital caused them to incur costs, including legal and consulting fees, increased capital costs, and increased insurance rates. E.g., Southern Cal. Fed. Savings & Loan Ass'n v. United States, 57 Fed. Cl. 598, 628-30 (2003). This case is much different. United Medical seeks to recover directly, under the heading of "goodwill," an amount representing future and collateral profits that it alleges would have been realized, under other contracts, had its reputation not been damaged by bankruptcy. Its quantification of "goodwill" is no more than a reduction of predicted earnings to present value. Pl. Br. 26.

Even assuming United Medical could prove the Government is solely responsible for its bankruptcy – which is certainly not established on this record – lost profits from other, unrelated contracts are unrecoverable as a matter of law. "[P]rofits lost from the corporation's over-all business activities, because of its shortage of capital allegedly resulting from the Government's failure to pay the contract amounts when due, may not be recovered . . . ." Ramsey v. United States, 121 Ct. Cl. 426, 101 F. Supp. 353, 357 (1951); accord Olin Jones Sand Co. v. United States, 225 Ct. Cl. 741, 743-44 (1980) (denying lost profits

because "[e]ven if the Government had not delayed contract payments, there is no assurance plaintiffs would have received any additional contracts or work").

United Medical's "goodwill" claim differs fundamentally from the lost profits claim in Energy Capital Corp. v. United States, 302 F.3d 1314 (Fed. Cir. 2002). In that case, it was determined that "Energy Capital's anticipated profits flowed directly from the [breached] agreement and not from 'other independent and collateral undertakings.'" Id. at 1328 (emphasis added) (quoting Wells Fargo, 88 F.3d at 1022). United Medical's asserted "goodwill" damages, by contrast, allegedly would have come, not directly from this contract, but from future business. As in Wells Fargo and other cases cited above, the chain of causation is too speculative and attenuated to permit recovery.

V. Summary

United Medical's motion shows that its complaint raises triable breach claims – but it establishes nothing more. There are far too many unknown and disputed facts concerning United Medical's performance and billing practices to permit findings of liability for diversion or nonpayment or, assuming liability, fair estimates of damages. Whether and, if so, to what extent the Government breached the contract and damaged United Medical must be determined upon a more fully developed record. It would

be appropriate for the Court to narrow the issues prior to full discovery, however, by granting the Government's cross-motion regarding United Medical's "renegotiation" claim and its request for "goodwill" damages.

CONCLUSION

For the reasons above, we respectfully request the Court to deny United Medical's motion for summary judgment in all respects and to grant the Government's cross-motion for partial summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

OF COUNSEL:
KATHLEEN HALLAM
Chief Trial Attorney
Defense Supply Center
Philadelphia

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

December 19, 2003

CERTIFICATE OF FILING

I hereby certify that on December 19, 2003, the foregoing brief was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick

# DEFENDANT'S SUPPLEMENTAL APPENDIX

| TAB | DESCRIPTION | DATE |
|---|---|---|
| 34. | Affidavit of Linda Flatley | 11/26/03 |
| 35. | Amendment 0014 | 3/26/96 |
| 36. | Government letter seeking estimates | 5/25/95 |
| 37. | Customer responses providing estimates | various |
| 38. | Award document – stockless option | |
| 39. | UMS' letter forwarding commitment form | 4/30/97 |
| 40. | Amendments 00016, 00017, 0018 | various |
| 41. | Government e-mail concerning performance | 6/11/97 |
| 42. | Government letter to UMS concerning performance problems | 6/27/97 |
| 43. | Government e-mail concerning performance | 7/17/97 |
| 44. | Government e-mail concerning performance | 9/17/97 |
| 45. | Government letter to UMS concerning performance problems | 9/19/97 |
| 46. | Government letter to UMS concerning split shipments | 10/21/97 |
| 47. | Government trip report | 12/3/97 |
| 48. | Fill rates | 12/97 |
| 49. | UMS' letter concerning lack of DAPA holder agreements | 12/5/97 |
| 50. | Government letter concerning contract requirements for DAPA holder agreements | 10/30/ 97 |
| 51. | Fill rates | 1/98 |
| 52. | Government letter reporting deficiencies | 2/24/98 |

| | | |
|---|---|---|
| 53. | Government letter seeking further information | 3/31/98 |
| 54. | Fill rates | 2-4/98 |
| 55. | UMS' letter concerning lack of DAPA holder agreements | 4/21/98 |
| 56. | Fill rates | 5/98 |
| 57. | Fill rates | 6-12/98 |
| 58. | Customer e-mail concerning UMS' performance | 1/19/99 |
| 59. | Government memo concerning performance | 2/11/99 |
| 60. | Fill rates | 2-3/99 |
| 61. | Government e-mail addressing attached customer complaint | 4/8/99 |
| 62. | Customer response to above | 4/26/99 |
| 63. | Customer complaint | 4/16/99 |
| 64. | Customer complaint | 4/27/99 |
| 65. | Fill rates | 4/5/99 |
| 66. | Fill rates | 6/99 |
| 67. | Customer complaint | 6/11/99 |
| 68. | Fill rates | 7-12/99 |
| 69. | UMS email concerning DAPA Holder Agreements | 12/6/99 |
| 70. | Fill rates | 1-3/00 |
| 71. | Customer complaint | 1/6/00 |
| 72. | Customer complaint | 3/22/00 |
| 73. | Modification P00020 | 3/23/00 |
| 74. | Customer complaint | 4/5/00 |

| | | |
|---|---|---|
| 75. | Fills rates | 4-6/00 |
| 76. | Government e-mail to UMS concerning El Paso warehouse closing | 7/25/00 |
| 77. | Government e-mail concerning alleged nonpayments | 7/26/00 |
| 78. | Government e-mail to UMS concerning impact of warehouse closure | 8/11/00 |
| 79. | Government e-mail to UMS concerning customer complaint | 8/14/00 |
| 80. | Customer complaint concerning impact of of warehouse closure | 8/15/00 |
| 81. | Customer complaint concerning impact of of warehouse closure | 8/29/00 |
| 82. | Customer complaint concerning impact of of warehouse closure | 10/25/00 |
| 83. | Government e-mail concerning impact of of warehouse closure | 10/31/00 |
| 84. | Government email concerning lack of support to Ft. Huachuca | 11/1/00 |
| 85. | Government e-mail concerning lack of support to Kirtland | 11/7/00 |
| 86. | Customer complaint | 11/12/00 |
| 87. | Customer complaint | 11/13/00 |
| 88. | Affidavit of Donna Galligan | 11/25/03 |
| 89. | E-mail concerning alleged diversions | 11/26/03 |

# AFFIDAVIT OF LINDA FLATLEY

I, LINDA FLATLEY, having been duly sworn, deposes and says as follows:

1. That I, LINDA FLATLEY am over 21 years of age, of sound mind, capable of making this Affidavit, and personally acquitted with the facts herein stated.

2. That the Defense Logistics Agency is a component of the Department of Defense.

3. That the Defense Supply Center, Philadelphia, ["DSCP"] formerly known as the Defense Personnel Support Center[1] is a field activity of DLA and is located in Philadelphia Pennsylvania. DSCP is composed of four commodity organizations generally responsible for acquiring, storing and distributing a wide variety of items to the military services, to some foreign governments, and to other federal, state and local entities.

4. That I have been employed at DSCP since 1977.

5. That I am currently the Chief, Medical Surgical Prime Vendor Section and have, most recently, held this position since April 2002.

6. That I was one of the contracting officers for SP0200-97-D-7133 from June 1, 1997 through April 30, 2001.

7. That I was involved in the negotiation of this contract and am familiar with the underlying solicitation and the negotiations that led to the award, for the period beginning September 1994 when I joined this acquisition team.

8. That on August 11, 1993, the Defense Personnel Support Center issued Solicitation DLA120-93-R-0587 to establish a prime vendor contract to service the participating medical facilities located in the Lone Star Region.

9. That at the time of the solicitation, DPSC anticipated the establishment of twenty-two regions in the United States.

10. That the Lone Star Region was one of the first regions to be established under the prime vendor program.

11. That United Medical Supply (UMS) submitted an offer on or about September 14, 1993, but was not the awardee. Instead, the contract was awarded to Owens&Minor on December 2, 1994.

12. That a GAO protest resulted from the award.

13. That to resolve the protest, DPSC decided not to invoke the option under Owens&Minor's contract, but to continue negotiations with all firms, and award a new contract at the expiration of the base year.

14. That during the second negotiation period DPSC made a number of changes to its prime vendor program.

15. That in order to standardize the program throughout all the regions, bilateral Amendment 0008 was issued on December 4, 1995 incorporating the changes that had been made to the program.

16. One of the significant changes made by Amendment 0008 was the inclusion of the stockless option.

17. That under DPSC's stockless option, the prime would work with the individual customers to develop both a standard list of items that the hospital

---

1 In January 1998, DPSC changed its name to Defense Supply Center Philadelphia.

uses on a reoccurring basis and a per item usage quantity. To the extent that any of those items were not available through a DAPA or IDTC, the prime was required to assist the customer in finding DAPA substitutes. The vendor would then maintain the stock level of the listed items, reordering materiel after receiving customer approval.

18. That the estimated annual requirements listed in the solicitation were based upon figures provided by the participating medical facilities.

19. That the estimated dollar value for each hospital was obtained through the designed point of contacts for Army, Navy, and Air Force. The estimate did not reflect the dollars spent for only DAPA items. Rather it reflected the dollars spent for all medical/surgical items, regardless of whether those exact items were covered by a DAPA.

20. That under the contract, the customers were required to order all DAPA items that they used from the prime. However, the customers did not have to purchase all their medical/surgical requirements from DAPAs. For example, if a customer used brand A bandages and only brands B –Z were available on DAPAs, the customer was not required to change brands. In that case, the customer was permitted to purchase brand A bandages outside of the contract.

21. That under the contract, the customer decided what DAPA it wanted its order placed under.

22. That some customers might have preferences for one DAPA holder

over another based upon such factors as socio-economic goals or price. In cases where a customer had a legitimate reason for choosing one DAPA holder over another, the customer did not have to order under the contract if UMS did not have an agreement with the preferred DAPA holder.

23. The prime was allowed to and was encouraged to work with the customer to find acceptable DAPA alternatives to their non-DAPA selections.

24. That United Medical Supply submitted a revised offer in response to Amendment 8.

25. That United Medical Supply's offer included the solicitation and a business and technical proposal.

26. That unbeknownst to my team and me, United Medical added a provision to its returned copy of the solicitation.

27. That the provision stated that the proposed distribution fees were subject to negotiation if the volume does not reach 90% of the stated contract award. The same provision appears in Amendment 0012.

28. That had this provision been noticed, I would have found it unacceptable.

29. That United Medical never directly brought the provision to my attention, either verbally or in writing.

30. That the provision was never made part the on-going negotiations.

31. That the resultant contract was never modified to include the provision.

32. That at no time did UMS ever attempt to renegotiate its distribution fee.

Linda Flatley

LINDA FLATLEY
Contracting Officer

Subscribed and Sworn to before me this 26th day of November 2003.

Virginia J. Nunes

NOTARY PUBLIC

Notarial Seal
Virginia J. Nunes, Notary Public
Philadelphia, Philadelphia County
My Commission Expires Mar. 16, 2004
Member, Pennsylvania Association of Notaries

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1 | 5

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0014 | 3. EFFECTIVE DATE 26 MAR 96 | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY CODE SP0200 | | 7. ADMINISTERED BY (If other than Item 6) CODE SP0200 | |

DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

United Medical Supply Co., Inc.
5117 Northeast Parkway
Fort Worth, Tx 76106

(✓) X 9A. AMENDMENT OF SOLICITATION NO. DLA120-93-R-0587

9B. DATED (SEE ITEM 11) 11 AUGUST 1993

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 01 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return _______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MED/SURG PRIME VENDOR - LONE STAR REGION

Subject solicitation is hereby amended as follows:

The closing date is hereby extended to 3:00 PM, local time, 11 April 1996. All responses must be received by the above cited time and date and are subject to the late submission, modifications, and withdrawal of proposals or quotation provision of the solicitation.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) J... W. Smith, Jr. Executive Vice President | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED 11 Apr. '96 | 16B. UNITED STATES OF AMERICA BY ______ (Signature of Contracting Officer) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE



STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Delete SECTION B on page 5 of Amendment 0012 in its entirety and replace with the following:

SECTION B

SCHEDULE OF SUPPLIES

Based on a 12 month reporting period, the ordering facilities that will be listed in Attachment III spent an estimated $56,715,500 per year for those types of medical/surgical products covered by the proposed contract. Based on this figure, the following is the Government's best estimate of yearly sales that these ordering facilities will experience over the five year period.

| | Yearly Estimate | Approximate Yearly Maximum |
|---|---|---|
| First Year | $28,357,750.00 | $ 70,894,375.00 |
| ion Year 1 | $56,715,500.00 | $141,788,750.00 |
| Option Year 2 | $56,715,500.00 | $141,788,750.00 |
| Option Year 3 | $56,715,500.00 | $141,788,750.00 |
| Option Year 4 | $56,715,500.00 | $141,788,750.00 |

No guarantee is given that the above volume will be purchased. It should be noted that during the first year of the contract each facility will begin to reduce its existing inventory of medical/surgical products. Orders will be placed with the Prime Vendor as existing inventories are reduced to lower levels. This may affect the volume of ordering during the base ordering period.

Your proposed distribution fee should be based on the Yearly Estimate. If the Approximate Yearly Maximum is exceeded in any given year, the contract will be completed for that year but subsequent years will be resolicited.

Delete pages 7 and 8 of Amendment 0012 in their entirety and replace with the following:

A portion of each year's estimate is for the JITO/EDO portion of the contract and a portion is for the Stockless portion of the contract.

The potential dollar value for the stockless portion of this contract in the base year is $23,500,000.00. The remaining $4,857,750.00 is the potential dollar value for the base year for facilities using the JITO/EDO portion of the contract only. For Option years 1-4, the potential dollar value for the stockless portion is $47,000,000.00 and the remaining $9,715,500.00 is the potential dollar value for facilities using the JITO/EDO portion of the contract only.

The following is the Government's best estimate of what percentages of these figures will be stockless and how the distribution fee will be calculated. (For this example the proposed distribution fee is 10%):

**STOCKLESS**

| | ANNUAL ESTIMATE | | ASSIGNED WEIGHT | | PROPOSED DISTRIBUTION FEE | | TOTAL STOCKLESS DIST FEE |
|---|---|---|---|---|---|---|---|
| Base Year | $23,500,000 | X | 2% | X | 10% | = | $ 47,000.00 |
| Option Yr 1 | $47,000,000 | X | 12% | X | 10% | = | $ 564,000.00 |
| Option Yr 2 | $47,000,000 | X | 31% | X | 10% | = | $1,457,000.00 |
| Option Yr 3 | $47,000,000 | X | 49% | X | 10% | = | $2,303,000.00 |
| Option Yr 4 | $47,000,000 | X | 59% | X | 10% | = | $2,773,000.00 |

Total Evaluated Proposed Stockless Distribution Fee: $7,144,000.00

The following is an example of how the distribution fee will be calculated for the JITO/EDO portion of the contract. (For this example the proposed JITO/EDO distribution fee is 5%):

JITO/EDO

| | ANNUAL ESTIMATE | | ASSIGNED WEIGHT | | PROPOSED DISTRIBUTION FEE | | TOTAL JITO/EDO DIST FEE |
|---|---|---|---|---|---|---|---|
| Base Year | $23,500,000 | X | 98% | X | 5% | = | $1,151,500.00 |
| | $ 4,857,750 | X | 100% | X | 5% | = | $ 242,887.50 |
| Option Yr 1 | $47,000,000 | X | 88% | X | 5% | = | $2,068,000.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |
| Option Yr 2 | $47,000,000 | X | 69% | X | 5% | = | $1,621,500.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |
| Option Yr 3 | $47,000,000 | X | 51% | X | 5% | = | $1,198,500.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |
| Option Yr 4 | $47,000,000 | X | 41% | X | 5% | = | $ 963,500.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |

Total Evaluated Proposed JITO/EDO Distribution Fee: $9,188,987.50

The Total Evaluated Proposed Stockless Distribution Fee and the Total Evaluated Proposed JITO/EDO Distribution Fee will be added together to come up with the TOTAL PROPOSED DISTRIBUTION FEE which from the above example would be $16,332,987.50.

On page 9 of Amendment 0012 under "B. Prime Vendor's Daily Duties:" delete number 5 and replace with the following: 5) Deliver and restock material to the stock sites by 3:00 P.M.; local time of the stock site, on the following day of order authorization.

Add to page 13 of Amendment 0012 the following: The dollar value listed for each of these facilities includes potential JITO/EDO sales and Stockless sales. These facilities can place JITO/EDO orders or stockless orders. Facilities not listed on this page but listed on pages 40 through 47 will be placing only JITO/EDO orders.

On page 44 of Amendment 0012 delete the US PUBLIC HEALTH SERVICE (USPHS) as an ordering/receiving point.

Add the following ordering/receiving point:

Fort Huachuca, AZ
DEA# AR5071814

ORDERING POINT
Raymond Bliss Army Hosp
Materials Mgt, Bldg 45022
Fort Huachuca, AZ 85613

RECEIVING POINT
Raymond Bliss Army Hosp
Materials Mgt, Bldg 45022
Fort Huachuca, AZ 85613

AMENDMENT OF SOLICITATION DLA120-93-R-0587 PAGE 5 OF 5
AMENDMENT 0014
LONE STAR REGION

The following is hereby incorporated into subject solicitation:

**AWARD DATE/EFFECTIVE DATE**

**Award Date:**

The award date for this solicitation will be the date of signature by the Contracting Officer in block 20C on the cover award page. This date will not be used to determine the start date for the base year.

**Effective Date:**

The effective date is the date the contract becomes effective, as shown in block 3 on the cover award page. The base year begins on the effective date. In Clause 52.216-18 (M), 'Electronic Ordering Under "Prime Vendor, "' paragraph (a), second sentence delete "date of award" and substitute "the effective date." so that the sentence now reads "S--h orders may be issued from "the effective date" through 1 year t- eafter."

**Please Note:** Since this and the preceding award for this region are requirements contracts, they cannot be effective at the same time. Accordingly, no delivery orders under the new contract may be processed by the Prime Vendor prior to the effective date of the new contract.

If the Prime Vendor holding the present contract receives the follow-on award, the change to the new distribution fee will take place on the effective date of the follow-on contract.

If a new Prime Vendor (to the region) receives this award, the period between the award date and the effective date of the contract will be used by the Government and the new Prime Vendor as a "ramp-up" period. In the interest of minimizing the amount of time that the ordering facilities have to spend without a Prime Vendor, during this period the Government will take all actions required to assist the awardee in taking over the Prime Vendor responsibilities for the region on the effective date of the contract. The new Prime Vendor shall use the period between the award and effective dates of the new contract to comply with all of the requirements of the Statement of Work (e.g., submission of implementation plan, training, preparation for availability of usage data items, etc.) to ensure successful implementation of the new contract by the effective date. The new Prime Vendor may also receive (but not process) electronic delivery orders f- the ordering facilities for the purpose of testing the EOE/EDI -em prior to the effective date of the new contract.

We expect there to be approximately 120 days between the award date and effective date of the new contract.

Nancy

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY REFER TO DPSC-MSABC

25 May 1995

SUBJECT: Resolicitation of Medical/Surgical Prime Vendor Regions

Lieutenant Anthony Capano
Naval Medical Logistics Command
Fort Detrick
Frederick, MD 21702-5015

Dear Lt. Capano:

Due to the revision of the Medical/Surgical Prime Vendor Statement of Work, it is our intention at this time to resolicit for the following regions:

- National Capitol
- Philadelphia
- Lone Star

In order for each solicitation to have accurate dollar estimates, I am asking for your assistance in providing us with your best projected sales for each of the attached facilities. If there are any additions or deletions, please annotate them. A response is requested by 31 May 1995.

Your attention in this matter is greatly appreciated. If you should have any questions, please contact me at (215) 737-8395.

Sincerely,

Marie L. Boggs

MARIE L. BOGGS
Contract Specialist

Federal Printed on Recycled Paper

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY REFER TO DPSC-MSABC

25 May 1995

SUBJECT: Resolicitation of Medical/Surgical Prime Vendor Regions

Captain Theresa Woods
Air Force Medical Logistics Office
AFMLO/FOCC
1423 Sultan Street
Fort Detrick, MD 21702-5006

Dear Captain Woods:

Due to the revision of the Medical/Surgical Prime Vendor Statement of Work, it is our intention at this time to resolicit for the following regions:

- National Capitol
- Philadelphia
- Lone Star

In order for each solicitation to have accurate dollar estimates, I am asking for your assistance in providing us with your best projected sales for each of the attached facilities. If there are any additions or deletions, please annotate them. A response is requested by 31 May 1995.

Your attention in this matter is greatly appreciated. If you should have any questions, please contact me at (215) 737-8395.

Sincerely,

Marie L. Boggs

MARIE L. BOGGS
Contract Specialist

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY REFER TO DPSC-MSABC

25 May 1995

SUBJECT: Resolicitation of Medical/Surgical Prime Vendor Regions

LtC. Rick Upton
USA Medical Command
2050 Worth Road
Fort Sam Houston, TX 78234-6000

Dear LtC Upton:

Due to the revision of the Medical/Surgical Prime Vendor Statement of Work, it is our intention at this time to resolicit for the following regions:

- National Capitol
- Philadelphia
- Lone Star

In order for each solicitation to have accurate dollar estimates, I am asking for your assistance in providing us with your best projected sales for each of the attached facilities. If there are any additions or deletions, please annotate them. A response is requested by 31 May 1995.

Your attention in this matter is greatly appreciated. If you should have any questions, please contact me at (215) 737-8395.

Sincerely,

MARIE L. BOGGS
Contract Specialist



Federal Recycling Program Printed on Recycled Paper

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | | RECEIVING POINTS |
|---|---|---|
| | U.S. AIR FORCE CLINIC<br>BROOKS AFB<br>DEA REG NO. RB0117083 | |
| 648 LS/LGM<br>8006 Chennault Road<br>Suite 1, Building 1150<br>Brooks AFB, TX 78235 | 74.5K | 648 LS/LGM<br>8006 Chennault Road<br>Suite 1, Building 1150<br>Brooks AFB, TX 78235 |
| | U.S. AIR FORCE CLINIC<br>KELLY AFB<br>DEA REG NO. BU3128596 | |
| 651st Medical Squadron/SGL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB TX 78241-5846 | 350K | 651st Medical Squadron/SGL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB TX 78241-5846 |
| | U.S. AIR FORCE CLINIC<br>RANDOLPH AFB<br>DEA REG NO. AR6241501 | |
| 12th Medical Squadron/SGL<br>221 3rd Street West<br>Building 1040<br>Randolph AFB, TX 78148-4801 | 110K | 12th Medical Squadron/SGL<br>221 3rd Street West<br>Building 1040<br>Randolph AFB, TX 78148-4801 |
| | U.S. AIR FORCE HOSPITAL<br>LAUGHLIN AFB<br>DEA REG NO. AU6749153 | |
| FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 | 420K | FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 |
| | FORT SILL<br>REYNOLDS ARMY HOSPITAL<br>DEA REG NO. AU5233882 | |
| Medical Supply Warehouse<br>Building 4300<br>Fort Sill, OK 73503-6300 | | Medical Supply Warehouse<br>Building 4300<br>Fort Sill, OK 73503-6300 |

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | | RECEIVING POINTS |
|---|---|---|
| | **U. S. AIR FORCE CLINIC GOODFELLOW AFB DEA REG NO. AU6006995** | |
| 17th Medical Squadron/SGL<br>271 Fort Richardson Ave<br>Building 1001<br>Goodfellow AFB, TX 76908-4902 | $41,000 | 17th Medical Squadron/SGL<br>271 Fort Richardson Ave<br>Building 1001<br>Goodfellow AFB, TX 76908-4902 |
| | **U. S. AIR FORCE HOSPITAL HOLLOMAN AFB DEA REG NO. AC4868165** | |
| 49th Medical Group/MGL<br>280 First Street<br>Building 12-14<br>Holloman AFB, NM 88330-8273 | $400,100 | 49th Medical Group/MGL<br>280 First Street<br>Building 12-14<br>Holloman AFB, NM 88330-8273 |
| | **U.S. AIR FORCE HOSPITAL KIRTLAND AFB DEA REG NO. AU6389224** | |
| not using DPSC contract<br>377th Medical Group/SGL<br>Building 47<br>VA Medical Center<br>Albuquerque, NM 87108 | | 377th Medical Group/SGL<br>M Street, Building 20412<br>Kirtland AFB<br>Albuquerque, NM 87117-5300 |
| | **U.S. AIR FORCE HOSPITAL CANNON AFB DEA REG NO. AU6683397** | |
| FM4855<br>27th Medical Group/MGAL<br>208 West Casablanca<br>Cannon AFB, NM 88103 | 500K | FM4855<br>27th Medical Group/MGAL<br>208 West Casablanca<br>Cannon AFB, NM 88103 |

(End)

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | | RECEIVING POINTS |
|---|---|---|
| **U.S. AIR FORCE HOSPITAL SHEPPARD AFB DEA REG NO. (APPLICATION SUBMITTED)** | | |
| 82nd Medical Group/SGAL<br>149 Hart Street, Suite 7, Bldg 1200<br>Sheppard AFB, TX 76311-3484 | 2.5m | 82nd MG/SGAL<br>149 Hart St., Suite 7, Bldg 1200<br>Sheppard AFB, TX 76311-3484 |
| **U. S. AIR FORCE HOSPITAL ALTUS AFB DEA REG N AU5589847** | | |
| 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 | 3m | 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 |
| **U.S. AIR FORCE HOSPITAL TINKER AFB DEA REG NO. AM5948041** | | |
| 654th Medical Group/SGL<br>5700 Arnold Street<br>Tinker AFB, OK 73145-8102 | 420K | 654th Medical Group/SGL<br>5700 Arnold Street<br>Tinker AFB, OK 73145-8102 |
| **U.S. AIR FORCE HOSPITAL REESE AFB DEA REG NO. BM0465799** | | |
| 64th Medical Squadron<br>250 13th Street<br>Reese AFB, TX 79489-5008 | 60K | 64th Medical Squadron<br>250 13th Street<br>Reese AFB, TX 79489-5008 |
| **U. S. AIR FORCE HOSPITAL DYESS AFB DEA REG NO. AU5209540** | | |
| 96th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 | 1,491,876 | 96th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 |

DEFENSE LOGISTICS AGENCY

MEMO FOR Ricard / Nancy 6/16/95

On 6/16/95 I received a call from Mike Davis regarding Lone Star. The figures changed as follows:

Brooke AMC $17/M

Beaumont AMC $14/M

Marie

DLA FORM 104 OCT 74 REPLACES DLAH FORM 104 WHICH MAY BE USED UNTIL EXHAUSTED

☆U.S. G.P.O. 1982-522-054/9082

Changed Set B 6/19/95 N.M.

Per Conversation with Mike David 6-13-95 at DPSC these figures are correct.
J. Martin

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | RECEIVING POINTS |
| --- | --- |

FORT SAM HOUSTON
BROOKE ARMY MEDICAL CENTER $/18M
DEA REG NO. AB6296063

| | |
| --- | --- |
| Brooke Army Medical Center | Brooke Army Medical Center |
| Material Branch, Logistics Div. | Material Branch, Logistics Div |
| Building 2640 | Building 2640 |
| Fort Sam Houston, TX 78234 | Fort Sam Houston, TX 78234 |

FORT HOOD
DARNALL ARMY COMMUNITY HOSPITAL $4.0 (6/95)
DEA REG NO. BD2247636

| | |
| --- | --- |
| Darnall Army Community Hospital | Darnall Army Community Hospital |
| Medical Supply Officer | Medical Supply Officer |
| Warehouse 92066 | Warehouse 92066 |
| West Fort Hood, TX 76544-5063 | West Fort Hood, TX 76544-5063 |

FORT BLISS
WILLIAM BEAUMONT ARMY MEDICAL CENTER $/18M
DEA REG NO. AW5847681

| | |
| --- | --- |
| Material Branch | Material Branch |
| William Beaumont Army Medical Center | William Beaumont Army Medical Ctr |
| Building 11156, Biggs Field | Building 11156, Biggs Field |
| El Paso, TX 79918 | El Paso, TX 79918 |

NAVAL HOSPITAL
CORPUS CHRISTI
DEA REG NO. BN0235590

| | |
| --- | --- |
| Commanding Officer | Commanding Officer |
| Materials Management Dept | Materials Management Dept |
| NAVHOSP Building H-100 | NAVHOSP Building H-100 |
| 10651 E Street | 10651 E Street |
| Corpus Christi, TX 78419-5131 | Corpus Christi, TX 78419-5131 |

US PUBLIC HEALTH SERVICE (USPHS)

| | |
| --- | --- |
| USPHS/Indian Health Service | USPHS/Indian Health Service |
| Regional Supply Service Center | Regional Supply Service Center |
| 1005 N. Country Club Road | 1005 N. Country Club Road |
| Ada, OK 74820 | Ada, OK 74820 |



Per Marie for those facilities that have not submitted new dollar figures use those from last procurement. PHS - 2.0M Naval Hosp 1.0M 6/95

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | RECEIVING POINTS |
|---|---|
| **U.S. AIR FORCE CLINIC BROOKS AFB DEA REG NO. RB0117083** | |
| 648 LS/LGM<br>8006 Chennault Road<br>Suite 1, Building 1150<br>Brooks AFB, TX 78235 | 648 LS/LGM<br>8006 Chennault Road<br>Suite 1, Building 1150<br>Brooks AFB, TX 78235 |
| **U.S. AIR FORCE CLINIC KELLY AFB DEA REG NO. BU3128596** | |
| 651st Medical Squadron/SGL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB TX 78241-5846 | 651st Medical Squadron/SGL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB TX 78241-5846 |
| **U.S. AIR FORCE CLINIC RANDOLPH AFB DEA REG NO. AR6241501** | |
| 12th Medical Squadron/SGL<br>221 3rd Street West<br>Building 1040<br>Randolph AFB, TX 78148-4801 | 12th Medical Squadron/SGL<br>221 3rd Street West<br>Building 1040<br>Randolph AFB, TX 78148-4801 |
| **U.S. AIR FORCE HOSPITAL LAUGHLIN AFB DEA REG NO. AU6749153** | |
| FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 | FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 |
| **FORT SILL REYNOLDS ARMY HOSPITAL DEA REG NO. AU5233882** | $4.0 M |
| Medical Supply Warehouse<br>Building 4300<br>Fort Sill, OK 73503-6300 | Medical Supply Warehouse<br>Building 4300<br>Fort Sill, OK 73503-6300 |

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | RECEIVING POINTS |
|---|---|
| **U.S. AIR FORCE HOSPITAL<br>SHEPPARD AFB<br>DEA REG NO.(APPLICATION SUBMITTED)** | |
| Building 1919<br>380 TSS/TSCL<br>939 Missile Road, Suite 2<br>Sheppard AFB, TX 76311-2260 | Building 1919<br>380 TSS/TSCL<br>939 Missile Road, Suite 2<br>Sheppard AFB, TX 76311-2260 |
| **U. S. AIR FORCE HOSPITAL<br>ALTUS AFB<br>DEA REG NO. AU5589847** | |
| 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 | 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 |
| **U.S. AIR FORCE HOSPITAL<br>TINKER AFB<br>DEA REG NO. AM5948041** | |
| 654th Medical Group/SGL<br>5700 Arnold Street<br>Tinker AFB, OK 73145-8102 | 654th Medical Group/SGL<br>5700 Arnold Street<br>Tinker AFB, OK 73145-8102 |
| **U.S. AIR FORCE HOSPITAL<br>REESE AFB<br>DEA REG NO. BM0465799** | |
| 64th Medical Squadron<br>250 13th Street<br>Reese AFB, TX 79489-5008 | 64th Medical Squadron<br>250 13th Street<br>Reese AFB, TX 79489-5008 |
| **U. S. AIR FORCE HOSPITAL<br>DYESS AFB<br>DEA REG NO. AU5209540** | |
| 96th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 | 96th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 |

DEFENSE LOGISTICS AGENCY

6/19/95

MEMO FOR Record / Nancy

Per phonecon with Chief Wilbur it is requested the following be added to Lone Star:

Branch Medical Clinic
8100 Jefferson Avenue
Naval Air Station
Dallas, TX 75211

Est: $16,600 Per Year

ordering/delivery site

Marie

DLA FORM 104 OCT 74 REPLACES DLAH FORM 104 WHICH MAY BE USED UNTIL EXHAUSTED ☆U.S. G.P.O. 1982-522-054/9082

Changed Att I
6/19/95



NJM

MEDICAL/SURGICAL PRIME VENDOR
LONE STAR REGION

11/6/95

| | |
|---|---|
| **ARMY** | |
| Fort Sam Houston | $21,000,000 |
| Fort Hood | $ 4,000,000 |
| Fort Bliss | $18,000,000 |
| Fort Sill | $ 4,000,000 |
| **NAVY** | |
| Corpus Christi | $ 300,000 |
| **AIR FORCE** | |
| Brooks AFB | $ 74,500 |
| Kelly AFB | $ 350,000 |
| Randolph AFB | $ 110,000 |
| Laughlin AFB | $ 420,000 |
| Sheppard AFB | $ 2,500,000 |
| Altus AFB | $ 2,000,000 |
| Tinker AFB | $ 420,000 |
| Reese AFB | $ 60,000 |
| Dyess AFB | $ 1,490,000 |
| Goodfellow AFB | $ 41,000 |
| Holloman AFB | $ 400,000 |
| Cannon AFB | $ 500,000 |
| US Public Health Service | $ 2,000,000 |
| **TOTAL** | $57,665,500 |

Maggie/Mike/Linda/Roger/Nora/Bruce:

For your info. The following is an addition to the Lone Star Region. This will be the ordering/delivery point:

W80KVY
147TH MEDLOG BATTALION
MEDICAL SUPPLY SUPPORT ACTIVITY
BUILDING 4217
FORT SAM HOUSTON, TX 78234

Estimated Value: $693,274.00 (included in Fort Sam Houston's Value: $21,000,000).

Any questions, please call me on x8395.

MARIE

Roger, Here it is! Marie

No services opn. Thanks!

MEDCOM
MCLO-S, Attn: Mike David
2050 Worth Road
Fort Sam Houston, TX
78234-6000

3 copies

**AWARD/CONTRACT** 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ▶ DO-C9 | RATING | PAGE 1 OF 02

| | | |
|---|---|---|
| 2. CONTRACT (*Proc. Inst. Ident.*) NO. SP0200-97-D-7134 | 3. EFFECTIVE DATE 1 JUNE 1997 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. N/A |

5. ISSUED BY CODE SP0200

.FENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
DPSC-MSAA (N. MARTIN/215-737-8422)

6. ADMINISTERED BY (*If other than Item 5*) CODE SP0200

SAME AS BLOCK 6

7. NAME AND ADDRESS OF CONTRACTOR (*No., street, city, county, State and ZIP Code*)

UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 FACILITY CODE

8. DELIVERY

☐ FOB ORIGIN ☒ OTHER (*See below*)

9. DISCOUNT FOR PROMPT PAYMENT

N/A

10. SUBMIT INVOICES (*4 copies unless otherwise specified*) TO THE ADDRESS SHOWN IN: ▶ ITEM 12

11. SHIP TO/MARK FOR CODE

AS CITED IN INDIVIDUAL DELIVERY ORDERS

12. PAYMENT WILL BE MADE BY CODE SC0200

DFAS-COLUMBUS CENTER ATTN: DFAS-CO-SEM
P.O. BOX 182317
COLUMBUS, OH 43218-6248

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA

97X4930 5CM0 S33150

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | MEDICAL/SURGICAL PRIME VENDOR FOR THE LONE STAR REGION. THE CONTRACT NUMBER IN BLOCK 2 WILL BE USED FOR THE STOCKLESS PORTION OF THE CONTRACT. NO JITO/EDO SALES WILL BE CAPTURED UNDER THIS CONTRACT. | THE ESTIMATED DOLLAR VALUES CITED BELOW INCLUDE ALL POTENTIAL JITO/EDO AND STOCKLESS SALES PLUS THE APPLICABLE DISTRIBUTION FEES<br><br>ESTIMATED DOLLAR VALUE FOR THE BASE YEAR: | | | $30,177,346.0 |

15G. ESTIMATED TOTAL AMOUNT OF CONTRACT ▶ $ 272,268,214.0

**16. TABLE OF CONTENTS**


| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | G | CONTRACT ADMINISTRATION DATA | | | M | EVALUATION FACTORS FOR AWARD | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | | | |


***CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE***

17. ☐ CONTRACTOR'S NEGOTIATED AGREEMENT (*Contractor is required to sign this document and return ______ copies to issuing office.*) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (*Attachments are listed herein.*)

18. ☒ AWARD (*Contractor is not required to sign this document.*) Your offer on Solicitation Number DLA120-93-R-0587* including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

*SEE PAGE 2

19A. NAME AND TITLE OF SIGNER (*Type or print*)

20A. NAME OF CONTRACTING OFFICER

L. FLATLEY

19B. NAME OF CONTRACTOR

BY ______________________
(*Signature of person authorized to sign*)

19C. DATE SIGNED

20B. UNITED STATES OF AMERICA

BY L. Flatley
(*Signature of Contracting Officer*)

20C. DATE SIGNED 1/30/97

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE



STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA

CONTRACT NUMBER: SP0200-97-D-7134
NAME OF CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

| ITEM NO | SUPPLIES/SERVICES | DISTRIBUTION FEE STOCKLESS |
|---|---|---|
| 0001 | BASE YEAR | 7.4% |
| 0002 | OPTION YEAR 1 | 7.4% |
| 0003 | OPTION YEAR 2 | 7.4% |
| 0004 | OPTION YEAR 3 | 7.4% |
| 0005 | OPTION YEAR 4 | 7.4% |

CONTRACT PERIOD:

The contract term is for a one (1) year period commencing on the date cited in block 3 on page 1 of this document.

This contract contains option provisions in accordance with Clause 52.217-9P10. This document does not exercise these options. You will be notified in writing, at the time the Government chooses to exercise any option.

THE CONTRACT NUMBER SP0200-97-D-7133 WILL BE ISSUED FOR THE JITO/EDO PORTION OF THE CONTRACT.

Inspection and Acceptance shall be in accordance with the terms and conditions contained in the Statement of Work (SOW).

Delivery terms shall be in accordance with the terms and conditions contained in the Statement of Work (SOW).

In accordance with Clause 52.216-18 (M), 'Electronic Ordering Under "Prime Vendor,"' Delivery Orders for any supplies to be furnished under this contract may be issued from the effective date of the contract through one (1) year thereafter.

Pursuant to Clause 52.216-21, "Requirements", the contractor shall not be required to make any deliveries under this contract after 10 days after the expiration of the contract.

The ordering facilities that will place orders on this contract are listed on page 13 of Amendment 0012. No sites will be added to the Stockless Option during the term of the contract (except those already identified).

* This award includes the following documents:

Amendments 0008 through 0019
Contractor Letters dated 12 Dec 96, 3 Jan 97, 16 Jan 97 & 21 Jan 97
BAFO Letter dated 24 Jan 97

Rec'd from Gloria Salgado - UMS at the Post Award Conference in Oklahoma City on 15 May 1997. This is a sample of the letter that was attached to each package sent to each facility to confirm the usage data that Anthony Amendolia supplied UMS with.

H. Martin

April 30, 1997

To: Mr. Melvin Hicks
Fort Huachuca
Raymond Bliss Army Medical Center

From: Gloria Salgado
Prime Vendor POC
United Medical Supply Co., Inc.

Re: Usage Data

Enclosed you will find your portions of the usage data provided to us by DPSC. This listing was acquired from Owens & Minor's computer system. Also enclosed is a copy of the *Lone Star - Initial Stock Commitment* form. Please review the usage data for the following points.

Are the items listed your current Prime Vendor usage items?

Have any of these items been deleted from stock or substituted?

If so, please note the deleted items by striking through them.

If an item has been replaced by a substitution, is the substitution and its usage listed?

If the substitution is not listed please fill out the commitment form for this item.

After review and approval of the Owens & Minor report, attach a copy of the commitment form and initial the appropriate location. Then return it to:

Mr. James Hagemier
Vice President, Director of Materials Management
United Medical Supply Co., Inc.
5117 Northeast Parkway
Fort Worth, Texas 76106

Your office will need to fill in the following areas on the *Lone Star - Initial Stock Commitment* form.

| | Information Required |
|---|---|
| Facility Name | Your Facility Name |
| Prep Date | Date Prepared |
| Vendor Name | Manufacturer (DAPA Holder) |
| Prep By | Name of Person Prepared By |
| MTF Rep | Initialed by Authorized Facility Rep |
| C/O Rep | Initialed by Contracting Officer's Rep |
| Dod Code | National Stock Number |
| Product Number | Manufacturer's Product Number or DAPA Holder's number if different |
| Color/Size | Product's color or size if required for I identification (Ex.: Vacutainer Tubes - Red, Lavender etc.) |
| Committed Usage | Your committed monthly usage |
| Unit of Measure | Unit of measure reflected by the usage figure |

Note only one copy of this form is provided. You may use it as a master, since a separate copy is required for each manufacturer.

Keep in mind, at this point in time the goal is to establish accurate Prime Vendor usage data. Items you would like to acquire on the prime vendor program that are not a part of your current usage data will be requested from you at a later time.

If you require any further explanation you may contact me at 800-494-9399. This information is required as soon as possible.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 3

2. AMENDMENT/MODIFICATION NO.: P00016

3. EFFECTIVE DATE: 6/2/97

4. REQUISITION/PURCHASE REQ. NO.: N/A

5. PROJECT NO. (If applicable)

6. ISSUED BY — CODE SP0200
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY (If other than Item 6) — CODE SP0200
SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
OWENS & MINOR, INC.
4800 COX ROAD
GLEN ALLEN, VA 23060-6929

CODE 9C381 | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: SP0200-95-D-7105

10B. DATED (SEE ITEM 13): 12/12/94

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority) MUTUAL AGREEMENT OF THE PARTIES and 10 USC 2304 (c)(2)/FAR 6.302-2

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 01 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The contract is hereby extended for the period of June 1, 1997 through August 31, 1997, subject to the changes on the attached pages.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): CATHY D DAVIS DIRECTOR CORPORATE ACCOUNTS

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): [signature] DPSC-MSA

15B. CONTRACTOR/OFFEROR: [signature]
(Signature of person authorized to sign)

15C. DATE SIGNED: 6/2/97

16B. UNITED STATES OF AMERICA BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED: 6/2/97

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Modification P00016
Contract: SP0200-95-D-7105
Medical/Surgical Prime Vendor
Lone Star Region



During the period of June 1, 1997 through August 31, 1997, Owens & Minor, Inc. shall provide product distribution services as a ``secondary'' or ``back-up'' Prime Vendor Contractor in the Lone Star Region. Therefore, Clause 52.216-21 Requirements (APR 1984) does not apply. Owens & Minor Inc. may accept and fill orders in accordance with the following:

1. The order must have first been placed with and ``killed'' (as such term is defined in contract SP0200-95-D-7105), by United Medical Supply, under their contract SP0200-97-D-7133.

2. The distribution fee for Owens & Minor, Inc. as the ``back-up Prime Vendor'' during this period is 8%.

3. All orders will be placed using the Owens & Minor, Inc. Omni Plus Electronic Order Entry (EOE) System currently installed at all ordering facilities. Owens & Minor, Inc. will accept facsimile orders from Ft Huachuca during this extended period. The facsimile number is 602-278-7883.

4. All deliveries for Just-In-Time Orders (JITOs) will be 48 hours in lieu of 24 hours.

5. Orders will be processed and shipped from Owens & Minor Inc.'s distribution centers that currently service the region (Dallas, Phoenix, Houston, Oklahoma). Orders received from Ft Huachuca will be processed and shipped from Owens & Minor Inc.'s distribution center in Phoenix, AZ.

6. DPSC shall require Owens & Minor, Inc. (OMI) to redirect material identified for use on the OMNI Sales Report of April 30, 1997 (per division), and not ordered by the Lone Star DoD facilities during the period of June 1, 1997 through August 31, 1997. The sales Report of April 30, 1997 has been identified as Exhibit ``A'' to this modification and will be provided under separate cover. Such product will be redirected to the other Prime Vendor geographic regions managed by OMI in accordance with interdivisional transfer policies for the purpose of selling said supplies to other DoD ordering facilities outside the Lone Star region by December 31, 1997. Actual freight and expenses of redirecting such product will be the responsibility of the DPSC. For any material not sold to the other OMI managed regions by the date specified, DPSC will reimburse OMI 15 days after receipt of final invoice for no more than 90 days of the ordered material not sold to the DoD Lone Star facilities. To the extent that redirected DoD stock is not removed from OMI facilities 15 days after receipt of final invoice, DPSC agrees to inventory holding costs of up to but not exceeding 25% to be decided at the to be decided at the division level based upon excess DoD redirected stock, or any other solution that mitigates cost to the Government or costs and potential loss to the Prime Vendor Contractor. Each respective division will provide monthly invoices until all existing redirected stock is depleted. Such invoices shall be submitted to DPSC ATTN: Nancy Martin, Contract Specialist.

7. All ``fill-rate'' calculations and performance parameters (except delivery time as specified in paragraph 4 above) are waived during the extension period.

8. All other terms and conditions of contract SP0200-95-D-7105 remain unchanged.

1. CONTRACT ID CODE | PAGE 1 OF 1 PAGES

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

2. AMENDMENT/MODIFICATION NO. P00017
3. EFFECTIVE DATE 8/5/97
4. REQUISITION/PURCHASE REQ. NO. N/A
5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE SP0200
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY *(If other than Item 6)* CODE SP0200
SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*
OWENS & MINOR, INC.
4800 COX ROAD
GLEN ALLEN, VA 23060-6929

CODE 9C381 | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-95-D-7105

10B. DATED *(SEE ITEM 13)* 12/12/94

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Subject contract is hereby modified as follows:

1. Owens & Minor's Harlingen Distribution Center is hereby added to Amendment 0016, page 2, paragraph 5.
2. The DPSC administrative fee (1.3%) is hereby deleted from this contract. The "delivered" price shall consist of the product itself, as negotiated and published in a DPSC DAPA or IDTC, plus Owens & Minor's 8% distribution fee.
3. All other terms and conditions of contract SP0200-95-D-7105 remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
L. FLATLEY

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED 8/5/97

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES 1 | 2

2. AMENDMENT/MODIFICATION NO. P00018

3. EFFECTIVE DATE SEPT 1, 1997

4. REQUISITION/PURCHASE REQ. NO. N/A

5. PROJECT NO. (If applicable) N/A

6. ISSUED BY CODE SP0200

DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILA., PA 19145
POC: MARIE BOGGS (215) 737-8395

7. ADMINISTERED BY (If other than Item 6) CODE SP020

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, country, State and ZIP Code)

OWENS & MINOR, INC.
4800 COX ROAD
GLEN ALLEN, VA 23060

ATTN: JULIE GELLETLY

CODE 9C381 FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-95-D-7105

10B. DATED (SEE ITEM 13) 12/12/94

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
MUTUAL AGREEMENT OF THE PARTIES and 10 USC 2304 (c) (2) FAR 6.302-2

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

IN ACCORDANCE WITH MODIFICATIONS P00016 AND P00017, THIS CONTRACT IS HEREBY EXTENDED FOR THE PERIOD OF SEPTEMBER 1, 1997 THROUGH NOVEMBER 30, 1997, SUBJECT TO THE CHANGES ON PAGE (2) ATTACHED.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
CATHY DAVIS DIR. CORPORATE ACCOUNTS

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
M.I. SCHMITT

15B. CONTRACTOR/OFFEROR
Cathy D. Davis
(Signature of person authorized to sign)

15C. DATE SIGNED 8/29/97

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED 8/29/97

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA

**MODIFICATION: P00018** **PAGE 2 of 2**
**CONTRACT: SP0200-95-D-7105**
**MEDICAL SURGICAL PRIME VENDOR**
**LONE STAR REGION**

During ther period of September 1, 1997 through November 30, 1997, Owens & Minor, Inc., shall provide product distribution services as a "secondary" or "back-up" Prime Vendor contractor to Brooke Army Medical Center (Fort Sam Houston), Reynolds Army Community Hospital (Fort Sill), and Cannon Air Force Base located in the Lone Star Region.

1. Modification P00016, Paragraph 3, delete reference to Fort Huachuca.

2. Paragraph 6, first sentence, Delete the period of June 1, 1997 through August 31, 1997 and replace with September 1, 1997 through November 30, 1997.

3. All other terms and conditions of contract SP0200-95-D-7105 remain unchanged.

**Martin, Nancy**

**From:** Martin, Nancy
**Sent:** Wednesday, June 11, 1997 8:05AM
**To:** Flatley, Linda
**Subject:** FW: United Medical Supply Co Success Rate

Linda,

Should EDS be this involved with our customers or is this the function of the case manager and contract administrator? We at DPSC are aware of these issues and are working with UMS to fix.

Nancy

----------
**From:** Jennings, James
**Sent:** Tuesday, June 10, 1997 9:11AM
**To:** Flatley, Linda; Martin, Nancy
**Subject:** FW: United Medical Supply Co Success Rate

----------
**From:** Kristina Fites[SMTP:kfites@skyserv4.med.osd.mil]
**Sent:** Monday, June 09, 1997 5:58PM
**To:** pagnew@ha.osd.mil; steve_hasting@ftdetrck-ccmail.army.mil; jjennings@dpsc.dla.mil
**Cc:** bglagovi@skyserv4.med.osd.mil; kfites@skyserv4.med.osd.mil; mgrzebie@skyserv4.med.osd.mil; dfarver@logdg03.med.osd.mil
**Subject:** United Medical Supply Co Success Rate

Hello,

I called all of the sites today in the Lone Star region. None were having problems with pharmacy ordering to Bergen now. Many were having problems ordering with United. Below is what I found out. I broke it down into 1) Sites that Had No Acknowledgments from United and Had Received No Supplies (most of orders sent from last week); 2) Sites that Had No Acknowledgments from United but Received Supplies in 24 hours (low fill rates); 3) Sites that Had Received Acknowledgments from United. The call numbers of the orders and in some cases the dates the orders were sent is in the parenthesis.

1) Sites that Had No Acknowledgments from United and Had Received No Supplies (most of orders from last week)

Corpus Christi (faxed to United 18 orders this morning since unsuccessful last week)
Cannon AB (call numbers R002 (sent 6/5) and R003 (sent 6/9))
Brooks AB (call numbers T002 (item cancelled) and T003 (sent 6/9))
Goodfellow AB (call number N002 (sent 6/4); told two of eight items would be filled)
Ft Huachuca (call numbers PA01, PA02, PA03, PA04, PA06)
Ft Bliss (UA02-UA06, has ticket open)
Holloman AB (Q001, Q003, Q004, Q005, has ticket open)
--
2) Sites that Had No Acknowledgments from United but Received Supplies in 24 hours (low fill rates)

Kelly AB (B001, one of six items received, sent order 6/5)
Tinker AB (K004, sent 6/5, has ticket open)
Ft. Sam Houston (GA01-GA05 sent 6/4, GA06-GA09 sent 6/5, GA10-GA11 sent 6/6)
Randolph AB (C002 sent 6/5, three out of seven items filled)
Ft. Sill (AA03-AA12 sent 6/4-6/9)
--
3) Sites that Had Received Acknowledgments from United

Ft. Hood (CA04-CA09, bad fill rate)
Tinker AB (K006) Price was wrong on reports ($4.92 was printed as $0.91 for

example)
Sheppard (H002 (four of eleven items received) and H003 (two of eight items received); three hour turn around from orders sent to acknowledgments received); Price was wrong on reports ($24.01 was printed $2.01 for example)

Vance is sending an order today. The POC at Altus had left for the day. The POC at Dyess was out for the day. I was unable to reach anybody at Laughlin.

I am going to open a helpdesk ticket for each site and keep it running until United provides acknowledgments in 2 hours and the site receives the product in 24 hours.

Not all sites are using BPA agreements or Owens and Minor as backups and therefore are running short of supplies.

Kristi

--

*************************************************************************
Kristi Fites Internet : kristina.fites@med.osd.mil
EDS-D/SIDDOMS Phone : 703-845-3518
5113 Leesburg Pike,
Skyline 4 Suite 800
Falls Church, Virginia 22041
*************************************************************************

Mr. Bill Bandy, President & CEO
United Medical Supply, Inc.
5117 Northeast Parkway
Ft. Worth, TX 76106

June 27, 1997

Bill:

It has been two weeks since our meeting in your Fort Worth facility. As you know, I have had various case managers monitoring the results of our discussion on June 13, 1997.

Although your company has made continued significant progress in the areas of not shipping broken lots, better delivery scheduling and reduction in the number of items requiring research some other areas have not been significantly improved since my visit. I am providing you a list of areas that are of great concern to both DPSC and its Lone Star customers.

a. You progress towards making the EDI 810 transaction conversion remain a concern. I understand that you have acquired a van service but the testing has not been completed as of this date. Please indicate, in writing, what your expected "test" completion date is.

b. In a related matter, DPSC is continuing to hold our customers receipt verifications that authorize invoice payment. Because you have decided not to submit your invoices yet, this creates the following problem: If the invoice amount needs to be increased for whatever reason, the customer's obligated requisition can't be opened at a later date to accommodate invoice differences, especially those that might be in your favor. Rather than see this situation happen, DPSC is requesting a review of BAMC's invoices for orders GA01 through GA40. The purpose of this review will be to match all correct invoices and those invoices that don't match because of paid "shortfalls". Our chance to review and correct this problem prior to your formal submission will result in the correction, if necessary, of any invoices. Please submit these invoices by "overnight" express mail for receipt at DPSC, Attn: Florence Gunn, by close of business Tuesday, July 1, 1997.

c. Your company still has not accommodated my request to rent or lease "cool" refrigerated space for "IV Solutions". Again, this is a very serious concern especially to our customers. Our customers expect and are entitled to receive these solutions as Just-In-Time (JITO) orders whenever or wherever the requirement/order situation

dictates the need for such solutions, rather than any special arrangements such as "drop shipments". This issue still has not been resolved at San Antonio and El Paso, TX. Apparently, without this commitment from your company, our ordering sites and customers have experienced confirmations of solutions, but not necessarily receiving the exact or same quantity as was confirmed on the 855 transaction set. Now, this is significant obstacle that your company has failed to address. Please provide, in writing, your specific plans on the rental or leasing of "cool"/refrigerated rooms at these locations by close of business Tuesday July 1, 1997. Please also indicate an explanation in writing why the confirmation discrepancy exists or is different from the packing or receiving slips.

d. Order confirmation continues to remain the most serious of concerns. The latest problem, based on the first hand observation the last 10 days, is that the UMS number on the confirmation report is not always the same UMS number on the packing slips received by our customers. My case managers are at a loss to explain this problem. I would like to have your explanation, in writing, by close of business Tuesday, July 1, 1997.

e. "Fill" rate calculations still remain a concern. Although your company has made some progress in improving the "fill" rate percent to our customers, the "fill" rate, a gauge of contractor performance, is not consistent, and remains a variable, one month after contract start-up. In order to properly assess the current situation, please provide all facilities "fill" rate information on a "daily" basis from June 16, 1997 through June 27, 1997. It is only reviewing the region's entire individual "fill" rate can a proper assessment of your continued performance progress under this contract be made. This information is requested by close of business Tuesday, July 1, 1997.

f. Our discussion June 13, 1997 indicated a willingness on your company's willingness to submit a regional DAPA. You advised me that your company has been assigned a PIIN. You should be able to use the DPSC Electronic DAPA Application. Today, I have not seen the proposed regional DAPA for review. No one has advised me from your company of when that DAPA is forthcoming. Please indicate when you plan to submit this DAPA application.

g. Our discussion on June 13, 1997 also centered on the UMS developing a relational conversion table tying the UMS number assigned to the DAPA data base for ordering and tracking purposes to United Medical's internal product catalog. I believe this situation would be done immediately upon my departure. Now, two weeks later, I have not seen the "FTP" file to review the relationship between the UMS order number with the UMS internal catalog. This relationship needs to be established immediately with the following conditions: Regardless of what % this relational conversion table is completed, DPSC would like to review the conversion table to make sure its being designed and developed properly. I believe many of the problems you are currently experiencing in the order confirmation are systems related due to the failure to implement this relational data base. Please FTP my office this conversion table no

later than July 8, 1997. Our purpose in reviewing such a conversion will be for accuracy, systems path direction and closing the loop throughout your system.

h. Your representative's visits to the facilities still remain a concern. It was reported last week that the sales representative for Ft. Sam Houston was not there at all during the visit by DPSC personnel for three days last week. Site visits of twice per week, during the period June 2, 1997 through August 31, 1997 are contractually required. Apparently, these visits are not being made. Please address this issue, in writing, to my attention by close of business Tuesday, July 1, 1997.

I appreciate your efforts to improve your performance under the contract. Yet, many of the problems should have been resolved prior to the actual start date of June 2, 1997. I believe these are legitimate concerns our customers need immediate response. Please don't hesitate to call me if you have any questions.

Michael I. Schmitt
Prime Vendor Program Manager
Directorate of Medical Materiel

## Martin, Nancy

**From:** Amendolia, Anthony
**Sent:** Thursday, July 17, 1997 3:22PM
**To:** Rees, Margaret; Schmitt, Michael; Wentzel, Greg; Martin, Nancy; Flatley, Linda; Gunn, Florence
**Subject:** Ft Bliss Info and Fill Rate Report

Ft Bliss (Oscar at William Beaumont) is having a tough time without a United warehouse in El Paso. Mr Bandy tells me that they are about to sign a lease on a warehouse this week and within a couple of weeks will be up and running.

I was scheduled to visit Ft Bliss on 22 July but Oscar will be on vacation and asked me to delay a couple of weeks. I will visit on the during the first week of August. That is probably a better time anyway because the warehouse should almost be ready for operation.

In the mean time Ft Bliss will continue to use the Lubbock TX warehouse and hope for the best.

Attached is a file showing the fill rate for the last 19 orders. I know that it is still too early for United to be held to their contractual fill rate but we do have to look at the statistics.

FTBLISS.XLS

Sheet1

***Ft Bliss***

Last 19 PV Orders

| Date | Lines Ordered | Complete Lines Rec'd | Partial Rec'd | Fill Rate |
|---|---|---|---|---|
| 6/20/97 | 7 | 3 | | 43% |
| 6/23/97 | 7 | 2 | | 29% |
| 6/23/97 | 15 | 9 | | 60% |
| 6/24/97 | 3 | 1 | | 33% |
| 6/24/97 | 19 | 9 | 3 | 55% |
| 6/26/97 | 3 | 1 | | 33% |
| 6/26/97 | 10 | 7 | | 70% |
| 7/1/97 | 2 | 1 | | 50% |
| 7/1/97 | 17 | 11 | | 65% |
| 7/2/97 | 13 | 6 | 2 | 54% |
| 7/3/97 | 12 | 3 | | 25% |
| 7/7/97 | 5 | 2 | | 40% |
| 7/8/97 | 6 | 2 | 1 | 42% |
| 7/9/97 | 1 | | 1 | 50% |
| 7/9/97 | 1 | | 1 | 50% |
| 7/10/97 | 7 | 5 | 1 | 79% |
| 7/11/97 | 13 | 6 | 3 | 58% |
| 7/14/97 | 3 | 3 | | 100% |
| 7/14/97 | 4 | 1 | | 25% |
| | | | | |
| Total | 148 | 72 | 12 | 53% |

**Martin, Nancy**

**From:** Martin, Nancy
**Sent:** Wednesday, September 17, 1997 9:36AM
**To:** 'sai-dan@swbell.net'
**Cc:** Amendolia, Anthony
**Subject:** Ft Huachuca and Ft Bliss

Gloria,

I spoke to you on 9-15-97 and advised you that two of our customers in the Lone Star Region are dissatisfied with the service that they are receiving from UMS. Ft Huachuca is very upset that they are not being visited on a regular basis. You were going to check with Joe Valesquez to see when someone would be able to get out to the site. Do you have an answer yet so that I can advise the site? Oscar Molinar at Ft Bliss calls on a regular basis to advise Anthony Amendolia that he is very dissatisfied with his fill rates and the fact that UMS cannot fill his orders. You said that you talked to Oscar and explained the situation. Apparently, he cannot live with this situation. When we talked on Monday, you indicated that they might be able to utilize EDOs or drop ship ordering to Ft Worth in the interim while the El Paso warehouse is continuing to be set up. Have you talked to Oscar since our conversation on Monday? Are these options still available to him? If you talked to him and he doesn't want to accept these alternatives for ordering, how are we going to accommodate him? Linda Flatley talked to Mr. Bandy yesterday, 9-16-97, about something to do with the Berry Amendment. In her discussion with Mr. Bandy, Linda was told that everything was going smoothly with the El Paso warehouse. Does Bill know that we have unhappy customers there? I advised Linda after her conversation with Bill of the problems.

I need you to get back to me ASAP with help on the above two issues. If you need to, feel free to pass this E-Mail to Mr. Bandy. If I don't hear back from you by 2:00 p.m. (my time) today, I'll have to give Mr. Bandy a call.

If for some reason you call and don't get me by phone, please feel free to E-Mail me or send me a fax at 215-737-2081 or 8144. Thanks

*Nancy Martin*

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY
REFER TO

DPSC-MSAA

September 19, 1997

Mr. Bill Bandy
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy:

This letter will summarize our discussion of September 17, 1997 in which you were advised of the following issues:

1. William Beaumont Army Medical Center is very dissatisfied with the service that they are receiving from United Medical Supply. They have said that they are not receiving their JITOs within 24 hours and are not receiving EDOs within 10 days. Their fill rates are poor and they feel they can't live like this much longer. They have also stated that they are not receiving order confirmations within the required time frames of the contract and are not receiving packing slips with every shipment.

2. Ft Huachuca is dissatisfied with the service they are receiving from United Medical Supply. They are not being visited on a regular basis from the account representative. When they call for assistance with order information or questions it takes too long from them to get a response. They are having pricing problems which they must correct in order to process their receipt documents. Lastly they have stated that JITOs are arriving several days after order placement not within the 24 hours as required by contract. This is the second time they have complained about these very same issues. A letter was given to Joe Valesquez and also forwarded to Gloria Salgado. The situation apparently has not been rectified.

3. DPSC and the customers have not yet received the monthly fill-rate reports. As a reminder, you are required to submit these reports no later than 10 business days after the last day of the month being reported.

4. United Medical is not updating the DAPA file and submitting the information to Tom Stevens. You are required by contract to update the information every time you change your catalog numbers or new DAPAs are issued. You have until four days after DPSC posts to the Bulletin Board to update the file with your order number and provide it to the Government. You are obligated to do a 100% cross-reference and submit it. Our latest report indicates that you are at a 64.1% match. The last submission from United Medical Supply was April 1997.

In addition to the above cited concerns, we discussed the region as a whole. Sales have increased each month which is a good sign that our customers are utilizing the contract. We discussed invoicing which you stated is going fine. You also indicated that in response to the concerns listed above that you would personally call Ft. Bliss and Ft. Huachuca about their issues. You confirmed that you are aware of the issues stated in paragraphs 3 and 4 and that you will submit the required data and reports. I also discussed with you the IPR that will be held in November. I advised you that we are surveying the region to get input for this meeting. You asked me if you could have copies of these survey responses and the answer is yes. I will forward these to you upon receipt. You advised me that you would like to send to DPSC a copy of the commitment reports that you have for each facility. If at all possible, please send a copy to both myself and Anthony Amendolia.

Two additional issues have arisen since we talked on Wednesday. The issues are as follows:

1. In accordance with the contract, UMS is required to submit quarterly status reports to the Contracting Officer detailing your accomplishments in the areas of Socioeconomic Considerations and Small and Small Disadvantaged Business Entrepreneurial Enhancement and Development (SEED) Program. The first quarter of this contract ended 31 August 1997. Please submit these reports directly to my attention by close of business, September 30, 1997. If this date cannot be met, please advise me as to when I can expect to receive them.

2. As of this date, 19 September 1997, DPSC has not received your order and fill data on a monthly asis. This report is due no later than the 20th of the month following the month for which data is oeing provided. (The requirement for submitting and the format for submitting this report can be found on pages 3 and 4 of amendment 0016.)

It is requested that you respond back to me addressing each issue and how it was resolved and/or when we may expect to see a resolution. A response to this letter is requested by close of business 30 September 1997.

If you have any additional questions, please feel free to give me a call at 215-737-8422. You may E-mail your response back to me to the following address: nmartin@dpsc.dla.mil or you may fax your response using facsimile numbers 215-737-8144 or 2081.

Nancy Martin
NANCY MARTIN
Contract Specialist

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

N REPLY
REFER TO DPSC-MSAA

October 21, 1997

Mr. William Bandy
President
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy,

This correspondence is in reference to your Med/Surg Prime Vendor contract, SP0200-97-D-7134, Lone Star Region.

DPSC's finance department has recently notified this office that your company has submitted invoices for multiple shipments against a single delivery order - implying that incremental shipments have taken place.

This letter is to remind you that partial or multiple shipments are not authorized under this contract. All delivery orders are to be processed on a fill or kill basis, one shipment per delivery order number. Under the EDO portion, all items appearing on one order must be delivered at the same time and within 10 calendar days of order placement. If all ordered/confirmed items are available in fewer than 10 calendar days, they may shipped in a single shipment at that time.

If you have any questions regarding this letter, please feel free to give me a call at 215-737-8422.

Nancy Martin

NANCY MARTIN
Contract Specialist

Federal Recycling Program Printed on Recycled Paper

DPSC-MRCM December 3, 1997

MEMORANDUM FOR DPSC-M/MR/MG/MS/MQ

SUBJECT: Trip Report - Lone Star

**Travelers**: Diana Stewart, Marketing/Customer Assistance
Anthony Amendolia, Med/Surg Case Manager
Nancy Martin, Med/Surg Products Group

**Itinerary**: On November 20, 1997, an In Process Review (IPR) was conducted at Brooke Army Medical Center (BAMC), Ft. Sam Houston in San Antonio, Texas concerning the Med/Surg prime vendor program. Gloria Salgado represented United Medical Supply along with distribution center personnel and the systems administrator, Linda Hardy.

**Discussion**: The Lone Star region is the largest geographic region and contains nineteen customers throughout four states. The IPR brought most of the customers together for a candid discussion about the progress of United Medical Supply, a small business Med/Surg prime vendor. UMS is 6 months into the base year of the contract with a distribution fee of 6.4% for the entire contract.

Order confirmations are a major issue in the region. All sites reported problems with their electronic confirmation causing confusion and increased manual processing. Most customers have abandoned it for phone or fax confirmations. Overall the report is returned timely, within the contractual two hours, but it is not accurate or complete. Some items are confirmed and not shipped, while others are canceled but appear in the next day's shipment. Another significant problem was the number of items found on the exception report. This report lists items and catalog numbers not electronically recognized by the PV's system from the customer's order. It also lists items the PVI does not recognize back from the PV. Another concern is when status is received on a canceled item. The only reason given seems to be "rejected - research". There should be other messages like "out of stock", "mfg backorder", etc. EDS has been contacted and offered assistance to help correct the problems. EDS will work with Linda Hardy, from UMS, to resolve. **(Action: DPSC-MS, EDS, UMS)**

JIT orders, for the most part, are received within 24 hours. Fill rates could be improved according to customer calculations but, in general, JIT orders are working well. Customer perception is that some kills could be avoided if UMS would buy just another

case or two more than submitted usage on high demand items to allow for some fluctuation.

Customers are not satisfied with EDOs. Some report excessive delays in receiving their order. UMS is having problems obtaining commercial agreements with certain DAPA holders. Liability insurance and minimum order requirements seem to be the main stumbling blocks. UMS will provide DPSC a list of the problem DAPA holders that are refusing to sign agreements. DPSC will assist by calling DAPA holders by priority of customer needs. **(Action: UMS, DPSC-MS)**

Major Uzomba, recently assigned to William Beaumont Army Medical Center at Ft. Bliss in El Paso, Texas, voiced her opinions of dissatisfaction with the service provided by UMS. Fill rates were unacceptable and recent progress was not substantial enough to support the hospital requirements. (UMS opened a new warehouse in El Paso in late August to service Ft. Bliss, Ft. Huachuca and Holloman AFB.) A separate written report was supplied to DPSC specifically addressing the following areas of concern:

- United takes longer than 30 days to bring items into stock after usage is provided.
- No fill rate reports have been received to date.
- Relationship with smaller DAPA holders are not being established in a timely manner.
- Prime vendor lack of stock.

These issues overlap into other action items but UMS and DPSC will address actions required and monitor progress. **(Action: UMS, DPSC-MS)**

Fill rate reports have not been provided since the contract start date. UMS stated they would provide fill rate reports for November data by December 20, 1997. Both the electronic filing requirement and the monthly reports to the customers are expected to be completed by 20 December. UMS was also requested to provide fill rate data from the start of the contract. **(Action: UMS)**

CPT Geesey from BAMC requested that new Materiel Branch Chiefs travel to DPSC for briefings about prime vendor and other new business initiatives. He felt he would have benefited from this type of training. This seems like an excellent way to begin a relationship with our customers especially since there are more new Chiefs without a logistics background.

UMS will send statements to the customers each month with call numbers and dollar values to summarize monthly sales. This is not a contract requirement but an extra report for the customers. UMS will also provide a "commitment report" to all customers on a monthly basis. This report contains all usage items requested along with the expected

annual demand and actual usage over the previous six months. This tool would be extremely helpful to the sites when determining if usage has been provided or to adjust usage levels for any significant change in future requirements. **(Action: UMS)**

Customers were advised that it should take no longer than 10 days for the distribution center to pick up any returns. If it is not picked up during that time, call the distribution center to make arrangements. (This was not a problem just general guidance from UMS.)

The UMS regional DAPA was a significant agenda topic. The customers wanted UMS to submit their top selling non DAPA items as quickly as possible. All agreed this would capture a large segment of sales currently not accounted for in prime vendor. CPT Geesey from BAMC and Debbie Thompson from Ft. Hood agreed to combine their respective hospital's top selling 100 to 300 non DAPA items and target them for UMS to submit to DPSC. This should cover most of the items needed by all of the customers and appeared to be the most efficient way to get the regional DAPA in process. **(Action: BAMC and Ft. Hood, UMS, DPSC-MS)**

Customers requested improvements to the packing slips. They currently do not know how many packing slips are with a multi-line order. For example, having "1 of 2" or "1 of 3" noted on the packing slip would inform the receiving personnel of the correct amount of slips to expect and to then process the receipt accurately to DPSC. **(Action: UMS)**

Credit for returned merchandise has not been an issue. However, there is no established policy between the customers and UMS. UMS was advised that whatever policy is mutually agreed upon with the customers, they will be required to send a monthly statement to the customers for any outstanding credit balance. Customers were advised to use their credits within 30 days. **(Action: UMS)**

The PV EOE system, which resides on the customers' hard drives, has not been updated since it was first installed in May 97. This has led to multiple problems because of outdated information. UMS is responsible for updating this information monthly. **(Action: UMS)**

After the IPR, LTC Stocker from the AMEDD school met with the UMS distribution manager to discuss the possibility of ordering packages of medical supplies used solely for training purposes at BAMC. These packages contain all DAPA items and would be distributed by UMS. This represents new business to the Med/Surg prime vendor program and may become a model for ordering supplies for training at other facilities. Previously, the AMEDD would have to calculate all of their requirements for the year and order the items separately and stock them in a warehouse. This consumed

considerable time, money and warehouse space for the AMEDD school. UMS has worked closely with LTC Stocker to develop a pre-approved list of DAPA items to support schools of 50 to 100 trainees. UMS will place all items in one box (called a push pack) which will have enough supplies for all 50 (or 100) trainees. The benefit to the prime vendor is that the entire year is scheduled and funded so that this is not an estimate. The prime vendor has advanced notice to acquire all material to meet delivery dates for a 100% sure sale. The AMEDD does not have to order and stock the items to have a continual supply. They will be delivered a few days before training is to begin with everything in one box. Funding is easier because costs are fairly consistent with the DAPA pricing. BAMC estimates about $1.5 million per year in sales from this new initiative. Although this idea is still in its infancy and some bugs are being worked out, push packs have been provided for seven AMEDD classes to date.

**Conclusion**: Customer feedback varied from totally satisfied and very impressed to a mediocre rating with room to improve. Priority issues are the confirmation reports, the fill rate reporting requirements and the regional DAPA. Ft. Bliss and Ft. Sill must see a significant improvement in service and continue to work together with UMS. Supplying the AMEDD training classes has potential for substantial success to UMS, BAMC and the prime vendor program.

Anthony Amendolia
Case Manager, Lone Star
Directorate of Medical Materiel

# Lone Star Region - Med/Surg
# December 97 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 40 | 32 | 7 | 1 | 81% |
| Vance AFB | 44 | 44 | 0 | 0 | 100% |
| Tinker AFB | 182 | 157 | 19 | 6 | 88% |
| Sheppard AFB | 53 | 49 | 3 | 1 | 93% |
| Dyes AFB | 23 | 22 | 1 | 0 | 96% |
| Altus AFB | 73 | 70 | 3 | 0 | 96% |
| Randolph AFB | 19 | 19 | 0 | 0 | 100% |
| Laughlin AFB | 4 | 4 | 0 | 0 | 100% |
| Cannon AFB | 85 | 79 | 6 | 0 | 93% |
| Holloman AFB | 79 | 67 | 11 | 1 | 85% |
| Kelly AFB | 5 | 4 | 1 | 0 | 80% |
| Brooks AFB | 1 | 1 | 0 | 0 | 100% |
| Naval Hospital CC | 10 | 10 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 598 | 540 | 37 | 21 | 92% |
| Reynolds - Ft. Sill | 264 | 246 | 13 | 5 | 94% |
| Ft. Huachuca | 30 | 30 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 622 | 561 | 55 | 6 | 91% |
| BAMC - Ft. Sam Houston | 934 | 856 | 48 | 30 | 93% |
| **Total** | 3066 | 2791 | 204 | 71 | 92% |

NOT LISTED:
AFMLO (FT WORTH)

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
# December 97 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | | | | | 0% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | 4 | 4 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | | | | | 0% |
| **Total** | 4 | 4 | 0 | 0 | 100% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region

December 5, 1997

To: Lone Star Region
Med /Surg Prime Vendor - Point of Contact

cc; DPSC Staff: A. Amendolia, N. Martin, D. Stewart

From: United Support Services
Daniel & Gloria Salgado
Phone No. 800-494-9399
Fax No. 817-294-1810

Re: IPR Action Items

During our November In-Process-Review meeting several action items were established. In response you will find the following attachments.

1. A list of non-responsive DAPA holders.
2. A list of established DAPA holders.
3. A list of DAPA holders who have merged with other companies.
4. United Medical Supply organizational chart.
5. Initial Stock Commitment Form - Used only when establishing a new account's first stock commitments.
6. Phase II Stock Commitment Form - Used to identify the second wave of primary stock items.
7. Commitment Modification Form - Used to adjust previously submitted stock commitments.
8. Return Goods Policy
9. Monthly Statements - Due to the electronic invoicing process this step is over ridden. Since the actual request was for a summary of actual dollars spent for the month, we are looking at providing it via another source.

No Response

| DAPA Holder | Vendor Code |
|---|---|
| Ace Surgical Supply Co. | 0038 |
| Acrymed, Inc. | 0036 |
| Acute Biomedical Supplies, Inc. | 0057 |
| Aesculap, Inc. | 0094 |
| Aldan Industries, Inc. | 0165 |
| American Apparel | 0227 |
| American Biomed, Inc. | 0226 |
| Ameritek USA Inc. | 0332 |
| Andermac, Inc. | 0382 |
| Anesthesia Medical Specialties, Inc. | 0391 |
| Applied Medical Resources Corp | 0414 |
| Arledge Electronics, Inc. | 0437 |
| Astral Limited | 0512 |
| Automated Medical Products Corp | 055 |
| Avecor Cariovascular, Inc. | 0563 |
| BCI International | 0680 |
| Benjamin Medical & Dental Supplies | 075 |
| Biomedix, Inc. | 0809 |
| Bosma Industries For The Blind, Inc. | 089 |
| Brasseler USA I, LP | 0969 |
| Breg, Inc. | 0975 |
| Broadline Medical Systems | 0999 |
| Buffalo Supply, Inc. | 1054 |
| CDX Corporation | 1284 |
| Cenna International Corp | 1287 |
| Chatswowrth Latex, Inc. | 1334 |
| Churchill Medical Systems | 1396 |
| Circon ACMI | |
| Corning Costar Corporation | 1667 |
| Critical Specialties Inc. | 1717 |
| Criticare | 1716 |
| Curwood Inc. | 1753 |
| Custom Healthcare Systems, Inc. | 1756 |
| Cutting Edge Technologies, Inc. | 1760 |
| D.C. Med Equip. & Supp. Inc. | 1771 |
| Delta Medical Supply Company | 1858 |
| Delta Medical Systems Inc. | 1859 |
| Derma-Safe, Inc. | 1902 |
| Di-Verse Medical Services | 1977 |

| | No Response |
|---|---|
| Dial Medical of Pennsylvania | 1943 |
| Diapers R-US, Inc. | 1945 |
| Dioptics Medical Products | 1973 |
| Dipro Diagnostic Products | 1971 |
| Distribution Services | 1976 |
| Distrrict Healthcare | 1979 |
| Dove Medical, Inc. | 2021 |
| Dymax Corporation | 2067 |
| Dynasplint Systems Inc. | 2074 |
| Ear-Clear, Inc. | 2105 |
| East-Tech, Inc. | 2107 |
| Eco-Med Pharmaceuticals, Inc | 2121 |
| Emergency Filtration Products | 2216 |
| Equip For Independence, Inc | 2268 |
| Expanding Medical Technology | 2331 |
| Express Medical Supply | 2329 |
| Finally Natural Care Corporatin | 2449 |
| Fipicon Inc. | 2450 |
| Fox Drug Co., Inc. | 2555 |
| Frederick Lee, Inc. | 2574 |
| Gentell, Inc. | 2574 |
| Globalmedical Supply Inter. | 2793 |
| Government Scientific Source, Inc. | 2857 |
| Health Care Information Corp | 3058 |
| Hill Rom Inc. | 3132 |
| Horizon Surgical, Inc. | |
| Hydrol Chemical Company Helathcare | 330 |
| I-Flow Corporation | 3321 |
| ICP Medical | 3329 |
| Integra Lifesciences Surgical Prod | 3377 |
| Integrated Healthcare Plus | 3378 |
| IVP Design & Development, Inc. | 3419 |
| Janel Surgical Instrument Co., Inc. | 3438 |
| Jerome Medical | 3557 |
| Kareco International, Inc. | 3558 |
| Kerma Medical Products, Inc. | 3614 |
| Kleen Test Prod | 3661 |
| KLM Laboratories, Inc. | 3672 |
| Konsyl Pharmaceuticals, Inc. | 3712 |
| Krasity's Medical And Surgical Supply | 373 |

No Response

| | |
|---|---|
| Laboratory Skin Care Inc. | 3766 |
| Lee & Kay Corp | 3893 |
| Lever Brothers Company | 3926 |
| Liebel-Flarsheim Company | 3936 |
| Life-Tech Inc. | 3956 |
| London International Group | 4009 |
| Mag Health Products | 4074 |
| Marco Ophthalmic | 4149 |
| Martell Medical Products, Inc. | 4188 |
| Medcare Custom Packaging, Inc. | 4288 |
| Medical Place, Inc. | 4325 |
| Medical Products | 4334 |
| Medical Supply System | 4328 |
| Medicore | 4345 |
| Metro Medical Equipment & Supply | 4405 |
| Metropolitan Medical, Inc. | 4431 |
| MG Scientific, Inc. | 4414 |
| Micromedics, Inc. | 4436 |
| Microtek Medical, Inc. | 4431 |
| Molded Products | 4528 |
| MTM Health Products Limited | |
| Mationa Industries For The Blind | 4689 |
| Mational Medical Care | 4692 |
| Needless Away Capitol Equipment | 4713 |
| NISH | 4689 |
| Northeast Packaging Corporation | 4764 |
| O-Two Systems Int'l. Inc. | |
| Oral Health USA, Inc. | 4827 |
| Orthopedic Systems, Inc. | 4846 |
| P.R.N. Medical Supply Inc. | 5233 |
| Pacific Criticare, Inc. | |
| Parker Medical Associates | 4928 |
| PDQ Precision Inc. | 4930 |
| Philadelphia Cervical Collar Co. | 5054 |
| Phoenix Medical Technology, Inc. | 5073 |
| Picker International, Inc. | 5094 |
| Precision Laboratory Plastics | 5793 |
| Purfybr Inc. | 5276 |
| Quality Biological, Inc. | 5288 |
| Richard Allen Medical | 5417 |

No Response

| | |
|---|---|
| Richard's Medical Equipment | 5419 |
| Romain Inc. | 5514 |
| Sepha Pharmaceuticals Ltd | 5789 |
| Service For Science & Industry | 5799 |
| Seven C's Inc. | 5793 |
| Shields Medical Marketing | 5818 |
| Sierra Laboratories, Inc. | 5834 |
| Skedco Inc. | 5863 |
| Smith Orthopedics | 5936 |
| SOQ Enviromental Technology | 5942 |
| Southeast Medical Inc. | 5948 |
| Span America Medical Systems Inc. | 5964 |
| Specialty Surgical Instrumentation | 5960 |
| Spring Rock Supply, LLC | 5969 |
| Sunshine Products, Inc. | 6136 |
| Supremus Medical, Inc. | 6159 |
| Surgical Instrument Co. of America | 6169 |
| Tagg Industries | 6210 |
| The Female Health Company | 6298 |
| Trinity Technologies | 6432 |
| Uniforms Manufactruing Inc | 6489 |
| Universal Home Health & Ind Supplies | 6522 |
| Urology & Surgery Specialties, Inc | 6599 |
| US Technologies | 6553 |
| V-Tech, Inc. | 6605 |
| Valmed Company | 6602 |
| Visitec Company | 6691 |
| W.L. Gore & Associates | 6713 |
| Water-Jel Technologes Inc | 6755 |
| Waterstone Medical, Inc. | 6752 |
| Westmed, Inc | 6815 |
| Willson Safety Products | 6867 |
| World Class Technologies, Inc. | 6931 |
| Xodus Medical, Inc. | 6943 |
| Yorketown Optical Company | 6968 |

| DAPA Holder | Established Vendor No. |
|---|---|
| Abbott Critical Care Systems | |
| Abbott Laboratories | |
| Acme of Precision Surgical Co., In. | |
| Adroit Meical System, Inc. | |
| Advance Medical Design | |
| Aircast, Inc. | |
| Aladan Corporation | 5359 |
| Alcon Laboratories, Inc. | |
| Allegiance Healthcare Corp. | |
| American Sterilizer Company | 6062 |
| American Threshold Incustries, Inc. | |
| Ansell Perry, Inc. | |
| Argon Medical | |
| Arrow International, Inc. | |
| Augustine Medical, Inc. | |
| B. Braun Medical | |
| Ballard Medical Products | |
| Baxter Healthcare Corporation | |
| Becton Dickinson | |
| Becton Dickinson & Company | |
| Becton Dickinson Vascualr Access | |
| Beiersdorf Inc. - Jobst | |
| Berersdorf - Futuro | |
| Biosearch Medical Product | |
| Birchwood Laboratories, Inc. | |
| Bird & Cronin, Inc. | |
| Boehringer Laboratories, Inc. | |
| Bristol Myers Squibb Convatec Div | 1642 |
| Busse Hospital Disposables | |
| C.R. Bard, Inc. | |
| Cabot Safety Corporation | |
| Carapace, Inc. | |
| Care Tech Laboratories, Inc. | |
| Carolon Company | |
| Carrington Laboratories, Inc. | |
| Chematics Inc | |
| Chesebrough-Ponds USA Co. | |
| Clinipad Corp | |
| Coloplast | |

Established

Columbia Medical
Conco Medical Co.
Conmed Corporation
Consolidated Products and Service
Cook Inc.
Corpak Inc
CurtinMatheson Scientific Inc 2464
Dermacare
Deroyal Inducsties, Inc
Devon Industries
DHD Diemolding Healthcare Division
Diatek, Inc
Cittmar Inc
Dow Hickam Pharmaceuticals, Inc
Ecolab, Inc.
Ethicon, Inc.
Ethox Corporation
Exergen Corporation
Fisher Schientific
Fla Orthopedics Inc.
Genetic Laboratories
Graphic Controls Corporation
Hardwood Products Co
Hollister, Inc
Hosposable Products
Incline Technologies, Inc.
Intermed, Inc.
International Medication Systems, Ltd.
Isolyser Co., Inc.
Isolyser Healthcare
Ivac Corporation
Jack Frost Labs
Jobst
Johnson & Johnson Medical, Inc.
Kendall Healthcare
Kimberly Clark Corporation
King Systems Corporation
Kings Systems Corporation
M.D. Industries
Mallinkrodt Medical TPI, Inc.

| | Established |
|---|---|
| Marquette Electronics | |
| Maxxim Medical | |
| McGaw Labs | |
| MDT Corporatin | |
| Medex, Inc. | |
| Medical Concepts Development | |
| Medical Disposables | |
| Medipoint Inc. | |
| Medline Industries, Inc. | |
| Megatech Medical | |
| Mentor Urology | |
| Medmark Corporation | |
| Midwest Medical Supply Company | 4449 |
| Minnesota Mining & Manufacturing | |
| Myers Scientific Enterprise | 4649 |
| Nice-Pak Products, Inc. | |
| Novel Pharmaceutical, Inc. | |
| Olympic Supply, Inc. | |
| Organon Teknika Corp | |
| Orthopedic Technology, Inc. | |
| Oxboro Medical | |
| Paper-Pak Products, Inc. | |
| Pilling Weck Incorporated | |
| Premium Plastics, Inc. | |
| Professional Medical Products | |
| Propper Manufactruing Co., Inc. | |
| Pymah Corp | 4509 |
| Reel Research & Development, Inc. | 5352 |
| Regal Rich Trading LLC | |
| Sage Products Inc. | |
| Sentry Medical Products | 4027 |
| Shamrock Scientific Specialties, Inc. | |
| Sherwood Medical Company | |
| Sherwood Davis & Geck | |
| Shilog Ltd. | |
| Smartpractice, Inc. | 5884 |
| Smith & Nephew United, Inc. | |
| Smith Associates | |
| Smith Industiries Medical Systems | |
| Smithkline Diagnostics Inc. | |

| | Established |
|---|---|
| SMS Inc | |
| Solon Manufacturing Company Inc | |
| Solopak Pharmaceuticals Inc. | |
| Southern Safety Sales | |
| Stanford Professional Products Corp | |
| STC Technologies, Inc. | |
| Sterile Design | |
| Storz Inc. | |
| Sunrise Medical Bio Clinic Corp | |
| Surgicot, Inc. | 6062 |
| Sween Corporation | 1515 |
| Tecnol Inc. | |
| Terumo Medical Corporation | |
| Tillitson Healthcare Corp | |
| Timemed Labeling Systems, Inc | |
| Tri State Distribution, Inc. | |
| Trinity Laboratories, Inc. | |
| Two Rivers Medical | |
| U.S. Clinical Products, Inc. | |
| United States Surgical Corp. | |
| Utah Medical Products, Inc. | |
| Vance Products, Inc. | |
| Vermont Medical Inc | |
| Vital Signs | |
| Vollrath Group Inc. | |
| Welch Allyn | |
| Western Medical Ltd | |
| Winfield Industries | |
| WM. H. Horn & Bro Inc. | |
| Xomed Treace, Inc. | |

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY REFER TO MSA

October 30, 1997

Mr. William P. Bandy
President
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy:

It has come to our attention there is confusion regarding certain requirements in the use of Distribution and Pricing Agreements (DAPAs) for the Med/Surg Prime Vendor Program. Specifically, the issues involve liability coverage and business relationships between the DAPA holders and Prime Vendors.

*Liability Coverage.*
The Prime Vendor is allowed to require product liability coverage from each DAPA holder in any amount not to exceed $1,000,000. This coverage can be either through insurance or proof of self-insurance. The Prime Vendor is not required to enter into relationships with DAPA holders who have no liability coverage or proof of coverage prior to receiving an order for materiel.

*Business Relationships with DAPA holders.*
The Prime Vendor is expected to establish business relationships with all DAPA holders with exceptions as set forth in this letter. These business relationships shall be consistent with the Prime Vendor's good, commercial (that is, acceptable industry-standard) business practices. The Prime Vendor is not required to accept any DAPA holder's proposed agreement which appears inconsistent with good, commercial business practices.

Please advise me (in writing) of each DAPA holder falling into these categories, once your firm makes the decision not to conduct business with them. You can reach me at email: lflatley@dpsc.dla.mil or by FAX (215)737-8144/2081. Feel free to call should questions arise (tel: 215-737-3201).

L. Flatley
L. FLATLEY
Chief, Med/Surg Prime Vendor New Initiatives Section
Medical Surgical Products CBU
Directorate of Medical Materiel

## Lone Star Region - Med/Surg
## January 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 11 | 11 | 0 | 0 | 100% |
| Vance AFB | 36 | 35 | 1 | 0 | 97% |
| Tinker AFB | 184 | 176 | 7 | 1 | 96% |
| Sheppard AFB | 72 | 62 | 9 | 1 | 87% |
| Dyes AFB | 19 | 19 | 0 | 0 | 100% |
| Altus AFB | 59 | 52 | 5 | 2 | 90% |
| Randolph AFB | 22 | 19 | 3 | 0 | 86% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 49 | 49 | 0 | 0 | 100% |
| Holloman AFB | 75 | 68 | 7 | 0 | 91% |
| Kelly AFB | 5 | 5 | 0 | 0 | 100% |
| Brooks AFB | 9 | 8 | 1 | 0 | 89% |
| Naval Hospital CC | 17 | 17 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 702 | 619 | 62 | 21 | 90% |
| Reynolds - Ft. Sill | 303 | 268 | 29 | 6 | 89% |
| Ft. Huachuca | 19 | 16 | 3 | 0 | 84% |
| Wm. Bmnt. - Ft. Bliss | 403 | 327 | 56 | 20 | 84% |
| BAMC - Ft. Sam Houston | 901 | 849 | 35 | 17 | 95% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 2892 | 2606 | 218 | 68 | 91% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
## January 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 23 | 22 | 0 | 1 | 98% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 23 | 14 | 9 | 0 | 61% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | 2 | 2 | 0 | 0 | 100% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 19 | 19 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | 4 | 4 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 30 | 30 | 0 | 0 | 100% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 101 | 91 | 9 | 1 | 91% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

DSCP-MSAA

February 24, 1998

Mr. William Bandy, President
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy:

This correspondence is in reference to your contract SP0200-97-D-7133, Medical/Surgical Prime Vendor, Lone Star Region.

In December 1997 DSCP sent Customer Satisfaction Questionnaires to all customers in this region to monitor your performance under this contract. The responses were received on varying dates, but all were from the months of December 1997 and January 1998. Issues for discussion are based on this period. All customers with the exception of Altus AFB, Kelly AFB, Randolph AFB, Sheppard AFB and Ft Sill responded (copies attached). Laughlin AFB and Brooks AFB responded that they are too new to the program to address all the issues in the questionnaire. The AFMLO has stated that they have not used the Prime Vendor yet. Although five facilities did not respond to DSCP, it is your responsibility as the Prime Vendor to ensure that you are meeting all the contractual requirements with them as well.

Two of the key questions in the questionnaire that you may want to direct your immediate attention to are under the General Comments section. When asked the following: "Overall do you consider your facility to be a "satisfied customer" of the Med/Surg Prime Vendor Program?" only Dyess, Goodfellow and Tinker AFBs, Ft Hood and BAMC indicated that they were. Cannon AFB chose not to answer the question. Ft Bliss said not yet. Corpus Christi said yes/no. When asked: "If you had a choice would you continue with your present Prime Vendor? Why or why not?" Eight facilities said yes. Of these eight facilities, six of them said yes because they did not want to go through another conversion. Three facilities said no. The three facilities that are the most unhappy are those serviced by the El Paso distribution center (Holloman AFB, Ft. Bliss and Ft Huachuca). Ft Bliss and Holloman AFB are dissatisfied to the point that they requested DSCP not continue this contract with you.

There are five other areas of the survey where consensus shows that you are not meeting the contract requirements. These areas are as follows:

**1. Customer Support:**

You committed to provide sales representative visits to each ordering facility two times per week for the first quarter of the contract and weekly visits for the second quarter. As the contract continues, customers would receive either weekly or biweekly visits depending on their need or preference.

We are now into the third quarter of the contract and Dyess AFB has reported that they have never had a site visit nor do they even know who their representative is. Vance AFB and Goodfellow AFB reported no visits in the last thirty days, Cannon AFB reported no visits in the last two months, Brooks AFB reported that not only have they had no visits in the last thirty days but that they only had one to two visits in the last six months, Tinker AFB and Ft Huachuca reported only one visit in the last thirty days. Holloman AFB reported that in the past they had requested weekly visits but only just started receiving them. In addition, some of the sites that are receiving their visits are not particularly satisfied with the level of service that the representative is providing to them.

**2. Order Confirmation:**

You committed to provide electronic order confirmations (ANSI X12 (855) Order Confirmation) within two hours of order placement for JITOs and within 24 hours or 1 day for EDOs.

Every customer has reported problems with the order confirmation. Some report that they do not receive the confirmation within the required timeframes, some don't receive one at all. Confirmations that are received are inaccurate and many facilities have to contact their representatives for help. This issue has been on going from the start of the contract. It is your responsibility as the Prime Vendor to follow-up with your systems people and the Government's system integrator (EDS) to resolve this issue. POC at EDS is Ms. Carol Monnin, phone number 703-845-3863. This program and contract thrive on the exchange of electronic information, therefore, this problem cannot persist.

**3. Usage Data Item Availability: (Product Availability)**

You committed to having items available for order within 30 days of getting usage data from the ordering facilities.

Of the customers who responded to the survey, the only facility that stated that you are meeting this requirement was Holloman AFB. Brooks AFB, Vance AFB and Tinker AFB did not complete this question. Ft Huachuca, BAMC, WBAMC, Ft Hood, Goodfellow AFB, Dyess AFB, Cannon AFB and Naval Hospital Corpus Christi all indicated that they are unable to order products 100% of the time within 30 days of providing you with usage. The percentage of availability after providing you with usage data ranges from 5% to 95%.

**4. Updates To Your Electronic Catalog:**

You committed to provide an electronic catalog containing all DAPA items. You are required and agreed to update your catalog with new Distribution and Pricing Agreements and price changes by the 1st of the month (ex. new DAPA available to you on the 9th of December becomes effective 1st of January). In addition, every time changes are made to your catalog numbers or new DAPAs are issued, your firm has until 4 business days after the DAPA database is posted to the bulletin board (normally posted on the 9th of the month) to update the file with your order number and provide it to the Government. This process affects the ordering capabilities of our customers. The Prime Vendor order numbers are necessary for our customers to obtain products. These updates are essential when performing queries for current DAPA products and prices.

BAMC, Ft Huachuca and Cannon AFB have advised that these updates are not being provided. Ft Huachuca went as far as to say that no updates have been provided since the inception of this contract. Naval Hospital Corpus Christi says that many UMS numbers cannot be identified by United Medical but the numbers are still in the M32 system. Brooks AFB cited problems with getting stock numbers to match Prime Vendor numbers.

**5. DAPA Agreements:**

You committed to having Prime Vendor/DAPA Holder agreements in place within 90 days of award date for a minimum of 95% of the DAPA items under agreement between the DAPA holders and DSCP. You also committed to not requiring more than a maximum of $1 million of product liability coverage per DAPA holder.

Holloman AFB, BAMC, WBAMC, Ft Hood and Ft Huachuca have all cited in their responses that there are not enough agreements established between United Medical and the DAPA holders. This reflects on the product availability and fill rates that the facilities are receiving.

In addition to the five issues specifically pointed out by DSCP, you must look at each individual response and address each individual issue/concern that the customer has.

In summary, DSCP's opinion of your performance in this region, based on our customers feedback, overall is not satisfactory. Most customers want only to keep you as the Prime Vendor in order to save themselves the time and expense of another conversion. This is not a positive reflection on the satisfaction of the level of service under the contract. Considerable and immediate improvements must be made. Every effort should be made to rectify the existing problems so that the customers can use this contract to its full potential.

All of these items are considered to be DSCP Prime Vendor performance issues under your existing contract. Please address all of the above issues by submitting a plan outlining how United Medical expects to eliminate the existing problems and prevent future problems in these areas. If not satisfactorily resolved, these issues may influence the exercise of options or the award of new contracts.

Goodfellow AFB, Tinker AFB and WBAMC have requested that you make your inventory or stock levels available to them. This request has been echoed throughout the contract by many of our facilities. Although this is not a contract requirement, you can provide the customers this service if your system is capable of such.

A response to this letter is required no later than close of business, March 6,1998. In your response you must provide, by facility, the measures you will take to resolve each and every issue.

We will notify customers in the region that we have requested improvement in these areas. Customers will be requested to monitor your progress. We will contact several of these customers on or about April 20, 1998 to ensure they agree these problems are resolved.

If you have any questions, please feel free to call Mrs. Nancy Martin at 215-737-8422.

Sincerely,

L. FLATLEY
Chief, New Initiatives Section
MED/SURG Prime Vendor
Medical Surgical Products CBU
Directorate of Medical Materiel

DSCP-MSAA

March 31, 1998

Mr. William P. Bandy, President
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy:

On February 24, 1998 DSCP sent you correspondence in reference to your Med/Surg Prime Vendor contract, SP0200-97-D-7133, Lone Star Region. This correspondence outlined areas of the contract that the facilities reported that you were not meeting your contractual requirements and included a required response date of March 6, 1998.

DSCP received a response to this correspondence (dated March 6, 1998) on your United Medical Supply letterhead, on Monday, March 9, 1998. This response was signed by Daniel Salgado, V President, United Support Services-SAI. I called you on Tuesday, March 10, 1998 and discussed some issues with you in regard to the correspondence received from Daniel Salgado. One of the issues discussed was whether or not you were allowing United Support Services to speak for your company and lock you into resolutions for the facilities. DSCP has no record from you indicating that your subcontractor has this authority. Furthermore, Daniel Salgado has not been authorized by you as a POC for this contract. By letter dated March 10, 1997 signed by you, Gloria Salgado is the POC. I explained that since you are the POC for United Medical Supply, the actual Prime Vendor for this contract, DSCP would expect that you would be the one to sign the response. I asked you to submit a letter endorsing Dan's resolutions for this region. You stated that you would redo the letter, with your signature and respond to DSCP on March 12, 1998. DSCP received your signed revised response on Monday, March 16, 1998. This response however, did not include all the facilities that you were required to address nor did it endorse Dan's resolutions. On March 24, 1998, you indicated verbally that you do endorse the resolutions for all facilities that were outlined in Dan's letter of March 6, 1998. You stated that you made changes only to the areas that you felt were necessary to change. I need you to put that verbal response in writing to me in response to this letter.

DSCP has questions on some of your responses. Clarifications are required on some of your answers. There are a few areas that you did not address in any of the correspondence listed above that will need to be addressed. These areas are as follows:

1. In the overall findings for order confirmation you indicated that some facilities report no problems in electronic confirmations while others do. This all depends on how you are looking at the survey responses. There are roughly 4 or 5 questions in the survey that, although they may not use the words confirmation, specifically relate to this area. Your resolution is that the facilities can use

.ne M32 software because it works well. You also said that you will test with the facilities and communicate your progress to EDS so that together you can solve these problems. DSCP would like you to provide us with weekly updates as to your findings and progress in this area. DSCP has advised every customer in this region to use the M32 software as an interim fix while you resolve these issues. Bottom line though is that the Prime Vendor Interface has to work.

Anthony Amendolia, DSCP Case Manager for this region, has indicated that there are some issues with the M32 order confirmation. The issues are as follows:

The M32 does not include the customer NSN or description of the product. This makes it difficult for the warehouse personnel to receive the material and process as quickly and accurately as possible. Some customers haven't complained about this because they say the are waiting for delivery next day to confirm the order.

The M32 software is not as clear when the UMS# confirmed is not the same as the UMS# ordered. In that case, there is no description or NSN to verify against the order. It is difficult to trust that the confirmation is in the same arrangement as the order.

Customers cannot try both confirmations because the file is a one-time transmission.

You requested copies of the Tammis, Medlog and PVI software used at the facilities for testing. Although your approach does seem logical, this is not something that we can provide. You must continue to work with EDS regarding this issue.

Again you are reminded that status updates detailing your progress in this area need to be provided to DSCP on a weekly basis.

2. You indicated in paragraph 5, DAPA Agreements, that your agreements with DAPA holders has increased and that that you will be providing Ms. Connor a complete status report within 30 days.

How, if at all, are you getting information to the facilities regarding your success in this area? Do the facilities receive updates? If so, how often?

It is requested that when you provide a copy of the status report to Ms. Connor that you also provide one to myself and Anthony Amendolia. You may send Anthony's and mine together to my attention and I will see that he receives his copy. Anthony should be receiving updates as often as the customers are.

3. An issue was raised regarding EDO order confirmations involving two different facilities. It appears to DSCP that you provided conflicting answers based on the facility involved. Tinker AFB's survey indicated that they do not receive computerized confirmations on EDOs. Your response to Tinker was that all electronic orders are electronically confirmed. You went on further to say that new ordering personnel at the MTF may not realize that they can retrieve this information through the

M32Dod software. Since you indicated that the personnel is new, are you planning to offer training to .nem to assist them in receiving the confirmation? William Beaumont Army Medical Center (WBAMC) stated that they do not receive confirmations on EDOs. You responded back that confirmations are not received on EDO orders since these are non-stock items. You also stated that a tickler file has been developed to track all EDOs and to follow-up on any EDOs that are beyond the 10 day timeframe.

The contract requires you to confirm all orders. If it is impossible to send a confirmation to WBAMC, is it not impossible for all facilities to receive confirmations? Some facilities have indicated that they are receiving confirmations on EDOs. What are they receiving and how are they getting it? Is the tickler file available to all facilities? Please explain what this file contains and how, if at all, it is distributed to the facilities. Is the tickler file to be considered the order confirmation? If so, does the facility receive it within 24 hours of order placement?

4. Ft Huachuca indicated that they have a 2:00 PM MST order cut-off time. The contract says that the order cut-off time is 5:00 PM. Please address this issue.

5. Your response to Brooks AFB indicated that you were surprised by their response that they do not receive JITOs on a weekly basis. You also say that their first test is noted as having occurred the day before the survey response. UMS has noted that they received orders in June and July 1997.

Brooks indicated in the back of their survey that they just started testing this program <u>again</u> .nd therefore did not have sufficient information to complete the survey. They had problems getting stock numbers to match Prime Vendor numbers. They said previously you had computer problems and did not get orders correctly. This response coupled with the fact that the site has not been receiving the required site visits leads DSCP to believe that there is a lack of support for this facility. Has this facility had the required training? If not, do you intend to train them? Do they receive the updates to your catalog? Is the newly assigned representative making the site visits? Is the new rep working with the facility regarding usage data items? Do they have the cross reference book you indicated in BAMC's response as having been provided to all facilities? Are they receiving delivery of JITOs within the 24 hour timeframe? (I don't understand the comment above about receipt of JITOs on a weekly basis.)

6. Naval Hospital Corpus Christi stated that the electronic catalog is satisfactory however, some of the UMS numbers cannot be identified. Your response indicated that on a previous visit it was apparent that her computer did have some limitations. Has anyone checked with Corpus Christi to see if they were able to load your update? Is loading the update part of the training you provide?

You stated in your response that you and this facility have a unique situation with this facility that allows you to process all orders out of your San Antonio Distribution Center. There seems to be some problems with the agreement that you and the facility made. DSCP's position on this arrangement is as follows:

If you intend to keep your arrangement that you made with Naval Hospital Corpus Christi, then any arrangements you make have to be agreed upon and worked out between United Medical and the facility. DSCP cannot be party to nor can we enforce this arrangement. (See Corpus Christi's letter attached to this document.)

Under the General Comments section the facility indicated that they would continue with the current Prime Vendor only because to start over again would be very difficult. You responded by saying here again she did not state that she preferred O&M's system to United's. She merely states "... starting over would be difficult."

Please explain your response. I cannot find any reference to O&M in this facility's response or in my letter to you dated February 24, 1998.

7. Cannon AFB's response indicated that they do not receive order confirmations for JITOs or EDOs within the required contract timeframes. In fact, they said it takes 2-3 days to receive each. Your response refers them to paragraph 2 of your letter regarding order confirmation. Are you conquerring with the facility that it takes 2-3 days to receive order confirmations? If so, please explain the reason why it takes this long for this facility to receive the confirmations. How do you intend to fix this problem. (It seems that this is the only facility that reported 2-3 days for JITO confirmations.)

8. Holloman AFB indicated that they have experienced unauthorized substitutions. You did not address this in your response. Please address this issue.

9. You stated that the AFMLO/OL-2 has not processed a single order. Do they have your M32Dod software? Do they receive updates? Have they had the required training? Do they have an assigned representative? Is the representative making the required site visits. Do you have usage data from this facility?

A response to this letter is required no later than close of business, April 7, 1998.

Letters have been sent out to every customer in this region providing them with the resolutions you offered to their problems. A copy of each letter is attached. For Altus AFB, Kelly AFB, Randolph AFB, Sheppard AFB and Ft Sill, a generic letter went out to them advising them of the five areas of the contract that consensus of the other surveys showed that you were not meeting the contract requirements. The generic letter also includes your response to each issue. Only one copy of the letter is attached since it is the same for these five sites.

If you have any questions regarding this correspondence, please feel free to give me a call at 215-737-8422.

NANCY MARTIN
Contract Specialist

## Lone Star Region - Med/Surg
## February 98 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 34 | 34 | 0 | 0 | 100% |
| Vance AFB | 53 | 51 | 2 | 0 | 96% |
| Tinker AFB | 214 | 196 | 17 | 1 | 92% |
| Sheppard AFB | 100 | 90 | 9 | 1 | 91% |
| Dyess AFB | 37 | 37 | 0 | 0 | 100% |
| Altus AFB | 149 | 132 | 15 | 2 | 89% |
| Randolph AFB | 11 | 11 | 0 | 0 | 100% |
| Laughlin AFB | 3 | 3 | 0 | 0 | 100% |
| Cannon AFB | 58 | 58 | 0 | 0 | 100% |
| Holloman AFB | 59 | 55 | 4 | 0 | 93% |
| Kelly AFB | 12 | 12 | 0 | 0 | 100% |
| Brooks AFB | 6 | 6 | 0 | 0 | 100% |
| Naval Hospital CC | 14 | 14 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 867 | 776 | 62 | 28 | 91% |
| Reynolds - Ft. Sill | 369 | 335 | 23 | 11 | 92% |
| Ft. Huachuca | 46 | 37 | 7 | 2 | 83% |
| Wm. Bmnt. - Ft. Bliss | 481 | 422 | 28 | 31 | 91% |
| BAMC - Ft. Sam Houston | 1265 | 1136 | 75 | 54 | 92% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 3778 | 3405 | 242 | 130 | 92% |

Gave Diana DiOrio & Anthony Amendolia copies upon receipt

Nancy Martin

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

## Lone Star Region - Med/Surg
## February 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 55 | 55 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 3 | 3 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 1 | 1 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 86 | 86 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 12 | 12 | 0 | 0 | 100% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 159 | 159 | 0 | 0 | 100% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

## Lone Star Region - Med/Surg
## March 98 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely | | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| | | Filled | Unfilled | | |
| Goodfellow AFB | 50 | 47 | 3 | 0 | 94% |
| Vance AFB | 38 | 37 | 1 | 0 | 97% |
| Tinker AFB | 236 | 220 | 9 | 6 | 94% |
| Sheppard AFB | 90 | 86 | 4 | 0 | 96% |
| Dyess AFB | 56 | 55 | 1 | 0 | 98% |
| Altus AFB | 153 | 144 | 8 | 1 | 94% |
| Randolph AFB | 19 | 19 | 0 | 0 | 100% |
| Laughlin AFB | 11 | 11 | 0 | 0 | 100% |
| Cannon AFB | 160 | 139 | 21 | 0 | 87% |
| Holloman AFB | 48 | 46 | 2 | 0 | 96% |
| Kelly AFB | 17 | 17 | 0 | 0 | 100% |
| Brooks AFB | 5 | 5 | 0 | 0 | 100% |
| Naval Hospital CC | 15 | 15 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1113 | 1055 | 43 | 14 | 95% |
| Reynolds - Ft. Sill | 365 | 346 | 16 | 3 | 95% |
| Ft. Huachuca | 118 | 113 | 4 | 1 | 96% |
| Wm. Bmnt. - Ft. Bliss | 258 | 224 | 27 | 7 | 88% |
| BAMC - Ft. Sam Houston | 1602 | 1465 | 88 | 47 | 93% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4354 | 4044 | 227 | 79 | 94% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## March 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 3 | 3 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 1 | 1 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 84 | 84 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 24 | 24 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 69 | 63 | 5 | 1 | 92% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 183 | 177 | 5 | 1 | 97% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
## April 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 47 | 43 | 4 | 0 | 91% |
| Vance AFB | 55 | 55 | 0 | 0 | 100% |
| Tinker AFB | 97 | 93 | 2 | 2 | 97% |
| Sheppard AFB | 119 | 113 | 5 | 1 | 95% |
| Dyess AFB | 44 | 43 | 1 | 0 | 98% |
| Altus AFB | 225 | 208 | 17 | 0 | 92% |
| Randolph AFB | 33 | 28 | 3 | 2 | 88% |
| Laughlin AFB | 8 | 8 | 0 | 0 | 100% |
| Cannon AFB | 138 | 91 | 47 | 0 | 66% |
| Holloman AFB | 108 | 99 | 8 | 1 | 92% |
| Kelly AFB | 5 | 5 | 0 | 0 | 100% |
| Brooks AFB | 8 | 8 | 0 | 0 | 100% |
| Naval Hospital CC | 36 | 36 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1368 | 1256 | 94 | 18 | 92% |
| Reynolds - Ft. Sill | 435 | 407 | 18 | 10 | 95% |
| Ft. Huachuca | 114 | 103 | 8 | 3 | 92% |
| Wm. Bmnt. - Ft. Bliss | 469 | 397 | 54 | 18 | 87% |
| BAMC - Ft. Sam Houston | 1757 | 1551 | 147 | 59 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 5066 | 4544 | 408 | 114 | 91% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region

# Lone Star Region - Med/Surg
## April 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 2 | 2 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 16 | 12 | 4 | 0 | 75% |
| Holloman AFB | 1 | 1 | 0 | 0 | 100% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 71 | 71 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 28 | 23 | 4 | 1 | 84% |
| Wm. Bmnt. - Ft. Bliss | 1 | 1 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 13 | 13 | 0 | 0 | 100% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 135 | 126 | 8 | 1 | 94% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region

April 21, 1998

Ms. Helen Connor
Defense Support Center Philadelphia
2800 South 20th Street
Philadelphia, Pennsylvania 19145

Dear Ms. Connor;

In response to your letter, dated February 12, 1998, to the DAPA holders we were inundated with phone calls. Many vendors who seemed uninterested in the past came forward offering information. A few have made phone contact but have failed to provide documents. Due to monthly DAPA changes our list had grown. Coupled by the fact that several of the DAPA holders names are listed differently than the name we commercially recognize or have merged.

As of today we lack information for 127 DAPA holders. Please let someone know that it is also difficult to contact a DAPA holder when a phone number, fax number or point-of-contact is not listed. Such as Health Care Information Corp where all three are missing; or Allegiance where the 800 number "is no longer in service".

Enclosed is a five page listing of vendors which remain unestablished. The columns are labeled:

| | |
|---|---|
| Name | DAPA Holder |
| Account No. | This is the vendor code assigned by United Medical |
| Packet | Refers to a seven page packet which requests information necessary in establishing their account. |
| Insurance | Certificate of Liability Insurance |
| Price List | DAPA / Commercial Price List |
| Notes | Any special notations for this vendor |

If a vendor is lacking information on file the column is marked with an "X". We will continue to work on this listing. If you require any further information from us please feel free to call, 817-294-5510 or 800-494-9399.

Sincerely,

Gloria Salgado
POC Lone Star Region

April '98

| Name | Account No. | Packet | Insurance | Price List | Notes |
|---|---|---|---|---|---|
| Abtox | 37 | X | X | X | |
| Ace Surgical | 38 | | X | X | |
| Acrymed | 36 | X | X | X | |
| American Apparel | 227 | X | X | X | |
| American Biomed | 391 | | X | X | |
| Anesthesia Med Specialties | 437 | X | X | X | Will Send Insurance When An Order is Sent |
| Arledge Electronics | 473 | X | X | X | |
| Astromick | 512 | X | X | X | |
| Astral Limited | 551 | X | X | X | |
| Automated Med Products Corp | 563 | X | X | X | |
| Avecor Cardiovascular Inc. | 678 | X | X | X | |
| BCA/Biopool International | 680 | X | X | X | |
| BCI International | 755 | X | X | X | |
| Benjamin Med & Dental Supplies | 774 | X | X | X | |
| Berchtold Corp | 773 | X | X | X | |
| Berkley Med Resources | 809 | X | X | X | |
| Bio Medix | 890 | | X | | |
| Bosma Industries For The Blind | 969 | X | X | X | |
| Brasler USA | 975 | X | X | X | |
| Breg Inc | 999 | X | X | X | |
| CSX Corp | 1284 | X | X | X | Requested Cancellation |
| Cenna International Corp | 1287 | X | X | X | |
| Churchhill Med Systems | 1396 | X | X | X | |
| Corning Costar Corp | 1667 | X | X | X | |
| Critical Specialties | 1717 | X | X | X | |
| Cross Country Paper Products | 1722 | X | X | X | |
| Komet Medical | 3675 | X | X | X | |
| Custom Healthcare Systems | 1756 | X | X | X | |
| Cutting Edge Technologies | 1760 | X | X | X | |

| Name | Account No. | Packet | Insurance | Price List | Notes |
|---|---|---|---|---|---|
| DC Med Equip & Supply | 1771 | X | X | X | |
| Delta Med Supply Co | 1858 | X | X | X | |
| Delta Med Systems Inc | 1859 | X | X | X | |
| Dial Medical of Pennsylvania | 1943 | X | X | X | |
| Diapers R-Us Inc | 1945 | X | X | X | |
| Dipro Diagnostic Products | 1971 | X | X | X | |
| Distribution Services | 1976 | X | X | X | |
| Dove Medical | 2021 | X | X | X | |
| DTS Inc | 2036 | X | X | X | |
| Dynasplint Systems | 2074 | X | X | X | |
| Ear - Clear | 2105 | X | X | X | |
| Enterprise Medical | 2267 | X | X | X | |
| Equip For Independence Inc. | 2268 | X | X | X | |
| Expanding Medical Technology | 2331 | X | X | X | |
| Express Medical Supply | 2329 | X | X | X | |
| Fipicon Inc. | 2450 | X | X | X | |
| Frederick Lee Inc | 2574 | X | X | X | |
| Gentell Inc. | 2736 | X | X | X | |
| Global Medical Supply International | 2793 | X | | X | |
| Govenent Scientific Source | 2851 | X | X | X | |
| Healthcare Information Corp | 3058 | X | X | X | |
| Hill Rom Ind | 3132 | X | X | X | |
| Howard Medical Co | 3263 | X | X | X | |
| Howmedica Inc | 3266 | X | X | X | |
| Hydro Chemical Co. Healthcare | 3309 | X | X | X | |
| I-Flow Corp | 3321 | X | X | X | |
| ICP Medical | 3329 | X | X | X | |
| Integra Life Sciences Surg Prod | 3377 | X | X | X | |
| Integrated Healthcare Plus | 3378 | X | X | X | |

April '98

| Name | Account No. | Packet | Insurance | Price List | Notes |
|---|---|---|---|---|---|
| IVP Design & Development, Inc. | 3419 | X | X | X | |
| Janel Surgical Instrument Co., Inc. | 3438 | X | X | X | |
| Kareco International, Inc. | 3558 | X | X | X | |
| Kerma Medical Products, Inc. | 3614 | X | X | X | |
| Kleen Test Prod | 3661 | | X | X | |
| Krasity's Medical And Surgical Supply | 3736 | X | X | X | |
| Laserscope | 3844 | X | X | X | |
| Lee & Kay Corp | 3893 | | X | | Does Not Have & Will Not Get Insurance. |
| Lever Brothers Company | 3926 | X | X | X | Requested Cancellation |
| Life-Tech Inc. | 3956 | X | X | X | |
| Medical Place Inc. | 4325 | X | X | X | |
| Mag Health Products | 4074 | X | X | X | |
| Marcelo Inc | 4151 | X | X | X | |
| Marquette Electronics Capitol | | X | X | X | |
| Marquette Medical Inc. | | X | X | | |
| Martell Medical Products, Inc. | 4188 | X | X | X | |
| Medical Products | 4334 | | X | X | |
| Medical Supply System | 4328 | X | X | X | |
| MG Scientific, Inc. | 4414 | X | X | X | |
| MHMS Corp | 4415 | X | X | X | |
| Micromedics, Inc. | 4436 | X | X | X | |
| Microtek Medical, Inc. | 4431 | | X | X | |
| MTM Health Products Limited | | X | X | X | |
| National Industries For The Blind | 4689 | X | X | X | |
| National Medical Care | 4692 | X | X | X | |
| Needless Away Capitol Equipment | 4713 | X | X | X | |
| NISH | 4689 | X | X | X | |
| Northeast Packaging Corporation | 4764 | X | X | X | |
| Oral Health USA, Inc. | 4827 | X | X | X | |

| Name | Account No. | Packet | Insurance | Price List | Notes |
|---|---|---|---|---|---|
| Orthopedic Systems, Inc. | 4846 | X | X | X | |
| P.R.N. Medical Supply Inc. | 5233 | | X | X | |
| Pacific Criticare, Inc. | 4882 | X | X | X | |
| Phoenix Medical Technology, Inc. | 5073 | X | X | X | |
| Picker International, Inc. | 5094 | X | X | X | |
| Precision Laboratory Plastics | 5793 | X | X | X | |
| Pro-Med Pharmaceutical Supply | 5259 | X | X | X | |
| Quality Biological, Inc. | 5288 | X | X | X | |
| Rad-Mart Corp | 5304 | X | X | X | |
| Regal Rich Trading LLC | 5356 | X | X | X | |
| Richard Allen Medical | 5417 | X | X | X | |
| Richard's Medical Equipment | 5419 | | X | X | |
| Romain Inc. | 5514 | X | X | X | |
| Sepha Pharmaceuticals Ltd | 5789 | X | X | X | |
| Service For Science & Industry | 5799 | X | X | X | |
| Seven C's Inc. | 5793 | X | X | X | |
| Shields Medical Marketing | 5818 | | X | X | |
| Sierra Laboratories, Inc. | 5834 | X | X | X | |
| Smith Orthopedics | 5936 | X | X | X | |
| SMS Inc | | X | X | X | |
| SOQ Enviromental Technology | 5942 | X | X | X | |
| Southeast Medical Inc. | 5948 | X | | X | |
| Sunshine Products, Inc. | 6136 | X | X | X | |
| The Sewing Source | 5794 | X | X | X | |
| Trinity Technologies | 6432 | X | X | X | |
| TSM Durable Med Equip & Supply | | X | X | X | |
| V-Tech, Inc. | 6605 | X | X | X | |
| Valmed Company | 6602 | X | X | X | |
| Visitec Company | 6691 | X | X | X | |

| Name | Account No. | Packet | Insurance | Price List | Notes |
|---|---|---|---|---|---|
| Venisect Inc | 6662 | X | X | X | |
| W.L. Gore & Associates | 6713 | X | X | X | |
| Walk On Air | 6714 | X | X | X | |
| Waterstone Medical, Inc. | 6752 | X | X | | |
| Westmed, Inc | 6815 | X | X | X | |
| Willson Safety Products | 6867 | X | X | X | Requested Cancellation |
| World Class Technologies, Inc. | 6931 | X | X | X | |
| Yorketown Optical Company | 6968 | X | X | X | |
| Zane Products | 6990 | X | X | X | |

# Lone Star Region - Med/Surg
# May 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 59 | 57 | 2 | 0 | 97% |
| Vance AFB | 75 | 67 | 7 | 1 | 90% |
| Tinker AFB | 166 | 155 | 8 | 3 | 94% |
| Sheppard AFB | 83 | 79 | 1 | 3 | 97% |
| Dyess AFB | 58 | 55 | 3 | 0 | 95% |
| Altus AFB | 134 | 131 | 3 | 0 | 98% |
| Randolph AFB | 22 | 21 | 1 | 0 | 95% |
| Laughlin AFB | 14 | 13 | 0 | 1 | 96% |
| Cannon AFB | 95 | 77 | 8 | 10 | 86% |
| Holloman AFB | 38 | 36 | 2 | 0 | 95% |
| Kelly AFB | 23 | 23 | 0 | 0 | 100% |
| Brooks AFB | 7 | 7 | 0 | 0 | 100% |
| Naval Hospital CC | 21 | 21 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1193 | 1115 | 61 | 17 | 94% |
| Reynolds - Ft. Sill | 584 | 536 | 32 | 16 | 93% |
| Ft. Huachuca | 19 | 19 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 500 | 440 | 37 | 23 | 90% |
| BAMC - Ft. Sam Houston | 1581 | 1404 | 110 | 67 | 91% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4672 | 4256 | 275 | 141 | 93% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
## May 98 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 8 | 8 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 2 | 2 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | 1 | 1 | 0 | 0 | 100% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 60 | 60 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 1 | 1 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 12 | 10 | 2 | 0 | 83% |
| BAMC - Ft. Sam Houston | 13 | 12 | 0 | 1 | 96% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 99 | 96 | 2 | 1 | 97% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
## June 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 55 | 47 | 8 | 0 | 85% |
| Vance AFB | 75 | 68 | 7 | 0 | 91% |
| Tinker AFB | 205 | 194 | 7 | 4 | 96% |
| Sheppard AFB | 97 | 95 | 1 | 1 | 98% |
| Dyess AFB | 64 | 63 | 1 | 0 | 98% |
| Altus AFB | 199 | 178 | 19 | 2 | 90% |
| Randolph AFB | 43 | 35 | 6 | 2 | 84% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 148 | 112 | 33 | 3 | 77% |
| Holloman AFB | 57 | 49 | 7 | 1 | 87% |
| Kelly AFB | 0 | 0 | 0 | 0 | 0% |
| Brooks AFB | 10 | 10 | 0 | 0 | 100% |
| Naval Hospital CC | 17 | 15 | 1 | 1 | 91% |
| Darnall - Ft. Hood | 1220 | 1140 | 60 | 20 | 94% |
| Reynolds - Ft. Sill | 481 | 436 | 33 | 12 | 92% |
| Ft. Huachuca | 58 | 51 | 6 | 1 | 89% |
| Wm. Bmnt. - Ft. Bliss | 255 | 194 | 45 | 16 | 79% |
| BAMC - Ft. Sam Houston | 1529 | 1335 | 144 | 50 | 89% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4519 | 4028 | 378 | 113 | 90% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
## June 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 19 | 19 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 1 | 1 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 3 | 3 | 0 | 0 | 100% |
| Cannon AFB | 20 | 17 | 3 | 0 | 85% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 47 | 47 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | 4 | 4 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 16 | 14 | 2 | 0 | 88% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 110 | 105 | 5 | 0 | 95% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region.

## Lone Star Region - Med/Surg
## July 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 52 | 41 | 11 | 0 | 79% |
| Vance AFB | 78 | 74 | 3 | 1 | 96% |
| Tinker AFB | 239 | 223 | 13 | 3 | 94% |
| Sheppard AFB | 95 | 90 | 3 | 2 | 96% |
| Dyess AFB | 58 | 54 | 4 | 0 | 93% |
| Altus AFB | 207 | 193 | 6 | 8 | 95% |
| Randolph AFB | 29 | 24 | 3 | 2 | 86% |
| Laughlin AFB | 11 | 11 | 0 | 0 | 100% |
| Cannon AFB | 57 | 41 | 15 | 1 | 73% |
| Holloman AFB | 104 | 80 | 22 | 2 | 78% |
| Kelly AFB | 0 | 0 | 0 | 0 | 0% |
| Brooks AFB | 10 | 10 | 0 | 0 | 100% |
| Naval Hospital CC | 25 | 25 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1295 | 1204 | 70 | 21 | 94% |
| Reynolds - Ft. Sill | 384 | 336 | 42 | 6 | 88% |
| Ft. Huachuca | 98 | 87 | 10 | 1 | 89% |
| Wm. Bmnt. - Ft. Bliss | 394 | 298 | 65 | 31 | 80% |
| BAMC - Ft. Sam Houston | 1739 | 1512 | 162 | 65 | 89% |
| AFMLO / Ft. Worth, Texas | 26 | 24 | 1 | 1 | 94% |
| **Total** | 4901 | 4327 | 430 | 144 | 90% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region

## Lone Star Region - Med/Surg
## July 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 6 | 6 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 3 | 2 | 0 | 1 | 83% |
| Cannon AFB | 7 | 7 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 85 | 85 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 3 | 3 | 0 | 0 | 100% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 5 | 2 | 3 | 0 | 40% |
| Wm. Bmnt. - Ft. Bliss | 4 | 4 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 11 | 11 | 0 | 0 | 100% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 124 | 120 | 3 | 1 | 97% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
# August 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 50 | 46 | 4 | 0 | 92% |
| Vance AFB | 76 | 74 | 2 | 0 | 97% |
| Tinker AFB | 211 | 185 | 21 | 5 | 89% |
| Sheppard AFB | 88 | 81 | 7 | 0 | 92% |
| Dyess AFB | 51 | 51 | 0 | 0 | 100% |
| Altus AFB | 194 | 186 | 7 | 1 | 96% |
| Randolph AFB | 20 | 18 | 1 | 1 | 93% |
| Laughlin AFB | 8 | 8 | 0 | 0 | 100% |
| Cannon AFB | 39 | 39 | 0 | 0 | 100% |
| Holloman AFB | 57 | 52 | 5 | 0 | 91% |
| Kelly AFB | 0 | 0 | 0 | 0 | 0% |
| Brooks AFB | 11 | 11 | 0 | 0 | 100% |
| Naval Hospital CC | 11 | 11 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1206 | 1131 | 59 | 16 | 94% |
| Reynolds - Ft. Sill | 425 | 370 | 42 | 13 | 89% |
| Ft. Huachuca | 67 | 64 | 1 | 2 | 97% |
| Wm. Bmnt. - Ft. Bliss | 472 | 358 | 86 | 28 | 79% |
| BAMC - Ft. Sam Houston | 1694 | 1492 | 148 | 54 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4680 | 4177 | 383 | 120 | 91% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region

## Lone Star Region - Med/Surg
## August 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 7 | 7 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 3 | 3 | 0 | 0 | 100% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 129 | 126 | 1 | 2 | 98% |
| Darnall - Ft. Hood | 10 | 10 | 0 | 0 | 100% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 3 | 3 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 5 | 3 | 2 | 0 | 60% |
| BAMC - Ft. Sam Houston | 9 | 9 | 0 | 0 | 100% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 166 | 161 | 3 | 2 | 98% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region.

## Lone Star Region - Med/Surg
## September 98 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 41 | 41 | 0 | 0 | 100% |
| Vance AFB | 54 | 54 | 0 | 0 | 100% |
| Tinker AFB | 388 | 301 | 73 | 14 | 79% |
| Sheppard AFB | 99 | 94 | 5 | 0 | 95% |
| Dyess AFB | 49 | 41 | 6 | 2 | 86% |
| Altus AFB | 226 | 216 | 9 | 1 | 96% |
| Randolph AFB | 29 | 24 | 5 | 0 | 83% |
| Laughlin AFB | 11 | 11 | 0 | 0 | 100% |
| Cannon AFB | 74 | 59 | 11 | 4 | 82% |
| Holloman AFB | 105 | 86 | 18 | 1 | 82% |
| Kelly AFB | 0 | 0 | 0 | 0 | 0% |
| Brooks AFB | 19 | 19 | 0 | 0 | 100% |
| Naval Hospital CC | 15 | 14 | 1 | 0 | 93% |
| Darnall - Ft. Hood | 1219 | 1073 | 120 | 26 | 89% |
| Reynolds - Ft. Sill | 355 | 321 | 24 | 10 | 92% |
| Ft. Huachuca | 116 | 105 | 9 | 2 | 91% |
| Wm. Bmnt. - Ft. Bliss | 490 | 395 | 73 | 22 | 83% |
| BAMC - Ft. Sam Houston | 1689 | 1426 | 183 | 80 | 87% |
| AFMLO / Ft. Worth, Texas | 15 | 15 | 0 | 0 | 0% |
| **Total** | 4994 | 4295 | 537 | 162 | 88% |

This report is Confidential and was developed by United Support Services exclusively for
United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## September 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 4 | 4 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 7 | 7 | 0 | 0 | 100% |
| Randolph AFB | 4 | 4 | 0 | 0 | 100% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 74 | 70 | 4 | 0 | 95% |
| Darnall - Ft. Hood | 7 | 7 | 0 | 0 | 100% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 1 | 1 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 5 | 3 | 2 | 0 | 60% |
| BAMC - Ft. Sam Houston | 136 | 81 | 47 | 8 | 63% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 244 | 183 | 53 | 8 | 77% |

# Lone Star Region - Med/Surg
# October 98 Fill Rate Report

## Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 71 | 64 | 6 | 1 | 91% |
| Vance AFB | 63 | 63 | 0 | 0 | 100% |
| Tinker AFB | 124 | 103 | 18 | 3 | 84% |
| Sheppard AFB | 126 | 103 | 22 | 1 | 82% |
| Dyess AFB | 58 | 50 | 8 | 0 | 86% |
| Altus AFB | 245 | 215 | 30 | 0 | 88% |
| Randolph AFB | 29 | 23 | 6 | 0 | 79% |
| Laughlin AFB | 14 | 14 | 0 | 0 | 100% |
| Cannon AFB | 35 | 22 | 12 | 1 | 64% |
| Holloman AFB | 139 | 111 | 25 | 3 | 81% |
| Kelly AFB | 0 | 0 | 0 | 0 | 0% |
| Brooks AFB | 8 | 8 | 0 | 0 | 100% |
| Naval Hospital CC | 7 | 7 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1073 | 994 | 44 | 35 | 94% |
| Reynolds - Ft. Sill | 360 | 327 | 22 | 11 | 92% |
| Ft. Huachuca | 176 | 148 | 20 | 8 | 86% |
| Wm. Bmnt. - Ft. Bliss | 509 | 427 | 58 | 24 | 86% |
| BAMC - Ft. Sam Houston | 1545 | 1363 | 136 | 46 | 90% |
| AFMLO / Ft. Worth, Texas | 15 | 15 | 0 | 0 | 100% |
| **Total** | 4597 | 4057 | 407 | 133 | 90% |

Rec'd from UM 11/20/98

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## October 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 10 | 9 | 0 | 1 | 95% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 8 | 8 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 9 | 9 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 33 | 33 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 103 | 86 | 17 | 0 | 83% |
| Wm. Bmnt. - Ft. Bliss | 41 | 30 | 9 | 2 | 76% |
| BAMC - Ft. Sam Houston | 31 | 29 | 1 | 1 | 95% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 235 | 204 | 27 | 4 | 88% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## November 98 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 77 | 71 | 6 | 0 | 92% |
| Vance AFB | 99 | 96 | 2 | 1 | 97% |
| Tinker AFB | 212 | 182 | 27 | 3 | 87% |
| Sheppard AFB | 95 | 90 | 3 | 2 | 96% |
| Dyess AFB | 41 | 38 | 3 | 0 | 93% |
| Altus AFB | 192 | 174 | 16 | 2 | 91% |
| Randolph AFB | 26 | 24 | 1 | 1 | 94% |
| Laughlin AFB | 8 | 8 | 0 | 0 | 100% |
| Cannon AFB | 41 | 31 | 8 | 2 | 78% |
| Holloman AFB | 82 | 71 | 11 | 0 | 87% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 14 | 14 | 0 | 0 | 100% |
| Naval Hospital CC | 14 | 13 | 0 | 1 | 96% |
| Darnall - Ft. Hood | 1071 | 970 | 79 | 22 | 92% |
| Reynolds - Ft. Sill | 365 | 329 | 25 | 11 | 92% |
| Ft. Huachuca | 117 | 99 | 14 | 4 | 86% |
| Wm. Bmnt. - Ft. Bliss | 548 | 419 | 97 | 32 | 79% |
| BAMC - Ft. Sam Houston | 1907 | 1670 | 161 | 76 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4909 | 4299 | 453 | 157 | 89% |

Report rec'd from United Medical 1/6/99

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## November 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 2 | 2 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 27 | 15 | 12 | 0 | 56% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 43 | 42 | 1 | 0 | 98% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 12 | 10 | 2 | 0 | 83% |
| Wm. Bmnt. - Ft. Bliss | 1 | 1 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 33 | 32 | 1 | 0 | 97% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 118 | 102 | 16 | 0 | 86% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
# December 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 65 | 61 | 3 | 1 | 95% |
| Vance AFB | 98 | 98 | 0 | 0 | 100% |
| Tinker AFB | 171 | 161 | 7 | 3 | 95% |
| Sheppard AFB | 127 | 99 | 25 | 3 | 79% |
| Dyess AFB | 65 | 57 | 7 | 1 | 88% |
| Altus AFB | 181 | 164 | 17 | 0 | 91% |
| Randolph AFB | 20 | 20 | 0 | 0 | 100% |
| Laughlin AFB | 7 | 7 | 0 | 0 | 100% |
| Cannon AFB | 75 | 38 | 32 | 5 | 54% |
| Holloman AFB | 127 | 102 | 23 | 2 | 81% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 5 | 5 | 0 | 0 | 100% |
| Naval Hospital CC | 13 | 13 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1059 | 946 | 82 | 31 | 91% |
| Reynolds - Ft. Sill | 374 | 330 | 26 | 18 | 91% |
| Ft. Huachuca | 100 | 85 | 10 | 5 | 88% |
| Wm. Bmnt. - Ft. Bliss | 748 | 587 | 106 | 55 | 82% |
| BAMC - Ft. Sam Houston | 1498 | 1328 | 134 | 36 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4733 | 4101 | 472 | 160 | 88% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## December 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 1 | 0 | 0 | 1 | 50% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 15 | 15 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 82 | 82 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 10 | 9 | 1 | 0 | 90% |
| Wm. Bmnt. - Ft. Bliss | 11 | 8 | 3 | 0 | 73% |
| BAMC - Ft. Sam Houston | 51 | 48 | 3 | 0 | 94% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 170 | 162 | 7 | 1 | 96% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

**Kennedy, Donna**

| | |
|---|---|
| **om:** | Kennedy, Donna |
| **nt:** | Friday, January 22, 1999 9:44 AM |
| **o:** | 'oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil' |
| **Subject:** | RE: PRIME VENDOR UPDATE #3 |

Thank you for the update. Either Anthony Amendolia or myself will get back to you regarding your below e-mail.

Donna M. Kennedy
e-mail: dkennedy@dscp.dla.mil
Phone: 215-737-7075
FAX: 215-737-2081/8144

-----Original Message-----
From: oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil [mailto:oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil]
Sent: Wednesday, January 20, 1999 11:47 AM
To: paa3018@exmail.dscp.dla.mil; dkennedy@dpsc.dla.mil; maj_grace_uzomba_at_medcen1__wbamc@medcom2.smtplink.amedd.army.mil; melvin_hicks_at_meddac1__fthuach@medcom2.smtplink.amedd.army.mil
Subject: PRIME VENDOR UPDATE #3

Spoke to Anthony He is reviewing the document and will then contact BAMC to discuss their concerns. DMK 1/26/99

MCHM-LOG-MA 19 JANUARY 1999

MEMORANDUM THRU MAJ UZOMBA, Chief, Materiel Branch, WBAMC

FOR Commander DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St. Philadelphia, PA 19145

SUBJECT: Prime Vendor Performance Update #3, United Medical Supply

1. December 1998, Problems:

a. UP23 - JIT- 11% FILL RATE
18 LINES REQUESTED - 2 LINES FILLED - 16 LINES NOT FILLED

b. UP21 - JIT- 52% FILL RATE
43 LINES REQUESTED - 19 LINES FILLED - 17 NOT FILLED - 7 PARTIALS

c. UP28 - JIT - 64% FILL RATE
35 REQUESTED - 21 FILLED - 11 NOT FILLED - 3 PARTIALS

d. UP30 - JIT - 37% FILL RATE
37 REQUESTED - 13 FILLED - 22 NOT FILLED- 2 PARTIALS

e. UP36 - JIT - 47% FILL RATE
19 REQUESTED - 9 FILLED - 10 NOT FILLED

f. UP38 - JIT - 42% FILL RATE
21 REQUESTED - 7 FILLED - 12 NOT FILLED - 2 PARTIALS

g. COPIES OF THE TAMMIS "MULTI LINE RECEIPT WORKSHEET AND MY DECEMBER 1998 FILL RATE REPORT WILL BE FAXED TO YOU.

2. Joe Velasquez informed me that the United Medical Distribution Center, El Paso receives one truckload of supplies per week.

3. During the Christmas Holidays, Ft. Worth was hit by an "Ice Storm". Zero fills increased immediately as demonstrated by call UP23. It seems the lack of one delivery caused too many zero's. Either supply levels at the El Paso Distribution Center are inadequate or one truckload per week is not sufficient to fill WBAMC's requirements.

4. The Prime Vendor Med/Surg contract SP0200-97-D-7133, lists a group of "FEATURES" that the Prime Vendor committed to for the Lone Star region. I've listed some of the "FEATURES", followed by United Medical's actual performance after 18 months at WBAMC.

FEATURE - UNITED MEDICAL MINIMUM FILL
JIT - 95%
EDO - 95%

ACTUAL FILL RATE
JIT - 68%
EDO - 65%

FEATURE - Electronic confirmations will be received within two hours.

ACTUAL - Electronic confirmations have not been received within two hours, they're received that afternoon or the next day. Regardless, the confirmation information is incorrect or incomplete. United Medical manually confirms each line then FAX's the results to Materiel Branch daily.

FEATURE - United Medical is required to notify all ordering facilities of manufacturer backorders as soon as they become aware of them and provide an estimated date for resumption of supply. In addition, United Medical is required to work with you to identify available substitute DAPA items.

ACTUAL - United Medical has never notified Materiel Branch of backorders as reflected in my monthly fill rate reports. United Medical does not work with the item managers to identify available substitutes. We do not receive an estimated date for resumption of supply and the item managers often order backordered items on their Government credit card.

FEATURE - Every item appearing on DAPA must be available to order through United Medical.

ACTUAL - Every item on DAPA has not been available to order through United Medical.

FEATURE - United Medical must make all DAPA items, for which you have provided usage data, available within 30 days.

ACTUAL - United Medical is very slow in establishing relationships with DAPA holders. All DAPA items that Materiel Branch provides usage data for are not available within 30 days.

5. Contract SP0200-97-D-7133, Section C (Statement of Work) states

United Medical's "MINIMUM PERFORMANCE REQUIREMENTS". The Prime Vendor shall meet the following "MINIMUM PERFORMANCE REQUIREMENTS" for each ordering facility.

o Maintain a minimum of 95% monthly fill rate for each ordering facility for Just-in-Time.

o Within 30 days of getting usage data from the ordering facilities, the Prime Vendor will have the items available for ordering.

o The Prime Vendor shall notify each ordering facility of any manufacturer backordered items which its usage reports indicate it orders.

o The Prime Vendor shall submit recommendations or requests for substitute products directly to the COR or ordering facility.

6. In November 1997 at the IPR, Major Uzomba and myself presented DSCP with information identifying the following issues:

a. Conversions - Average conversion time in November 1997, 2 months.

b. Fill Rates - Fill rate average in November 1997, 50%.

c. Confirmations - Electronic confirmations in November 1997 were unavailable. PV Rep had to review each line and provide availability quantities manually.

d. Establishing relationships with DAPA holders - In November 1997, 5 months into the contract, United Medical had not established relationships with the following DAPA holders:

1. Acute Biomedical
2. D.C. Med Olympic
3. District Healthcare
4. Medical Supply Sys
5. Metro Medical
6. MG Scientific
7. Pacific Myers
8. Southern Safety.

e. Prime Vendor's lack of stock - In November 1997 PV carried approximately 50% of the Materiel Branch stock. The El Paso Distribution Center opened in October 1997 4 months after United became PV. Inventory levels were very low and support from Ft. Worth mediocre.

7. In November 1997, at the IPR, we asked for a quick and marked improvement in the PV performance. Although we've seen improvements in stock levels, deliveries and good response to emergency orders, we still have some of the same issues. Fill rates are still below 95%, confirmations are still manual, we still do not receive backorder information, we still do not have recommendations for substitutions and United still has difficulties establishing relationships with DAPA holders.

Oscar A. Molinar
Prime Vendor, COR

MCXJ-LO-MAT 11 February 1999

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St, Philadelphia, PA 19145

SUBJECT: Prime Vendor Report #1, United Medical Supply

1. Reference CC Mail message from William Beaumont Army Medical Center (MCHM-LOG-MA), dated 20 January 1999, Subject: Prime Vendor Performance Update #3, United Medical Supply.

2. Problems being experienced at Ft. Huachuca with United Medical Supply are similar to those cited in reference. Major areas of concern are listed in the following paragraphs.

3. Fill rate reports distributed by the Prime Vendor often differ considerably from our records. In some cases, this could be due to the criteria the PV uses to compute data, but in many cases appears to be a real discrepancy. An example is the December 1998 report. A comparison of the United Medical report with local data is as follows:

a. The United Medical report for JIT orders cites 100 lines ordered, with 85 lines filled, 5 lines partially filled and 10 lines unfilled with a percentage of fill at 88%. For EDO, United Medical cites 10 lines ordered with 9 lines filled and one line unfilled with a percentage of fill at 90%. No drop ship or emergency orders were processed during the period.

b. For JIT orders, our records show the following:

Total lines ordered - 109

Lines unfilled - 15

Lines partially filled - 5

Lines received wrong item - 1

c. For EDO, our records show the following:

Total lines ordered - 39

Lines filled in the allotted time (10 days) - 17

Lines filled in over the allotted time - 14

Lines partially filled - 1

Lines remaining open (unfilled) as of 28 January - 7

d. For the JIT orders, if you count as completed the lines that were filled completely and correctly, the fill rate comes to just under 81% and for EDO, if you count as completed the lines that were filled completely in the allotted time, the fill rate comes out at just under 44%.

4. Generally speaking, the main problems Ft Huachuca is having with Prime Vendor, in order of importance, are as follows:

a. Extended Delivery Orders (EDO) - Almost half of the EDO's we place with Prime Vendor take more than the allotted time to fill. If they are let go, it often takes 20 to 30 days, sometimes longer to receive the item. This could well be caused by the inability of United Medical to establish accounts with DAPA holders that was cited in the WBAMC report. We have advised United Medical that from this point on, EDO's that go unfilled for over 20 days will be cancelled, and if it happens a second time, we will go to another supply source permanently.

b. Lack of Status on Open Requisitions - When we call United Medical to get status on open EDO's, we are normally told they will check them out and call us back. The call back rarely takes place, and we many times have to call several times to receive status on one item.

c. Service Representative Visits - Visits by the United Medical service representative have been few and far between since the beginning of the contract. The time between visits has averaged at three to four months. Most recently, we had a visit from him on 22 January and the one previous to that was sometime last June. When he does visit, most of his time is spent getting us status on outstanding requisitions - something they should be doing all the time from the other end.

d. Availability of DAPA Products - As cited in the WBAMC report, it is often difficult to obtain a DAPA item from a company for which United Medical does not already have an account. In these cases it takes an excessive amount of time to get the account going and get a line of acquisition set up. There should be an easier way to do it.

MCXJ-LO-MAT (11 February 1999)
SUBJECT: Prime Vendor Report #1, United Medical Supply

e. Invoicing Incomplete Orders - We receive calls from DSCP on a regular basis asking for document numbers and dollar amounts for United Medical call numbers. When we investigate, we routinely find that a majority of the call numbers in question are still open because the entire order has not been received. United Medical should be instructed not to send an invoice to DSCP until the order is completed in its entirety and closed out.

f. We are also experiencing some of the other problems cited in the WBAMC report, with somewhat less impact because of the size of our facility. These include the delay in electronic confirmations, lack of information on manufacturer backorders and lack of recommendations on substitutes for items not available.

4. In summary, we are having the most success with the JIT orders, although at times it takes longer than the allotted 30 days to get the stock set up in their warehouse. The major problems now are the EDO's, getting help from the Customer Assistance Representative and getting lines of supply set up for new items or items from new companies. It is understood that there are "growing pains" associated with any new operation, but it would seem that we have reached a point where not much further progress is being made.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133

# Lone Star Region - Med/Surg
## February 99 Fill Rate Report

Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 79 | 65 | 14 | 0 | 82% |
| Vance AFB | 96 | 96 | 0 | 0 | 100% |
| Tinker AFB | 189 | 153 | 33 | 3 | 82% |
| Sheppard AFB | 199 | 171 | 26 | 2 | 86% |
| Dyess AFB | 77 | 74 | 3 | 0 | 96% |
| Altus AFB | 209 | 199 | 8 | 2 | 96% |
| Randolph AFB | 29 | 29 | 0 | 0 | 100% |
| Laughlin AFB | 7 | 7 | 0 | 0 | 100% |
| Cannon AFB | 59 | 50 | 9 | 0 | 85% |
| Holloman AFB | 112 | 99 | 10 | 3 | 90% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 5 | 5 | 0 | 0 | 100% |
| Naval Hospital CC | 18 | 18 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1086 | 1010 | 54 | 22 | 94% |
| Reynolds - Ft. Sill | 400 | 351 | 39 | 10 | 89% |
| Ft. Huachuca | 94 | 83 | 8 | 3 | 90% |
| Wm. Bmnt. - Ft. Bliss | 677 | 557 | 79 | 41 | 85% |
| BAMC - Ft. Sam Houston | 1655 | 1425 | 209 | 21 | 87% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4991 | 4392 | 492 | 107 | 89% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# February 99 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | 1 | 1 | 0 | 0 | 100% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 2 | 2 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 3 | 3 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 60 | 60 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 6 | 6 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 87 | 84 | 3 | 0 | 97% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 159 | 156 | 3 | 0 | 98% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# March 99 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 120 | 100 | 19 | 1 | 84% |
| Vance AFB | 134 | 133 | 1 | 0 | 99% |
| Tinker AFB | 285 | 230 | 52 | 3 | 81% |
| Sheppard AFB | 213 | 184 | 25 | 4 | 87% |
| Dyess AFB | 70 | 69 | 1 | 0 | 99% |
| Altus AFB | 158 | 144 | 13 | 1 | 91% |
| Randolph AFB | 35 | 29 | 4 | 2 | 86% |
| Laughlin AFB | 14 | 13 | 0 | 1 | 96% |
| Cannon AFB | 70 | 54 | 11 | 5 | 81% |
| Holloman AFB | 85 | 67 | 18 | 0 | 79% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 12 | 12 | 0 | 0 | 100% |
| Naval Hospital CC | 6 | 5 | 0 | 1 | 92% |
| Darnall - Ft. Hood | 1172 | 1090 | 58 | 24 | 94% |
| Reynolds - Ft. Sill | 439 | 403 | 22 | 14 | 93% |
| Ft. Huachuca | 119 | 102 | 13 | 4 | 87% |
| Wm. Bmnt. - Ft. Bliss | 926 | 709 | 164 | 53 | 79% |
| BAMC - Ft. Sam Houston | 2224 | 1978 | 172 | 74 | 91% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 6082 | 5322 | 573 | 187 | 89% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# March 99 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 21 | 21 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 1 | 1 | 0 | 0 | 100% |
| Randolph AFB | 1 | 1 | 0 | 0 | 100% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | 1 | 1 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 1 | 1 | 0 | 0 | 100% |
| Naval Hospital CC | 99 | 89 | 9 | 1 | 90% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 2 | 2 | 0 | 0 | 100% |
| Ft. Huachuca | 1 | 1 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 2 | 1 | 1 | 0 | 50% |
| BAMC - Ft. Sam Houston | 94 | 88 | 4 | 2 | 95% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 225 | 208 | 14 | 3 | 93% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

**Kennedy, Donna**

**om:** Kennedy, Donna
**ent:** Thursday, April 08, 1999 7:52 AM
**o:** 'oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil'
**Cc:** Amendolia, Anthony; Flatley, Linda; Jennings, James
**Subject:** RE: PRIME VENDOR UPDATE #4

Oscar,

Referencing your below e-mail and the Multi-Line Receipt Worksheet that you FAXED to me on 3/29/99.

Order Number: JIT UR61: Of the 12 line items zero-filled, 5 line items were not identified as usage data items according to the United Medical Usage Data Report; 1 line item (UMS#) was not found in the UDR (most likely this number was replaced by another UMS#). The remaining 6 line items zero-filled were identified as usage data items according to the United Medical Usage Data Report and should have been filled with the ordered quantity.

Of the 3 line items partially filled, 1 line item was not identified as an usage data item; 1 line item (UMS#) was not found in the UDR (most likely this number was replaced by another UMS#). The remaining line item partially filled was identified as an usage data item according to the United Medical Usage Data Report and should have been shipped with the ordered quantity.

Order Number: JIT UR63: Of the 6 line items zero-filled, 1 line item was not identified as an usage data item according to the United Medical Usage Data Report. The remaining 5 line items zero-filled were identified as usage data items according to the United Medical Usage Data Report and should have been filled with the ordered quantity with the exception of line items #1 (commitment qty is 3 cases) and #3 (commitment qty is 16 pgs). These line items were ordered above the commitment quantities.

ler Number: JIT UR69: Of the 4 line items zero-filled, 1 line item was not identified as an usage data item according :he United Medical Usage Data Report; 2 line items (UMS#) was not found in the UDR (most likely this number was eplaced by another UMS#). The remaining line item was identified as an usage data item according to the United Medical Usage Data Report and should have been shipped with the ordered quantity.

Order Number: JIT UR70: Of the 7 line items zero-filled, 1 line item was not identified as an usage data item according to the United Medical Usage Data Report. The remaining 6 line items were identified as usage data items according to the United Medical Usage Data Report and should have been shipped with the ordered quantity with the exception of line item #4 (commitment qty is 9 cases). This line item was ordered above the commitment quantity.

Of the 3 line items partially filled, all 3 line items were identified as usage data items according to the United Medical Usage Data Report and should have been shipped with the ordered quantity.

In addition to this e-mail, I'm FAXING back to you the Multi-Line Receipt Worksheet with my notes showing the items that United Medical doesn't show as usage data item; items that may have the wrong UMS# and the items that should have been filled. You need to contact United Medical for the items that they don't consider usage data items so they can correct their report. In addition, you need to request new UMS#s from United Medical for the items that don't have a good UMS#. I will contact United Medical regarding the zero-fills and partial fills that should have been filled by United Medical. I'm also checking with United Medical regarding backorder information.

If you have any questions please contact me.

Donna M. Kennedy
e-mail: dkennedy@dscp.dla.mil
Phone: 215-737-7075
FAX: 215-737-8144

-----Original Message-----
From: oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil

[mailto:oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil]
Sent: Tuesday, March 30, 1999 10:36 AM
To: dkennedy@dpsc.dla.mil; paa3018@exmail.dscp.dla.mil;
aj_grace_uzomba_at_medcen1__wbamc@medcom2.smtplink.amedd.army.mil;
.elvin_hicks_at_meddac1__fthuach@medcom2.smtplink.amedd.army.mil
Subject: PRIME VENDOR UPDATE #4

MCHM-LOG-MA 29 March 99

MEMORANDUM THRU MAJ UZOMBA, Chief, Materiel Branch, WBAMC

FOR Commander DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 S. 20th St. Philadelphia, PA 19145

SUBJECT: Prime Vendor Performance Update #4, United Medical Supply

1. PROBLEMS

a. Fill Rates FY99:

OCT 98
JIT - 67%
EDO - 41%

NOV 98
JIT - 74%
EDO - 95%

DEC 98
JIT - 68%
EDO - 66%

JAN 99
JIT - 72%
EDO - 78%

FEB 99
JIT - 81%
EDO - 68%

b. PRIME VENDOR ZERO FILLS

UR61 - JIT - (placed Thursday, 25 Mar 99)
Lines ordered - 23
Lines received complete - 8
Lines received partial - 3
Lines not filled - 12
Fill rate - 41%

UR63 - JIT - (placed Thursday, 25 Mar 99)
Lines ordered - 6
Lines received complete - 0
Lines received partial - 0
Lines not filled - 6
Fill rate - 0%

UR69 - JIT - (placed Friday, 26 Mar 99)
Lines ordered - 19
Lines received complete - 15

Lines received partial - 0
Lines not filled - 4
Fill rate - 79%

UR70 - JIT (placed Friday, 26 Mar 99)
Lines ordered - 15
Lines received complete - 5
Lines received partial - 3
Lines not filled - 7
Fill rate - 53%

c. BACKORDERS - Backorder information has not been available from United since June 1997

d. AVAILABILITY DATES/STATUS on zero fills has been sparse. It was not available on orders UR61, UR63, UR69 or UR70

NOTE: Copies of the Multi-Line Worksheet has been FAXED to you

2. EFFECT on Materiel Branch

a. Total zero fills from United Medical in two days - 29

b. Total zero balances at Materiel Branch increased 58% from 23 zero balances to 40 in two days, product was not available for issue

c. Item Managers were forced to purchase the following JIT items with their IMPAC card

UR61 - 6515009154141 - Mask Trach Adult

UR61 - 6515011039996 - Needle Hypo 22ga

UR70 - 6515007540406 - Syringe Hypo 5ml

UR70 - 6515007542836 - Needle Hypo 20ga

NOTE: The Item Managers are purchasing JIT items on their credit card, paying open market prices, shipping charges and increasing the month end credit card summary reconciliation process.

Oscar A. Molinar
Prime Vendor COR

Original

WILLIAM BEAUMONT ARMY MEDICAL CENTER

RZS-S77

Multi-Line Receipt Worksheet by Document Number
09:41
26/03/99
(9084)

Page:

RIC: JIT
Call Number: UR61

(13)

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location | No |
|---|---|---|---|---|---|---|---|---|---|---|
| H695-7-10 | CS | ~~4~~ ϕ | UMS0302656 | W45PEA | 90839157 | YUMITM | BOOT COVER SZ 7-12 150 | 116.09 | ~~UMITM~~ D2313B | |
| Commitment qty 6 cases DOLR - 12/21/98 | | | | | | | | | | |
| H311-0-00 | BX | (5) | UMSU121750 | W45PEA | 90849011 | YA0703 | COMFEEL PLUS 4X4 5'S | ~~16.43~~ 13.98 | ~~A0703C4~~ D0710E | |
| 2001-08 Lot-97194.76 Comfeel Plus | | | | | | | | | | |
| 6505-01-386-9046 | CS | ~~6~~ ϕ | UMS0326015 | W45PEA | 90849014 | YD2411 | WATER FOR INJ 12S | 8.04 | D2411A | |
| Commitment qty 22 cases DOLR - 12/11/98 | | | | | | | | | | |
| 6510-00-582-7993 | BX | (6) | UMS0300010 | W45PEA | 90849021 | YUMITM | BANDAGE 5YDX3" 12S | 5.93 | ~~UMITM~~ D3118A | |
| 6532-00-079-7902 | BX | (12) | UMS0177985 | W45PEA | 90849025 | YUMITM | SLIPPERS L 8-10 12'S | 12.49 | ~~UMITM~~ D3106B | |
| 6515-00-400-3401 | BX | (1) | UMS0107980 | W45PEA | 90849030 | YUMITM | CATHETER URETH 12FR 12 | ~~38.04~~ 40.85 | ~~UMITM~~ D1413B | |
| 6532-01-313-6255 | CS | ~~3~~ ϕ | UMS0405775 | W45PEA | 90849031 | YUMITM | DIAPER ADULTS 72'S | 28.76 | ~~UMITM~~ D3608A | |
| *NOT IDENTIFIED ON USAGE REPORT | | | | | | | | | | |
| 6515-00-915-4141 | CS | ~~1~~ ϕ | UMS0050230 | W45PEA | 90849034 | YUMITM | MASK TRACH ADULT 50S | 58.18 | ~~UMITM~~ D2803B | |
| *NOT IDENTIFIED ON USAGE REPORT | | | | | | | | | | |
| H367-8-61 | CS | ~~4~~ (1) | UMS0087670 | W45PEA | 90849042 | YD3903 | TUBE BLOOD 4ML 1000'S | 77.97 | D3903B | |
| May 00 exp 9A920 Lot# Vacutainer *NOT IN UDR (UMS#) | | | | | | | | | | |
| 6510-00-926-8882 | BX | ~~32~~ 30 | UMS0299325 | W45PEA | 90849043 | YD1807 | ADHESIVE TAPE 1" 12'S | 7.00 | D1807A | |
| Commitment qty 50 bx - DOLR 2/23/99 | | | | | | | | | | |
| 6515-01-103-9996 | BX | ~~1~~ ϕ | UMS0084625 | W45PEA | 90849044 | YC0902 | NEEDLE HYPO 22GA 25S | 55.50 | C0902C | |
| Commitment qty 10 boxes DOLR - 11/5/98 | | | | | | | | | | |
| 6515-01-276-3132 | CS | ~~9~~ ϕ | UMS0940575 | W45PEA | 90849045 | YD2818 | TUBING SURGICAL 100' | 10.15 | D2818A | |
| *NOT IDENTIFIED ON USAGE REPORT | | | | | | | | | | |
| 6515-00-436-1881 | BX | (3) | UMS0405050 | W45PEA | 90849053 | YUMITM | SUTURE REMOVAL KIT50S | 27.85 | ~~UMITM~~ D2710B | |
| 6515-01-233-1911 | BX | (2) | UMS0337495 | W45PEA | 90849054 | YUMITM | AIRWAY PHAR 90MM 30'S | 3.57 | ~~UMITM~~ D1708C | |
| 6515-01-332-2119 | CS | ~~1~~ ϕ | UMS0330465 | W45PEA | 90849055 | YUMITM | STOPCOCK IV 3-WAY 50'S | 13.96 | ~~UMITM~~ D2713B | |
| Commitment qty 4 CS DOLR - 1/22/99 | | | | | | | | | | |
| 6515-01-354-9055 | CS | ~~3~~ ϕ | UMS0940460 | W45PEA | 90849056 | YUMITM | TUBE SUCTION 18FR 50S | 268.50 | ~~UMITM~~ D3708B | |
| * NOT IDENTIFIED ON USAGE REPORT | | | | | | | | | | |
| 988-82661-22 | CS | ~~1~~ ϕ | UMS0940450 | W45PEA | 90849057 | YUMITM | TUBE SURG SUC 14FR 50S | 268.50 | ~~UMITM~~ D3507A | |
| * NOT IDENTIFIED ON USAGE REPORT | | | | | | | | | | |
| HN25-0-00 | CS | ~~1~~ ϕ | UMS1227705 | W45PEA | 90849058 | YUMITM | OXISENSOR NEONATAL24'S | 472.47 | ~~UMITM~~ D3114B | |

NOT IN UDR under UMS#2351.69 26 Mar 99

9085 Recd

Extracted

ORS INV

WILLIAM BEAUMONT ARMY MEDICAL CENTER

N: RZS-S77

Multi-Line Receipt Worksheet by Document Number
09:41
25/03/99
(9084)

Page:

RIC: JIT
Call Number: UR61

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location |
|---|---|---|---|---|---|---|---|---|---|
| 6515-00-400-5465 | EA | (10) 29 | UMS0472335 | W45PEA | 90849059 | YUMITM | CATHETER ROB-NEL 14FR | 0.19 | ~~UMITM~~ D1414C |
| *NOT IDENTIFIED ON USAGE REPORT | | | | | | | | | |
| 6515-01-069-3666 | BX | ∅ 2 | UMS0068990 | W45PEA | 90849060 | YC0202 | NEEDLE ASPIRATION 100S | 28.00 | C0202C |
| commitment qty 6 cases DOLR - 5/29/98 | | | | | | | | | |
| 6515-01-156-2419 | BX | ∅ 1 | UMS0084630 | W45PEA | 90849061 | YC0103 | NEEDLE HYPO 20GA 25'S | 28.17 | C0103B |
| commitment qty 8 boxes DOLR - 8/31/98 | | | | | | | | | |
| 6515-01-324-4676 | BX | (237) | UMS0708375 | W45PEA | 90849063 | YD3906 | GLOVE PWD/FREE LARG100 | 5.80 | D3906A |
| H19M-M-TP | CS | (2) | UMS1158415 | W45PEA | 90849064 | YUMITM | PIN DISPENS ALARIS 100 | ~~150.45~~ 150.36 | ~~UMITM~~ MAKE LOC |

Total Value of Dues-In $ 5061.74

ID OF REPORT

3/26/99

WILLIAM BEAUMONT ARMY MEDICAL CENTER

Page: 1

Multi-Line Receipt Worksheet by Document Number

09:59

25/03/99

(9084)

(6)

PCN: K25-577

RIC: J1T

Call Number: UA63

| L/I | Stock Number / UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 6505-01-330-6259 | CS | 4 | UMS0325810 Ø | W45PEA | 90849072 | YD2405 | DEXT & SCC CHL INJ 12S | 4.98 | D2406A | #301092 |
| | commitment qty 3 cases Ø - DOLR 2/26/99 McGa | | | | | | | 4270/26120 | | | |
| 2. | 6510-00-058-4421 | CS | 7 | UMS0295490 Ø | W45PEA | 90849073 | YUNITM | SPON SURG 2X2" 30005 | 61.08 | UNITX | |
| | commitment qty 360 TR - DOLR 2/15/99 Kead | | | | | | | 3583/1806 | | | |
| 3. | 6510-00-111-0708 | PG | 16 | UMS0295200 Ø | W45PEA | 90849074 | YUNITM | PAD NONADH 3X4 50'S | 6.35 | UNITM | |
| | commitment qty 12 Bx - DOLR 2/2/99 Kead | | | | | | | 3583/1050 | | | |
| 4. | 6510-00-294-0003 | CS | 6 | UMS0296145 Ø | W45PEA | 90849075 | YUNITM | SPONGE SURGS.75X6"500 | 115.46 | UNITM | |
| | commitment qty 8 CS - DOLR 2/17/99 Kead | | | | | | | 3583/3085 | | | |
| 5. | 6530-01-245-3462 | CS | 1 | UMS0542305 Ø | W45PEA | 90849077 | YUNITM | PAD PRESS 12'S EGG/CR | 50.26 | UNITM | |
| | * NOT IDENTIFIED ON USAGE REPORT Bloc | | | | | | | 0805/11760 | | | |
| 6. | M335-3-00 | BX | 2 | UMS0121815 Ø | W45PEA | 90849078 | YD1712 | COMFEEL RELIEF RD 5'S | 20.84 | D17120 | |
| | commitment qty 4 Bx - DOLR 12/17/98 Colo | | | | | | | 1515/3353 | | | |

Total Value of Dues-In $ 1333.72

END OF REPORT

Notes

L/I 1. Ordered 4 cs - commitment qty is 3cs Received Ø.

L/I 3. Ordered 16 PS - commitment qty is 12bx. Received Ø.

ORGINAL

WILLIAM BEAUMONT ARMY MEDICAL CENTER

: RZS-S77 Multi-Line Receipt Worksheet by Document Number Page:

08:52

26/03/99

(9085)

RIC: JIT

Call Number: UR69

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location | No |
|---|---|---|---|---|---|---|---|---|---|---|
| 6515-00-890-1541 | CS | ø 1 | UMS0752940 | W45PEA | 90849140 | YUMITM | CLAMP UMBILICAL 125S | 75.18 | ~~UMITMM~~ D1406A | |
| *NOT IDENTIFIED ON USAGE REPORT. | | | | | | | | | | |
| 6510-00-142-8728 | CS | 1 | UMS0295240 | W45PEA | 90849144 | YUMITM | SPONGE SURG6.75X6"600 | ✓ 70.88 | ~~UMITM~~ D3615A | |
| H471-230-70 | CS | 3 | UMS0550030 | W45PEA | 90849146 | YUMITM | MASK SURG 300'S | ✓ 55.85 | ~~UMITM~~ D2510A | |
| 6510-00-935-5822 | BX | 1 | UMS0604230 | W45PEA | 90849152 | YUMITM | BANDAGE 4.5"X4YDS 10'S | 8.39 | UMITM [illegible] | |
| *NOT IN UDR UNDER UMS # | | | | | | | | | | |
| 6510-00-935-5823 | BX | 10 | UMS1600700 | W45PEA | 90849154 | YUMITM | BANDAGE 6"X4.5 YDS 10S | ✓ 11.02 | ~~UMITM~~ D2410A | |
| 6530-01-036-7259 | CS | ø 1 | UMS0303100 | W45PEA | 90849161 | YUMITM | CYSTO PACK 12'S | 79.60 | ~~UMITM~~ D2410A | |
| *NOT IN UDR UNDER UMS # | | | | | | | | | | |
| H371-0-65 | CS | 1 | UMS0084945 | W45PEA | 90849170 | YD3513 | BRUSHES E-Z SCRUB 300S | ✓ 164.32 | D3513A | |
| 6505-01-331-8945 | CS | ø 14 | UMS0325990 | W45PEA | 90849176 | YUMITM | SODIUM CHLORIDE INJ24 | 18.84 | ~~UMITM~~ D2407A | |
| commitment qty 36 cases - DOLR 2/19/99 | | | | | | | | | | |
| 6532-01-327-4201 | CS | 1 | UMS0304030 | W45PEA | 90849178 | YUMITM | GOWN OPERATING LARGE32 | ✓ 200.55 | ~~UMITM~~ D2801A | |
| 6515-01-339-0628 | CS | 3 | UMS0008585 | W45PEA | 90849180 | YUMITM | ADMINISTRATION SET120 | ✓ 32.51 | ~~UMITM~~ C0202B | |
| H101-5-00 | BX | 4 | UMS0610710 (exp. 2-04, LOT. - AL) | W45PEA (3M) | 90849184 | YD1808 | DRAPE STERI U 10'S | ✓ 81.26 | D1808B | |
| H853-6-00 | CS | 3 | UMS0444135 | W45PEA | 90849185 | YUMITM | CONTAINER SHARP 3GL 10 | ✓ 60.14 | ~~UMITM~~ D2405B | |
| 6510-00-926-8883 | BX | 14 | UMS0299330 | W45PEA | 90849191 | YD1806 | ADH TAPE SSURG 2" 6'S | ✓ 7.00 | D1806E | |
| 6515-00-719-7217 | BX | 11 | UMS0083745 | W45PEA | 90849192 | YC0401 | SYRINGE&NDL 25GA 100S | ✓ 6.20 | C0401A | |
| 6515-00-754-2834 | BX | 45 | UMS0083205 | W45PEA | 90849193 | YC0101 | NEEDLE HYPO 18GA 100S | ✓ 3.76 | C0101B | |
| 6515-01-289-9839 | BX | 2 | UMS0084025 | W45PEA | 90849194 | YC0701 | SYRINGE IRRIG 60ML 30 | ✓ 12.89 | C0701C | |
| 6515-01-332-4759 | BX | 7 | UMS1130395 (exp. 8-03, LOT. 808058) | W45PEA (B-D) | 90849195 | YC0802 | CATH IV 20 GA 1 1/4 50 | ✓ 42.96 | C0802B | |
| 6530-01-030-6882 | CS | 1 | UMS0336120 | W45PEA | 90849196 | YD3210 | BOTTLE PERI 8 OZ 50'S | ~~21.50~~ 37.40 | D3210B | |

29 Mar 99

2082.63

OKINGU

WILLIAM BEAUMONT ARMY MEDICAL CENTER

.l: RZS-S77 Multi-Line Receipt Worksheet by Document Number Page:

08:52

26/03/99

(9085)

RIC: JIT

Call Number: UR69

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location | Nc |
|---|---|---|---|---|---|---|---|---|---|---|
| H388-51-81 3D | BX | (4) 16 | UMS0088870 | W45PEA | 90849197 | YC0801 | CATH IV 18 GA 1 1/4 50 | 42.96 | LC0801B | |

*NOT IN UPR UNDER UMS#

3-29-99

Total Value of Dues-In $ 3098.08

END OF REPORT

ORGINAL

WILLIAM BEAUMONT ARMY MEDICAL CENTER

: RZS-S77

Multi-Line Receipt Worksheet by Document Number
09:49
26/03/99
(9085)

Page:

RIC: JIT
Call Number: UR70

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location | Not |
|---|---|---|---|---|---|---|---|---|---|---|
| 6505-01-330-8926 | CS | 15 | UMS0326390 (EXP. 1-02 BRAUN; LOT - J9A222) | W45PEA | 90859020 | YD2311 | SOD CHL IRR 1000ML16S | 7.70 | D2311A | |
| 6510-00-111-0708 | PG | 8 | UMS0295200 | W45PEA | 90859021 | YUMITM | PAD NONADH 3X4 50'S | 6.35 | ~~UMITM~~ D2310B | |
| 6510-01-156-2386 | PG | 5 | UMS0000480 (EXP. 2-04 3M; LOT - C1) | W45PEA | 90859022 | YUMITM | BANDAGE ADHESIVE 10'S | 20.61 | ~~UMITM~~ D1710C | |
| 6530-01-047-9697 | BX | ~~76~~ | UMS0000005 (equates to 19 CSS @ 4bx @ 10ea; commitment qty 9 CS - DOLR 3/3/99) | W45PEA | 90859024 | YD3618 | DRAPE SURG 17.265L10S | 16.66 | D3618B | |
| 6530-01-092-3914 | CS | 9 | UMS1183995 | W45PEA | 90859025 | YUMITM | PAPER SHEET EXAM 12S | 21.88 | ~~UMITM~~ D1710C | |
| 6530-01-153-6407 | CS | ~~1~~ | UMS0043025 (commitment qty 2 CS - DOLR 9/26/98) | W45PEA | 90859026 | YUMITM | LAPAROSCOPY PACK 10S | 78.11 | ~~UMITM~~ D3615B | |
| H335-3-00 | BX | ~~1~~ | UMS0121815 (commitment qty 4 BX - DOLR 12/17/98) | W45PEA | 90859027 | Y1712D | COMFEEL RELIEF RD 5'S | 20.84 | D1712D | |
| [illegible]5-01-103-9996 | BX | ~~1~~ | UMS0084625 (commitment qty 10 BX - DOLR 11/5/98) | W45PEA | 90859029 | YC0902 | NEEDLE HYPO 22GA 25S | 55.50 | C0902C | |
| 6515-01-156-2419 | BX | ~~1~~ | UMS0084630 (commitment qty 8 BX - DOLR 8/31/98) | W45PEA | 90859030 | YC0103 | NEEDLE HYPO 20GA 25'S | 28.17 | C0103B | |
| HN25-0-00 | CS | 1 | UMS1227705 | W45PEA | 90859031 | YUMITM | OXISENSOR NEONATAL24'S | 472.47 | ~~UMITM~~ D3114B | |
| 6515-00-754-0406 | BX | (4) 8 | UMS0082885 (commitment qty 9 BX - DOLR 12/21/98) | W45PEA | 90859035 | YC0203 | SYRINGE HYPO 5ML 100S | 8.22 | C0203A | |
| 6515-00-754-0412 | BX | (2) 9 | UMS0082890 (commitment qty 15 BX - DOLR - 3/2/99) | W45PEA | 90859036 | YC0701 | SYRINGE HYPO 10ML100S | 9.66 | C0701B | |
| 6515-00-754-2836 | BX | (4) 10 | UMS0083140 (commitment qty 20 BOX - DOLR 2/4/99) | W45PEA | 90859037 | YC0102 | NEEDLE HYPO 20GA 100S | 3.76 | C0102A | |
| H000-2-10 | CS | ~~2~~ | UMS0646405 (*NOT IDENTIFIED ON USAGE REPORT) | W45PEA | 90859038 | YUMITM | NEBULIZER W/RESER 50'S | 44.03 | ~~UMITM~~ D3114A | |
| 6515-01-229-2642 | CS | ~~2~~ | UMS0084620 (commitment qty 2CS - DOLR 10/5/98) | W45PEA | 90859040 | YUMITM | NEEDLE SPINAL 25GA 100 | 112.98 | ~~UMITM~~ C0201C | |

Total Value of Dues-In $ 2891.84

3-29-99

1005 98
9085 UR70 99
2 appr
1005 98

END OF REPORT

**Kennedy, Donna**

**From:** oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil
**Sent:** Monday, April 26, 1999 2:00 PM
**To:** paa5314@exmail.dscp.dla.mil
**Subject:** Re[2]: I OWE YOU

Donna,

The information I owe you is on it's way. I apologize for not being able to put the information on an ADHOC report.

The items in question were all converted to Just in Time. United Medical should not have been out of stock. They should make an effort to notify us, on a monthly basis, of the items that are not moving.

The Materiel Branch item managers do not convert an item to Just In Time (JIT) until they submit a commitment form to United Medical, Joe Velasquez acknowledges receipt, United confirms relationship with the DAPA holder and we are assured that the item will be available in 30 days.

I was surprised to find so many items not identified on the United Medical usage report. Most are "bread and butter" recurring items with a good demand history that have been converted to JIT. Notice - UR61, item 6532013136255 Diaper Adult. Materiel Branch ordered 3 cases, United Medical had zero. The demand history shows that in January Materiel Branch ordered 5 cases, February 6 cases and March 8 cases.

Oscar

____________________ Reply Separator ____________________
Subject: RE: I OWE YOU
Author: "Kennedy Donna" <paa5314@exmail.dscp.dla.mil> at internet-mail
Date: 4/15/99 2:22 PM

Oscar,

Thank you for the update.

Donna M. Kennedy
e-mail: dkennedy@dscp.dla.mil
Phone: 215-737-7075
FAX: 215-737-8144

-----Original Message-----
From: oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil [mailto:oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil]
Sent: Thursday, April 15, 1999 1:45 PM

MCXJ-LO-MAT 16 April 1999

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St, Philadelphia, PA 19145

SUBJECT: Prime Vendor Report #2, United Medical Supply

1. Reference CC Mail message from William Beaumont Army Medical Center (MCHM-LOG-MA), dated 29 March 1999, Subject: Prime Vendor Performance Update #4, United Medical Supply.

2. Our major problems with United Medical continue to be with fill rates on the Extended Delivery Orders (EDO) and the time it takes to get an EDO order. Many orders are going far beyond the 10 days called for in the contract. During the month of March, we cancelled 3 EDO lines for non-receipt within 30 days and changed our source of supply on 2 items from United Medical to another source. Our EDO figures for March are as follows:

a. Total lines ordered - 39

b. Total lines received in the allotted time - 22

c. Lines received in over the allotted time - 3

d. Lines cancelled because of non-receipt - 3

e. Lines over 10 days old and still open - 11

3. We have recently experienced a decrease in fill rate for Just In Time (JIT) orders also. Just In Time figures for the month of March are as follows:

a. Total lines ordered - 172

b. Total lines received in the allotted time - 126

c. Lines not received - 32

d. Lines partially filled - 13

e. Lines incorrectly filled - 1 (Item received was past expiration date)

MCXJ-LO-MAT (16 April 1999)
SUBJECT: Prime Vendor Report #2, United Medical Supply

4. By our calculations, that places the fill rates at about 73% for JIT and 56% for EDO, but of course that is not counting the "outs" the contractor can bring to bear.

5. Other problems discussed in the last report continue about the same. Representative visits have improved somewhat - We received a visit in January and one in February. One was scheduled for March but was cancelled by the UM representative, and one has not yet been scheduled for April. There has been a marked decrease in calls received from DSCP about billing information on orders that are still open. We have only received one such call in the last month.

6. Point of contact is the undersigned at DSN 821-2070/5117 or commercial (520) 533-2070/5117.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133

**Kennedy, Donna**

**From:** melvin_hicks@HUACHUCA.SMTPLINK.AMEDD.ARMY.MIL
**Sent:** Tuesday, April 27, 1999 6:43 PM
**To:** paa3018@exmail.dscp.dla.mil; dkennedy@dpsc.dla.mil
**Cc:** oscar_molinar_at_medcen5__wbamc@smtplink.amedd.army.mil; cpt_kevin_conrad@HUACHUCA.SMTPLINK.AMEDD.ARMY.MIL; doil_ratliff_at_meddac1__fthuach@smtplink.amedd.army.mil
**Subject:** April Med/Surg Prime Vendor Update

This is kind of a between reports report, and I am sending it because in the last three weeks we have experienced a marked decrease in the fill rate for our Just In Time (JIT) orders. I have five of them in front of me ranging in time from the 9th to the 27th of April, with call numbers PL16, PL18, PL28, PL30 and PL33.

On the above five orders, we ordered a total of 51 lines of medical supplies, all of which have had usage data provided to United Medical. Of the 51 lines ordered, we received 23 lines as requested, we got partial fills on 4 lines and received nothing on the remaining 24 lines.

This amounts to a fill rate of about 45% not counting the partial fills and about 53% if you count the partial fills.

Needless to say, this is a long way from meeting the terms of the contract. In addition, it adversely impacts my ability to support the clinics at this facility and would be unacceptable to me for any supply source, let alone one that is under contract to provide a specified fill rate. I realize this represents only about 25% of the JIT orders we have processed in April, and some of the lines are the same item we have ordered more than once, but even so, it represents a significant downturn in the service we are getting.

When we ask United Medical why we are unable to get the items we order, we get responses like "The item is not available in Fort Worth" or "You didn't order any of these for two months, so it dropped out of our computer" and in one case, the reply was "Some one from your place called us last August and told us you weren't going to use these any more, so we discontinued them". When we asked for a name, they could not provide one.

When I am unable to get these items from the Prime Vendor, I must go to another source, because my need for it does not go away. After I have had to go to another source for something two or three times, my inclination is to stay with the source that can provide me the product. What you are likely to see, therefore, is a decline in the Prime Vendor purchases made by this facility unless there is some effort made by the Prime Vendor to improve the service they are providing.

As an aside, I received a call from DSCP this morning about three call numbers, PJ66, PJ69, and PH26. They asked me for the document number and total amount of the summary receipt. When I researched it I found the orders had not yet been filled, so apparently United Medical is still invoicing DSCP for orders that have not been completed.

Mel Hicks

# Lone Star Region - Med/Surg
# April 99 Fill Rate Report

## Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 123 | 92 | 29 | 2 | 76% |
| Vance AFB | 145 | 142 | 2 | 1 | 98% |
| Tinker AFB | 195 | 167 | 27 | 1 | 86% |
| Sheppard AFB | 162 | 136 | 23 | 3 | 85% |
| Dyess AFB | 106 | 104 | 2 | 0 | 98% |
| Altus AFB | 184 | 180 | 4 | 0 | 98% |
| Randolph AFB | 36 | 28 | 8 | 0 | 78% |
| Laughlin AFB | 8 | 8 | 0 | 0 | 100% |
| Cannon AFB | 159 | 91 | 56 | 12 | 61% |
| Holloman AFB | 122 | 112 | 10 | 0 | 92% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 24 | 24 | 0 | 0 | 100% |
| Naval Hospital CC | 10 | 10 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1098 | 1022 | 44 | 32 | 95% |
| Reynolds - Ft. Sill | 488 | 427 | 52 | 9 | 88% |
| Ft. Huachuca | 112 | 95 | 11 | 6 | 88% |
| Wm. Bmnt. - Ft. Bliss | 1050 | 826 | 177 | 47 | 81% |
| BAMC - Ft. Sam Houston | 1748 | 1600 | 105 | 43 | 93% |
| AFMLO / Ft. Worth, Texas | 7 | 7 | 0 | 0 | 100% |
| **Total** | 5777 | 5071 | 550 | 156 | 89% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# April 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 18 | 17 | 1 | 0 | 94% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 4 | 4 | 0 | 0 | 100% |
| Cannon AFB | 1 | 1 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 1 | 1 | 0 | 0 | 100% |
| Naval Hospital CC | 87 | 84 | 3 | 0 | 97% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 7 | 7 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 1 | 1 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 108 | 104 | 4 | 0 | 96% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 227 | 219 | 8 | 0 | 96% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
## May 99 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 105 | 84 | 20 | 2 | 81% |
| Vance AFB | 106 | 99 | 6 | 1 | 94% |
| Tinker AFB | 228 | 205 | 18 | 5 | 91% |
| Sheppard AFB | 170 | 134 | 32 | 4 | 80% |
| Dyess AFB | 53 | 53 | 0 | 0 | 100% |
| Altus AFB | 98 | 93 | 5 | 0 | 95% |
| Randolph AFB | 39 | 36 | 2 | 1 | 94% |
| Laughlin AFB | 10 | 10 | 0 | 0 | 100% |
| Cannon AFB | 70 | 49 | 16 | 5 | 74% |
| Holloman AFB | 76 | 64 | 12 | 0 | 84% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 24 | 24 | 0 | 0 | 100% |
| Naval Hospital CC | 2 | 2 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 994 | 890 | 77 | 27 | 91% |
| Reynolds - Ft. Sill | 410 | 370 | 31 | 9 | 91% |
| Ft. Huachuca | 108 | 97 | 8 | 3 | 91% |
| Wm. Bmnt. - Ft. Bliss | 970 | 675 | 240 | 55 | 72% |
| BAMC - Ft. Sam Houston | 1783 | 1646 | 112 | 25 | 93% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 5246 | 4531 | 579 | 137 | 88% |

This report is Confidential and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
## May 99 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 7 | 7 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 1 | 1 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | 1 | 0 | 1 | 0 | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 79 | 78 | 1 | 0 | 99% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 2 | 2 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 128 | 126 | 1 | 1 | 99% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 220 | 216 | 3 | 1 | 98% |

This report is Confidential and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# June 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 8 | 8 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | 1 | 1 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 101 | 98 | 3 | 0 | 97% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 3 | 2 | 1 | 0 | 67% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 208 | 194 | 13 | 1 | 94% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 323 | 305 | 17 | 1 | 95% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
## June 99 Fill Rate Report

### Drop Ship

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 1 | 1 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | 1 | 1 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | | | | | 0% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | | | | | 0% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 2 | 2 | 0 | 0 | 100% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

MCXJ-LO-MAT 11 June 1999

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St, Philadelphia, PA 19145

SUBJECT: Prime Vendor Report #3, United Medical Supply

1. I have done a mini-survey of orders over a two week period covering the last part of May and first part of June, which I think is representative of how the service is currently going. Over all, I would say it is about the same as it has been for the past few months. The figures for the JIT orders I looked at (Call Numbers PL56 through PL67) are as follows:

a. Total lines ordered - 65

b. Total lines received - 52

c. Lines partially filled - 2

d. Fill Rate - 80%

2. We have recently received something we had not experienced before. A JIT order (PL69) was sent yesterday for 3 items. Shortly after we sent it, United Medical called us on the phone and advised us all of the items on the order were taken out of stock and that we should resubmit the order as an Extended Delivery Order. These are items for which we have provided them usage data and that we have been ordering for some time. I would not think it would be their option to take something like that from stock and make at an EDO item.

3. My plan for the three items discussed above is to find another source of supply. My service from United Medical on EDO's has not improved any lately. I presently have open lines on 19 EDO requisitions, 12 of them, with 14 open lines have gone past the 10 day allotted time for EDO's. For Lowest Unit Sales orders, I have 6 orders with 9 open lines, all of which are past the 10 day allotted time.

4. Other issues from previous reports continue about the same. Our last customer assistance visit was the end of April, and they have not yet scheduled another one. I have received one call from DSCP in the past month asking for summary receipt information on orders that have not yet been closed out.

MCXJ-LO-MAT(11 June 1999)
SUBJECT: Prime Vendor Report #3, United Medical Supply

5. Point of contact is the undersigned at DSN 821-2070/5117 or commercial (520) 533-2070/5117.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133

# Lone Star Region - Med/Surg
# July 99 Fill Rate Report

## Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 129 | 107 | 20 | 2 | 84% |
| Vance AFB | 121 | 119 | 2 | 0 | 98% |
| Tinker AFB | 241 | 190 | 45 | 6 | 80% |
| Sheppard AFB | 141 | 114 | 20 | 7 | 83% |
| Dyess AFB | 54 | 53 | 0 | 1 | 99% |
| Altus AFB | 101 | 96 | 4 | 1 | 96% |
| Randolph AFB | 10 | 10 | 0 | 0 | 100% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 44 | 24 | 20 | 0 | 55% |
| Holloman AFB | 83 | 61 | 21 | 1 | 74% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 29 | 24 | 5 | 0 | 83% |
| Naval Hospital CC | 4 | 4 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 768 | 723 | 32 | 13 | 95% |
| Reynolds - Ft. Sill | 446 | 345 | 75 | 26 | 80% |
| Ft. Huachuca | 48 | 42 | 5 | 1 | 89% |
| Wm. Bmnt. - Ft. Bliss | 570 | 434 | 115 | 21 | 78% |
| BAMC - Ft. Sam Houston | 1660 | 1510 | 105 | 45 | 92% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0 |
| **Total** | 4455 | 3862 | 469 | 124 | 88% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
## July 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 3 | 3 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 7 | 7 | 0 | 0 | 100% |
| Cannon AFB | 34 | 22 | 12 | 0 | 65% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 5 | 4 | 1 | 0 | 80% |
| Naval Hospital CC | 90 | 89 | 1 | 0 | 99% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 4 | 3 | 1 | 0 | 75% |
| Wm. Bmnt. - Ft. Bliss | 2 | 2 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 91 | 90 | 1 | 0 | 99% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 236 | 220 | 16 | 0 | 93% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
## August 99 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 128 | 101 | 26 | 1 | 79% |
| Vance AFB | 128 | 118 | 10 | 0 | 92% |
| Tinker AFB | 194 | 156 | 34 | 4 | 81% |
| Sheppard AFB | 214 | 121 | 84 | 9 | 59% |
| Dyess AFB | 65 | 64 | 1 | 0 | 98% |
| Altus AFB | 184 | 141 | 38 | 5 | 78% |
| Randolph AFB | 25 | 24 | 0 | 1 | 98% |
| Laughlin AFB | 17 | 17 | 0 | 0 | 100% |
| Cannon AFB | 89 | 54 | 34 | 1 | 61% |
| Holloman AFB | 60 | 59 | 1 | 0 | 98% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 41 | 35 | 5 | 1 | 87% |
| Naval Hospital CC | 12 | 12 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 894 | 813 | 65 | 16 | 92% |
| Reynolds - Ft. Sill | 370 | 325 | 35 | 10 | 89% |
| Ft. Huachuca | 56 | 50 | 4 | 2 | 91% |
| Wm. Bmnt. - Ft. Bliss | 697 | 544 | 120 | 33 | 80% |
| BAMC - Ft. Sam Houston | 1808 | 1637 | 113 | 58 | 92% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0 |
| **Total** | 4982 | 4271 | 570 | 141 | 87% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
## August 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 4 | 4 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 1 | 0 | 0 | 1 | 50% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 42 | 42 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 2 | 2 | | | 0% |
| Ft. Huachuca | 5 | 3 | 2 | 0 | 60% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 68 | 67 | 1 | 0 | 99% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 123 | 119 | 3 | 1 | 97% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# September 99 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 96 | 79 | 16 | 1 | 83% |
| Vance AFB | 81 | 80 | 1 | 0 | 99% |
| Tinker AFB | 381 | 227 | 140 | 14 | 61% |
| Sheppard AFB | 193 | 151 | 38 | 4 | 79% |
| Dyess AFB | 77 | 69 | 3 | 5 | 93% |
| Altus AFB | 67 | 54 | 13 | 0 | 81% |
| Randolph AFB | 39 | 35 | 0 | 4 | 95% |
| Laughlin AFB | 8 | 8 | 0 | 0 | 100% |
| Cannon AFB | 52 | 34 | 14 | 4 | 69% |
| Holloman AFB | 46 | 46 | 0 | 0 | 100% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 36 | 34 | 2 | 0 | 94% |
| Naval Hospital CC | 1 | 1 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 909 | 788 | 82 | 39 | 89% |
| Reynolds - Ft. Sill | 383 | 338 | 39 | 6 | 89% |
| Ft. Huachuca | 148 | 108 | 30 | 10 | 76% |
| Wm. Bmnt. - Ft. Bliss | 880 | 628 | 184 | 68 | 75% |
| BAMC - Ft. Sam Houston | 1884 | 1710 | 127 | 47 | 92% |
| AFMLO / Ft. Worth, Texas | 22 | 22 | 0 | 0 | 100% |
| **Total** | 5303 | 4412 | 689 | 202 | 85% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# September 99 Fill Rate Report

## Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 2 | 2 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 42 | 42 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 4 | 2 | 1 | 1 | 63% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 109 | 101 | 7 | 1 | 93% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 158 | 148 | 8 | 2 | 94% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## October 99 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 76 | 66 | 9 | 1 | 88% |
| Vance AFB | 52 | 51 | 1 | 0 | 98% |
| Tinker AFB | 120 | 95 | 20 | 5 | 81% |
| Sheppard AFB | 154 | 137 | 12 | 5 | 91% |
| Dyess AFB | 62 | 54 | 7 | 1 | 88% |
| Altus AFB | 69 | 69 | 0 | 0 | 100% |
| Randolph AFB | 14 | 13 | 1 | 0 | 93% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 59 | 32 | 25 | 2 | 56% |
| Holloman AFB | 79 | 79 | 0 | 0 | 100% |
| Kirkland AFB | 30 | 25 | 1 | 4 | 90% |
| Brooks AFB | 14 | 14 | 0 | 0 | 100% |
| Naval Hospital CC | 23 | 23 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 784 | 732 | 44 | 8 | 94% |
| Reynolds - Ft. Sill | 403 | 326 | 67 | 10 | 82% |
| Ft. Huachuca | 149 | 114 | 26 | 9 | 80% |
| Wm. Bmnt. - Ft. Bliss | 836 | 606 | 181 | 49 | 75% |
| BAMC - Ft. Sam Houston | 1586 | 1401 | 125 | 60 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4516 | 3843 | 519 | 154 | 87% |

Copy given to D. DiOrio on 12/7/99

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

Rec'd 12/6/99

## Lone Star Region - Med/Surg
## October 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 9 | 8 | 0 | 1 | 94% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 2 | 2 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | 1 | 1 | 0 | 0 | 100% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 25 | 25 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 61 | 58 | 2 | 1 | 96% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 101 | 97 | 2 | 2 | 97% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## November 99 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 70 | 61 | 9 | 0 | 87% |
| Vance AFB | 79 | 78 | 1 | 0 | 99% |
| Tinker AFB | 269 | 198 | 67 | 4 | 74% |
| Sheppard AFB | 83 | 79 | 4 | 0 | 95% |
| Dyess AFB | 42 | 39 | 1 | 2 | 95% |
| Altus AFB | 88 | 87 | 1 | 0 | 99% |
| Randolph AFB | 25 | 22 | 3 | 0 | 88% |
| Laughlin AFB | 4 | 4 | 0 | 0 | 100% |
| Cannon AFB | 60 | 36 | 15 | 9 | 68% |
| Holloman AFB | 65 | 65 | 0 | 0 | 100% |
| Kirkland AFB | 30 | 27 | 3 | 0 | 90% |
| Brooks AFB | 16 | 16 | 0 | 0 | 100% |
| Naval Hospital CC | 14 | 14 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 829 | 759 | 57 | 13 | 92% |
| Reynolds - Ft. Sill | 374 | 335 | 37 | 1 | 90% |
| Ft. Huachuca | 49 | 46 | 1 | 2 | 96% |
| Wm. Bmnt. - Ft. Bliss | 570 | 466 | 73 | 31 | 84% |
| BAMC - Ft. Sam Houston | 1490 | 1403 | 51 | 36 | 95% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4157 | 3735 | 323 | 98 | 91% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## November 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate | |
|---|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% | |
| Vance AFB | | | | | 0% | |
| Tinker AFB | 1 | 1 | 0 | 0 | 100% | * |
| Sheppard AFB | | | | | 0% | |
| Dyess AFB | | | | | 0% | |
| Altus AFB | | | | | 0% | |
| Randolph AFB | 1 | 1 | 0 | 0 | 100% | * |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% | * |
| Cannon AFB | 19 | 4 | 15 | 0 | 21% | |
| Holloman AFB | | | | | 0% | |
| Kirkland AFB | | | | | 0% | |
| Brooks AFB | 1 | 1 | 0 | 0 | 100% | * |
| Naval Hospital CC | 75 | 75 | 0 | 0 | 100% | * |
| Darnall - Ft. Hood | | | | | 0% | |
| Reynolds - Ft. Sill | | | | | 0% | |
| Ft. Huachuca | 1 | 1 | 0 | 0 | 0% | * |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% | |
| BAMC - Ft. Sam Houston | 46 | 44 | 1 | 1 | 97% | * |
| AFMLO / Ft. Worth, Texas | | | | | 0% | |
| **Total** | 145 | 128 | 16 | 1 | 89% | |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
# December 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | 1 | 1 | 0 | 0 | 100% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | 2 | 2 | 0 | 0 | 100% |
| Laughlin AFB | 4 | 4 | 0 | 0 | 100% |
| Cannon AFB | 2 | 2 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 66 | 65 | 1 | 0 | 98% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 3 | 2 | 1 | 0 | 0% |
| Wm. Bmnt. - Ft. Bliss | 9 | 9 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 101 | 95 | 6 | 0 | 94% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 188 | 180 | 8 | 0 | 96% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

## Lone Star Region - Med/Surg
## December 99 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 117 | 100 | 15 | 2 | 86% |
| Vance AFB | 111 | 108 | 3 | 0 | 97% |
| Tinker AFB | 288 | 194 | 91 | 3 | 68% |
| Sheppard AFB | 222 | 188 | 29 | 5 | 86% |
| Dyess AFB | 78 | 73 | 5 | 0 | 94% |
| Altus AFB | 107 | 94 | 12 | 1 | 88% |
| Randolph AFB | 19 | 16 | 3 | 0 | 84% |
| Laughlin AFB | 5 | 5 | 0 | 0 | 100% |
| Cannon AFB | 104 | 54 | 45 | 5 | 54% |
| Holloman AFB | 25 | 25 | 0 | 0 | 100% |
| Kirkland AFB | 11 | 9 | 2 | 0 | 82% |
| Brooks AFB | 18 | 18 | 0 | 0 | 100% |
| Naval Hospital CC | 1 | 1 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 769 | 704 | 50 | 15 | 93% |
| Reynolds - Ft. Sill | 372 | 332 | 33 | 7 | 90% |
| Ft. Huachuca | 75 | 63 | 8 | 4 | 87% |
| Wm. Bmnt. - Ft. Bliss | 655 | 495 | 120 | 40 | 79% |
| BAMC - Ft. Sam Houston | 1298 | 1178 | 88 | 32 | 92% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4275 | 3657 | 504 | 114 | 87% |

This report is Confidential and was developed based on information and data supplied by United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region.

# UNITED MEDICAL SUPPLY COMPANY, INC.

5117 NORTHEAST PARKWAY
FORT WORTH, TEXAS 76106

WILLIAM P. BANDY
President and Chief Executive Officer

TELEPHONE: (817) 654-2022
FACSIMILE: (817) 625-9721

## FAX TRANSMITTAL COVER SHEET

DATE: 12-6-99 FAX NO. (215) 737-8144

TIME SENT: ________ __.m.

PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: Donna Kennedy

FROM: WILLIAM P. BANDY
UNITED MEDICAL SUPPLY COMPANY, INC.

RE: DAPA Holder Agreements

MESSAGE: Donna – We are still having problems contacting some of these – Also there are contractual and insurance issues that protect your facilities and UMS – Regards, Bill

TOTAL NUMBER OF PAGES TRANSMITTED: 6 (INCLUDING COVER SHEET)

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U. S. POSTAL SERVICE.

NOTE: IF ANY PAGES ARE NOT RECEIVED OR ANY PAGE IS NOT LEGIBLE, PLEASE CALL WILLIAM P. BANDY OR VICKI BENNETT AT (817) 654-2022 AS SOON AS POSSIBLE.

✓ ORIGINAL WILL NOT FOLLOW

__ ORIGINAL WILL FOLLOW VIA:
- __ REGULAR MAIL
- __ OVERNIGHT DELIVERY
- __ HAND DELIVERY
- __ OTHER

DAPA Accts NOT SET UP AS OF 11-29-99

0075 ADVANCED MEDICAL SYSTEMS INC
0078 ADVANCED MEDITECH INT'L
0170 ALLERDERM LAB
0204 ALTO DEVELOPMENT
0215 AMCARE
0391 ANESTHESIA MEDICAL
0413 APOTHECUS PHARMACEUTICAL CORP
0414 APPLIED MEDICAL *DAPA* ?
0473 ARTRONICK
0551 AUTOMATED MEDICAL
0563 AVID MEDICAL INC
0774 BERCHOLD CORP
0808 BIO MED SCIENCES
0816 BIO-PLEXUS INC
0848 BLOOM CARE INC
0890 BOSMA IND
0975 BREG INC
1148 CALIGOR MID-ATLANTIC
1274 CASE MEDICAL INC
1287 CENNA INT'L
1396 CHURCHILL MEDICAL
1541 COLUMBIA SURGICAL *DAPA* ?
1548 COMMITTEE FOR PURCHASE *DAPA* ?
1635 CONTRACT SEWING SYSTEMS INC
1667 CORNING CO. STAR
1748 CRYSTAL MARK DDS INC
1752 CURRIE MEDICAL SPECIALTIES INC
1771 DC MEDICAL EQUIP
1858 DELTA MEDICAL SUPPLY

1859 DELTA MEDICAL SYSTEM
1943 DIAL MEDICAL
1976 DISTRIBUTION SERVICE
2025 DORNOCH MED SYSTEMS
2103 EAGLE GROUP
2105 EAR CLEAR
2109 EAST WEST ASSOC *DAPA* ?
2150 EHOB
2219 EMET (EMERGENCY MEDICAL ED & TECH SYSTEM INC)
2267 ENTERPRISE MEDICAL
2329 EXPRESS MEDICAL
2450 FLIPICON INC
2513 FOREST MEDICAL
2766 GIGA *DAPA* ?
2768 GILLIS ASSOCIATED IND
2800 GOFF-CHEM INC (IN process)
2819 GMH INT'L
2937 GULDEN R.O & Co
2943 GWR MEDICAL LLP
2988 HAMMILL INT'L *DAPA* ?
3088 HELY & WEBER
3132 HILL-ROM IND.
3309 HYDROL CHEMICAL
3321 IFLOW CORP
3349 IMAGING SCIENCES INT'L
3354 INNERDYNE INC
3357 INNERSPACE
3377 INTEGRA LIFE SCIENCES
3451 JEZZI CORP

3557 KAZ INC * HAVE A CALL IN TO THEM. CLOSED FOR HOLIDAYS.

3558 KARECO INT'L

3614 KERMA MEDICAL

3730 KRESS USA CORP

3758 LABSOURCE INC

3774 LABORATORY SKIN CARE

3884 LASERSCOPE

3895 LEE SURGICAL SALES

3956 LIFE-TECH

4009 LONDON INT'L *DAPA* ?

4080 MAGNUM MEDICAL

4136 MAQUET CORP

4151 MARCELO

4188 MARTELL MEDICAL

4281 MED-ELECTRONICS INC *DAPA* ?

4283 MED-COMP INC/3-CI

4284 MED-GENESIS INC *DAPA* ?

4325 MEDICAL PLACE INC (In process)

4339 MEDICAL WAREHOUSE *DAPA* ?

4359 MEDICAL SPECIALTIES INC

4361 MEDTEK DIAGNOSTICS

4415 MHMS

4421 MICROAIRE SURG INSTRUMENTS

4439 MICRO-SCIENTIFIC

4528 MOLDED PRODUCTS

4628 NATIONAL INSTITUTE FOR THE BLIND NIB

4692 NATIONAL MEDICAL CARE

4694 NATIONAL INSTITUTE FOR THE SEVERELY HANDICAPPED NISH

4713 NEEDLES AWAY CAPITAL EQUIP

4744 NORTH AMERICAN RESCUE *DAPA* ?
4766 NORTHFIELD MEDICAL
4768 NORTHGATE TECHNOLOGIES INC
4857 ORTHOSIS CORRECTIVE SYSTEMS
4882 PACIFIC CRITICARE
4952 PEACHTREE INDUSTRIES INC
5023 PHOENIX MEDICAL TECH
5170 POUCH SUPPORT SYSTEM
5224 PRE-PAK PRODUCTS INC
5233 PRN MEDICAL SUPPLY
5236 PRINCETON MEDICAL GROUP INC
5257 PRO MEDIX
5288 QUALITY BIOLOGICAL INC
5356 REGAL RICH TRADING
5385 REPLACEMENT PARTS IND
5390 RESPITECH MEDICAL INC *DAPA* ?
5571 RYE MEDICAL
5584 SAFE HANDS *DAPA* ?
5834 SIERRA LAB INC
5879 SLOAN CORP
5957 SPECLINC
5986 SROUFE MANUFACTURING INC
6315 THERAQUIP *DAPA* ?
6429 TRI-ANIM HEALTH SERVICES INC
6487 ULTRA MEDICAL
6602 VALMED
6605 V-TECH INC
6662 VENISECT
6677 VERIDIEN CORP

6691 VISITEC CO.

6713 W.L. GORE & ASSOC

118

# Lone Star Region - Med/Surg
# January 2000 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 108 | 93 | 13 | 2 | 87% |
| Vance AFB | 106 | 98 | 8 | 0 | 92% |
| Tinker AFB | 251 | 196 | 48 | 7 | 79% |
| Sheppard AFB | 274 | 216 | 48 | 10 | 81% |
| Dyess AFB | 58 | 56 | 1 | 1 | 97% |
| Altus AFB | 75 | 72 | 3 | 0 | 96% |
| Randolph AFB | 50 | 49 | 1 | 0 | 98% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | 71 | 32 | 33 | 6 | 49% |
| Holloman AFB | 27 | 27 | 0 | 0 | 100% |
| Kirkland AFB | 17 | 16 | 1 | 0 | 94% |
| Brooks AFB | 23 | 23 | 0 | 0 | 100% |
| Naval Hospital CC | 16 | 16 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 847 | 800 | 32 | 15 | 95% |
| Reynolds - Ft. Sill | 377 | 321 | 46 | 10 | 86% |
| Ft. Huachuca | 55 | 54 | 1 | 0 | 98% |
| Wm. Bmnt. - Ft. Bliss | 379 | 317 | 44 | 18 | 86% |
| BAMC - Ft. Sam Houston | 2108 | 1990 | 89 | 29 | 95% |
| AFMLO / Ft. Worth, Texas | 1 | 1 | 0 | 0 | 100% |
| **Total** | 4845 | 4379 | 368 | 98 | 91% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

## Lone Star Region - Med/Surg
## January 2000 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | 2 | 2 | 0 | 0 | 100% |
| Tinker AFB | 1 | 1 | 0 | 0 | 100% |
| Sheppard AFB | 1 | 1 | 0 | 0 | 100% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | 4 | 4 | 0 | 0 | 100% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 2 | 0 | 2 | 0 | 0% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 100 | 100 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 1 | 1 | 0 | 0 | 100% |
| Ft. Huachuca | 8 | 6 | 1 | 1 | 81% |
| Wm. Bmnt. - Ft. Bliss | 38 | 35 | 1 | 2 | 95% |
| BAMC - Ft. Sam Houston | 137 | 135 | 1 | 1 | 99% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 295 | 286 | 5 | 4 | 98% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
# February 2000 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | 4 | 3 | 1 | 0 | 75% |
| Tinker AFB | 1 | 1 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | 1 | 1 | 0 | 0 | 100% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 41 | 41 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 2 | 2 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 61 | 51 | 9 | 1 | 84% |
| BAMC - Ft. Sam Houston | 119 | 112 | 7 | 0 | 94% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 230 | 212 | 17 | 1 | 92% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# February 2000 Fill Rate Report

## Drop Ship

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | | | | | 0% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | | | | | 0% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 0 | 0 | 0 | 0 | 0% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

## Lone Star Region - Med/Surg
## March 2000 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 90 | 76 | 10 | 4 | 87% |
| Vance AFB | 107 | 106 | 1 | 0 | 99% |
| Tinker AFB | 269 | 213 | 53 | 3 | 80% |
| Sheppard AFB | 199 | 184 | 14 | 1 | 93% |
| Dyess AFB | 43 | 37 | 4 | 2 | 88% |
| Altus AFB | 75 | 64 | 10 | 1 | 86% |
| Randolph AFB | 44 | 43 | 1 | 0 | 98% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 172 | 63 | 99 | 10 | 40% |
| Holloman AFB | 35 | 31 | 3 | 1 | 90% |
| Kirkland AFB | 73 | 62 | 8 | 3 | 87% |
| Brooks AFB | 50 | 43 | 5 | 2 | 88% |
| Naval Hospital CC | 25 | 25 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 938 | 827 | 96 | 15 | 89% |
| Reynolds - Ft. Sill | 515 | 417 | 77 | 21 | 83% |
| Ft. Huachuca | 61 | 55 | 5 | 1 | 91% |
| Wm. Bmnt. - Ft. Bliss | 605 | 508 | 79 | 18 | 85% |
| BAMC - Ft. Sam Houston | 1529 | 1387 | 99 | 43 | 92% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4836 | 4147 | 564 | 125 | 87% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# March 2000 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 39 | 39 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | 2 | 2 | 0 | 0 | 100% |
| Randolph AFB | 2 | 2 | 0 | 0 | 100% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | 3 | 3 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | 7 | 5 | 2 | 0 | 71% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 6 | 6 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 3 | 3 | 0 | 0 | 100% |
| Ft. Huachuca | 2 | 2 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 48 | 40 | 8 | 0 | 83% |
| BAMC - Ft. Sam Houston | 62 | 59 | 3 | 0 | 95% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 178 | 165 | 13 | 0 | 93% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

MCXJ-LO-MAT 06 January 2000

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St, Philadelphia, PA 19145

SUBJECT: Prime Vendor Report #5 United Medical Supply

1. We just received the November 1999 fill rate report from United Medical, which shows the following figures for JIT orders. Lines ordered - 49, Lines Filled - 46, Lines Partially Filled - 2 and Lines Unfilled - 1 with a total fill rate of 96%. Once again, these figures differ significantly from what we show. A local survey of our November JIT orders show the following:

a. Total lines ordered - 126

b. Total lines filled - 109

c. Fill Rate - 86.5%

2. The disparity on the EDO report is even greater. The United Medical report shows 1 line ordered and 1 line filled for a 100% fill rate. Our records show the following:

a. Total lines ordered - 59 (13 orders)

b. Total lines filled - 49

c. Fill rate - 83.1%

3. All of the unfilled EDO lines are past the 10 day time limit in the contract. Two additional unfilled orders go back to October. On the 27th of December, United Medical sent us a request to cancel the open lines on 11 past due EDO's with 14 open items, and reorder the open lines. We cancelled the orders and selected another source of supply for the open lines.

4. We continue to get requests from DSCP for summary receipt information on orders that have not yet been closed out.

5. Point of contact is the undersigned at DSN 821-2070/5117 or coml (520) 533-2070/5117.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133

DEPARTMENT OF THE ARMY
William Beaumont Army Medical Center
Materiel Branch
11156 Edwards Street, Biggs AAF
El Paso, Texas 79918-8006

MCHM-LOG-MA 22 MAR 00

MEMORANDUM FOR: Donna Kennedy, Contracting Officer, DSCP

Anthony Amendolia, Case Manager, DSCP, Prime Vendor Contract, 97-D-7133

THRU: CPT Crockett-Lynn, Chief, Materiel Branch, Logistics Division, WBAMC

SUBJECT: Prime Vendor Update, 22 March 00

1. FILL RATES

a. SEPTEMBER 99

JIT – 73.94%
EDO – 69.81%

b. OCTOBER 99

JIT – 74.66%
EDO – 72.82%

c. NOVEMBER 99

JIT – 78.71%
EDO – 74.06%

d. DECEMBER 99

JIT – 73.09%
EDO – 80.32%

e. JANUARY 00

JIT – 77.24%
EDO – 88.37%

MCHM-LOG-MA
SUBJECT: Prime Vendor Update, 22 March 00

f. FEBRUARY 00

JIT – 79.84%
EDO – 79.89%

2. SIX MONTH FILL RATE AVERAGE

a. JIT – 76%
b. EDO – 78%

3. ZERO FILLS/DENIALS - The following list is part of the total JIT items that have been zero filled by United Medical.

DECEMBER 99

| NOMENCLATURE | DATE ORDERED | QTY ORDERED | QTY REC'D | CALL |
|---|---|---|---|---|
| STD ANEROBIC | 6 DEC 99 | 2 CS | 0 | WG57 |
| STD ANEROBIC | 8 DEC 99 | 3 CS | 0 | WG67 |
| STD ANEROBIC | 13 DEC 99 | 2 CS | 0 | WG84 |
| CATH FOLEY 18FR | 6 DEC 99 | 1 CS | 0 | WG57 |
| CATH FOLEY 18FR | 8 DEC 99 | 1 CS | 0 | WG67 |
| CATH FOLEY 18FR | 0 DEC 99 | 1 CS | 0 | WG80 |
| CATH FOLEY 18FR | 21 DEC 99 | 1 CS | 0 | WH18 |
| GLOVE EXAM SMALL | 6 DEC 99 | 3 CS | 0 | WG57 |
| GLOVE EXAM SMALL | 8 DEC 99 | 3 CS | 0 | WG67 |
| GLOVE EXAM SMALL | 10 DEC 99 | 3 CS | 0 | WG80 |
| SOD CHLOR INJ 24 | 6 DEC 99 | 1 CS | 0 | WG57 |
| SOD CHLOR INJ 24 | 8 DEC 99 | 1 CS | 0 | WG67 |
| SOD CHLOR INJ 24 | 28 DEC 99 | 1 CS | 0 | WH35 |
| SOD CHLOR INJ 24 | 29 DEC 99 | 1 CS | 0 | WH46 |
| TUBE NASOGAS 10FR | 7 DEC 99 | 5 CS | 0 | WG62 |
| TUBE NASOGAS 10FR | 9 DEC 99 | 7 CS | 0 | WG72 |

MCHM-LOG-MA
SUBJECT: Prime Vendor Update, 22 March 00

JANUARY 00

| NOMENCLATURE | DATE ORDERED | QTY ORDERED | QTY REC'D | CALL |
|---|---|---|---|---|
| CATH SUC 14 FR | 5 JAN 00 | 8 CS | 0 | WH60 |
| CATH SUC 14 FR | 7 JAN 00 | 6 CS | 0 | WH67 |
| CATH SUC 14 FR | 11 JAN 00 | 7 CS | 0 | WH80 |
| CATH SUC 14 FR | 13 JAN 00 | 9 CS | 0 | WH89 |
| CATH SUC 14 FR | 18 JAN 00 | 9 CS | 0 | WH97 |
| CATH SUC 14 FR | 20 JAN 00 | 6 CS | 0 | WJ12 |
| COVER RADIOGRAPH | 5 JAN 00 | 5 CS | 0 | WH60 |
| COVER RADIOGRAPH | 7 JAN 00 | 5 CS | 0 | WH67 |
| COVER RADIOGRAPH | 11 JAN 00 | 5 CS | 0 | WH80 |
| COVER RADIOGRAPH | 13 JAN 00 | 6 CS | 0 | WH89 |
| TUBE BLOOD VAC | 5 JAN 00 | 12 BX | 0 | WH60 |
| TUBE BLOOD VAC | 11 JAN 00 | 4 BX | 0 | WH80 |
| TUBE BLOOD VAC | 13 JAN 00 | 6 BX | 0 | WH89 |
| TUBE BLOOD VAC | 18 JAN 00 | 9 BX | 0 | WH97 |
| CATH & CONN 10FR | 5 JAN 00 | 2 CS | 0 | WH57 |
| CATH & CONN 10FR | 13 JAN 00 | 2 CS | 0 | WH87 |
| CATH & CONN 10FR | 25 JAN 00 | 3 CS | 0 | WJ34 |
| CATH & CONN 10FR | 27 JAN 00 | 3 CS | 0 | WJ49 |
| MASK PARTICUL | 14 JAN 00 | 4 CS | 0 | WH93 |
| MASK PARTICUL | 19 JAN 00 | 4 CS | 0 | WJ03 |
| MASK PARTICUL | 21 JAN 00 | 5 CS | 0 | WJ16 |
| MASK PARTICUL | 25 JAN 00 | 6 CS | 0 | WJ34 |

FEBRUARY 00

| NOMENCLATURE | DATE ORDERED | QTY ORDERED | QTY REC'D | CALL |
|---|---|---|---|---|
| STOPCOCK IV 3-WAY | 4 FEB 00 | 3 CS | 0 | WJ72 |
| STOPCOCK IV 3-WAY | 8 FEB 00 | 3 CS | 0 | WJ84 |

MCHM-LOG-MA
SUBJECT: Prime Vendor Update, 22 March 00

| | | | | |
|---|---|---|---|---|
| CATH & CONN 10FR | 7 FEB 00 | 2 CS | 0 | WJ79 |
| CATH & CONN 10FR | 11 FEB 00 | 3 CS | 0 | WJ96 |
| CATH & CONN 10FR | 15 FEB 00 | 3 CS | 0 | WK05 |
| CATH & CONN 10FR | 22 FEB 00 | 2 CS | 0 | WK27 |
| CATH & CONN 10FR | 28 FEB 00 | 2 CS | 0 | WK44 |
| CATH TRAY 16FR | 22 FEB 00 | 6 CS | 0 | WK27 |
| CATH TRAY 16FR | 24 FEB 00 | 7 CS | 0 | WZ17 |
| CATH TRAY 16FR | 25 FEB 00 | 8 CS | 0 | WK41 |
| STOPCOCK 3-WAY 48S | 25 FEB 00 | 6 CS | 0 | WK41 |
| STOPCOCK 3-WAY 48S | 29 FEB 00 | 6 CS | 0 | WK48 |
| STOPCOCK 3-WAY 50S | 4 FEB 00 | 3 CS | 0 | WJ72 |
| STOPCOCK 3-WAY 50S | 8 FEB 00 | 3 CS | 0 | WJ84 |
| STAPLER TL30 3'S | 7 FEB 00 | 2 CS | 0 | WJ79 |
| STAPLER TL30 3'S | 11 FEB 00 | 2 CS | 0 | WJ96 |
| MASK PARTICU 120'S | 14 FEB 00 | 4 CS | 0 | WJ99 |
| MASK PARTICU 120'S | 16 FEB 00 | 4 CS | 0 | WK14 |
| MASK SURG NONGL | 16 FEB 00 | 22 BX | 0 | WK15 |
| MASK SURG NONGL | 18 FEB 00 | 22 BX | 0 | WK23 |
| MASK SURG NONGL | 23 FEB 00 | 28 BX | 0 | WK32 |

4. The PV Rep, Yolanda Velasquez, maintains good rapport and provides good customer service.

5. Despite biweekly meetings with the PV Rep, issues of zero fills and fill rates below 95% remain unresolved.

6. A meeting with Med/Surg PV Case Manager, Anthony Amendolia is planned for 8-9 May 00.

7. Address questions to the undersigned at (915) 569-3398.

OSCAR A. MOLINAR
Med/Surg Prime Vendor, COR

MCXJ-LO-MAT 31 March 2000

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St, Philadelphia, PA 19145

SUBJECT: Prime Vendor Report #6 United Medical Supply

1. We just received the February 2000 fill rate report from United Medical, which shows the following figures for JIT orders. Lines ordered - 37, Lines Filled - 34, Lines Partially Filled - 0 and Lines Unfilled - 3 with a total fill rate of 92%. Once again, these figures differ from what we show. A local survey of our February JIT orders show the following:

a. Total lines ordered - 94
b. Total lines filled - 83
c. Fill Rate - 88.3%

2. The disparity on the EDO report is even greater. The United Medical report shows 2 lines ordered and 2 lines filled for a 100% fill rate. Our records show the following:

a. Total lines ordered - 35
b. Total lines filled - 33
c. Fill rate - 91.4%

3. There has been considerable improvement in the EDO fill rate within the specified time. At present we have 51 lines on order, of which 26 have been filled, and 4 are over 10 days old.

4. We also did a survey of the January fill rates and came up with (JIT) 91 lines ordered and 82 lines filled for a fill rate of 90.1% and (EDO) 37 lines ordered and 34 lines filled (22 lines filled within 10 days) for a fill rate of 91.9%.

5. Overall, there has been a general improvement in their fill rates during the last 3 months. Their service representative visits us about every 3 months.

6 We continue to get requests from DSCP for summary receipt information on orders that have not yet been closed out.

7 Point of contact is the undersigned at DSN 821-2070/5117 or coml (520) 533-2070/5117.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE
PAGE OF PAGES: 1 | 9

2. AMENDMENT/MODIFICATION NO.: P00020
3. EFFECTIVE DATE: 3/23/00
4. REQUISITION/PURCHASE REQ. NO.
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE SP0200
7. ADMINISTERED BY (If other than Item 6) CODE SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PA 19111
ATTN: D. KENNEDY/DSCP-MSAA/215-737-7075

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, country, State and ZIP Code)

UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
SP0200-97-D-7133

10B. DATED (SEE ITEM 13)
JANUARY 30, 1997

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
AGREEMENT OF THE PARTIES

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

1. The amount of $3,166.03 represents a lump sum payment for interest due to late payments for the call numbers listed on pages 2 through 9 of this modification.

2. All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Wm. P. Bandy President

15B. CONTRACTOR/OFFEROR
[signature]
(Signature of person authorized to sign)

15C. DATE SIGNED
3-22-00

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
DONNA M. KENNEDY
CONTRACTING OFFICER

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED
3/23/00

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SP0200-97-D-7133 P00020 PAGE 3 OF 9

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99138 | 99214 | 66 | 4.86 | 0.04 | SP020097D7133CW14 |
| 99138 | 99214 | 66 | 762.64 | 6.90 | SP020097D7133CW15 |
| 99139 | 99214 | 65 | 353.55 | 3.15 | SP020097D7133CW16 |
| 99138 | 99214 | 66 | 1028.95 | 9.30 | SP020097D7133CW17 |
| 99138 | 99214 | 66 | 152.63 | 1.38 | SP020097D7133CW18 |
| 99138 | 99214 | 66 | 844.02 | 7.63 | SP020097D7133CW19 |
| 99142 | 99214 | 62 | 103.72 | 0.88 | SP020097D7133CW26 |
| 99144 | 99214 | 60 | 1264.79 | 10.40 | SP020097D7133CW27 |
| 99142 | 99214 | 62 | 47.76 | 0.41 | SP020097D7133CW28 |
| 99149 | 99214 | 55 | 493.37 | 3.72 | SP020097D7133CW35 |
| 99145 | 99214 | 59 | 698.35 | 5.64 | SP020097D7133CW36 |
| 99145 | 99214 | 59 | 407.46 | 3.29 | SP020097D7133CW37 |
| 99144 | 99214 | 60 | 2140.13 | 17.59 | SP020097D7133CW38 |
| 99147 | 99214 | 57 | 1179.27 | 9.21 | SP020097D7133CW39 |
| 99149 | 99214 | 55 | 80.07 | 0.60 | SP020097D7133CW48 |
| 99149 | 99214 | 55 | 99.61 | 0.75 | SP020097D7133CW50 |
| 99149 | 99214 | 55 | 2142.78 | 16.14 | SP020097D7133CW51 |
| 99149 | 99214 | 55 | 177.50 | 1.34 | SP020097D7133CW52 |
| 99148 | 99214 | 56 | 2768.09 | 21.23 | SP020097D7133CW53 |
| 99155 | 99214 | 49 | 422.08 | 2.83 | SP020097D7133CW54 |
| 99155 | 99214 | 49 | 854.34 | 5.73 | SP020097D7133CW55 |
| 99155 | 99214 | 49 | 72.17 | 0.48 | SP020097D7133CW56 |
| 99155 | 99214 | 49 | 1463.47 | 9.82 | SP020097D7133CW57 |
| 99155 | 99214 | 49 | 64.74 | 0.43 | SP020097D7133CW58 |
| 99155 | 99214 | 49 | 207.66 | 1.39 | SP020097D7133CW59 |
| 99155 | 99214 | 49 | 534.16 | 3.59 | SP020097D7133CW60 |
| 99155 | 99214 | 49 | 1694.08 | 11.37 | SP020097D7133CW61 |
| 99155 | 99214 | 49 | 472.88 | 3.17 | SP020097D7133CW62 |
| 99155 | 99214 | 49 | 2569.70 | 17.25 | SP020097D7133CW63 |
| 99155 | 99214 | 49 | 4887.51 | 32.81 | SP020097D7133CW65 |
| 99155 | 99214 | 49 | 291.01 | 1.95 | SP020097D7133CW66 |
| 99156 | 99228 | 62 | 346.50 | 2.94 | SP020097D7133CW75 |
| 99158 | 99250 | 82 | 258.31 | 2.90 | SP020097D7133CW77 |
| 99158 | 99250 | 82 | 951.47 | 10.69 | SP020097D7133CW78 |
| 99158 | 99250 | 82 | 31.40 | 0.35 | SP020097D7133CW79 |
| 99158 | 99250 | 82 | 2028.69 | 22.79 | SP020097D7133CW80 |
| 99158 | 99250 | 82 | 176.20 | 1.98 | SP020097D7133CW81 |
| 99158 | 99250 | 82 | 1487.50 | 16.71 | SP020097D7133CW82 |
| 99161 | 99250 | 79 | 82.35 | 0.89 | SP020097D7133CW85 |
| 99161 | 99250 | 79 | 2032.24 | 21.99 | SP020097D7133CW86 |
| 99175 | 99250 | 65 | 132.67 | 1.18 | SP020097D7133CX40 |
| 99175 | 99250 | 65 | 1704.51 | 15.18 | SP020097D7133CX41 |
| 99175 | 99250 | 65 | 249.50 | 2.22 | SP020097D7133CX42 |
| 99175 | 99250 | 65 | 2168.56 | 19.31 | SP020097D7133CX43 |
| 99175 | 99250 | 65 | 171.03 | 1.52 | SP020097D7133CX44 |
| 99175 | 99250 | 65 | 458.66 | 4.08 | SP020097D7133CX45 |
| 99176 | 99267 | 81 | 104.08 | 1.15 | SP020097D7133CX46 |
| 99176 | 99267 | 81 | 997.13 | 11.06 | SP020097D7133CX47 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99176 | 99267 | 81 | 551.16 | 6.12 | SP020097D7133CX48 |
| 99176 | 99267 | 81 | 6.18 | 0.07 | SP020097D7133CX49 |
| 99176 | 99267 | 81 | 110.73 | 1.23 | SP020097D7133CX50 |
| 99190 | 99250 | 50 | 731.27 | 5.01 | SP020097D7133CX82 |
| 99190 | 99250 | 50 | 266.20 | 1.82 | SP020097D7133CX83 |
| 99190 | 99250 | 50 | 314.06 | 2.15 | SP020097D7133CX84 |
| 99190 | 99250 | 50 | 1496.48 | 10.25 | SP020097D7133CX85 |
| 99141 | 99214 | 63 | 133.61 | 1.15 | SP020097D7133D108 |
| 99144 | 99214 | 60 | 469.95 | 3.86 | SP020097D7133D110 |
| 99179 | 99250 | 61 | 134.56 | 1.12 | SP020097D7133D114 |
| 99138 | 99214 | 66 | 106.27 | 0.96 | SP020097D7133DD64 |
| 99138 | 99214 | 66 | 114.34 | 1.03 | SP020097D7133DD73 |
| 99146 | 99214 | 58 | 742.09 | 5.90 | SP020097D7133DD77 |
| 99142 | 99214 | 62 | 270.18 | 2.29 | SP020097D7133DD79 |
| 99138 | 99214 | 66 | 395.93 | 3.58 | SP020097D7133DD83 |
| 99142 | 99214 | 62 | 106.04 | 0.90 | SP020097D7133DD86 |
| 99162 | 99267 | 95 | 518.26 | 6.74 | SP020097D7133DD90 |
| 99162 | 99230 | 58 | 71.78 | 0.57 | SP020097D7133DD92 |
| 99142 | 99214 | 62 | 55.13 | 0.47 | SP020097D7133DD94 |
| 99162 | 99230 | 58 | 117.45 | 0.93 | SP020097D7133DE02 |
| 99162 | 99250 | 78 | 72.32 | 0.77 | SP020097D7133DE05 |
| 99184 | 99250 | 56 | 141.60 | 1.09 | SP020097D7133DE08 |
| 99162 | 99230 | 58 | 552.95 | 4.39 | SP020097D7133DE09 |
| 99162 | 99250 | 78 | 6.26 | 0.07 | SP020097D7133DE15 |
| 99170 | 99214 | 34 | 93.15 | 0.43 | SP020097D7133DE31 |
| 99170 | 99217 | 37 | 231.75 | 1.17 | SP020097D7133F101 |
| 99184 | 99267 | 73 | 631.98 | 6.32 | SP020097D7133F103 |
| 99123 | 99214 | 81 | 1322.24 | 14.67 | SP020097D7133GS06 |
| 99151 | 99214 | 53 | 61.52 | 0.45 | SP020097D7133GS32 |
| 99151 | 99214 | 53 | 2530.18 | 18.37 | SP020097D7133GS52 |
| 99153 | 99214 | 51 | 582.41 | 4.07 | SP020097D7133GS83 |
| 99153 | 99214 | 51 | 965.29 | 6.74 | SP020097D7133GS98 |
| 99176 | 99230 | 44 | 2423.91 | 14.61 | SP020097D7133GT08 |
| 99128 | 99214 | 76 | 762.74 | 7.94 | SP020097D7133GT09 |
| 99144 | 99214 | 60 | 197.97 | 1.63 | SP020097D7133GT18 |
| 99151 | 99214 | 53 | 1455.76 | 10.57 | SP020097D7133GT22 |
| 99151 | 99214 | 53 | 807.72 | 5.86 | SP020097D7133GT25 |
| 99153 | 99214 | 51 | 2351.03 | 16.42 | SP020097D7133GT42 |
| 99134 | 99214 | 70 | 362.52 | 3.48 | SP020097D7133GT56 |
| 99135 | 99215 | 70 | 50.02 | 0.48 | SP020097D7133GT62 |
| 99139 | 99214 | 65 | 40.61 | 0.36 | SP020097D7133GT64 |
| 99140 | 99214 | 64 | 442.36 | 3.88 | SP020097D7133GT66 |
| 99139 | 99214 | 65 | 1168.71 | 10.41 | SP020097D7133GT70 |
| 99172 | 99218 | 36 | 117.74 | 0.58 | SP020097D7133GT74 |
| 99181 | 99250 | 59 | 2337.16 | 18.89 | SP020097D7133GT75 |
| 99144 | 99214 | 60 | 193.29 | 1.59 | SP020097D7133GT76 |
| 99139 | 99214 | 65 | 1482.63 | 13.20 | SP020097D7133GT77 |
| 99181 | 99250 | 59 | 327.37 | 2.65 | SP020097D7133GT83 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99161 | 99250 | 79 | 93.61 | 1.01 | SP020097D7133GT84 |
| 99144 | 99214 | 60 | 53.19 | 0.44 | SP020097D7133GT85 |
| 99144 | 99214 | 60 | 5.17 | 0.04 | SP020097D7133GT87 |
| 99147 | 99214 | 57 | 467.85 | 3.65 | SP020097D7133GT93 |
| 99147 | 99214 | 57 | 2124.10 | 16.59 | SP020097D7133GT94 |
| 99153 | 99214 | 51 | 1118.81 | 7.82 | SP020097D7133GU17 |
| 99151 | 99214 | 53 | 15.91 | 0.12 | SP020097D7133GU19 |
| 99175 | 99267 | 82 | 3374.22 | 37.90 | SP020097D7133GU33 |
| 99167 | 99250 | 73 | 235.40 | 2.35 | SP020097D7133GU34 |
| 99161 | 99250 | 79 | 21163.78 | 229.03 | SP020097D7133GU35 |
| 99175 | 99267 | 82 | 4711.38 | 52.92 | SP020097D7133GU38 |
| 99162 | 99238 | 66 | 5561.33 | 50.28 | SP020097D7133GU50 |
| 99176 | 99250 | 64 | 225.12 | 1.97 | SP020097D7133GU56 |
| 99175 | 99267 | 82 | 419.66 | 4.71 | SP020097D7133GU71 |
| 99175 | 99267 | 82 | 20516.28 | 230.46 | SP020097D7133GU72 |
| 99176 | 99250 | 64 | 352.50 | 3.09 | SP020097D7133GU78 |
| 99176 | 99250 | 64 | 6263.08 | 54.91 | SP020097D7133GU79 |
| 99176 | 99267 | 81 | 227.30 | 2.52 | SP020097D7133GU81 |
| 99181 | 99267 | 76 | 370.08 | 3.85 | SP020097D7133GU82 |
| 99181 | 99267 | 76 | 23775.70 | 247.53 | SP020097D7133GU83 |
| 99181 | 99250 | 59 | 674.59 | 5.45 | SP020097D7133GU93 |
| 99181 | 99250 | 59 | 8952.29 | 72.35 | SP020097D7133GU94 |
| 99138 | 99214 | 66 | 16.03 | 0.14 | SP020097D7133H403 |
| 99147 | 99214 | 57 | 200.39 | 1.56 | SP020097D7133H405 |
| 99147 | 99214 | 57 | 429.34 | 3.35 | SP020097D7133H407 |
| 99151 | 99214 | 53 | 657.38 | 4.77 | SP020097D7133H408 |
| 99151 | 99214 | 53 | 77.87 | 0.57 | SP020097D7133H409 |
| 99153 | 99214 | 51 | 602.65 | 4.21 | SP020097D7133H411 |
| 99158 | 99250 | 82 | 470.52 | 5.29 | SP020097D7133H414 |
| 99159 | 99250 | 81 | 1830.34 | 20.31 | SP020097D7133H416 |
| 99175 | 99250 | 65 | 99.90 | 0.89 | SP020097D7133H429 |
| 99190 | 99250 | 50 | 418.51 | 2.87 | SP020097D7133H438 |
| 99163 | 99217 | 44 | 35.03 | 0.21 | SP020097D7133J482 |
| 99137 | 99214 | 67 | 549.02 | 5.04 | SP020097D7133J485 |
| 99144 | 99214 | 60 | 22.01 | 0.18 | SP020097D7133J489 |
| 99144 | 99214 | 60 | 276.07 | 2.27 | SP020097D7133J490 |
| 99148 | 99214 | 56 | 96.72 | 0.74 | SP020097D7133J492 |
| 99148 | 99214 | 56 | 85.12 | 0.65 | SP020097D7133J494 |
| 99151 | 99214 | 53 | 519.54 | 3.77 | SP020097D7133J495 |
| 99184 | 99267 | 73 | 2376.53 | 23.77 | SP020097D7133JB32 |
| 99179 | 99214 | 25 | 41.25 | 0.14 | SP020097D7133JBR3 |
| 99138 | 99214 | 66 | 64.46 | 0.58 | SP020097D7133K270 |
| 99137 | 99214 | 67 | 616.64 | 5.66 | SP020097D7133K280 |
| 99159 | 99250 | 81 | 489.19 | 5.43 | SP020097D7133K283 |
| 99162 | 99250 | 78 | 34.97 | 0.37 | SP020097D7133K284 |
| 99140 | 99214 | 64 | 135.69 | 1.19 | SP020097D7133K285 |
| 99138 | 99214 | 66 | 75.50 | 0.68 | SP020097D7133K286 |
| 99176 | 99217 | 31 | 41.19 | 0.17 | SP020097D7133K287 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99141 | 99214 | 63 | 1912.69 | 16.51 | SP020097D7133K289 |
| 99144 | 99214 | 60 | 1046.17 | 8.60 | SP020097D7133K294 |
| 99144 | 99214 | 60 | 365.95 | 3.01 | SP020097D7133K295 |
| 99149 | 99214 | 55 | 1936.22 | 14.59 | SP020097D7133K298 |
| 99151 | 99214 | 53 | 1952.69 | 14.18 | SP020097D7133K299 |
| 99159 | 99250 | 81 | 115.25 | 1.28 | SP020097D7133K303 |
| 99158 | 99250 | 82 | 116.50 | 1.31 | SP020097D7133K306 |
| 99187 | 99217 | 20 | 96.50 | 0.26 | SP020097D7133K307 |
| 99170 | 99250 | 70 | 73.62 | 0.71 | SP020097D7133K321 |
| 99187 | 99267 | 70 | 15.68 | 0.15 | SP020097D7133K336 |
| 99184 | 99224 | 30 | 1464.09 | 6.02 | SP020097D7133K337 |
| 99137 | 99214 | 67 | 163.08 | 1.50 | SP020097D7133M161 |
| 99175 | 99250 | 65 | 669.10 | 5.96 | SP020097D7133M175 |
| 99176 | 99267 | 81 | 113.59 | 1.26 | SP020097D7133M176 |
| 99176 | 99267 | 81 | 558.52 | 6.20 | SP020097D7133M177 |
| 99140 | 99214 | 64 | 192.11 | 1.68 | SP020097D7133N205 |
| 99140 | 99214 | 64 | 221.66 | 1.94 | SP020097D7133N206 |
| 99148 | 99214 | 56 | 303.33 | 2.33 | SP020097D7133N208 |
| 99148 | 99214 | 56 | 481.29 | 3.69 | SP020097D7133N209 |
| 99151 | 99214 | 53 | 142.34 | 1.03 | SP020097D7133N210 |
| 99153 | 99214 | 51 | 149.50 | 1.04 | SP020097D7133N211 |
| 99156 | 99250 | 84 | 114.74 | 1.32 | SP020097D7133N213 |
| 99147 | 99214 | 57 | 93.00 | 0.73 | SP020097D7133NC26 |
| 99142 | 99214 | 62 | 527.44 | 4.48 | SP020097D7133NC51 |
| 99140 | 99214 | 64 | 15.39 | 0.13 | SP020097D7133PH34 |
| 99158 | 99250 | 82 | 18.16 | 0.20 | SP020097D7133PH39 |
| 99140 | 99214 | 64 | 214.91 | 1.88 | SP020097D7133PJ84 |
| 99142 | 99214 | 62 | 194.38 | 1.65 | SP020097D7133PJ87 |
| 99183 | 99230 | 37 | 1103.03 | 5.59 | SP020097D7133PJ95 |
| 99140 | 99214 | 64 | 178.63 | 1.57 | SP020097D7133PJ96 |
| 99140 | 99214 | 64 | 269.20 | 2.36 | SP020097D7133PL47 |
| 99140 | 99214 | 64 | 492.38 | 4.32 | SP020097D7133PL48 |
| 99140 | 99214 | 64 | 13.55 | 0.12 | SP020097D7133PL49 |
| 99140 | 99214 | 64 | 634.79 | 5.57 | SP020097D7133PL50 |
| 99156 | 99239 | 73 | 156.79 | 1.57 | SP020097D7133PL55 |
| 99156 | 99239 | 73 | 1443.29 | 14.43 | SP020097D7133PL56 |
| 99156 | 99230 | 64 | 121.22 | 1.06 | SP020097D7133PL57 |
| 99156 | 99230 | 64 | 630.50 | 5.53 | SP020097D7133PL58 |
| 99158 | 99250 | 82 | 643.49 | 7.23 | SP020097D7133PL59 |
| 99158 | 99250 | 82 | 537.57 | 6.04 | SP020097D7133PL60 |
| 99175 | 99250 | 65 | 346.87 | 3.09 | SP020097D7133PL73 |
| 99175 | 99250 | 65 | 431.58 | 3.84 | SP020097D7133PL74 |
| 99175 | 99250 | 65 | 72.91 | 0.65 | SP020097D7133PL75 |
| 99183 | 99267 | 74 | 350.15 | 3.55 | SP020097D7133PL81 |
| 99183 | 99267 | 74 | 819.28 | 8.31 | SP020097D7133PL82 |
| 99173 | 99270 | 87 | 21.37 | 0.25 | SP020097D7133PM01 |
| 99137 | 99214 | 67 | 359.01 | 3.30 | SP020097D7133Q340 |
| 99141 | 99214 | 63 | 256.22 | 2.21 | SP020097D7133Q342 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99149 | 99214 | 55 | 477.61 | 3.60 | SP020097D7133Q344 |
| 99175 | 99250 | 65 | 127.90 | 1.14 | SP020097D7133Q356 |
| 99127 | 99214 | 77 | 866.53 | 9.14 | SP020097D7133R181 |
| 99137 | 99214 | 67 | 1729.81 | 15.88 | SP020097D7133R182 |
| 99140 | 99214 | 64 | 147.63 | 1.29 | SP020097D7133R183 |
| 99147 | 99214 | 57 | 243.41 | 1.90 | SP020097D7133R185 |
| 99153 | 99214 | 51 | 1185.39 | 8.28 | SP020097D7133R186 |
| 99168 | 99250 | 72 | 246.34 | 2.43 | SP020097D7133R188 |
| 99147 | 99214 | 57 | 22.14 | 0.17 | SP020097D7133S262 |
| 99145 | 99214 | 59 | 60.18 | 0.49 | SP020097D7133S297 |
| 99135 | 99214 | 69 | 95.73 | 0.90 | SP020097D7133S305 |
| 99137 | 99214 | 67 | 26.45 | 0.24 | SP020097D7133S306 |
| 99138 | 99214 | 66 | 83.24 | 0.75 | SP020097D7133S307 |
| 99144 | 99214 | 60 | 54.12 | 0.44 | SP020097D7133S310 |
| 99149 | 99214 | 55 | 31.31 | 0.24 | SP020097D7133S313 |
| 99149 | 99214 | 55 | 89.33 | 0.67 | SP020097D7133S314 |
| 99153 | 99214 | 51 | 33.10 | 0.23 | SP020097D7133S315 |
| 99156 | 99250 | 84 | 46.96 | 0.54 | SP020097D7133S318 |
| 99158 | 99250 | 82 | 37.50 | 0.42 | SP020097D7133S319 |
| 99173 | 99250 | 67 | 33.46 | 0.31 | SP020097D7133S332 |
| 99175 | 99267 | 82 | 17.50 | 0.20 | SP020097D7133S333 |
| 99187 | 99250 | 53 | 39.12 | 0.28 | SP020097D7133S343 |
| 99144 | 99214 | 60 | 52.61 | 0.43 | SP020097D7133SC88 |
| 99148 | 99214 | 56 | 1922.37 | 14.75 | SP020097D7133SC90 |
| 99166 | 99224 | 48 | 15.14 | 0.10 | SP020097D7133T122 |
| 99158 | 99230 | 62 | 248.21 | 2.11 | SP020097D7133T123 |
| 99176 | 99267 | 81 | 234.58 | 2.60 | SP020097D7133T135 |
| 99183 | 99250 | 57 | 18.80 | 0.15 | SP020097D7133T138 |
| 99148 | 99214 | 56 | 24.80 | 0.19 | SP020097D7133US91 |
| 99141 | 99214 | 63 | 14.41 | 0.12 | SP020097D7133US99 |
| 99148 | 99214 | 56 | 49.60 | 0.38 | SP020097D7133UT03 |
| 99145 | 99214 | 59 | 65.40 | 0.53 | SP020097D7133UT08 |
| 99140 | 99214 | 64 | 242.79 | 2.13 | SP020097D7133UT21 |
| 99142 | 99214 | 62 | 14.48 | 0.12 | SP020097D7133UT26 |
| 99140 | 99214 | 64 | 206.07 | 1.81 | SP020097D7133UT32 |
| 99140 | 99214 | 64 | 57.73 | 0.51 | SP020097D7133UT33 |
| 99149 | 99214 | 55 | 1783.27 | 13.44 | SP020097D7133UT41 |
| 99135 | 99214 | 69 | 2086.61 | 19.72 | SP020097D7133UT44 |
| 99135 | 99214 | 69 | 2777.88 | 26.26 | SP020097D7133UT45 |
| 99145 | 99214 | 59 | 262.50 | 2.12 | SP020097D7133UT46 |
| 99139 | 99214 | 65 | 2792.35 | 24.86 | SP020097D7133UT49 |
| 99139 | 99214 | 65 | 283.55 | 2.52 | SP020097D7133UT50 |
| 99144 | 99214 | 60 | 40.96 | 0.34 | SP020097D7133UT51 |
| 99158 | 99270 | 102 | 114.84 | 1.60 | SP020097D7133UT52 |
| 99139 | 99215 | 66 | 4052.21 | 36.64 | SP020097D7133UT54 |
| 99148 | 99214 | 56 | 72.50 | 0.56 | SP020097D7133UT55 |
| 99139 | 99214 | 65 | 18.35 | 0.16 | SP020097D7133UT57 |
| 99147 | 99214 | 57 | 790.50 | 6.17 | SP020097D7133UT59 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99145 | 99214 | 59 | 250.57 | 2.03 | SP020097D7133UT60 |
| 99147 | 99214 | 57 | 394.66 | 3.08 | SP020097D7133UT62 |
| 99139 | 99214 | 65 | 203.96 | 1.82 | SP020097D7133UT63 |
| 99139 | 99214 | 65 | 184.08 | 1.64 | SP020097D7133UT64 |
| 99139 | 99214 | 65 | 49.46 | 0.44 | SP020097D7133UT65 |
| 99140 | 99214 | 64 | 1317.60 | 11.55 | SP020097D7133UT66 |
| 99140 | 99214 | 64 | 2531.57 | 22.19 | SP020097D7133UT67 |
| 99140 | 99214 | 64 | 2261.75 | 19.83 | SP020097D7133UT68 |
| 99141 | 99214 | 63 | 64.79 | 0.56 | SP020097D7133UT69 |
| 99147 | 99214 | 57 | 112.44 | 0.88 | SP020097D7133UT70 |
| 99140 | 99214 | 64 | 274.06 | 2.40 | SP020097D7133UT71 |
| 99141 | 99214 | 63 | 282.42 | 2.44 | SP020097D7133UT72 |
| 99141 | 99214 | 63 | 2268.28 | 19.58 | SP020097D7133UT73 |
| 99155 | 99214 | 49 | 426.27 | 2.86 | SP020097D7133UT75 |
| 99155 | 99214 | 49 | 328.99 | 2.21 | SP020097D7133UT82 |
| 99147 | 99214 | 57 | 92.08 | 0.72 | SP020097D7133UT99 |
| 99125 | 99214 | 79 | 1428.91 | 15.46 | SP020097D7133UV13 |
| 99147 | 99214 | 57 | 474.34 | 3.70 | SP020097D7133UV22 |
| 99163 | 99239 | 66 | 717.41 | 6.49 | SP020097D7133UV23 |
| 99163 | 99250 | 77 | 711.50 | 7.50 | SP020097D7133UV24 |
| 99147 | 99214 | 57 | 1361.11 | 10.63 | SP020097D7133UW28 |
| 99147 | 99214 | 57 | 2856.69 | 22.31 | SP020097D7133UX78 |
| 99147 | 99214 | 57 | 1075.99 | 8.40 | SP020097D7133UX80 |
| 99147 | 99214 | 57 | 714.77 | 5.58 | SP020097D7133UX81 |
| 99163 | 99270 | 97 | 417.07 | 5.54 | SP020097D7133UX85 |
| 99180 | 99321 | 131 | 1075.99 | 19.31 | SP020097D7133UX86 |
| 99163 | 99239 | 66 | 2171.58 | 19.63 | SP020097D7133UX87 |
| 99180 | 99250 | 60 | 2394.51 | 19.68 | SP020097D7133UX88 |
| 99180 | 99250 | 60 | 2294.12 | 18.86 | SP020097D7133UX91 |
| 99168 | 99250 | 72 | 1727.04 | 17.03 | SP020097D7133UX93 |
| 99180 | 99250 | 60 | 2099.37 | 17.26 | SP020097D7133UX99 |
| 99147 | 99214 | 57 | 2364.71 | 18.46 | SP020097D7133UY11 |
| 99163 | 99250 | 77 | 2386.93 | 25.18 | SP020097D7133UY13 |
| 99147 | 99214 | 57 | 2949.34 | 23.03 | SP020097D7133WA02 |
| 99147 | 99214 | 57 | 218.73 | 1.71 | SP020097D7133WA04 |
| 99156 | 99230 | 64 | 184.15 | 1.61 | SP020097D7133WA05 |
| 99148 | 99214 | 56 | 38.27 | 0.29 | SP020097D7133WA07 |
| 99148 | 99214 | 56 | 3924.48 | 30.11 | SP020097D7133WA09 |
| 99148 | 99214 | 56 | 68.12 | 0.52 | SP020097D7133WA10 |
| 99156 | 99230 | 64 | 184.15 | 1.61 | SP020097D7133WA11 |
| 99149 | 99214 | 55 | 3002.18 | 22.62 | SP020097D7133WA13 |
| 99149 | 99214 | 55 | 225.81 | 1.70 | SP020097D7133WA14 |
| 99149 | 99214 | 55 | 61.93 | 0.47 | SP020097D7133WA15 |
| 99149 | 99214 | 55 | 451.93 | 3.40 | SP020097D7133WA18 |
| 99155 | 99214 | 49 | 564.43 | 3.79 | SP020097D7133WA19 |
| 99155 | 99214 | 49 | 1776.33 | 11.92 | SP020097D7133WA20 |
| 99155 | 99214 | 49 | 1173.98 | 7.88 | SP020097D7133WA22 |
| 99155 | 99214 | 49 | 141.43 | 0.95 | SP020097D7133WA23 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99155 | 99214 | 49 | 676.50 | 4.54 | SP020097D7133WA25 |
| 99156 | 99250 | 84 | 173.30 | 1.99 | SP020097D7133WA33 |
| 99156 | 99250 | 84 | 4536.22 | 52.20 | SP020097D7133WA34 |
| 99156 | 99250 | 84 | 889.09 | 10.23 | SP020097D7133WA35 |
| 99163 | 99250 | 77 | 2697.86 | 28.46 | SP020097D7133WA67 |
| 99163 | 99250 | 77 | 1958.97 | 20.66 | SP020097D7133WA68 |
| 99163 | 99250 | 77 | 76.18 | 0.80 | SP020097D7133WA69 |
| 99177 | 99267 | 80 | 12.60 | 0.14 | SP020097D7133WA81 |
| 99179 | 99267 | 78 | 83.46 | 0.89 | SP020097D7133WA84 |
| 99183 | 99277 | 84 | 68.17 | 0.78 | SP020097D7133WA93 |
| 99174 | 99250 | 66 | 236.67 | 2.14 | SP020097D7133WB02 |
| 99174 | 99250 | 66 | 4425.17 | 40.01 | SP020097D7133WB03 |
| 99183 | 99267 | 74 | 2972.22 | 30.13 | SP020097D7133WB24 |
| 99183 | 99267 | 74 | 5451.99 | 55.27 | SP020097D7133WB25 |
| 99183 | 99267 | 74 | 232.28 | 2.35 | SP020097D7133WB29 |

TOTAL Records 349 3166.03

TOTAL P.10

**Kennedy, Donna**

**From:** Amendolia, Anthony
**Sent:** Wednesday, April 05, 2000 10:22 AM
**To:** Kennedy, Donna
**Subject:** RE: PV UPDATE MARCH 00

Donna,

Oscar's analysis of the kills for March is accurate. He listed 15 kills for the month of March. The breakdown is as follows:

March kills 15

3 Counted against United (Should have been filled)
7 Not on usage list(Not included in fill rate calc)
3 Usage submitted but no demand in past 90 days
2 Usage submitted but demand exceeded estimate

It seems that 3 of the 15 kills would have actually counted against United based on the fill rate calculation in the current contract. There were 7 kills that United did not have listed on the Usage report. Either Oscar's group never provided usage or a miscommunication resulted in the oversight. Three kills had no demand within 90 days or more. Even though usage data was provided for these kills, the PV usually returns or sells off items left in their warehouse over 90 days. Another 2 kills resulted because actual demand exceeded the estimated usage provided.

The above scenario is compounded several times because of the repetitive orders placed on items that are killed. My opinion is that both United and William Beaumont are responsible for the kills. Both have to work to reduce killed line items and improve the fill rate percentage.

Anthony

-----Original Message-----
From: Kennedy, Donna
Sent: Monday, April 03, 2000 6:44 AM
To: Amendolia, Anthony
Cc: Flatley, Linda
Subject: FW: PV UPDATE MARCH 00

Anthony,

Can you please compare this list the usage data information sent to us by United and provide me with your results so that I can send a letter to United?

Thanks.

Donna M. Kennedy
Contracting Officer
Prime Vendor New Initiatives Section
Directorate of Medical Materiel
e-mail: dkennedy@dscp.dla.mil
Phone: 215-737-7075
FAX: 215-737-8144

-----Original Message-----
From: Molinar, Oscar A WBAMC [mailto:Oscar.Molinar@AMEDD.ARMY.MIL]

## Lone Star Region - Med/Surg
## April 2000 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 136 | 118 | 14 | 6 | 89% |
| Vance AFB | 128 | 128 | 0 | 0 | 100% |
| Tinker AFB | 420 | 277 | 138 | 5 | 67% |
| Sheppard AFB | 278 | 256 | 22 | 0 | 92% |
| Dyess AFB | 53 | 40 | 9 | 4 | 79% |
| Altus AFB | 113 | 100 | 11 | 2 | 89% |
| Randolph AFB | 75 | 71 | 4 | 0 | 95% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 68 | 34 | 33 | 1 | 51% |
| Holloman AFB | 74 | 66 | 8 | 0 | 89% |
| Kirkland AFB | 75 | 59 | 13 | 3 | 81% |
| Brooks AFB | 22 | 19 | 2 | 1 | 89% |
| Naval Hospital CC | 48 | 46 | 1 | 1 | 97% |
| Darnall - Ft. Hood | 919 | 810 | 86 | 23 | 89% |
| Reynolds - Ft. Sill | 437 | 357 | 57 | 23 | 84% |
| Ft. Huachuca | 37 | 36 | 1 | 0 | 97% |
| Wm. Bmnt. - Ft. Bliss | 748 | 609 | 117 | 24 | 83% |
| BAMC - Ft. Sam Houston | 1731 | 1581 | 116 | 34 | 92% |
| AFMLO / Ft. Worth, Texas | 1 | 1 | 0 | 0 | 100% |
| **Total** | 5364 | 4609 | 632 | 127 | 87% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## April 2000 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 10 | 6 | 4 | 0 | 60% |
| Sheppard AFB | 1 | 1 | 0 | 0 | 100% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | 3 | 3 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | 6 | 5 | 1 | 0 | 83% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 25 | 25 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 7 | 7 | 0 | 0 | 100% |
| Ft. Huachuca | 1 | 1 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 69 | 49 | 16 | 4 | 74% |
| BAMC - Ft. Sam Houston | 69 | 68 | 0 | 1 | 99% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 193 | 167 | 21 | 5 | 88% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
# May 2000 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 137 | 119 | 18 | 0 | 87% |
| Vance AFB | 144 | 143 | 1 | 0 | 99% |
| Tinker AFB | 347 | 263 | 81 | 4 | 76% |
| Sheppard AFB | 358 | 321 | 37 | 0 | 90% |
| Dyess AFB | 60 | 44 | 14 | 1 | 74% |
| Altus AFB | 129 | 124 | 4 | 1 | 97% |
| Randolph AFB | 70 | 69 | 1 | 0 | 99% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 71 | 36 | 31 | 4 | 54% |
| Holloman AFB | 101 | 85 | 16 | 0 | 84% |
| Kirkland AFB | 64 | 51 | 12 | 1 | 80% |
| Brooks AFB | 25 | 25 | 0 | 0 | 100% |
| Naval Hospital CC | 26 | 26 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1166 | 1055 | 94 | 17 | 91% |
| Reynolds - Ft. Sill | 594 | 529 | 52 | 14 | 90% |
| Ft. Huachuca | 35 | 27 | 5 | 3 | 81% |
| Wm. Bmnt. - Ft. Bliss | 771 | 657 | 100 | 12 | 86% |
| BAMC - Ft. Sam Houston | 1894 | 1687 | 151 | 41 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 5998 | 5267 | 617 | 98 | 89% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

## Lone Star Region - Med/Surg
## May 2000 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | 6 | 6 | 0 | 0 | 100% |
| Dyess AFB | | | | | 0% |
| Altus AFB | 2 | 2 | 0 | 0 | 100% |
| Randolph AFB | 1 | 1 | 0 | 0 | 100% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | 6 | 5 | 1 | 0 | 83% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 3 | 3 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 1 | 1 | 0 | 0 | 100% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | 89 | 73 | 14 | 2 | 83% |
| BAMC - Ft. Sam Houston | 74 | 66 | 7 | 1 | 90% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 182 | 157 | 22 | 3 | 87% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

## Lone Star Region - Med/Surg
## June 2000 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 76 | 67 | 8 | 1 | 89% |
| Vance AFB | 100 | 94 | 6 | 0 | 94% |
| Tinker AFB | 118 | 78 | 39 | 1 | 67% |
| Sheppard AFB | 185 | 182 | 3 | 0 | 98% |
| Dyess AFB | 75 | 55 | 19 | 1 | 74% |
| Altus AFB | 79 | 75 | 4 | 0 | 95% |
| Randolph AFB | 56 | 55 | 1 | 0 | 98% |
| Laughlin AFB | 9 | 9 | 0 | 0 | 100% |
| Cannon AFB | 82 | 44 | 35 | 3 | 55% |
| Holloman AFB | 118 | 92 | 25 | 1 | 78% |
| Kirkland AFB | 98 | 83 | 10 | 5 | 87% |
| Brooks AFB | 40 | 38 | 2 | 0 | 95% |
| Naval Hospital CC | 31 | 31 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 773 | 702 | 60 | 11 | 92% |
| Reynolds - Ft. Sill | 399 | 324 | 73 | 2 | 81% |
| Ft. Huachuca | 91 | 79 | 9 | 3 | 88% |
| Wm. Bmnt. - Ft. Bliss | 729 | 625 | 85 | 19 | 87% |
| BAMC - Ft. Sam Houston | 1835 | 1631 | 171 | 33 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | NONE |
| **Total** | 4894 | 4264 | 550 | 80 | 88% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
# June 2000 Fill Rate Report

## Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | 4 | 3 | 1 | | 75% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | 10 | 10 | 0 | 0 | 100% |
| Dyess AFB | | | | | 0% |
| Altus AFB | 2 | 2 | | | 100% |
| Randolph AFB | 1 | 1 | | | 100% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | | | | | 0% |
| Brooks AFB | 1 | 1 | | | 100% |
| Naval Hospital CC | 18 | 18 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 6 | 6 | 0 | 0 | 100% |
| Ft. Huachuca | 15 | 14 | 1 | 0 | 93% |
| Wm. Bmnt. - Ft. Bliss | 87 | 58 | 25 | 4 | 69% |
| BAMC - Ft. Sam Houston | 91 | 86 | 4 | 1 | 95% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 236 | 200 | 31 | 5 | 86% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

**Kennedy, Donna**

**From:** Flatley, Linda
**Sent:** Tuesday, July 25, 2000 10:39 AM
**To:** 'Bill Bandy'
**Subject:** FW: Contract SP0200-97-D-7133/7134

Dear Mr. Bandy,

It is July 25, 2000 and I have not received a response to this email. Your inaction is of concern to me. I am charged with ensuring our customers receive the service we have contracted for under your contract.

Provide the information indicated below by COB Friday July 28, 2000.

Linda Flatley
tel: 215-737-3201
email: lflatley@dscp.dla.mil

-----Original Message-----
**From:** Flatley, Linda
**Sent:** Thursday, July 13, 2000 11:36 AM
**To:** 'Bill Bandy'
**Subject:** Contract SP0200-97-D-7133/7134

Dear Mr. Bandy,

Reference: Contract SP0200-97-D-7133/7134, effective through May 31, 2001.

I have been informed that United Medical Supply has announced that effective the end of July 2000, you will no longer support our Lone Star regional customers from your El Paso distribution center.

By **close of business Friday July 14, 2000**, United Medical Supply must provide the undersigned the following information:

1) Identify the United Medical Supply distribution center that will service each of the four customers listed below:

Ft. Bliss (William Beaumont Army Medical Center), El Paso, TX
Holloman AFB, (New Mexico)
Kirtland AFB (New Mexico)
Ft. Huachuca, (Arizona)

2) Provide the distance in miles from each customer to the identified replacement distribution center.

3) Provide the transportation method to be used to meet the six hour emergency delivery time requirement in the contract for Ft Bliss, Holloman AFB, and Kirtland AFB, and the ten hour emergency delivery time requirement in the contract for Ft. Huachuca.

<u>United Medical Supply's contractual obligations:</u>

1) The distance in miles must be low enough that a reasonable person would expect that a just-in-time usage data item order placed at 4:59 pm (1659) local time would be received by the customer within the 24 hours (business days only) required by the contract. This 24 hour delivery is expected to be met on a daily (business days) basis, per the terms of the contract.

2) The transportation method identified for emergency materiel delivery must convince a reasonable person that the emergency delivery time requirement will be met 100% of the time, per the contract terms.

**NOTE: Failure to meet the contractual obligations identified above may put United Medical Supply at risk for a Termination for Default for contract SP0200-97-D-7133/7134.**

L. FLATLEY
Chief, Medical Surgical PV Contracting Section
Medical Surgical Products CBU
Directorate of Medical Materiel

tel: 215-737-3201
email: lflatley@dscp.dla.mil

**Kennedy, Donna**

**From:** Flatley, Linda
**Sent:** Wednesday, July 26, 2000 12:29 PM
**To:** Kennedy, Donna
**Cc:** Jennings, James
**Subject:** FW: PRIME VENDOR - JUNE 00

-----Original Message-----
From: Wentzel, Greg
Sent: Friday, July 14, 2000 3:50 PM
To: Flatley, Linda; Amendolia, Anthony; Galligan, Donna; Rogers, Roslyn
Subject: RE: PRIME VENDOR - JUNE 00

I spoke to Mr. Bandy, United Medical, about the alledged $750,000. He suggested that it was more in the $650,000 range. I advised him that as of the end of June, we were showing about $6000 in delinquent invoices, and that the ULOs awaiting invoicing totalled only $54,626. His AR clerk, Megan, claims that she has confirmations for the 810 EDI transactions corresponding to this last batch of ULOs - the implication being that they are invoicing and the invoices are being lost in our system.

I asked Megan to email me the confirmation data and that I would have our EDI folks check to see how our system could have confirmed receipt and then not processed the invoices.

I also asked that Megan email me invoice #, call numbers, and dollar amount for the top 10 accounts receivable that they were carrying against our contract. I promised Mr. Bandy that I would research and get back to him on how and why he was showing these as not paid, while we had no record of them being owed. Based upon what I found, I indicated that we might be able to determine how to proceed with reconciling his figure $650,000 with our figure - $6000.

Mr Bandy will simply not be mounting his palomino and riding off into the sunset at the end of his contract. We better have a very clear and convincing accounting of the status of United's accounts receivable.

Greg

-----Original Message-----
From: Flatley, Linda
Sent: Thursday, July 13, 2000 8:21 AM
To: Wentzel, Greg
Subject: FW: PRIME VENDOR - JUNE 00

-----Original Message-----
From: Amendolia, Anthony
Sent: Wednesday, July 12, 2000 4:07 PM
To: Flatley, Linda; Kennedy, Donna; Nicolucci, Andrea
Subject: FW: PRIME VENDOR - JUNE 00

Isn't this interesting...

**From:** Amendolia, Anthony
**ent:** Friday, August 11, 2000 3:42 PM
**ſo:** Flatley, Linda
**Cc:** 'Mike David - USAMC - San Antonio, TX'
**Subject:** Status of United Medical Deliveries without El Paso Warehouse

Linda,

Since the El Paso warehouse closed the end of July, there was concern that United would not be able to meet the next day delivery requirement for the four customers (two Army and two Air Force) previously serviced out of El Paso:

Ft Bliss - William Beaumont Army Medical Center:

Oscar Molinar stated that he is receiving his deliveries the next day. There was one instance of part of the call number arriving on another shipment two days after the order was placed. Deliveries are on time but kills or zero fills are increasing. He will continue to monitor the fill rate on a daily basis for about a week to determine if the kills are decreasing.

Ft Huachuca

Mr Hicks placed one or two orders since the El Paso warehouse closed and foud that it is taking about 3 days to get the material. One order was placed on Friday and received on Wednesday. Mr. Ratliff said they could live with 2 days but 3 to 4 days is difficult to manage.

Kirtland AFB

Just-in-time orders placed at Kirtland AFB after the El Paso warehouse closure are being received the next day. In fact, SSgt Lutz preferred the United's Ft. Worth distribution center service over the El Paso warehouse.

Holloman AFB

At Holloman AFB, JIT orders are being received in two to three days. Previously, they received next day deliveries. Cpt Cannalis has driven from Holloman to Ft Worth and said it takes 10 - 12 hours. Will continue to watch for any progress.

Anthony

**From:** Jennings, James
**Sent:** Monday, August 14, 2000 11:32 AM
**To:** 'wbandy@aol.com'
**Cc:** 'sai-dan@swbell.net'
**Subject:** SP0200-97-D-7133

Mr. Bandy,

We have received a report that several Delivery Orders that were reported to the customer as a "Kill", were subsequently delivered to the customer. This causes a problem for the customer for several reasons. 1)The product may have already been procured from another source. 2)The product may have been rerequisitioned with a different Delivery Order number.

For these reasons, steps need to be taken to insure that this does not happen in the future.

If you have any questions regarding this, I can be reached at (215)737-7230 or jjennings@dscp.dla.mil

JAMES JENNINGS
Contracting Officer

-----Original Message-----
From: Kennedy, Donna
Sent: Monday, August 07, 2000 9:10 AM
To: Jennings, James
Cc: Flatley, Linda
Subject: FW: United EDO orders at Ft Sam Houston

Jim,

Please contact Mr. Bill Bandy at United Medical and remind them that if an item is killed it must not be delivered.

Thanks.

Donna M. Kennedy
Contracting Officer
Prime Vendor Contracting
Directorate of Medical Materiel
e-mail: dkennedy@dscp.dla.mil
Phone: 215-737-7075
FAX: 215-737-8144

-----Original Message-----
From: Flatley, Linda
Sent: Monday, August 07, 2000 8:23 AM
To: Kennedy, Donna
Subject: FW: United EDO orders at Ft Sam Houston

Donna,
Action needed. LF

-----Original Message-----
From: Farver, David [mailto:dfarver@dsiddoms.eds.com]
Sent: Thursday, June 29, 2000 8:12 AM
To: 'lflatley@dscp.dla.mil'
Cc: Steve Hasting (E-mail); Jessica Martinez (E-mail); Englert, Juan
Subject: United EDO orders at Ft Sam Houston

Linda,
this is a follow-up email from our conversation this morning. I received a call from Bonnie Mayhorn
(210-916-1776) regarding some issues she has with United Medical EDO rdering.
Bonnie is claiming that certain items on EDO orders to United are being killed by United
although the item actually gets delivered. Below are examples of confirmations she
received. Bonnie stated that Item # = UMS0300310 on call HF56 and Item # = UMS1159260
on call HF59 were items that showed killed status but eventually was shipped to the
site. Because of the killed status, DMLSS is sending a rejection back to TAMMIS and
then TAMMIS turns around and re-requisitions it. This is a problem due to the fact
that the goods actually get shipped the first time ordering.
Can you help us out with this issue?

Thank you,
Dave Farver

FW PRIME VENDOR UPDATE - 15 AUG 00
From: Molinar, Oscar A WBAMC [Oscar.Molinar@AMEDD.ARMY.MIL]
Sent: Tuesday, September 19, 2000 4:15 PM
To: 'Ronnie.Rahm@59MDW.WHMC.AF.MIL'
Subject: FW: PRIME VENDOR UPDATE - 15 AUG 00

Ronnie,

Here's a memo sent to DSCP this August 00.

Our PV Fill Rates had just taken a nose dive!

Oscar

> -----Original Message-----
> From: Molinar, Oscar A WBAMC
> Sent: Wednesday, August 16, 2000 3:55 PM
> To: Crockett-Lynn Tsehai CPT WBAMC
> Subject: PRIME VENDOR UPDATE - 15 AUG 00
>
>
> MCHM-LOG-MA
> 15 August 00
>
>
> MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer,
> Contract SP0200-97-D-7133. 2800 South 20th St., Philadelphia, PA 19145
>
>
> SUBJECT: Prime Vendor Update - 15 Aug 00
>
>
> 1. Effective 31 July 00, United Medical closed their El Paso Distribution
> Center. The United Medical Rep, Yolanda Velasquez, broke the news to us
> two weeks prior to the closing date. She assured us that support would
> not be interrupted and that the reason for closing the distribution center
> was to avoid signing a new, two year lease.
>
> 2. Since closing the Distribution Center, the United Medical fill rates
> have taken a downward plunge as indicated below:
>
> MONTH Fill Rate
>
> APR 00 76.92%
> MAY 00 86.62%
> JUN 00 80.11%
> JUL 00 66.33%
>
> 3. In accordance with PV Contract SP0200-97-D-7133, Section C, Statement
> of Work, page 16 under MINIMUM PERFORMANCE REQUIREMENTS, the contract
> states, "The Prime Vendor shall maintain, at a minimum, a 95% monthly
> fill-rate for each orering facility for Just-in-Time Orders.
>
> 4. Below is a portion of the total orders sent to United Medical since 31
> July and their fill rates.
>
> 31 July 00
> WR19 JIT
> Lines ordered 32
> Lines filled 11
> Partial fills 2
> Fill rate - 37%
>
> 1 AUGUST 00

> WR20 JIT
> Lines ordered 20
> Lines filled 12
> Partial fills 0
> Fill rate - 60%
> WR26 JIT
> Lines ordered 17
> Lines filled 9
> Partial Fills 2
> Fill rate - 58%
>
> 2 AUGUST 00
> WR27 JIT
> Lines ordered 31
> Lines Filled 22
> Partial fills 0
> Fill rate - 70%
> WR28 JIT
> Lines ordered 20
> Lines filled 13
> Partial fills 0
> Fill rate - 65%
>
> 3 AUGUST 00
> WR37 JIT
> Lines ordered 35
> Lines filled 11
> Partial fills 4
> Fill rate - 37%
> WR39 JIT
> Lines ordered 37
> Lines filled 7
> Partial fills 28
> Fill rate - 56%
> WR40 JIT
> Lines ordered 13
> Lines filled 7
> Partial fills 1
> Fill rate - 57%
>
> 4 AUGUST 00
> WR42 JIT
> Lines ordered 21
> Lines filled 11
> Partial fills 1
> Fill rate - 54%
>
> 7 AUGUST 00
> WR49 JIT
> Lines ordered 31
> Lines filled 11
> Partial fills 18
> Fill rate - 65%
>
> 8 AUGUST 00
> WR52 JIT
> Lines ordered 31
> Lines filled 20
> Partial fills 1
> Fill rate - 66%
> WR53 JIT
> Lines ordered 47
> Lines filled 14

> Partial fills 3
> Fill rate - 33%
>
> 9 AUGUST 00
> WR64 JIT
> Lines ordered 20
> Lines filled 6
> Partial fills 0
> Fill rate - 30%
>
> 10 AUGUST 00
> WR68 JIT
> Lines ordered 28
> Lines filled 18
> Partial fills 3
> Fill rate - 69%
>
> 11 AUGUST 00
> WR73 JIT
> Lines ordered 37
> Lines filled 17
> Partial fills 4
> Fill rate - 51%
> WR74 JIT
> Lines ordered 22
> Lines filled 6
> Partial fills 5
> Fill rate - 38%
> WR76 JIT
> Lines ordered 14
> Lines filled 4
> Partial fills 0
> Fill rate - 29%
>
>
> 5. The number of total lines ordered since 31 July is 531. The total
> number of lines filled during the same time period is 247. This indicates
> a fill rate of 47% during a three week period.
>
> 6. ROUTINE (JIT) items like STEAM INDICATORS, HYPODERMIC NEEDLES,
> SURGICAL RAZORS, MICROSCOPE SLIDES, and IV CATHETERS have been at zero
> balance in United Medical the past two weeks.
>
> 7. CONFIRMATIONS are not being provided unless requested repeatedly by
> the Materiel Branch item managers. Status on the availability of an item
> is crucial information for the item managers in determining if an item is
> to be purchased on a credit card.
>
> 8. ADDITIONAL ISSUES
>
> a. Friday, 11 August, Materiel Branch placed orders WR73 and WR76.
> These two orders should have been delivered on Monday, 14 August at
> approximately 1000.
>
> b. In accordance with Prime Vendor Contract SP0200-97-D-7133, Section
> C, Statment of Work, page 13, under General Information, "The Prime Vendor
> will deliver Just In Time (JIT) shipments within 24 horus of order
> placement excluding holidays and weekends."
>
> c. Orders WR73 and WR76 were received Tuesday, 15 August between 1100
> and 1130.
>
> d. Friday's order contained 19 additional items, without invoice or

> packing list. Our receiving personnel wasted precious time and effort
> trying to identify these items.
>
> e. The 19 items were later identified, by our Item Managers as part
> of order WR77 which was placed on Monday, 14 August.
>
> f. Materiel Branch shipments continue to arrive on a single pallet
> stacked 8 to 9 ft high. Heavier boxes are often stacked on top of lighter
> boxes which causes the lighter boxes to be crushed during transport.
> Also, when the shrink wrap is cut to unstack the boxes, the weight shifts
> and boxes fall which could cause our personnel to sustain injuries.
>
> Oscar A. Molinar
> Accountable
> Officer/PV COR
> Materiel Branch,
> WBAMC

FW Update - 29 Aug 00

From: Molinar, Oscar A WBAMC [Oscar.Molinar@AMEDD.ARMY.MIL]
Sent: Tuesday, September 19, 2000 4:18 PM
To: 'Ronnie.Rahm@59MDW.WHMC.AF.MIL'
Subject: FW: Update - 29 Aug 00

Ronnie,

Between 15 and 29 August things got worse with United Medical. My KO at DSCP went to bigger and better things. This message went to my Case Manager, Anthony Amendolia.

Oscar

> -----Original Message-----
> From: Riley, James D LTC WBAMC
> Sent: Thursday, August 31, 2000 8:26 AM
> To: Molinar, Oscar A WBAMC
> Subject: RE: Update - 29 Aug 00
>
> Excellent Summation...
> Looks like we are about readu for a summit meeting
>
> -----Original Message-----
> From: Molinar, Oscar A WBAMC
> Sent: Wednesday, August 30, 2000 4:35 PM
> To: Crockett-Lynn Tsehai CPT WBAMC; 'aamendolia@dscp.dla.mil'
> Cc: Riley, James D LTC WBAMC
> Subject: Update - 29 Aug 00
>
>
> Tuesday, 29 Aug 00
>
> PRIME VENDOR UPDATE
>
> Anthony Amendolia, DSCP Case Manager,
>
>
> 1. ISSUES:
>
> a. DELIVERIES - After repeated calls to United Medical, over a two week period, supply deliveries began to arrive between 1000 and 1030 on 23 Aug 00.
>
> b. INVOICES - Shipments have been received without an invoice or packing list. United Medical had to be called to FAX an invoice before orders could be accepted.
>
> d. MIXED SHIPMENTS - Items have been received mixed up on several pallets without identifying markings or call numbers.
>
> e. STATUS - Status is not received within two hours as specified by the PV Contract. Status is usually received in the late afternoon or the next working day.
>
> f. ZERO FILLS - Repeated zero fills on critical JIT items have been noted during the past three weeks. The following list of JIT items includes items ordered and denied repeatedly over a period of several days. Items had to be purchased on credit card.
>

| | ITEM | CAT NUMBER | MANUFACTURER |
|---|---|---|---|
| 1) | Syringe 25ga | BD309570 | BECTON DICKINSON |

> 2) Needle Hypo 23ga BD305111 BECTON DICKINSON
> 3) Syringe Insulin BD309300 BECTON DICKINSON
> 4) Brace Knee 1000849 DEROYAL
> 5) Infusion set 4492 ABBOTT
> 6) Tube Trach 86080 MALLINCKRODT
> 7) Crutch 4860 LAMICO
> 8) Glove Surg 7.5 5721314 ANSELL PERRY
> 9) Electrode EKG 15133A HEWLETT PACKARD
> 10) Glove Surg 8 5380 J&J
>
> 2. FILL RATES

| Call | Lines ordered | Lines received | Partials | Fill Rate |
|---|---|---|---|---|
| WS17 | 21 | 3 | 13 | 45% |
| WS23 | 45 | 14 | 3 | 34% |
| WS24 | 31 | 12 | 5 | 47% |
| WS30 | 23 | 9 | 5 | 50% |
| WS31 | 14 | 9 | 0 | 64% |
| WS34 | 9 | 1 | 1 | 16% |
| WS49 | 15 | 3 | 8 | 33% |
| WS55 | 25 | 5 | 18 | 56% |

> 3. Additional JIT items routinely used at WBAMC denied by United Medical in the past the past three weeks:
>
> BED PANS
> NEEDLE CONTAINERS
> BABY SHAMPOO
> IV TUBING
> CHUX
>
> 4. Item managers have been forced to borrow supplies from other hospitals, purchase items directly from the manufacturer, research and find other sources of supply, or purchase JIT items with a credit card at open market prices and shipping charges.
>
> Oscar A. Molinar
> Accountable
> Officer/PV COR
> Materiel Branch,
> WBAMC

MCXJ-LO-MAT 25 October 2000

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer,
Contract 97-D-7133, 2800 South 20th St, Phildelphia, PA 19145

SUBJECT: Prime Vendor Report #7 United Medical Supply

1. This report covers the period 01 August to 25 October 2000 and reflects the time since United Medical closed their warehouse in El Paso. Fill rates are addressed in the following paragraphs.

2. Information on Just In Time (JIT) orders is as follows:

a. Total lines ordered - 368
b. Total lines filled - 227
c. Total lines partially filled - 35
d. Fill Rate - 60.2%

3. Information on Extended Delivery Orders (EDO) is as follows:

a. Total lines ordered - 116
b. Total lines filled - 88
c. Fill rate - 75.8%
d. As of this time, 12 Extended Delivery Orders remain open, 10 of which have gone past the 10 day limit specified in the contract.

4. Since the El Paso warehouse was closed, JIT orders no longer arrive within 24 hours as specified in the contract. Average time to receive a JIT order is now from 3 to 4 days. This problem was addressed when it first started happening the first part of August, but as of this date, it has not been corrected

5. We were last visited by a Prime Vendor Customer Service Representative on 19 June 2000. As of this time, no visits are scheduled for this activity.

6. We continue to get requests from DSCP for summary receipt information on orders that have not yet been closed out.

7 Point of contact is the undersigned at DSN 821-2070/5117 or coml (520) 533-2070/5117.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133

**From:** Amendolia, Anthony
**Sent:** Tuesday, October 31, 2000 7:53 AM
**To:** Flatley, Linda
**Subject:** FW: Med/Surg Prime Vendor Report #7

pvprfmemo7.doc

Linda,

Melvin Hicks from Ft Huachuca in Arizona sends us an update, from time to time, of how their Med/Surg PV program is going with United Medical. Ft Huachuca is one of the customers that was effected by the closing of the El Paso distribution center. They were never really happy from the beginning but at this point I don't know what to tell him other than to thank him for taking the time to do the report and we will contact United about his situation.

He basically says that his JIT fill rate is about 60%(I don't know if it is accurate or they are ordering without providing usage or other factors). Their JIT delivery since the distribution center closing is 3 to 4 days instead of 24 hours and they haven't had a customer visit since June 19th.

I will offer them the same alternative that I offered to Ft Bliss, which was to order their kills from Allegiance. However, they had Allegiance as their prime vendor before they requested to switch to the Lone Star region because their service was so poor. I don't think they will be too excited about the idea of having Allegiance back again.

Anthony

-----Original Message-----
From: Hicks, Melvin R RWBAHC LOG
[mailto:Melvin.Hicks@CEN.AMEDD.ARMY.MIL]
Sent: Thursday, October 26, 2000 3:27 PM
To: 'dkennedy@dscp.dla.mil'; 'aamendolia@dscp.dla.mil'
Cc: Molinar, Oscar A WBAMC; Bartkowski, Mike A BAMC-Ft Sam Houston;
Bell, Thomas A CPT RWBAHC LOG; David, Michael R; Ratliff, Doil G RWBAHC
LOG
Subject: Med/Surg Prime Vendor Report #7

Subject report for the period 01 August to 25 October 2000 is attached.

<<pvprfmemo7.doc>>

Mel Hicks

Thank you. I will be waiting to hear from you. I can also have our useage list and annual demands available in a few days after I find out where to send them.

..el Hicks

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 01, 2000 1:20 PM
To: 'Hicks, Melvin R RWBAHC LOG'
Subject: RE: Med/Surg Prime Vendor Report #7

Mr. Hicks,

United has told us in an email that they would permit you to leave the contract with them and join the new contract with Allegiance. Naturally, you will get DAPA pricing and a 3.5% distribution fee(unless you select additional services). I will get the name of an Allegiance rep so that we can get the ball rolling on this. If we can get Allegiance to agree and Steve Hasting from DMLSS to move up your DMLSS transition date (Although if this doesn't happen, there is the possibility of ordering from the web), this will be a go.

Anthony

-----Original Message-----
From: Hicks, Melvin R RWBAHC LOG
[mailto:Melvin.Hicks@CEN.AMEDD.ARMY.MIL]
Sent: Tuesday, October 31, 2000 10:50 AM
To: 'Amendolia, Anthony'
Cc: Bell, Thomas A CPT RWBAHC LOG
..ubject: RE: Med/Surg Prime Vendor Report #7

I would be very interested in getting the killed items from Allegiance. I would also like to know if they could give us some special pricing on those items that are on DAPA, either the DAPA price because we will soon be going to them as Prime Vendor, or some price in between DAPA and the open market price. I would also be interested in going to Allegiance as a prime vendor prior to the 1 June 01 scheduled date.

If you have a POC at Allegiance you can talk to, I would appreciate it if you could put in the good word for us, and would also like to have the POC name and number so I can talk to them. Our service from United Medical appears to be getting worse as time goes by, so we would appreciate any assistance you can give us.

The main problem we had with Allegiance when they were our Prime Vendor before was one that could have been easily corrected. It had to do with JIT orders. Under the contract, they were supposed to stock JIT items in their Phoenix distribution center so they could get them to us the day after we ordered them. Due to some internal problem, I am told, with the supervisor of the Phoenix center, many of the JIT items were not stocked. As a result, when we placed a JIT order, we would get the items from the Phoenix distribution center the next day, the items they stocked at Ontario, CA, we would get the following day and the items that had to come from Chicago we would get about 7 days later. This caused us a lot of problems and could have all been corrected by stocking our JIT items in Phoenix, and I hope this can be done the second time around.

..el Hicks

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Tuesday, October 31, 2000 6:01 AM

To: 'Hicks, Melvin R RWBAHC LOG'
Subject: RE: Med/Surg Prime Vendor Report #7

Thanks for the update Mr Hicks. We will contact United Medical and address these problems with them. In the mean time, are you interested in ordering any killed items from Allegiance? They will be your new Med/Surg PV in June of 2001 and we could look into having them provide support for your kills from United. I know that you had Allegiance before and you were not satisfied but maybe it will be different now? Please call or email me to let me know.

Anthony Amendolia
DSN 444-2134

-----Original Message-----
From: Hicks, Melvin R RWBAHC LOG
[mailto:Melvin.Hicks@CEN.AMEDD.ARMY.MIL]
Sent: Thursday, October 26, 2000 3:27 PM
To: 'dkennedy@dscp.dla.mil'; 'aamendolia@dscp.dla.mil'
Cc: Molinar, Oscar A WBAMC; Bartkowski, Mike A BAMC-Ft Sam Houston; Bell, Thomas A CPT RWBAHC LOG; David, Michael R; Ratliff, Doil G RWBAHC LOG
Subject: Med/Surg Prime Vendor Report #7

Subject report for the period 01 August to 25 October 2000 is attached.

<<pvprfmemo7.doc>>

Mel Hicks

**From:** Flatley, Linda
**Sent:** Tuesday, November 07, 2000 1:22 PM
**To:** Amendolia, Anthony
**Cc:** Jennings, James
**Subject:** RE: Prime Vendor Order - Kirtland AFB

I agree. LF

-----Original Message-----
From: Amendolia, Anthony
Sent: Tuesday, November 07, 2000 10:18 AM
To: Flatley, Linda
Cc: Jennings, James
Subject: FW: Prime Vendor Order - Kirtland AFB

Linda,

This was an unsolicited email from my POC at Kirtland AFB concerning kills with their orders to United Medical. He called me this morning to complian that every item has been killed since October 31st. Kirtland AFB is near Albuquerque, NM and they were affected by the El Paso, TX distribution center closing. I'm trying to find out from United about the kills. I'll let you know how I make out. Sounds like they could be another candidate?

Anthony

-----Original Message-----
From: Nonies Ernest C GS-05 377MDSS/SGSL
[mailto:Ernest.Nonies@kirtland.af.mil]
Sent: Monday, November 06, 2000 12:49 PM
To: 'aamendolia@dscp.dla.mil'
Subject: Prime Vendor Order - Kirtland AFB

Orders transmitted in the DMLSS System thru United Medical prime vendor has not been filled since 31 Oct 00. As of this date, 6 Nov 00, orders requsistion thru United Medical has been coming back cancelled. Per conversation with TSgt Deere, NCOIC acquisition management, suggested that I e-mail or phone you (case manager), and to informed you that our orders has not been filled. Please advise this office of any remedy that has been or should be taken in resolving this problems. My DSN is 94-246-3686. Thank you in handling this problem.

**From:** Riley, James D LTC WBAMC [James.Riley@AMEDD.ARMY.MIL]
**Sent:** Sunday, November 12, 2000 12:49 PM
**To:** Molinar, Oscar A WBAMC; Fletcher, James L COL BAMC-Ft Sam Houston; 'lflatley@dscp.dla.mil'; 'aamendolia@dscp.dla.mil'
**Cc:** Crockett-Lynn Tsehai CPT WBAMC
**Subject:** RE: PRIME VENDOR UPDATE - NOV 00

Oscar

Continue to report this to GPRMC monthly.

```
> -----Original Message-----
> From:     Molinar, Oscar A WBAMC
> Sent:     Thursday, November 09, 2000 4:18 PM
> To: Fletcher, James L COL BAMC-Ft Sam Houston; 'lflatley@dscp.dla.mil';
> 'aamendolia@dscp.dla.mil'
> Cc: Riley, James D LTC WBAMC; Crockett-Lynn Tsehai CPT WBAMC
> Subject:  PRIME VENDOR UPDATE - NOV 00
>
>
> MCHM-LOG-MA
> 9 NOV 00
>
>
> MEMORANDUM FOR Linda Flatley, Contracting Officer, DSCP and Anthony
> Amendolia, Case Manager, DSCP, PV CONTRACT 97-D-7133
>
> SUBJECT:  PV Update 9 November 00

> 1.   FILL RATES
>
>      a.  Oct 00 JIT Fill Rate - 70%
>
>      b.  Sep 00 JIT Fill Rate - 59%
>
>      c.  Aug 00 JIT Fill Rate - 54%
>
>      d.  Average Fill Rate for 3 months - 61%.  Nowhere close to 95%
>
> 2.  DELIVERIES - Deliveries continue to arrive before 1200 daily.  No
> major problems with deliveries since August 00.
>
> 3.  PALLETS - Pallets continue to arrive stacked 6 to 8 feet high.  This
> issue has been reported to the PV Representative (Yolanda Velasquez),
> several times.  Materiel Branch warehouse personnel continue to struggle
> with this issue.
>
> 4.  ZERO BALANCES
>
>     a.  August 00
>
>          Total lines ordered - 1081
>          Total lines filled complete - 498
>          Total lines not filled - 383
>
>     a.  September 00

         Total lines ordered - 533
>        Total lines filled complete - 285
>        Total lines not filled  - 180
>
```

> b. October 00
>
> Total lines ordered - 782
> Total lines filled complete - 524
Total lines not filled - 223

> c. TOTAL ZERO BALANCES AUG 00 through OCT 00
>
> Total lines ordered - 2395
> Total lines filled complete - 1307
> Total lines not filled - 786
>
> 5. CREDIT CARD PURCHASES
>
> a. In August 00, United Medical denied 59 different JIT lines during
> the month. Materiel Branch was forced to purchase all 59 lines with an
> IMPAC credit card.
>
> b. Additional credit card work created for two item managers:
>
> 1) Call United Medical to verify status of zero balance.
> 2) Find source and place credit card order
> 3) Confirm freight charges
> 4) Confirm price changes in TAMMIS
> 5) Make emergency issue when item arrives
> 6) Review, correct and submit month end credit card statements
>
> c. Time required to perform the credit card tasks listed above - 29.5
> hours
>
> d. Total cost of 59 JIT items purchased on credit card - $11,689.27
>
> d. Overtime for two item managers - $422.40

e. Grand total - $12,111.67
>
>
>
>
>
> Oscar A. Molinar
> Accountable Officer/COR
> Materiel Branch, WBAMC
>
>

Subject: FW: PRIME VENDOR UPDATE - NOV 00

Anthony,

presume we've discussed this with Mr Bandy or his distribution center at some point. what is the plan, if any?
LF

-----Original Message-----
From: Molinar, Oscar A WBAMC [mailto:Oscar.Molinar@AMEDD.ARMY.MIL]
Sent: Monday, November 13, 2000 3:36 PM
To: 'Flatley, Linda'
Subject: RE: PRIME VENDOR UPDATE - NOV 00

Linda,

Anthony informed me last week that he had copies of all of my updates and would be happy to forward copies to you. However, I was directed to send copies to you anyway.

We continue to have problems with pallets stacked too high. It is impossible for any of our personnel to reach the top boxes without assistance from a fork lift. This is time consuming and dangerous to the person trying to unstack the boxes. This morning we received several pallets stacked at least 9 feet high. Talking to United about this is like talking to a door knob. Perhaps because of my constant complaining.

Oscar

-----Original Message-----
From: Flatley, Linda [mailto:paa3209@dscp.dla.mil]
Sent: Monday, November 13, 2000 1:15 PM
To: 'Molinar, Oscar A WBAMC'
Subject: RE: PRIME VENDOR UPDATE - NOV 00

Oscar,

Anthony Amendolia follows your situation closely - he forwards a copy of your periodic update to me every time he receives one. We usually review them and discuss them shortly after they arrive.

Linda Flatley
Chief, Med Surg Prime Vendor
Contracting Section
Medical Surgical Products CBU
Directorate of Medical Materiel

tel: 215-737-3201
email: lflatley@dscp.dla.mil

-----Original Message-----
From: Molinar, Oscar A WBAMC [mailto:Oscar.Molinar@AMEDD.ARMY.MIL]
Sent: Thursday, November 09, 2000 6:18 PM
To: Fletcher, James L COL BAMC-Ft Sam Houston; 'lflatley@dscp.dla.mil'; 'aamendolia@dscp.dla.mil'
Cc: Riley, James D LTC WBAMC; Crockett-Lynn Tsehai CPT WBAMC
Subject: PRIME VENDOR UPDATE - NOV 00

MCHM-LOG-MA
9 NOV 00

# AFFIDAVIT OF DONNA GALLIGAN

I, DONNA GALLIGAN, having been duly sworn, deposes and says as follows:

1. That I, DONNA GALLIGAN am over 21 years of age, of sound mind, capable of making this Affidavit, and personally acquitted with the facts herein stated.

2. That the Defense Logistics Agency is a component of the Department of Defense.

3. That the Defense Supply Center, Philadelphia, ["DSCP"] formerly known as the Defense Personnel Support Center[1] is a field activity of DLA and is located in Philadelphia Pennsylvania. DSCP is responsible for acquiring, and distributing a wide variety of items to the military services.

4. That I have been employed in the Directorate of Medical Material at DSCP since June 1977.

5. That I am currently a Prime Vendor Analyst (Team Leader) and have held this position since March 1999.

6. That as a Team Leader, I act as a liaison between the customers, vendors and DFAS on issues relating to prime vendor invoicing and customer payments. I oversee and provide guidance and assistance to my team members and others involved with invoicing procedures.

7. That I am familiar with the payment procedure utilized under the contract.

---

1 In January 1998, DPSC changed its name to Defense Supply Center Philadelphia.

8. That I am also familiar with many of the payment problems experienced by United Medical Supply ["UMS"].

9. That many of, if not all, the payments problems arose from UMS' failure to conform to the contract requirements.

10. That with the shipment of each order, UMS was contractually required to enclose a packing list/slip indicating the 17 character delivery order number, date of order, list of supplies shipped, quantity and price. The delivery order number always ended with the four digit call number assigned to the order by the customer. The four digit call number was unique for each order.

11. That after inspection and acceptance of the shipment, the customer would "pay" for the items by electronically obligating funds to DSCP. The obligation referenced the call number

12. That the customer determined the amount to be obligated from the price listed on UMS' packing slip.

13. That DSCP's system identified the obligation from a given customer by the four digit call number.

14. That once a customer obligation was made on a call number, additional obligations for that call number could not be made. The system would only accept one customer obligation per call number.

15. That this is the reason that the contract required UMS to deliver all items on an order in a single shipment.

16. That after shipment, UMS was required to electronically submit an invoice for each delivery order to the payment office.

17. That only one electronic invoice per delivery order was allowed.

18. That each invoice had to include the correct call number.

19. That when the electronic invoice hit DSCP's system, the system would match up the call number on the invoice to the call number identified in the customer's obligation.

20. That when the computer found a match, it would approve payment of the sum invoiced or the sum transferred (whichever was less) and electronically transfer the funds to the account designated by UMS.

21. That the system is designed to make only a single electronic payment to UMS for each call number.

22. That any future invoices electronically submitted under a "used" call number are treated as an error and automatically rejected.

23. That this is the reason that the contract required UMS to submit only one invoice per order.

24. That a correct and identical call number must appear on the packing slip for the order, the obligation for the order, and the invoice for the order. In order for DSCP and its customers to search any of its records, UMS must provide a correct call number.

25. That UMS' failure to follow the above procedures resulted in numerous problems. The most common problem involved "short pays", i.e. partial payment was made against the order rather than full payment.

26. That many short pays are attributable to UMS' practice of delivering orders in split shipments rather than in a single shipment as required by the

contract. Short pays result because the customer will typically obligate the money due on the first shipment. Days or weeks later when additional items are delivered, the system will reject any attempt on the customer's part to obligate further funds for the call number.

27. That Attachment 1 illustrates four of the <u>many</u> instances where split shipments caused short pays.

28. That pages 1-4 of Attachment 1 relate to a shot pay under call number GG76.[2] Page 2 of the attachment is a delivery record from UMS. The last line item on the delivery record shows that a portion of the order placed under call number GG76 was delivered on May 5, 1998. Page 3 of the attachment (next to the last line item) shows that another portion of order GG76 was delivered on May 7, 1998. Page 4 of the attachment (last line item) shows that still another portion of the order was delivered on May 19, 1998. In this instance the customer, (BAMC) had originally obligated $876.72, leaving unpaid these three later shipped items.

29. That pages 5-11 of Attachment 1 relate to a short pay under call number UF90. Page 6 is a packing slip showing that a portion of the order was shipped on March 16, 1998. Pages 7 and 8 show that another portion of the order was shipped on March 12, 1998 (probably in two separate trucks since there are two packing slips each for one line item). Page 9 shows that another part of the order was shipped on March 13, 1998. Page 10 shows that another line item of the order was shipped March 25, 1998. In this case, the customer,

---

[2] The first page references call number GJ23. However, this is not the call number that is subject to the short pay. Rather it is the call number assigned so that the balance due can be paid.

Beaumont, obligated $5,216.72 when the original shipment was made under the call number. When additional items started arriving on March 12–25, 1998, the system would not allow any further obligations on the call number.

30. That pages 12-15 of Attachment 1 relate to BAMC's order under call number GG55. Page 15 is the packing slip listing three items. Two items were delivered together with the packing slip. The circled item was not delivered with other two items for that call under. Instead that item was delivered in a different shipment along with items from orders placed under call numbers GG56, and GG57. Again the customer only obligated funds for the items received in the initial shipment, leaving a short paid on the third line item.

31. That pages 16-21of Attachment 1 relate to Bliss' order under call number PC75. Page 17 is a packing slip showing that two line items were shipped on February 27, 1998. Page 18 is a packing slip showing that one line item was shipped a month later March 26, 1998.

32. That the correction of a "short pay" due to a split shipment involved a great deal of effort on the part of the customer and DSCP. First, the customer had to manually research its records to determine the reason for the short pay. Once the customer determined that the short pay resulted from a split shipment, the customer had to issue another call number to UMS so that it could submit another invoice. At that point in time, the entire electronic payment scenario described above had to be repeated.

33. That none of the shorts in Attachment 1 would have occurred if UMS had complied with the contract requirements and shipped all line items in the order in a single shipment.

34. That short pays resulted from reasons other than split shipments. For instance, some short pays resulted from UMS' failure to adjust its records to account for customer cancellations, returns and nonreceipt of items. Attachment 2 illustrates a several instances where UMS alleged nonpayment for these returns and for items never received. Pages 1-5 is claim by UMS for payment of an item that was not received by the customer, Beaumont. Pages 6-7 is Fort Worth's response to UMS' allegations of nonpayment. The order under call number G900 was never shipped in full. One line item under call number G901 was returned. Pages 8-14 is Tinker's response to UMS' claim of unpaid invoices. Page 9 indicates that a wrong item was sent under call number K631, one line items was never received under call number K639, one line item was not received under call number K643 and UMS sent partial delivery of five other line items on that call. Page 10 indicates that Tinker only received a partial shipment under call number K647 and that UMS double billed for line items under call numbers K672 and K673. Page 11 indicates that two line items were never received under call number K679, a wrong item was sent under call number K699, and one line item was not received under call K729. Page 12 indicates that the order under call number K754 was cancelled and four items under call K788 were never received. Page 13 indicates that one or more items under call numbers K815, K817, K818 and K821 were never received. Page 14 indicates

that, the orders shipped under call numbers K835 and K853 were not complete, and, contrary to UMS' allegation, the order under call number K828 had been paid in full.

35. That to resolve nonpayment claims arising from UMS' failure to deliver, DSCP must contact the customer and the customer must manually research its records to determine if the entire order was delivered. If the customer cannot affirm that the order was completely shipped, DSCP must go back to UMS for its proof of delivery, i.e. packing list, delivery records. UMS did not always respond to these requests for proof and consequently, the payment problem remained unresolved.

36. That short pays also resulted from missing packing lists. UMS' system only had the capacity to generate a ten line item or less packing lists. For shipments that included more than ten line items, UMS included multiple lists. UMS' lists were all numbered 1 of 1. Attachment 3 is a packing list for GH28. The list is nine pages. However, each page states on the top right hand corner that it is page 1 of 1. Consequently, the customer could not readily determine whether all the pages of a multi-page packing list were included in the shipment. Sometimes, a list might have been overlooked by the customer and the wrong amount obligated. Sometimes, UMS failed to include all the lists.

37. That the amounts UMS claimed in the past and the amounts UMS currently claims are often overstated because UMS frequently does not back DSCP's surcharge from the amount claimed. For instance, UMS is presently seeking a payment of $7.38 for invoice 500036. See PA, tab 27, p. 4 line 2.

When I researched this invoice (under call number R520), I discovered that UMS billed the customer, Cannon, $575.01, the customer transferred funds in that amount to DSCP. DSCP paid UMS $567.63 on March 2, 2000. That amount represents the full payment that UMS is entitled to. The difference of $7.38 is DSCP's 1.3% surcharge[3].

38. That after extensive research, UMS' allegations of nonpayment have sometimes been found to totally unfounded and the sole result of UMS' failure to do the math and/or keep track of payments received. Attachment 4 is an e-mail response that Donna Kennedy submitted to UMS. The response illustrates six situations where UMS' allegations were totally unsupported. In one case, call number U116, UMS alleged DSCP owed $33.98, when in actually DSCP owed 2 cents. The remaining balance had been paid a year and a half before the response. In four instances, DSCP had overpaid UMS in varying amounts from $0.28 to $111.51. Two of those overpayments were over one and half years old. In the last instance, call number U550, the bill had been paid in the full amount due.

39. That many of the invoices UMS claims are unpaid cannot be researched because UMS has not provided DSCP with a call number. To date, call numbers corresponding to the following invoices have not been provided:

<u>ALBUQUERQUE</u>
302839
<u>ALTUS</u>
100508
114527
115712
231018

---

[3] DSCP's surcharge fluctuated during the contract period. The surcharge is also referred to as DSCP's administrative fee or the cost recovery rate (CRR).

BEAUMONT
200710
200717
201138
223887
224471
225292
225403
226243
226446
226505
226972
227714
228193
228382
228726
228730
230517
230533
230548
230674
231373
232034
232723
232755
232835
301352
301383
301822
302571
302866
303798
306164
308195

BROOKE
700605
700821
701193
701465
705006
706966
708502
708503
708537
708737
708738
708784
709004
709265
709276
709277
709369
709370

709496
709522
709523
709660
709834
710228
710260
710493
710504
710722
710787
710789
711084
711103
711581
712172
712294
712529
712619
712620
713065
713353
714203
715038
715979
716296
716373
716560
716954
717006
717105
717106
717107
717108
717109
717110
717111
717112
717585
717972
719437
721676
725741
726179
727547
727563
728074
728288
728396
728846
728999
729123
729159
729287
729651
729708

729919
730322
730323
730462
730630
730718
732697
732877
734021
734180
734206
734286
735238
735239
735242
736692
737526
738272
738708
739213
739283
739375
739643
739925
740446
741776
741780
742083
742100
742248
743005
744089
744975

Cannon AFB
50002
500395
500561

CORPUS CHRISTI
701750
712428
714544
718563
722403
722910
724699
725864
727313
727879
727935
728383
729124
733948
734232

734566
734584
735046
735973
736179
736877
737107
737490
737897
738224
738619
739247
740233
741238
742113

GALVESTON
812576

HOLLOMAN
300813
300949
300979
302098

LAUGHLIN
700876
702793
708922
724797
725494
726222
728926
730471
730471
731761
734605
734621
807193

SHEPPARD
FM3
114573
140564
140979
141059
141388
145569
146535
150601
154263
154483
156488
165424

166398
187374
207867
231152

FM3020
100400
135271
136707
136837
141403
142999
145275
145680
147177
147987
149631
150270
155899
172808
173272
174923
174947
178206
178208
178214
178222
178242
178289
178300
179733
180130
180246
181015
182358
184721
187539
187540
187544
187552
188795
191358
191798
193455
193457
193462
194627
197828
198359
199000
207348
217067
225483
225593
227164

VANCE
109989
157688

Donna Galligan
DONNA GALLIGAN
Prime Vendor Analyst

Subscribed and Sworn to before me this 15th day of November 2003.

Virginia J. Nunes
Notary Public

Notarial Seal
Virginia J. Nunes, Notary Public
Philadelphia, Philadelphia County
My Commission Expires Mar. 16, 2004
Member, Pennsylvania Association of Notaries

# United Medical Supply

5117 Northeast Parkway • Fort Worth, TX 76106 • (817) 626-8261

To: DPSC – Philadelphia
Attention: Fran Gallo DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: United Medical Supply
Attention: June Lyon
5117 Northeast Parkway
Fort Worth TX 76106
Phone: 800-333-2733 Ext. 232
Fax: 817-626-3108

865.41

Confirming phone call with Marherlia Bynum, balance due billed as follows.

876.72 Cust obligated
DID NOT PAY?
not on Statement

| | | |
|---|---|---|
| 1,080.20 | Billed | |
| 215.95 | Paid | |
| 864.25 | Balance due: | Call GJ23 |

Proof of Delivery
(packing document
sent previously)

Packing documents for back up attached.
712627
713130
714606
715038
Facility: Brooke Army Medical Center

Call Megan

Call or fax if you have any questions.

Thanks!

13725-07
7-9-98

# UNITED MEDICAL SUPPLY

SAN ANTONIO, TX

## DAILY DELIVERY RECORD

DATE: May 5, 1998

SHIPPER: UMS

DRIVER: United Medical Supply / Nathan

| [illegible] | INVOICE # | CASE COUNT | REEFER COUNT | [illegible] PO # | SIGNATURE | [illegible] |
|---|---|---|---|---|---|---|
| Brooke Army Medical | 212801 | 68 | Ø | 6680 - 1 Pallet | | |
| Center | 212802 | 62 | 5 | 6679 - 3 Pallets | | |
| MBS MGMT BRANCH | 212803 | 21 | 3 | 6679 - 1 Pallet | | |
| LOG DIV | 212804 | 9 | 4 | 6679 - 13 Boxes | | |
| Bldg 3600 Loading | 212805 | 37 | Ø | 6679 - 1 Pallet | | |
| Dock | 212806 | 2 | 1 | 6678 - 1 Piece | | |
| Fort Sam Houston TX 78234 | 212627 | 1 | 1 | 6626 - 2 Pieces | | |
| | Totals | 202 | 13 | 7 Pallets | | |

Jim [illegible]
5-5-98

# UNITED MEDICAL SUPPLY
SAN ANTONIO, TX
## DAILY DELIVERY RECORD

DATE: May 2, 1998 CARRIER: UMS DRIVER: United Medical Supply Temporary

| ACCOUNT NAME | INVOICE # | CART COUNT | REFILL COUNT | NUMBER PO # | SIGNATURE | COMMENT |
|---|---|---|---|---|---|---|
| Brooke Army Medical Center | 213236 | 176 | 0 | G688 - 3 Pallets | | |
| | 213237 | 31 | 4 | G687 - 1 Pallet | | |
| MED. MGMT. BRANCH | 213238 | 34 | 3 | G687 - 2 Pallets | | |
| LOG DIV | 213239 | 70 | 4 | G687 - 3 Pallets | | |
| Bldg 3600 Loading | 213240 | 26 | 2 | G687 - 1 Pallet | | |
| Dock | 213241 | 19 | 2 | G687 - 1 Pallet | | |
| FORT SAM HOUSTON TX | 213242 | 13 | 1 | G686 - 1 Pallet | | |
| 78234 | 213130 | 0 | 1 | G686 - 1 Pallet | | |
| | 213112 | 1 | 0 | 8011201(?) - 1 Pallet Visa Order | | |
| | Totals | 310 | 17 | 12 Pallets | | |

[illegible signature]
5-7-98

# UNITED MEDICAL SUPPLY
SAN ANTONIO, TX
# DAILY DELIVERY RECORD

DATE: May 18, 1998

SHIPPER: UMS

DRIVER: United Medical Supply / Handled

| [illegible] | INVOICE # | [illegible] COUNT | [illegible] COUNT | [illegible] PO # | SIGNATURE | [illegible] |
|---|---|---|---|---|---|---|
| Brooke Army Medical | 214593 | 68 | Ø | GH13 - 1 Pallet | | |
| Center | 214594 | 83 | 3 | GH12 - 1 Pallet | | |
| MAT MGMT BRANCH | 214595 | 34 | 1 | GH12 - 1 Pallet | | |
| LOGDIV | 214596 | 24 | 1 | GH12 - 25 Pieces | | |
| FORT SAM HOUSTON TX | 214597 | 34 | 1 | GH12 - 1 Pallet | | |
| 78234 | 214598 | Ø | 1 | GH11 - 1 Piece | | |
| | 214606 | Ø | 1 | GG26 - 1 Piece - END | | |
| | Totals | 213 | 8 | 5 Pallets | | |
| | | | | Tim Davis 5-19-98 | | |

# UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

5607.23 ord
5216.72 Paid
318.55 over

| | |
|---|---|
| To: | DPSC – Philadelphia |
| Attention: | Fran Gallo, DSCP / MSAB |
| | 2800 South 20th Street |
| | Philadelphia PA 19145 |

| | |
|---|---|
| From: | June Lyon |
| Phone | 800-333-2733 Ext. 232 |
| Fax: | 817-626-3108 |

| | |
|---|---|
| Facility: | William Beaumont Army Medical Center |
| Reference: | Call UF90 |

Short Pay – Balance Due

| | |
|---|---|
| 5,607.23 | Billed |
| 5,216.72 | Paid |
| 390.51 | Balance Due |

285.71 on Statement

(-318.55)

Packing documents for back up attached.
300586
300539
300540
300576
300774

Call Magee
invoice

45427-03
8-10-98

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 45427
W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918
RDER DATE: 3/06/98

SHIP TO: 45429
MATERIAL BRANCH EDO
WBAMC BLDG 1115ت
BIGGS ARMY AIRFIELD
EL PASO TX79918
300586 SHIP DATE: 3/16/98
CALL NO: UF90

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 4449 | 4068-2 | 3 | CS | 3 | 149.20 | 447.60 |
| ANAEROBIC ABG PULS-MINI 3CC 22GX1IN | | | | | | |
| 4449 | 4053-2 | 2 | CS | 2 | 90.50 | 181.00 |
| LINE DRAW-MINI ABG 3CC SODIUM HEPARIN | | | | | | |

INVOICE TOTAL ---------- 628.60

EL PASO TX 79918
RDER DATE: ,/06/98

'ASO TX79918
300539 SHIP DATE: 3/12/98
CALL NO: UF90

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 0723 | 305176 | 8 | BX | 8 | 3.77 | 30.16 |
| NEEDLE-HYPO-20GX1-1/2IN-REGULAR BEVEL | UMS0083140 | | | | | |

INVOICE TOTAL 30.16

UNITED MEDICAL
PACKING DOCUMENT

01 OF 01

SOLD TO: 45427
W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79916
ORDER DATE: 3/06/98

SHIP TO: 45429
MATERIAL BRANCH EDO
WBAMC BLDG 1115
BIGGS ARMY AIRFIELD
EL PASO TX79918
300540 SHIP DATE: 3/12/98
CALL NO: UF90

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 4130 4DCT | | 4 | EA | 4 | 43.23 | 172.92 |
| TUBE TRACHEOSTOMY SZ 4 CUFFED L/PRESSURE | UMS0320940 | | | | | |

INVOICE TOTAL ---------- 172.92

W [illegible]
W45PEA
EL PASO TX
EL PASO TX 79918
[illegible] DATE: 3/06/98

IC BLDG 11156
[illegible] GS ARMY AIRFIELD
EL PASO TX79918
300576 SHIP DATE: 3/13/98
CALL NO: UF90

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| [illegible]1054 | D-25 | 13 | CS | 13 | 364.45 | 4737.85 |
| TRANSDUCER OXISENSOR ADULT | | | | | | |

INVOICE TOTAL 4737.85

UNITED MEDICAL ...Y
PACKING DOCUMENT

01 OF 01

SOLD TO: 45427
W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918
ORDER DATE: 3/25/98

SHIP TO: 45427
MATERIAL BRANCH EDO
WBAMC BLDG 1115
BIGGS ARMY AIRFIELD
EL PASO TX79918
300774 SHIP DATE: 3/25/98
CALL NO: UF90

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| 0723 | 305176 | 10 | BX | 10 | 3.77 | 37.70 |
| NEEDLE HYPO 20GX1-1/2IN REGULAR BEVEL | UMS0008140 | | | | | |

INVOICE TOTAL 37.70

# United Medical Supply Custom Distribution
# Delivery Manifest

| Date | Customer Name & Address | Invoice # | Case Qty. | Signature |
|---|---|---|---|---|
| 3/26 | Riggs Maternal Branch | 4G50/300766<br>4G50/300767 | | |
| 3/24 | " " " | 4G49/300768<br>4G48/300769 | | |
| 3/26 | " " " | 4G48/300770<br>4G47/300771 | | |
| 3/26 | " " " | 4G51/300780<br>4G51/300781 | | |
| 3/26 | " " " | 4G52/300782<br>4F79/300455 | | |
| 3/26 | " " " | 4G02/300577<br>4F90/300539 | | |
| 3/26 | " " " | 4F90/300586<br>4F90/300540<br>4F90/300576<br>4F90/300774 | | |

# UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

To: DPSC – Philadelphia
Attention: Fran Gallo, DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: June Lyon
Phone 800-333-2733 Ext. 232
Fax: 817-626-3108

Facility: Brooke Army Medical Center
Reference: Call GG55

Short Pay – Balance Due

| | |
|---|---|
| 147.28 | Billed |
| 95.42 | Paid |
| 51.86 | Balance Due |

50.62 diff → 96.66 Cust Obligated Inc. 1.3
95.42 Paid

50.09 Bal on Statement

Packing documents for back up attached.
711552

Proof of Delivery
(packing document
sent previously)

Call BAMC
last line not paid 50.6
Did they receive?

13725-07
7-28-98

# UNITED MEDICAL SUPPLY
SAN ANTONIO, TX
# DAILY DELIVERY RECORD

DATE: April 24, 1998

SHIPPER: UMS

DRIVER: United Medical Supply 18 Wheeler

| ACCOUNT NAME | INVOICE # | CASE COUNT | REFFER COUNT | ADDRESS PO # | SIGNATURE | |
|---|---|---|---|---|---|---|
| Brooke Army Medical Center | 211547 | 20 | 0 | 6656 - 2 Pallets | | |
| MAD MGMT Branch | 211548 | 32 | 2 | 6656 - 1 Pallet | | |
| LOG DIV | 211549 | 48 | 2 | 6656 - 2 Pallets | | |
| Bldg 3600 Loading Dock | 211550 | 32 | 2 | 6656 - 1 Pallet | | |
| Fort Sam Houston TX 78234 | 211551 | 8 | 2 | 6656 - 1 Pallet | | |
| | 211552 | 0 | 1 | 6655 - 1 Piece | | |
| | Totals | 195 | 9 | 7 Pallets | L. Lopez | L. Lopez |

UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

To: DPSC – Philadelphia
Attention: Fran Gallo, DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: June Lyon
Phone 800-333-2733 Ext. 232
Fax: 817-626-3108

Facility: Brooke Army Medical Center
Reference: Call GG55

Short Pay – Balance Due

| | |
|---|---|
| 147.28 | Billed |
| 95.42 | Paid |
| 51.86 | Balance Due |

Packing documents for back up attached.
711552

13725-07
7-28-98

UNITED ... SUPPLY
PACKING DOCUMENT
01 OF 01

OLD TO: 13725
ROOKE ARMY MED CENTER
45MXE
B. SAM HOUSTON TX
OR SAM HOUSTON TX 78234
E DATE: 4/23/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
711552 SHIP DATE: 4/23/98
CALL NO: 6055

| | DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 0BB | 513502 SYSTEM FLUID DISPENSING 10CC MULTI-AD | UMS0069720 | 1 | CS | 1 | 82.93 | 82.93 |
| 5054 | T4S COLLAR PHILADELPHIA 4 1/4IN SM R/HAND | UMS0115770 | 1 | EA | 1 | 13.73 | 13.73 |
| 2300 | 8617G SUTURE 6-0 PROLENE BL MONO PLASTIC | UMS0200625 | 1 | BX | 1 | 50.62 | 50.62 |

INVOICE TOTAL 147.28

147.28

# UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

| | |
|---|---|
| To: | DPSC – Philadelphia |
| Attention: | Fran Gallo, DSCP / MSAB |
| | 2800 South 20th Street |
| | Philadelphia PA 19145 |

| | |
|---|---|
| From: | June Lyon |
| Phone | 800-333-2733 Ext. 232 |
| Fax: | 817-626-3108 |

| | |
|---|---|
| Facility: | Raymond W. Bliss Army Comm Hospital *Ft Huachuca* |
| Reference: | Call PC75 |

Short Pay – Balance Due

| | |
|---|---|
| 355.60 | Billed |
| 330.18 | Paid |
| 25.42 | Balance Due *21.14 on Statement* |

*(20.86) avail*

Packing documents for back up attached.
300364
300789

*Need invoice*

*Cust Ob. 355.60 w/1.3%*
*Paid 330.18*

65657-03
8-10-98

UNITED MEDICAL SUPPL

PACKING UMENT 01 OF 01

LD TO: 65657
R W BLISS ARMY COMM HOSP
W61DEW
FORT HUACHUCA AZ
FORT HUACHUCA AZ 85613
ORDER DATE: 2/27/98

SHIP TO: 65659
RAYMOND BLISS ARMY HOSP EDO
MATERIALS MGMNT
BLDG 45022
FORT HUACHUCA AZ85613
300364 SHIP DATE: 2/27/98
CALL NO: PG75

| DESC | UMSND | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 0407 | 5721315 | 1 | CS | 1 | 253.10 | 253.10 |
| GLOVE SURGICAL LATEX 8 ORTHO BRN STERILE | UMS0059715 | | | | | |
| 6062 | 563010 | 2 | BX | | 51.25 | |
| STERILITY MAINTENANCE COVER 12 X 20 | | | | | | |
| INVOICE TOTAL | | | | | | 253.10 |

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 65657
R W BLISS ARMY COMM HOSP
W61DEW
FORT HUACHUCA AZ
FORT HUACHUCA AZ 85613
ORDER DATE: 2/27/98

SHIP TO: 65659
RAYMOND BLISS ARMY HOSP EDO
MATERIALS MGMNT
BLDG 4602[illegible]
FORT HUACHUCA AZ85613
300787 SHIP DATE: 3/26/98
CALL NO: BC75

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 6062 STERILITY MAINTENANCE COVER 12 X 20 | 563010 | 2 | BX | 2 | 51.25 | 102.50 |

INVOICE TOTAL ---------- 102.50

STRAIGHT BILL OF LADING — ORIGINAL – NOT NEGOTIABLE

**WestEx**
*A Yellow Corporation Company*

"It's the service."

Shipper No. ____
Carrier No. ____
Date 3/22/1988

| | |
|---|---|
| TO: Consignee [illegible] | FROM: Shipper UMS El Paso |
| On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - - or as otherwise provided in Item 430, Sec. 1 | |
| Street [illegible] | Street 28 A Leigh Fisher |
| Destination [illegible] Zip Code [illegible] | Origin El Paso, Tx Zip Code 79906 |

| C.O.D. | CO. CHECK OK | C.O.D. AMOUNT | | | Route | Vehicle Number |
|---|---|---|---|---|---|---|
| | CASH OR CERT. | C.O.D. FEE | PPD | COLL | REMIT C. O. D. TO | |
| IF NEITHER BOX IS CHECKED COMPANY CHECK WILL BE ACCEPTED. | | IF NEITHER BOX IS CHECKED C.O.D. FEE WILL BE BILLED THE SAME AS THE FREIGHT CHARGES. | | | ADDRESS | |

FREIGHT CHARGES: [✓] PREPAID [ ] COLLECT
IF NEITHER BOX IS CHECKED SHIPMENT WILL BE SHIPPED PREPAID.

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 13bx | | 13bx on (1) Pallet | 60 | | |
| | | Ref #'s - PC77 - 300374 | | — | |
| | | PC74 - 300360 | | | |
| | | PC72 - 300371 | | | |
| | | PC73 - 300361 | | — | |
| | | PC75 - 300364 | | | |
| | | PC76 - 300375 | | | |

WestEx ELP 025-4882849

**Limitation of Liability - Released Rate.** Carrier is responsible only for verifiable actual damage or loss not to exceed $ 10.00 per pound. Additional liability of carrier up to actual cash value or stated value, whichever is lower, is available for an additional charge of 1% of stated value which exceeds $ 10.00 per pound. Enter stated value of shipment if additional liability coverage is desired:
Stated Value: $ ____

NOTE- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.
$ ____ per ____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other charges.
____ (Signature of Consignor)

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of the shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | |
|---|---|
| SHIPPER Yolanda Velasquez | CARRIER **West Ex, Inc.** DATE 3-22 |
| PER UMS | PER [signature] NUMBER OF PIECES → 13 Boxes |

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

2

# United Medical Supply Custom Distribution
# Delivery Manifest

| Date | Customer Name & Address | Invoice # | Case Qty. | Signature |
|---|---|---|---|---|
| 3/2 | Ft. Huachuca | PC 77 | 300 374 | |
| | | PC 74 | 300 360 | |
| | -- | PC 72 | 300371 | 13 Box - 1 Pallet West BG |
| | | PC 73 | 300 361 | |
| | | PC 75 | 300364 | |
| | | PC 76 | 300375 | |
| | | | | |

# Contract Number Query

| CONTRACT NUM. | Datea Of BIRTH | NSN | FUND XPNDR DOCNO | FUND OBLIG DV | FUND ADJ DV | FUND TRX Date | FUND_INVC_NO | FUND | Contract Total Value | Award Date | DOCUMENT NUM. | DOC | OBLIG | ADJ | TRX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP020097D7133PC75 | | | | 351.04 | 351.04 | 4/4/98 | | YVA | 351 | 4/4/98 | W61DEW8058PC75 | | | | |
| SP020097D7133PC75 | | | E0624148 | 330.18 | -20.86 | 4/22/98 | 30036489 | YWA | 351 | 4/4/98 | W61DEW8058PC75 | | | | |

# UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

FAX
679 3414
915 569 3414

Roy 915 569 3390
3394

To: DPSC – Philadelphia
Attention: Fran Gallo, DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: June Lyon
Phone 800-333-2733 Ext. 232
Fax: 817-626-3108

Facility: William Beaumont Army Medical Center
Reference: Call UE60 –

Short Pay – Balance Due

| | |
|---|---|
| 374.48 | Billed |
| 345.78 | Paid |
| 28.70 | Balance Due |

Packing documents for back up attached.
300519 NEVER Received
301078

Problem is never Received 300519

Already called

only obligated $ 348.72

30051919 $ 27.92
2321 5607 $ 320.32

Talked to Megan paid just will credit

45427-03
8-10-98

…L PASO TX
PASO TX 79918
O…ER DATE: 3/05/98

BIGGS ARMY AIRFIELD
EL PASO TX79918
300519 SHIP DATE: 3/11/98
CALL NO: UE60

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 4270 | L6121 | 2 | CS | 2 | 12.88 | 25.76 |
| DEXTROSE 5% INJECTION 500ML EXCEL | | | UMS0329010 | | | |
| INVOICE TOTAL | | | | | | 25.76 |

UN__D MEDICAL SUPPLY
PACKING DOCUMENT 01 .F 01

SOLD TO: 45427
W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918
ORDER DATE: 4/15/98

SHIP TO: 45429
MATERIAL BRANCH EDO
WBAMC BLDG 1115
BIGGS ARMY AIRFIELD
EL PASO TX79918
301078 SHIP DATE: 4/15/98
CALL NO: UE60

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 6464 | 00-2500-000-10 | 3 | CS | 3 | 97.79 | 293.37 |
| 400ML SNYDER HEMOVAC, 1/8 DRAIN | | | UMB1004820 | | | |
| 1979 | 570549 | 1 | CS | 1 | 55.35 | 55.35 |
| CATHETER THORACIC 28FR 6-EYE STRAIGHT | | | | | | |

INVOICE TOTAL ---------- 348.72

# United Medical Supply Custom Distribution
# Delivery Manifest

235

| Date | Customer Name & Address | Invoice # | Case Qty. | Signature |
|---|---|---|---|---|
| 4/16/98 | WBMB Biggs | 301085/U697<br>301086/U697<br>301087/UH03<br>301084/U697 | 7 Pallets | x [signature] |
| 4/16/98 | | 301082/U698<br>301083/U698<br>301114/3795 | | |
| 4/16/98 | WBMB Biggs -- EDO | 301108/U660<br>301096/U610<br>301078/UE60 | 6 BXS | x [signature] |
| 4/16/98 | WBAMC 4th Floor Vivian | 301103/<br>8/103U065 | 371115<br>1 BX | x [signature] |
| 4/16/98 | Medical Health Care Supply | 301098/13037<br>301107/13057<br>301102/13049<br>301101/13012 | 8 BXS | x [signature] |
| 4/16/98 | Texas Tech | 301106/893310 | 634910<br>1 BX | x [signature] |
| 4/16/98 | WBAMC 1st Floor Patty | 301139/<br>UH08 | 6 CS | x [signature] |

4

# United Medical Supply Custom Distribution Delivery Manifest

236

| Date | Customer Name & Address | Invoice # | Case Qty. | Signature |
|---|---|---|---|---|
| 4/17/98 | WBMB Biggs | 301135/C671 | 717301 15 cs | x [signature] |
| 4/17/98 | WBMB Biggs EDO | 300519/UE60. 300959/UG45 300945/UG45 | 1 Pallet | [signature] |
| 4/17/98 | " " " | 300965/UG45 300985/UG45 300939/UG45 | | |
| 4/17/98 | " " " | 301001/UG45 301126/UG39 301123/UG18 | | |
| 4/17/98 | " " " | 301122/UG06 301121/UG72 301127/UF24 | | |
| 4/17/98 | " " " | 301125/UG27 | | |
| 4/17/98 | WBAMC 1st Floor Patty | 301162/UH09 301163/UH10 | 9 cs | x Pete Ward |

5

**Galligan, Donna**

Fort Worth

**From:** Galligan, Donna
**Sent:** Monday, November 19, 2001 3:13 PM
**To:** 'MEGEDMONDS@aol.com'
**Cc:** Wpbandy@aol.com; jcuorato@dscp.dla.mil; lflatley@dscp.dla.mil; 'judith.santaana@ft-detrick.af.mil'
**Subject:** RE: AFMLO Status

Megan,

Judy Santaana and I went through all of the paperwork you sent to her on the call numbers in question. She had tried to reach you directly but was not successful. Here is the information:

**G054** - packing list #180615, $7.63 - Judy does not have record of this order. Please send me a copy of the packing list and POD.

**G900** - #214201 - line item # 1 was not received; received only line #2
#214202 - received complete
#214204 - received complete
#215635 - received complete
#219837 - this packing list pertains to and was paid under call #G901 - the last item on the packing list was returned.
#219838 - this packing list pertains to and was paid under call #G901 - received complete but there was a pricing discrepancy. Unit price quoted at $137.79, not $260.00 as charged.
#219839 - this packing list pertains to and was paid under call #G901 - line item #1 received; line item #2 was shorted a quantity of 2.
#224134 - this packing list pertains to and was paid under call #G904 - line item #1 received; line item #2 was not received.
#224135 - this packing list pertains to and was paid under call #G904 - received complete
#226239 - Judy does not have record of this packing list with this order. Please send me a copy of the packing list and POD.
#214198 - received complete
#214199 - line item #1 only received 4 boxes in lieu of 5; line item #2 received complete.
#214200 - received complete
Based on all of the information above, this call number was paid complete for the material received.

**G902** - #219834 - received complete
#224133 - this packing list pertains to and was paid under call #G904 - received complete
#218780 - received complete. Unit price quoted was $36.69, total price should have been $551.88.
#218792 - received complete
#219833 - received complete
Based on all of the information above, this call number was paid complete for the material received.

**G901** - #226268 - Judy does not have record of this packing list with this order. Please send me a copy of the packing list.
#226265 - Judy does not have record of this packing list with this order. Please send me a copy of the packing list.
#224138 - this packing list pertains to and was paid under call #G904 - received complete
#224139 - this packing list pertains to and was paid under call #G904 - received complete
#224140 - Judy does not have record of this packing list with this order. Please send me a copy of the packing list.
#218775 - received complete
#218776 - received complete
#218777 - received complete
#218778 - received complete
#218779 - received complete

#218795 - received complete
#219831 - received complete
#219832 - last item on order was returned; balance of order received complete
#219836 - received complete
#220702 - received complete

Based on all of the information above, this call number was paid complete for the material received.

If you have any questions, please give me a call. I do not have line item detail on each call number so if you want to fax all of the packing lists to me that are listed above, that would be fine with me.

Thank you.

*Donna Galligan*
Invoice Facilitation Team
Prime Vendor Customer Support
Directorate of Medical Materiel
(215)737-2194 or DSN 444-2194
fax: (215) 737-2058
dgalligan@dscp.dla.mil

-----Original Message-----
**From:** MEGEDMONDS@aol.com [mailto:MEGEDMONDS@aol.com]
**Sent:** Monday, November 05, 2001 4:13 PM
**To:** dgalligan@dscp.dla.mil
**Cc:** Wpbandy@aol.com; jcuorato@dscp.dla.mil; lflatley@dscp.dla.mil
**Subject:** AFMLO Status

Donna,

On October 16, 2001, I was contacted by Tamara at the AFMLO facility. She said that she was trying to reconcile the open calls on the account. She did state that it was at the request of DSCP that they be handled right away. I faxed her all packing documents concerning the open calls that same day. Then on October 23, 2001, I received a call from Judy Santana at AFMLO requesting PODs for the open calls. I faxed all relative PODs to her attention that afternoon. Have you received any correspondence from them regarding their open balance? Please advise.

Megan Edmonds, CBA
VP; Director of Credit and Collections
United Medical Supply Co.

FROM: Connie Lucash

72ND MDSS/SGSL
BLDG 5801
TINKER AFB, OK 73145

PHONE: DSN ~~884-5790~~ 336-2173
COMM (405) ~~734-5790~~ 736-2173

FAX: DSN 336-2177
COMM (405) 736-2177

LOG DOGS

"WHATEVER IT TAKES"

ATTN: Donna Kennedy

PHONE:
FAX: 215-737-2058

DATE: 15 Aug 01

Pages Including Cover Sheet 7

REMARKS: ☑ For your review ☐ Reply ASAP ☐ Urgent

Donna,

Hope this helps out we are still looking for the other calls

Thanks
Al Tye

ATTENTION: DO NOT TRANSMIT CLASSIFIED INFORMATION OVER UNSECURED TELECOMMUNICATION SYSTEMS. OFFICIAL DOD TELECOMMUNICATIONS SYSTEMS ARE SUBJECT TO MONITORING. USE OF DOD TELECOMMUNICATIONS SYSTEMS CONSTITUTES CONSENT TO MONITORING.

13784-01 72nd Medical; Tinker AFB
FM2030

Fax 215-737-2058

3/23/00 **K629**

| | | |
|---|---|---|
| 118288 | $ | 410.23 |
| 118289 | $ | 246.19 |
| 118402 | $ | 134.60 |
| **K629** | $ | 791.02 |
| DSCP Paid 040600 | $ | 648.00 |
| Amount Open | **$** | **143.02** |

3/27/00 **K631**

| | | |
|---|---|---|
| 119399 | $ | 553.88 |
| 119400 | $ | 396.93 |
| **K631** | $ | 950.81 |
| DSCP Paid 041000 | $ | 827.45 |
| Amount Open | **$** | **123.36** |

Short paid
$112.00
Due to wrong item sent.

4/4/00 **K639**

| | | |
|---|---|---|
| 122223 | $ | 261.59 |
| 122224 | $ | 352.44 |
| **K639** | $ | 614.03 |
| DSCP Paid 041700 | $ | 465.34 |
| Amount Open | **$** | **148.69** |

Short paid
$142.64
Didn't send Item# UMS0042870

4/7/00 **K643**

| | | |
|---|---|---|
| 123838 | $ | 298.70 |
| 123839 | $ | 2,082.03 |
| 123840 | $ | 301.49 |
| **K643** | $ | 2,682.22 |
| DSCP Paid 042100 | $ | 2,591.14 |
| Amount Open | **$** | **91.08** |

Short paid
$57.40
Didn't send item # UMS0250510 (2 BX)
Sent partials on 5 items.

4/27/00 **K588**

| | | |
|---|---|---|
| 124318 | $ | 1,211.22 |
| 139043 | $ | 1,009.35 |
| **K588** | $ | 2,220.57 |
| DSCP Paid 060200 | $ | 997.20 |
| Amount Open | **$** | **1,223.07** |

4/12/00 **K647**

| | | |
|---|---|---|
| 125266 | $ | 538.74 |
| 125267 | $ | 283.15 |
| 125268 | $ | 2,753.42 |
| 125269 | $ | 1,068.47 |
| **K647** | $ | 4,643.78 |
| DSCP Paid 051600 | $ | 4,520.27 |
| Amount Open | **$** | **123.51** |

Short paid $ 79.30
Didn't sent 10 Bx of Gloves
Partial shipment. @ 7.93ea

5/16/00 **K670**

| | | |
|---|---|---|
| 137136 | $ | 56.38 |
| **K670** | $ | 56.38 |
| DSCP Paid | $ | - |
| Amount Open | **$** | **56.38** |

5/17/00 **K672**

| | | |
|---|---|---|
| 137757 | $ | 1,485.54 |
| 137758 | $ | 142.24 |
| 137756 | $ | 405.23 |
| **K672** | $ | 2,033.01 |
| DSCP Paid 060200 | $ | 1,137.60 |
| Amount Open | **$** | **895.41** |

Short paid
$152.06
There was a duplicate item of Qt. 38
and only 38 were sent.
Total price of original receiving
report was 1,204.45, 1152.39
of which ~~was~~ paid!

5/18/00 **K673**

| | | |
|---|---|---|
| 138296 | $ | 608.79 |
| 138297 | $ | 273.77 |
| 138295 | $ | 312.57 |
| **K673** | $ | 1,195.13 |
| DSCP Paid 060200 | $ | 457.81 |
| Amount Open | **$** | **737.32** |

Short paid $ 182.39 LO
~~Partial Shipment Did not send~~
~~3 Bx of gloves & 1 Bx of syringes.~~
Duplicate item / was not
sent.

5/19/00 **U002**

| | | |
|---|---|---|
| 138783 | $ | 142.24 |
| 140989 | $ | 859.90 |
| **U002** | $ | 1,002.14 |
| DSCP Paid 060800 | $ | 848.86 |
| Amount Open | **$** | **153.28** |

5/25/00 **K679**

| | | |
|---|---|---|
| 141014 | $ | 289.13 |
| 141013 | $ | 473.48 |
| **K679** | $ | 762.61 |
| DSCP Paid 060800 | $ | 722.07 |
| Amount Open | **$** | **40.54** |

Short paid $31.15
Did not send scotchcast plus Glows. 1 Bx.

6/16/00 **J595**

| | | |
|---|---|---|
| 149046 | $ | 165.26 |
| **J595** | $ | 165.26 |
| DSCP Paid | $ | - |
| Amount Open | **$** | **165.26** |

6/30/00 **K699**

| | | |
|---|---|---|
| 154204 | $ | 116.16 |
| 152499 | $ | 392.04 |
| 152668 | $ | 161.22 |
| **K699** | $ | 669.42 |
| DSCP Paid 071700 | $ | 546.12 |
| Amount Open | **$** | **123.30** |

Original price of call was $392.04. A wrong item was sent that we kept at $161.22. We added it to the total price equalling $553.26. Not short paid.

8/15/00 **K729**

| | | |
|---|---|---|
| 169892 | $ | 642.72 |
| 169891 | $ | 212.96 |
| **K729** | $ | 855.68 |
| DSCP Paid 083000 | $ | 800.47 |
| Amount Open | **$** | **55.21** |

Did not send 1 item & 1 ~~tor~~ overage that was picked up.
Short paid 44.80 for item not received.

9/29/00 **U009**

| | | |
|---|---|---|
| 184118 | $ | 379.14 |
| 185915 | $ | 45.43 |
| 191687 | $ | 69.93 |
| 192498 | $ | 23.05 |
| **U009** | $ | 517.55 |
| DSCP Paid | $ | - |
| Amount Open | **$** | **517.55** |

9/21/00 **K754**

| | | | |
|---|---|---|---|
| | 184646 | $ | 16.47 |
| **K754** | | $ | 16.47 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **16.47** |

This call cancelled. Nothing was received nor ordered.

10/17/00 **U012**

| | | | |
|---|---|---|---|
| | 188009 | $ | 17.30 |
| | 191691 | $ | 70.78 |
| | 192507 | $ | 23.05 |
| | 193035 | $ | 91.06 |
| | 188741 | $ | 97.41 |
| **U012** | | $ | 299.60 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **299.60** |

10/10/00 **U014**

| | | | |
|---|---|---|---|
| | 189267 | $ | 10.55 |
| **U014** | | $ | 10.55 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **10.55** |

10/23/00 **U013**

| | | | |
|---|---|---|---|
| | 193033 | $ | 25.09 |
| **U013** | | $ | 25.09 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **25.09** |

11/17/00 **K788**

| | | | |
|---|---|---|---|
| | 206489 | $ | 491.13 |
| | 206487 | $ | 210.64 |
| | 206488 | $ | 783.61 |
| **K788** | | $ | 1,485.38 |
| DSCP Paid 120700 | | $ | 1,383.44 |
| Amount Open | | **$** | **101.94** |

Short paid $ 96.17 Due to shortages on 4 items that we never received.

12/7/00 **MY60**

| | | | |
|---|---|---|---|
| | 214010 | $ | 38.52 |
| | 214027 | $ | 384.75 |
| **MY60** | | $ | 423.27 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **423.27** |

1/3/01 **K815**

| | | | |
|---|---|---|---|
| | 221348 | $ | 682.93 |
| | 221349 | $ | 1,363.81 |
| | 221350 | $ | 132.93 |
| **K815** | | $ | 2,179.67 |
| DSCP Paid 011701 | | $ | 2,062.30 |
| Amount Open | | **$** | **117.37** |

Short paid $170.77 Due to items shorted & or not shipped.

1/8/01 **K817**

| | | | |
|---|---|---|---|
| | 223260 | $ | 549.57 |
| | 223261 | $ | 1,043.40 |
| | 223262 | $ | 197.71 |
| **K817** | | $ | 1,790.68 |
| DSCP Paid 012201 | | $ | 1,694.98 |
| Amount Open | | **$** | **95.70** |

Short paid 124.89 Due to items shorted and not sent.

1/9/01 **K818**

| | | | |
|---|---|---|---|
| | 223771 | $ | 146.95 |
| | 223772 | $ | 192.45 |
| | 223933 | $ | 36.25 |
| **K818** | | $ | 375.65 |
| DSCP Paid 012301 | | $ | 333.73 |
| Amount Open | | **$** | **41.92** |

Short paid $58.00 Due to item not sent 8 @ 7.25 ea.

1/12/01 **K821**

| | | | |
|---|---|---|---|
| | 225895 | $ | 183.27 |
| | 225675 | $ | 55.36 |
| | 225739 | $ | 74.85 |
| **K821** | | $ | 313.48 |
| DSCP Paid 020201 | | $ | 234.64 |
| Amount Open | | **$** | **78.84** |

Short paid 20.20 Did not receive 4 items @ $5.05 ea.

1/25/01 **K828**

| | | | |
|---|---|---|---|
| | 230669 | $ | 136.18 |
| | 230670 | $ | 540.64 |
| | 230671 | $ | 168.11 |
| **K828** | | $ | 844.93 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **844.93** |

call is final and paid a total amount of $ 844.93 NOT short paid.

2/6/01 **K835**

| | | | |
|---|---|---|---|
| | 100618 | $ | 123.59 |
| | 100619 | $ | 720.81 |
| | 100620 | $ | 570.32 |
| **K835** | | $ | 1,414.72 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **1,414.72** |

Paid $ 1,394.02 Due to items not sent.

3/5/01 **K853**

| | | | |
|---|---|---|---|
| | 110017 | $ | 56.98 |
| | 110019 | $ | 357.07 |
| | 110021 | $ | 149.40 |
| **K853** | | $ | 563.45 |
| DSCP Paid 031301 | | $ | 241.49 |
| Amount Open | | **$** | **321.96** |

Paid $ 245.60 Did not receive some items.

# UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

To: DPSC – Philadelphia
Attention: Fran Gallo, DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: June Lyon
Phone 800-333-2733 Ext. 232
Fax: 817-626-3108

Facility: Brooke Army Medical Center
Reference: Call GH28

Short Pay – Balance Due

3084.89 diff → 21,999.53 Cust Obligated Incl.
diff 1.42 → 21,717.21 Paid E0788016

| | |
|---|---|
| 25,084.42 | Billed |
| 21,715.79 | Paid |
| 3,368.63 | Balance Due |

79.64 Bal on Statement

Packing documents for back up attached.
715637
715638
715639
715640
715641
715642
715643
715644
715645

Call Megan
✓ with Megan for total billed
May have extra pack slip GH20?

13725-07
8-10-98

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
ER DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715637 SHIP DATE: 5/22/98
CALL NO: CH28

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 3583 | 6720 | 4 | BX | 4 | 7.28 | 29.1 |
| ROLL BANDAGE KERLIX 2.25INX3YD 6PLY 1'S | UMS0298945 | | | | | |
| 3583 | 2252 | 120 | BG | 120 | 2.13 | 255.6 |
| SPONGE GAUZE 2X2IN 12PLY BULK | UMS0295745 | | | | | |
| 4509 | 1538-3 | 7 | BX | 7 | 7.03 | 49.2 |
| TAPE SURGICAL DURAPORE 3INX10YD STANDARD | UMS0000295 | | | | | |
| 3460 | 2391 | 2 | CS | 2 | 77.54 | 155.0 |
| SPONGE SOF-WICK DRAIN 4X4IN 6PLY 2'S | UMS0285920 | | | | | |
| 4509 | 1626W | 11 | BX | 11 | 47.13 | 518.4 |
| DRESSING IV TEGADERM 4IN TRANSPARENT | UMS0000460 | | | | | |
| 3460 | 2461 | 17 | BX | 17 | 27.46 | 466.8 |
| DRESSING BIOCLUSIVE 2X3IN TRANSPARENT | UMS0285700 | | | | | |
| 1642 | 1879-55 | 1 | BX | 1 | 22.05 | 22.05 |
| DRESSING DUODERM CGF 4X4IN X-THIN SPOT | UMS0103840 | | | | | |
| 3642 | 89101 | 5 | CS | 5 | 69.34 | 346.7 |
| DRAPE HALF 60X44IN SURGICAL STERILE | UMS0303245 | | | | | |
| 4509 | 1000 | 16 | BX | 16 | 16.70 | 267.2 |
| DRAPE STERI SURGICAL W/SMALL TOWEL | UMS0000005 | | | | | |
| 4509 | 1222-1N | 3 | CS | 3 | 50.21 | 150.6 |
| TAPE INDICATOR 1INX60YD COMPLY STEAM | UMS0000075 | | | | | |
| 0723 | 371065 | 3 | CS | 3 | 164.78 | 494.3 |
| BRUSH SCRUB W/HIBICLENS SKIN CLEANSER | UMS0004945 | | | | | |

INVOICE TOTAL 2735.1

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
ER DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715638 SHIP DATE: 5/22/98
CALL NO: GH28

| | DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 4905 | H-200/5 | | 5 | CS | 5 | 23.48 | 117.40 |
| UNDERPAD DELUXE 22.5X23.5IN LT-MED 5'S | | UMS0379930 | | | | | |
| 2583 | 949 | | 9 | CS | 9 | 24.35 | 219.15 |
| UNDERPAD 17-1/2X24IN DURASORB | | UMS0405935 | | | | | |
| 2470 | 43-971603 | | 8 | EA | 8 | 9.21 | 73.68 |
| SHOE POST-OP WOODEN WOMENS LARGE | | UMS0218325 | | | | | |
| 2470 | 43-971506 | | 11 | EA | 11 | 9.21 | 101.31 |
| SHOE POST-OP WOODEN WOMENS MEDIUM | | UMS0218320 | | | | | |
| 3642 | 10087 | | 12 | CS | 12 | 80.93 | 971.16 |
| JACKET PROFESSIONAL X-LARGE BLUE | | UMS0302320 | | | | | |
| 0723 | 367856 | | 4 | BX | 4 | 7.82 | 31.28 |
| TUBE BLOOD COLLECTION LAVENDER 3ML 13X75 | | UMS0087660 | | | | | |
| 5594 | 8537 | | 10 | CS | 10 | 60.31 | 603.10 |
| CONTAINER SHARPS LARGE TRANSPARENT RED | | UMS0444140 | | | | | |
| 3642 | 69490 | | 1 | CS | 1 | 66.24 | 66.24 |
| GOWN IMPERVIOUS UNIV BLUE PLASTIC FILM | | UMS0305655 | | | | | |
| 3642 | 69253 | | 6 | CS | 6 | 102.63 | 615.78 |
| BOOT ANKLE GUARD UNIVERSAL | | UMS0302535 | | | | | |
| 3460 | 0291 | | 1 | CS | 1 | 229.40 | 229.40 |
| SHEET CRANIAL INCISE BARRIER | | UMS0284430 | | | | | |
| | INVOICE TOTAL | | | | | | 3028.50 |

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
CR DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715639 SHIP DATE: 5/22/98
CALL NO: CH28

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 5594 | 8991 | 4 | CS | 4 | 27.33 | 109.32 |
| CONTAINER DISPOSAL 17 GALLON SHARPS | UMS0444305 | | | | | |
| 1642 | 1876-60 | 11 | BX | 11 | 13.15 | 144.65 |
| DRESSING DUODERM CGF 4X4IN CONTROL GEL | UMS0103800 | | | | | |
| 0259 | 5110-100 | 2 | CS | 2 | 60.31 | 120.62 |
| CAP ADULT THERMA | UMS0548665 | | | | | |
| 3642 | 88412 | 10 | CS | 10 | 131.46 | 1314.60 |
| ORTHOARTS MAJOR PACK | UMS0302925 | | | | | |
| 5594 | 2300 | 15 | CS | 15 | 59.24 | 888.60 |
| CONTAINER SPECIMEN CONTAINER 5OZ WIDE | UMS0443915 | | | | | |
| 5882 | 197070 | 11 | CS | 11 | 17.77 | 195.47 |
| TUBE ENDOTRACHEAL 7.0MM MURPHY CUFFED | UMS0482350 | | | | | |
| 3583 | 3728 | 2 | CT | 2 | 47.97 | 95.94 |
| STOCKING TED THIGH LARGE REGULAR NYLON | UMS0296475 | | | | | |
| 0723 | 381144 | 19 | BX | 19 | 35.68 | 677.92 |
| IV PLACEMENT SET ANGIOCATH 18GX1-1/4IN | UMS0088500 | | | | | |
| 3583 | 3856 | 30 | PR | 30 | 7.99 | 239.70 |
| STOCKING TED THIGH LARGE LONG NYLON | UMS0276485 | | | | | |
| 0050 | 327-2 | 9 | EA | 9 | 14.54 | 130.86 |
| SCISSOR EYE 4-1/2IN IRIS STR S/S | UMS0003695 | | | | | |
| 0723 | 381134 | 12 | BX | 12 | 34.67 | 416.04 |
| IV PLACEMENT SET ANGIOCATH 20GX1-1/4IN | UMS0088550 | | | | | |

INVOICE TOTAL 4333.72

UNITED MEDICAL
PACKING DOCUMENT
01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
DER DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715640 SHIP DATE: 5/22/98
CALL NO: 0H28

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRIC |
|---|---|---|---|---|---|---|
| 3583 SUTURE REMOVAL TRAY W/SHARP/BLUNT SCISSO | 41-320 | 9 | CS | 9 UMS0405080 | 27.93 | 251. |
| 0723 SYRINGE ONLY 3CC LUER LOK TIP | 309585 | 47 | BX | 47 UMS0083015 | 4.75 | 223. |
| 0723 NEEDLE HYPO 22GX1IN REGULAR BEVEL | 305155 | 1 | CS | 1 UMS0083005 | 37.70 | 37. |
| 0723 NEEDLE HYPO 20GX1-1/2IN REGULAR BEVEL | 305176 | 15 | BX | 15 UMS0083140 | 3.77 | 56. |
| 0723 NEEDLE HYPO 26GX1/2IN REGULAR BEVEL | 305111 | 7 | BX | 7 UMS0083005 | 3.77 | 26. |
| 0259 MASK TRACHEOSTOMY ADULT DISPOSABLE | 001225 | 1 | CS | 1 UMS0056230 | 58.18 | 58. |
| 0723 SCALPEL SZ.15 DISP STER W/S/S BLADE | 371615 | 12 | BX | 12 UMS0085330 | 5.82 | 69. |
| 1718 UNIT IV PLACEMENT JELCO 22GX1IN TEFLON | 4050 | 5 | BX | 5 UMS0286390 | 39.31 | 196 |
| 0723 NEEDLE SPINAL 25GX3-1/2IN BLUE SINGLE | 405180 | 1 | BX | 1 UMS0084620 | 28.25 | 28 |
| 5817 TUBE FEEDING 10FR SALEM SUMP FUNNEL STER | 264911 | 1 | CS | 1 UMS0472225 | 85.62 | 85 |
| 2300 SUTURE 3-0 ETHILON BLK MONO CUTICULAR | 1671G | 1 | BX | 1 UMS0198055 | 14.66 | 14 |
| 0723 NEEDLE HYPO 16GX1-1/2IN REGULAR BEVEL | 305198 | 10 | BX | 10 UMS0083215 | 9.74 | 97 |

INVOICE TOTAL 1145

1145.76

*Short Pays*

## BAMC

| *Call #* | *Packing $* | *Less 1.3%* | *DSCP Paid $* | *DSCP Balance* | *Balance with 1.3%* | |
|---|---|---|---|---|---|---|
| GA54 | 438.04 | | | | | |
| | 2078.57 | | | | | |
| | 90.46 | | | | | Order was summarized at 2355.12 but pack slips |
| | 73.68 | | | | | add up to 2680.75. A difference of 325.63. |
| | 2680.75 | 2646.35 | 2324.90 | 321.45 | 325.63 | Was there a shortage, return or pricing problem? |
| GE20 | 1660.72 | | | | | |
| | 6832.06 | | | | | |
| | 3038.82 | | | | | Order was summarized at 11802.92 but pack slips |
| | 424.99 | | | | | add up to 11956.59. A difference of 153.67. |
| | 11956.59 | 11803.15 | 11651.45 | 151.70 | 153.67 | Was there a shortage, return or pricing problem? |
| GE48 | 2082.98 | | | | | |
| | 3496.65 | | | | | |
| | 2216.03 | | | | | |
| | 1912.80 | | | | | |
| | 3051.05 | | | | | One pack slip was not paid - 3051.05. |
| | 12759.51 | 12595.77 | 9583.87 | 3011.90 | 3051.05 | Was it not received or was it not summarized? |
| [illegible]50 | 3049.11 | | | | | |
| | 1202.27 | | | | | Order was summarized at 11481.05 but pack slips |
| | 7260.98 | | | | | add up to 11512.36. A difference of 31.31. |
| | 11512.36 | 11364.62 | 11333.72 | 30.90 | 31.31 | Was there a shortage, return or pricing problem? |
| GF26 | 2763.24 | | | | | |
| | 3402.29 | | | | | |
| | 3432.55 | | | | | Two pack slips were not paid: |
| | 2220.50 | | | | | #703500 for $2263.41 |
| | 2263.41 | | | | | #703501 for $637.73 |
| | 637.73 | | | | | They total 2901.14. |
| | 14719.72 | 14530.82 | 11666.99 | 2863.83 | 2901.14 | Did you receive or not? |
| GF43 | 9425.22 | | | | | |
| | 1544.60 | | | | | |
| | 1609.61 | | | | | |
| | 3316.63 | | | | | |
| | 7740.08 | | | | | Order was summarized at 24918.46 but pack slips |
| | 3020.64 | | | | | add up to 26656.78. A difference of 1738.32. |
| | 26656.78 | 26314.69 | 24598.68 | 1716.01 | 1738.32 | Was there a shortage, return or pricing problem? |
| GF86 | 1717.79 | 1695.75 | 1420.92 | 274.83 | 278.40 | Was there a shortage, return or pricing problem? |

| | | | | | | |
|---|---|---|---|---|---|---|
| GG19 | 1703.73 | 1681.87 | 1434.13 | 247.74 | 250.96 | Order was summarized at 1452.77 but pack slip is 1703.73. A difference of 250.96. Was there a shortage, return or pricing problem? |
| GG51 | 9644.29 | | | | | |
| | 143.91 | | | | | |
| | 9788.20 | 9662.59 | 9520.52 | 142.07 | 143.91 | One pack slip for 143.91 was not paid. Did you receive or not? |
| GG55 | 147.28 | 145.39 | 95.42 | 49.97 | 50.62 | Last line was not paid for 50.62 Did you receive it or not? |
| GG68 | 3567.41 | | | | | |
| | 2303.89 | | | | | |
| | 2291.70 | | | | | |
| | 6938.87 | | | | | |
| | 5019.13 | | | | | |
| | 2139.03 | | | | | |
| | 236.42 | | | | | |
| | 22496.45 | 22207.75 | 2274.32 | 19933.43 | 20192.56 | Only one pack slip was paid for 2303.89. There are 6 other pack slips that add up to 20192.56 . Did you receive it or not? |
| GG70 | 1090.14 | 1076.15 | 104.52 | 971.63 | 984.26 | Was there a shortage, return or pricing problem? |
| GG75 | 2747.91 | | | | | |
| | 4215.22 | | | | | |
| | 3274.49 | | | | | |
| | 1207.94 | | | | | |
| | 2753.58 | | | | | |
| | 2775.27 | | | | | |
| | 842.45 | | | | | |
| | 1241.77 | | | | | |
| | 19058.63 | 18814.05 | 5962.56 | 12851.49 | 13018.56 | Order was summarized at 6040.07 but pack slips total 19058.63. A difference of 13018.56. Was there a shortage, return or pricing problem? Or maybe the shipment came later? |
| GG79 | 4281.34 | | | | | |
| | 3521.79 | | | | | |
| | 1096.96 | | | | | |
| | 1433.43 | | | | | |
| | 10333.52 | 10200.91 | 10154.45 | 46.46 | 47.06 | Was there a shortage, return or pricing problem? |
| GG90 | 4662.01 | | | | | |
| | 5040.84 | | | | | |
| | 1696.60 | | | | | |
| | 11399.45 | 11253.16 | 1381.49 | 9871.67 | 10000.00 | Appears to be a typo while summarizing the call number. It should be 11399.45 it was entered as 1399.45. A 10,000.00 diference. Please confirm. |

| | | | | | | |
|---|---|---|---|---|---|---|
| '42 | 2140.09 | | | | | |
| | 1780.39 | | | | | |
| | 2149.10 | | | | | |
| | 2705.08 | | | | | |
| | 2226.14 | | | | | |
| | 6989.01 | | | | | One line not paid for 386.65. |
| | 17989.81 | 17758.94 | 17377.26 | 381.68 | 386.65 | Did you receive it or return it? |
| GH45 | 445.39 | 439.67 | 348.78 | 90.89 | 92.08 | One line not paid. 1st line on pack slip 92.08. |
| GH50 | 3435.19 | | | | | |
| | 1474.77 | | | | | |
| | 2268.20 | | | | | |
| | 190.37 | | | | | One pack slip not paid for 190.37. |
| | 7368.53 | 7273.97 | 7086.04 | 187.93 | 190.37 | Did you receive it or not? |
| GH90 | 862.88 | 851.81 | 766.42 | 85.39 | 86.50 | Last line for 86.50 was not paid? Did you receive it? |
| GJ05 | 2630.19 | | | | | |
| | 4996.77 | | | | | |
| | 2959.70 | | | | | |
| | 4901.27 | | | | | Order was summarized at 15532.83 but pack slips |
| | 1186.80 | | | | | total 16674.73. A difference of 1141.90. |
| | 16674.73 | 16460.74 | 15333.49 | 1127.25 | 1141.90 | Was there a shortage, return or pricing problem? |
| NA60 | 1378.76 | | | | | |
| | 2529.27 | | | | | |
| | 526.70 | | | | | Last line on pack slip price was written in for 80.77 |
| | 4434.73 | 4377.82 | 4298.08 | 79.74 | 80.77 | Was it received? |

HA23 and HA24 need to be researched also. United has balances due of 8092.79 and 5770.69 respectively.

**Galligan, Donna (DSCP)**

**From:** Kennedy, Donna
**Sent:** Thursday, August 09, 2001 2:09 PM
**To:** 'United Medical - Megan Edmonds'
**Cc:** Galligan, Donna
**Subject:** FW: Kirtland AFB

Megan,

I'm working with Donna Galligan on United Medical (UM) and DSCP's invoicing project.

In reference to the attached call numbers for Kirtland AFB , the following discrepancies were found and require additional review:

**U116**: You indicate UM sent one invoice (307164) for $33.98. Once you remove the 1.3% DSCP Cost Recovery Rate (CRR), the amount owed to UM is reduced to $33.54. Now for payments, you show that DSCP has not paid UM anything. This is incorrect. DSCP has paid UM $33.52 on 1/7/00 against invoice# 30699064. This results in a short pay of $.02. Please review your records for this order and provide updated information to me ASAP.

**U099**: You indicate UM sent one invoice (307353) for $40.71. Once you remove the 1.3% CRR, the amount owed to UM is reduced to $40.19. Now for payments, you show that DSCP has not paid UM anything. This is incorrect. DSCP has paid UM $66.43 on 12/17/99 against invoice# 30634863. In fact, DSCP has over paid this order by $26.24. Please review your records for this order and provide updated information to me ASAP.

**U145**: You indicate UM sent one invoice (307537) for $23.76. Once you remove the 1.3% CRR, the amount owed to UM is reduced to $23.46. Now for payments, you show that DSCP has not paid UM anything. This is incorrect. DSCP has paid UM $134.97 on 1/15/00 against invoice# 30729837. In fact, DSCP has over paid this order by $111.51. Please review your records for this order and provide updated information to me ASAP.

**U235**: You indicate UM sent six invoices (301627 - $9.78, 301211 - $1,284.83, 301303 - $32.58, 301342 - $216.90, 301541 - $157.52, and 302395 - $6.52) totaling $1,708.13. Once you remove the 1.3% DSCP Cost Recovery Rate (CRR), the amount owed to UM is reduced to $1,686.21. Now for payments, you show that DSCP paid UM $1,686.49 on 5/16/00. DSCP actually made two payments for this order ($1679.87 on 5/16/00 and $6.34 on 6/1/00) which totaled $1,68.49. In fact, DSCP has over paid this order by $.28. DSCP considers this order paid in full.

**U550**: You indicate UM sent one invoice (230574) for $117.04. Once you remove the 1.3% DSCP Cost Recovery Rate (CRR), the amount owed to UM is reduced to $115.08. Now for payments, you show that DSCP has not paid UM anything. This is incorrect. DSCP has paid UM $115.08 on 7/9/01. DSCP has paid this order in full.

**U930**: You indicate UM sent one invoice (304305) for $75.69. Once you remove the 1.3% CRR, the amount owed to UM is reduced to $74.72. Now for payments, you show that DSCP has not paid UM anything. This is incorrect. DSCP has paid UM $106.98 against invoice# 16873636. In fact, DSCP has over paid this order by $32.26. Please review your records for this order and provide updated information to me ASAP.

The remaining call numbers are still under review and status will be reported to you ASAP.

*Donna M. Kennedy*
Contracting Officer
Defense Supply Center Philadelphia
Directorate of Medical Materiel
DSCP-MSAA
700 Robbins Avenue

**Hallam, Kathleen (DSCP)**

**From:** Amendolia, Anthony (DSCP)
**Sent:** Wednesday, November 26, 2003 8:19 AM
**To:** Hallam, Kathleen (DSCP)
**Subject:** Amendolia Documents

In response to the attached email regarding the "Amendolia documents" I would like to offer my comments as far as I can remember. First, I would like to address the purpose of the 122 page report prepared by Fort Hood that listed the med/surg items purchased through credit card. Of course, we were trying to increase PV usage in the program and requested Ft Hood to provide a hard copy report of items. What we learned, after requesting several reports from here and other activities, was the items being purchased through the med/surg credit card account were varied. Many were medical equipment and equipment support items that are not normally delivered through the med/surg prime vendor. There were also other categories of items not handled by the med/surg PV included in the list. The idea is to catch some items that were never converted to PV and to catch items converted back to credit card that were once bought through the PV but moved because they were not being supplied for one reason or another. Our experience showed these list contained a small percentage of items that could actually be converted to PV.

Basically, this report was only a list of items which included a part number or NSN. I would take the report and try to find DAPA matches. If I found a match I would write the DAPA match on the list and return it to the customer. The customer could elect to change some of the items to PV or they could decide not to add the items to PV for various reasons. So, I did not keep the listings that I worked because I returned them to the customer for their action. Therefore, I do not have any of the listings or reports referenced in the email.

The same applies to the referenced list of credit card items purchased by Beaumont.

I would like to address one more issue in the email. The statement "Amendolia's memos are conclusive evidence that the estimates were negligently made, and the ability to obtain and analyze the information of credit card sales strongly supports Plaintiff's position that the "we can't get the information" answers in the interrogatories is not correct." is what I would like to comment on. The estimates were based on med/surg budgets from the customers. We relied on experts at the hospital preparing our estimates. All dollars were certainly purchased through the med/surg account so the potential to convert them to med/surg PV sales was very real. In fact, it would have helped immensely if United Medical would have obtained their own DAPA to cover additional items not yet in the program. We requested they submit a DAPA on several occasions, explaining the benefits, but a United DAPA was never submitted. The higher estimates given to us by the services for the PV contract were an honest attempt to provide potential med/surg sales based on the med/surg spending accounts. It would be unreasonable to expect an itemized list with each line verified for each facility. Then it would not be an "estimate".

With the above said, I would like to mention that med/surg PV sales have doubled since the United contract. Partly through the natural progression of business growth but also by tapping potential that was always there but not realized until now.

Anthony Amendolia

2058

## Chadwick, Kyle

**From:** frankb@gucl.com
**Sent:** Thursday, November 20, 2003 9:56 AM
**To:** Chadwick, Kyle
**Cc:** Shahan, Kathie
**Subject:** Amendolia documents

A few days ago we discussed some DSCP internal memos written by Anthony Amendolia. You requested to see those, and they are attached.

My immediate interest is that they reference reports and analyses performed by Amendolia with respect to diversions, but not attached. It is my opinion that my previous document requests covered these documents and I want to renew that request for those reports and analyses. There are three. One is the 122 page report prepared by Fort Hood that lists all med/surg items being purchased by credit card at Fort Hood. Two is Amendolia's analysis of this. Three is the referenced list of credit card items purchased by Beaumont.

These memos are quite problematic for DSCP. In response to discovery requests calculated to determine the volume of diverted purchases, Contract Officer Jennings indicated (1) that she (sic) had no knowledge of the dollar value of diverted purchases and (2) that the Defendant was attempting to locate responsive documents.

The Flatley memo concluding that IV Solution purchases directly from the manufacturer were diversions contradicts the interrogatory answer. Amendolia's memos are conclusive evidence that the estimates were negligently made, and the ability to obtain and analyze the information on credit card sales strongly supports Plaintiff's position that the "we can't get the information" answers in the interrogatories is not correct.

Bottom line though, is since we have not been able to agree on diversion methodology, DSCP should provide the above three pieces of information to us promptly. Frank

Lonestar

Received: by dpschp11.dpsc.dla.mil
(1.37.109.4/16.2) id AA18097; Fri, 23 Aug 96 07:42:46 -0400
Date: Fri, 23 Aug 96 07:42:46 -0400
From: Anthony Amendolia <paa3018@dpschp11.dpsc.dla.mil>
Return-Path: <paa3018@dpschp11.dpsc.dla.mil>
X-Mailer: Ez-Mail v4.4 <Date: Fri, 23 Aug 96 07:30:57 paa3018>
To: aamendolia@dpschp11.dpsc.dla.mil, mrees@dpschp11.dpsc.dla.mil, rdillard@dpschp11.dpsc.dla.mil, gwentzel@dpschp11.dpsc.dla.mil, fgunn@dpschp11.dpsc.dla.mil, bcarson@dpschp11.dpsc.dla.mil, thalkidis@dpschp11.dpsc.dla.mil, mboggs@dpschp11.dpsc.dla.mil, mlevin@dpschp11.dpsc.dla.mil, rlooney@dpschp11.dpsc.dla.mil, fgallo@dpschp11.dpsc.dla.mil, dstewart@dpschp11.dpsc.dla.mil, nmartin@dpschp11.dpsc.dla.mil
Subject: Case Manager Visit
Status: N

DPSC-MS

August 20, 1996

MEMORANDUM FOR DPSC-MS/MSA/MSB/MSC/MEI/MAM

Subject: Case Manager Visit to Darnall Army Hospital at Ft. Hood, Texas

I met with the Chief of Logistics, Lt Col Torstrick and Ft. HoodÆs contracting officerÆs representative (COR), Debbie Thomson to discuss the Med/Surg prime vendor program.

Ft. Hood has consistently reached $70,000 in sales per month but has the potential to double that figure because they still buy a significant amount of Med/Surg items by credit card. Ft. Hood is a smaller facility than Brooke Army Medical Center (BAMC) but has about the same patient radius as BAMC.

Generally they were satisfied with Owens & Minor as their prime vendor but there were some concerns and comments.

They really have not seen any fill rate reports and were concerned that the contract could not be monitored properly. I explained that we were aware of the issue and were working the problem.

I briefed the group on several issues including the status of the resolicitation in the Lone Star Region, PREPACs and what the new statement of work had to offer. They were especially interested in PREPACs because they do many procedures, like "C-Sections" where PREPACs would save time and money. The COR is currently gathering information on repetitive procedures.

Spinal Specialties is another PREPAC vendor where Ft. Hood purchases their packs. They asked we contact them for a DAPA.

The COR provided a 122 page computer print out of all items they are currently buying with a credit card. This listing contained many items that I believe a significant portion of them have DAPA equivalence. I am in the process of working this listing and returning



NOV-20-2003 10:38 DOJ COMM LIT BRANCH 202 353 0511 P.03

it to Ft. Hood. The small work force at Ft. Hood does not have adequate time to convert items to DAPA.

They are satisfied with the Owens & Minor representative. He visits consistently once a week and provides good service. It may be the representative will have to spend considerably more time at Ft. Hood when I return the listing of DAPA matches to their credit card purchases.

ANTHONY AMENDOLIA
Case Manager, Lone Star Region
Med/Surg PV Program

---

paa3018 sends (Anthony Amendolia)...

Lonestar

Received: by dpschpl1.dpsc.dla.mil
(1.37.109.4/16.2) id AA18191; Fri, 23 Aug 96 07:45:35 -0400
Date: Fri, 23 Aug 96 07:45:35 -0400
From: Anthony Amendolia <paa3018@dpschpl1.dpsc.dla.mil>
Return-Path: <paa3018@dpschpl1.dpsc.dla.mil>
X-Mailer: Ez-Mail v4.4 <Date: Fri, 23 Aug 96 07:33:46 paa3018>
To: aamendolia@dpschpl1.dpsc.dla.mil, mrees@dpschpl1.dpsc.dla.mil, rdillard@dpschpl1.dpsc.dla.mil, gwentzel@dpschpl1.dpsc.dla.mil, fgunn@dpschpl1.dpsc.dla.mil, bcarson@dpschpl1.dpsc.dla.mil, thalkidis@dpschpl1.dpsc.dla.mil, mboggs@dpschpl1.dpsc.dla.mil, mlevin@dpschpl1.dpsc.dla.mil, rlooney@dpschpl1.dpsc.dla.mil, fgallo@dpschpl1.dpsc.dla.mil, dstewart@dpschpl1.dpsc.dla.mil, nmartin@dpschpl1.dpsc.dla.mil
Subject: Case Manager Visit
Status: RO

DPSC-MS August 20, 1996

MEMORANDUM FOR DPSC-MS/MSA/MSB/MSC/MAM

Subject: Case Manager Visit to William Beaumont Army Medical Center (WBAMC), Ft. Bliss, Texas

I was invited to WBAMC to update the Chief of Logistics, the Chief of Materiel and inventory managers on various issues concerning the Med/Surg prime vendor program. They were most interested in PREPACs, the Lone Star resolicitation, the new statement of work and the depot drawdown policy. WBAMC currently has approximately $120,000 in Med/Surg prime vendor sales per month.

The Owens & Minor (O&M) representative asked about our DAPA with District Healthcare. It seems that O&M is having difficulty filling orders that are placed against District Healthcare DAPAs. They are not receiving material in a timely manner or are not receiving it at all. An inquiry was made to the president of District Healthcare from the DAPA buyer. The rep from District Healthcare stated he was not aware of the problem and that he now would be the point of contact for any future inquires.

WBAMC personnel and the O&M representative would like to see a simplified fill rate calculation. The rep provides WBAMC with a fill rate report each month. The current month's fill rate calculation based strictly on lines ordered against lines filled was 93%. The system generated fill rate, with all of the allowances for contractor backorders and usage data provided to PV, seemed difficult to validate.

Initially, WBAMC was not satisfied with the Med/Surg prime vendor. However, O&M replaced the rep a couple of months ago, assigning a new rep on-site full time to WBAMC. Since then, dramatic improvements in service have been achieved to the hospital. The new O&M rep and WBAMC personnel work extremely well together and several potential problems were resolved immediately

during my visit. Few facilities have the luxury of having a full time PV rep on-site but at WBAMC and BAMC the advantages are clear and customer satisfaction is great.

The small staff found it difficult to keep up with the daily workload. Personnel losses caused inventory managers to be responsible for many duties. New responsibilities ranged from their typical IM duties, to buying items for the hospital using a credit card. Sometimes they even pulled stock and delivered it to the hospital which is five miles down the road.

I requested a listing of all items bought by credit card to assist the PV rep in converting items. They used the PPC daily for assistance to convert items and obtain equivalent alternatives under DAPA. The operating room ordered some items with their own credit card which made it difficult to track usage. They were addressing this problem.

I toured the O&M El Paso distribution center and was impressed with the new facility and automation used to received materiel from vendors and ship it out to our customers. A hand held device tracks the material at all times. Before an order is delivered to a customer, the pallet is checked and re-checked by a different warehouse worker to eliminate any errors in the shipment.

ANTHONY AMENDOLIA
Case Manager, Lone Star Region
Med/Surg PV Program

---

[illegible]018 sends (Anthony Amendolia)...

**Martin, Nancy**

**From:** Amendolia, Anthony
**Sent:** Tuesday, June 09, 1998 10:08 AM
**To:** Martin, Nancy
**Subject:** RE: Lone Star Region

Nancy,

I did not get a copy of the green bar report for May but I wasn't looking for it because I was busy with researching the VA items. Don't forget Mej Cochran just started at Ft. Sill on June 1st. I'll call her this week to talk to her about the IV solutions. We will need some help from CPT Bainger for Sheppard AFB. I talked to them before and he just doesn't like United. I don't know why. They never got along with the rep from the first day.

Anthony

---

**From:** Martin, Nancy
**Sent:** Monday, June 08, 1998 8:33 AM
**To:** Amendolia, Anthony
**Subject:** Lone Star Region

Anthony,

I know your not in on Mondays but I needed to send you this message while I was thinking of it.

Did we receive the green bar report from United for the month of May? I don't recall receiving it.

Mr. Bandy called me because I needed to know a firm date(s) when Linda would be resubmitting the usage data files (as per my letter from the meeting we had with Dave and the Amerind guys). He said all resubmissions of data would be provided to DSCP by August 31, 1998. I passed this on to the guys upstairs.

Also, Mr. Bandy gave me an email code to use temporarily. I would use this internally only because it is Linda Hardy's. Mr. Bandy is still working on getting his. The code is: lhardy@flash.net

Bill also told me that starting mid July, United will be running their own truck to Holloman for 24 hour delivery. He also said that Holloman placed a $60,000.00 surge order. He said that El Paso (Ft Bliss) had an Inventory Analyst come in to help them and that the analyst told them their par levels were too low. El Paso placed a $94,000.00 with UMS at the end of last month based on this analyst's findings.

We might want to check with Holloman end of July or by mid August to verify and see if the new truck is making 24 hour delivery.

Mr. Bandy did say that some of the sites (Ft Sill and Sheppard) are still not ordering McGaw IV solutions from him but going to McGaw direct. I spoke to Linda Flatley again about this and she suggested that I contact the service reps (i.e. Bainger and Fred Sharp) and tell them that these facilities are violating their Med/Surg Requirements contract and ask them for assistance. I do plan to do that however I wanted to check the green bar report for verification before contacting them.

Just thought I'd pass this information along. There is no need for you to do anything.

Nancy Martin
DSCP-MEDICAL
Phone: 215-737-8422
DSN: 444-8422
Facsimile: 215-737-2081/8144
DSN: 444-2081/8144
email code: nmartin@dscp.dla.mil

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | CASE NO: 03-CV-289<br><br>Judge Allegra |

**PLAINTIFF'S ANSWERS AND RESPONSES TO DEFENDANT'S INTERROGATORIES AND REQUEST FOR PRODUCTION**

Objections to Number of Interrogatories: Plaintiff objects that the Government's position that this is a new case and entitles it to "start-over" with interrogatories is incorrect. This case was transferred from the United States Bankruptcy Court. Plaintiff contends that interrogatories served and answered in that case may be used in this case and the number of interrogatories served counts as interrogatories served in this case in calculating the 25 interrogatories permitted by Rule 33(a). Subject to this objection, Plaintiff otherwise answers and responds as follows:

Specific objection to interrogatories 10 through 15: Plaintiff objects to these interrogatories as misleading to the extent that the interrogatories assume or imply that these contract issues were in any way material breaches by Plaintiff or not waived by the Government and Plaintiff's answers are subject to such objections.

**INTERROGATORY NO. 1:** Identify each specific item (including each specific brand of similar or identical products) that is alleged in paragraphs 23 and 24 of the amended complaint to be a DAPA item, and for which United Medical, at any time during contract performance, did not have an executed agreement with a DAPA holder authorizing United Medical to sell the item, and for each item identified, state the exact time period(s) during which no agreement was in effect.

**ANSWER:**

Plaintiff objects that this interrogatory is overlybroad and answering it would impose an undue burden on Plaintiff. Subject to objection, Plaintiff states that DAPA agreements were supplier specific, not DAPA item specific. To the extent United Medical can provide information with respect to each DAPA supplier, United Medical

will produce its DAPA contracts file, its supplier invoice files, and its AS 400 computer hard drive in response to this interrogatory pursuant to Rule 33(d).

**INTERROGATORY NO. 2:** Provide the MTF call number for each invoice below.

Albuquerque
302839

Altus

100508
114527
115712
231018

Beaumont

200710
200717
201138
223887
224471
225292
225403
226243
226446
226505
226972
227714
228193
228382
228726
228730
230517
230533
230548
230674
231373
232034
232723
232755

232835
301352
301383
301822
302571
302866
303798
306164
308195

Brooke

700605
700821
701193
701465
705006
706966
708502
708503
708537
708737
708738
708784
709004
709265
709276
709277
709369
709370
709496
709522
709523
709660
709834
710228
710260
710493
710504
710722
710787
710789
711084

711103
711581
712172
712294
712529
712619
712620
713065
713353
714203
715038
715979
716296
716373
716560
716954
717006
717105
717106
717107
717108
717109
717110
717111
717112
717585
717972
719437
721676
725741
726179
727547
727563
728074
728288
728396
728846
728999
729123
729159
729287
729651
729708

729919
730322
730323
730462
730630
730718
732697
732877
734021
734180
734206
734286
735238
735239
735242
736692
737526
738272
738708
739213
739823
739375
739643
739925
740446
741776
741780
742083
742100
742248
743005
744089
744975

Canon AFB

50002
500395
500561

Corpus Christi

701750
712428
714544
718563
722403
722910
724699
725864
727313
727879
727935
728383
729124
733948
734232
734566
734584
735046
735973
736179
736877
737107
737490
737897
738224
738619
739247
740233
741238
742113

<u>Galveston</u>

812576

<u>Holloman</u>

300813
300949
300979
300098

Laughlin

700876
702793
708922
724797
725494
726222
728926
730471
730471
731761
734605
734621
807193

Sheppard
FM3

114573
140564
140979
141059
141388
145569
146535
150601
154263
154483
156488
165424
166398
187374
207867
231152

FM3020

100400

135271
136707
136837
141403
142999
145275
145680
147177
147987
149631
150270
155899
172808
173272
174923
174947
178206
178208
178214
178222
178242
178289
178300
179733
180130
180246
181015
182358
184721
187539
187540
187544
187552
188795
191358
191798
193455
193457
193762
194627
197828
198359
199000

207348
217067
225483
225593
227164

Vance

109989
157688

**ANSWER:**

The information necessary to match United's invoice numbers with the DSCP call numbers, on several occasions, has previously been provided to DSCP by spreadsheet and the burden to obtain the requested information from the spreadsheet is no greater on the United States than United Medical. Pursuant to Rule 33(d) United Medical will make the spreadsheet information available for inspection and copying in accordance with Rule 33(d). United Medical also believes that the correspondence file of Megan Edmonds may assist the Government in determining this information, and that correspondence file will be made available.

**INTERROGATORY NO. 3:** Identify and describe in full each of the 'informal inquiries" about renegotiating United Medical's distribution fee that are alleged in plaintiff's January 8, 2003 response to defendant's interrogatory number 6 in United Medical's bankruptcy proceeding, identifying without limitation the date of each alleged inquiry; the form of each inquiry (e.g., oral, letter, electronic mail); all documents that contain, record, or otherwise reflect any inquiry; and everyone who allegedly made and received each inquiry.

**ANSWER:**

Mr. Bandy specifically recalls one discussion with Mr. Anthony Amendolia in which Mr. Amendolia stated that the MTFs would catch up when their credit card usage was stopped. United Medical requested in its claim submitted to the Contracting Officer that the fee be renegotiated. See also the discussion with Mr. Hasting described in the next interrogatory response.

**INTERROGATORY NO. 4:** Identify and describe in full each time, other than the claim now in litigation, that United Medical raised with the Government the issue of orders from the MTFs falling below the estimated amounts, identifying without

limitation the date of each alleged communication; the form of each communication (e.g., oral, letter, electronic mail); all documents that contain, record, or otherwise reflect each communication; and everyone who allegedly made and received each communication concerning underrunning the estimates.

**ANSWER:** Mr. Bill Bandy had numerous discussions with DSCP and DoD personnel on this issue. Early in the contract period, Mr. Bandy had several discussions with Mr. Michael Schmitt. Mr. Schmitt advised Mr. Bandy that the primary reason the orders were below estimates was that the MTFs continued to use government credit cards to make many of their purchases of DAPA items and that DSCP would eliminate the practice.

Mr. Bandy also discussed the issue with Mr. John Cuorato, Mr. Greg Wentzel, Mr. Steve Hasting, Mr. Anthony Amendolia and Ms. Maggie Rees. Mr. Amendolia, with whom Mr. Bandy discussed the issue 6 or 7 times, advised Mr. Bandy that DSCP did not have the authority to make the MTFs comply with the contract. Mr. Bandy ask Mr. Amendolia who did, and Mr. Amendolia was not able to provide an answer.

One of the discussions Mr. Bandy recalls with Ms. Maggie Rees prior to the effective date of the Contract concerned accuracy of usage figures. Ms. Rees told Mr. Bandy that they expected purchases within six weeks to be $250,000.00 per month. Mr. Bandy replied that that was good news and bad news. The good news was that the MTF usage would be increasing to $250,000 per month in the near term, but that the bad news was that this was way below estimates. Ms. Rees reply was that this was just the start up month and that purchases would escalate to the Contract estimates.

Mr. Bandy recalls a discussion with Mr. Hasting about the MTFs not purchasing 90% of estimates. Mr. Hasting was sympathetic but that he had no authority in that area.

Mr. Bandy recalls a discussion with Col. James Riley over pizza in which he expressed concern that the orders were far lower than estimates. Colonel Riley expressed recognition of the problem and admitted that the Government was not complying with the contract terms.

Never did any DSCP or MTF personnel tell Mr. Bandy that the estimates were too large.

**INTERROGATORY NO. 5:** Fully describe all of United Medical's reasons for not accepting the offer from Henry Schein described on page 26 of your summary judgment brief and identify all documents that record or otherwise reflect those reasons.

**ANSWER:**

Schein made two offers. The first offer was not accepted because it was too low. While United Medical was reviewing the second offer, Henry Schein advised United Medical that its stock price had plummeted and that it would have to postpone any purchase of United Medical's for financing reasons. Shortly thereafter, United Medical's financial condition became too dire to wait on Schein. United Medical's bankruptcy eliminated any reasonable possibility of completing the transaction with Schein.

INTERROGATORY NO. 6: Identify and describe in full any offers to purchase all or part of United Medical's business or assets made by anyone other than Henry Schein since June 1996, including without limitation the identity of any offeror or offerors, all documents constituting or relating to each offer, the amount of each offer, all of United Medical's reasons for not accepting each offer, and all documents that record or otherwise reflect those reasons.

ANSWER:

None, other than the offer by Advanced Medical, which United Medical accepted as part of its plan of reorganization. The terms of that offer and acceptance are document in the confirmed plan and confirmed disclosure statement. United Medical elects to answer this interrogatory by providing for copying and acceptance these two documents and the order confirming the plan.

INTERROGATORY NO. 7: For each claim for money, other than this action, filed or prosecuted by or upon behalf of United Medical against any party in any judicial or administrative forum since June 1996, identify the forum, case number, opposing party, opposing counsel (if any), nature of claims, amount sought, and amount recovered or awarded.

ANSWER:

Pursuant to its confirmed Plan of Reorganization, United Medical's liquidation included assignment to Advanced Medical of all claims against third parties except claims under Chapter 5 of the Bankruptcy Code (preference and fraudulent transfer claims) and claims against the United States. To the extent that claims other than these have been pursued in the name of United Medical, United Medical is not the real party in interest.

United Medical has pursued many claims, primarily claims for 11 U.S.C. 547 preference payments pursuant to its plan of reorganization. These preference claims and the payments received are of public record in the United Bankruptcy. Pursuant to Rule 33(d), United Medical elects to provide the information pertinent to these claims by directing the United States to the Bankruptcy Docket and documents (all documents of

public record) filed under the general docket label of Motions to compromise. The docket and the motions can be reviewed online.

United Medical, from time to time, has pursued claims against its customers who failed to pay. United Medical does not have records on these, but may be able to locate the name of the attorneys who handled any such claims if desired by the United States.

United Medical also filed a proof of claim in the Allied Physicians bankruptcy in the Northern District of Texas. CASE NO. 397-31267-HCA-11; IN RE: ALLIED PHYSICIANS GROUP, P.A. AND ALLIED PHYSICIANS OF DFW, INC. That proof of claim may be inspected at the bankruptcy clerk's office during normal business hours, and United Medical elects its Rule 33(d) election with respect to that claim. United also believes that the proof of claim can be viewed online through the PACER website.

**INTERROGATORY NO. 8:** If you contend for purposes of your summary judgment motion that the Government's estimates of its annual purchases under the contract were negligently prepared, describe all facts and identify all documents that you allege support that contention.

**ANSWER:**

Plaintiff objects to this interrogatory on the grounds that it is overlybroad and purports to require United Medical to marshal all of its evidence on the issue. Subject to this objection Plaintiff's evidence on the issue is generally as follows:

1. The actual orders from United Medical were only 15% or so of estimated orders;
2. The representation by the DoD was that the estimates were based on historical purchases. The United States has not been able to produce any records to support any claim that the estimates were based on historical purchases;
3. The written requests from DSCP, and notes of requests made by DSCP, produced by DSCP did not evidence any request to the MTFs to base their estimates on historical purchases.
4. Documents produced by the DoD did not evidence any consistent methodology for making the estimates and many of the documents in the files of DSCP evidenced simply "off the cuff" estimates.
5. The United States has been unable to back up its estimates.
6. The United States post-contract-completion estimates of its actual requirements vary widely.
7. Substantial internal correspondence of DSCP produced in this case admit that the estimates were not realistic. DSCP's disclosed in discovery in this case that it used 1995 estimates. Those estimates, based on disclosures made in this case by DSCP, included estimated purchases for William Beaumont Army Medical Center of $18,000,000 per year and for Fort Hood of $4,000,000 per year.

However, in 1996, DSCP concluded that a more realistic estimate for Fort Hood was $1.7 million and that William Beaumont's purchases were below the $1.5 million per year number. (Reference documents Bates Numbers "DSCP-UMS-2136-2140"). This was never disclosed to Plaintiff prior to the filing of this lawsuit.

8. Not one single region's actual PV sales came close to the DSCP estimate, based on documents produced by DSCP.
9. The United States, prior to contracting with UMS, knew the ramp up was more difficult and slower than represented. See for example, Bates DSCP-PV-1238.

**INTERROGATORY NO. 9:** For each contract year for which you seek recovery in your summary judgment motion, state as precisely as you can the total value of the DAPA items that you allege the ordering facilities purchased from parties other than United Medical in that year, but should have purchased from United Medical (i.e., "diverted" purchases), and fully explain how you derive that dollar figure.

**ANSWER:**

Plaintiff elects to answer by directing the Government to the calculations of Robert Imel pursuant to Rule 33(d). To assist the Government in analyzing this information, but without waiving its rights to make a Rule 33(d) election, Plaintiff supplements as follows:

| Contract Yr. | Contract Estimates (million $) | x 85%[1] | Equals (amount Gov't should have purchased) (million $) | Less Actual Purchases (estimated from attached chart) (million $) | Equals Shortage (million $) |
|---|---|---|---|---|---|
| 1 | 30.4 | | 25.8 | 5.9 | 19.9 |
| 2 | 61.05 | | 51.9 | 8.0 | 43.9 |
| 3 | 61.05 | | 51.9 | 10.7 | 41.2 |
| 4 | 56.0 | | 47.6 | 7.4 | 40.2 |
| Total | 208.5 | | 177.2 | 32.0 | 145.2 |

Calculation Methodology used to determine the above figures was a three-step process:

[1] Mr. Imel used 85% as a conservative number in favor of the Government. Actual fill rates suggest that this number is too low by at least 5%.

Step 1: Calculation of the Government's requirements for each of the 4 contract years.

The documents produced by the Government evidence a range of actual requirements from a high of the actual estimates to a low of 222% of actual purchases from prime vendors. Based on the substantial documents produced by the Government in this case that support actual requirements equal to the contract estimates and actual diversion of purchases, United Medical calculated the Governments' requirements each year based on the estimates.

Step 2: Calculation of the orders that would have been filled by United Medical had the Government ordered and paid in accordance with the Contract Terms.

United Medical calculated this number using a 85% fill rate, although United Medical believes it would have exceeded this minimum number. The 85% number was used to be conservative and to provide "cushion" in the event that the treatment of the Government's estimates did not properly reflect the DSCP service fee.

Step 3: Subtract actual orders.

The Government apparently has information that it has not provided to United Medical even though requested by a proper request for production. For example, the internal emails provided by the Government in this case reference a 122-page computer printout prepared by Fort Hood and given to Anthony Amendolia for his use in determining what DAPA items were being purchased by credit card. Neither the 122-page Fort Hood computer printout nor the Amendolia analysis has been provided to United Medical.

<u>**INTERROGATORY NO. 10:**</u> If you contend that United Medical provided 24-hour electronic confirmation of all Extended Delivery Orders, identify all documents and specify all facts that allegedly support that contention.

<u>**ANSWER:**</u>

No such contention is made.

<u>**INTERROGATORY NO. 11:**</u> If you contend that United Medical attained a 95 percent fill rate specifically for Just-in-Time Orders, identify all documents and specify all facts that allegedly support that contention.

<u>**ANSWER:**</u>

No such contention is made.

**INTERROGATORY NO. 12:** If you contend that United Medical attained a 95 percent fill rate specifically for Extended Delivery Orders, identify all documents and specify all facts that allegedly support that contention.

**ANSWER:**

No such contention is made.

**INTERROGATORY NO. 13:** If you contend that United Medical attained a 100 percent fill rate specifically for emergency orders, identify all documents and specify all facts that allegedly support that contention.

**ANSWER:**

No such contention is made.

**INTERROGATORY NO. 14:** If you contend that United Medical provided 10-calendar day delivery of all Extended Delivery Orders, identify all documents and specify all facts that allegedly support that contention.

**ANSWER:**

No such contention is made.

**INTERROGATORY NO. 15:** If you contend that United Medical always made one shipment to fill each delivery order, identify all documents and specify all facts that allegedly support that contention.

**ANSWER:**

No such contention is made.

**INTERROGATORY NO. 16:** Explain in detail whether and how United Medical concluded, before or upon submitting its bid for the contract, that it would earn a profit on the contract, including without limitation who made that determination, when it was made, and the expected profitability level; and identify all documents that record, reflect, or support the conclusion reached by plaintiff at that time as to profitability.

**ANSWER:**

Plaintiff objects to the extent that this interrogatory requires Plaintiff to identify, as defined, documents as imposing an undue burden and expense on Plaintiff. The documents responsive include all of Plaintiffs' financial information, sales information to third parties, especially if such sales were made under a prime vendor contract, and and pricing discount information with the various DAPA holders.

The profit information was determined by Mr. William Bandy (UMS CEO), Joe Smith (UMS EVP at the time) and Gloria Salgado. The proforma determinations were made throughout the solicitation and bid process as additional information was provided. United Medical reviewed its financial statements and its pricing agreements with various DAPA holders and then calculated its bid price needed to make a minimum 4% net profit on average for sales under the Contract. The calculations were later confirmed by Don Condor, a CFO for Plaintiff.

United Medical also compared its proposals to known prime vendor contracts with the DoD to assure itself that its bid was reasonable to both itself and the Government.

United Medical had substantial experience as a prime vendor to hospitals and was quite familiar with the pricing it needed to make a minimum 3% net profit. It expected to make at least a 4% net profit on the DoD contract.

Plaintiff further directs the United States to the affidavit of Robert Imel filed in support of Plaintiff's pending motion for summary judgment and the Claim submitted to the Contracting Officer.

To the extent that documents exist and are in the custody and control of United Medical they will be produced.

**INTERROGATORY NO. 17:** Supplement or amend any of United Medical's responses to the Government's interrogatories in the bankruptcy proceeding to the extent you would be obligated to supplement or amend those responses, pursuant to RCFC 26 (e), had those interrogatory responses been provided in this action.

**ANSWER:**

Plaintiff objects on the grounds that this interrogatory is overlybroad and assumes that this action is different than the bankruptcy court case that was transferred to this Court. Plaintiff will comply with its obligations to supplement and this response is subject to all previously served objections.

**REQUEST NO. 1:** All documents not previously produced to the Government that are responsive to the Government's document requests in United Medical's bankruptcy proceeding.

**RESPONSE:**

Subject to previously served objections, to the extent that these documents are in the custody or control of United Medical, Plaintiff will produce either at the offices of Plaintiff's counsel or the United Medical storage facility during normal business hours upon reasonable notice.

**REQUEST NO. 2:** Packing slips for all invoices alleged to be outstanding.

**RESPONSE:**

To the extent that these documents are in the custody or control of United Medical, Plaintiff will produce either at the offices of Plaintiff's counsel or the United Medical storage facility during normal business hours upon reasonable notice.

**REQUEST NO. 3:** All documents not previously produced that are identified in your responses to defendant's interrogatories above.

**RESPONSE:**

To the extent that these documents are in the custody or control of United Medical, Plaintiff will produce either at the offices of Plaintiff's counsel or the United Medical storage facility during normal business hours upon reasonable notice.

**REQUEST NO. 4:** All documents relating in any way to United Medical or this case, including without limitation proposals, statements of work, bills, and substantive materials, including financial data, draft reports, and comments on drafts, communicated at any time between United Medical (including counsel) and Robert Imel, plaintiff's designated expert.

**RESPONSE:**

Plaintiff will produce at the offices of Plaintiff's counsel during normal business hours upon reasonable notice.

Signed November 10th, 2003

William Bandy
Former President and CEO of Plaintiff

**Verification**

On November 10 th 2003 personally appeared Mr. William Bandy and verified that the answers to the foregoing answers to interrogatories 1, 2, 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, 15, and 16 are true, correct, and complete based on his recollection of events and diligent review of Plaintiff's relevant records.

Shanta K. Yadav

Notary Public for the State of Texas

[seal]

SHANTA K. YADAV
Notary Public, State of Texas
My Comm. Expires Jan. 16, 2005

Respectfully submitted,

Frank L. Broyles
State Bar No. 03230500
Goins, Underkofler, Crawford
& Langdon, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

On November 13, 2003 the foregoing was served on the persons shown below by the method shown below in accordance with rule 5.1.

______________________
Frank L. Broyles

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
1100 L Street
Washington, D.C. 20530

Method Served: first class mail, certified return receipt requested