# DEFENDANT'S SUPPLEMENTAL APPENDIX

| TAB | DESCRIPTION | DATE |
|---|---|---|
| 34. | Affidavit of Linda Flatley | 11/26/03 |
| 35. | Amendment 0014 | 3/26/96 |
| 36. | Government letter seeking estimates | 5/25/95 |
| 37. | Customer responses providing estimates | various |
| 38. | Award document – stockless option | |
| 39. | UMS' letter forwarding commitment form | 4/30/97 |
| 40. | Amendments 00016, 00017, 0018 | various |
| 41. | Government e-mail concerning performance | 6/11/97 |
| 42. | Government letter to UMS concerning performance problems | 6/27/97 |
| 43. | Government e-mail concerning performance | 7/17/97 |
| 44. | Government e-mail concerning performance | 9/17/97 |
| 45. | Government letter to UMS concerning performance problems | 9/19/97 |
| 46. | Government letter to UMS concerning split shipments | 10/21/97 |
| 47. | Government trip report | 12/3/97 |
| 48. | Fill rates | 12/97 |
| 49. | UMS' letter concerning lack of DAPA holder agreements | 12/5/97 |
| 50. | Government letter concerning contract requirements for DAPA holder agreements | 10/30/ 97 |
| 51. | Fill rates | 1/98 |
| 52. | Government letter reporting deficiencies | 2/24/98 |

| | | |
|---|---|---|
| 53. | Government letter seeking further information | 3/31/98 |
| 54. | Fill rates | 2-4/98 |
| 55. | UMS' letter concerning lack of DAPA holder agreements | 4/21/98 |
| 56. | Fill rates | 5/98 |
| 57. | Fill rates | 6-12/98 |
| 58. | Customer e-mail concerning UMS' performance | 1/19/99 |
| 59. | Government memo concerning performance | 2/11/99 |
| 60. | Fill rates | 2-3/99 |
| 61. | Government e-mail addressing attached customer complaint | 4/8/99 |
| 62. | Customer response to above | 4/26/99 |
| 63. | Customer complaint | 4/16/99 |
| 64. | Customer complaint | 4/27/99 |
| 65. | Fill rates | 4/5/99 |
| 66. | Fill rates | 6/99 |
| 67. | Customer complaint | 6/11/99 |
| 68. | Fill rates | 7-12/99 |
| 69. | UMS email concerning DAPA Holder Agreements | 12/6/99 |
| 70. | Fill rates | 1-3/00 |
| 71. | Customer complaint | 1/6/00 |
| 72. | Customer complaint | 3/22/00 |
| 73. | Modification P00020 | 3/23/00 |
| 74. | Customer complaint | 4/5/00 |

| | | |
|---|---|---|
| 75. | Fills rates | 4-6/00 |
| 76. | Government e-mail to UMS concerning El Paso warehouse closing | 7/25/00 |
| 77. | Government e-mail concerning alleged nonpayments | 7/26/00 |
| 78. | Government e-mail to UMS concerning impact of warehouse closure | 8/11/00 |
| 79. | Government e-mail to UMS concerning customer complaint | 8/14/00 |
| 80. | Customer complaint concerning impact of of warehouse closure | 8/15/00 |
| 81. | Customer complaint concerning impact of of warehouse closure | 8/29/00 |
| 82. | Customer complaint concerning impact of of warehouse closure | 10/25/00 |
| 83. | Government e-mail concerning impact of of warehouse closure | 10/31/00 |
| 84. | Government email concerning lack of support to Ft. Huachuca | 11/1/00 |
| 85. | Government e-mail concerning lack of support to Kirtland | 11/7/00 |
| 86. | Customer complaint | 11/12/00 |
| 87. | Customer complaint | 11/13/00 |
| 88. | Affidavit of Donna Galligan | 11/25/03 |
| 89. | E-mail concerning alleged diversions | 11/26/03 |

## AFFIDAVIT OF LINDA FLATLEY

I, LINDA FLATLEY, having been duly sworn, deposes and says as follows:

1. That I, LINDA FLATLEY am over 21 years of age, of sound mind, capable of making this Affidavit, and personally acquitted with the facts herein stated.

