DEFENSE LOGISTICS AGENCY

6/19/95

MEMO FOR Record / Nancy

Per phonecon with Chief Wilbur it is requested the following be added to Lone Star:

Branch Medical Clinic
8100 Jefferson Avenue
Naval Air Station
Dallas, TX 75211

Est: $16,600 Per Year

ordering/delivery site

Marie

DLA FORM 104 OCT 74 REPLACES DLAH FORM 104 WHICH MAY BE USED UNTIL EXHAUSTED

☆U.S. G.P.O. 1982-522-054/9082

Changed Att I
6/19/95



NJM

MEDICAL/SURGICAL PRIME VENDOR
LONE STAR REGION

11/6/95

| | |
|---|---|
| **ARMY** | |
| Fort Sam Houston | $21,000,000 |
| Fort Hood | $ 4,000,000 |
| Fort Bliss | $18,000,000 |
| Fort Sill | $ 4,000,000 |
| **NAVY** | |
| Corpus Christi | $ 300,000 |
| **AIR FORCE** | |
| Brooks AFB | $ 74,500 |
| Kelly AFB | $ 350,000 |
| Randolph AFB | $ 110,000 |
| Laughlin AFB | $ 420,000 |
| Sheppard AFB | $ 2,500,000 |
| Altus AFB | $ 2,000,000 |
| Tinker AFB | $ 420,000 |
| Reese AFB | $ 60,000 |
| Dyess AFB | $ 1,490,000 |
| Goodfellow AFB | $ 41,000 |
| Holloman AFB | $ 400,000 |
| Cannon AFB | $ 500,000 |
| US Public Health Service | $ 2,000,000 |
| **TOTAL** | $57,665,500 |

Maggie/Mike/Linda/Roger/Nora/Bruce:

For your info. The following is an addition to the Lone Star Region. This will be the ordering/delivery point:

W80KVY
147TH MEDLOG BATTALION
MEDICAL SUPPLY SUPPORT ACTIVITY
BUILDING 4217
FORT SAM HOUSTON, TX 78234

Estimated Value: $693,274.00 (included in Fort Sam Houston's Value: $21,000,000).

Any questions, please call me on x8395.

MARIE

Roger, Here it is! Marie

Per services ops. Thanks!

MEDCOM
MCLO-S, Attn: Mike David
2050 Worth Road
Fort Sam Houston, TX
[illegible] 78234-6000

3 copies

AWARD/CONTRACT 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) → DO-C9 | 01 | 02

2. CONTRACT (*Proc. Inst. Ident.*) NO. SP0200-97-D-7134

3. EFFECTIVE DATE 1 JUNE 1997

4. REQUISITION/PURCHASE REQUEST/PROJECT NO. N/A

5. ISSUED BY CODE SP0200

DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
DPSC-MSAA (N. MARTIN/215-737-8422)

6. ADMINISTERED BY (*If other than Item 5*) CODE SP0200

SAME AS BLOCK 6

7. NAME AND ADDRESS OF CONTRACTOR (*No., street, city, county, State and ZIP Code*)

UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 FACILITY CODE

8. DELIVERY
☐ FOB ORIGIN ☒ OTHER (*See below*)

9. DISCOUNT FOR PROMPT PAYMENT
N/A

10. SUBMIT INVOICES (*4 copies unless otherwise specified*) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR CODE

AS CITED IN INDIVIDUAL DELIVERY ORDERS

12. PAYMENT WILL BE MADE BY CODE SC0200

DFAS-COLUMBUS CENTER ATTN: DFAS-CO-SEM
P.O. BOX 182317
COLUMBUS, OH 43218-6248

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
97X4930 5CM0 S33150

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | MEDICAL/SURGICAL PRIME VENDOR FOR THE LONE STAR REGION. THE CONTRACT NUMBER IN BLOCK 2 WILL BE USED FOR THE STOCKLESS PORTION OF THE CONTRACT. NO JITO/EDO SALES WILL BE CAPTURED UNDER THIS CONTRACT. | THE ESTIMATED DOLLAR VALUES CITED BELOW INCLUDE ALL POTENTIAL JITO/EDO AND STOCKLESS SALES PLUS THE APPLICABLE DISTRIBUTION FEES. ESTIMATED DOLLAR VALUE FOR THE BASE YEAR: | | | $30,177,346.0 |

