**Martin, Nancy**

**From:** Martin, Nancy
**Sent:** Wednesday, June 11, 1997 8:05AM
**To:** Flatley, Linda
**Subject:** FW: United Medical Supply Co Success Rate

Linda,

Should EDS be this involved with our customers or is this the function of the case manager and contract administrator? We at DPSC are aware of these issues and are working with UMS to fix.

Nancy

----------
**From:** Jennings, James
**Sent:** Tuesday, June 10, 1997 9:11AM
**To:** Flatley, Linda; Martin, Nancy
**Subject:** FW: United Medical Supply Co Success Rate

----------
**From:** Kristina Fites[SMTP:kfites@skyserv4.med.osd.mil]
**Sent:** Monday, June 09, 1997 5:58PM
**To:** pagnew@ha.osd.mil; steve_hasting@ftdetrck-ccmail.army.mil; jjennings@dpsc.dla.mil
**Cc:** bglagovi@skyserv4.med.osd.mil; kfites@skyserv4.med.osd.mil; mgrzebie@skyserv4.med.osd.mil; dfarver@logdg03.med.osd.mil
**Subject:** United Medical Supply Co Success Rate

Hello,

I called all of the sites today in the Lone Star region. None were having problems with pharmacy ordering to Bergen now. Many were having problems ordering with United. Below is what I found out. I broke it down into 1) Sites that Had No Acknowledgments from United and Had Received No Supplies (most of orders sent from last week); 2) Sites that Had No Acknowledgments from United but Received Supplies in 24 hours (low fill rates); 3) Sites that Had Received Acknowledgments from United. The call numbers of the orders and in some cases the dates the orders were sent is in the parenthesis.

1) Sites that Had No Acknowledgments from United and Had Received No Supplies (most of orders from last week)

Corpus Christi (faxed to United 18 orders this morning since unsuccessful last week)
Cannon AB (call numbers R002 (sent 6/5) and R003 (sent 6/9))
Brooks AB (call numbers T002 (item cancelled) and T003 (sent 6/9))
Goodfellow AB (call number N002 (sent 6/4); told two of eight items would be filled)
Ft Huachuca (call numbers PA01, PA02, PA03, PA04, PA06)
Ft Bliss (UA02-UA06, has ticket open)
Holloman AB (Q001, Q003, Q004, Q005, has ticket open)

--
2) Sites that Had No Acknowledgments from United but Received Supplies in 24 hours (low fill rates)

Kelly AB (B001, one of six items received, sent order 6/5)
Tinker AB (K004, sent 6/5, has ticket open)
Ft. Sam Houston (GA01-GA05 sent 6/4, GA06-GA09 sent 6/5, GA10-GA11 sent 6/6)
Randolph AB (C002 sent 6/5, three out of seven items filled)
Ft. Sill (AA03-AA12 sent 6/4-6/9)

--
3) Sites that Had Received Acknowledgments from United

Ft. Hood (CA04-CA09, bad fill rate)
Tinker AB (K006) Price was wrong on reports ($4.92 was printed as $0.91 for

example)
Sheppard (H002 (four of eleven items received) and H003 (two of eight items received); three hour turn around from orders sent to acknowledgments received); Price was wrong on reports ($24.01 was printed $2.01 for example)

Vance is sending an order today. The POC at Altus had left for the day. The POC at Dyess was out for the day. I was unable to reach anybody at Laughlin.

I am going to open a helpdesk ticket for each site and keep it running until United provides acknowledgments in 2 hours and the site receives the product in 24 hours.

Not all sites are using BPA agreements or Owens and Minor as backups and therefore are running short of supplies.

Kristi

--
*************************************************************************
Kristi Fites Internet : kristina.fites@med.osd.mil
EDS-D/SIDDOMS Phone : 703-845-3518
5113 Leesburg Pike,
Skyline 4 Suite 800
Falls Church, Virginia 22041
*************************************************************************

Mr. Bill Bandy, President & CEO
United Medical Supply, Inc.
5117 Northeast Parkway
Ft. Worth, TX 76106

June 27, 1997

Bill:

It has been two weeks since our meeting in your Fort Worth facility. As you know, I have had various case managers monitoring the results of our discussion on June 13, 1997.

