DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY REFER TO DPSC-MSAA

October 21, 1997

Mr. William Bandy
President
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy,

This correspondence is in reference to your Med/Surg Prime Vendor contract, SP0200-97-D-7134, Lone Star Region.

DPSC's finance department has recently notified this office that your company has submitted invoices for multiple shipments against a single delivery order - implying that incremental shipments have taken place.

This letter is to remind you that partial or multiple shipments are not authorized under this contract. All delivery orders are to be processed on a fill or kill basis, one shipment per delivery order number. Under the EDO portion, all items appearing on one order must be delivered at the same time and within 10 calendar days of order placement. If all ordered/confirmed items are available in fewer than 10 calendar days, they may shipped in a single shipment at that time.

If you have any questions regarding this letter, please feel free to give me a call at 215-737-8422.

Nancy Martin

NANCY MARTIN
Contract Specialist

Federal Recycling Program Printed on Recycled Paper

DPSC-MRCM December 3, 1997

MEMORANDUM FOR DPSC-M/MR/MG/MS/MQ

SUBJECT: Trip Report - Lone Star

**Travelers**: Diana Stewart, Marketing/Customer Assistance
Anthony Amendolia, Med/Surg Case Manager
Nancy Martin, Med/Surg Products Group

**Itinerary**: On November 20, 1997, an In Process Review (IPR) was conducted at Brooke Army Medical Center (BAMC), Ft. Sam Houston in San Antonio, Texas concerning the Med/Surg prime vendor program. Gloria Salgado represented United Medical Supply along with distribution center personnel and the systems administrator, Linda Hardy.

**Discussion**: The Lone Star region is the largest geographic region and contains nineteen customers throughout four states. The IPR brought most of the customers together for a candid discussion about the progress of United Medical Supply, a small business Med/Surg prime vendor. UMS is 6 months into the base year of the contract with a distribution fee of 6.4% for the entire contract.

Order confirmations are a major issue in the region. All sites reported problems with their electronic confirmation causing confusion and increased manual processing. Most customers have abandoned it for phone or fax confirmations. Overall the report is returned timely, within the contractual two hours, but it is not accurate or complete. Some items are confirmed and not shipped, while others are canceled but appear in the next day's shipment. Another significant problem was the number of items found on the exception report. This report lists items and catalog numbers not electronically recognized by the PV's system from the customer's order. It also lists items the PVI does not recognize back from the PV. Another concern is when status is received on a canceled item. The only reason given seems to be "rejected - research". There should be other messages like "out of stock", "mfg backorder", etc. EDS has been contacted and offered assistance to help correct the problems. EDS will work with Linda Hardy, from UMS, to resolve. **(Action: DPSC-MS, EDS, UMS)**

JIT orders, for the most part, are received within 24 hours. Fill rates could be improved according to customer calculations but, in general, JIT orders are working well. Customer perception is that some kills could be avoided if UMS would buy just another

case or two more than submitted usage on high demand items to allow for some fluctuation.

Customers are not satisfied with EDOs. Some report excessive delays in receiving their order. UMS is having problems obtaining commercial agreements with certain DAPA holders. Liability insurance and minimum order requirements seem to be the main stumbling blocks. UMS will provide DPSC a list of the problem DAPA holders that are refusing to sign agreements. DPSC will assist by calling DAPA holders by priority of customer needs. **(Action: UMS, DPSC-MS)**

Major Uzomba, recently assigned to William Beaumont Army Medical Center at Ft. Bliss in El Paso, Texas, voiced her opinions of dissatisfaction with the service provided by UMS. Fill rates were unacceptable and recent progress was not substantial enough to support the hospital requirements. (UMS opened a new warehouse in El Paso in late August to service Ft. Bliss, Ft. Huachuca and Holloman AFB.) A separate written report was supplied to DPSC specifically addressing the following areas of concern:

- United takes longer than 30 days to bring items into stock after usage is provided.
- No fill rate reports have been received to date.
- Relationship with smaller DAPA holders are not being established in a timely manner.
- Prime vendor lack of stock.

