**DEFENSE LOGISTICS AGENCY**
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY REFER TO MSA

October 30, 1997

Mr. William P. Bandy
President
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy:

It has come to our attention there is confusion regarding certain requirements in the use of Distribution and Pricing Agreements (DAPAs) for the Med/Surg Prime Vendor Program. Specifically, the issues involve liability coverage and business relationships between the DAPA holders and Prime Vendors.

*Liability Coverage.*
The Prime Vendor is allowed to require product liability coverage from each DAPA holder in any amount not to exceed $1,000,000. This coverage can be either through insurance or proof of self-insurance. The Prime Vendor is not required to enter into relationships with DAPA holders who have no liability coverage or proof of coverage prior to receiving an order for materiel.

*Business Relationships with DAPA holders.*
The Prime Vendor is expected to establish business relationships with all DAPA holders with exceptions as set forth in this letter. These business relationships shall be consistent with the Prime Vendor's good, commercial (that is, acceptable industry-standard) business practices. The Prime Vendor is not required to accept any DAPA holder's proposed agreement which appears inconsistent with good, commercial business practices.

Please advise me (in writing) of each DAPA holder falling into these categories, once your firm makes the decision not to conduct business with them. You can reach me at email: lflatley@dpsc.dla.mil or by FAX (215)737-8144/2081. Feel free to call should questions arise (tel: 215-737-3201).

L. Flatley
L. FLATLEY
Chief, Med/Surg Prime Vendor New Initiatives Section
Medical Surgical Products CBU
Directorate of Medical Materiel

Federal Recycling Program Printed on Recycled Paper

# Lone Star Region - Med/Surg
## January 98 Fill Rate Report

Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 11 | 11 | 0 | 0 | 100% |
| Vance AFB | 36 | 35 | 1 | 0 | 97% |
| Tinker AFB | 184 | 176 | 7 | 1 | 96% |
| Sheppard AFB | 72 | 62 | 9 | 1 | 87% |
| Dyes AFB | 19 | 19 | 0 | 0 | 100% |
| Altus AFB | 59 | 52 | 5 | 2 | 90% |
| Randolph AFB | 22 | 19 | 3 | 0 | 86% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 49 | 49 | 0 | 0 | 100% |
| Holloman AFB | 75 | 68 | 7 | 0 | 91% |
| Kelly AFB | 5 | 5 | 0 | 0 | 100% |
| Brooks AFB | 9 | 8 | 1 | 0 | 89% |
| Naval Hospital CC | 17 | 17 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 702 | 619 | 62 | 21 | 90% |
| Reynolds - Ft. Sill | 303 | 268 | 29 | 6 | 89% |
| Ft. Huachuca | 19 | 16 | 3 | 0 | 84% |
| Wm. Bmnt. - Ft. Bliss | 403 | 327 | 56 | 20 | 84% |
| BAMC - Ft. Sam Houston | 901 | 849 | 35 | 17 | 95% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 2892 | 2606 | 218 | 68 | 91% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
## January 98 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 23 | 22 | 0 | 1 | 98% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 23 | 14 | 9 | 0 | 61% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | 2 | 2 | 0 | 0 | 100% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 19 | 19 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | 4 | 4 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 30 | 30 | 0 | 0 | 100% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 101 | 91 | 9 | 1 | 91% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

DSCP-MSAA

February 24, 1998

Mr. William Bandy, President
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy:

This correspondence is in reference to your contract SP0200-97-D-7133, Medical/Surgical Prime Vendor, Lone Star Region.

In December 1997 DSCP sent Customer Satisfaction Questionnaires to all customers in this region to monitor your performance under this contract. The responses were received on varying dates, but all were from the months of December 1997 and January 1998. Issues for discussion are based on this period. All customers with the exception of Altus AFB, Kelly AFB, Randolph AFB, Sheppard AFB and Ft Sill responded (copies attached). Laughlin AFB and Brooks AFB responded that they are too new to the program to address all the issues in the questionnaire. The AFMLO has stated that they have not used the Prime Vendor yet. Although five facilities did not respond to DSCP, it is your responsibility as the Prime Vendor to ensure that you are meeting all the contractual requirements with them as well.

