| Name | Account No. | Packet | Insurance | Price List | Notes |
|---|---|---|---|---|---|
| Abtox | 37 | X | X | X | |
| Ace Surgical | 38 | | X | X | |
| Acrymed | 36 | X | X | X | |
| American Apparel | 227 | X | X | X | |
| American Biomed | 391 | | X | X | |
| Anesthesia Med Specialties | 437 | X | X | X | Will Send Insurance When An Order is Sent |
| Arledge Electronics | 473 | X | X | X | |
| Astromick | 512 | X | X | X | |
| Astral Limited | 551 | X | X | X | |
| Automated Med Products Corp | 563 | X | X | X | |
| Avecor Cardiovascular Inc. | 678 | X | X | X | |
| BCA/Biopool International | 680 | X | X | X | |
| BCI International | 755 | X | X | X | |
| Benjamin Med & Dental Supplies | 774 | X | X | X | |
| Berchtold Corp | 773 | X | X | X | |
| Berkley Med Resources | 809 | X | X | X | |
| Bio Medix | 890 | | X | | |
| Bosma Industries For The Blind | 969 | X | X | X | |
| Brasler USA | 975 | X | X | X | |
| Breg Inc | 999 | X | X | X | |
| CSX Corp | 1284 | X | X | X | Requested Cancellation |
| Cenna International Corp | 1287 | X | X | X | |
| Churchhill Med Systems | 1396 | X | X | X | |
| Corning Costar Corp | 1667 | X | X | X | |
| Critical Specialties | 1717 | X | X | X | |
| Cross Country Paper Products | 1722 | X | X | X | |
| Komet Medical | 3675 | X | X | X | |
| Custom Healthcare Systems | 1756 | X | X | X | |
| Cutting Edge Technologies | 1760 | X | X | X | |

April '98

| Name | Account No. | Packet | Insurance | Price List | Notes |
|---|---|---|---|---|---|
| DC Med Equip & Supply | 1771 | X | X | X | |
| Delta Med Supply Co | 1858 | X | X | X | |
| Delta Med Systems Inc | 1859 | X | X | X | |
| Dial Medical of Pennsylvania | 1943 | X | X | X | |
| Diapers R-Us Inc | 1945 | X | X | X | |
| Dipro Diagnostic Products | 1971 | X | X | X | |
| Distribution Services | 1976 | X | X | X | |
| Dove Medical | 2021 | X | X | X | |
| DTS Inc | 2036 | X | X | X | |
| Dynasplint Systems | 2074 | X | X | X | |
| Ear - Clear | 2105 | X | X | X | |
| Enterprise Medical | 2267 | X | X | X | |
| Equip For Independence Inc. | 2268 | X | X | X | |
| Expanding Medical Technology | 2331 | X | X | X | |
| Express Medical Supply | 2329 | X | X | X | |
| Fipicon Inc. | 2450 | X | X | X | |
| Frederick Lee Inc | 2574 | X | X | X | |
| Gentell Inc. | 2736 | X | X | X | |
| Global Medical Supply International | 2793 | X | | X | |
| Govenent Scientific Source | 2851 | X | X | X | |
| Healthcare Information Corp | 3058 | X | X | X | |
| Hill Rom Ind | 3132 | X | X | X | |
| Howard Medical Co | 3263 | X | X | X | |
| Howmedica Inc | 3266 | X | X | X | |
| Hydro Chemical Co. Healthcare | 3309 | X | X | X | |
| I-Flow Corp | 3321 | X | X | X | |
| ICP Medical | 3329 | X | X | X | |
| Integra Life Sciences Surg Prod | 3377 | X | X | X | |
| Integrated Healthcare Plus | 3378 | X | X | X | |

