# Lone Star Region - Med/Surg
## May 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 59 | 57 | 2 | 0 | 97% |
| Vance AFB | 75 | 67 | 7 | 1 | 90% |
| Tinker AFB | 166 | 155 | 8 | 3 | 94% |
| Sheppard AFB | 83 | 79 | 1 | 3 | 97% |
| Dyess AFB | 58 | 55 | 3 | 0 | 95% |
| Altus AFB | 134 | 131 | 3 | 0 | 98% |
| Randolph AFB | 22 | 21 | 1 | 0 | 95% |
| Laughlin AFB | 14 | 13 | 0 | 1 | 96% |
| Cannon AFB | 95 | 77 | 8 | 10 | 86% |
| Holloman AFB | 38 | 36 | 2 | 0 | 95% |
| Kelly AFB | 23 | 23 | 0 | 0 | 100% |
| Brooks AFB | 7 | 7 | 0 | 0 | 100% |
| Naval Hospital CC | 21 | 21 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1193 | 1115 | 61 | 17 | 94% |
| Reynolds - Ft. Sill | 584 | 536 | 32 | 16 | 93% |
| Ft. Huachuca | 19 | 19 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 500 | 440 | 37 | 23 | 90% |
| BAMC - Ft. Sam Houston | 1581 | 1404 | 110 | 67 | 91% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4672 | 4256 | 275 | 141 | 93% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
## May 98 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 8 | 8 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 2 | 2 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | 1 | 1 | 0 | 0 | 100% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 60 | 60 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 1 | 1 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 12 | 10 | 2 | 0 | 83% |
| BAMC - Ft. Sam Houston | 13 | 12 | 0 | 1 | 96% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 99 | 96 | 2 | 1 | 97% |

This report is Confidential and was developed by United Support Services exclusively for customers of United Medical Supply Company, Inc. Medical Surgical Prime Vendor Lone Star Region

# Lone Star Region - Med/Surg
## June 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 55 | 47 | 8 | 0 | 85% |
| Vance AFB | 75 | 68 | 7 | 0 | 91% |
| Tinker AFB | 205 | 194 | 7 | 4 | 96% |
| Sheppard AFB | 97 | 95 | 1 | 1 | 98% |
| Dyess AFB | 64 | 63 | 1 | 0 | 98% |
| Altus AFB | 199 | 178 | 19 | 2 | 90% |
| Randolph AFB | 43 | 35 | 6 | 2 | 84% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 148 | 112 | 33 | 3 | 77% |
| Holloman AFB | 57 | 49 | 7 | 1 | 87% |
| Kelly AFB | 0 | 0 | 0 | 0 | 0% |
| Brooks AFB | 10 | 10 | 0 | 0 | 100% |
| Naval Hospital CC | 17 | 15 | 1 | 1 | 91% |
| Darnall - Ft. Hood | 1220 | 1140 | 60 | 20 | 94% |
| Reynolds - Ft. Sill | 481 | 436 | 33 | 12 | 92% |
| Ft. Huachuca | 58 | 51 | 6 | 1 | 89% |
| Wm. Bmnt. - Ft. Bliss | 255 | 194 | 45 | 16 | 79% |
| BAMC - Ft. Sam Houston | 1529 | 1335 | 144 | 50 | 89% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4519 | 4028 | 378 | 113 | 90% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region.

