# Lone Star Region - Med/Surg
## September 98 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 41 | 41 | 0 | 0 | 100% |
| Vance AFB | 54 | 54 | 0 | 0 | 100% |
| Tinker AFB | 388 | 301 | 73 | 14 | 79% |
| Sheppard AFB | 99 | 94 | 5 | 0 | 95% |
| Dyess AFB | 49 | 41 | 6 | 2 | 86% |
| Altus AFB | 226 | 216 | 9 | 1 | 96% |
| Randolph AFB | 29 | 24 | 5 | 0 | 83% |
| Laughlin AFB | 11 | 11 | 0 | 0 | 100% |
| Cannon AFB | 74 | 59 | 11 | 4 | 82% |
| Holloman AFB | 105 | 86 | 18 | 1 | 82% |
| Kelly AFB | 0 | 0 | 0 | 0 | 0% |
| Brooks AFB | 19 | 19 | 0 | 0 | 100% |
| Naval Hospital CC | 15 | 14 | 1 | 0 | 93% |
| Darnall - Ft. Hood | 1219 | 1073 | 120 | 26 | 89% |
| Reynolds - Ft. Sill | 355 | 321 | 24 | 10 | 92% |
| Ft. Huachuca | 116 | 105 | 9 | 2 | 91% |
| Wm. Bmnt. - Ft. Bliss | 490 | 395 | 73 | 22 | 83% |
| BAMC - Ft. Sam Houston | 1689 | 1426 | 183 | 80 | 87% |
| AFMLO / Ft. Worth, Texas | 15 | 15 | 0 | 0 | 0% |
| **Total** | 4994 | 4295 | 537 | 162 | 88% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region.

# Lone Star Region - Med/Surg
# September 98 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 4 | 4 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 7 | 7 | 0 | 0 | 100% |
| Randolph AFB | 4 | 4 | 0 | 0 | 100% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 74 | 70 | 4 | 0 | 95% |
| Darnall - Ft. Hood | 7 | 7 | 0 | 0 | 100% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 1 | 1 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 5 | 3 | 2 | 0 | 60% |
| BAMC - Ft. Sam Houston | 136 | 81 | 47 | 8 | 63% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 244 | 183 | 53 | 8 | 77% |

This report is Confidential and was developed by United Support Services exclusively for United Medical Supply Company, Inc. Medical/ Surgical Prime Vendor Lone Star Region

# Lone Star Region - Med/Surg
# October 98 Fill Rate Report

### Just-In-Time

| Facility | Lines | Completely | | Partially | Fill |
|---|---|---|---|---|---|
| Name | Ordered | Filled | Unfilled | Filled | Rate |
| Goodfellow AFB | 71 | 64 | 6 | 1 | 91% |
| Vance AFB | 63 | 63 | 0 | 0 | 100% |
| Tinker AFB | 124 | 103 | 18 | 3 | 84% |
| Sheppard AFB | 126 | 103 | 22 | 1 | 82% |
| Dyess AFB | 58 | 50 | 8 | 0 | 86% |
| Altus AFB | 245 | 215 | 30 | 0 | 88% |
| Randolph AFB | 29 | 23 | 6 | 0 | 79% |
| Laughlin AFB | 14 | 14 | 0 | 0 | 100% |
| Cannon AFB | 35 | 22 | 12 | 1 | 64% |
| Holloman AFB | 139 | 111 | 25 | 3 | 81% |
| Kelly AFB | 0 | 0 | 0 | 0 | 0% |
| Brooks AFB | 8 | 8 | 0 | 0 | 100% |
| Naval Hospital CC | 7 | 7 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1073 | 994 | 44 | 35 | 94% |
| Reynolds - Ft. Sill | 360 | 327 | 22 | 11 | 92% |
| Ft. Huachuca | 176 | 148 | 20 | 8 | 86% |
| Wm. Bmnt. - Ft. Bliss | 509 | 427 | 58 | 24 | 86% |
| BAMC - Ft. Sam Houston | 1545 | 1363 | 136 | 46 | 90% |
| AFMLO / Ft. Worth, Texas | 15 | 15 | 0 | 0 | 100% |
| **Total** | 4597 | 4057 | 407 | 133 | 90% |

