**Kennedy, Donna**

**From:** Kennedy, Donna
**Sent:** Friday, January 22, 1999 9:44 AM
**To:** 'oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil'
**Subject:** RE: PRIME VENDOR UPDATE #3

Thank you for the update. Either Anthony Amendolia or myself will get back to you regarding your below e-mail.

Donna M. Kennedy
e-mail: dkennedy@dscp.dla.mil
Phone: 215-737-7075
FAX: 215-737-2081/8144

Spoke to Anthony he is reviewing the document and will then contact BAMC to discuss their concerns. DMK 1/26/99

-----Original Message-----
From: oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil [mailto:oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil]
Sent: Wednesday, January 20, 1999 11:47 AM
To: paa3018@exmail.dscp.dla.mil; dkennedy@dpsc.dla.mil; maj_grace_uzomba_at_medcen1__wbamc@medcom2.smtplink.amedd.army.mil; melvin_hicks_at_meddac1__fthuach@medcom2.smtplink.amedd.army.mil
Subject: PRIME VENDOR UPDATE #3

MCHM-LOG-MA 19 JANUARY 1999

MEMORANDUM THRU MAJ UZOMBA, Chief, Materiel Branch, WBAMC

FOR Commander DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St. Philadelphia, PA 19145

SUBJECT: Prime Vendor Performance Update #3, United Medical Supply

1. December 1998, Problems:

a. UP23 - JIT- 11% FILL RATE
18 LINES REQUESTED - 2 LINES FILLED - 16 LINES NOT FILLED

b. UP21 - JIT- 52% FILL RATE
43 LINES REQUESTED - 19 LINES FILLED - 17 NOT FILLED - 7 PARTIALS

c. UP28 - JIT - 64% FILL RATE
35 REQUESTED - 21 FILLED - 11 NOT FILLED - 3 PARTIALS

d. UP30 - JIT - 37% FILL RATE
37 REQUESTED - 13 FILLED - 22 NOT FILLED- 2 PARTIALS

e. UP36 - JIT - 47% FILL RATE
19 REQUESTED - 9 FILLED - 10 NOT FILLED

f. UP38 - JIT - 42% FILL RATE
21 REQUESTED - 7 FILLED - 12 NOT FILLED - 2 PARTIALS

g. COPIES OF THE TAMMIS "MULTI LINE RECEIPT WORKSHEET AND MY DECEMBER 1998 FILL RATE REPORT WILL BE FAXED TO YOU.

2. Joe Velasquez informed me that the United Medical Distribution Center, El Paso receives one truckload of supplies per week.

3. During the Christmas Holidays, Ft. Worth was hit by an "Ice Storm". Zero fills increased immediately as demonstrated by call UP23. It seems the lack of one delivery caused too many zero's. Either supply levels at the El Paso Distribution Center are inadequate or one truckload per week is not sufficient to fill WBAMC's requirements.

4. The Prime Vendor Med/Surg contract SP0200-97-D-7133, lists a group of "FEATURES" that the Prime Vendor committed to for the Lone Star region. I've listed some of the "FEATURES", followed by United Medical's actual performance after 18 months at WBAMC.

FEATURE - UNITED MEDICAL MINIMUM FILL
JIT - 95%
EDO - 95%

ACTUAL FILL RATE
JIT - 68%
EDO - 65%

FEATURE - Electronic confirmations will be received within two hours.

ACTUAL - Electronic confirmations have not been received within two hours, they're received that afternoon or the next day. Regardless, the confirmation information is incorrect or incomplete. United Medical manually confirms each line then FAX's the results to Materiel Branch daily.

FEATURE - United Medical is required to notify all ordering facilities of manufacturer backorders as soon as they become aware of them and provide an estimated date for resumption of supply. In addition, United Medical is required to work with you to identify available substitute DAPA items.

ACTUAL - United Medical has never notified Materiel Branch of backorders as reflected in my monthly fill rate reports. United Medical does not work with the item managers to identify available substitutes. We do not receive an estimated date for resumption of supply and the item managers often order backordered items on their Government credit card.

FEATURE - Every item appearing on DAPA must be available to order through United Medical.

ACTUAL - Every item on DAPA has not been available to order through United Medical.

FEATURE - United Medical must make all DAPA items, for which you have provided usage data, available within 30 days.

ACTUAL - United Medical is very slow in establishing relationships with DAPA holders. All DAPA items that Materiel Branch provides usage data for are not available within 30 days.

5. Contract SP0200-97-D-7133, Section C (Statement of Work) states

United Medical's "MINIMUM PERFORMANCE REQUIREMENTS". The Prime Vendor shall meet the following "MINIMUM PERFORMANCE REQUIREMENTS" for each ordering facility.

o Maintain a minimum of 95% monthly fill rate for each ordering facility for Just-in-Time.

o Within 30 days of getting usage data from the ordering facilities, the Prime Vendor will have the items available for ordering.

o The Prime Vendor shall notify each ordering facility of any manufacturer backordered items which its usage reports indicate it orders.

o The Prime Vendor shall submit recommendations or requests for substitute products directly to the COR or ordering facility.

