# Lone Star Region - Med/Surg
## February 99 Fill Rate Report

Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 79 | 65 | 14 | 0 | 82% |
| Vance AFB | 96 | 96 | 0 | 0 | 100% |
| Tinker AFB | 189 | 153 | 33 | 3 | 82% |
| Sheppard AFB | 199 | 171 | 26 | 2 | 86% |
| Dyess AFB | 77 | 74 | 3 | 0 | 96% |
| Altus AFB | 209 | 199 | 8 | 2 | 96% |
| Randolph AFB | 29 | 29 | 0 | 0 | 100% |
| Laughlin AFB | 7 | 7 | 0 | 0 | 100% |
| Cannon AFB | 59 | 50 | 9 | 0 | 85% |
| Holloman AFB | 112 | 99 | 10 | 3 | 90% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 5 | 5 | 0 | 0 | 100% |
| Naval Hospital CC | 18 | 18 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1086 | 1010 | 54 | 22 | 94% |
| Reynolds - Ft. Sill | 400 | 351 | 39 | 10 | 89% |
| Ft. Huachuca | 94 | 83 | 8 | 3 | 90% |
| Wm. Bmnt. - Ft. Bliss | 677 | 557 | 79 | 41 | 85% |
| BAMC - Ft. Sam Houston | 1655 | 1425 | 209 | 21 | 87% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4991 | 4392 | 492 | 107 | 89% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# February 99 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | 1 | 1 | 0 | 0 | 100% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 2 | 2 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | 3 | 3 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 60 | 60 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 6 | 6 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 87 | 84 | 3 | 0 | 97% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 159 | 156 | 3 | 0 | 98% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# March 99 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 120 | 100 | 19 | 1 | 84% |
| Vance AFB | 134 | 133 | 1 | 0 | 99% |
| Tinker AFB | 285 | 230 | 52 | 3 | 81% |
| Sheppard AFB | 213 | 184 | 25 | 4 | 87% |
| Dyess AFB | 70 | 69 | 1 | 0 | 99% |
| Altus AFB | 158 | 144 | 13 | 1 | 91% |
| Randolph AFB | 35 | 29 | 4 | 2 | 86% |
| Laughlin AFB | 14 | 13 | 0 | 1 | 96% |
| Cannon AFB | 70 | 54 | 11 | 5 | 81% |
| Holloman AFB | 85 | 67 | 18 | 0 | 79% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 12 | 12 | 0 | 0 | 100% |
| Naval Hospital CC | 6 | 5 | 0 | 1 | 92% |
| Darnall - Ft. Hood | 1172 | 1090 | 58 | 24 | 94% |
| Reynolds - Ft. Sill | 439 | 403 | 22 | 14 | 93% |
| Ft. Huachuca | 119 | 102 | 13 | 4 | 87% |
| Wm. Bmnt. - Ft. Bliss | 926 | 709 | 164 | 53 | 79% |
| BAMC - Ft. Sam Houston | 2224 | 1978 | 172 | 74 | 91% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 6082 | 5322 | 573 | 187 | 89% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# March 99 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 21 | 21 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 1 | 1 | 0 | 0 | 100% |
| Randolph AFB | 1 | 1 | 0 | 0 | 100% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | 1 | 1 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 1 | 1 | 0 | 0 | 100% |
| Naval Hospital CC | 99 | 89 | 9 | 1 | 90% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 2 | 2 | 0 | 0 | 100% |
| Ft. Huachuca | 1 | 1 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 2 | 1 | 1 | 0 | 50% |
| BAMC - Ft. Sam Houston | 94 | 88 | 4 | 2 | 95% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 225 | 208 | 14 | 3 | 93% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

**Kennedy, Donna**

**om:** Kennedy, Donna
**ent:** Thursday, April 08, 1999 7:52 AM
**o:** 'oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil'
**Cc:** Amendolia, Anthony; Flatley, Linda; Jennings, James
**Subject:** RE: PRIME VENDOR UPDATE #4

Oscar,

Referencing your below e-mail and the Multi-Line Receipt Worksheet that you FAXED to me on 3/29/99.

Order Number: JIT UR61: Of the 12 line items zero-filled, 5 line items were not identified as usage data items according to the United Medical Usage Data Report; 1 line item (UMS#) was not found in the UDR (most likely this number was replaced by another UMS#). The remaining 6 line items zero-filled were identified as usage data items according to the United Medical Usage Data Report and should have been filled with the ordered quantity.

Of the 3 line items partially filled, 1 line item was not identified as an usage data item; 1 line item (UMS#) was not found in the UDR (most likely this number was replaced by another UMS#). The remaining line item partially filled was identified as an usage data item according to the United Medical Usage Data Report and should have been shipped with the ordered quantity.

