Original

WILLIAM BEAUMONT ARMY MEDICAL CENTER

RZS-S77

Multi-Line Receipt Worksheet by Document Number
09:41
26/03/99
(9084)

Page:

RIC: JIT
Call Number: UR61

13

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location | No | Handwritten notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H695-7-10 | CS | ∅ 4 | UMS0302655 | W45PEA | 90839157 | YUMITM | BOOT COVER SZ 7-12 150 | 116.09 | ~~UMITM~~ D2313B | | Commitment qty 6 cases DOLR - 12/21/98 |
| H311-0-00 | BX | 5 | UMSu121750 | W45PEA | 90849011 | YA0703 | COMFEEL PLUS 4X4 5'S | ~~16.43~~ 13.90 | ~~A0703C4~~ D0710E | | 2001-08; Lot 97194.76 Comfeel Plus |
| 6505-01-386-9046 | CS | ∅ 6 | UMS0326015 | W45PEA | 90849014 | YD2411 | WATER FOR INJ 12S | 8.04 | D2411A | | Commitment qty 32 cases DOLR - 12/11/98 |
| 6510-00-582-7993 | BX | 6 | UMS0300010 | W45PEA | 90849021 | YUMITM | BANDAGE 5YDX3" 12S | 5.93 | ~~UMITM~~ D3118A | | |
| 6532-00-079-7902 | BX | 12 | UMS0177985 | W45PEA | 90849025 | YUMITM | SLIPPERS L 8-10 12'S | 12.49 | ~~UMITM~~ D3106B | | |
| 6515-00-400-3401 | BX | 1 | UMS0107980 | W45PEA | 90849030 | YUMITM | CATHETER URETH 12FR 12 | ~~38.04~~ 40.85 | ~~UMITM~~ D1413B | | |
| 6532-01-313-6255 | CS | ∅ 3 | UMM0405775 | W45PEA | 90849031 | YUMITM | DIAPER ADULTS 72'S | 28.76 | ~~UMITM~~ D3608A | | *NOT IDENTIFIED ON USAGE REPORT |
| 5-00-915-4141 | CS | ∅ 1 | UMS0050230 | W45PEA | 90849034 | YUMITM | MASK TRACH ADULT 50S | 58.18 | ~~UMITM~~ D2803B | | *NOT IDENTIFIED ON USAGE REPORT |
| H367-8-61 | CS | 1 4 | UMS0087670 | W45PEA | 90849042 | YD3903 | TUBE BLOOD 4ML 1000'S | 77.97 | D3903B | | May 00 exp; 9A920 Lot# Vacutainer *NOT IN UDR (UMS#) |
| 6510-00-926-8882 | BX | 30 ~~32~~ | UMS0299325 | W45PEA | 90849043 | YD1807 | ADHESIVE TAPE 1" 12'S | 7.00 | D1807A | | Commitment qty 50 bx - DOLR 2/23/99 |
| 6515-01-103-9996 | BX | ∅ 1 | UMS0084625 | W45PEA | 90849044 | YC0902 | NEEDLE HYPO 22GA 25S | 55.50 | C0902C | | Commitment qty 10 boxes DOLR - 11/5/98 |
| 6515-01-276-3132 | CS | ∅ 9 | UMS0940575 | W45PEA | 90849045 | YD2818 | TUBING SURGICAL 100' | 10.15 | D2818A | | *NOT IDENTIFIED ON USAGE REPORT |
| 6515-00-436-1881 | BX | 3 | UMS0405050 | W45PEA | 90849053 | YUMITM | SUTURE REMOVAL KIT50S | 27.85 | ~~UMITM~~ D2710B | | |
| 6515-01-233-1911 | BX | 2 | UMS0337495 | W45PEA | 90849054 | YUMITM | AIRWAY PHAR 90MM 30'S | 3.57 | ~~UMITM~~ D1708C | | |
| 6515-01-332-2119 | CS | ∅ 1 | UMS0330465 | W45PEA | 90849055 | YUMITM | STOPCOCK IV 3-WAY 50'S | 13.96 | ~~UMITM~~ D2713B | | Commitment qty 4 cs DOLR - 1/22/99 |
| 6515-01-354-9055 | CS | ∅ 3 | UMS0940460 | W45PEA | 90849056 | YUMITM | TUBE SUCTION 18FR 50S | 268.50 | ~~UMITM~~ D2708B | | *NOT IDENTIFIED ON USAGE REPORT |
| 988-82661-22 | CS | ∅ 1 | UMS0940450 | W45PEA | 90849057 | YUMITM | TUBE SURG SUC 14FR 50S | 268.50 | ~~UMITM~~ D3507A | | *NOT IDENTIFIED ON USAGE REPORT |
| HN25-0-00 | CS | ∅ 1 | UMS1227705 | W45PEA | 90849058 | YUMITM | OXISENSOR NEONATAL24'S | 472.47 | ~~UMITM~~ D3114B | | NOT IN UDR under UMS#235169 26 Mar 99 |

