# Lone Star Region - Med/Surg
# April 99 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 123 | 92 | 29 | 2 | 76% |
| Vance AFB | 145 | 142 | 2 | 1 | 98% |
| Tinker AFB | 195 | 167 | 27 | 1 | 86% |
| Sheppard AFB | 162 | 136 | 23 | 3 | 85% |
| Dyess AFB | 106 | 104 | 2 | 0 | 98% |
| Altus AFB | 184 | 180 | 4 | 0 | 98% |
| Randolph AFB | 36 | 28 | 8 | 0 | 78% |
| Laughlin AFB | 8 | 8 | 0 | 0 | 100% |
| Cannon AFB | 159 | 91 | 56 | 12 | 61% |
| Holloman AFB | 122 | 112 | 10 | 0 | 92% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 24 | 24 | 0 | 0 | 100% |
| Naval Hospital CC | 10 | 10 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1098 | 1022 | 44 | 32 | 95% |
| Reynolds - Ft. Sill | 488 | 427 | 52 | 9 | 88% |
| Ft. Huachuca | 112 | 95 | 11 | 6 | 88% |
| Wm. Bmnt. - Ft. Bliss | 1050 | 826 | 177 | 47 | 81% |
| BAMC - Ft. Sam Houston | 1748 | 1600 | 105 | 43 | 93% |
| AFMLO / Ft. Worth, Texas | 7 | 7 | 0 | 0 | 100% |
| **Total** | 5777 | 5071 | 550 | 156 | 89% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# April 99 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 18 | 17 | 1 | 0 | 94% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 4 | 4 | 0 | 0 | 100% |
| Cannon AFB | 1 | 1 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 1 | 1 | 0 | 0 | 100% |
| Naval Hospital CC | 87 | 84 | 3 | 0 | 97% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 7 | 7 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 1 | 1 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 108 | 104 | 4 | 0 | 96% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 227 | 219 | 8 | 0 | 96% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
## May 99 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 105 | 84 | 20 | 2 | 81% |
| Vance AFB | 106 | 99 | 6 | 1 | 94% |
| Tinker AFB | 228 | 205 | 18 | 5 | 91% |
| Sheppard AFB | 170 | 134 | 32 | 4 | 80% |
| Dyess AFB | 53 | 53 | 0 | 0 | 100% |
| Altus AFB | 98 | 93 | 5 | 0 | 95% |
| Randolph AFB | 39 | 36 | 2 | 1 | 94% |
| Laughlin AFB | 10 | 10 | 0 | 0 | 100% |
| Cannon AFB | 70 | 49 | 16 | 5 | 74% |
| Holloman AFB | 76 | 64 | 12 | 0 | 84% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 24 | 24 | 0 | 0 | 100% |
| Naval Hospital CC | 2 | 2 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 994 | 890 | 77 | 27 | 91% |
| Reynolds - Ft. Sill | 410 | 370 | 31 | 9 | 91% |
| Ft. Huachuca | 108 | 97 | 8 | 3 | 91% |
| Wm. Bmnt. - Ft. Bliss | 970 | 675 | 240 | 55 | 72% |
| BAMC - Ft. Sam Houston | 1783 | 1646 | 112 | 25 | 93% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 5246 | 4531 | 579 | 137 | 88% |

This report is Confidential and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# May 99 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 7 | 7 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyes AFB | | | | | 0% |
| Altus AFB | 1 | 1 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | 1 | 0 | 1 | 0 | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 79 | 78 | 1 | 0 | 99% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 2 | 2 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 128 | 126 | 1 | 1 | 99% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 220 | 216 | 3 | 1 | 98% |

This report is Confidential and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
## June 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 8 | 8 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | 1 | 1 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 101 | 98 | 3 | 0 | 97% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 3 | 2 | 1 | 0 | 67% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 208 | 194 | 13 | 1 | 94% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 323 | 305 | 17 | 1 | 95% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
## June 99 Fill Rate Report

**Drop Ship**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 1 | 1 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | 1 | 1 | 0 | 0 | 100% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | | | | | 0% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | | | | | 0% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 2 | 2 | 0 | 0 | 100% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

MCXJ-LO-MAT 11 June 1999

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St, Philadelphia, PA 19145

SUBJECT: Prime Vendor Report #3, United Medical Supply

1. I have done a mini-survey of orders over a two week period covering the last part of May and first part of June, which I think is representative of how the service is currently going. Over all, I would say it is about the same as it has been for the past few months. The figures for the JIT orders I looked at (Call Numbers PL56 through PL67) are as follows:

a. Total lines ordered - 65

b. Total lines received - 52

c. Lines partially filled - 2

d. Fill Rate - 80%

2. We have recently received something we had not experienced before. A JIT order (PL69) was sent yesterday for 3 items. Shortly after we sent it, United Medical called us on the phone and advised us all of the items on the order were taken out of stock and that we should resubmit the order as an Extended Delivery Order. These are items for which we have provided them usage data and that we have been ordering for some time. I would not think it would be their option to take something like that from stock and make at an EDO item.

3. My plan for the three items discussed above is to find another source of supply. My service from United Medical on EDO's has not improved any lately. I presently have open lines on 19 EDO requisitions, 12 of them, with 14 open lines have gone past the 10 day allotted time for EDO's. For Lowest Unit Sales orders, I have 6 orders with 9 open lines, all of which are past the 10 day allotted time.

4. Other issues from previous reports continue about the same. Our last customer assistance visit was the end of April, and they have not yet scheduled another one. I have received one call from DSCP in the past month asking for summary receipt information on orders that have not yet been closed out.