MCXJ-LO-MAT(11 June 1999)
SUBJECT: Prime Vendor Report #3, United Medical Supply

5. Point of contact is the undersigned at DSN 821-2070/5117 or commercial (520) 533-2070/5117.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133

# Lone Star Region - Med/Surg
# July 99 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 129 | 107 | 20 | 2 | 84% |
| Vance AFB | 121 | 119 | 2 | 0 | 98% |
| Tinker AFB | 241 | 190 | 45 | 6 | 80% |
| Sheppard AFB | 141 | 114 | 20 | 7 | 83% |
| Dyess AFB | 54 | 53 | 0 | 1 | 99% |
| Altus AFB | 101 | 96 | 4 | 1 | 96% |
| Randolph AFB | 10 | 10 | 0 | 0 | 100% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 44 | 24 | 20 | 0 | 55% |
| Holloman AFB | 83 | 61 | 21 | 1 | 74% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 29 | 24 | 5 | 0 | 83% |
| Naval Hospital CC | 4 | 4 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 768 | 723 | 32 | 13 | 95% |
| Reynolds - Ft. Sill | 446 | 345 | 75 | 26 | 80% |
| Ft. Huachuca | 48 | 42 | 5 | 1 | 89% |
| Wm. Bmnt. - Ft. Bliss | 570 | 434 | 115 | 21 | 78% |
| BAMC - Ft. Sam Houston | 1660 | 1510 | 105 | 45 | 92% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0 |
| **Total** | 4455 | 3862 | 469 | 124 | 88% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
## July 99 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 3 | 3 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 7 | 7 | 0 | 0 | 100% |
| Cannon AFB | 34 | 22 | 12 | 0 | 65% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 5 | 4 | 1 | 0 | 80% |
| Naval Hospital CC | 90 | 89 | 1 | 0 | 99% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 4 | 3 | 1 | 0 | 75% |
| Wm. Bmnt. - Ft. Bliss | 2 | 2 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 91 | 90 | 1 | 0 | 99% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 236 | 220 | 16 | 0 | 93% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
## August 99 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 128 | 101 | 26 | 1 | 79% |
| Vance AFB | 128 | 118 | 10 | 0 | 92% |
| Tinker AFB | 194 | 156 | 34 | 4 | 81% |
| Sheppard AFB | 214 | 121 | 84 | 9 | 59% |
| Dyess AFB | 65 | 64 | 1 | 0 | 98% |
| Altus AFB | 184 | 141 | 38 | 5 | 78% |
| Randolph AFB | 25 | 24 | 0 | 1 | 98% |
| Laughlin AFB | 17 | 17 | 0 | 0 | 100% |
| Cannon AFB | 89 | 54 | 34 | 1 | 61% |
| Holloman AFB | 60 | 59 | 1 | 0 | 98% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 41 | 35 | 5 | 1 | 87% |
| Naval Hospital CC | 12 | 12 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 894 | 813 | 65 | 16 | 92% |
| Reynolds - Ft. Sill | 370 | 325 | 35 | 10 | 89% |
| Ft. Huachuca | 56 | 50 | 4 | 2 | 91% |
| Wm. Bmnt. - Ft. Bliss | 697 | 544 | 120 | 33 | 80% |
| BAMC - Ft. Sam Houston | 1808 | 1637 | 113 | 58 | 92% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0 |
| **Total** | 4982 | 4271 | 570 | 141 | 87% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## August 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 4 | 4 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 1 | 0 | 0 | 1 | 50% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 42 | 42 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 2 | 2 | | | 0% |
| Ft. Huachuca | 5 | 3 | 2 | 0 | 60% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 68 | 67 | 1 | 0 | 99% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 123 | 119 | 3 | 1 | 97% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# September 99 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 96 | 79 | 16 | 1 | 83% |
| Vance AFB | 81 | 80 | 1 | 0 | 99% |
| Tinker AFB | 381 | 227 | 140 | 14 | 61% |
| Sheppard AFB | 193 | 151 | 38 | 4 | 79% |
| Dyess AFB | 77 | 69 | 3 | 5 | 93% |
| Altus AFB | 67 | 54 | 13 | 0 | 81% |
| Randolph AFB | 39 | 35 | 0 | 4 | 95% |
| Laughlin AFB | 8 | 8 | 0 | 0 | 100% |
| Cannon AFB | 52 | 34 | 14 | 4 | 69% |
| Holloman AFB | 46 | 46 | 0 | 0 | 100% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | 36 | 34 | 2 | 0 | 94% |
| Naval Hospital CC | 1 | 1 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 909 | 788 | 82 | 39 | 89% |
| Reynolds - Ft. Sill | 383 | 338 | 39 | 6 | 89% |
| Ft. Huachuca | 148 | 108 | 30 | 10 | 76% |
| Wm. Bmnt. - Ft. Bliss | 880 | 628 | 184 | 68 | 75% |
| BAMC - Ft. Sam Houston | 1884 | 1710 | 127 | 47 | 92% |
| AFMLO / Ft. Worth, Texas | 22 | 22 | 0 | 0 | 100% |
| **Total** | 5303 | 4412 | 689 | 202 | 85% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# September 99 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 2 | 2 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kelly AFB | | | CLOSED | | |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 42 | 42 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 4 | 2 | 1 | 1 | 63% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 109 | 101 | 7 | 1 | 93% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 158 | 148 | 8 | 2 | 94% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## October 99 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 76 | 66 | 9 | 1 | 88% |
| Vance AFB | 52 | 51 | 1 | 0 | 98% |
| Tinker AFB | 120 | 95 | 20 | 5 | 81% |
| Sheppard AFB | 154 | 137 | 12 | 5 | 91% |
| Dyess AFB | 62 | 54 | 7 | 1 | 88% |
| Altus AFB | 69 | 69 | 0 | 0 | 100% |
| Randolph AFB | 14 | 13 | 1 | 0 | 93% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 59 | 32 | 25 | 2 | 56% |
| Holloman AFB | 79 | 79 | 0 | 0 | 100% |
| Kirkland AFB | 30 | 25 | 1 | 4 | 90% |
| Brooks AFB | 14 | 14 | 0 | 0 | 100% |
| Naval Hospital CC | 23 | 23 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 784 | 732 | 44 | 8 | 94% |
| Reynolds - Ft. Sill | 403 | 326 | 67 | 10 | 82% |
| Ft. Huachuca | 149 | 114 | 26 | 9 | 80% |
| Wm. Bmnt. - Ft. Bliss | 836 | 606 | 181 | 49 | 75% |
| BAMC - Ft. Sam Houston | 1586 | 1401 | 125 | 60 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4516 | 3843 | 519 | 154 | 87% |

