# UNITED MEDICAL SUPPLY COMPANY, INC.

5117 NORTHEAST PARKWAY
FORT WORTH, TEXAS 76106

WILLIAM P. BANDY
President and Chief Executive Officer

TELEPHONE: (817) 654-2022
FACSIMILE: (817) 625-9721

## FAX TRANSMITTAL COVER SHEET

DATE: 12-6-99 FAX NO. (215) 737-8144

TIME SENT: ________ __.m.

PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: Donna Kennedy

FROM: WILLIAM P. BANDY
UNITED MEDICAL SUPPLY COMPANY, INC.

RE: DAPA Holder Agreements

MESSAGE: Donna – We are still having problems contacting some of these – Also there are contractual and insurance issues that protect your facilities and UMS – Regards, Bill

TOTAL NUMBER OF PAGES TRANSMITTED: 6 (INCLUDING COVER SHEET)

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U. S. POSTAL SERVICE.

NOTE: IF ANY PAGES ARE NOT RECEIVED OR ANY PAGE IS NOT LEGIBLE, PLEASE CALL WILLIAM P. BANDY OR VICKI BENNETT AT (817) 654-2022 AS SOON AS POSSIBLE.

✓ ORIGINAL WILL NOT FOLLOW

__ ORIGINAL WILL FOLLOW VIA:
- __ REGULAR MAIL
- __ OVERNIGHT DELIVERY
- __ HAND DELIVERY
- __ OTHER

DAPA Accts NOT SET UP AS OF 11-29-99

0075 ADVANCED MEDICAL SYSTEMS INC
0078 ADVANCED MEDITECH INT'L
0170 ALLERDERM LAB
0204 ALTO DEVELOPMENT
0215 AMCARE
0391 ANESTHESIA MEDICAL
0413 APOTHECUS PHARMACEUTICAL CORP
0414 APPLIED MEDICAL *DAPA* ?
0473 ARTRONICK
0551 AUTOMATED MEDICAL
0563 AVID MEDICAL INC
0774 BERCHOLD CORP
0808 BIO MED SCIENCES
0816 BIO-PLEXUS INC
0848 BLOOM CARE INC
0890 BOSMA IND
0975 BREG INC
1148 CALIGOR MID-ATLANTIC
1274 CASE MEDICAL INC
1287 CENNA INT'L
1396 CHURCHILL MEDICAL
1541 COLUMBIA SURGICAL *DAPA* ?
1548 COMMITTEE FOR PURCHASE *DAPA* ?
1635 CONTRACT SEWING SYSTEMS INC
1667 CORNING CO. STAR
1748 CRYSTAL MARK DDS INC
1752 CURRIE MEDICAL SPECIALTIES INC
1771 DC MEDICAL EQUIP
1858 DELTA MEDICAL SUPPLY

1859 DELTA MEDICAL SYSTEM
1943 DIAL MEDICAL
1976 DISTRIBUTION SERVICE
2025 DORNOCH MED SYSTEMS
2103 EAGLE GROUP
2105 EAR CLEAR
2109 EAST WEST ASSOC *DAPA* ?
2150 EHOB
2219 EMET (EMERGENCY MEDICAL ED & TECH SYSTEM INC)
2267 ENTERPRISE MEDICAL
2329 EXPRESS MEDICAL
2450 FLIPICON INC
2513 FOREST MEDICAL
2766 GIGA *DAPA* ?
2768 GILLIS ASSOCIATED IND
2800 GOFF-CHEM INC (IN process)
2819 GMH INT'L
2937 GULDEN R.O & CO
2943 GWR MEDICAL LLP
2988 HAMMILL INT'L *DAPA* ?
3088 HELY & WEBER
3132 HILL-ROM IND.
3309 HYDROL CHEMICAL
3321 IFLOW CORP
3349 IMAGING SCIENCES INT'L
3354 INNERDYNE INC
3357 INNERSPACE
3377 INTEGRA LIFE SCIENCES
3451 JEZZI CORP

