MCXJ-LO-MAT 06 January 2000

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St, Philadelphia, PA 19145

SUBJECT: Prime Vendor Report #5 United Medical Supply

1. We just received the November 1999 fill rate report from United Medical, which shows the following figures for JIT orders. Lines ordered - 49, Lines Filled - 46, Lines Partially Filled - 2 and Lines Unfilled - 1 with a total fill rate of 96%. Once again, these figures differ significantly from what we show. A local survey of our November JIT orders show the following:

a. Total lines ordered - 126

b. Total lines filled - 109

c. Fill Rate - 86.5%

2. The disparity on the EDO report is even greater. The United Medical report shows 1 line ordered and 1 line filled for a 100% fill rate. Our records show the following:

a. Total lines ordered - 59 (13 orders)

b. Total lines filled - 49

c. Fill rate - 83.1%

3. All of the unfilled EDO lines are past the 10 day time limit in the contract. Two additional unfilled orders go back to October. On the 27th of December, United Medical sent us a request to cancel the open lines on 11 past due EDO's with 14 open items, and reorder the open lines. We cancelled the orders and selected another source of supply for the open lines.

4. We continue to get requests from DSCP for summary receipt information on orders that have not yet been closed out.

5. Point of contact is the undersigned at DSN 821-2070/5117 or coml (520) 533-2070/5117.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133

DEPARTMENT OF THE ARMY
William Beaumont Army Medical Center
Materiel Branch
11156 Edwards Street, Biggs AAF
El Paso, Texas 79918-8006

MCHM-LOG-MA 22 MAR 00

MEMORANDUM FOR: Donna Kennedy, Contracting Officer, DSCP

Anthony Amendolia, Case Manager, DSCP, Prime Vendor Contract, 97-D-7133

THRU: CPT Crockett-Lynn, Chief, Materiel Branch, Logistics Division, WBAMC

SUBJECT: Prime Vendor Update, 22 March 00

1. FILL RATES

a. SEPTEMBER 99

JIT – 73.94%
EDO – 69.81%

b. OCTOBER 99

JIT – 74.66%
EDO – 72.82%

c. NOVEMBER 99

JIT – 78.71%
EDO – 74.06%

d. DECEMBER 99

JIT – 73.09%
EDO – 80.32%

e. JANUARY 00

JIT – 77.24%
EDO – 88.37%

MCHM-LOG-MA
SUBJECT: Prime Vendor Update, 22 March 00

f. FEBRUARY 00

JIT – 79.84%
EDO – 79.89%

2. SIX MONTH FILL RATE AVERAGE

a. JIT – 76%
b. EDO – 78%

3. ZERO FILLS/DENIALS - The following list is part of the total JIT items that have been zero filled by United Medical.

DECEMBER 99

| NOMENCLATURE | DATE ORDERED | QTY ORDERED | QTY REC'D | CALL |
|---|---|---|---|---|
| STD ANEROBIC | 6 DEC 99 | 2 CS | 0 | WG57 |
| STD ANEROBIC | 8 DEC 99 | 3 CS | 0 | WG67 |
| STD ANEROBIC | 13 DEC 99 | 2 CS | 0 | WG84 |
| CATH FOLEY 18FR | 6 DEC 99 | 1 CS | 0 | WG57 |
| CATH FOLEY 18FR | 8 DEC 99 | 1 CS | 0 | WG67 |
| CATH FOLEY 18FR | 0 DEC 99 | 1 CS | 0 | WG80 |
| CATH FOLEY 18FR | 21 DEC 99 | 1 CS | 0 | WH18 |
| GLOVE EXAM SMALL | 6 DEC 99 | 3 CS | 0 | WG57 |
| GLOVE EXAM SMALL | 8 DEC 99 | 3 CS | 0 | WG67 |
| GLOVE EXAM SMALL | 10 DEC 99 | 3 CS | 0 | WG80 |
| SOD CHLOR INJ 24 | 6 DEC 99 | 1 CS | 0 | WG57 |
| SOD CHLOR INJ 24 | 8 DEC 99 | 1 CS | 0 | WG67 |
| SOD CHLOR INJ 24 | 28 DEC 99 | 1 CS | 0 | WH35 |
| SOD CHLOR INJ 24 | 29 DEC 99 | 1 CS | 0 | WH46 |
| TUBE NASOGAS 10FR | 7 DEC 99 | 5 CS | 0 | WG62 |
| TUBE NASOGAS 10FR | 9 DEC 99 | 7 CS | 0 | WG72 |

