**Kennedy, Donna**

**From:** Amendolia, Anthony
**Sent:** Wednesday, April 05, 2000 10:22 AM
**To:** Kennedy, Donna
**Subject:** RE: PV UPDATE MARCH 00

Donna,

Oscar's analysis of the kills for March is accurate. He listed 15 kills for the month of March. The breakdown is as follows:

March kills 15

3 Counted against United (Should have been filled)
7 Not on usage list(Not included in fill rate calc)
3 Usage submitted but no demand in past 90 days
2 Usage submitted but demand exceeded estimate

It seems that 3 of the 15 kills would have actually counted against United based on the fill rate calculation in the current contract. There were 7 kills that United did not have listed on the Usage report. Either Oscar's group never provided usage or a miscommunication resulted in the oversight. Three kills had no demand within 90 days or more. Even though usage data was provided for these kills, the PV usually returns or sells off items left in their warehouse over 90 days. Another 2 kills resulted because actual demand exceeded the estimated usage provided.

The above scenario is compounded several times because of the repetitive orders placed on items that are killed. My opinion is that both United and William Beaumont are responsible for the kills. Both have to work to reduce killed line items and improve the fill rate percentage.

Anthony

-----Original Message-----
From: Kennedy, Donna
Sent: Monday, April 03, 2000 6:44 AM
To: Amendolia, Anthony
Cc: Flatley, Linda
Subject: FW: PV UPDATE MARCH 00

Anthony,

Can you please compare this list the usage data information sent to us by United and provide me with your results so that I can send a letter to United?

Thanks.

Donna M. Kennedy
Contracting Officer
Prime Vendor New Initiatives Section
Directorate of Medical Materiel
e-mail: dkennedy@dscp.dla.mil
Phone: 215-737-7075
FAX: 215-737-8144

-----Original Message-----
From: Molinar, Oscar A WBAMC [mailto:Oscar.Molinar@AMEDD.ARMY.MIL]

# Lone Star Region - Med/Surg
# April 2000 Fill Rate Report

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 136 | 118 | 14 | 6 | 89% |
| Vance AFB | 128 | 128 | 0 | 0 | 100% |
| Tinker AFB | 420 | 277 | 138 | 5 | 67% |
| Sheppard AFB | 278 | 256 | 22 | 0 | 92% |
| Dyess AFB | 53 | 40 | 9 | 4 | 79% |
| Altus AFB | 113 | 100 | 11 | 2 | 89% |
| Randolph AFB | 75 | 71 | 4 | 0 | 95% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | 68 | 34 | 33 | 1 | 51% |
| Holloman AFB | 74 | 66 | 8 | 0 | 89% |
| Kirkland AFB | 75 | 59 | 13 | 3 | 81% |
| Brooks AFB | 22 | 19 | 2 | 1 | 89% |
| Naval Hospital CC | 48 | 46 | 1 | 1 | 97% |
| Darnall - Ft. Hood | 919 | 810 | 86 | 23 | 89% |
| Reynolds - Ft. Sill | 437 | 357 | 57 | 23 | 84% |
| Ft. Huachuca | 37 | 36 | 1 | 0 | 97% |
| Wm. Bmnt. - Ft. Bliss | 748 | 609 | 117 | 24 | 83% |
| BAMC - Ft. Sam Houston | 1731 | 1581 | 116 | 34 | 92% |
| AFMLO / Ft. Worth, Texas | 1 | 1 | 0 | 0 | 100% |
| **Total** | 5364 | 4609 | 632 | 127 | 87% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

# Lone Star Region - Med/Surg
# April 2000 Fill Rate Report

**Extended Delivery Order**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | 10 | 6 | 4 | 0 | 60% |
| Sheppard AFB | 1 | 1 | 0 | 0 | 100% |
| Dyess AFB | | | | | 0% |
| Altus AFB | | | | | 0% |
| Randolph AFB | | | | | 0% |
| Laughlin AFB | 2 | 2 | 0 | 0 | 100% |
| Cannon AFB | 3 | 3 | 0 | 0 | 100% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | 6 | 5 | 1 | 0 | 83% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 25 | 25 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 7 | 7 | 0 | 0 | 100% |
| Ft. Huachuca | 1 | 1 | 0 | 0 | 100% |
| Wm. Bmnt. - Ft. Bliss | 69 | 49 | 16 | 4 | 74% |
| BAMC - Ft. Sam Houston | 69 | 68 | 0 | 1 | 99% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 193 | 167 | 21 | 5 | 88% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

