**Kennedy, Donna**

**From:** Flatley, Linda
**Sent:** Wednesday, July 26, 2000 12:29 PM
**To:** Kennedy, Donna
**Cc:** Jennings, James
**Subject:** FW: PRIME VENDOR - JUNE 00

-----Original Message-----
From: Wentzel, Greg
Sent: Friday, July 14, 2000 3:50 PM
To: Flatley, Linda; Amendolia, Anthony; Galligan, Donna; Rogers, Roslyn
Subject: RE: PRIME VENDOR - JUNE 00

I spoke to Mr. Bandy, United Medical, about the alledged $750,000. He suggested that it was more in the $650,000 range. I advised him that as of the end of June, we were showing about $6000 in delinquent invoices, and that the ULOs awaiting invoicing totalled only $54,626. His AR clerk, Megan, claims that she has confirmations for the 810 EDI transactions corresponding to this last batch of ULOs - the implication being that they are invoicing and the invoices are being lost in our system.

I asked Megan to email me the confirmation data and that I would have our EDI folks check to see how our system could have confirmed receipt and then not processed the invoices.

I also asked that Megan email me invoice #, call numbers, and dollar amount for the top 10 accounts receivable that they were carrying against our contract. I promised Mr. Bandy that I would research and get back to him on how and why he was showing these as not paid, while we had no record of them being owed. Based upon what I found, I indicated that we might be able to determine how to proceed with reconciling his figure $650,000 with our figure - $6000.

Mr Bandy will simply not be mounting his palomino and riding off into the sunset at the end of his contract. We better have a very clear and convincing accounting of the status of United's accounts receivable.

Greg

-----Original Message-----
From: Flatley, Linda
Sent: Thursday, July 13, 2000 8:21 AM
To: Wentzel, Greg
Subject: FW: PRIME VENDOR - JUNE 00

-----Original Message-----
From: Amendolia, Anthony
Sent: Wednesday, July 12, 2000 4:07 PM
To: Flatley, Linda; Kennedy, Donna; Nicolucci, Andrea
Subject: FW: PRIME VENDOR - JUNE 00

Isn't this interesting...

**From:** Amendolia, Anthony
**ent:** Friday, August 11, 2000 3:42 PM
**fo:** Flatley, Linda
**Cc:** 'Mike David - USAMC - San Antonio, TX'
**Subject:** Status of United Medical Deliveries without El Paso Warehouse

Linda,

Since the El Paso warehouse closed the end of July, there was concern that United would not be able to meet the next day delivery requirement for the four customers (two Army and two Air Force) previously serviced out of El Paso:

Ft Bliss - William Beaumont Army Medical Center:

Oscar Molinar stated that he is receiving his deliveries the next day. There was one instance of part of the call number arriving on another shipment two days after the order was placed. Deliveries are on time but kills or zero fills are increasing. He will continue to monitor the fill rate on a daily basis for about a week to determine if the kills are decreasing.

Ft Huachuca

Mr Hicks placed one or two orders since the El Paso warehouse closed and foud that it is taking about 3 days to get the material. One order was placed on Friday and received on Wednesday. Mr. Ratliff said they could live with 2 days but 3 to 4 days is difficult to manage.

Kirtland AFB

Just-in-time orders placed at Kirtland AFB after the El Paso warehouse closure are being received the next day. In fact, SSgt Lutz preferred the United's Ft. Worth distribution center service over the El Paso warehouse.

Holloman AFB

At Holloman AFB, JIT orders are being received in two to three days. Previously, they received next day deliveries. Cpt Cannalis has driven from Holloman to Ft Worth and said it takes 10 - 12 hours. Will continue to watch for any progress.

