# United Medical Supply

5117 Northeast Parkway • Fort Worth, TX 76106 • (817) 626-8261

To: DPSC – Philadelphia
Attention: Fran Gallo DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: United Medical Supply
Attention: June Lyon
5117 Northeast Parkway
Fort Worth TX 76106
Phone: 800-333-2733 Ext. 232
Fax: 817-626-3108

865.41

Confirming phone call with Marherlia Bynum, balance due billed as follows.

876.72 Cust obligated
DID NOT PAY?
not on Statement

| | | |
|---|---|---|
| 1,080.20 | Billed | |
| 215.95 | Paid | |
| 864.25 | Balance due: | Call GJ23 |

Proof of Delivery
(packing document
sent previously)

Packing documents for back up attached.
712627
713130
714606
715038
Facility: Brooke Army Medical Center

Call Megan

Call or fax if you have any questions.

Thanks!

13725-07
7-9-98

# UNITED MEDICAL SUPPLY

SAN ANTONIO, TX

## DAILY DELIVERY RECORD

DATE: May 5, 1998

SHIPPER: UMS

DRIVER: United Medical Supply / Nathan

| ACCOUNT NAME | INVOICE # | CASE COUNT | REEFER COUNT | ADDRESS<br>PO # | SIGNATURE | [illegible] |
|---|---|---|---|---|---|---|
| Brooke Army Medical | 212801 | 68 | 0 | 6680 - 1 Pallet | | |
| Center | 212802 | 62 | 5 | 6679 - 3 Pallets | | |
| MTS MGMT BRANCH | 212803 | 21 | 3 | 6679 - 1 Pallet | | |
| LOG DIV | 212804 | 9 | 4 | 6629 - 13 Boxes | | |
| Bldg 3600 Loading | 212805 | 37 | 0 | 6629 - 1 Pallet | | |
| Dock | 212806 | [illegible] | 1 | 6628 - 1 Piece | | |
| Fort Sam Houston TX 78234 | 212627 | 1 | 1 | 6626 - 2 Pieces | | |
| | Totals | 202 | 13 | 7 Pallets | | |

Tim Davis

5-5-98

# UNITED MEDICAL SUPPLY
SAN ANTONIO, TX
## DAILY DELIVERY RECORD

DATE: May 2, 1998

CARRIER: UMS

DRIVER: United Medical Supply Temporary Dr

| ACCOUNT NAME | INVOICE # | DRY COUNT | REEFER COUNT | ADDRESS PO # | SIGNATURE | RECEIVED |
|---|---|---|---|---|---|---|
| Brooke Army Medical | 213236 | 116 | 0 | GG88 - 3 Pallets | | |
| Center | 213237 | 31 | 4 | GG87 - 1 Pallet | | |
| MED MGMT BRANCH | 213238 | 34 | 3 | GG87 - 2 Pallets | | |
| LOG DIV | 213239 | 70 | 4 | GG82 - 3 Pallets | | |
| Bldg 3600 Loading | 213240 | 26 | 2 | GG82 - 1 Pallet | | |
| Dock | 213241 | 19 | 2 | GG82 - 1 Pallet | | |
| FORT SAM HOUSTON TX | 213242 | 13 | 1 | GG86 - 1 Pallet | | |
| 78234 | 213130 | 0 | 1 | GG86 - 1 Pallet | | |
| | 213112 | 1 | 0 | 8011201D - 1 Pallet Visa Order | | |
| | Totals | 310 | 12 | 12 Pallets | | |

[signature] 5-7-98

# UNITED MEDICAL SUPPLY
SAN ANTONIO, TX
## DAILY DELIVERY RECORD

DATE: May 18, 1998

SHIPPER: UMS

DRIVER: United Medical Supply / Hanel

| DESTINATION | INVOICE # | EXIT COUNT | RETURN COUNT | ADDRESS PO # | SIGNATURE | |
|---|---|---|---|---|---|---|
| Brooke Army Medical | 214593 | 68 | Ø | GH13 - 1 Pallet | | |
| Center | 214594 | 83 | 3 | GH12 - 1 Pallet | | |
| MAT MGMT BRANCH | 214595 | 34 | 1 | GH12 - 1 Pallet | | |
| LOGDIV | 214596 | 24 | 1 | GH12 - 2 Pieces | | |
| FORT SAM HOUSTON TX | 214597 | 34 | 1 | GH12 - 1 Pallet | | |
| 78234 | 214598 | Ø | 1 | GH11 - 1 Piece | | |
| | 214606 | Ø | 1 | GG26 - 1 Piece - END | | |
| | Totals | 213 | 8 | 5 Pallets | | |
| | | | | Jim Davis 5-19-98 | | |

# UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

5607.23 ✓
5216.72 Paid
318.55 ...

To: DPSC – Philadelphia
Attention: Fran Gallo, DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: June Lyon
Phone 800-333-2733 Ext. 232
Fax: 817-626-3108

Facility: William Beaumont Army Medical Center
Reference: Call UF90

Short Pay – Balance Due

(- 318.55)

| | |
|---|---|
| 5,607.23 | Billed |
| 5,216.72 | Paid |
| 390.51 | Balance Due |

285.71 on Statement

Packing documents for back up attached.
300586
300539
300540
300576
300774

Call Magan
Invoice

45427-03
8-10-98

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 45427
W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918
RDER DATE: 3/06/98

SHIP TO: 45429
MATERIAL BRANCH EDO
WBAMC BLDG 1115ω
BIGGS ARMY AIRFIELD
EL PASO TX79918
300586 SHIP DATE: 3/16/98
CALL NO: UF90

