UNITED ... SUPPLY
PACKING DOCUMENT
01 OF 0

OLD TO: 13725
ROOKE ARMY MED CENTER
45MXE
B SAM HOUSTON TX
OR SAM HOUSTON TX 78234
E DATE: 4/23/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
711552 SHIP DATE: 4/23/98
CALL NO: 6055

| | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|
| DESC UMSNO | | | | | |
| 088 513502 SYSTEM FLUID DISPENSING 10CC MULTI-AP | 1 | CS<br>UMS0069720 | 1 | 82.93 | 82.93 |
| 3054 T4S COLLAR PHILADELPHIA 4 1/4IN SM R/HAND | 1 | EA<br>UMS0115770 | 1 | 13.73 | 13.73 |
| 2300 8617G SUTURE 3-0 PROLENE BL MONO PLASTIC | 1 | BX<br>UMS0200625 | 1 | 50.62 | 50.62 |
| INVOICE TOTAL | | | | | 147.28 |

147.28

# UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

To: DPSC – Philadelphia
Attention: Fran Gallo, DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: June Lyon
Phone 800-333-2733 Ext. 232
Fax: 817-626-3108

Facility: Raymond W. Bliss Army Comm Hospital Ft Huachuca
Reference: Call PC75

Short Pay – Balance Due

| | |
|---|---|
| 355.60 | Billed |
| 330.18 | Paid |
| 25.42 | Balance Due |

21.14 on Statement

(20.86) avail

Packing documents for back up attached.
300364
300789

Need invoice

Cust Ob. 355.60 w/1.3%
Paid 330.18

65657-03
8-10-98

UNITED MEDICAL SUPPL
PACKING UMENT 01 OF 01

LD TO: 65657
R W BLISS ARMY COMM HOSP
W61DEW
FORT HUACHUCA AZ
FORT HUACHUCA AZ 85613
ORDER DATE: 2/27/98

SHIP TO: 65659
RAYMOND BLISS ARMY HOSP EDO
MATERIALS MGMNT
BLDG 45022
FORT HUACHUCA AZ85613
300364 SHIP DATE: 2/27/98
CALL NO: PG75

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 0407 | 5721315 | 1 | CS | 1 | 253.10 | 253.10 |
| GLOVE SURGICAL LATEX B ORTHO BRN STERILE | | | UMS0059715 | | | |
| 6062 | 563010 | 2 | BX | | 51.25 | |
| STERILITY MAINTENANCE COVER 12 X 20 | | | | | | |

INVOICE TOTAL ---------- 253.10

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 65657
R W BLISS ARMY COMM HOSP
W61DEW
FORT HUACHUCA AZ
FORT HUACHUCA AZ 85613
ORDER DATE: 2/27/98

SHIP TO: 65659
RAYMOND BLISS ARMY HOSP EDO
MATERIALS MGMNT
BLDG 4602
FORT HUACHUCA AZ85613
300787 SHIP DATE: 3/26/98
CALL NO: EC75

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 6062 | 563010 | 2 | BX | 2 | 51.25 | 102.50 |
| STERILITY MAINTENANCE COVER 12 X 20 | | | | | | |

INVOICE TOTAL ---------- 102.50

**West Ex** — A Yellow Corporation Company

"It's the service."

STRAIGHT BILL OF LADING ORIGINAL – NOT NEGOTIABLE

Shipper No. ______
Carrier No. ______
Date 3/22/1988

TO: Consignee [illegible handwriting]

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name - - or as otherwise provided in Item 430, Sec. 1

Street [illegible handwriting]

Destination [illegible handwriting] Zip Code [illegible]

FROM: Shipper UMS El Paso

Street 28 A Leigh Fisher

Origin El Paso, Tx Zip Code 79906

| C.O.D. | CO. CHECK OK | C.O.D. AMOUNT | | |
|---|---|---|---|---|
| | CASH OR CERT. | C.O.D. FEE | PPD | COLL |

IF NEITHER BOX IS CHECKED COMPANY CHECK WILL BE ACCEPTED.

IF NEITHER BOX IS CHECKED C.O.D. FEE WILL BE BILLED THE SAME AS THE FREIGHT CHARGES.

