# United Medical Supply Custom Distribution
# Delivery Manifest

235

| Date | Customer Name & Address | Invoice # | Case Qty. | Signature |
|---|---|---|---|---|
| 4/16/98 | WBMB Biggs | 301085/U697<br>301086/U697<br>301087/UH03<br>301084/U697 | 7 Pallets | [signature] |
| 4/16/98 | | 301082/0698<br>301083/0698<br>301114/3795 | | |
| 4/16/98 | WBMB Biggs -- EDO | 301108/UE60<br>301096/0610<br>301078/0E60 | 6 BXS | [signature] |
| 4/16/98 | WBAMC 4th Floor Vivian | 301103/ 8103U065 | 37115 1BX | Vivian Vecla [signature] |
| 4/16/98 | Medical Health Care Supply | 301098/13037<br>301107/13057<br>301102/13049<br>301101/13012 | 8 BXS | [signature] |
| 4/16/98 | Texas Tech | 301106/893310 | 634910 1BX | [signature] |
| 4/16/98 | WBAMC 1st Floor Patty | 301139/ UH08 | 6 CS | Patricia [signature] |

4

# United Medical Supply Custom Distribution
# Delivery Manifest

236

| Date | Customer Name & Address | Invoice # | Case Qty. | Signature |
|---|---|---|---|---|
| 4/17/98 | WBMB Biggs | 301135/C671 | 717301 15 cs | x Ingram |
| 4/17/98 | WBMB Biggs EDO | 300519/UE60<br>300959/UG45<br>300945/UG45 | 1 Pallet | |
| 4/17/98 | " " " | 300965/UG45<br>300985/UG45<br>300939/UG45 | | |
| 4/17/98 | " " " | 301001/UG45<br>301126/UG39<br>301123/UG18 | | Ingram |
| 4/17/98 | " " " | 301122/UG06<br>301121/UG72<br>301127/UF24 | | |
| 4/17/98 | " " " | 301125/UG27 | | |
| 4/17/98 | WBAMC 1st Floor Patty | 301162/UH09<br>301163/UH10 | 9 cs | x Pete Ward |

5

**Galligan, Donna** Fort Worth

**From:** Galligan, Donna
**Sent:** Monday, November 19, 2001 3:13 PM
**To:** 'MEGEDMONDS@aol.com'
**Cc:** Wpbandy@aol.com; jcuorato@dscp.dla.mil; lflatley@dscp.dla.mil; 'judith.santaana@ft-detrick.af.mil'
**Subject:** RE: AFMLO Status

Megan,

Judy Santaana and I went through all of the paperwork you sent to her on the call numbers in question. She had tried to reach you directly but was not successful. Here is the information:

**G054** - packing list #180615, $7.63 - Judy does not have record of this order. Please send me a copy of the packing list and POD.

**G900** - #214201 - line item # 1 was not received; received only line #2
#214202 - received complete
#214204 - received complete
#215635 - received complete
#219837 - this packing list pertains to and was paid under call #G901 - the last item on the packing list was returned.
#219838 - this packing list pertains to and was paid under call #G901 - received complete but there was a pricing discrepancy. Unit price quoted at $137.79, not $260.00 as charged.
#219839 - this packing list pertains to and was paid under call #G901 - line item #1 received; line item #2 was shorted a quantity of 2.
#224134 - this packing list pertains to and was paid under call #G904 - line item #1 received; line item #2 was not received.
#224135 - this packing list pertains to and was paid under call #G904 - received complete
#226239 - Judy does not have record of this packing list with this order. Please send me a copy of the packing list and POD.
#214198 - received complete
#214199 - line item #1 only received 4 boxes in lieu of 5; line item #2 received complete.
#214200 - received complete
Based on all of the information above, this call number was paid complete for the material received.

**G902** - #219834 - received complete
#224133 - this packing list pertains to and was paid under call #G904 - received complete
#218780 - received complete. Unit price quoted was $36.69, total price should have been $551.88.
#218792 - received complete
#219833 - received complete
Based on all of the information above, this call number was paid complete for the material received.

