9/21/00 **K754**

| | | | |
|---|---|---|---|
| | 184646 | $ | 16.47 |
| **K754** | | $ | 16.47 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **16.47** |

This call cancelled. Nothing was received nor ordered.

10/17/00 **U012**

| | | | |
|---|---|---|---|
| | 188009 | $ | 17.30 |
| | 191691 | $ | 70.78 |
| | 192507 | $ | 23.05 |
| | 193035 | $ | 91.06 |
| | 188741 | $ | 97.41 |
| **U012** | | $ | 299.60 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **299.60** |

10/10/00 **U014**

| | | | |
|---|---|---|---|
| | 189267 | $ | 10.55 |
| **U014** | | $ | 10.55 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **10.55** |

10/23/00 **U013**

| | | | |
|---|---|---|---|
| | 193033 | $ | 25.09 |
| **U013** | | $ | 25.09 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **25.09** |

11/17/00 **K788**

| | | | |
|---|---|---|---|
| | 206489 | $ | 491.13 |
| | 206487 | $ | 210.64 |
| | 206488 | $ | 783.61 |
| **K788** | | $ | 1,485.38 |
| DSCP Paid 120700 | | $ | 1,383.44 |
| Amount Open | | **$** | **101.94** |

Short paid $96.17 Due to shortages on 4 items that we never received.

12/7/00 **MY60**

| | | | |
|---|---|---|---|
| | 214010 | $ | 38.52 |
| | 214027 | $ | 384.75 |
| **MY60** | | $ | 423.27 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **423.27** |

1/3/01 **K815**

| | | | |
|---|---|---|---|
| | 221348 | $ | 682.93 |
| | 221349 | $ | 1,363.81 |
| | 221350 | $ | 132.93 |
| **K815** | | $ | 2,179.67 |
| DSCP Paid 011701 | | $ | 2,062.30 |
| Amount Open | | **$** | **117.37** |

Short paid $170.77
Due to items shorted &
or not shipped.

1/8/01 **K817**

| | | | |
|---|---|---|---|
| | 223260 | $ | 549.57 |
| | 223261 | $ | 1,043.40 |
| | 223262 | $ | 197.71 |
| **K817** | | $ | 1,790.68 |
| DSCP Paid 012201 | | $ | 1,694.98 |
| Amount Open | | **$** | **95.70** |

Short paid 124.89
Due to items shorted
and not sent.

1/9/01 **K818**

| | | | |
|---|---|---|---|
| | 223771 | $ | 146.95 |
| | 223772 | $ | 192.45 |
| | 223933 | $ | 36.25 |
| **K818** | | $ | 375.65 |
| DSCP Paid 012301 | | $ | 333.73 |
| Amount Open | | **$** | **41.92** |

Short paid $58.00
Due to item not sent
8 @ 7.25 ea.

1/12/01 **K821**

| | | | |
|---|---|---|---|
| | 225895 | $ | 183.27 |
| | 225675 | $ | 55.36 |
| | 225739 | $ | 74.85 |
| **K821** | | $ | 313.48 |
| DSCP Paid 020201 | | $ | 234.64 |
| Amount Open | | **$** | **78.84** |

Short paid 20.20
Did not receive 4 items @
$5.05 ea.

1/25/01 **K828**

| | | | |
|---|---|---|---|
| | 230669 | $ | 136.18 |
| | 230670 | $ | 540.64 |
| | 230671 | $ | 168.11 |
| **K828** | | $ | 844.93 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **844.93** |

call is final and paid a total amount of $844.93 NOT Short paid.

2/6/01 **K835**

| | | | |
|---|---|---|---|
| | 100618 | $ | 123.59 |
| | 100619 | $ | 720.81 |
| | 100620 | $ | 570.32 |
| **K835** | | $ | 1,414.72 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **1,414.72** |

Paid $ 1,394.02 Due to items not sent.

3/5/01 **K853**

| | | | |
|---|---|---|---|
| | 110017 | $ | 56.98 |
| | 110019 | $ | 357.07 |
| | 110021 | $ | 149.40 |
| **K853** | | $ | 563.45 |
| DSCP Paid 031301 | | $ | 241.49 |
| Amount Open | | **$** | **321.96** |

Paid $ 245.60 Did not receive some items.

# UNITED MEDICAL SUPPLY

5117 NORTHEAST PARKWAY FORT WORTH TX 76106 (817) 626-8261

To: DPSC – Philadelphia
Attention: Fran Gallo, DSCP / MSAB
2800 South 20th Street
Philadelphia PA 19145

From: June Lyon
Phone 800-333-2733 Ext. 232
Fax: 817-626-3108

Facility: Brooke Army Medical Center
Reference: Call GH28

Short Pay – Balance Due

| | |
|---|---|
| 25,084.42 | Billed |
| 21,715.79 | Paid |
| 3,368.63 | Balance Due |

3084.89 diff → 21,999.53 Cust Obligated Incl.
diff 1.42 → 21,717.21 Paid E0788016
79.64 Bal on Statement

Packing documents for back up attached.
715637
715638
715639
715640
715641
715642
715643
715644
715645

Call Megan
✓ with Megan for total billed
May have extra pack slip GH20?

