*Short Pays*

**BAMC**

| *Call #* | *Packing $* | *Less 1.3%* | *DSCP Paid $* | *DSCP Balance* | *Balance with 1.3%* | |
|---|---|---|---|---|---|---|
| GA54 | 438.04 | | | | | |
| | 2078.57 | | | | | |
| | 90.46 | | | | | Order was summarized at 2355.12 but pack slips |
| | 73.68 | | | | | add up to 2680.75. A difference of 325.63. |
| | 2680.75 | 2646.35 | 2324.90 | 321.45 | 325.63 | Was there a shortage, return or pricing problem? |
| GE20 | 1660.72 | | | | | |
| | 6832.06 | | | | | |
| | 3038.82 | | | | | Order was summarized at 11802.92 but pack slips |
| | 424.99 | | | | | add up to 11956.59. A difference of 153.67. |
| | 11956.59 | 11803.15 | 11651.45 | 151.70 | 153.67 | Was there a shortage, return or pricing problem? |
| GE48 | 2082.98 | | | | | |
| | 3496.65 | | | | | |
| | 2216.03 | | | | | |
| | 1912.80 | | | | | |
| | 3051.05 | | | | | One pack slip was not paid - 3051.05. |
| | 12759.51 | 12595.77 | 9583.87 | 3011.90 | 3051.05 | Was it not received or was it not summarized? |
| [illegible]50 | 3049.11 | | | | | |
| | 1202.27 | | | | | Order was summarized at 11481.05 but pack slips |
| | 7260.98 | | | | | add up to 11512.36. A difference of 31.31. |
| | 11512.36 | 11364.62 | 11333.72 | 30.90 | 31.31 | Was there a shortage, return or pricing problem? |
| GF26 | 2763.24 | | | | | |
| | 3402.29 | | | | | |
| | 3432.55 | | | | | Two pack slips were not paid: |
| | 2220.50 | | | | | #703500 for $2263.41 |
| | 2263.41 | | | | | #703501 for $637.73 |
| | 637.73 | | | | | They total 2901.14. |
| | 14719.72 | 14530.82 | 11666.99 | 2863.83 | 2901.14 | Did you receive or not? |
| GF43 | 9425.22 | | | | | |
| | 1544.60 | | | | | |
| | 1609.61 | | | | | |
| | 3316.63 | | | | | |
| | 7740.08 | | | | | Order was summarized at 24918.46 but pack slips |
| | 3020.64 | | | | | add up to 26656.78. A difference of 1738.32. |
| | 26656.78 | 26314.69 | 24598.68 | 1716.01 | 1738.32 | Was there a shortage, return or pricing problem? |
| GF86 | 1717.79 | 1695.75 | 1420.92 | 274.83 | 278.40 | Was there a shortage, return or pricing problem? |

| | | | | | | |
|---|---|---|---|---|---|---|
| GG19 | 1703.73 | 1681.87 | 1434.13 | 247.74 | 250.96 | Order was summarized at 1452.77 but pack slip is 1703.73. A difference of 250.96. Was there a shortage, return or pricing problem? |
| GG51 | 9644.29 | | | | | |
| | 143.91 | | | | | |
| | 9788.20 | 9662.59 | 9520.52 | 142.07 | 143.91 | One pack slip for 143.91 was not paid. Did you receive or not? |
| GG55 | 147.28 | 145.39 | 95.42 | 49.97 | 50.62 | Last line was not paid for 50.62 Did you receive it or not? |
| GG68 | 3567.41 | | | | | |
| | 2303.89 | | | | | |
| | 2291.70 | | | | | |
| | 6938.87 | | | | | |
| | 5019.13 | | | | | Only one pack slip was paid for 2303.89. |
| | 2139.03 | | | | | There are 6 other pack slips that add |
| | 236.42 | | | | | up to 20192.56 . |
| | 22496.45 | 22207.75 | 2274.32 | 19933.43 | 20192.56 | Did you receive it or not? |
| GG70 | 1090.14 | 1076.15 | 104.52 | 971.63 | 984.26 | Was there a shortage, return or pricing problem? |
| GG75 | 2747.91 | | | | | |
| | 4215.22 | | | | | |
| | 3274.49 | | | | | |
| | 1207.94 | | | | | |
| | 2753.58 | | | | | |
| | 2775.27 | | | | | Order was summarized at 6040.07 but pack slips |
| | 842.45 | | | | | total 19058.63. A difference of 13018.56. |
| | 1241.77 | | | | | Was there a shortage, return or pricing problem? |
| | 19058.63 | 18814.05 | 5962.56 | 12851.49 | 13018.56 | Or maybe the shipment came later? |
| GG79 | 4281.34 | | | | | |
| | 3521.79 | | | | | |
| | 1096.96 | | | | | |
| | 1433.43 | | | | | |
| | 10333.52 | 10200.91 | 10154.45 | 46.46 | 47.06 | Was there a shortage, return or pricing problem? |
| GG90 | 4662.01 | | | | | Appears to be a typo while summarizing |
| | 5040.84 | | | | | the call number. |
| | 1696.60 | | | | | It should be 11399.45 it was entered as 1399.45. |
| | 11399.45 | 11253.16 | 1381.49 | 9871.67 | 10000.00 | A 10,000.00 diference. Please confirm. |

