UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXC
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
DER DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715641 SHIP DATE: 5/22/98
CALL NO: 0H28

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRIC |
|---|---|---|---|---|---|---|
| 0723 NEEDLE SPINAL 18GX3-1/2IN PINK SINGLE | 405184 | 3 | BX | 3 | 28.25 | 84.7 |
| | UMS0084640 | | | | | |
| 0723 BLOOD GAS KIT PLASTIC SYR 3CC ARTERIAL | 375376 | 3 | CS | 3 | 32.31 | 96.9 |
| | UMS0084255 | | | | | |
| 5817 NEEDLE BLOOD COLLECTION 21GX1IN TW MULTI | 216033 | 1 | CS | 1 | 60.31 | 60.3 |
| | UMS0470140 | | | | | |
| 2583 CATHETER TRAY URETHERAL RED RUBBER PVP | 3410 | 4 | CS | 4 | 43.78 | 175.1 |
| | UMS0300735 | | | | | |
| 1088 NEEDLE FILTER II 19GX1IN 5 MICRON FILTER | 415042 | 4 | CS | 4 | 28.54 | 114.1 |
| | UMS0069065 | | | | | |
| 4130 CANNULA INNER SZ.8 DISP ACCESSORY | 8DIC | 1 | CT | 1 | 26.06 | 26.0 |
| | UMS0321090 | | | | | |
| 1088 STOPCOCK DISCOFIX 4-WAY FEMALE | 456020 | 7 | CS | 7 | 56.00 | 392.0 |
| | UMS0069200 | | | | | |
| 3022 DEPRESSOR TONGUE 6X3/4IN REGULAR STER 10 | 25-705 | 8 | BX | 8 | 2.48 | 19.8 |
| | UMS0250220 | | | | | |
| 3523 STOCKING TED THIGH SMALL REGULAR NYLON | 3130 | 1 | CT | 1 | 47.97 | 47.9 |
| | UMS0296155 | | | | | |
| 2583 STOCKING TED THIGH MEDIUM LONG NYLON | 3549 | 3 | CT | 3 | 47.97 | 143.9 |
| | UMS0296415 | | | | | |
| 1088 TUBING EXTENSION SMALL BORE 4IN L/LOK | 471952 | 3 | CS | 3 | 84.01 | 252.0 |
| | UMS0069350 | | | | | |
| 1088 EPIDURAL TRAY CONTINUOUS TUOHY NEEDLE | 332220 | 3 | CS | 3 | 232.63 | 697.8 |
| | UMS0068325 | | | | | |

INVOICE TOTAL 2110.9

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
ER DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715642 SHIP DATE: 5/22/98
CALL NO: 6H20

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 3583 | 9195 | 1 | CS | 1 | 17.73 | 17.73 |
| AIRWAY BERMAN 90MM MEDIUM ADULT DISP | UMS0301825 | | | | | |
| 4449 | 2568-00-10 | 3 | BX | 3 | 52.56 | 157.68 |
| HEMOVAC 100ML MINI-SNYDER EVAC STER | UMS159445Ø | | | | | |
| 0723 | 309661 | 34 | BX | 34 | 8.70 | 295.80 |
| SYRINGE ONLY 20CC LUER LOK TIP | UMS0084010 | | | | | |
| 0723 | 381164 | 3 | BX | 3 | 35.68 | 107.04 |
| IV PLACEMENT SET ANGIOCATH 14GX1-1/4IN | UMS0086415 | | | | | |
| 1593 | 138107 | 1 | CS | 1 | 129.24 | 129.24 |
| ELECTRODE FLAT BLADE 6IN DISP SINGLE USE | UMS0124675 | | | | | |
| 1088 | 415067 | 11 | CS | 11 | 91.55 | 1007.05 |
| VALVE REFLUX IV ACCESSORY LUER TAPER | UMS0069025 | | | | | |
| 6268 | 48247 | 4 | CS | 4 | 54.93 | 219.72 |
| MASK SURGICAL FLUIDSHIELD WRAPAROUND | UMS0550035 | | | | | |
| 3280 | 1422 | 1 | CS | 1 | 18.85 | 18.85 |
| ADAPTER MULTI 15MM I.D. 22MM O.D. | UMS0762535 | | | | | |
| 0031 | 04590-01-01 | 1 | CS | 1 | 77.54 | 77.54 |
| NEEDLE BUTTERFLY 19G 7/8IN | UMS0007615 | | | | | |
| 0031 | 04565-01-01 | 6 | CS | 6 | 30.16 | 180.96 |
| NEEDLE BUTTERFLY 23G 3/4IN | UMS0008585 | | | | | |
| 4297 | MX252-S | 11 | CS | 11 | 38.05 | 418.55 |
| STOPCOCK ANESTHESIA STYLE 3-WAY MALE SLP | UMS0329425 | | | | | |
| 0337 | 5976 | 5 | BX | 5 | 87.40 | 437.00 |
| LANCING DEVICE GLUCOLET II AUTOMATIC | UMS126Ø1ØØ | | | | | |

INVOICE TOTAL 3067.16

3067.16

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
ER DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715643 SHIP DATE: 5/22/98
CALL NO: GH26

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 0723 | 309604 | 22 | CS | 22 | 38.73 | 852.06 |
| SYRINGE ONLY 10CC LUER LOK TIP | | | UMS0083895 | | | |
| 0723 | 367207 | 22 | BX | 22 | 5.22 | 114.84 |
| TOURNIQUET LATEX FREE SINGLE USE UNIQUET | | | UMS0087440 | | | |
| 0259 | 001203 | 4 | CS | 4 | 56.70 | 226.80 |
| MASK OXYGEN ADULT HIGH CONC N/REBREATHER | | | UMS0050365 | | | |
| 0407 | 5737016 | 4 | BX | 4 | 71.35 | 285.40 |
| GLOVE SURGICAL LATEX 8-1/2 DERMA STERILE | | | UMS0059760 | | | |
| 0723 | 301625 | 1 | BX | 1 | 8.70 | 8.70 |
| SYRINGE ONLY 20CC SLIP TIP SINGLE USE | | | UMS0082895 | | | |
| 0032 | 41424-03 | 1 | CS | 1 | 257.40 | 257.40 |
| THERMOSET ROOM TEMP W/IN-LINE | | | UMS0005975 | | | |
| 0325 | 903 | 8 | CS | 8 | 13.27 | 106.16 |
| * WASHCLOTH 10X13-1/2IN STD BLUE W/STRPS | | | UMS0057465 | | | |
| 0094 | BC554R | 36 | EA | 36 | 8.08 | 290.88 |
| SCISSOR MAYO CURVED 5-1/2IN | | | UMS1161655 | | | |
| 2470 | 55-101607 | 20 | PR | 20 | 15.62 | 312.40 |
| CRUTCH WOODEN ADULT | | | UMS0210985 | | | |

INVOICE TOTAL 2454.64