UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
ER DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715644 SHIP DATE: 5/22/98
CALL NO: 0H28

| | DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRIC |
|---|---|---|---|---|---|---|---|
| 3643 | 12724<br>WRAP STERILIZATION 24X24IN SPUNGUARD | UMS0304695 | 17 | CS | 17 | 60.06 | 1021.0 |
| 4383 | MDT211215L<br>SLIPPER PEDI-FOAM LARGE | UMS0339650 | 150 | PR | 150 | .45 | 67.5 |
| 4383 | MDT211215XL<br>SLIPPER PEDI-FOAM X-LARGE | UMS0339665 | 150 | PR | 150 | .48 | 72.0 |
| 0723 | 365960<br>TUBE MICROTAINER WITH SERUM SEPARATOR | UMS0087990 | 5 | BX | 5 | 9.20 | 46.0 |
| 0407 | 3183<br>GLOVE EXAM LATEX LARGE P/F DERMACLEAN | UMS1129625 | 149 | BX | 149 | 6.25 | 931.2 |
| 6054 | BAMC02FSHT<br>HIP TRAY TOTAL CUSTOM BAMC | UMS1236345 | 1 | EA | 1 | 625.09 | 625.0 |
| 4509 | 1224-6<br>TAPE INDOX ETHYLENE OXIDE GAS 3/4INX60YD | UMS0610915 | 1 | RL | 1 | 3.76 | 3.7 |
| 5817 | 492058<br>CATHETER PVC RED NEL 16FR STERILE | UMS0472340 | 1 | EA | 1 | .19 | .1 |
| 0723 | 309603<br>SYRINGE ONLY 3CC LUER LOK TIP | UMS0083390 | 3 | CS | 3 | 32.96 | 98.8 |
| 0723 | 305136<br>NEEDLE HYPO 27GX1-1/4IN REGULAR BEVEL | UMS0083050 | 1 | BX | 1 | 5.43 | 5.4 |
| 0723 | 301626<br>SYRINGE ONLY 30CC SLIP TIP SINGLE USE | UMS0082900 | 12 | BX | 12 | 9.38 | 112.5 |

INVOICE TOTAL 2983.6

UNITED MEDICAL SUPPLY
PACKING DOCUMENT 01 OF 01

SOLD TO: 13725
BROOKE ARMY MED CENTER
W45MXE
FORT SAM HOUSTON TX
FORT SAM HOUSTON TX 78234
ER DATE: 5/22/98

SHIP TO: 13726
FORT SAM HOUSTON BAMC JIT
MAT MGMT BRANCH LOG DIV
BLDG 3600 LOADING DOCK
FORT SAM HOUSTON TX78234
715645 SHIP DATE: 5/22/98
CALL NO: 8M28

| DESC | UMSNO | QTY | UM | SHP | PRICE | EXT PRIC |
|---|---|---|---|---|---|---|
| 0032 42303-02<br>CANNULA SAFE SET BLUNT SHIELDED | UMS0006115 | 2 | CS | 2 | 29.62 | 59.2 |
| 0032 42327-02<br>CANNULA SAFESET SHIELDED W/TUBE HOLDER | UMS0006240 | 6 | CS | 6 | 35.00 | 210.( |
| 0032 42646-06<br>TRANSPAK IV MONITOR KIT W/SAFESET RESV | UMS0007200 | 5 | CS | 5 | 495.42 | 2477.1 |
| 0031 09165-58-58<br>HEMA Y-TYPE BLOOD SET 100-SL W/PUMP NV | UMS0007095 | 1 | CS | 1 | 258.47 | 258.4 |

INVOICE TOTAL 3004.(

# UNITED MEDICAL SUPPLY
SAN ANTONIO, TX
## DAILY DELIVERY RECORD

DATE: May 26, 1998

SHIPPER: UMS

DRIVER: United Medical Supply / Arnold

| [illegible] | INVOICE # | [illegible] COUNT | REEFER COUNT | [illegible] PO # | SIGNATURE |
|---|---|---|---|---|---|
| Brooks Army Medical Center | 215635 | 291 | 0 | GH29 - 3 Pallets | |
| MAT MGMT BRANCH | 215636 | 15 | 0 | GH29 - 15 Pieces | |
| LOG DIV | 215637 | 24 | 1 | GH28 - 1 Pallet | |
| Bldg 3600 Loading Dock | 215638 | 44 | 1 | GH28 - 2 Pallets | |
| Fort Sam Houston TX 78234 | 215639 | 51 | 3 | GH28 - 2 Pallets | |
| | 215640 | 17 | 1 | GH28 - 1 Pallet | |
| | 215641 | 25 | 2 | GH28 - 1 Pallet | |
| | 215642 | 46 | 3 | GH28 - 1 Pallet | |
| | 215643 | 40 | 1 | GH28 - 1 Pallet | |
| | 215644 | 40 | 5 | GH28 - 2 Pallets | |
| | 215645 | 14 | 0 | GH28 - 14 Pieces | |
| | 215646 | 3 | 1 | GH27 - 4 Pieces | |
| | 215586 | 0 | 1 | Z909 - 1 Piece - Visa Order | |
| | Totals | 502 | 19 | 15 Pallets | |

[signature] 5/26/98

(15)