**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | CASE NO: 03-CV-289<br><br>Judge Allegra |

**SUPPLEMENTAL AFFIDAVIT OF FRANK BROWN**

1. My name is Frank Brown. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge. The statements of fact based on my personal knowledge are true and the opinion statements are my opinions.

2. Since Mr. William Bandy resigned as president of United Medical Supply Company, Inc., in December 2001, I have served as president of United Medical Supply Company, Inc. and its sister company, Advanced Medical Supply, Inc.

3. In those capacities I have acted as a custodian of certain business records of United Medical Supply and Advanced Medical Supply and all purported business records attached to this affidavit are genuine copies of records for which I served as a custodian.

4. I have been made aware that the Defense Supply Center Philadelphia (DSCP) claims it cannot match shipments to United Medical invoices. There are thousands of pages of documentation maintained by United Medical with respect to this issue and computer storage media. During this lawsuit, I, as president of plaintiff United Medical, have made those records and computer storage media available for copying and inspection by DSCP and the Government's attorneys. Although the records were offered many months ago, the Government has not reviewed any of them.

5. In response to the inquiries for information by the Government, United Medical sent DSCP 125 pages of documents listing the Government purchase orders by Government number ("calls") that United Medical's records show as unpaid in whole or in part. Included with each call was the amount of the call that is outstanding. Two pages of these documents, as an illustration, is attached to this affidavit. The call numbers shown in the example are calls G054, G900, G902, and G901.

Frank Brown, Affiant

On this day as dated below personally appeared Mr. Frank Brown and, after being identified to me by government issued photo identification, on his oath swore that he is the person described in the supplemental affidavit and that the alleged statements of fact made therein are true.

Dated: January 5 2004.

Notary Public for the State of Texas

[seal]

MARJORIE ANN TRIMPE
Notary Public, State of Texas
My Commission Expires
August 23, 2006

30102-01 AFMLO; Fort Worth
FM9133

| 9/13/00 | G054 | | |
|---|---|---|---|
| | 180615 | $ | 7.63 |
| **G054** | | $ | 7.63 |
| DSCP Paid | | $ | - |
| Amount Open | | **$** | **7.63** |

| 12/8/00 | G900 | | |
|---|---|---|---|
| | 214201 | $ | 401.19 |
| | 214202 | $ | 36.69 |
| | 214204 | $ | 147.40 |
| | 215635 | $ | 38.92 |
| | 219837 | $ | 3,770.77 |
| | 219838 | $ | 1,300.00 |
| | 219839 | $ | 1,986.30 |
| | 224134 | $ | 282.83 |
| | 224135 | $ | 318.90 |
| | 226239 | $ | 213.72 |
| | 214198 | $ | 462.35 |
| | 214199 | $ | 267.35 |
| | 214200 | $ | 262.31 |
| **G900** | | $ | 9,488.73 |
| DSCP Paid 010201 | | $ | 1,257.31 |
| Amount Open | | **$** | **8,231.42** |

| 12/28/00 | G902 | | |
|---|---|---|---|
| | 219834 | $ | 41.12 |
| | 224133 | $ | 857.40 |
| | 218780 | $ | 648.55 |
| | 218792 | $ | 407.88 |
| | 219833 | $ | 40.75 |
| **G902** | | $ | 1,995.70 |
| DSCP Paid 011801 | | $ | 1,024.22 |
| Amount Open | | **$** | **971.48** |

| 12/28/00 | G901 | | |
|---|---|---|---|
| | 226268 | $ | 290.06 |
| | 226265 | $ | 875.40 |
| | 224138 | $ | 8,706.67 |
| | 224139 | $ | 59.00 |
| | 224140 | $ | 2,245.22 |
| | 218775 | $ | 1,131.00 |
| | 218776 | $ | 1,532.25 |
| | 218777 | $ | 2,389.60 |
| | 218778 | $ | 3,398.90 |
| | 218779 | $ | 1,180.72 |
| | 218795 | $ | 342.23 |
| | 219831 | $ | 1,249.35 |
| | 219832 | $ | 1,635.45 |
| | 219836 | $ | 2,138.85 |
| | 220702 | $ | 435.09 |
| **G901** | | $ | 27,609.79 |
| DSCP Paid 011601 | | $ | 15,191.81 |
| Amount Open | | **$** | **12,417.98** |