**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111-5096

IN REPLY REFER TO

**MSA**

May 20, 2002

CERTIFIED MAIL- RETURN RECEIPT REQUESTED

Mr. William Bandy
President
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

RE: In re: United Medical Supply Company, Inc.

Dear Mr. Bandy:

In response to your May 9, 2002 request for mediation relative to your pending claim under contract number SP0200-97-D-7133, please be advised that while we encourage Alternative Disputes Resolution procedures, we require the claim to be properly certified before proceeding.

Sincerely,

L. Flatley

L. FLATLEY
Chief, Medical Surgical Prime Vendor Sect.
Medical Surgical Products CBU
Directorate of Medical Materiel

LAW OFFICES
GOINS, UNDERKOFLER, CRAWFORD & LANGDON
A REGISTERED LIMITED LIABILITY PARTNERSHIP
RENAISSANCE TOWER
1201 ELM STREET, SUITE 4800
DALLAS, TEXAS 75270

FRANK L. BROYLES
BOARD CERTIFIED – BUSINESS BANKRUPTCY
TEXAS BOARD OF LEGAL SPECIALIZATION

(214) 969-5454
FAX (214) 969-5902
E-mail: frankb@gucl.com

May 9, 2002

Ms. E. Kathleen Shahan
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875

Via Facsimile - (202) 307-0494

**RE: Case No. 01-41911-bjh-11; *In re: United Medical Supply Company, Inc.***
**Adversary No. 01-4124; *United Medical Supply Co., Inc.*, Petitioner**

Dear Ms. Shahan:

Please find attached amendment to contract number 5. United Medical is within ten days or so of having its claim ready to submit. Rather than simply submit the claim and proceed on different fronts with our FOIA actions and our pending petition to take Mr. Bandy's deposition. United Medical is prepare to submit the claim informally (i.e., unsigned) and mediate all issues. If the claim issue is not resolved at mediation, then we might be able to resolve the FOIA and the Bandy deposition issue.

United Medical's willingness to mediate would depend on the selection of an acceptable mediator, but mediation in Philadelphia would be fine.

This letter is being submitted to you, since we currently have a pending action and need to resolve that pretty quickly. Please let me know whether this approach is acceptable to you and the DSCP.

Very truly yours,

Frank L. Broyles

c:
Frank Rapaport, MCKENNA & CUNEO, L.L.P., via fax (610) 687-9755
Frank Brown via first class mail

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF 2 PAGES

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00005 | 3. EFFECTIVE DATE 06/18/97 | 4. REQUISITION/PURCHASE REQ. NO. N/A | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE SP0200 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE SP0200 | |

6. DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-97-D-7133

10B. DATED *(SEE ITEM 13)* 01/30/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ____________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc)*. SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

1. Reference: Clause 52.233-1 DISPUTES (MAR 1994)

   The attached Alternative Dispute Resolution Policy Statement is hereby incorporated into the above referenced contract.

2. All other terms and conditions of the contract remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* L. FLATLEY | |
| 15B. CONTRACTOR/OFFEROR *(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY L. Flatley *(Signature of Contracting Officer)* | 16C. DATE SIGNED 6/18/97 |

**Use of Alternative Dispute Resolution to Resolve Preaward and Postaward Disputes**

This Policy Statement reinforces DPSC's commitment to make maximum use of Alternative Dispute Resolution (ADR) in resolving preaward and postaward protests/disputes when unassisted negotiations are unsuccessful. ADR refers to a variety of dispute resolution techniques, many of which involve the use of a neutral third party, that serve as alternates to litigation. Examples of ADR techniques include mediation and neutral fact finding. These techniques are typically cheaper and faster than litigation. They serve to maintain long-term working relationships between the parties, and are less disruptive to procurement cycles, contracts, and the parties themselves.

FAR 33.214 permits contracting officers to use ADR procedures to settle any contractual issue within their jurisdiction. ADR is purely voluntary and may be used at any stage of a contract dispute. Once the parties elect to use ADR, it can be an effective tool for dispute resolution.

Parties are encouraged to seek resolution of protests within the agency. Where appropriate, DPSC encourages the use of ADR techniques to resolve protests to the agency, including protests to the contracting officer, in accordance with FAR 33.103.

Questions concerning ADR options may be addressed to the contracting officer or to Mr. Thomas Dougherty, DPSC's ADR Specialist for Contracting, located in the Office of Counsel.