CERTIFICATE OF SERVICE

On January 5, 2004 a genuine copy of the foregoing was served on the persons shown below by the method shown below in accordance with rule 5.1.

/s/ Frank L. Broyles

**PERSONS SERVED:**

Ms. E. Kathleen Shahan
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875

Method Served: email

Mr. Kyle Chadwick
Civil Division
Department of Justice
8th Floor, 1100 L Street
Washington, D.C. 20530

Method Served: email