IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| Plaintiff, | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO STRIKE EXHIBITS
A, B, AND C OF PLAINTIFF'S OPPOSITION BRIEF

The United States respectfully requests the Court to strike from the briefing on summary judgment the eight unnumbered pages of argument attached as Exhibits A, B, and C to plaintiff's brief in opposition to our cross-motion for summary judgment.

Pursuant to Rule 5.2(b)(2), plaintiff's opposition and reply is limited to 30 pages, absent leave of the Court. Plaintiff filed a 28-page brief, but supplemented it with three "exhibits," newly written by counsel, raising (irrelevant) evidentiary "objections" to evidence submitted by the Government. Nothing in the Court's Rules permits such supplementation as a means of evading the Court's page limits. For that reason, we respectfully request that the exhibits be stricken. In the alternative, only the two-page Exhibit A should be accepted, granting plaintiff a total of 30 pages of argument.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

January 6, 2004

CERTIFICATE OF FILING

I certify that on January 6, 2004, the foregoing motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick