# In The United States Court of Federal Claims

No. 03-289C

(Filed: January 23, 2004)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 6, 2004, defendant filed a motion to strike exhibits A, B, and C of plaintiff's opposition brief. On January 22, 2004, plaintiff filed its response to defendant's motion to strike, seeking, in the alternative, the court's permission to exceed the page limitation of RCFC 5.2(b)(2). The court views plaintiff's January 22, 2004, response as a motion to enlarge the number of permitted pages by six,[1] for a total of 36 pages, and that motion is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge

[1] In its response, plaintiff contends that with the addition of the three exhibits its brief would comprise 32 pages. The court's review of the documents, however, comports with defendant's observation that plaintiff's main brief, of 28 pages, augmented by the eight pages of exhibits, would result in a total length of 36 pages.