# In The United States Court of Federal Claims

No. 03-289C

(Filed: March 5, 2004)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

An oral argument on plaintiff's motion for summary judgment will be held in this case at 10:00 a.m. (EST) on Tuesday, July 6, 2004, in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge