**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | CASE NO: 03-CV-289<br><br>Judge Allegra |

AFFIDAVIT OF FRANK L. BROYLES SUPPLEMENTING SUMMARY JUDGMENT RECORD

1. My name is Frank L. Broyles. I am over the age of 21-years and fully competent to make this affidavit. All statements made in this affidavit are based on personal knowledge unless otherwise noted and are true. I am the attorney of record in this case for the Plaintiff.

2. Currently in the summary judgment record in this case at Plaintiff's Appendix 26 (Bates 265-277 - Chambers Copy) are some of Defendant's responses to written discovery served by Plaintiff. Those responses incorporate certain terms defined in the first three pages of Plaintiff's discovery requests, but which definitions were not repeated by the Defendant in its responses. A genuine copy of the first three pages of Plaintiff's discovery requests is attached and identified by ECF label Tab 37 and Bates label 00501-00503. The purpose of this supplement is to provide the Court with the definitions of the terms used in Plaintiff's discovery requests and the Defendant's responses.

Frank L Broyles

On June 8, 2004 personally appeared Frank L. Broyles and on his oath swore and subscribed to the above statements shown in this affidavit.

Notary Public for the State of Texas

LINDA A. JOURDAN
Notary Public, State of Texas
My Commission Expires
December 27, 2007

Frank L. Broyles
1201 Elm St.
Suite 4800
Dallas, TX 75270
214-969-5454
214-969-5902 Telecopy
frankb@gucl.com email
Special Counsel to Reorganized Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: UNITED MEDICAL SUPPLY COMPANY, INC., Reorganized Debtor | CASE NO.01 - 41911-bjh-11<br>Chapter 11 |
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br>v.<br>United States of America, Defendant | Adversary: 02-4230 |

**PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT UNITED STATES**

TO DEFENDANT UNITED STATES OF AMERICA
By and through its attorney of record:

Ms. E. Kathleen Shahan
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875

Pursuant to Bankruptcy Rules 7033 and 7034, Plaintiff serves the following discovery requests. Documents requested are to be produced at the offices of counsel for Plaintiff by December 1, 2002. Responses to the discovery requests are to be served in accordance with rules 7033 and 7034.

These discovery requests incorporate the following defined terms:

1. "Award"

   This means the prime vendor contract between Plaintiff and Defense Supply Center Philadelphia (and its predecessor), as that contract was amended from time to time. It is the contract for which a claim was submitted to the DSCP under the Contract Disputes Act. It generally was identified as Award SP0200-97-D-7133.

2. "Solicitation"

   This means the solicitation seeking proposals for a prime vendor in the Lone Star Region. It generally was identified as Solicitation DLA120-93-R-0587.

3. "Participating Medical Treatment Facility" or "Participating MTF"

   This means each medical treatment facility in the Lone Star Region, including Fort Huachuca, AZ, that participated in the Prime Vendor Program under the contract with United Medical Supply.

4. "Prime Vendor Program"

   This means the Program for purchase and distribution of medical supplies and equipment to DoD MTFs in various regions, one of which was the Lone Star Region.

5. "Scheduled Medical Equipment and Supplies"

   This means the equipment and supplies purchased by the Participating MTFs that the Participating MTFs could have ordered from United Medical Supply. It refers to equipment and supplies purchased from United Medical Supply or other sources; the only criteria is that they were purchased and at the time they were purchased, the MTF could have ordered them from United Medical Supply at the time. Generally, DAPA products is synonymous with this term, unless used in the context of regions other than the Lone Star Region

6. "Contract Year"

   This means June 1 to June 1 beginning in 1997, except that the last Contract Year includes only those months prior to termination of United

Medical as the Prime Vendor as part of the implementation of the Prime Vendor II Program.

7. "Supply Center"

This means the DPSC or the DSCP.