# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT SUMMARY JUDGMENT RECORD WITH DEFINITIONS OF TERMS

Plaintiff's Motion to Supplement the Summary Judgment Record filed on June 8, 2004 is GRANTED. Accordingly, the affidavit of Frank L. Broyles and attachments Bates numbered 00500 through 00503 and identified in the ECF record as Appendix 37 are to be filed and considered as part of the summary judgment record with respect to the pending motions for summary judgment.

Signed ____________, 2004.

____________________________________
JUDGE, UNITED STATES COURT OF FEDERAL CLAIMS