# In the United States Court of Federal Claims

**03-289C**

**Filed: August 9, 2004**

**UNITED MEDICAL SUPPLY CO., INC.**

**v.**

**THE UNITED STATES**

## TRANSCRIPT OF PROCEEDINGS

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.