# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 01 | 07

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0016 | Nov 15 1996 | N/A | |

6. ISSUED BY — CODE SP0200

DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY *(If other than Item 6)* — CODE SP0200

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

(✓) X — 9A. AMENDMENT OF SOLICITATION NO.: DLA120-93-R-0587

9B. DATED *(SEE ITEM 11)*: 11 AUGUST 1993

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

CODE | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 01 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

Subject solicitation is hereby amended as follows:
See Attached Pages 02 through 07.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

Offerors are being given an opportunity at this time to submit any further revisions to their proposal. Any revisions should be submitted with this amendment.

The offeror agrees that its offer, as it may have been amended, may be accepted within the same number of calendar days after the revised closing date as were specified for acceptance of its initial offer.

If you fail to respond to this amendment by the time and date specified, your proposal may be evaluated as originally submitted.

The hour and date for receipt of offers/modifications is extended to 3:00 PM, local time, NOV 2 5 1996 .

Facsimile responses are only authorized at the following numbers: 215-737-9300, 9301, 9302 or 9303.

<u>Amendment 0008 is hereby revised as follows:</u>

Page 8 - Paragraph G - Delete USAF Hospital Kirtland - Alberquerque, NM.

Page 13 - under Routine, Number 2, the definition of Extended Delivery Orders (EDO) is changed to read: "Orders which the ordering facility wants delivered within 10 **calendar days** of order placement. These items must be from DAPAs or IDTCs. The intent of EDOs is to provide a method for non-usage data items to be ordered."

Page 13 - the paragraph starting with "The majority", the 3rd and 4th sentences are changed to read: "All <u>Extended Delivery Order</u> items appearing on one order must be delivered at the same time and within 10 **calendar days** of order placement. If all ordered/confirmed items are available in fewer than 10 calendar days, they may be shipped in a single shipment at that time."

Page 16 - Paragraph F, the 1st sentence is changed to read: "Deliver all orders for non-emergency supplies within 24 hours (JITO) or 10 calendar days (EDO) of receipt of the order.

All other references relating to 7 day delivery for EDOs in the SOW are replaced with "10 calendar days".

Page 22 - Paragraph K (5) - Delete Updates of these files will be provided directly to DPSC (ATTN: DPSC-MEI, DMLSS Team) on a quarterly basis and replace with the following: In addition, every time changes are made to your catalog numbers or new DAPAs are issued, your firm has until four days after DPSC posts to the Bulletin Board to update the file with your order number, and provide it to the Government at the following address (only one copy is required):

Mr. Tom Stevens
Computer Consulting Co
129 Chester Rd
Devon, PA 19333-1644

Page 22 - Paragraph L, - Delete the 2nd sentence and replace with the following: Updates of these files will be provided directly to Mr. Tom Stevens as shown in Paragraph K(5), above.

Page 22 - Paragraph M, - Change to read as follows: "The Prime Vendor shall provide an electronic "order confirmation", (ANSI X12 855 is mandatory when the PVI is used) which confirms orders at the line item level, to the ordering facility, within two hours for JITOs and emergency orders, and within 24 hours or 1 day (if longer), counting only business days, for EDOs, following transmission of the order from the ordering facility." (For Example: An order placed at 5 P.M. Friday has until the following Monday at 5 P.M. to be confirmed.) All other SOW references to EDOs order confirmation shall be adjusted accordingly. the remaining sentences in Paragraph "M" remain in effect as originally written.

Page 23 - Delete Paragraph B in its entirety (including the chart) and replace with the following: The Prime Vendor must provide the following required standard usage and fill data requirements:

1. The Prime Vendor must provide order and fill data on a monthly basis by no later than the 20th of the month following the month for which data is being provided.

2. The order and fill data must be provided to DPSC Medical via electronic data transmission (e.g., via FTP over the Internet or via DPSC-Medical modem pool) rather than via diskette or hardcopy. The Contracting Officer must be notified as to which form of data transmission will be used by your firm within 30 days of award notification (so that mailboxes, passwords, etc. can be set-up).

3. The order data must be at the line-item level for all filled, unfilled and partially filled lines, rather than at a summary-level. Orders against open credit accounts should also be reflected.

4. The order data must be provided in an up-caret (^) delimited format without dashes (-) in the order and format outlined below. All fields not marked as being variable (letter "v" with a suggested length) must be of the length specified. All of the fields below must be completed except for the following cases:

a. If an NDC cannot be supplied, then the item's Universal Product Number (UPN) should be supplied. If neither the NDC nor UPN can be supplied, then the manufacturer part number must be supplied. One of these three fields must be completed.

b. Special Order Designator only needs to be completed if one of the special order cases listed applies. If none of the cases apply, the field should be left blank.

c. Format:

Page 26 - Add the following note to Paragraph E: <u>**NOTE**</u>: In order for your firm to get paid, our facility must send an electronic receipt document covering the total dollar value of the material received (the quantity times the delivered unit price, but covering the total for all items in the shipment). This delivered unit price includes the DAPA price, the DPSC surcharge, and your distribution fee. Every ordering facility must total the shipment value to process the receipt document dollar amount. It will expedite receipt posting and probably improve the accuracy of the shipment total calculation, if your firm provides a total shipment delivered dollar amount on your packing slip. It does not matter how this is accomplished but inclusion of this figure on the packing slip will benefit you, the customer, and the DPSC payment office.

