**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

SUPPLEMENTAL STATUS REPORT
(AGREED TO BY DEFENDANT)

TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:

Plaintiff files this its Supplemental Status Report pursuant to the Court's Order Entered January 3, 2005 as follows:

1. The parties estimate that nine (9) months of fact discovery will be required, followed by an additional six weeks for any additional discovery regarding experts.

2. That parties believe that they will be in a position to file a supplemental status report six weeks after close of discovery.

3. The parties believe that the case will be ready for trial sometime during the summer or late fall of 2006.

4. Counsel for Defendant reviewed the above estimates and advised that he is in agreement with it.

**Signed January 26, 2005.**

Respectfully submitted,

/s/ Frank L. Broyles
Frank L. Broyles
State Bar No. 03230500
Goins, Underkofler, Crawford
& Langdon, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

CERTIFICATE OF SERVICE

On January 26, 2005 a genuine copy of the foregoing status report was served on counsel for the Defendant via email.

/s/ Frank L. Broyles