# In The United States Court of Federal Claims

No. 03-289C

(Filed: January 31, 2005)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 26, 2005, parties filed a joint status report, indicating that they would like nine months for fact discovery, an additional six weeks for expert discovery, and another six weeks to file a supplemental joint status report. The parties' request is hereby **GRANTED,** in part, and **DENIED,** in part. Accordingly:

1. On July 26, 2005, fact discovery will be closed.

2. On August 26, 2005, expert discovery will be closed.

3. On or before September 12, 2005, the parties shall file a supplemental joint status report, indicating how this case should proceed and a proposed schedule.

The court encourages the parties to continue to pursue the possibility of settlement in this matter, and is available to facilitate such discussions, if appropriate.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge