# In The United States Court of Federal Claims

No. 03-289C

(Filed: June 14, 2005)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 10, 2005, plaintiff filed a motion to compel discovery. On or before June 20, 2005, defendant shall file a response to this motion.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge