Frank L. Broyles
1201 Elm St.
Suite 4800
Dallas, TX 75270
214-969-5454
214-969-5902 Telecopy
frankb@gucl.com email
Special Counsel to Reorganized Debtor

Appendix - IT's Mtn to Compel
03-289

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re: UNITED MEDICAL SUPPLY COMPANY, INC., Reorganized Debtor | CASE NO.01 - 41911-bjh-11<br>Chapter 11 |
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br>v.<br>United States of America, Defendant | Adversary: 02-4230 |

**PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT UNITED STATES**

TO DEFENDANT UNITED STATES OF AMERICA
By and through its attorney of record:

Ms. E. Kathleen Shahan
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875

Pursuant to Bankruptcy Rules 7033 and 7034, Plaintiff serves the following discovery requests. Documents requested are to be produced at the offices of counsel for Plaintiff by December 1, 2002. Responses to the discovery requests are to be served in accordance with rules 7033 and 7034.

**APPDX 00001**

These discovery requests incorporate the following defined terms:

1. "Award"

   This means the prime vendor contract between Plaintiff and Defense Supply Center Philadelphia (and its predecessor), as that contract was amended from time to time. It is the contract for which a claim was submitted to the DSCP under the Contract Disputes Act. It generally was identified as Award SP0200-97-D-7133.

2. "Solicitation"

   This means the solicitation seeking proposals for a prime vendor in the Lone Star Region. It generally was identified as Solicitation DLA120-93-R-0587.

3. "Participating Medical Treatment Facility" or "Participating MTF"

   This means each medical treatment facility in the Lone Star Region, including Fort Huachuca, AZ, that participated in the Prime Vendor Program under the contract with United Medical Supply.

4. "Prime Vendor Program"

   This means the Program for purchase and distribution of medical supplies and equipment to DoD MTFs in various regions, one of which was the Lone Star Region.

5. "Scheduled Medical Equipment and Supplies"

   This means the equipment and supplies purchased by the Participating MTFs that the Participating MTFs could have ordered from United Medical Supply. It refers to equipment and supplies purchased from United Medical Supply or other sources; the only criteria is that they were purchased and at the time they were purchased, the MTF could have ordered them from United Medical Supply at the time. Generally, DAPA products is synonymous with this term, unless used in the context of regions other than the Lone Star Region

6. "Contract Year"

   This means June 1 to June 1 beginning in 1997, except that the last Contract Year includes only those months prior to termination of United

Medical as the Prime Vendor as part of the implementation of the Prime Vendor II Program.

7. "Supply Center"

This means the DPSC or the DSCP.

REQUESTS FOR PRODUCTION

Plaintiff requests production for inspection and copying the following:

1. The documents used by the Supply Center to estimate the representations made to United Medical of Base Year Contract Value and the Total Contract Value, including information received from each Participating MTF. This request refers to the estimate of contract value originally made and as amended from time to time by the Department of Defense.

2. All summaries prepared by or for the Supply Center which evidence, for any prime vendor region or Participating MTF any of the following:

   a. the dollar volume of Scheduled Medical Equipment and Supplies purchased, including but not limited to summaries of annual or other period purchases and purchases by vendor;

   b. percentage summaries pertaining to Scheduled Medical Equipment and Supplies purchases, including but not limited to percentages of annual purchases purchased from the prime vendor and purchases from non-prime vendor sources;

   c. summaries of purchases of Scheduled Medical Equipment and Supplies not made from United Medical Supply due to the failure of United Medical Supply to comply with the contract.

3. The records for or with respect to each Participating MTF which evidence the total dollar amount of Scheduled Medical Products and Supplies purchased by that particular MTF for each Contract Year during the term of the Contract between Plaintiff and Defendant.

4. Records from each MTF which evidence the Scheduled Medical Products and Supplies purchased from United Medical and the dollar amount of the Scheduled Medical Products and Supplies purchased from third parties.

5. All correspondence between the Supply Center and Participating MTF's which evidence an effort by the Supply Center to stop the Participating MTF's from purchasing DAPA products from entities other than Prime Vendors. This seeks records related to all regions and MTFs.

6. All investigative reports by the Supply Center to determine why MTF's were purchasing Scheduled Medical Equipment and Supplies from sources other than a Prime Vendor. This request seeks reports submitted internally, to any other agency, or to Congress.

7. All correspondence between the Supply Center and Participating MTFs pertaining to any failure of United Medical Supply to comply with the contract terms.

8. All correspondence between the Supply Center and United Medical pertaining to any failure of United Medical Supply to comply with the contract terms.

9. All investigative reports by the Supply Center to determine the cause or causes of United Medical's failures to comply with the contract terms. This request seeks reports submitted internally, to any other agency, or to Congress.

10. All documents which estimate the profits or losses the Supply Center projected for United Medical under the Award.

11. The ten contract files referenced by the Supply Center in Plaintiff's FOIA requests to the Supply Center. For reference purposes, Mr. Linda Flatley referenced these files in an email to Catherine Kearns dated December 10, 2001.

12. All claims submitted by any prime vendor of medical supplies for breaches of contract or equitable adjustment under the prime vendor program in which United Medical participated as a prime vendor.

13. All correspondence between the Supply Center and any Participating MTF pertaining to the estimate of annual volume of Scheduled Medical Equipment and Supplies for that MTF. This request seeks documents created before and after the Award.

Respectfully submitted,

Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for United Medical Supply

CERTIFICATE OF SERVICE

On October 25, 2002 the foregoing notice was served on the persons shown below by the method shown below in accordance with applicable bankruptcy rules.

**PERSONS SERVED:**

Ms. E. Kathleen Shahan
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875

Via Hand Delivery (overnight courier)