E. Kathleen Shahan
D.C. Bar # 267872
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
202 - 307-0249
202 - 307-0494 (telefax)
Kathie.Shahan@usdoj.gov
Attorney for the United States

**IN THE UNITED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: UNITED MEDICAL SUPPLY COMPANY INC., Debtor-in-Possession | ) | Case No.01 - 41911-bjh-11<br>Chapter 11 |
| United Medical Supply Company, Inc., Plaintiff, | ) | |
| v. | ) | Adversary: 02 - 4230 |
| United States of America, Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT UNITED STATES**

Defendant, the United States of America, responds to plaintiff's first set of discovery requests as follows:

INTERROGATORY NO. 1

This interrogatory requests information pertaining to the representations made by the Defendant in the Award SP0200-97-D-7133 and Modification Number 006 to the Award. For each Participating MTF, please provide the following information (The dollar amount provided

13. Col. Reilly - Chief of Logistics - Ft. Bliss, Tx.

14. Maria Trevino - Buyer - Corpus Christi, Tx.

## REQUEST FOR PRODUCTION

REQUEST NO. 1

The documents used by the Supply Center to estimate the representations made to United Medical of Base Year Contract Value and the Total Contract Value, including information received from each Participating MTF. This request refers to the estimate of contract value originally made and as amended from time to time by the Department of Defense.

RESPONSE NO. 1

The only existing document responsive to this request is attached as Attachment C.

REQUEST NO. 2

All summaries prepared by or for the Supply Center which evidence, for any prime vendor region or Participating MTF any of the Following:

a. the dollar volume of Scheduled Medical Equipment and Supplies purchased, including but not limited to summaries of annual or other period purchases and purchases by vendor;

b. percentage summaries pertaining to Scheduled Medical Equipment and Supplies purchases, including but not limited to percentages of annual purchases purchased from the prime vendor and purchases from non-prime vendor sources;

c. summaries of purchases of Scheduled Medical Equipment and Supplies not made from

United Medical Supply due to the failure of United Medical Supply to Comply with the contract.

RESPONSE NO. 2

Documents responsive to this request will be made available, upon two weeks notice, at a mutually convenient date and time at:

Defense Supply Center Philadelphia
700 Robbins Avenue
Philadelphia, PA

REQUEST NO. 3

The records for or with respect to each Participating MTF which evidence the total dollar amount of Scheduled Medical Products and Supplies purchased by that particular MTF for each Contract Year during the term of the Contract between Plaintiff and Defendant.

RESPONSE NO. 3

See Response to Request No. 2.

REQUEST NO. 4

Records from each MTF which evidence the Scheduled Medical Products and Supplies purchased from United Medical and the dollar amount of the Scheduled Medical Products and Supplies purchased from third parties.

RESPONSE NO. 4

See Answer to Interrogatory No. 4. To the extent that such records exist from which such information may be extrapolated, the documents responsive to this request will be made available at a mutually convenient date and time at:

Defense Supply Center Philadelphia
700 Robbins Avenue
Philadelphia, PA

<u>REQUEST NO. 5</u>

All correspondence between the Supply Center and Participating MTF's which evidence an effort by the Supply Center to stop the Participating MTF's from purchasing DAPA products from entities other than Prime Vendors. This seeks records related to all regions and MTFs.

<u>RESPONSE NO. 5</u>

Documents responsive to this request will be made available as set forth in Response to Request No. 2.

<u>REQUEST NO. 6</u>

All investigative reports by the Supply Center to determine why MFF's were purchasing Scheduled Medical Equipment and Supplies from sources other than a Prime Vendor. This request seeks reports submitted internally, to any other agency, or to Congress.

<u>RESPONSE NO. 6</u>

To the extent that such documents may exist, there are contained in the Contracting Officer's files and will be made available as set forth in Response to Request No. 2.

<u>REQUEST NO. 7</u>

All correspondence between the Supply Center and Participating MTF's pertaining to any failure of United Medical Supply to Comply with the contract terms.

<u>RESPONSE NO. 7</u>

Documents responsive to this request are contained in the Contracting Officer's files and

will be made available as set forth in Response No. 4.

REQUEST NO. 8

All correspondence between the Supply Center and United Medical pertaining to any failure of United Medical Supply to comply with the contract terms.

RESPONSE NO. 8

Documents responsive to this request are contained in the Contracting Officer's files and will be made available as set forth in Response to Request No. 4.

REQUEST NO. 9

All investigative reports by the Supply Center to determine the cause or causes of United Medical's failures to comply with the contract terms. This request seeks reports submitted internally, to any other agency, or to Congress.

RESPONSE NO. 9

Documents responsive to this request are contained in the Contracting Officer's files and will be made available as set forth in Response to Request No. 4.

REQUEST NO. 10

All documents which estimate the profits or losses the Supply Center projected for United Medical under the Award.

RESPONSE NO. 10

There are no documents responsive to this request.

REQUEST NO. 11

The ten contract files referenced by the Supply Center in Plaintiff's FOIA requests to the

Supply Center. For reference purposes, Mr. Linda Flatley referenced these files in an email to Catherine Kearns dated December 10, 2001.

RESPONSE NO. 11

Documents responsive to this request will be made available to this request will be made available as set forth in Response to Request No. 2.

REQUEST NO. 12

All claims submitted by any prime vendor of medical supplies for breaches of contract or equitable adjustment under the prime vendor program in which United Medical participated as a prime vendor.

RESPONSE NO. 12

There are no documents responsive to this request.

REQUEST NO. 13

All correspondence between the Supply Center and any Participating MTF pertaining to the estimate of annual volume of Scheduled Medical Equipment and Supplies for that MTF. The request seeks documents created before and after the Award.

RESPONSE NO. 13

To the extent that documents to this requested existed, they were not maintained, but the information was collated into the document attached as Attachment B.

As to Objections:

Dated: November 25, 2002

Respectfully submitted,

ROBERT D. McCALLAM, JR.
Assistant Attorney General

RICHARD H. STEPHENS
United States Attorney

E. Kathleen Shahan

J. CHRISTOPHER KOHN
TRACY J. WHITAKER
E. KATHLEEN SHAHAN
D.C. Bar No. 267872
Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202)307-0249

ATTORNEYS FOR THE UNITED STATES

VERIFICATION

The undersigned certifies, under penalty of perjury, that, to the best of her knowledge and belief, the factual information in the foregoing responses is true.

Date: 11/21/02

James Jennings
James Jennings, Contracting Officer

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2002, I caused a copy of the foregoing Defendant's Response to Plaintiff's Fist Set of Discovery Requests to Defendant United States by Federal Express upon the following:

Frank L. Broyles
Goins, Underkofler, Crawford & Langdon, LLP
1201 Elm Street, Suite 4800
Dallas, Texas 75270

E. Kathleen Shahan