LAW OFFICES
**GOINS, UNDERKOFLER, CRAWFORD & LANGDON**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
RENAISSANCE TOWER
1201 ELM STREET, SUITE 4800
DALLAS, TEXAS 75270

**FRANK L. BROYLES**
BOARD CERTIFIED – BUSINESS BANKRUPTCY
TEXAS BOARD OF LEGAL SPECIALIZATION

(214) 969-5454
FAX (214) 969-5902
E-mail: frankb@gucl.com

September 13, 2004

Via Telecopy

Mr. Kyle Chadwick
U.S. Department of Justice
8th Floor
1100 L. St., N.W.
Washington, D.C. 20530

RE: *United Medical Supply Company, Inc. v. The United States*; COFC Case No. 03-CV-289

Dear Mr. Chadwick:

This letter is in response to your proposed discovery control plan. I believe the

We served requests for production and interrogatories during the initial discovery period. The Government responded with answers and documents from DSCP, it did not provide answers from any of the MTFs or documents from any files of the MTFs that were not duplicated in DSCP's files. I did not file a motion to compel discovery because

:t ɔ
; ition
ı ry

n

con
my
achi

The documents produced and statements made by the Government indicate there are a number of studies made by the Government that evidence the volume of diverted purchases. The Government claims all of these have been lost. This forces United Medical to attempt to discover if the documents really were lost and how they were lost and to develop its own statistical plan to prove up its damages and argue under the *T&M Distributor* case that since the records needed to prove up requirements and diverted orders are, or were, under the control of the Government, United Medical gets a presumption in its favor of its methodology. I do not want to delay those efforts any longer.

Accordingly, I am submitting the discovery plan I would like to implement in preparation for trial. As to a joint plan, if there is anything you would like to add, please provide as soon as possible for my consideration.

Very truly yours,

Frank L. Broyles

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., **Plaintiff** | **CASE NO: 03-CV-289** |
| v. | **Judge Allegra** |
| THE UNITED STATES, **Defendant** | |

**PLAINTIFF'S PROPOSED DISCOVERY PLAN**

TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:

Plaintiff United Medical Supply Company, Inc. files this its proposed discovery control plan as part of the Supplemental Joint Status Report filed in accordance with the Court's prior order and requests the Court enter an order adopting the following discovery control plan as follows:

1. Within fourteen (14) days of entry of an order approving a discovery control plan, the parties shall exchange the information required by CFC Rule 26(a)(1). Information previously provided under Bankruptcy Rule 7026(a)(1) shall be provided in the disclosures to the extent that such information remains correct.

2. Plaintiff may serve one set of 25 interrogatories on each medical treatment facility ("MTF") that purchased items from Plaintiff under the Contract at issue in this case without further leave of Court.

3. Within fourteen (14) days from the date of an approving a discovery control plan, Plaintiff shall serve drafts of Rule 30(b)(6) depositions on Defendant.