U.S. Departn. .t of Justice

Civil Division

PDK:DMC:KChadwick
DJ No. 154-03-289

Telephone: (202) 305-7561
Facsimile: (202) 305-7644

*Washington, D.C. 20530*

September 21, 2004

BY FACSIMILE AND MAIL

Frank L. Broyles
Goins, Underkofler, Crawford & Langdon
Renaissance Tower
1201 Elm St., Suite 4800
Dallas, TX 75260

Re: United Medical Supply Co., Inc. v. United States, Fed. Cl. No. 03-289C

Dear Mr. Broyles:

Thank you for your letter and draft discovery plan of September 13. Because the court has not ordered or invited any written submissions at this time, we will not join or add to your proposed filing. I recall that, following the summary judgment arguments, Judge Allegra orally directed us to "be ready" to discuss the possibility of streamlined or targeted discovery once he ruled upon our motions, which he predicted would occur before the end of August. I do not recall him orally ordering us to file anything prior to his decision, and there is no such order noted on the docket sheet.

For the record, there are many statements in your letter with which we disagree, but it does not appear fruitful to address them point by point. I do note that, contrary to your second paragraph, as we agreed in our JPSR, and pursuant to the court's order of September 29, 2003, the stated purpose of the initial discovery period in the Court of Federal Claims was for the Government to obtain discovery regarding the basis of your already-filed motion. I have no correspondence from that period suggesting you might file a motion to compel further production from us. To the contrary, my recollection is that you receded from pressing for further discovery when I pointed out that the scheduling order did not provide for any discovery for plaintiff. We anticipate making documents available for inspection at each MTF during the next phase of discovery.