**MEDICAL/SURGICAL PRIME VENDOR**
**LONE STAR REGION**

11/6/95

| | |
|---|---|
| **ARMY** | |
| Fort Sam Houston | $21,000,000 |
| Fort Hood | $ 4,000,000 |
| Fort Bliss | $18,000,000 |
| Fort Sill | $ 4,000,000 |
| **NAVY** | |
| Corpus Christi | $ 300,000 |
| **AIR FORCE** | |
| Brooks AFB | $ 74,500 |
| Kelly AFB | $ 350,000 |
| Randolph AFB | $ 110,000 |
| Laughlin AFB | $ 420,000 |
| Sheppard AFB | $ 2,500,000 |
| Altus AFB | $ 2,000,000 |
| Tinker AFB | $ 420,000 |
| Reese AFB | $ 60,000 |
| Dyess AFB | $ 1,490,000 |
| Goodfellow AFB | $ 41,000 |
| Holloman AFB | $ 400,000 |
| Cannon AFB | $ 500,000 |
| US Public Health Service | $ 2,000,000 |
| TOTAL | $57,665,500 |

Page X-1

A. Purchases from United Medical under the Prime Vendor Contract
B. Purchases Using Government Impact Cards (i.e. government credit cards)
C. Purchases using local purchase methods
D. Purchases using DBP Agreements
E. Other purchase methods

| Method | Q3 1997 (%) | Q4 1997 (%) | Q1 1998 (%) | Q2 1998 (%) | Q3 1998 (%) | Q4 1998 (%) | Q1 1999 (%) | Q2 1999 (%) | Q3 1999 (%) | Q4 1999 (%) | Q1 2000 (%) | Q2 2000 (%) | Q3 2000 (%) | Q4 2000 (%) | Q1 2001 (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | | |
| Total* | | | | | | | | | | | | | | | |

* should equal 100%

A. Total Purchases of Ethicon Products
B. Total Purchases of Ethicon Products from Sources Other than United Medical
Purchases of Ethicon Products from Sources Other than United Medical by reason for such purchases
List Below (Add rows if needed)
C. ______________________
D. ______________________
E. ______________________
F. ______________________
G. ______________________

| Method | Q3 1997 ($) | Q4 1997 ($) | Q1 1998 ($) | Q2 1998 ($) | Q3 1998 ($) | Q4 1998 ($) | Q1 1999 ($) | Q2 1999 ($) | Q3 1999 ($) | Q4 1999 ($) | Q1 2000 ($) | Q2 2000 ($) | Q3 2000 ($) | Q4 2000 ($) | Q1 2001 ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | | |

Page X-4

Subj: **Update Request**
Date: 04/06/2001 2:17:50 PM Central Daylight Time
From: MEGEDMONDS
To: dgalligan@dscp.dla.mil
CC: Wpbandy, jcuorato@dscp.dla.mil

Donna,

In February, I emailed statement information for the following facilities to DSCP via Steve Hasting.

Cannon AFB submitted 2/5/01
Laughlin AFB submitted 2/7/01
Sheppard AFB submitted 2/21/01

I have not received any payments for items included in the statements nor have I received any questions concerning open calls for those facilities. Please inform me of the status of these open calls so that I can report to Mr. Bandy when we can expect payment. Thank you.

Megan Edmonds
Director of Credit and Collections
United Medical Supply Co.

Fri, 6 Apr 2001 10:18:54 -0700 (PDT)
Received: by localhost with Microsoft MAPI; Fri, 6 Apr 2001 13:12:09 -0400
Message-ID: <01C0BE9B.2F73CB20.jeff.summerour@american-depot.com>
From: Jeff Summerour <jeff.summerour@american-depot.com>
Reply-To: "jeff.summerour@american-depot.com"
<jeff.summerour@american-depot.com>
To: "United Medical - Bill Bandy (E-mail)" <Wpbandy@aol.com>
Cc: "United Medical - Vicki Bennett (E-mail)" <vlburns@aol.com>,
"AMD - Akhil Agrawal (E-mail)" <akhil@american-depot.com>
Subject: Small Business Joint Venture (SBJV)
Date: Fri, 6 Apr 2001 13:12:08 -0400
Organization: American Medical Depot
X-Mailer: Microsoft Internet E-mail/MAPI - 8.0.0.4211
MIME-Version: 1.0
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: 7bit