# In The United States Court of Federal Claims

No. 03-289C

(Filed: June 21, 2005)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 14, 2005, plaintiff filed a second motion to compel discovery and a motion for order *nunc pro tunc* granting leave to serve alternative interrogatories, or alternatively for leave to re-serve additional interrogatories and shorten response time. On or before June 28, 2005, defendant shall file responses to these motions.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge