# In The United States Court of Federal Claims

No. 03-289C

(Filed: June 22, 2005)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case on Thursday, June 30, 2005, at 10:00 a.m. (EDT). The chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge