three pages was accurate and complete?
A. No.
(Document marked Exhibit 14 for identification.)
BY MR. BROYLES:
Q. I'm going to hand you what the court reporter has marked as Exhibit 14. Is that your signature that appears on the first page?
A. Yes.
Q. So on January 31, 1996 you were the contracting officer for the med/surg prime vendor Montana region?
A. Yes.
Q. Do you recall how the estimates were prepared in block 15C and 15G or were they the same as we what talked about before --
A. The same as we went through the point of contacts at the services.
Q. Do you recall the names of any of those points of contacts at the services?
A. No.
(Document marked Exhibit 15 for identification.)
BY MR. BROYLES:



Q. Is that your signature that appears on the first page of Exhibit 15?
A. Yes.
Q. On October 11 of 1996 were you the contracting officer for the New York, New England prime vendor region?
A. Yes.
Q. Were the estimates that are prepared in blocks 15C and 15G prepared in the same way as we've previously discussed?
A. Yes.
(Document marked Exhibit 16 for identification.)
BY MR. BROYLES:
Q. Is that your signature that appears on the first page of Exhibit 16?
A. Yes.
Q. And were you at that time then the contracting officer for the Florida, Georgia prime vendor region?
A. Yes.
(Document marked Exhibit 17 for identification.)
BY MR. BROYLES:



Q. Do you recognize what has been marked as Exhibit 17?
A. Yes.
Q. I'll ask you to turn to page 22 of that. Is that your signature that appears on page 22?
A. Yes.
Q. Now, at the time that you signed this document, what did you do to ensure that it was correct?
A. I don't recall.
Q. You see it says there that the undersigned certifies under penalty of perjury that to the best of her knowledge and belief the factual information in the foregoing responses is true. Why did you not change her to him?
A. I did not see that.
Q. Do you recall who presented you this document?
A. No.
(Document marked Exhibit 18 for identification.)
BY MR. BROYLES:



Q. Keep that document in front of you a minute. I'd ask you go to page four of Exhibit 17. Do you see where it says interrogatory No. 5?
A. Yes.
Q. Did you read the answer -- let me ask you this. Did you physically type the information in Exhibit 17?
A. No.
Q. Do you know who did?
A. No.
Q. Did you have any discussions with anybody about the information in Exhibit 17?
A. I'm sure I did.
Q. If you look at interrogatory No. 5 on page four, you answered the requested information can be extrapolated from the reports of fill rates by MTF and will be made available as set forth in response to request No. 5.
Can you tell me how the fill reports can be used to extrapolate the total dollar amount of products that were ordered from United Medical but which were not supplied by

**United Medical in a given year? And you can use Exhibit 18 to describe for me that process.**
A. Okay. Fill rate was 90 percent, and they got nine items, then ten were ordered.
**Q. Okay. Now, it says -- it talks about dollar amount there. Tell me how you come up -- extrapolate the dollar amount?**
A. If they received $9 and it was 90 percent then $10 were ordered.
**Q. The question is, it says state the total dollar amount of products for each contract year that the particular MTF ordered from United Medical but which was not supplied by United Medical. So, using your example, let's assume then for a given MTF that their fill rate for the year was 90 percent and that they actually ordered let's say $100,000 -- or they actually paid $100,000 for products they received from United Medical, tell me how we can calculate then the total dollar amount of products they attempted to order from United Medical for that year?**
A. If they got 90 percent, 90 percent of some number was your 100,000.



**Q. I happen to have a calculator. So, would it be a fair statement to say we can divide 100,000 by .9 and that equals roughly $111,000, correct?**
A. Yes.
**Q. Is that a fair calculation?**
A. Yes.
**Q. You're welcome to use the calculator. Does that sound right?**
A. It sounds right.
**Q. So, your answer then would be that you take the dollar amount that that MTF paid for products from United Medical and divide that by the fill rate in terms of a decimal?**
A. I have to have a piece of paper to figure this out. You want to know what to do to a dollar amount?
**Q. Let's assume that the particular MTF actually paid $100,000 for products that they got from United Medical in a given year, and we'll ignore the DSCP fee for the time being --**
A. Okay.
**Q. -- and that the fill rate for the year was 90 percent --**



A. Okay.
**Q. -- so in terms of a formula that we can use to calculate the total dollar amount of products that the MTF ordered in a given year, how would that formula get expressed in terms of dollars actually purchased, the fill rate and the order, the dollars ordered?**
A. So fill rate -- I'm sorry. The actual amount received divided by the fill rate.
**Q. Would give you the amount ordered?**
A. The amount ordered.
**Q. Now, and I don't want to be unfair here because the fill rates are actually based on line items, they're not based on dollar amount?**
A. Correct.
**Q. But would it be a fair statement to say we can use the line items because just average in and average out the line items and the dollar amounts will average out about the same?**
A. Say that again.
**Q. If the fill rate is 90 percent, that means, as I understand it, roughly nine out of**



**every ten items that were ordered were shipped and received?**
A. Correct.
**Q. But it could have been nine $1 items and $100 item could be the one that wasn't shipped?**
A. That's correct.
**Q. Or it could be vice versa?**
A. Correct.
**Q. So, would it be a fair statement then, and I gather by your answer to interrogatory No. 5, that it's going to average out where you can actually use line items and equate those to dollar amounts pretty much?**
A. Yes.
**Q. Do you know Troy Molnar?**
A. No.
**Q. Mike David?**
A. It's an Army person, yes.
**Q. I'm reading from interrogatory No. 3. How did you come up with those names or verify that those are the people who actually provided the information?**
A. They were the points of contact at