# In The United States Court of Federal Claims

No. 03-289C

(Filed: July 1, 2005)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference was held in this case on Thursday, June 30, 2005. Participating in the conference were Franklin Broyles, on behalf of plaintiff, and Kyle Chadwick, on behalf of defendant. As discussed at that conference, and agreed upon by the parties, on July 15, 2005, the parties shall file a joint status report, indicating whether they have resolved the various discovery issues discussed at the conference and proposing a schedule to effectuate that resolution. Should the parties continue to disagree as to any matter, they shall indicate so and the court will take appropriate action.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge