**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, *Defendant* | |

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE RE:**
**"PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY"**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

This Reply may be mooted by the Joint Status Report to be filed on or before July 15, 2005. Because the Joint Status Report, however, may not moot the issues, Plaintiff files this reply.

Plaintiff had a sole source "requirements" contract to sell "disposable medical/surgical products and hand held surgical instruments" to certain medical treatment facilities ("MTFs") in a 3-state region known as the Lone Star Region. The effective term of the Contract was June 1, 1997 through April 30, 2001.

The Government disputed Plaintiff's claim that the quantity of any diverted purchases could be reasonably estimated. Thus, Plaintiff sought to discover from the Government: (1) the dollar quantity of "disposable medical/surgical products and hand held surgical instruments" (commonly called "Med/Surg items") purchased by the Government during the contract term; (2) the dollar quantity of Med/Surg items purchased by the Government during the pre-contract term that formed the basis for the Government's Solicitation estimates; and (3) of the quantity of

Med/Surg items purchased during the contract term, the percentage of those purchases that were purchased in breach of the contract.

The Government's response focused on what it perceived as a lack of attempt to resolve the issues without Court intervention. Counsel for the parties are going to make an effort in accordance with the Court's directives of June 30, 2005. Plaintiff believes the bases for its need and right to the discovery are adequately before the Court in connection with its three pending motions, briefs and replies.

**Signed July 6, 2005.**

Respectfully submitted,

/s/ Frank L. Broyles
Frank L. Broyles
State Bar No. 03230500
Goins, Underkofler, Crawford
& Langdon, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff
UNITED MEDICAL SUPPLY COMPANY, INC.

CERTIFICATE OF SERVICE

On July 6, 2005 the foregoing reply was served on the persons shown below by the method shown below in accordance with rule 5.1.

/s/ Frank L. Broyles

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
Method Served: telecopy and ECF