**Exhibit A to Joint Status Report of July 15, 2005**
**Pertaining to Plaintiff's First Set of Discovery Requests:**
**Interrogatories 4, 6, 7, 19 and 20 (all to be answered by: October 15, 2005)**

| | **MTFs at Following Military Base** | **Priority Of top 10** |
|---|---|---|
| 1 | Fort Hood | 1 |
| 2 | Fort Sam Houston | 2 |
| 3 | Fort Bliss | 3 |
| 4 | Fort Sill | 6 |
| 5 | Corpus Christi Naval Base | 4 |
| 6 | Brooks AFB | |
| 7 | Kelly AFB | |
| 8 | Randolph AFB | |
| 9 | Laughlin AFB | |
| 10 | Sheppard AFB | 5 |
| 11 | Altus AFB | |
| 12 | Tinker AFB | 7 |
| 13 | Reese AFB | |
| 14 | Dyess AFB | 9 |
| 15 | Goodfellow AFB | |
| 16 | Holloman AFB | |
| 17 | Cannon AFB | 8 |
| 18 | AFMLO/OL-2 | 10 |
| 19 | Public Health Service – Ada Oklahoma | |