For each of the 19 medical treatment facilities identify the custodian(s) of the following records during the time period January 1, 1995 through present ("the Period"):
"Identify" means, for each person, to state the person's name, title and business address and the dates each such person was custodian of the applicable records. If the business address is unknown, then the address to be stated is the last known address believed by the Government to be most reliable.

The format requested is:

Name of Record Custodian:____________; Title of Record Custodian:_______________
Business Address of Record Custodian:__________________________________________
Custodian of Records in Categories ##________________
For the Period: _______________ through ______________

1. Budgets for the applicable MTF showing projected Med/Surg item expenditures during the Period.
2. Financial reports for the applicable MTF showing actual expenditures for Med/Surg items.
3. Patient census for those MTFs with beds.
4. Bed count for the those MTFs with beds.
5. Catalogue listings of Med/Surg items available for purchase by the MTF, including but not limited to CDs provided by DSCP.
6. Records evidencing purchases by each MTF of Med/Surg items during the Period from a given vendor, whether manufacturer or distributor, including but not limited to United Medical Supply, Owens & Minor, Allegiance Health Care (a/k/a Cardinal Healthcare) and General Medical (a/k/a McKesson).
7. Procedures for minimizing diversion of orders from the MTFs prime vendor.
8. Usage data collected by the MTF for Med/Surg items during the Period.
9. Procedures for complying with the Safe Medical Devices Act of 1990 and the Medical Device Amendments Act of 1992.
10. Files particularly pertaining to United Medical Supply, Owens & Minor, Allegiance Health Care (a/k/a Cardinal Healthcare) and General Medical (a/k/a McKesson).
11. Correspondence between the MTF and DSCP regarding the Gen I or Gen II prime vendor program.
12. Accounts payable to vendors of Med/Surg items.
13. Inventory reports pertaining to Med/Surg items.

14. Usage data provided to United Medical or DSCP in connection with the Gen I or Gen II Prime Vendor programs.
15. Personnel charts for the MTF during the Period identifying medical supply officers or personnel, and their supervisors, including the top administrator at the MTF.
16. Personnel files for each medical supply officer or personnel located at the MTF during the period June 1, 1997 through April 30, 2001.
17. Records evidencing credit cards available to be used to purchase Med/Surg items, including persons to whom such cards were issued, dollar authority of such persons, and purchases made with the credit cards.
18. Contracts with suppliers of Med/Surg items.