# In The United States Court of Federal Claims

No. 03-289C

(Filed: August 2, 2005)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On July 14, 2005, parties submitted a joint status report, proposing a resolution to various discovery issues and a schedule. Accordingly:

1. On or before September 15, 2005, the parties shall file a joint status report, detailing the document production with respect to other medical treatment facilities;

2. On or before December 15, 2005, fact discovery will close;

2. On or before, January 18, 2006, plaintiff shall provide defendant RCFC 26(b)(2) disclosures;

3. On or before February 28, 2006, defendant shall depose plaintiff's experts and provide RCFC 26(b) disclosures;

4. On or before April 11, 2006, plaintiff shall depose defendant's experts;

5. On or before May 1, 2006, expert discovery shall close; and

6. On or before June 1, 2006, the parties shall file a supplemental joint status report, indicating how this case should proceed and a proposed schedule.

While discovery is pending, plaintiff's two motions to compel and motion for order nunc pro tunc are stayed until further order.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge