IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, *Defendant* | CASE NO: 03-CV-289<br><br>Judge Allegra |

**JOINT STATUS REPORT**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

On August 2, 2005 the Court ordered the parties to file a joint status report detailing the document production with respect to the other medical treatment facilities.

Fort Hood produced approximately 37 CDs of credit card purchase information. No other MTF has produced any credit card information.

The Government believes it has produced some financial records from Fort Sill and Fort Sam Houston. Plaintiff has not been able to locate any financial information produced by these two MTFs and the Government has not provided Plaintiff with information that would assist Plaintiff in finding that information in the documents produced. Otherwise, no MTF has produced any budgets, balance sheets, financials or other documents to date requested by Plaintiff.

The Government has not provided any information pursuant to the agreements of the parties as set forth in numbered paragraphs 1 and 2 of the Joint Status Report filed July 15, 2005.

**Signed September 15, 2005.**

Respectfully submitted,

s/ Frank L. Broyles
Frank L. Broyles
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

**COUNSEL FOR THE DEFENDANT WILL BE FILING A SEPARATE SIGNATURE PAGE**

CERTIFICATE OF SERVICE

On September 13, 2005 the foregoing joint status report was served on the persons shown below by the method shown below in accordance with rule 5.1.

s/ Frank L. Broyles

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
Method Served: telecopy

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

September 15, 2005

CERTIFICATE OF FILING

I certify that on September 15, 2005, the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick