# In The United States Court of Federal Claims

No. 03-289C

(Filed: September 20, 2005)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 15, 2005, the parties submitted a joint status report indicating that many of the objectives proposed in their July 14, 2005, status report remain incomplete. Accordingly, on or before October 17, 2005, the parties shall file an additional joint status report. The court expects that this status report will detail significant progress towards completing document production with respect to the other medical treatment facilities, as directed in the court's order of August 2, 2005.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge