**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES, *Defendant* | CASE NO: 03-CV-289<br><br>Judge Allegra |

**JOINT STATUS REPORT**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

On September 15, 2005 the parties filed a joint status report as ordered by the Court. On September 20, 2005 the Court ordered the parties to file a subsequent joint status report detailing the document production with respect to the other medical treatment facilities. The Government has not produced any documents since the parties filed their September 15, 2005 joint status report or since entry of the Court's order of September 20, 2005.

The Government states that it has located very few responsive documents in its search of the MTFs, but the Government has not provided Plaintiff with any description of the efforts it has made to locate such documents.

Plaintiff anticipates filing a motion to extend its deadlines for completion of discovery and at least one additional motion to compel discovery.

**Signed October 17, 2005.**

Respectfully submitted,

s/ Frank L. Broyles

Frank L. Broyles
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

**COUNSEL FOR THE DEFENDANT WILL BE FILING A SEPARATE SIGNATURE PAGE**

CERTIFICATE OF SERVICE

On October 17, 2005 the foregoing joint status report was served on the persons shown below by the method shown below in accordance with rule 5.1.

s/ Frank L. Broyles

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
Method Served: telecopy and email