# In The United States Court of Federal Claims

No. 03-289C

(Filed: October 17, 2005)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 17, 2005, the parties submitted a joint status report indicating that defendant has not yet produced any documents or a description of the efforts made to locate such documents in response to the court's order of September 20, 2005. The latter order expressed the court's expectation that the joint status report would "detail significant progress towards completing document production with respect to the other medical treatment facilities." Accordingly, on or before October 24, 2005, defendant shall file a detailed response to the assertions made by plaintiff in the joint status report filed October 17, 2005.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge