## Chadwick, Kyle (CIV)

**From:** Gary.Egmon@US.ARMY.MIL
**Sent:** Friday, October 21, 2005 5:00 PM
**To:** Chadwick, Kyle (CIV)
**Cc:** Anthony.Whaley@US.ARMY.MIL; Thomas.S.Hines@US.ARMY.MIL; Earle.Smith@US.ARMY.MIL; Michaelg.Johnson@US.ARMY.MIL
**Subject:** RE: United Medical Supply litigation

**Importance:** High

**Attachments:** United Medical.xls

United Medical.xls
(23 KB)

Mr. Chadwick:

In response to your request for data from COL Johnson, MEDCOM has completed a data call to our activities that may have had United Medical as their prime vendor during the time in question. No records reside on their automated management systems. Over the last several years, MEDCOM activities have transitioned to a different automated system. Those activities that did have hard copies or disk files have already been contacted by the DOJ and provided any documents that were available. Attached is a spreadsheet that details the results of this data call.

Gary
Gary W. Egmon
MEDCOM, ACSLOG
Materiel Financial Management
DSN: 471-8868
COMM: (210) 221-8868
Visit: www.medlogspt.army.mil

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Monday, September 12, 2005 12:29 PM
To: Johnson, Mike G COL MEDCOM HQ
Cc: Whaley, Anthony K LTC MEDCOM HQ; Hines, Thomas S MAJ MEDCOM HQ; Egmon, Gary W Mr MEDCOM HQ; Smith, Earle LTC HCAA
Subject: United Medical Supply litigation

Thank you again for your interest in assisting me. Has there been any progress in identifying data sources?

## UNITED MEDICAL

| Activity | Location | Response |
|---|---|---|
| **Brooke Army Medical Center (BAMC)** | Fort Sam Houston, TX | The DOJ made copies of all prime vendor receipts that BAMC had on hand for FY 00. Explanations of the reports were provided during their visit. BAMC personnel indicated that they had credit card documentation in storage that may include dates prior to the conversion from United Medical. All documents were stored at Bldg 4129 and available to the DOJ upon request. TAMMIS transaction information is available on CD beginning from October 2000 until DMLSS conversion 25 October 2001, but nothing prior. The TAMMIS transaction history does not provide cancellation information from prime vendor in order to support potential credit card purchases that may have been made during the period in question. |
| **William Beaumont Army Medical Center (WBAMC)** | Fort Bliss, TX | WBAMC has gone through their records looking for United Medical documents. A DOJ attorney came by the WBAMC and jointly looked for documents. Nothing was found. |
| | | |
| **Bayne-Jones Army Community Hospital (BJACH)** | Fort Polk, LA | BJACH has no documents or transaction records available for the time period. |
| **Darnall Army Community Hospital (DACH)** | Fort Hood, TX | Peter Brown forth U.S. Department of Justice hall all their pertinent records. He has all credit card documents that were on a Cannon File Disk. He has had the files copied and will return the disk to DACH. Research has been completed on this end. |
| **Evans Army Community Hospital (EACH)** | Fort Carson, CO | EACH has no documents or transaction records available for the time period. |
| **General Leonard Wood Army Community Hospital (GLWACH** | Fort Leonard Wood, MO | GLWACH has no documents or transaction recordsavailable for the time period. |
| **Irwin Army Community Hospital (IACH)** | Fort Riley, KS | IACH has no documents or transaction records available for the time period. |
| **Reynolds Army Community Hospital (RACH)** | Fort Sill, OK | The Department of Justice has copies of all RACH's credit card records. The DOJ has returned the originals to RACH. Research has been completed at RACH. |
| | | |
| **Munson Army Health Clinic (MAHC)** | Fort Leavenworth, KS | MAHC has no documents or transaction records available for the time period. |
| **Raymond W. Bliss Army Health Center (RWBAHC)** | Fort Huachuca, AZ | RWBAHC has no documents or transaction records available for the time period. |