D. Thompson email 10-17-05 -- lost dox No.2

From: Debra.Thompson@CEN.AMEDD.ARMY.MIL
Sent: Monday, October 17, 2005 6:34 PM
To: Chadwick, Kyle (CIV)
Subject: RE: Sorry this comes so late!

The boxes contained all the records of credit card purchases that were made during the United Medical contract period. Not sure it would have helped, but we were planning to provide.

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Monday, October 17, 2005 3:02 PM
To: Thompson, Debra A BAMC-Ft Sam Houston
Subject: RE: Sorry this comes so late!

[redacted]

D. Thompson email 10-17-05 -- lost dox No.1

From: Debra.Thompson@CEN.AMEDD.ARMY.MIL
Sent: Monday, October 17, 2005 2:51 PM
To: Chadwick, Kyle (CIV)
Cc: Jennifer.cradier@amedd.army.mil
Subject: Sorry this comes so late!

Kyle I must apologize when we sent the NCOIC to pick up the boxes in order to prepare for shipment and they were unable to locate and no one knows what happened to them. It is suspected that someone destroyed the material about two years ago. Once again, I apologize.

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Wednesday, October 12, 2005 11:49 AM
To: Thompson, Debra A BAMC-Ft Sam Houston
Subject: Sorry this comes so late!

[redacted]