# In The United States Court of Federal Claims

No. 03-289C

(Filed: November 8, 2005)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 30, 2005, plaintiff filed an unopposed motion to modify the court's August 2, 2005, discovery scheduling order. This motion was prompted by defendant's October 24, 2005, status report, which detailed the status of the document production process. Included, *inter alia*, in defendant's status report were statements that "several boxes" potentially containing credit card records for one or more medical treatment facilities "are presumed to have been destroyed," and that the current electronic data storage system used by the Army Medical Command contained "no budgeting or spending data from the period of contract performance."

In light of these issues, a status conference will be held in this case at 10:00 a.m. (C.S.T.) on December 5, 2005, at the United States District Courthouse, 1100 Commerce St., Dallas, TX 75242. The parties should be prepared to discuss all issues related to the current document production, including plaintiff's motion to modify the court's discovery scheduling order. The courtroom location will be posted in the lobby of the courthouse on the day of the conference.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge