# In The United States Court of Federal Claims

No. 03-289C

(Filed: November 18, 2005)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A status conference to discuss the current status of document production and plaintiff's unopposed motion to modify the court's August 2, 2005, discovery scheduling order is scheduled for December 5, 2005. At this status conference, the parties should be prepared to address, *inter alia*, the following issues:

1. The potential for a document preservation order. *See Pueblo of Laguna v. United States*, 60 Fed. Cl. 133 (2004).

2. The detailed steps that defendant has taken in order to avoid further relevant document destruction.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge