# In The United States Court of Federal Claims

No. 03-289C

(Filed: December 8, 2005)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A status conference was held in this case on December 5, 2005, to discuss issues related to document production and plaintiff's unopposed motion to modify the court's August 2, 2005, discovery scheduling order. Participating in the conference were Franklin L. Broyles, on behalf of plaintiff, and Kyle E. Chadwick, on behalf of defendant. Accordingly, per the discussion held at that conference:

(i) On or before January 13, 2006, the parties shall file a joint status report indicating the progress of settlement discussions in this case.

(ii) If no progress towards settlement appears likely, the report shall propose how this case should proceed, including a discovery plan for development of the facts concerning plaintiff's potential spoliation claim.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge