**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., *Plaintiff* | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, *Defendant* | |

**JOINT STATUS REPORT**

**(JANUARY 13, 2006)**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

Pursuant to the Court's Order of December 8, 2005, the parties file this Joint Status Report as follows:

1. Counsel for Plaintiff and Defendant promptly began settlement discussions following the December 5, 2005 status conference in Dallas, Texas.

2. Plaintiff submitted a formal settlement offer to the Government on December 27, 2005.

3. The Government currently believes it needs until January 27, 2006 to respond to the settlement offer and/or engage in other settlement negotiations.

4. Plaintiff's counsel also believes that the parties will be able to better inform the Court of settlement possibilities if they are permitted to file a supplemental joint status report on January 27, 2006 further updating the Court on settlement progress and a suggested course of action.

Accordingly, the parties request that the Court permit the parties to further update the Court on settlement progress and suggest further proceedings on January 27, 2006.

**Signed January 13, 2006.**

Respectfully submitted,

s/Frank L. Broyles
FRANK L. BROYLES
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454

Attorney for Plaintiff

PETER D. KEISLER

Assistant Attorney General

DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

CERTIFICATE OF SERVICE

A copy as filed will be served on Kyle Chadwick via email on January 13, 2006 in addition to the Clerk's electronic service.

s/ Frank L. Broyles