# In The United States Court of Federal Claims

No. 03-289C

(Filed: January 17, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 13, 2006, the parties filed a joint status report indicating that settlement discussions were continuing. Accordingly, on or before January 27, 2006, the parties shall file a joint status report updating the Court on the progress of these settlement discussions and proposing how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge