**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., *Plaintiff* | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, *Defendant* | |

**Plaintiff's Motion to Abate Deadline for Serving Rule 26(b)(2) Disclosures**

**(Unopposed)**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

The parties deadline for filing Rule 26(b)(2) disclosures is today, January 18, 2006. The parties are exploring settlement possibilities and request that the Court abate the deadline to be reset following the filing of the Joint Status Report on January 27, 2006.

**Certificate of Conference**

This issue was raised by email with counsel for Defendant and he advised that the Government is not opposed to the motion.

**Signed January 18, 2006.**

Respectfully submitted,

s/ Frank L. Broyles

Frank L. Broyles
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy as filed will be served on Kyle Chadwick via email on January 18, 2006 in addition to the Clerk's electronic service.

s/ Frank L. Broyles