# In The United States Court of Federal Claims

No. 03-289C

(Filed: January 24, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 18, 2006, plaintiff filed an unopposed motion to abate the deadline for serving Rule 26(b)(2) disclosures, as the parties are currently exploring settlement possibilities and intend to file a joint status report on January 27, 2006. The motion is hereby **GRANTED**. Accordingly, **all** discovery in this matter, as detailed in the court's August 2, 2005, scheduling order, is hereby stayed. A new scheduling order will be issued, if necessary, after receipt of the January 27, 2006, joint status report.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge