# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, *DEFENDANT* | CASE NO: 03-CV-289<br><br>Judge Allegra |
| | |

## JOINT STATUS REPORT

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

Pursuant to the Court's Order, the parties file this Joint Status Report as follows:

The parties have agreed to explore mediation as a potential settlement vehicle. Accordingly, they request an extension until February 7, 2006 to advise the Court of progress along those lines.

**Signed January 27, 2006.**

Respectfully submitted,

s/Frank L. Broyles
FRANK L. BROYLES
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

CERTIFICATE OF FILING

I certify that on January 27, 2006, the foregoing document was filed electronically. Service is complete upon filing and parties may access this filing through the Court's system.

s/Kyle Chadwick