**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, *Defendant* | |

**PLAINTIFF'S STATUS REPORT OF FEBRUARY 7, 2006**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

Pursuant to Court order, the Parties filed a joint status report on January 27, 2006 indicating to the Court that the parties remained in settlement negotiations and requested until February 7, 2006 to file a supplemental joint status report.

Plaintiff's counsel, with the concurrence of Defendant's counsel have agreed that the current status is as follows:

The parties have agreed to conduct mediation as soon as reasonably possible with ASBCA Judge Martin Harty and expect to complete mediation by March 15, 2006. Accordingly, the parties request leave to file a joint status report by March 17, 2006.

**Signed February 7, 2006.**

Respectfully submitted,

s/ Frank L. Broyles

Frank L. Broyles
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

On February 7, 2006 the foregoing status report was served on the persons shown below by the method shown below in accordance with rule 5.1.

s/ Frank L. Broyles

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
Method Served: telecopy and email