# In The United States Court of Federal Claims

No. 03-289C

(Filed: February 8, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 7, 2006, the parties filed a joint status report indicating that they have agreed to conduct mediation with ASBCA Judge Martin Harty, and that they expect to complete this process by March 15, 2006. Accordingly, on or before March 22, 2006, the parties shall file a joint status report proposing how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge