**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, *Defendant* | |

**PLAINTIFF'S STATUS REPORT OF MARCH 17, 2006**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

Pursuant to Court order, the Parties filed a joint status report on February 7, 2006 indicating to the Court that the parties remained in settlement negotiations and requested until March 17, 2006 to file a supplemental joint status report.

Plaintiff's counsel, with the concurrence of Defendant's counsel, reports that the current status is as follows:

The parties participated in a one day mediation on March 8, 2006 with ASBCA Judge Martin Harty. The case did not settle during that mediation, however, the parties have agreed to continue working with Judge Harty to determine if settlement can be achieved at this time without additional discovery. Accordingly, the parties request leave to file a joint status report by April 7, 2006.

**Signed March 17, 2006.**

Respectfully submitted,

s/ Frank L. Broyles

Frank L. Broyles
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

On March 17, 2006 the foregoing status report was served on the persons shown below by the method shown below in accordance with rule 5.1.

s/ Frank L. Broyles

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
Method Served: telecopy and email