# In The United States Court of Federal Claims

No. 03-289C

(Filed: March 20, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On March 17, 2006, plaintiff filed a status report, with which defendant concurred, indicating that the parties have agreed to continue mediation with Judge Harty, and requesting leave to file a joint status report by April 7, 2006. Accordingly, on or before April 7, 2006, the parties shall file a joint status report proposing how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge