# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., *Plaintiff* | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, *Defendant* | |

## PLAINTIFF'S UNOPPOSED MOTION FOR FIVE-DAY EXTENSION OF TIME TO FILE JOINT STATUS REPORT DUE APRIL 7, 2006

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

The Court previously ordered the Parties to file a Joint Status Report on April 7, 2006. Plaintiff is preparing the first draft of the report to be submitted to Government counsel today, but the parties believe that a few days will be needed to finalize that language. Plaintiff's counsel, by his signature below, certifies that Mr. Chadwick does not oppose the extension.

Accordingly, Plaintiff requests that the Parties be granted a five-day extension of the deadline to file the Joint Status Report due April 7, 2006, thus making the status report due April 12, 2006.

**Signed April 6, 2006.**

Respectfully submitted,

s/ Frank L. Broyles

Frank L. Broyles
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

On April 6, 2006 the foregoing status report was served on the persons shown below by the method shown below in accordance with Rule 5.1.

s/ Frank L. Broyles

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
Method Served: email