# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., *Plaintiff* | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, *Defendant* | |

## **Plaintiff's Motion to Extend Deadlines Established by Court's Order of April 26, 2006**

**(Unopposed)**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

By order filed April 26, 2006 the Court directed the Government to obtain and file affidavits and to respond to specified interrogatories served by Plaintiff. The Court established June 21, 2006 as the deadline for the Government to complete these activities.

In that same order the Court also directed Plaintiff to obtain the deposition of Mr. William Bandy and to supplement one of the interrogatories served by the Government. It established a deadline of July 21, 2006.

Subsequent to the filing of the order the Government produced a substantial volume of information which may enable the parties to reevaluate their settlement positions. The parties agree that a little more time may be useful for that effort.

Accordingly, Plaintiff requests an extension of the deadlines as follows:

The June 21, 2006 deadlines be extended to July 5, 2006; and

The July 21, 2006 deadlines be extended to August 5, 2006.

**Certificate of Conference**

This issue was raised by email with counsel for Defendant and he advised that the Government is not opposed to the motion.

**Signed June 9, 2006.**

Respectfully submitted,

s/ Frank L. Broyles
Frank L. Broyles
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy as filed will be served on Kyle Chadwick via email on June 9, 2006 in addition to the Clerk's electronic service.

s/ Frank L. Broyles