# In The United States Court of Federal Claims

No. 03-289C

(Filed: June 13, 2006)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On June 9, 2006, plaintiff filed an unopposed motion to extend the deadlines in the court's April 26, 2006, order by approximately two weeks. The motion is hereby **GRANTED**. Accordingly:

(i) On or before **July 5, 2006**, defendant shall produce any remaining data concerning sales transactions pertinent to this case, and respond to plaintiff's interrogatories 4, 5, 6, 7, 19, 20, and plaintiff's supplemental interrogatory;

(ii) On or before **July 5, 2006**, defendant shall also file affidavits for each medical treatment facility or other federal facility eligible to place orders under the contract, responding at a minimum to the following questions:

1) When the facility or its employees became aware of a potential or actual claim by plaintiff and how that notification occurred;

2) What steps the facility or its employees took in response to becoming aware in terms of the preservation of potentially relevant evidence;

3) When the facility or its employees were formally notified by the Department of Defense, an agency thereof, or the Department of Justice as to the pendency of the instant suit and how that notification occurred;

4) What steps the facility or its employees took in response to this notification in terms of the preservation of potentially relevant evidence;

5) The dates and details of subsequent communications from the Department of Defense, an agency thereof, or the Department of Justice concerning the identification, preservation or production of records constituting potentially relevant evidence in this case;

6) The nature and extent of any records that the facility originally had that are potentially relevant to this case;

7) The nature and extent of any records that the facility currently has that are potentially relevant to this case;

8) A detailed description of any records that are potentially relevant to this case that are known to have been destroyed, and a detailed description of how that destruction occurred;

9) A detailed description of the facility's standard record retention/destruction policy, including how the policy applies when the facility becomes aware of a potential claim or filed lawsuit;

(iii) On or before **August 4, 2006**, plaintiff shall depose Mr. William Bandy, applying the rules of evidence as though the witness was testifying at trial, with defendant making any objections it feels are appropriate;

(iv) On or before **August 4, 2006**, plaintiff shall respond to defendant's interrogatory 9; and

(v) On or before **August 18, 2006**, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge