ATTACHMENTS

1. Award/contract, June 1, 1997 (excerpt) – shows original ordering facilities

2. Affidavits –

Anthony Amendolia – Defense Supply Center Philadelphia (with attachments)

Deborah Thompson – Brooke Army Medical Center, Fort Sam Houston

Judy K. Tyler – Darnall Army Community Hospital, Fort Hood (signature pending)

Oscar Molinar – William Beaumont Army Medical Center, Fort Bliss

Lynn Nelson – same

Bruce Christie – Reynolds Army Community Hospital, Fort Sill

Maria M. Trevino – Naval Hospital, Corpus Christi

Julia P. Hatch – Naval Air Station Dallas (decommissioned)

Cliff M. Songer – Raymond Bliss Army Hospital, Fort Huachuca

Marc Tawil – Clinic, Brooks Air Force Base

John G. Terra – Clinic, Kelly Air Force Base (closed)

Kenneth Chapman – Clinic, Randolph Air Force Base

William Marchand – Clinic, Laughlin Air Force Base

M. Sgt. Terry D. Steele – Air Force Hospital, Sheppard Air Force Base

Jesse E. Schrunk – Air Force Hospital, Altus Air Force Base

Jennifer Crosby — Air Force Hospital, Tinker Air Force Base (with attachments)

Sharlotte Terry — Air Force Hospital, Reese Air Force Base (closed)

Cpt. Dwayne Baca — Clinic, Dyess Air Force Base

Angela M. Yuhas – Medical Group, Goodfellow Air Force Base

Winston L. Massey – Air Force Hospital, Holloman Air Force Base

Mark A. Sabroski – Air Force Hospital, Cannon Air Force Base

Mark A. Green – Medical Group, Vance Air Force Base

Antonio D. Love – AMFLO OL-2 (now Air Force Medical War Reserve Materiel)