# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING: DO-C9 — PAGE 01 OF 10 PAGES

2. CONTRACT (Proc. Inst. Ident.) NO.: SP0200-97-D-7133

3. EFFECTIVE DATE: 1 JUNE 1997

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: N/A

5. ISSUED BY — CODE SP0200

DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
DPSC-MSAA (N. MARTIN/215-737-8422)

6. ADMINISTERED BY (If other than Item 5) — CODE SP0200

SAME AS BLOCK 6

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 — FACILITY CODE

8. DELIVERY: [ ] FOB ORIGIN [X] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT: N/A

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR — CODE

AS CITED IN INDIVIDUAL DELIVERY ORDERS

12. PAYMENT WILL BE MADE BY — CODE SC0200

DFAS-COLUMBUS CENTER ATTN: DFAS-CO-SEM
P.O. BOX 182317
COLUMBUS, OH 43218-6248

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA: 97X4930 5CM0 S33150

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | MEDICAL/SURGICAL PRIME VENDOR FOR THE LONE STAR REGION. THE CONTRACT NUMBER IN BLOCK 2 WILL BE USED FOR THE JITO/EDO PORTION OF THE CONTRACT. NO STOCKLESS SALES WILL BE CAPTURED UNDER THIS CONTRACT NUMBER. | THE ESTIMATED DOLLAR VALUES CITED BELOW INCLUDE ALL POTENTIAL JITO/EDO AND STOCKLESS SALES PLUS THE APPLICABLE DISTRIBUTION FEES. ESTIMATED DOLLAR VALUE FOR THE BASE YEAR: | | | $30,177,346.00 |

15G ESTIMATED TOTAL AMOUNT OF CONTRACT: $ 272,268,214.00

## 16. TABLE OF CONTENTS


| (√) | SEC | DESCRIPTION | PAGE(S) | (√) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |


CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [ ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number DLA120-93-R-0587* including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

*SEE PAGE 2

19A. NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER: L. FLATLEY

19B. NAME OF CONTRACTOR — BY ______ (Signature of person authorized to sign)

19C. DATE SIGNED

20B. UNITED STATES OF AMERICA — BY L. Flatley (Signature of Contracting Officer)

20C. DATE SIGNED: 1/30/97

CONTRACT NUMBER: SP0200-97-D-7133
NAME OF CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION



| ITEM NO | SUPPLIES/SERVICES | DISTRIBUTION FEE JITO/EDO |
|---|---|---|
| 0001 | BASE YEAR | 6.4% |
| 0002 | OPTION YEAR 1 | 6.4% |
| 0003 | OPTION YEAR 2 | 6.4% |
| 0004 | OPTION YEAR 3 | 6.4% |
| 0005 | OPTION YEAR 4 | 6.4% |

CONTRACT PERIOD:

The contract term is for a one (1) year period commencing on the date cited in block 3 on page 1 of this document.

This contract contains option provisions in accordance with Clause 52.217-9P10. This document does not exercise these options. You will be notified in writing, at the time the Government chooses to exercise any option.

THE CONTRACT NUMBER SP0200-97-D-7134 WILL BE ISSUED FOR THE STOCKLESS PORTION OF THE CONTRACT.

Inspection and Acceptance shall be in accordance with the terms and conditions contained in the Statement of Work (SOW).

Delivery terms shall be in accordance with the terms and conditions contained in the Statement of Work (SOW).

In accordance with Clause 52.216-18 (M), 'Electronic Ordering Under "Prime Vendor,"' Delivery Orders for any supplies to be furnished under this contract may be issued from the effective date of the contract through one (1) year thereafter.

Pursuant to Clause 52.216-21, "Requirements", the contractor shall not be required to make any deliveries under this contract after 10 days after the expiration of the contract.

* This award includes the following documents:

Amendments 0008 through 0019
Contractor Letters dated 12 Dec 96, 3 Jan 97, 16 Jan 97 & 21 Jan 97
BAFO Letter dated 24 Jan 97

CONTRACT NUMBER: SP0200-97-D-7133
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURICAL PRIME VENDOR - LONE STAR REGION



ATTACHMENT #III

ORDERING FACILITIES
ORDERING AND RECEIVING POINTS
MEDICAL/SURGICAL PRIME VENDOR PROGRAM
LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION

| ORDERING POINTS(S) | RECEIVING POINT(S) |
| --- | --- |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER DEA REG NO. AB6296063** 3A | |
| Brooke Army Medical Center<br>Material Branch, Logistics Div.<br>Building 2640<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Material Branch, Logistics Div.<br>Building 2640<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Main Hospital 3rd Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Main Hospital 3rd Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Burn Center Ward 14A<br>Main Hospital 4th Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Burn Center Ward 14A<br>Main Hospital 4th Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>OB/GYN Clinic<br>Building 1000<br>Room 187<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>OB/GYN Clinic<br>Building 1000<br>Room 187<br>Fort Sam Houston, TX 78234 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

