COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF ANTHONY AMENDOLIA

1. My name is Anthony Amendolia. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am a Business Management Specialist (Case Manager) in the Medical Directorate at Defense Supply Center in Philadelphia, PA. I have been in this position since June 1994.

3. As a Business Management Specialist, I am responsible for monitoring the contractor's performance against the Statement of Work to insure that prime vendors are satisfactorily adhering to the contract and customer requirements. I am directly responsible for over 30 federal and military customers in two separate regions of the country. I have over twelve years of experience in the Medical supply chain as a customer advocate and liaison with other DLA personnel. I visit my customers frequently and I am always in constant contact, either by phone or email, resolving customer order and customer support problems.

4. I served as the Business Management Specialist for United Medical Supply Company's contract No. SPO200-97-D-7133.

5. In the fall of 2002, I personally emailed the medical treatment facilities notifying them of the litigation and asked them to preserve their records. See emails attached under Tab 1. The emails were sent on October 1, 2002, November 6, 2002 and November 20, 2002. The specific facilities that were notified are:

| FACILITY | POINT OF CONTACT |
|---|---|
| AFMLO/FOW, (Ft. Worth warehouse) | Glen Bonney |
| Altus Air Force Base | SSgt Todd Taylor<br>Lt Shar Duncan-Smith<br>Baker Douglas |
| BAMC | Debra Thompson |
| Brooks Air Force Base | Jason McConnell |
| Corpus Christi Naval Air Station | Maria Trevino |
| Dyess Air Force Base | Steven Smith<br>Deloris Franklin |
| Fort Hood | Myron Ware |

| | |
|---|---|
| Fort Sill | Bruce Christie |
| Goodfellow Air Force Base | James Jones<br>Wade Maki |
| Laughlin Air Force Base | Sgt Eliseo Cabali |
| Randall Air Force Base | Sandy Paulk<br>Robert Retsch |
| Sheppard Air Force Base | Sgt Steele |
| Tinker Air Force Base | Charlie Koonce |
| Vance Air Force Base | Sgt Rick Lester<br>Sgt Louise Peterson |
| Fort Bliss[1] (WBAMC) | Oscar Molinar |
| Fort Huachuca[2] | Melvin Hicks |
| Cannon Air Force Base | Stacy Wilde |
| Kirkland Air Force Base | Ernest Nonies |
| Holloman Air Force Base | Diana Stokes<br>Deborah Dixon |

6. At the time I sent out the notices, Kelly Air Force Base and Reese Air Force Base had been shut down, consequently, no notices were sent to those facilities.

7. Although the facilities were asked to advise whether they had any documents, only a few did so. The responses are attached under Tabs 2 – 12.

ANTHONY AMENDOLIA
Business Management Specialist

Subscribed and Sworn to before me this 20th day of June 2006.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Virginia J. Nunes, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Mar. 16, 2008
Member, Pennsylvania Association Of Notaries

[1] The email notices do not list Fort Bliss as such in the addressee section. Instead, only the email address of Fort Bliss' point of contact is listed, i.e. Oscar Molinar,.

[2] The email notices do not list Fort Huachuca as such in the addressee section. Instead, only the email address of Fort Hauchuca's point of contact is listed, i.e. Melvin Hicks.

TAB

1

**Amendolia, Anthony (DSCP)**

**From:** Amendolia, Anthony
**Sent:** Tuesday, October 01, 2002 4:26 PM
**To:** 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; BAMC - Debbie Thompson (E-mail); Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail); Corpus Christi NAS - Marie Trevino (E-mail); Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail); Dyess AFB - Deloris Franklin (E-mail 2); 'Ft Hood - Myron Ware'; Ft Sill - Bruce Christie (E-mail); Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail); Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail); Laughlin AFB - Sgt Eliseo Cabalu (E-mail); Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail); Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail); Sheppard AFB - Sgt Steele (E-mail); Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail); Vance AFB - Sgt Rick Lester (E-mail); 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
**Subject:** Retaining United Medical Documents

All,

Most of you should remember that the previous Med/Surg prime vendor for Region 6 was United Medical. Because of current litigation proceedings, I have been asked to contact all customers and request that all records and correspondence (emails can be forwarded or printed) be saved with respect to United Medical. I will, at some point, make arrangements to have these documents sent out to be copied. Some of you may be asked to talk to the Department of Justice attorney concerning United Medical. Your cooperation is greatly appreciated.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**Hallam, Kathleen (DSCP)**

**From:** Amendolia, Anthony
**Sent:** Wednesday, November 06, 2002 8:13 AM
**To:** Amendolia, Anthony (DSCP); 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
**Subject:** RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

All,

Most of you should remember that the previous Med/Surg prime vendor for Region 6 was United Medical. Because of current litigation proceedings, I have been asked to contact all customers and request that all records and correspondence (emails can be forwarded or printed) be saved with respect to United Medical. I will, at some point, make arrangements to have these documents sent out to be copied. Some of you may be asked to talk to the Department of Justice attorney concerning United Medical. Your cooperation is greatly appreciated.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

## Hallam, Kathleen (DSCP)

**From:** Amendolia, Anthony
**Sent:** Wednesday, November 20, 2002 10:53 AM
**To:** Amendolia, Anthony (DSCP); 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
**Cc:** Flatley, Linda (DSCP); Jennings, James (DSCP); Hallam, Kathleen (DSCP)
**Subject:** United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

TAB

2

**Amendolia, Anthony (DSCP)**

**From:** Amendolia, Anthony

**Sent:** Tuesday, October 01, 2002 4:45 PM

**To:** 'Thompson, Debra A BAMC-Ft Sam Houston'

**Subject:** RE: Retaining United Medical Documents

Thanks Debbie!

