TAB
8

**Amendolia, Anthony (DSCP)**

**From:** Taylor Todd J SSgt 97 MDSS/SGSL [Todd.Taylor@altus.af.mil]
**Sent:** Wednesday, November 06, 2002 6:05 PM
**To:** paa3018@dscp.dla.mil
**Cc:** 'Baker Douglas H MSgt 97 MDSS/SGSL'; Duncan-Smith Shar L 1Lt MDSS/SGSL
**Subject:** Retaining United Medical Documents

No, United Medical did a great job for us.

TODD J. TAYLOR, SSgt, USAF
NCOIC, Medical Logistics Flight
97th Medical Group/SGSL FM4419
301 North First Street, BLDG 51
Altus AFB, OK 73523
DSN 866-5207, Comm. 580-481-5207
DSN FAX 866-1259, Comm. 580-481-1259
e-mail todd.taylor@altus.af.mil

-----Original Message-----
From: Baker Douglas H MSgt 97 MDSS/SGSL
Sent: Wednesday, November 06, 2002 7:11 AM
To: Duncan-Smith Shar L 1Lt MDSS/SGSL; Taylor Todd J SSgt 97 MDSS/SGSL
Subject: FW: Retaining United Medical Documents

> ----------
> From: Amendolia, Anthony[SMTP:PAA3018@DSCP.DLA.MIL]
> Sent: Wednesday, November 06, 2002 7:13:26 AM
> To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
> Subject: RE: Retaining United Medical Documents
> Auto forwarded by a Rule
>
>

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes

or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

TAB
9

**Amendolia, Anthony (DSCP)**

---

**From:** Hicks, Melvin R RWBAHC LOG [Melvin.Hicks@CEN.AMEDD.ARMY.MIL]

**Sent:** Friday, November 08, 2002 4:02 PM

**To:** 'Amendolia, Anthony'

**Subject:** RE: Retaining United Medical Documents

Yes, I have info.

Mel Hicks

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 6:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia

DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Hicks, Melvin R RWBAHC LOG [Melvin.Hicks@CEN.AMEDD.ARMY.MIL]
**Sent:** Friday, November 22, 2002 3:34 PM
**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

I have some records available on purchases that go back to April 1998, but they are not in automated form. I will be on leave next week but will be back on 02 December.

Mel Hicks

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 8:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

## Amendolia, Anthony (DSCP)

**From:** Hicks, Melvin R RWBAHC LOG [Melvin.Hicks@CEN.AMEDD.ARMY.MIL]

**Sent:** Wednesday, December 18, 2002 9:57 AM

**To:** 'Amendolia, Anthony (DSCP)'; Hicks, Melvin R RWBAHC LOG

**Cc:** Hallam, Kathleen (DSCP); Flatley, Linda (DSCP)

**Subject:** RE: United Medical NON PV Purchases

The POC would be me,
Melvin R. Hicks
Medical Supply Officer
USAMEDDAC Ft Huachuca
Raymond W. Bliss Army Health Center
45022 Winrow Ave
Ft Huachuca, AZ 85613-7040
Phone - Commercial (520) 533-2070, DSN 821-2070

-----Original Message-----
**From:** Amendolia, Anthony (DSCP) [mailto:Anthony.Amendolia@dscp.dla.mil]
**Sent:** Wednesday, December 18, 2002 6:24 AM
**To:** 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'
**Cc:** Hallam, Kathleen (DSCP); Flatley, Linda (DSCP)
**Subject:** FW: United Medical NON PV Purchases

Mr Hicks,

Our legal folks have advised us that representatives from United Medical may want the opportunity to review the records you have when they were your prime vendor. Please provide a POC, phone number and location, if they decide to visit you to review your records.

Thanks.
Anthony Amendolia
DSN 444-2134
Com 215.737.2134

-----Original Message-----
**From:** Hallam, Kathleen (DSCP)
**Sent:** Monday, December 16, 2002 11:26 AM
**To:** Amendolia, Anthony (DSCP)
**Subject:** RE: United Medical NON PV Purchases

United Medical is coming in here to review our records during the week of January 13. Please let me know whether customer prefers to send records here or would rather have UM come to its facility to review the records. If customer sends records here, we must have them on base (in legal) by the 13th. If customer wants United Medical to go to its base, we will need the name of a point of contact, phone number, and a location to report to.

