COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.
Plaintiff,

v.

Case No. 03-CV-289

THE UNITED STATES,
Defendant.

---

AFFIDAVIT OF

DEBRA A. THOMPSON

1. My name is Debra A. Thompson. I am a GS-2001-12, Supervisor General Supply Specialist, Department of the Army Civilian (DAC), assigned to Medical Command, Brooke Army Medical Center (BAMC), Logistics Division, Materiel Branch. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are true and accurate to the best of my knowledge and recollection.

2. I am the Deputy Chief Materiel Branch located at Fort Sam Houston, TX arriving in August of 1998. I was previously assigned to Darnall Army Community Hospital (DACH) at Fort Hood, TX and was the Contracting Officer's Representative (COR) on the prime vendor contract with United Medical. When arriving at BAMC, I was assigned as the Chief Forward Customer Support and did not perform duties associated with the scope of work of the prime vendor COR. In October 2001, I was assigned the additional duty as Deputy Chief Materiel Branch encompassing the additional work area of the Supply Operations Section which was responsible for the credit card and prime vendor purchases. From the period 1 October 2001 until the implementation of the new prime vendor in or around February 2002, I continued to work diligently to assist United Medical with any and all outstanding balances for invoices and continued to purchase all remaining stock on hand whether committed or not if it could be utilized by the activity.

3. BAMC became aware of the claim filed by United Medical by email from Mr. Anthony Amendolia on or about 1 October 2002.

4. In response to the claim, all prime vendor files for FY 00 and FY 01 were collected on or around 1 October 2002 (FY 03) and placed in a holding area pending disposition instructions by the Department of Justice (DOJ) personnel. DOJ arrived at our facility on or around February 2005 and collected the boxes. Supporting documentation was returned along with a DOJ CD dated 4/22/05. The credit card files were requested to be shipped by Mr. Kyle Chadwick, DOJ Attorney, on 6 October 2005. We sent personnel to the off site location to collect the files and were notified that the files had been inadvertently destroyed without our knowledge or authorization. I notified Mr. Chadwick of the destruction and provided a statement to the best of my knowledge and ability for the unscheduled destruction. On 6 and 19 June 2006, Materiel Branch personnel once again visited the off site warehouse and located the credit card files that were previously noted as destroyed. Files are being held pending DOJ disposition instructions.

5. BAMC received email notification on or around 1 October 2002 from Mr. Anthony Amendolia to hold all documentation relevant to the law suit for the contract period. We had indicated that all prime vendor documents for FY 96 (Dest 1 Oct 98), FY 97 (Dest 1 Oct 99), FY 98 (Dest 1 Oct 00) and FY 99 (Dest 1 Oct 01) were destroyed IAW with the retention/destruction procedures.

6. In response to becoming aware of the suit on or around 1 October 2002, we made every effort to collect and maintain all prime vendor documentation. All prime vendor files were held in the Supply Operations Section pending disposition by DOJ. All credit card files on hand were palletized, shrink wrapped, and

signage was placed upon on all sides of pallet that indicated "Do not destroy at destruction date; files must be kept due to a pending lawsuit". Activity has 56 boxes of credit card purchases made during the contract period.

7. At the time BAMC became aware of the claim/litigation, BAMC was in possession of the following records:

- Prime Vendor orders placed under contract dated 1 October 1999 through 30 September 2000 (FY 00) and 1 October 2000 until around 1 February 2001 (FY 01) when new contract was implemented.
- Credit Card Purchases – Date range January 1995 through December 2001. - CD containing Theater Army Medical Management Information System (TAMMIS) Close-Out Data prior to conversion to the Defense Medical Logistics Standard Support System (DMLSS) October 2001. Copy of the CD was provided to the DOJ.

8. BAMC currently has the following records:

- DOJ CD containing all PDF copies of prime vendor receipt supporting documentation for FY 00 and FY 01 files numbered BAMC 00001 – BAMC 07117
- Credit Card Purchases- Date range January 1995 through December 2001.
- CD containing Theater Army Medical Management Information System (TAMMIS) Close-Out Data prior to conversion to the Defense Medical Logistics Standard Support System (DMLSS) 25 October 2001

9. The following potentially relevant records are known to have been destroyed or purged prior to notification of claim/litigation:

-United Medical prime vendor documents for FY 96 (Dest 1 Oct 98), FY 97 (Dest 1 Oct 99), FY 98 (Dest 1 Oct 00) and FY 99 (Dest 1 Oct 01)
-Purged all TAMMIS automated transaction history data prior FY data due to conversion to DMLSS on 25 October 2001

10. The following retention/disposition regulation was in place before BAMC became aware of the claim/litigation:

- Credit Card documentation and all original receipts were maintained in accordance with the DOD FMR, Volume 1, supporting documents will be retained for six years and three months after final payment.
- Prime Vendor documentation was filed/destroyed IAW AR 25-400-2, Information Management: Records Management, The Modern Army Recordkeeping System (MARKS), Headquarters Department of the Army Washington, DC, 26 February 1993, Appendix B Records Disposition Standards, File Number 735-5J, destroy after 2 years through property disposal channels for sale or recycling.

11. The following retention/disposition regulation was in place when BAMC became aware of the claim/litigation:

- Credit Card documentation and all original receipts were maintained in accordance with the DOD FMR, Volume 1, supporting documents will be retained for six years and three months after final payment.
- Prime Vendor documentation was filed/destroyed IAW AR 25-400-2, Information Management: Records Management, The Army Records Information Management System (ARIMS) version 1.0 ARIMS, Version 1.0, dated 2 February 2002. Destroy after 2 years through property disposal channels for sale or recycling.

12. In the event of a separate claim/litigation against the government, BAMC's reaction would be to take precedence over all destruction and regulatory guidance in an effort to collect, segregate, mark, store and retain all relevant documents until the resolution of the claim or lawsuit.

DEBRA A. THOMPSON
DAC, GS-12
Deputy Chief Materiel Branch

Subscribed and sworn to before me this 30 day of June 2006.

DIANA BRUNER
MY COMMISSION EXPIRES
September 17, 2007

DIANA BRUNER