COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF OSCAR MOLINAR

1. My name is Oscar Molinar. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Supervisory Supply Specialist at William Beaumont Army Medical Center. I have been in this position since 1996.

3. William Beaumont Army Medical Center became aware of the litigation with United Medical in the fall of 2002 through emails and phone calls from Anthony Amendolia at Defense Support Center, Philadelphia and became fully aware of the claim in March 2003 through the Department of Justice.

4. In response to becoming aware of the litigation, we attempted to locate files/records including credit card records for non -PV purchases, but most records had been destroyed including credit card purchases per Army Regulation 25-400-2 (hereinafter AR 25-400-2).

5. I cannot recall the exact date William Beaumont Army Medical Center was formally notified of the pendency of the subject suit, but it was approximately November 2002. We became aware of the claim and suit at the same time.

6. Subsequent to the original notification from DSCP, William Beaumont Army Medical Center also received two emails from DSCP. Later, in March 2003, we answered a number of questions from a visiting attorney of the Department of Justice. At that time, we physically searched through all existing records but could only find a few records. I do not have any recollection of the nature of the records that we found and produced for Justice.

7. William Beaumont Army Medical Center currently has no records pertaining to United Medical or to non-Prime Vendor purchases for the following reasons: On July 31 2000, United Medical closed down its El Paso warehouse. That warehouse was the

primary warehouse for servicing WBAMC. At that time, United Medical also removed its on-site service representatives from WBAMC. One of the service representatives was relocated to Ft. Worth and that warehouse became the distribution center for WBAMC at the El Paso warehouse was closed. At this time, United Medical also ceased dedicated shipments to WBAMC and sent orders by common carrier.

8. After United Medical closed the El Paso warehouse and transferred operations to the Fort Worth warehouse, WBAMC continued to order supplies from United Medical through the Fort Worth service representative, however most orders were rejected or canceled by United Medical. By October 2000, our off-site service representative was no longer available and United Medical ceased doing business with WBAMC altogether. Consequently, by the time we received word of the lawsuit most records, including credit card records, had been destroyed. See the Affidavit of my assistant Lynn Nelson for more details.

9. The following potentially relevant records are known to have been destroyed: All daily Prime Vendor orders, all other contract documents and all credit card purchase records.

10. All documents are maintained for a total of two years and are destroyed by shredding and/or incineration. The standard 2-year retention policy is modified when the facility becomes aware of a claim or filed lawsuit. Destruction of all potentially relevant records is suspended until further instructions are received.

11. Our standard record retention/destruction policy is: Two years per AR 25-400-2.

Oscar Molinar
Oscar ~~A.~~ Molinar
Supervisory Supply Specialist

Subscribed and Sworn to before me this 9th day of June 2006.

SHANDIA K. MIDDLEBROOK
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES 4-23-2010

Shandia K. Middlebrook
NOTARY PUBLIC