COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

AFFIDAVIT OF LYNN NELSON

1. My name is Lynn Nelson. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Administrative Assistant for Materiel Branch at William Beaumont Army Medical Center. I have been in this position since May 6, 1966.

3. I became aware of the United Medical claim and litigation in March 2003 when a woman from the Department of Justice came to William Beaumont Army Medical Center to interview various individuals, including my supervisor, Oscar Molinar.

4. The Department of Justice representative asked to see our United Medical records. She did not ask to see any credit card records or other documents related to non-Prime Vendor purchases. We did not have many contract records because United Medical stopped doing business with us in the September – October 2000 time frame and we destroy our records after two years.

5. The woman from Justice reviewed the United Medical records we had and stated that they were "useless". Because our United Medical records were useless and we were not advised by Justice to keep them, they were destroyed in accordance with our two year retention policy.

6. At the time the Department of Justice representative visited us, we had credit card records available. We no longer have those records. Justice did not express any interest

in seeing them in March 2003, did not ask us about them in March 2003 and did not advise us to retain them in 2003. Therefore, the credit card records were destroyed in accordance with our two year retention policy.

Lynn Nelson
Administrative Assistant

Subscribed and Sworn to before me this 9th day of June 2006.

NOTARY PUBLIC

SHANDIA K. MIDDLEBROOK
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
4-23-2010