COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF
Bruce Christie

1. My name is Bruce Christie. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Chief of Inventory Management at Reynolds Army Community Hospital, Fort Sill OK. I have been in this position since June 1993.

3. Reynolds Army Community Hospital became aware of the claim filed by United Medical on 1 October 2002 via email from Anthony Amendolia at DSCP (Attachment 1).

4. In response to becoming aware of the claim, we have retained records of purchases from United Medical via the Prime Vendor program to preserve potentially relevant evidence. Electronic records of IMPAC (Government credit card) purchases are available starting October 2000 through March 2001 as well as request records from United Medical beginning April 2000 through February 2001.

5. Reynolds Army Community Hospital was formally notified of the pendency of the subject suit on 1 October 2002. That notification was given by DSCP (Anthony Amendolia) via email (Attachment 1).

6. In response to becoming aware of the suit, we have retained records of purchases from United Medical via the Prime Vendor program to preserve potentially relevant evidence.

7. Subsequent to the original notification of the litigation, Reynolds Army Community Hospital also received the following communications relative to the preservation of potentially relevant evidence: Department of Justice (Peter Brown, tel# (202)616-8237) collected our MedSurg PV receipt documentation from January 1999 through May 2001 and had it reduced to electronic form in the May/June 2005 timeframe.

8. At the time the MFT became aware of the claim/litigation, the MFT was in possession of the following records: Paper copies of receipts from orders placed under contract starting with January 1999 through May 2001; electronic copies of orders placed to United Medical from April 2000 through February 2001; electronic copies of orders placed with IMPAC (Government credit card) from October 2000 through February 2001.

9. The MFT currently has the following records: Paper receipts from orders placed under contract January 1999 through May 2001, electronic copies of orders placed under contract April 2000 through February 2001, various e-mail correspondences between myself and various parties regarding the PV program in general; these are routine miscellaneous messages that dealt with a variety of topics relating to this contract, ranging from conversion from previous PV to

United, internal Government information, reporting individual problems to United Medical, DSCP and chain-of-command and electronic copies of orders placed with IMPAC (Government credit card) from October 2000 through February 2001.

10. The following potentially relevant records (provide a detailed description) are known to have been destroyed: Receipts dated prior to January 1999, paper copies of orders placed under contract prior to April 2000 and paper copies of orders placed via IMPAC (Government credit card) prior to October 2000 (see 11).

11. The destruction of the above documents occurred in the following manner: White papers were recycled; colored (dyed) papers entered the normal waste stream.

12. (The MTF) standard record retention/destruction policy is: retain for two years and then destroy, in accordance with AR 25-400-2 Army Records Information Management System (ARIMS). We have no other internal SOP other than the regulation.

B. Christie

Bruce Christie
Chief of Inventory Management
Reynolds Army Community Hospital

Subscribed and Sworn to before me this 9th day of June 2006.

Dian G. Bower

NOTARY PUBLIC

NOTARY SEAL PUBLIC
DIAN G. BOWER
Notary Public in and for the State of Oklahoma
Commission #05007993
My Commission expires 8/26/2009