COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.
Plaintiff,

v.

Case No. 03-CV-289

THE UNITED STATES
Defendant

Judge Allegra

AFFIDAVIT OF MARIA M. TREVINO

1. My name is Maria M. Trevino. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personnel knowledge.

2. My job title is Supervisory General Supply Specialist at the Naval Hospital, Corpus Christi, TX. I have been in this position since 1995.

3. Naval Hospital, Corpus Christi, TX became aware of the claim filed by United Medical on 10 May 2006.

4. As I was not aware that a claim had been filed, files were destroyed years ago. Overseeing the cleaning of file cabinets, old files were thrown away to gain more filing space. I do not remember dates.

5. Naval Hospital, Corpus Christi, TX was formally notified of the pendency of the subject suit on 10 May 2006. Notification was given by DSCP e-mail.

6. Files were destroyed years ago. In cleaning the file cabinets, old files were thrown away to gain more filing space.

7. Subsequent to the original notification of the litigation, Naval Hospital, Corpus Christi, did not receive communications relative to the preservation of potentially relevant evidence. That I can remember, notification was not received from DSCP or by the Department of Justice before 10 May 2006.

8. At the time Naval Hospital, Corpus Christi became aware of the claim/litigation, the Naval Hospital was not in possession of the following records: (Old files were thrown away.)

a. orders placed under contract
b. orders placed outside the contract
c. billing information
d. e-mails
e. internal memos

9. Naval Hospital, Corpus Christi has no records. Records have been destroyed.

10. The following potentially relevant records known to have been destroyed:

a. copy of contract
b. individual orders

11. The destruction of the above documents occurred in the following manner: Files were thrown away. Overseeing the cleaning of file cabinets, old files were thrown away.

12. The Naval Hospital, Corpus Christi standard retention/destruction policy is: Purchase order files are kept 3 fiscal years and then destroyed. I did not know there was a lawsuit until 10 May 2006.

Maria M. Trevino 6/12/06

Maria M. Trevino
Supervisory General Supply Specialist
NAME/TITLE

Subscribed and sworn to before me this:

Maria A. Villagomez 12 junio 6
NOTARY PUBLIC

MARIA A. VILLAGOMEZ
MY COMMISSION EXPIRES
November 19, 2009