COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF JULIA P. HATCH

1. My name is Julia P. Hatch. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Assistant Counsel at Naval Medical Logistics Command, Fort Detrick, Maryland. I have been in this position since November 15, 2004.

3. I became aware of the claim filed by United Medical on May 19, 2006 via email. It appeared at that time that this litigation did not pertain to our office.

4. On May 23, 2006, I received a phone call from Kathleen Hallam, Attorney at Defense Supply Center Philadelphia, requesting my assistance in coordinating with affiants for NH Corpus Christi and NAS Dallas, as these were Navy facilities. Ms. Hallam identified an affiant for NH Corpus Christi, who to the best of my knowledge, has since submitted an affidavit. However, I was unaware of the existence of NAS Dallas, nor a medical treatment facility at such location.

5. Our office located information online concerning the decommissioning of NAS Dallas on September 26, 1998. However, we were unable to locate any information online concerning a medical treatment facility at NAS Dallas. I forwarded the information concerning the decommissioning to Kathleen Hallam on May 23, 2006 and requested guidance on how to proceed, as the base did not exist at the time the issue regarding document retention arose.

6. I attempted to locate the records from NAS Dallas and/or an affiant to attest to the location of the records. I contacted various individuals to assist me in these efforts. Those individuals in turn contacted other individuals. These efforts were made between the dates of May 23, 2006 and today's date. The following is a list of individuals who were involved in this search, to the best of my knowledge:

Stanley Wade – Director, Business Systems Support, Naval Medical Logistics Command
LCDR Pia Woodley – Director, Medical Consumable Support, Naval Medical Logistics Command
Roger Lawrence – Counsel, Chief of Naval Air Training, NAS Corpus Christi, TX, Navy Office of the General Counsel
Daniel Laguaite – Attorney, Chief of Naval Air Training, NAS Corpus Christi, TX, Navy Office of the General Counsel
Catherine Horan – Counsel, South Naval Facilities Engineering Command, Charleston, SC, Navy Office of the General Counsel
CDR Stephanie Carter – Staff Judge Advocate, Naval Hospital Pensacola
Joe Rovira – Deputy Staff Judge Advocate, Navy Medicine East, Portsmouth, VA
CAPT Shari Kirshner – Bureau of Medicine and Surgery

Bill Carmichael, Program Manager, Navy Medicine Support Command
Helen Rosen, Assistant Director, AGC (Litigation), Navy Office of the General Counsel
Matthew Staden, Navy Records Manager, Chief of Naval Operations

7. To date, to the best of my knowledge, the records relating to NAS Dallas or the medical treatment facility located aboard that installation have not been located; neither has an affiant been identified with personal knowledge of the records.

Julia P. Hatch
Julia P. Hatch
Assistant Counsel
Naval Medical Logistics Command

Subscribed and Sworn to before me this 30th day of ~~May~~ June 2006. JPH HPC

Helen P. Chase
NOTARY PUBLIC

HELEN P. CHASE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires May 1, 2010

HELEN P. CHASE NOTARY PUBLIC