COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF

CLIFF M. SONGER

1. My name is Cliff M. Songer. I am a GS-09 employee. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am Chief of Materiel Branch at the Raymond W. Bliss Army Health Center (RWBAHC). I have been in this position since August 2001.

3. RWBAHC became aware of the claim filed by United Medical approximately one year and six months ago. CPT Michael Whiddon, my predecessor was the individual who received the original notification. I do not know by what method that notification was given to him or by whom.

4. In response to becoming aware of the claim, we attempted to locate all invoices from our records of government IMPAC credit card purchases made through this vendor to preserve potentially relevant evidence at the warehouse. We reviewed all hardcopies of invoices due to an electronic switch from TAMISS to DMLSS so there were no electronic copies available for review. We did not conduct a search for any other vendors. United Medical was a prime vendor and only two invoices were found since we did not purchase from United Medical with any frequency.

5. RWBAHC was formally notified of the pendency of the subject suit approximately one year and six months ago. I do not recall the exact date of when this notification was received. That notification was given to me in person from CPT Michael Whiddon, the former Chief of Logistics at RWBAHC.

6. In response to becoming aware of the suit, we duplicated our previous efforts by attempting to locate all invoices from our records of government IMPAC credit card purchases made through this vendor to preserve potentially relevant evidence. Two such invoices were found and I do not recall what specifically were on these invoices. These invoices were mailed to the appropriate personnel. I do not recall who the appropriate personnel were.

7. Subsequent to the original notification of the litigation approximately 18 months ago, RWBAHC did not receive any other communications relative to the preservation of potentially relevant evidence.

8. At the time the RWBAHC became aware of the claim/litigation approximately 18 months ago, I do not remember the exact date of when RWBAHC was notified. At this time, RWBAHC was in possession of the following records:

Prime Vendor Records – prime vendor purchases dated 01 January 2002 to 01 January 2005.

Non-Prime Vendor Records – non-prime vendor purchases dated 01 January 2002 to 01 January 2005.

9. RWBAHC currently has the following records:

Prime Vendor Records – prime vendor purchases dated 01 June 2003 to 01 June 2006.
Non-Prime Vendor Records – non-prime vendor purchases dated 01 June 2003 to 01 June 2006.

10. The following potentially relevant records are known to have been destroyed:

All Records prior to June 2003 to include Prime Vendor and Non-Prime Vendor purchases.

11. The destruction of the above documents occurred in the following manner:

In accordance to Army Regulation documents were shredded 3 years and 1 month past date of record.

12. The current RWBAHC record retention/destruction policy for Non PV purchase records made using the Government Purchase Card (GPC) is established by AR 715-xx, currently in draft form, and revised 12 August 2005 and is as follows:

3-10 File Retention

a. The documents that must be retained in the file include (1) the Billing Official statement, (2) the Cardholder statement, and (3) all original receipts and documentation for those statements. In accordance with the DoD FMR, Volume 1, certified billing statements and supporting documents will be retained for six years and three months after final payment. The Billing Official will maintain these records until they are transferred to a records holding area. However, if you are performing electronic certifications, you may rely on the servicing bank recordkeeping for the Billing Official and Cardholder statements. The servicing bank will maintain the statements for two years, then archive in a records holding area. Original records are the property of the U.S. Government and may not be removed from government control by the Billing Official for any reason.

**RWBAHC standard record retention/destruction policy is:**

**Great Plains Regional Contracting Center: Standard Operating Procedures Government-Wide Purchase Card Program International Merchant Purchase Authorization Card (IMPAC), dated 1 February 1998.**

**5.2. AO RESPONSIBILITY.** The AO shall ensure that all purchase transactions meet the legal requirement for authorized purchase card purchases and that adequate documentation is on file for every transaction. The AO shall reconcile the Billing Account Statement (**Exhibit 15**) with the CH's Statement of Account and receipts certify and forward the official invoice (paper or electronic via C.A.R.E.) to the paying office within fifteen calendar days of receipt. The paying office (OPLOC) will make one payment per month for each certified billing statement submitted. If any statement is late, the penalty interest will be charged to the activity on the next billing statement. If payments are made early, any rebate will be credited directly to the activity. Rebates are issued twice a year and will appear as a credit on the billing statement. Appropriate action must be taken to prevent two or more payments for the same transaction. The AO must also ensure that correct dispute procedures are implemented when transactions are questioned or vendor has not corrected the situation. Every billing statement received in the mail must be stamped with the date of receipt. This is important as penalty interest

will begin to accrue 30 days after the AO receives the Billing Statement. Electronic invoices are considered received on the first day following the end of the billing cycle (currently the 24th of each month). **The AO will maintain purchase records within the unit for 3 years for audit purposes.**

Cliff M. Songer
Chief, Materiel Branch

Subscribed and Sworn to before me this 28th day of June 2006.

OFFICIAL SEAL
VERONICA JOSEPH
NOTARY PUBLIC-ARIZONA
COCHISE COUNTY
My Comm. Expires Oct. 21, 2008

NOTARY PUBLIC