COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

## AFFIDAVIT OF MARC TAWIL

1. My name is Marc Tawil. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Director of Medical Logistics at Brooks City-Base, Texas. I have been in this position since July 1999.

3. I first became aware of the claim filed by United Medical on or about 30 May 2006, when I was asked about it by an Air Force attorney. As far as I know, none of the Brooks clinic became aware of the claim filed by United Medical prior to then. I believe that the Commander of the Brooks clinic, Lt. Col. Duquette, first became aware of the claim filed by United Medical on or about 30 May 2006, when he was asked about it by an Air Force attorney.

4. In response to becoming aware of the claim on 30 May 2006, I check our records. I found five pallets of purchase records which included IMPAC credit card receipts from 1997 to 2006. These are located in the Medical Logistics warehouse.

5. I first became aware of the lawsuit filed by United Medical on or about 30 May 2006, when an Air Force attorney asked me about it. As far as I know, none of the Brooks clinic became aware of the claim filed by United Medical prior to then. I believe that the Commander of the Brooks Clinic, Lt. Col. Duquette, first became aware of the lawsuit filed by United Medical on or about 30 May 2006, when an Air Force attorney asked him about it.

6. In response to becoming aware of the claim on 30 May 2006, I check our records. I found five pallets of purchase records which included IMPAC credit card receipts from 1997 to 2006. These are located in the Brooks City Base Medical Logistics warehouse. I have labeled these boxes to be preserved until Mr. Haydon at the Base Legal Office provides further instructions. Judge Allegra's April 26, 2006 order has been affixed to each pallet.

7. Since the original notification of the litigation in May 2006, I have received guidance from Air Force attorneys to preserve and safeguard these records.

8. All medical purchase records that Brooks Clinic and Brooks Medical Logistics has/had from these dates are in these pallets.

9. Since I arrived here in 1999, I have no knowledge of any medical purchase records being destroyed at Brooks City-Base. If records were to be destroyed, they would have been turned to Base Records Management Office, but since I have been at Brooks, no medical purchase records were sent to that department.

10. My medical logistics organization's standard record retention/destruction policy is to retain all purchase orders for 6 years and 3 months after the purchase date, then follow the instructions according to AFI 41-209 Ch. 3.39.2. However, credit card purchase orders would be saved and not destroyed on schedule if my organization becomes aware of a potential claim or filed lawsuit.

Marc Tawil
Director of Medical Logistics

Subscribed and Sworn to before me this 5th day of July, 2006.

Shelley D. Fox
NOTARY PUBLIC

SHELLEY D. FOX
MY COMMISSION EXPIRES
August 11, 2009