COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF JOHN G. TERRA

1. My name is John G. Terra. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am a Trial Attorney at the Air Force Legal Operation Agency, Rosslyn, Virginia. I have been in this position since June 10, 2005.

3. I became aware of the claim filed by United Medical on May 18, 2006 via e-mail. It appeared at that time that this litigation did not pertain to our office.

4. On May 18, 2006, I called Kathleen Hallam, Attorney at Defense Supply Center Philadelphia, and coordinated my assistance in coordinating with affiants for several Air Force locations (Altus AFB, Brooks AFB, Cannon AFB, Dyess AFB, Goodfellow AFB, Holloman AFB, Kelly AFB, Laughlin AFB, Randolph AFB, Reese AFB, Sheppard AFB, Tinker AFB, and Vance AFB). AFMLO-OL-2 was later added to the list of Air Force locations.

5. Our office located information online concerning the decommissioning of Reese Air Force Base in 1997 and Kelly Air Force Base in 2001 both as a result of the 1995 Base Realignment and Closure Commission.

6. I was able to locate an affiant to attest to the disposition of records from Reese Air Force Base, but I was unsuccessful in my attempt to locate the records from Kelly Air Force Base and/or an affiant to attest to the location of the records from Kelly Air Force Base. I contacted various individuals to assist me in these efforts. Those individuals in turn contacted other individuals. These efforts were made between the dates of May 19, 2006 and today's date. The following is a list of individuals who were involved in this search, to the best of my knowledge:

Ms. Marcia L. Kurtz – Legal Advisor for Procurement and HIPAA Issues Office of the Surgeon General

Colonel Dave Lannen, USAF – MSC Chief, Healthcare Support Division
Air Force Materiel Command
Ms. Alice A. Rohrbach – Budget Analyst, Office Of The Command
Surgeon, Air Force Materiel Command
Mr. Glenn Purath – Headquarters, Air Force Material Command, A6
Mr. Mark Alexander – Headquarters, Air Force Materiel Command, Legal Office
Ms. Sandra Parker – Headquarters Air Education and Training Command, A6
Captain Elliot R. Selle, USAF – Medical Law Consultant, Wilford Hall
Medical Center, Lackland Air Force Base
Mr. Alfred Nolting – Brooks City-Base, Texas Legal Office
Joseph A. Procaccino, Jr. – Legal Advisor to the Air Force Surgeon General

7. To date, to the best of my knowledge, the records relating to Kelly Air Force Base or the medical treatment facility located at that installation have not been located; neither has an affiant been identified with personal knowledge of the records.

John G. Terra
Trial Attorney
Air Force Legal Operations Agency

Subscribed and Sworn to before me this 5th day of July 2006.

NOTARY PUBLIC

KENNETH R. HENKEL, TSgt, USAF
Paralegal Journeyman
Notary By Federal Statue
10 U.S. Code 1044a
Commission Expires: 14 March 2010