COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

AFFIDAVIT OF KENNETH M. CHAPMAN

1. My name is Lt Kenneth Chapman. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Flight Commander, 12th Medical Logistics Flight (12MDSS/SGSL) at Randolph Air Force Base, Texas. I have been in this position since 6 July 2005.

3. On 10 May 2006 12 MDSS was notified Ms. Kathleen Hallam at DLA of the claim filed by United Medical. We were recently made aware of an email reportedly sent to 1st Lt Robert Retsch (now Maj Retsch) and SSgt Sandy Paulk (now TSgt Stephens) at this office on 6 November 2002 which may have informed us of the claim. However, Maj Retsch was no longer at Randolph Air Force Base in November 2002. TSgt Paulk has no recollection of ever receiving an email.

4. In June of 2006 we searched our records for medical purchase documentation and found 62 boxes of documentation containing medical purchase material. Contained in those boxes are Government Credit Card receipts, Receiving Reports, and Invoices. In response to becoming aware of the claim in May 2006, we took steps to safeguard and preserve these documents. We placed labels on the boxes stating not to remove or destroy without prior coordination with base legal.

5. Subsequent to the original notification of the litigation, I also received the following communications relative to the preservation of potentially relevant evidence: an email from TSgt Kenneth Henkel, AFLOA/JACN, dated 22 May 2006

6. At the time I became aware of the claim/litigation, I was in possession of the following records: receiving reports, invoices and Government Purchase Card receipts for fiscal years 2000, 2001, 2002, 2003, 2004, 2005, 2006.

7. Since I have been here we have not destroyed any documents. I asked my staff and they have no knowledge of records being destroyed prior to my arrival but if the personnel before me followed procedures, then records were shredded after they were 6 years and 3 months old.

8. Although medical purchase records have not been destroyed since I've been here, the standard means for destroying records is by shredding.

9. 12 MDSS standard record retention/destruction policy is in accordance with AFI 41-209, we destroy records over six years and 3 months old by shredding them. If there is a lawsuit or potential claim we freeze the destruction of those records related to the claim or lawsuit until the matter is settled.

1Lt Kenneth Chapman
Flight Commander, Medical Logistics

Subscribed and Sworn to before me this 5th day of July 2006.

Officer