COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF JESSE E. SCHRUNK

1. My name is Jesse Schrunk . I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the NCOIC, Medical Logistics at 97 MDG Altus AFB OK. I have been in this position since Aug 2003.

3. I became aware of the claim filed by United Medical on May 10, 2006, by e-mail from Ms. Kathleen Hallam from DSCP.

4. In response to becoming aware of the claim, we searched our files for IMPAC (Government Credit Card) receipts and other sales or purchase transactions, and found no data pertinent to this case.

5. To the best of my knowledge, we did not find out about this case until May 10, 2006.

6. In response to becoming aware of the suit on May 10, 2006, we reviewed all staged files and found no data concerning sales transactions pertinent to this case to preserve potentially relevant evidence.

7. Subsequent to the original notification of the litigation, the 97 MDG also received one e-mail from AETC/SGSL, MSgt Megan St.Clair, on May 23, 2006, instructing us to preserve potentially relevant evidence.

8. After a thorough search of credit card records, no records were found concerning sales transactions pertinent to this case.

9. The MFT is not in possession of any records relevant to the sales transactions in this matter.

10. My understanding is from talking with the staff, any potentially relevant sales records older than three years were disposed of in the normal course of business by shredding and are no longer in existence.

11. My understanding is from talking with the staff, pursuant to AFI 64-117, sales records older than three years are destroyed by shredding.

12. The 97 MDG standard record retention/destruction policy is: IAW AFI 41-209 chap. 4, para. 4.12.11. "Retain PV receipt documents for six years and three months to support disbursement of funds as required by public law." IMPAC credit card records are maintained for up to three years, pursuant to AFI 64-117. When the facility becomes aware of a potential claim or filed lawsuit all documents are held until further disposition instruction from the notifying agency.

JESSE E. SCHRUNK, MSgt USAF
NCOIC, Medical Logistics

Subscribed and Sworn to before me this 23rd day of June 2006.

NOTARY PUBLIC

NOTARY SEAL PUBLIC
DAVID D. GRUND
Jackson County
Notary Public in and for
State of Oklahoma
Commission # 04005963 Expires 7/02/08