COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

Case No. 03-CV-289

v.

Judge Allegra

THE UNITED STATES,
Defendant.

---

AFFIDAVIT OF JENNIFER CROSBY

1. My name is Jennifer Crosby. I am a Technical Sergeant in the United States Air Force. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Non Commissioned Officer in Charge (NCOIC) of Medical Material at the Tinker AFB Medical Facility. I have been in this position since April 2005.

3. To the best of my knowledge, Tinker Medical Facility was not aware of any claim filed by United Medical Supply company until May 10, 2006 when I was notified by Kathleen Hallam at DSCP via email.

4. Because we were unaware of a claim, no steps were taken in response to a claim to preserve potentially relevant evidence prior to May 10, 2006.

5. Tinker Medical Facility was formally notified of the pendency of the subject suit on May 10, 2006. That notification was given by DSCP. Tinker Medical Facility was again notified on May 24, 2006 by the Tinker Legal Office which was notified of the pendency of the subject suit by the Office Manager, Commercial Litigation Division AFLOA/JACN on May 22, 2006 via email.

6. In response to becoming aware of the suit on May 10, 2006, we gathered any remaining potentially relevant records and moved them to a secure location to prevent destruction of the potentially relevant evidence.

7. At the time the Tinker Medical Facility became aware of the claim/litigation, Tinker Medical Facility was in possession of the following records, which include IMPAC credit card receipts (a.k.a. Government Purchase Card (GPC) receipts), Depo (a.k.a. S9M) receipts, and Blanket Purchase Agreements:

Five Boxes of Prime Vendor #7133 (United Medical) Receipts:

A. K035-K140 (Dec 97 – Nov 98)
B. K141-K261 (Oct 98 – May 99)
C. K315-K385 (Jun 99 – Aug 99) & K757-K859 (Oct 00 – Mar 01)
D. K380-K620 (Aug 99 – Mar 00)
E. K621-K756 & U003 – U011 (Mar 00 – Sept 00)

Ten Boxes of Non Prime Vendor Receipts:

A. 8175-8355 (98-99)
B. 8246-8272 (98)
C. 8358-9064 (98-99)
D. 9067-9140 (99)
E. 9141-9214 (99)

F. 0003-0084 (00)
G. 0087-0171 (00-01)
H. 0172-0257 (00)
I. 0209-0308 (02-03)
J. 8096-8191 (98)

8. These records are being safeguarded by Tinker Medical Facility. They are being stored in a secure warehouse that can only be accessed by Medical Logistics personnel. All logistics personnel have been informed of the legal action and have been instructed not to move or destroy any of the records. The records were shipped to Kathleen D. Hallam, DSCP-G Office of Counsel, Building 36/3, 700 Robbins Avenue Philadelphia, PA 19111 on June 23, 2006, via TMO using a secured method.

9. The attachment titled, "Records Transmittal and Receipt" identifies potentially relevant records, including prime vendor receipts, known to have been destroyed from or near the relevant timeframe.

10. The destruction of these documents (see Attachment) occurred in the following manner: Fourteen boxes, including some prime vendor receipts, were sent to staging on 10/23/1998. After being held in staging for the time mandated in AFMAN 37-139 they were destroyed by burning the documents

11. Although the record retention policy has been updated in recent years, the Tinker Medical Facility standard record retention/destruction policy during the time in question was described in AFMAN 37-139 (obsolete), which stated that these records should be kept for 1 year after the close of the fiscal year in which they were created. Documents that were identified as relevant to pending claims or litigation were preserved until it was determined that they are no longer needed for evidentiary purposes. All of the above listed retained documents should have been destroyed pursuant to the retention/destruction policy but were never sent to staging.

Jennifer Crosby

Name: Jennifer Crosby, TSgt, USAF
Title: NCOIC, Medical Material

Subscribed and Sworn to before me this 23 day of June 2006.

Cammy Drebes

NOTARY PUBLIC

CAMMY DREBES
NOTARY PUBLIC
# 03007471
EXP. 6/10/07
IN AND
FOR
STATE OF OKLAHOMA
OKLAHOMA COUNTY

Attachment: Records Transmittal and Receipt

# RECORDS TRANSMITTAL AND RECEIPT

Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse.

