COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

**AFFIDAVIT OF SHARLOTTE TERRY**

**1. My name is Sharlotte Terry. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.**

**2. I am the Air Education and Training Command (AETC) Command Records Manager. I have been in this position since May 2003, but I have been in this office since 1997.**

**3. Reese AFB TX closed in 1997. Any purchase documents would have been destroyed IAW the existing dispositions in the Air Force Records Disposition Schedule, which would have been 1 year after final payment. Additionally, I have no knowledge that AETC received any kind of notice not to destroy these records. They would have been destroyed using the prescribed disposition schedule for the records. Depending upon their sensitivity and the format they would have been in (paper or electronic), they would have been thrown in recycling, shredded or deleted from any electronic media they might have been on. Since I don't have any reference to these documents in any of the records we hold in the AETC Records Office, I cannot say for sure which format they were in or even if they existed nor can I determine positively how they were destroyed.**

**4. As Records Manager I did not become aware of the claim filed by United Medical until 23 May 2006.**

**5. In response to becoming aware of the claim, I searched our records to determine if we had any documents or evidence relevant to the claim. As stated in paragraph 3 above, any such evidence would have been destroyed within one year of the closure of Reese AFB. Therefore, we are not able to take any steps to preserve evidence, since all evidence would have been destroyed in 1998, one year after the closure of Reese.**

**6. Since becoming aware of the claim, I have not received any documents or evidence that would be relevant to the claim.**

**7. The standard record retention/destruction policy is: The policy for records retention is to maintain records for the length of time prescribed by the Air Force Records Disposition Schedule (RDS). Every disposition is approved by the National Archives and Records Administration and is published in the Federal Register prior to final publication in the RDS.**

Sharlotte Terry
SHARLOTTE TERRY
AETC Command Records Manager

Subscribed and Sworn to before me this 24 day of May 2006.

BARBARA J. NEAL
Notary Public
State of Texas
My Comm. Exp. 06-27-2009

Barbara J. Neal
NOTARY PUBLIC