COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF DWAYNE A. BACA

1. My name is Captain Dwayne Baca. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Medical Logistics Flight Commander at Dyess AFB Clinic. I have been in this position since January 2006.

3. I became aware of the suit/claim filed by United Medical on 23 May 2006 after I received a phone call from Captain Yvette Yarbrough, Assistant Staff Judge Advocate, Dyess AFB. I was unaware of any lawsuits/claims prior to this notification. From speaking with current staff, no one was aware of the allegations. I also spoke with Ms. Deloris Franklin and Amn Steven Smith (now stationed at Lackland AFB), who were stationed at Dyess at the time of the allegations and listed as recipients of the November 2002 DSCP e-mail. They were both unaware of the suit/claim.

4. In response to becoming aware of the suit/claim, we checked our medical supply reports as far back as we have stored to preserve potentially relevant evidence, including our IMPAC card statements and receipts, purchase orders, blanket purchase orders, and source documents.

5. As far as I know the Dyess Clinic was not made aware of the suit/claim until we received the 23 May 2006 phone call from Capt Yarbrough, Assistant Staff Judge Advocate, Dyess AFB.

6. In response to becoming aware of the suit/claim, we checked our medical supply reports as far back as we have stored to preserve potentially relevant evidence. Our IMPAC card statements and receipts, purchase orders, blanket purchase orders, and source documents go back to Jan 01.

7. Subsequent to the original notification of the litigation, Dyess Clinic has not received any communications relative to the preservation of potentially relevant evidence. Our initial notification was on 23 May 2006.

8. At the time I became aware of the suit/claim, the Dyess Clinic was not in possession of any records dated earlier than January 2001.

9. The Dyess Clinic currently has the following records: IMPAC card statements and receipts, purchase orders, blanket purchase orders, and source documents dating back to January 2001.

10. The following potentially relevant records are known to have been destroyed: The above listed records dated prior to January 2001 were destroyed (shredded) in accordance with Air Force and Federal guidelines.

11. The destruction of the above documents occurred in the following manner: The above listed records dated prior to January 2001 were shredded in accordance with Air Force and Federal guidelines.

12. The Dyess Clinic standard record retention/destruction policy is: Before 6 December 2002, the retention/destruction period was one year per AFI 64-117, *AF Government-Wide purchase Card (GPC) Program*. From 6 December 2002 to 31 January 2006 the retention/destruction period was three years per the same AFI. From 31 January 2006 to the present, the retention/destruction period is six years and three months. Per FAR 4.805, *Storage, Handling and Disposal of Contract Files*, when we become aware of a potential claim or lawsuit, we retain relevant records until final clearance or settlement.

DWAYNE A. BACA, Capt, USAF, MSC
Medical Logistics Flight Commander

Subscribed and Sworn to before me this 27th day of June, 2006.

NOTARY PUBLIC

BILLY G. SHEARER, JR.

**7 BW/JA, Dyess AFB, TX**
**Authorized Notary Authority**
**Under Title 10 U. S. C. 1044a**