COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF ANGELA M. YUHAS

1. My name is Angela M. Yuhas. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Medical Logistics Flight Commander at the 17th Medical Group at Goodfellow Air Force Base, Texas. I have been in this position 19 September 2005.

3. The 17th Medical Group became aware of the claim filed by United Medical on 11 May 2006 through an email sent by Air Education and Training Major Command from MSgt Megan St. Clair.

4. In response to becoming aware of the claim, we looked through our records from 1 Oct 1999-30 May 2006 consisting of Purchase Orders, Local Purchase receipts, Blanket Purchase Agreements, Quality Control reports, Prime Vendor receipts for both pharmaceutical and medical surgery, medical logistics requests, local purchase on government purchase card to see if we had any information saved from the years 1997-2001 to preserve potentially relevant evidence.

5. The 17th Medical Group was formally notified of the pendency of the subject suit 11 May 2006. That notification was given by DSCP from Kathleen Hallam through email.

6. In response to becoming aware of the suit, we looked through our records starting from fiscal year 2000 (1 Oct 1999) to see if we had any information saved from October 1996-Sep 2001 to preserve potentially relevant evidence. However, due to the lack of continuity between outgoing/incoming flight chiefs and staff, records from 1 Oct 1996-30 Sep 1999 were destroyed.

7. Subsequent to the original notification of the litigation, the 17th Medical Group has not received communications relative to the preservation of potentially relevant evidence since 11 May 2006.

8. At the time the 17th Medical Group became aware of the claim/litigation, the 17th Medical Group was not in the possession of orders placed under contract, orders placed outside contract, billing information including credit card records within the approximate time frame of 1 Oct 1996-30 Sep 1999 for this claim.

9. The 17th Medical Group currently is in the possession of orders placed under contract, orders placed outside contract, billing information including credit card records from 1 Oct 1999-current 2006 to include: DD 1155, Receiving Reports; AETC 1289, Local Purchase requests; Standard Form 1449, Contracting Form; AF 601, Equipment; and Vendor Invoices to include GPC receipts.

10. The following potentially relevant records are known to have been destroyed by

shredding: orders placed under contract, orders placed outside contract, billing information including credit card records within the time period of 1 Oct 1996-30 Sep 1999.

11. The destruction of the above documents occurred in the following manner: In the first few months of 2004, the records from 1 Oct 1996-30 Sep 1997 were destroyed by shredding. In 2005, the records from 1 Oct 1997-30 Sep 1998 were destroyed by shredding. In 2006, the records from 1Oct 1998-30 Sep 1999 were destroyed by shredding. We still possess the records from 1 Oct 1999-current 2006.

12. The 17th Medical Group standard record retention/destruction policy is:

The policy of record retention policy is to keep medical logistics records for 6 years and 3 months and destroying the records by shredding. We adhere to the guidance set forth in AFRIMS located at https://afrims.amc.af mil. For filing ease, we treat all records the same—even the government purchase card receipts—of retaining them for 6 years and 3 months. If we had these records at the time of notification, we would have pulled them and placed the records in a separate box appropriately labeled with a pending litigation along with notifying our clinic Records Manager However, since 17 MDG Medical Logistics has had several personnel changeovers, there is no continuity folder or pulled records from FY 1997.

Angela M. Yuhas
Medical Logistic Flight Commander

Subscribed and Sworn to before me this 5th day of July 2006.

NOTARY PUBLIC

CINDY L MIDDLETON
Notary Public, State of Texas
My Commission Expires
December 09, 2009