COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

Case No. 03-CV-289

v.

Judge Allegra

THE UNITED STATES,
Defendant.

---

AFFIDAVIT OF MARK A. SABROSKI

1. My name is Mark A. Sabroski. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Medical Logistics Flight Commander at the 27 Medical Group, Cannon AFB NM. I have been in this position since 22 May 06.

3. I received notification of the claim filed by United Medical on 16 May 06, via an e-mail sent from the outgoing Medical Logistics Flight Commander, Capt. Daniel P. Zablotsky.

4. In response to becoming aware of the claim, my flight began looking for relevant evidence relating to the above litigation. Specifically, we searched all of our files for relevant IMPAC card receipts and other sales purchase transactions.

5. The 27 Medical Group, Cannon AFB was formally notified of the pendency of the subject suit on 16 May 06. That notification was given by DSCP via email.

6. In response to becoming aware of the suit, we began looking for relevant evidence to preserve. We have concluded that search and found potentially relevant IMPAC purchase records of medical supplies dating from March of 1999 through 31 May 2001. These records were found in boxes located in the medical logistics supply room at the Cannon AFB Medical Center.

7. Fred H. Cloaninger of the 27 Medical Group received original notification of the suit on 16 May 06, via an e-mail sent from MSgt Megan St. Clair at AETC. Subsequent to the original notification of the litigation, the 27 Medical Group, Cannon AFB did not receive any follow-up communications related to the preservation of potentially relevant evidence.

8. At the time the 27 Medical Group, Cannon AFB became aware of the litigation, the Group was in possession of IMPAC card records relating to the purchase of medical supplies. The records dated from March of 1999 through 31 May 2001. These records were removed from the medical center and taken to the Cannon AFB Legal Office for safekeeping.

9. 27 Medical Group, Cannon AFB standard record retention/destruction policy is that purchase records be retained for six years and three months and then destroyed in accordance with AFRIMS records disposition schedule. AFRIMS states (04 R 13.00) that local purchase and receiving records are to be destroyed six years and three months after the close of the fiscal year in which final payment was made. As stated above, those records have been removed to the Cannon AFB Legal Center for safekeeping.

~~9~~ **10**. The records dating from before March of 1999 were most likely shredded in accordance with the guidance from AFRIMS, but I am personally not aware of the nature of those documents

or of the shredding of these documents since I was not stationed here at the time. In addition to the AFRIMS guidance, the Air Force policy on IMPAC purchase records from 06 Dec 2000 to 06 Dec 2002 was based on AFI 64-117, dated 06 Dec 2000. This policy stated that those records received and/or generated by the cardholder to support purchase transactions be destroyed one year after the final payment of statement. The policy on IMPAC purchase records from 06 Dec 2002 to 31 Jan 2006 was based on AFI 64-117, dated 06 Dec 2002. This policy stated that those records received and/or generated by the cardholder to support purchase transactions be destroyed three years after the final payment of statement. I assume that records dating from before March of 1999 were destroyed in accordance with all of those policies and regulations before 27 Medical Group, Cannon AFB was formally notified of the above litigation on 16 May 2006.

~~10~~ **11**. Once the 27 Medical Group, Cannon AFB is notified of potential litigation all records would be sequestered on advice from our base legal office.

MARK A. SABROSKI, 2d Lt, USAF, MSC
Medical Logistics Flight Commander

Subscribed and Sworn to before me this 26th day of June 2006.

Yolanda A. Infante
NOTARY PUBLIC

**YOLANDA A. INFANTE**
**Notary of New Mexico**
**Curry County**

**My commission expires on 25 January 2007**