COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

# AFFIDAVIT OF MARK A. GREEN

1. My name is Technical Sergeant Mark A. Green. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Non-Commissioned Officer in Charge (NCOIC) of the Medical Logistics Flight, 71st Medical Support Squadron, 71st Medical Group, Vance Air Force Base, Oklahoma. I have been in this position since 3 May 2006. I have been in the medical logistics career field for 18 years.

3. I became aware of the claim filed by United Medical on 25 May 2006. Based on my review of e-mails from the Defense Supply Center Philadelphia (DSCP), I was able to identify two members of the 71st Medical Group as addressees on the e-mails. However, both of these members are not currently assigned to the 71st Medical Group. On 30 June 2006, I contacted MSgt Rick Lester who was listed as an addressee on the DSCP e-mail. MSgt Lester informed me he has no knowledge of receiving the e-mail or otherwise learning about litigation regarding United Medical Supply Company while he was at Vance Air Force Base. The other addressee, Sgt Louise Peterson, has been discharged from the United States Air Force.

4. In response to becoming aware of the claim, I have search our official records storage area and secured purchase records for fiscal year 2001 (1 October 2000-30 September 2001) and fiscal year 2002 (1 October 2001-30 September 2002). I was unable to locate relevant records for fiscal years 1996-2000. I am not aware of what steps, if any, members of the 71st Medical Group took to preserve potentially relevant evidence in October and November 2002 when the DSCP e-mails were allegedly sent to Vance Air Force Base.

5. In response to becoming aware of the suit on 25 May 2006, I have searched for records relevant to the litigation and secured purchase records for fiscal year 2001 and fiscal year 2002. These records contain IMPAC purchases from United Medical.

6. It is unknown at this time if potentially relevant records have been destroyed prior to 25 May 2006.

7. The destruction of any potentially relevant records occurred pursuant to the United States Air Force's standard record retention/destruction policy. Records are generally destroyed at Vance Air Force Base by recycling.

8. The 71st Medical Group's standard record retention/destruction policy is governed by Air Force Web-RIMS T41-04R13.00 (Records Disposition Schedule), Air Force Manual, 37-123 (Management of Records), and Air Force Instruction 41-209 (Medical Logistics Support). Accountable records to include local purchase orders and receipts are maintained for six years, three months. If retained separately, government purchase card (formerly IMPAC card) records are maintained for three years per Air Force Instruction 64-117.

Mark A. Green

MARK A. GREEN, TSgt, USAF
NCOIC, Medical Logistics Flight

**STATE OF OKLAHOMA**

**COUNTY OF GARFIELD**

On the 30th day of June 2006, before me, Velma J. Null, Notary Public, personally appeared Mark A. Green, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to within the instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, or the entity upon behalf of which the person acted, executed the instrument.

Velma Jean Null

*VELMA J. NULL*

My Commission Expires: April 12, 2008