COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF ANTONIO D. LOVE

1. My name is Antonio D. Love, Maj, USAF. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Chief, AF Medical War Reserve Materiel (AFMOA/SGSLW) now located at Kelly USA, San Antonio Texas as of August 2002. This function was formerly located in Ft. Worth Texas under the organizational name of AFMLO OL-2. I have been in this position since 19 June 2006.

3. I asked my staff whether and when AFMOA/SGSLW became aware of the claim filed by United Medical. My staff tells me that on 13 June 2006, we were informed of the claim/suit via email string from the Air Force Legal Operations Agency to Tim Morgan, Director, Medical War Reserve Materiel Services.

4. In response to becoming aware of the claim, we searched through everything that was brought from the AFMLO OL-2 Ft. Worth location, identified anything pertaining to that timeframe and set it aside to preserve potentially relevant evidence.

5. AFMOA/SGSLW was formally notified of the pendency of the subject suit on 13 June 2006. Attached in the email was document that included a current employee, Glen Bonney as an addressee. The document was an email, dated 6 November 2002, to notify/request information pertaining to United Medical be identified, and safeguarded in case DSCP would need copies. The email was never received by Mr. Bonney as this organization did not have email capability until December 2002. There is no other evidence of notification.

6. In response to becoming aware of the suit, we immediately identified, separated and marked "do not destroy" to preserve potentially relevant evidence.

7. Outside of the referenced notification in items 3 and 5, I know of no other communications to AFMOA/SGSLW.

8. At the time AFMOA/SGSLW became aware of the claim/litigation, AFMOA/SGSLW was in possession of the following records: 1998-2001 Prime Vendor Orders from United Medical, credit card orders/receipts from 2001, BPA orders from 2001.

9. AFMOA/SGSLW currently has the following records: 1998-2001 Prime Vendor Orders, Credit Card Orders/Receipts from 2001, BPA orders from 2001.

10. I have no knowledge of any potentially relevant records being destroyed. I asked my staff here and they have no knowledge of any potentially relevant records being destroyed.

11. Although I have no knowledge of any records being destroyed the normal destruction process at AFMOA/SGSLW is done through shredding of documents that are considered sensitive in nature, otherwise through a recycling program. I do not know how records were disposed of by OL-2 while it was in Ft. Worth.

12. AFMOA/SGSLW Medical materiel records will be disposed of according to the Air Force Records Disposition Schedule, Table 41-4, formally AFMAN 37-139. This is we retain source documents for local purchase receiving records for 6 years and 3 months after the close of the FY in which final payment is made, provided there are no discrepancies for which corrective actions are prescribed. Beyond the 6 years and three months, Table 41-4 directs records be destroyed when the agency determines that the records are superseded, obsolete or no longer needed for administrative, legal, audit or other operational purposes.

Antonio D. Love

ANTONIO D. LOVE, Maj, USAF
Chief, Medical WRM Industrial Ops

Subscribed and Sworn to before me this 20th day of June 2006.

NOTARY PUBLIC, STATE OF TEXAS
DIANE F. SKILLRUD
My Commission Expires
January 14, 2007

Skillrud

NOTARY PUBLIC