ATTACHMENT 1 TO RESPONSE TO NOTICE OF FILING

**Chart Organized by Date of First Notice of Claims by United Medical based on Affidavits**

| | MTF | Affiant | First Knowledge of Claim(s) |
|---|---|---|---|
| 1 | Brooks AFB | Marc Tawil | May 30, 2006 |
| 2 | Vance AFB | Mark Green | May 25, 2006 |
| 3 | Dyess AFB | Dwayne Baca | May 23, 2006 |
| 4 | Dallas NAS | Julia Hatch | May 19, 2006 |
| 5 | Holloman AFB | Winston Massey | May 19, 2006 |
| 6 | Air Force Legal | John Terra | May 18, 2006 |
| 7 | Cannon AFB | Mark Sabroski | May 16, 2006 |
| 8 | Goodfellow AFB | Angela Yuhas | May 11, 2006 |
| 9 | Corpus Navy | Maria M Trevino | May 10, 2006 |
| 10 | Tinker AFB | Jennifer Crosby | May 10, 2006 |
| 11 | Randolph AFB | Kenneth Chapman | May 10, 2006 |
| 12 | Altus AFB | Jesse Schrunk | May 10, 2006 |
| 13 | Ft Hood | Judy Tyler | October 2005 |
| 14 | Bliss Army Health Ctr | Cliff Songer | About January 2005 of notice of claim and lawsuit |
| 15 | WBAMC | Lynn Nelson | March 2003 |
| 16 | Ft Sill | Bruce Christie | Oct 1, 2002 |
| 17 | WBAMC | Oscar Molinar | Fall 2002 |
| 18 | BAMC | Debra A. Thompson | Fall 2002 |
| 19 | Reese AFB | Charlotte Terry | ? |
| 20 | Laughlin AFB | William Marchand | Amendolia email of 2002 |
| 21 | Sheppard AFB | Terry Steele | Amendolia email 2002 |