# In The United States Court of Federal Claims

No. 03-289C

(Filed: July 21, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 5, 2006, defendant filed its notice and affidavits in response to the court's April 26, 2006, order. On July 12, 2006, plaintiff filed a response, and on July 21, 2006, plaintiff filed a motion to compel and request for sanctions. After reviewing these filings, the court hereby establishes the following schedule:

(i) On or before July 31, 2006, plaintiff shall file a supplemental memorandum explaining in detail the spoiliation sanctions it is requesting, including a legal and factual analysis for their application in this case;

(ii) On or before August 9, 2006, defendant shall file its response to plaintiff's motion to compel filed on July 21, 2006, and to plaintiff's supplemental memorandum;

(iii) On or before August 16, 2006, plaintiff shall file its reply to defendant's response.

It is the court's intention to conduct a hearing on these matters in Dallas, Texas, during the week of August 21, 2006, at a place and time to be determined by future order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge