Appendix B - July 2000 Wentzel memo

**From:** Galligan, Donna
**Sent:** Thursday, July 27, 2000 9:00 AM
**To:** Flatley, Linda
**Subject:** RE: PRIME VENDOR - JUNE 00

Linda,

I have not seen anything come in from United. Marherlia said that she has not received anything from them either.

-----Original Message-----
From: Flatley, Linda
Sent: Wednesday, July 26, 2000 4:38 PM
To: Galligan, Donna
Cc: Bynum-Tillman, Marherlia
Subject: FW: PRIME VENDOR - JUNE 00

Donna,
Did we receive the invoice info from Megan (see next to last para of Greg's email)?

Linda Flatley

-----Original Message-----
From: Wentzel, Greg
Sent: Friday, July 14, 2000 3:50 PM
To: Flatley, Linda; Amendolia, Anthony; Galligan, Donna; Rogers, Roslyn
Subject: RE: PRIME VENDOR - JUNE 00

I spoke to Mr. Bandy, United Medical, about the alledged $750,000. He suggested that it was more in the $650,000 range. I advised him that as of the end of June, we were showing about $6000 in delinquent invoices, and that the ULOs awaiting invoicing totalled only $54,626. His AR clerk, Megan, claims that she has confirmations for the 810 EDI transactions corresponding to this last batch of ULOs - the implication being that they are invoicing and the invoices are being lost in our system.

I asked Megan to email me the confirmation data and that I would have our EDI folks check to see how our system could have confirmed receipt and then not processed the invoices.

I also asked that Megan email me invoice #, call numbers, and dollar amount for the top 10 accounts receivable that they were carrying against our contract. I promised Mr. Bandy that I would research and get back to him on how and why he was showing these as not paid, while we had no record of them being owed. Based upon what I found, I indicated that we might be able to determine how to proceed with reconciling his figure $650,000 with our figure - $6000.

Mr Bandy will simply not be mounting his palomino and riding off into the sunset at the end of his contract. We better have a very clear and convincing accounting of the status of United's accounts receivable.

Greg

-----Original Message-----
From: Flatley, Linda
Sent: Thursday, July 13, 2000 8:21 AM
To: Wentzel, Greg
Subject: FW: PRIME VENDOR - JUNE 00