Appendix D – Plaintiff's Initial FOIA Request

LAW OFFICES
**GOINS, UNDERKOFLER, CRAWFORD & LANGDON**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
THANKSGIVING TOWER
1601 ELM STREET, SUITE 3300
DALLAS, TEXAS 75201

**FRANK L. BROYLES**
BOARD CERTIFIED – BUSINESS BANKRUPTCY
TEXAS BOARD OF LEGAL SPECIALIZATION

(214) 969-5454
FAX (214) 969-5902
E-mail: frankb@gucl.com

November 27, 2001

Freedom of Information Act Officer
Defense Supply Center Philadelphia
700 Robbins Ave
Philadelphia, PA 19111-5096

Via Federal Express

RE: **Freedom of Information Act ("FOIA") Requests**

Dear FOIA Officer:

Pursuant to 5 U.S.C. §552 *et seq.*, 32 C.F.R. 286.1 *et seq.* and DoD Directive 5400.7, United Medical Supply Company, Inc., a small business operating as a Debtor-in-Possession under Chapter 11 of the United States Bankruptcy Code, submits the following six (6) FOIA requests for records, which concern certain documents between the DSCP and United Medical, specifically:

Solicitation DLA120-93-R-0587;
Award/Contract SP0200-97-D-7133
Award/Contract SP0200-97-D-7134

Relevant portions of these documents and other documents referenced in this request are attached to assist you in handling with this FOIA request.

United Medical requests that priority be given to records maintained by DSCP and that these records be provided as promptly as possible without waiting on any records from sources other than DSCP.

## I. RECORDS AND INFORMATION REQUESTED

1. The records which the Defense Supply Center Philadelphia (DSCP) used in support of and to make the following statements in the referenced documents shown on the following pages:

| Statement | Reference/ Attached Exhibit # | Date Statement Made |
|---|---|---|
| "The estimated dollar values cited below include all potential JITO/EDO and stockless sales plus the applicable distribution fees<br><br>Estimated dollar value for the base year: $30,177,346.00<br>Estimated Total Amount of Contract $272,268,214.00" | Award/Contract SP0200-97-D-7133, page 1 | 1/30/97 |
| "Estimated Dollar Value: $400,000.00 per year." | p. 2 of 2; Modification number P00006; to Award / Contract SP0200-97-D-7133 | 6/30/97 |
| "Referencing pages 3 and 4 of the solicitation, Line Items 0001AA through 00001AD. Amendment 0001 to the solicitation changed the estimated dollar value of the required supplies for Line Item 0001 AB, from $383,901.94 to $690,083.18 and for<br>Line Item 0001AD, from $42,847.70 to $50,520.10. Amendment 0004 of the solicitation changed the estimated dollar value of the required supplies for Line Item 0001AC from $66,646.91 to $107,363.94." | Letter to United Medical from Donna Kennedy, DSCP, page 1, referencing SP0200-00-R-5001-Global Central Region – Medical Surgical Prime Vendor Program | 6/12/00 |

| | | |
|---|---|---|
| "Total Army stock requirements for the Global Central Region: $973,580.87 (estimate)" | Page 3, Addendum to Standard Form 1449 to Solicitation SP0-00-R-5001 | 2/24/00 |
| the guaranteed minimum and maximum numbers of $1,142,500 and $99,334,000. | page 25, paragraph D, Attachment 1 – Statement of Work, solicitation number SP0200-00-R-5001 | 4/12/00 |

In connection with the above statements, United Medical is specifically seeking any historical purchasing information provided to DSCP by various DoD ordering facilities in the Lonestar Region if such historical information was relied on by the DSCP to make the above referenced statements. These include the following DoD ordering facilities: Brooke Army, Wm. Beaumont, Darnall Army, Ft. Huachuca, 7th Medical Group, 12th Medical Group, 17th Medical Group, 27th Medical Group, 47th Medical Group, 49th Medical Group, 70th Logistics Sqd., 71st Medical Group, 72nd Medical Group, 76th Medical Group, 82nd Medical Group, and the 97th Medical Group.

