Appendix E – CO Flatley denial of FOIA Requests

**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111-5096

IN REPLY
REFER TO

MS

18 APR 2002

Frank L. Broyles
Goins, Underkofler, Crawfod & Langdon
Thanksgiving Tower
1201 Elm Street, Suite 4800
Dallas, Texas 75270

Dear Mr. Boyles:

This is in response to your two requests under the Freedom of Information Act (FOIA) to obtain documents relative to SP0200-97-D-7133/7134.

Following consultation with the DSCP Office of Counsel, it is my decision that the documents responsive to your request must be withheld. This information is exempt from public disclosure pursuant to 5 U.S.C. Section 552(b)(5), which exempts from disclosure records or information considered privileged in litigation, primarily under the deliberative process privilege. You have a right to appeal this denial. Your appeal must be in writing, must be made within 60 days from the date of this letter and should include your reasons for reconsideration. Forward your appeal to the Director, HQ Defense Logistics Agency, Attn: DSS-C, Corporate Communications, 8725 John J. Kingman Road, Suite 2533, Fort Belvoir, VA 22060-6221. Please reference our control numbers 02-M031 and 02-M030 and attach a copy of this letter.

Sincerely,

L. Flatley

L. FLATLEY
Contracting Officer
Medical Surgical Prime Vendor Branch
Medical Surgical Products CBU
Directorate of Medical Materiel