Appendix I – Portions from transcript of deposition of CO Jennings

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN
DISTRICT OF TEXAS, FORT WORTH DIVISION

IN RE: UNITED MEDICAL ) NO. 01-41911-BJH-11
SUPPLY COMPANY, INC., )
REORGANIZED DEBTOR )

ORIGINAL

\- - - - - - - - - - - - -

UNITED MEDICAL SUPPLY ) Adversary: 02-4230
COMPANY, INC., )
Plaintiff, )
\- vs- )
UNITED STATES OF )
AMERICA, )
Defendant. )

Oral deposition of JAMES JENNINGS, taken at the ESQUIRE DEPOSITION SERVICES, 1880 John F. Kennedy Boulevard, Philadelphia, Pennsylvania, on Tuesday, March 8, 2005, at 9:40 a.m., before Dolores M. Horne, Shorthand reporter and Notary Public, in and for the Commonwealth of Pennsylvania.

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard
Philadelphia, Pennsylvania 19103

JAMES JENNINGS, after having been first duly sworn, was examined and testified as follows:

* * *

EXAMINATION

* * *

BY MR. BROYLES:

Q. Tell me your name, sir.

A. James Jennings.

Q. J E N N I N G S; is that correct?

A. Yes.

Q. Mr. Jennings, have you ever been involved in a deposition, given a deposition, sat in a deposition before?

A. No.

Q. Have you ever testified in a courtroom?

A. No.

Q. Have you ever testified in an administrative hearing of any kind?

A. Not that I know about.

Q. So, this is your first experience. So it's kind of a --

A. Yes.

Q. That's what I was looking for.
In connection with this litigation, what has been your involvement in this litigation?
A. I don't know that I have any involvement.
Q. Other than preparing for this deposition?
A. Correct.
Q. What is your background in terms of just experience in distribution of medical supplies? Just give me a general description of your experience in that area.
A. My experience is in the contracting end. I have no experience in the medical per say versus any other type of industry.
Q. Have you been to a medical distribution center?
A. Yes.
Q. What medical distribution centers have you been to?
A. Owens and Minor is the name of a company. It's one of our prime vendors. And also what's now Cardinal, I believe when they were still Allegiance, at least one of their

understanding that some case managers did an investigation of that issue?
A. The case managers would investigate any problems that came up. So if that was a problem, then yes the case manager went and talked to the MTF.
Q. Now, have you ever seen any written documents that discuss that issue?
A. The --
Q. Outside of this litigation?
A. If it was a complaint then, yes, I would have read it.
Q. Do you recall any documents that you read that specifically discussed the use of government impact cards to bypass the prime vendor program?
A. No.
Q. Are you aware of any investigation that was done in connection with this litigation regarding the use of government impact cards to bypass the prime vendor program?
A. No.
Q. Do you have any information one way or

 P 50

another if MTF were bypassing the prime vendor program in the Lone Star region in violation of the requirement terms of the contract?

A. No.

Q. You've never done any investigation?

A. No.

Q. Are you aware if any investigation has been done in connection with this litigation regarding bypassing the prime vendor program?

A. Outside of the case manager investigating, no.

Q. And the case manager investigating that would have been prior to the litigation?

A. Correct.

Q. So is it a fair statement then to say that to the best of your knowledge since this litigation was instituted, you have no knowledge of any investigation regarding diversion of purchases by a given MTF?

A. That is correct.

Q. Do you know a Captain Kreese; does that name ring a bell?

A. No.

Q. Colonel Reilly?

contract.
Q. But that was before the litigation. I'm talking about in the litigation.
A. Then what's the question?
Q. As I understand your testimony that your involvement with this litigation has been getting ready for this deposition?
A. Correct.
Q. Can you tell me approximately how much time you've spent on this litigation other than in preparation for this deposition, if any?
A. I don't believe any.
Q. Fair enough.
We've talked about the last specific phase of the process. We've talked about actually the delivery of the stuff. What is your understanding about how the prime vendor knows what to stock, in terms of getting usage data from the MTFs?
A. Each MTF was required to give the prime vendor usage data, which is whatever the product is and how much he was going to use per month. And that's what the prime vendor was

credit cards without attempting to first order from United Medical; do you understand that?

A. Yes.

Q. You got that understanding from review of documents in preparation for your deposition today?

A. Yes.

Q. And you've signed an interrogatory answer that says that the government has no knowledge of diverted purchases, correct?

A. Correct.

Q. In signing that interrogatory answer that the government has no knowledge of diverted purchases, what attempts did you make to determine whether or not there were diverted purchases?

A. I have no knowledge. That's what I signed to.

Q. So, when you say the government has no knowledge, you mean you had no knowledge?

A. That's all I can talk to is my knowledge.

MR. BROYLES: Pass the witness.

CERTIFICATE

I hereby certify that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

Dolores M. Horne

------------------------

Dolores M. Horne

Dated: March 13, 2005

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying shorthand reporter.)