Appendix K – DoD Memo regarding OIG data (redacted)

# United Medical v. United States Fed Cl. No. 03-289

Department of Justice, Civil Division, Commercial litigation Branch/National Courts memorandum to Greg Plasters, dated 9 January 2006 (15:12) was used to determine parameters of request.

Request covered the Department of Defense, Purchase Card Data program for the period January 1996 through Oct 2001.

**Initial questions for OIG:**

**1. Please provide complete details about how this database is assembled and maintained, where the data comes from, what it is, why it is kept.**

**The Department of Defense repository for purchase card transactional data is the Defense Manpower Data Center (DMDC), Seaside, CA. The archive was established and is maintained to comply with Federal Record Retention instructions.**

**c:**

**r**

Redacted

**From Greg Plasters' e-mail (From: BARTA, MARK mailto:MARK.BARTA@DFAS.MIL] Sent: Friday, April 21, 2006 2:54 PM To: Plasters, Gregory R. - ACA PC PMO Cc: kyle.chadwick@usdoj.gov Subject: FW: United Medical v. U.S. -- credit card records)**

**- How was the database created? Until recently, the banks would mail/Fedx/UPS discs/tapes to the department containing the transactional data. The department would extract data from device to create then add data as bank(s) sent data. The data is now transferred using electronic file transfer protocol.**

Redacted

**adc** **send**

**2. Who is the document custodian, should either side need to call him or her at trial? (Presumably Col. Kelley, but we need OIG's answer.)**

**The Archive custodian for the purchase card transaction files is the Defense Manpower Data Center, Seaside, CA. As explained in question 1 we at the IG have transactional data and information on both the cardholder and approving official.**

2,3,4
Pg of
Redacted

| | | |
|---|---|---|
| AF 00 – 01 TX | ( 4,551 transactions | $ 1,732,590.81) |
| AF 00 – 01 AZ | (no transactions) | |

Files forwarded to Greg Plasters via e-mail between 20 March and 23 March 2006.

For achieve files: 9798, FY99, and FY00:

No join action was necessary as card holder data was already attached.

Files not split out by service to expedite response with no impact on final product.

A query was made against the total 10M plus universe with the following query MCC = 5047

Result: CPS 5047 with three tables:

| | | |
|---|---|---|
| 9798 clean | ( 20,855 transactions | $12,479,405.13) |
| FY1999 clean | (200,961 transactions | $96,533,520.50) |
| FY2000 clean | (195,129 transactions | $98,164,040.32) |

A query made against each table by state (TX or NM or OK or AZ) and agency location (agency name i.e. Darnell Army Community Hospital; street address, abbreviation (DAMC); zip code; building number, et ):

Result: 12 tables:

| | | |
|---|---|---|
| AZ C9798 | ( 239 transactions | $ 110,116.69) |
| AZ C00 | ( 780 transactions | $ 333,557.21) |
| AZ C99 | ( 844 transactions | $ 270,140.23) |
| OK C9798 | ( 640 transactions | $ 338,589.63) |
| OK C00 | ( 3,740 transactions | $ 1,263,633.90) |
| OK C99 | ( 4,892 transactions | $ 1,672,106.51) |
| TX C9798 | ( 2,239 transactions | $ 1,544,555.05) |
| TX C00 | ( 16,867 transactions | $ 9,532,992.50) |
| TX C99 | ( 12,330 transactions | $ 7,576,653.58) |
| NM C9798 | ( 21 transactions | $ 10,140.19) |
| NM C00 | ( 1,748 transactions | $ 608,554.99) |
| NM C99 | ( 1,291 transactions | $ 324,271.07) |

Files forwarded to Greg Plasters via e-mail between 1 June and 2 June 2006.

Who wrote those queries?

Queries were constructed by Department of Defense Office of the Inspector General, Data Mining Directorate personnel for all extracts. Initial query (pull all DoD charges for Merchant Category Code (MCC) equal to 5047) for achieve files: 9798, FY99, and FY00 was done by DMDC personnel.

What did that person understand we were looking for?

Personnel understood that DOJ inquiry was looking to obtain all DoD charges for medical supplies that might have been purchased outside the Prime Vendor contract that was forwarded as an attachment. We provided transactions for 32 ordering points identified and requested by the Dept of Justice.

5. Are there any facilities, or time periods, for which there is incomplete data, or no data? If so, we need precise details and reasons.

No data for period of January 1996 – January 1997 as this period falls outside the requirements of Federal Record Retention instructions.

Records do exist for January 1997 – June 1998, January 1999 – December 1999 only because a dedicated civil servant chose not to dispose of files per Federal Record Retention instructions.

No records exist for July – Dec 98. The Department made a contract change and no archive files exist for this time period. This is not a big concern for the Department as this is also outside the requirements of the Federal Record Retention instructions.

The file FY 99 contain calendar year 1999 and file FY00 contains calendar year 2000 from January through 30 Sept 2000 when 00 – 01 files cover remaining period.

6.Has any information been redacted? If so, PLEASE UNREDACT.

Redacted

**7. What other information, if any, is available in this database, concerning these credit card accounts, that the SQL queries have not captured or retrieved?**

**The DMDC database contains all DoD purchase card transactions made by all DoD cardholders. The query did not retrieve any other merchant category codes outside of the medical supplies, etc (code 5047) requested.**

**8. Is it possible that purchases of the kind we are looking for could have been made with OTHER kinds of Government credit cards? If so, which ones?**

**Management has informed us that there are no other acquisition charge cards at any of these locations.**

**9. Is OIG aware of any other repositories of DoD credit card transaction data?**

**DMDC is the only repository for DoD purchase card transactional data.** Redacted

**10. We have data for only one day of 1998 -- 1/1/98. Data for the rest of 1998 seems to have been inadvertently omitted from the file labeled "1997-1998." Can this be fixed?**

**We explained in question 5 what data periods were available to identify transactions from the 32 purchasing locations requested. We did provide all purchase card transactions made during the first half of 1998 that were in the available data.**