Appendix M - Ethicon Sales to Fort Sill during September 2000 (Appendix M-1)

OIG purchase Summary for Fort Sill during September 2000 (Appendix M-2)

Ethicon Sales Figures

Reynolds Ft Sill

| Date | Invoice # | Co Base | Amount |
|---|---|---|---|
| 9/1/2000 | 3304543301 | PN150 | $264.77 |
| 9/13/2000 | 3307636601 | TCR55 | $812.10 |
| 9/13/2000 | 3307636601 | 512XD | $443.32 |
| 9/15/2000 | 3308450801 | 10BB | $588.72 |
| 9/18/2000 | 3309238301 | X518H | $32.29 |
| 9/20/2000 | 3309795302 | DB12 | $260.52 |
| 9/20/2000 | 3309795301 | 1696G | $40.57 |
| 9/20/2000 | 3309795301 | 8698G | $48.69 |
| 9/20/2000 | 3309715501 | J602H | $25.18 |
| 9/22/2000 | 3310531901 | X519H | $30.73 |
| 9/26/2000 | 3311420401 | HP053 | $3,459.00 |
| 9/27/2000 | 3309715502 | K832H | $16.25 |
| 9/28/2000 | 3312523501 | SW110 | $247.63 |
| 9/28/2000 | 3312341501 | SW110 | $641.68 |
| 9/28/2000 | 3312525401 | LCSK5 | $2,047.50 |
| 9/28/2000 | 3312341502 | 698G | $38.76 |
| 9/28/2000 | 3312341101 | X519H | $30.73 |