Appendix M - Ethicon Sales to Fort Sill during September 2000 (Appendix M-1)

OIG purchase Summary for Fort Sill during September 2000 (Appendix M-2)

FORT SILL SUMMARY FROM OIG DATA FOR SEPTEMBER 2000

| | | | | | | |
|---|---|---|---|---|---|---|
| FORT SILL | OK | 04-Sep-00 | 01-Sep-00 | SIMS PORTEX INC | 5047 | $1,600.00 |
| FORT SILL | OK | 04-Sep-00 | 01-Sep-00 | NORTH COAST MEDICAL | 5047 | $444.81 |
| FORT SILL | OK | 04-Sep-00 | 01-Sep-00 | MOORE MEDICAL CORP. | 5047 | $18.41 |
| FORT SILL | OK | 04-Sep-00 | 01-Sep-00 | HEALTH CARE LOGISTICS | 5047 | $110.06 |
| FORT SILL | OK | 04-Sep-00 | 01-Sep-00 | FISHER SCI CHU | 5047 | $544.00 |
| FORT SILL | OK | 04-Sep-00 | 01-Sep-00 | FISHER SCI CHU | 5047 | $38.34 |
| FORT SILL | OK | 04-Sep-00 | 01-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $63.72 |
| FORT SILL | OK | 04-Sep-00 | 01-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $42.05 |
| FORT SILL | OK | 04-Sep-00 | 01-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $408.64 |
| FORT SILL | OK | 04-Sep-00 | 01-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $130.95 |
| FORT SILL | OK | 04-Sep-00 | 01-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $180.32 |
| FORT SILL | OK | 08-Sep-00 | 05-Sep-00 | WILSON OPHTHALMIC CORP | 5047 | $42.02 |
| FORT SILL | OK | 06-Sep-00 | 05-Sep-00 | VACUMETRICS INC | 5047 | $99.75 |
| FORT SILL | OK | 07-Sep-00 | 05-Sep-00 | TRI ANIM HEALTH SVC INC | 5047 | $107.46 |
| FORT SILL | OK | 07-Sep-00 | 05-Sep-00 | MOORE MEDICAL CORP. | 5047 | $43.54 |
| FORT SILL | OK | 11-Sep-00 | 05-Sep-00 | MITEK PRODUCTS ETHI | 5047 | $550.50 |
| FORT SILL | OK | 07-Sep-00 | 05-Sep-00 | MEGADYNE MEDICAL PRODU | 5047 | $194.30 |
| FORT SILL | OK | 07-Sep-00 | 05-Sep-00 | MEGADYNE MEDICAL PRODU | 5047 | $2,400.00 |
| FORT SILL | OK | 06-Sep-00 | 05-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $389.57 |
| FORT SILL | OK | 06-Sep-00 | 05-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $120.58 |
| FORT SILL | OK | 06-Sep-00 | 05-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $1,479.82 |
| FORT SILL | OK | 06-Sep-00 | 05-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $314.26 |
| FORT SILL | OK | 06-Sep-00 | 05-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $2,140.05 |
| FORT SILL | OK | 06-Sep-00 | 05-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $1,479.82 |
| FORT SILL | OK | 06-Sep-00 | 05-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $669.23 |
| FORT SILL | OK | 06-Sep-00 | 05-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $1,479.82 |
| FORT SILL | OK | 07-Sep-00 | 05-Sep-00 | MALLINCKRODT | 5047 | $28.00 |
| FORT SILL | OK | 07-Sep-00 | 05-Sep-00 | LAB SAFETY SUPPLY, INC | 5047 | $824.70 |
| FORT SILL | OK | 07-Sep-00 | 05-Sep-00 | DJ ORTHOPEDICS LLC | 5047 | $435.00 |
| FORT SILL | OK | 07-Sep-00 | 05-Sep-00 | BAXTER GOV'T SALES | 5047 | $324.05 |
| FORT SILL | OK | 07-Sep-00 | 05-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $170.50 |
| FORT SILL | OK | 06-Sep-00 | 05-Sep-00 | ALKO ENTERPRISES, INC. | 5047 | $91.54 |
| FORT SILL | OK | 07-Sep-00 | 05-Sep-00 | ALCON LABORATORIES INC | 5047 | $540.00 |
| FORT SILL | OK | 07-Sep-00 | 06-Sep-00 | ZIMMER | 5047 | $429.14 |
| FORT SILL | OK | 08-Sep-00 | 06-Sep-00 | TRI ANIM HEALTH SVC INC | 5047 | $604.08 |
| FORT SILL | OK | 07-Sep-00 | 06-Sep-00 | STERIS CORPORATION | 5047 | $302.68 |
| FORT SILL | OK | 07-Sep-00 | 06-Sep-00 | MARKET LAB | 5047 | $254.08 |
