Appendix N – Plaintiff's Q 1 2000 3% data sample summary from documents produced by Fort Hood (Appendix N-1)

OIG data showing credit card purchases by for Fort Hood for same period (Appendix N-2).

# Fort Hood Credit Card Files CD 35

| Bates - Begin | Bates - End | Date | Document Description | Call Number | Vendor | Purchaser | Order By | Item Description | Item # | Amount | Order Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0110096 | 0110099 | 1/31/2000 | Call Register / Receipt; Materiel Release Order; Packing List | 0031039 | CORFLEX | Darnall Army Community Hosp | | Sling Arm Ex - Small Crayolon Pouch | CFX21-1870 | $127.50 | $127.50 |
| 0110100 | 0110101 | 2/29/2000 | Call Register / Receipt; Packing List | 0060023 | HHS Supply | Darnall Army Community Hosp | Susheep Oden | Metoprolol 50mg | PP65050000 03256 | $732.00 | |
| 0110100 | 0110101 | 2/29/2000 | Call Register / Receipt; Packing List | 0060023 | HHS Supply | Darnall Army Community Hosp | Susheep Oden | Digoxin 0.125MG | PP65050000 03300 | $737.00 | |
| 0110100 | 0110101 | 2/29/2000 | Call Register / Receipt; Packing List | 0060023 | HHS Supply | Darnall Army Community Hosp | Susheep Oden | Maxzide 75/50 | PP65050000 03337 | $925.00 | $737.00 |
| 0110102 | 0110103 | 2/29/2000 | Call Register / Receipt; Invoice | 0060031 | Southern Safety Sales | Darnall Army Community Hosp | Susheep Oden | Nebulizer | 124015 | $248.90 | |
| 0110102 | 0110103 | 2/29/2000 | Call Register / Receipt; Invoice | 0060031 | Southern Safety Sales | Darnall Army Community Hosp | Susheep Oden | Mask Oronasal Infant SZ Male / Female | 2555052600 | $79.80 | |
| 0110102 | 0110103 | 2/29/2000 | Call Register / Receipt; Invoice | 0060031 | Southern Safety Sales | Darnall Army Community Hosp | Susheep Oden | GIBECK Custom CPRAM Circuit | G13200 | $50.00 | |
| 0110102 | 0110103 | 2/29/2000 | Call Register / Receipt; Invoice | 0060031 | Southern Safety Sales | Darnall Army Community Hosp | Susheep Oden | GIBECK Custom CPRAM Circuit w/ BAG | G13403-97 | $50.00 | $428.70 |
| 0110104 | 0110105 | 3/1/2000 | Call Register / Receipt; Packing List | 0061015 | RUSCH International | Darnall Army Community Hosp | | Catheter Gland Bartholin 10FR 5CC | 5640-00 | $105.00 | $105.00 |
| 0110106 | 0110115 | 3/1/2000 | Call Register / Receipt; FAX Order; Invoice; Materiel Release Order | 0061020 | Uniform City Express | Darnall Army Community Hosp | Susheep Oden | Scrub Tops with Embroidery | 0105MED | $75.88 | |
| 0110106 | 0110115 | 3/1/2000 | Call Register / Receipt; FAX Order; Invoice; Materiel Release Order | 0061020 | Uniform City Express | Darnall Army Community Hosp | Susheep Oden | Scrub Pants SAGE Unisex Drawstring Medium | 0114 | $25.98 | |
| 0110106 | 0110115 | 3/1/2000 | Call Register / Receipt; FAX Order; Invoice; Materiel Release Order | 0061020 | Uniform City Express | Darnall Army Community Hosp | Susheep Oden | Scrub Pants SAGE Elastic Waist Medium | 0112 | $31.98 | |

