Appendix N – Plaintiff's Q 1 2000 3% data sample summary from documents produced by Fort Hood (Appendix N-1)

OIG data showing credit card purchases by for Fort Hood for same period (Appendix N-2).

PART - A

| | | | | |
|---|---|---|---|---|
| FT HOOD | 13-Mar-00 | 10-Mar-00 | A DAIGER AND CO INC | $124.75 |
| FT HOOD | 10-Jan-00 | 08-Jan-00 | ABBOTT HOSPITAL PRODUCTS | $1,084.60 |
| FT HOOD | 10-Jan-00 | 08-Jan-00 | ABBOTT HOSPITAL PRODUCTS | $2,173.48 |
| FT HOOD | 14-Jan-00 | 12-Jan-00 | ABBOTT HOSPITAL PRODUCTS | $25.00 |
| FT HOOD | 14-Jan-00 | 12-Jan-00 | ABBOTT HOSPITAL PRODUCTS | $63.00 |
| FT HOOD | 17-Jan-00 | 16-Jan-00 | ABBOTT HOSPITAL PRODUCTS | $66.58 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | ABBOTT HOSPITAL PRODUCTS | $208.80 |
| FT HOOD | 09-Feb-00 | 07-Feb-00 | ABBOTT HOSPITAL PRODUCTS | $25.00 |
| FT HOOD | 09-Feb-00 | 07-Feb-00 | ABBOTT HOSPITAL PRODUCTS | $63.00 |
| FT HOOD | 11-Feb-00 | 10-Feb-00 | ABBOTT HOSPITAL PRODUCTS | $43.16 |
| FT HOOD | 14-Feb-00 | 10-Feb-00 | ABBOTT HOSPITAL PRODUCTS | $224.80 |
| FT HOOD | 14-Feb-00 | 12-Feb-00 | ABBOTT HOSPITAL PRODUCTS | $1,014.44 |
| FT HOOD | 14-Feb-00 | 12-Feb-00 | ABBOTT HOSPITAL PRODUCTS | $2,034.44 |
| FT HOOD | 24-Feb-00 | 22-Feb-00 | ABBOTT HOSPITAL PRODUCTS | $66.58 |
| FT HOOD | 06-Mar-00 | 04-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $25.00 |
| FT HOOD | 06-Mar-00 | 04-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $63.00 |
| FT HOOD | 10-Mar-00 | 08-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $2,034.44 |
| FT HOOD | 10-Mar-00 | 08-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $1,014.44 |
| FT HOOD | 13-Mar-00 | 11-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $748.76 |
| FT HOOD | 20-Mar-00 | 18-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $208.80 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $352.80 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $705.60 |
| FT HOOD | 24-Mar-00 | 22-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $78.81 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $88.16 |
| FT HOOD | 27-Mar-00 | 25-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $66.58 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | ABBOTT HOSPITAL PRODUCTS | $25.00 |
| FT HOOD | 06-Jan-00 | 04-Jan-00 | ABBOTT LABS DIAGNOSTIC | $17,024.50 |
| FT HOOD | 17-Jan-00 | 13-Jan-00 | ABBOTT LABS DIAGNOSTIC | $5,600.50 |
| FT HOOD | 17-Jan-00 | 13-Jan-00 | ABBOTT LABS DIAGNOSTIC | $4,480.50 |
| FT HOOD | 17-Jan-00 | 13-Jan-00 | ABBOTT LABS DIAGNOSTIC | $3,392.50 |
| FT HOOD | 17-Jan-00 | 13-Jan-00 | ABBOTT LABS DIAGNOSTIC | $1,960.00 |
| FT HOOD | 17-Jan-00 | 13-Jan-00 | ABBOTT LABS DIAGNOSTIC | $1,680.00 |
| FT HOOD | 17-Jan-00 | 13-Jan-00 | ABBOTT LABS DIAGNOSTIC | $1,400.00 |
| FT HOOD | 17-Jan-00 | 16-Jan-00 | ABBOTT LABS DIAGNOSTIC | $3,000.00 |
| FT HOOD | 24-Jan-00 | 22-Jan-00 | ABBOTT LABS DIAGNOSTIC | $1,088.00 |
| FT HOOD | 24-Jan-00 | 22-Jan-00 | ABBOTT LABS DIAGNOSTIC | $840.00 |
| FT HOOD | 24-Jan-00 | 22-Jan-00 | ABBOTT LABS DIAGNOSTIC | $1,960.00 |
| FT HOOD | 28-Jan-00 | 26-Jan-00 | ABBOTT LABS DIAGNOSTIC | $1,800.00 |
| FT HOOD | 31-Jan-00 | 27-Jan-00 | ABBOTT LABS DIAGNOSTIC | $17,024.50 |
| FT HOOD | 31-Jan-00 | 29-Jan-00 | ABBOTT LABS DIAGNOSTIC | $2,800.00 |
| FT HOOD | 03-Feb-00 | 02-Feb-00 | ABBOTT LABS DIAGNOSTIC | $24.50 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | ABBOTT LABS DIAGNOSTIC | $3,000.00 |
| FT HOOD | 07-Feb-00 | 05-Feb-00 | ABBOTT LABS DIAGNOSTIC | $69.50 |
| FT HOOD | 14-Feb-00 | 12-Feb-00 | ABBOTT LABS DIAGNOSTIC | $1,800.00 |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | ABBOTT LABS DIAGNOSTIC | $2,800.00 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | ABBOTT LABS DIAGNOSTIC | $1,982.50 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | ABBOTT LABS DIAGNOSTIC | $114.50 |
| FT HOOD | 02-Mar-00 | 29-Feb-00 | ABBOTT LABS DIAGNOSTIC | $20,024.50 |
| FT HOOD | 02-Mar-00 | 29-Feb-00 | ABBOTT LABS DIAGNOSTIC | $1,857.00 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 13-Mar-00 | 11-Mar-00 | ABBOTT LABS DIAGNOSTIC | $1,800.00 |
| FT HOOD | 16-Mar-00 | 14-Mar-00 | ABBOTT LABS DIAGNOSTIC | $20,024.50 |
| FT HOOD | 20-Mar-00 | 16-Mar-00 | ABBOTT LABS DIAGNOSTIC | $2,800.00 |
| FT HOOD | 20-Mar-00 | 18-Mar-00 | ABBOTT LABS DIAGNOSTIC | ($114.50) |
