Appendix N – Plaintiff's Q 1 2000 3% data sample summary from documents produced by Fort Hood (Appendix N-1)

OIG data showing credit card purchases by for Fort Hood for same period (Appendix N-2).

PART - B

| | | | | |
|---|---|---|---|---|
| FT HOOD | 10-Feb-00 | 08-Feb-00 | LAB SAFETY SUPPLY, INC | $645.57 |
| FT HOOD | 11-Feb-00 | 09-Feb-00 | LAB SAFETY SUPPLY, INC | $477.66 |
| FT HOOD | 11-Feb-00 | 09-Feb-00 | LAB SAFETY SUPPLY, INC | $1,440.82 |
| FT HOOD | 14-Feb-00 | 10-Feb-00 | LAB SAFETY SUPPLY, INC | $360.68 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | LAB SAFETY SUPPLY, INC | $341.45 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | LAB SAFETY SUPPLY, INC | $143.76 |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | LAB SAFETY SUPPLY, INC | $84.07 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | LAB SAFETY SUPPLY, INC | $221.73 |
| FT HOOD | 24-Feb-00 | 22-Feb-00 | LAB SAFETY SUPPLY, INC | $26.97 |
| FT HOOD | 24-Feb-00 | 22-Feb-00 | LAB SAFETY SUPPLY, INC | $623.45 |
| FT HOOD | 25-Feb-00 | 23-Feb-00 | LAB SAFETY SUPPLY, INC | $75.73 |
| FT HOOD | 13-Mar-00 | 09-Mar-00 | LAB SAFETY SUPPLY, INC | $38.27 |
| FT HOOD | 16-Mar-00 | 14-Mar-00 | LAB SAFETY SUPPLY, INC | $200.81 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | LAB SAFETY SUPPLY, INC | $537.69 |
| FT HOOD | 03-Apr-00 | 30-Mar-00 | LAB SAFETY SUPPLY, INC | $611.22 |
| FT HOOD | 12-Jan-00 | 10-Jan-00 | LACRIMEDICS INC | $323.97 |
| FT HOOD | 12-Jan-00 | 11-Jan-00 | LAMBERT SURGICAL INC | $331.00 |
| FT HOOD | 23-Mar-00 | 22-Mar-00 | LAMBERT SURGICAL INC | $71.00 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | LIFESIGN LLC | $192.50 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | LIFESIGN LLC | $108.50 |
| FT HOOD | 17-Feb-00 | 16-Feb-00 | LIFESIGN LLC | $248.80 |
| FT HOOD | 24-Feb-00 | 23-Feb-00 | LIFESIGN LLC | $78.80 |
| FT HOOD | 24-Feb-00 | 23-Feb-00 | LIFESIGN LLC | $98.80 |
| FT HOOD | 24-Feb-00 | 23-Feb-00 | LIFESIGN LLC | $291.60 |
| FT HOOD | 15-Mar-00 | 14-Mar-00 | LIFESIGN LLC | $940.20 |
| FT HOOD | 29-Mar-00 | 28-Mar-00 | LIFESIGN LLC | $292.80 |
| FT HOOD | 29-Mar-00 | 28-Mar-00 | LIFESIGN LLC | $594.60 |
| FT HOOD | 24-Jan-00 | 20-Jan-00 | LOMBART INSTRUMENT CO | $149.25 |
| FT HOOD | 03-Mar-00 | 01-Mar-00 | LOMBART INSTRUMENT CO | $51.25 |
| FT HOOD | 13-Mar-00 | 09-Mar-00 | LOMBART INSTRUMENT CO | $254.25 |
| FT HOOD | 07-Jan-00 | 06-Jan-00 | MAJOR MEDICAL PRODU | $39.10 |
| FT HOOD | 11-Jan-00 | 10-Jan-00 | MAJOR MEDICAL PRODU | $40.10 |
| FT HOOD | 20-Jan-00 | 19-Jan-00 | MAJOR MEDICAL PRODU | $40.10 |
| FT HOOD | 25-Jan-00 | 24-Jan-00 | MAJOR MEDICAL PRODU | $38.10 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | MAJOR MEDICAL PRODU | $40.10 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | MAJOR MEDICAL PRODU | $51.05 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | MAJOR MEDICAL PRODU | $40.10 |
| FT HOOD | 08-Feb-00 | 07-Feb-00 | MAJOR MEDICAL PRODU | $39.46 |
| FT HOOD | 10-Feb-00 | 09-Feb-00 | MAJOR MEDICAL PRODU | $70.72 |
| FT HOOD | 14-Feb-00 | 11-Feb-00 | MAJOR MEDICAL PRODU | $40.46 |
| FT HOOD | 28-Feb-00 | 25-Feb-00 | MAJOR MEDICAL PRODU | $39.46 |
| FT HOOD | 29-Feb-00 | 28-Feb-00 | MAJOR MEDICAL PRODU | $40.46 |
| FT HOOD | 01-Mar-00 | 29-Feb-00 | MAJOR MEDICAL PRODU | $40.46 |
| FT HOOD | 09-Mar-00 | 08-Mar-00 | MAJOR MEDICAL PRODU | $39.46 |
| FT HOOD | 13-Mar-00 | 10-Mar-00 | MAJOR MEDICAL PRODU | $39.96 |
| FT HOOD | 13-Mar-00 | 10-Mar-00 | MAJOR MEDICAL PRODU | $40.46 |
| FT HOOD | 06-Jan-00 | 04-Jan-00 | MALLINCKRODT | $315.50 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | MALLINCKRODT | ($184.00) |
| FT HOOD | 14-Jan-00 | 12-Jan-00 | MALLINCKRODT | $372.03 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 14-Jan-00 | 12-Jan-00 | MALLINCKRODT | $15.50 |
| FT HOOD | 14-Jan-00 | 12-Jan-00 | MALLINCKRODT | $39.24 |
| FT HOOD | 17-Jan-00 | 15-Jan-00 | MALLINCKRODT | $294.00 |
| FT HOOD | 31-Jan-00 | 27-Jan-00 | MALLINCKRODT | $39.24 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | MALLINCKRODT | $104.04 |
| FT HOOD | 09-Feb-00 | 07-Feb-00 | MALLINCKRODT | $78.48 |
| FT HOOD | 10-Feb-00 | 08-Feb-00 | MALLINCKRODT | $31.00 |
| FT HOOD | 11-Feb-00 | 09-Feb-00 | MALLINCKRODT | $156.96 |
| FT HOOD | 11-Feb-00 | 09-Feb-00 | MALLINCKRODT | $189.87 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 21-Feb-00 | 18-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 21-Feb-00 | 18-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 21-Feb-00 | 18-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 21-Feb-00 | 18-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 23-Feb-00 | 21-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 23-Feb-00 | 21-Feb-00 | MALLINCKRODT | $481.40 |
| FT HOOD | 23-Feb-00 | 21-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 23-Feb-00 | 21-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 24-Feb-00 | 22-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 24-Feb-00 | 22-Feb-00 | MALLINCKRODT | $444.89 |
| FT HOOD | 24-Feb-00 | 22-Feb-00 | MALLINCKRODT | $444.89 |
| FT HOOD | 25-Feb-00 | 23-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 25-Feb-00 | 23-Feb-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 28-Feb-00 | 25-Feb-00 | MALLINCKRODT | $39.24 |
| FT HOOD | 06-Mar-00 | 03-Mar-00 | MALLINCKRODT | $1,669.94 |
| FT HOOD | 06-Mar-00 | 04-Mar-00 | MALLINCKRODT | $39.24 |
