Appendix O - General Medical document produced by Fort Hood.

I-2604

**General Medical Corporation**

*We believe in SERVICE EXCELLENCE. That's why everyone involved in the handling of this order did their best. We want to ensure your satisfaction and we sincerely hope you will be pleased with the accuracy, quality and timeliness of your shipment. Please let us know if we have not fulfilled your needs. Your satisfaction is paramount to GENERAL MEDICAL.*

JUL 03, 1997

# CUSTOMER PACKING SLIP

Page# 1

Ship to: MEDICAL SUPPLY OFFICER
BLDG 3600 REAR DOCK RM 0002
BPA 3 DAKF-48-95A0463
FORT HOOD, TX. 76544

Bill to: FORT HOOD ARMY POST
BLDG. #1001/ACCT. OFFICE
FORT HOOD TX 76544

From: GENERAL MEDICAL CORPORATION
809 W. NORTH CARRIER
GRAND PRAIRIE, TX. 75050
ID#: 1-94-2640465-3

Customer Number: 66295
GM Batch Number: 031327-005
Customer P.O. Number: SP0200970A9420
Customer Call Number: 117
File Number: 756367
Date Ordered: 07/03/97
Invoice Number: 756367
Time Received: 09:05
Ship via:
Delivery Code: 0
Sequence Number: 064301
Order Source: BS/NICIE
Freight: NONE
Trans code: 11
Salesman # 13
BO Code: 0
Class: APN

| LINE | ITEM # | ORDERED | UM | SHIPPED | VENDOR | CATALOG NUMBER | ITEM DESCRIPTION | ----- COMMENTS ----- | -OK- |
|---|---|---|---|---|---|---|---|---|---|
| 1) | 000403 | 6 | BX | √6 | BD | 305155 CS = 10.00 BX = 100 | NEEDLE, HYPO 22GX1" (100/BX) 5155 | | |
| 2) | 000401 | 9 | BX | √9 | BD | 305143 CS = 10.00 BX = 100 | NEEDLE, HYPO 23GX3/4" (100/BX) 5143 | | |
| 3) | 180155 | 2 | CS | √2 | ANAGO | 80-970 CS = 40 | SHIELD, FACE 3/4 LNGTH (40/CS) | | |
| 4) | 205149 | 15 | BX | √1 | DES-OR | 371065 CS = 10.00 BX = 30 | SCRUBBRUSH, W/HIBICLENS (30/BX) * | | |
| 5) | 192304 | 5 | BX | √5 | REGENT | 30375 CS = 6.00 BX = 25 | GLOVE, DIAG BIOGEL N/S SZ7 1/2 (25PR/BX) | | |
| 6) | 192305 | 13 | BX | √13 | REGENT | 30380 CS = 6.00 BX = 25 | GLOVE, DIAG BIOGEL N/S SZ8 (25PR/BX) | | |
| 7) | 198868 | 45 | BX | √45 | MP49 | 49-202 CS = 10.00 BX = 100 | GLOVE, EXAM POWDERLESS LG (100/BX) | | |
| 8) | 161265 | 3 | CS | √3 | ARGYLE | 280214 CS = 1 | TUBING, BUBBLE UNIV N/C 5MM (100'/CS) | | |
| 9) | 009908 | 8 | CT | √8 | KENDAL | 1050 CS = 18.00 CT = 50 | DRESSING, TELFA STR 4"X3" 1'S (50/CT) | | |
| 10) | 150719 | 3 | CS | √3 | SAGE | 8980 CS = 10 | CONTAINER, SHARPS RED W/LID 8GL (10/CS) | | |
| 11) | 193194 * N/S | 1 | CS | + 0 | KENDAL | 2979 CS = 20.00 BG = 100 | SPONGE, XRAY N/S 8"X4" (100/BG) | | |
| 12) | 167114 | 2 | CS | √2 | BD | 309662 CS = 4.00 BX = 30 | SYRINGE, LL 30CC (30/BX) 9662 | | |
| 13) | 125562 | 11 | BX | √11 | SHERWD | 513934 CS = 10.00 BX = 100 | SYRINGE, LL 3CC (100/BX) | | |

(CONTINUED ON NEXT PAGE)

ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
(ALL ITEMS INDICATED BY * NEXT TO ITEM NUMBER COLUMN ARE NON-RETURNABLE)

RECYCLED

Frank Broyles

General Medical Corporation

*We believe in SERVICE EXCELLENCE. That's why everyone involved in the handling of this order did their best. We want to ensure your satisfaction and we sincerely hope you will be pleased with the accuracy, quality and timeliness of your shipment. Please let us know if we have not fulfilled your needs. Your satisfaction is paramount to GENERAL MEDICAL.*

