Appendix P - Fort Hood Data Sheet

Regional Tri-Service Medical Logistics Data Collection

| | |
|---|---|
| Enter Name of Activity | Darnall (DACH) |
| Enter Branch of Service | Army |
| Enter Tri-Care Region Number | 6 |
| Enter Number of Operational Hospital Beds | 111 |
| How many services contracts do you have for the following areas: | |
| a) Medical Maintenance (Provide separate listing) | 19 |
| b) Housekeeping (Provide separate listing) | 1 |
| c) Laundry (Provide separate listing) | 1 |
| d) Linen (if rented or leased) (Provide separate listing) | 0 |
| e) Hazardous Material (RMW) (Provide separate listing) | 1 |
| On-Hand Inventory | |
| Enter # of Active Lines Stocked & Nonstocked as of 12/31/99. | 763 |
| Enter Dollar Value of Active Lines Stocked & Nonstocked as of 12/31/99 ($). | $266,447 |
| Enter # of Active Lines Stocked & Nonstocked that are PV as of 12/31/99. | |
| Enter # of Active Lines Stocked & Nonstocked as of 5/31/00. | 714 |
| Enter Dollar Value of Active Lines Stocked as of 5/31/00 ($). | $262,873 |
| Enter # of Active Lines Stocked & Nonstocked that are PV as of 5/31/00. | |
| Sales | |
| Enter Total Quarterly Medical Surgical Sales ($) from Oct-Dec 99. | $2,550,650 |
| Enter Total Quarterly Medical Surgical Sales ($) from Jan-Mar 00. | $3,063,904 |
| Enter PV Quarterly Medical Surgical Sales ($) from Oct-Dec 99. | $278,027 |
| Enter PV Quarterly Medical Surgical Sales ($) from Jan-Mar 00. | $304,345 |
| Enter Quarterly ECAT LIDS Sales ($) from Oct-Dec 99. | $465 |
| Enter Quarterly ECAT LIDS Sales ($) from Jan-Mar 00. | $0 |
| Enter Quarterly ECAT Optical Sales ($) from Oct-Dec 99. | $0 |
| Enter Quarterly ECAT Optical Sales ($) from Jan-Mar 00. | $0 |
| Enter Total Quarterly DBPA Sales ($) from Oct-Dec 99. | $686,418 |
| Enter Total Quarterly DBPA Sales ($) from Jan-Mar 00. | $907,051 |
| Enter Total Quarterly Local Purchase Sales ($) from Oct-Dec 99. | $191,596 |
| Enter Total Quarterly Local Purchase Sales ($) from Jan-Mar 00. | $391,128 |
| Enter Total Quarterly Credit Card Sales ($) from Oct-Dec 99. | $773,198 |
| Enter Total Quarterly Credit Card Sales ($) from Jan-Mar 00. | $1,160,285 |
| Product Line Standardization | |