# In The United States Court of Federal Claims

No. 03-289C

(Filed: August 11, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On July 21, 2006, this court issued an order directing the parties to appear in Dallas, Texas, for a hearing on plaintiff's motion to compel and request for sanctions. A hearing on the spoliations sanctions issue will be held at 10:00 a.m. (C.S.T.) on August 22, 2006, at the United States District Courthouse, 1100 Commerce St., Dallas, TX 75242. The courtroom location will be posted in the lobby of the courthouse on the day of the hearing.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge