# Appendix Q – Email of June 21, 2005

**Frank L. Broyles**

**From:** Kyle.Chadwick@usdoj.gov
**Sent:** Tuesday, June 21, 2005 10:40 AM
**To:** flbroyles@gucl.com
**Subject:** RE: deposition requests

Please save your rhetoric about document production for the court. You may succeed in fooling Judge Allegra. But as between us, your complaints simply make no sense, given what we both know about the discussions we have had. You are free, and always have been, to ask me to schedule a visit to any MTF you choose, to see responsive documents, if any, that are there. You have never once asked me to do that, Frank. I am not required to send you a written invitation -- we answered your doc requests and said we'd make things available. (As you know -- but you failed to disclose to the court -- both parties planned that Navigant would visit some MTFs for that purpose at both parties' expense.) As I have stated repeatedly, the govt. doesn't believe there are any responsive docs at any MTFs that are not being produced to you on CD (except duplicates of what you saw in 2002 at DSCP). So you will be wasting your time at the MTFs -- as you now say you did in deposing Jennings, and you try to blame us for. But you are welcome to waste your time at your risk. My paralegal would have been more than happy not to be calling and flying around the country for weeks on end trying to satisfy your document requests. So please stop sending self-serving correspondence and just propose some dates as quickly as you can to visit MTFs for "document review," and I will get someone to set up visits.

File
Discovery
Correspondence