**Appendix R – Transcript excerpt from December 5, 2005 hearing.**

# UNITED STATES
# COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Docket No. 03-289C |

Pages: 1 through 51

Place: Dallas, Texas

Date: December 5, 2005

**HERITAGE REPORTING CORPORATION**

*Official Reporters*

1220 L Street, N.W., Suite 600

Washington, D.C. 20005-4018

(202) 628-4888

hrc@concentric.net

just DSEP, you need to go out to all these MTFs and get the information from them.

And so I made my objection to limiting the discovery, which they were trying to limit to DSEP in December of 2002, and I sent them a letter and said, you know, you've got to get it from the MTFs.

And so since December of 2002, I've been trying to get this MTF information, without success, and then I learned that the documents had been destroyed. And Mr. Chadwick supplemented his interrogatory on -- just a month ago roughly saying we can't answer your interrogatory with respect to the amount of diversions because apparently all the documents have been destroyed.

But I have some problems with just the gloss that the documents have been destroyed. Mr. Chadwick attaches the declaration of Mr. Brown, in which he says the Army went out to 10 Army bases and polled them. Well, half of those Army bases, Your Honor, aren't even at issue. They're in other regions, they have nothing to do with this case.

So they polled five Army bases. There's 12 Air Force bases. Nothing is said about these 12 Air Force bases with respect to the document destruction. What is available at these 12 Air Force bases? Now the one statement that Mr. Chadwick or Mr. Brown makes is that Anthony Amendolia said there's no relevant information at these 12 Air Force bases.

Well, how -- you know, I don't know what his level is in DSEP, but I know it's not high. And for him to make just a simple statement, there's no relevant information at the 12 Air Force bases, I don't think we can accept that at face value, because at least somebody ought to talk to these 12 Air Force bases other than just taking Anthony Amendolia's word there's no relevant information.

But not only did I ask for credit cards, I've asked for financial information, I've asked for budgets, I've asked for contracts. I've gotten none of that. So, you know, my position is, yes, a lot of documents have been destroyed, but I don't think a sufficient search has been made for the documents I've requested in my document request.

THE COURT: One of the issues -- let me ask you about this first, and then I want to ask Mr. Chadwick about this -- if we know we're not going to get everything, because some things, in fact, have been destroyed and perhaps quite a bit, depending on -- I don't have, obviously, yet a facility by facility report of what we have and what don't have.

But let's just say, for purposes of what I'm going to ask you, that we have a decent number of facilities for which we basically have nothing, at least nothing of any significance.

## REPORTER'S CERTIFICATE

DOCKET NUMBER: 03-298C

CASE TITLE: United Medical Supply v. DOJ

DATE: December 5, 2005

LOCATION: Dallas, Texas

I hereby certify that the proceedings and evidence are contained fully and accurately on the tapes and notes reported by me at the hearing in the above case before the United States Court of Federal Claims.

Date: 12/14/2005

Joan Wong
Official Reporter

Heritage Reporting Corporation

1220 L Street, N.W.

Washington, D.C. 20005