**Appendix T – Account Receivable Information Submitted to the Contracting Officer as part of Plaintiff's CDA claim.**

I-6

AS/400 Host Screen

ACR020S2 UNITED MEDICAL SUPPLY Date: 4/04/01
Customer: 1372507 Customer Master Inquiry

Name: BROOKE ARMY MEDICAL CENTER Terms: Ship: Category:
Add-1: W45MXE Comm: Zone: Location: 7
Add-2: Age: Disc: Flat Disc:
Add-3: Type: Territory:
City: FORT SAM HOUSTON State: TX
Zip: 78234 Phone: 210/916-2011 Salesman: 31
Fax: 210/916-3357

Comments:
SHIP TO 13726 27 28 29 30

Sort Name: FORT SAM HOUSTON

Contact:
Title:
Finance Chrges:
Hold Statment:
Stop Credit: C
Catalog Code:
Acc Checks:
Backorders:
Cash Disc:
Exclusive:

Sales Tax Information
State: Code:
Number:

| | |
|---|---|
| History Codes: | 555555555555 |
| CURRENT 0-30 | 10,994.92 |
| 31-60 DAYS | 1,219.58- |
| 61-90 DAYS | 24,571.50 |
| 91-120 DAYS | 957.99 |
| OVR-120 DAYS | 44,002.44 |
| Balance: | 79,307.27 |

CMD2 -Acct History CMD5-Open Invoices CMD6 -Comments
CMD8 -Sales By Month CMD9-Display History CMD12-Sales By Ctgy

66,312.35

Over 30 total
$275,171.34

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:28:28

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:   1372001        Customer Master Inquiry
    Name: 71ST MEDICAL GROUP                Terms:      Ship:       Category:
   Add-1: FM3029                             Comm:      Zone:       Location:    1
   Add-2:                                     Age:      Disc:      Flat Disc:
   Add-3:                                    Type:                 Territory:
    City: VANCE AFB             State: OK
     Zip: 73705        Phone: 580/213-7676                         Salesman:    49
                         Fax: 580/213-7420
                                                  Comments:
Sort Name: 71ST                                   *****SEE MEGAN**************

  Contact: TENA DOMINGUEZ
    Title: AIRMAN OSBORN                          History Codes:  555555555555
Finance Chrges:                                     CURRENT 0-30        158.12
  Hold Statment:                                      31-60 DAYS
    Stop Credit: C    Sales  Tax  Information         61-90 DAYS        107.71
   Catalog Code:      State:      Code:              91-120 DAYS
     Acc Checks:      Number:                       OVR-120 DAYS        417.98
     Backorders:                                        Balance:        683.81
      Cash Disc:
      Exclusive:
CMD2 -Acct History             CMD5-Open Invoices            CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History          CMD12-Sales By Ctgy
```

325.69

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:01

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:   1378401        Customer Master Inquiry
    Name: 72ND MEDICAL SUPPORT SQUADRON   Terms:       Ship:       Category:
   Add-1: FM2030                           Comm:       Zone:       Location:     1
   Add-2:                                   Age:       Disc:      Flat Disc:
   Add-3:                                  Type:                  Territory:
    City: TINKER AFB            State: OK
     Zip: 73145       Phone: 405/736-2572                         Salesman:     49
                        Fax: 405/736-2177
                                                  Comments:
Sort Name: 72ND                                   ******SEE MEGAN*NOPGONFILE**

  Contact: SGT PLUMB
    Title:                                        History Codes:  555534555555
Finance Chrges:                                     CURRENT 0-30        336.52
  Hold Statment:                                      31-60 DAYS      1,410.73
    Stop Credit: C   Sales  Tax  Information          61-90 DAYS        837.83
   Catalog Code:     State:      Code:               91-120 DAYS        483.46
     Acc Checks:     Number:                        OVR-120 DAYS      4,331.21
     Backorders:                                        Balance:      7,399.75
      Cash Disc:
      Exclusive:
CMD2 -Acct History          CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month        CMD9-Display History        CMD12-Sales By Ctgy
```

