**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH PROVISIONS 2(A) AND 2(B) OF COURT'S ORDER OF AUGUST 24, 2006**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

Plaintiff United Medical Supply Company, Inc. files this its Certificate of Compliance with Provisions 2(a) and 2(b) of the Courts order of August 24, 2006 as follows:

1. The specific references in Plaintiff's Complaint regarding Plaintiff's negligent estimates claim are as follows (which portions of Plaintiff's Complaint is attached as Appendix A):

    a. Introductory paragraph on page 1 behind "(2)."
    b. Paragraphs numbers 18, 64, and 69 – 85.

2. All document requests previously made to Defendant regarding Plaintiff's negligent estimates claim:[1] are as follows (which portions of Plaintiff's Complaint is attached as Appendix A). These are:

    a. Plaintiff's initial discovery requests served in 2002. The Government's responses are included. (See Appendix B).

    b. Plaintiff's Request for Production of Documents served on March 4, 2003. (Appendix C). The Government did not respond to this discovery request. Plaintiff reserved it in November 2003 and was advised that the responsive documents no longer existed.

[1] Plaintiff served FOIA requests in 2002 regarding its negligent estimates claim, but it does not consider these responsive to the Court's order. Plaintiff does include associated interrogatories served in 2002 with its document requests shown in Appendix B.

c. Plaintiff's Request for Production of Documents served June 22, 2005, Requests numbers 1, 2 and 3. (Appendix D). Plaintiff cannot locate any record showing a response to this request.

3. A new document request pursuant to paragraph 2(b) of the Court's order is attached as Appendix E.

**Signed August 24, 2006.**

Respectfully submitted,

s/ Frank L. Broyles

Frank L. Broyles
State Bar No. 03230500
**GOINS, UNDERKOFLER, CRAWFORD & LANGDON, LLP**
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The original of the foregoing Certificate and referenced Appendices was served on the persons shown below by the method shown below.

s/ Frank L. Broyles

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
Method Served: overnight courier for hand delivery on August 25, 2006.