E. Kathleen Shahan
D.C. Bar # 267872
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
202 - 307-0249
202 - 307-0494 (telefax)
Kathie.Shahan@usdoj.gov
Attorney for the United States

IN THE UNITED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: UNITED MEDICAL SUPPLY COMPANY INC., Debtor-in-Possession | ) | Case No.01 - 41911-bjh-11<br>Chapter 11 |
| United Medical Supply Company, Inc., Plaintiff,<br>v.<br>United States of America, Defendant. | ) | Adversary: 02 - 4230 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT UNITED STATES**

Defendant, the United States of America, responds to plaintiff's first set of discovery requests as follows:

INTERROGATORY NO. 2

What was the process used by Defendant to estimate the contract value over the projected five annual contract periods, including the process used to identify those MTFs expected to

participate in the program.

ANSWER NO. 2

DSCP requested information from the Prime Vendor Service Representatives (one for each branch – the Army, the Air Force and the Navy). They were asked to provide DSCP with the yearly estimates for each of their participating facilities. DSCP consolidated the information to determine the total estimate. Due to the startup time involved, DSCP used 50% of the total yearly estimate provided for the base year contract and 100% of the estimate for the option years. DSCP also requested that they provides a list of the facilities that wanted to participate in th program.

INTERROGATORY NO. 3

Identify the persons with the Supply Center who prepared the estimates of contract value.

ANSWER NO. 3

The identity of the individual at DSCP who collected the estimates provided by the Army, the Air Force and the Navy and collated them to produce the contract estimate is currently unknown. The information was collected from Major Troy Molnar of the Air Force and from Mike David of the Army. The individual from whom the information at the Navy was collected is unknown at this time.

INTERROGATORY NO. 9

Did the Government ever determine during the term of the Contract that its original requirement estimates were too high? If "yes, " state when such a determination was made, the

individuals involved in making that determination, the dollar amount by which the Government's estimates were too high, and if the Government considered giving the Prime Vendors and [sic] adjustment to the contract price.

**ANSWER NO. 9**

No.

## REQUEST FOR PRODUCTION

**REQUEST NO. 1**

The documents used by the Supply Center to estimate the representations made to United Medical of Base Year Contract Value and the Total Contract Value, including information received from each Participating MTF. This request refers to the estimate of contract value originally made and as amended from time to time by the Department of Defense.

**RESPONSE NO. 1**

The only existing document responsive to this request is attached as Attachment C.

REQUEST NO. 13

All correspondence between the Supply Center and any Participating MTF pertaining to the estimate of annual volume of Scheduled Medical Equipment and Supplies for that MTF. The request seeks documents created before and after the Award.

RESPONSE NO. 13

To the extent that documents to this requested existed, they were not maintained, but the information was collated into the document attached as Attachment B.

As to Objections:

Dated: November 25, 2002

Respectfully submitted,

ROBERT D. McCALLAM, JR.
Assistant Attorney General

RICHARD H. STEPHENS
United States Attorney

J. CHRISTOPHER KOHN
TRACY J. WHITAKER
E. KATHLEEN SHAHAN
D.C. Bar No. 267872
Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202)307-0249

ATTORNEYS FOR THE UNITED STATES