# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | CASE NO: 03-CV-289 |

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

TO DEFENDANT UNITED STATES OF AMERICA
By and through its attorney of record:

Ms. E. Kathleen Shahan
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875

Plaintiff serves the following request for documents pursuant to Rule 34 of the Federal Rules of Civil Procedure. Documents requested are to be produced at the offices of counsel for Plaintiff by April 8, 2003. Responses to the discovery requests are to be served in accordance with rule 34.

In June 1999 DSCP sent out memos to all medical/surgical DAPA holders. It was signed by Greg Wentzel. That memo, Part II, stated that DSCP had completed an intensive review of historical sales pertaining the medical surgical database. Plaintiff is requesting the United States to produce the documents reviewed and the reports prepared in connection with this intensive review. This request includes all questionnaires sent to or received from MTFs.

Respectfully submitted,

______________________________

Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for United Medical Supply

CERTIFICATE OF SERVICE

On March 4, 2003 the foregoing was served on the persons shown below by the method shown below in accordance with applicable rules.

______________________________

**PERSONS SERVED:**

Ms. E. Kathleen Shahan
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875

Via Fax and Certified Mail RRR

7002 2410 0004
6840 6943



Disc B