6-22-05

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | CASE NO: 03-CV-289<br><br>Judge Allegra |

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**
**(June 22, 2005)**

**TO UNITED STATES, by and through its attorney, Mr. Kyle Chadwick**
U. S. Department of Justice
1100 L. St., NW
8th Floor
Washington, DC 20530

Pursuant to Court of Federal Claims Rule 34, Plaintiff United Medical Supply Company, Inc. serves the following requests for production of documents for inspection and copying. The documents are to be produced at the offices of Frank L. Broyles shown below at 10 a.m. on July 25, 2005 unless otherwise agreed to by counsel or ordered by the Court.

**A. Definitions**

- **a.** DSCP means Defense Supply Center Philadelphia and its predecessor Defense Personnel Support Center ("DPSC").
- **b.** Prime Vendor Contract means that requirements medical supply contract awarded United Medical effective June 1, 1997 by DSCP for the Lone Star Region.
- **c.** United Medical means United Medical Supply Company, Inc., a corporation organized under the laws of the State of Texas and headquartered in Fort Worth Texas.
- **d.** DAPA Items means items subject to a Distribution and Pricing Agreement between the DAPA holder and DSCP for consumable and disposable medical/surgical products and hand-held surgical instruments.
- **e.** Lone Star MTF means an individual medical treatment facility that participated in the prime vendor program for which United Medical was the prime vendor.

**REQUESTS FOR PRODUCTION:**

1. Each and every pro forma budget for each individual Lone Star MTF if such budgets included any time period between July 1, 1995 and May 31, 2000 and included, by separate line item or otherwise, projected expenses for DAPA items.



D.S. 24

2. Each and every financial reports for each individual Lone Star MTF if such reports evidence actual expenses for DAPA items, by separate line item or otherwise, during the same periods covered by the above request.

3. Back up information used to prepare the documents described in the previous two interrogatories.

4. Contracts between any Lone Star MTF and any DAPA holder pursuant to which direct purchases (*a/k/a* DBPA sales) were made from the DAPA holder by any Lone Star MTF during the time period June 1, 1997 through April 30, 2001.

5. All records of credit card purchases made for DAPA items by any Lone Star MTF during the time period June 1, 1997 through April 30, 2001.

**Signed June 22, 2005.**

Respectfully submitted,

______________________

Frank L. Broyles
State Bar No. 03230500
Goins, Underkofler, Crawford
& Langdon, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

On June 22, 2005 the foregoing requests for production was served on the persons shown below by the method shown below.

______________________

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
Method Served: overnight courier for hand delivery on June 23, 2005.