**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | CASE NO: 03-CV-289<br><br>Judge Allegra |

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**
(August 24, 2006)

**TO Defendant, by and through its attorney,**
**Mr. Kyle Chadwick**
U. S. Department of Justice
1100 L. St., NW
8th Floor
Washington, DC 20530

Pursuant to Court of Federal Claims Rule 34, Plaintiff United Medical Supply Company, Inc. serves the following request for production of documents for inspection and copying. The documents are to be produced at the offices of Frank L. Broyles shown below at 10 a.m. on September 26,2006 unless otherwise agreed to by counsel or ordered by the Court. Additionally, the Government is required to respond as provided by Rule 34.

**Request:**

**All data used by the defendant to generate contract estimates that were employed by DSCP in the Lone Star Solicitation or Award Renewals exercised by the Government in years 1998, 1999, and 2000.**

Respectfully submitted,

s/ Frank L. Broyles

Frank L. Broyles
State Bar No. 03230500
**GOINS, UNDERKOFLER, CRAWFORD & LANGDON, LLP**
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax
Attorney for Plaintiff

CERTIFICATE OF SERVICE

The original of the foregoing request for production with referenced attachments was served on the persons shown below by the method shown below.

s/ Frank L. Broyles

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
Method Served: overnight courier for hand delivery on August 25, 2006.