IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING ADDITIONAL AFFIDAVIT

Pursuant to the Court's orders, and as discussed at the hearing on August 22, 2006, defendant, the United States, respectfully submits the attached affidavit of Angela Casey concerning the disposition and status of potentially relevant documents at Kirtland Air Force Base in New Mexico, which was inadvertently omitted from the list of facilities from which we obtained affidavits in July 2006. Ms. Casey states, among other things, that Kirtland located 22 boxes of responsive vendor records dating back to 1998, and that the facility did not use blanket purchase agreements during the contract term. This affidavit was forwarded to counsel for plaintiff via e-mail on August 21, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

OF COUNSEL:
KATHLEEN HALLAM
Chief Trial Attorney
Defense Supply Center
Philadelphia

August 25, 2006

CERTIFICATE OF FILING

I certify that on August 25, 2006, the attached was filed electronically. I understand that service is complete upon filing and parties and others may access this filing through the Court's electronic system.

s/Kyle Chadwick

COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF ANGELA CASEY

1. My name is MSgt Angela Casey. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Noncommissioned Officer In Charge (NCOIC) of the Medical Logistics Flight, 377 MDSS/SGSL, at the Kirtland Air Force Base Clinic in New Mexico. I have been in this position since September 04.

3. I first became aware of the claim filed by United Medical on or about 4 August 2006, when I was informed of it by an Air Force attorney. As far as I know, no one at the Kirtland clinic was aware of the claim filed by United Medical before that time. I believe that those above and below me in my chain of command or supervision at the Kirtland clinic first became aware of the claim filed by United Medical on or about 4 August 2006, when they were informed of it by an Air Force attorney.

4. In response to becoming aware of the claim on 4 August 2006, I did a search of our records. I found in our records staging area 22 boxes of purchase records, which include IMPAC credit card receipts and other vendor logs dating from 1998 through 2001. We do not use Blanket Purchase Agreements (BPAs) at this facility and I do not believe any BPAs were used during that time.

5. I first became aware of the lawsuit filed by United Medical on or about 4 August 2006, when an Air Force attorney informed me of it. As far as I know, no one at the Kirtland clinic was aware of the lawsuit filed by United Medical prior to then. I believe that those above and below me in my chain of command or supervision at the Kirtland clinic first became aware of the lawsuit filed by United Medical on or about 4 August 2006, when they were informed of it by an Air Force attorney.

6. In response to becoming aware of the lawsuit on 4 August 2006, I did a search of our records. I found in our records staging area 22 boxes of purchase records, which include IMPAC credit card receipts and other vendor logs dating from 1998 through 2001. These were stored in the Kirtland clinic warehouse. I instructed my staff to prepare these boxes for shipping to the Department of Justice address provided by the Air Force attorney. These materials were shipped on 7 August 2006.

7. Since first being notified of the litigation on 4 August 2006, I have received guidance from Air Force attorneys to preserve, safeguard and ship these records to the Department of Justice. The records were shipped from this base on 7 August 2006.

8. All medical purchase records that the Kirtland Clinic has from 1998 through 2001 were prepared and shipped to the Department of Justice. Approximately 2 years ago, the Kirtland clinic replaced its MedLog computer system. All electronic records contained in that old system

were destroyed. The retention policy would have been the same as for hard copies; however, the electronic records should not have contained any additional or different information that the hard records that were preserved and shipped to the Department of Justice.

9. Since I arrived here in September of 2004, I have no knowledge of any medical purchase records being destroyed from the Kirtland clinic, aside from the electronic records mentioned in paragraph 8 above. If other records were destroyed, they would have been turned in to the Base Records Management Office for destruction. Although we have not turned any records over to that office, I am told by that office that their current method of destroying records for the past five or six years has been to bury them with an environmentally safe biodegrading chemical agent. That office tells me that prior to that time their standard procedure was to burn records. But, since I have been at Kirtland AFB, no medical purchase records have been sent to that department. I have spoken with my staff and they have no knowledge of any records being sent to the Records Management Office or otherwise being destroyed or dispose of.

10. My medical logistics organization's standard record retention/destruction policy is to retain all records for 6 years and 3 months after the purchase date, then follow the instructions according to AFI 41-209 Ch. 3.39.2. However, purchase records would be saved and not destroyed on schedule if my organization becomes aware of a potential claim or filed lawsuit.

Angela Casey
Angela Casey
NCOIC, Medical Material

Subscribed and Sworn to before me this the 7th day of August, 2006.

Libby G. Waits
NOTARY PUBLIC

My Commission Expires: 31 May 2009