IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ONE-DAY ENLARGEMENT OF TIME

Pursuant to Rules 6 and 6.1 of the Court's Rules, defendant, the United States, respectfully requests the Court to enlarge by one day, from today, August 30, to and including August 31, 2006, the due date for filing the joint status report required by the Court's order dated August 24, 2006. This is our first such request. Frank L. Broyles, counsel for plaintiff, states that plaintiff does not oppose this motion. We request the enlargement because Mr. Broyles states he will be unreachable during business hours today, by telephone or electronic mail, to review and discuss the joint status report.

CONCLUSION

Accordingly, we respectfully request the Court to enlarge by one day, from August 30 to and including August 31, 2006, the due date for filing the joint status report called for by the Court's order dated August 24, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

August 30, 2006

## CERTIFICATE OF FILING

I certify that on August 30, 2006, the foregoing motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick