IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO
MODIFY SCHEDULE PROPOSED IN JOINT STATUS REPORT

Pursuant to Rules 6 and 6.1 of the Court's Rules, defendant, the United States, respectfully requests the Court to enlarge three deadlines proposed by the parties in their joint status report dated August 30, 2006. This is our first such request. Frank L. Broyles, counsel for plaintiff, states that plaintiff does not oppose this motion.

The parties proposed that the Government would file the affidavits required by ordering paragraph 1(c)(iii) of the Court's August 24, 2006 order, and would file the memorandum describing retention policies required by paragraph 3(a) of that order, no later than October 1, 2006 (which was a Sunday and should have been proposed as October 2, 2006). The Government also proposed to complete the production of all scanned documents by that date.

We respectfully request the Court to enlarge the due dates of the affidavits of Kathie Shahan, Lynn Nelson, and a representative of the Defense Manpower Data Center ("DMDC") by 11 days, to and including October 13, 2006. Ms. Shahan advises undersigned counsel that she has been working extended days and weekends on another case for several weeks and will be traveling from October 5 through 9. The appropriate and most knowledgeable DMDC affiant has

not been identified. Department of Defense attorneys have been in contact with Ms. Nelson, but require some additional time to ensure that she provides a complete and responsive affidavit.

We respectfully request the Court to enlarge the proposed deadline for the memorandum required by ordering paragraph 3(a) of the August 24 order by four days, to and including October 6, 2006. Government counsel have gathered virtually all, but not all, of the required policies. Some additional time is required to locate the remaining policies, draft the statement for the Court, and obtain supervisory review.

Finally, we respectfully request the Court to enlarge the proposed deadline for the Government's scanning and production of responsive documents by 14 days, to and including October 16, 2006. Since the scanning began in July 2006, the Government has produced to plaintiff more than 100 compact disks, containing scans of more than 100,000 individual documents from approximately 222 boxes. However, the Department of Justice continues to receive shipments of newly discovered documents – including 65 which arrived from two bases within the last 24 hours. In addition, on September 29, 2006, the Department of Justice received from the Department of Defense, Office of the Inspector General, three disks said to contain credit card transaction data from the DMDC repository. These disks are password protected and compressed; as a result, we have not yet been able to access the contents.

CONCLUSION

Accordingly, we respectfully request the Court to enlarge the deadlines for the affidavits by 11 days, to and including October 13, 2006; to enlarge the deadline for the memorandum concerning retention policies by four days, to and including October 6, 2006; and to enlarge the deadline for production of scanned documents by 14 days, to and including October 16, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
by Patricia M. McCarthy
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 2, 2006

CERTIFICATE OF FILING

I certify that on October 2, 2006, the foregoing motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick