# In The United States Court of Federal Claims

No. 03-289C

(Filed: October 3, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 2, 2006, defendant filed an unopposed motion to enlarge the deadlines proposed in the joint status report filed August 31, 2006. The motion is hereby **GRANTED**. Accordingly:

1. On or before **October 6, 2006**, defendant shall file a memorandum with the court explaining the official document retention, preservation, and/or destruction policies in effect at each MTF from 1996 to the present date;

2. On or before **October 13, 2006**, defendant shall produce affidavits from the following individuals:

   A. Kathie Shahan, Attorney, Civil Division, Department of Justice, Washington, D.C., particularly detailing her interaction with Lynn Nelson and other individuals at Fort Bliss, TX, and other medical treatment facilities (MTFs) relating to issues involving the retention, preservation, and/or destruction of potentially relevant evidence in this case;

   B. Lynn Nelson, Administrative Assistant for Materiel Branch, Fort Bliss, TX, providing more details regarding her interaction with Kathie Shahan as generally described in her earlier affidavit; and

   C. A representative from the Defense Manpower Data Center, detailing document retention, preservation, and/or destruction activities that occurred with respect to the credit card records relevant in this case; and

3. On or before **October 16, 2006**, defendant shall complete the scanning and TIF conversion of the 229 boxes of documents it has recovered from the various MTFs and the DSCP, and distribute such documents to plaintiff.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge