IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENTS OF TIME

Pursuant to Rules 6 and 6.1 of the Court's Rules, defendant, the United States, respectfully requests the Court to enlarge, or further enlarge, by seven days, from October 6 to and including October 13, 2006 the deadlines for (i) the memorandum regarding document retention policies required by ordering paragraph 3(a) of the Court's August 24, 2006 order and (ii) the filings required by ordering paragraphs 4 ("Compliance") and 8 ("Notification) of the Court's September 8, 2006 document preservation order. The Court previously granted our motion to enlarge the due date for the memorandum required by the August 24 order by four days. This is our first request to enlarge the deadlines under the September 8 order. We attempted to contact Frank L. Broyles, counsel for plaintiff, but were unable to learn whether plaintiff will oppose any of these requests.

Department of Defense personnel are still researching some of the dates and other information that is needed to prepare our explanation of the various medical facilities' retention policies and practices from 1996 to the present. The Department of Defense has widely disseminated the September 8 document preservation order but requires additional time to compile for the Court specific information relating to the publication and implementation of the order at the multiple individual offices and facilities that are subject to the order.

CONCLUSION

Accordingly, we respectfully request the Court to enlarge, or further enlarge, by seven days, from October 6 to and including October 13, 2006 the deadlines for the memorandum required by ordering paragraph 3(a) of the August 24, 2006 order and the filings required by ordering paragraphs 4 and 8 of the document preservation order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
by Mark A. Melnick
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 6, 2006

CERTIFICATE OF FILING

I certify that on October 6, 2006, the foregoing motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick