# In The United States Court of Federal Claims

No. 03-289C

(Filed: October 10, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 6, 2006, defendant filed a motion to enlarge multiple deadlines established in the August 24, 2006, order and the September 8, 2006, document preservation order. The motion is hereby **GRANTED**. **No further enlargement of these deadlines will be granted**. Accordingly, on or before **October 13, 2006**, defendant shall:

1. File a memorandum with the court explaining the official document retention, preservation, and/or destruction policies in effect at each MTF from 1996 to the present date;

2. Establish a mechanism for continuously monitoring compliance with the September 8, 2006, document preservation order and file a status report with the court describing that mechanism; and

3. File a notice verifying its compliance with ordering paragraph 8 ("Notification") of the September 8, 2006, document protection order, describing the means by which the order was disseminated to all relevant agencies, departments, offices, divisions, and individuals.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge