Table 1-1 Department of Defense IMPAC (Government-wide Purchase) Card and Purchase Order Record Retention Schedules for Medical Treatment Facilities

| Service | Record Title | Record Description | Same Record Retention Schedule Since 1996? (Yes/No) | Date Current Schedule Created | Records Retention Requirements (Disposition) | Disposition Authority | Permanent Record (Yes/No) | Retention Duration |
|---|---|---|---|---|---|---|---|---|
| Army[1] | | | | | | | | |
| | Government Credit Card Certifying/Billing Officer's Accounts Files | Records maintained by the certifying/billing officers in support of certifications for payment of government purchase/travel credit card transactions to include travel vouchers and supporting documentation, monthly statements of account, purchase logs, purchase card receipts and copies of monthly billing statements which have been reconciled and certified for payment by Defense Finance and Accounting Service (DFAS). | No. Prior to Feb-2002, i.e., 1986 until Feb-2002, Record 37-103DD Governed For Original Disbursing Officer Accounts. But Had Same Retention Schedule. | Feb-2002 | T6.25 . Keep in Current Files Area (CFA) until no longer needed for conducting business, then retire to Records Holding Area (RHA) / Army Electronic Archive (AEA). The RHA/AEA will destroy record when the record is 6.25 years old. | NARA[2] GRS 6[3], item 1a | No | 6.25 Years |
| | 715k1 - Contract actions - other than environmental contracts: Contracting Officers | Contract case files, including original executed procurement documents, for any amount (but excluding the small purchase categories listed under file no. 715j1 or 715j2 as applicable). | Yes | 1975 | TE6.25. Event is after final payment and official contract closure. Keep in CFA until event occurs and then until no longer needed for conducting business, then retire to RHA/AEA. The RHA/AEA will destroy the record | NC-217-75-8[4] | No | 6 years, 3 months after final payment and official contract closure |

[1] All Army Records Schedules may be located at https://www.arims.army.mil/ and then by selecting the "RRS-A" tab.
[2] The National Archives and Records Administration (NARA)
[3] NARA General Records Schedule (GRS) 6, *Accountable Officers' Accounts Records*, http://www.archives.gov/records-mgmt/ardor/grs06.html
[4] NARA Disposition Authorization Number -- Agencies are required by law to develop records schedules for all of their records not covered by the GRS (44 U.S.C. 3303). After reviewing their records, agencies submit the schedules for NARA approval on an SF 115, *Request for Records Disposition Authority*. The SF 115 contains descriptions of record series or systems and disposition instructions for each. These instructions specify when the series is to be cut off, when eligible records are to be moved to off-site storage, when eligible temporary records must be destroyed or deleted, and when permanent records are to be transferred to the National Archives. Schedules may not be implemented until NARA has approved them. Some schedules, especially those containing records relating to financial management, claims, and other related matters, must also be approved by the General Accounting Office (GAO) (44 U.S.C. 3309) before NARA will approve them. Once approved by NARA, retention periods in the schedules are mandatory and authorize the systematic removal of unneeded records from Federal offices.

Table 1-1 Department of Defense IMPAC (Government-wide Purchase) Card and Purchase Order Record Retention Schedules for Medical Treatment Facilities

| Service | Record Title | Record Description | Same Record Retention Schedule Since 1996? (Yes/No) | Date Current Schedule Created | Records Retention Requirements (Disposition) | Disposition Authority | Permanent Record (Yes/No) | Retention Duration |
|---|---|---|---|---|---|---|---|---|
| | | | | | 6 years, 3 months after the event. Officer s Representatives will forward records to the Contracting Officer upon final payment and official contract closure. | | | |
| | 715j1 - Small purchases and modifications - other than environmental issues | Records or documents pertaining to transactions at or below the simplified acquisition threshold in the FAR. Included are signed copies of small purchases and modifications thereto and construction contracts of less than $2,000. | Yes | 1988 | KE3. Event is after final payment. Keep in CFA until event occurs, then destroy 3 years after the event. | GRS 3, item 3a(2)(b) | No | 3 Years after final payment or goods or services accepted |

Army Method to Ensure Compliance with Records Retention Schedules:

Army policy (Army Regulation 25-400-2) provides the specific retention for each file type. The retentions are approved by the National Archives and Records Administration. Ensuring compliance is done through mandatory periodic (at least every three years) program evaluation inspections. The program evaluations are required by Army Regulation (AR) 25-1 and AR 25-400-2.

