COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

---

AFFIDAVIT OF LYNN NELSON

1. My name is Lynn Nelson. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am the Administrative Assistant for Materiel Branch at William Beaumont Army Medical Center. I have been in this position since May 6, 1966.

3. I am making this Affidavit to supplement my June 2006 Affidavit concerning the events that occurred in March 2003 when a representative from the Department of Justice came to William Beaumont Army Medical Center to interview me and others in connection with the United Medical law suit.

4. I have recently been informed that the representative's name is Ms. Shahan. I met with Ms. Shahan briefly. That meeting occurred three and a half years ago and I cannot recall much more than I mentioned in my previous affidavit.

5. The one document I clearly remember showing Ms. Shahan was a multi page list of medical supplies furnished to us by United Medical at the time they were closing their warehouse in the Fort Worth TX area. United Medical requested that we purchase the listed supplies.

6. Other than the above statements, I can not recall any more than I stated in my prior affidavit.

Lynn Nelson
Lynn Nelson
Administrative Assistant

Subscribed and Sworn to before me this 11th day of October 2006.

NOTARY PUBLIC

ALFREDO G. CAMPOS
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
2-26-2010