IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT CONCERNING MECHANISM FOR MONITORING COMPLIANCE WITH DOCUMENT PRESERVATION ORDER**

Pursuant to ordering paragraph 4 of the Document Preservation Order dated September 8, 2006, as amended, defendant, the United States, respectfully reports that the Department of Defense has established a multi-tiered mechanism for monitoring compliance with the order.

1. Each of the entities listed in ordering paragraph 8 has designated a person to be a point of contact charged with oversight of that entity's document preservation measures in compliance with the order. Each designated individual has received a copy of the order.

2. Coordinating counsel at the Defense Logistics Agency ("DLA") and the Department of Defense Office of General Counsel have contacted the attorneys responsible for legal oversight of each of the entities identified in ordering paragraph 8 and provided them with copies of the order. These channels of communication will ensure prompt communication of any developments or problems that require action pursuant to the order.

3. Coordinating counsel from DLA and the Office of General Counsel will continue to monitor discovery activity personally. If any other organization, entity, or office is discovered to have responsive documents, a copy of the September 8, 2006 order will be promptly forwarded to that location with specific instructions to preserve all responsive materials.

4. Counsel from the Defense Supply Center Philadelphia ("DSCP") (a DLA subagency) and DSCP medical program personnel have personally searched for, identified, and, to the degree possible, segregated potentially responsive documents and records described in the order. All medical personnel have been instructed that no document is to be sent to a retention center or destroyed without permission from counsel.

5. The Air Force has instructed each medical treatment facility ("MTF") to create and maintain a checklist of responsive documents described in the order, and to send all such documents to the Department of Justice.

6. Counsel from the Navy sent the Naval Hospital, Corpus Christi, a "litigation hold notice" advising the hospital to mark, segregate, and preserve for counsel any potentially responsive documents described in the order.

7. Counsel from the Army sent a memorandum to the commander of each MTF, and counsel at each MTF, instructing them not to approve destruction of any potentially relevant documents described in the order and to provide periodic reminders to relevant personnel of the document preservation requirements of the order.

8. On October 13, 2006, the Department of Defense Office of General Counsel once again contacted counsel from the Office of the Inspector General, Defense Finance and Accounting Service, Defense Manpower Data Center, and Defense Logistics Agency, instructing these counsel to "ensure that the following minimum activities have been accomplished:"

> 1. Determine which offices within your organization have documents covered by the Order.
>
> 2. Inform employees of the requirement to identify and provide to your Office of Counsel all documents concerning

purchases of medical/surgical supplies from January 1, 1997 through December 31, 2001.

3. Inform employees that the preservation requirement applies to documents that may come into their possession after the date of notification.

4. Provide employees a copy of the Order, emphasizing the definitions therein and the importance of retention of covered documents.

5. Ensure that all employees hired after the date of notification are advised of the Order's retention requirements.

6. Ensure that all relevant documents currently held by the organization are provided to a designated point of contact for safekeeping.

7. Ensure that covered documents discovered after the date of notification are forwarded immediately to the point of contact as soon as they are identified.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

OF COUNSEL:
KATHLEEN HALLAM
Chief Trial Attorney
Defense Supply Center
Philadelphia

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 13, 2006

CERTIFICATE OF FILING

I certify that on October 13, 2006, the attached was filed electronically. I understand that service is complete upon filing and parties and others may access this filing through the Court's electronic system.

s/Kyle Chadwick