IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CERTIFICATION OF**
**DISSEMINATION OF DOCUMENT PRESERVATION ORDER**

Pursuant to ordering paragraph 8 of the Document Preservation Order dated September 8, 2006, as amended, defendant, the United States, respectfully reports that the order has been disseminated as follows. Undersigned counsel has been provided with copies of these communications.

1. By e-mail dated September 11, 2006, the Defense Supply Center Philadelphia ("DSCP") Office of Counsel disseminated the order to DSCP's Directorate of Medical Materiel. On October 10, 2006, DSCP counsel sent a reminder to that Directorate. On October 11, 2006, counsel from DSCP also e-mailed the order, and guidance concerning compliance, to the DSCP Comptroller and the DSCP Directorate of Contracting.

2. By e-mail dated September 11, 2006, the DSCP Office of Counsel sent the order to attorney points of contact from the Army (Tracy Glover), Air Force (Maj. John Terra), and Navy (Julia Hatch). The Air Force attorney acknowledged receipt on September 11 and forwarded the order, with guidance, to attorneys at all of the Air Force medical treatment facilities ("MTFs") under the contract. On September 14, DSCP counsel e-mailed the order to a new Army point of contact (Kay Perry), who, on September 15, distributed the order and a cover memorandum from

the Army Medical Command Chief of Staff to the deputy commanders for administration of the five Army MTFs under the contract, and to the legal offices for those MTFs. Legal personnel at the Army MTFs further distributed the order to the appropriate MTF procurement and logistics personnel. On October 11, 2006, the Navy legal point of contact e-mailed the order, along with instructions to retain all potentially responsive documents described in the order, to the Commander of Naval Hospital, Corpus Christi; the Commander of Naval Air Station Corpus Christi; and others at that location.

3. By e-mail dated September 14, 2006, the DSCP Office of Counsel sent the order to Mark Barta, an attorney in the Defense Finance and Accounting Service ("DFAS") Office of Counsel. By e-mail dated September 25, 2006, attorney Charles Stinger advised DSCP that he was now that DFAS point of contact and had forwarded the order to the DFAS payment office in Columbus, Ohio, with instructions that any documents covered by the order be preserved.

4. By e-mail dated September 20, 2006, the DSCP Office of Counsel forwarded the order to Patricia Pappas, an attorney from the Office of the Inspector General ("OIG").

5. By e-mail dated October 5, 2006, the Department of Defense Office of General Counsel forwarded the order and instructions for compliance to attorney points of contact from the three military services, OIG, the Defense Human Resources Agency (parent agency of DMDC), DFAS, and the Defense Logistics Agency (parent agency of DSCP). A follow-up e-mail from the Office of General Counsel dated October 13, 2006 is quoted in our status report filed on this date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

OF COUNSEL:
KATHLEEN HALLAM
Chief Trial Attorney
Defense Supply Center
Philadelphia

October 13, 2006

CERTIFICATE OF FILING

I certify that on October 13, 2006, the attached was filed electronically. I understand that service is complete upon filing and parties and others may access this filing through the Court's electronic system.

s/Kyle Chadwick