# In The United States Court of Federal Claims

No. 03-289C

(Filed: October 20, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 22, 2006, this court held a hearing on potential discovery and spoliation sanctions. The court subsequently issued orders on September 8, 2006, October 3, 2006, and October 10, 2006, requiring the parties to submit numerous documents and memoranda to the opposing party and to this court, to remedy existing discovery issues. The parties are currently on schedule in submitting these documents and memoranda. Accordingly, on or before November 6, 2006, the parties shall file a joint status report on the current status of discovery in this case and indicating how this case should proceed, with a proposed schedule, if relevant.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge