**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

**PLAINTIFF'S NOTICE RE: PLAINTIFF'S PARTIAL COMPLIANCE WITH PARAGRAPH 3(b) OF DOCUMENT PRESERVATION ORDER**

TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:

On September 8, 2006 this Court entered a document preservation order. Paragraph 3(b) of that order directed Plaintiff to identify documents or portions of documents that it wished to review and to do so by November 17, 2006. Pursuant to that directive, Plaintiff served the attached on Government counsel.

The Government has indicated it has not fully identified all relevant documents and the manner in which such further documents can be produced, most notably the documents from the Defense Manpower Data Center ("DMDC"). The DMDC documents are critical to both settlement and trial issues in this case and to the ability of the Government to supplement its interrogatory responses pursuant to paragraph (i) of the Court's order of June 13, 2006. Until the DMDC documents have been identified, Plaintiff is not in a position to conduct any depositions or complete its obligations under paragraph 3(b) of the Document Preservation Order and Plaintiff anticipates filing a motion for enlargement of time to further designate documents for inspection.

Respectfully submitted,

s/ Frank L. Broyles
Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy of the foregoing as filed has been served on Kyle Chadwick via first class mail on November 15, 2006 in addition to the Clerk's electronic service.

s/ Frank L. Broyles

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

**PLAINTIFF'S REQUEST FOR INSPECTION OF DOCUMENTS**

TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:

Pursuant to the Court's Document Preservation Order, paragraph 3(b), Plaintiff requests the opportunity to inspect and copy the following documents described by the various Department of Defense facilities pursuant to paragraph 2 of the Preservation Order, which documents apparently have not been provided to Government counsel:

1. **AFMLO:** The documents described by the facility under descriptive paragraph 2(a);

2. **Altus AFB:** none, apparently all remaining records have been provided to DOJ;

3. **Brooks City:** ¼ pallet identified on p. 1; emails described pursuant to paragraph 2(f); documents sent to Base Records Management Office if not provided to DOJ;

4. **Cannon AFB:** none, apparently all remaining records have been provided to DOJ;

5. **Dyess AFB:** none, apparently all remaining records have been provided to DOJ;

6. **Goodfellow AFB:** 5 documents referenced in response to Order paragraph 2(b); talking paper referenced in Order paragraph 2(c); MEDLOG documents referenced in Order paragraph 2(e); documents referenced in response to paragraphs 2(h), (l) and (m).

7. **Holloman AFB:** none, apparently all remaining records have been provided to DOJ;

8. **Kirtland AFB:** none, apparently all remaining records have been provided to DOJ;

9. **Randolph AFB:** none, apparently all remaining records have been provided to DOJ;

10: **Tinker AFB:** none, apparently all remaining records have been provided to DOJ;

11: **Vance AFB:** tapes referenced in response to Order paragraph 2(e) [Plaintiff needs a copy of the tape and data storage format, not physical inspection]; records forwarded to Base Records Manager if not provided to DOJ;

12. **Bliss Health Care Center at Fort Huachuca:** none;

13. **BAMC:** none, apparently all remaining records have been provided to DOJ;

14. **William Beaumont – El Paso:** The affidavit references attached documents – no documents were attached. Plaintiff desires to inspect the referenced "attachments" and copies of BPAs if and when located.

15. **Darnall (Ft. Hood):** none, apparently all remaining records have been provided to DOJ;

16. **DFAS:** Available information for the Call Numbers identified by Plaintiff as having outstanding balances owed.

17. **DSCP:** Plaintiff desires to inspect: the Owens & Minor and Cardinal files identified on page 1 of the Agency's response; the DAPA files and RIA files identified on page 1; the Depot Stock Buys identified on pages 1 and 2; the DBPA files identified on page 2 of the response; the DVD orders identified on page 2 of the response. Plaintiff also requests copies of electronic DMS files as identified; and EDI electronic files.

18. **Defense Manpower Data Center:** Defendant has not advised Plaintiff that any documents have been identified that can be produced in a usable format. Plaintiff expects that the documents known to exist but not available in a usable format will be of significance and expects to obtain copies of the documents.

To the extent that the above described documents which Plaintiff desires to inspect have been provided to Government Counsel and produced to Plaintiff on CDs, Plaintiff would prefer to review the CD version if Bates numbers associated with the particular documents are provided, except that Plaintiff desires to physically inspect hard copy documents at DSCP.

Plaintiff also desires to inspect hard copy documents maintained at the DOJ that were identified by the facilities as having been sent to the DOJ.

Respectfully submitted,

GOINS UNDERKOFLER CRAWFORD & LANGDON

______________________________

Frank L. Broyles
SBN: 03230500
1201 Elm Street
Suite 4800
Dallas, TX 75270
Ph: 214/969-5454
Fax: 214/969-5902

COUNSEL FOR UNITED MEDICAL SUPPLY CO., INC.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served *via* telecopy on November 14, 2006.

______________________________

Frank L. Broyles