**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

**NOTICE OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO MODIFY PARAGRAPHS 3(b) and 3(c) OF DOCUMENT PRESERVATION ORDER**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

The Government has notified Plaintiff that it opposes Plaintiff's Motion to Modify Paragraphs 3(b) and 3(c) of Document Preservation Order.

Respectfully submitted,

s/ Frank L. Broyles
Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy of the foregoing as filed has been served on Kyle Chadwick via email on November 22, 2006 in addition to the Clerk's electronic service.

s/ Frank L. Broyles