**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

**PLAINTIFF'S MOTION TO PARTIALLY DISMISS CLAIMS WITHOUT PREJUDICE**
(UNOPPOSED)

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

One of the bases for Plaintiff's damage claims against the Government asserted in this lawsuit is Plaintiff's claim that the Government ordered and received goods under the contract, but did not pay for those goods. In this lawsuit Plaintiff sought recovery from the Government for the amount of the outstanding invoices as reflected on Plaintiff's books. During the most recent hearing in this case, the Government claimed that Plaintiff's claim for payment of outstanding receivables had not been presented to the contracting officer in Plaintiff's CDA claim and, therefore, could not be resolved by this Court. In its CDA claim Plaintiff did not present the contracting officer with a claim for a sum certain owed for unpaid invoice amounts plus CDA interest on those amounts.

Government counsel advised Plaintiff that it did not oppose this motion.

Accordingly, Plaintiff requests that the Court enter an order dismissing <u>only</u> Plaintiff's claim "for unpaid invoice amounts and CDA interest on such amounts"

based on lack of jurisdiction without prejudice to the refiling of same if and when the claim is properly presented to the contracting officer and subsequently denied, and leaving Plaintiff's other damage claims unaffected.

Respectfully submitted,

s/ Frank L. Broyles
Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy of the foregoing as filed has been served on Kyle Chadwick via first class mail on November 28, 2006, 2006 in addition to the Clerk's electronic service.

s/ Frank L. Broyles