# In The United States Court of Federal Claims

No. 03-289C

(Filed: December 1, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On November 6, 2006, the parties filed a joint status report describing the status of each item subject to the court's order entered on August 24, 2006, and the document preservation order entered on September 8, 2006. In that joint status report, plaintiff stated that it believed the defendant had not complied with the court's document preservation order. On November 15, 2006, plaintiff filed a notice with the court indicating that it was unlikely to be able to comply with its obligations under the court's orders because of defendant's failures to comply. On November 17, 2006, plaintiff filed a motion to modify paragraphs 3(b) and 3(c) of the court's document preservation order, which directed plaintiff to identify documents or portions of documents that it wished to review on or before November 17, 2006, and further imposed on plaintiff a deadline to inspect those documents.

If plaintiff believes that defendant's production has been incomplete, it shall file a motion to compel. Should the court find in favor of plaintiff, sanctions will be imposed on defendant; should the court find in favor of defendant, sanctions will be imposed on plaintiff. Following such a ruling, the court will adjust the schedule, as appropriate. Alternatively, the parties may file a joint status report proposing an alternative schedule.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge