**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

**PLAINTIFF'S STATUS REPORT WITH RESPECT TO COURT'S ORDER OF DECEMBER 1, 2006**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

Plaintiff files this status report to advise the Court that Plaintiff and Defendant are attempting to resolve the issues raised by the Court in its order filed December 1, 2006. Plaintiff will supplement this report within one-week to report on the progress of these discussions.

Signed December 8, 2006.

Respectfully submitted,

s/ Frank L. Broyles

Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD & LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy of the foregoing as filed has been served on Kyle Chadwick on December 8, 2006 via the Clerk's electronic service.

s/ Frank L. Broyles