# In The United States Court of Federal Claims

No. 03-289C

(Filed: December 21, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 16, 2006, plaintiff filed an amended status report regarding ongoing discovery disputes between the parties. On or before January 5, 2007, defendant shall respond to plaintiff's amended status report, addressing each issue raised therein.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge