**From:** Amendolia, Anthony
**Sent:** Wednesday, November 06, 2002 8:13 AM
**To:** Amendolia, Anthony (DSCP); 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
**Subject:** RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

All,

Most of you should remember that the previous Med/Surg prime vendor for Region 6 was United Medical. Because of current litigation proceedings, I have been asked to contact all customers and request that all records and correspondence (emails can be forwarded or printed) be saved with respect to United Medical. I will, at some point, make arrangements to have these documents sent out to be copied. Some of you may be asked to talk to the Department of Justice attorney concerning United Medical. Your cooperation is greatly appreciated.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**From:** Amendolia, Anthony
**Sent:** Wednesday, November 20, 2002 10:53 AM
**To:** Amendolia, Anthony (DSCP); 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
**Cc:** Flatley, Linda (DSCP); Jennings, James (DSCP); Hallam, Kathleen (DSCP)
**Subject:** United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**From:** Hallam, Kathleen (DSCP)
**Sent:** Monday, May 22, 2006 1:00 PM
**To:** Pamela.Varnar@dodig.mil
**Cc:** Lussier, Normand (HQ DLA); Kyle.Chadwick@usdoj.gov; Jeffrey.Pease@usdoj.gov
**Subject:** UM credit card data

Please provide a status of your progress on gathering the referenced data, also provide the expected completion date.

**From:** Hallam, Kathleen (DSCP)
**Sent:** Monday, December 18, 2006 1:55 PM
**To:** Nunes, Virginia (DSCP); Fareri, Corinne (DSCP)
**Subject:** FW: United Medical v. U.S. -- credit card records

**Attachments:** tmp.htm

tmp.htm

-----Original Message-----
From: Hallam, Kathleen (DSCP)
Sent: Thursday, May 25, 2006 1:27 PM
To: Kyle.Chadwick@usdoj.gov
Subject: FW: United Medical v. U.S. -- credit card records

Greg Plasters says that Varner expects to have info by Wed or Thur next week. He said it will be an "Excel type" spreadsheet

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Thursday, May 25, 2006 11:59 AM
To: Jeffrey.Pease@usdoj.gov; Hallam, Kathleen (DSCP)
Subject: FW: United Medical v. U.S. -- credit card records

-----Original Message-----
From: Gregory.Plasters@aca.army.mil [mailto:Gregory.Plasters@aca.army.mil]
Sent: Wednesday, April 26, 2006 8:13 AM
To: Chadwick, Kyle (CIV)
Cc: MARK.BARTA@DFAS.MIL; Frank.Hudner@aca.army.mil
Subject: FW: United Medical v. U.S. -- credit card records

Gregory Plasters

Joint UID/PC-PMO

Hoffman I Building Room 900

2461 Eisenhower Ave.

Alexandria, VA 22331-04700

Phone (703)325-9518

FAX (703)428-9835

FAX (703)428-9835

-----Original Message-----
From: BARTA, MARK [mailto:MARK.BARTA@DFAS.MIL]
Sent: Friday, April 21, 2006 2:54 PM
To: Plasters, Gregory R. - ACA PC PMO
Cc: kyle.chadwick@usdoj.gov
Subject: FW: United Medical v. U.S. -- credit card records

Greg:

I think we could perhaps help this along if you could answer the following questions:

(1) How can we show that this database captures all of the credit card payments for the time in question? The department relies on the banks to provide the complete purchase card transactional data, to the extent the banks have provided all the data, the database should be complete.

- How was the database created? Until recently, the banks would mail/Fedx/UPS discs/tapes to the department containing the transactional data. The department would extract data from device to create then add data as bank(s) sent data. The data is now transferred using electronic file transfer protocol.

- What type of database is it? Is it relational? It is SQL based.

- Who created it? The department created it from the data provided by the banks.

