| United Medical Supply - Overall Tape Inventory as of 12/4/2006 | | | | | | |
|---|---|---|---|---|---|---|
| **Media Format** | **Backup Date on Label** | **Date PST Recd from Zantaz** | **Date PST Recd from EEL** | **Date PST Recd from Kroll** | **Final Status** | **Comments** |
| *DLT* | *07/30/01* | | | | *Not provided by OPMO* | |
| *DLT* | *08/30/01* | | | | *Not provided by OPMO* | |
| *DLT* | *09/30/01* | | | | *Not provided by OPMO* | |
| *DLT* | *10/30/01* | | | | *Not provided by OPMO* | |
| *DLT* | *11/30/01* | | | | *Not provided by OPMO* | |
| *DLT* | *12/30/01* | | | | *Not provided by OPMO* | |
| *DLT* | *01/30/02* | | | | *Not provided by OPMO* | *Tape not provided; email found on later tape* |
| *DLT* | *02/28/02* | | | | *Not provided by OPMO* | *Tape not provided; email found on later tape* |
| DLT | 03/29/02 | 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 03/29/02 | 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 04/29/02 | Bad tape | No Exchange data found by EEL | | No Exchange data found by EEL | |
| DLT | 05/31/02 | Bad tape | 11/20/2006 | | PST Recd from EEL | |
| DLT | 06/28/02 | Bad tape | 11/20/2006 | | PST Recd from EEL | |
| *DLT* | *07/01/02* | | | | *Not provided by OPMO* | |
| *DLT* | *08/01/02* | | | | *Not provided by OPMO* | |
| *DLT* | *09/01/02* | | | | *Not provided by OPMO* | |
| *DLT* | *10/01/02* | | | | *Not provided by OPMO* | |
| *DLT* | *11/01/02* | | | | *Not provided by OPMO* | |
| *DLT* | *12/01/02* | | | | *Not provided by OPMO* | |
| *DLT* | *01/01/03* | | | | *Not provided by OPMO* | |
| *DLT* | *02/01/03* | | | | *Not provided by OPMO* | |
| *DLT* | *03/01/03* | | | | *Not provided by OPMO* | |
| *DLT* | *04/01/03* | | | | *Not provided by OPMO* | |
| *DLT* | *05/01/03* | | | | *Not provided by OPMO* | |
| DLT | 06/13/03 | No mail found | | | No mail server found by Zantaz | |
| DLT | 06/27/03 | 10/18/2006 | | | PST Recd from Zantaz | Actual backup date 7/1/2003 |
| DLT | 06/27/03 | Bad tape | 11/20/2006 | | PST Recd from EEL | |
| DLT | 07/25/03 | 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 07/25/03 | 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 08/29/03 | 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 09/26/03 | 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 09/26/03 | 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 10/31/03 | 10/18/2006 | | | PST Recd from Zantaz | Actual backup date 11/1/2003 |
| DLT | 10/31/03 | 10/18/2006 | | | PST Recd from Zantaz | Actual backup date 11/1/2003 |
| DLT | 11/28/03 | 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 11/28/03 | 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 12/26/03 | Bad tape | 11/20/2006 | | PST Recd from EEL | |
| DLT | 12/26/03 | Bad tape | 11/20/2006 | | PST Recd from EEL | |
| DLT | 01/30/04 | Bad tape | No Exchange data from EEL | | No Exchange data found by EEL | |
| DLT | 01/30/04 | Bad tape | 11/20/2006 | | PST Recd from EEL | |
| DLT | 01/30/04 | Bad tape | No Exchange data found by EEL | | No Exchange data found by EEL | |
| DLT | 02/27/04 | 10/16/2006, 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 02/27/04 | 10/16/2006, 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 03/26/04 | Bad tape | 11/20/2006 | | PST Recd from EEL | |
| DLT | 04/30/04 | 10/18/2006 | | | PST Recd from Zantaz | Actual backup date 5/3/2004 |
| DLT | 04/30/04 | 10/18/2006 | | | PST Recd from Zantaz | Actual backup date 5/3/2004 |
| DLT | 05/28/04 | 10/18/2006 | | | PST Recd from Zantaz | |

