# In The United States Court of Federal Claims

No. 03-289C

(Filed: January 9, 2007)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On Monday, January 8, 2007, a telephonic status conference was held in this case. Participating in the conference were Franklin W. Broyles on behalf of plaintiff, and Kyle E. Chadwick on behalf of defendant. Pursuant to the discussions conducted therein:

1. On or before January 16, 2007, defendant shall file copies of all documents provided to plaintiff pursuant to paragraph 3(a) of the court's September 8, 2006, document preservation order, including any supplemental documents provided following the deadline imposed in such document preservation order;

2. On or before January 31, 2007, defendant shall:

   (a) Complete an initial production of electronic records currently available, to include, but not limited to, Defense Manpower Data Center (DMDC) credit card transaction records generated by a search query previously provided by plaintiff to defendant;

   (b) Run a sample query against the database of credit card records maintained by the Office of Inspector General (OIG), using the sample search parameters previously indicated by plaintiff, and provide the results of such sample query to plaintiff;

3. On or before February 16, 2007, the parties shall file a joint status report, to include the following items:

(a) A plan for the further, and complete, production of electronic records, and if appropriate, provisions for plaintiff to provide defendant with additional search queries to be run against the DMDC credit card transaction records. If necessary, the court will adopt special procedures to protect sensitive information associated with these records;

(b) Plaintiff's statement of specific examples of responsive Defense Supply Center Philadelphia (DSCP) documents that plaintiff has found described in other documentation, but has not yet received;

(c) A description of plaintiff's discovery requests regarding DSCP that have not been resolved by the parties, including, if appropriate, copies of such discovery requests;

(d) A proposed date for plaintiff to complete review of the documents originally referred to in paragraph 3(a) of the September 8, 2006, document preservation order, to adhere generally in form and timing to the deadlines originally imposed by paragraphs 3(b) and 3(c) of that document preservation order;

(e) A resolution, or a plan for resolving, any outstanding issues relating to any of plaintiff's interrogatories regarding defendant's estimate of diverted purchases; and

(f) A plan for the future conduct of this case, including the close of discovery, resolution of the spoliation issue, and ultimate consideration of the merits of this case.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge