IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ONE DAY OUT OF TIME**

Pursuant to the Court's order dated January 9, 2007, and Rules 6 and 6.1 of the Court's Rules, defendant, the United States, respectfully requests the Court to allow the attached documents to be filed one day out time. As required by paragraph 1 of the January 9 order, the attached documents include copies of all documents provided to plaintiff to comply with paragraph 3(a) of the September 8, 2006 document preservation order. The January 9 order directed us to file these documents on or before January 16, 2007. However, we missed that deadline owing to a clerical error by undersigned counsel in attempting to insert it into his electronic calendar. We regret any resulting inconvenience.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
by Mark A. Melnick
DAVID M. COHEN
Director

OF COUNSEL:
KATHLEEN HALLAM
Chief Trial Attorney
Defense Supply Center
Philadelphia

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

January 17, 2006

CERTIFICATE OF FILING

I certify that on January 17, 2007, the attached was filed electronically. I understand that service is complete upon filing and parties and others may access this filing through the Court's electronic system.

s/Kyle Chadwick