| | | | |
|---|---|---|---|
| **Army Site: BAMC** | | | |
| **Location: Fort Sam Houston, TX** | | | |
| **Name/Rank of Person filling out the form: Debra A. Thompson, GS-12** | | | |
| **Date: 9 Jan 07** | | | |
| | | | |
| This addendum supplements my previous response to Paragraph 3(a) of the Document Preservation Order filed on 8 September 2006, and serves to expand on my answers regarding documents that I was unable to locate, to wit the efforts made to locate such documents, my beliefe as to whether such documents once existed but were destroyed, and how and when they were destroyed. | | | |
| | | | |
| The letters below refer to the corresponding subparagraphs of Paragraph 2 of the Document Preservation Order. | | | |
| | | | |
| | | | |
| (b) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request) To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |
| (c) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request). To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |

| | | | |
|---|---|---|---|
| (d) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request). To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |
| (c) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request). To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |
| (f) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request). To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |
| (g) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request). To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |
| (h) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request). To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |

| | | | |
|---|---|---|---|
| (i) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request). To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |
| (j) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request). To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |
| (k) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request). To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |
| (l) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request). To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |
| (m) | "We did possess requested documents at one time but they were destroyed IAW regulation (pursuant to the MARKS and years prior to this request). To ensure we didn't possess additional requested documents I checked every drawer and filing cabinet in my area and all of the documents boxes that belong to my office that are stored in the records warehouse. The requested documents were not were found." | | |
| | | | |

I certify that the statements on this form are true, complete and correct to the best of my knowledge. The attachments represent a complete accounting of available documents from this facility for the period/topics in question.

Signature: Debra A Thompson Date: 9 Jan 2007

Printed Name: Debra A. Thompson Title: 9 Jan 2007