MCHM-LOG-MA

25 May 1999

MEMORANDUM THRU: MAJ Uzomba, Chief, Materiel Branch

TO: LTC Riley, Chief Logistics Division

SUBJECT: Prime Vendor Performance from June 1998 to May 1999

1. Prime Vendor Contract SP0200-97-D-7133, Lone Star Region

2. Prime Vendor - United Medical Supply

3. Contracting Officer - Donna Kennedy, DSCP, 2800 S. 20th Street, Philadelphia, PA 19145. (215) 737-7075

4. Case Manager - Anthony Amendolia, DSCP, 2800 S. 20th Street, Philadelphia, PA 19145, (215) 737-5962

5. PROBLEMS:

   a. Materiel Branch, Logistics Division, William Beaumont Army Medical Center continues to experience severe mission impairing problems with the current MED/SURG Prime Vendor (United Medical).

   b. Issues have been identified and addressed to DSCP through "MONTHLY UPDATES" to DSCP, Contracting Officer and Case Manager.

   c. Improvements are too slowly realized. Although local representative is customer oriented and responsive, when called upon, on hand inventories at United Medical are too low and slower moving items are "transferred out" of the El Paso distribution center without notification.

   d. A marked improvement is overdue and is required as soon as possible.

OSCAR A. MOLINAR
Prime Vendor, COR

25 May 1999

A. Issue: Fill Rates

1. PROBLEM

a. Fill rates are below 95%.

b. The fill rate average from June 1998 to May 1999 is 72%.

2. IMPACT

a. Time consuming for item managers.

b. Creates Credit Card purchases

c. Creates an increase in zero balances at Materiel Branch

3. RECOMMENDATION:

a. Fill rates should be increased and sustained at no less than 95% for the remainder of the contract period in accordance with contract terms and conditions.

b. Adequate on hand balances of all Just In Time (JIT) items should be maintained at the United Medical, El Paso Center.

# MATERIEL BRANCH MEDICAL FILL RATE PERCENTAGE

## May 1998 through May 1999



25 May 99

A. Issue: Electronic Confirmations

1. PROBLEM

a. Electronic confirmations are available within 2 hours. However, information is incomplete and PV Rep must review each confirmation manually to provide availability dates.

b. Manual confirmations and estimated availability dates are not furnished to Materiel Branch within 24 hours. NOTICE on pages 6 through 10, there are no availability dates for the items that were not filled.

2. IMPACT

a. Confirmation data is incomplete and considered unreliable. Complete electronic confirmation data should have been available since June 1997.

b. The Lack of product availability and confirmation data impedes item managers from making a timely decisions on which items to purchase on their credit card.

3. RECOMMENDATIONS

a. A reliable electronic confirmation system must be available immediately and should have been in place since June 1997.

b. In June 1997, United Medical blamed computer and software problems for the lack of electronic confirmations. In June 1999 complete, adequate confirmation information is still unavailable.

25 May 1999

A. Issue: Lack of Stock/Zero Balances

1. PROBLEM

a. Excessive zero balances on JIT items.

(1) Order WA01 (JIT) placed 21 May 1999

LINES ORDERED - 33
LINES FILLED - 13
LINES NOT FILLED - 16
PARTIAL FILLS - 4
FILL RATE - 45%

(2) Order WA02 (JIT) placed 21 May 1999

LINES ORDERED - 16
LINES FILLED - 6
LINES NOT FILLED - 10
PARTAIAL FILLS - 0
FILL RATE - 38%

b. NOTICE: Neither confirmation information nor availability dates are available on orders WA01 or WA02.

2. IMPACT

a. JIT orders are composed mainly of critical items that are necessary within 24 hours to complete mission requirements.

b. Increased credit card purchases are required, to satisfy customer demands.

c. Increased zero balances in Materiel Branch

3. RECOMMENDATION

a. All MED/SURG items that have been identified as JIT must be delivered within 24 hours.

b. United Medical must maintain better inventory levels on all JIT items regardless of erratic ordering patterns.

