**Air Force Site:**
**Location:** Goodfellow AFB
**Name/Rank of Person filling out the form:** Lt Yahas
**Date:** 27 Sept 06

Paragraph 2 (in the Document Preservation Order) defines the scope of material that must be preserved. Paragraph 3(a) directs that, to the extent not previously done so, the government must describe the documents listed in paragraph 2 that were not previously identified in the affidavits. At this time, each of the facilities listed in Paragraph 8 must provide a description of the documents it currently possesses with respect to each of the items listed below. If, with respect to each category, the facility claims it does not have any responsive documents, it shall describe, in detail, (in the document below) the efforts made to locate such documents and whether it believes such documents once existed but were destroyed, and how and when they were destroyed. This document shall be provided on or before October, 2, 2006, to Mr. Joseph Meyer; joseph.meyer@ft-detrick.af.milwho shall promptly forward them to U.S.Governments counsel.

2. Scope. The documents subject to this order include, **but are not limited to,** the following:

(a) Documents evidencing the methods used to by the military bases specifically identified in paragraph 8 of this order to purchase any day to day medical supplies and equipment during the period January 1, 1995, through May 31, 2001, including supplies and equipment subject to Distribution and Pricing Agreements (DAPAs);
Note: All methods used to purchase Med Surg supplies during the time frame in question (e.g. ECAT, Credit Cards, BPA, DSCP Contracts, and/or any other methods that were utilized).
**Description of documents or reasons why none found**

None found; sent all documents in our possession 7 Aug 06 to Kyle Chadwick in the Department of Justice

(b) Documents evidencing usage data for the same period and same products as described in paragraph 2(a) above ("usage data");
(**Note:** Usage data is required for everything that was purchased during the time frame in question (e.g. Prime Vendor, and any spreadsheets/data bases that were utilized). A good place to start; check to see if you have any old computer disks or any internal electronic files (e.g. check to see if you have a CD of the last 2 years of MEDLOG.)

**Description of documents or reasons why none found**
Found (5) documents that showed metrics for purchases in Oct 99-April 00. These documents were scanned + emailed to Maj. Terra on 27 Sep 06. The originals are secured with documents already secured + set aside at the facility that were mailed to DoJ on 7 Aug 06. No other documents were found. We also looked for purchases made on Medlog, but we switched to DMLSS January 05. Our Medlog records have information from Jan 03.

(c) Documents evidencing the communication of such usage data described in paragraph 2(b) above to the Defense Supply Center, Philadelphia (and any successor agency) or United Medical Supply Company, Inc.;
**Note:** Any documents, files & databases that were utilized/sent to DSCP/Prime Vendor or any internal electronic files. (e.g. good place to start; check to see if you have any old computer disks).

**Description of documents or reasons why none found**
Found a talking paper on Medical Logistics written in May 00 stating we we 100% compliant with our regionalization contracts written in May 00. This was scanned + emailed to Maj. Terra on 27 Sep 06. The original is secured. We found no other documents due to a rotation of Medical Logistics OIC + NCOICs in which there was no continuity of communication between management.

(d) Documents evidencing the dollar amount of purchases (e.g, periodic financial reports) of the types of items described in paragraph 2(a) above;
**Note:** Any documents, files & databases that were utilized to track 604/Med Surg spending. (e.g. good place to start; check to see if you have any old computer disks or any internal electronic files).
**Description of documents or reasons why none found**
None- Sent all documents in our possession to the Department of Justice on 7 Aug 06.

(e) Documents evidencing communications (internal or external) concerning usage data for the same period, but specifically including any usage data submitted to the Generation II prime vendor;
**Note:** Usage data is required for everything that was purchased during the time frame in question (e.g. Any invoices, spreadsheets/data bases that were utilized, to include e-mails). A good place to start; check to see if you have any old computer disks or any internal electronic files (e.g. check to see if you have a CD of the last 2 years of MEDLOG.)
**Description of documents or reasons why none found**
None due to the rotation of Medical logistic leadership without appropriate continuity. Also, 17 MDG switched to DMLSS in January 2005, so records from MedLog only date to Jan 03.

