**Army Site: Ft. Huachuca**
**Location: Raymond W. Bliss AHC**
**Name/Rank of Person filling out the form: Cliff Songer GS-11**
**Date:January 8, 2005**

This addendum supplements my previous response to Paragraph 3(a) of the Document Preservation Order filed on 8 September 2006, and serves to expand on my answers regarding documents that I was unable to locate, to wit the efforts made to locate such documents, my beliefe as to whether such documents once existed but were destroyed, and how and when they were destroyed.

The letters below refer to the corresponding subparagraphs of Paragraph 2 of the Document Preservation Order.

(a)I don't think we ever had those
documents, however to be certain I have checked every filing cabinet in warehouse and all boxes of documents that belong to the warehouse and wasn't able to locate anything related to United Medical that says indexes.

(b) United Medical Packing slips and Recieving Reports
© I have checked all cabinets and warehouse storage and was unable to locate any documents
(d) DSCP TAMMIS print outs that where sent to Carl Holton in Washington D.C
(e) I have checked all cabinets and warehouse storage and was unable to locate any documents
(f) I have checked all cabinets and warehouse storage and was unable to locate any documents
(g) I have checked all cabinets and warehouse storage and was unable to locate any documents

(h) I have checked all cabinets and warehouse storage and was unable to locate any documents

(i) I have checked all cabinets and warehouse storage and was unable to locate any documents
(j) I have checked all cabinets and warehouse storage and was unable to locate any documents

(k) I have checked all cabinets and warehouse storage and was unable to locate any documents
(l) I have checked all cabinets and warehouse storage and was unable to locate any documents

(m) I have checked all cabinets and warehouse storage and was unable to locate any documents

I certify that the statements on this form are true, complete and correct to the best of my knowledge. The attachments represent a complete accounting of available documents from this facility for the period/topics in question.

**Signature:** Cliff M. Songer **Date:** January 9, 2007

**Printed Name:** Cliff M. Songer **Title:** Chief, Materiel Branch