**Air Force Site: Kirtland AFB, NM**
**Location: 377 MDG**
**Name/Rank of Person filling out the form: Marc Rittberg, 2d Lt**
**Date: 27 September 2006**

Paragraph 2 (in the Document Preservation Order) defines the scope of material that must be preserved. Paragraph 3(a) directs that, to the extent not previously done so, the government must describe the documents listed in paragraph 2 that were not previously identified in the affidavits. At this time, each of the facilities listed in Paragraph 8 must provide a description of the documents it currently possesses with respect to each of the items listed below. If, with respect to each category, the facility claims it does not have any responsive documents, it shall describe, in detail, (in the document below) the efforts made to locate such documents and whether it believes such documents once existed but were destroyed, and how and when they were destroyed. This document shall be provided on or before October, 2, 2006, to Mr. Joseph Meyer; joseph.meyer@ft-detrick.af.mil who shall promptly forward them to U.S.Governments counsel.

2. Scope. The documents subject to this order include, **but are not limited to**, the following:

(a) Documents evidencing the methods used to by the military bases specifically identified in paragraph 8 of this order to purchase any day to day medical supplies and equipment during the period January 1, 1995, through May 31, 2001, including supplies and equipment subject to Distribution and Pricing Agreements (DAPAs);
**Note**: All methods used to purchase Med Surg supplies during the time frame in question (e.g. ECAT, Credit Cards, BPA, DSCP Contracts, and/or any other methods that were utilized).
**Description of documents or reasons why none found**
I have found Air Force Medical Logistics Letters (AFMLL) which directly talk about BPA's. These will be forwarded per instruction.

**(b) Documents** evidencing usage **data** for the same period **and same products** as described **in paragraph** 2(a) above ("usage data");

**(Note: Usage data is required for everything that was purchased during the** time **frame in** question (e.g. Prime Vendor, **and any spreadsheets/data bases that were** utilized). A good place to start; check to see **if you** have any old **computer** disks or any internal electronic files (e.g. check to see **if you have** a CD of the last 2 years of MEDLOG.)

**Description of documents or reasons why none found**

I have found credit card statements which contain the purchases of Med/Surg items between 1995 and 2001. These will be forwarded per instruction.

(c) Documents **evidencing the communication of such usage data described in** paragraph 2(b) above to the Defense Supply Center, **Philadelphia** (and any successor agency) **or** United Medical Supply Company, Inc.;

**Note:** Any documents, **files** & databases that were **utilized/sent to DSCP/Prime** Vendor **or** any **internal electronic files.** (e.g. good place to start; **check to see if you have any** old computer **disks**).

**Description of documents or reasons why none found**

There is no data available pertaining to this question. I have looked on the shared drives, asked others and looked in various file draws. I have also looked in record holding areas. We have no record indicating that such records were destroyed. These records may have been shipped out already on 7 August 2006.

(d) Documents evidencing the dollar amount of purchases (*e.g.*, periodic financial reports) of the types of items described in paragraph 2(a) above;

**Note:** Any documents, files & databases that were utilized to track 604/Med Surg spending. (e.g. good place to start; check to see if you have any old computer disks or any internal electronic files).

**Description of documents or reasons why none found**

No data was available to answer this question. I searched through computer files and asked individuals who do the purchasing around the office. There is nothing on the share drives. We have no record indicating that such records were destroyed. These records may have been shipped out already on 7 August 2006.

(e) Documents evidencing communications (internal or external) concerning usage data for the same period, but specifically including any usage data submitted to the Generation II prime vendor;

**Note:** Usage data is required for everything that was purchased during the time frame in question (e.g. Any invoices, spreadsheets/data bases that were utilized, to include e-mails). A good place to start; check to see if you have any old computer disks or any internal electronic files (e.g. check to see if you have a CD of the last 2 years of MEDLOG.)

**Description of documents or reasons why none found**

No data was found pertaining to this question. I asked the present employees if we retained any MEDLOG discs or any tapes containing anything dealing with usage rates. The answer was no. We have no record indicating that such records were destroyed. These records may have been shipped out already on 7 August 2006.

(f) Documents evidencing any communications regarding the claims made by United Medical, whether made in this case, another case, or the Contract Disputes Act claim submitted to the contracting office;

**(Note:** Although it is **not expected that you have any** of this information, **you must** check and **document whether** you **do have any of this information**, or **your efforts** showing that you **do not** have any of this information.)