2. That the Defense Logistics Agency is a component of the Department of Defense.

3. That the Defense Supply Center, Philadelphia, ["DSCP"] formerly known as the Defense Personnel Support Center[1] is a field activity of DLA and is located in Philadelphia Pennsylvania. DSCP is composed of four commodity organizations generally responsible for acquiring, storing and distributing a wide variety of items to the military services, to some foreign governments, and to other federal, state and local entities.

4. That I have been employed at DSCP since 1977.

5. That I am currently the Chief, Medical Surgical Prime Vendor Section and have, most recently, held this position since April 2002.

6. That I was one of the contracting officers for SP0200-97-D-7133 from June 1, 1997 through April 30, 2001.

7. That I was involved in the negotiation of this contract and am familiar with the underlying solicitation and the negotiations that led to the award, for the period beginning September 1994 when I joined this acquisition team.

8. That on August 11, 1993, the Defense Personnel Support Center issued Solicitation DLA120-93-R-0587 to establish a prime vendor contract to service the participating medical facilities located in the Lone Star Region.

9. That at the time of the solicitation, DPSC anticipated the establishment of twenty-two regions in the United States.

10. That the Lone Star Region was one of the first regions to be established under the prime vendor program.

11. That United Medical Supply (UMS) submitted an offer on or about September 14, 1993, but was not the awardee. Instead, the contract was awarded to Owens&Minor on December 2, 1994.

12. That a GAO protest resulted from the award.

13. That to resolve the protest, DPSC decided not to invoke the option under Owens&Minor's contract, but to continue negotiations with all firms, and award a new contract at the expiration of the base year.

14. That during the second negotiation period DPSC made a number of changes to its prime vendor program.

15. That in order to standardize the program throughout all the regions, bilateral Amendment 0008 was issued on December 4, 1995 incorporating the changes that had been made to the program.

16. One of the significant changes made by Amendment 0008 was the inclusion of the stockless option.

17. That under DPSC's stockless option, the prime would work with the individual customers to develop both a standard list of items that the hospital

---

1 In January 1998, DPSC changed its name to Defense Supply Center Philadelphia.

uses on a reoccurring basis and a per item usage quantity. To the extent that any of those items were not available through a DAPA or IDTC, the prime was required to assist the customer in finding DAPA substitutes. The vendor would then maintain the stock level of the listed items, reordering materiel after receiving customer approval.

18. That the estimated annual requirements listed in the solicitation were based upon figures provided by the participating medical facilities.

19. That the estimated dollar value for each hospital was obtained through the designed point of contacts for Army, Navy, and Air Force. The estimate did not reflect the dollars spent for only DAPA items. Rather it reflected the dollars spent for all medical/surgical items, regardless of whether those exact items were covered by a DAPA.

20. That under the contract, the customers were required to order all DAPA items that they used from the prime. However, the customers did not have to purchase all their medical/surgical requirements from DAPAs. For example, if a customer used brand A bandages and only brands B –Z were available on DAPAs, the customer was not required to change brands. In that case, the customer was permitted to purchase brand A bandages outside of the contract.

21. That under the contract, the customer decided what DAPA it wanted its order placed under.

22. That some customers might have preferences for one DAPA holder

over another based upon such factors as socio-economic goals or price. In cases where a customer had a legitimate reason for choosing one DAPA holder over another, the customer did not have to order under the contract if UMS did not have an agreement with the preferred DAPA holder.

23. The prime was allowed to and was encouraged to work with the customer to find acceptable DAPA alternatives to their non-DAPA selections.