15G. ESTIMATED TOTAL AMOUNT OF CONTRACT ▶ $ 272,268,214.0

16. TABLE OF CONTENTS


| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | G | CONTRACT ADMINISTRATION DATA | | | M | EVALUATION FACTORS FOR AWARD | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | | | |


*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. ☐ CONTRACTOR'S NEGOTIATED AGREEMENT (*Contractor is required to sign this document and return ______ copies to issuing office.*) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (*Attachments are listed herein.*)

18. ☒ AWARD (*Contractor is not required to sign this document.*) Your offer on Solicitation Number DLA120-93-R-0587* including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

*SEE PAGE 2

19A. NAME AND TITLE OF SIGNER (*Type or print*)

20A. NAME OF CONTRACTING OFFICER
L. FLATLEY

19B. NAME OF CONTRACTOR
BY ______________________
(*Signature of person authorized to sign*)

19C. DATE SIGNED

20B. UNITED STATES OF AMERICA
BY L. Flatley
(*Signature of Contracting Officer*)

20C. DATE SIGNED 1/30/97

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE



STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA

CONTRACT NUMBER: SP0200-97-D-7134
NAME OF CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

| ITEM NO | SUPPLIES/SERVICES | DISTRIBUTION FEE STOCKLESS |
|---|---|---|
| 0001 | BASE YEAR | 7.4% |
| 0002 | OPTION YEAR 1 | 7.4% |
| 0003 | OPTION YEAR 2 | 7.4% |
| 0004 | OPTION YEAR 3 | 7.4% |
| 0005 | OPTION YEAR 4 | 7.4% |

CONTRACT PERIOD:

The contract term is for a one (1) year period commencing on the date cited in block 3 on page 1 of this document.

This contract contains option provisions in accordance with Clause 52.217-9P10. This document does not exercise these options. You will be notified in writing, at the time the Government chooses to exercise any option.

THE CONTRACT NUMBER SP0200-97-D-7133 WILL BE ISSUED FOR THE JITO/EDO PORTION OF THE CONTRACT.

Inspection and Acceptance shall be in accordance with the terms and conditions contained in the Statement of Work (SOW).

Delivery terms shall be in accordance with the terms and conditions contained in the Statement of Work (SOW).

In accordance with Clause 52.216-18 (M), 'Electronic Ordering Under "Prime Vendor,"' Delivery Orders for any supplies to be furnished under this contract may be issued from the effective date of the contract through one (1) year thereafter.

Pursuant to Clause 52.216-21, "Requirements", the contractor shall not be required to make any deliveries under this contract after 10 days after the expiration of the contract.

The ordering facilities that will place orders on this contract are listed on page 13 of Amendment 0012. No sites will be added to the Stockless Option during the term of the contract (except those already identified).

* This award includes the following documents:

Amendments 0008 through 0019
Contractor Letters dated 12 Dec 96, 3 Jan 97, 16 Jan 97 & 21 Jan 97
BAFO Letter dated 24 Jan 97

Rec'd from Gloria Salgado - UMS at the Post Award Conference in Oklahoma City on 15 May 1997. This is a sample of the letter that was attached to each package sent to each facility to confirm the usage data that Anthony Amendolia supplied UMS with.

H. Martin

April 30, 1997

To: Mr. Melvin Hicks
Fort Huachuca
Raymond Bliss Army Medical Center

From: Gloria Salgado
Prime Vendor POC
United Medical Supply Co., Inc.

Re: Usage Data

Enclosed you will find your portions of the usage data provided to us by DPSC. This listing was acquired from Owens & Minor's computer system. Also enclosed is a copy of the *Lone Star - Initial Stock Commitment* form. Please review the usage data for the following points.

Are the items listed your current Prime Vendor usage items?

Have any of these items been deleted from stock or substituted?

If so, please note the deleted items by striking through them.

If an item has been replaced by a substitution, is the substitution and its usage listed?

If the substitution is not listed please fill out the commitment form for this item.