Although your company has made continued significant progress in the areas of not shipping broken lots, better delivery scheduling and reduction in the number of items requiring research some other areas have not been significantly improved since my visit. I am providing you a list of areas that are of great concern to both DPSC and its Lone Star customers.

a. You progress towards making the EDI 810 transaction conversion remain a concern. I understand that you have acquired a van service but the testing has not been completed as of this date. Please indicate, in writing, what your expected "test" completion date is.

b. In a related matter, DPSC is continuing to hold our customers receipt verifications that authorize invoice payment. Because you have decided not to submit your invoices yet, this creates the following problem: If the invoice amount needs to be increased for whatever reason, the customer's obligated requisition can't be opened at a later date to accommodate invoice differences, especially those that might be in your favor. Rather than see this situation happen, DPSC is requesting a review of BAMC's invoices for orders GA01 through GA40. The purpose of this review will be to match all correct invoices and those invoices that don't match because of paid "shortfalls". Our chance to review and correct this problem prior to your formal submission will result in the correction, if necessary, of any invoices. Please submit these invoices by "overnight" express mail for receipt at DPSC, Attn: Florence Gunn, by close of business Tuesday, July 1, 1997.

c. Your company still has not accommodated my request to rent or lease "cool" refrigerated space for "IV Solutions". Again, this is a very serious concern especially to our customers. Our customers expect and are entitled to receive these solutions as Just-In-Time (JITO) orders whenever or wherever the requirement/order situation

dictates the need for such solutions, rather than any special arrangements such as "drop shipments". This issue still has not been resolved at San Antonio and El Paso, TX. Apparently, without this commitment from your company, our ordering sites and customers have experienced confirmations of solutions, but not necessarily receiving the exact or same quantity as was confirmed on the 855 transaction set. Now, this is significant obstacle that your company has failed to address. Please provide, in writing, your specific plans on the rental or leasing of "cool"/refrigerated rooms at these locations by close of business Tuesday July 1, 1997. Please also indicate an explanation in writing why the confirmation discrepancy exists or is different from the packing or receiving slips.

d. Order confirmation continues to remain the most serious of concerns. The latest problem, based on the first hand observation the last 10 days, is that the UMS number on the confirmation report is not always the same UMS number on the packing slips received by our customers. My case managers are at a loss to explain this problem. I would like to have your explanation, in writing, by close of business Tuesday, July 1, 1997.

e. "Fill" rate calculations still remain a concern. Although your company has made some progress in improving the "fill" rate percent to our customers, the "fill" rate, a gauge of contractor performance, is not consistent, and remains a variable, one month after contract start-up. In order to properly assess the current situation, please provide all facilities "fill" rate information on a "daily" basis from June 16, 1997 through June 27, 1997. It is only reviewing the region's entire individual "fill" rate can a proper assessment of your continued performance progress under this contract be made. This information is requested by close of business Tuesday, July 1, 1997.

f. Our discussion June 13, 1997 indicated a willingness on your company's willingness to submit a regional DAPA. You advised me that your company has been assigned a PIIN. You should be able to use the DPSC Electronic DAPA Application. Today, I have not seen the proposed regional DAPA for review. No one has advised me from your company of when that DAPA is forthcoming. Please indicate when you plan to submit this DAPA application.

g. Our discussion on June 13, 1997 also centered on the UMS developing a relational conversion table tying the UMS number assigned to the DAPA data base for ordering and tracking purposes to United Medical's internal product catalog. I believe this situation would be done immediately upon my departure. Now, two weeks later, I have not seen the "FTP" file to review the relationship between the UMS order number with the UMS internal catalog. This relationship needs to be established immediately with the following conditions: Regardless of what % this relational conversion table is completed, DPSC would like to review the conversion table to make sure its being designed and developed properly. I believe many of the problems you are currently experiencing in the order confirmation are systems related due to the failure to implement this relational data base. Please FTP my office this conversion table no

later than July 8, 1997. Our purpose in reviewing such a conversion will be for accuracy, systems path direction and closing the loop throughout your system.

h. Your representative's visits to the facilities still remain a concern. It was reported last week that the sales representative for Ft. Sam Houston was not there at all during the visit by DPSC personnel for three days last week. Site visits of twice per week, during the period June 2, 1997 through August 31, 1997 are contractually required. Apparently, these visits are not being made. Please address this issue, in writing, to my attention by close of business Tuesday, July 1, 1997.