These issues overlap into other action items but UMS and DPSC will address actions required and monitor progress. **(Action: UMS, DPSC-MS)**

Fill rate reports have not been provided since the contract start date. UMS stated they would provide fill rate reports for November data by December 20, 1997. Both the electronic filing requirement and the monthly reports to the customers are expected to be completed by 20 December. UMS was also requested to provide fill rate data from the start of the contract. **(Action: UMS)**

CPT Geesey from BAMC requested that new Materiel Branch Chiefs travel to DPSC for briefings about prime vendor and other new business initiatives. He felt he would have benefited from this type of training. This seems like an excellent way to begin a relationship with our customers especially since there are more new Chiefs without a logistics background.

UMS will send statements to the customers each month with call numbers and dollar values to summarize monthly sales. This is not a contract requirement but an extra report for the customers. UMS will also provide a "commitment report" to all customers on a monthly basis. This report contains all usage items requested along with the expected

annual demand and actual usage over the previous six months. This tool would be extremely helpful to the sites when determining if usage has been provided or to adjust usage levels for any significant change in future requirements. **(Action: UMS)**

Customers were advised that it should take no longer than 10 days for the distribution center to pick up any returns. If it is not picked up during that time, call the distribution center to make arrangements. (This was not a problem just general guidance from UMS.)

The UMS regional DAPA was a significant agenda topic. The customers wanted UMS to submit their top selling non DAPA items as quickly as possible. All agreed this would capture a large segment of sales currently not accounted for in prime vendor. CPT Geesey from BAMC and Debbie Thompson from Ft. Hood agreed to combine their respective hospital's top selling 100 to 300 non DAPA items and target them for UMS to submit to DPSC. This should cover most of the items needed by all of the customers and appeared to be the most efficient way to get the regional DAPA in process. **(Action: BAMC and Ft. Hood, UMS, DPSC-MS)**

Customers requested improvements to the packing slips. They currently do not know how many packing slips are with a multi-line order. For example, having "1 of 2" or "1 of 3" noted on the packing slip would inform the receiving personnel of the correct amount of slips to expect and to then process the receipt accurately to DPSC. **(Action: UMS)**

Credit for returned merchandise has not been an issue. However, there is no established policy between the customers and UMS. UMS was advised that whatever policy is mutually agreed upon with the customers, they will be required to send a monthly statement to the customers for any outstanding credit balance. Customers were advised to use their credits within 30 days. **(Action: UMS)**

The PV EOE system, which resides on the customers' hard drives, has not been updated since it was first installed in May 97. This has led to multiple problems because of outdated information. UMS is responsible for updating this information monthly. **(Action: UMS)**

After the IPR, LTC Stocker from the AMEDD school met with the UMS distribution manager to discuss the possibility of ordering packages of medical supplies used solely for training purposes at BAMC. These packages contain all DAPA items and would be distributed by UMS. This represents new business to the Med/Surg prime vendor program and may become a model for ordering supplies for training at other facilities. Previously, the AMEDD would have to calculate all of their requirements for the year and order the items separately and stock them in a warehouse. This consumed

considerable time, money and warehouse space for the AMEDD school. UMS has worked closely with LTC Stocker to develop a pre-approved list of DAPA items to support schools of 50 to 100 trainees. UMS will place all items in one box (called a push pack) which will have enough supplies for all 50 (or 100) trainees. The benefit to the prime vendor is that the entire year is scheduled and funded so that this is not an estimate. The prime vendor has advanced notice to acquire all material to meet delivery dates for a 100% sure sale. The AMEDD does not have to order and stock the items to have a continual supply. They will be delivered a few days before training is to begin with everything in one box. Funding is easier because costs are fairly consistent with the DAPA pricing. BAMC estimates about $1.5 million per year in sales from this new initiative. Although this idea is still in its infancy and some bugs are being worked out, push packs have been provided for seven AMEDD classes to date.

**Conclusion**: Customer feedback varied from totally satisfied and very impressed to a mediocre rating with room to improve. Priority issues are the confirmation reports, the fill rate reporting requirements and the regional DAPA. Ft. Bliss and Ft. Sill must see a significant improvement in service and continue to work together with UMS. Supplying the AMEDD training classes has potential for substantial success to UMS, BAMC and the prime vendor program.