Two of the key questions in the questionnaire that you may want to direct your immediate attention to are under the General Comments section. When asked the following: "Overall do you consider your facility to be a "satisfied customer" of the Med/Surg Prime Vendor Program?" only Dyess, Goodfellow and Tinker AFBs, Ft Hood and BAMC indicated that they were. Cannon AFB chose not to answer the question. Ft Bliss said not yet. Corpus Christi said yes/no. When asked: "If you had a choice would you continue with your present Prime Vendor? Why or why not?" Eight facilities said yes. Of these eight facilities, six of them said yes because they did not want to go through another conversion. Three facilities said no. The three facilities that are the most unhappy are those serviced by the El Paso distribution center (Holloman AFB, Ft. Bliss and Ft Huachuca). Ft Bliss and Holloman AFB are dissatisfied to the point that they requested DSCP not continue this contract with you.

There are five other areas of the survey where consensus shows that you are not meeting the contract requirements. These areas are as follows:

**1. Customer Support:**

You committed to provide sales representative visits to each ordering facility two times per week for the first quarter of the contract and weekly visits for the second quarter. As the contract continues, customers would receive either weekly or biweekly visits depending on their need or preference.

We are now into the third quarter of the contract and Dyess AFB has reported that they have never had a site visit nor do they even know who their representative is. Vance AFB and Goodfellow AFB reported no visits in the last thirty days, Cannon AFB reported no visits in the last two months, Brooks AFB reported that not only have they had no visits in the last thirty days but that they only had one to two visits in the last six months, Tinker AFB and Ft Huachuca reported only one visit in the last thirty days. Holloman AFB reported that in the past they had requested weekly visits but only just started receiving them. In addition, some of the sites that are receiving their visits are not particularly satisfied with the level of service that the representative is providing to them.

**2. Order Confirmation:**

You committed to provide electronic order confirmations (ANSI X12 (855) Order Confirmation) within two hours of order placement for JITOs and within 24 hours or 1 day for EDOs.

Every customer has reported problems with the order confirmation. Some report that they do not receive the confirmation within the required timeframes, some don't receive one at all. Confirmations that are received are inaccurate and many facilities have to contact their representatives for help. This issue has been on going from the start of the contract. It is your responsibility as the Prime Vendor to follow-up with your systems people and the Government's system integrator (EDS) to resolve this issue. POC at EDS is Ms. Carol Monnin, phone number 703-845-3863. This program and contract thrive on the exchange of electronic information, therefore, this problem cannot persist.

**3. Usage Data Item Availability: (Product Availability)**

You committed to having items available for order within 30 days of getting usage data from the ordering facilities.

Of the customers who responded to the survey, the only facility that stated that you are meeting this requirement was Holloman AFB. Brooks AFB, Vance AFB and Tinker AFB did not complete this question. Ft Huachuca, BAMC, WBAMC, Ft Hood, Goodfellow AFB, Dyess AFB, Cannon AFB and Naval Hospital Corpus Christi all indicated that they are unable to order products 100% of the time within 30 days of providing you with usage. The percentage of availability after providing you with usage data ranges from 5% to 95%.

**4. Updates To Your Electronic Catalog:**

You committed to provide an electronic catalog containing all DAPA items. You are required and agreed to update your catalog with new Distribution and Pricing Agreements and price changes by the 1st of the month (ex. new DAPA available to you on the 9th of December becomes effective 1st of January). In addition, every time changes are made to your catalog numbers or new DAPAs are issued, your firm has until 4 business days after the DAPA database is posted to the bulletin board (normally posted on the 9th of the month) to update the file with your order number and provide it to the Government. This process affects the ordering capabilities of our customers. The Prime Vendor order numbers are necessary for our customers to obtain products. These updates are essential when performing queries for current DAPA products and prices.

BAMC, Ft Huachuca and Cannon AFB have advised that these updates are not being provided. Ft Huachuca went as far as to say that no updates have been provided since the inception of this contract. Naval Hospital Corpus Christi says that many UMS numbers cannot be identified by United Medical but the numbers are still in the M32 system. Brooks AFB cited problems with getting stock numbers to match Prime Vendor numbers.

**5. DAPA Agreements:**

You committed to having Prime Vendor/DAPA Holder agreements in place within 90 days of award date for a minimum of 95% of the DAPA items under agreement between the DAPA holders and DSCP. You also committed to not requiring more than a maximum of $1 million of product liability coverage per DAPA holder.