| Name | Account No. | Packet | Insurance | Price List | Notes |
|---|---|---|---|---|---|
| IVP Design & Development, Inc. | 3419 | X | X | X | |
| Janel Surgical Instrument Co., Inc. | 3438 | X | X | X | |
| Kareco International, Inc. | 3558 | X | X | X | |
| Kerma Medical Products, Inc. | 3614 | X | X | X | |
| Kleen Test Prod | 3661 | | X | X | |
| Krasity's Medical And Surgical Supply | 3736 | X | X | X | |
| Laserscope | 3844 | X | X | X | |
| Lee & Kay Corp | 3893 | | X | | Does Not Have & Will Not Get Insurance. |
| Lever Brothers Company | 3926 | X | X | X | Requested Cancellation |
| Life-Tech Inc. | 3956 | X | X | X | |
| Medical Place Inc. | 4325 | X | X | X | |
| Mag Health Products | 4074 | X | X | X | |
| Marcelo Inc | 4151 | X | X | X | |
| Marquette Electronics Capitol | | X | X | X | |
| Marquette Medical Inc. | | X | X | | |
| Martell Medical Products, Inc. | 4188 | X | X | X | |
| Medical Products | 4334 | | X | X | |
| Medical Supply System | 4328 | X | X | X | |
| MG Scientific, Inc. | 4414 | X | X | X | |
| MHMS Corp | 4415 | X | X | X | |
| Micromedics, Inc. | 4436 | X | X | X | |
| Microtek Medical, Inc. | 4431 | | X | X | |
| MTM Health Products Limited | | X | X | X | |
| National Industries For The Blind | 4689 | X | X | X | |
| National Medical Care | 4692 | X | X | X | |
| Needless Away Capitol Equipment | 4713 | X | X | X | |
| NISH | 4689 | X | X | X | |
| Northeast Packaging Corporation | 4764 | X | X | X | |
| Oral Health USA, Inc. | 4827 | X | X | X | |

| Name | Account No. | Packet | Insurance | Price List | Notes |
|---|---|---|---|---|---|
| Orthopedic Systems, Inc. | 4846 | X | X | X | |
| P.R.N. Medical Supply Inc. | 5233 | | X | X | |
| Pacific Criticare, Inc. | 4882 | X | X | X | |
| Phoenix Medical Technology, Inc. | 5073 | X | X | X | |
| Picker International, Inc. | 5094 | X | X | X | |
| Precision Laboratory Plastics | 5793 | X | X | X | |
| Pro-Med Pharmaceutical Supply | 5259 | X | X | X | |
| Quality Biological, Inc. | 5288 | X | X | X | |
| Rad-Mart Corp | 5304 | X | X | X | |
| Regal Rich Trading LLC | 5356 | X | X | X | |
| Richard Allen Medical | 5417 | X | X | X | |
| Richard's Medical Equipment | 5419 | | X | X | |
| Romain Inc. | 5514 | X | X | X | |
| Sepha Pharmaceuticals Ltd | 5789 | X | X | X | |
| Service For Science & Industry | 5799 | X | X | X | |
| Seven C's Inc. | 5793 | X | X | X | |
| Shields Medical Marketing | 5818 | | X | X | |
| Sierra Laboratories, Inc. | 5834 | X | X | X | |
| Smith Orthopedics | 5936 | X | X | X | |
| SMS Inc | | X | X | X | |
| SOQ Enviromental Technology | 5942 | X | X | X | |
| Southeast Medical Inc. | 5948 | X | | X | |
| Sunshine Products, Inc. | 6136 | X | X | X | |
| The Sewing Source | 5794 | X | X | X | |
| Trinity Technologies | 6432 | X | X | X | |
| TSM Durable Med Equip & Supply | | X | X | X | |
| V-Tech, Inc. | 6605 | X | X | X | |
| Valmed Company | 6602 | X | X | X | |
| Visitec Company | 6691 | X | X | X | |

April '98

| Name | Account No. | Packet | Insurance | Price List | Notes |
|---|---|---|---|---|---|
| Venisect Inc | 6662 | X | X | X | |
| W.L. Gore & Associates | 6713 | X | X | X | |
| Walk On Air | 6714 | X | X | X | |
| Waterstone Medical, Inc. | 6752 | X | X | | |
| Westmed, Inc | 6815 | X | X | X | |
| Willson Safety Products | 6867 | X | X | X | Requested Cancellation |
| World Class Technologies, Inc. | 6931 | X | X | X | |
| Yorketown Optical Company | 6968 | X | X | X | |
| Zane Products | 6990 | X | X | X | |