## Lone Star Region - Med/Surg
## June 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 19 | 19 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 1 | 1 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 3 | 3 | 0 | 0 | 100% |
| Cannon AFB | 20 | 17 | 3 | 0 | 85% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 47 | 47 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | 4 | 4 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 16 | 14 | 2 | 0 | 88% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 110 | 105 | 5 | 0 | 95% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
## July 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 52 | 41 | 11 | 0 | 79% |
| Vance AFB | 78 | 74 | 3 | 1 | 96% |
| Tinker AFB | 239 | 223 | 13 | 3 | 94% |
| Sheppard AFB | 95 | 90 | 3 | 2 | 96% |
| Dyess AFB | 58 | 54 | 4 | 0 | 93% |
| Altus AFB | 207 | 193 | 6 | 8 | 95% |
| Randolph AFB | 29 | 24 | 3 | 2 | 86% |
| Laughlin AFB | 11 | 11 | 0 | 0 | 100% |
| Cannon AFB | 57 | 41 | 15 | 1 | 73% |
| Holloman AFB | 104 | 80 | 22 | 2 | 78% |
| Kelly AFB | 0 | 0 | 0 | 0 | 0% |
| Brooks AFB | 10 | 10 | 0 | 0 | 100% |
| Naval Hospital CC | 25 | 25 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1295 | 1204 | 70 | 21 | 94% |
| Reynolds - Ft. Sill | 384 | 336 | 42 | 6 | 88% |
| Ft. Huachuca | 98 | 87 | 10 | 1 | 89% |
| Wm. Bmnt. - Ft. Bliss | 394 | 298 | 65 | 31 | 80% |
| BAMC - Ft. Sam Houston | 1739 | 1512 | 162 | 65 | 89% |
| AFMLO / Ft. Worth, Texas | 26 | 24 | 1 | 1 | 94% |
| **Total** | 4901 | 4327 | 430 | 144 | 90% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region

## Lone Star Region - Med/Surg
## July 98 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 6 | 6 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 3 | 2 | 0 | 1 | 83% |
| Cannon AFB | 7 | 7 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 85 | 85 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 3 | 3 | 0 | 0 | 100% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 5 | 2 | 3 | 0 | 40% |
| Wm. Bmnt. - Ft. Bliss | 4 | 4 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 11 | 11 | 0 | 0 | 100% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 124 | 120 | 3 | 1 | 97% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region.

## Lone Star Region - Med/Surg
## August 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 50 | 46 | 4 | 0 | 92% |
| Vance AFB | 76 | 74 | 2 | 0 | 97% |
| Tinker AFB | 211 | 185 | 21 | 5 | 89% |
| Sheppard AFB | 88 | 81 | 7 | 0 | 92% |
| Dyess AFB | 51 | 51 | 0 | 0 | 100% |
| Altus AFB | 194 | 186 | 7 | 1 | 96% |
| Randolph AFB | 20 | 18 | 1 | 1 | 93% |
| Laughlin AFB | 8 | 8 | 0 | 0 | 100% |
| Cannon AFB | 39 | 39 | 0 | 0 | 100% |
| Holloman AFB | 57 | 52 | 5 | 0 | 91% |
| Kelly AFB | 0 | 0 | 0 | 0 | 0% |
| Brooks AFB | 11 | 11 | 0 | 0 | 100% |
| Naval Hospital CC | 11 | 11 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1206 | 1131 | 59 | 16 | 94% |
| Reynolds - Ft. Sill | 425 | 370 | 42 | 13 | 89% |
| Ft. Huachuca | 67 | 64 | 1 | 2 | 97% |
| Wm. Bmnt. - Ft. Bliss | 472 | 358 | 86 | 28 | 79% |
| BAMC - Ft. Sam Houston | 1694 | 1492 | 148 | 54 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4680 | 4177 | 383 | 120 | 91% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region

# Lone Star Region - Med/Surg
# August 98 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 7 | 7 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 3 | 3 | 0 | 0 | 100% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 129 | 126 | 1 | 2 | 98% |
| Darnall - Ft. Hood | 10 | 10 | 0 | 0 | 100% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 3 | 3 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 5 | 3 | 2 | 0 | 60% |
| BAMC - Ft. Sam Houston | 9 | 9 | 0 | 0 | 100% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 166 | 161 | 3 | 2 | 98% |

This report is Confidential and was developed by United Support Services exclusively for
United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor
Lone Star Region.