Rec'd from UM 11/20/98

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## October 98 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 10 | 9 | 0 | 1 | 95% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 8 | 8 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 9 | 9 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 33 | 33 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 103 | 86 | 17 | 0 | 83% |
| Wm. Bmnt. - Ft. Bliss | 41 | 30 | 9 | 2 | 76% |
| BAMC - Ft. Sam Houston | 31 | 29 | 1 | 1 | 95% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 235 | 204 | 27 | 4 | 88% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## November 98 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 77 | 71 | 6 | 0 | 92% |
| Vance AFB | 99 | 96 | 2 | 1 | 97% |
| Tinker AFB | 212 | 182 | 27 | 3 | 87% |
| Sheppard AFB | 95 | 90 | 3 | 2 | 96% |
| Dyess AFB | 41 | 38 | 3 | 0 | 93% |
| Altus AFB | 192 | 174 | 16 | 2 | 91% |
| Randolph AFB | 26 | 24 | 1 | 1 | 94% |
| Laughlin AFB | 8 | 8 | 0 | 0 | 100% |
| Cannon AFB | 41 | 31 | 8 | 2 | 78% |
| Holloman AFB | 82 | 71 | 11 | 0 | 87% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 14 | 14 | 0 | 0 | 100% |
| Naval Hospital CC | 14 | 13 | 0 | 1 | 96% |
| Darnall - Ft. Hood | 1071 | 970 | 79 | 22 | 92% |
| Reynolds - Ft. Sill | 365 | 329 | 25 | 11 | 92% |
| Ft. Huachuca | 117 | 99 | 14 | 4 | 86% |
| Wm. Bmnt. - Ft. Bliss | 548 | 419 | 97 | 32 | 79% |
| BAMC - Ft. Sam Houston | 1907 | 1670 | 161 | 76 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4909 | 4299 | 453 | 157 | 89% |

Report rec'd from United Medical 1/6/99

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## November 98 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 2 | 2 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 27 | 15 | 12 | 0 | 56% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 43 | 42 | 1 | 0 | 98% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 12 | 10 | 2 | 0 | 83% |
| Wm. Bmnt. - Ft. Bliss | 1 | 1 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 33 | 32 | 1 | 0 | 97% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 118 | 102 | 16 | 0 | 86% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
# December 98 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 65 | 61 | 3 | 1 | 95% |
| Vance AFB | 98 | 98 | 0 | 0 | 100% |
| Tinker AFB | 171 | 161 | 7 | 3 | 95% |
| Sheppard AFB | 127 | 99 | 25 | 3 | 79% |
| Dyess AFB | 65 | 57 | 7 | 1 | 88% |
| Altus AFB | 181 | 164 | 17 | 0 | 91% |
| Randolph AFB | 20 | 20 | 0 | 0 | 100% |
| Laughlin AFB | 7 | 7 | 0 | 0 | 100% |
| Cannon AFB | 75 | 38 | 32 | 5 | 54% |
| Holloman AFB | 127 | 102 | 23 | 2 | 81% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 5 | 5 | 0 | 0 | 100% |
| Naval Hospital CC | 13 | 13 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1059 | 946 | 82 | 31 | 91% |
| Reynolds - Ft. Sill | 374 | 330 | 26 | 18 | 91% |
| Ft. Huachuca | 100 | 85 | 10 | 5 | 88% |
| Wm. Bmnt. - Ft. Bliss | 748 | 587 | 106 | 55 | 82% |
| BAMC - Ft. Sam Houston | 1498 | 1328 | 134 | 36 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4733 | 4101 | 472 | 160 | 88% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## December 98 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 1 | 0 | 0 | 1 | 50% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 15 | 15 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 82 | 82 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 10 | 9 | 1 | 0 | 90% |
| Wm. Bmnt. - Ft. Bliss | 11 | 8 | 3 | 0 | 73% |
| BAMC - Ft. Sam Houston | 51 | 48 | 3 | 0 | 94% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 170 | 162 | 7 | 1 | 96% |