6. In November 1997 at the IPR, Major Uzomba and myself presented DSCP with information identifying the following issues:

a. Conversions - Average conversion time in November 1997, 2 months.

b. Fill Rates - Fill rate average in November 1997, 50%.

c. Confirmations - Electronic confirmations in November 1997 were unavailable. PV Rep had to review each line and provide availability quantities manually.

d. Establishing relationships with DAPA holders - In November 1997, 5 months into the contract, United Medical had not established relationships with the following DAPA holders:

1. Acute Biomedical
2. D.C. Med Olympic
3. District Healthcare
4. Medical Supply Sys
5. Metro Medical
6. MG Scientific
7. Pacific Myers
8. Southern Safety.

e. Prime Vendor's lack of stock - In November 1997 PV carried approximately 50% of the Materiel Branch stock. The El Paso Distribution Center opened in October 1997 4 months after United became PV. Inventory levels were very low and support from Ft. Worth mediocre.

7. In November 1997, at the IPR, we asked for a quick and marked improvement in the PV performance. Although we've seen improvements in stock levels, deliveries and good response to emergency orders, we still have some of the same issues. Fill rates are still below 95%, confirmations are still manual, we still do not receive backorder information, we still do not have recommendations for substitutions and United still has difficulties establishing relationships with DAPA holders.

Oscar A. Molinar
Prime Vendor, COR

MCXJ-LO-MAT 11 February 1999

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St, Philadelphia, PA 19145

SUBJECT: Prime Vendor Report #1, United Medical Supply

1. Reference CC Mail message from William Beaumont Army Medical Center (MCHM-LOG-MA), dated 20 January 1999, Subject: Prime Vendor Performance Update #3, United Medical Supply.

2. Problems being experienced at Ft. Huachuca with United Medical Supply are similar to those cited in reference. Major areas of concern are listed in the following paragraphs.

3. Fill rate reports distributed by the Prime Vendor often differ considerably from our records. In some cases, this could be due to the criteria the PV uses to compute data, but in many cases appears to be a real discrepancy. An example is the December 1998 report. A comparison of the United Medical report with local data is as follows:

a. The United Medical report for JIT orders cites 100 lines ordered, with 85 lines filled, 5 lines partially filled and 10 lines unfilled with a percentage of fill at 88%. For EDO, United Medical cites 10 lines ordered with 9 lines filled and one line unfilled with a percentage of fill at 90%. No drop ship or emergency orders were processed during the period.

b. For JIT orders, our records show the following:

Total lines ordered - 109

Lines unfilled - 15

Lines partially filled - 5

Lines received wrong item - 1

c. For EDO, our records show the following:

Total lines ordered - 39

Lines filled in the allotted time (10 days) - 17

MCXJ-LO-MAT (11 February 1999)
SUBJECT: Prime Vendor Report #1, United Medical Supply

Lines filled in over the allotted time - 14

Lines partially filled - 1

Lines remaining open (unfilled) as of 28 January - 7

d. For the JIT orders, if you count as completed the lines that were filled completely and correctly, the fill rate comes to just under 81% and for EDO, if you count as completed the lines that were filled completely in the allotted time, the fill rate comes out at just under 44%.

4. Generally speaking, the main problems Ft Huachuca is having with Prime Vendor, in order of importance, are as follows:

a. Extended Delivery Orders (EDO) - Almost half of the EDO's we place with Prime Vendor take more than the allotted time to fill. If they are let go, it often takes 20 to 30 days, sometimes longer to receive the item. This could well be caused by the inability of United Medical to establish accounts with DAPA holders that was cited in the WBAMC report. We have advised United Medical that from this point on, EDO's that go unfilled for over 20 days will be cancelled, and if it happens a second time, we will go to another supply source permanently.

b. Lack of Status on Open Requisitions - When we call United Medical to get status on open EDO's, we are normally told they will check them out and call us back. The call back rarely takes place, and we many times have to call several times to receive status on one item.

c. Service Representative Visits - Visits by the United Medical service representative have been few and far between since the beginning of the contract. The time between visits has averaged at three to four months. Most recently, we had a visit from him on 22 January and the one previous to that was sometime last June. When he does visit, most of his time is spent getting us status on outstanding requisitions - something they should be doing all the time from the other end.

d. Availability of DAPA Products - As cited in the WBAMC report, it is often difficult to obtain a DAPA item from a company for which United Medical does not already have an account. In these cases it takes an excessive amount of time to get the account going and get a line of acquisition set up. There should be an easier way to do it.

e. Invoicing Incomplete Orders - We receive calls from DSCP on a regular basis asking for document numbers and dollar amounts for United Medical call numbers. When we investigate, we routinely find that a majority of the call numbers in question are still open because the entire order has not been received. United Medical should be instructed not to send an invoice to DSCP until the order is completed in its entirety and closed out.

f. We are also experiencing some of the other problems cited in the WBAMC report, with somewhat less impact because of the size of our facility. These include the delay in electronic confirmations, lack of information on manufacturer backorders and lack of recommendations on substitutes for items not available.

4. In summary, we are having the most success with the JIT orders, although at times it takes longer than the allotted 30 days to get the stock set up in their warehouse. The major problems now are the EDO's, getting help from the Customer Assistance Representative and getting lines of supply set up for new items or items from new companies. It is understood that there are "growing pains" associated with any new operation, but it would seem that we have reached a point where not much further progress is being made.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133