Order Number: JIT UR63: Of the 6 line items zero-filled, 1 line item was not identified as an usage data item according to the United Medical Usage Data Report. The remaining 5 line items zero-filled were identified as usage data items according to the United Medical Usage Data Report and should have been filled with the ordered quantity with the exception of line items #1 (commitment qty is 3 cases) and #3 (commitment qty is 16 pgs). These line items were ordered above the commitment quantities.

ler Number: JIT UR69: Of the 4 line items zero-filled, 1 line item was not identified as an usage data item according he United Medical Usage Data Report; 2 line items (UMS#) was not found in the UDR (most likely this number was eplaced by another UMS#). The remaining line item was identified as an usage data item according to the United Medical Usage Data Report and should have been shipped with the ordered quantity.

Order Number: JIT UR70: Of the 7 line items zero-filled, 1 line item was not identified as an usage data item according to the United Medical Usage Data Report. The remaining 6 line items were identified as usage data items according to the United Medical Usage Data Report and should have been shipped with the ordered quantity with the exception of line item #4 (commitment qty is 9 cases). This line item was ordered above the commitment quantity.

Of the 3 line items partially filled, all 3 line items were identified as usage data items according to the United Medical Usage Data Report and should have been shipped with the ordered quantity.

In addition to this e-mail, I'm FAXING back to you the Multi-Line Receipt Worksheet with my notes showing the items that United Medical doesn't show as usage data item; items that may have the wrong UMS# and the items that should have been filled. You need to contact United Medical for the items that they don't consider usage data items so they can correct their report. In addition, you need to request new UMS#s from United Medical for the items that don't have a good UMS#. I will contact United Medical regarding the zero-fills and partial fills that should have been filled by United Medical. I'm also checking with United Medical regarding backorder information.

If you have any questions please contact me.

Donna M. Kennedy
e-mail: dkennedy@dscp.dla.mil
Phone: 215-737-7075
FAX: 215-737-8144

-----Original Message-----
From: oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil

[mailto:oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil]
Sent: Tuesday, March 30, 1999 10:36 AM
To: dkennedy@dpsc.dla.mil; paa3018@exmail.dscp.dla.mil;
aj_grace_uzomba_at_medcen1__wbamc@medcom2.smtplink.amedd.army.mil;
.elvin_hicks_at_meddac1__fthuach@medcom2.smtplink.amedd.army.mil
Subject: PRIME VENDOR UPDATE #4

MCHM-LOG-MA 29 March 99

MEMORANDUM THRU MAJ UZOMBA, Chief, Materiel Branch, WBAMC

FOR Commander DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 S. 20th St. Philadelphia, PA 19145

SUBJECT: Prime Vendor Performance Update #4, United Medical Supply

1. PROBLEMS

a. Fill Rates FY99:

OCT 98
JIT - 67%
EDO - 41%

NOV 98
JIT - 74%
EDO - 95%

DEC 98
JIT - 68%
EDO - 66%

JAN 99
JIT - 72%
EDO - 78%

FEB 99
JIT - 81%
EDO - 68%

b. PRIME VENDOR ZERO FILLS

UR61 - JIT - (placed Thursday, 25 Mar 99)
Lines ordered - 23
Lines received complete - 8
Lines received partial - 3
Lines not filled - 12
Fill rate - 41%

UR63 - JIT - (placed Thursday, 25 Mar 99)
Lines ordered - 6
Lines received complete - 0
Lines received partial - 0
Lines not filled - 6
Fill rate - 0%

UR69 - JIT - (placed Friday, 26 Mar 99)
Lines ordered - 19
Lines received complete - 15

Lines received partial - 0
Lines not filled - 4
Fill rate - 79%

UR70 - JIT (placed Friday, 26 Mar 99)
Lines ordered - 15
Lines received complete - 5
Lines received partial - 3
Lines not filled - 7
Fill rate - 53%

c. BACKORDERS - Backorder information has not been available from United since June 1997

d. AVAILABILITY DATES/STATUS on zero fills has been sparse. It was not available on orders UR61, UR63, UR69 or UR70

NOTE: Copies of the Multi-Line Worksheet has been FAXED to you

2. EFFECT on Materiel Branch

a. Total zero fills from United Medical in two days - 29

b. Total zero balances at Materiel Branch increased 58% from 23 zero balances to 40 in two days, product was not available for issue

c. Item Managers were forced to purchase the following JIT items with their IMPAC card

UR61 - 6515009154141 - Mask Trach Adult

UR61 - 6515011039996 - Needle Hypo 22ga

UR70 - 6515007540406 - Syringe Hypo 5ml

UR70 - 6515007542836 - Needle Hypo 20ga

NOTE: The Item Managers are purchasing JIT items on their credit card, paying open market prices, shipping charges and increasing the month end credit card summary reconciliation process.

Oscar A. Molinar
Prime Vendor COR