114

Expected

ORS INV

WILLIAM BEAUMONT ARMY MEDICAL CENTER

N: RZS-S77 Multi-Line Receipt Worksheet by Document Number Page:

09:41
25/03/99
(9084)

RIC: JIT
Call Number: UR61

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location | N |
|---|---|---|---|---|---|---|---|---|---|---|
| 6515-00-400-5465 | EA | (10) 29 | UMS0472335 | W45PEA | 90849059 | YUMITM | CATHETER ROB-NEL 14FR | 0.19 | ~~UMITM~~ D7414C | |
| | | | * NOT IDENTIFIED ON USAGE REPORT | | | | | | | |
| 6515-01-069-3666 | BX | ∅ 2 | UMS0068990 | W45PEA | 90849060 | YC0202 | NEEDLE ASPIRATION 100S | 28.00 | C0202C | |
| | | | commitment qty 6 cases DOLR - 5/29/98 | | | | | | | |
| 6515-01-156-2419 | BX | ∅ 1 | UMS0084630 | W45PEA | 90849061 | YC0103 | NEEDLE HYPO 20GA 25'S | 28.17 | C0103B | |
| | | | commitment qty 8 boxes DOLR - 8/31/98 | | | | | | | |
| 6515-01-324-4676 | BX | (237) | UMS0708375 | W45PEA | 90849063 | YD3906 | GLOVE PWD/FREE LARG100 | 5.80 | D3906A | |
| H19M-M-TP | CS | (2) | UMS1158415 | W45PEA | 90849064 | YUMITM | PIN DISPENS ALARIS 100 | ~~150.45~~ 150.36 | ~~UMITM~~ MAKE LOC | |

Total Value of Dues-In $ 5061.74

ND OF REPORT

3/26/99

WILLIAM BEAUMONT ARMY MEDICAL CENTER

Page: 1

Multi-Line Receipt Worksheet by Document Number

09:59
25/03/99
(9084)

6

PCN: W25-577

RIC: JIT
Call Number: UA63

| L/I | Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 6505-01-330-6259 | CS | 4 | UMS0325810 | Ø | W45PEA | 90849072 | YD2405 | DEXT & SCC CHL INJ 12S | 4.98 | D2406A | #301092 |
| | commitment qty 3 cases - DOLR 2/26/99 | | | | | | | McGa | 4270/26120 | | | |
| 2. | 6510-00-058-4421 | CS | 7 | UMS0295490 | Ø | W45PEA | 90849073 | YUMITM | SPON SURG 2X2" 3000S | 61.08 | UMITM | |
| | commitment qty 360 TR - DOLR 2/15/99 | | | | | | | Kead | 3583/1806 | | | |
| 3. | 6510-00-111-0708 | PG | 16 | UMS0295200 | Ø | W45PEA | 90849074 | YUMITM | PAD NONADH 3X4 50'S | 6.35 | UMITM | |
| | commitment qty 12 Bx - DOLR 2/2/99 | | | | | | | Kead | 3583/1050 | | | |
| 4. | 6510-00-294-0003 | CS | 6 | UMS0296145 | Ø | W45PEA | 90849075 | YUMITM | SPONGE SURGS.75X6"500 | 115.46 | UMITM | |
| | commitment qty 8 cs - DOLR 2/17/99 | | | | | | | Kead | 3583/3085 | | | |
| 5. | 6530-01-245-3462 | CS | 1 | UMS0542305 | Ø | W45PEA | 90849077 | YUMITM | PAD PRESS 12'S EGG/CR | 50.26 | UMITM | |
| | * NOT IDENTIFIED ON USAGE REPORT | | | | | | | Bioc | 0805/11760 | | | |
| 6. | M335-3-00 | BX | 2 | UMS0121815 | Ø | W45PEA | 90849078 | YD1712 | COMFEEL RELIEF PD 5'S | 20.84 | D17120 | |
| | commitment qty 4 Bx - DOLR 12/17/98 | | | | | | | Colo | 1515/3353 | | | |