Copy given to D. DiOrio on 12/7/99

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

Rec'd 12/6/99

# Lone Star Region - Med/Surg
# October 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 9 | 8 | 0 | 1 | 94% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 2 | 2 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | 1 | 1 | 0 | 0 | 100% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 25 | 25 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | 61 | 58 | 2 | 1 | 96% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 101 | 97 | 2 | 2 | 97% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# November 99 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 70 | 61 | 9 | 0 | 87% |
| Vance AFB | 79 | 78 | 1 | 0 | 99% |
| Tinker AFB | 269 | 198 | 67 | 4 | 74% |
| Sheppard AFB | 83 | 79 | 4 | 0 | 95% |
| Dyess AFB | 42 | 39 | 1 | 2 | 95% |
| Altus AFB | 88 | 87 | 1 | 0 | 99% |
| Randolph AFB | 25 | 22 | 3 | 0 | 88% |
| Laughlin AFB | 4 | 4 | 0 | 0 | 100% |
| Cannon AFB | 60 | 36 | 15 | 9 | 68% |
| Holloman AFB | 65 | 65 | 0 | 0 | 100% |
| Kirkland AFB | 30 | 27 | 3 | 0 | 90% |
| Brooks AFB | 16 | 16 | 0 | 0 | 100% |
| Naval Hospital CC | 14 | 14 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 829 | 759 | 57 | 13 | 92% |
| Reynolds - Ft. Sill | 374 | 335 | 37 | 1 | 90% |
| Ft. Huachuca | 49 | 46 | 1 | 2 | 96% |
| Wm. Bmnt. - Ft. Bliss | 570 | 466 | 73 | 31 | 84% |
| BAMC - Ft. Sam Houston | 1490 | 1403 | 51 | 36 | 95% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4157 | 3735 | 323 | 98 | 91% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