| | | |
|---|---|---|
| 3557 | KAZ INC | * HAVE A CALL IN TO THEM. CLOSED FOR HOLIDAYS. |
| 3558 | KARECO INT'L | |
| 3614 | KERMA MEDICAL | |
| 3730 | KRESS USA CORP | |
| 3758 | LABSOURCE INC | |
| 3774 | LABORATORY SKIN CARE | |
| 3884 | LASERSCOPE | |
| 3895 | LEE SURGICAL SALES | |
| 3956 | LIFE-TECH | |
| 4009 | LONDON INT'L | *DAPA* ? |
| 4080 | MAGNUM MEDICAL | |
| 4136 | MAQUET CORP | |
| 4151 | MARCELO | |
| 4188 | MARTELL MEDICAL | |
| 4281 | MED-ELECTRONICS INC | *DAPA* ? |
| 4283 | MED-COMP INC/3-CI | |
| 4284 | MED-GENESIS INC | *DAPA* ? |
| 4325 | MEDICAL PLACE INC | (In process) |
| 4339 | MEDICAL WAREHOUSE | *DAPA* ? |
| 4359 | MEDICAL SPECIALTIES INC | |
| 4361 | MEDTEK DIAGNOSTICS | |
| 4415 | MHMS | |
| 4421 | MICROAIRE SURG INSTRUMENTS | |
| 4439 | MICRO-SCIENTIFIC | |
| 4528 | MOLDED PRODUCTS | |
| 4628 | NATIONAL INSTITUTE FOR THE BLIND | NIB |
| 4692 | NATIONAL MEDICAL CARE | |
| 4694 | NATIONAL INSTITUTE FOR THE SEVERELY HANDICAPPED | NISH |
| 4713 | NEEDLES AWAY CAPITAL EQUIP | |

4744 NORTH AMERICAN RESCUE *DAPA* ?
4766 NORTHFIELD MEDICAL
4768 NORTH GATE TECHNOLOGIES INC
4857 ORTHOSIS CORRECTIVE SYSTEMS
4882 PACIFIC CRITICARE
4952 PEACHTREE INDUSTRIES INC
5023 PHOENIX MEDICAL TECH
5170 POUCH SUPPORT SYSTEM
5224 PRE-PAK PRODUCTS INC
5233 PRN MEDICAL SUPPLY
5236 PRINCETON MEDICAL GROUP INC
5257 PRO MEDIX
5288 QUALITY BIOLOGICAL INC
5356 REGAL RICH TRADING
5385 REPLACEMENT PARTS IND
5390 RESPITECH MEDICAL INC *DAPA* ?
5571 RYE MEDICAL
5584 SAFE HANDS *DAPA* ?
5834 SIERRA LAB INC
5879 SLOAN CORP
5957 SPECLINC
5986 SROUFE MANUFACTURING INC
6315 THERAQUIP *DAPA* ?
6429 TRI-ANIM HEALTH SERVICES INC
6487 ULTRA MEDICAL
6602 VALMED
6605 V-TECH INC
6662 VENISECT
6677 VERIDIEN CORP