MCHM-LOG-MA
SUBJECT: Prime Vendor Update, 22 March 00

JANUARY 00

| NOMENCLATURE | DATE ORDERED | QTY ORDERED | QTY REC'D | CALL |
|---|---|---|---|---|
| CATH SUC 14 FR | 5 JAN 00 | 8 CS | 0 | WH60 |
| CATH SUC 14 FR | 7 JAN 00 | 6 CS | 0 | WH67 |
| CATH SUC 14 FR | 11 JAN 00 | 7 CS | 0 | WH80 |
| CATH SUC 14 FR | 13 JAN 00 | 9 CS | 0 | WH89 |
| CATH SUC 14 FR | 18 JAN 00 | 9 CS | 0 | WH97 |
| CATH SUC 14 FR | 20 JAN 00 | 6 CS | 0 | WJ12 |
| COVER RADIOGRAPH | 5 JAN 00 | 5 CS | 0 | WH60 |
| COVER RADIOGRAPH | 7 JAN 00 | 5 CS | 0 | WH67 |
| COVER RADIOGRAPH | 11 JAN 00 | 5 CS | 0 | WH80 |
| COVER RADIOGRAPH | 13 JAN 00 | 6 CS | 0 | WH89 |
| TUBE BLOOD VAC | 5 JAN 00 | 12 BX | 0 | WH60 |
| TUBE BLOOD VAC | 11 JAN 00 | 4 BX | 0 | WH80 |
| TUBE BLOOD VAC | 13 JAN 00 | 6 BX | 0 | WH89 |
| TUBE BLOOD VAC | 18 JAN 00 | 9 BX | 0 | WH97 |
| CATH & CONN 10FR | 5 JAN 00 | 2 CS | 0 | WH57 |
| CATH & CONN 10FR | 13 JAN 00 | 2 CS | 0 | WH87 |
| CATH & CONN 10FR | 25 JAN 00 | 3 CS | 0 | WJ34 |
| CATH & CONN 10FR | 27 JAN 00 | 3 CS | 0 | WJ49 |
| MASK PARTICUL | 14 JAN 00 | 4 CS | 0 | WH93 |
| MASK PARTICUL | 19 JAN 00 | 4 CS | 0 | WJ03 |
| MASK PARTICUL | 21 JAN 00 | 5 CS | 0 | WJ16 |
| MASK PARTICUL | 25 JAN 00 | 6 CS | 0 | WJ34 |

FEBRUARY 00

| NOMENCLATURE | DATE ORDERED | QTY ORDERED | QTY REC'D | CALL |
|---|---|---|---|---|
| STOPCOCK IV 3-WAY | 4 FEB 00 | 3 CS | 0 | WJ72 |
| STOPCOCK IV 3-WAY | 8 FEB 00 | 3 CS | 0 | WJ84 |

| | | | | |
|---|---|---|---|---|
| CATH & CONN 10FR | 7 FEB 00 | 2 CS | 0 | WJ79 |
| CATH & CONN 10FR | 11 FEB 00 | 3 CS | 0 | WJ96 |
| CATH & CONN 10FR | 15 FEB 00 | 3 CS | 0 | WK05 |
| CATH & CONN 10FR | 22 FEB 00 | 2 CS | 0 | WK27 |
| CATH & CONN 10FR | 28 FEB 00 | 2 CS | 0 | WK44 |
| CATH TRAY 16FR | 22 FEB 00 | 6 CS | 0 | WK27 |
| CATH TRAY 16FR | 24 FEB 00 | 7 CS | 0 | WZ17 |
| CATH TRAY 16FR | 25 FEB 00 | 8 CS | 0 | WK41 |
| STOPCOCK 3-WAY 48S | 25 FEB 00 | 6 CS | 0 | WK41 |
| STOPCOCK 3-WAY 48S | 29 FEB 00 | 6 CS | 0 | WK48 |
| STOPCOCK 3-WAY 50S | 4 FEB 00 | 3 CS | 0 | WJ72 |
| STOPCOCK 3-WAY 50S | 8 FEB 00 | 3 CS | 0 | WJ84 |
| STAPLER TL30 3'S | 7 FEB 00 | 2 CS | 0 | WJ79 |
| STAPLER TL30 3'S | 11 FEB 00 | 2 CS | 0 | WJ96 |
| MASK PARTICU 120'S | 14 FEB 00 | 4 CS | 0 | WJ99 |
| MASK PARTICU 120'S | 16 FEB 00 | 4 CS | 0 | WK14 |
| MASK SURG NONGL | 16 FEB 00 | 22 BX | 0 | WK15 |
| MASK SURG NONGL | 18 FEB 00 | 22 BX | 0 | WK23 |
| MASK SURG NONGL | 23 FEB 00 | 28 BX | 0 | WK32 |

4. The PV Rep, Yolanda Velasquez, maintains good rapport and provides good customer service.

5. Despite biweekly meetings with the PV Rep, issues of zero fills and fill rates below 95% remain unresolved.

6. A meeting with Med/Surg PV Case Manager, Anthony Amendolia is planned for 8-9 May 00.

7. Address questions to the undersigned at (915) 569-3398.

OSCAR A. MOLINAR
Med/Surg Prime Vendor, COR

MCXJ-LO-MAT 31 March 2000

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St, Philadelphia, PA 19145

SUBJECT: Prime Vendor Report #6 United Medical Supply

1. We just received the February 2000 fill rate report from United Medical, which shows the following figures for JIT orders. Lines ordered - 37, Lines Filled - 34, Lines Partially Filled - 0 and Lines Unfilled - 3 with a total fill rate of 92%. Once again, these figures differ from what we show. A local survey of our February JIT orders show the following:

a. Total lines ordered - 94
b. Total lines filled - 83
c. Fill Rate - 88.3%

2. The disparity on the EDO report is even greater. The United Medical report shows 2 lines ordered and 2 lines filled for a 100% fill rate. Our records show the following:

a. Total lines ordered - 35
b. Total lines filled - 33
c. Fill rate - 91.4%

3. There has been considerable improvement in the EDO fill rate within the specified time. At present we have 51 lines on order, of which 26 have been filled, and 4 are over 10 days old.