**Lone Star Region - Med/Surg**
**May 2000 Fill Rate Report**

**Just-In-Time**

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 137 | 119 | 18 | 0 | 87% |
| Vance AFB | 144 | 143 | 1 | 0 | 99% |
| Tinker AFB | 347 | 263 | 81 | 4 | 76% |
| Sheppard AFB | 358 | 321 | 37 | 0 | 90% |
| Dyess AFB | 60 | 44 | 14 | 1 | 74% |
| Altus AFB | 129 | 124 | 4 | 1 | 97% |
| Randolph AFB | 70 | 69 | 1 | 0 | 99% |
| Laughlin AFB | 6 | 6 | 0 | 0 | 100% |
| Cannon AFB | 71 | 36 | 31 | 4 | 54% |
| Holloman AFB | 101 | 85 | 16 | 0 | 84% |
| Kirkland AFB | 64 | 51 | 12 | 1 | 80% |
| Brooks AFB | 25 | 25 | 0 | 0 | 100% |
| Naval Hospital CC | 26 | 26 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 1166 | 1055 | 94 | 17 | 91% |
| Reynolds - Ft. Sill | 594 | 529 | 52 | 14 | 90% |
| Ft. Huachuca | 35 | 27 | 5 | 3 | 81% |
| Wm. Bmnt. - Ft. Bliss | 771 | 657 | 100 | 12 | 86% |
| BAMC - Ft. Sam Houston | 1894 | 1687 | 151 | 41 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | 0% |
| **Total** | 5998 | 5267 | 617 | 98 | 89% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
# May 2000 Fill Rate Report

### Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | | | | | 0% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | 6 | 6 | 0 | 0 | 100% |
| Dyess AFB | | | | | 0% |
| Altus AFB | 2 | 2 | 0 | 0 | 100% |
| Randolph AFB | 1 | 1 | 0 | 0 | 100% |
| Laughlin AFB | | | | | 0% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | 6 | 5 | 1 | 0 | 83% |
| Brooks AFB | | | | | 0% |
| Naval Hospital CC | 3 | 3 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 1 | 1 | 0 | 0 | 100% |
| Ft. Huachuca | | | | | 0% |
| Wm. Bmnt. - Ft. Bliss | 89 | 73 | 14 | 2 | 83% |
| BAMC - Ft. Sam Houston | 74 | 66 | 7 | 1 | 90% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 182 | 157 | 22 | 3 | 87% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

## Lone Star Region - Med/Surg
## June 2000 Fill Rate Report

### Just-In-Time

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | 76 | 67 | 8 | 1 | 89% |
| Vance AFB | 100 | 94 | 6 | 0 | 94% |
| Tinker AFB | 118 | 78 | 39 | 1 | 67% |
| Sheppard AFB | 185 | 182 | 3 | 0 | 98% |
| Dyess AFB | 75 | 55 | 19 | 1 | 74% |
| Altus AFB | 79 | 75 | 4 | 0 | 95% |
| Randolph AFB | 56 | 55 | 1 | 0 | 98% |
| Laughlin AFB | 9 | 9 | 0 | 0 | 100% |
| Cannon AFB | 82 | 44 | 35 | 3 | 55% |
| Holloman AFB | 118 | 92 | 25 | 1 | 78% |
| Kirkland AFB | 98 | 83 | 10 | 5 | 87% |
| Brooks AFB | 40 | 38 | 2 | 0 | 95% |
| Naval Hospital CC | 31 | 31 | 0 | 0 | 100% |
| Darnall - Ft. Hood | 773 | 702 | 60 | 11 | 92% |
| Reynolds - Ft. Sill | 399 | 324 | 73 | 2 | 81% |
| Ft. Huachuca | 91 | 79 | 9 | 3 | 88% |
| Wm. Bmnt. - Ft. Bliss | 729 | 625 | 85 | 19 | 87% |
| BAMC - Ft. Sam Houston | 1835 | 1631 | 171 | 33 | 90% |
| AFMLO / Ft. Worth, Texas | 0 | 0 | 0 | 0 | NONE |
| **Total** | 4894 | 4264 | 550 | 80 | 88% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region.