Anthony

**From:** Jennings, James
**Sent:** Monday, August 14, 2000 11:32 AM
**To:** 'wbandy@aol.com'
**Cc:** 'sai-dan@swbell.net'
**Subject:** SP0200-97-D-7133

Mr. Bandy,

We have received a report that several Delivery Orders that were reported to the customer as a "Kill", were subsequently delivered to the customer. This causes a problem for the customer for several reasons. 1)The product may have already been procured from another source. 2)The product may have been rerequisitioned with a different Delivery Order number.

For these reasons, steps need to be taken to insure that this does not happen in the future.

If you have any questions regarding this, I can be reached at (215)737-7230 or jjennings@dscp.dla.mil

JAMES JENNINGS
Contracting Officer

-----Original Message-----
From: Kennedy, Donna
Sent: Monday, August 07, 2000 9:10 AM
To: Jennings, James
Cc: Flatley, Linda
Subject: FW: United EDO orders at Ft Sam Houston

Jim,

Please contact Mr. Bill Bandy at United Medical and remind them that if an item is killed it must not be delivered.

Thanks.

Donna M. Kennedy
Contracting Officer
Prime Vendor Contracting
Directorate of Medical Materiel
e-mail: dkennedy@dscp.dla.mil
Phone: 215-737-7075
FAX: 215-737-8144

-----Original Message-----
From: Flatley, Linda
Sent: Monday, August 07, 2000 8:23 AM
To: Kennedy, Donna
Subject: FW: United EDO orders at Ft Sam Houston

Donna,
Action needed. LF

-----Original Message-----
From: Farver, David [mailto:dfarver@dsiddoms.eds.com]
Sent: Thursday, June 29, 2000 8:12 AM
To: 'lflatley@dscp.dla.mil'
Cc: Steve Hasting (E-mail); Jessica Martinez (E-mail); Englert, Juan
Subject: United EDO orders at Ft Sam Houston

Linda,
this is a follow-up email from our conversation this morning. I received a call from Bonnie Mayhorn
(210-916-1776) regarding some issues she has with United Medical EDO rdering.
Bonnie is claiming that certain items on EDO orders to United are being killed by United
although the item actually gets delivered. Below are examples of confirmations she
received. Bonnie stated that Item # = UMS0300310 on call HF56 and Item # = UMS1159260
on call HF59 were items that showed killed status but eventually was shipped to the
site. Because of the killed status, DMLSS is sending a rejection back to TAMMIS and
then TAMMIS turns around and re-requisitions it. This is a problem due to the fact
that the goods actually get shipped the first time ordering.
Can you help us out with this issue?

Thank you,
Dave Farver

FW PRIME VENDOR UPDATE - 15 AUG 00

From: Molinar, Oscar A WBAMC [Oscar.Molinar@AMEDD.ARMY.MIL]
Sent: Tuesday, September 19, 2000 4:15 PM
To: 'Ronnie.Rahm@59MDW.WHMC.AF.MIL'
Subject: FW: PRIME VENDOR UPDATE - 15 AUG 00

Ronnie,

Here's a memo sent to DSCP this August 00.

Our PV Fill Rates had just taken a nose dive!

Oscar

> -----Original Message-----
> From: Molinar, Oscar A WBAMC
> Sent: Wednesday, August 16, 2000 3:55 PM
> To: Crockett-Lynn Tsehai CPT WBAMC
> Subject: PRIME VENDOR UPDATE - 15 AUG 00
>
>
> MCHM-LOG-MA
> 15 August 00
>
>
> MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer,
> Contract SP0200-97-D-7133. 2800 South 20th St., Philadelphia, PA 19145
>
>
> SUBJECT: Prime Vendor Update - 15 Aug 00
>
>
> 1. Effective 31 July 00, United Medical closed their El Paso Distribution
> Center. The United Medical Rep, Yolanda Velasquez, broke the news to us
> two weeks prior to the closing date. She assured us that support would
> not be interrupted and that the reason for closing the distribution center
> was to avoid signing a new, two year lease.
>
> 2. Since closing the Distribution Center, the United Medical fill rates
> have taken a downward plunge as indicated below:
>
> MONTH Fill Rate
>
> APR 00 76.92%
> MAY 00 86.62%
> JUN 00 80.11%
> JUL 00 66.33%
>
> 3. In accordance with PV Contract SP0200-97-D-7133, Section C, Statement
> of Work, page 16 under MINIMUM PERFORMANCE REQUIREMENTS, the contract
> states, "The Prime Vendor shall maintain, at a minimum, a 95% monthly
> fill-rate for each orering facility for Just-in-Time Orders.
>
> 4. Below is a portion of the total orders sent to United Medical since 31
> July and their fill rates.
>
> 31 July 00
> WR19 JIT
> Lines ordered 32
> Lines filled 11
> Partial fills 2
> Fill rate - 37%
>
> 1 AUGUST 00