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 4449 | 4068-2 | 3 | CS | 3 | 149.20 | 447.60 |
| ANAEROBIC ABG PULS-MINI 3CC 22GX1IN | | | | | | |
| 4449 | 4053-2 | 2 | CS | 2 | 90.50 | 181.00 |
| LINE DRAW-MINI ABG 3CC SODIUM HEPARIN | | | | | | |

INVOICE TOTAL ---------- 628.60

EL PASO TX 79918
RDER DATE: ?/06/98

PASO TX79918
300539 SHIP DATE: 3/12/98
CALL NO: UF90

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 0723 | 305176 | 8 | BX | 8 | 3.77 | 30.16 |
| NEEDLE-HYPO-20GX1-1/2IN-REGULAR BEVEL | UMS00083140 | | | | | |

INVOICE TOTAL 30.16

UNITED MEDICAL
PACKING DOCUMENT 01 OF 01

SOLD TO: 45427
W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 799[illegible]
ORDER DATE: 3/06/98

SHIP TO: 45429
MATERIAL BRANCH EDD
WBAMC BLDG 1115
BIGGS ARMY AIRFIELD
EL PASO TX79918
300540 SHIP DATE: 3/12/98
CALL NO: UF90

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 4130 4DCT | | 4 | EA | 4 | 43.23 | 172.92 |
| TUBE TRACHEOSTOMY SZ 4 CUFFED L/PRESSURE | UMS0320940 | | | | | |

INVOICE TOTAL ---------- 172.92

W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918
ORDER DATE: 3/06/98

IC BLDG 11156
US ARMY AIRFIELD
EL PASO TX79918
300576 SHIP DATE: 3/13/98
CALL NO: UF90

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 1054 | D-25 | 13 | CS | 13 | 364.45 | 4737.85 |
| TRANSDUCER OXISENSOR ADULT | | | | | | |
| INVOICE TOTAL | | | | | | 4737.85 |

UNITED MEDICAL ...Y
PACKING DOCUMENT

01 OF 01

SOLD TO: 45427
W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918
ORDER DATE: 3/25/98

SHIP TO: 45429
MATERIAL BRANCH EDO
WBAMC BLDG 1115a
BIGGS ARMY AIRFIELD
EL PASO TX79918
300774 SHIP DATE: 3/25/98
CALL NO.: UF90

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 0723 | 305176 | 10 | BX | 10 | 3.77 | 37.70 |
| NEEDLE HYPO 20GX1-1/2IN REGULAR BEVEL | UMS0008140 | | | | | |

INVOICE TOTAL 37.70

# United Medical Supply Custom Distribution
# Delivery Manifest

| Date | Customer Name & Address | Invoice # | Case Qty. | Signature |
|---|---|---|---|---|
| 3/26 | Riggs Maternal Branch | 4G50/300766<br>4G50/300767 | | |
| 3/26 | " " " | 4G49/300768<br>4G48/300769 | | |
| 3/26 | " " " | 4G48/300770<br>4G47/300771 | | |
| 3/26 | " " " | 4G51/300780<br>4G51/300781 | | |
| 3/26 | " " " | 4G52/300782<br>4F79/300155 | | |
| 3/26 | " " " | 4G02/300577<br>4F90/300539 | | |
| 3/26 | " " " | 4F90/300586<br>4F90/300540<br>4F90/300576 | | |

4F90/300774

(11)

# UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

To: DPSC – Philadelphia
Attention: Fran Gallo, DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: June Lyon
Phone 800-333-2733 Ext. 232
Fax: 817-626-3108

Facility: Brooke Army Medical Center
Reference: Call GG55

Short Pay – Balance Due

| | |
|---|---|
| 147.28 | Billed |
| 95.42 | Paid |
| 51.86 | Balance Due |

50.62 diff → 96.66 Cust Obligated Inc. 1.3
95.42 Paid

50.09 Bal on Statement

Packing documents for back up attached.
711552

Proof of Delivery
(packing document
sent previously)

Call BAMC
last line not paid 50.6
Did they receive?

13725-07
7-28-98

# UNITED MEDICAL SUPPLY
SAN ANTONIO, TX
## DAILY DELIVERY RECORD

DATE: April 24, 1998

SHIPPER: UMS

DRIVER: United Medical Supply (Albert)

| ACCOUNT NAME | INVOICE # | CASE COUNT | PALLET COUNT | ADDRESS PO # | SIGNATURE | RECEIVED |
|---|---|---|---|---|---|---|
| Brooke Army Medical Center | 211547 | 20 | 2 | 6652- 2 Pallets | | |
| | 211548 | 32 | 2 | 6656- 1 Pallet | | |
| MAT MGMT BRANCH | 211549 | 48 | 2 | 6656- 2 Pallets | | |
| LOG DIV | 211550 | 32 | 2 | 6656- 1 Pallet | | |
| Bldg 3600 Loading Dock | 211551 | 8 | 2 | 6656- 1 Pallets | | |
| | 211552 | 0 | 1 | 6655- 1 Pallet | | |
| Fort Sam Houston TX 78234 | | | | | | |
| | Totals | 195 | 9 | 7 Pallets | L. Lopez | L. Lopez |

UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

To: DPSC – Philadelphia
Attention: Fran Gallo, DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: June Lyon
Phone 800-333-2733 Ext. 232
Fax: 817-626-3108

Facility: Brooke Army Medical Center
Reference: Call GG55

Short Pay – Balance Due

| | |
|---|---|
| 147.28 | Billed |
| 95.42 | Paid |
| 51.86 | Balance Due |

Packing documents for back up attached.
711552

13725-07
7-28-98