Route

Vehicle Number

REMIT C. O. D. TO

ADDRESS

FREIGHT CHARGES: ☑ PREPAID ☐ COLLECT

IF NEITHER BOX IS CHECKED SHIPMENT WILL BE SHIPPED PREPAID.

| No. Shipping Units | * HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 13 bx | | 13 bx on (1) Pallet | 60 | | |
| | | Ref #'s - PC77 - 300374 | | | |
| | | PC74 - 300360 | | | |
| | | PC72 - 300371 | | | |
| | | PC73 - 300361 | | | |
| | | PC75 - 300364 | | | |
| | | PC76 - 300375 | | | |

West Ex
ELP 025-4882849

**Limitation of Liability - Released Rate.** Carrier is responsible only for verifiable actual damage or loss not to exceed $ 10.00 per pound. Additional liability of carrier up to actual cash value or stated value, whichever is lower, is available for an additional charge of 1% of stated value which exceeds $ 10.00 per pound. Enter stated value of shipment if additional liability coverage is desired:

Stated Value: $ ______

NOTE- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$ ______ per ______

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other charges.

______ (Signature of Consignor)

This is to certify that the below-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property overall or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of the shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER Yolanda Velasquez
PER UMS

CARRIER West Ex, Inc. DATE 3-22
PER [signature]
NUMBER OF PIECES → 13 Boxes

*Mark with "X" to designate Hazardous Material as defined in Title 49 of the Code of Federal Regulations.

2

# United Medical Supply Custom Distribution Delivery Manifest

| Date | Customer Name & Address | Invoice # | Case Qty. | Signature |
|---|---|---|---|---|
| 3/2 | Ft. Huachuca | PC77 | 300374 | 13 Box - 1 Pallet West BP |
| | | PC71 | 300360 | |
| | -- | PC72 | 300371 | |
| | | PC73 | 300361 | |
| | | PC75 | 300364 | |
| | | PC76 | 300375 | |
| | | | | |

# Contract Number Query

| CONTRACT NUM. | Datea Of BIRTH | NSN | FUND XPNDR DOCNO | FUND OBLIG DV | FUND ADJ DV | FUND TRX Date | FUND_INVC_NO | FUN D | Contract Total Value | Award Date | DOCUMENT NUM. | DOC | OBLIG | ADJ | TRX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP020097D7133PC75 | | | | 351.04 | 351.04 | 4/4/98 | | YVA | 351 | 4/4/98 | W61DEW8058PC75 | | | | |
| SP020097D7133PC75 | | | E0624148 | 330.18 | -20.86 | 4/22/98 | 30036489 | YWA | 351 | 4/4/98 | W61DEW8058PC75 | | | | |

# UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

FAX 679 3414
915 569 3414
Roy 915 569 3390 3394

To: DPSC – Philadelphia
Attention: Fran Gallo, DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: June Lyon
Phone 800-333-2733 Ext. 232
Fax: 817-626-3108

Facility: William Beaumont Army Medical Center
Reference: Call UE60 –

Short Pay – Balance Due

| | |
|---|---|
| 374.48 | Billed |
| 345.78 | Paid |
| 28.70 | Balance Due |

Packing documents for back up attached.
300519 NEVER Received
301078

Only obligated $348.72

Problem is never Received 300519

already called

30051919 $27.92
2321860? $320.32

Talked to Megan paid just will credit

45427-03
8-10-98

...L PASO TX
PASO TX 79918
O...ER DATE: 3/05/98

BIGGS ARMY AIRFIELD
EL PASO TX79918
300519 SHIP DATE: 3/11/98
CALL NO: UE60

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 4270 | L6121 | 2 | CS | 2 | 12.88 | 25.76 |
| DEXTROSE 5% INJECTION 500ML EXCEL | | | UMS0329010 | | | |

INVOICE TOTAL 25.76

UN__D MEDICAL SUPPLY
PACKING DOCUMENT 01 .F U1

SOLD TO: 45427
W BEAUMONT ARMY MED CTR
W45PEA
EL PASO TX
EL PASO TX 79918
ORDER DATE: 4/15/98

SHIP TO: 45429
MATERIAL BRANCH EDO
WBAMC BLDG 1115
BIGGS ARMY AIRFIELD
EL PASO TX79918
301078 SHIP DATE: 4/15/98
CALL NO: UE60

| DESC | UMSND | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 6464 | 00-2500-000-10 | 3 | CS | 3 | 97.79 | 293.37 |
| 400ML SNYDER HEMOVAC, 1/8 DRAIN | | | UMB1004820 | | | |
| 1979 | 570549 | 1 | CS | 1 | 55.35 | 55.35 |
| CATHETER THORACIC 28FR 6-EYE STRAIGHT | | | | | | |

INVOICE TOTAL ---------- 348.72