**G901** - #226268 - Judy does not have record of this packing list with this order. Please send me a copy of the packing list.
#226265 - Judy does not have record of this packing list with this order. Please send me a copy of the packing list.
#224138 - this packing list pertains to and was paid under call #G904 - received complete
#224139 - this packing list pertains to and was paid under call #G904 - received complete
#224140 - Judy does not have record of this packing list with this order. Please send me a copy of the packing list.
#218775 - received complete
#218776 - received complete
#218777 - received complete
#218778 - received complete
#218779 - received complete

#218795 - received complete
#219831 - received complete
#219832 - last item on order was returned; balance of order received complete
#219836 - received complete
#220702 - received complete

Based on all of the information above, this call number was paid complete for the material received.

If you have any questions, please give me a call. I do not have line item detail on each call number so if you want to fax all of the packing lists to me that are listed above, that would be fine with me.

Thank you.

*Donna Galligan*
Invoice Facilitation Team
Prime Vendor Customer Support
Directorate of Medical Materiel
(215)737-2194 or DSN 444-2194
fax: (215) 737-2058
dgalligan@dscp.dla.mil

-----Original Message-----
**From:** MEGEDMONDS@aol.com [mailto:MEGEDMONDS@aol.com]
**Sent:** Monday, November 05, 2001 4:13 PM
**To:** dgalligan@dscp.dla.mil
**Cc:** Wpbandy@aol.com; jcuorato@dscp.dla.mil; lflatley@dscp.dla.mil
**Subject:** AFMLO Status

Donna,

On October 16, 2001, I was contacted by Tamara at the AFMLO facility. She said that she was trying to reconcile the open calls on the account. She did state that it was at the request of DSCP that they be handled right away. I faxed her all packing documents concerning the open calls that same day. Then on October 23, 2001, I received a call from Judy Santana at AFMLO requesting PODs for the open calls. I faxed all relative PODs to her attention that afternoon. Have you received any correspondence from them regarding their open balance? Please advise.

Megan Edmonds, CBA
VP; Director of Credit and Collections
United Medical Supply Co.

FROM: Connie Lucash

72ND MDSS/SGSL
BLDG 5801
TINKER AFB, OK 73145

PHONE: DSN ~~884-5790~~ 336-2173
COMM (405) ~~734-5790~~ 736-2173

FAX: DSN 336-2177
COMM (405) 736-2177

LOG DOGS

"WHATEVER IT TAKES"

ATTN: Donna Kennedy

PHONE:
FAX: 215-737-2058

Pages Including Cover Sheet 7

DATE: 15 Aug 01

REMARKS: ☑ For your review ☐ Reply ASAP ☐ Urgent

Donna,

Hope this help's out We are still looking for the other Calls

Thanks
All TYE

ATTENTION: DO NOT TRANSMIT CLASSIFIED INFORMATION OVER UNSECURED TELECOMMUNICATION SYSTEMS. OFFICIAL DOD TELECOMMUNICATIONS SYSTEMS ARE SUBJECT TO MONITORING. USE OF DOD TELECOMMUNICATIONS SYSTEMS CONSTITUTES CONSENT TO MONITORING.

13784-01 72nd Medical; Tinker AFB
FM2030

Fax 215-737-2058

3/23/00 **K629**

| | | | |
|---|---|---|---|
| | 118288 | $ | 410.23 |
| | 118289 | $ | 246.19 |
| | 118402 | $ | 134.60 |
| **K629** | | $ | 791.02 |
| DSCP Paid 040600 | | $ | 648.00 |
| Amount Open | | **$** | **143.02** |

3/27/00 **K631**

| | | | |
|---|---|---|---|
| | 119399 | $ | 553.88 |
| | 119400 | $ | 396.93 |
| **K631** | | $ | 950.81 |
| DSCP Paid 041000 | | $ | 827.45 |
| Amount Open | | **$** | **123.36** |

Short paid
$112.00
Due to wrong item sent.

4/4/00 **K639**

| | | | |
|---|---|---|---|
| | 122223 | $ | 261.59 |
| | 122224 | $ | 352.44 |
| **K639** | | $ | 614.03 |
| DSCP Paid 041700 | | $ | 465.34 |
| Amount Open | | **$** | **148.69** |

Short paid
$142.64
Didn't send Item# UMS0042870

4/7/00 **K643**

| | | | |
|---|---|---|---|
| | 123838 | $ | 298.70 |
| | 123839 | $ | 2,082.03 |
| | 123840 | $ | 301.49 |
| **K643** | | $ | 2,682.22 |
| DSCP Paid 042100 | | $ | 2,591.14 |
| Amount Open | | **$** | **91.08** |

Short paid
$57.40
Didn't send item #UMS0250510 (2 BX)
Sent partials on 5 items.