13725-07
8-10-98

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
ER DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715637 SHIP DATE: 5/22/98
CALL NO: CH28

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 3583 | 6720 | 4 | BX | 4 | 7.28 | 29.1[illegible] |
| ROLL BANDAGE KERLIX 2.25INX3YD 6PLY 1'S | UMS0298945 | | | | | |
| 2583 | 2252 | 120 | BG | 120 | 2.13 | 255.6[illegible] |
| SPONGE GAUZE 2X2IN 12PLY BULK | UMS0225745 | | | | | |
| 4509 | 1538-3 | 7 | BX | 7 | 7.03 | 49.2[illegible] |
| TAPE SURGICAL DURAPORE 3INX10YD STANDARD | UMS0000295 | | | | | |
| 3460 | 2391 | 2 | CS | 2 | 77.54 | 155.0[illegible] |
| SPONGE SOF-WICK DRAIN 4X4IN 6PLY 2'S | UMS0285920 | | | | | |
| 4509 | 1626W | 11 | BX | 11 | 47.13 | 518.4[illegible] |
| DRESSING IV TEGADERM 4IN TRANSPARENT | UMS0000460 | | | | | |
| 3460 | 2461 | 17 | BX | 17 | 27.46 | 466.8[illegible] |
| DRESSING BIOCLUSIVE 2X3IN TRANSPARENT | UMS0285900 | | | | | |
| 1642 | 1879-55 | 1 | BX | 1 | 22.05 | 22.05 |
| DRESSING DUODERM CGF 4X4IN X-THIN SPOT | UMS0103840 | | | | | |
| 2642 | 89101 | 5 | CS | 5 | 69.34 | 346.7[illegible] |
| DRAPE HALF 60X44IN SURGICAL STERILE | UMS0303245 | | | | | |
| 4509 | 1000 | 16 | BX | 16 | 16.70 | 267.2[illegible] |
| DRAPE STERI SURGICAL W/SMALL TOWEL | UMS0000005 | | | | | |
| 4509 | 1222-1N | 3 | CS | 3 | 50.21 | 150.6[illegible] |
| TAPE INDICATOR 1INX60YD COMPLY STEAM | UMS0000095 | | | | | |
| 0723 | 371065 | 3 | CS | 3 | 164.78 | 494.3[illegible] |
| BRUSH SCRUB W/HIBICLENS SKIN CLEANSER | UMS0004945 | | | | | |

INVOICE TOTAL 2355.1[illegible]

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
ER DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715638 SHIP DATE: 5/22/98
CALL NO: GH28

| | DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 4905 | H-200/5 | | 5 | CS | 5 | 23.48 | 117.40 |
| UNDERPAD DELUXE 22.5X23.5IN LT-MED 5'S | | UMS0379930 | | | | | |
| 2583 | 949 | | 9 | CS | 9 | 24.35 | 219.15 |
| UNDERPAD 17-1/2X24IN DURASORB | | UMS0405935 | | | | | |
| 2470 | 43-971603 | | 8 | EA | 8 | 9.21 | 73.68 |
| SHOE POST-OP WOODEN WOMENS LARGE | | UMS0218325 | | | | | |
| 2470 | 43-971506 | | 11 | EA | 11 | 9.21 | 101.31 |
| SHOE POST-OP WOODEN WOMENS MEDIUM | | UMS0218320 | | | | | |
| 3642 | 10087 | | 12 | CS | 12 | 80.93 | 971.16 |
| JACKET PROFESSIONAL X-LARGE BLUE | | UMS0302320 | | | | | |
| 0723 | 367856 | | 4 | BX | 4 | 7.82 | 31.28 |
| TUBE BLOOD COLLECTION LAVENDER 3ML 13X75 | | UMS0087660 | | | | | |
| 5594 | 8537 | | 10 | CS | 10 | 60.31 | 603.10 |
| CONTAINER SHARPS LARGE TRANSPARENT RED | | UMS0444140 | | | | | |
| 3642 | 69490 | | 1 | CS | 1 | 66.24 | 66.24 |
| GOWN IMPERVIOUS UNIV BLUE PLASTIC FILM | | UMS0305655 | | | | | |
| 3642 | 69253 | | 6 | CS | 6 | 102.63 | 615.78 |
| BOOT ANKLE GUARD UNIVERSAL | | UMS0302535 | | | | | |
| 3460 | 0291 | | 1 | CS | 1 | 229.40 | 229.40 |
| SHEET CRANIAL INCISE BARRIER | | UMS0284430 | | | | | |
| INVOICE TOTAL | | | | | | | 3028.50 |