| | | | | | | |
|---|---|---|---|---|---|---|
| '42 | 2140.09 | | | | | |
| | 1780.39 | | | | | |
| | 2149.10 | | | | | |
| | 2705.08 | | | | | |
| | 2226.14 | | | | | |
| | 6989.01 | | | | | One line not paid for 386.65. |
| | 17989.81 | 17758.94 | 17377.26 | 381.68 | 386.65 | Did you receive it or return it? |
| GH45 | 445.39 | 439.67 | 348.78 | 90.89 | 92.08 | One line not paid. 1st line on pack slip 92.08. |
| GH50 | 3435.19 | | | | | |
| | 1474.77 | | | | | |
| | 2268.20 | | | | | |
| | 190.37 | | | | | One pack slip not paid for 190.37. |
| | 7368.53 | 7273.97 | 7086.04 | 187.93 | 190.37 | Did you receive it or not? |
| GH90 | 862.88 | 851.81 | 766.42 | 85.39 | 86.50 | Last line for 86.50 was not paid? |
| | | | | | | Did you receive it? |
| GJ05 | 2630.19 | | | | | |
| | 4996.77 | | | | | |
| | 2959.70 | | | | | |
| | 4901.27 | | | | | Order was summarized at 15532.83 but pack slips |
| | 1186.80 | | | | | total 16674.73. A difference of 1141.90. |
| | 16674.73 | 16460.74 | 15333.49 | 1127.25 | 1141.90 | Was there a shortage, return or pricing problem? |
| NA60 | 1378.76 | | | | | |
| | 2529.27 | | | | | |
| | 526.70 | | | | | Last line on pack slip price was written in for 80.77 |
| | 4434.73 | 4377.82 | 4298.08 | 79.74 | 80.77 | Was it received? |

HA23 and HA24 need to be researched also. United has balances due of 8092.79 and 5770.69 respectively.

**Galligan, Donna (DSCP)**

**From:** Kennedy, Donna
**Sent:** Thursday, August 09, 2001 2:09 PM
**To:** 'United Medical - Megan Edmonds'
**Cc:** Galligan, Donna
**Subject:** FW: Kirtland AFB

Megan,

I'm working with Donna Galligan on United Medical (UM) and DSCP's invoicing project.

In reference to the attached call numbers for Kirtland AFB , the following discrepancies were found and require additional review:

**U116**: You indicate UM sent one invoice (307164) for $33.98. Once you remove the 1.3% DSCP Cost Recovery Rate (CRR), the amount owed to UM is reduced to $33.54. Now for payments, you show that DSCP has not paid UM anything. This is incorrect. DSCP has paid UM $33.52 on 1/7/00 against invoice# 30699064. This results in a short pay of $.02. Please review your records for this order and provide updated information to me ASAP.