Pages 26 and 27 - Revise Paragraph I as follows: First sentence, second paragraph, delete 17 positions and replace with 18 positions. Add the following to the end of the second paragraph: The Prime Vendor must implement the UPN within 90 days of award if the Prime Vendor has received a prior award and no later than 120 days for a Prime Vendor receiving its first award.

Page 27 - Revise Paragraph B - Transition Period/Commencement Schedule as follows: Delete the 4th sentence in its entirety and replace with the following: Ordering facilities may maintain an inventory of stock-on-hand that will be reduced during the transition period through normal attrition.

Page 71 - Delete Question G in its entirety and replace with the following: G. Can your firm currently provide an electronic order confirmation (ANSI X12 [855]) to the ordering facility within two hours following transmission of the JITO from the ordering facility (in every case)?

Page 72 - After Question P, Add Question Q as follows: Q. Can your firm currently provide an electronic order confirmation (ANSI X12 [855]) to the ordering facility within 24 hours or 1 day (if longer) following transmission of the EDO from the ordering facility (in every case)?

Page 85 - Delete Paragraph E and replace with the following: E. Its EOE/EDI system can distinguish between IDTC/DAPA and non-IDTC/non-DAPA items prior to order placement. Firm can prevent its EDI System from processing non-IDTC/non-DAPA items.

Page 85 - Delete Paragraph F and replace with the following: F. It can provide an electronic order confirmation within two hours following transmission of the JITO from the ordering facilities in all cases.

**Amendment 0012 is hereby revised as follows:**

Page 12 - Delete the paragraph that starts Page 69 and with the following: Page 69: Section L, Past Performance: Requirements A, B, D, E and G should be addressed separately for JITO/EDO Orders and Stockless Option Orders.

Page 14 - The Paragraph that starts Page 19, add the following to the end of the paragraph: All new Distribution and Pricing Agreements (DAPAs) become effective on the 1st of the month (ex. new DAPA available to you on December 9th becomes effective January 1st). DAPA price changes (increases/decreases) become effective on the 1st of the month. Your electronic catalog and electronic order entry (EOE) system must show these revised prices on the 1st of the month.

Page 15 - Paragraph I - Add to the end of the paragraph: Only the Prime Vendor's EOE system/catalog and the Government supplied software may reside on the Government PC. (The Prime Vendor's personal ordering system, non-Government, may not reside on the Government-supplied PC.)

Page 22 - Under Factor 3 - ELECTRONIC ORDER ENTRY (EOE) SYSTEMS AND ELECTRONIC DATA INTERCHANGE (EDI) CAPABILITY - Delete the entire paragraph starting with Add the following to Question G.

Page 23 - After Question P, add Question Q as follows: Q. Can your firm currently provide an electronic order confirmation (ANSI X12 [855]) to the ordering facility within 24 hours or 1 day (if longer) following transmission of the EDO from the ordering facility (in every case)?

Page 26 - After Letter F add Letter G as follows: G. It provides a reasonable delivery service for emergency shipments.

Page 26 - After Letter G add Letter H as follows: H. It provides a reasonable cost for emergency shipments in excess of two.

Page 27 - Delete Paragraph O in its entirety and replace with the following: O. Its order confirmation will show rejection of non-IDTC/non-DAPA items.

Page 27 - After Paragraph O add Paragraph P as follows: P. The Prime Vendor's minimum PC hardware and software configuration is reasonable.

Page 27 - After Paragraph P add Paragraph Q as follows: Q. It can provide an electronic order confirmation within 24 hours or 1 day (if longer) following transmission of the EDO from the ordering facilities in all cases.

Page 27 - Under Factor 4 - Customer Support, Delete Paragraph G and replace with the following: G. The firm has submitted a plan that adequately addresses the requirement to service, support and visit ordering facilities that are not physically located close to the firm's sales representatives or distribution centers, or are not doing a large dollar volume of sales.

Page 47 - Add the following ordering/receiving point:

Vance AFB, OK
DEA# B94426676

| Ordering Point | Receiving Point |
|---|---|
| 71st Medical Group<br>527 Gott Road<br>Building 810<br>Vance AFB, OK 73705-5105 | 71st Medical Group<br>527 Gott Road<br>Building 810<br>Vance AFB, OK 73705-5105 |