CONTRACT NUMBER: SP0200-97-D-7133 PAGE 04 OF 10
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Central Materiel Section<br>Building 2376<br>Beach Pavilion Basement<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Central Materiel Section<br>Building 2376<br>Beach Pavilion Basement<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Building 2376<br>Beach Pavilion 2nd Floor<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Building 2376<br>Beach Pavilion 2nd Floor<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON BROOKE ARMY MEDICAL CENTER** | |
| W80KVY<br>147TH Medlog Battalion<br>Medical Supply Support Activity<br>Building 4217<br>Fort Sam Houston, TX 78234 | W80KVY<br>147TH Medlog Battalion<br>Medical Supply Support Activity<br>Building 4217<br>Fort Sam Houston, TX 78234 |
| FORT HOOD DARNALL ARMY COMMUNITY HOSPITAL DEA REG NO. BD2247636 | |
| Darnall Army Community Hospital (4 Each)<br>Medical Supply Officer<br>Warehouse 92066<br>West Fort Hood, TX 76544-5063 | Darnall Army Community Hospital<br>Medical Supply Officer<br>Warehouse 92066<br>West Fort Hood, TX 76544-5063 |

Waco Kileen

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
| --- | --- |
| **FORT BLISS<br>WILLIAM BEAUMONT ARMY MEDICAL CENTER<br>DEA REG NO. AW5847681** | |
| Material Branch (2 Each)<br>William Beaumont Army Medical Center<br>Building 11156<br>Biggs Army Airfield<br>El Paso, TX 79918 | Material Branch (2 Each)<br>William Beaumont Army Medical Center<br>Building 11156<br>Biggs Army Airfield<br>El Paso, TX 79918 |
| **FORT BLISS<br>WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| WBAMC<br>Materiel Distribution Section<br>Building 7777<br>Room 1-67<br>El Paso, TX 79920 | WBAMC<br>Materiel Distribution Section<br>Building 7777<br>Room 1-67<br>El Paso, TX 79920 |
| **FORT BLISS<br>WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| WBAMC<br>Operating Room<br>Building 7777<br>Room 4-389<br>El Paso, TX 79920 | WBAMC<br>Operating Room<br>Building 7777<br>Room 4-389<br>El Paso, TX 79920 |
| **FORT BLISS<br>WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| Consolidated Troop Medical Clinic<br>Building 2496<br>Room T117<br>Ricker Road<br>Fort Bliss, TX 79916 | Consolidated Troop Medical Clinic<br>Building 2496<br>Room T117<br>Ricker Road<br>Fort Bliss, TX 79916 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **FORT BLISS**<br>**WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| USA Health Clinic<br>Building 525<br>White Sands Missile Range,<br>New Mexico 88002-5509 | USA Health Clinic<br>Building 525<br>White Sands Missile Range,<br>New Mexico 88002-5509 |
| **FORT SILL**<br>**REYNOLDS ARMY COMMUNITY HOSPITAL**<br>**DEA REG NO. AU5233882** | |
| Medical Supply Warehouse<br>Building 4300<br>Thomas Street<br>Fort Sill, OK 73503-6300 | Medical Supply Warehouse<br>Building 4300<br>Thomas Street<br>Fort Sill, OK 73503-6300 |
| **FORT SILL**<br>**REYNOLDS ARMY COMMUNITY HOSPITAL**<br>**DEA REG NO. AU5233882** | |
| Central Materiel Supply<br>Building 4300<br>Room GE118<br>Thomas Street<br>Fort Sill, OK 73503-6300 | Central Materiel Supply<br>Building 4300<br>Room GE118<br>Thomas Street<br>Fort Sill, OK 73503-6300 |
| **NAVAL HOSPITAL**<br>**CORPUS CHRISTI**<br>**DEA REG NO. BN0235590** | |
| N00285<br>Commanding Officer<br>Materials Management Dept (029)<br>10651 E Street<br>Building H-100<br>Corpus Christi, TX 78419-5131 | N00285<br>Commanding Officer<br>Materials Management Dept (029)<br>10651 E Street<br>Building H-100<br>Corpus Christi, TX 78419-5131 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

CONTRACT NUMBER: SP0200-97-D-7133 PAGE 07 OF 10
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **NAVAL HOSPITAL CORPUS CHRISTI** | |
| N00285<br>Commanding Officer<br>Materials Management Dept (029)<br>10651 E. Street<br>Building H-100<br>Corpus Christi, TX 78419-5131 | N32645<br>Officer in Charge<br>Branch Medical Clinic<br>8100 Jefferson Avenue<br>Building 9<br>Naval Air Station<br>Dallas, TX 75211 |
| **NAVAL AIR STATION DALLAS, TX** | |
| Branch Medical Clinic<br>8100 Jefferson Avenue<br>Naval Air Station<br>Dallas, TX 75211 | Branch Medical Clinic<br>8100 Jefferson Avenue<br>Naval Air Station<br>Dallas, TX 75211 |
| **FORT HUACHUCA, AZ DEA REG NO. AR5071814** | |
| Raymond Bliss Army Hospital<br>Materials Mgt, Bldg 45022<br>Fort Huachuca, AZ 85613 | Raymond Bliss Army Hospital<br>Materials Mgt, Bldg 45022<br>Fort Huachuca, AZ 85613 |
| **U.S. AIR FORCE CLINIC BROOKS AFB DEA REG NO. RB0117083** | |
| 70TH Logistics Squadron/LGB<br>8006 Chennault Road<br>Suite 1<br>Brooks AFB, TX 78235 | 70TH Logistics Squadron/LGB<br>8006 Chennault Road<br>Suite 1<br>Brooks AFB, TX 78235 |