-----Original Message-----
**From:** Thompson, Debra A BAMC-Ft Sam Houston [mailto:Debra.Thompson@CEN.AMEDD.ARMY.MIL]
**Sent:** Tuesday, October 01, 2002 4:35 PM
**To:** 'Amendolia, Anthony'
**Subject:** RE: Retaining United Medical Documents

Way to go Anthony. I had just emptied my files before lunch into the recycle bin. We are having to pull and stack for future reference or awaiting shipping instructions. We did in fact, one of the few, who purchased all stock from United Medical that we had committed when they were closing their warehouse. Thank you.

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Tuesday, October 01, 2002 3:26 PM
To: 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; BAMC - Debbie Thompson (E-mail); Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail); Corpus Christi NAS - Marie Trevino (E-mail); Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail); Dyess AFB - Deloris Franklin (E-mail 2); 'Ft Hood - Myron Ware'; Ft Sill - Bruce Christie (E-mail); Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail); Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail); Laughlin AFB - Sgt Eliseo Cabalu (E-mail); Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail); Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail); Sheppard AFB - Sgt Steele (E-mail); Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail); Vance AFB - Sgt Rick Lester (E-mail); 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: Retaining United Medical Documents

All,

Most of you should remember that the previous Med/Surg prime vendor for Region 6 was United Medical. Because of current litigation proceedings, I have been asked to contact all customers and request that all records and correspondence (emails can be forwarded or printed) be saved with respect to United Medical. I will, at some point, make arrangements to

have these documents sent out to be copied. Some of you may be asked to talk to the Department of Justice attorney concerning United Medical. Your cooperation is greatly appreciated.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Thompson, Debra A BAMC-Ft Sam Houston [Debra.Thompson@CEN.AMEDD.ARMY.MIL]
**Sent:** Wednesday, November 06, 2002 8:09 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: Retaining United Medical Documents

Yes, I have info for FY 00 only.

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 7:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Thompson, Debra A BAMC-Ft Sam Houston [Debra.Thompson@CEN.AMEDD.ARMY.MIL]
**Sent:** Wednesday, November 20, 2002 11:47 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

Since we have converted from TAMMIS to DMLSS, this information is no longer available. We may have credit card files, for FY 01, but nothing for less. I invite anyone who wants to sit and go through them the opportunity to do so.

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 9:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is

needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Thompson, Debra A BAMC-Ft Sam Houston [Debra.Thompson@CEN.AMEDD.ARMY.MIL]

**Sent:** Wednesday, December 18, 2002 11:02 AM

**To:** 'Amendolia, Anthony (DSCP)'

**Cc:** Custer, Robert W BAMC-Ft Sam Houston; Preer, Bryan K CPT BAMC-Ft Sam Houston; Riley, James D LTC BAMC-Ft Sam Houston

**Subject:** RE: United Medical NON PV Purchases

I will be the POC, but Mr. Custer who is the Acting Chief of Supply Operations will actually provide the documentation. When are they expected to arrive? .

Mr. Custer, please ensure that all FY 01 credit card files are on hand for the review.

-----Original Message-----
**From:** Amendolia, Anthony (DSCP) [mailto:Anthony.Amendolia@dscp.dla.mil]
**Sent:** Wednesday, December 18, 2002 8:07 AM
**To:** BAMC - Debbie Thompson (E-mail)
**Subject:** FW: United Medical NON PV Purchases

Debbie,

It looks like representatives from United Medical may want to review your credit card purchases for FY01 when they were the PV. Would you be the POC or would you appoint someone else? Thanks!

Anthony

-----Original Message-----
**From:** Hallam, Kathleen (DSCP)
**Sent:** Monday, December 16, 2002 11:30 AM
**To:** Amendolia, Anthony (DSCP)
**Subject:** RE: United Medical NON PV Purchases

Please provide a point of contact, phone number and the location of where United medical's representative should report to for the review of these records.

-----Original Message-----
**From:** Amendolia, Anthony
**Sent:** Wednesday, November 20, 2002 1:17 PM
**To:** Hallam, Kathleen
**Cc:** Flatley, Linda; Jennings, James
**Subject:** FW: United Medical NON PV Purchases

-----Original Message-----
**From:** Thompson, Debra A BAMC-Ft Sam Houston [mailto:Debra.Thompson@CEN.AMEDD.ARMY.MIL]
**Sent:** Wednesday, November 20, 2002 11:47 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

Since we have converted from TAMMIS to DMLSS, this information is no longer available. We may have credit card files, for FY 01, but nothing for less. I invite anyone who wants to sit and go through them the opportunity to do so.