-----Original Message-----
**From:** Amendolia, Anthony
**Sent:** Friday, November 22, 2002 3:51 PM
**To:** Hallam, Kathleen
**Cc:** Flatley, Linda; Jennings, James
**Subject:** FW: United Medical NON PV Purchases

-----Original Message-----
**From:** Hicks, Melvin R RWBAHC LOG [mailto:Melvin.Hicks@CEN.AMEDD.ARMY.MIL]
**Sent:** Friday, November 22, 2002 3:34 PM

**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

I have some records available on purchases that go back to April 1998, but they are not in automated form. I will be on leave next week but will be back on 02 December.

Mel Hicks

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 8:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

TAB

10

## Amendolia, Anthony (DSCP)

**From:** Molinar, Oscar A Civ WBAMC [Oscar.Molinar@AMEDD.ARMY.MIL]
**Sent:** Tuesday, November 12, 2002 9:03 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: Retaining United Medical Documents

Anthony,
I have a few hard copies, but I lost most of my electronic correspondence was lost two years ago after my computer crashed.

Oscar

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 6:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

**Amendolia, Anthony (DSCP)**

---

**From:** Molinar, Oscar A Civ WBAMC [Oscar.Molinar@AMEDD.ARMY.MIL]

**Sent:** Wednesday, November 20, 2002 3:49 PM

**To:** 'Amendolia, Anthony'

**Subject:** RE: United Medical NON PV Purchases

Anthony,
My 97 - 00 files have been retired. I'll check for the 00 files, just in case they're still here. I don't think that my computer system can produce the type of report that you're looking for, but I'll check on that also.

Oscar

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 8:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

TAB
11

## Amendolia, Anthony (DSCP)

**From:** Cabalu Eliseo MSgt 47MDG/SGSL [Eliseo.Cabalu@laughlin.af.mil]
**Sent:** Tuesday, November 26, 2002 10:27 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

No records from Laughlin AFB.

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 9:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt
To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Cabalu Eliseo MSgt 47MDG/SGSL [Eliseo.Cabalu@laughlin.af.mil]
**Sent:** Wednesday, November 06, 2002 1:49 PM
**To:** 'Amendolia, Anthony'
**Cc:** Conner Ted Civ 47MDG/SGSLF; Fey Sheila AB 47MDSS/SGSL; Gonzalez William SrA 47MDG/SGSL; Greene Amy SSgt 47MDSS/SGSL
**Subject:** RE: Retaining United Medical Documents

All records have been permanently stored outside of our facility. There are no records within our workcenter.

EliseoACabalu
ELISEO A. CABALU, MSgt, USAF
NCOIC, Medical Logistics
47 MDSS/SGSL
590 Mitchell Blvd
Laughlin AFB, TX 78843-5244
DSN 732-6406 COM (830) 298-6406
FAX 732-6339 COM (830) 298-6339

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 7:13 AM
To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime vendor for Region 6 was United Medical. Because of current litigation proceedings, I have been asked to contact all customers and request that all records and correspondence (emails can be forwarded or printed) be saved with respect to United Medical. I will, at some point, make arrangements to have these documents sent out to be copied. Some of you may be asked to talk to the Department of Justice attorney concerning United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

TAB

12

**Amendolia, Anthony (DSCP)**

**From:** Christie, Bruce F Mr RACH-FtSill [Bruce.Christie@CEN.AMEDD.ARMY.MIL]
**Sent:** Wednesday, November 20, 2002 12:11 PM
**To:** 'Amendolia, Anthony'
**Cc:** Clark, Charles D CPT RACH-FtSill; Cruz, Francisco J SGT RACH-FtSill
**Subject:** RE: United Medical NON PV Purchases

Anthony -
I only have Credit Card records from 10-00 (October 2000) to current; I have attached my Credit Card MILSTRIP Requisition sheets from Oct 00 through Mar 01. These will include **all** Credit Card purchases (MedSurg, Lab, Pharm, Nonmedical, etc), but do contain the information requested.

B.F.Christie
Ch, Inv Mgmt Section
Reynolds Army Community Hospital
<<MILSTRIP Credit Card 10-00.tif>> <<MILSTRIP Credit Card 11-00.tif>> <<MILSTRIP Credit Card 12-00.tif>> <<MILSTRIP Credit Card 01-01.tif>> <<MILSTRIP Credit Card 02-01.tif>> <<MILSTRIP Credit Card 03-01.tif>>

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 9:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'

Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134

Com 215.737.2134