PAGE 1 OF 2 PAGES

1. TO (Complete the address for the records center serving your area as shown in 36 CFR 1228.150.)

Federal Records Center
72 CS/SCBA
3001 STAFF DR. SUITE 1AG85A
TINKER AFB, OK 73145-8102

5. FROM (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address.)

72ND MDSS/SGSL
5700 ARNOLD ST. BLDG 5801
TINKER AFB. OK 73145-8102

DOC# 11075
Date Received 10-23-98
Data Located 10-26-98
Bldg. 3 Dr. 65 Bx 43585
STAC:

2. AGENCY TRANSFER AUTHORIZATION — TRANSFERRING AGENCY OFFICIAL (Signature and title): [signature] KURT E. KONRATH, MSgt, USAF, Supt, Medical Logistics Flight — DATE: 15OCT98

3. AGENCY CONTACT — TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No.): SUE H. WHITING, A1C, 72 MDSS/SGSL 736-2171

4. RECORDS CENTER RECEIPT — RECORDS RECEIVED BY (Signature and title): Peggy Brooks — DATE: 10-23-98

Fold

6. RECORDS DATA

| RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | LOCATION (j) | SHF LF (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 342 | 99 | Row | 14<br>22 | 1/14 | SOURCE DOCUMENTS (ACCRUED [illegible] THRU [illegible] 98)<br>RECIEPT DOCUMENT #4109-6256 | N | AFMAN 37-139 T41-4 R-21 | 6Y3M | | | | |
| | | Bin | 2 | 2/14 | RECIEPT DOCUMENT #62[illegible]-6304 | N | | FROM | | | | |
| | | Row<br>Bin | 22<br>3 | 3/14 | RECIEPT DOCUMENT #6305-7014 | N | | END OF FY98 | | | | |
| | | | | 4/14 | RECIEPT DOCUMENT #7015-7083 | N | | JAN 2005 | | | | |
| | | | | 5/14 | RECIEPT DOCUMENT #7084-7150 | N | | | | | | |
| | | Row<br>Bin | 22<br>4 | 6/14 | RECIEPT DOCUMENT #7153-7209 | N | | | | | | |
| | | | | 7/14 | RECIEPT DOC #7210-7268. ROD BK FY '95-'96. PII FY '97 | N | — | JAN 2004 | | | | |
| | | | | 8/14 | PRIME VENDOR RECIEPTS TR 78 - TT 66 | N | | | | | | |

DESTROYED

approved: Peggy Brooks

Standard Form 135 (Rev. 7-85) (E
Prescribed by NAF
36 CFR 1228.1
(PerFORM PRO/NAF/EF-

## RECORDS TRANSMITTAL AND RECEIPT

Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse.

PAGE 2 OF 2 PAGES

1. TO (Complete the address for the records center serving your area as shown in 36 CFR 1228.150.)

Federal Records Center
72 CS/SCB/..
3001 STAFF DR. SUITE 1AG85A
TINKER AFB, OK 73145-8102

5. FROM (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address.)

72ND MDSS/SGSL
5700 ARNOLD ST. BLDG 5801
TINKER AFB, OK 73145-8102

2. AGENCY TRANSFER AUTHORIZATION — TRANSFERRING AGENCY OFFICIAL (Signature and title) — DATE: 15OCT98

3. AGENCY CONTACT — TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No.)
SUE H. WHITING, A1C
72 MDSS/SGSL 736-2171

4. RECORDS CENTER RECEIPT — RECORDS RECEIVED BY (Signature and title) — DATE

6. RECORDS DATA

| RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | LOCATION (j) | SITE LF (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Row Bin | 14 22 5 | 9/14 | PRIME VENDOR RECIEPTS TT67- TU 58 | N | AFMAN 37-139 T41-4 R-21 | 6Y3M | | | | |
| | | | | 10/14 | PRIME VENDOR RECIEPTS TU03- 57; TL41-80 | N | | FROM | | | | |
| | | | | 11/14 | PRIME VENDOR REC. TL 01- 40; TK96,97,99; TV 01-99 | N | | END OF | | | | |
| | | Row Bin | 22 6 | 12/14 | PRIME VEN. REC. TW01-TW27, P.V. MEDSURG K001-K034, PVM & PVP LOG BKS,DEA '86-'93 | N | | FY98 JAN 2005 | | | | |
| | | | | 13/14 | RECIEPT DOCUMENT #1000-6100 | N | | | | | | |
| | | | | 14/14 | RECIEPT DOCUMENT #0500-3900, 7000-9500 | N | | | | | | |
| | | | | | | N | | | | | | |
| | | | | | | N | | | | | | |