2. United Medical Supply also requests copies of all correspondence subject to disclosure under the FOIA between the DSCP and the above referenced DoD ordering facilities if such correspondence pertained to the performance of the ordering facility under the Prime Vendor Program under which United Medical was awarded the prime vendor contracts described above.

3. United Medical Supply also requests copies of all correspondence subject to disclosure under the FOIA to or from the DSCP regarding the Prime Vendor Program under which United Medical was awarded the prime vendor contracts described above.

4. United Medical Supply also requests any claims for equitable adjustments submitted to a contract officer at the DSCP pursuant to a contract awarded under the Prime Vendor Program under which United Medical was awarded the prime vendor contracts described above.

5. United Medical Supply also requests documents obtainable under the FOIA which estimate the dollar cost savings and other benefits to the DoD pursuant to the prime vendor program under which United Medical Supply was awarded the prime vendor contracts referenced above.

6. United Medical also requests copies of any analyses obtainable under the FOIA which provide conclusions or opinions of DSCP why the DoD purchased DAPA items from sources other than prime vendors for those items.

**II. UNITED MEDICAL SUPPLY IS WILLING TO PAY A FEE FOR PROCESSING THE ABOVE REQUESTS, HOWEVER A WAIVER OR REDUCTION OF FEES IS APPROPRIATE.**

United Medical is a small business proceeding in a tough Chapter 11 case. Its cash flow is controlled by CIT, its secured creditor and expenditures are permitted only by approved budget. As the DoD is aware, United claims that its financial problems resulted from the failure of the prime vendor contract with the DoD. Accordingly, United requests a waiver or reduction of FOIA fees.

**III. PLEASE ADDRESS ALL RESPONSES, DOCUMENTS AND QUESTIONS TO ME AT THE ADDRESS SHOWN ABOVE.**

Very truly yours,

Frank L. Broyles

c w/o attach:

Contracting Officer
Attn: Ms. Linda Flatley
Defense Supply Center Philadelphia
2800 South 20th Street
Philadelphia, PA 19145

Via first class mail

Ms. E. Kathleen Shahan
United States Department of Justice
Fax (202) 307-0249

Via Fax

# AWARD/CONTRACT

THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING: DO-C9 — PAGE 01 OF 10 PAGES

| | |
|---|---|
| CONTRACT (Proc. Inst. Ident.) NO. | SP0200-97-D-7133 |
| 3. EFFECTIVE DATE | 1 JUNE 1997 |
| 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. | N/A |
| ISSUED BY — CODE | SP0200 |
| 6. ADMINISTERED BY (If other than Item 5) — CODE | SP0200 |

ISSUED BY:
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
DPSC-MSAA (N. MARTIN/215-737-8422)

ADMINISTERED BY: SAME AS BLOCK 6

NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 — FACILITY CODE

8. DELIVERY: [ ] FOB ORIGIN [X] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT: N/A

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

SHIP TO/MARK FOR — CODE
AS CITED IN INDIVIDUAL DELIVERY ORDERS

12. PAYMENT WILL BE MADE BY — CODE SC0200
DFAS-COLUMBUS CENTER ATTN: DFAS-CO-SEM
P.O. BOX 182317
COLUMBUS, OH 43218-6248

AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
97X4930 5CMO S33150

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | MEDICAL/SURGICAL PRIME VENDOR FOR THE LONE STAR REGION. THE CONTRACT NUMBER IN BLOCK 2 WILL BE USED FOR THE JITO/EDO PORTION OF THE CONTRACT. NO STOCKLESS SALES WILL BE CAPTURED UNDER THIS CONTRACT NUMBER. | THE ESTIMATED DOLLAR VALUES CITED BELOW INCLUDE ALL POTENTIAL JITO/EDO AND STOCKLESS SALES PLUS THE APPLICABLE DISTRIBUTION FEES | | | |
| | | ESTIMATED DOLLAR VALUE FOR THE BASE YEAR: | | | $30,177,346.00 |