| FORT SILL | OK | 08-Sep-00 | 06-Sep-00 | HEALTH CARE LOGISTICS | 5047 | $56.40 |
| FORT SILL | OK | 08-Sep-00 | 06-Sep-00 | GETINGE/CASTLE INC | 5047 | $85.16 |
| FORT SILL | OK | 07-Sep-00 | 06-Sep-00 | GENESSE BIOMEDICAL INC | 5047 | $337.61 |
| FORT SILL | OK | 07-Sep-00 | 06-Sep-00 | GENESSE BIOMEDICAL INC | 5047 | $656.61 |
| FORT SILL | OK | 11-Sep-00 | 06-Sep-00 | FUTURETECH | 5047 | $713.99 |
| FORT SILL | OK | 07-Sep-00 | 06-Sep-00 | FISHER SCI CHU | 5047 | $58.35 |
| FORT SILL | OK | 08-Sep-00 | 06-Sep-00 | DJ ORTHOPEDICS LLC | 5047 | $22.48 |
| FORT SILL | OK | 08-Sep-00 | 06-Sep-00 | BIO MERIEUX INC | 5047 | $1,819.53 |
| FORT SILL | OK | 08-Sep-00 | 06-Sep-00 | BAXTER GOV'T SALES | 5047 | $144.00 |
| FORT SILL | OK | 07-Sep-00 | 06-Sep-00 | BAUSCH & LOMB SURGICAL | 5047 | $2,464.00 |
| FORT SILL | OK | 08-Sep-00 | 06-Sep-00 | ALLEGIANCE HLTHCR | 5047 | ($104.00) |

| | | | | | | |
|---|---|---|---|---|---|---|
| FORT SILL | OK | 11-Sep-00 | 07-Sep-00 | TRI ANIM HEALTH SVC INC | 5047 | $107.46 |
| FORT SILL | OK | 08-Sep-00 | 07-Sep-00 | STERIS CORPORATION | 5047 | $1,172.67 |
| FORT SILL | OK | 08-Sep-00 | 07-Sep-00 | MEDTRONIC PHYSIO-CONTROL | 5047 | $318.00 |
| FORT SILL | OK | 08-Sep-00 | 07-Sep-00 | MEDICAL WAREHOUSE | 5047 | $69.55 |
| FORT SILL | OK | 08-Sep-00 | 07-Sep-00 | MEDICAL WAREHOUSE | 5047 | $170.80 |
| FORT SILL | OK | 08-Sep-00 | 07-Sep-00 | FISHER SCI CHU | 5047 | $314.00 |
| FORT SILL | OK | 08-Sep-00 | 07-Sep-00 | FISHER SCI CHU | 5047 | $188.56 |
| FORT SILL | OK | 11-Sep-00 | 07-Sep-00 | COOPER SURGICAL INC | 5047 | $1,076.40 |
| FORT SILL | OK | 11-Sep-00 | 07-Sep-00 | COOPER SURGICAL INC | 5047 | $340.20 |
| FORT SILL | OK | 11-Sep-00 | 07-Sep-00 | COOK INCORPORATED | 5047 | $335.00 |
| FORT SILL | OK | 11-Sep-00 | 07-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $882.95 |
| FORT SILL | OK | 08-Sep-00 | 07-Sep-00 | ALCON LABORATORIES INC | 5047 | $169.00 |
| FORT SILL | OK | 11-Sep-00 | 07-Sep-00 | ABBOTT LABS DIAGNOSTIC | 5047 | $1,900.94 |
| FORT SILL | OK | 11-Sep-00 | 07-Sep-00 | ABBOTT LABS DIAGNOSTIC | 5047 | $1,662.50 |
| FORT SILL | OK | 11-Sep-00 | 07-Sep-00 | ABBOTT LABS DIAGNOSTIC | 5047 | $83.86 |
| FORT SILL | OK | 11-Sep-00 | 07-Sep-00 | ABBOTT LABS DIAGNOSTIC | 5047 | $990.50 |
| FORT SILL | OK | 11-Sep-00 | 07-Sep-00 | A DAIGER AND CO INC | 5047 | $279.63 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | TOTAL MEDICAL SYSTEMS | 5047 | $190.21 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | STERIS CORPORATION | 5047 | $63.92 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | SMITH & NEPHEW,ENDO.DIV. | 5047 | $814.59 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | OWENS & MINOR #76 | 5047 | $153.41 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | OWENS & MINOR #76 | 5047 | $71.62 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | OWENS & MINOR #76 | 5047 | $126.55 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | OWENS & MINOR #76 | 5047 | $80.92 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | MOORE MEDICAL CORP. | 5047 | $41.06 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | LAD MEDICAL | 5047 | $219.30 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | IMMUCOR INC | 5047 | $1,899.20 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | FISHER SCI CCH | 5047 | $2,107.00 |
| FORT SILL | OK | 11-Sep-00 | 08-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $98.72 |
| FORT SILL | OK | 12-Sep-00 | 08-Sep-00 | AARL STORZ ENDOSCOPY 2 | 5047 | $1,047.00 |