CD35

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0110106 | 0110115 | 3/1/2000 | Call Register / Receipt; FAX Order; Invoice; Materiel Release Order | 0061020 | Uniform City Express | Darnall Army Community Hosp | Susheep Oden | Cardigan Scrub Jacket Sage Medium Embroidery | 0140 | $49.94 | |
| 0110106 | 0110115 | 3/1/2000 | Call Register / Receipt; FAX Order; Invoice; Materiel Release Order | 0061020 | Uniform City Express | Darnall Army Community Hosp | Susheep Oden | Cardigan Jacket Sage Large Embroidered | 0140 | $49.94 | $243.71 |
| 0110116 | 0110118 | 3/1/2000 | Call Register / Receipt; Packing List | 0061025 | HHS Supply | Darnall Army Community Hosp | Susheep Oden | PEN VK 250mg | 11819-047-40 | $566.80 | |
| 0110116 | 0110118 | 3/1/2000 | Call Register / Receipt; Packing List | 0061025 | HHS Supply | Darnall Army Community Hosp | Susheep Oden | Lopermide 2mg | 11819-036-16 | $595.00 | |
| 0110116 | 0110118 | 3/1/2000 | Call Register / Receipt; Packing List | 0061025 | HHS Supply | Darnall Army Community Hosp | Susheep Oden | Promethazine 25mg | 11819-052-10 | $360.00 | $1,406.50 |
| 0110119 | 0110123 | 3/3/2000 | Call Register / Receipt; Invoice; Memorandum for Materiel Distribution Section; Return Goods Authorization | 0063019 | MALLINCKRODT | Darnall Army Community Hosp | Susheep Oden | Tube Trach UC 3.5MM | 86284 | $335.65 | $335.65 |
| 0110053 | 0110053 | 3/10/2000 | Memorandum for record from Susheep Oden re Katena open market pricing | K58270 / SU0034020 | N/A | Darnall Army Community Hosp | | N/A | N/A | N/A | |
| 0109966 | 0109968 | 3/15/2000 | Call Register / Receipt; Packing Slip; Invoice | 0075014 | STERIS | Darnall Army Community Hosp | Susheep Oden | Vestasyde System 72 x 4 | 1601D2 | $437.88 | |
| 0109966 | 0109968 | 3/15/2000 | Call Register / Receipt; Packing Slip; Invoice | 0075014 | STERIS | Darnall Army Community Hosp | Susheep Oden | Adapter Kit Fluid Port | C1315 | $100.00 | |
| 0109966 | 0109968 | 3/15/2000 | Call Register / Receipt; Packing Slip; Invoice | 0075014 | STERIS | Darnall Army Community Hosp | Susheep Oden | Instru-Klenz | 108608 | $132.64 | |
| 0109969 | 0109972 | 3/15/2000 | **SAME AS 0109966 to 0109968** | 0075014 | | Darnall Army Community Hosp | Susheep Oden | | | | $670.52 |
| 0109973 | 0109975 | 3/15/2000 | Call Register / Receipt; Packing Slip; Invoice | 0075021 | BAYER / Diagnostics Division | Darnall Army Community Hosp | | PO2 Electrode | 476246 | $541.77 | |