| FT HOOD | 20-Mar-00 | 18-Mar-00 | ABBOTT LABS DIAGNOSTIC | ($1,982.50) |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | ABBOTT LABS DIAGNOSTIC | $5,056.50 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | ABBOTT LABS DIAGNOSTIC | $840.00 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | ABBOTT LABS DIAGNOSTIC | $5,056.50 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | ABBOTT LABS DIAGNOSTIC | $544.00 |
| FT HOOD | 10-Feb-00 | 09-Feb-00 | ACCURATE SURGICAL & SCIEN | $385.00 |
| FT HOOD | 06-Jan-00 | 05-Jan-00 | A-DEC INC | $74.13 |
| FT HOOD | 10-Jan-00 | 06-Jan-00 | A-DEC INC | $50.65 |
| FT HOOD | 13-Jan-00 | 12-Jan-00 | A-DEC INC | $24.45 |
| FT HOOD | 18-Jan-00 | 17-Jan-00 | A-DEC INC | $145.11 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | A-DEC INC | $55.31 |
| FT HOOD | 08-Feb-00 | 07-Feb-00 | A-DEC INC | $309.85 |
| FT HOOD | 03-Mar-00 | 02-Mar-00 | A-DEC INC | $856.52 |
| FT HOOD | 06-Mar-00 | 03-Mar-00 | A-DEC INC | $226.76 |
| FT HOOD | 08-Mar-00 | 07-Mar-00 | A-DEC INC | $127.55 |
| FT HOOD | 13-Mar-00 | 10-Mar-00 | A-DEC INC | $199.34 |
| FT HOOD | 15-Mar-00 | 14-Mar-00 | A-DEC INC | $721.84 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | A-DEC INC | $231.39 |
| FT HOOD | 12-Jan-00 | 10-Jan-00 | ALADDIN TEMP RITE LLC | ($37.86) |
| FT HOOD | 13-Jan-00 | 12-Jan-00 | ALARIS MEDICAL SYSTEM INC | $225.00 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | ALARIS MEDICAL SYSTEM INC | $68.30 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | ALARIS MEDICAL SYSTEM INC | $237.21 |
| FT HOOD | 03-Feb-00 | 02-Feb-00 | ALARIS MEDICAL SYSTEM INC | $125.00 |
| FT HOOD | 09-Feb-00 | 07-Feb-00 | ALARIS MEDICAL SYSTEM INC | $134.00 |
| FT HOOD | 10-Feb-00 | 09-Feb-00 | ALARIS MEDICAL SYSTEM INC | $68.30 |
| FT HOOD | 11-Feb-00 | 10-Feb-00 | ALARIS MEDICAL SYSTEM INC | $68.30 |
| FT HOOD | 15-Feb-00 | 14-Feb-00 | ALARIS MEDICAL SYSTEM INC | $60.00 |
| FT HOOD | 23-Feb-00 | 21-Feb-00 | ALARIS MEDICAL SYSTEM INC | $158.09 |
| FT HOOD | 28-Feb-00 | 25-Feb-00 | ALARIS MEDICAL SYSTEM INC | $1,575.00 |
| FT HOOD | 02-Mar-00 | 01-Mar-00 | ALARIS MEDICAL SYSTEM INC | $513.00 |
| FT HOOD | 07-Mar-00 | 06-Mar-00 | ALARIS MEDICAL SYSTEM INC | $625.00 |
| FT HOOD | 08-Mar-00 | 07-Mar-00 | ALARIS MEDICAL SYSTEM INC | $150.56 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | ALARIS MEDICAL SYSTEM INC | $68.30 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | ALCON LABORATORIES INC | $869.00 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | ALCON LABORATORIES INC | $345.00 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | ALCON LABORATORIES INC | $565.00 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | ALCON LABORATORIES INC | $4,417.00 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | ALCON LABORATORIES INC | $242.00 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | ALCON LABORATORIES INC | $139.00 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | ALCON LABORATORIES INC | $759.00 |
| FT HOOD | 11-Feb-00 | 10-Feb-00 | ALCON LABORATORIES INC | $121.00 |
| FT HOOD | 15-Feb-00 | 14-Feb-00 | ALCON LABORATORIES INC | $125.00 |
| FT HOOD | 09-Mar-00 | 08-Mar-00 | ALCON LABORATORIES INC | $759.00 |
| FT HOOD | 13-Mar-00 | 10-Mar-00 | ALCON LABORATORIES INC | $883.00 |
| FT HOOD | 17-Mar-00 | 16-Mar-00 | ALCON LABORATORIES INC | $2,247.00 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 21-Mar-00 | 20-Mar-00 | ALCON LABORATORIES INC | $457.00 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | ALCON LABORATORIES INC | $381.00 |
| FT HOOD | 07-Jan-00 | 05-Jan-00 | ALLEGIANCE HLTHCR | $134.29 |
| FT HOOD | 17-Jan-00 | 13-Jan-00 | ALLEGIANCE HLTHCR | ($200.00) |
| FT HOOD | 17-Jan-00 | 13-Jan-00 | ALLEGIANCE HLTHCR | $1,150.00 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | ALLEGIANCE HLTHCR | $8,172.00 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | ALLEGIANCE HLTHCR | $8,172.00 |
| FT HOOD | 01-Mar-00 | 28-Feb-00 | ALLEGIANCE HLTHCR | $8,172.00 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | ALLEGIANCE HLTHCR | $8,172.00 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | ALLEGIANCE HLTHCR | $1,860.80 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | ALLEN MEDICAL | $285.13 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | ALLEN MEDICAL | $844.38 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | AMCON LAB INC | $411.21 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | AMERICAN MEDICAL DEPOT | $54.38 |