| FT HOOD | 08-Mar-00 | 06-Mar-00 | MALLINCKRODT | $181.30 |
| FT HOOD | 20-Mar-00 | 16-Mar-00 | MALLINCKRODT | $92.00 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | MALLINCKRODT | $481.70 |
| FT HOOD | 30-Mar-00 | 28-Mar-00 | MALLINCKRODT | ($155.40) |
| FT HOOD | 29-Mar-00 | 27-Mar-00 | MALLINCKRODT-BAKER INC | $62.41 |
| FT HOOD | 29-Mar-00 | 27-Mar-00 | MALLINCKRODT-BAKER INC | $39.14 |
| FT HOOD | 17-Feb-00 | 15-Feb-00 | MARKET LAB | $123.05 |
| FT HOOD | 09-Mar-00 | 07-Mar-00 | MARKET LAB | $63.05 |
| FT HOOD | 15-Mar-00 | 13-Mar-00 | MARKET LAB | $53.06 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | MARKET LAB | $278.13 |
| FT HOOD | 03-Apr-00 | 30-Mar-00 | MARKET LAB | $154.08 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | MC GHAN MEDICAL CORP | $220.00 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | MC GHAN MEDICAL CORP | $134.17 |
| FT HOOD | 07-Mar-00 | 06-Mar-00 | MCA | $67.36 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | MDI/PALL MEDICAL | $1,930.00 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | MDI/PALL MEDICAL | $2,430.00 |
| FT HOOD | 07-Mar-00 | 02-Mar-00 | MDI/PALL MEDICAL | $500.00 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 11-Jan-00 | 10-Jan-00 | MEDGYN PRODUCTS INC | $762.35 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | MEDICAL ACCESSORIES INC | $975.00 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | MEDICAL ACCESSORIES INC | $195.00 |
| FT HOOD | 12-Jan-00 | 10-Jan-00 | MEDICAL SFTY PROD INC | $188.75 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | MEDICAL SFTY PROD INC | $188.75 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | MEDICAL WAREHOUSE | $141.54 |
| FT HOOD | 25-Feb-00 | 24-Feb-00 | MEDICAL WAREHOUSE | $226.05 |
| FT HOOD | 10-Jan-00 | 06-Jan-00 | MEDIFLEX HOSP PRODUCTS | $459.00 |
| FT HOOD | 09-Feb-00 | 07-Feb-00 | MEDIFLEX HOSP PRODUCTS | $459.00 |
| FT HOOD | 15-Mar-00 | 13-Mar-00 | MEDIFLEX HOSP PRODUCTS | $2,295.00 |
| FT HOOD | 05-Jan-00 | 04-Jan-00 | MEDI-TECH INTERNATIONAL | $128.22 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | MEDLINE INDUSTRIES | $109.80 |
| FT HOOD | 17-Jan-00 | 15-Jan-00 | MEDLINE INDUSTRIES | $216.30 |
| FT HOOD | 21-Jan-00 | 18-Jan-00 | MEDLINE INDUSTRIES | $227.30 |
| FT HOOD | 24-Jan-00 | 21-Jan-00 | MEDLINE INDUSTRIES | $25.34 |
| FT HOOD | 28-Jan-00 | 26-Jan-00 | MEDLINE INDUSTRIES | $2,403.89 |
| FT HOOD | 28-Jan-00 | 26-Jan-00 | MEDLINE INDUSTRIES | $101.38 |
| FT HOOD | 31-Jan-00 | 27-Jan-00 | MEDLINE INDUSTRIES | $59.67 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | MEDLINE INDUSTRIES | $238.92 |
| FT HOOD | 01-Feb-00 | 30-Jan-00 | MEDLINE INDUSTRIES | $115.80 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | MEDLINE INDUSTRIES | $156.63 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | MEDLINE INDUSTRIES | $59.67 |
| FT HOOD | 11-Feb-00 | 09-Feb-00 | MEDLINE INDUSTRIES | $960.00 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | MEDLINE INDUSTRIES | $59.67 |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | MEDLINE INDUSTRIES | $157.98 |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | MEDLINE INDUSTRIES | $900.52 |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | MEDLINE INDUSTRIES | $1,011.20 |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | MEDLINE INDUSTRIES | $59.67 |
| FT HOOD | 21-Feb-00 | 19-Feb-00 | MEDLINE INDUSTRIES | $59.67 |
| FT HOOD | 21-Feb-00 | 19-Feb-00 | MEDLINE INDUSTRIES | $192.88 |
| FT HOOD | 28-Feb-00 | 26-Feb-00 | MEDLINE INDUSTRIES | $279.71 |
| FT HOOD | 03-Mar-00 | 01-Mar-00 | MEDLINE INDUSTRIES | $59.67 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | MEDTRONIC INC | $260.00 |
| FT HOOD | 13-Jan-00 | 12-Jan-00 | MEDTRONIC PHYSIO-CONTROL | $228.00 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | MEDTRONIC PHYSIO-CONTROL | $240.00 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | MEDTRONIC PHYSIO-CONTROL | $334.00 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | MEDTRONIC PHYSIO-CONTROL | $134.00 |
| FT HOOD | 03-Feb-00 | 02-Feb-00 | MEDTRONIC PHYSIO-CONTROL | $61.00 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | MEDTRONIC PHYSIO-CONTROL | $77.00 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | MEDTRONIC PHYSIO-CONTROL | $77.00 |
| FT HOOD | 01-Mar-00 | 28-Feb-00 | MEDTRONIC PHYSIO-CONTROL | $1,436.00 |
| FT HOOD | 02-Mar-00 | 01-Mar-00 | MEDTRONIC PHYSIO-CONTROL | $489.00 |
| FT HOOD | 16-Mar-00 | 15-Mar-00 | MEDTRONIC PHYSIO-CONTROL | $489.00 |
| FT HOOD | 03-Apr-00 | 31-Mar-00 | MEDTRONIC PHYSIO-CONTROL | $372.00 |
| FT HOOD | 11-Feb-00 | 09-Feb-00 | MERRY X-RAY SAN DIEGO | $650.00 |
| FT HOOD | 17-Feb-00 | 15-Feb-00 | MERRY X-RAY SAN DIEGO | $107.00 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | MERRY X-RAY SAN DIEGO | $650.00 |
| FT HOOD | 05-Jan-00 | 03-Jan-00 | METTLER ELECTRONICS | $405.00 |
| FT HOOD | 24-Mar-00 | 22-Mar-00 | MICRINS MICROSURGIC | $92.90 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 21-Jan-00 | 19-Jan-00 | MICROTEK MEDICAL INC | $1,420.32 |
| FT HOOD | 26-Jan-00 | 24-Jan-00 | MICROTEK MEDICAL INC | $285.12 |
| FT HOOD | 02-Feb-00 | 31-Jan-00 | MICROTEK MEDICAL INC | $409.66 |
| FT HOOD | 23-Feb-00 | 21-Feb-00 | MICROTEK MEDICAL INC | $409.62 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | MICROTEK MEDICAL INC | $283.80 |