JUL 03, 1997 CUSTOMER PACKING SLIP Page# 2

Ship to: MEDICAL SUPPLY OFFICER
BLDG 3600 REAR DOCK RM 0002
BPA 3 DAKF-48-95A0463
FORT HOOD, TX. 76544

Bill to: FORT HOOD ARMY POST
BLDG. #1001/ACCT. OFFICE
FORT HOOD TX 76544

From: GENERAL MEDICAL CORPORATION
909 W. NORTH CARRIER
GRAND PRAIRIE, TX. 75050
ID#: 1-94-2640465-3

Customer Number: 66295 File Number: 756367 Invoice Number: 756367 Sequence Number: 064501 Trans code: 11
GM Batch Number: 031327-003 Date Ordered: 07/03/97 Time Received: 09:05 Order Source: BS/NICIE Salesman # 13
Customer P.O. Number: SP020097A9420 Ship via: Freight: NONE BO Code: 0
Customer Call Number: 117 Delivery Code: 0 Class: AFN

| LINE | ITEM # | ORDERED | UM | SHIPPED | VENDOR | CATALOG NUMBER | ITEM DESCRIPTION | ----- COMMENTS ----- | -OK- |
|---|---|---|---|---|---|---|---|---|---|
| 14) | 167111 | 11 | BX | √ 11 | BD | 309661 | SYRINGE, LL 20CC (40/BX) 9661 | | |
| | | | | | CS = | 4.00 BX = 40 | | | |
| 15) | 242946 | 3 | BX | √ 3 | KENDAL | 5-13218 | STETHOSCOPE, ESOPH W/THERM 18FR (20/BX) | | |
| | | | | | BX = | 20 | | | |
| 16) | 157095 | 4 | CS | √ 4 | JFROST | 010104 | PACK, INSTANT COLD DISP (24/CS) 1104 | | |
| | | | | | CS = | 24 | | | |

WE WILL BE CLOSED JULY 4TH.
PLEASE PLACE YOUR ORDERS
ACCORDINGLY.

Delivered by: ________ Pieces: 29 Weight: 290 lbs. Staging area: YES Shipment accepted by: ________ Date: ________

S*****SN AREA: 75 STOP: 2 ***** END OF PACKING SLIP ***** 01/01

(DETACH HERE)

60 GENERAL MEDICAL CORPORATION - RETURN AUTHORIZATION PPL

PLEASE COMPLETE AND SEND THIS AUTHORIZATION SLIP WITH THE PRODUCT THAT YOU WISH TO RETURN FOR CREDIT.

ACCOUNT NUMBER: 66295 NAME: FORT HOOD ARMY POST FILE # 756367 SEQUENCE # 064501 INVOICE # 756367 DATE: JUL 03, 1997

CATALOG NUMBER ________ QTY ______ REASON: ____________ CATALOG NUMBER ________ QTY ______ REASON: ____________
CATALOG NUMBER ________ QTY ______ REASON: ____________ CATALOG NUMBER ________ QTY ______ REASON: ____________

ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
(ALL ITEMS INDICATED BY * NEXT TO ITEM NUMBER COLUMN ARE NON-RETURNABLE)

RECYCLED

DARNALL ARMY COMM HOSP - MATERIEL BRANCH

PCN: RZE-T16 Receiving Report Page: 1
07:23:31
07/07/97
(7108)

Award PIIN: SP0200-97-A9420 Call Number: 0117
Vendor: GENERAL MEDICAL CORPORATION

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841012 | YSEC01 | FG | 13 | 6 | PG | 3.76 | 22.56 |

6515-00-754-2835 NEEDLE HYPO 22GA 100S MFG Part No: GEN MED BD # 305155

Due In Balance: 6

| Rec Date | Qty Rec |
|---|---|

POSTED

Possible Locations: SEC012E

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841013 | YSEC01 | FG | 13 | 9 | PG | 3.76 | 33.84 |

6515-00-754-2839 NEEDLE HYPO 23GA 100S MFG Part No: 305143

Due In Balance: 9

| Rec Date | Qty Rec |
|---|---|

POSTED

Possible Locations: SEC012A

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841029 | YUMITM | FG | 13 | 2 | CS | 138.56 | 277.12 |