7063.23

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:10

AS/400 Host Screen

```
ACR020S2                        UNITED MEDICAL SUPPLY                          Date:  4/04/01
Customer:   1449901            Customer Master Inquiry
    Name: DARNALL ARMY COMM HOSP          Terms:       Ship:         Category:
   Add-1: W45NQ8                           Comm:       Zone:         Location:    1
   Add-2: BLDG 3600 RM 0002                 Age:       Disc:        Flat Disc:
   Add-3:                                  Type:                    Territory:
    City: FORT HOOD          State: TX
     Zip: 76544        Phone: 817/288-2788                          Salesman:
                         Fax: 817/288-6040
                                                 Comments:
Sort Name: DARNALL                               ******SEE MEGAN***************

  Contact: CAROL CLARK
    Title:                                       History Codes:  555533455555
Finance Chrges:                                    CURRENT 0-30        114.70
 Hold Statment:                                      31-60 DAYS
    Stop Credit: C    Sales  Tax  Information        61-90 DAYS      5,881.37
   Catalog Code:      State:      Code:             91-120 DAYS        391.83-
     Acc Checks:      Number:                      OVR-120 DAYS     10,890.72
     Backorders:                                        Balance:     16,494.96
      Cash Disc:
      Exclusive:
CMD2 -Acct History             CMD5-Open Invoices            CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History          CMD12-Sales By Ctgy
```

$16,380.26

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:18

AS/400 Host Screen

```
ACR020S2                     UNITED MEDICAL SUPPLY                       Date:  4/04/01
Customer:   2651401         Customer Master Inquiry
    Name: 7TH MEDICAL GROUP                 Terms:       Ship:        Category:
   Add-1: FM4661                             Comm:       Zone:        Location:    1
   Add-2:                                     Age:       Disc:       Flat Disc:
   Add-3:                                    Type:                   Territory:
    City: DYESS AFB               State: TX
     Zip: 79607        Phone: 915/696-5341                           Salesman:    17
                         Fax: 915/696-5469
                                                      Comments:
Sort Name: 7TH                                        ****SEE MEGAN*********

  Contact: DELORES FRANKLIN
    Title:                                            History Codes:  234455512111
Finance Chrges:                                         CURRENT 0-30
  Hold Statment:                                          31-60 DAYS
    Stop Credit: C    Sales  Tax  Information             61-90 DAYS        421.43
   Catalog Code:      State:      Code:                  91-120 DAYS         16.17
     Acc Checks:      Number:                           OVR-120 DAYS
     Backorders:                                            Balance:        437.60
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices              CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History            CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:26

AS/400 Host Screen

```
ACR020S2                     UNITED MEDICAL SUPPLY                     Date:  4/04/01
Customer:   2651901         Customer Master Inquiry
    Name: 17TH MEDICAL GROUP                Terms:       Ship:       Category:
   Add-1: FM3030                             Comm:       Zone:       Location:     1
   Add-2:                                     Age:       Disc:      Flat Disc:
   Add-3:                                    Type:                  Territory:
    City: GOODFELLOW AFB       State: TX
     Zip: 76908       Phone: 915/654-3066                           Salesman:     17
                        Fax: 915/654-3309
                                                    Comments:
Sort Name: 17TH                                     ******SEE MEGAN**********

  Contact: SSGT KELLY
    Title:                                          History Codes:  120012312111
 Finance Chrges:                                      CURRENT 0-30
  Hold Statment:                                        31-60 DAYS
    Stop Credit:     Sales  Tax  Information            61-90 DAYS
  Catalog Code:      State:      Code:                 91-120 DAYS          80.10-
    Acc Checks:      Number:                          OVR-120 DAYS         232.59-
    Backorders:                                           Balance:         312.69-
     Cash Disc:
     Exclusive:
CMD2 -Acct History             CMD5-Open Invoices             CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History           CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:36