How and where was this particular record retention schedule disseminated within Army:

Currently, the official record retention schedule is electronic only and available to the entire Army via the web at www.arims.army.mil. From 2001 until to 2003, the retention schedule was also only in electronic for and posted on a website at www.rmda.belvoir.army.mil/markstit.htm and also distributed the normal Army publishing directorate channels on a CD-ROM. Prior to 2001 the retention schedule was part of the printed regulation Army Regulation (AR) 25-400-2 (Appendix B) and distributed through normal Army publishing distribution channels.

Table 1-1 Department of Defense IMPAC (Government-wide Purchase) Card and Purchase Order Record Retention Schedules for Medical Treatment Facilities

| Service | Record Title | Record Description | Same Record Retention Schedule Since 1996? (Yes/No) | Date Current Schedule Created | Records Retention Requirements (Disposition) | Disposition Authority | Permanent Record (Yes/No) | Retention Duration |
|---|---|---|---|---|---|---|---|---|
| Air Force[5] | | | | | | | | |
| User | Government-wide Purchase Card (GPC) Program Administration at Using Office | Receipts, shipping paperwork, written record of coordination and all other supporting documentation. Also includes records of approving official surveillance. | No. Records were covered by Air Force Manual (AFMAN) 37-139 (March 1996). However, the record retention schedule was the same at 3 years after final payment. | Apr-2003 | Destroy 3 years after final payment.<br>• Electronic copies created using electronic mail and word processing: Destroy after recordkeeping copy has been created and filed or when no longer needed for revision, dissemination, or reference, whichever is later.<br>• Electronic systems that replace temporary hard copy records: Destroy on expiration of the retention period previously approved for the corresponding hard copy records.<br>• Electronic systems that supplement temporary hard copy records where the hard copy records are retained to meet recordkeeping requirements: Destroy when the agency determines that the electronic records are superseded, obsolete, or no longer needed for | NARA GRS 3[6], Item 3a(1)(b) and FAR 4.805(b)(3) | No | 3 Years after final Payment |

[5] All Air Force Records Schedules may be located at http://www.amc.af.mil/shared/media/document/AFD-060803-003.pdf

[6] NARA General Records Schedule (GRS) 3, *Procurement, Supply, and Grant Records*, http://www.archives.gov/records-mgmt/ardor/grs03.html

Table 1-1 Department of Defense IMPAC (Government-wide Purchase) Card and Purchase Order Record Retention Schedules for Medical Treatment Facilities

| Service | Record Title | Record Description | Same Record Retention Schedule Since 1996? (Yes/No) | Date Current Schedule Created | Records Retention Requirements (Disposition) | Disposition Authority | Permanent Record (Yes/No) | Retention Duration |
|---|---|---|---|---|---|---|---|---|
| | | | | | administrative, legal, audit, or other operational purposes. | | | |
| User | Government-wide Purchase Card (GPC) Program Administration at Using Office | Records pertaining to items under investigation, dispute or similar matters. | No. Retention period for using office changed from (1996) "destroy 1 year after final payment" to current retention of "destroy 6 months after final clearance or settlement (including time allotted for all appeals for destroy after retention period specified for credit card records under Rule 26, whichever is later." Also added "Notes" which give additional guidance on how to dispose of electronic copies and records of electronic systems. | Apr-2003 | Destroy 6 months after final clearance or settlement (including time allotted for all appeals) or destroy 3 years after final payment, whichever is later.<br>• Electronic copies created using electronic mail and word processing: Destroy after recordkeeping copy has been created and filed or when no longer needed for revision, dissemination, or reference, whichever is later.<br>• Electronic systems that replace temporary hard copy records: Destroy on expiration of the retention period previously approved for the corresponding hard copy records.<br>• Electronic systems that supplement temporary hard copy records where the hard copy records are retained to meet recordkeeping requirements: Destroy when the agency determines that the electronic records are superseded, obsolete, or no longer needed for administrative, legal, audit, or | N1-AFU-02-08 | No | 6 months after final clearance or settlement (including time allotted for all appeals) or destroy 3 years after final payment, whichever is later. |