- When the database was created, was there some guidance or some other reason (all payments must be posted) that would ensure that the database is complete? Could we get a copy of such guidance or rationale? Data base was created as the department's archive file. The basis was every field and every line item. Each month is simply appended to the database as not to alter the original data. Documentation? Do not know if this documentation exists, will have to search.

- Who maintains it? The database is maintained within the department. As the banks send additional data transactions it is added to the database.

- Were U.S. Bank and Citibank the only two credit card companies we used for IMPAC purchases during the time in question? Yes, for 2000 - 2001. Before 1999, one of the banks that US Bank acquired (Rocky Mountain National Bank) provided card issuing service to all DoD.

-

(2) How can we show that we used the correct search parameters in extracting data from the database? Queries are based on locations identified in Attachment III of contract as provided by Carl Holton to me on March 13, 2006 in a PDF file. When a vendor signs up to accept credit cards, they are assigned a single specific merchant category code. Merchant category code 5047 represents vendors who sell Medical, Dental, Ophthalmic and Hospital Equipment and Supplies. Transactions associated with merchant category code 5047 were then extracted and provided.

- What search terms were used? It would be good if the U.S. Attorney could see exactly what was put into the computer. See answer to # 2 above. Search was then defined by location (agency name, zip, etc.)

- Could we do similar searches to ensure that there is not a query problem? That is we retrieve Ft. Hood, but not Fort Hood or U.S. Army MEDCOM? Do not understand question. If you mean were all variations of a location name taken into consideration, the answer is yes.

- If push turned to shove, could we send the entire database to the U.S. Attorney's Office and let them or the plaintiff do whatever search they wanted to insure that we did not cook the numbers? That would not be necessary. The pull was completed by the DoD OIG under the strictest integrity standards. (See below),

General comment. One purpose of this database is for the DoDIG to review transactions made by the department's cardholders in an effort to identify fraud waste and abuse, and support prosecution of individuals where appropriate. In performing this function the DoD OIG follows the audit standards published in the GAO yellow book. While no validation has been performed on the database to ascertain its completeness, no instance has occurred that would indicate that it is incomplete. To assist us, the parameters discussed in response to question 2 above were provided to the DoD OIG and they have extracted the data that has been provided to date.

Mark

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Monday, April 17, 2006 5:13 PM
To: BARTA, MARK
Subject: FW: United Medical v. U.S. -- credit card records

-----Original Message-----
From: talon@sagefa.com [mailto:talon@sagefa.com]
Sent: Monday, April 17, 2006 1:50 PM
To: Chadwick, Kyle (CIV)
Subject: RE: United Medical v. U.S. -- credit card records

My follow up questions would include:

1. Referring to his answer to question 1, I thought the credit card records received previously from Fort Hood were for Impac. Is this the same as the US Bank and Citibank records he has, or are the Impac records for different accounts?
2. Referring to his answer to question 2, what data mining software do they use? If the queries were written using SQL, we would like to see the actual written query if we could.

Talon

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Monday, April 17, 2006 7:39 AM
To: talon@sagefa.com (Receipt Notification Requested) (IPM Return Requested)
Subject: FW: United Medical v. U.S. -- credit card records

-----Original Message-----
From: Gregory.Plasters@aca.army.mil
[mailto:Gregory.Plasters@aca.army.mil]
Sent: Monday, April 17, 2006 6:53 AM
To: Chadwick, Kyle (CIV)
Cc: Frank.Hudner@aca.army.mil
Subject: FW: United Medical v. U.S. -- credit card records

Kyle,

Please see responses to answers to your questions below.

Gregory Plasters

Joint UID/PC-PMO

Hoffman I Building Room 900

2461 Eisenhower Ave.

Alexandria, VA 22331-04700

Phone (703)325-9518

FAX (703)428-9835

Mr. Plasters, can you answer the questions below? Mr. Barta is out of the office this week. Again, thank you very much.

---

From: Chadwick, Kyle (CIV)

Sent: Tuesday, April 11, 2006 1:03 PM

To: 'MARK.BARTA@DFAS.MIL'; kathleen.hallam@dla.mil

Subject: United Medical v. U.S. -- credit card records

I greatly appreciate what Mr. Plasters was able to give us.