| Media Format | Backup Date on Label | Date PST Recd from Zantaz | Date PST Recd from EEL | Date PST Recd from Kroll | Final Status | Comments |
|---|---|---|---|---|---|---|
| DLT | 05/28/04 | 10/18/2006 | | | PST Recd from Zantaz | |
| *DLT* | 06/25/04 | | | | Missing Exchange Server Backup | |
| DLT | 07/30/04 | 9/13/2006 | | | PST Recd from Zantaz | |
| DLT | 07/30/04 | 9/13/2006 | | | PST Recd from Zantaz | |
| DLT | 08/27/04 | Bad tape | No Exchange data found by EEL | | No Exchange data found by EEL | |
| DLT | 08/27/04 | Bad tape | No Exchange data found by EEL | | No Exchange data found by EEL | |
| DLT | 09/24/04 | Bad tape | No Exchange data found by EEL | | No Exchange data found by EEL | |
| DLT | 09/24/04 | Bad tape | 11/20/2006 | | PST Recd from EEL | |
| DLT | 10/29/04 | Bad tape | No Exchange data found by EEL | | No Exchange data found by EEL | |
| DLT | 11/26/04 | 10/16/2006, 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 11/26/04 | 10/16/2006, 10/18/2006 | | | PST Recd from Zantaz | |
| DLT | 12/31/04 | Bad tape | 11/20/2006 | | PST Recd from EEL | |
| DLT | 01/28/05 | 10/16/2006 | | | PST Recd from Zantaz | |
| *DLT* | *02/28/05* | | | | *Not provided by OPMO* | |
| DLT | 03/25/05 | 10/16/2006 | | | PST Recd from Zantaz | |
| DLT | 03/25/05 | 10/16/2006 | | | PST Recd from Zantaz | |
| DLT | 04/29/05 | 10/16/2006 | | | PST Recd from Zantaz | |
| DLT | 04/29/05 | 10/16/2006 | | | PST Recd from Zantaz | |
| *DLT* | *05/30/05* | | | | *Not provided by OPMO* | |
| *DLT* | *06/30/05* | | | | *Not provided by OPMO* | |
| LTO2 | 07/31/05 | | | | At Kroll for processing | |
| LTO2 | 07/31/05 | | | | At Kroll for processing | |
| LTO2 | 07/31/05 | | | | At Kroll for processing | |
| LTO2 | 07/31/05 | | | | At Kroll for processing | |
| LTO2 | 07/31/05 | | | | At Kroll for processing | |
| LTO2 | 07/31/05 | | | | At Kroll for processing | |
| LTO2 | 07/31/05 | | | | At Kroll for processing | |
| *LT02* | *08/30/05* | | | | *Not provided by OPMO* | |
| *LT02* | *09/30/05* | | | | *Not provided by OPMO* | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 10/12/05 | | | | At Kroll for processing | |
| LTO2 | 11/30/05 | | | | At Kroll for processing | Missing tape #'s 5,6,7,8, and 18 from set |
| LTO2 | 12/02/05 | | | | At Kroll for processing | |
| LTO2 | 12/02/05 | | | | At Kroll for processing | |
| LTO2 | 12/02/05 | | | | At Kroll for processing | |

| Media Format | Backup Date on Label | Date PST Recd from Zantaz | Date PST Recd from EEL | Date PST Recd from Kroll | Final Status | Comments |
|---|---|---|---|---|---|---|
| LTO2 | 12/12/05 | | | | At Kroll for processing | |
| LTO2 | 12/12/05 | | | | At Kroll for processing | |
| LTO2 | 12/12/05 | | | | At Kroll for processing | |
| LTO2 | 12/12/05 | | | | At Kroll for processing | |
| LTO2 | 12/12/05 | | | | At Kroll for processing | |
| LTO2 | 12/12/05 | | | | At Kroll for processing | |
| LTO2 | 12/16/05 | | | | At Kroll for processing | |
| LTO2 | 12/31/05 | | | | At Kroll for processing | |
| LTO2 | 12/31/05 | | | | At Kroll for processing | |
| LTO2 | 12/31/05 | | | | At Kroll for processing | |
| LTO2 | 12/31/05 | | | | At Kroll for processing | |
| LTO2 | 12/31/05 | | | | At Kroll for processing | |
| LTO2 | 12/31/05 | | | | At Kroll for processing | |
| LTO2 | 12/31/05 | | | | At Kroll for processing | |
| LTO2 | 12/31/05 | | | | At Kroll for processing | |
| LTO2 | 12/31/05 | | | | At Kroll for processing | |
| LTO2 | 12/31/05 | | | | At Kroll for processing | |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 01/31/06 | | | | At Kroll for processing | Missing tape #'s 1 & 4 from backup set |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 02/24/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |

| Media Format | Backup Date on Label | Date PST Recd from Zantaz | Date PST Recd from EEL | Date PST Recd from Kroll | Final Status | Comments |
|---|---|---|---|---|---|---|
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 03/31/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 04/29/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 05/31/06 | | | | At Kroll for processing | |
| LTO2 | 06/02/06 | | | | At Kroll for processing | |
| *LT02* | *06/30/06* | | | | *Not provided by OPMO* | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 07/31/06 | | | | At Kroll for processing | |
| LTO2 | 08/31/06 | | | | At Kroll for processing | |
| LTO2 | 08/31/06 | | | | At Kroll for processing | |
| LTO2 | 08/31/06 | | | | At Kroll for processing | |
| LTO2 | 08/31/06 | | | | At Kroll for processing | |
| LTO2 | 08/31/06 | | | | At Kroll for processing | |
| LTO2 | *Unknown* | | | | At Kroll for processing | |
| LTO2 | *Unknown* | | | | At Kroll for processing | |
| LTO2 | *Unknown* | | | | At Kroll for processing | |