(28) ORIGINAL

WILLIAM BEAUMONT ARMY MEDICAL CENTER

PCN: RZS-S77

Multi-Line Receipt Worksheet by Document Number

Page:

09:14
21/05/99
(9141)

RIC: JIT
Call Number: WA01

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location |
|---|---|---|---|---|---|---|---|---|---|
| 6515-00-105-0744 | BX | Ø 16 | UMS0431880 | W45PEA | 91419002 | YUMITM | TUBE TRACH 7MM ID 10S | 34.60 | ~~UMITM~~ D2811A |
| 6515-01-370-9519 LF/ | CS | (2) 10 | UMS0327500 | W45PEA | 91419004 | YUMITM | STOPCOCK IV 3-WAY 50S | 58.66 | ~~UMITM~~ D2718B |
| H471-230-80 | CS | (10) | UMS0550035 | W45PEA | 91419007 | YUMITM | MASK SURG 100'S | 54.77 | ~~UMITM~~ D3511A |
| 6510-00-935-5822 | BX | (20) | UMS1600695 | W45PEA | 91419009 | YUMITM | BANDAGE 4.5"X4YDS 10'S | 8.39 | ~~UMITM~~ D2410A |
| H372-7-51 LF/ | CS | Ø 4 | UMS0551475 | W45PEA | 91419011 | YUMITM | TRAY PREP 20'S | 71.96 | ~~UMITM~~ D3103A |
| H255-0-00 LF/ | CS | Ø 1 | UMS0166580 | W45PEA | 91419014 | YUMITM | BAG SPONGE COUNTER 250 | 134.24 | ~~UMITM~~ D2101D |
| 6530-01-036-7259 | CS | Ø 2 | UMS0303100 | W45PEA | 91419016 | YUMITM | CYSTO PACK 12'S | 79.60 | ~~UMITM~~ D3514A |
| H106-816-25 LF/ | CS | Ø 2 | UMS0403255 | W45PEA | 91419017 | YUMITM | TUMBLER WATER 500'S | 26.60 | ~~UMITM~~ D3111B |
| H301-5-31 LF/ | CS | (12) | UMS0940730 | W45PEA | 91419020 | YUMITM | TUBE CONNE 12' 20'S | ~~17.50~~ 21.21 | ~~UMITM~~ D3105A |
| 6505-01-331-3042 LF/ | CS | (5) | UMS0326375 | W45PEA | 91419021 | YUMITM | WATER FOR IRRIG 16S | 7.24 | ~~UMITM~~ D2313A |
| 6505-01-330-8925 LF/ | CS | (11) | UMS2136710 | W45PEA | 91419022 | YUMITM | SODIUM CHLORIDE INJ84 | ~~49.43~~ 50.57 | ~~UMITM~~ D2415A |
| H371-0-65 | CS | (4) | UMS0084945 | W45PEA | 91419023 | YUMITM | BRUSHES E-Z SCRUB 300S | 164.32 | ~~UMITM~~ D3513A |
| 6505-01-330-6277 LF/ | CS | (14) 22 | UMS0325880 | W45PEA | 91419024 | YUMITM | DEX POT CHL&SOD CHL12 | 10.95 | ~~UMITM~~ D2303A |
| 6505-01-330-8919 LF/ | CS | Ø 2 | UMS0326655 | W45PEA | 91419026 | YUMITM | DEXTROSE INJ 50ML 84S | 49.43 | ~~UMITM~~ D2414A |
| 6505-01-218-4419 | CS | (35) | UMS0078440 | W45PEA | 91419027 | YUMITM | RINGER'S LACTATED 2'S | 22.18 | ~~UMITM~~ D2307A |
| H589-55-10 | CS | Ø 3 | UMS0371255 | W45PEA | 91419028 | YUMITM | METER, PEAKFLOW, 10'S | 111.59 | UMITM D1402D |
| HDJ4-0-11 LF/ | CS | Ø 1 | UMS | W45PEA | 91419029 | YUMITM | NEEDLE BONE MARR 10'S | 227.68 | ~~UMITM~~ D2110D |
| 6510-00-133-4369 | CS | Ø 1 | UMS0296196 | W45PEA | 91419031 | YUMITM | BANDAGE 4INX4YDS 72S | 26.85 | ~~UMITM~~ D2101A |

WILLIAM BEAUMONT ARMY MEDICAL CENTER

ORIGINAL

PCN: RZS-S77

Multi-Line Receipt Worksheet by Document Number

09:14

21/05/99

(9141)