(f) Documents evidencing any communications regarding the claims made by United Medical, whether made in this case, another case, or the Contract Disputes Act claim submitted to the contracting officer;
(**Note:** Although it is not expected that you have any of this information, you must check and document whether you do have any of this information, or your efforts showing that you do not have any of this information.)
**Description of documents or reasons why none found**
None - the rotation of medical logistics leadership - both OICs + NCOICs - without any continuity of a pending litigation

(g) Documents containing catalogue information for DAPA items;
**Note:** Check and see if you have any catalogs from vendors or any computer disks, spreadsheets/data bases or any internal electronic files that may have been utilized. (A good place to start; check to see if you have any UDR CD's from the time period in question.)
**Description of documents or reasons why none found**
None - my NCOIC did a major spring cleaning in November 05 in preparation for a huge shipment. At that time ~~she~~ we threw out old catalogs since most vendors have their current catalogs online.

(h) Documents evidencing policies and procedures to prevent diversion of purchases of the Generation I Prime Vendor Program;
(**Note:** Check for any current or old Local, MAJCOM & Air Force guidance such as checklist, OI, and AFI's)
**Description of documents or reasons why none found**
Found (2) power point presentations talking about regionalization contracts for information purposes. Found (1) Memo/Policy letter from HQ USAF/SG dated 15 Mar 99 talking about Regionalization/Requirements Contracts (9 pages total) which were emailed to Maj Terra on 27 Sep 06. I have saved these documents on a CD which is secured with our other documents. No other information was found.

(i) Documents evidencing any notices from DSCP concerning the failure of the Government's prime vendor electronic payment system during 1999;
(**Note:** Although it is not expected that you have any of this information, you must check and document whether you do have any of this information, or your efforts showing that you do not have any of this information.)
**Description of documents or reasons why none found**
None due to the rotation of Medical logistics leadership without appropriate continuity or communication

(j) Documents evidencing amounts owed under calls issued to United Medical during
the period June 1, 1997, through May 31, 2001;
(**Note:** Check to see if you have any documents from the Prime Vendor, and any spreadsheets/data bases or any internal electronic files that were utilized to track open calls, to include e-mails).
**Description of documents or reasons why none found**
None

(k) Documents evidencing destruction of records pertaining to any of the above described records;
(**Note:** Check for any current or old Local, MAJCOM & Air Force guidance such as checklist, OI, and AFI's. Check for any records that show destruction of any of the above records.)
**Description of documents or reasons why none found**
None - all destruction was done in accordance to AFRIMS T41-04 R13.00, T41-04 R12.00

(l) Document retention and destruction policies, including policies pertaining to litigation; for the time period 1997 to the present; and
**Note:** Check for any Local, MAJCOM & Air Force guidance such as checklist, OI, and AFI's and any e-mail's or internal electronic files ( You should have accomplished this already, but please document if you have located new information not previously noted.)
**Description of documents or reasons why none found**
None found - all destruction is done in accordance to AFRIMS T41-04 R12.00 + T41-04 R13.00. Documents from ~~Sep 99~~ Oct 99 - Sep 00 were sent to DoJ; documents from Oct 00 - Sep 01 are appropriately labelled to hold (not to destroy until notice is received from Air Staff/DoJ)

(m) Documents evidencing communications to preserve potentially relevant evidence concerning any claims made by United Medical.

**Note:** Any e-mail or internal electronic files (You should have accomplished this already, but please document if you have located new information not previously noted. Although it is not expected that you have any communication regarding this prior to April or May 2006, you must still check and document whether you have any evidence prior to then.)

**Description of documents or reasons why none found**

Only documents that I have in my possession concerning retention of potential evidence are emails from MAJCOM(AETC) starting on the 11 May 06

I certify that the statements on this form are true, complete and correct to the best of my knowledge. The attachments represent a complete accounting of available documents from this facility for the period/topics in question.

Signature: Angela M Yuhas

Date: 22 Sep 2006

Printed Name: ANGELA M. YUHAS

Title: MLFC