**Description of documents or reasons why none found**

No data was found pertaining to this question. I asked the current employees if they have any e-mails which provide communication between us and United Medical or any other vendor, none were reported. We have no record indicating that such records were destroyed. These records may have been shipped out already on 7 August 2006.

(g) Documents containing catalogue information for DAPA items;
**Note:** Check and see if you have any catalogs from vendors or any computer disks, spreadsheets/data bases or any internal electronic files that may have been utilized. (A good place to start; check to see if you have any UDR CD's from the time period in question.)

**Description of documents or reasons why none found**

No data was found pertaining to the question. I have asked the buyers and we searched the work stations as well as the warehouse for any extra catalogs. None were found. We have no record indicating that such records were destroyed. These records may have been shipped out already on 7 August 2006.

(h) Documents evidencing policies and procedures to prevent diversion of purchases of the Generation I Prime Vendor Program;
(**Note:** Check for any current or old Local, MAJCOM & Air Force guidance such as checklist, OI, and AFI's)

**Description of documents or reasons why none found**

I have found some AFMLL letters that date back between the period of 1995-2001. Some mention is made of DBPA's and other topics. There is also talk of supply ordering. These will be forwarded per instruction.

(i) Documents evidencing any notices from DSCP concerning the failure of the Government's prime vendor electronic payment system during 1999;
(**Note:** Although it is not expected that you have any of this information, you must check and document whether you do have any of this information, or your efforts showing that you do not have any of this information.)

**Description of documents or reasons why none found**

No data was found peratining to this question. I have dug through file cabinets, asked the current employees and checked the databases. No data was found. We have no record indicating that such records were destroyed. These records may have been shipped out already on 7 August 2006.

(j) Documents evidencing amounts owed under calls issued to United Medical during
the period June 1, 1997, through May 31, 2001;
(Note: Check to see if you have any documents from the Prime Vendor, and any spreadsheets/data bases or any internal electronic files that were utilized to track open calls, to include e-mails).
**Description of documents or reasons why none found**

No data was found peratining to this question. There was no documentation found that indicated amounts were owed to United Medical during that time. I have found credit card statements that will be mailed evidencing certain Med/Surg buys. We have no record indicating that such records were destroyed. These records may have been shipped out already on 7 August 2006.

(k) Documents evidencing destruction of records pertaining to any of the above described records;
(Note: Check for any current or old Local, MAJCOM & Air Force guidance such as checklist, OI, and AFI's. Check for any records that show destruction of any of the above records.)
**Description of documents or reasons why none found**

No data was found pertaining to this question. I have searched for local policy and guidance and have asked all in the section. I have searched the share drive for any MDGI's stating destruction of such said stated documents, and have found nothing. We have no record indicating that such records were destroyed. These records may have been shipped out already on 7 August 2006.

(l) Document retention and destruction policies, including policies pertaining to litigation; for the time period 1997 to the present; and
Note: Check for any Local, MAJCOM & Air Force guidance such as checklist, OI, and AFI's and any e-mail's or internal electronic files ( You should have accomplished this already, but please document if you have located new information not previously noted.)

**Description of documents or reasons why none found**

The Air Force Medical Service gives specific guidance relating to the retention and destruction of certain records. This can be found in AFI 41-209, paragraph 3.39.2. It is local policy in the 377 MDG to retain records for 6 years and 3 months after the purchase date. We have no record indicating that such records were destroyed. These records may have been shipped out already on 7 August 2006.

(m) Documents evidencing communications to preserve potentially relevant evidence concerning any claims made by United Medical.

**Note:** Any e-mail or internal electronic files (You should have accomplished this already, but please document if you have located new information not previously noted. Although it is not expected that you have any communication regarding this prior to April or May 2006, you must still check and document whether you have any evidence prior to then.)

**Description of documents or reasons why none found**

No data has been found pertaining to this question. I have asked all of the acquisition employees if they have any e-mails pertaining to this topic, they said they did not. We have no record indicating that such records were destroyed. These records may have been shipped out already on 7 August 2006.

I certify that the statements on this form are true, complete and correct to the best of my knowledge. The attachments represent a complete accounting of available documents from this facility for the period/topics in question.

Signature: ______________________ Date: _27 September 2006______________

**Printed Name: MARC A. RITTBERG** **Title: _377 Medical Logistics Flight Commander______**