24. That United Medical Supply submitted a revised offer in response to Amendment 8.

25. That United Medical Supply's offer included the solicitation and a business and technical proposal.

26. That unbeknownst to my team and me, United Medical added a provision to its returned copy of the solicitation.

27. That the provision stated that the proposed distribution fees were subject to negotiation if the volume does not reach 90% of the stated contract award. The same provision appears in Amendment 0012.

28. That had this provision been noticed, I would have found it unacceptable.

29. That United Medical never directly brought the provision to my attention, either verbally or in writing.

30. That the provision was never made part the on-going negotiations.

31. That the resultant contract was never modified to include the provision.

32. That at no time did UMS ever attempt to renegotiate its distribution fee.

LINDA FLATLEY
Contracting Officer

Subscribed and Sworn to before me this 26th day of November 2003.

NOTARY PUBLIC

Notarial Seal
Virginia J. Nunes, Notary Public
Philadelphia, Philadelphia County
My Commission Expires Mar. 15, 2004
Member, Pennsylvania Association of Notaries

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE OF PAGES 1 | 5

| | | | |
|---|---|---|---|
| . AMENDMENT/MODIFICATION NO. 0014 | 3. EFFECTIVE DATE 26 MAR 96 | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. *(If applicable)* |

. ISSUED BY CODE SP0200

NSE PERSONNEL SUPPORT CENTER
SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY *(If other than Item 6)* CODE SP0200

SAME AS BLOCK 6

. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

United Medical Supply Co., Inc.
5117 Northeast Parkway
Fort Worth, Tx 76106

(✓) X 9A. AMENDMENT OF SOLICITATION NO. DLA120-93-R-0587

9B. DATED *(SEE ITEM 11)* 11 AUGUST 1993

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

ODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

ffers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
) By completing Items 8 and 15, and returning 01 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer ubmitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

. **IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

MED/SURG PRIME VENDOR - LONE STAR REGION

Subject solicitation is hereby amended as follows:

The closing date is hereby extended to 3:00 PM, local time, 11 April 1996. All responses must be received by the above cited time and date and are subject to the late submission, modifications, and withdrawal of proposals or quotation provision of the solicitation.

cept as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force d effect.

| | |
|---|---|
| A. NAME AND TITLE OF SIGNER *(Type or print)* W. Smith, Jr. / cutive Vice President | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
| 3. CONTRACTOR/OFFEROR [signature] *(Signature of person authorized to sign)* — 15C. DATE SIGNED 11 Apr. '96 | 16B. UNITED STATES OF AMERICA BY ____ *(Signature of Contracting Officer)* — 16C. DATE SIGNED |

N 7540-01-152-8070
EVIOUS EDITION UNUSABLE



STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NDMENT OF SOLICITATION DLA120-93-R-0587 PAGE 2 OF 5
AMENDMENT 0014
LONE STAR REGION

Delete SECTION B on page 5 of Amendment 0012 in its entirety and replace with the following:

SECTION B

SCHEDULE OF SUPPLIES

Based on a 12 month reporting period, the ordering facilities that will be listed in Attachment III spent an estimated $56,715,500 per year for those types of medical/surgical products covered by the proposed contract. Based on this figure, the following is the Government's best estimate of yearly sales that these ordering facilities will experience over the five-year period.

| | Yearly Estimate | Approximate Yearly Maximum |
|---|---|---|
| First Year | $28,357,750.00 | $ 70,894,375.00 |
| ion Year 1 | $56,715,500.00 | $141,788,750.00 |
| Option Year 2 | $56,715,500.00 | $141,788,750.00 |
| Option Year 3 | $56,715,500.00 | $141,788,750.00 |
| Option Year 4 | $56,715,500.00 | $141,788,750.00 |

No guarantee is given that the above volume will be purchased. It should be noted that during the first year of the contract each facility will begin to reduce its existing inventory of medical/surgical products. Orders will be placed with the Prime Vendor as existing inventories are reduced to lower levels. This may affect the volume of ordering during the base ordering period.

Your proposed distribution fee should be based on the Yearly Estimate. If the Approximate Yearly Maximum is exceeded in any given year, the contract will be completed for that year but subsequent years will be resolicited.