After review and approval of the Owens & Minor report, attach a copy of the commitment form and initial the appropriate location. Then return it to:

Mr. James Hagemier
Vice President, Director of Materials Management
United Medical Supply Co., Inc.
5117 Northeast Parkway
Fort Worth, Texas 76106

Your office will need to fill in the following areas on the *Lone Star - Initial Stock Commitment* form.

| | Information Required |
|---|---|
| Facility Name | Your Facility Name |
| Prep Date | Date Prepared |
| Vendor Name | Manufacturer (DAPA Holder) |
| Prep By | Name of Person Prepared By |
| MTF Rep | Initialed by Authorized Facility Rep |
| C/O Rep | Initialed by Contracting Officer's Rep |
| Dod Code | National Stock Number |
| Product Number | Manufacturer's Product Number or DAPA Holder's number if different |
| Color/Size | Product's color or size if required for I identification (Ex.: Vacutainer Tubes - Red, Lavender etc.) |
| Committed Usage | Your committed monthly usage |
| Unit of Measure | Unit of measure reflected by the usage figure |

Note only one copy of this form is provided. You may use it as a master, since a separate copy is required for each manufacturer.

Keep in mind, at this point in time the goal is to establish accurate Prime Vendor usage data. Items you would like to acquire on the prime vendor program that are not a part of your current usage data will be requested from you at a later time.

If you require any further explanation you may contact me at 800-494-9399. This information is required as soon as possible.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF 3 PAGES

2. AMENDMENT/MODIFICATION NO.: P00016
3. EFFECTIVE DATE: 6/2/97
4. REQUISITION/PURCHASE REQ. NO.: N/A
5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE SP0200
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY (If other than Item 6) — CODE SP0200
SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
OWENS & MINOR, INC.
4800 COX ROAD
GLEN ALLEN, VA 23060-6929

CODE 9C381 | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.:
9B. DATED (SEE ITEM 11):
X 10A. MODIFICATION OF CONTRACT/ORDER NO.: SP0200-95-D-7105
10B. DATED (SEE ITEM 13): 12/12/94

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X)
A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc). SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority) MUTUAL AGREEMENT OF THE PARTIES and 10 USC 2304 (c)(2)/FAR 6.302-2

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 01 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The contract is hereby extended for the period of June 1, 1997 through August 31, 1997, subject to the changes on the attached pages.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
CATHY D DAVIS DIRECTOR CORPORATE ACCOUNTS

15B. CONTRACTOR/OFFEROR
[signature]
(Signature of person authorized to sign)

15C. DATE SIGNED: 6/2/97

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
[signature] DPSC-MSA

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED: 6/2/97

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Modification P00016
Contract: SP0200-95-D-7105
Medical/Surgical Prime Vendor
Lone Star Region



During the period of June 1, 1997 through August 31, 1997, Owens & Minor, Inc. shall provide product distribution services as a ``secondary'' or ``back-up'' Prime Vendor Contractor in the Lone Star Region. Therefore, Clause 52.216-21 Requirements (APR 1984) does not apply. Owens & Minor Inc. may accept and fill orders in accordance with the following:

1. The order must have first been placed with and ``killed'' (as such term is defined in contract SP0200-95-D-7105), by United Medical Supply, under their contract SP0200-97-D-7133.

2. The distribution fee for Owens & Minor, Inc. as the ``back-up Prime Vendor'' during this period is 8%.

3. All orders will be placed using the Owens & Minor, Inc. Omni Plus Electronic Order Entry (EOE) System currently installed at all ordering facilities. Owens & Minor, Inc. will accept facsimile orders from Ft Huachuca during this extended period. The facsimile number is 602-278-7883.

4. All deliveries for Just-In-Time Orders (JITOs) will be 48 hours in lieu of 24 hours.

5. Orders will be processed and shipped from Owens & Minor Inc.'s distribution centers that currently service the region (Dallas, Phoenix, Houston, Oklahoma). Orders received from Ft Huachuca will be processed and shipped from Owens & Minor Inc.'s distribution center in Phoenix, AZ.

6. DPSC shall require Owens & Minor, Inc. (OMI) to redirect material identified for use on the OMNI Sales Report of April 30, 1997 (per division), and not ordered by the Lone Star DoD facilities during the period of June 1, 1997 through August 31, 1997. The sales Report of April 30, 1997 has been identified as Exhibit ``A'' to this modification and will be provided under separate cover. Such product will be redirected to the other Prime Vendor geographic regions managed by OMI in accordance with interdivisional transfer policies for the purpose of selling said supplies to other DoD ordering facilities outside the Lone Star region by December 31, 1997. Actual freight and expenses of redirecting such product will be the responsibility of the DPSC. For any material not sold to the other OMI managed regions by the date specified, DPSC will reimburse OMI 15 days after receipt of final invoice for no more than 90 days of the ordered material not sold to the DoD Lone Star facilities. To the extent that redirected DoD stock is not removed from OMI facilities 15 days after receipt of final invoice, DPSC agrees to inventory holding costs of up to but not exceeding 25% to be decided at the to be decided at the division level based upon excess DoD redirected stock, or any other solution that mitigates cost to the Government or costs and potential loss to the Prime Vendor Contractor. Each respective division will provide monthly invoices until all existing redirected stock is depleted. Such invoices shall be submitted to DPSC ATTN: Nancy Martin, Contract Specialist.