I appreciate your efforts to improve your performance under the contract. Yet, many of the problems should have been resolved prior to the actual start date of June 2, 1997. I believe these are legitimate concerns our customers need immediate response. Please don't hesitate to call me if you have any questions.

Michael I. Schmitt
Prime Vendor Program Manager
Directorate of Medical Materiel

## Martin, Nancy

**From:** Amendolia, Anthony
**Sent:** Thursday, July 17, 1997 3:22PM
**To:** Rees, Margaret; Schmitt, Michael; Wentzel, Greg; Martin, Nancy; Flatley, Linda; Gunn, Florence
**Subject:** Ft Bliss Info and Fill Rate Report

Ft Bliss (Oscar at William Beaumont) is having a tough time without a United warehouse in El Paso. Mr Bandy tells me that they are about to sign a lease on a warehouse this week and within a couple of weeks will be up and running.

I was scheduled to visit Ft Bliss on 22 July but Oscar will be on vacation and asked me to delay a couple of weeks. I will visit on the during the first week of August. That is probably a better time anyway because the warehouse should almost be ready for operation.

In the mean time Ft Bliss will continue to use the Lubbock TX warehouse and hope for the best.

Attached is a file showing the fill rate for the last 19 orders. I know that it is still too early for United to be held to their contractual fill rate but we do have to look at the statistics.

FTBLISS.XLS

## *Ft Bliss*

Last 19 PV Orders

| Date | Lines Ordered | Complete Lines Rec'd | Partial Rec'd | Fill Rate |
|---|---|---|---|---|
| 6/20/97 | 7 | 3 | | 43% |
| 6/23/97 | 7 | 2 | | 29% |
| 6/23/97 | 15 | 9 | | 60% |
| 6/24/97 | 3 | 1 | | 33% |
| 6/24/97 | 19 | 9 | 3 | 55% |
| 6/26/97 | 3 | 1 | | 33% |
| 6/26/97 | 10 | 7 | | 70% |
| 7/1/97 | 2 | 1 | | 50% |
| 7/1/97 | 17 | 11 | | 65% |
| 7/2/97 | 13 | 6 | 2 | 54% |
| 7/3/97 | 12 | 3 | | 25% |
| 7/7/97 | 5 | 2 | | 40% |
| 7/8/97 | 6 | 2 | 1 | 42% |
| 7/9/97 | 1 | | 1 | 50% |
| 7/9/97 | 1 | | 1 | 50% |
| 7/10/97 | 7 | 5 | 1 | 79% |
| 7/11/97 | 13 | 6 | 3 | 58% |
| 7/14/97 | 3 | 3 | | 100% |
| 7/14/97 | 4 | 1 | | 25% |
| Total | 148 | 72 | 12 | 53% |

**Martin, Nancy**

**From:** Martin, Nancy
**Sent:** Wednesday, September 17, 1997 9:36AM
**To:** 'sai-dan@swbell.net'
**Cc:** Amendolia, Anthony
**Subject:** Ft Huachuca and Ft Bliss

Gloria,

I spoke to you on 9-15-97 and advised you that two of our customers in the Lone Star Region are dissatisfied with the service that they are receiving from UMS. Ft Huachuca is very upset that they are not being visited on a regular basis. You were going to check with Joe Valesquez to see when someone would be able to get out to the site. Do you have an answer yet so that I can advise the site? Oscar Molinar at Ft Bliss calls on a regular basis to advise Anthony Amendolia that he is very dissatisfied with his fill rates and the fact that UMS cannot fill his orders. You said that you talked to Oscar and explained the situation. Apparently, he cannot live with this situation. When we talked on Monday, you indicated that they might be able to utilize EDOs or drop ship ordering to Ft Worth in the interim while the El Paso warehouse is continuing to be set up. Have you talked to Oscar since our conversation on Monday? Are these options still available to him? If you talked to him and he doesn't want to accept these alternatives for ordering, how are we going to accommodate him? Linda Flatley talked to Mr. Bandy yesterday, 9-16-97, about something to do with the Berry Amendment. In her discussion with Mr. Bandy, Linda was told that everything was going smoothly with the El Paso warehouse. Does Bill know that we have unhappy customers there? I advised Linda after her conversation with Bill of the problems.