Anthony Amendolia
Case Manager, Lone Star
Directorate of Medical Materiel

# Lone Star Region - Med/Surg
# December 97 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 40 | 32 | 7 | 1 | 81% |
| Vance AFB | 44 | 44 | 0 | 0 | 100% |
| Tinker AFB | 182 | 157 | 19 | 6 | 88% |
| Sheppard AFB | 53 | 49 | 3 | 1 | 93% |
| Dyes AFB | 23 | 22 | 1 | 0 | 96% |
| Altus AFB | 73 | 70 | 3 | 0 | 96% |
| Randolph AFB | 19 | 19 | 0 | 0 | 100% |
| Laughlin AFB | 4 | 4 | 0 | 0 | 100% |
| Cannon AFB | 85 | 79 | 6 | 0 | 93% |
| Holloman AFB | 79 | 67 | 11 | 1 | 85% |
| Kelly AFB | 5 | 4 | 1 | 0 | 80% |
| Brooks AFB | 1 | 1 | 0 | 0 | 100% |
| Naval Hospital CC | 10 | 10 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 598 | 540 | 37 | 21 | 92% |
| Reynolds - Ft. Sill | 264 | 246 | 13 | 5 | 94% |
| Ft. Huachuca | 30 | 30 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 622 | 561 | 55 | 6 | 91% |
| BAMC - Ft. Sam Houston | 934 | 856 | 48 | 30 | 93% |
| **Total** | 3066 | 2791 | 204 | 71 | 92% |

NOT LISTED:
AFMLO (FT WORTH)

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

## Lone Star Region - Med/Surg
## December 97 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | | | | | 0% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | 4 | 4 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | | | | | 0% |
| **Total** | 4 | 4 | 0 | 0 | 100% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region

December 5, 1997

To: Lone Star Region
Med /Surg Prime Vendor - Point of Contact

cc; DPSC Staff: A. Amendolia, N. Martin, D. Stewart

From: United Support Services
Daniel & Gloria Salgado
Phone No. 800-494-9399
Fax No. 817-294-1810

Re: IPR Action Items

During our November In-Process-Review meeting several action items were established. In response you will find the following attachments.

1. A list of non-responsive DAPA holders.

2. A list of established DAPA holders.

3. A list of DAPA holders who have merged with other companies.

4. United Medical Supply organizational chart.

5. Initial Stock Commitment Form - Used only when establishing a new account's first stock commitments.

6. Phase II Stock Commitment Form - Used to identify the second wave of primary stock items.

7. Commitment Modification Form - Used to adjust previously submitted stock commitments.

8. Return Goods Policy

9. Monthly Statements - Due to the electronic invoicing process this step is over ridden. Since the actual request was for a summary of actual dollars spent for the month, we are looking at providing it via another source.

No Response

| DAPA Holder | Vendor Code |
|---|---|
| Ace Surgical Supply Co. | 0038 |
| Acrymed, Inc. | 0036 |
| Acute Biomedical Supplies, Inc. | 0057 |
| Aesculap, Inc. | 0094 |
| Aldan Industries, Inc. | 0165 |
| American Apparel | 0227 |
| American Biomed, Inc. | 0226 |
| Ameritek USA Inc. | 0332 |
| Andermac, Inc. | 0382 |
| Anesthesia Medical Specialties, Inc. | 0391 |
| Applied Medical Resources Corp | 0414 |
| Arledge Electronics, Inc. | 0437 |
| Astral Limited | 0512 |
| Automated Medical Products Corp | 055 |
| Avecor Cariovascular, Inc. | 0563 |
| BCI International | 0680 |
| Benjamin Medical & Dental Supplies | 075 |
| Biomedix, Inc. | 0809 |
| Bosma Industries For The Blind, Inc. | 089 |
| Brasseler USA I, LP | 0969 |
| Breg, Inc. | 0975 |
| Broadline Medical Systems | 0999 |
| Buffalo Supply, Inc. | 1054 |
| CDX Corporation | 1284 |
| Cenna International Corp | 1287 |
| Chatswowrth Latex, Inc. | 1334 |
| Churchill Medical Systems | 1396 |
| Circon ACMI | |
| Corning Costar Corporation | 1667 |
| Critical Specialties Inc. | 1717 |
| Criticare | 1716 |
| Curwood Inc. | 1753 |
| Custom Healthcare Systems, Inc. | 1756 |
| Cutting Edge Technologies, Inc. | 1760 |
| D.C. Med Equip. & Supp. Inc. | 1771 |
| Delta Medical Supply Company | 1858 |
| Delta Medical Systems Inc. | 1859 |
| Derma-Safe, Inc. | 1902 |
| Di-Verse Medical Services | 1977 |