Holloman AFB, BAMC, WBAMC, Ft Hood and Ft Huachuca have all cited in their responses that there are not enough agreements established between United Medical and the DAPA holders. This reflects on the product availability and fill rates that the facilities are receiving.

In addition to the five issues specifically pointed out by DSCP, you must look at each individual response and address each individual issue/concern that the customer has.

In summary, DSCP's opinion of your performance in this region, based on our customers feedback, overall is not satisfactory. Most customers want only to keep you as the Prime Vendor in order to save themselves the time and expense of another conversion. This is not a positive reflection on the satisfaction of the level of service under the contract. Considerable and immediate improvements must be made. Every effort should be made to rectify the existing problems so that the customers can use this contract to its full potential.

All of these items are considered to be DSCP Prime Vendor performance issues under your existing contract. Please address all of the above issues by submitting a plan outlining how United Medical expects to eliminate the existing problems and prevent future problems in these areas. If not satisfactorily resolved, these issues may influence the exercise of options or the award of new contracts.

Goodfellow AFB, Tinker AFB and WBAMC have requested that you make your inventory or stock levels available to them. This request has been echoed throughout the contract by many of our facilities. Although this is not a contract requirement, you can provide the customers this service if your system is capable of such.

A response to this letter is required no later than close of business, March 6,1998. In your response you must provide, by facility, the measures you will take to resolve each and every issue.

We will notify customers in the region that we have requested improvement in these areas. Customers will be requested to monitor your progress. We will contact several of these customers on or about April 20, 1998 to ensure they agree these problems are resolved.

If you have any questions, please feel free to call Mrs. Nancy Martin at 215-737-8422.

Sincerely,

L. FLATLEY
Chief, New Initiatives Section
MED/SURG Prime Vendor
Medical Surgical Products CBU
Directorate of Medical Materiel

DSCP-MSAA March 31, 1998

Mr. William P. Bandy, President
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy:

On February 24, 1998 DSCP sent you correspondence in reference to your Med/Surg Prime Vendor contract, SP0200-97-D-7133, Lone Star Region. This correspondence outlined areas of the contract that the facilities reported that you were not meeting your contractual requirements and included a required response date of March 6, 1998.

DSCP received a response to this correspondence (dated March 6, 1998) on your United Medical Supply letterhead, on Monday, March 9, 1998. This response was signed by Daniel Salgado, V President, United Support Services-SAI. I called you on Tuesday, March 10, 1998 and discussed some issues with you in regard to the correspondence received from Daniel Salgado. One of the issues discussed was whether or not you were allowing United Support Services to speak for your company and lock you into resolutions for the facilities. DSCP has no record from you indicating that your subcontractor has this authority. Furthermore, Daniel Salgado has not been authorized by you as a POC for this contract. By letter dated March 10, 1997 signed by you, Gloria Salgado is the POC. I explained that since you are the POC for United Medical Supply, the actual Prime Vendor for this contract, DSCP would expect that you would be the one to sign the response. I asked you to submit a letter endorsing Dan's resolutions for this region. You stated that you would redo the letter, with your signature and respond to DSCP on March 12, 1998. DSCP received your signed revised response on Monday, March 16, 1998. This response however, did not include all the facilities that you were required to address nor did it endorse Dan's resolutions. On March 24, 1998, you indicated verbally that you do endorse the resolutions for all facilities that were outlined in Dan's letter of March 6, 1998. You stated that you made changes only to the areas that you felt were necessary to change. I need you to put that verbal response in writing to me in response to this letter.

DSCP has questions on some of your responses. Clarifications are required on some of your answers. There are a few areas that you did not address in any of the correspondence listed above that will need to be addressed. These areas are as follows:

1. In the overall findings for order confirmation you indicated that some facilities report no problems in electronic confirmations while others do. This all depends on how you are looking at the survey responses. There are roughly 4 or 5 questions in the survey that, although they may not use the words confirmation, specifically relate to this area. Your resolution is that the facilities can use

.ne M32 software because it works well. You also said that you will test with the facilities and communicate your progress to EDS so that together you can solve these problems. DSCP would like you to provide us with weekly updates as to your findings and progress in this area. DSCP has advised every customer in this region to use the M32 software as an interim fix while you resolve these issues. Bottom line though is that the Prime Vendor Interface has to work.