Total Value of Dues-In $ 1333.78

END OF REPORT

Notes

L/I 1. Ordered 4 cs - commitment qty is 3cs Received Ø.

L/I 3. Ordered 16 PG - commitment qty is 12bx. Received Ø.

WILLIAM BEAUMONT ARMY MEDICAL CENTER

: RZS-S77 ORGINAL

Multi-Line Receipt Worksheet by Document Number
08:52
26/03/99
(9085)

Page:

RIC: JIT
Call Number: UR69

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location | N |
|---|---|---|---|---|---|---|---|---|---|---|
| 6515-00-890-1541 | CS | ø 1 | UMS0752940 | W45PEA | 90849140 | YUMITM | CLAMP UMBILICAL 125S | 75.18 | ~~UMITM~~ D1406A | |
| *NOT IDENTIFIED ON USAGE REPORT. | | | | | | | | | | |
| 6510-00-142-8728 | CS | 1 | UMS0295240 | W45PEA | 90849144 | YUMITM | SPONGE SURG6.75X6"600 | ✓ 70.88 | ~~UMITM~~ D3615A | |
| H471-230-70 | CS | 3 | UMS0550030 | W45PEA | 90849146 | YUMITM | MASK SURG 300'S | ✓ 55.85 | ~~UMITM~~ D2510A | |
| 6510-00-935-5822 | BX | ø 1 | UMS0604230 | W45PEA | 90849152 | YUMITM | BANDAGE 4.5"X4YDS 10'S | 8.39 | ~~UMITM~~ D2412B | |
| *NOT IN UOR UNDER UMS# | | | | | | | | | | |
| 6510-00-935-5823 | BX | 10 | UMS1600700 | W45PEA | 90849154 | YUMITM | BANDAGE 6"X4.5 YDS 10S | ✓ 11.02 | ~~UMITM~~ D2410A | |
| 6530-01-036-7259 | CS | ø 1 | UMS0303100 | W45PEA | 90849161 | YUMITM | CYSTO PACK 12'S | 79.60 | ~~UMITM~~ D2410A | |
| *NOT IN UOR UNDER UMS# | | | | | | | | | | |
| H371-0-65 | CS | 1 | UMS0084945 | W45PEA | 90849170 | YD3513 | BRUSHES E-Z SCRUB 300S | ✓ 164.32 | D3513A | |
| 6505-01-331-8945 | CS | ø 14 | UMS0325990 | W45PEA | 90849176 | YUMITM | SODIUM CHLORIDE INJ24 | 18.84 | ~~UMITM~~ D2407A | |
| commitment qty 36 cases - DOLR 2/19/99 | | | | | | | | | | |
| 6532-01-327-4201 | CS | 1 | UMS0304030 | W45PEA | 90849178 | YUMITM | GOWN OPERATING LARGE32 | ✓ 200.55 | ~~UMITM~~ D2801A | |
| 6515-01-339-0628 | CS | 3 | UMS0008585 | W45PEA | 90849180 | YUMITM | ADMINISTRATION SET120 | ✓ 32.51 | ~~UMITM~~ C0202B | |
| H101-5-00 | BX | 4 | UMS0610710 (exp. 2-04, lot.-AL) | (3M) W45PEA | 90849184 | YD1808 | DRAPE STERI U 10'S | ✓ 81.26 | D1808B | |
| H853-6-00 | CS | 3 | UMS0444135 | W45PEA | 90849185 | YUMITM | CONTAINER SHARP 3GL 10 | ✓ 60.14 | ~~UMITM~~ D2405B | |
| 6510-00-926-8883 | BX | 14 | UMS0299330 | W45PEA | 90849191 | YD1806 | ADH TAPE SSURG 2" 6'S | ✓ 7.00 | D1806E | |
| 6515-00-719-7217 | BX | 11 | UMS0083745 | W45PEA | 90849192 | YC0401 | SYRINGE&NDL 25GA 100S | ✓ 6.20 | C0401A | |
| 6515-00-754-2834 | BX | 45 | UMS0083205 | W45PEA | 90849193 | YC0101 | NEEDLE HYPO 18GA 100S | ✓ 3.76 | C0101B | |
| 6515-01-289-9839 | BX | 2 | UMS0084025 | W45PEA | 90849194 | YC0701 | SYRINGE IRRIG 60ML 30 | ✓ 12.89 | C0701C | |
| 6515-01-332-4759 | BX | 7 | UMS1130395 (exp. 8-03, lot. 808058) | (B-D) W45PEA | 90849195 | YC0802 | CATH IV 20 GA 1 1/4 50 | ✓ 42.96 | C0802B | |
| 6530-01-030-6882 | CS | 1 | UMS0336120 | W45PEA | 90849196 | YD3210 | BOTTLE PERI 8 OZ 50'S | ~~21.50~~ 37.40 | D3210B | |