## Lone Star Region - Med/Surg
## November 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate | |
|---|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% | |
| Vance AFB | | | | | 0% | |
| Tinker AFB | 1 | 1 | 0 | 0 | 100% | * |
| Sheppard AFB | | | | | 0% | |
| Dyess AFB | | | | | 0% | |
| Altus AFB | | | | | 0% | |
| Randolph AFB | 1 | 1 | 0 | 0 | 100% | * |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% | * |
| Cannon AFB | 19 | 4 | 15 | 0 | 21% | |
| Holloman AFB | | | | | 0% | |
| Kirkland AFB | | | | | 0% | |
| Brooks AFB | 1 | 1 | 0 | 0 | 100% | * |
| Naval Hospital CC | 75 | 75 | 0 | 0 | 100% | * |
| Darnall - Ft. Hood | | | | | 0% | |
| Reynolds - Ft. Sill | | | | | 0% | |
| Ft. Huachuca | 1 | 1 | 0 | 0 | 0% | * |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% | |
| BAMC - Ft. Sam Houston | 46 | 44 | 1 | 1 | 97% | * |
| AFMLO / Ft. Worth, Texas | | | | | 0% | |
| **Total** | 145 | 128 | 16 | 1 | 89% | |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

## Lone Star Region - Med/Surg
## December 99 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | 1 | 1 | 0 | 0 | 100% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | 2 | 2 | 0 | 0 | 100% |
| Laughlin AFB | 4 | 4 | 0 | 0 | 100% |
| Cannon AFB | 2 | 2 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 66 | 65 | 1 | 0 | 98% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 3 | 2 | 1 | 0 | 0% |
| Wm. Bmnt. - Ft. Bliss | 9 | 9 | 0 | 0 | 100% |
| BAMC - Ft. Sam Houston | 101 | 95 | 6 | 0 | 94% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 188 | 180 | 8 | 0 | 96% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

**Lone Star Region - Med/Surg**
**December 99 Fill Rate Report**

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 117 | 100 | 15 | 2 | 86% |
| Vance AFB | 111 | 108 | 3 | 0 | 97% |
| Tinker AFB | 288 | 194 | 91 | 3 | 68% |
| Sheppard AFB | 222 | 188 | 29 | 5 | 86% |
| Dyess AFB | 78 | 73 | 5 | 0 | 94% |
| Altus AFB | 107 | 94 | 12 | 1 | 88% |
| Randolph AFB | 19 | 16 | 3 | 0 | 84% |
| Laughlin AFB | 5 | 5 | 0 | 0 | 100% |
| Cannon AFB | 104 | 54 | 45 | 5 | 54% |
| Holloman AFB | 25 | 25 | 0 | 0 | 100% |
| Kirkland AFB | 11 | 9 | 2 | 0 | 82% |
| Brooks AFB | 18 | 18 | 0 | 0 | 100% |
| Naval Hospital CC | 1 | 1 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 769 | 704 | 50 | 15 | 93% |
| Reynolds - Ft. Sill | 372 | 332 | 33 | 7 | 90% |
| Ft. Huachuca | 75 | 63 | 8 | 4 | 87% |
| Wm. Bmnt. - Ft. Bliss | 655 | 495 | 120 | 40 | 79% |
| BAMC - Ft. Sam Houston | 1298 | 1178 | 88 | 32 | 92% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4275 | 3657 | 504 | 114 | 87% |

This report is Confidential and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.