6691 VISITEC CO.

6713 W.L. GORE & ASSOC

118

Dec-06-99 United

# Lone Star Region - Med/Surg
# January 2000 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 108 | 93 | 13 | 2 | 87% |
| Vance AFB | 106 | 98 | 8 | 0 | 92% |
| Tinker AFB | 251 | 196 | 48 | 7 | 79% |
| Sheppard AFB | 274 | 216 | 48 | 10 | 81% |
| Dyess AFB | 58 | 56 | 1 | 1 | 97% |
| Altus AFB | 75 | 72 | 3 | 0 | 96% |
| Randolph AFB | 50 | 49 | 1 | 0 | 98% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | 71 | 32 | 33 | 6 | 49% |
| Holloman AFB | 27 | 27 | 0 | 0 | 100% |
| Kirkland AFB | 17 | 16 | 1 | 0 | 94% |
| Brooks AFB | 23 | 23 | 0 | 0 | 100% |
| Naval Hospital CC | 16 | 16 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 847 | 800 | 32 | 15 | 95% |
| Reynolds - Ft. Sill | 377 | 321 | 46 | 10 | 86% |
| Ft. Huachuca | 55 | 54 | 1 | 0 | 98% |
| Wm. Bmnt. - Ft. Bliss | 379 | 317 | 44 | 18 | 86% |
| BAMC - Ft. Sam Houston | 2108 | 1990 | 89 | 29 | 95% |
| AFMLO / Ft. Worth, Texas | 1 | 1 | 0 | 0 | 100% |
| **Total** | 4845 | 4379 | 368 | 98 | 91% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
# January 2000 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | 2 | 2 | 0 | 0 | 100% |
| Tinker AFB | 1 | 1 | 0 | 0 | 100% |
| Sheppard AFB | 1 | 1 | 0 | 0 | 100% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | 4 | 4 | 0 | 0 | 100% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 2 | 0 | 2 | 0 | 0% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 100 | 100 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 1 | 1 | 0 | 0 | 100% |
| Ft. Huachuca | 8 | 6 | 1 | 1 | 81% |
| Wm. Bmnt. - Ft. Bliss | 38 | 35 | 1 | 2 | 95% |
| BAMC - Ft. Sam Houston | 137 | 135 | 1 | 1 | 99% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 295 | 286 | 5 | 4 | 98% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
# February 2000 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | 4 | 3 | 1 | 0 | 75% |
| Tinker AFB | 1 | 1 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | 1 | 1 | 0 | 0 | 100% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 41 | 41 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | 2 | 2 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 61 | 51 | 9 | 1 | 84% |
| BAMC - Ft. Sam Houston | 119 | 112 | 7 | 0 | 94% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 230 | 212 | 17 | 1 | 92% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# February 2000 Fill Rate Report

### Drop Ship

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | | | | | 0% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | | | | | 0% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | | | | | 0% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | | | | | 0% |
| BAMC - Ft. Sam Houston | | | | | 0% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 0 | 0 | 0 | 0 | 0% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

## Lone Star Region - Med/Surg
## March 2000 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 90 | 76 | 10 | 4 | 87% |
| Vance AFB | 107 | 106 | 1 | 0 | 99% |
| Tinker AFB | 269 | 213 | 53 | 3 | 80% |
| Sheppard AFB | 199 | 184 | 14 | 1 | 93% |
| Dyess AFB | 43 | 37 | 4 | 2 | 88% |
| Altus AFB | 75 | 64 | 10 | 1 | 86% |
| Randolph AFB | 44 | 43 | 1 | 0 | 98% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 172 | 63 | 99 | 10 | 40% |
| Holloman AFB | 35 | 31 | 3 | 1 | 90% |
| Kirkland AFB | 73 | 62 | 8 | 3 | 87% |
| Brooks AFB | 50 | 43 | 5 | 2 | 88% |
| Naval Hospital CC | 25 | 25 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 938 | 827 | 96 | 15 | 89% |
| Reynolds - Ft. Sill | 515 | 417 | 77 | 21 | 83% |
| Ft. Huachuca | 61 | 55 | 5 | 1 | 91% |
| Wm. Bmnt. - Ft. Bliss | 605 | 508 | 79 | 18 | 85% |
| BAMC - Ft. Sam Houston | 1529 | 1387 | 99 | 43 | 92% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 4836 | 4147 | 564 | 125 | 87% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# March 2000 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 39 | 39 | 0 | 0 | 100% |
| Sheppard AFB | | | | | 0% |
| Dyess AFB | | | | | 0% |
| Altus AFB | 2 | 2 | 0 | 0 | 100% |
| Randolph AFB | 2 | 2 | 0 | 0 | 100% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | 3 | 3 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | 7 | 5 | 2 | 0 | 71% |
| Brooks AFB | 2 | 2 | 0 | 0 | 100% |
| Naval Hospital CC | 6 | 6 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 3 | 3 | 0 | 0 | 100% |
| Ft. Huachuca | 2 | 2 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 48 | 40 | 8 | 0 | 83% |
| BAMC - Ft. Sam Houston | 62 | 59 | 3 | 0 | 95% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 178 | 165 | 13 | 0 | 93% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.