4. We also did a survey of the January fill rates and came up with (JIT) 91 lines ordered and 82 lines filled for a fill rate of 90.1% and (EDO) 37 lines ordered and 34 lines filled (22 lines filled within 10 days) for a fill rate of 91.9%.

5. Overall, there has been a general improvement in their fill rates during the last 3 months. Their service representative visits us about every 3 months.

6 We continue to get requests from DSCP for summary receipt information on orders that have not yet been closed out.

7 Point of contact is the undersigned at DSN 821-2070/5117 or coml (520) 533-2070/5117.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE OF PAGES 1 9

2. AMENDMENT/MODIFICATION NO. P00020 | 3. EFFECTIVE DATE 3/23/00 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable)

6. ISSUED BY CODE SP0200 | 7. ADMINISTERED BY (If other than Item 6) CODE SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PA 19111
ATTN: D. KENNEDY/DSCP-MSAA/215-737-7075

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-97-D-7133

10B. DATED (SEE ITEM 13) JANUARY 30, 1997

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
AGREEMENT OF THE PARTIES

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

1. The amount of $3,166.03 represents a lump sum payment for interest due to late payments for the call numbers listed on pages 2 through 9 of this modification.

2. All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Wm. P. Bondy President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
DONNA M. KENNEDY
CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR [signature]
(Signature of person authorized to sign)

15C. DATE SIGNED 3-22-00

16B. UNITED STATES OF AMERICA BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED 3/23/00

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SP0200-97-D-7133 P00020 PAGE 3 OF 9