# Lone Star Region - Med/Surg
# June 2000 Fill Rate Report

## Extended Delivery Order

| Facility Name | Lines Ordered | Completely Filled | Completely Unfilled | Partially Filled | Fill Rate |
|---|---|---|---|---|---|
| Goodfellow AFB | | | | | 0% |
| Vance AFB | 4 | 3 | 1 | | 75% |
| Tinker AFB | | | | | 0% |
| Sheppard AFB | 10 | 10 | 0 | 0 | 100% |
| Dyess AFB | | | | | 0% |
| Altus AFB | 2 | 2 | | | 100% |
| Randolph AFB | 1 | 1 | | | 100% |
| Laughlin AFB | 1 | 1 | 0 | 0 | 100% |
| Cannon AFB | | | | | 0% |
| Holloman AFB | | | | | 0% |
| Kirkland AFB | | | | | 0% |
| Brooks AFB | 1 | 1 | | | 100% |
| Naval Hospital CC | 18 | 18 | 0 | 0 | 100% |
| Darnall - Ft. Hood | | | | | 0% |
| Reynolds - Ft. Sill | 6 | 6 | 0 | 0 | 100% |
| Ft. Huachuca | 15 | 14 | 1 | 0 | 93% |
| Wm. Bmnt. - Ft. Bliss | 87 | 58 | 25 | 4 | 69% |
| BAMC - Ft. Sam Houston | 91 | 86 | 4 | 1 | 95% |
| AFMLO / Ft. Worth, Texas | | | | | 0% |
| **Total** | 236 | 200 | 31 | 5 | 86% |

This report is **Confidential** and was developed based on information and data supplied by United Medical Supply Company, Inc.
Medical/ Surgical Prime Vendor
Lone Star Region

**Kennedy, Donna**

**From:** Flatley, Linda
**Sent:** Tuesday, July 25, 2000 10:39 AM
**To:** 'Bill Bandy'
**Subject:** FW: Contract SP0200-97-D-7133/7134

Dear Mr. Bandy,

It is July 25, 2000 and I have not received a response to this email. Your inaction is of concern to me. I am charged with ensuring our customers receive the service we have contracted for under your contract.

Provide the information indicated below by COB Friday July 28, 2000.

Linda Flatley
tel: 215-737-3201
email: lflatley@dscp.dla.mil

-----Original Message-----
**From:** Flatley, Linda
**Sent:** Thursday, July 13, 2000 11:36 AM
**To:** 'Bill Bandy'
**Subject:** Contract SP0200-97-D-7133/7134

Dear Mr. Bandy,

Reference: Contract SP0200-97-D-7133/7134, effective through May 31, 2001.

I have been informed that United Medical Supply has announced that effective the end of July 2000, you will no longer support our Lone Star regional customers from your El Paso distribution center.

By **close of business Friday July 14, 2000**, United Medical Supply must provide the undersigned the following information:

1) Identify the United Medical Supply distribution center that will service each of the four customers listed below:

Ft. Bliss (William Beaumont Army Medical Center), El Paso, TX
Holloman AFB, (New Mexico)
Kirtland AFB (New Mexico)
Ft. Huachuca, (Arizona)

2) Provide the distance in miles from each customer to the identified replacement distribution center.

3) Provide the transportation method to be used to meet the six hour emergency delivery time requirement in the contract for Ft Bliss, Holloman AFB, and Kirtland AFB, and the ten hour emergency delivery time requirement in the contract for Ft. Huachuca.

United Medical Supply's contractual obligations:

1) The distance in miles must be low enough that a reasonable person would expect that a just-in-time usage data item order placed at 4:59 pm (1659) local time would be received by the customer within the 24 hours (business days only) required by the contract. This 24 hour delivery is expected to be met on a daily (business days) basis, per the terms of the contract.

2) The transportation method identified for emergency materiel delivery must convince a reasonable person that the emergency delivery time requirement will be met 100% of the time, per the contract terms.

**NOTE: Failure to meet the contractual obligations identified above may put United Medical Supply at risk for a Termination for Default for contract SP0200-97-D-7133/7134.**

L. FLATLEY
Chief, Medical Surgical PV Contracting Section
Medical Surgical Products CBU
Directorate of Medical Materiel

tel: 215-737-3201
email: lflatley@dscp.dla.mil