> WR20 JIT
> Lines ordered 20
> Lines filled 12
> Partial fills 0
> Fill rate - 60%
> WR26 JIT
> Lines ordered 17
> Lines filled 9
> Partial Fills 2
> Fill rate - 58%
>
> 2 AUGUST 00
> WR27 JIT
> Lines ordered 31
> Lines Filled 22
> Partial fills 0
> Fill rate - 70%
> WR28 JIT
> Lines ordered 20
> Lines filled 13
> Partial fills 0
> Fill rate - 65%
>
> 3 AUGUST 00
> WR37 JIT
> Lines ordered 35
> Lines filled 11
> Partial fills 4
> Fill rate - 37%
> WR39 JIT
> Lines ordered 37
> Lines filled 7
> Partial fills 28
> Fill rate - 56%
> WR40 JIT
> Lines ordered 13
> Lines filled 7
> Partial fills 1
> Fill rate - 57%
>
> 4 AUGUST 00
> WR42 JIT
> Lines ordered 21
> Lines filled 11
> Partial fills 1
> Fill rate - 54%
>
> 7 AUGUST 00
> WR49 JIT
> Lines ordered 31
> Lines filled 11
> Partial fills 18
> Fill rate - 65%
>
> 8 AUGUST 00
> WR52 JIT
> Lines ordered 31
> Lines filled 20
> Partial fills 1
> Fill rate - 66%
> WR53 JIT
> Lines ordered 47
> Lines filled 14

> Partial fills 3
> Fill rate - 33%
>
> 9 AUGUST 00
> WR64 JIT
> Lines ordered 20
> Lines filled 6
> Partial fills 0
> Fill rate - 30%
>
> 10 AUGUST 00
> WR68 JIT
> Lines ordered 28
> Lines filled 18
> Partial fills 3
> Fill rate - 69%
>
> 11 AUGUST 00
> WR73 JIT
> Lines ordered 37
> Lines filled 17
> Partial fills 4
> Fill rate - 51%
> WR74 JIT
> Lines ordered 22
> Lines filled 6
> Partial fills 5
> Fill rate - 38%
> WR76 JIT
> Lines ordered 14
> Lines filled 4
> Partial fills 0
> Fill rate - 29%
>
>
> 5. The number of total lines ordered since 31 July is 531. The total number of lines filled during the same time period is 247. This indicates a fill rate of 47% during a three week period.
>
> 6. ROUTINE (JIT) items like STEAM INDICATORS, HYPODERMIC NEEDLES, SURGICAL RAZORS, MICROSCOPE SLIDES, and IV CATHETERS have been at zero balance in United Medical the past two weeks.
>
> 7. CONFIRMATIONS are not being provided unless requested repeatedly by the Materiel Branch item managers. Status on the availability of an item is crucial information for the item managers in determining if an item is to be purchased on a credit card.
>
> 8. ADDITIONAL ISSUES
>
> a. Friday, 11 August, Materiel Branch placed orders WR73 and WR76. These two orders should have been delivered on Monday, 14 August at approximately 1000.
>
> b. In accordance with Prime Vendor Contract SP0200-97-D-7133, Section C, Statment of Work, page 13, under General Information, "The Prime Vendor will deliver Just In Time (JIT) shipments within 24 horus of order placement excluding holidays and weekends."
>
> c. Orders WR73 and WR76 were received Tuesday, 15 August between 1100 and 1130.
>
> d. Friday's order contained 19 additional items, without invoice or