4/27/00 **K588**

| | | | |
|---|---|---|---|
| | 124318 | $ | 1,211.22 |
| | 139043 | $ | 1,009.35 |
| **K588** | | $ | 2,220.57 |
| DSCP Paid 060200 | | $ | 997.20 |
| Amount Open | | **$** | **1,223.07** |

4/12/00 **K647**

| | | | |
|---|---|---|---|
| | 125266 | $ | 538.74 |
| | 125267 | $ | 283.15 |
| | 125268 | $ | 2,753.42 |
| | 125269 | $ | 1,068.47 |
| **K647** | | $ | 4,643.78 |
| DSCP Paid 051600 | | $ | 4,520.27 |
| Amount Open | | **$** | **123.51** |

Short paid $ 79.30
Didn't sent 10 Bx of Gloves
Partial shipment. @ 7.93 ea

5/16/00 **K670**

| | | | |
|---|---|---|---|
| | 137136 | $ | 56.38 |
| **K670** | | $ | 56.38 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **56.38** |

5/17/00 **K672**

| | | | |
|---|---|---|---|
| | 137757 | $ | 1,485.54 |
| | 137758 | $ | 142.24 |
| | 137756 | $ | 405.23 |
| **K672** | | $ | 2,033.01 |
| DSCP Paid 060200 | | $ | 1,137.60 |
| Amount Open | | **$** | **895.41** |

Short paid
$152.06
There was a duplicate item of Qt. 38
and only 38 were sent.
Total price of original receiving report was 1,204.45, 1152.39 of which ~~was~~ paid!

5/18/00 **K673**

| | | | |
|---|---|---|---|
| | 138296 | $ | 608.79 |
| | 138297 | $ | 273.77 |
| | 138295 | $ | 312.57 |
| **K673** | | $ | 1,195.13 |
| DSCP Paid 060200 | | $ | 457.81 |
| Amount Open | | **$** | **737.32** |

Short paid $ 182.39 LO
~~Partial Shipment Did not send~~
~~3 Bx of Gloves & + 1 Bx of syringes.~~
Duplicate item / was not sent.

5/19/00 **U002**

| | | | |
|---|---|---|---|
| | 138783 | $ | 142.24 |
| | 140989 | $ | 859.90 |
| **U002** | | $ | 1,002.14 |
| DSCP Paid 060800 | | $ | 848.86 |
| Amount Open | | **$** | **153.28** |

5/25/00 **K679**

| | | |
|---|---|---|
| 141014 | $ | 289.13 |
| 141013 | $ | 473.48 |
| **K679** | $ | 762.61 |
| DSCP Paid 060800 | $ | 722.07 |
| Amount Open | **$** | **40.54** |

Short paid $31.15
Did not send scotchcast plus
Glows. 1 Bx.

6/16/00 **J595**

| | | |
|---|---|---|
| 149046 | $ | 165.26 |
| **J595** | $ | 165.26 |
| DSCP Paid | $ | - |
| Amount Open | **$** | **165.26** |

6/30/00 **K699**

| | | |
|---|---|---|
| 154204 | $ | 116.16 |
| 152499 | $ | 392.04 |
| 152668 | $ | 161.22 |
| **K699** | $ | 669.42 |
| DSCP Paid 071700 | $ | 546.12 |
| Amount Open | **$** | **123.30** |

Original price of call was $392.04. A wrong item was sent that we kept at $161.22. We added it to the total price equalling $553.26. Not short paid.

8/15/00 **K729**

| | | |
|---|---|---|
| 169892 | $ | 642.72 |
| 169891 | $ | 212.96 |
| **K729** | $ | 855.68 |
| DSCP Paid 083000 | $ | 800.47 |
| Amount Open | **$** | **55.21** |

Did not send 1 item & 1 ~~tor~~ overage that was picked up. Short paid 44.80 for item not received.

9/29/00 **U009**

| | | |
|---|---|---|
| 184118 | $ | 379.14 |
| 185915 | $ | 45.43 |
| 191687 | $ | 69.93 |
| 192498 | $ | 23.05 |
| **U009** | $ | 517.55 |
| DSCP Paid | $ | - |
| Amount Open | **$** | **517.55** |