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
OR DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715639 SHIP DATE: 5/22/98
CALL NO: CH28

| | DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 5594 | 8991 | | 4 | CS | 4 | 77.33 | 309.32 |
| | CONTAINER DISPOSAL 17 GALLON SHARPS | UMS0444305 | | | | | |
| 1642 | 1876-60 | | 11 | BX | 11 | 13.15 | 144.65 |
| | DRESSING DUODERM CGF 4X4IN CONTROL GEL | UMS0103800 | | | | | |
| 0259 | 5110-100 | | 2 | CS | 2 | 60.31 | 120.62 |
| | CAP ADULT THERMA | UMS0548665 | | | | | |
| 3642 | 88412 | | 10 | CS | 10 | 131.46 | 1314.60 |
| | ORTHOARTS MAJOR PACK | UMS0302925 | | | | | |
| 5594 | 2300 | | 15 | CS | 15 | 59.24 | 888.60 |
| | CONTAINER SPECIMEN CONTAINER 5OZ WIDE | UMS0442915 | | | | | |
| 5882 | 197070 | | 11 | CS | 11 | 17.77 | 195.47 |
| | TUBE ENDOTRACHEAL 7.0MM MURPHY CUFFED | UMS0482350 | | | | | |
| 3583 | 3728 | | 2 | CT | 2 | 47.97 | 95.94 |
| | STOCKING TED THIGH LARGE REGULAR NYLON | UMS0296475 | | | | | |
| 0723 | 381144 | | 19 | BX | 19 | 35.68 | 677.92 |
| | IV PLACEMENT SET ANGIOCATH 18GX1-1/4IN | UMS0088500 | | | | | |
| 3583 | 3856 | | 30 | PR | 30 | 7.99 | 239.70 |
| | STOCKING TED THIGH LARGE LONG NYLON | UMS0276485 | | | | | |
| 0050 | 327-2 | | 9 | EA | 9 | 14.54 | 130.86 |
| | SCISSOR EYE 4-1/2IN IRIS STR S/S | UMS0003695 | | | | | |
| 0723 | 381134 | | 12 | BX | 12 | 34.67 | 416.04 |
| | IV PLACEMENT SET ANGIOCATH 20GX1-1/4IN | UMS0088550 | | | | | |

INVOICE TOTAL 4533.72

UNITED MEDICAL
PACKING DOCUMENT
01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
DER DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715640 SHIP DATE: 5/22/98
CALL NO: 0H28

| | DESC | UMSNO | QTY | UM | SHP | | PRICE | EXT PRIC |
|---|---|---|---|---|---|---|---|---|
| 3583 | 41-320 SUTURE REMOVAL TRAY W/SHARP/BLUNT SCISSO | | 9 | CS | 9 | UMS0405080 | 27.93 | 251. |
| 0723 | 309585 SYRINGE ONLY 3CC LUER LOK TIP | | 47 | BX | 47 | UMS0083015 | 4.75 | 223. |
| 0723 | 305155 NEEDLE HYPO 22GX1IN REGULAR BEVEL | | 1 | CS | 1 | UMS0083005 | 37.70 | 37. |
| 0723 | 305176 NEEDLE HYPO 20GX1-1/2IN REGULAR BEVEL | | 15 | BX | 15 | UMS0083140 | 3.77 | 56. |
| 0723 | 305111 NEEDLE HYPO 26GX1/2IN REGULAR BEVEL | | 7 | BX | 7 | UMS0083005 | 3.77 | 26. |
| 0259 | 001225 MASK TRACHEOSTOMY ADULT DISPOSABLE | | 1 | CS | 1 | UMS0056230 | 58.18 | 58. |
| 0723 | 371615 SCALPEL SZ.15 DISP STER W/S/S BLADE | | 12 | BX | 12 | UMS0085330 | 5.82 | 69. |
| 1718 | 4050 UNIT IV PLACEMENT JELCO 22GX1IN TEFLON | | 5 | BX | 5 | UMS0286390 | 39.31 | 196 |
| 0723 | 405180 NEEDLE SPINAL 25GX3-1/2IN BLUE SINGLE | | 1 | BX | 1 | UMS0084620 | 28.25 | 28 |
| 5817 | 264911 TUBE FEEDING 10FR SALEM SUMP FUNNEL STER | | 1 | CS | 1 | UMS0472225 | 85.62 | 85 |
| 2300 | 16716 SUTURE 3-0 ETHILON BLK MONO CUTICULAR | | 1 | BX | 1 | UMS0190055 | 14.66 | 14 |
| 0723 | 305198 NEEDLE HYPO 16GX1-1/2IN REGULAR BEVEL | | 10 | BX | 10 | UMS0083215 | 9.74 | 97 |

INVOICE TOTAL 1145

1145.76