**U099**: You indicate UM sent one invoice (307353) for $40.71. Once you remove the 1.3% CRR, the amount owed to UM is reduced to $40.19. Now for payments, you show that DSCP has not paid UM anything. This is incorrect. DSCP has paid UM $66.43 on 12/17/99 against invoice# 30634863. In fact, DSCP has over paid this order by $26.24. Please review your records for this order and provide updated information to me ASAP.

**U145**: You indicate UM sent one invoice (307537) for $23.76. Once you remove the 1.3% CRR, the amount owed to UM is reduced to $23.46. Now for payments, you show that DSCP has not paid UM anything. This is incorrect. DSCP has paid UM $134.97 on 1/15/00 against invoice# 30729837. In fact, DSCP has over paid this order by $111.51. Please review your records for this order and provide updated information to me ASAP.

**U233**: You indicate UM sent six invoices (301627 - $9.78, 301211 - $1,284.83, 301303 - $32.58, 301342 - $216.90, 301541 - $157.52, and 302395 - $6.52) totaling $1,708.13. Once you remove the 1.3% DSCP Cost Recovery Rate (CRR), the amount owed to UM is reduced to $1,686.21. Now for payments, you show that DSCP paid UM $1,686.49 on 5/16/00. DSCP actually made two payments for this order ($1679.87 on 5/16/00 and $6.34 on 6/1/00) which totaled $1,68.49. In fact, DSCP has over paid this order by $.28. DSCP considers this order paid in full.

**U550**: You indicate UM sent one invoice (230574) for $117.04. Once you remove the 1.3% DSCP Cost Recovery Rate (CRR), the amount owed to UM is reduced to $115.08. Now for payments, you show that DSCP has not paid UM anything. This is incorrect. DSCP has paid UM $115.08 on 7/9/01. DSCP has paid this order in full.

**U930**: You indicate UM sent one invoice (304305) for $75.69. Once you remove the 1.3% CRR, the amount owed to UM is reduced to $74.72. Now for payments, you show that DSCP has not paid UM anything. This is incorrect. DSCP has paid UM $106.98 against invoice# 16873636. In fact, DSCP has over paid this order by $32.26. Please review your records for this order and provide updated information to me ASAP.

The remaining call numbers are still under review and status will be reported to you ASAP.

*Donna M. Kennedy*
Contracting Officer
Defense Supply Center Philadelphia
Directorate of Medical Materiel
DSCP-MSAA
700 Robbins Avenue

**Hallam, Kathleen (DSCP)**

**From:** Amendolia, Anthony (DSCP)
**ent:** Wednesday, November 26, 2003 8:19 AM
**o:** Hallam, Kathleen (DSCP)
**Subject:** Amendolia Documents

In response to the attached email regarding the "Amendolia documents" I would like to offer my comments as far as I can remember. First, I would like to address the purpose of the 122 page report prepared by Fort Hood that listed the med/surg items purchased through credit card. Of course, we were trying to increase PV usage in the program and requested Ft Hood to provide a hard copy report of items. What we learned, after requesting several reports from here and other activities, was the items being purchased through the med/surg credit card account were varied. Many were medical equipment and equipment support items that are not normally delivered through the med/surg prime vendor. There were also other categories of items not handled by the med/surg PV included in the list. The idea is to catch some items that were never converted to PV and to catch items converted back to credit card that were once bought through the PV but moved because they were not being supplied for one reason or another. Our experience showed these list contained a small percentage of items that could actually be converted to PV.

Basically, this report was only a list of items which included a part number or NSN. I would take the report and try to find DAPA matches. If I found a match I would write the DAPA match on the list and return it to the customer. The customer could elect to change some of the items to PV or they could decide not to add the items to PV for various reasons. So, I did not keep the listings that I worked because I returned them to the customer for their action. Therefore, I do not have any of the listings or reports referenced in the email.

The same applies to the referenced list of credit card items purchased by Beaumont.