5/A

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

CONTRACT NUMBER: SP0200-97-D-7133
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION



**ATTACHMENT #III**
**ORDERING FACILTIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **U.S. AIR FORCE CLINIC KELLY AFB DEA REG NO. BU3128596** | |
| 76 Medical Group/SGSL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB, TX 78241-5846 | 76 Medical Group/SGSL<br>204 Wagner Drive Bldg 1730<br>Back Warehouse Door<br>Kelly AFB, TX 78241-5846 |
| **U.S. AIR FORCE CLINIC RANDOLPH AFB DEA REG NO. AR6241501** | |
| Medical Supply Officer<br>221 3rd St West<br>Building 1040<br>Randolph AFB, TX 78150 | Medical Supply Officer<br>221 3rd St West<br>Building 1040<br>Randolph AFB, TX 78150 S/A |
| **U.S. AIR FORCE HOSPITAL LAUGHLIN AFB DEA REG NO. AU6749153** | |
| FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 | FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 S/A |
| **U.S. AIR FORCE HOSPITAL SHEPPARD AFB** | |
| 82nd Medical Group/SGAL<br>149 Hart St<br>Building 1200, Suite 7<br>Sheppard AFB, TX 76311-3484 | 82nd Medical Group/SGAL<br>149 Hart St<br>Building 1200, Suite 7<br>Sheppard AFB, TX 76311-3484 Wichita Falls |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

CONTRACT NUMBER: SP0200-97-D-7133 PAGE 09 OF 10
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **U.S. AIR FORCE HOSPITAL<br>ALTUS AFB<br>DEA REG NO. AU5589847** | |
| 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 | 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 |
| **U.S. AIR FORCE HOSPITAL<br>TINKER AFB<br>DEA REG NO. AM5948041** | |
| 72d Medical Support Squadron/SGSL<br>5700 Arnold Drive<br>Building 5801<br>Tinker AFB, OK 73145-8102 | 72d Medical Support Squadron/SGSL<br>5700 Arnold Drive<br>Building 5801<br>Tinker AFB, OK 73145-8102 |
| **U.S. AIR FORCE HOSPITAL<br>REESE AFB<br>DEA REG NO. BM0465799** | |
| 64th Medical Group/SGSLM<br>250 13th St.<br>Building 1300<br>Reese AFB, TX 79489-5008 | 64th Medical Group/SGSLM<br>250 13th St.<br>Building 1300<br>Reese AFB, TX 79489-5008 Lubbock |
| **U.S. AIR FORCE HOSPITAL<br>DYESS AFB<br>DEA REG NO. AU5209540** | |
| 7th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 | 7th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 Abilene |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

CONTRACT NUMBER: SP0200-97-D-7133 PAGE 10 OF 10
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **U.S. AIR FORCE CLINIC<br>GOODFELLOW AFB<br>DEA REG NO. AU6006995** | |
| FM3030<br>17th Med Support Squadron/SGL<br>271 Fort Richardson Ave<br>Building 1001<br>Goodfellow AFB, TX 76908-4902 | FM3030<br>17th Med Support Squadron/SGL<br>271 Fort Richardson Ave<br>Building 1001<br>Goodfellow AFB, TX 76908-4902 |
| **U.S. AIR FORCE HOSPITAL<br>HOLLOMAN AFB<br>DEA REG NO. AC4868165** | |
| 49th Medical Group/SGL<br>Medical Logistics<br>280 First Street<br>Building 14<br>Holloman AFB, NM 88330-5300 | 49th Medical Group/SGL<br>Medical Logistics<br>280 First Street<br>Building 14<br>Holloman AFB, NM 88330-5300 |
| **U.S. AIR FORCE HOSPITAL<br>CANNON AFB<br>DEA REG NO. AU6683397** | |
| FM4855<br>27th Medical Group/MGAL<br>208 West Casablanca<br>Cannon AFB, NM 88103 | FM4855<br>27th Medical Group/MGAL<br>208 West Casablanca<br>Cannon AFB, NM 88103 |
| **VANCE AFB, OK<br>DEA REG NO. B94426676** | |
| 71st Medical Group<br>527 Gott Road<br>Building 810<br>Vance AFB, OK 73705-5105 | 71st Medical Group<br>527 Gott Road<br>Building 810<br>Vance AFB, OK 73705-5105 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Maybe