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]

Sent: Wednesday, November 20, 2002 9:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

TAB 3

**Amendolia, Anthony (DSCP)**

**From:** Amendolia, Anthony
**Sent:** Thursday, October 03, 2002 9:09 AM
**To:** 'Howell Jennifer L SSgt 72 MDG/SGSL'
**Subject:** RE: Retaining United Medical Documents

SSgt Howell,

Thanks. I appreciate your response.

Should I keep your email address along with MSgt Koonce as a POC for the Med/Surg PV program at Tinker? That just means you will be copied on any email that I send out that effects the region.

Anthony

-----Original Message-----
From: Howell Jennifer L SSgt 72 MDG/SGSL
[mailto:Jennifer.Howell@tinker.af.mil]
Sent: Thursday, October 03, 2002 8:55 AM
To: 'paa3018@dscp.dla.mil'
Cc: Koonce Charlie E MSgt 72 MDG/SGSL; Wood Theresa G Maj 72 MDG/SGSL;
Plumb Elizabeth A MSgt 72MDG/SGSLE
Subject: RE: Retaining United Medical Documents

Anthony,

Due to many personnel changes at Tinker we have no saved information about possible problems with United Medical. It is my understanding that Tinker was not having significant issues with United Medical. We will be able to make our Prime Vendor records available is necessary.

Jennifer Howell, SSgt, USAF
NCOIC, Stock Control
FM2030
72 MDSS/SGSL
Tinker AFB, OK
Phone: 405-736-2455
Fax: 405-736-2177
jennifer.howell@tinker.af.mil

> -----Original Message-----
> From: Amendolia, Anthony [SMTP:paa3018@dscp.dla.mil]
> Sent: Tuesday, October 01, 2002 3:26 PM
> To: 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97
> MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB -
> Baker Douglas H MSgt 97 MDSS/SGSL'; BAMC - Debbie Thompson (E-mail);
> Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail); Corpus Christi
> NAS - Marie Trevino (E-mail); Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL
> (E-mail); Dyess AFB - Deloris Franklin (E-mail 2); 'Ft Hood - Myron Ware';
> Ft Sill - Bruce Christie (E-mail); Goodfellow AFB - LT Jones James 2dLt 17
> MDG/MDSS/SGSL (E-mail); Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL
> (E-mail); Laughlin AFB - Sgt Eliseo Cabalu (E-mail); Randolph AFB - Paulk
> Sandy S SSgt 12 MDSS/SGSL (E-mail); Randolph AFB - Retsch Robert 1stLt 12
> MDSS/SGSL (E-mail); Sheppard AFB - Sgt Steele (E-mail); Tinker AFB -
> Koonce Charlie E TSgt 72 MDG/SGSL (E-mail); Vance AFB - Sgt Rick Lester
> (E-mail); 'Vance AFB - Sgt Louise Peterson';
> 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL';
> 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil';
> 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'

> Subject: Retaining United Medical Documents
>
>
> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all
> records and correspondence (emails can be forwarded or printed) be saved
> with respect to United Medical. I will, at some point, make arrangements
> to
> have these documents sent out to be copied. Some of you may be asked to
> talk to the Department of Justice attorney concerning United Medical.
> Your
> cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

TAB

4

**Amendolia, Anthony (DSCP)**

**From:** Lester Rick W TSgt 71 MDG/SGSL [rick.lester@vance.af.mil]
**Sent:** Wednesday, November 06, 2002 8:46 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: Retaining United Medical Documents

Anthony,
we do not have any united medical documents on hand here at Vance AFB, Ok

TSgt Rick Lester
NCOIC Medical Logistics
COM: 580-213-7676, DSN: 448-7676
Rick.Lester@vance.af.mil

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 7:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime

> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Lester Rick W TSgt 71 MDG/SGSL [rick.lester@vance.af.mil]
**Sent:** Wednesday, November 20, 2002 11:45 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

Anthony,
we do not have any records.. let me know if you need anymore help

TSgt Rick Lester
NCOIC Medical Logistics
COM: 580-213-7676, DSN: 448-7676
Rick.Lester@vance.af.mil

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 9:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134

Com 215.737.2134

TAB

6

## Amendolia, Anthony (DSCP)

**From:** Smith Steven W. MSgt 7 MDG/SGSL [Steven.Smith@dyess.af.mil]
**Sent:** Wednesday, November 06, 2002 8:24 AM
**To:** Amendolia, Anthony
**Subject:** RE: Retaining United Medical Documents

Anthony,
Negative reply for Dyess AFB/FM4661

MSgt Smith

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 7:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make

> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

TAB
6

TAB

7

**Amendolia, Anthony (DSCP)**

**From:** Peterson Louise J SSgt 71 MDG/SGSL [louise.peterson@vance.af.mil]
**Sent:** Wednesday, November 06, 2002 8:20 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: Retaining United Medical Documents

We have invoices from orders that we placed on file in our documents.

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 7:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>

> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134