Standard Form 135 (Rev. 7-85) (EG)
Prescribed by NARA
36 CFR 1228.152
(PerFORM PRO/AF/EF-V3)

DD FORM 1387, JAN 90

TCN SW32116174X501XXX

10. DATE 2006174

11. RDD 177

3. FROM
SW3211
TRANSPORTATION OFFICER
SW3211 DDOO P.O. BOX 458000
TINKER AFB, OK 73145

2. POSTAGE DATA
COR TRANS
DEFENSE DEPOT
OKLAHOMA

5. SHIP TO/POE
DSCP-G
KATHLEEN D. HALLAM
OFFICE OF COUNSEL BLDG 36/3
700 ROBBINS AVENUE
PHILADELPHIA PA 19111
E42X12

16. PIECES
00001 OF 0001

8. PROJECT

6. TRANSP PRIORITY
1

7. POD

15. FMS CASE

9. ULTIMATE CONSIGNEE OR MARK FOR
DSCP-G
KATHLEEN D. HALLAM
OFFICE OF COUNSEL BLDG 36/3
700 ROBBINS AVENUE
PHILADELPHIA PA 19111

E42X12

18. TCMD/SUPPLY INFO

10. WT/CU THIS PC
546.00 26.4

4. TYPE SERVICE
COO-ON S1LM

13. CHARGES
554.29

CN: UBN9SW6

Dest:

Spur:

CD:

UBN9SW6

2.1U00

CONTROL NUMBER

Tsgt Crosby,
this is your copy
for file
Shipped out 6-23-06
By [signature]

**CTL**
CorTrans Logistics, LLC®
800/863-5772

House bill#:317755
TCN:SW32116174X501XXX

Shipper#: TINKER
TINKER AIR FORCE BASE
BLDG 506, DDOO-TH
7401 SECOND STREET
TINKER AFB, OK 73145

Consignee#:E42X12
DSCP-G
OFFICE OF COUNSEL BLDG 36/3
700 ROBBINS AVENUE
PHILADELPHIA, PA 19111

Service: NEXT DAY

I acknowledge receipt of and responsibility IAW AFI 23-111 for the items described below and will return them by the return date indicated.

| ISSUED TO: SIGNATURE | DUTY PHONE | ISSUED BY | |
|---|---|---|---|
| [signature] | 739-7259 | [signature] | |
| ISSUED TO: NAME, GRADE, ORGN *(Type or print)* | ORGN ACCT NO. | DATE OF ISSUE | RETURN DATE |
| Lewis HATFIELD WG8 DD00257F | | 6-23-06 | |

| STOCK NUMBER | DESCRIPTION OF ITEM | U/I | QNTY |
|---|---|---|---|
| Pallet of Records | Pallet containing 15 Boxes | EA | 1 |
| | A. K035-K140 | | |
| | B. K141 - K261 | | |
| | C. K314 - K385 + K757-K859 | | |
| | D. K380 - K620 | | |
| | E. K621-K756 + U003-U011 | | |
| | F. 8195-8355 H. 0003-0084 | | |
| | G. 8246-8272 I. 0087-0171 | | |
| | H. 8358-9064 J. 0172-0257 | | |
| | I. 9067-9140 K. 0209-0308 | | |
| Last Item — | J. 9141-9214 L. 8096-8191 — Last Item — | | |

AF FORM 1297, 19870701 *(EF-V4)* PREVIOUS EDITION WILL BE USED. **TEMPORARY ISSUE RECEIPT**

I acknowledge receipt of and responsibility IAW AFI 23-111 for the items described below and will return them by the return date indicated.

| ISSUED TO: SIGNATURE | DUTY PHONE | ISSUED BY | |
|---|---|---|---|
| ISSUED TO: NAME, GRADE, ORGN *(Type or print)* | ORGN ACCT NO. | DATE OF ISSUE | RETURN DATE |

| STOCK NUMBER | DESCRIPTION OF ITEM | U/I | QNTY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

AF FORM 1297, 19870701 *(EF-V4)* PREVIOUS EDITION WILL BE USED. **TEMPORARY ISSUE RECEIPT**

SHIPPING CONTAINER TALLY → 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50