15G ESTIMATED TOTAL AMOUNT OF CONTRACT: $ 272,268,214.00

## 16. TABLE OF CONTENTS


| (✓) | SEC | DESCRIPTION | PAGE(S) | (✓) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | G | CONTRACT ADMINISTRATION DATA | | | M | EVALUATION FACTORS FOR AWARD | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | | | |


CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

[ ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number DLA120-93-R-0587* including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.
*SEE PAGE 2

NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER: L. FLATLEY

NAME OF CONTRACTOR: ______ (Signature of person authorized to sign) — 19C. DATE SIGNED

20B. UNITED STATES OF AMERICA BY *L. Flatley* (Signature of Contracting Officer) — 20C. DATE SIGNED 1/30/97



1A

**CONTRACT NUMBER: SP0200-97-D-7133** **PAGE 02 OF 10**
**NAME OF CONTRACTOR: UNITED MEDICAL SUPPLY**
**MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION**

| ITEM NO | SUPPLIES/SERVICES | DISTRIBUTION FEE JITO/EDQ |
|---|---|---|
| 0001 | BASE YEAR | 6.4% |
| 0002 | OPTION YEAR 1 | 6.4% |
| 0003 | OPTION YEAR 2 | 6.4% |
| 0004 | OPTION YEAR 3 | 6.4% |
| 0005 | OPTION YEAR 4 | 6.4% |

CONTRACT PERIOD:

The contract term is for a one (1) year period commencing on the date cited in block 3 on page 1 of this document.

This contract contains option provisions in accordance with Clause 52.217-9P10. This document does not exercise these options. You will be notified in writing, at the time the Government chooses to exercise any option.

THE CONTRACT NUMBER SP0200-97-D-7134 WILL BE ISSUED FOR THE STOCKLESS PORTION OF THE CONTRACT.

Inspection and Acceptance shall be in accordance with the terms and conditions contained in the Statement of Work (SOW).

Delivery terms shall be in accordance with the terms and conditions contained in the Statement of Work (SOW).

In accordance with Clause 52.216-18 (M), 'Electronic Ordering Under "Prime Vendor,"' Delivery Orders for any supplies to be furnished under this contract may be issued from the effective date of the contract through one (1) year thereafter.

Pursuant to Clause 52.216-21, "Requirements", the contractor shall not be required to make any deliveries under this contract after 10 days after the expiration of the contract.

* This award includes the following documents:

Amendments 0008 through 0019
Contractor Letters dated 12 Dec 96, 3 Jan 97, 16 Jan 97 & 21 Jan 97
BAFO Letter dated 24 Jan 97

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF 2 PAGES

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 00006 | 6/30/97 | N/A | |

6. ISSUED BY CODE SP0200

DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY *(If other than Item 6)* CODE SP0200

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

UNITED MEDICAL SUPPLY
117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
SP0200-97-D-7133

10B. DATED *(SEE ITEM 13)*
01/30/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc)*. SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 01 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The above referenced contract is hereby modified to reflect the changes cited on Page 2 of this document.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| | | L. FLATLEY | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature] *(Signature of person authorized to sign)* | 7-14-97 | BY [signature] *(Signature of Contracting Officer)* | 6/30/97 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

(B) L7

MODIFICATION NUMBER: P00006
CONTRACT NUMBER: SP0200-97-D-7133
MEDICAL/SURGICAL PRIME VENDOR
LONE STAR REGION



1. The following Ordering and Receiving Point is hereby added to the Lone Star Region:

| **ORDERING POINT** | **RECEIVING POINT** |
| --- | --- |
| AFMLO/OL-2<br>DEA# BA4429937 | |
| AFMLO/OL-2<br>501 Felix St., Warehouse 6<br>Fort Worth, TX 76115-0627 | AFMLO/OL-2<br>501 Felix St., Warehouse 6<br>Fort Worth, TX 76115-0627 |

Point of Contact: TSgt Koonce
Telephone: 817-885-6964

Estimated Dollar Value: $400,000.00 per year

2. There shall be no change in the contractual distribution fees as a result of the above-cited change. All other terms and conditions of the contract remain the same.