| FORT SILL | OK | 11-Sep-00 | 09-Sep-00 | FISHER SCI CHU | 5047 | $552.00 |
| FORT SILL | OK | 11-Sep-00 | 09-Sep-00 | FISHER SCI CHU | 5047 | $280.00 |
| FORT SILL | OK | 13-Sep-00 | 11-Sep-00 | TRI ANIM HEALTH SVC INC | 5047 | $62.35 |
| FORT SILL | OK | 13-Sep-00 | 11-Sep-00 | THOMAS SCIENTIFIC | 5047 | $396.53 |
| FORT SILL | OK | 13-Sep-00 | 11-Sep-00 | THE ST JOHN COMPANIES | 5047 | $170.45 |
| FORT SILL | OK | 13-Sep-00 | 11-Sep-00 | THE ST JOHN COMPANIES | 5047 | $713.38 |
| FORT SILL | OK | 12-Sep-00 | 11-Sep-00 | STERIS CORPORATION | 5047 | $74.33 |
| FORT SILL | OK | 13-Sep-00 | 11-Sep-00 | ROCHE DIAGNOSTICS | 5047 | $431.20 |
| FORT SILL | OK | 13-Sep-00 | 11-Sep-00 | MOORE MEDICAL CORP. | 5047 | $18.41 |
| FORT SILL | OK | 12-Sep-00 | 11-Sep-00 | MEDTRONIC PHYSIO-CONTROL | 5047 | $65.00 |
| FORT SILL | OK | 12-Sep-00 | 11-Sep-00 | ATL SUPPLIES AND ACCESSOR | 5047 | $461.89 |
| FORT SILL | OK | 21-Sep-00 | 12-Sep-00 | SPECIALTIES OF SURGERY | 5047 | $80.00 |
| FORT SILL | OK | 15-Sep-00 | 12-Sep-00 | PRECISION COMPANIES | 5047 | $401.00 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | MOORE MEDICAL CORP. | 5047 | $161.07 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | MOORE MEDICAL CORP. | 5047 | $29.32 |
| FORT SILL | OK | 18-Sep-00 | 12-Sep-00 | MITEK PRODUCTS ETHI | 5047 | $145.50 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | LAB SAFETY SUPPLY, INC | 5047 | $44.91 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | LAB SAFETY SUPPLY, INC | 5047 | $112.91 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | LAB SAFETY SUPPLY, INC | 5047 | $158.54 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FORT SILL | OK | 13-Sep-00 | 12-Sep-00 | HILL ROM COMPANY | 5047 | $100.50 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | HEALTH CARE LOGISTICS | 5047 | $11.97 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | FUTURETECH | 5047 | $361.07 |
| FORT SILL | OK | 13-Sep-00 | 12-Sep-00 | FISHER SCI CHU | 5047 | $1,194.88 |
| FORT SILL | OK | 13-Sep-00 | 12-Sep-00 | FISHER SCI CCH | 5047 | $150.00 |
| FORT SILL | OK | 13-Sep-00 | 12-Sep-00 | COLUMBIA DIAGNOSTICS | 5047 | $66.75 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | COLE PARMER INSTRUMENT | 5047 | $106.51 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | COLE PARMER INSTRUMENT | 5047 | $150.96 |
| FORT SILL | OK | 13-Sep-00 | 12-Sep-00 | ARTEL | 5047 | $288.12 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $56.97 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $102.09 |
| FORT SILL | OK | 14-Sep-00 | 12-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $54.60 |
| FORT SILL | OK | 14-Sep-00 | 13-Sep-00 | WYNN MEDICAL, INC. | 5047 | $1,148.00 |
| FORT SILL | OK | 15-Sep-00 | 13-Sep-00 | WL GORE/MEDICAL PRODUCTS | 5047 | $760.00 |
| FORT SILL | OK | 15-Sep-00 | 13-Sep-00 | WESTERN MEDICAL LTD | 5047 | $86.34 |
| FORT SILL | OK | 15-Sep-00 | 13-Sep-00 | THOMAS SCIENTIFIC | 5047 | $1,720.00 |
| FORT SILL | OK | 14-Sep-00 | 13-Sep-00 | STERIS CORPORATION | 5047 | $145.00 |
| FORT SILL | OK | 14-Sep-00 | 13-Sep-00 | STERIS CORPORATION | 5047 | $522.52 |
| FORT SILL | OK | 15-Sep-00 | 13-Sep-00 | MERRY X-RAY SAN DIEGO | 5047 | $507.38 |
| FORT SILL | OK | 15-Sep-00 | 13-Sep-00 | MEGADYNE MEDICAL PRODU | 5047 | $2,406.99 |
| FORT SILL | OK | 14-Sep-00 | 13-Sep-00 | MEDTRONIC PHYSIO-CONTROL | 5047 | $66.00 |
| FORT SILL | OK | 14-Sep-00 | 13-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $277.56 |