CD35

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0109973 | 0109975 | 3/15/2000 | Call Register / Receipt; Packing Slip; Invoice | 0075021 | BAYER / Diagnostics Division | Darnall Army Community Hosp | | CVM For ABG Machine | 116189 | $258.90 | |
| 0109973 | 0109975 | 3/15/2000 | Call Register / Receipt; Packing Slip; Invoice | 0075021 | BAYER / Diagnostics Division | Darnall Army Community Hosp | | Quality Controls Level 1 Lot 361902 | 108860 | $512.30 | |
| 0109973 | 0109975 | 3/15/2000 | Call Register / Receipt; Packing Slip; Invoice | 0075021 | BAYER / Diagnostics Division | Darnall Army Community Hosp | | Quality Controls Level 2 Lot 361903 | 108868 | $512.30 | |
| 0109973 | 0109975 | 3/15/2000 | Call Register / Receipt; Packing Slip; Invoice | 0075021 | BAYER / Diagnostics Division | Darnall Army Community Hosp | | Quality Controls Level 3 Lot 361901 | 108869 | $512.30 | $2,337.57 |
| 0109976 | 0109978 | 3/15/2000 | Call Register / Receipt; Packing Slip; Invoice | 0075038 | Krasity's Medical & Surgical | Darnall Army Community Hosp | Susheep Oden | Tube Blood Coil | BD 366431 | $21.72 | |
| 0109976 | 0109978 | 3/15/2000 | Call Register / Receipt; Packing Slip; Invoice | 0075038 | Krasity's Medical & Surgical | Darnall Army Community Hosp | Susheep Oden | Blood Sample Coil Set 23GA x 0.75ND | BD 367253 | $147.80 | |
| 0109976 | 0109978 | 3/15/2000 | Call Register / Receipt; Packing Slip; Invoice | 0075038 | Krasity's Medical & Surgical | Darnall Army Community Hosp | Susheep Oden | Tube Blood Collection Vacuum 15ML | BD 366432 | $43.44 | $212.96 |
| 0109979 | 0109980 | 3/16/2000 | Call Register / Receipt; Invoice | 0076013 | United Medical Supply | Darnall Army Community Hosp | | Swabstick PVP Prep Packet | 6433 TRIA 10-4102 | $19.98 | |
| 0109979 | 0109980 | 3/16/2000 | Call Register / Receipt; Invoice | 0076013 | United Medical Supply | Darnall Army Community Hosp | | Applicator 6IN cotton Regular | 1420 CITM 22-9612 | $7.50 | $27.48 |
| 0109981 | 0109982 | 3/16/2000 | Call Register / Receipt; Packing Slip | 0076014 | XOMED | Darnall Army Community Hosp | | Probe Nerve Locator-Stimulator 4.5V | 8562010 | $342.00 | $342.00 |
| 0109983 | 0109985 | 3/16/2000 | Call Register / Receipt; Packing Slip; Invoice | 0076015 | INFOLAB | Darnall Army Community Hosp | Susheep Oden | Test Pack Strep A | BDD 4340904 | $475.00 | $475.00 |
| 0109986 | 0109988 | 3/16/2000 | Call Register / Receipt; Packing Slip; Invoice | 0076016 | MEDLINE | Darnall Army Community Hosp | | Slipper PEDI-Foam X-large | MDT211215 NXL | $156.63 | $156.63 |
| 0109989 | 0109991 | 3/16/2000 | Call Register / Receipt; Packing Slip; Invoice | 0076017 | ACME of Precision Surgical | Darnall Army Community Hosp | | Scissors Bandage 7.25" LG ANG to HD | 539-1 | $300.00 | $300.00 |