| FT HOOD | 25-Jan-00 | 24-Jan-00 | AMERICAN MEDICAL DEPOT | $120.56 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | AMERICAN MEDICAL DEPOT | $56.03 |
| FT HOOD | 16-Feb-00 | 15-Feb-00 | AMERICAN MEDICAL DEPOT | $56.03 |
| FT HOOD | 14-Jan-00 | 13-Jan-00 | AMERICAN MEDICAL SYSTEMS | $995.00 |
| FT HOOD | 17-Jan-00 | 05-Jan-00 | ANDOVER COATED PRODUCTS | $52.50 |
| FT HOOD | 17-Feb-00 | 07-Feb-00 | ANDOVER COATED PRODUCTS | $157.50 |
| FT HOOD | 13-Jan-00 | 12-Jan-00 | ANESTHESIA SERVICE INC | $138.66 |
| FT HOOD | 17-Jan-00 | 14-Jan-00 | ANESTHESIA SERVICE INC | $552.50 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | ANESTHESIA SERVICE INC | $181.00 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | ANESTHESIA SERVICE INC | $28.60 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | ANESTHESIA SERVICE INC | $52.20 |
| FT HOOD | 21-Feb-00 | 18-Feb-00 | ANESTHESIA SERVICE INC | $72.95 |
| FT HOOD | 06-Mar-00 | 03-Mar-00 | ANESTHESIA SERVICE INC | ($72.95) |
| FT HOOD | 13-Mar-00 | 10-Mar-00 | ANESTHESIA SERVICE INC | $533.40 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | ANESTHESIA SERVICE INC | $144.90 |
| FT HOOD | 06-Jan-00 | 05-Jan-00 | APPLIED MEDICAL RESOURCES | $1,247.00 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | ARMSTRONG MDCL IND INC | $602.05 |
| FT HOOD | 24-Mar-00 | 23-Mar-00 | ARMSTRONG MDCL IND INC | $184.06 |
| FT HOOD | 24-Mar-00 | 23-Mar-00 | ARMSTRONG MDCL IND INC | $1,729.59 |
| FT HOOD | 24-Mar-00 | 23-Mar-00 | ARMSTRONG MDCL IND INC | $1,268.84 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | ARROW INTERNATIONAL INC. | $206.48 |
| FT HOOD | 14-Jan-00 | 12-Jan-00 | ASHTON PUMPMATIC INC | $302.10 |
| FT HOOD | 20-Jan-00 | 18-Jan-00 | ASHTON PUMPMATIC INC | $196.78 |
| FT HOOD | 24-Mar-00 | 22-Mar-00 | ASHTON PUMPMATIC INC | $202.78 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | ATL SPPLS AND ACCESS | $101.78 |
| FT HOOD | 13-Jan-00 | 12-Jan-00 | BALLARD MEDICAL PRODUCTS | $293.50 |
| FT HOOD | 19-Jan-00 | 18-Jan-00 | BALLARD MEDICAL PRODUCTS | $566.00 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | BALLARD MEDICAL PRODUCTS | $293.50 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | BALLARD MEDICAL PRODUCTS | $1,174.00 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | BALLARD MEDICAL PRODUCTS | $566.00 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | BALLARD MEDICAL PRODUCTS | $566.00 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | BALLARD MEDICAL PRODUCTS | $869.05 |
| FT HOOD | 29-Feb-00 | 28-Feb-00 | BALLARD MEDICAL PRODUCTS | $170.94 |
| FT HOOD | 29-Feb-00 | 28-Feb-00 | BALLARD MEDICAL PRODUCTS | $306.91 |
| FT HOOD | 23-Mar-00 | 22-Mar-00 | BALLARD MEDICAL PRODUCTS | $200.98 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 06-Jan-00 | 04-Jan-00 | BARNSTEAD THERMOLYNE | ($926.70) |
| FT HOOD | 24-Jan-00 | 21-Jan-00 | BARNSTEAD THERMOLYNE | $102.78 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | BAUERFEIND USA INC | $195.00 |
| FT HOOD | 28-Feb-00 | 25-Feb-00 | BAUERFEIND USA INC | $1,695.00 |
| FT HOOD | 06-Jan-00 | 05-Jan-00 | BAXTER CVG | $242.80 |
| FT HOOD | 14-Jan-00 | 13-Jan-00 | BAXTER CVG | $165.00 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | BAXTER CVG | $118.49 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | BAXTER CVG | $661.01 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | BAXTER CVG | $641.03 |
| FT HOOD | 29-Feb-00 | 28-Feb-00 | BAXTER CVG | $639.87 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | BAXTER GOV'T SALES | $540.00 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | BAXTER GOV'T SALES | $540.00 |
| FT HOOD | 22-Mar-00 | 20-Mar-00 | BAXTER GOV'T SALES | $320.00 |
| FT HOOD | 10-Jan-00 | 06-Jan-00 | BEEKLEY CORP. | $1,212.95 |
| FT HOOD | 22-Mar-00 | 20-Mar-00 | BEEKLEY CORP. | $1,212.95 |
| FT HOOD | 18-Jan-00 | 17-Jan-00 | BERCHTOLD CORP | $15.70 |
| FT HOOD | 18-Jan-00 | 17-Jan-00 | BERCHTOLD CORP | $115.00 |
| FT HOOD | 28-Mar-00 | 27-Mar-00 | BERCHTOLD CORP | $115.00 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | BIOINDUSTRIAL PRODUCTS | $77.52 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | BIOMET INC | $994.00 |
| FT HOOD | 26-Jan-00 | 24-Jan-00 | BIONIX/NST | $492.50 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | BIONIX/NST | $530.00 |
| FT HOOD | 03-Apr-00 | 30-Mar-00 | BIONIX/NST | $492.50 |
| FT HOOD | 24-Jan-00 | 20-Jan-00 | BLOOD & TISSUE CTR OF | $480.00 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | BLOOD & TISSUE CTR OF | $410.00 |