| FT HOOD | 20-Mar-00 | 16-Mar-00 | MICROTEK MEDICAL INC | $400.00 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | MICROTEK MEDICAL INC | $826.36 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | MICROTEK MEDICAL INC | $230.40 |
| FT HOOD | 23-Feb-00 | 22-Feb-00 | MIDAS REX | $145.70 |
| FT HOOD | 09-Mar-00 | 08-Mar-00 | MIDAS REX | $178.82 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | MIDAS REX | ($94.70) |
| FT HOOD | 11-Jan-00 | 10-Jan-00 | MIDMARK CORPORATION | ($1,200.00) |
| FT HOOD | 17-Jan-00 | 06-Jan-00 | MIDWEST DNTL PRODS | $972.00 |
| FT HOOD | 25-Feb-00 | 18-Feb-00 | MIDWEST DNTL PRODS | $2,430.00 |
| FT HOOD | 12-Jan-00 | 06-Jan-00 | MITEK PRODUCTS ETHI | $58.00 |
| FT HOOD | 24-Jan-00 | 11-Jan-00 | MITEK PRODUCTS ETHI | $627.00 |
| FT HOOD | 24-Jan-00 | 12-Jan-00 | MITEK PRODUCTS ETHI | $58.00 |
| FT HOOD | 24-Jan-00 | 18-Jan-00 | MITEK PRODUCTS ETHI | $2,027.00 |
| FT HOOD | 04-Feb-00 | 21-Jan-00 | MITEK PRODUCTS ETHI | $732.00 |
| FT HOOD | 04-Feb-00 | 01-Feb-00 | MITEK PRODUCTS ETHI | $2,057.00 |
| FT HOOD | 14-Feb-00 | 02-Feb-00 | MITEK PRODUCTS ETHI | $553.00 |
| FT HOOD | 14-Feb-00 | 02-Feb-00 | MITEK PRODUCTS ETHI | $547.00 |
| FT HOOD | 14-Feb-00 | 11-Feb-00 | MITEK PRODUCTS ETHI | $1,903.00 |
| FT HOOD | 21-Feb-00 | 11-Feb-00 | MITEK PRODUCTS ETHI | $532.00 |
| FT HOOD | 21-Feb-00 | 11-Feb-00 | MITEK PRODUCTS ETHI | $58.00 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | MITEK PRODUCTS ETHI | $2,368.00 |
| FT HOOD | 28-Feb-00 | 23-Feb-00 | MITEK PRODUCTS ETHI | $1,172.00 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | MITEK PRODUCTS ETHI | $168.00 |
| FT HOOD | 06-Mar-00 | 28-Feb-00 | MITEK PRODUCTS ETHI | $367.00 |
| FT HOOD | 06-Mar-00 | 02-Mar-00 | MITEK PRODUCTS ETHI | $997.00 |
| FT HOOD | 06-Mar-00 | 02-Mar-00 | MITEK PRODUCTS ETHI | $297.00 |
| FT HOOD | 06-Mar-00 | 02-Mar-00 | MITEK PRODUCTS ETHI | $1,032.00 |
| FT HOOD | 06-Mar-00 | 02-Mar-00 | MITEK PRODUCTS ETHI | $667.00 |
| FT HOOD | 06-Mar-00 | 02-Mar-00 | MITEK PRODUCTS ETHI | $145.00 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | MITEK PRODUCTS ETHI | $1,882.00 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | MITEK PRODUCTS ETHI | $217.00 |
| FT HOOD | 03-Apr-00 | 27-Mar-00 | MITEK PRODUCTS ETHI | $722.00 |
| FT HOOD | 03-Apr-00 | 27-Mar-00 | MITEK PRODUCTS ETHI | $722.00 |
| FT HOOD | 03-Apr-00 | 29-Mar-00 | MITEK PRODUCTS ETHI | $1,532.00 |
| FT HOOD | 03-Apr-00 | 30-Mar-00 | MITEK PRODUCTS ETHI | $1,237.00 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | MOBILE INSTRUMENT SERVICE | $2,500.00 |
| FT HOOD | 31-Jan-00 | 27-Jan-00 | MOORE MEDICAL CORP. | $141.02 |
| FT HOOD | 31-Jan-00 | 27-Jan-00 | MOORE MEDICAL CORP. | $176.47 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | MOORE MEDICAL CORP. | $138.25 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | MOORE MEDICAL CORP. | $784.23 |
| FT HOOD | 14-Feb-00 | 11-Feb-00 | MOORE MEDICAL CORP. | $107.18 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | MOORE MEDICAL CORP. | $216.93 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | MOORE MEDICAL CORP. | $1,332.92 |
| FT HOOD | 24-Feb-00 | 22-Feb-00 | MOORE MEDICAL CORP. | $671.58 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 28-Feb-00 | 24-Feb-00 | MOORE MEDICAL CORP. | $406.22 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | MOORE MEDICAL CORP. | $940.21 |
| FT HOOD | 28-Feb-00 | 25-Feb-00 | MOORE MEDICAL CORP. | $71.81 |
| FT HOOD | 06-Mar-00 | 02-Mar-00 | MOORE MEDICAL CORP. | $100.25 |
| FT HOOD | 06-Mar-00 | 03-Mar-00 | MOORE MEDICAL CORP. | $205.05 |
| FT HOOD | 13-Mar-00 | 09-Mar-00 | MOORE MEDICAL CORP. | $107.18 |
| FT HOOD | 13-Mar-00 | 10-Mar-00 | MOORE MEDICAL CORP. | $17.26 |
| FT HOOD | 16-Mar-00 | 14-Mar-00 | MOORE MEDICAL CORP. | $214.62 |
| FT HOOD | 16-Mar-00 | 14-Mar-00 | MOORE MEDICAL CORP. | $14.24 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | MOORE MEDICAL CORP. | $74.28 |
| FT HOOD | 07-Jan-00 | 05-Jan-00 | NELLCOR PURITAN BENNETT | $39.15 |
| FT HOOD | 31-Jan-00 | 27-Jan-00 | NELLCOR PURITAN BENNETT | $272.84 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | NELLCOR PURITAN BENNETT | $1,506.88 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | NELLCOR PURITAN BENNETT | $66.88 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | NELLCOR PURITAN BENNETT | $49.00 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | NELLCOR PURITAN BENNETT | $131.88 |
| FT HOOD | 06-Mar-00 | 04-Mar-00 | NELLCOR PURITAN BENNETT | $131.25 |
| FT HOOD | 09-Mar-00 | 07-Mar-00 | NELLCOR PURITAN BENNETT | $131.25 |
| FT HOOD | 14-Mar-00 | 12-Mar-00 | NELLCOR PURITAN BENNETT | $388.25 |
| FT HOOD | 20-Mar-00 | 16-Mar-00 | NELLCOR PURITAN BENNETT | $131.25 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | NELLCOR PURITAN BENNETT | $131.25 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | NELLCOR PURITAN BENNETT | $49.00 |
| FT HOOD | 12-Jan-00 | 10-Jan-00 | NORTH COAST MEDICAL | $158.90 |
| FT HOOD | 17-Jan-00 | 14-Jan-00 | NORTH COAST MEDICAL | $45.00 |
| FT HOOD | 17-Jan-00 | 14-Jan-00 | NORTH COAST MEDICAL | $50.00 |
| FT HOOD | 20-Jan-00 | 18-Jan-00 | NORTH COAST MEDICAL | $355.97 |
| FT HOOD | 24-Jan-00 | 20-Jan-00 | NORTH COAST MEDICAL | $475.87 |
| FT HOOD | 02-Feb-00 | 31-Jan-00 | NORTH COAST MEDICAL | $16.95 |
| FT HOOD | 02-Feb-00 | 31-Jan-00 | NORTH COAST MEDICAL | $860.93 |
| FT HOOD | 03-Feb-00 | 01-Feb-00 | NORTH COAST MEDICAL | $79.80 |