H0B4R0180155 SHIELD FACE SURG 40'S MFG Part No: GEN MED 180155

Due In Balance: 2

| Rec Date | Qty Rec |
|---|---|

POSTED

Possible Locations: UMITM

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841030 | YUMITM | FG | 13 | 15 | BX | 18.00 | 270.00 |

5303-45- - HIBICLENS SPONGE 30S MFG Part No: GEN MED 205149

Due In Balance: 15

| Rec Date | Qty Rec |
|---|---|

POSTED

Possible Locations: UMITM

DARNALL ARMY COMM HOSP - MATERIEL BRANCH

PCN: BZE-T16 Receiving Report Page: 2

[illegible]33

07/07/97

(7188)

Award PIIN: SP0200-97-A9420 Call Number: 0117

Vendor: GENERAL MEDICAL CORPORATION

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841031 | YUMITM | FG | 13 | 5 | BX | 25.00 | 125.00 |

H0B4R630375 GLOVE,BIOGEL,7 1/2,25S MFG Part No: GEN MED 192304

Due In Balance: 5

| Rec Date | Qty Rec |
|---|---|
| | |

POSTED

Possible Locations: E073C

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841032 | YUMITM | FG | 13 | 13 | BX | 25.00 | 325.00 |

H034R830380 GLOVE,BIOGEL, SZ8, 25S MFG Part No: GEN MED 192305

Due In Balance: 13

| Rec Date | Qty Rec |
|---|---|
| | |

POSTED

Possible Locations: UMITM

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841035 | YUMITM | FG | 13 | 45 | BX | 8.11 | 364.95 |

H1R776198868 GLOVE PEAT LARGE 100'S MFG Part No: GEN MED 198868/194215

Due In Balance: 45

| Rec Date | Qty Rec |
|---|---|
| | |

POSTED

Possible Locations: UMITM

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841037 | YUMITM | FG | 13 | 3 | CS | 16.00 | 48.00 |

H1R770280214 TUBING SURG 100 FT MFG Part No: GEN MED 161265

Due In Balance: 3

| Rec Date | Qty Rec |
|---|---|
| | |

POSTED

Possible Locations: UMITM

DARNALL ARMY COMM HOSP - MATERIEL BRANCH

PCN: RZE-T16 Receiving Report Page: 3
07:23:34
07/07/97
(7188)

Award PIIN: SPO200-97-A9420 Call Number: 0117
Vendor: GENERAL MEDICAL CORPORATION

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841038 | YUMITM | FG | 3 | 8 | PG | 5.16 | 41.28 |

6510-00-111-0708 PAD NONADH4.125X3.125 MFG Part No: KENDALL 1050

Due In Balance: 8

Rec Date Qty Rec

POSTED

Possible Locations: UMITM

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841044 | YUMITM | FG | 13 | 3 | CS | 174.78 | 524.34 |

H9072115134107 CONTAINER 7 GAL 10'S MFG Part No: SAGE # 83023-21A

Due In Balance: 3

Rec Date Qty Rec

POSTED

Possible Locations: UMITM

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841051 | YUMITM | FG | 13 | 12 | BG | 11.06 | 132.72 |

6510-00-935-1004 SPONGE SUR 8X4" 100S MFG Part No: DDDP0054

Due In Balance: 20

Rec Date Qty Rec

Possible Locations: UMITM

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841057 | YUMITM | FG | 13 | 2 | CS | 37.48 | 74.96 |

6515-00-226-7675 SYRINGE HYPO 30CC 120S MFG Part No: GEN MED/BD#309662

Due In Balance: 2

Rec Date Qty Rec

POSTED

Possible Locations: UMITM

DARNALL ARMY COMM HOSP - MATERIEL BRANCH

PCN: RZE-T16 Receiving Report Page: 4
07:23:37
07/07/97
(7180)

Award PIIN: SP0200-97-A9420 Call Number: 0117
Vendor: GENERAL MEDICAL CORPORATION

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841063 | YUMITM | FG | 13 | 11 | PG | 13.89 | 152.79 |

6515-00-462-7348 SYRINGE HYPO 3ML LUER MFG Part No: 513934

Due In Balance: 11

| Rec Date | Qty Rec |
|---|---|

POSTED

Possible Locations: UMITM

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841070 | YUMITM | FG | 13 | 11 | PG | 8.69 | 95.59 |

6515-01-273-1803 SYRINGE HYPO20ML LUER MFG Part No: BD # 309661

Due In Balance: 11

| Rec Date | Qty Rec |
|---|---|

Possible Locations: UMITM

POSTED

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841000 | YUMITM | FG | 13 | 3 | BX | 143.72 | 431.16 |