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                       Date:  4/04/01
Customer:   3010201        Customer Master Inquiry
    Name: AFMLO OL 2                      Terms:       Ship:       Category:
   Add-1: FM9133                           Comm:       Zone:       Location:    1
   Add-2: FORT WORTH TEXAS                  Age:       Disc:      Flat Disc:
   Add-3:                                  Type:                  Territory:
    City: FORT WORTH           State: TX
     Zip: 76115       Phone: 817/885-6961                         Salesman:
                        Fax: 817/885-6964
                                                 Comments:
Sort Name: AFMLO

  Contact: SGT BRANTLEY
    Title: SGT KOONCE (IF BRANTLEY N/A           History Codes:  555523441234
 Finance Chrges:                                   CURRENT 0-30
  Hold Statment:                                     31-60 DAYS          72.58
    Stop Credit: C     Sales  Tax  Information       61-90 DAYS      12,484.20
   Catalog Code:       State:      Code:            91-120 DAYS       5,202.75
     Acc Checks:       Number:                     OVR-120 DAYS           7.53
     Backorders:                                        Balance:     17,767.06
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices              CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History            CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:45

AS/400 Host Screen

```
ACR020S2                   UNITED MEDICAL SUPPLY                        Date:  4/04/01
Customer:   4077701       Customer Master Inquiry
     Name: 377TH MED GR KIRTLAND AFB     Terms:      Ship:       Category:
    Add-1: FM4469                         Comm:      Zone:       Location:    1
    Add-2: 1501 SAN PEDRO DR SE BLDG 47    Age:      Disc:      Flat Disc:
    Add-3:                                Type:                 Territory:
     City: ALBUQUERQUE          State: NM
      Zip: 87108       Phone: 505/846-3687                      Salesman:
                         Fax:
                                               Comments:
Sort Name: 377TH MEDICAL GROUP

  Contact:
    Title:                                     History Codes:  555500112345
 Finance Chrges:                                 CURRENT 0-30
  Hold Statment:                                   31-60 DAYS
     Stop Credit: C   Sales  Tax  Information      61-90 DAYS        586.12
   Catalog Code:      State:      Code:            91-120 DAYS       143.14
      Acc Checks:     Number:                     OVR-120 DAYS       124.92
      Backorders:                                     Balance:       854.18
       Cash Disc:
       Exclusive:
CMD2 -Acct History             CMD5-Open Invoices           CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History         CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:25:53

AS/400 Host Screen

```
ACR020S2                   UNITED MEDICAL SUPPLY                           Date:  4/04/01
Customer:    4537601      Customer Master Inquiry
     Name: 49TH MEDICAL GROUP HOLLOMAN     Terms:        Ship:         Category:
    Add-1: FM4801                           Comm:        Zone:         Location:     1
    Add-2:                                   Age:        Disc:        Flat Disc:
    Add-3:                                  Type:                     Territory:
     City: HOLLOMAN AFB         State: NM
      Zip: 88330       Phone: 505/475-3694                            Salesman:
                         Fax: 505/475-3677
                                                   Comments:
Sort Name: 49TH MEDICAL GROUP HOLLOMAN             SHIP TO 77 78 79 80

  Contact: SGT. GUNTERMAN
    Title:                                         History Codes:   550000112344
Finance Chrges:                                     CURRENT 0-30          362.08-
 Hold Statment:                                       31-60 DAYS
   Stop Credit:     Sales  Tax  Information           61-90 DAYS
  Catalog Code:     State:      Code:                91-120 DAYS
    Acc Checks:     Number:                         OVR-120 DAYS
    Backorders:                                         Balance:           362.08-
     Cash Disc:
     Exclusive:
CMD2 -Acct History             CMD5-Open Invoices             CMD6 -Comments
CMD8 -Sales By Month           CMD9-Display History           CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:01