Table 1-1 Department of Defense IMPAC (Government-wide Purchase) Card and Purchase Order Record Retention Schedules for Medical Treatment Facilities

| Service | Record Title | Record Description | Same Record Retention Schedule Since 1996? (Yes/No) | Date Current Schedule Created | Records Retention Requirements (Disposition) | Disposition Authority | Permanent Record (Yes/No) | Retention Duration |
|---|---|---|---|---|---|---|---|---|
| | | | | | other operational purposes. | | | |
| PCO[7] | Government-Wide Purchase Card (GPC) (IMPAC) Program Administration at Program Coordinator Office | Administrative support and control of the Government-Wide Purchase Card (GPC) system and associated reports, including records of surveillance and all other administrative actions | No. Retention period for PCO changed from (1996) "destroy 1 year after final payment" to current retention of "destroy after 2 years." Also added "Notes" which give additional guidance on how to dispose of electronic copies and records of electronic systems. | Apr-2003 | Destroy after 2 years.<br>• Electronic copies created using electronic mail and word processing: Destroy after recordkeeping copy has been created and filed or when no longer needed for revision, dissemination, or reference, whichever is later.<br>• Electronic systems that replace temporary hard copy records: Destroy on expiration of the retention period previously approved for the corresponding hard copy records.<br>• Electronic systems that supplement temporary hard copy records where the hard copy records are retained to meet recordkeeping requirements: Destroy when the agency determines that the electronic records are superseded, obsolete, or no longer needed for administrative, legal, audit, or other operational purposes. | NARA GRS 23[8], Item 1 | No | 2 years |
| | Hospital Fund Accounts | Ledgers, journals, council books, | No. However, the | Apr-2003 | Destroy after 4 years. | N1-AFU-90-3 | N | 4 years |

[7] Program Coordinator Office
[8] NARA General Records Schedule (GRS) 23, *Records Common to Most Offices Within Agencies*, http://www.archives.gov/records-mgmt/ardor/grs23.html

Table 1-1 Department of Defense IMPAC (Government-wide Purchase) Card and Purchase Order Record Retention Schedules for Medical Treatment Facilities

| Service | Record Title | Record Description | Same Record Retention Schedule Since 1996? (Yes/No) | Date Current Schedule Created | Records Retention Requirements (Disposition) | Disposition Authority | Permanent Record (Yes/No) | Retention Duration |
|---|---|---|---|---|---|---|---|---|
| | Ledgers (T 34 - 14 R 35.00) | cash/disbursement receipts, financial statements, cash vouchers, vendors invoices, contracts and purchase orders which reflect on the administration of activities financed by central and individual hospital funds | records retention schedule for these specific categories of records have remained the same since July 1996. | | • Electronic copies created using electronic mail and word processing: Destroy after recordkeeping copy has been created and filed or when no longer needed for revision, dissemination, or reference, whichever is later.<br>• Electronic systems that replace temporary hard copy records: Destroy on expiration of the retention period previously approved for the corresponding hard copy records.<br>• Electronic systems that supplement temporary hard copy records where the hard copy records are retained to meet recordkeeping requirements: Destroy when the agency determines that the electronic records are superseded, obsolete, or no longer needed for administrative, legal, audit, or other operational purposes. | | | |

Air Force Method to Ensure Compliance with Records Retention Schedules:

a) Training - (record professionals at all command levels are trained to ensure they know how to properly dispose of records; b) Air Force Instructions and higher level guidance – specifically the Mandatory Air Force Instruction "RECORDS DISPOSITION--PROCEDURES AND RESPONSIBILITIES" (http://www.e-publishing.af.mil/pubfiles/af/37/afi37-138/afi37-138.pdf) used to provide personnel with direction and instruction on proper cut off and retention periods, provide step-by-step guidance on the process, and proper disposal of records; c) Inspections - (to include self-inspections) are conducted at all levels of command to ensure records are maintained and disposed of at the proper time.