We need to be able to provide the court and plaintiff this additional information this week:

1. Exactly what database are the records from? The data is from the DoD Archives received directly from US Bank and Citibank.

2. What exact queries were used to pull the data? (My accounting experts would also like to know this, independently.) Using our data mining software, the data was pulled based on the criteria furnished (e.g. MCC and locations).

3. Why do we have data only from 10/00 to 10/01? Since we are only required, by law, to keep records for six years three months, 10/00 - 10/01 data was readily available. Thus we started with this period. Due to a fortunate set of events, we still have the electronic files for the 1996 - 1999 time frames. We are pulling this data from the archives and will have it for you by month's end.

4. Why is there no Navy data? Retransmitted Navy data.

The credit card records will be produced to plaintiff only under a protective order. Thank you again.

Kyle Chadwick

Department of Justice

Civil Division

Commercial Litigation Branch

(202) 305-7562

This e-mail is from the Office of the Inspector General, Department of Defense, and may contain information that is "Law Enforcement Sensitive" {LES} or "For Official Use Only" {FOUO} or otherwise subject to the Privacy Act and/or legal and or other privileges that restrict release without appropriate legal authority.

Gregory Plasters
Joint UID/PC-PMO
Hoffman I Building Room 900
2461 Eisenhower Ave.
Alexandria, VA 22331-04700

Phone (703)325-9518
FAX (703)428-9835
FAX (703)428-9835

-----Original Message-----
From: BARTA, MARK [mailto:MARK.BARTA@DFAS.MIL]
Sent: Friday, April 21, 2006 2:54 PM
To: Plasters, Gregory R. - ACA PC PMO
Cc: kyle.chadwick@usdoj.gov
Subject: FW: United Medical v. U.S. -- credit card records

Greg:

I think we could perhaps help this along if you could answer the following questions:

(1) How can we show that this database captures all of the credit card payments for the time in question? The department relies on the banks to provide the complete purchase card transactional data, to the extent the banks have provided all the data, the database should be complete.

- How was the database created? Until recently, the banks would mail/Fedx/UPS discs/tapes to the department containing the transactional data. The department would extract data from device to create then add data as bank(s) sent data. The data is now transferred using electronic file transfer protocol.

- What type of database is it? Is it relational? It is SQL based.

- Who created it? The department created it from the data provided by the banks.

- When the database was created, was there some guidance or some other reason (all payments must be posted) that would ensure that the database is complete? Could we get a copy of such guidance or rationale? Data base was created as the department's archive file. The basis was every field and every line item. Each month is simply appended to the database as not to alter the original data. Documentation? Do not know if this documentation exists, will have to search.

- Who maintains it? The database is maintained within the department. As the banks send additional data transactions it is added to the database.

- Were U.S. Bank and Citibank the only two credit card companies we used for IMPAC purchases during the time in question? Yes, for 2000 - 2001. Before 1999, one of the banks that US Bank acquired (Rocky Mountain National Bank) provided card issuing service to all DoD.

(2) How can we show that we used the correct search parameters in extracting data from the database? Queries are based on locations identified in Attachment III of contract as provided by Carl Holton to me on March 13, 2006 in a PDF file. When a vendor signs up to accept credit cards, they are assigned a single specific merchant category code. Merchant category code 5047 represents vendors who sell Medical, Dental, Ophthalmic and Hospital Equipment and Supplies. Transactions associated with merchant category code 5047 were then extracted and provided.

- What search terms were used? It would be good if the U.S. Attorney could see exactly what was put into the computer. See answer to # 2 above. Search was then defined by location (agency name, zip, etc.)

- Could we do similar searches to ensure that there is not a query problem? That is we retrieve Ft. Hood, but not Fort Hood or U.S. Army MEDCOM? Do not understand question. If you mean were all variations of a location name taken into consideration, the answer is yes.