Page:

RIC: JIT

Call Number: WA01

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location |
|---|---|---|---|---|---|---|---|---|---|
| H115-3-00 LF/ | CS | 1 | UMS0547595 | W45PEA | 91419032 | YUMITM | WOUN DRES HYDROGEL 12S | ~~76.77~~ | ~~UMITM~~ D1714C |
| H328-0-00 LF/ | BX | Ø 13 | UMS0121800 | W45PEA | 91419033 | YUMITM | COMFEEL PLUS CON 5'S | 16.19 | ~~UMITM~~ D1711E |
| H898-2-10 LF/ | CS | Ø 3 | UMS0303960 | W45PEA | 91419034 | YUMITM | STOCKINETTE IMPER 25'S | 134.26 | ~~UMITM~~ D3118B |
| H892-6-10 LF/ | CS | (1) 3 | UMS0303395 | W45PEA | 91419035 | YUMITM | SHEET FENESTRATED 13'S | 78.71 | ~~UMITM~~ D3213B |
| 6515-01-156-2354 | BX | Ø 1 | UMS0545705 | W45PEA | 91419036 | YUMITM | DISSECTOR KITTNER 200 | 56.78 | ~~UMITM~~ D1403D |
| H106-3-00 LF/ | CS | 1 | UMS0547585 | W45PEA | 91419037 | YUMITM | CLEANSER WOUND SEA 12S | 47.96 | ~~UMITM~~ D1709C |
| 6505-01-330-6269 LF/ | CS | 40 | UMS2136730 | W45PEA | 91419038 | YD2301 | SODIUM CHL INJ0.9%12S | 4.12 | D2301A |
| 6510-00-926-8881 LF/ | BX | 8 | UMS0000265 | W45PEA | 91419039 | YD1807 | ADH TAPE 1/2"X10YD 24S | 7.01 | D1807B |
| 6510-00-926-8882 LF/ | BX | 37 | UMS0299325 | W45PEA | 91419040 | YD1807 | ADHESIVE TAPE 1" 12'S | 7.00 | D1807A |
| 6515-00-754-2835 LF/ | BX | 10 | UMS0083085 | W45PEA | 91419042 | YC0103 | NEEDLE HYPO 22GA 100S | 3.76 | C0103A |
| 6515-00-982-4205 LF/ | BX | 18 | UMS0083930 | W45PEA | 91419043 | YC0301 | SYRINGE &NDL 1ML 100S | 8.45 | C0301A |
| 9930-01-193-4007 | CS | Ø 11 | UMS1225120 | W45PEA | 91419044 | YD3502 | SHROUD KIT 10'S | 19.04 | D3502B |
| H125-1-00 | CS | Ø 1 | UMS0121640 | W45PEA | 91419045 | YD1405 | FLANGE 1 3/8"TO 13/4 5 | 10.05 | D1405A |
| H681-8-00 LF/ | CS | Ø 1 | UMS0122535 | W45PEA | 91419046 | YD1406 | OSTOMY POUCH 2 3/4" 10 | 12.73 | D1406C |
| H692-5-20 LF/ | CS | (3) 6 | UMS0302525 | W45PEA | 91419047 | YD2418 | SHOE COVER X-TRACT300S | 37.94 | D2418B |

Total Value of Dues-In $ 7803.08

24 May 99

5-24-99

END OF REPORT

4256.55

9144NA01

ORIGINAL

WILLIAM BEAUMONT ARMY MEDICAL CENTER

PCN: RZS-S77

Multi-Line Receipt Worksheet by Document Number
09:28
21/05/99
(9141)

Page:

RIC: JIT
Call Number: WA02

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location |
|---|---|---|---|---|---|---|---|---|---|
| 6510-00-786-3736 LF/ | CT | 151 | UMS0299000 | W45PEA | 91419062 | YD1809 | PAD ISOPRO ALCOHOL 200 | 1.32 | D1809D |
| 6510-01-107-7575 LF/ | CT | 17 | UMS0295990 | W45PEA | 91419063 | YD2101 | PAD EYE 6.35X5.39CM50 | 7.02 | D2101E |
| 6515-00-168-6894 LF/ | BX | 2 | UMS0174570 | W45PEA | 91419064 | YUMITM | SPLINT FNGR 18X.75"12 | 18.53 | ~~UMITM~~ D1408D |
| 6515-00-719-7217 | BX | 21 | UMS0083745 | W45PEA | 91419065 | YC0401 | SYRINGE&NDL 25GA 100S | 6.20 | C0401A |
| 6515-00-910-0793 | CS | 3 | UMS0940715 | W45PEA | 91419066 | YUMITM | TUBE CONNECT 18" 50'S | 20.41 | UMITM D2105C |
| 6515-01-009-5293 LF/ | PG | 4 | UMS0406420 | W45PEA | 91419067 | YUMITM | BLADE KNIFE NO.15 150 | 22.98 | ~~UMITM~~ D1708D |
| 6515-01-137-8470 | BX | 3 | UMS1989575 | W45PEA | 91419069 | YUMITM | STYLET CATH-TUBE 20S | 45.97 | ~~UMITM~~ D1802E |
| 6515-01-146-7794 LF/ | EA | 24 | UMS0406725 | W45PEA | 91419070 | YD1703 | TOURNIQUET ADULT14X1" | 2.95 | D1703A |
| 6515-01-259-8295 | BX | 1 | UMS0209500 | W45PEA | 91419075 | YUMITM | STAPLER TL30 3'S | 288.33 | ~~UMITM~~ D1412A |
| 6515-01-324-4676 | BX | 440 | UMS1897650 | W45PEA | 91419076 | YD2401 | GLOVE PWD/FREE LARG100 | 5.80 | D2401A |
| 6530-00-103-6659 LF/ | CS | 1 | UMS0043670 | W45PEA | 91419077 | YUMITM | TRAY SHAVE PREP 50S | 47.60 | ~~UMITM~~ D3103A |
| 6530-01-317-1131 LF/ | EA | 43 | UMS0890120 | W45PEA | 91419078 | YD3206 | PAD HEATING CHEMICAL | 0.85 | D3206B |
| 6532-01-272-4551 LF/ | CS | 1 | UMS0303930 | W45PEA | 91419079 | YUMITM | SLEEVE HOSPITAL 100'S | 103.64 | ~~UMITM~~ D3211B |
| H009-5-86 | BX | 5 | UMS0083820 | W45PEA | 91419080 | YC0301 | SYRINGE HYPO 3CC 100'S | 4.74 | C0301B |
| H388-42-01 | BX | 8 | UMS1130390 | W45PEA | 91419081 | YC0903 | CATH IV 20GA 1" 50'S | 42.96 | C0903C |
| H388-51-61 | BX | 8 | UMS1130415 | W45PEA | 91419082 | YC0902 | CATH IV 16GA 1 1/4 50S | 42.96 | C0902A |

21 May 99 5-24-99

Total Value of Dues-In $ 4586.96

2978.83

END OF REPORT

91VVWA02

WILLIAM BEAUMONT ARMY MEDICAL CENTER

Return to Credit

PCN: RZS-S77

Multi-Line Receipt Worksheet by Document Number
08:48
04/05/99
(9124)

Page:

RIC: JIT
Call Number: UT14

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location |
|---|---|---|---|---|---|---|---|---|---|
| 6510-00-559-6130 | DZ | 96 | UMS0295315 | W45PEA | 91249062 | YD2705 | PAD SANITARY POST OB12 | ~~1.07~~ ok | D2705A |
| 6510-01-107-7575 | CT | 12 | UMS0295990 | W45PEA | 91249063 | YD2101 | PAD EYE 6.35X5.39CM50 | 7.02 | D2101E |
| 6515-00-165-6544 | EA | 1 | UMS0579480 | W45PEA | 91249064 | YD1408 | OTOSCOPE/OPHTHALMOSCO | 285.27 | D1408C |
| 6515-01-009-5293 | PG | 2 | UMS0406420 | W45PEA | 91249065 | YUMITM | BLADE KNIFE NO.15 150 | 22.98 | ~~UMITM~~ D1708D |
| 6515-01-089-1069 LF/ | BX | 35 | UMS0083690 | W45PEA | 91249066 | YC0100 | SYR&NDL INSULIN 1/2CC | 19.87 | C01002C |
| 6515-01-151-1790 LF/ | BX | 4 | UMS0059515 | W45PEA | 91249067 | YUMITM | GLOVES SURG SZ6 50S | 17.02 | ~~UMITM~~ D2402B |
| 6515-01-153-4865 LF/ | EA | 7 | UMS0169790 | W45PEA | 91249068 | YD2101 | SLINT HAND SML RH | 11.72 | D2101D |
| 6515-01-172-1090 LF/ | BX | 28 | UMS0083700 | W45PEA | 91249070 | YC0100 | SYRINGE&NDL 1CC 200'S | 19.87 | C01001B |
| 6515-01-250-0376 | CS | 3 | UMS0068325 E-800 L-005620 | Braun W45PEA | 91249071 | YD2309 | ANESTHESIA SET 18GA10 | 243.80 | D2309B |
| 6515-01-254-9613 | CS | 2 | UMS0627200 | W45PEA | 91249072 | YUMITM | BAG RESERV 12'S | 64.98 | ~~UMITM~~ D2102D |
| 6515-01-259-8295 | BX | 3 | UMS0209500 | W45PEA | 91249073 | YUMITM | STAPLER TL30 3'S | 302.56 | ~~UMITM~~ D1412A |
| 6515-01-276-7944 | BX | 1 | UMS0209430 E-204 L-M40M6M | Ethicon W45PEA | 91249074 | YUMITM | STAPLE RELOAD TCR55 12 | 631.44 | ~~UMITM~~ D1414D |
| 6515-01-354-3176 LF/ | BX | 24 | UMS0083680 | W45PEA | 91249075 | YC0100 | SYRINGE&NDL INSU 3/10 | 29.52 | C01001A |
| 6515-01-354-9055 | CS | 2 | UMS0940460 | W45PEA | 91249076 | YUMITM | TUBE SUCTION 18FR 50S | 268.50 | ~~UMITM~~ D2708B |
| 6515-01-356-3920 | CS | 1 | UMS0472305 | W45PEA | 91249077 | YD2702 | SYRINGE IRRG 60CC 50'S | 29.54 | D2702B |
| 6515-01-385-2013 LF/ | BX | 1 | UMS0059820 | W45PEA | 91249078 | YUMITM | TUBE DRAINAGE 200S | 58.16 | UMITM D1801E |
| 6530-01-092-3914 | CS | 15 | UMS1183995 | W45PEA | 91249079 | YUMITM | PAPER SHEET EXAM 12S | 21.88 | ~~UMITM~~ D3213A |
| 6532-01-272-4551 | CS | 1 | UMS1560675 | W45PEA | 91249080 | YUMITM | SLEEVE HOSPITAL 100'S | 103.64 | ~~UMITM~~ D3211B |

EXP posted 5/5/99

5 May 99
5/29/06

WILLIAM BEAUMONT ARMY MEDICAL CENTER

PCN: RZS-S77

Multi-Line Receipt Worksheet by Document Number
08:48
04/05/99
(9124)

Page:

RIC: JIT
Call Number: UT14

| Stock Number UPN | Unit of Issue | Qty Due-In | PV Catalog Number | DODAAC | Date/Ser | Supp Addr | Nomenclature | Unit Price | Location |
|---|---|---|---|---|---|---|---|---|---|
| 6532-01-319-5121 | CS | 1 | UMS0304955 | W45PEA | 91249081 | YUMITM | DIAPER INF LAR 120'S | 24.61 | ~~UMITM~~ D3508B |
| 6640-01-036-6318 | BX | 12 | UMS0408095 | W45PEA | 91249082 | YD1704 | SLIDE MICROSCOPE 72'S | 5.21 | D1704B |
| 9930-01-193-4007 | CS | 11 | UMS1225120 | W45PEA | 91249083 | YD3502 | SHROUD KIT 10'S | 19.04 | D3502B |
| H388-51-61 | BX | 4 | UMS1130415 | W45PEA | 91249084 | YC0902 | CATH IV 16GA 1 1/4 50S | 42.96 | C0902A |
| H431-5-00 | BX | 10 | UMS0286720 | W45PEA | 91249085 | YD1704 | CLEANER ELECTRO 36'S | 22.10 | D1704A |
| H713-1-76 | CS | 3 | UMS0944285 | W45PEA | 91249087 | YUMITM | DRAIN CHEST THORA 4'S | 154.66 | ~~UMITM~~ D3213B |
| HN25-0-00 | CS | 2 | UMS1227705 | W45PEA | 91249088 | YUMITM | OXISENSOR NEONATAL24'S | 477.50 | ~~UMITM~~ D2104C |
| 6515-01-174-2356 | CS | 2 | UMS0301115 | W45PEA | 91249089 | YUMITM | THORACENTESIS SET 10'S | 187.20 | ~~UMITM~~ D3214A |