Delete pages 7 and 8 of Amendment 0012 in their entirety and replace with the following:

A portion of each year's estimate is for the JITO/EDO portion of the contract and a portion is for the Stockless portion of the contract.

The potential dollar value for the stockless portion of this contract in the base year is $23,500,000.00. The remaining $4,857,750.00 is the potential dollar value for the base year for facilities using the JITO/EDO portion of the contract only. For Option years 1-4, the potential dollar value for the stockless portion is $47,000,000.00 and the remaining $9,715,500.00 is the potential dollar value for facilities using the JITO/EDO portion of the contract only.

The following is the Government's best estimate of what percentages of these figures will be stockless and how the distribution fee will be calculated. (For this example the proposed distribution fee is 10%):

**STOCKLESS**

| | ANNUAL ESTIMATE | | ASSIGNED WEIGHT | | PROPOSED DISTRIBUTION FEE | | TOTAL STOCKLESS DIST FEE |
|---|---|---|---|---|---|---|---|
| Base Year | $23,500,000 | X | 2% | X | 10% | = | $ 47,000.00 |
| Option Yr 1 | $47,000,000 | X | 12% | X | 10% | = | $ 564,000.00 |
| Option Yr 2 | $47,000,000 | X | 31% | X | 10% | = | $1,457,000.00 |
| Option Yr 3 | $47,000,000 | X | 49% | X | 10% | = | $2,303,000.00 |
| Option Yr 4 | $47,000,000 | X | 59% | X | 10% | = | $2,773,000.00 |

Total Evaluated Proposed Stockless Distribution Fee: $7,144,000.00

..he following is an example of how the distribution fee will be calculated for the JITO/EDO portion of the contract. (For this example the proposed JITO/EDO distribution fee is 5%):

JITO/EDO

| | ANNUAL ESTIMATE | | ASSIGNED WEIGHT | | PROPOSED DISTRIBUTION FEE | | TOTAL JITO/EDO DIST FEE |
|---|---|---|---|---|---|---|---|
| Base Year | $23,500,000 | X | 98% | X | 5% | = | $1,151,500.00 |
| | $ 4,857,750 | X | 100% | X | 5% | = | $ 242,887.50 |
| Option Yr 1 | $47,000,000 | X | 88% | X | 5% | = | $2,068,000.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |
| Option Yr 2 | $47,000,000 | X | 69% | X | 5% | = | $1,621,500.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |
| Option Yr 3 | $47,000,000 | X | 51% | X | 5% | = | $1,198,500.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |
| Option Yr 4 | $47,000,000 | X | 41% | X | 5% | = | $ 963,500.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |

.tal Evaluated Proposed JITO/EDO Distribution Fee: $9,188,987.50

The Total Evaluated Proposed Stockless Distribution Fee and the Total Evaluated Proposed JITO/EDO Distribution Fee will be added together to come up with the TOTAL PROPOSED DISTRIBUTION FEE which from the above example would be $16,332,987.50.

On page 9 of Amendment 0012 under "B. Prime Vendor's Daily Duties:" delete number 5 and replace with the following: 5) Deliver and restock material to the stock sites by 3:00 P.M.; local time of the stock site, on the following day of order authorization.

Add to page 13 of Amendment 0012 the following: The dollar value listed for each of these facilities includes potential JITO/EDO sales and Stockless sales. These facilities can place JITO/EDO orders or stockless orders. Facilities not listed on this page but listed on pages 40 through 47 will be placing only JITO/EDO orders.

On page 44 of Amendment 0012 delete the US PUBLIC HEALTH SERVICE (USPHS) as an ordering/receiving point.