Modification P00016
Contract: SP0200-95-D-7105
Medical/Surgical Prime Vendor
Lone Star Region

7. All ``fill-rate'' calculations and performance parameters (except delivery time as specified in paragraph 4 above) are waived during the extension period.

8. All other terms and conditions of contract SP0200-95-D-7105 remain unchanged.

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF 1 PAGES

2. AMENDMENT/MODIFICATION NO. P00017

3. EFFECTIVE DATE 8/5/97

4. REQUISITION/PURCHASE REQ. NO. N/A

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE SP0200
D[illegible]ENSE PERSONNEL SUPPORT CENTER
2[illegible] SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY *(If other than Item 6)* CODE SP0200
SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*
OWENS & MINOR, INC.
4800 COX ROAD
GLEN ALLEN, VA 23060-6929

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-95-D-7105

10B. DATED *(SEE ITEM 13)* 12/12/94

CODE 9C381 | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Subject contract is hereby modified as follows:

1. Owens & Minor's Harlingen Distribution Center is hereby added to Amendment 0016, page 2, paragraph 5.
2. The DPSC administrative fee (1.3%) is hereby deleted from this contract. The "delivered" price shall consist of the product itself, as negotiated and published in a DPSC DAPA or IDTC, plus Owens & Minor's 8% distribution fee.
3. All other terms and conditions of contract SP0200-95-D-7105 remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
L. FLATLEY

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY L. Flatley
*(Signature of Contracting Officer)*

16C. DATE SIGNED 8/5/97

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE OF PAGES 1 2

2. AMENDMENT/MODIFICATION NO. P00018
3. EFFECTIVE DATE SEPT 1, 1997
4. REQUISITION/PURCHASE REQ. NO. N/A
5. PROJECT NO. *(If applicable)* N/A

6. ISSUED BY CODE SP0200

DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILA., PA 19145
POC: MARIE BOGGS (215) 737-8395

7. ADMINISTERED BY *(If other than Item 6)* CODE SP020

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

OWENS & MINOR, INC.
4800 COX ROAD
GLEN ALLEN, VA 23060

ATTN: JULIE GELLETLY

CODE 9C381 FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-95-D-7105

10B. DATED *(SEE ITEM 13)* 12/12/94

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER *(Specify type of modification and authority)*
MUTUAL AGREEMENT OF THE PARTIES and 10 USC 2304 (c) (2) FAR 6.302-2

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

IN ACCORDANCE WITH MODIFICATIONS P00016 AND P00017, THIS CONTRACT IS HEREBY EXTENDED FOR THE PERIOD OF SEPTEMBER 1, 1997 THROUGH NOVEMBER 30, 1997, SUBJECT TO THE CHANGES ON PAGE (2) ATTACHED.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*
CATHY DAVIS DIR. CORPORATE ACCOUNTS

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
M.I. SCHMITT

15B. CONTRACTOR/OFFEROR
Cathy D. Davis
*(Signature of person authorized to sign)*

15C. DATE SIGNED 8/29/97

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED 8/29/97

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA

**MODIFICATION: P00018** **PAGE 2 of 2**
**CONTRACT: SP0200-95-D-7105**
**MEDICAL SURGICAL PRIME VENDOR**
**LONE STAR REGION**

During ther period of September 1, 1997 through November 30, 1997, Owens & Minor, Inc., shall provide product distribution services as a "secondary" or "back-up" Prime Vendor contractor to Brooke Army Medical Center (Fort Sam Houston), Reynolds Army Community Hospital (Fort Sill), and Cannon Air Force Base located in the Lone Star Region.

1. Modification P00016, Paragraph 3, delete reference to Fort Huachuca.

2. Paragraph 6, first sentence, Delete the period of June 1, 1997 through August 31, 1997 and replace with September 1, 1997 through November 30, 1997.

3. All other terms and conditions of contract SP0200-95-D-7105 remain unchanged.