I need you to get back to me ASAP with help on the above two issues. If you need to, feel free to pass this E-Mail to Mr. Bandy. If I don't hear back from you by 2:00 p.m. (my time) today, I'll have to give Mr. Bandy a call.

If for some reason you call and don't get me by phone, please feel free to E-Mail me or send me a fax at 215-737-2081 or 8144. Thanks

Nancy Martin

**DEFENSE LOGISTICS AGENCY**
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY
REFER TO

DPSC-MSAA

September 19, 1997

Mr. Bill Bandy
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy:

This letter will summarize our discussion of September 17, 1997 in which you were advised of the following issues:

1. William Beaumont Army Medical Center is very dissatisfied with the service that they are receiving from United Medical Supply. They have said that they are not receiving their JITOs within 24 hours and are not receiving EDOs within 10 days. Their fill rates are poor and they feel they can't live like this much longer. They have also stated that they are not receiving order confirmations within the required time frames of the contract and are not receiving packing slips with every shipment.

2. Ft Huachuca is dissatisfied with the service they are receiving from United Medical Supply. They are not being visited on a regular basis from the account representative. When they call for assistance with order information or questions it takes too long from them to get a response. They are having pricing problems which they must correct in order to process their receipt documents. Lastly they have stated that JITOs are arriving several days after order placement not within the 24 hours as required by contract. This is the second time they have complained about these very same issues. A letter was given to Joe Valesquez and also forwarded to Gloria Salgado. The situation apparently has not been rectified.

3. DPSC and the customers have not yet received the monthly fill-rate reports. As a reminder, you are required to submit these reports no later than 10 business days after the last day of the month being reported.

4. United Medical is not updating the DAPA file and submitting the information to Tom Stevens. You are required by contract to update the information every time you change your catalog numbers or new DAPAs are issued. You have until four days after DPSC posts to the Bulletin Board to update the file with your order number and provide it to the Government. You are obligated to do a 100% cross-reference and submit it. Our latest report indicates that you are at a 64.1% match. The last submission from United Medical Supply was April 1997.

Federal Recyclin… …led Paper

In addition to the above cited concerns, we discussed the region as a whole. Sales have increased each month which is a good sign that our customers are utilizing the contract. We discussed invoicing which you stated is going fine. You also indicated that in response to the concerns listed above that you would personally call Ft. Bliss and Ft. Huachuca about their issues. You confirmed that you are aware of the issues stated in paragraphs 3 and 4 and that you will submit the required data and reports. I also discussed with you the IPR that will be held in November. I advised you that we are surveying the region to get input for this meeting. You asked me if you could have copies of these survey responses and the answer is yes. I will forward these to you upon receipt. You advised me that you would like to send to DPSC a copy of the commitment reports that you have for each facility. If at all possible, please send a copy to both myself and Anthony Amendolia.

Two additional issues have arisen since we talked on Wednesday. The issues are as follows:

1. In accordance with the contract, UMS is required to submit quarterly status reports to the Contracting Officer detailing your accomplishments in the areas of Socioeconomic Considerations and Small and Small Disadvantaged Business Entrepreneurial Enhancement and Development (SEED) Program. The first quarter of this contract ended 31 August 1997. Please submit these reports directly to my attention by close of business, September 30, 1997. If this date cannot be met, please advise me as to when I can expect to receive them.

2. As of this date, 19 September 1997, DPSC has not received your order and fill data on a monthly asis. This report is due no later than the 20th of the month following the month for which data is oeing provided. (The requirement for submitting and the format for submitting this report can be found on pages 3 and 4 of amendment 0016.)

It is requested that you respond back to me addressing each issue and how it was resolved and/or when we may expect to see a resolution. A response to this letter is requested by close of business 30 September 1997.

If you have any additional questions, please feel free to give me a call at 215-737-8422. You may E-mail your response back to me to the following address: nmartin@dpsc.dla.mil or you may fax your response using facsimile numbers 215-737-8144 or 2081.

Nancy Martin
NANCY MARTIN
Contract Specialist