No Response

| | |
|---|---|
| Dial Medical of Pennsylvania | 1943 |
| Diapers R-US, Inc. | 1945 |
| Dioptics Medical Products | 1973 |
| Dipro Diagnostic Products | 1971 |
| Distribution Services | 1976 |
| Distrrict Healthcare | 1979 |
| Dove Medical, Inc. | 2021 |
| Dymax Corporation | 2067 |
| Dynasplint Systems Inc. | 2074 |
| Ear-Clear, Inc. | 2105 |
| East-Tech, Inc. | 2107 |
| Eco-Med Pharmaceuticals, Inc | 2121 |
| Emergency Filtration Products | 2216 |
| Equip For Independence, Inc | 2268 |
| Expanding Medical Technology | 2331 |
| Express Medical Supply | 2329 |
| Finally Natural Care Corporatin | 2449 |
| Fipicon Inc. | 2450 |
| Fox Drug Co., Inc. | 2555 |
| Frederick Lee, Inc. | 2574 |
| Gentell, Inc. | 2574 |
| Globalmedical Supply Inter. | 2793 |
| Government Scientific Source, Inc. | 2857 |
| Health Care Information Corp | 3058 |
| Hill Rom Inc. | 3132 |
| Horizon Surgical, Inc. | |
| Hydrol Chemical Company Helathcare | 330 |
| I-Flow Corporation | 3321 |
| ICP Medical | 3329 |
| Integra Lifesciences Surgical Prod | 3377 |
| Integrated Healthcare Plus | 3378 |
| IVP Design & Development, Inc. | 3419 |
| Janel Surgical Instrument Co., Inc. | 3438 |
| Jerome Medical | 3557 |
| Kareco International, Inc. | 3558 |
| Kerma Medical Products, Inc. | 3614 |
| Kleen Test Prod | 3661 |
| KLM Laboratories, Inc. | 3672 |
| Konsyl Pharmaceuticals, Inc. | 3712 |
| Krasity's Medical And Surgical Supply | 373 |

No Response

| | |
|---|---|
| Laboratory Skin Care Inc. | 3766 |
| Lee & Kay Corp | 3893 |
| Lever Brothers Company | 3926 |
| Liebel-Flarsheim Company | 3936 |
| Life-Tech Inc. | 3956 |
| London International Group | 4009 |
| Mag Health Products | 4074 |
| Marco Ophthalmic | 4149 |
| Martell Medical Products, Inc. | 4188 |
| Medcare Custom Packaging, Inc. | 4288 |
| Medical Place, Inc. | 4325 |
| Medical Products | 4334 |
| Medical Supply System | 4328 |
| Medicore | 4345 |
| Metro Medical Equipment & Supply | 4405 |
| Metropolitan Medical, Inc. | 4431 |
| MG Scientific, Inc. | 4414 |
| Micromedics, Inc. | 4436 |
| Microtek Medical, Inc. | 4431 |
| Molded Products | 4528 |
| MTM Health Products Limited | |
| Mationa Industries For The Blind | 4689 |
| Mational Medical Care | 4692 |
| Needless Away Capitol Equipment | 4713 |
| NISH | 4689 |
| Northeast Packaging Corporation | 4764 |
| O-Two Systems Int'l. Inc. | |
| Oral Health USA, Inc. | 4827 |
| Orthopedic Systems, Inc. | 4846 |
| P.R.N. Medical Supply Inc. | 5233 |
| Pacific Criticare, Inc. | |
| Parker Medical Associates | 4928 |
| PDQ Precision Inc. | 4930 |
| Philadelphia Cervical Collar Co. | 5054 |
| Phoenix Medical Technology, Inc. | 5073 |
| Picker International, Inc. | 5094 |
| Precision Laboratory Plastics | 5793 |
| Purfybr Inc. | 5276 |
| Quality Biological, Inc. | 5288 |
| Richard Allen Medical | 5417 |