Anthony Amendolia, DSCP Case Manager for this region, has indicated that there are some issues with the M32 order confirmation. The issues are as follows:

The M32 does not include the customer NSN or description of the product. This makes it difficult for the warehouse personnel to receive the material and process as quickly and accurately as possible. Some customers haven't complained about this because they say the are waiting for delivery next day to confirm the order.

The M32 software is not as clear when the UMS# confirmed is not the same as the UMS# ordered. In that case, there is no description or NSN to verify against the order. It is difficult to trust that the confirmation is in the same arrangement as the order.

Customers cannot try both confirmations because the file is a one-time transmission.

You requested copies of the Tammis, Medlog and PVI software used at the facilities for testing. Although your approach does seem logical, this is not something that we can provide. You must continue to work with EDS regarding this issue.

Again you are reminded that status updates detailing your progress in this area need to be provided to DSCP on a weekly basis.

2. You indicated in paragraph 5, DAPA Agreements, that your agreements with DAPA holders has increased and that that you will be providing Ms. Connor a complete status report within 30 days.

How, if at all, are you getting information to the facilities regarding your success in this area? Do the facilities receive updates? If so, how often?

It is requested that when you provide a copy of the status report to Ms. Connor that you also provide one to myself and Anthony Amendolia. You may send Anthony's and mine together to my attention and I will see that he receives his copy. Anthony should be receiving updates as often as the customers are.

3. An issue was raised regarding EDO order confirmations involving two different facilities. It appears to DSCP that you provided conflicting answers based on the facility involved. Tinker AFB's survey indicated that they do not receive computerized confirmations on EDOs. Your response to Tinker was that all electronic orders are electronically confirmed. You went on further to say that new ordering personnel at the MTF may not realize that they can retrieve this information through the

M32Dod software. Since you indicated that the personnel is new, are you planning to offer training to .nem to assist them in receiving the confirmation? William Beaumont Army Medical Center (WBAMC) stated that they do not receive confirmations on EDOs. You responded back that confirmations are not received on EDO orders since these are non-stock items. You also stated that a tickler file has been developed to track all EDOs and to follow-up on any EDOs that are beyond the 10 day timeframe.

The contract requires you to confirm all orders. If it is impossible to send a confirmation to WBAMC, is it not impossible for all facilities to receive confirmations? Some facilities have indicated that they are receiving confirmations on EDOs. What are they receiving and how are they getting it? Is the tickler file available to all facilities? Please explain what this file contains and how, if at all, it is distributed to the facilities. Is the tickler file to be considered the order confirmation? If so, does the facility receive it within 24 hours of order placement?

4. Ft Huachuca indicated that they have a 2:00 PM MST order cut-off time. The contract says that the order cut-off time is 5:00 PM. Please address this issue.

5. Your response to Brooks AFB indicated that you were surprised by their response that they do not receive JITOs on a weekly basis. You also say that their first test is noted as having occurred the day before the survey response. UMS has noted that they received orders in June and July 1997.

Brooks indicated in the back of their survey that they just started testing this program <u>again</u> .nd therefore did not have sufficient information to complete the survey. They had problems getting stock numbers to match Prime Vendor numbers. They said previously you had computer problems and did not get orders correctly. This response coupled with the fact that the site has not been receiving the required site visits leads DSCP to believe that there is a lack of support for this facility. Has this facility had the required training? If not, do you intend to train them? Do they receive the updates to your catalog? Is the newly assigned representative making the site visits? Is the new rep working with the facility regarding usage data items? Do they have the cross reference book you indicated in BAMC's response as having been provided to all facilities? Are they receiving delivery of JITOs within the 24 hour timeframe? (I don't understand the comment above about receipt of JITOs on a weekly basis.)

6. Naval Hospital Corpus Christi stated that the electronic catalog is satisfactory however, some of the UMS numbers cannot be identified. Your response indicated that on a previous visit it was apparent that her computer did have some limitations. Has anyone checked with Corpus Christi to see if they were able to load your update? Is loading the update part of the training you provide?

You stated in your response that you and this facility have a unique situation with this facility that allows you to process all orders out of your San Antonio Distribution Center. There seems to be some problems with the agreement that you and the facility made. DSCP's position on this arrangement is as follows:

If you intend to keep your arrangement that you made with Naval Hospital Corpus Christi, then any arrangements you make have to be agreed upon and worked out between United Medical and the facility. DSCP cannot be party to nor can we enforce this arrangement. (See Corpus Christi's letter attached to this document.)