29 Mar 99
2087.63

OKINGO

WILLIAM BEAUMONT ARMY MEDICAL CENTER

.I: RZS-S77

Multi-Line Receipt Worksheet by Document Number
08:52
26/03/99
(9085)

Page:

RIC: JIT
Call Number: UR69

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location | Nc |
|---|---|---|---|---|---|---|---|---|---|---|
| H388-51-81 3D | BX | (4) 16 | UMS0088870 | W45PEA | 90849197 | YC0801 | CATH IV 18 GA 1 1/4 50 | 42.96 | LC0801B | |

*NOT IN UAR UNDER UMS#

3-29-99

Total Value of Dues-In $ 3098.08

END OF REPORT

ORGINAL

WILLIAM BEAUMONT ARMY MEDICAL CENTER

Multi-Line Receipt Worksheet by Document Number
09:49
26/03/99
(9085)

Page:

: RZS-S77

RIC: JIT
Call Number: UR70

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location | Not |
|---|---|---|---|---|---|---|---|---|---|---|
| 6505-01-330-8926 | CS | 15 | UMS0326390 (EXP.-1-02 BRAUN, LOT-J9A222) | W45PEA | 90859020 | YD2311 | SOD CHL IRR 1000ML16S | 7.70 | D2311A | |
| 6510-00-111-0708 | PG | 8 | UMS0295200 | W45PEA | 90859021 | YUMITM | PAD NONADH 3X4 50'S | 6.35 | ~~UMITM~~ D2310B | |
| 6510-01-156-2386 | PG | 5 | UMS0000480 (EXP. 2-04, LOT-C1, 3M) | W45PEA | 90859022 | YUMITM | BANDAGE ADHESIVE 10'S | 20.61 | ~~UMITM~~ D1710C | |
| 6530-01-047-9697 | BX | ~~76~~ (equates to 19 CSS @ 4bx @ 10ea) — commitment qty 9 CS - DOLR 3/3/99 | UMS0000005 | W45PEA | 90859024 | YD3618 | DRAPE SURG 17.265L10S | 16.66 | D36188 | |
| 6530-01-092-3914 | CS | 9 | UMS1183995 | W45PEA | 90859025 | YUMITM | PAPER SHEET EXAM 12S | 21.88 | ~~UMITM~~ D1710C | |
| 6530-01-153-6407 | CS | ~~1~~ commitment qty 2 CS - DOLR 9/26/98 | UMS0043025 | W45PEA | 90859026 | YUMITM | LAPAROSCOPY PACK 10S | 78.11 | ~~UMITM~~ D3615B | |
| H335-3-00 | BX | ~~1~~ commitment qty 4 Bx - DOLR 12/17/98 | UMS0121815 | W45PEA | 90859027 | Y1712D | COMFEEL RELIEF RD 5'S | 20.84 | D1712D | |
| 65-01-103-9996 | BX | ~~1~~ commitment qty 10 Bx - DOLR 11/5/98 | UMS0084625 | W45PEA | 90859029 | YC0902 | NEEDLE HYPO 22GA 25S | 55.50 | C0902C | |
| 6515-01-156-2419 | BX | ~~1~~ commitment qty 8 BX - DOLR 8/31/98 | UMS0084630 | W45PEA | 90859030 | YC0103 | NEEDLE HYPO 20GA 25'S | 28.17 | C0103B | |
| HN25-0-00 | CS | 1 | UMS1227705 | W45PEA | 90859031 | YUMITM | OXISENSOR NEONATAL24'S | 472.47 | ~~UMITM~~ D3114B | |
| 6515-00-754-0406 | BX | (4) 8 commitment qty 9 Bx - DOLR 12/21/98 | UMS0082885 | W45PEA | 90859035 | YC0203 | SYRINGE HYPO 5ML 100S | 8.22 | C0203A | |
| 6515-00-754-0412 | BX | (2) 9 commitment qty 15 Bx - DOLR - 3/2/99 | UMS0082890 | W45PEA | 90859036 | YC0701 | SYRINGE HYPO 10ML100S | 9.66 | C0701B | |