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99138 | 99214 | 66 | 4.86 | 0.04 | SP020097D7133CW14 |
| 99138 | 99214 | 66 | 762.64 | 6.90 | SP020097D7133CW15 |
| 99139 | 99214 | 65 | 353.55 | 3.15 | SP020097D7133CW16 |
| 99138 | 99214 | 66 | 1028.95 | 9.30 | SP020097D7133CW17 |
| 99138 | 99214 | 66 | 152.63 | 1.38 | SP020097D7133CW18 |
| 99138 | 99214 | 66 | 844.02 | 7.63 | SP020097D7133CW19 |
| 99142 | 99214 | 62 | 103.72 | 0.88 | SP020097D7133CW26 |
| 99144 | 99214 | 60 | 1264.79 | 10.40 | SP020097D7133CW27 |
| 99142 | 99214 | 62 | 47.76 | 0.41 | SP020097D7133CW28 |
| 99149 | 99214 | 55 | 493.37 | 3.72 | SP020097D7133CW35 |
| 99145 | 99214 | 59 | 698.35 | 5.64 | SP020097D7133CW36 |
| 99145 | 99214 | 59 | 407.46 | 3.29 | SP020097D7133CW37 |
| 99144 | 99214 | 60 | 2140.13 | 17.59 | SP020097D7133CW38 |
| 99147 | 99214 | 57 | 1179.27 | 9.21 | SP020097D7133CW39 |
| 99149 | 99214 | 55 | 80.07 | 0.60 | SP020097D7133CW48 |
| 99149 | 99214 | 55 | 99.61 | 0.75 | SP020097D7133CW50 |
| 99149 | 99214 | 55 | 2142.78 | 16.14 | SP020097D7133CW51 |
| 99149 | 99214 | 55 | 177.50 | 1.34 | SP020097D7133CW52 |
| 99148 | 99214 | 56 | 2768.09 | 21.23 | SP020097D7133CW53 |
| 99155 | 99214 | 49 | 422.08 | 2.83 | SP020097D7133CW54 |
| 99155 | 99214 | 49 | 854.34 | 5.73 | SP020097D7133CW55 |
| 99155 | 99214 | 49 | 72.17 | 0.48 | SP020097D7133CW56 |
| 99155 | 99214 | 49 | 1463.47 | 9.82 | SP020097D7133CW57 |
| 99155 | 99214 | 49 | 64.74 | 0.43 | SP020097D7133CW58 |
| 99155 | 99214 | 49 | 207.66 | 1.39 | SP020097D7133CW59 |
| 99155 | 99214 | 49 | 534.16 | 3.59 | SP020097D7133CW60 |
| 99155 | 99214 | 49 | 1694.08 | 11.37 | SP020097D7133CW61 |
| 99155 | 99214 | 49 | 472.88 | 3.17 | SP020097D7133CW62 |
| 99155 | 99214 | 49 | 2569.70 | 17.25 | SP020097D7133CW63 |
| 99155 | 99214 | 49 | 4887.51 | 32.81 | SP020097D7133CW65 |
| 99155 | 99214 | 49 | 291.01 | 1.95 | SP020097D7133CW66 |
| 99156 | 99228 | 62 | 346.50 | 2.94 | SP020097D7133CW75 |
| 99158 | 99250 | 82 | 258.31 | 2.90 | SP020097D7133CW77 |
| 99158 | 99250 | 82 | 951.47 | 10.69 | SP020097D7133CW78 |
| 99158 | 99250 | 82 | 31.40 | 0.35 | SP020097D7133CW79 |
| 99158 | 99250 | 82 | 2028.69 | 22.79 | SP020097D7133CW80 |
| 99158 | 99250 | 82 | 176.20 | 1.98 | SP020097D7133CW81 |
| 99158 | 99250 | 82 | 1487.50 | 16.71 | SP020097D7133CW82 |
| 99161 | 99250 | 79 | 82.35 | 0.89 | SP020097D7133CW85 |
| 99161 | 99250 | 79 | 2032.24 | 21.99 | SP020097D7133CW86 |
| 99175 | 99250 | 65 | 132.67 | 1.18 | SP020097D7133CX40 |
| 99175 | 99250 | 65 | 1704.51 | 15.18 | SP020097D7133CX41 |
| 99175 | 99250 | 65 | 249.50 | 2.22 | SP020097D7133CX42 |
| 99175 | 99250 | 65 | 2168.56 | 19.31 | SP020097D7133CX43 |
| 99175 | 99250 | 65 | 171.03 | 1.52 | SP020097D7133CX44 |
| 99175 | 99250 | 65 | 458.66 | 4.08 | SP020097D7133CX45 |
| 99176 | 99267 | 81 | 104.08 | 1.15 | SP020097D7133CX46 |
| 99176 | 99267 | 81 | 997.13 | 11.06 | SP020097D7133CX47 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99176 | 99267 | 81 | 551.16 | 6.12 | SP020097D7133CX48 |
| 99176 | 99267 | 81 | 6.18 | 0.07 | SP020097D7133CX49 |
| 99176 | 99267 | 81 | 110.73 | 1.23 | SP020097D7133CX50 |
| 99190 | 99250 | 50 | 731.27 | 5.01 | SP020097D7133CX82 |
| 99190 | 99250 | 50 | 266.20 | 1.82 | SP020097D7133CX83 |
| 99190 | 99250 | 50 | 314.06 | 2.15 | SP020097D7133CX84 |
| 99190 | 99250 | 50 | 1496.48 | 10.25 | SP020097D7133CX85 |
| 99141 | 99214 | 63 | 133.61 | 1.15 | SP020097D7133D108 |
| 99144 | 99214 | 60 | 469.95 | 3.86 | SP020097D7133D110 |
| 99179 | 99250 | 61 | 134.56 | 1.12 | SP020097D7133D114 |
| 99138 | 99214 | 66 | 106.27 | 0.96 | SP020097D7133DD64 |
| 99138 | 99214 | 66 | 114.34 | 1.03 | SP020097D7133DD73 |
| 99146 | 99214 | 58 | 742.09 | 5.90 | SP020097D7133DD77 |
| 99142 | 99214 | 62 | 270.18 | 2.29 | SP020097D7133DD79 |
| 99138 | 99214 | 66 | 395.93 | 3.58 | SP020097D7133DD83 |