> packing list. Our receiving personnel wasted precious time and effort
> trying to identify these items.
>
> e. The 19 items were later identified, by our Item Managers as part
> of order WR77 which was placed on Monday, 14 August.
>
> f. Materiel Branch shipments continue to arrive on a single pallet
> stacked 8 to 9 ft high. Heavier boxes are often stacked on top of lighter
> boxes which causes the lighter boxes to be crushed during transport.
> Also, when the shrink wrap is cut to unstack the boxes, the weight shifts
> and boxes fall which could cause our personnel to sustain injuries.
>
>
>
>
>
>
> Oscar A. Molinar
> Accountable
> Officer/PV COR
> Materiel Branch,
> WBAMC

FW Update - 29 Aug 00

From: Molinar, Oscar A WBAMC [Oscar.Molinar@AMEDD.ARMY.MIL]
Sent: Tuesday, September 19, 2000 4:18 PM
To: 'Ronnie.Rahm@59MDW.WHMC.AF.MIL'
Subject: FW: Update - 29 Aug 00

Ronnie,

Between 15 and 29 August things got worse with United Medical. My KO at DSCP went to bigger and better things. This message went to my Case Manager, Anthony Amendolia.

Oscar

> -----Original Message-----
> From: Riley, James D LTC WBAMC
> Sent: Thursday, August 31, 2000 8:26 AM
> To: Molinar, Oscar A WBAMC
> Subject: RE: Update - 29 Aug 00
>
> Excellent Summation...
> Looks like we are about readu for a summit meeting
>
> -----Original Message-----
> From: Molinar, Oscar A WBAMC
> Sent: Wednesday, August 30, 2000 4:35 PM
> To: Crockett-Lynn Tsehai CPT WBAMC; 'aamendolia@dscp.dla.mil'
> Cc: Riley, James D LTC WBAMC
> Subject: Update - 29 Aug 00
>
>
> Tuesday, 29 Aug 00
>
> PRIME VENDOR UPDATE
>
> Anthony Amendolia, DSCP Case Manager,
>
>
> 1. ISSUES:
>
> a. DELIVERIES - After repeated calls to United Medical, over a two
> week period, supply deliveries began to arrive between 1000 and 1030 on 23
> Aug 00.
>
> b. INVOICES - Shipments have been received without an invoice or
> packing list. United Medical had to be called to FAX an invoice before
> orders could be accepted.
>
> d. MIXED SHIPMENTS - Items have been received mixed up on several
> pallets without identifying markings or call numbers.
>
> e. STATUS - Status is not received within two hours as specified by
> the PV Contract. Status is usually received in the late afternoon or the
> next working day.
>
> f. ZERO FILLS - Repeated zero fills on critical JIT items have been
> noted during the past three weeks. The following list of JIT items
> includes items ordered and denied repeatedly over a period of several
> days. Items had to be purchased on credit card.
>
> ITEM CAT NUMBER MANUFACTURER
>
> 1) Syringe 25ga BD309570 BECTON DICKINSON

> 2) Needle Hypo 23ga BD305111 BECTON DICKINSON
> 3) Syringe Insulin BD309300 BECTON DICKINSON
> 4) Brace Knee 1000849 DEROYAL
> 5) Infusion set 4492 ABBOTT
> 6) Tube Trach 86080 MALLINCKRODT
> 7) Crutch 4860 LAMICO
> 8) Glove Surg 7.5 5721314 ANSELL PERRY
> 9) Electrode EKG 15133A HEWLETT PACKARD
> 10) Glove Surg 8 5380 J&J
>
> 2. FILL RATES

| Call | Lines ordered | Lines received | Partials | Fill Rate |
|---|---|---|---|---|
| WS17 | 21 | 3 | 13 | 45% |
| WS23 | 45 | 14 | 3 | 34% |
| WS24 | 31 | 12 | 5 | 47% |
| WS30 | 23 | 9 | 5 | 50% |
| WS31 | 14 | 9 | 0 | 64% |
| WS34 | 9 | 1 | 1 | 16% |
| WS49 | 15 | 3 | 8 | 33% |
| WS55 | 25 | 5 | 18 | 56% |