I would like to address one more issue in the email. The statement "Amendolia's memos are conclusive evidence that the estimates were negligently made, and the ability to obtain and analyze the information of credit card sales strongly supports Plaintiff's position that the "we can't get the information" answers in the interrogatories is not correct." is what I ould like to comment on. The estimates were based on med/surg budgets from the customers. We relied on experts at the hospital preparing our estimates. All dollars were certainly purchased through the med/surg account so the potential to convert them to med/surg PV sales was very real. In fact, it would have helped immensely if United Medical would have obtained their own DAPA to cover additional items not yet in the program. We requested they submit a DAPA on several occasions, explaining the benefits, but a United DAPA was never submitted. The higher estimates given to us by the services for the PV contract were an honest attempt to provide potential med/surg sales based on the med/surg spending accounts. It would be unreasonable to expect an itemized list with each line verified for each facility. Then it would not be an "estimate".

With the above said, I would like to mention that med/surg PV sales have doubled since the United contract. Partly through the natural progression of business growth but also by tapping potential that was always there but not realized until now.

Anthony Amendolia

2058

**Chadwick, Kyle**

---

**From:** frankb@gucl.com
**Sent:** Thursday, November 20, 2003 9:56 AM
**To:** Chadwick, Kyle
**Cc:** Shahan, Kathie
**Subject:** Amendolia documents

A few days ago we discussed some DSCP internal memos written by Anthony Amendolia. You requested to see those, and they are attached.

My immediate interest is that they reference reports and analyses performed by Amendolia with respect to diversions, but not attached. It is my opinion that my previous document requests covered these documents and I want to renew that request for those reports and analyses. There are three. One is the 122 page report prepared by Fort Hood that lists all med/surg items being purchased by credit card at Fort Hood. Two is Amendolia's analysis of this. Three is the referenced list of credit card items purchased by Beaumont.

These memos are quite problematic for DSCP. In response to discovery requests calculated to determine the volume of diverted purchases, Contract Officer Jennings indicated (1) that she (sic) had no knowledge of the dollar value of diverted purchases and (2) that the Defendant was attempting to locate responsive documents.

The Flatley memo concluding that IV Solution purchases directly from the manufacturer were diversions contradicts the interrogatory answer. Amendolia's memos are conclusive evidence that the estimates were negligently made, and the ability to obtain and analyze the information on credit card sales strongly supports Plaintiff's position that the "we can't get the information" answers in the interrogatories is not correct.

Bottom line though, is since we have not been able to agree on diversion methodology, DSCP should provide the above three pieces of information to us promptly. Frank

Lonestar

Received: by dpschp11.dpsc.dla.mil
(1.37.109.4/16.2) id AA18097; Fri, 23 Aug 96 07:42:46 -0400
Date: Fri, 23 Aug 96 07:42:46 -0400
From: Anthony Amendolia <paa3018@dpschp11.dpsc.dla.mil>
Return-Path: <paa3018@dpschp11.dpsc.dla.mil>
X-Mailer: Ez-Mail v4.4 <Date: Fri, 23 Aug 96 07:30:57 paa3018>
To: aamendolia@dpschp11.dpsc.dla.mil, mrees@dpschp11.dpsc.dla.mil, rdillard@dpschp11.dpsc.dla.mil, gwentzel@dpschp11.dpsc.dla.mil, fgunn@dpschp11.dpsc.dla.mil, bcarson@dpschp11.dpsc.dla.mil, thalkidis@dpschp11.dpsc.dla.mil, mboggs@dpschp11.dpsc.dla.mil, mlevin@dpschp11.dpsc.dla.mil, rlooney@dpschp11.dpsc.dla.mil, fgallo@dpschp11.dpsc.dla.mil, dstewart@dpschp11.dpsc.dla.mil, nmartin@dpschp11.dpsc.dla.mil
Subject: Case Manager Visit
Status: N

DPSC-MS

August 20, 1996

MEMORANDUM FOR DPSC-MS/MSA/MSB/MSC/MEI/MAM

Subject: Case Manager Visit to Darnall Army Hospital at Ft. Hood, Texas

I met with the Chief of Logistics, Lt Col Torstrick and Ft. HoodÆs contracting officerÆs representative (COR), Debbie Thomson to discuss the Med/Surg prime vendor program.