# REQUISITION AND INVOICE/SHIPPING DOCUMENT

*Form Approved*
*OMB No. 0704-0246*
*Expires Feb 28, 2006*

The public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0246). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ORGANIZATION. RETURN COMPLETED FORM TO THE ADDRESS IN ITEM 2.**

1. FROM: *(Include ZIP Code)*
72 MDSS/SGSL TSgt Jennifer Crosby
5700 Arnold Street Bldg 5801, Tinker AFB, OK 73145

SHEET NO.: | NO. OF SHEETS: | 5. REQUISITION DATE:
6. REQUISITION NUMBER: SW3211 6174 K501
7. DATE MATERIAL REQUIRED *(YYYYMMDD)*: 6177
8. PRIORITY: 02

2. TO: *(Include ZIP Code)*
DSCP-G Attn: Kathleen D. Hallam
Office of Counsel Bldg 36/3 700 Robbins Ave Philadelphia, PA 19111

9. AUTHORITY OR PURPOSE:
10. SIGNATURE: Jennifer Crosby
11a. VOUCHER NUMBER & DATE *(YYYYMMDD)*: Jennifer T Crosby TSgt
b. 736-2572
12. DATE SHIPPED *(YYYYMMDD)*: 20060620

3. SHIP TO - MARK FOR
Kathleen D. Hallam
DSCP-G
Office of Counsel Building 36/3
700 Robbins Avenue
Philadelphia, PA 19111

E42X12

13. MODE OF SHIPMENT:
14. BILL OF LADING NUMBER:
15. AIR MOVEMENT DESIGNATOR OR PORT REFERENCE NO.:

4. APPROPRIATIONS DATA
97X 4930.FC0B.6B FM2030 672300

AMOUNT:

| ITEM NO. (a) | FEDERAL STOCK NUMBER, DESCRIPTION, AND CODING OF MATERIEL AND/OR SERVICES (b) | UNIT OF ISSUE (c) | QUANTITY REQUESTED (d) | SUPPLY ACTION (e) | TYPE CONTAINER (f) | CONTAINER NOS. (g) | UNIT PRICE (h) | TOTAL COST (i) |
|---|---|---|---|---|---|---|---|---|
| 5 | Boxes of PVM Receipts | LT | — | — | — | — | — | Ø |
| 10 | Boxes of GPC, BPA, Depot, GSA receipts | LT | — | — | — | — | — | Ø |
| | | /15 | | 235 # | | | | |

16. TRANSPORTATION VIA MATS OR MSTS CHARGEABLE TO
17. SPECIAL HANDLING

| 18. RECAPITULATION OF SHIPMENT | TOTAL CONTAINERS | TYPE CONTAINER | DESCRIPTION | TOTAL WEIGHT | TOTAL CUBE |
|---|---|---|---|---|---|
| ISSUED BY | | | | | |
| CHECKED BY | | | | | |
| PACKED BY | | | | | |
| | | | ← TOTAL → | | |

| 19. RECEIPT | DATE *(YYYYMMDD)* | BY | |
|---|---|---|---|
| CONTAINERS RECEIVED EXCEPT AS NOTED | | | SHEET TOTAL: 0.00 |
| QUANTITIES RECEIVED EXCEPT AS NOTED | | | GRAND TOTAL: |
| POSTED | | | 20. RECEIVER'S VOUCHER NO.: |

DD FORM 1149, JUN 2003 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 84 85 86 87 88 89 90 91 92 93 94 95 96 97 98 99 100
PREVIOUS EDITION IS OBSOLETE.

08.1V00

DD FORM 1348-1A, JUN 86 ISSUE RELEASE/RECEIPT DOCUMENT FORM APPROVED OMB NO 0704-0188

| DOC IDENT | RI FROM | M&S | UNIT ISS | QUANTITY | SER | SUPPLEMENTARY ADDRESS | SIG | FUND | DISTRIBUTION | PROJECT | PRI | REQ'D DEL DATE | ADV | RI | O/P | COND | MGT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZWTSDU | | | | EA00015 | | E42X12M | | | | 02177 | | | | FHB | A | | |