**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111

IN REPLY REFER TO DSCP-MSAA (D. Kennedy/215-737-7075)

June 12, 2000

Mr. William Bandy
President
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy:

Reference is made to your proposal submitted under Solicitation SP0200-00-R-5001 – Global Central Region – Medical Surgical Prime Vendor Program.

The following information from your Business Proposal requires clarification and/or additional information:

Referencing pages 3 and 4 of the solicitation, Line Items 0001AA through 0001AD. Amendment 0001 to the solicitation changed the estimated dollar value of the required supplies for Line Item 0001AB, from $383,901.94 to $690,083.18 and for Line Item 0001AD, from $42,847.70 to $50,520.10. Amendment 0004 of the solicitation changed the estimated dollar value of the required supplies for Line Item 0001AC from $66,646.91 to $107,363.94. Your offer shows the original estimated value of the requirements for these line items. Please re-submit page 4 of the solicitation/offer to show the revised estimated value of these requirements and any resulting price changes.

Please explain how you arrived at your offered prices. As a percentage of the original estimated value of these requirements, your proposed cost of access ranges from 873% to 5938%. Please explain why there is not a consistent relationship between the estimated value of the supplies and the cost of access. The cost of access fee does not include the value of the supplies. Your proposed cost of access, in dollars and as a percentage of the value of supplies, is not within the competitive range and is not reasonable from a business standpoint. The Government could purchase, store, and dispose of these supplies many times over for significantly lower cost than what you proposed. Please re-evaluate your offered cost for these line items and submit a revised proposal that would offer value to the Government.

(C)
2-9

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER: GLOBAL CENTRAL REGION
PAGE 1 OF 107

2. CONTRACT NO.
3. AWARD/EFFECTIVE DATE
4. ORDER NUMBER
5. SOLICITATION NUMBER: SP0200-00-R-5001
6. SOLICITATION ISSUE DATE: FEB. 24,2000

7. FOR SOLICITATION INFORMATION CALL:
a. NAME: A. NICOLUCCI
b. TELEPHONE NUMBER *(No collect calls)*: (215) 737-7731
8. OFFER DUE DATE/ LOCAL TIME: APRIL 12,2000

9. ISSUED BY — CODE SP0200
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVE.
PHILADELPHIA, PA 19111-5096

10. THIS ACQUISITION IS
☒ UNRESTRICTED
☐ SET ASIDE: %FOR
☐ SMALL BUSINESS
☐ SMALL DISADV. BUSINESS
☐ 8(A)
SIC: 5047
SIZE STANDARD: 500

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☒ SEE SCHEDULE

12. DISCOUNT TERMS

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. THIS ACQUISITION IS ☐ RFQ ☐ IFB ☒ RFP

15. DELIVER TO — CODE
SEE ATTACHED

16. ADMINISTERED BY — CODE SP0200
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVE.
PHILADELPHIA, PA 19111-5096

17a. CONTRACTOR/ OFFEROR — CODE — FACILITY CODE

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY — CODE

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED
☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | MEDICAL SURGICAL PRIME VENDOR | | | | |
| | GLOBAL CENTRAL REGION | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | *(Attach Additional Sheets as Necessary)* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ______ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REFERENCE ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*
30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*
31c. DATE SIGNED

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER — PARTIAL — FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR

36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL
37. CHECK NUMBER

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE
32c. DATE SIGNED

38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

42a. RECEIVED BY *(Print)*

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE SIGNED

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)*

PerFORM (DLA)

STANDARD FORM 1449 *(EG) (10-95)*
Prescribed by GSA FAR (48 CFR) 53.212

## ADDENDUM TO STANDARD FORM 1449

1. **Continuation of Block 17a**: Contractor's assigned DUNS Number: _________

1. **Continuation of Block17b:** Remittance Address is: __________________
______________________________________________________________

3. **Continuation of Blocks 19-24:**

## *SCHEDULE OF SUPPLIES/SERVICES*

**ITEM NO. SUPPLIES/SERVICES PERIOD COVERED FEE %**

**The distribution fees indicated below are "maximum" fees and will be those used for evaluation purposes. After award, Prime Vendors (PVs) are permitted to offer lower fees to ordering facilities. No increase to a contractual distribution fee, even as an offset to a reduction elsewhere, is permitted after award. The PV must provide the DSCP Contracting Officer with written notification of the reduction, identifying the affected Routine Ordering Facility (ROF)/Quasi Master Ordering Facility (MOF) and indicating the period the reduced fee is effective.**

**Distribution fee percentages can include up to two decimal places.**

**Note: Offers must be submitted on every line listed below (except 0005AI) to be eligible for award.**

**0001 Surge and Air Expeditionary Force (AEF) Provision Twenty-Month Cost of Coverage, By Service and Program.** Each awardee will have each Service's surge (and AEF) pricing reflected on its contract. The twenty-month cost is fixed for the life of the contract including option periods. After award, for each surge (and AEF) provision, the responsible Service will select a PV by payment of the twenty-month cost, as described below. (Does not include purchase price of the materiel that will be separately paid at time of order). Although the Service dollar value represents the estimated surge (and AEF) requirements, the Government is not obligated to place any surge (or AEF) orders under the contract. The individual surge (and AEF) item listing for each Service Program, for each Global region, is enclosed on a disk.

**0001AA** Total Army stock requirements for the Global Central Region: $973,580.87(estimate). The Army will select a single PV for its surge support for the entire Global Central Region. The Army surge provision can only be invoked by the US Army Medical Materiel Agency (USAMMA) at Ft Detrick, MD.

Twenty-month cost for access to the materiel; preserved, packaged, packed, labeled, marked, and with delivery per the SOW: $____________

(D)

ATTACHMENT I - STATEMENT OF WORK

6. Non-DoD ROFs determine PV alignment independently of DoD and independently of each other.

D. **Guaranteed Minimum and Maximum:**

1. The guaranteed minimum for each awardee for the base period will be $1,142,500 in sales.

2. The maximum per contract is $99,334,000 in sales, should a single PV have all ROFs commit to it for the base period.

3. These figures are based on the Government's good faith best estimate. Each option period will reflect the same guaranteed minimum and the same maximum as above. (A listing of actual fiscal year 1999 sales through the PV program, by ordering facility, is available upon request to the DSCP Contracting Officer.)

E. **Usage Data Items:**

1. These items must be on DAPAs.

2. Items required to be delivered by the close of the next business day after order. For items to be included in this category, each ROF is responsible for the submission to the PV of both accurate initial usage data and monthly updates (when changes occur). Preference is for electronic submission of data.

3. Fill rates will be calculated for all usage data items. Any item that is part of the DAPA database can be designated as a usage data item if it is ordered by the ROF a minimum of once per month for a minimum quantity of one.

F. **Non-Usage Data Items:**

1. These items must be on DAPAs.

2. Non-usage data items are optional and are provided solely as a customer service feature. The customer is not required to order these items through the PV. The PV is not required to supply these items through the Med/Surg PV program.