| FORT SILL | OK | 14-Sep-00 | 13-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $2,043.01 |
| FORT SILL | OK | 14-Sep-00 | 13-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $55.59 |
| FORT SILL | OK | 18-Sep-00 | 13-Sep-00 | LAD MEDICAL | 5047 | $1,154.35 |
| FORT SILL | OK | 15-Sep-00 | 13-Sep-00 | LAB SAFETY SUPPLY, INC | 5047 | $182.02 |
| FORT SILL | OK | 15-Sep-00 | 13-Sep-00 | JEWETT INC | 5047 | $70.95 |
| FORT SILL | OK | 15-Sep-00 | 13-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $60.00 |
| FORT SILL | OK | 15-Sep-00 | 13-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $104.00 |
| FORT SILL | OK | 14-Sep-00 | 13-Sep-00 | ALCON LABORATORIES INC | 5047 | $2,378.00 |
| FORT SILL | OK | 18-Sep-00 | 14-Sep-00 | MALLINCKRODT | 5047 | $15.50 |
| FORT SILL | OK | 18-Sep-00 | 14-Sep-00 | LAB SAFETY SUPPLY, INC | 5047 | $2,394.30 |
| FORT SILL | OK | 15-Sep-00 | 14-Sep-00 | FISHER SCI CCH | 5047 | $118.53 |
| FORT SILL | OK | 15-Sep-00 | 14-Sep-00 | COLUMBIA DIAGNOSTICS | 5047 | $200.22 |
| FORT SILL | OK | 15-Sep-00 | 14-Sep-00 | BAXTER GOV'T SALES | 5047 | $206.03 |
| FORT SILL | OK | 18-Sep-00 | 14-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $121.00 |
| FORT SILL | OK | 18-Sep-00 | 14-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $60.40 |
| FORT SILL | OK | 18-Sep-00 | 14-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $36.30 |
| FORT SILL | OK | 18-Sep-00 | 14-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $170.50 |
| FORT SILL | OK | 18-Sep-00 | 14-Sep-00 | AARON MEDICAL IND | 5047 | $171.26 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | ZIMMER | 5047 | $720.60 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | ZIMMER | 5047 | $720.60 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | THOMAS SCIENTIFIC | 5047 | $1,938.48 |
| FORT SILL | OK | 19-Sep-00 | 15-Sep-00 | MEDTRONIC XOMED INC | 5047 | $240.00 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | GETINGE/CASTLE INC | 5047 | $45.96 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | FISHER SCI HUS | 5047 | $927.90 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | FISHER SCI CHU | 5047 | $280.00 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | FISHER SCI CHU | 5047 | $95.32 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | FISHER SCI CCH | 5047 | $726.06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | ARMSTRONG MDCL IND INC | 5047 | $607.13 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | ARMSTRONG MDCL IND INC | 5047 | $1,767.83 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | ARMSTRONG MDCL IND INC | 5047 | $1,859.64 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | ARMSTRONG MDCL IND INC | 5047 | $204.37 |
| FORT SILL | OK | 18-Sep-00 | 15-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $34.95 |
| FORT SILL | OK | 18-Sep-00 | 16-Sep-00 | FISHER SCI DAL | 5047 | $204.40 |
| FORT SILL | OK | 20-Sep-00 | 18-Sep-00 | ZEE SERVICE COMPANY | 5047 | $2,184.60 |
| FORT SILL | OK | 20-Sep-00 | 18-Sep-00 | ZEE SERVICE COMPANY | 5047 | $1,591.90 |
| FORT SILL | OK | 20-Sep-00 | 18-Sep-00 | UNITED STATES SURGCAL CO | 5047 | $568.32 |
| FORT SILL | OK | 19-Sep-00 | 18-Sep-00 | STERIS CORPORATION | 5047 | $1,675.51 |
| FORT SILL | OK | 20-Sep-00 | 18-Sep-00 | MERRY X-RAY SAN DIEGO | 5047 | $299.62 |
| FORT SILL | OK | 20-Sep-00 | 18-Sep-00 | MERRY X-RAY SAN DIEGO | 5047 | $415.00 |
| FORT SILL | OK | 19-Sep-00 | 18-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $522.72 |