| 0109992 | 0109994 | 3/16/2000 | Call Register / Receipt; Packing Slip; Invoice | 0076018 | TRI-STATE | Darnall Army Community Hosp | | Label ID Red | DR1851 | $33.25 | $33.25 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0109995 | 0109997 | 3/16/2000 | Call Register / Receipt; Packing Slip; Invoice | 0076023 | RF Technology | Darnall Army Community Hosp | Susheep Oden | Band Alarm INF/Child | 3000-0219 | $270.00 | $270.00 |
| 0110000 | 0110002 | 3/16/2000 | Call Register / Receipt; Packing Slip; Invoice | 0077019 | The Psychological Corp / Harcourt Brace | Darnall Army Community Hosp | | Beck Depression Inventory Kit 2nd Ed. | 0158018370 | $61.00 | $532.04 |
| 0110003 | 0110004 | 3/16/2000 | Call Register / Receipt; Packing Slip | 0076020 | TRI-STATE | Darnall Army Community Hosp | Susheep Oden | Label for Medication | PPF1302 | $2,400.00 | $2,400.00 |
| 0110005 | 0110007 | 3/16/2000 | Call Register / Receipt; Packing Slip; Invoice | 0076022 | The Psychological Corp / Harcourt Brace | Darnall Army Community Hosp | | Beck Depression INV REC FMS-25 2nd | 0158018397 | $36.25 | $36.25 |
| 0109998 | 0109999 | 3/17/2000 | Call Register / Receipt; Invoice | 0077019 | United Medical Supply | Darnall Army Community Hosp | | Drape Exam 40x48 | 6358 / 918302 | $182.00 | |
| 0109998 | 0109999 | 3/17/2000 | Call Register / Receipt; Invoice | 0077019 | United Medical Supply | Darnall Army Community Hosp | | Paper Sheeting Examination Treatment | 6358 / 916183 | $102.06 | |
| 0109998 | 0109999 | 3/17/2000 | Call Register / Receipt; Invoice | 0077019 | United Medical Supply | Darnall Army Community Hosp | | GEL Transmission Ultrasound 5 Liter | 4926 / 01-50 | $56.55 | |
| 0109998 | 0109999 | 3/17/2000 | Call Register / Receipt; Invoice | 0077019 | United Medical Supply | Darnall Army Community Hosp | | Crutch WD W/ACC Adult Large | 1154-4860-1968 | $116.60 | |
| 0110008 | 0110010 | 3/17/2000 | Call Register / Receipt; Packing Slip; Invoice | 0077011 | Aventis Pasteur | Darnall Army Community Hosp | | IPOL 1X1 Dose Syringe | 860-51 | $1,497.24 | $1,497.24 |
| 0110011 | 0110012 | 3/17/2000 | Call Register / Receipt; Packing Slip | 0077013 | TRI-STATE | Darnall Army Community Hosp | | Pelvic Exam Device exam lighted speculum case | PE752 | $256.00 | |
| 0110011 | 0110012 | 3/17/2000 | Call Register / Receipt; Packing Slip | 0077013 | TRI-STATE | Darnall Army Community Hosp | | Device Pelvic Exam Sterile with Sheath | PE752ST | $200.00 | $456.00 |
| 0110013 | 0110015 | 3/17/2000 | Call Register / Receipt; Packing Slip; Invoice | 0077014 | EBI Medical Systems | Darnall Army Community Hosp | | Knee SPT LG O/Patelia | 1214-15 | $22.56 | |
| 0110013 | 0110015 | 3/17/2000 | Call Register / Receipt; Packing Slip; Invoice | 0077014 | EBI Medical Systems | Darnall Army Community Hosp | | Knee SPT SM O/Patelia | 1214-13 | $43.08 | |