| FT HOOD | 28-Jan-00 | 26-Jan-00 | BOSTON SCIENTIFIC | $589.00 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | BOSTON SCIENTIFIC | $154.09 |
| FT HOOD | 02-Feb-00 | 31-Jan-00 | BOSTON SCIENTIFIC | $782.77 |
| FT HOOD | 14-Feb-00 | 10-Feb-00 | BOSTON SCIENTIFIC | $421.23 |
| FT HOOD | 14-Feb-00 | 10-Feb-00 | BOSTON SCIENTIFIC | $226.41 |
| FT HOOD | 14-Feb-00 | 11-Feb-00 | BOSTON SCIENTIFIC | $547.00 |
| FT HOOD | 21-Feb-00 | 18-Feb-00 | BOSTON SCIENTIFIC | $547.00 |
| FT HOOD | 06-Mar-00 | 03-Mar-00 | BOSTON SCIENTIFIC | $2,473.00 |
| FT HOOD | 13-Mar-00 | 09-Mar-00 | BOSTON SCIENTIFIC | $1,179.00 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | BOSTON SCIENTIFIC | $2,100.00 |
| FT HOOD | 03-Apr-00 | 30-Mar-00 | BOSTON SCIENTIFIC | $289.00 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | CAMPBELL ASSOCIATES I | $1,001.56 |
| FT HOOD | 17-Jan-00 | 13-Jan-00 | CHATTANOOGA GROUP INC | $227.25 |
| FT HOOD | 24-Jan-00 | 21-Jan-00 | CIRCON CORPORATION | $88.00 |
| FT HOOD | 24-Jan-00 | 21-Jan-00 | CIRCON CORPORATION | $720.00 |
| FT HOOD | 28-Jan-00 | 26-Jan-00 | CIRCON CORPORATION | $720.00 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | CIRCON CORPORATION | $88.00 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | CIRCON CORPORATION | $103.50 |
| FT HOOD | 09-Feb-00 | 07-Feb-00 | CIRCON CORPORATION | $180.00 |
| FT HOOD | 17-Feb-00 | 15-Feb-00 | CIRCON CORPORATION | $64.00 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | CIRCON CORPORATION | $174.00 |
| FT HOOD | 28-Feb-00 | 25-Feb-00 | CIRCON CORPORATION | $810.00 |
| FT HOOD | 10-Mar-00 | 08-Mar-00 | CIRCON CORPORATION | $64.00 |
| FT HOOD | 16-Mar-00 | 14-Mar-00 | CIRCON CORPORATION | $360.00 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 20-Mar-00 | 17-Mar-00 | CIRCON CORPORATION | $44.00 |
| FT HOOD | 22-Mar-00 | 20-Mar-00 | CIRCON CORPORATION | $64.00 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | CIRCON CORPORATION | $720.00 |
| FT HOOD | 24-Mar-00 | 22-Mar-00 | CIRCON CORPORATION | $44.00 |
| FT HOOD | 24-Mar-00 | 22-Mar-00 | CIRCON CORPORATION | $720.00 |
| FT HOOD | 24-Mar-00 | 22-Mar-00 | CIRCON CORPORATION | $720.00 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | CIRCON CORPORATION | $353.00 |
| FT HOOD | 30-Mar-00 | 28-Mar-00 | CIRCON CORPORATION | $30.00 |
| FT HOOD | 30-Mar-00 | 28-Mar-00 | CIRCON CORPORATION | $454.00 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | CIRCON CORPORATION | $96.00 |
| FT HOOD | 03-Apr-00 | 30-Mar-00 | CIRCON CORPORATION | $184.05 |
| FT HOOD | 18-Jan-00 | 14-Jan-00 | CIS US INC | $199.50 |
| FT HOOD | 18-Feb-00 | 17-Feb-00 | CIS US INC | $640.00 |
| FT HOOD | 23-Mar-00 | 22-Mar-00 | CIS US INC | $283.00 |
| FT HOOD | 13-Jan-00 | 11-Jan-00 | CIVCO MEDICAL INSTRUM | $583.00 |
| FT HOOD | 19-Jan-00 | 17-Jan-00 | COBE LABORATORIES INC | $545.30 |
| FT HOOD | 19-Jan-00 | 17-Jan-00 | COBE LABORATORIES INC | $411.75 |
| FT HOOD | 09-Feb-00 | 03-Feb-00 | COBE LABORATORIES INC | $1,099.86 |
| FT HOOD | 29-Mar-00 | 28-Mar-00 | CONTINENTAL METAL PROD CO | $83.09 |
| FT HOOD | 24-Jan-00 | 20-Jan-00 | COOK INCORPORATED | $882.00 |
| FT HOOD | 31-Jan-00 | 27-Jan-00 | COOK INCORPORATED | $450.00 |
| FT HOOD | 06-Jan-00 | 04-Jan-00 | COOPER SURGICAL INC | $1,627.06 |
| FT HOOD | 06-Jan-00 | 04-Jan-00 | COOPER SURGICAL INC | $118.80 |
| FT HOOD | 11-Feb-00 | 09-Feb-00 | COOPER SURGICAL INC | $1,625.00 |
| FT HOOD | 14-Feb-00 | 10-Feb-00 | COOPER SURGICAL INC | $337.36 |
| FT HOOD | 25-Feb-00 | 16-Feb-00 | COOPER SURGICAL INC | $323.10 |
| FT HOOD | 25-Feb-00 | 16-Feb-00 | COOPER SURGICAL INC | $323.10 |
| FT HOOD | 25-Feb-00 | 17-Feb-00 | COOPER SURGICAL INC | $323.10 |
| FT HOOD | 25-Feb-00 | 23-Feb-00 | COOPER SURGICAL INC | $207.00 |
| FT HOOD | 01-Mar-00 | 29-Feb-00 | COOPER SURGICAL INC | $558.66 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | COOPER SURGICAL INC | $289.44 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | COOPER SURGICAL INC | $180.80 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | COOPER SURGICAL INC | $207.00 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | COOPER SURGICAL INC | $248.86 |
| FT HOOD | 19-Jan-00 | 17-Jan-00 | COOPER VISION INC | $126.96 |
| FT HOOD | 09-Mar-00 | 07-Mar-00 | DENTSPLY PREVENTIVE | $10.84 |
| FT HOOD | 30-Mar-00 | 28-Mar-00 | DENTSPLY PREVENTIVE | $45.69 |
| FT HOOD | 10-Jan-00 | 06-Jan-00 | DENTSPLY RINN | $172.76 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | DENTSPLY RINN | $324.26 |