| FT HOOD | 03-Feb-00 | 01-Feb-00 | NORTH COAST MEDICAL | $119.90 |
| FT HOOD | 03-Feb-00 | 01-Feb-00 | NORTH COAST MEDICAL | ($475.87) |
| FT HOOD | 03-Feb-00 | 01-Feb-00 | NORTH COAST MEDICAL | $787.98 |
| FT HOOD | 03-Feb-00 | 01-Feb-00 | NORTH COAST MEDICAL | ($860.93) |
| FT HOOD | 03-Feb-00 | 01-Feb-00 | NORTH COAST MEDICAL | $59.85 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | NORTH COAST MEDICAL | $79.80 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | NORTH COAST MEDICAL | ($72.95) |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | NORTH COAST MEDICAL | ($79.80) |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | NORTH COAST MEDICAL | $64.85 |
| FT HOOD | 09-Feb-00 | 07-Feb-00 | NORTH COAST MEDICAL | $593.25 |
| FT HOOD | 09-Feb-00 | 07-Feb-00 | NORTH COAST MEDICAL | $570.15 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | NORTH COAST MEDICAL | $48.90 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | NORTH COAST MEDICAL | $59.90 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | NORTH COAST MEDICAL | $59.90 |
| FT HOOD | 17-Feb-00 | 15-Feb-00 | NORTH COAST MEDICAL | ($59.90) |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | NORTH COAST MEDICAL | $339.00 |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | NORTH COAST MEDICAL | $662.25 |
| FT HOOD | 24-Feb-00 | 22-Feb-00 | NORTH COAST MEDICAL | $288.15 |
| FT HOOD | 25-Feb-00 | 23-Feb-00 | NORTH COAST MEDICAL | $220.35 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 01-Mar-00 | 28-Feb-00 | NORTH COAST MEDICAL | $466.70 |
| FT HOOD | 01-Mar-00 | 28-Feb-00 | NORTH COAST MEDICAL | $268.00 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | NOVAMETRIX MEDICAL SYSTEM | $130.00 |
| FT HOOD | 12-Jan-00 | 11-Jan-00 | NOVAMETRIX MEDICAL SYSTEM | $130.00 |
| FT HOOD | 24-Jan-00 | 21-Jan-00 | NOVAMETRIX MEDICAL SYSTEM | $390.00 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | NOVAMETRIX MEDICAL SYSTEM | $158.00 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | NOVAMETRIX MEDICAL SYSTEM | $130.00 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | NOVAMETRIX MEDICAL SYSTEM | $260.00 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | NOVAMETRIX MEDICAL SYSTEM | $130.00 |
| FT HOOD | 15-Mar-00 | 14-Mar-00 | NOVAMETRIX MEDICAL SYSTEM | $130.00 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | NOVAMETRIX MEDICAL SYSTEM | $96.25 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | NOVAMETRIX MEDICAL SYSTEM | $102.96 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | NOVAMETRIX MEDICAL SYSTEM | $130.00 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | NOVAMETRIX MEDICAL SYSTEM | $232.96 |
| FT HOOD | 24-Mar-00 | 23-Mar-00 | NOVAMETRIX MEDICAL SYSTEM | $232.96 |
| FT HOOD | 30-Mar-00 | 29-Mar-00 | NOVAMETRIX MEDICAL SYSTEM | $102.96 |
| FT HOOD | 05-Apr-00 | 31-Mar-00 | NUCLEAR ASSOCIATES | $69.00 |
| FT HOOD | 05-Apr-00 | 31-Mar-00 | NUCLEAR ASSOCIATES | $4.40 |
| FT HOOD | 10-Jan-00 | 06-Jan-00 | OHMEDA | $1,668.00 |
| FT HOOD | 20-Jan-00 | 18-Jan-00 | OHMEDA | $395.73 |
| FT HOOD | 26-Jan-00 | 24-Jan-00 | OHMEDA | $138.75 |
| FT HOOD | 26-Jan-00 | 24-Jan-00 | OHMEDA | $138.75 |
| FT HOOD | 28-Jan-00 | 26-Jan-00 | OHMEDA | $30.00 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | OHMEDA | $904.50 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | OHMEDA | $500.40 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | OHMEDA | $395.73 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | OHMEDA | $125.10 |
| FT HOOD | 14-Feb-00 | 11-Feb-00 | OHMEDA | $30.00 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | OHMEDA | $1,222.50 |
| FT HOOD | 17-Feb-00 | 15-Feb-00 | OHMEDA | $673.15 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | OHMEDA | $395.73 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | OHMEDA | $83.40 |
| FT HOOD | 01-Mar-00 | 28-Feb-00 | OHMEDA | $1,775.00 |
| FT HOOD | 13-Mar-00 | 10-Mar-00 | OHMEDA | $1,829.85 |
| FT HOOD | 16-Mar-00 | 14-Mar-00 | OHMEDA | $301.50 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | OHMEDA | $65.44 |
| FT HOOD | 30-Mar-00 | 28-Mar-00 | OHMEDA | $208.50 |
| FT HOOD | 30-Mar-00 | 28-Mar-00 | OHMEDA | $301.50 |
| FT HOOD | 30-Mar-00 | 28-Mar-00 | OHMEDA | $263.82 |
| FT HOOD | 30-Mar-00 | 28-Mar-00 | OHMEDA | $30.00 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | OHMEDA | $30.00 |
| FT HOOD | 20-Jan-00 | 19-Jan-00 | OLYMPIC MEDICAL CORP | $301.00 |
| FT HOOD | 04-Feb-00 | 01-Feb-00 | OLYMPIC MEDICAL CORP | $819.65 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | OLYMPIC MEDICAL CORP | $156.50 |
| FT HOOD | 17-Jan-00 | 13-Jan-00 | ORASCOPTIC RESEARCH #1 | $885.00 |
| FT HOOD | 06-Jan-00 | 04-Jan-00 | OWENS & MINOR #41 | $50.25 |
| FT HOOD | 26-Jan-00 | 24-Jan-00 | OWENS & MINOR #41 | $237.35 |
| FT HOOD | 26-Jan-00 | 24-Jan-00 | OWENS & MINOR #41 | $217.35 |
| FT HOOD | 27-Jan-00 | 25-Jan-00 | OWENS & MINOR #41 | $141.23 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 27-Jan-00 | 25-Jan-00 | OWENS & MINOR #41 | ($46.55) |
| FT HOOD | 28-Jan-00 | 26-Jan-00 | OWENS & MINOR #41 | $15.00 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | OWENS & MINOR #41 | $91.50 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | OWENS & MINOR #41 | $232.35 |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | OWENS & MINOR #41 | $35.24 |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | OWENS & MINOR #41 | $102.25 |