HOATG5513218 STETH ESOPH 18FR 20'S MFG Part No: GEN MED 242946

Due In Balance: 3

| Rec Date | Qty Rec |
|---|---|

Possible Locations: UMITM

POSTED

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71841085 | YUMITM | FG | 13 | 4 | PG | 17.06 | 68.24 |

6530-00-133-4299 PAD COOLING CHEM 24'S MFG Part No: GEN MED #157095

Due In Balance: 4

| Rec Date | Qty Rec |
|---|---|

POSTED

Possible Locations: UMITM

DARNALL ARMY COMM HOSP - MATERIEL BRANCH

PCN: RZE-T16 Receiving Report Page: 1

06:48:04
13/06/97
(7164)

Award PIIN: SP0200-97-A9420 Call Number: 0074 3F
Vendor: GENERAL MEDICAL CORPORATION

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71491007 | YUMITM | FG | 3 | 2 | CS | 46.99 | 93.98 |

6510-01-354-9508 BANDAGE ELAS 2"X5YDS MFG Part No: GEN MED 172312

Due In Balance: 0

| Rec Date | Qty Rec |
|---|---|
| 05/30/97 | 2 |

Possible Locations: UMITM

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71491044 | YUMITM | FG | 13 | 8 | BX | 5.84 | 46.72 |

6505-01-156-1642 LUBRICANT MFG Part No: GEN MED 82-280

Due In Balance: 0

| Rec Date | Qty Rec |
|---|---|
| 05/30/97 | 8 |

Possible Locations: UMITM

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71491049 | YUMITM | FG | 3 | 29 | CS | 17.07 | 495.03 |

6505-01-330-6269 SODIUM CHL INJ0.9%12S MFG Part No: MCGAW 0L8000

Due In Balance: 0

| Rec Date | Qty Rec |
|---|---|
| 06/03/97 | 3 |
| 06/03/97 | 26 |

Possible Locations: UMITM

| DODAAC | DateSer | Sup Addr | APC/FC | PD | QtyReq | UI | UT Price | Tot Price |
|---|---|---|---|---|---|---|---|---|
| W45NQ8 | 71491068 | YUMITM | FG | 13 | 11 | BX | 4.74 | 52.14 |

6515-00-462-7348 SYRINGE HYPO 3ML LUER MFG Part No: GEN MED 309585

Due In Balance: 0

| Rec Date | Qty Rec |
|---|---|
| 05/30/97 | 11 |

DARNALL ARMY COMM HOSP - MATERIEL BRANCH

PCN: RZE-T16

Receiving Report
07:23:40
07/07/97
(7188)

Page: 5

Award PIIN: SP0200-97-A9420 Call Number: 0117
Vendor: GENERAL MEDICAL CORPORATION

PROCUREMENT QUALITY ASSURANCE

Destination

[ ] PQA [✓] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

[✓] PARTIAL

[ ] FINAL

7-7-97 (signature)

DATE RECEIVED

SIGNATURE OF AUTHORIZED GOVT REP

RECEIVER'S USE

Quantities shown above were received in apparent good condition except as noted.

7 Jul 97 (signature)

DATE RECEIVED

SIGNATURE OF AUTHORIZED GOVT REP

TYPED NAME AND OFFICE

END OF REPORT

POSTED

FEB-03-98 TUE 15:38 P.01

RHS **REGIONAL HEALTH SUPPLY, INC.**

TO: DARNALL ARMY HOSPITAL
DEBBIE THOMPSON

FROM: REGIONAL HEALTH SUPPLY
JOHN REDDELL

SUBJ: PRICING FOR KENDALL SPINAL TRAY, AS REQUESTED

DATE: February 3, 1998

Please find below pricing information on the Kendall Spinal Tray, requested by Col. Burhnam and the Anesthesia Dept.

The special pricing to you for this tray is below the DAPA level established for this product.

| DESCRIPTION | CAT. NO. | UM | SPECIAL PRICE |
|---|---|---|---|
| Kendall Spinal Tray with 24g x 3 1/2 Sprotte Needle | 4765 | cs/10 | 178.00 cs |

Projected Usage: 10 - 13 cs per month

This product has been ordered for our inventory and will soon be available to order from our warehouse. I will advise you when it is in our stock. In the meantime, you can go ahead and order the product from us at your special price, and we will drop ship to you direct from the manufacturer.

John Reddell
800-583-3630 x149

1220 EAST CORPORATE DRIVE • ARLINGTON, TX 76006
(817) 640-0600 • 1-800-583-3630 • FAX (817) 640-0476