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                    Date:  4/04/01
Customer:   4542701       Customer Master Inquiry
    Name: WILLIAM BEAUMONT ARMY MED CTR   Terms:     Ship:      Category:
   Add-1: W45PEA                           Comm:     Zone:      Location:    1
   Add-2:                                   Age:     Disc:     Flat Disc:
   Add-3:                                  Type:               Territory:
    City: EL PASO              State: TX
     Zip: 79918      Phone: 915/568-8689                        Salesman:
                       Fax: 915/568-9010
                                                 Comments:
Sort Name: WILLIAM BEAUMONT                      SHIP TO 28 29 30 31 32

  Contact: OSCAR MOLINAR
    Title:                                       History Codes:  555500012455
Finance Chrges:                                    CURRENT 0-30
 Hold Statment:                                      31-60 DAYS      2,428.47
     Stop Credit: C    Sales  Tax  Information       61-90 DAYS     14,993.76
   Catalog Code:       State:      Code:            91-120 DAYS      2,990.39
     Acc Checks:       Number:                      OVR-120 DAYS     13,460.45
     Backorders:                                        Balance:     33,873.07
      Cash Disc:
      Exclusive:
CMD2 -Acct History          CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month        CMD9-Display History        CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:09

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                    Date:  4/04/01
Customer:   5602501        Customer Master Inquiry
    Name: 82ND MEDICAL GROUP              Terms:      Ship:      Category:
   Add-1: FM3020                           Comm:      Zone:      Location:    1
   Add-2:                                   Age:      Disc:     Flat Disc:
   Add-3:                                  Type:                Territory:
    City: SHEPPARD AFB          State: TX
     Zip: 76311       Phone: 940/676-7067                       Salesman:    97
                        Fax: 940/676-7064
                                                 Comments:
Sort Name: 82ND                                  ******SEE MEGAN********

  Contact:
    Title:                                       History Codes:  555555555555
Finance Chrges:                                    CURRENT 0-30        516.70
  Hold Statment:                                     31-60 DAYS         34.75-
     Stop Credit: C    Sales  Tax  Information       61-90 DAYS      1,679.25
    Catalog Code:      State:      Code:            91-120 DAYS         48.30
      Acc Checks:      Number:                     OVR-120 DAYS      9,182.38
      Backorders:                                      Balance:     11,391.88
       Cash Disc:
       Exclusive:
CMD2 -Acct History          CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month        CMD9-Display History        CMD12-Sales By Ctgy
```

10,875.16

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:24

AS/400 Host Screen

```
ACR020S2                        UNITED MEDICAL SUPPLY                          Date:  4/04/01
Customer:    5603901           Customer Master Inquiry
    Name: SHEPPARD AFB  882ND TRSS/TSRL   Terms:      Ship:       Category:
   Add-1: FM3004                           Comm:      Zone:       Location:     1
   Add-2: 939 MISSILE RD BLDG 1919          Age:      Disc:      Flat Disc:
   Add-3:                                  Type:                 Territory:
    City: SHEPPARD AFB         State: TX
     Zip: 76311       Phone:                                     Salesman:    97
                        Fax:
                                                 Comments:
Sort Name: SHEPPARD AFB 882ND TRSS                 NO PG ON FILE

  Contact:
    Title:                                       History Codes:  555512345555
 Finance Chrges:                                   CURRENT 0-30        161.08
  Hold Statment:                                     31-60 DAYS
    Stop Credit: C    Sales  Tax  Information         61-90 DAYS        343.49
   Catalog Code:      State:      Code:              91-120 DAYS
     Acc Checks:      Number:                      OVR-120 DAYS      3,423.10
     Backorders:                                        Balance:     3,927.67
      Cash Disc:
      Exclusive:
CMD2 -Acct History            CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History        CMD12-Sales By Ctgy
```

3,766.59

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:32

AS/400 Host Screen

```
ACR020S2                       UNITED MEDICAL SUPPLY                  Date:  4/04/01
Customer:   5603001          Customer Master Inquiry
    Name: 97TH MEDICAL GROUP               Terms:       Ship:       Category:
   Add-1: FM4419                            Comm:       Zone:       Location:    1
   Add-2:                                    Age:       Disc:      Flat Disc:
   Add-3:                                   Type:                  Territory:
    City: ALTUS AFB             State: OK
     Zip: 73523        Phone: 580/481-5207                         Salesman:    86
                         Fax: 580/481-1259
                                                     Comments:
Sort Name: 97TH                                      *****SEE MEGAN***********