How and where was this particular record retention schedule disseminated within Air Force:

Table 1-1 Department of Defense IMPAC (Government-wide Purchase) Card and Purchase Order Record Retention Schedules for Medical Treatment Facilities

| Service | Record Title | Record Description | Same Record Retention Schedule Since 1996? (Yes/No) | Date Current Schedule Created | Records Retention Requirements (Disposition) | Disposition Authority | Permanent Record (Yes/No) | Retention Duration |
|---|---|---|---|---|---|---|---|---|
| Prior to 2003 and the creation of the Air Force electronic schedule tracking system (AFRIMS), retention schedules were found in Air Force Manual (AFMAN) 37-139 (March 1996). Before AFMAN 37-139, retention schedules were found in another paper document – Air Force Regulation (AFR) 4-20 Vol2 (May 1992). In 2003, information was placed in an electronic system and hosted on an Air Force website located at https://afrims.amc.af.mil/rds_search_frm.cfm. In addition the same information is available in a single document at http://www.amc.af.mil/shared/media/document/AFD-060803-003.pdf | | | | | | | | |

Table 1-1 Department of Defense IMPAC (Government-wide Purchase) Card and Purchase Order Record Retention Schedules for Medical Treatment Facilities

| Service | Record Title | Record Description | Same Record Retention Schedule Since 1996? (Yes/No) | Date Current Schedule Created | Records Retention Requirements (Disposition) | Disposition Authority | Permanent Record (Yes/No) | Retention Duration |
|---|---|---|---|---|---|---|---|---|
| Navy[9] | | | | | | | | |
| | General Contracting Records – SSIC 4200 | **Contracting Records**. Records are accumulated by activities and offices in connection with their performance of all aspects of procurement functions. The series covers records documenting all types of contracts, including fixed-type contracts, facility contracts, construction and maintenance contracts, letter contacts, letters of intent, purchase orders, and any other type of contractual agreements. Also included are amendments, changes, and supplementary agreements to any procurement action. The disposal provisions do not apply to any records pertaining to outstanding exceptions, unsettled claims for or against the United States, such as records which shall be preserved until final clearance or settlement of matters and until the applicable time period authorized for the file has expired.<br><br>**Routine Procurement Files**. Contract, requisition, purchase | No. From Feb 1989 through April 1998, governed by SECNAVINST 5212.5C but had same retention schedule. From April 1998 through Dec 2005, governed by SECNAVINST 5212.5D but had same retention schedule. | Dec 2005 | (1)(a) Destroy 6 years and 3 months after payment.<br>(1)(b) Destroy 3 years after final payment. (Close file at the end of the fiscal year, retain 3 years, and destroy, except that files on which actions are pending shall be brought forward to the next fiscal year's files for destruction therewith.) | NARA GRS 6[10] | No | (1)(a) 6-years 3-months after final payment<br><br>(1)(b) 3 years after final payment |

[9] All Navy Records Schedules may be located at http://doni.daps.dla.mil/SECNAV%20Manuals1/5210.1.pdf
[10] NARA General Records Schedule (GRS) 6, *Accountable Officers' Accounts Records*, http://www.archives.gov/records-mgmt/ardor/grs06.html

Table 1-1 Department of Defense IMPAC (Government-wide Purchase) Card and Purchase Order Record Retention Schedules for Medical Treatment Facilities

| Service | Record Title | Record Description | Same Record Retention Schedule Since 1996? (Yes/No) | Date Current Schedule Created | Records Retention Requirements (Disposition) | Disposition Authority | Permanent Record (Yes/No) | Retention Duration |
|---|---|---|---|---|---|---|---|---|
| | | order, lease, and bond and surety records, including correspondence and related papers pertaining to award, administration, receipt, inspection, and payment.<br><br>(1) Procurement or purchase organization copy and related papers.<br>(a) Transactions of more than $25,000 and all construction contracts exceeding $2,000. Exclude transactions containing indemnification provisions.<br>(b) Transactions of $25,000 or less and construction contracts under $2,000. Exclude transactions containing indemnification provisions. | | | | | | |

Navy Method to Ensure Compliance with Records Retention Schedules:

The Navy ensures compliance with records retention schedules for its purchase card program by conducting reviews of the activities using the purchase cards. These reviews take place every 18 months and are conducted by the Naval Supply Command (NAVSUP), which has operational responsibility for the DON purchase card program. In addition, The Naval Audit Service (NAVAUDSVC) routinely audits various aspects of the Navy purchase card program in organizations throughout Navy. These audits include a review for compliance with record retention requirements.