- If push turned to shove, could we send the entire database to the U.S. Attorney's Office and let them or the plaintiff do whatever search they wanted to insure that we did not cook the numbers? That would not be necessary. The pull was completed by the DoD OIG under the strictest integrity standards. (See below).

General comment. One purpose of this database is for the DoDIG to review transactions made by the department's cardholders in an effort to identify fraud waste and abuse, and support prosecution of individuals where appropriate. In performing this function the DoD OIG follows the audit standards published in the GAO yellow book. While no validation has been performed on the database to ascertain its completeness, no instance has occurred that would indicate that it is incomplete. To assist us, the parameters discussed in response to question 2 above were provided to the DoD OIG and they have extracted the data that has been provided to date.

Mark

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Monday, April 17, 2006 5:13 PM
To: BARTA, MARK
Subject: FW: United Medical v. U.S. -- credit card records

-----Original Message-----
From: talon@sagefa.com [mailto:talon@sagefa.com]
Sent: Monday, April 17, 2006 1:50 PM
To: Chadwick, Kyle (CIV)
Subject: RE: United Medical v. U.S. -- credit card records

My follow up questions would include:

1. Referring to his answer to question 1, I thought the credit card records received previously from Fort Hood were for Impac. Is this the same as the US Bank and Citibank records he has, or are the Impac records for different accounts?
2. Referring to his answer to question 2, what data mining software do they use? If the queries were written using SQL, we would like to see the actual written query if we could.

Talon

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Monday, April 17, 2006 7:39 AM
To: talon@sagefa.com (Receipt Notification Requested) (IPM Return Requested)
Subject: FW: United Medical v. U.S. -- credit card records

-----Original Message-----
From: Gregory.Plasters@aca.army.mil
[mailto:Gregory.Plasters@aca.army.mil]
Sent: Monday, April 17, 2006 6:53 AM
To: Chadwick, Kyle (CIV)
Cc: Frank.Hudner@aca.army.mil
Subject: FW: United Medical v. U.S. -- credit card records

Kyle,

Please see responses to answers to your questions below.

Gregory Plasters

Joint UID/PC-PMO

Hoffman I Building Room 900

2461 Eisenhower Ave.

Alexandria, VA 22331-04700

Phone (703)325-9518

FAX (703)428-9835

Mr. Plasters, can you answer the questions below? Mr. Barta is out of the office this week. Again, thank you very much.

---

From: Chadwick, Kyle (CIV)

Sent: Tuesday, April 11, 2006 1:03 PM

To: 'MARK.BARTA@DFAS.MIL'; kathleen.hallam@dla.mil

Subject: United Medical v. U.S. -- credit card records

I greatly appreciate what Mr. Plasters was able to give us.

We need to be able to provide the court and plaintiff this additional information this week:

1. Exactly what database are the records from? The data is from the DoD Archives received directly from US Bank and Citibank.

2. What exact queries were used to pull the data? (My accounting experts would also like to know this, independently.) Using our data mining software, the data was pulled based on the criteria furnished (e.g. MCC and locations).

3. Why do we have data only from 10/00 to 10/01? Since we are only required, by law, to keep records for six years three months, 10/00 - 10/01 data was readily available. Thus we started with this period. Due to a fortunate set of events, we still have the electronic files for the
1996 - 1999 time frames. We are pulling this data from the archives and will have it for you by month's end.

4. Why is there no Navy data? Retransmitted Navy data.

The credit card records will be produced to plaintiff only under a protective order. Thank you again.

Kyle Chadwick

Department of Justice

Civil Division

Commercial Litigation Branch

(202) 305-7562

This e-mail is from the Office of the Inspector General, Department of Defense, and may contain information that is "Law Enforcement Sensitive" {LES} or "For Official Use Only" {FOUO} or otherwise subject to the Privacy Act and/or legal and or other privileges that restrict release without appropriate legal authority.