Total Value of Dues-In $ 8568.41

END OF REPORT

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PENNSYLVANIA 19145-5099

IN REPLY REFER TO

DPSC-MSAA

September 19, 1997

Mr. Bill Bandy
United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

Dear Mr. Bandy:

This letter will summarize our discussion of September 17, 1997 in which you were advised of the following issues:

1. William Beaumont Army Medical Center is very dissatisfied with the service that they are receiving from United Medical Supply. They have said that they are not receiving their JITOs within 24 hours and are not receiving EDOs within 10 days. Their fill rates are poor and they feel they can't live like this much longer. They have also stated that they are not receiving order confirmations within the required time frames of the contract and are not receiving packing slips with every shipment.

2. Ft Huachuca is dissatisfied with the service they are receiving from United Medical Supply. They are not being visited on a regular basis from the account representative. When they call for assistance with order information or questions it takes too long from them to get a response. They are having pricing problems which they must correct in order to process their receipt documents. Lastly they have stated that JITOs are arriving several days after order placement not within the 24 hours as required by contract. This is the second time they have complained about these very same issues. A letter was given to Joe Valesquez and also forwarded to Gloria Salgado. The situation apparently has not been rectified.

3. DPSC and the customers have not yet received the monthly fill-rate reports. As a reminder, you are required to submit these reports no later than 10 business days after the last day of the month being reported.

4. United Medical is not updating the DAPA file and submitting the information to Tom Stevens. You are required by contract to update the information every time you change your catalog numbers or new DAPAs are issued. You have until four days after DPSC posts to the Bulletin Board to update the file with your order number and provide it to the Government. You are obligated to do a 100% cross-reference and submit it. Our latest report indicates that you are at a 64.1% match. The last submission from United Medical Supply was April 1997.

Federal Recycling Program Printed on Recycled Paper

In addition to the above cited concerns, we discussed the region as a whole. Sales have increased each month which is a good sign that our customers are utilizing the contract. We discussed invoicing which you stated is going fine. You also indicated that in response to the concerns listed above that you would personally call Ft. Bliss and Ft. Huachuca about their issues. You confirmed that you are aware of the issues stated in paragraphs 3 and 4 and that you will submit the required data and reports. I also discussed with you the IPR that will be held in November. I advised you that we are surveying the region to get input for this meeting. You asked me if you could have copies of these survey responses and the answer is yes. I will forward these to you upon receipt. You advised me that you would like to send to DPSC a copy of the commitment reports that you have for each facility. If at all possible, please send a copy to both myself and Anthony Amendolia.

Two additional issues have arisen since we talked on Wednesday. The issues are as follows:

1. In accordance with the contract, UMS is required to submit quarterly status reports to the Contracting Officer detailing your accomplishments in the areas of Socioeconomic Considerations and Small and Small Disadvantaged Business Entrepreneurial Enhancement and Development (SEED) Program. The first quarter of this contract ended 31 August 1997. Please submit these reports directly to my attention by close of business, September 30, 1997. If this date cannot be met, please advise me as to when I can expect to receive them.

2. As of this date, 19 September 1997, DPSC has not received your order and fill data on a monthly basis. This report is due no later than the 20th of the month following the month for which data is being provided. (The requirement for submitting and the format for submitting this report can be found on pages 3 and 4 of amendment 0016.)

It is requested that you respond back to me addressing each issue and how it was resolved and/or when we may expect to see a resolution. A response to this letter is requested by close of business 30 September 1997.

If you have any additional questions, please feel free to give me a call at 215-737-8422. You may E-mail your response back to me to the following address: nmartin@dpsc.dla.mil or you may fax your response using facsimile numbers 215-737-8144 or 2081.

Nancy Martin
NANCY MARTIN
Contract Specialist