Add the following ordering/receiving point:

Fort Huachuca, AZ
DEA# AR5071814

.RDERING POINT
Raymond Bliss Army Hosp
Materials Mgt, Bldg 45022
Fort Huachuca, AZ 85613

RECEIVING POINT
Raymond Bliss Army Hosp
Materials Mgt, Bldg 45022
Fort Huachuca, AZ 85613

AMENDMENT OF SOLICITATION DLA120-93-R-0587 PAGE 5 OF 5
AMENDMENT 0014
LONE STAR REGION

The following is hereby incorporated into subject solicitation:

**AWARD DATE/EFFECTIVE DATE**

**Award Date:**

The award date for this solicitation will be the date of signature by the Contracting Officer in block 20C on the cover award page. This date will not be used to determine the start date for the base year.

**Effective Date:**

The effective date is the date the contract becomes effective, as shown in block 3 on the cover award page. The base year begins on the effective date. In Clause 52.216-18 (M), 'Electronic Ordering Under "Prime Vendor, "' paragraph (a), second sentence delete "date of award" and substitute "the effective date." so that the sentence now reads "S--h orders may be issued from "the effective date" through 1 year t- eafter."

**Please Note:** Since this and the preceding award for this region are requirements contracts, they cannot be effective at the same time. Accordingly, no delivery orders under the new contract may be processed by the Prime Vendor prior to the effective date of the new contract.

If the Prime Vendor holding the present contract receives the follow-on award, the change to the new distribution fee will take place on the effective date of the follow-on contract.

If a new Prime Vendor (to the region) receives this award, the period between the award date and the effective date of the contract will be used by the Government and the new Prime Vendor as a "ramp-up" period. In the interest of minimizing the amount of time that the ordering facilities have to spend without a Prime Vendor, during this period the Government will take all actions required to assist the awardee in taking over the Prime Vendor responsibilities for the region on the effective date of the contract. The new Prime Vendor shall use the period between the award and effective dates of the new contract to comply with all of the requirements of the Statement of Work (e.g., submission of implementation plan, training, preparation for availability of usage data items, etc.) to ensure successful implementation of the new contract by the effective date. The new Prime Vendor may also receive (but not process) electronic delivery orders f- the ordering facilities for the purpose of testing the EOE/EDI ( .em prior to the effective date of the new contract.

We expect there to be approximately 120 days between the award date and effective date of the new contract.

Nancy

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY REFER TO DPSC-MSABC

25 May 1995

SUBJECT: Resolicitation of Medical/Surgical Prime Vendor Regions

Lieutenant Anthony Capano
Naval Medical Logistics Command
Fort Detrick
Frederick, MD 21702-5015

Dear Lt. Capano:

Due to the revision of the Medical/Surgical Prime Vendor Statement of Work, it is our intention at this time to resolicit for the following regions:

- National Capitol
- Philadelphia
- Lone Star

In order for each solicitation to have accurate dollar estimates, I am asking for your assistance in providing us with your best projected sales for each of the attached facilities. If there are any additions or deletions, please annotate them. A response is requested by 31 May 1995.

Your attention in this matter is greatly appreciated. If you should have any questions, please contact me at (215) 737-8395.

Sincerely,

Marie L. Boggs

MARIE L. BOGGS
Contract Specialist

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY REFER TO DPSC-MSABC

25 May 1995

SUBJECT: Resolicitation of Medical/Surgical Prime Vendor Regions

Captain Theresa Woods
Air Force Medical Logistics Office
AFMLO/FOCC
1423 Sultan Street
Fort Detrick, MD 21702-5006

Dear Captain Woods:

Due to the revision of the Medical/Surgical Prime Vendor Statement of Work, it is our intention at this time to resolicit for the following regions:

- National Capitol
- Philadelphia
- Lone Star

In order for each solicitation to have accurate dollar estimates, I am asking for your assistance in providing us with your best projected sales for each of the attached facilities. If there are any additions or deletions, please annotate them. A response is requested by 31 May 1995.

Your attention in this matter is greatly appreciated. If you should have any questions, please contact me at (215) 737-8395.