No Response

| | |
|---|---|
| Richard's Medical Equipment | 5419 |
| Romain Inc. | 5514 |
| Sepha Pharmaceuticals Ltd | 5789 |
| Service For Science & Industry | 5799 |
| Seven C's Inc. | 5793 |
| Shields Medical Marketing | 5818 |
| Sierra Laboratories, Inc. | 5834 |
| Skedco Inc. | 5863 |
| Smith Orthopedics | 5936 |
| SOQ Enviromental Technology | 5942 |
| Southeast Medical Inc. | 5948 |
| Span America Medical Systems Inc. | 5964 |
| Specialty Surgical Instrumentation | 5960 |
| Spring Rock Supply, LLC | 5969 |
| Sunshine Products, Inc. | 6136 |
| Supremus Medical, Inc. | 6159 |
| Surgical Instrument Co. of America | 6169 |
| Tagg Industries | 6210 |
| The Female Health Company | 6298 |
| Trinity Technologies | 6432 |
| Uniforms Manufactruing Inc | 6489 |
| Universal Home Health & Ind Supplies | 6522 |
| Urology & Surgery Specialties, Inc | 6599 |
| US Technologies | 6553 |
| V-Tech, Inc. | 6605 |
| Valmed Company | 6602 |
| Visitec Company | 6691 |
| W.L. Gore & Associates | 6713 |
| Water-Jel Technologes Inc | 6755 |
| Waterstone Medical, Inc. | 6752 |
| Westmed, Inc | 6815 |
| Willson Safety Products | 6867 |
| World Class Technologies, Inc. | 6931 |
| Xodus Medical, Inc. | 6943 |
| Yorketown Optical Company | 6968 |

| DAPA Holder | Established Vendor No. |
|---|---|
| Abbott Critical Care Systems | |
| Abbott Laboratories | |
| Acme of Precision Surgical Co., In. | |
| Adroit Meical System, Inc. | |
| Advance Medical Design | |
| Aircast, Inc. | |
| Aladan Corporation | 5359 |
| Alcon Laboratories, Inc. | |
| Allegiance Healthcare Corp. | |
| American Sterilizer Company | 6062 |
| American Threshold Incustries, Inc. | |
| Ansell Perry, Inc. | |
| Argon Medical | |
| Arrow International, Inc. | |
| Augustine Medical, Inc. | |
| B. Braun Medical | |
| Ballard Medical Products | |
| Baxter Healthcare Corporation | |
| Becton Dickinson | |
| Becton Dickinson & Company | |
| Becton Dickinson Vascualr Access | |
| Beiersdorf Inc. - Jobst | |
| Berersdorf - Futuro | |
| Biosearch Medical Product | |
| Birchwood Laboratories, Inc. | |
| Bird & Cronin, Inc. | |
| Boehringer Laboratories, Inc. | |
| Bristol Myers Squibb Convatec Div | 1642 |
| Busse Hospital Disposables | |
| C.R. Bard, Inc. | |
| Cabot Safety Corporation | |
| Carapace, Inc. | |
| Care Tech Laboratories, Inc. | |
| Carolon Company | |
| Carrington Laboratories, Inc. | |
| Chematics Inc | |
| Chesebrough-Ponds USA Co. | |
| Clinipad Corp | |
| Coloplast | |