Under the General Comments section the facility indicated that they would continue with the current Prime Vendor only because to start over again would be very difficult. You responded by saying here again she did not state that she preferred O&M's system to United's. She merely states "... starting over would be difficult."

Please explain your response. I cannot find any reference to O&M in this facility's response or in my letter to you dated February 24, 1998.

7. Cannon AFB's response indicated that they do not receive order confirmations for JITOs or EDOs within the required contract timeframes. In fact, they said it takes 2-3 days to receive each. Your response refers them to paragraph 2 of your letter regarding order confirmation. Are you conquerring with the facility that it takes 2-3 days to receive order confirmations? If so, please explain the reason why it takes this long for this facility to receive the confirmations. How do you intend to fix this problem. (It seems that this is the only facility that reported 2-3 days for JITO confirmations.)

8. Holloman AFB indicated that they have experienced unauthorized substitutions. You did not address this in your response. Please address this issue.

9. You stated that the AFMLO/OL-2 has not processed a single order. Do they have your M32Dod software? Do they receive updates? Have they had the required training? Do they have an assigned representative? Is the representative making the required site visits. Do you have usage data from this facility?

A response to this letter is required no later than close of business, April 7, 1998.

Letters have been sent out to every customer in this region providing them with the resolutions you offered to their problems. A copy of each letter is attached. For Altus AFB, Kelly AFB, Randolph AFB, Sheppard AFB and Ft Sill, a generic letter went out to them advising them of the five areas of the contract that consensus of the other surveys showed that you were not meeting the contract requirements. The generic letter also includes your response to each issue. Only one copy of the letter is attached since it is the same for these five sites.

If you have any questions regarding this correspondence, please feel free to give me a call at 215-737-8422.

NANCY MARTIN
Contract Specialist

# Lone Star Region - Med/Surg
## February 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 34 | 34 | 0 | 0 | 100% |
| Vance AFB | 53 | 51 | 2 | 0 | 96% |
| Tinker AFB | 214 | 196 | 17 | 1 | 92% |
| Sheppard AFB | 100 | 90 | 9 | 1 | 91% |
| Dyess AFB | 37 | 37 | 0 | 0 | 100% |
| Altus AFB | 149 | 132 | 15 | 2 | 89% |
| Randolph AFB | 11 | 11 | 0 | 0 | 100% |
| Laughlin AFB | 3 | 3 | 0 | 0 | 100% |
| Cannon AFB | 58 | 58 | 0 | 0 | 100% |
| Holloman AFB | 59 | 55 | 4 | 0 | 93% |
| Kelly AFB | 12 | 12 | 0 | 0 | 100% |
| Brooks AFB | 6 | 6 | 0 | 0 | 100% |
| Naval Hospital CC | 14 | 14 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 867 | 776 | 62 | 28 | 91% |
| Reynolds - Ft. Sill | 369 | 335 | 23 | 11 | 92% |
| Ft. Huachuca | 46 | 37 | 7 | 2 | 83% |
| Wm. Bmnt. - Ft. Bliss | 481 | 422 | 28 | 31 | 91% |
| BAMC - Ft. Sam Houston | 1265 | 1136 | 75 | 54 | 92% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 3778 | 3405 | 242 | 130 | 92% |

Gave Diana DiOrio & Anthony Amendolia copies upon receipt

Nancy Martin

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
# February 98 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 55 | 55 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 3 | 3 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 1 | 1 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 86 | 86 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 12 | 12 | 0 | 0 | 100% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 159 | 159 | 0 | 0 | 100% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