| 6515-00-754-2836 | BX | (4) 10 commitment qty 20 Box - DOLR 2/4/99 | UMS0083140 | W45PEA | 90859037 | YC0102 | NEEDLE HYPO 20GA 100S | 3.76 | C0102A | |
| H000-2-10 | CS | ~~2~~ *NOT IDENTIFIED ON USAGE REPORT | UMS0646405 | W45PEA | 90859038 | YUMITM | NEBULIZER W/RESER 50'S | 44.03 | ~~UMITM~~ D3114A | |
| 6515-01-229-2642 | CS | ~~2~~ commitment qty 2CS - DOLR 10/5/98 | UMS0084620 | W45PEA | 90859040 | YUMITM | NEEDLE SPINAL 25GA 100 | 112.98 | ~~UMITM~~ C0201C | |

3-29-99

Total Value of Dues-In $ 2891.84

ND OF REPORT

1005 98
9088UR70 99
2 appr

1005 98

**Kennedy, Donna**

**rom:** oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil
**nt:** Monday, April 26, 1999 2:00 PM
**o:** paa5314@exmail.dscp.dla.mil
**Subject:** Re[2]: I OWE YOU

Donna,

The information I owe you is on it's way. I apologize for not being able to put the information on an ADHOC report.

The items in question were all converted to Just in Time. United Medical should not have been out of stock. They should make an effort to notify us, on a monthly basis, of the items that are not moving.

The Materiel Branch item managers do not convert an item to Just In Time (JIT) until they submit a commitment form to United Medical, Joe Velasquez acknowledges receipt, United confirms relationship with the DAPA holder and we are assured that the item will be available in 30 days.

I was surprised to find so many items not identified on the United Medical usage report. Most are "bread and butter" recurring items with a good demand history that have been converted to JIT. Notice - UR61, item 6532013136255 Diaper Adult. Materiel Branch ordered 3 cases, United Medical had zero. The demand history shows that in January Materiel Branch ordered 5 cases, February 6 cases and March 8 cases.

Oscar

____________________ Reply Separator ____________________
Subject: RE: I OWE YOU
Author: "Kennedy Donna" <paa5314@exmail.dscp.dla.mil> at internet-mail
Date: 4/15/99 2:22 PM

Oscar,

Thank you for the update.

Donna M. Kennedy
e-mail: dkennedy@dscp.dla.mil
Phone: 215-737-7075
FAX: 215-737-8144

Original Message-----
rom: oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil [mailto:oscar_molinar_at_medcen5__wbamc@medcom2.smtplink.amedd.army.mil]
Sent: Thursday, April 15, 1999 1:45 PM

MCXJ-LO-MAT 16 April 1999

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St, Philadelphia, PA 19145

SUBJECT: Prime Vendor Report #2, United Medical Supply

1. Reference CC Mail message from William Beaumont Army Medical Center (MCHM-LOG-MA), dated 29 March 1999, Subject: Prime Vendor Performance Update #4, United Medical Supply.