| 99142 | 99214 | 62 | 106.04 | 0.90 | SP020097D7133DD86 |
| 99162 | 99267 | 95 | 518.26 | 6.74 | SP020097D7133DD90 |
| 99162 | 99230 | 58 | 71.78 | 0.57 | SP020097D7133DD92 |
| 99142 | 99214 | 62 | 55.13 | 0.47 | SP020097D7133DD94 |
| 99162 | 99230 | 58 | 117.45 | 0.93 | SP020097D7133DE02 |
| 99162 | 99250 | 78 | 72.32 | 0.77 | SP020097D7133DE05 |
| 99184 | 99250 | 56 | 141.60 | 1.09 | SP020097D7133DE08 |
| 99162 | 99230 | 58 | 552.95 | 4.39 | SP020097D7133DE09 |
| 99162 | 99250 | 78 | 6.26 | 0.07 | SP020097D7133DE15 |
| 99170 | 99214 | 34 | 93.15 | 0.43 | SP020097D7133DE31 |
| 99170 | 99217 | 37 | 231.75 | 1.17 | SP020097D7133F101 |
| 99184 | 99267 | 73 | 631.98 | 6.32 | SP020097D7133F103 |
| 99123 | 99214 | 81 | 1322.24 | 14.67 | SP020097D7133GS06 |
| 99151 | 99214 | 53 | 61.52 | 0.45 | SP020097D7133GS32 |
| 99151 | 99214 | 53 | 2530.18 | 18.37 | SP020097D7133GS52 |
| 99153 | 99214 | 51 | 582.41 | 4.07 | SP020097D7133GS83 |
| 99153 | 99214 | 51 | 965.29 | 6.74 | SP020097D7133GS98 |
| 99176 | 99230 | 44 | 2423.91 | 14.61 | SP020097D7133GT08 |
| 99128 | 99214 | 76 | 762.74 | 7.94 | SP020097D7133GT09 |
| 99144 | 99214 | 60 | 197.97 | 1.63 | SP020097D7133GT18 |
| 99151 | 99214 | 53 | 1455.76 | 10.57 | SP020097D7133GT22 |
| 99151 | 99214 | 53 | 807.72 | 5.86 | SP020097D7133GT25 |
| 99153 | 99214 | 51 | 2351.03 | 16.42 | SP020097D7133GT42 |
| 99134 | 99214 | 70 | 362.52 | 3.48 | SP020097D7133GT56 |
| 99135 | 99215 | 70 | 50.02 | 0.48 | SP020097D7133GT62 |
| 99139 | 99214 | 65 | 40.61 | 0.36 | SP020097D7133GT64 |
| 99140 | 99214 | 64 | 442.36 | 3.88 | SP020097D7133GT66 |
| 99139 | 99214 | 65 | 1168.71 | 10.41 | SP020097D7133GT70 |
| 99172 | 99218 | 36 | 117.74 | 0.58 | SP020097D7133GT74 |
| 99181 | 99250 | 59 | 2337.16 | 18.89 | SP020097D7133GT75 |
| 99144 | 99214 | 60 | 193.29 | 1.59 | SP020097D7133GT76 |
| 99139 | 99214 | 65 | 1482.63 | 13.20 | SP020097D7133GT77 |
| 99181 | 99250 | 59 | 327.37 | 2.65 | SP020097D7133GT83 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99161 | 99250 | 79 | 93.61 | 1.01 | SP020097D7133GT84 |
| 99144 | 99214 | 60 | 53.19 | 0.44 | SP020097D7133GT85 |
| 99144 | 99214 | 60 | 5.17 | 0.04 | SP020097D7133GT87 |
| 99147 | 99214 | 57 | 467.85 | 3.65 | SP020097D7133GT93 |
| 99147 | 99214 | 57 | 2124.10 | 16.59 | SP020097D7133GT94 |
| 99153 | 99214 | 51 | 1118.81 | 7.82 | SP020097D7133GU17 |
| 99151 | 99214 | 53 | 15.91 | 0.12 | SP020097D7133GU19 |
| 99175 | 99267 | 82 | 3374.22 | 37.90 | SP020097D7133GU33 |
| 99167 | 99250 | 73 | 235.40 | 2.35 | SP020097D7133GU34 |
| 99161 | 99250 | 79 | 21163.78 | 229.03 | SP020097D7133GU35 |
| 99175 | 99267 | 82 | 4711.38 | 52.92 | SP020097D7133GU38 |
| 99162 | 99238 | 66 | 5561.33 | 50.28 | SP020097D7133GU50 |
| 99176 | 99250 | 64 | 225.12 | 1.97 | SP020097D7133GU56 |
| 99175 | 99267 | 82 | 419.66 | 4.71 | SP020097D7133GU71 |
| 99175 | 99267 | 82 | 20516.28 | 230.46 | SP020097D7133GU72 |
| 99176 | 99250 | 64 | 352.50 | 3.09 | SP020097D7133GU78 |
| 99176 | 99250 | 64 | 6263.08 | 54.91 | SP020097D7133GU79 |
| 99176 | 99267 | 81 | 227.30 | 2.52 | SP020097D7133GU81 |
| 99181 | 99267 | 76 | 370.08 | 3.85 | SP020097D7133GU82 |
| 99181 | 99267 | 76 | 23775.70 | 247.53 | SP020097D7133GU83 |
| 99181 | 99250 | 59 | 674.59 | 5.45 | SP020097D7133GU93 |
| 99181 | 99250 | 59 | 8952.29 | 72.35 | SP020097D7133GU94 |
| 99138 | 99214 | 66 | 16.03 | 0.14 | SP020097D7133H403 |
| 99147 | 99214 | 57 | 200.39 | 1.56 | SP020097D7133H405 |
| 99147 | 99214 | 57 | 429.34 | 3.35 | SP020097D7133H407 |
| 99151 | 99214 | 53 | 657.38 | 4.77 | SP020097D7133H408 |
| 99151 | 99214 | 53 | 77.87 | 0.57 | SP020097D7133H409 |
| 99153 | 99214 | 51 | 602.65 | 4.21 | SP020097D7133H411 |
| 99158 | 99250 | 82 | 470.52 | 5.29 | SP020097D7133H414 |
| 99159 | 99250 | 81 | 1830.34 | 20.31 | SP020097D7133H416 |
| 99175 | 99250 | 65 | 99.90 | 0.89 | SP020097D7133H429 |