> 3. Additional JIT items routinely used at WBAMC denied by United Medical in the past the past three weeks:
>
> BED PANS
> NEEDLE CONTAINERS
> BABY SHAMPOO
> IV TUBING
> CHUX
>
> 4. Item managers have been forced to borrow supplies from other hospitals, purchase items directly from the manufacturer, research and find other sources of supply, or purchase JIT items with a credit card at open market prices and shipping charges.
>
> Oscar A. Molinar
> Accountable Officer/PV COR
> Materiel Branch, WBAMC

MCXJ-LO-MAT 25 October 2000

MEMORANDUM FOR Commander, DSCP, ATTN: Donna Kennedy, Contracting Officer, Contract 97-D-7133, 2800 South 20th St, Phildelphia, PA 19145

SUBJECT: Prime Vendor Report #7 United Medical Supply

1. This report covers the period 01 August to 25 October 2000 and reflects the time since United Medical closed their warehouse in El Paso. Fill rates are addressed in the following paragraphs.

2. Information on Just In Time (JIT) orders is as follows:

a. Total lines ordered - 368
b. Total lines filled - 227
c. Total lines partially filled - 35
d. Fill Rate - 60.2%

3. Information on Extended Delivery Orders (EDO) is as follows:

a. Total lines ordered - 116
b. Total lines filled - 88
c. Fill rate - 75.8%
d. As of this time, 12 Extended Delivery Orders remain open, 10 of which have gone past the 10 day limit specified in the contract.

4. Since the El Paso warehouse was closed, JIT orders no longer arrive within 24 hours as specified in the contract. Average time to receive a JIT order is now from 3 to 4 days. This problem was addressed when it first started happening the first part of August, but as of this date, it has not been corrected

5. We were last visited by a Prime Vendor Customer Service Representative on 19 June 2000. As of this time, no visits are scheduled for this activity.

6. We continue to get requests from DSCP for summary receipt information on orders that have not yet been closed out.

7 Point of contact is the undersigned at DSN 821-2070/5117 or coml (520) 533-2070/5117.

MELVIN R. HICKS
DAC
COR, Contract #SPO200-97-D-7133

**From:** Amendolia, Anthony
**Sent:** Tuesday, October 31, 2000 7:53 AM
**To:** Flatley, Linda
**Subject:** FW: Med/Surg Prime Vendor Report #7

pvprfmemo7.doc

Linda,

Melvin Hicks from Ft Huachuca in Arizona sends us an update, from time to time, of how their Med/Surg PV program is going with United Medical. Ft Huachuca is one of the customers that was effected by the closing of the El Paso distribution center. They were never really happy from the beginning but at this point I don't know what to tell him other than to thank him for taking the time to do the report and we will contact United about his situation.

He basically says that his JIT fill rate is about 60%(I don't know if it is accurate or they are ordering without providing usage or other factors). Their JIT delivery since the distribution center closing is 3 to 4 days instead of 24 hours and they haven't had a customer visit since June 19th.

I will offer them the same alternative that I offered to Ft Bliss, which was to order their kills from Allegiance. However, they had Allegiance as their prime vendor before they requested to switch to the Lone Star region because their service was so poor. I don't think they will be too excited about the idea of having Allegiance back again.