Ft. Hood has consistently reached $70,000 in sales per month but has the potential to double that figure because they still buy a significant amount of Med/Surg items by credit card. Ft. Hood is a smaller facility than Brooke Army Medical Center (BAMC) but has about the same patient radius as BAMC.

Generally they were satisfied with Owens & Minor as their prime vendor but there were some concerns and comments.

They really have not seen any fill rate reports and were concerned that the contract could not be monitored properly. I explained that we were aware of the issue and were working the problem.

I briefed the group on several issues including the status of the resolicitation in the Lone Star Region, PREPACs and what the new statement of work had to offer. They were especially interested in PREPACs because they do many procedures, like "C-Sections" where PREPACs would save time and money. The COR is currently gathering information on repetitive procedures.

Spinal Specialties is another PREPAC vendor where Ft. Hood purchases their packs. They asked we contact them for a DAPA.

The COR provided a 122 page computer print out of all items they are currently buying with a credit card. This listing contained many items that I believe a significant portion of them have DAPA equivalence. I am in the process of working this listing and returning



NOV-20-2003 10:38 DOJ COMM LIT BRANCH 202 353 0511 P.03

it to Ft. Hood. The small work force at Ft. Hood does not have adequate time to convert items to DAPA.

They are satisfied with the Owens & Minor representative. He visits consistently once a week and provides good service. It may be the representative will have to spend considerably more time at Ft. Hood when I return the listing of DAPA matches to their credit card purchases.

ANTHONY AMENDOLIA
Case Manager, Lone Star Region
Med/Surg PV Program

---

paa3018 sends (Anthony Amendolia)...



NOV-20-2003 10:30 DOJ COMM LIT BRANCH 202 353 0511 P.04

Lonestar

Received: by dpschpl1.dpsc.dla.mil
(1.37.109.4/16.2) id AA18191; Fri, 23 Aug 96 07:45:35 -0400
Date: Fri, 23 Aug 96 07:45:35 -0400
From: Anthony Amendolia <paa3018@dpschpl1.dpsc.dla.mil>
Return-Path: <paa3018@dpschpl1.dpsc.dla.mil>
X-Mailer: Ez-Mail v4.4 <Date: Fri, 23 Aug 96 07:33:46 paa3018>
To: aamendolia@dpschpl1.dpsc.dla.mil, mrees@dpschpl1.dpsc.dla.mil, rdillard@dpschpl1.dpsc.dla.mil, gwentzel@dpschpl1.dpsc.dla.mil, fgunn@dpschpl1.dpsc.dla.mil, bcarson@dpschpl1.dpsc.dla.mil, thalkidis@dpschpl1.dpsc.dla.mil, mboggs@dpschpl1.dpsc.dla.mil, mlevin@dpschpl1.dpsc.dla.mil, rlooney@dpschpl1.dpsc.dla.mil, fgallo@dpschpl1.dpsc.dla.mil, dstewart@dpschpl1.dpsc.dla.mil, nmartin@dpschpl1.dpsc.dla.mil
Subject: Case Manager Visit
Status: RO

DPSC-MS August 20, 1996

MEMORANDUM FOR DPSC-MS/MSA/MSB/MSC/MAM

Subject: Case Manager Visit to William Beaumont Army Medical Center (WBAMC), Ft. Bliss, Texas

I was invited to WBAMC to update the Chief of Logistics, the Chief of Materiel and inventory managers on various issues concerning the Med/Surg prime vendor program. They were most interested in PREPACs, the Lone Star resolicitation, the new statement of work and the depot drawdown policy. WBAMC currently has approximately $120,000 in Med/Surg prime vendor sales per month.

The Owens & Minor (O&M) representative asked about our DAPA with District Healthcare. It seems that O&M is having difficulty filling orders that are placed against District Healthcare DAPAs. They are not receiving material in a timely manner or are not receiving it at all. An inquiry was made to the president of District Healthcare from the DAPA buyer. The rep from District Healthcare stated he was not aware of the problem and that he now would be the point of contact for any future inquires.

WBAMC personnel and the O&M representative would like to see a simplified fill rate calculation. The rep provides WBAMC with a fill rate report each month. The current month's fill rate calculation based strictly on lines ordered against lines filled was 93%. The system generated fill rate, with all of the allowances for contractor backorders and usage data provided to PV, seemed difficult to validate.