1. TOTAL PRICE: DOLLARS 00000000000 CTS 00
UNIT PRICE: DOLLARS 00000 CTS

2. SHIP FROM: DDOO DLA DEPOT TINKER AFB OK SW3211
3. SHIP TO: E42X12
4. MARK FOR: E42X12 DSCP-G KATHLEEN D. HALLAM

| 5. DOC DATE | 6. NMFC | 7. FRT RATE | 8. TYPE CARGO | 9. PS |
|---|---|---|---|---|
| 06174 | 999916 | | Z9 | U |

| 10. QTY RECD | 11. UP | 12. UNIT WEIGHT | 13. UNIT CUBE | 14. UFC | 15. SL |
|---|---|---|---|---|---|
| | 00000 | 0000001.00 | 0001.000 | | |

16. FREIGHTCLASSIFICATION NOMENCLATURE: FREIGHT ALL KINDS (FAK)

17. ITEM NOMENCLATURE: TRANSHIP

| 18. TY CONT | 19. NO CONT | 20. TOTAL WEIGHT | 21. TOTAL CUBE |
|---|---|---|---|
| | | | |

| 22. RECEIVED BY | 23. DATE RECEIVED |
|---|---|
| | |

24. DOCUMENT NUMBER & SUFFIX (30-44): SW32116174X501

25. NATIONAL STOCK NO & ADD (8-22): 2995PVMGPCBPA

26. RIC (4-6) UI (23-24) QTY (25-29) CON CODE (71) DISTR (55-56) UP (74-80): SDU EA 00015 A 0000000

3PZB155

1

27. ADD'L DATA

PROJ:

REC OCN:

SPI:

DMIL:

JON:

HCC:

CIIC: U

HCC MSG:

TY CARGO MSG: NO SPECIAL CODE APPL

T005067

MSDS

BIN: Z99

DT6174/TI1315 D/C-PK:B506/L006 / DSG: PCN: 3PZB155

DD FORM 1348-1A, JUN 86 ISSUE RELEASE/RECEIPT DOCUMENT FORM APPROVED OMB NO 0704-0188

| DOC IDENT | RI FROM | M&S | UNIT ISS | QUANTITY | SER | SUPPLEMENTARY ADDRESS | SIG | FUND | DISTRIBUTION | PROJECT | PRI | REQ'D DEL DATE | ADV | RI | O/P | COND | MGT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZWTSDU | | | | EA00015 | | E42X12M | | | | 02177 | | | | FHB | A | | |

1. TOTAL PRICE: DOLLARS 00000000000 CTS 00
UNIT PRICE: DOLLARS 00000 CTS

2. SHIP FROM: DDOO DLA DEPOT TINKER AFB OK SW3211
3. SHIP TO: E42X12
4. MARK FOR: E42X12 DSCP-G KATHLEEN D. HALLAM

| 5. DOC DATE | 6. NMFC | 7. FRT RATE | 8. TYPE CARGO | 9. PS |
|---|---|---|---|---|
| 06174 | 999916 | | Z9 | U |

| 10. QTY RECD | 11. UP | 12. UNIT WEIGHT | 13. UNIT CUBE | 14. UFC | 15. SL |
|---|---|---|---|---|---|
| | 00000 | 0000001.00 | 0001.000 | | |

16. FREIGHTCLASSIFICATION NOMENCLATURE: FREIGHT ALL KINDS (FAK)

17. ITEM NOMENCLATURE: TRANSHIP

| 18. TY CONT | 19. NO CONT | 20. TOTAL WEIGHT | 21. TOTAL CUBE |
|---|---|---|---|
| | | | |

| 22. RECEIVED BY | 23. DATE RECEIVED |
|---|---|
| | |

24. DOCUMENT NUMBER & SUFFIX (30-44): SW32116174X501

25. NATIONAL STOCK NO & ADD (8-22): 2995PVMGPCBPA

26. RIC (4-6) UI (23-24) QTY (25-29) CON CODE (71) DISTR (55-56) UP (74-80): SDU EA 00015 A 0000000

3PZB155

1

27. ADD'L DATA

PROJ:

REC OCN:

SPI:

DMIL:

JON:

HCC:

CIIC: U

HCC MSG:

TY CARGO MSG: NO SPECIAL CODE APPL

T005067

MSDS

BIN: Z99

DT6174/TI1315 D/C-PK:B506/L006 / DSG: PCN: 3PZB155