3. The delivery time for non-usage data items will be negotiated between the PV and the ordering facility.

4. Fill rates will not be calculated for non-usage data items.

E

**Law Offices**
**Goins, Underkofler, Crawford & Langdon**
A Registered Limited Liability Partnership
1601 Elm Street, Suite 3300
Dallas, Texas 75201

**FACSIMILE TRANSMISSION**

**TELEPHONE: (214) 969-5454**
**FACSIMILE: (214) 969-5902**

**DATE:** **November 27, 2001**

**NUMBER OF PAGES:** 4
**(Excluding cover sheet)**

**DELIVER TO:** Ms. E. Kathleen Shahan – 202-307-~~0249~~ 0494

**CC:**

**SENDER:** Frank L. Broyles
**FACS NUMBER:** (214) 969-5902

**SUBJECT:** Freedom of Information Act Requests

**COMMENTS:**

**ENCLOSURES:**

If you do not receive all sheets, please call **Cindy** at (214) 969-5454 as soon as possible.

Client Number: 6091 Matter Number: 006

**NOTICE OF CONFIDENTIALITY**

This information contained in and transmitted with this facsimile is:

1. SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE;
2. ATTORNEY WORK PRODUCT; OR
3. CONFIDENTIAL

It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is unauthorized and strictly prohibited. If you have received this facsimile in error, please notify Goins, Underkofler, Crawford & Langdon by telephone at (214) 969-5454 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail, or if authorization is granted by the sender, destroyed.

**************** -COMM. ?NAL- ******************** DATE NOV-27-200 **** TIME 11:05 ********

MODE = MEMORY TRANSMISSION START=NOV-27 11:03 END=NOV-27 11:05

FILE NO.=432

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | a | 2023070494-6091006 | 005/005 | 00:00:56 |

-GOINS UNDERKOFLER -

*************************************** -2149695902 - ***** - - *********

**Law Offices**
**Goins, Underkofler, Crawford & Langdon**
A Registered Limited Liability Partnership
1601 Elm Street, Suite 3300
Dallas, Texas 75201

**FACSIMILE TRANSMISSION**

**TELEPHONE: (214) 969-5454**
**FACSIMILE: (214) 969-5902**

**DATE:** **November 27, 2001**

**NUMBER OF PAGES:** 4
**(Excluding cover sheet)**

**DELIVER TO:** Ms. E. Kathleen Shahan – 202-307-~~0249~~ 0494

**CC:**

**SENDER:** Frank L. Broyles
**FACS NUMBER:** (214) 969-5902

**SUBJECT:** Freedom of Information Act Requests

**COMMENTS:**

**ENCLOSURES:**

If you do not receive all sheets, please call **Cindy** at (214) 969-5454 as soon as possible.

Client Number: 6091 Matter Number: 006

**NOTICE OF CONFIDENTIALITY**

This information contained in and transmitted with this facsimile is:

1. SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE;
2. ATTORNEY WORK PRODUCT; OR
3. CONFIDENTIAL

It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is unauthorized and strictly prohibited. If you have received this facsimile in error, please notify Goins, Underkofler, Crawford & Langdon by telephone at (214) 969-5454 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail, or if authorization is granted by the sender, destroyed.

**FedEx USA Airbill** Tracking Number 1990640153

**Sender's Copy**
151 1000 24063695 6205M

**1 From (please print)**

Date 11/27/01 Sender's FedEx Account Number 0752-2058-8

Sender's Name Frank L. Broyles Phone (214)-969-5454

Dept./Floor/Suite/Room

Company G U C & L ATTORNEYS

Address 1601 ELM/3300 THANKSGIVING TWR

City DALLAS State TX Zip 7 5 2 0 1

**2 Your Internal Billing Reference Information**
(Optional) (First 24 characters will appear on invoice) 6091.006

**3 To (please print)**

Recipient's Name Freedom of Information Act Officer Phone ( )

Dept./Floor/Suite/Room

Company Defense Supply Center Philadelphia

Address 700 Robbins Avenue
(To "HOLD" at FedEx location, print FedEx address here) (We Cannot Deliver to P.O. Boxes or P.O. Zip Codes)