| FORT SILL | OK | 19-Sep-00 | 18-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $1,412.72 |
| FORT SILL | OK | 19-Sep-00 | 18-Sep-00 | IMMUCOR INC | 5047 | $27.50 |
| FORT SILL | OK | 20-Sep-00 | 18-Sep-00 | ALCON LABORATORIES INC | 5047 | $495.00 |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | ZIMMER | 5047 | $135.68 |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | ZIMMER | 5047 | ($720.60) |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | UNIVERSAL FOOTCARE PROD | 5047 | $16.65 |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | UNIVERSAL FOOTCARE PROD | 5047 | $203.05 |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | UNIVERSAL FOOTCARE PROD | 5047 | $111.35 |
| FORT SILL | OK | 21-Sep-00 | 19-Sep-00 | TRI ANIM HEALTH SVC INC | 5047 | $279.84 |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | TOTAL MEDICAL SYSTEMS | 5047 | $97.45 |
| FORT SILL | OK | 21-Sep-00 | 19-Sep-00 | ROCHE DIAGNOSTICS | 5047 | $294.00 |
| FORT SILL | OK | 21-Sep-00 | 19-Sep-00 | MOORE MEDICAL CORP. | 5047 | $18.41 |
| FORT SILL | OK | 25-Sep-00 | 19-Sep-00 | MITEK PRODUCTS ETHI | 5047 | $280.50 |
| FORT SILL | OK | 25-Sep-00 | 19-Sep-00 | MITEK PRODUCTS ETHI | 5047 | $145.50 |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | MEDTRONIC XOMED INC | 5047 | $115.25 |
| FORT SILL | OK | 21-Sep-00 | 19-Sep-00 | KLS MARTIN LP | 5047 | $908.50 |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | FISHER SCI CHU | 5047 | $154.44 |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | FISHER SCI CHU | 5047 | $912.50 |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | FISHER SCI CHU | 5047 | $43.00 |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | COLUMBIA DIAGNOSTICS | 5047 | $72.72 |
| FORT SILL | OK | 20-Sep-00 | 19-Sep-00 | ALLIED HEALTHCARE PRODUC | 5047 | $84.71 |
| FORT SILL | OK | 21-Sep-00 | 19-Sep-00 | ALLAR MEDICAL INC | 5047 | $75.17 |
| FORT SILL | OK | 22-Sep-00 | 20-Sep-00 | SMITH NEPHEW INC | 5047 | $1,801.76 |
| FORT SILL | OK | 22-Sep-00 | 20-Sep-00 | SMITH NEPHEW INC | 5047 | $331.80 |
| FORT SILL | OK | 22-Sep-00 | 20-Sep-00 | SMITH NEPHEW INC | 5047 | $1,894.76 |
| FORT SILL | OK | 22-Sep-00 | 20-Sep-00 | SMITH NEPHEW INC | 5047 | $1,268.46 |
| FORT SILL | OK | 22-Sep-00 | 20-Sep-00 | ROCHE DIAGNOSTICS | 5047 | $205.80 |
| FORT SILL | OK | 21-Sep-00 | 20-Sep-00 | BREG INC | 5047 | $201.96 |
| FORT SILL | OK | 21-Sep-00 | 20-Sep-00 | BAXTER GOV'T SALES | 5047 | $719.36 |
| FORT SILL | OK | 21-Sep-00 | 20-Sep-00 | ANESTHESIA EQUIP SUP INC | 5047 | $17.50 |
| FORT SILL | OK | 21-Sep-00 | 20-Sep-00 | ANESTHESIA EQUIP SUP INC | 5047 | $14.00 |
| FORT SILL | OK | 22-Sep-00 | 20-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $149.00 |
| FORT SILL | OK | 22-Sep-00 | 21-Sep-00 | STERIS CORPORATION | 5047 | $316.58 |
| FORT SILL | OK | 22-Sep-00 | 21-Sep-00 | STERIS CORPORATION | 5047 | $459.90 |
| FORT SILL | OK | 25-Sep-00 | 21-Sep-00 | SMITH NEPHEW INC | 5047 | $656.66 |
| FORT SILL | OK | 25-Sep-00 | 21-Sep-00 | MOORE MEDICAL CORP. | 5047 | $197.35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FORT SILL | OK | 22-Sep-00 | 21-Sep-00 | MEDTRONIC XOMED INC | 5047 | $90.75 |
| FORT SILL | OK | 25-Sep-00 | 21-Sep-00 | MED PRO | 5047 | $2,407.00 |
| FORT SILL | OK | 25-Sep-00 | 21-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $174.24 |
| FORT SILL | OK | 25-Sep-00 | 21-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $2,043.01 |
| FORT SILL | OK | 25-Sep-00 | 21-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $2,278.66 |