CD35

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0110013 | 0110015 | 3/17/2000 | Call Register / Receipt; Packing Slip; Invoice | 0077014 | EBI Medical Systems | Darnall Army Community Hosp | | Knee SPT XLG O/Patelia | 1214-16 | $61.20 | $149.40 |
| 0110016 | 0110017 | 3/17/2000 | Call Register / Receipt; Packing Slip | 0077015 | Olympus America | Darnall Army Community Hosp | Susheep Oden | Forcep Semi Disposable Value | MB358 | $104.00 | $85.92 |
| 0110018 | 0110020 | 3/17/2000 | Call Register / Receipt; Packing Slip; Invoice | 0077016 | KENTEC Medical | Darnall Army Community Hosp | | Pooling set 6 Lead w/ attached 400ML Transfer Pack | T4006 | $319.60 | |
| 0110018 | 0110020 | 3/17/2000 | Call Register / Receipt; Packing Slip; Invoice | 0077016 | KENTEC Medical | Darnall Army Community Hosp | | Harness Set Six Lead | T8006 | $242.00 | $592.93 |
| 0110021 | 0110023 | 3/17/2000 | Call Register / Receipt; Packing Slip; Invoice | 0077021 | Krasity's Medical & Surgical | Darnall Army Community Hosp | | Blood Sample Coil Set 23GA x 0.75ND | BD 367253 | $36.95 | |
| 0110021 | 0110023 | 3/17/2000 | Call Register / Receipt; Packing Slip; Invoice | 0077021 | Krasity's Medical & Surgical | Darnall Army Community Hosp | | On-Off Switch | WA73308 | $105.51 | $142.46 |
| 0110024 | 0110026 | 3/17/2000 | Call Register / Receipt; Packing Slip; Invoice | 0077026 | Two Rivers Medical | Darnall Army Community Hosp | Susheep Oden | Solu-Medrol 1 gram | 2519361 | $370.08 | $370.08 |
| 0110027 | 0110029 | 3/20/2000 | Call Register / Receipt; Packing Slip; Invoice | 0080011 | Precision Biomedical | Darnall Army Community Hosp | | Catheterization Kit Central Venous | AK 15703LF | $180.90 | $180.90 |
| 0110030 | 0110032 | 3/20/2000 | Call Register / Receipt; Packing Slip; Invoice | 0080012 | EMPI | Darnall Army Community Hosp | | Pads Butterfly Medium | 199334-001 | $299.97 | $299.97 |
| 0110033 | 0110035 | 3/20/2000 | Call Register / Receipt; Packing Slip; Invoice | 0080017 | KENTEC Medical | Darnall Army Community Hosp | Susheep Oden | Filter Element IV | ELD-96LYLS | $217.05 | $217.05 |
| 0110036 | 0110038 | 3/20/2000 | Call Register / Receipt; Packing Slip; Invoice | 0080019 | Ferndale Laboratories | Darnall Army Community Hosp | | Adhesive Remover Detachol vials Box 48 | 0513-48 | $27.90 | $31.40 |
| 0110039 | 0110041 | 3/21/2000 | Call Register / Receipt; Packing Slip; Invoice | 0081012 | Katena Products | Darnall Army Community Hosp | | Blade Miniature 69B Angled | K201691 | $184.00 | $194.15 |
| 0110042 | 0110044 | 3/21/2000 | Call Register / Receipt; Packing Slip; Invoice | 0081017 | Children's Medical / Novametrix | Darnall Army Community Hosp | | Diaper Weepee 2 Fluff | 93020CF | $99.00 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0110042 | 0110044 | 3/21/2000 | Call Register / Receipt; Packing Slip; Invoice | 0081017 | Children's Medical / Novametrix | Darnall Army Community Hosp | | Pacifier Soothie Natural Scent Newborn | FG96004N | $125.00 | $232.96 |
| 0110045 | 0110046 | 3/21/2000 | Call Register / Receipt; Packing Slip | 0081020 | XOMED | Darnall Army Community Hosp | | Absorbent Spear 144S Sponge Surgical Nonwoven SYN Fiber | 0008680 | $31.10 | |
| 0110047 | 0110049 | 3/21/2000 | Call Register / Receipt; Invoice | 0081023 | MAR-MED Company | Darnall Army Community Hosp | Susheep Oden | Tourni-cot Extra Large | TCXL | $43.95 | $43.95 |
| 0110050 | 0110052 | 3/22/2000 | Call Register / Receipt; Invoice | 0081022 | MAR-MED Company | Darnall Army Community Hosp | Susheep Oden | Tourni-cot Extra Large | TCXL | $43.95 | $43.95 |
| 0110054 | 0110085 | 4/23/2000 | Susheep Oden I.M.P.A.C. Credit Card Account Summary | N/A | N/A | Darnall Army Community Hosp | | N/A | N/A | $90,766.90 | |
| 0110086 | 0110095 | 5/12/2000 | Susheep Oden Credit Card Roll-up | N/A | N/A | Darnall Army Community Hosp | | N/A | N/A | $90,766.90 | |
| | | | | | | | | | | | **$15,747.22** |