| FT HOOD | 17-Feb-00 | 15-Feb-00 | DEPUY JOHNSON/JOHNSN | $450.00 |
| FT HOOD | 20-Jan-00 | 19-Jan-00 | DJ ORTHOPEDICS LLC | $102.96 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | DJ ORTHOPEDICS LLC | $90.00 |
| FT HOOD | 02-Mar-00 | 01-Mar-00 | DJ ORTHOPEDICS LLC | $33.03 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | DJ ORTHOPEDICS LLC | $34.32 |
| FT HOOD | 30-Mar-00 | 29-Mar-00 | ELLARD INSTRUMENTATION | $605.08 |
| FT HOOD | 17-Jan-00 | 14-Jan-00 | EMPI, INC | $504.50 |
| FT HOOD | 18-Feb-00 | 17-Feb-00 | EMPI, INC | $546.64 |
| FT HOOD | 25-Feb-00 | 24-Feb-00 | EMPI, INC | $2,291.13 |
| FT HOOD | 23-Mar-00 | 22-Mar-00 | EMPI, INC | $299.97 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 16-Mar-00 | 14-Mar-00 | EXCHANGE CART ACCESSOR | $54.00 |
| FT HOOD | 07-Feb-00 | 05-Feb-00 | FISHER SCI ATL | $150.57 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | FISHER SCI CCH | $55.20 |
| FT HOOD | 13-Jan-00 | 12-Jan-00 | FISHER SCI CCH | $56.10 |
| FT HOOD | 20-Jan-00 | 19-Jan-00 | FISHER SCI CCH | $10.44 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | FISHER SCI CCH | $26.10 |
| FT HOOD | 07-Feb-00 | 05-Feb-00 | FISHER SCI CCH | $105.00 |
| FT HOOD | 07-Feb-00 | 05-Feb-00 | FISHER SCI CCH | $472.50 |
| FT HOOD | 14-Feb-00 | 12-Feb-00 | FISHER SCI CCH | $138.30 |
| FT HOOD | 16-Feb-00 | 15-Feb-00 | FISHER SCI CCH | $244.80 |
| FT HOOD | 21-Feb-00 | 18-Feb-00 | FISHER SCI CCH | $100.78 |
| FT HOOD | 21-Feb-00 | 19-Feb-00 | FISHER SCI CCH | $24.93 |
| FT HOOD | 28-Feb-00 | 26-Feb-00 | FISHER SCI CCH | $52.65 |
| FT HOOD | 28-Feb-00 | 26-Feb-00 | FISHER SCI CCH | $27.60 |
| FT HOOD | 06-Mar-00 | 04-Mar-00 | FISHER SCI CCH | $290.40 |
| FT HOOD | 08-Mar-00 | 07-Mar-00 | FISHER SCI CCH | $259.02 |
| FT HOOD | 13-Mar-00 | 11-Mar-00 | FISHER SCI CCH | $115.00 |
| FT HOOD | 17-Mar-00 | 16-Mar-00 | FISHER SCI CCH | $61.00 |
| FT HOOD | 17-Mar-00 | 16-Mar-00 | FISHER SCI CCH | $106.00 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | FISHER SCI CCH | $66.21 |
| FT HOOD | 20-Mar-00 | 18-Mar-00 | FISHER SCI CCH | $246.72 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | FISHER SCI CCH | $111.35 |
| FT HOOD | 23-Mar-00 | 22-Mar-00 | FISHER SCI CCH | $90.24 |
| FT HOOD | 24-Mar-00 | 23-Mar-00 | FISHER SCI CCH | $130.00 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | FISHER SCI CCH | $433.18 |
| FT HOOD | 31-Mar-00 | 30-Mar-00 | FISHER SCI CCH | $172.76 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | FISHER SCI CHO | $229.56 |
| FT HOOD | 07-Jan-00 | 06-Jan-00 | FISHER SCI CHU | $147.00 |
| FT HOOD | 07-Jan-00 | 06-Jan-00 | FISHER SCI CHU | $95.16 |
| FT HOOD | 07-Jan-00 | 06-Jan-00 | FISHER SCI CHU | $11.96 |
| FT HOOD | 07-Jan-00 | 06-Jan-00 | FISHER SCI CHU | $479.10 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | FISHER SCI CHU | $110.00 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | FISHER SCI CHU | $43.50 |
| FT HOOD | 10-Jan-00 | 08-Jan-00 | FISHER SCI CHU | $130.00 |
| FT HOOD | 10-Jan-00 | 08-Jan-00 | FISHER SCI CHU | $134.40 |
| FT HOOD | 14-Jan-00 | 13-Jan-00 | FISHER SCI CHU | $72.60 |
| FT HOOD | 17-Jan-00 | 14-Jan-00 | FISHER SCI CHU | $731.66 |
| FT HOOD | 19-Jan-00 | 18-Jan-00 | FISHER SCI CHU | $1,363.05 |
| FT HOOD | 19-Jan-00 | 18-Jan-00 | FISHER SCI CHU | $134.40 |
| FT HOOD | 20-Jan-00 | 19-Jan-00 | FISHER SCI CHU | $204.29 |
| FT HOOD | 24-Jan-00 | 22-Jan-00 | FISHER SCI CHU | $442.14 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | FISHER SCI CHU | $52.65 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | FISHER SCI CHU | $820.19 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | FISHER SCI CHU | $5.93 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | FISHER SCI CHU | $11.86 |
| FT HOOD | 31-Jan-00 | 29-Jan-00 | FISHER SCI CHU | $37.49 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | FISHER SCI CHU | $1,363.05 |
| FT HOOD | 03-Feb-00 | 02-Feb-00 | FISHER SCI CHU | $320.39 |
| FT HOOD | 03-Feb-00 | 02-Feb-00 | FISHER SCI CHU | $458.25 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 04-Feb-00 | 03-Feb-00 | FISHER SCI CHU | $39.51 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | FISHER SCI CHU | $276.76 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | FISHER SCI CHU | $99.30 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | FISHER SCI CHU | $62.72 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | FISHER SCI CHU | $1,842.58 |