| FT HOOD | 21-Feb-00 | 18-Feb-00 | OWENS & MINOR #41 | $40.61 |
| FT HOOD | 28-Feb-00 | 25-Feb-00 | OWENS & MINOR #41 | $67.50 |
| FT HOOD | 06-Mar-00 | 02-Mar-00 | OWENS & MINOR #41 | $103.00 |
| FT HOOD | 06-Mar-00 | 02-Mar-00 | OWENS & MINOR #41 | $158.00 |
| FT HOOD | 06-Mar-00 | 02-Mar-00 | OWENS & MINOR #41 | $100.50 |
| FT HOOD | 10-Mar-00 | 08-Mar-00 | OWENS & MINOR #41 | $50.25 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | OWENS & MINOR #41 | $302.90 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | OWENS & MINOR #41 | $93.35 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | OWENS & MINOR #41 | $387.62 |
| FT HOOD | 29-Mar-00 | 27-Mar-00 | OWENS & MINOR #41 | $94.76 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | OWENS & MINOR #41 | $54.00 |
| FT HOOD | 21-Feb-00 | 17-Feb-00 | PEL SUPPLY CO | $93.15 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | PEL SUPPLY CO | $54.92 |
| FT HOOD | 17-Mar-00 | 15-Mar-00 | PEL SUPPLY CO | $72.45 |
| FT HOOD | 15-Mar-00 | 13-Mar-00 | PICKER CUSTOMR | $951.35 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | PICKER HCP WD | $264.72 |
| FT HOOD | 09-Feb-00 | 08-Feb-00 | PICKER HCP WD | $210.00 |
| FT HOOD | 06-Jan-00 | 04-Jan-00 | PICKER HCP-NOR | $124.98 |
| FT HOOD | 12-Jan-00 | 10-Jan-00 | PICKER HCP-NOR | $420.00 |
| FT HOOD | 09-Feb-00 | 28-Jan-00 | PILLING CO | $37.40 |
| FT HOOD | 16-Feb-00 | 02-Feb-00 | PILLING CO | $300.00 |
| FT HOOD | 07-Apr-00 | 08-Feb-00 | PILLING CO | $704.44 |
| FT HOOD | 18-Feb-00 | 10-Feb-00 | PILLING CO | $842.56 |
| FT HOOD | 29-Feb-00 | 17-Feb-00 | PILLING CO | $37.40 |
| FT HOOD | 14-Jun-00 | 03-Mar-00 | PILLING CO | $245.86 |
| FT HOOD | 07-Apr-00 | 20-Mar-00 | PILLING CO | $258.96 |
| FT HOOD | 07-Apr-00 | 24-Mar-00 | PILLING CO | $37.40 |
| FT HOOD | 24-May-00 | 29-Mar-00 | PILLING CO | $960.00 |
| FT HOOD | 14-Feb-00 | 11-Feb-00 | POLYMEDCO INC | $86.68 |
| FT HOOD | 08-Mar-00 | 07-Mar-00 | POLYMEDCO INC | $166.33 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | POSEY CO | $296.05 |
| FT HOOD | 02-Mar-00 | 01-Mar-00 | POSEY CO | $411.35 |
| FT HOOD | 09-Mar-00 | 08-Mar-00 | POSEY CO | $113.19 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | POSEY CO | $30.87 |
| FT HOOD | 28-Mar-00 | 27-Mar-00 | POSEY CO | $10.29 |
| FT HOOD | 06-Jan-00 | 04-Jan-00 | PRECISION COMPANIES | $300.95 |
| FT HOOD | 12-Jan-00 | 10-Jan-00 | PRECISION COMPANIES | $207.50 |
| FT HOOD | 03-Feb-00 | 26-Jan-00 | PRECISION COMPANIES | $223.75 |
| FT HOOD | 02-Feb-00 | 31-Jan-00 | PRECISION COMPANIES | $196.95 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | PRECISION COMPANIES | $207.50 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | PRECISION COMPANIES | $211.06 |
| FT HOOD | 21-Feb-00 | 15-Feb-00 | PRECISION COMPANIES | $200.50 |
| FT HOOD | 29-Feb-00 | 25-Feb-00 | PRECISION COMPANIES | $263.81 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 23-Mar-00 | 20-Mar-00 | PRECISION COMPANIES | $180.90 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | PRECISION COMPANIES | $170.85 |
| FT HOOD | 05-Jan-00 | 04-Jan-00 | PRECISION SURGICAL INSTRU | $79.18 |
| FT HOOD | 07-Jan-00 | 05-Jan-00 | PROACTIVE BIOMEDICAL INC | $210.00 |
| FT HOOD | 27-Jan-00 | 25-Jan-00 | PROACTIVE BIOMEDICAL INC | $214.00 |
| FT HOOD | 09-Feb-00 | 07-Feb-00 | PROACTIVE BIOMEDICAL INC | $210.00 |
| FT HOOD | 06-Mar-00 | 03-Mar-00 | PROACTIVE BIOMEDICAL INC | $105.00 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | QMI MEDICAL INC | $1,207.16 |
| FT HOOD | 06-Mar-00 | 03-Mar-00 | QMI MEDICAL INC | $1,200.54 |
| FT HOOD | 13-Mar-00 | 10-Mar-00 | QMI MEDICAL INC | $1,797.54 |
| FT HOOD | 02-Feb-00 | 31-Jan-00 | RC MEDICAL INC | $325.77 |
| FT HOOD | 09-Mar-00 | 07-Mar-00 | RESMED CORP | $501.98 |
| FT HOOD | 09-Mar-00 | 07-Mar-00 | RESMED CORP | $313.88 |
| FT HOOD | 17-Jan-00 | 14-Jan-00 | ROCHE DIAGNOSTICS | $23.19 |
| FT HOOD | 27-Jan-00 | 25-Jan-00 | ROCHE DIAGNOSTICS | $58.80 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | ROCHE DIAGNOSTICS | $147.53 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | ROCHE DIAGNOSTICS | $29.40 |
| FT HOOD | 11-Feb-00 | 09-Feb-00 | ROCHE DIAGNOSTICS | $46.37 |
| FT HOOD | 14-Feb-00 | 11-Feb-00 | ROCHE DIAGNOSTICS | $46.37 |
| FT HOOD | 14-Feb-00 | 11-Feb-00 | ROCHE DIAGNOSTICS | $46.37 |
| FT HOOD | 15-Feb-00 | 11-Feb-00 | ROCHE DIAGNOSTICS | ($46.37) |
| FT HOOD | 06-Mar-00 | 03-Mar-00 | ROCHE DIAGNOSTICS | $1,235.00 |
| FT HOOD | 16-Mar-00 | 14-Mar-00 | ROCHE DIAGNOSTICS | $23.66 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | ROCHE DIAGNOSTICS | $2,987.53 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | ROCHE DIAGNOSTICS | $36.01 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | ROCHE DIAGNOSTICS | $23.66 |
| FT HOOD | 10-Jan-00 | 06-Jan-00 | ROSS PRODUCTS DIV ABBOTT | $135.00 |
| FT HOOD | 10-Feb-00 | 09-Feb-00 | ROSS PRODUCTS DIV ABBOTT | $135.00 |
| FT HOOD | 28-Feb-00 | 26-Feb-00 | ROSS PRODUCTS DIV ABBOTT | $135.00 |
| FT HOOD | 02-Mar-00 | 29-Feb-00 | ROSS PRODUCTS DIV ABBOTT | $81.00 |
| FT HOOD | 13-Mar-00 | 09-Mar-00 | ROSS PRODUCTS DIV ABBOTT | $54.00 |
| FT HOOD | 20-Jan-00 | 18-Jan-00 | SAGE PROD 800-323-2220 | $396.00 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | SAGE PROD 800-323-2220 | $77.00 |
| FT HOOD | 03-Feb-00 | 01-Feb-00 | SAGE PROD 800-323-2220 | $297.00 |