  Contact:
    Title:                                           History Codes:  555555555555
Finance Chrges:                                        CURRENT 0-30        867.84
  Hold Statment:                                         31-60 DAYS        291.16
    Stop Credit: C     Sales   Tax   Information         61-90 DAYS      1,492.00
   Catalog Code:       State:        Code:              91-120 DAYS
     Acc Checks:       Number:                         OVR-120 DAYS      3,191.28
     Backorders:                                           Balance:      5,842.28
      Cash Disc:
      Exclusive:
CMD2 -Acct History              CMD5-Open Invoices              CMD6 -Comments
CMD8 -Sales By Month            CMD9-Display History            CMD12-Sales By Ctgy
```

4,974.44

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:39

AS/400 Host Screen

```
ACR020S2                    UNITED MEDICAL SUPPLY                   Date:  4/04/01
Customer:   6550301        Customer Master Inquiry
    Name: REYNOLDS ARMY COMM HOSP        Terms:      Ship:       Category:
   Add-1: W44DQ6                          Comm:      Zone:       Location:    1
   Add-2:                                  Age:      Disc:      Flat Disc:
   Add-3:                                 Type:                 Territory:
    City: FORT SILL              State: OK
     Zip: 73503        Phone: 405/458-2170                      Salesman:    86
                         Fax: 405/458-2177
                                                     Comments:
Sort Name: REYNOLDS                                  ******SEE MEGAN***********

  Contact: BRUCE CHRISTIE
    Title:                                           History Codes:  553323455555
Finance Chrges:                                        CURRENT 0-30        321.73
 Hold Statment:                                          31-60 DAYS      4,552.06
   Stop Credit: C    Sales  Tax  Information             61-90 DAYS      4,350.94
  Catalog Code:      State:      Code:                  91-120 DAYS
    Acc Checks:      Number:                           OVR-120 DAYS
    Backorders:                                            Balance:      9,224.73
     Cash Disc:
     Exclusive:
CMD2 -Acct History            CMD5-Open Invoices            CMD6 -Comments
CMD8 -Sales By Month          CMD9-Display History          CMD12-Sales By Ctgy
```

8903.00

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:46

AS/400 Host Screen

```
ACR020S2                      UNITED MEDICAL SUPPLY                      Date:  4/04/01
Customer:   6565701          Customer Master Inquiry
    Name: RAYMOND W BILSS ARMY COMM HOSP  Terms:      Ship:       Category:
   Add-1: W61DEW                          Comm:       Zone:       Location:    1
   Add-2: MATERIALS MGMT BLDG 45022        Age:       Disc:      Flat Disc:
   Add-3:                                 Type:                  Territory:
    City: FORT HUACHUCA          State: AZ
     Zip: 85613       Phone: 520/533-2070                        Salesman:
                        Fax: 520/533-1274
                                                Comments:
Sort Name: RAYMOND W BLISS                      SHIPS TO 58 59 60 61

  Contact: MELVIN HICKS
    Title:                                      History Codes:  555500112345
Finance Chrges:                                   CURRENT 0-30
 Hold Statment:                                     31-60 DAYS
    Stop Credit: C    Sales  Tax  Information       61-90 DAYS          276.60
   Catalog Code:      State:      Code:             91-120 DAYS         315.81
     Acc Checks:      Number:                     OVR-120 DAYS        1,926.17
     Backorders:                                       Balance:        2,518.58
      Cash Disc:
      Exclusive:
CMD2 -Acct History          CMD5-Open Invoices          CMD6 -Comments
CMD8 -Sales By Month        CMD9-Display History        CMD12-Sales By Ctgy
```

Method: IBM Board, Device: megan, HostID: 4 Printed: Wednesday, April 04, 2001 13:26:54