How and where was this particular record retention schedule disseminated within Navy:

This records retention schedule (RRS) was disseminated in the following instructions and manuals: Secretary of the Navy Instructions (SECNAVINST) 5212.5c (1989), 5212.5d (1998) and in the Dec 2005 Secretary of the Navy (SECNAV) Manual 5210.1. SECNAV Manual 5210.1 has been in existence since the 1950's. In recent years the Navy developed a website with manuals and instruction posted on them: http://doni.daps.dla.mil/default.aspx. Prior to having a website the Navy mailed a copy of all instructions, orders and notes to each command. Regarding training, Navy has a records management course on the Navy Knowledge Online website focusing on the concepts and requirements of general records management. Contracting officers receive additional training on records retention requirements through the Navy Contracting Officer certification program.

Table 1-1 Department of Defense IMPAC (Government-wide Purchase) Card and Purchase Order Record Retention Schedules for Medical Treatment Facilities

| Service | Record Title | Record Description | Same Record Retention Schedule Since 1996? (Yes/No) | Date Current Schedule Created | Records Retention Requirements (Disposition) | Disposition Authority | Permanent Record (Yes/No) | Retention Duration |
|---|---|---|---|---|---|---|---|---|
| Defense Logistics Agency (DLA) | | | | | | | | |
| | 831.05 Contracts. | Individual and subcontract case files accumulated from the administration of individual contracts and consisting of contract, requisition, purchase order, lease, and bond and surety records, including correspondence and related papers pertaining to award, administration, receipt, inspection and payment (other than those covered elsewhere). Procurement or purchase organization copy, and related papers. Transaction dated on or after July 3, 1995 (the effective date of the Federal Acquisition Regulations (FAR) rule defining "simplified acquisition threshold").<br>(a) Transactions that exceed the simplified acquisition threshold and all construction contracts exceeding $2,000.<br>(b) Transactions at or below the simplified acquisition threshold and all construction contracts at or below $2,000.<br>(c) Obligation copy.<br>(d) Other copies of records described above used by component elements of a procurement office for administrative purposes.<br>(e) Data Submitted to the Federal Procurement Data System | No. However, the records retention schedule for these specific categories of records have remained the same since July 1993. | Apr-2006 | (a) Destroy 6 years and 3 months after final payment.<br>(b) Destroy 3 years after final payment.<br>(c) Destroy when funds are obligated.<br>(d) Destroy upon termination or completion.<br>(e) Destroy or delete when 5 years old. | (a) GRS 3, Item 3a(1)(a)<br>(b) GRS 3, Item 3a(1)(b)<br>(c) GRS 3, Item 3b<br>(d) GRS 3, Item 3c<br>(e) GRS 3, Item 3d | No | (a) 6 years 3 months after final payment<br>(b) 3 years after final payment<br>(c) until funds are obligated<br>(d) until contract terminates or completes<br>(e) 5 years |

Table 1-1 Department of Defense IMPAC (Government-wide Purchase) Card and Purchase Order Record Retention Schedules for Medical Treatment Facilities

| Service | Record Title | Record Description | Same Record Retention Schedule Since 1996? (Yes/No) | Date Current Schedule Created | Records Retention Requirements (Disposition) | Disposition Authority | Permanent Record (Yes/No) | Retention Duration |
|---|---|---|---|---|---|---|---|---|
| | | (FPDS). Electronic data file maintained by fiscal year, containing unclassified records of all procurements exceeding $25,000. | | | | | | |

DLA Method to Ensure Compliance with Records Retention Schedules:

The DLA Records Manager, and his colleagues at the field activities, conduct random reviews of record retention schedule compliance on an annual basis as a part of his professional duties.

How and where was this particular record retention schedule disseminated within DLA:

For all employees through mandatory annual online at https://today.dla.mil/J-6/records/RM_Annual_Training/Instructions.htm. Contracting officers receive additional records retention requirements training through the Defense Acquisition University contracting officer certification program.