Sincerely,

MARIE L. BOGGS
Contract Specialist

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY REFER TO DPSC-MSABC

25 May 1995

SUBJECT: Resolicitation of Medical/Surgical Prime Vendor Regions

LtC. Rick Upton
USA Medical Command
2050 Worth Road
Fort Sam Houston, TX 78234-6000

Dear LtC Upton:

Due to the revision of the Medical/Surgical Prime Vendor Statement of Work, it is our intention at this time to resolicit for the following regions:

- National Capitol
- Philadelphia
- Lone Star

In order for each solicitation to have accurate dollar estimates, I am asking for your assistance in providing us with your best projected sales for each of the attached facilities. If there are any additions or deletions, please annotate them. A response is requested by 31 May 1995.

Your attention in this matter is greatly appreciated. If you should have any questions, please contact me at (215) 737-8395.

Sincerely,

MARIE L. BOGGS
Contract Specialist



Federal Recycling Program Printed on Recycled Paper

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | | RECEIVING POINTS |
|---|---|---|
| | U.S. AIR FORCE CLINIC<br>BROOKS AFB<br>DEA REG NO. RB0117083 | |
| 648 LS/LGM<br>8006 Chennault Road<br>Suite 1, Building 1150<br>Brooks AFB, TX 78235 | 74.5K | 648 LS/LGM<br>8006 Chennault Road<br>Suite 1, Building 1150<br>Brooks AFB, TX 78235 |
| | U.S. AIR FORCE CLINIC<br>KELLY AFB<br>DEA REG NO. BU3128596 | |
| 651st Medical Squadron/SGL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB TX 78241-5846 | 350K | 651st Medical Squadron/SGL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB TX 78241-5846 |
| | U.S. AIR FORCE CLINIC<br>RANDOLPH AFB<br>DEA REG NO. AR6241501 | |
| 12th Medical Squadron/SGL<br>221 3rd Street West<br>Building 1040<br>Randolph AFB, TX 78148-4801 | nok | 12th Medical Squadron/SGL<br>221 3rd Street West<br>Building 1040<br>Randolph AFB, TX 78148-4801 |
| | U.S. AIR FORCE HOSPITAL<br>LAUGHLIN AFB<br>DEA REG NO. AU6749153 | |
| FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 | 420K | FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 |
| | FORT SILL<br>REYNOLDS ARMY HOSPITAL<br>DEA REG NO. AU5233882 | |
| Medical Supply Warehouse<br>Building 4300<br>Fort Sill, OK 73503-6300 | | Medical Supply Warehouse<br>Building 4300<br>Fort Sill, OK 73503-6300 |

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | | RECEIVING POINTS |
| --- | --- | --- |
| | U. S. AIR FORCE CLINIC<br>GOODFELLOW AFB<br>DEA REG NO. AU6006995 | |
| 17th Medical Squadron/SGL<br>271 Fort Richardson Ave<br>Building 1001<br>Goodfellow AFB, TX 76908-4902 | $41,000 | 17th Medical Squadron/SGL<br>271 Fort Richardson Ave<br>Building 1001<br>Goodfellow AFB, TX 76908-4902 |
| | U. S. AIR FORCE HOSPITAL<br>HOLLOMAN AFB<br>DEA REG NO. AC4868165 | |
| 49th Medical Group/MGL<br>280 First Street<br>Building 12-14<br>Holloman AFB, NM 88330-8273 | $400,100 | 49th Medical Group/MGL<br>280 First Street<br>Building 12-14<br>Holloman AFB, NM 88330-8273 |
| | U.S. AIR FORCE HOSPITAL<br>KIRTLAND AFB<br>DEA REG NO. AU6389224 | |
| not using DPSC contract<br>377th Medical Group/SGL<br>Building 47<br>VA Medical Center<br>Albuquerque, NM 87108 | | 377th Medical Group/SGL<br>M Street, Building 20412<br>Kirtland AFB<br>Albuquerque, NM 87117-5300 |
| | U.S. AIR FORCE HOSPITAL<br>CANNON AFB<br>DEA REG NO. AU6683397 | |
| FM4855<br>27th Medical Group/MGAL<br>208 West Casablanca<br>Cannon AFB, NM 88103 | 500K | FM4855<br>27th Medical Group/MGAL<br>208 West Casablanca<br>Cannon AFB, NM 88103 |