| | Established |
|---|---|
| Columbia Medical | |
| Conco Medical Co. | |
| Conmed Corporation | |
| Consolidated Products and Service | |
| Cook Inc. | |
| Corpak Inc | |
| CurtinMatheson Scientific Inc | 2464 |
| Dermacare | |
| Deroyal Inducsties, Inc | |
| Devon Industries | |
| DHD Diemolding Healthcare Division | |
| Diatek, Inc | |
| Cittmar Inc | |
| Dow Hickam Pharmaceuticals, Inc | |
| Ecolab, Inc. | |
| Ethicon, Inc. | |
| Ethox Corporation | |
| Exergen Corporation | |
| Fisher Schientific | |
| Fla Orthopedics Inc. | |
| Genetic Laboratories | |
| Graphic Controls Corporation | |
| Hardwood Products Co | |
| Hollister, Inc | |
| Hosposable Products | |
| Incline Technologies, Inc. | |
| Intermed, Inc. | |
| International Medication Systems, Ltd. | |
| Isolyser Co., Inc. | |
| Isolyser Healthcare | |
| Ivac Corporation | |
| Jack Frost Labs | |
| Jobst | |
| Johnson & Johnson Medical, Inc. | |
| Kendall Healthcare | |
| Kimberly Clark Corporation | |
| King Systems Corporation | |
| Kings Systems Corporation | |
| M.D. Industries | |
| Mallinkrodt Medical TPI, Inc. | |

| | Established |
|---|---|
| Marquette Electronics | |
| Maxxim Medical | |
| McGaw Labs | |
| MDT Corporatin | |
| Medex, Inc. | |
| Medical Concepts Development | |
| Medical Disposables | |
| Medipoint Inc. | |
| Medline Industries, Inc. | |
| Megatech Medical | |
| Mentor Urology | |
| Medmark Corporation | |
| Midwest Medical Supply Company | 4449 |
| Minnesota Mining & Manufacturing | |
| Myers Scientific Enterprise | 4649 |
| Nice-Pak Products, Inc. | |
| Novel Pharmaceutical, Inc. | |
| Olympic Supply, Inc. | |
| Organon Teknika Corp | |
| Orthopedic Technology, Inc. | |
| Oxboro Medical | |
| Paper-Pak Products, Inc. | |
| Pilling Weck Incorporated | |
| Premium Plastics, Inc. | |
| Professional Medical Products | |
| Propper Manufactruing Co., Inc. | |
| Pymah Corp | 4509 |
| Reel Research & Development, Inc. | 5352 |
| Regal Rich Trading LLC | |
| Sage Products Inc. | |
| Sentry Medical Products | 4027 |
| Shamrock Scientific Specialties, Inc. | |
| Sherwood Medical Company | |
| Sherwood Davis & Geck | |
| Shilog Ltd. | |
| Smartpractice, Inc. | 5884 |
| Smith & Nephew United, Inc. | |
| Smith Associates | |
| Smith Industiries Medical Systems | |
| Smithkline Diagnostics Inc. | |

| | Established |
|---|---|
| SMS Inc | |
| Solon Manufacturing Company Inc | |
| Solopak Pharmaceuticals Inc. | |
| Southern Safety Sales | |
| Stanford Professional Products Corp | |
| STC Technologies, Inc. | |
| Sterile Design | |
| Storz Inc. | |
| Sunrise Medical Bio Clinic Corp | |
| Surgicot, Inc. | 6062 |
| Sween Corporation | 1515 |
| Tecnol Inc. | |
| Terumo Medical Corporation | |
| Tillitson Healthcare Corp | |
| Timemed Labeling Systems, Inc | |
| Tri State Distribution, Inc. | |
| Trinity Laboratories, Inc. | |
| Two Rivers Medical | |
| U.S. Clinical Products, Inc. | |
| United States Surgical Corp. | |
| Utah Medical Products, Inc. | |
| Vance Products, Inc. | |
| Vermont Medical Inc | |
| Vital Signs | |
| Vollrath Group Inc. | |
| Welch Allyn | |
| Western Medical Ltd | |
| Winfield Industries | |
| WM. H. Horn & Bro Inc. | |
| Xomed Treace, Inc. | |