## Lone Star Region - Med/Surg
## March 98 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 50 | 47 | 3 | 0 | 94% |
| Vance AFB | 38 | 37 | 1 | 0 | 97% |
| Tinker AFB | 236 | 220 | 9 | 6 | 94% |
| Sheppard AFB | 90 | 86 | 4 | 0 | 96% |
| Dyess AFB | 56 | 55 | 1 | 0 | 98% |
| Altus AFB | 153 | 144 | 8 | 1 | 94% |
| Randolph AFB | 19 | 19 | 0 | 0 | 100% |
| Laughlin AFB | 11 | 11 | 0 | 0 | 100% |
| Cannon AFB | 160 | 139 | 21 | 0 | 87% |
| Holloman AFB | 48 | 46 | 2 | 0 | 96% |
| Kelly AFB | 17 | 17 | 0 | 0 | 100% |
| Brooks AFB | 5 | 5 | 0 | 0 | 100% |
| Naval Hospital CC | 15 | 15 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1113 | 1055 | 43 | 14 | 95% |
| Reynolds - Ft. Sill | 365 | 346 | 16 | 3 | 95% |
| Ft. Huachuca | 118 | 113 | 4 | 1 | 96% |
| Wm. Bmnt. - Ft. Bliss | 258 | 224 | 27 | 7 | 88% |
| BAMC - Ft. Sam Houston | 1602 | 1465 | 88 | 47 | 93% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4354 | 4044 | 227 | 79 | 94% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## March 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 3 | 3 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 1 | 1 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 84 | 84 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 24 | 24 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 69 | 63 | 5 | 1 | 92% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 183 | 177 | 5 | 1 | 97% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
## April 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 47 | 43 | 4 | 0 | 91% |
| Vance AFB | 55 | 55 | 0 | 0 | 100% |
| Tinker AFB | 97 | 93 | 2 | 2 | 97% |
| Sheppard AFB | 119 | 113 | 5 | 1 | 95% |
| Dyess AFB | 44 | 43 | 1 | 0 | 98% |
| Altus AFB | 225 | 208 | 17 | 0 | 92% |
| Randolph AFB | 33 | 28 | 3 | 2 | 88% |
| Laughlin AFB | 8 | 8 | 0 | 0 | 100% |
| Cannon AFB | 138 | 91 | 47 | 0 | 66% |
| Holloman AFB | 108 | 99 | 8 | 1 | 92% |
| Kelly AFB | 5 | 5 | 0 | 0 | 100% |
| Brooks AFB | 8 | 8 | 0 | 0 | 100% |
| Naval Hospital CC | 36 | 36 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1368 | 1256 | 94 | 18 | 92% |
| Reynolds - Ft. Sill | 435 | 407 | 18 | 10 | 95% |
| Ft. Huachuca | 114 | 103 | 8 | 3 | 92% |
| Wm. Bmnt. - Ft. Bliss | 469 | 397 | 54 | 18 | 87% |
| BAMC - Ft. Sam Houston | 1757 | 1551 | 147 | 59 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 5066 | 4544 | 408 | 114 | 91% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region

# Lone Star Region - Med/Surg
## April 98 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 2 | 2 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 16 | 12 | 4 | 0 | 75% |
| Holloman AFB | 1 | 1 | 0 | 0 | 100% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 71 | 71 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 28 | 23 | 4 | 1 | 84% |
| Wm. Bmnt. - Ft. Bliss | 1 | 1 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 13 | 13 | 0 | 0 | 100% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 135 | 126 | 8 | 1 | 94% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region

April 21, 1998

Ms. Helen Connor
Defense Support Center Philadelphia
2800 South 20th Street
Philadelphia, Pennsylvania 19145

Dear Ms. Connor;

In response to your letter, dated February 12, 1998, to the DAPA holders we were inundated with phone calls. Many vendors who seemed uninterested in the past came forward offering information. A few have made phone contact but have failed to provide documents. Due to monthly DAPA changes our list had grown. Coupled by the fact that several of the DAPA holders names are listed differently than the name we commercially recognize or have merged.

As of today we lack information for 127 DAPA holders. Please let someone know that it is also difficult to contact a DAPA holder when a phone number, fax number or point-of-contact is not listed. Such as Health Care Information Corp where all three are missing; or Allegiance where the 800 number "is no longer in service".

Enclosed is a five page listing of vendors which remain unestablished. The columns are labeled:

| | |
|---|---|
| Name | DAPA Holder |
| Account No. | This is the vendor code assigned by United Medical |
| Packet | Refers to a seven page packet which requests information necessary in establishing their account. |
| Insurance | Certificate of Liability Insurance |
| Price List | DAPA / Commercial Price List |
| Notes | Any special notations for this vendor |

If a vendor is lacking information on file the column is marked with an "X". We will continue to work on this listing. If you require any further information from us please feel free to call, 817-294-5510 or 800-494-9399.

Sincerely,

Gloria Salgado
POC Lone Star Region