2. Our major problems with United Medical continue to be with fill rates on the Extended Delivery Orders (EDO) and the time it takes to get an EDO order. Many orders are going far beyond the 10 days called for in the contract. During the month of March, we cancelled 3 EDO lines for non-receipt within 30 days and changed our source of supply on 2 items from United Medical to another source. Our EDO figures for March are as follows:

a. Total lines ordered - 39

b. Total lines received in the allotted time - 22

c. Lines received in over the allotted time - 3

d. Lines cancelled because of non-receipt - 3

e. Lines over 10 days old and still open - 11

3. We have recently experienced a decrease in fill rate for Just In Time (JIT) orders also. Just In Time figures for the month of March are as follows:

a. Total lines ordered - 172

b. Total lines received in the allotted time - 126

c. Lines not received - 32

d. Lines partially filled - 13

e. Lines incorrectly filled - 1 (Item received was past expiration date)

MCXJ-LO-MAT (16 April 1999)
SUBJECT: Prime Vendor Report #2, United Medical Supply

4. By our calculations, that places the fill rates at about 73% for JIT and 56% for EDO, but of course that is not counting the "outs" the contractor can bring to bear.

5. Other problems discussed in the last report continue about the same. Representative visits have improved somewhat - We received a visit in January and one in February. One was scheduled for March but was cancelled by the UM representative, and one has not yet been scheduled for April. There has been a marked decrease in calls received from DSCP about billing information on orders that are still open. We have only received one such call in the last month.

6. Point of contact is the undersigned at DSN 821-2070/5117 or commercial (520) 533-2070/5117.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133

**Kennedy, Donna**

**From:** melvin_hicks@HUACHUCA.SMTPLINK.AMEDD.ARMY.MIL
**Sent:** Tuesday, April 27, 1999 6:43 PM
**To:** paa3018@exmail.dscp.dla.mil; dkennedy@dpsc.dla.mil
**Cc:** oscar_molinar_at_medcen5__wbamc@smtplink.amedd.army.mil; cpt_kevin_conrad@HUACHUCA.SMTPLINK.AMEDD.ARMY.MIL; doil_ratliff_at_meddac1__fthuach@smtplink.amedd.army.mil
**Subject:** April Med/Surg Prime Vendor Update

This is kind of a between reports report, and I am sending it because in the last three weeks we have experienced a marked decrease in the fill rate for our Just In Time (JIT) orders. I have five of them in front of me ranging in time from the 9th to the 27th of April, with call numbers PL16, PL18, PL28, PL30 and PL33.

On the above five orders, we ordered a total of 51 lines of medical supplies, all of which have had usage data provided to United Medical. Of the 51 lines ordered, we received 23 lines as requested, we got partial fills on 4 lines and received nothing on the remaining 24 lines.

This amounts to a fill rate of about 45% not counting the partial fills and about 53% if you count the partial fills.

Needless to say, this is a long way from meeting the terms of the contract. In addition, it adversely impacts my ability to support the clinics at this facility and would be unacceptable to me for any supply source, let alone one that is under contract to provide a specified fill rate. I realize this represents only about 25% of the JIT orders we have processed in April, and some of the lines are the same item we have ordered more than once, but even so, it represents a significant downturn in the service we are getting.

When we ask United Medical why we are unable to get the items we order, we get responses like "The item is not available in Fort Worth" or "You didn't order any of these for two months, so it dropped out of our computer" and in one case, the reply was "Some one from your place called us last August and told us you weren't going to use these any more, so we discontinued them". When we asked for a name, they could not provide one.

When I am unable to get these items from the Prime Vendor, I must go to another source, because my need for it does not go away. After I have had to go to another source for something two or three times, my inclination is to stay with the source that can provide me the product. What you are likely to see, therefore, is a decline in the Prime Vendor purchases made by this facility unless there is some effort made by the Prime Vendor to improve the service they are providing.

As an aside, I received a call from DSCP this morning about three call numbers, PJ66, PJ69, and PH26. They asked me for the document number and total amount of the summary receipt. When I researched it I found the orders had not yet been filled, so apparently United Medical is still invoicing DSCP for orders that have not been completed.

Mel Hicks