| 99190 | 99250 | 50 | 418.51 | 2.87 | SP020097D7133H438 |
| 99163 | 99217 | 44 | 35.03 | 0.21 | SP020097D7133J482 |
| 99137 | 99214 | 67 | 549.02 | 5.04 | SP020097D7133J485 |
| 99144 | 99214 | 60 | 22.01 | 0.18 | SP020097D7133J489 |
| 99144 | 99214 | 60 | 276.07 | 2.27 | SP020097D7133J490 |
| 99148 | 99214 | 56 | 96.72 | 0.74 | SP020097D7133J492 |
| 99148 | 99214 | 56 | 85.12 | 0.65 | SP020097D7133J494 |
| 99151 | 99214 | 53 | 519.54 | 3.77 | SP020097D7133J495 |
| 99184 | 99267 | 73 | 2376.53 | 23.77 | SP020097D7133JB32 |
| 99179 | 99214 | 25 | 41.25 | 0.14 | SP020097D7133JBR3 |
| 99138 | 99214 | 66 | 64.46 | 0.58 | SP020097D7133K270 |
| 99137 | 99214 | 67 | 616.64 | 5.66 | SP020097D7133K280 |
| 99159 | 99250 | 81 | 489.19 | 5.43 | SP020097D7133K283 |
| 99162 | 99250 | 78 | 34.97 | 0.37 | SP020097D7133K284 |
| 99140 | 99214 | 64 | 135.69 | 1.19 | SP020097D7133K285 |
| 99138 | 99214 | 66 | 75.50 | 0.68 | SP020097D7133K286 |
| 99176 | 99217 | 31 | 41.19 | 0.17 | SP020097D7133K287 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99141 | 99214 | 63 | 1912.69 | 16.51 | SP020097D7133K289 |
| 99144 | 99214 | 60 | 1046.17 | 8.60 | SP020097D7133K294 |
| 99144 | 99214 | 60 | 365.95 | 3.01 | SP020097D7133K295 |
| 99149 | 99214 | 55 | 1936.22 | 14.59 | SP020097D7133K298 |
| 99151 | 99214 | 53 | 1952.69 | 14.18 | SP020097D7133K299 |
| 99159 | 99250 | 81 | 115.25 | 1.28 | SP020097D7133K303 |
| 99158 | 99250 | 82 | 116.50 | 1.31 | SP020097D7133K306 |
| 99187 | 99217 | 20 | 96.50 | 0.26 | SP020097D7133K307 |
| 99170 | 99250 | 70 | 73.62 | 0.71 | SP020097D7133K321 |
| 99187 | 99267 | 70 | 15.68 | 0.15 | SP020097D7133K336 |
| 99184 | 99224 | 30 | 1464.09 | 6.02 | SP020097D7133K337 |
| 99137 | 99214 | 67 | 163.08 | 1.50 | SP020097D7133M161 |
| 99175 | 99250 | 65 | 669.10 | 5.96 | SP020097D7133M175 |
| 99176 | 99267 | 81 | 113.59 | 1.26 | SP020097D7133M176 |
| 99176 | 99267 | 81 | 558.52 | 6.20 | SP020097D7133M177 |
| 99140 | 99214 | 64 | 192.11 | 1.68 | SP020097D7133N205 |
| 99140 | 99214 | 64 | 221.66 | 1.94 | SP020097D7133N206 |
| 99148 | 99214 | 56 | 303.33 | 2.33 | SP020097D7133N208 |
| 99148 | 99214 | 56 | 481.29 | 3.69 | SP020097D7133N209 |
| 99151 | 99214 | 53 | 142.34 | 1.03 | SP020097D7133N210 |
| 99153 | 99214 | 51 | 149.50 | 1.04 | SP020097D7133N211 |
| 99156 | 99250 | 84 | 114.74 | 1.32 | SP020097D7133N213 |
| 99147 | 99214 | 57 | 93.00 | 0.73 | SP020097D7133NC26 |
| 99142 | 99214 | 62 | 527.44 | 4.48 | SP020097D7133NC51 |
| 99140 | 99214 | 64 | 15.39 | 0.13 | SP020097D7133PH34 |
| 99158 | 99250 | 82 | 18.16 | 0.20 | SP020097D7133PH39 |
| 99140 | 99214 | 64 | 214.91 | 1.88 | SP020097D7133PJ84 |
| 99142 | 99214 | 62 | 194.38 | 1.65 | SP020097D7133PJ87 |
| 99183 | 99230 | 37 | 1103.03 | 5.59 | SP020097D7133PJ95 |
| 99140 | 99214 | 64 | 178.63 | 1.57 | SP020097D7133PJ96 |
| 99140 | 99214 | 64 | 269.20 | 2.36 | SP020097D7133PL47 |
| 99140 | 99214 | 64 | 492.38 | 4.32 | SP020097D7133PL48 |
| 99140 | 99214 | 64 | 13.55 | 0.12 | SP020097D7133PL49 |
| 99140 | 99214 | 64 | 634.79 | 5.57 | SP020097D7133PL50 |
| 99156 | 99239 | 73 | 156.79 | 1.57 | SP020097D7133PL55 |
| 99156 | 99239 | 73 | 1443.29 | 14.43 | SP020097D7133PL56 |
| 99156 | 99230 | 64 | 121.22 | 1.06 | SP020097D7133PL57 |
| 99156 | 99230 | 64 | 630.50 | 5.53 | SP020097D7133PL58 |
| 99158 | 99250 | 82 | 643.49 | 7.23 | SP020097D7133PL59 |
| 99158 | 99250 | 82 | 537.57 | 6.04 | SP020097D7133PL60 |
| 99175 | 99250 | 65 | 346.87 | 3.09 | SP020097D7133PL73 |
| 99175 | 99250 | 65 | 431.58 | 3.84 | SP020097D7133PL74 |
| 99175 | 99250 | 65 | 72.91 | 0.65 | SP020097D7133PL75 |
| 99183 | 99267 | 74 | 350.15 | 3.55 | SP020097D7133PL81 |
| 99183 | 99267 | 74 | 819.28 | 8.31 | SP020097D7133PL82 |
| 99173 | 99270 | 87 | 21.37 | 0.25 | SP020097D7133PM01 |
| 99137 | 99214 | 67 | 359.01 | 3.30 | SP020097D7133Q340 |
| 99141 | 99214 | 63 | 256.22 | 2.21 | SP020097D7133Q342 |