Anthony

-----Original Message-----
From: Hicks, Melvin R RWBAHC LOG
[mailto:Melvin.Hicks@CEN.AMEDD.ARMY.MIL]
Sent: Thursday, October 26, 2000 3:27 PM
To: 'dkennedy@dscp.dla.mil'; 'aamendolia@dscp.dla.mil'
Cc: Molinar, Oscar A WBAMC; Bartkowski, Mike A BAMC-Ft Sam Houston; Bell, Thomas A CPT RWBAHC LOG; David, Michael R; Ratliff, Doil G RWBAHC LOG
Subject: Med/Surg Prime Vendor Report #7

Subject report for the period 01 August to 25 October 2000 is attached.

<<pvprfmemo7.doc>>

Mel Hicks

Thank you. I will be waiting to hear from you. I can also have our useage list and annual demands available in a few days after I find out where to send them.

..el Hicks

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 01, 2000 1:20 PM
To: 'Hicks, Melvin R RWBAHC LOG'
Subject: RE: Med/Surg Prime Vendor Report #7

Mr. Hicks,

United has told us in an email that they would permit you to leave the contract with them and join the new contract with Allegiance. Naturally, you will get DAPA pricing and a 3.5% distribution fee(unless you select additional services). I will get the name of an Allegiance rep so that we can get the ball rolling on this. If we can get Allegiance to agree and Steve Hasting from DMLSS to move up your DMLSS transition date (Although if this doesn't happen, there is the possibility of ordering from the web), this will be a go.

Anthony

-----Original Message-----
From: Hicks, Melvin R RWBAHC LOG
[mailto:Melvin.Hicks@CEN.AMEDD.ARMY.MIL]
Sent: Tuesday, October 31, 2000 10:50 AM
To: 'Amendolia, Anthony'
Cc: Bell, Thomas A CPT RWBAHC LOG
..ubject: RE: Med/Surg Prime Vendor Report #7

I would be very interested in getting the killed items from Allegiance. I would also like to know if they could give us some special pricing on those items that are on DAPA, either the DAPA price because we will soon be going to them as Prime Vendor, or some price in between DAPA and the open market price. I would also be interested in going to Allegiance as a prime vendor prior to the 1 June 01 scheduled date.

If you have a POC at Allegiance you can talk to, I would appreciate it if you could put in the good word for us, and would also like to have the POC name and number so I can talk to them. Our service from United Medical appears to be getting worse as time goes by, so we would appreciate any assistance you can give us.

The main problem we had with Allegiance when they were our Prime Vendor before was one that could have been easily corrected. It had to do with JIT orders. Under the contract, they were supposed to stock JIT items in their Phoenix distribution center so they could get them to us the day after we ordered them. Due to some internal problem, I am told, with the supervisor of the Phoenix center, many of the JIT items were not stocked. As a result, when we placed a JIT order, we would get the items from the Phoenix distribution center the next day, the items they stocked at Ontario, CA, we would get the following day and the items that had to come from Chicago we would get about 7 days later. This caused us a lot of problems and could have all been corrected by stocking our JIT items in Phoenix, and I hope this can be done the second time around.

..el Hicks

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Tuesday, October 31, 2000 6:01 AM

To: 'Hicks, Melvin R RWBAHC LOG'
Subject: RE: Med/Surg Prime Vendor Report #7

Thanks for the update Mr Hicks. We will contact United Medical and address these problems with them. In the mean time, are you interested in ordering any killed items from Allegiance? They will be your new Med/Surg PV in June of 2001 and we could look into having them provide support for your kills from United. I know that you had Allegiance before and you were not satisfied but maybe it will be different now? Please call or email me to let me know.

Anthony Amendolia
DSN 444-2134

-----Original Message-----
From: Hicks, Melvin R RWBAHC LOG
[mailto:Melvin.Hicks@CEN.AMEDD.ARMY.MIL]
Sent: Thursday, October 26, 2000 3:27 PM
To: 'dkennedy@dscp.dla.mil'; 'aamendolia@dscp.dla.mil'
Cc: Molinar, Oscar A WBAMC; Bartkowski, Mike A BAMC-Ft Sam Houston; Bell, Thomas A CPT RWBAHC LOG; David, Michael R; Ratliff, Doil G RWBAHC LOG
Subject: Med/Surg Prime Vendor Report #7

Subject report for the period 01 August to 25 October 2000 is attached.