Initially, WBAMC was not satisfied with the Med/Surg prime vendor. However, O&M replaced the rep a couple of months ago, assigning a new rep on-site full time to WBAMC. Since then, dramatic improvements in service have been achieved to the hospital. The new O&M rep and WBAMC personnel work extremely well together and several potential problems were resolved immediately

during my visit. Few facilities have the luxury of having a full time PV rep on-site but at WBAMC and BAMC the advantages are clear and customer satisfaction is great.

The small staff found it difficult to keep up with the daily workload. Personnel losses caused inventory managers to be responsible for many duties. New responsibilities ranged from their typical IM duties, to buying items for the hospital using a credit card. Sometimes they even pulled stock and delivered it to the hospital which is five miles down the road.

I requested a listing of all items bought by credit card to assist the PV rep in converting items. They used the PPC daily for assistance to convert items and obtain equivalent alternatives under DAPA. The operating room ordered some items with their own credit card which made it difficult to track usage. They were addressing this problem.

I toured the O&M El Paso distribution center and was impressed with the new facility and automation used to received materiel from vendors and ship it out to our customers. A hand held device tracks the material at all times. Before an order is delivered to a customer, the pallet is checked and re-checked by a different warehouse worker to eliminate any errors in the shipment.

ANTHONY AMENDOLIA
Case Manager, Lone Star Region
Med/Surg PV Program

---

[redacted]018 sends (Anthony Amendolia)...

**Martin, Nancy**

**From:** Amendolia, Anthony
**Sent:** Tuesday, June 09, 1998 10:08 AM
**To:** Martin, Nancy
**Subject:** RE: Lone Star Region

Nancy,

I did not get a copy of the green bar report for May but I wasn't looking for it because I was busy with researching the VA items. Don't forget Maj Cochran just started at Ft. Sill on June 1st. I'll call her this week to talk to her about the IV solutions. We will need some help from CPT Bainger for Sheppard AFB. I talked to them before and he just doesn't like United. I don't know why. They never got along with the rep from the first day.

Anthony

---

**From:** Martin, Nancy
**Sent:** Monday, June 08, 1998 8:33 AM
**To:** Amendolia, Anthony
**Subject:** Lone Star Region

Anthony,

I know your not in on Mondays but I needed to send you this message while I was thinking of it.

Did we receive the green bar report from United for the month of May? I don't recall receiving it.

Mr. Bandy called me because I needed to know a firm date(s) when Linda would be resubmitting the usage data files (as per my letter from the meeting we had with Dave and the Amerind guys). He said all resubmissions of data would be provided to DSCP by August 31, 1998. I passed this on to the guys upstairs.

Also, Mr. Bandy gave me an email code to use temporarily. I would use this internally only because it is Linda Hardy's. Mr. Bandy is still working on getting his. The code is: lhardy@flash.net

Bill also told me that starting mid July, United will be running their own truck to Holloman for 24 hour delivery. He also said that Holloman placed a $60,000.00 surge order. He said that El Paso (Ft Bliss) had an Inventory Analyst come in to help them and that the analyst told them their par levels were too low. El Paso placed a $94,000.00 with UMS at the end of last month based on this analyst's findings.

We might want to check with Holloman end of July or by mid August to verify and see if the new truck is making 24 hour delivery.

Mr. Bandy did say that some of the sites (Ft Sill and Sheppard) are still not ordering McGaw IV solutions from him but going to McGaw direct. I spoke to Linda Flatley again about this and she suggested that I contact the service reps (i.e. Bainger and Fred Sharp) and tell them that these facilities are violating their Med/Surg Requirements contract and ask them for assistance. I do plan to do that however I wanted to check the green bar report for verification before contacting them.

Just thought I'd pass this information along. There is no need for you to do anything.

Nancy Martin
DSCP- MEDICAL
Phone: 215-737-8422
DSN: 444-8422
Facsimile: 215-737-2081/8144
DSN: 444-2081/8144
email code: nmartin@dscp.dla.mil