City Philadelphia State PA Zip 19111-5096

**For HOLD at FedEx Location check here**
☐ Hold Weekday (Not available with FedEx First Overnight)
☐ Hold Saturday (Not available at all locations) (Not available with FedEx First Overnight or FedEx Standard Overnight)

**For Saturday Delivery check here**
☐ (Extra Charge. Not available to all locations) (Not available with FedEx First Overnight or FedEx Standard Overnight)

**Service Conditions, Declared Value, and Limit of Liability** – By using this Airbill, you agree to the service conditions in our current Service Guide or U.S. Government Service Guide. Both are available on request. SEE BACK OF SENDER'S COPY OF THIS AIRBILL FOR INFORMATION AND ADDITIONAL TERMS. We will not be responsible for any claim in excess of $100 per package whether the result of loss, damage, or delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, and document your actual loss in a timely manner. Your right to recover from us for any loss includes intrinsic value of the package, loss of sales, interest, profit, attorney's fees, costs, and other forms of damage, whether direct, incidental, consequential, or special, and is limited to the greater of $100 or the declared value but cannot exceed actual documented loss. The maximum declared value for any FedEx Letter and FedEx Pak is $500. Federal Express may, upon your request, and with some limitations, refund all transportation charges paid. **See the FedEx Service Guide for further details.**

**Questions?**
**Call 1·800·Go·FedEx** (1-800-463-3339)

*The World On Time*®

**4a Express Package Service** *Packages under 150 lbs.* Delivery commitment may be later in some areas.

☐ FedEx Priority Overnight (Next business morning)
☒ FedEx Standard Overnight (Next business afternoon)
☐ FedEx 2Day* (Second business day)
☐ FedEx Government Overnight (Authorized use only)
☐
☐ NEW FedEx First Overnight (Earliest next business morning delivery to select locations) (Higher rates apply)

* FedEx Letter Rate not available. Minimum charge: One pound FedEx 2Day rate.

**4b Express Freight Service** *Packages over 150 lbs.* Delivery commitment may be later in some areas.

☐ FedEx Overnight Freight (Next business-day service for any distance)
☐ FedEx 2Day Freight (Second business-day service for any distance)
☐ FedEx Express Saver Freight (Up to 3 business-day service based upon distance)

(Call for delivery schedule. See back for detailed descriptions of freight products.)

**5 Packaging**
☒ FedEx Letter ☐ FedEx Pak — Declared value limit $500.
☐ FedEx Box ☐ FedEx Tube ☐ Other Pkg.

**6 Special Handling**
Does this shipment contain dangerous goods? ☐ Yes (As per attached Shipper's Declaration) ☐ Yes (Shipper's Declaration not required)
☐ Dry Ice
Dry Ice, 9, UN 1845 III ______ x ______ kg. 904
(Dangerous Goods Shipper's Declaration not required)
CA ☐ Cargo Aircraft Only

**7 Payment**
Bill to: ☒ Sender (Account no. in section 1 will be billed) ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check
(Enter FedEx account no. or Credit Card no. below)

FedEx Account No. ______
Credit Card No. ______ Exp. Date ______

| Total Packages | Total Weight | Total Declared Value* | Total Charges |
|---|---|---|---|
| | | $ .00 | $ |

*When declaring a value higher than $100 per shipment, you pay an additional charge. See SERVICE CONDITIONS, DECLARED VALUE AND LIMIT OF LIABILITY section for further information.

**8 Release Signature** *Sign to authorize delivery without obtaining signature.*

Your signature authorizes Federal Express to deliver this shipment without obtaining a signature and agrees to indemnify and hold harmless Federal Express from any resulting claims.

238

WCSL 0696
Rev. Date 3/96
PART #147856
©1994-96 FedEx
PRINTED IN U.S.A.