| FORT SILL | OK | 25-Sep-00 | 21-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $2,402.00 |
| FORT SILL | OK | 25-Sep-00 | 21-Sep-00 | LAB SAFETY SUPPLY, INC | 5047 | $548.95 |
| FORT SILL | OK | 22-Sep-00 | 21-Sep-00 | HENRY SCHEIN | 5047 | $1,010.75 |
| FORT SILL | OK | 22-Sep-00 | 21-Sep-00 | FISHER SCI CHU | 5047 | $570.40 |
| FORT SILL | OK | 22-Sep-00 | 21-Sep-00 | BREG INC | 5047 | $134.64 |
| FORT SILL | OK | 22-Sep-00 | 21-Sep-00 | BAXTER GOV'T SALES | 5047 | $175.88 |
| FORT SILL | OK | 22-Sep-00 | 21-Sep-00 | BAUSCH & LOMB SURGICAL | 5047 | $316.50 |
| FORT SILL | OK | 25-Sep-00 | 21-Sep-00 | ASPEN SURGICAL PRODUCTS | 5047 | $490.08 |
| FORT SILL | OK | 22-Sep-00 | 21-Sep-00 | A-DEC INC | 5047 | $135.24 |
| FORT SILL | OK | 25-Sep-00 | 21-Sep-00 | ABBOTT HOSPITAL PRODUCTS | 5047 | $54.40 |
| FORT SILL | OK | 27-Sep-00 | 22-Sep-00 | WILSON OPHTHALMIC CORP | 5047 | $71.92 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | SMITH NEPHEW INC | 5047 | $1,953.96 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | SMITH NEPHEW INC | 5047 | $1,635.06 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | SMITH NEPHEW INC | 5047 | $1,986.91 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | OWENS & MINOR #76 | 5047 | $30.40 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | OWENS & MINOR #76 | 5047 | $32.14 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | OWENS & MINOR #76 | 5047 | $125.00 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | OWENS & MINOR #76 | 5047 | $113.64 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | OWENS & MINOR #76 | 5047 | $54.70 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | OWENS & MINOR #76 | 5047 | $319.10 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | OWENS & MINOR #76 | 5047 | $87.01 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | OWENS & MINOR #76 | 5047 | $161.93 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | MITEK PRODUCTS ETHI | 5047 | $145.50 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | FUTUREMED AMERICA INC | 5047 | $61.50 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | FISHER SCI CHU | 5047 | $800.00 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | CONE INSTRUMENTS | 5047 | $152.58 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $331.50 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $80.00 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $127.00 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $102.28 |
| FORT SILL | OK | 25-Sep-00 | 22-Sep-00 | ALARIS MEDICAL SYSTEM INC | 5047 | $203.88 |
| FORT SILL | OK | 25-Sep-00 | 23-Sep-00 | FISHER SCI CHU | 5047 | $129.60 |
| FORT SILL | OK | 25-Sep-00 | 23-Sep-00 | FISHER SCI CHU | 5047 | $79.02 |
| FORT SILL | OK | 25-Sep-00 | 23-Sep-00 | DJ ORTHOPEDICS LLC | 5047 | $930.00 |
| FORT SILL | OK | 25-Sep-00 | 23-Sep-00 | ABBOTT HOSPITAL PRODUCTS | 5047 | $118.44 |
| FORT SILL | OK | 26-Sep-00 | 25-Sep-00 | SMITH & NEPHEW,ENDO.DIV. | 5047 | $143.63 |
| FORT SILL | OK | 27-Sep-00 | 25-Sep-00 | PINESTAR TECHNOLOGY | 5047 | $548.00 |
| FORT SILL | OK | 27-Sep-00 | 25-Sep-00 | OHMEDA | 5047 | $520.00 |
| FORT SILL | OK | 27-Sep-00 | 25-Sep-00 | MOORE MEDICAL CORP. | 5047 | $43.54 |
| FORT SILL | OK | 27-Sep-00 | 25-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $43.26 |
| FORT SILL | OK | 27-Sep-00 | 25-Sep-00 | HEALTH CARE LOGISTICS | 5047 | $78.90 |
| FORT SILL | OK | 27-Sep-00 | 25-Sep-00 | BIO MERIEUX INC | 5047 | $1,819.53 |