| FT HOOD | 07-Feb-00 | 05-Feb-00 | FISHER SCI CHU | $50.22 |
| FT HOOD | 07-Feb-00 | 05-Feb-00 | FISHER SCI CHU | $1,567.60 |
| FT HOOD | 09-Feb-00 | 08-Feb-00 | FISHER SCI CHU | $134.40 |
| FT HOOD | 09-Feb-00 | 08-Feb-00 | FISHER SCI CHU | $1,960.37 |
| FT HOOD | 09-Feb-00 | 08-Feb-00 | FISHER SCI CHU | $276.98 |
| FT HOOD | 10-Feb-00 | 09-Feb-00 | FISHER SCI CHU | ($28.50) |
| FT HOOD | 10-Feb-00 | 09-Feb-00 | FISHER SCI CHU | $1,560.60 |
| FT HOOD | 11-Feb-00 | 10-Feb-00 | FISHER SCI CHU | $113.40 |
| FT HOOD | 14-Feb-00 | 12-Feb-00 | FISHER SCI CHU | ($50.22) |
| FT HOOD | 14-Feb-00 | 12-Feb-00 | FISHER SCI CHU | $1,363.05 |
| FT HOOD | 14-Feb-00 | 12-Feb-00 | FISHER SCI CHU | $156.29 |
| FT HOOD | 14-Feb-00 | 12-Feb-00 | FISHER SCI CHU | $1,665.77 |
| FT HOOD | 17-Feb-00 | 16-Feb-00 | FISHER SCI CHU | $1,736.61 |
| FT HOOD | 21-Feb-00 | 18-Feb-00 | FISHER SCI CHU | $103.34 |
| FT HOOD | 21-Feb-00 | 19-Feb-00 | FISHER SCI CHU | $1,215.18 |
| FT HOOD | 21-Feb-00 | 19-Feb-00 | FISHER SCI CHU | $17.94 |
| FT HOOD | 23-Feb-00 | 22-Feb-00 | FISHER SCI CHU | $130.00 |
| FT HOOD | 24-Feb-00 | 23-Feb-00 | FISHER SCI CHU | $30.04 |
| FT HOOD | 24-Feb-00 | 23-Feb-00 | FISHER SCI CHU | $79.56 |
| FT HOOD | 28-Feb-00 | 25-Feb-00 | FISHER SCI CHU | $9.58 |
| FT HOOD | 01-Mar-00 | 29-Feb-00 | FISHER SCI CHU | $1,569.57 |
| FT HOOD | 03-Mar-00 | 02-Mar-00 | FISHER SCI CHU | $764.72 |
| FT HOOD | 03-Mar-00 | 02-Mar-00 | FISHER SCI CHU | $152.45 |
| FT HOOD | 03-Mar-00 | 02-Mar-00 | FISHER SCI CHU | $174.61 |
| FT HOOD | 06-Mar-00 | 03-Mar-00 | FISHER SCI CHU | $541.14 |
| FT HOOD | 09-Mar-00 | 08-Mar-00 | FISHER SCI CHU | $302.34 |
| FT HOOD | 09-Mar-00 | 08-Mar-00 | FISHER SCI CHU | $1,161.60 |
| FT HOOD | 09-Mar-00 | 08-Mar-00 | FISHER SCI CHU | $97.87 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | FISHER SCI CHU | $340.74 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | FISHER SCI CHU | $684.45 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | FISHER SCI CHU | $480.69 |
| FT HOOD | 13-Mar-00 | 11-Mar-00 | FISHER SCI CHU | $162.86 |
| FT HOOD | 13-Mar-00 | 11-Mar-00 | FISHER SCI CHU | $76.54 |
| FT HOOD | 16-Mar-00 | 15-Mar-00 | FISHER SCI CHU | $216.20 |
| FT HOOD | 17-Mar-00 | 16-Mar-00 | FISHER SCI CHU | $273.96 |
| FT HOOD | 17-Mar-00 | 16-Mar-00 | FISHER SCI CHU | $47.54 |
| FT HOOD | 17-Mar-00 | 16-Mar-00 | FISHER SCI CHU | $172.62 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | FISHER SCI CHU | $113.37 |
| FT HOOD | 20-Mar-00 | 18-Mar-00 | FISHER SCI CHU | $195.37 |
| FT HOOD | 20-Mar-00 | 18-Mar-00 | FISHER SCI CHU | $14.77 |
| FT HOOD | 20-Mar-00 | 18-Mar-00 | FISHER SCI CHU | $38.27 |
| FT HOOD | 24-Mar-00 | 23-Mar-00 | FISHER SCI CHU | $10.44 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | FISHER SCI CHU | $508.75 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | FISHER SCI CHU | $60.85 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 27-Mar-00 | 24-Mar-00 | FISHER SCI CHU | $292.89 |
| FT HOOD | 27-Mar-00 | 25-Mar-00 | FISHER SCI CHU | $38.48 |
| FT HOOD | 27-Mar-00 | 25-Mar-00 | FISHER SCI CHU | $299.92 |
| FT HOOD | 30-Mar-00 | 29-Mar-00 | FISHER SCI CHU | $167.12 |
| FT HOOD | 30-Mar-00 | 29-Mar-00 | FISHER SCI CHU | $706.21 |
| FT HOOD | 30-Mar-00 | 29-Mar-00 | FISHER SCI CHU | $1,107.00 |
| FT HOOD | 30-Mar-00 | 29-Mar-00 | FISHER SCI CHU | $442.65 |
| FT HOOD | 31-Mar-00 | 30-Mar-00 | FISHER SCI CHU | $1,047.40 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | FISHER SCI CHU | $1,107.00 |
| FT HOOD | 06-Jan-00 | 05-Jan-00 | GAYMAR INDUSTRIES INC | $182.79 |
| FT HOOD | 24-Feb-00 | 22-Feb-00 | GE MARQUETTE - MED | $36.00 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | GE MARQUETTE - MED | $180.00 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | GE MARQUETTE - MED | $200.00 |
| FT HOOD | 23-Mar-00 | 22-Mar-00 | GE-MARQUETTE SERVICES | $260.40 |
| FT HOOD | 30-Mar-00 | 29-Mar-00 | GE-MARQUETTE SERVICES | $145.00 |
| FT HOOD | 07-Feb-00 | 28-Jan-00 | GENDEX CORPORATION | $101.14 |
| FT HOOD | 23-Feb-00 | 17-Feb-00 | GENDEX CORPORATION | $271.75 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | GENDEX CORPORATION | $180.23 |
| FT HOOD | 22-Mar-00 | 20-Mar-00 | GENERAL CUBICLE CO INC | $1,441.00 |
| FT HOOD | 14-Mar-00 | 13-Mar-00 | GLOBAL FOCUS MARKETING & | $979.15 |
| FT HOOD | 24-Mar-00 | 23-Mar-00 | H&H SYSTEMS INC | $475.80 |
| FT HOOD | 05-Jan-00 | 03-Jan-00 | HEALTH CARE LOGISTICS | $596.16 |