| FT HOOD | 24-Feb-00 | 22-Feb-00 | SAGE PROD 800-323-2220 | $346.50 |
| FT HOOD | 09-Mar-00 | 07-Mar-00 | SAGE PROD 800-323-2220 | $297.00 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | SAGE PROD 800-323-2220 | $68.00 |
| FT HOOD | 30-Mar-00 | 28-Mar-00 | SAGE PROD 800-323-2220 | $297.00 |
| FT HOOD | 25-Jan-00 | 24-Jan-00 | SCOTT ALLAN SURGICAL DIST | $81.25 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | SCOTT ALLAN SURGICAL DIST | $80.85 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | SCOTT ALLAN SURGICAL DIST | $77.85 |
| FT HOOD | 10-Feb-00 | 09-Feb-00 | SCOTT ALLAN SURGICAL DIST | $80.85 |
| FT HOOD | 17-Mar-00 | 15-Mar-00 | SCOTT ALLAN SURGICAL DIST | $80.85 |
| FT HOOD | 17-Mar-00 | 15-Mar-00 | SCOTT ALLAN SURGICAL DIST | $80.85 |
| FT HOOD | 17-Mar-00 | 15-Mar-00 | SCOTT ALLAN SURGICAL DIST | $161.20 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | SCOTT ALLAN SURGICAL DIST | $247.05 |
| FT HOOD | 06-Jan-00 | 05-Jan-00 | SEBRA | $88.06 |
| FT HOOD | 17-Mar-00 | 16-Mar-00 | SHELDON ENTERPRISES INC | $706.44 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | SHELDON ENTERPRISES INC | $266.70 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 14-Jan-00 | 13-Jan-00 | SIGMA INTL GEN MED APPAR | $74.25 |
| FT HOOD | 14-Jan-00 | 13-Jan-00 | SIGMA INTL GEN MED APPAR | $491.78 |
| FT HOOD | 14-Jan-00 | 13-Jan-00 | SIGMA INTL GEN MED APPAR | $724.08 |
| FT HOOD | 14-Jan-00 | 13-Jan-00 | SIGMA INTL GEN MED APPAR | $1,938.98 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | SIGMA INTL GEN MED APPAR | $724.08 |
| FT HOOD | 01-Feb-00 | 31-Jan-00 | SIGMA INTL GEN MED APPAR | $330.73 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | SIGMA INTL GEN MED APPAR | $2,250.00 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | SIGMA INTL GEN MED APPAR | $815.28 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | SIGMA INTL GEN MED APPAR | $964.80 |
| FT HOOD | 22-Feb-00 | 21-Feb-00 | SIGMA INTL GEN MED APPAR | $169.39 |
| FT HOOD | 14-Mar-00 | 13-Mar-00 | SIGMA INTL GEN MED APPAR | $169.39 |
| FT HOOD | 14-Mar-00 | 13-Mar-00 | SIGMA INTL GEN MED APPAR | $813.93 |
| FT HOOD | 14-Mar-00 | 13-Mar-00 | SIGMA INTL GEN MED APPAR | $491.92 |
| FT HOOD | 14-Mar-00 | 13-Mar-00 | SIGMA INTL GEN MED APPAR | $724.27 |
| FT HOOD | 17-Jan-00 | 14-Jan-00 | SIMS DELTEC INC | $420.00 |
| FT HOOD | 30-Mar-00 | 28-Mar-00 | SIMS DELTEC INC | $75.00 |
| FT HOOD | 06-Mar-00 | 02-Mar-00 | SIMS INC | $375.00 |
| FT HOOD | 03-Mar-00 | 02-Mar-00 | SKLAR CORP | $74.71 |
| FT HOOD | 05-Jan-00 | 04-Jan-00 | SMITH & NEPHEW INC | $44.44 |
| FT HOOD | 05-Jan-00 | 04-Jan-00 | SMITH & NEPHEW INC | $193.40 |
| FT HOOD | 06-Jan-00 | 05-Jan-00 | SMITH & NEPHEW INC | $87.60 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | SMITH & NEPHEW INC | $480.32 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | SMITH & NEPHEW INC | $36.96 |
| FT HOOD | 12-Jan-00 | 10-Jan-00 | SMITH & NEPHEW INC | $70.94 |
| FT HOOD | 12-Jan-00 | 11-Jan-00 | SMITH & NEPHEW INC | $14.92 |
| FT HOOD | 20-Jan-00 | 19-Jan-00 | SMITH & NEPHEW INC | $1,952.52 |
| FT HOOD | 20-Jan-00 | 19-Jan-00 | SMITH & NEPHEW INC | $368.20 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | SMITH & NEPHEW INC | $891.00 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | SMITH & NEPHEW INC | $660.48 |
| FT HOOD | 24-Jan-00 | 21-Jan-00 | SMITH & NEPHEW INC | $188.96 |
| FT HOOD | 24-Jan-00 | 21-Jan-00 | SMITH & NEPHEW INC | $66.66 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | SMITH & NEPHEW INC | $77.26 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | SMITH & NEPHEW INC | $296.84 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | SMITH & NEPHEW INC | ($296.84) |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | SMITH & NEPHEW INC | $296.84 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | SMITH & NEPHEW INC | $611.12 |
| FT HOOD | 07-Feb-00 | 05-Feb-00 | SMITH & NEPHEW INC | $182.88 |
| FT HOOD | 11-Feb-00 | 10-Feb-00 | SMITH & NEPHEW INC | $14.04 |
| FT HOOD | 14-Feb-00 | 11-Feb-00 | SMITH & NEPHEW INC | $199.50 |
| FT HOOD | 14-Feb-00 | 11-Feb-00 | SMITH & NEPHEW INC | $196.56 |
| FT HOOD | 16-Feb-00 | 15-Feb-00 | SMITH & NEPHEW INC | $168.48 |
| FT HOOD | 17-Feb-00 | 16-Feb-00 | SMITH & NEPHEW INC | $42.41 |
| FT HOOD | 17-Feb-00 | 16-Feb-00 | SMITH & NEPHEW INC | $365.04 |
| FT HOOD | 10-Jan-00 | 06-Jan-00 | SMITH & NEPHEW WOUND MGM | $103.11 |
| FT HOOD | 12-Jan-00 | 10-Jan-00 | SMITH NEPHEW INC | $119.40 |
| FT HOOD | 16-Feb-00 | 14-Feb-00 | SMITH NEPHEW INC | $2,015.00 |
| FT HOOD | 08-Mar-00 | 06-Mar-00 | SMITH NEPHEW INC | $1,187.25 |
| FT HOOD | 15-Mar-00 | 13-Mar-00 | SMITH NEPHEW INC | $110.00 |
| FT HOOD | 03-Apr-00 | 30-Mar-00 | SMITH NEPHEW INC | $1,998.35 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 21-Jan-00 | 11-Jan-00 | SPECIALTY MEDICAL SALES | $124.00 |
| FT HOOD | 11-Feb-00 | 10-Feb-00 | STERIDYNE CORP | $29.08 |
| FT HOOD | 11-Jan-00 | 10-Jan-00 | STERIS CORPORATION | $224.26 |
| FT HOOD | 11-Jan-00 | 10-Jan-00 | STERIS CORPORATION | $104.82 |
| FT HOOD | 17-Jan-00 | 14-Jan-00 | STERIS CORPORATION | $58.23 |
| FT HOOD | 24-Jan-00 | 21-Jan-00 | STERIS CORPORATION | $1,461.52 |
| FT HOOD | 25-Jan-00 | 24-Jan-00 | STERIS CORPORATION | $47.44 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | STERIS CORPORATION | $104.82 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | STERIS CORPORATION | $433.05 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | STERIS CORPORATION | $704.00 |