(End)

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | | RECEIVING POINTS |
|---|---|---|
| | U.S. AIR FORCE HOSPITAL<br>SHEPPARD AFB<br>DEA REG NO. (APPLICATION SUBMITTED) | |
| 82nd Medical Group/SGAL<br>149 Hart Street, Suite 7, Bldg 1200<br>Sheppard AFB, TX 76311-3484 | 2.5m | 82nd MG/SGAL<br>149 Hart St., Suite 7, Bldg 1200<br>Sheppard AFB, TX 76311-3484 |
| | U. S. AIR FORCE HOSPITAL<br>ALTUS AFB<br>DEA REG N AU5589847 | |
| 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 | 2m | 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 |
| | U.S. AIR FORCE HOSPITAL<br>TINKER AFB<br>DEA REG NO. AM5948041 | |
| 654th Medical Group/SGL<br>5700 Arnold Street<br>Tinker AFB, OK 73145-8102 | 420K | 654th Medical Group/SGL<br>5700 Arnold Street<br>Tinker AFB, OK 73145-8102 |
| | U.S. AIR FORCE HOSPITAL<br>REESE AFB<br>DEA REG NO. BM0465799 | |
| 64th Medical Squadron<br>250 13th Street<br>Reese AFB, TX 79489-5008 | 60K | 64th Medical Squadron<br>250 13th Street<br>Reese AFB, TX 79489-5008 |
| | U. S. AIR FORCE HOSPITAL<br>DYESS AFB<br>DEA REG NO. AU5209540 | |
| 96th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 | 1,491,876 | 96th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 |

DEFENSE LOGISTICS AGENCY

MEMO FOR Ricard Nancy 6/16/95

On 6/16/95 I received a call from Mike Davis regarding Lone Star. The figures changed as follows:

Brooke AMC $17M

Beaumont AMC $14M

Marie

DLA FORM 104 OCT 74 REPLACES DLAH FORM 104 WHICH MAY BE USED UNTIL EXHAUSTED ☆U.S. G.P.O. 1982-522-054/9082

Changed Set B

6/19/95

N.M.

Per Conversation with Mike David 6-13-95 at DPSC these figures are correct.
D. Martin

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | RECEIVING POINTS |
|---|---|
| **FORT SAM HOUSTON<br>BROOKE ARMY MEDICAL CENTER<br>DEA REG NO. AB6296063** $18M | |
| Brooke Army Medical Center<br>Material Branch, Logistics Div.<br>Building 2640<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Material Branch, Logistics Div<br>Building 2640<br>Fort Sam Houston, TX 78234 |
| **FORT HOOD<br>DARNALL ARMY COMMUNITY HOSPITAL<br>DEA REG NO. BD2247636** $4.0 (6/95) | |
| Darnall Army Community Hospital<br>Medical Supply Officer<br>Warehouse 92066<br>West Fort Hood, TX 76544-5063 | Darnall Army Community Hospital<br>Medical Supply Officer<br>Warehouse 92066<br>West Fort Hood, TX 76544-5063 |
| **FORT BLISS<br>WILLIAM BEAUMONT ARMY MEDICAL CENTER<br>DEA REG NO. AW5847681** $18M | |
| Material Branch<br>William Beaumont Army Medical Center<br>Building 11156, Biggs Field<br>El Paso, TX 79918 | Material Branch<br>William Beaumont Army Medical Ctr<br>Building 11156, Biggs Field<br>El Paso, TX 79918 |
| **NAVAL HOSPITAL<br>CORPUS CHRISTI<br>DEA REG NO. BN0235590** | |
| Commanding Officer<br>Materials Management Dept<br>NAVHOSP Building H-100<br>10651 E Street<br>Corpus Christi, TX 78419-5131 | Commanding Officer<br>Materials Management Dept<br>NAVHOSP Building H-100<br>10651 E Street<br>Corpus Christi, TX 78419-5131 |
| **US PUBLIC HEALTH SERVICE (USPHS)** | |
| USPHS/Indian Health Service<br>Regional Supply Service Center<br>1005 N. Country Club Road<br>Ada, OK 74820 | USPHS/Indian Health Service<br>Regional Supply Service Center<br>1005 N. Country Club Road<br>Ada, OK 74820 |