SP0200-97-D-7133 P00020 PAGE 7 OF 9

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99149 | 99214 | 55 | 477.61 | 3.60 | SP020097D7133Q344 |
| 99175 | 99250 | 65 | 127.90 | 1.14 | SP020097D7133Q356 |
| 99127 | 99214 | 77 | 866.53 | 9.14 | SP020097D7133R181 |
| 99137 | 99214 | 67 | 1729.81 | 15.88 | SP020097D7133R182 |
| 99140 | 99214 | 64 | 147.63 | 1.29 | SP020097D7133R183 |
| 99147 | 99214 | 57 | 243.41 | 1.90 | SP020097D7133R185 |
| 99153 | 99214 | 51 | 1185.39 | 8.28 | SP020097D7133R186 |
| 99168 | 99250 | 72 | 246.34 | 2.43 | SP020097D7133R188 |
| 99147 | 99214 | 57 | 22.14 | 0.17 | SP020097D7133S262 |
| 99145 | 99214 | 59 | 60.18 | 0.49 | SP020097D7133S297 |
| 99135 | 99214 | 69 | 95.73 | 0.90 | SP020097D7133S305 |
| 99137 | 99214 | 67 | 26.45 | 0.24 | SP020097D7133S306 |
| 99138 | 99214 | 66 | 83.24 | 0.75 | SP020097D7133S307 |
| 99144 | 99214 | 60 | 54.12 | 0.44 | SP020097D7133S310 |
| 99149 | 99214 | 55 | 31.31 | 0.24 | SP020097D7133S313 |
| 99149 | 99214 | 55 | 89.33 | 0.67 | SP020097D7133S314 |
| 99153 | 99214 | 51 | 33.10 | 0.23 | SP020097D7133S315 |
| 99156 | 99250 | 84 | 46.96 | 0.54 | SP020097D7133S318 |
| 99158 | 99250 | 82 | 37.50 | 0.42 | SP020097D7133S319 |
| 99173 | 99250 | 67 | 33.46 | 0.31 | SP020097D7133S332 |
| 99175 | 99267 | 82 | 17.50 | 0.20 | SP020097D7133S333 |
| 99187 | 99250 | 53 | 39.12 | 0.28 | SP020097D7133S343 |
| 99144 | 99214 | 60 | 52.61 | 0.43 | SP020097D7133SC88 |
| 99148 | 99214 | 56 | 1922.37 | 14.75 | SP020097D7133SC90 |
| 99166 | 99224 | 48 | 15.14 | 0.10 | SP020097D7133T122 |
| 99158 | 99230 | 62 | 248.21 | 2.11 | SP020097D7133T123 |
| 99176 | 99267 | 81 | 234.58 | 2.60 | SP020097D7133T135 |
| 99183 | 99250 | 57 | 18.80 | 0.15 | SP020097D7133T138 |
| 99148 | 99214 | 56 | 24.80 | 0.19 | SP020097D7133US91 |
| 99141 | 99214 | 63 | 14.41 | 0.12 | SP020097D7133US99 |
| 99148 | 99214 | 56 | 49.60 | 0.38 | SP020097D7133UT03 |
| 99145 | 99214 | 59 | 65.40 | 0.53 | SP020097D7133UT08 |
| 99140 | 99214 | 64 | 242.79 | 2.13 | SP020097D7133UT21 |
| 99142 | 99214 | 62 | 14.48 | 0.12 | SP020097D7133UT26 |
| 99140 | 99214 | 64 | 206.07 | 1.81 | SP020097D7133UT32 |
| 99140 | 99214 | 64 | 57.73 | 0.51 | SP020097D7133UT33 |
| 99149 | 99214 | 55 | 1783.27 | 13.44 | SP020097D7133UT41 |
| 99135 | 99214 | 69 | 2086.61 | 19.72 | SP020097D7133UT44 |
| 99135 | 99214 | 69 | 2777.88 | 26.26 | SP020097D7133UT45 |
| 99145 | 99214 | 59 | 262.50 | 2.12 | SP020097D7133UT46 |
| 99139 | 99214 | 65 | 2792.35 | 24.86 | SP020097D7133UT49 |
| 99139 | 99214 | 65 | 283.55 | 2.52 | SP020097D7133UT50 |
| 99144 | 99214 | 60 | 40.96 | 0.34 | SP020097D7133UT51 |
| 99158 | 99270 | 102 | 114.84 | 1.60 | SP020097D7133UT52 |
| 99139 | 99215 | 66 | 4052.21 | 36.64 | SP020097D7133UT54 |
| 99148 | 99214 | 56 | 72.50 | 0.56 | SP020097D7133UT55 |
| 99139 | 99214 | 65 | 18.35 | 0.16 | SP020097D7133UT57 |
| 99147 | 99214 | 57 | 790.50 | 6.17 | SP020097D7133UT59 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99145 | 99214 | 59 | 250.57 | 2.03 | SP020097D7133UT60 |
| 99147 | 99214 | 57 | 394.66 | 3.08 | SP020097D7133UT62 |
| 99139 | 99214 | 65 | 203.96 | 1.82 | SP020097D7133UT63 |
| 99139 | 99214 | 65 | 184.08 | 1.64 | SP020097D7133UT64 |
| 99139 | 99214 | 65 | 49.46 | 0.44 | SP020097D7133UT65 |
| 99140 | 99214 | 64 | 1317.60 | 11.55 | SP020097D7133UT66 |
| 99140 | 99214 | 64 | 2531.57 | 22.19 | SP020097D7133UT67 |
| 99140 | 99214 | 64 | 2261.75 | 19.83 | SP020097D7133UT68 |
| 99141 | 99214 | 63 | 64.79 | 0.56 | SP020097D7133UT69 |
| 99147 | 99214 | 57 | 112.44 | 0.88 | SP020097D7133UT70 |
| 99140 | 99214 | 64 | 274.06 | 2.40 | SP020097D7133UT71 |
| 99141 | 99214 | 63 | 282.42 | 2.44 | SP020097D7133UT72 |
| 99141 | 99214 | 63 | 2268.28 | 19.58 | SP020097D7133UT73 |
| 99155 | 99214 | 49 | 426.27 | 2.86 | SP020097D7133UT75 |
| 99155 | 99214 | 49 | 328.99 | 2.21 | SP020097D7133UT82 |
| 99147 | 99214 | 57 | 92.08 | 0.72 | SP020097D7133UT99 |
| 99125 | 99214 | 79 | 1428.91 | 15.46 | SP020097D7133UV13 |
| 99147 | 99214 | 57 | 474.34 | 3.70 | SP020097D7133UV22 |
| 99163 | 99239 | 66 | 717.41 | 6.49 | SP020097D7133UV23 |
| 99163 | 99250 | 77 | 711.50 | 7.50 | SP020097D7133UV24 |
| 99147 | 99214 | 57 | 1361.11 | 10.63 | SP020097D7133UW28 |
| 99147 | 99214 | 57 | 2856.69 | 22.31 | SP020097D7133UX78 |
| 99147 | 99214 | 57 | 1075.99 | 8.40 | SP020097D7133UX80 |
| 99147 | 99214 | 57 | 714.77 | 5.58 | SP020097D7133UX81 |
| 99163 | 99270 | 97 | 417.07 | 5.54 | SP020097D7133UX85 |
| 99180 | 99321 | 131 | 1075.99 | 19.31 | SP020097D7133UX86 |
| 99163 | 99239 | 66 | 2171.58 | 19.63 | SP020097D7133UX87 |
| 99180 | 99250 | 60 | 2394.51 | 19.68 | SP020097D7133UX88 |
| 99180 | 99250 | 60 | 2294.12 | 18.86 | SP020097D7133UX91 |
| 99168 | 99250 | 72 | 1727.04 | 17.03 | SP020097D7133UX93 |
| 99180 | 99250 | 60 | 2099.37 | 17.26 | SP020097D7133UX99 |
| 99147 | 99214 | 57 | 2364.71 | 18.46 | SP020097D7133UY11 |
| 99163 | 99250 | 77 | 2386.93 | 25.18 | SP020097D7133UY13 |
| 99147 | 99214 | 57 | 2949.34 | 23.03 | SP020097D7133WA02 |
| 99147 | 99214 | 57 | 218.73 | 1.71 | SP020097D7133WA04 |
| 99156 | 99230 | 64 | 184.15 | 1.61 | SP020097D7133WA05 |
| 99148 | 99214 | 56 | 38.27 | 0.29 | SP020097D7133WA07 |
| 99148 | 99214 | 56 | 3924.48 | 30.11 | SP020097D7133WA09 |
| 99148 | 99214 | 56 | 68.12 | 0.52 | SP020097D7133WA10 |
| 99156 | 99230 | 64 | 184.15 | 1.61 | SP020097D7133WA11 |
| 99149 | 99214 | 55 | 3002.18 | 22.62 | SP020097D7133WA13 |
| 99149 | 99214 | 55 | 225.81 | 1.70 | SP020097D7133WA14 |
| 99149 | 99214 | 55 | 61.93 | 0.47 | SP020097D7133WA15 |
| 99149 | 99214 | 55 | 451.93 | 3.40 | SP020097D7133WA18 |
| 99155 | 99214 | 49 | 564.43 | 3.79 | SP020097D7133WA19 |
| 99155 | 99214 | 49 | 1776.33 | 11.92 | SP020097D7133WA20 |
| 99155 | 99214 | 49 | 1173.98 | 7.88 | SP020097D7133WA22 |
| 99155 | 99214 | 49 | 141.43 | 0.95 | SP020097D7133WA23 |