<<pvprfmemo7.doc>>

Mel Hicks

**From:** Flatley, Linda
**Sent:** Tuesday, November 07, 2000 1:22 PM
**To:** Amendolia, Anthony
**Cc:** Jennings, James
**Subject:** RE: Prime Vendor Order - Kirtland AFB

I agree. LF

-----Original Message-----
From: Amendolia, Anthony
Sent: Tuesday, November 07, 2000 10:18 AM
To: Flatley, Linda
Cc: Jennings, James
Subject: FW: Prime Vendor Order - Kirtland AFB

Linda,

This was an unsolicited email from my POC at Kirtland AFB concerning kills with their orders to United Medical. He called me this morning to complian that every item has been killed since October 31st. Kirtland AFB is near Albuquerque, NM and they were affected by the El Paso, TX distribution center closing. I'm trying to find out from United about the kills. I'll let you know how I make out. Sounds like they could be another candidate?

Anthony

-----Original Message-----
From: Nonies Ernest C GS-05 377MDSS/SGSL
mailto:Ernest.Nonies@kirtland.af.mil]
Sent: Monday, November 06, 2000 12:49 PM
To: 'aamendolia@dscp.dla.mil'
Subject: Prime Vendor Order - Kirtland AFB

Orders transmitted in the DMLSS System thru United Medical prime vendor has not been filled since 31 Oct 00. As of this date, 6 Nov 00, orders requsistion thru United Medical has been coming back cancelled. Per conversation with TSgt Deere, NCOIC acquisition management, suggested that I e-mail or phone you (case manager), and to informed you that our orders has not been filled. Please advise this office of any remedy that has been or should be taken in resolving this problems. My DSN is 94-246-3686. Thank you in handling this problem.

**From:** Riley, James D LTC WBAMC [James.Riley@AMEDD.ARMY.MIL]
**Sent:** Sunday, November 12, 2000 12:49 PM
**To:** Molinar, Oscar A WBAMC; Fletcher, James L COL BAMC-Ft Sam Houston; 'lflatley@dscp.dla.mil'; 'aamendolia@dscp.dla.mil'
**Cc:** Crockett-Lynn Tsehai CPT WBAMC
**Subject:** RE: PRIME VENDOR UPDATE - NOV 00

Oscar

Continue to report this to GPRMC monthly.

> -----Original Message-----
> From: Molinar, Oscar A WBAMC
> Sent: Thursday, November 09, 2000 4:18 PM
> To: Fletcher, James L COL BAMC-Ft Sam Houston; 'lflatley@dscp.dla.mil';
> 'aamendolia@dscp.dla.mil'
> Cc: Riley, James D LTC WBAMC; Crockett-Lynn Tsehai CPT WBAMC
> Subject: PRIME VENDOR UPDATE - NOV 00
>
>
> MCHM-LOG-MA
> 9 NOV 00
>
>
> MEMORANDUM FOR Linda Flatley, Contracting Officer, DSCP and Anthony
> Amendolia, Case Manager, DSCP, PV CONTRACT 97-D-7133
>
> SUBJECT: PV Update 9 November 00

> 1. FILL RATES
>
> a. Oct 00 JIT Fill Rate - 70%
>
> b. Sep 00 JIT Fill Rate - 59%
>
> c. Aug 00 JIT Fill Rate - 54%
>
> d. Average Fill Rate for 3 months - 61%. Nowhere close to 95%
>
> 2. DELIVERIES - Deliveries continue to arrive before 1200 daily. No
> major problems with deliveries since August 00.
>
> 3. PALLETS - Pallets continue to arrive stacked 6 to 8 feet high. This
> issue has been reported to the PV Representative (Yolanda Velasquez),
> several times. Materiel Branch warehouse personnel continue to struggle
> with this issue.
>
> 4. ZERO BALANCES
>
> a. August 00
>
> Total lines ordered - 1081
> Total lines filled complete - 498
> Total lines not filled - 383
>
> a. September 00