| FORT SILL | OK | 27-Sep-00 | 25-Sep-00 | BIO MERIEUX INC | 5047 | $567.30 |
| FORT SILL | OK | 27-Sep-00 | 25-Sep-00 | BIO MERIEUX INC | 5047 | $1,108.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FORT SILL | OK | 27-Sep-00 | 25-Sep-00 | BIO MERIEUX INC | 5047 | $567.30 |
| FORT SILL | OK | 27-Sep-00 | 26-Sep-00 | UNIVERSAL FOOTCARE PROD | 5047 | $124.45 |
| FORT SILL | OK | 28-Sep-00 | 26-Sep-00 | STRYKER ENDOSCOPY | 5047 | $830.00 |
| FORT SILL | OK | 28-Sep-00 | 26-Sep-00 | OWENS & MINOR #76 | 5047 | $109.96 |
| FORT SILL | OK | 02-Oct-00 | 26-Sep-00 | MITEK PRODUCTS ETHI | 5047 | $1,360.50 |
| FORT SILL | OK | 27-Sep-00 | 26-Sep-00 | MES | 5047 | $54.70 |
| FORT SILL | OK | 28-Sep-00 | 26-Sep-00 | GETINGE/CASTLE INC | 5047 | $190.91 |
| FORT SILL | OK | 28-Sep-00 | 26-Sep-00 | AMCON LAB INC | 5047 | $124.95 |
| FORT SILL | OK | 28-Sep-00 | 26-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $144.30 |
| FORT SILL | OK | 27-Sep-00 | 26-Sep-00 | ALCON LABORATORIES INC | 5047 | $405.00 |
| FORT SILL | OK | 27-Sep-00 | 26-Sep-00 | ALCON LABORATORIES INC | 5047 | $114.00 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | ZEE SERVICE COMPANY | 5047 | $398.80 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | ZEE SERVICE COMPANY | 5047 | $243.50 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | ZEE SERVICE COMPANY | 5047 | $87.85 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | ZEE SERVICE COMPANY | 5047 | $154.45 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | ZEE SERVICE COMPANY | 5047 | $164.25 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | ZEE SERVICE COMPANY | 5047 | $76.25 |
| FORT SILL | OK | 28-Sep-00 | 27-Sep-00 | VISCOT INDUSTRIES INC | 5047 | $101.70 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | SMITH NEPHEW INC | 5047 | $557.36 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | MOORE MEDICAL CORP. | 5047 | $43.54 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | MOORE MEDICAL CORP. | 5047 | $18.41 |
| FORT SILL | OK | 02-Oct-00 | 27-Sep-00 | MITEK PRODUCTS ETHI | 5047 | $1,103.50 |
| FORT SILL | OK | 02-Oct-00 | 27-Sep-00 | MITEK PRODUCTS ETHI | 5047 | $185.50 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | MARCONI MEDICAL SYSTEMS | 5047 | ($205.27) |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | LAB SAFETY SUPPLY, INC | 5047 | $120.48 |
| FORT SILL | OK | 28-Sep-00 | 27-Sep-00 | IMMUCOR INC | 5047 | $376.30 |
| FORT SILL | OK | 28-Sep-00 | 27-Sep-00 | FISHER SCI CHU | 5047 | $183.04 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | DJ ORTHOPEDICS LLC | 5047 | $34.00 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | BAXTER GOV'T SALES | 5047 | $206.03 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | ABBOTT LABS DIAGNOSTIC | 5047 | $2,208.50 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | ABBOTT LABS DIAGNOSTIC | 5047 | $906.50 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | ABBOTT LABS DIAGNOSTIC | 5047 | $1,997.10 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | ABBOTT LABS DIAGNOSTIC | 5047 | $1,704.50 |