| FT HOOD | 17-Feb-00 | 15-Feb-00 | HEALTH CARE LOGISTICS | $822.19 |
| FT HOOD | 16-Mar-00 | 14-Mar-00 | HEALTH CARE LOGISTICS | $155.01 |
| FT HOOD | 17-Mar-00 | 15-Mar-00 | HEALTH CARE LOGISTICS | $144.70 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | HEALTH CARE LOGISTICS | $711.10 |
| FT HOOD | 01-Mar-00 | 29-Feb-00 | HILL ROM COMPANY | $406.53 |
| FT HOOD | 11-Jan-00 | 10-Jan-00 | IMMUCOR INC | $95.95 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $2,187.23 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $2,187.23 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $861.78 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $540.00 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $35.00 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $35.00 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $566.75 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | ($2.93) |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | ($2.93) |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $7.00 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $40.00 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $48.25 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $48.25 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | ($33.00) |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $180.00 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $33.00 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | ($10.00) |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | ($10.00) |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | ($33.00) |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $6.25 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | IMMUCOR INC | $39.60 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 27-Jan-00 | 26-Jan-00 | IMMUCOR INC | $961.80 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | IMMUCOR INC | $64.35 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | IMMUCOR INC | $105.95 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | IMMUCOR INC | $112.50 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | IMMUCOR INC | $202.00 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | IMMUCOR INC | $46.00 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | IMMUCOR INC | $66.00 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | IMMUCOR INC | $90.00 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | IMMUCOR INC | $35.00 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | IMMUCOR INC | $861.78 |
| FT HOOD | 11-Feb-00 | 10-Feb-00 | IMMUCOR INC | $2,187.23 |
| FT HOOD | 11-Feb-00 | 10-Feb-00 | IMMUCOR INC | $35.00 |
| FT HOOD | 11-Feb-00 | 10-Feb-00 | IMMUCOR INC | $861.78 |
| FT HOOD | 11-Feb-00 | 10-Feb-00 | IMMUCOR INC | $540.00 |
| FT HOOD | 14-Feb-00 | 11-Feb-00 | IMMUCOR INC | $120.00 |
| FT HOOD | 25-Feb-00 | 24-Feb-00 | IMMUCOR INC | $2,187.23 |
| FT HOOD | 25-Feb-00 | 24-Feb-00 | IMMUCOR INC | $861.78 |
| FT HOOD | 29-Feb-00 | 28-Feb-00 | IMMUCOR INC | $75.50 |
| FT HOOD | 08-Mar-00 | 07-Mar-00 | IMMUCOR INC | $120.00 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | IMMUCOR INC | $2,187.23 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | IMMUCOR INC | $540.00 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | IMMUCOR INC | $35.00 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | IMMUCOR INC | $10.00 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | IMMUCOR INC | $222.50 |
| FT HOOD | 21-Mar-00 | 20-Mar-00 | IMMUCOR INC | $89.10 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | IMMUCOR INC | $861.78 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | IMMUCOR INC | $603.75 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | IMMUCOR INC | ($40.00) |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | IMMUCOR INC | ($66.00) |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $2,187.23 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $861.78 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $35.00 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $2,187.23 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | ($120.00) |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $120.00 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $87.75 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $87.75 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $150.00 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $87.75 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $118.04 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $118.04 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $118.04 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $118.04 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $87.75 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | IMMUCOR INC | $118.04 |