| FT HOOD | 03-Feb-00 | 02-Feb-00 | STERIS CORPORATION | $1,386.64 |
| FT HOOD | 03-Feb-00 | 02-Feb-00 | STERIS CORPORATION | $732.68 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | STERIS CORPORATION | $104.82 |
| FT HOOD | 08-Feb-00 | 07-Feb-00 | STERIS CORPORATION | $58.23 |
| FT HOOD | 17-Feb-00 | 16-Feb-00 | STERIS CORPORATION | $722.85 |
| FT HOOD | 17-Feb-00 | 16-Feb-00 | STERIS CORPORATION | $695.51 |
| FT HOOD | 23-Feb-00 | 22-Feb-00 | STERIS CORPORATION | $423.63 |
| FT HOOD | 29-Feb-00 | 28-Feb-00 | STERIS CORPORATION | $156.60 |
| FT HOOD | 01-Mar-00 | 29-Feb-00 | STERIS CORPORATION | $58.20 |
| FT HOOD | 08-Mar-00 | 07-Mar-00 | STERIS CORPORATION | $219.80 |
| FT HOOD | 08-Mar-00 | 07-Mar-00 | STERIS CORPORATION | $182.44 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | STERIS CORPORATION | $723.42 |
| FT HOOD | 15-Mar-00 | 14-Mar-00 | STERIS CORPORATION | $1,130.64 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | STERIS CORPORATION | $132.64 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | STERIS CORPORATION | $503.75 |
| FT HOOD | 21-Mar-00 | 20-Mar-00 | STERIS CORPORATION | $895.68 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | STERIS CORPORATION | $95.59 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | STERIS CORPORATION | $723.42 |
| FT HOOD | 31-Mar-00 | 30-Mar-00 | STERIS CORPORATION | $140.00 |
| FT HOOD | 21-Jan-00 | 19-Jan-00 | STRYKER SALES CRP MED | $33.24 |
| FT HOOD | 24-Jan-00 | 20-Jan-00 | STRYKER SALES CRP MED | $35.62 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | STRYKER SALES CRP MED | $381.06 |
| FT HOOD | 02-Feb-00 | 31-Jan-00 | STRYKER SALES CRP MED | ($118.72) |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | STRYKER SALES CRP MED | $501.00 |
| FT HOOD | 23-Mar-00 | 21-Mar-00 | STRYKER SALES CRP MED | $237.64 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | SURG/ASSIST INC | $568.00 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | TAUT INC | $240.00 |
| FT HOOD | 02-Mar-00 | 29-Feb-00 | TAUT INC | $480.00 |
| FT HOOD | 14-Mar-00 | 13-Mar-00 | THERA-KINETICS INC | $39.68 |
| FT HOOD | 11-Feb-00 | 09-Feb-00 | TRI ANIM HEALTH SVC INC | $119.50 |
| FT HOOD | 29-Mar-00 | 27-Mar-00 | TRI ANIM HEALTH SVC INC | $106.00 |
| FT HOOD | 07-Jan-00 | 06-Jan-00 | TRI STATE HOSPITA00 OF 00 | $278.69 |
| FT HOOD | 07-Jan-00 | 06-Jan-00 | TRI STATE HOSPITA00 OF 00 | $42.75 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | TRI STATE HOSPITA00 OF 00 | $274.00 |
| FT HOOD | 10-Jan-00 | 07-Jan-00 | TRI STATE HOSPITA00 OF 00 | $256.00 |
| FT HOOD | 12-Jan-00 | 11-Jan-00 | TRI STATE HOSPITA00 OF 00 | $19.00 |
| FT HOOD | 12-Jan-00 | 11-Jan-00 | TRI STATE HOSPITA00 OF 00 | $777.00 |
| FT HOOD | 14-Jan-00 | 13-Jan-00 | TRI STATE HOSPITA00 OF 00 | $220.00 |
| FT HOOD | 14-Jan-00 | 13-Jan-00 | TRI STATE HOSPITA00 OF 00 | $110.00 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 14-Jan-00 | 13-Jan-00 | TRI STATE HOSPITA00 OF 00 | $288.00 |
| FT HOOD | 18-Jan-00 | 17-Jan-00 | TRI STATE HOSPITA00 OF 00 | $256.00 |
| FT HOOD | 18-Jan-00 | 17-Jan-00 | TRI STATE HOSPITA00 OF 00 | $163.75 |
| FT HOOD | 20-Jan-00 | 19-Jan-00 | TRI STATE HOSPITA00 OF 00 | $256.00 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | TRI STATE HOSPITA00 OF 00 | $40.00 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | TRI STATE HOSPITA00 OF 00 | $312.00 |
| FT HOOD | 26-Jan-00 | 25-Jan-00 | TRI STATE HOSPITA00 OF 00 | $288.00 |
| FT HOOD | 27-Jan-00 | 26-Jan-00 | TRI STATE HOSPITA00 OF 00 | $92.00 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | TRI STATE HOSPITA00 OF 00 | $2,133.60 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | TRI STATE HOSPITA00 OF 00 | $38.00 |
| FT HOOD | 28-Jan-00 | 27-Jan-00 | TRI STATE HOSPITA00 OF 00 | $66.00 |
| FT HOOD | 31-Jan-00 | 28-Jan-00 | TRI STATE HOSPITA00 OF 00 | $256.00 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | TRI STATE HOSPITA00 OF 00 | $200.00 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | TRI STATE HOSPITA00 OF 00 | $42.75 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | TRI STATE HOSPITA00 OF 00 | $200.00 |
| FT HOOD | 02-Feb-00 | 01-Feb-00 | TRI STATE HOSPITA00 OF 00 | $468.00 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | TRI STATE HOSPITA00 OF 00 | $223.75 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | TRI STATE HOSPITA00 OF 00 | $200.00 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | TRI STATE HOSPITA00 OF 00 | $200.00 |
| FT HOOD | 04-Feb-00 | 03-Feb-00 | TRI STATE HOSPITA00 OF 00 | $200.00 |
| FT HOOD | 07-Feb-00 | 04-Feb-00 | TRI STATE HOSPITA00 OF 00 | $256.00 |
| FT HOOD | 09-Feb-00 | 08-Feb-00 | TRI STATE HOSPITA00 OF 00 | $288.00 |
| FT HOOD | 11-Feb-00 | 10-Feb-00 | TRI STATE HOSPITA00 OF 00 | $266.00 |
| FT HOOD | 16-Feb-00 | 15-Feb-00 | TRI STATE HOSPITA00 OF 00 | $582.00 |
| FT HOOD | 16-Feb-00 | 15-Feb-00 | TRI STATE HOSPITA00 OF 00 | $312.00 |
| FT HOOD | 21-Feb-00 | 18-Feb-00 | TRI STATE HOSPITA00 OF 00 | $200.00 |
| FT HOOD | 21-Feb-00 | 18-Feb-00 | TRI STATE HOSPITA00 OF 00 | $352.00 |
| FT HOOD | 23-Feb-00 | 22-Feb-00 | TRI STATE HOSPITA00 OF 00 | $420.00 |
| FT HOOD | 23-Feb-00 | 22-Feb-00 | TRI STATE HOSPITA00 OF 00 | $200.00 |
| FT HOOD | 25-Feb-00 | 24-Feb-00 | TRI STATE HOSPITA00 OF 00 | $414.00 |