Per Marie for those facilities that have not submitted new dollar figures use those from last procurement. PHS - 2.0M Naval Hosp 1.0M 6/95

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | RECEIVING POINTS |
|---|---|
| **U.S. AIR FORCE CLINIC BROOKS AFB DEA REG NO. RB0117083** | |
| 648 LS/LGM<br>8006 Chennault Road<br>Suite 1, Building 1150<br>Brooks AFB, TX 78235 | 648 LS/LGM<br>8006 Chennault Road<br>Suite 1, Building 1150<br>Brooks AFB, TX 78235 |
| **U.S. AIR FORCE CLINIC KELLY AFB DEA REG NO. BU3128596** | |
| 651st Medical Squadron/SGL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB TX 78241-5846 | 651st Medical Squadron/SGL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB TX 78241-5846 |
| **U.S. AIR FORCE CLINIC RANDOLPH AFB DEA REG NO. AR6241501** | |
| 12th Medical Squadron/SGL<br>221 3rd Street West<br>Building 1040<br>Randolph AFB, TX 78148-4801 | 12th Medical Squadron/SGL<br>221 3rd Street West<br>Building 1040<br>Randolph AFB, TX 78148-4801 |
| **U.S. AIR FORCE HOSPITAL LAUGHLIN AFB DEA REG NO. AU6749153** | |
| FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 | FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 |
| **FORT SILL REYNOLDS ARMY HOSPITAL DEA REG NO. AU5233882** | $4.0M |
| Medical Supply Warehouse<br>Building 4300<br>Fort Sill, OK 73503-6300 | Medical Supply Warehouse<br>Building 4300<br>Fort Sill, OK 73503-6300 |

MEDICAL TREATMENT FACILITY
ORDERING AND RECEIVING POINTS
(MEDICAL-SURGICAL - TEXAS/OKLAHOMA/NEW MEXICO REGION)

| ORDERING POINTS | RECEIVING POINTS |
|---|---|
| **U.S. AIR FORCE HOSPITAL SHEPPARD AFB DEA REG NO.(APPLICATION SUBMITTED)** | |
| Building 1919<br>380 TSS/TSCL<br>939 Missile Road, Suite 2<br>Sheppard AFB, TX 76311-2260 | Building 1919<br>380 TSS/TSCL<br>939 Missile Road, Suite 2<br>Sheppard AFB, TX 76311-2260 |
| **U. S. AIR FORCE HOSPITAL ALTUS AFB DEA REG NO. AU5589847** | |
| 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 | 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 |
| **U.S. AIR FORCE HOSPITAL TINKER AFB DEA REG NO. AM5948041** | |
| 654th Medical Group/SGL<br>5700 Arnold Street<br>Tinker AFB, OK 73145-8102 | 654th Medical Group/SGL<br>5700 Arnold Street<br>Tinker AFB, OK 73145-8102 |
| **U.S. AIR FORCE HOSPITAL REESE AFB DEA REG NO. BM0465799** | |
| 64th Medical Squadron<br>250 13th Street<br>Reese AFB, TX 79489-5008 | 64th Medical Squadron<br>250 13th Street<br>Reese AFB, TX 79489-5008 |
| **U. S. AIR FORCE HOSPITAL DYESS AFB DEA REG NO. AU5209540** | |
| 96th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 | 96th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 |