| | | | Unitint | | |
|---|---|---|---|---|---|
| 99155 | 99214 | 49 | 676.50 | 4.54 | SP020097D7133WA25 |
| 99156 | 99250 | 84 | 173.30 | 1.99 | SP020097D7133WA33 |
| 99156 | 99250 | 84 | 4536.22 | 52.20 | SP020097D7133WA34 |
| 99156 | 99250 | 84 | 889.09 | 10.23 | SP020097D7133WA35 |
| 99163 | 99250 | 77 | 2697.86 | 28.46 | SP020097D7133WA67 |
| 99163 | 99250 | 77 | 1958.97 | 20.66 | SP020097D7133WA68 |
| 99163 | 99250 | 77 | 76.18 | 0.80 | SP020097D7133WA69 |
| 99177 | 99267 | 80 | 12.60 | 0.14 | SP020097D7133WA81 |
| 99179 | 99267 | 78 | 83.46 | 0.89 | SP020097D7133WA84 |
| 99183 | 99277 | 84 | 68.17 | 0.78 | SP020097D7133WA93 |
| 99174 | 99250 | 66 | 236.67 | 2.14 | SP020097D7133WB02 |
| 99174 | 99250 | 66 | 4425.17 | 40.01 | SP020097D7133WB03 |
| 99183 | 99267 | 74 | 2972.22 | 30.13 | SP020097D7133WB24 |
| 99183 | 99267 | 74 | 5451.99 | 55.27 | SP020097D7133WB25 |
| 99183 | 99267 | 74 | 232.28 | 2.35 | SP020097D7133WB29 |

TOTAL Records 349 3166.03

TOTAL P.10