Total lines ordered - 533
> Total lines filled complete - 285
> Total lines not filled - 180
>

> b. October 00
>
> Total lines ordered - 782
> Total lines filled complete - 524
Total lines not filled - 223

> c. TOTAL ZERO BALANCES AUG 00 through OCT 00
>
> Total lines ordered - 2395
> Total lines filled complete - 1307
> Total lines not filled - 786
>
> 5. CREDIT CARD PURCHASES
>
> a. In August 00, United Medical denied 59 different JIT lines during
> the month. Materiel Branch was forced to purchase all 59 lines with an
> IMPAC credit card.
>
> b. Additional credit card work created for two item managers:
>
> 1) Call United Medical to verify status of zero balance.
> 2) Find source and place credit card order
> 3) Confirm freight charges
> 4) Confirm price changes in TAMMIS
> 5) Make emergency issue when item arrives
> 6) Review, correct and submit month end credit card statements
>
> c. Time required to perform the credit card tasks listed above - 29.5
> hours
>
> d. Total cost of 59 JIT items purchased on credit card - $11,689.27
>
> d. Overtime for two item managers - $422.40

e. Grand total - $12,111.67

>
>
>
>
> Oscar A. Molinar
> Accountable Officer/COR
> Materiel Branch, WBAMC
>
>

Subject: FW: PRIME VENDOR UPDATE - NOV 00

Anthony,

presume we've discussed this with Mr Bandy or his distribution center at some point. what is the plan, if any?
LF

-----Original Message-----
From: Molinar, Oscar A WBAMC [mailto:Oscar.Molinar@AMEDD.ARMY.MIL]
Sent: Monday, November 13, 2000 3:36 PM
To: 'Flatley, Linda'
Subject: RE: PRIME VENDOR UPDATE - NOV 00

Linda,

Anthony informed me last week that he had copies of all of my updates and would be happy to forward copies to you. However, I was directed to send copies to you anyway.

We continue to have problems with pallets stacked too high. It is impossible for any of our personnel to reach the top boxes without assistance from a fork lift. This is time consuming and dangerous to the person trying to unstack the boxes. This morning we received several pallets stacked at least 9 feet high. Talking to United about this is like talking to a door knob. Perhaps because of my constant complaining.

Oscar

-----Original Message-----
From: Flatley, Linda [mailto:paa3209@dscp.dla.mil]
ent: Monday, November 13, 2000 1:15 PM
: 'Molinar, Oscar A WBAMC'
ubject: RE: PRIME VENDOR UPDATE - NOV 00

Oscar,

Anthony Amendolia follows your situation closely - he forwards a copy of your periodic update to me every time he receives one. We usually review them and discuss them shortly after they arrive.

Linda Flatley
Chief, Med Surg Prime Vendor
Contracting Section
Medical Surgical Products CBU
Directorate of Medical Materiel

tel: 215-737-3201
email: lflatley@dscp.dla.mil

-----Original Message-----
From: Molinar, Oscar A WBAMC [mailto:Oscar.Molinar@AMEDD.ARMY.MIL]
Sent: Thursday, November 09, 2000 6:18 PM
To: Fletcher, James L COL BAMC-Ft Sam Houston; 'lflatley@dscp.dla.mil'; 'aamendolia@dscp.dla.mil'
Cc: Riley, James D LTC WBAMC; Crockett-Lynn Tsehai CPT WBAMC
Subject: PRIME VENDOR UPDATE - NOV 00

MCHM-LOG-MA
9 NOV 00