| FORT SILL | OK | 29-Sep-00 | 27-Sep-00 | ABBOTT LABS DIAGNOSTIC | 5047 | $1,620.50 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | ROCHE DIAGNOSTICS | 5047 | $431.20 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD 00 OF 00 | 5047 | $1,412.75 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD 00 OF 00 | 5047 | $2,043.00 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD 00 OF 00 | 5047 | $1,362.00 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD 00 OF 00 | 5047 | $1,362.00 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD 00 OF 00 | 5047 | $32.40 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD 00 OF 00 | 5047 | $1,412.75 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD 00 OF 00 | 5047 | $681.00 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD 00 OF 00 | 5047 | $22.43 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD 00 OF 00 | 5047 | $264.30 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD 00 OF 00 | 5047 | $1,412.75 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD 00 OF 00 | 5047 | $1,412.75 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD | 5047 | ($22.43) |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | PICKER HCP WD | 5047 | ($352.75) |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | MOORE MEDICAL CORP. | 5047 | $18.41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FORT SILL | OK | 29-Sep-00 | 28-Sep-00 | MEDTRONIC XOMED INC | 5047 | $63.60 |
| FORT SILL | OK | 29-Sep-00 | 28-Sep-00 | FISHER SCI CCH | 5047 | $411.63 |
| FORT SILL | OK | 29-Sep-00 | 28-Sep-00 | BALLARD MEDICAL PRODUCTS | 5047 | $186.15 |
| FORT SILL | OK | 29-Sep-00 | 28-Sep-00 | ARMSTRONG MDCL IND INC | 5047 | $1,679.80 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $68.22 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $359.00 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $255.75 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $463.26 |
| FORT SILL | OK | 02-Oct-00 | 28-Sep-00 | ALLEGIANCE HLTHCR | 5047 | $109.10 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | STERIS CORPORATION | 5047 | $707.61 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | MEDTRONIC PHYSIO-CONTROL | 5047 | $39.00 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $2,252.00 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $1,412.72 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | MARCONI MEDICAL S00 OF 00 | 5047 | $2,254.80 |
| FORT SILL | OK | 03-Oct-00 | 29-Sep-00 | LAD MEDICAL | 5047 | $683.25 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | JAMES MEDICAL SPLS LTD | 5047 | $1,797.00 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | GENESSE BIOMEDICAL INC | 5047 | $337.81 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | GENESSE BIOMEDICAL INC | 5047 | $337.81 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | FISHER SCI CHU | 5047 | $79.02 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | DJ ORTHOPEDICS LLC | 5047 | $1,088.98 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | ANESTHESIA EQUIP SUP INC | 5047 | $21.00 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | ANESTHESIA EQUIP SUP INC | 5047 | $21.00 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | ALARIS MEDICAL SYSTEM INC | 5047 | $381.60 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | ALARIS MEDICAL SYSTEM INC | 5047 | $2,175.00 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | ALARIS MEDICAL SYSTEM INC | 5047 | $2,175.00 |
| FORT SILL | OK | 02-Oct-00 | 29-Sep-00 | ALARIS MEDICAL SYSTEM INC | 5047 | $413.38 |
| FORT SILL | OK | 02-Oct-00 | 30-Sep-00 | FISHER SCI CHU | 5047 | ($280.00) |
| FORT SILL | OK | 02-Oct-00 | 30-Sep-00 | FISHER SCI CHU | 5047 | $163.38 |
| FORT SILL | OK | 02-Oct-00 | 30-Sep-00 | FISHER SCI CHU | 5047 | $280.00 |
| FORT SILL | OK | 02-Oct-00 | 30-Sep-00 | ALLIED HEALTHCARE PRODCT | 5047 | $65.33 |

Appendix O - General Medical document produced by Fort Hood.