| FT HOOD | 13-Jan-00 | 11-Jan-00 | IMPERIAL FASTENER CO INC | $213.76 |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | INNOVATIVE MEDICAL SERVIC | $2,376.00 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | INSTRUMENT MAKAR INC | $600.00 |
| FT HOOD | 13-Mar-00 | 09-Mar-00 | INTERNATIONAL MEDICATION | $188.70 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 20-Mar-00 | 17-Mar-00 | J H EMERSON CO | $43.23 |
| FT HOOD | 10-Feb-00 | 08-Feb-00 | JED MED INSTRUMENT | $120.00 |
| FT HOOD | 14-Mar-00 | 13-Mar-00 | KARL STORZ ENDOSCOPY 2 | $560.25 |
| FT HOOD | 14-Mar-00 | 13-Mar-00 | KARL STORZ ENDOSCOPY 2 | $560.25 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | KARL STORZ ENDOSCOPY 2 | $560.25 |
| FT HOOD | 04-Jan-00 | 03-Jan-00 | KENDALL HEALTH CARE PR | $75.97 |
| FT HOOD | 07-Jan-00 | 06-Jan-00 | KENDALL HEALTH CARE PR | $88.64 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | KENDALL HEALTH CARE PR | $150.08 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | KENDALL HEALTH CARE PR | $413.68 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | KENDALL HEALTH CARE PR | $206.84 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | KENDALL HEALTH CARE PR | $50.03 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | KENDALL HEALTH CARE PR | $88.64 |
| FT HOOD | 03-Feb-00 | 02-Feb-00 | KENDALL HEALTH CARE PR | $73.55 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | KENDALL HEALTH CARE PR | $407.90 |
| FT HOOD | 08-Feb-00 | 07-Feb-00 | KENDALL HEALTH CARE PR | $41.78 |
| FT HOOD | 16-Feb-00 | 15-Feb-00 | KENDALL HEALTH CARE PR | $268.66 |
| FT HOOD | 23-Feb-00 | 22-Feb-00 | KENDALL HEALTH CARE PR | $22.26 |
| FT HOOD | 25-Feb-00 | 24-Feb-00 | KENDALL HEALTH CARE PR | $34.48 |
| FT HOOD | 28-Feb-00 | 25-Feb-00 | KENDALL HEALTH CARE PR | $275.77 |
| FT HOOD | 29-Feb-00 | 28-Feb-00 | KENDALL HEALTH CARE PR | $386.08 |
| FT HOOD | 01-Mar-00 | 29-Feb-00 | KENDALL HEALTH CARE PR | $291.74 |
| FT HOOD | 07-Mar-00 | 06-Mar-00 | KENDALL HEALTH CARE PR | $16.07 |
| FT HOOD | 08-Mar-00 | 07-Mar-00 | KENDALL HEALTH CARE PR | $439.80 |
| FT HOOD | 13-Mar-00 | 10-Mar-00 | KENDALL HEALTH CARE PR | $91.32 |
| FT HOOD | 15-Mar-00 | 14-Mar-00 | KENDALL HEALTH CARE PR | $225.36 |
| FT HOOD | 24-Mar-00 | 23-Mar-00 | KENDALL HEALTH CARE PR | $330.93 |
| FT HOOD | 28-Mar-00 | 27-Mar-00 | KENDALL HEALTH CARE PR | $96.39 |
| FT HOOD | 28-Mar-00 | 27-Mar-00 | KENDALL HEALTH CARE PR | $151.65 |
| FT HOOD | 30-Mar-00 | 29-Mar-00 | KENDALL HEALTH CARE PR | $275.77 |
| FT HOOD | 31-Mar-00 | 30-Mar-00 | KENDALL HEALTH CARE PR | $205.55 |
| FT HOOD | 24-Feb-00 | 22-Feb-00 | KENDRO LABORATORY PRODS | $133.00 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | KENDRO LABORATORY PRODS | $200.00 |
| FT HOOD | 08-Mar-00 | 06-Mar-00 | KENDRO LABORATORY PRODS | $1,605.00 |
| FT HOOD | 15-Mar-00 | 13-Mar-00 | KENDRO LABORATORY PRODS | $120.00 |
| FT HOOD | 07-Jan-00 | 05-Jan-00 | KRONNER PROTOTYPES INC | $471.00 |
| FT HOOD | 10-Jan-00 | 06-Jan-00 | LAB SAFETY SUPPLY, INC | $725.12 |
| FT HOOD | 13-Jan-00 | 11-Jan-00 | LAB SAFETY SUPPLY, INC | $672.46 |
| FT HOOD | 13-Jan-00 | 11-Jan-00 | LAB SAFETY SUPPLY, INC | $645.57 |
| FT HOOD | 21-Jan-00 | 19-Jan-00 | LAB SAFETY SUPPLY, INC | $94.90 |
| FT HOOD | 24-Jan-00 | 20-Jan-00 | LAB SAFETY SUPPLY, INC | $155.25 |
| FT HOOD | 26-Jan-00 | 24-Jan-00 | LAB SAFETY SUPPLY, INC | $872.97 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | LAB SAFETY SUPPLY, INC | $421.60 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | LAB SAFETY SUPPLY, INC | $284.31 |
| FT HOOD | 02-Feb-00 | 31-Jan-00 | LAB SAFETY SUPPLY, INC | $810.37 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | LAB SAFETY SUPPLY, INC | $149.51 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | LAB SAFETY SUPPLY, INC | $82.81 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | LAB SAFETY SUPPLY, INC | ($94.90) |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | LAB SAFETY SUPPLY, INC | ($645.57) |
| FT HOOD | 10-Feb-00 | 08-Feb-00 | LAB SAFETY SUPPLY, INC | $79.55 |