| FT HOOD | 25-Feb-00 | 24-Feb-00 | TRI STATE HOSPITA00 OF 00 | $100.00 |
| FT HOOD | 28-Feb-00 | 25-Feb-00 | TRI STATE HOSPITA00 OF 00 | $256.00 |
| FT HOOD | 02-Mar-00 | 01-Mar-00 | TRI STATE HOSPITA00 OF 00 | $500.00 |
| FT HOOD | 02-Mar-00 | 01-Mar-00 | TRI STATE HOSPITA00 OF 00 | $2,133.60 |
| FT HOOD | 02-Mar-00 | 01-Mar-00 | TRI STATE HOSPITA00 OF 00 | $172.00 |
| FT HOOD | 06-Mar-00 | 03-Mar-00 | TRI STATE HOSPITA00 OF 00 | $80.00 |
| FT HOOD | 08-Mar-00 | 07-Mar-00 | TRI STATE HOSPITA00 OF 00 | $1,052.00 |
| FT HOOD | 15-Mar-00 | 13-Mar-00 | TRI STATE HOSPITA00 OF 00 | $200.00 |
| FT HOOD | 15-Mar-00 | 13-Mar-00 | TRI STATE HOSPITA00 OF 00 | $714.84 |
| FT HOOD | 15-Mar-00 | 13-Mar-00 | TRI STATE HOSPITA00 OF 00 | $324.85 |
| FT HOOD | 16-Mar-00 | 15-Mar-00 | TRI STATE HOSPITA00 OF 00 | $42.75 |
| FT HOOD | 16-Mar-00 | 15-Mar-00 | TRI STATE HOSPITA00 OF 00 | $256.00 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | TRI STATE HOSPITA00 OF 00 | $33.25 |
| FT HOOD | 20-Mar-00 | 17-Mar-00 | TRI STATE HOSPITA00 OF 00 | $2,400.00 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | TRI STATE HOSPITA00 OF 00 | $944.00 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | TRI STATE HOSPITA00 OF 00 | $839.16 |
| FT HOOD | 22-Mar-00 | 21-Mar-00 | TRI STATE HOSPITA00 OF 00 | $456.00 |
| FT HOOD | 24-Mar-00 | 23-Mar-00 | TRI STATE HOSPITA00 OF 00 | $1,554.00 |
| FT HOOD | 24-Mar-00 | 23-Mar-00 | TRI STATE HOSPITA00 OF 00 | $272.00 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 29-Mar-00 | 28-Mar-00 | TRI STATE HOSPITA00 OF 00 | $92.00 |
| FT HOOD | 30-Mar-00 | 29-Mar-00 | TRI STATE HOSPITA00 OF 00 | $278.00 |
| FT HOOD | 17-Jan-00 | 14-Jan-00 | TROEMNER LLC | $87.15 |
| FT HOOD | 10-Mar-00 | 09-Mar-00 | TROEMNER LLC | $499.22 |
| FT HOOD | 25-Feb-00 | 23-Feb-00 | UNITED STATES SURGCAL CO | $378.84 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | UNITED STATES SURGCAL CO | $757.68 |
| FT HOOD | 31-Mar-00 | 29-Mar-00 | UNITED STATES SURGCAL CO | $1,087.50 |
| FT HOOD | 21-Jan-00 | 20-Jan-00 | US ENDOSCOPY GROUP INC | $439.10 |
| FT HOOD | 07-Jan-00 | 05-Jan-00 | UT MEDICAL PRODUCTS INC* | $200.00 |
| FT HOOD | 10-Jan-00 | 06-Jan-00 | UT MEDICAL PRODUCTS INC* | $195.00 |
| FT HOOD | 12-Jan-00 | 10-Jan-00 | UT MEDICAL PRODUCTS INC* | $142.80 |
| FT HOOD | 13-Jan-00 | 11-Jan-00 | UT MEDICAL PRODUCTS INC* | $1,770.00 |
| FT HOOD | 20-Jan-00 | 18-Jan-00 | UT MEDICAL PRODUCTS INC* | $165.92 |
| FT HOOD | 27-Jan-00 | 25-Jan-00 | UT MEDICAL PRODUCTS INC* | $142.80 |
| FT HOOD | 02-Feb-00 | 31-Jan-00 | UT MEDICAL PRODUCTS INC* | $2,360.00 |
| FT HOOD | 03-Feb-00 | 01-Feb-00 | UT MEDICAL PRODUCTS INC* | $350.00 |
| FT HOOD | 07-Feb-00 | 03-Feb-00 | UT MEDICAL PRODUCTS INC* | $136.70 |
| FT HOOD | 10-Feb-00 | 08-Feb-00 | UT MEDICAL PRODUCTS INC* | $142.80 |
| FT HOOD | 17-Feb-00 | 15-Feb-00 | UT MEDICAL PRODUCTS INC* | $136.70 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | UT MEDICAL PRODUCTS INC* | $571.28 |
| FT HOOD | 28-Feb-00 | 25-Feb-00 | UT MEDICAL PRODUCTS INC* | $290.00 |
| FT HOOD | 02-Mar-00 | 29-Feb-00 | UT MEDICAL PRODUCTS INC* | $546.80 |
| FT HOOD | 03-Mar-00 | 01-Mar-00 | UT MEDICAL PRODUCTS INC* | $1,935.92 |
| FT HOOD | 10-Mar-00 | 08-Mar-00 | UT MEDICAL PRODUCTS INC* | $1,770.00 |
| FT HOOD | 13-Mar-00 | 09-Mar-00 | UT MEDICAL PRODUCTS INC* | $136.70 |
| FT HOOD | 15-Mar-00 | 13-Mar-00 | UT MEDICAL PRODUCTS INC* | $370.00 |
| FT HOOD | 27-Mar-00 | 23-Mar-00 | UT MEDICAL PRODUCTS INC* | $136.70 |
| FT HOOD | 27-Mar-00 | 24-Mar-00 | UT MEDICAL PRODUCTS INC* | $2,065.00 |
| FT HOOD | 03-Apr-00 | 30-Mar-00 | UT MEDICAL PRODUCTS INC* | $630.00 |
| FT HOOD | 11-Jan-00 | 06-Jan-00 | VALLEYLAB INC | $126.60 |
| FT HOOD | 26-Jan-00 | 21-Jan-00 | VALLEYLAB INC | $329.00 |
| FT HOOD | 08-Feb-00 | 04-Feb-00 | VALLEYLAB INC | $169.00 |
| FT HOOD | 09-Feb-00 | 07-Feb-00 | VALLEYLAB INC | $286.40 |
| FT HOOD | 17-Feb-00 | 14-Feb-00 | VALLEYLAB INC | $267.20 |
| FT HOOD | 28-Feb-00 | 23-Feb-00 | VALLEYLAB INC | $160.00 |
| FT HOOD | 22-Mar-00 | 17-Mar-00 | VALLEYLAB INC | $286.40 |
| FT HOOD | 24-Mar-00 | 21-Mar-00 | VALLEYLAB INC | $286.40 |
| FT HOOD | 27-Mar-00 | 22-Mar-00 | VALLEYLAB INC | $143.20 |
| FT HOOD | 03-Apr-00 | 30-Mar-00 | VALLEYLAB INC | $169.00 |
| FT HOOD | 20-Jan-00 | 17-Jan-00 | VICTOREEN | $129.73 |
| FT HOOD | 04-Feb-00 | 31-Jan-00 | VICTOREEN | $290.68 |
| FT HOOD | 06-Mar-00 | 02-Mar-00 | VITALOGRAPH INC | $141.32 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | VU-PAK/DIV MEDI-DSE | $131.25 |
| FT HOOD | 11-Jan-00 | 06-Jan-00 | VWR SCIENTIFIC PROD VCTS | $954.85 |
| FT HOOD | 18-Feb-00 | 16-Feb-00 | VWR SCIENTIFIC PROD VCTS | $865.65 |
| FT HOOD | 06-Mar-00 | 01-Mar-00 | VWR SCIENTIFIC PROD VCTS | $577.72 |
| FT HOOD | 16-Mar-00 | 13-Mar-00 | VWR SCIENTIFIC PROD VCTS | $157.12 |
| FT HOOD | 17-Jan-00 | 14-Jan-00 | WELCH ALLYN INC. | $90.46 |
| FT HOOD | 03-Mar-00 | 01-Mar-00 | WESCOR INC | $160.60 |

| | | | | |
|---|---|---|---|---|
| FT HOOD | 26-Jan-00 | 20-Jan-00 | WILSON OPHTHALMIC CORP | $65.53 |
| FT HOOD | 04-Feb-00 | 02-Feb-00 | WILSON OPHTHALMIC CORP | $177.57 |
| FT HOOD | 10-Feb-00 | 08-Feb-00 | WILSON OPHTHALMIC CORP | $217.48 |
| FT HOOD | 28-Feb-00 | 24-Feb-00 | WILSON OPHTHALMIC CORP | $90.13 |
| FT HOOD | 10-Jan-00 | 06-Jan-00 | WRIGHT MEDICAL TECHNOLOGY | $1,226.50 |
| FT HOOD | 16-Mar-00 | 14-Mar-00 | WRIGHT MEDICAL TECHNOLOGY | $1,658.50 |

$576,841.78