**Air Force Site: Laughlin AFB**
**Location: Laughlin, Texas**
**Name/Rank of Person filling out the form: TSgt Patricia R. Wilson**
**Date: 25 Sept 2006**

Paragraph 2 (in the Document Preservation Order) defines the scope of material that must be preserved. Paragraph 3(a) directs that, to the extent not previously done so, the government must describe the documents listed in paragraph 2 that were not previously identified in the affidavits. At this time, each of the facilities listed in Paragraph 8 must provide a description of the documents it currently possesses with respect to each of the items listed below. If, with respect to each category, the facility claims it does not have any responsive documents, it shall describe, in detail, (in the document below) the efforts made to locate such documents and whether it believes such documents once existed but were destroyed, and how and when they were destroyed. This document shall be provided on or before October, 2, 2006, to Mr. Joseph Meyer; joseph.meyer@ft-detrick.af.mil who shall promptly forward them to U.S.Governments counsel.

2. Scope. The documents subject to this order include, **but are not limited to**, the following:

(a) Documents evidencing the methods used to by the military bases specifically identified in paragraph 8 of this order to purchase any day to day medical supplies and equipment during the period January 1, 1995, through May 31, 2001, including supplies and equipment subject to Distribution and Pricing Agreements (DAPAs);
**Note**: All methods used to purchase Med Surg supplies during the time frame in question (e.g. ECAT, Credit Cards, BPA, DSCP Contracts, and/or any other methods that were utilized).
**Description of documents or reasons why none found**

As per the Affidavit submitted by SSgt William Marchand, we originally had boxes containing IMPAC card receipts from on or about October 1999 to on or about October 2001 and Prime Vendor receipts from on or about October 2000 to on or about October 2001.. Since then, original documents, from among those identified, that we were no longer required to maintain on site due to current Air Force regulations were shipped via Federal Express to the Department of Justice. All other documents that we were required to maintain based on current Air Force regulations have been isolated and are being stored at the Medical Logistics warehouse. Additionally, the boxes remaining here at Laughlin, containing responsive documents, have been marked conspicuously, "Not to be destroyed pending further guidance from DSCP."

Based on the fact that Laughlin's MTF was operating during the period from 1 January 1995, to 31 May 2001, I believe other responsive documents must have existed at one time but no other responsive documents have been found. Here at Laughlin we have two warehouses (Medical Logistics and Medical Readiness) where documents such as these would be stored. I have personally searched both warehouses and have not found any other responsive documents. In searching the Medical Logistics warehouse I did find five boxes that were labeled in such a way as to lead me to believe that they would contain responsive documents, however, upon inspection the boxes turned out to be completely empty. I have no personal knowledge as to whether or not responsive documents were ever stored in those boxes and if so, what happened to them.

(b) Documents evidencing usage data for the same period and same products as described in paragraph 2(a) above ("usage data");
(**Note:** Usage data is required for everything that was purchased during the time frame in question (e.g. Prime Vendor, and any spreadsheets/data bases that were utilized). A good place to start; check to see if you have any old computer disks or any internal electronic files (e.g. check to see if you have a CD of the last 2 years of MEDLOG.)

**Description of documents or reasons why none found**

I looked for relevant "usage data" from the specified time frame. After searching both warehouses, I did not find any documents containing "usage data" from 1995 to 2001. I looked for any relevant "usage data" in our databases and other electronic files but found nothing relating to the order. A MEDLOG disk was located with a date of 25 Apr 2005 (Laughlin switched to DMLSS in May 2005). "Usage data" from this time period must have existed, however, I have no personal knowledge as to how or when or by whom this information was destroyed.

(c) Documents evidencing the communication of such usage data described in paragraph 2(b) above to the Defense Supply Center, Philadelphia (and any successor agency) or United Medical Supply Company, Inc.;

**Note:** Any documents, files & databases that were utilized/sent to DSCP/Prime Vendor or any internal electronic files. (e.g. good place to start; check to see if you have any old computer disks).

**Description of documents or reasons why none found**

I searched both warehouses, and all Medical Logistics offices (to include file cabinets, desk drawers, cabinets, etc.) but found no documents or disks with electronic files evidencing the communication of usage data from the specified time frame. Additionally, I searched through our electronic files and found nothing evidencing usage data from the specified time frame.

I cannot state whether or not such communication ever existed here at Laughlin AFB. Therefore, I cannot say whether and if such communication was destroyed.

(d) Documents evidencing the dollar amount of purchases (*e.g*, periodic financial reports) of the types of items described in paragraph 2(a) above;

**Note**: Any documents, files & databases that were utilized to track 604/Med Surg spending. (e.g. good place to start; check to see if you have any old computer disks or any internal electronic files).

**Description of documents or reasons why none found**

I searched both warehouses, and all Medical Logistics offices (to include file cabinets, desk drawers, cabinets, etc.) but found no documents or disks with electronic files containing information relating to periodic financial reports.

Such reports should have existed but I have no personal knowledge as to how or when or by whom this information was destroyed.

(e) Documents evidencing communications (internal or external) concerning usage data for the same period, but specifically including any usage data submitted to the Generation II prime vendor;

**Note**: Usage data is required for everything that was purchased during the time frame in question (e.g. Any invoices, spreadsheets/data bases that were utilized, to include e-mails). A good place to start; check to see if you have any old computer disks or any internal electronic files (e.g. check to see if you have a CD of the last 2 years of MEDLOG.)

**Description of documents or reasons why none found**

I searched both warehouses, and all Medical Logistics offices (to include file cabinets, desk drawers, cabinets, etc.) but found no documents or disks with electronic files evidencing the communication of usage data from the specified time frame. Additionally, I searched through our electronic files and found nothing evidencing usage data from the specified time frame.

I cannot state whether or not such communication ever existed here at Laughlin AFB. Therefore, I cannot say whether and if such communication was destroyed.

(f) Documents evidencing any communications regarding the claims made by United Medical, whether made in this case, another case, or the Contract Disputes Act claim submitted to the contracting officer;

(**Note**: Although it is not expected that you have any of this information, you must check and document whether you do have any of this information, or your efforts showing that you do not have any of this information.)

**Description of documents or reasons why none found**

I searched both warehouses, and all Medical Logistics offices (to include file cabinets, desk drawers, cabinets, etc.) but found no documents or disks with electronic files evidencing the communication of usage data from the specified time frame. Additionally, I searched through our electronic files and found nothing evidencing usage data from the specified time frame.

I cannot state whether or not such communication ever existed here at Laughlin AFB. Therefore, I cannot say whether and if such communication was destroyed.

Oct 02 2006 12:19PM HP LASERJET 3330 p.6

(g) Documents containing catalogue information for DAPA items;
**Note:** Check and see if you have any catalogs from vendors or any computer disks, spreadsheets/data bases or any internal electronic files that may have been utilized. (A good place to start; check to see if you have any UDR CD's from the time period in question.)

**Description of documents or reasons why none found**

I searched both warehouses, and all Medical Logistics offices (to include file cabinets, desk drawers, cabinets, etc.) but found no documents or disks with electronic files containing catalogue information for DAPA items. A search of our UDR CDs produced no information from the specified time frame. This information existed at some point, but I have no personal knowledge as to how or when or by whom this information was destroyed.

(h) Documents evidencing policies and procedures to prevent diversion of purchases of the Generation I Prime Vendor Program;
(**Note**: Check for any current or old Local, MAJCOM & Air Force guidance such as checklist, OI, and AFI's)

**Description of documents or reasons why none found**

I searched both warehouses, and all Medical Logistics offices (to include file cabinets, desk drawers, cabinets, etc.) but found no guidance that contained policies and procedures to prevent diversion of purchases of the Generation I Prime Vendor Program.
I cannot state whether or not such communication ever existed here at Laughlin AFB. Therefore, I cannot say whether and if such communication was destroyed.

(I) Documents evidencing any notices from DSCP concerning the failure of the Government's prime vendor electronic payment system during 1999;
(**Note**: Although it is not expected that you have any of this information, you must check and document whether you do have any of this information, or your efforts showing that you do not have any of this information.)

**Description of documents or reasons why none found**

I searched both warehouses, and all Medical Logistics offices (to include file cabinets, desk drawers, cabinets, etc.) but found no documents with notices from DSCP concerning the failures of Government's prime vendor electronic payment system during 1999.

I cannot state whether or not such communication ever existed here at Laughlin AFB. Therefore, I cannot say whether and if such communication was destroyed.

(j) Documents evidencing amounts owed under calls issued to United Medical during
the period June 1, 1997, through May 31, 2001;
(**Note**: Check to see if you have any documents from the Prime Vendor, and any spreadsheets/data bases or any internal electronic files that were utilized to track open calls, to include e-mails).

**Description of documents or reasons why none found**

I searched both warehouses, and all Medical Logistics offices (to include file cabinets, desk drawers, cabinets, etc.) but found no of the amount owed under calls issued to United Medical during the period June 97 through May 2001.
I cannot state whether or not such communication ever existed here at Laughlin AFB. Therefore, I cannot say whether and if such communication was destroyed.

(k) Documents evidencing destruction of records pertaining to any of the above described records;
(**Note**: Check for any current or old Local, MAJCOM & Air Force guidance such as checklist, OI, and AFI's. Check for any records that show destruction of any of the above records.)

**Description of documents or reasons why none found**

I searched both warehouses, and all Medical Logistics offices (to include file cabinets, desk drawers, cabinets, etc.) but found no documents of destruction of records pertaining to any of the fore mentioned records.
There was no requirement to record records that had exceeded its maintenance period, so no records should exist.

(l) Document retention and destruction policies, including policies pertaining to litigation; for the time period 1997 to the present; and
**Note:** Check for any Local, MAJCOM & Air Force guidance such as checklist, OI, and AFI's and any e-mail's or internal electronic files ( You should have accomplished this already, but please document if you have located new information not previously noted.)

**Description of documents or reasons why none found**

I searched both warehouses, and all Medical Logistics offices (to include file cabinets, desk drawers, cabinets, etc.) but found no guidance that contained policies pertaining to litigation for the time period 1997 to the present.

I cannot state whether or not such communication ever existed here at Laughlin AFB. Therefore, I cannot say whether and if such communication was destroyed.

(m) Documents evidencing communications to preserve potentially relevant evidence concerning any claims made by United Medical.

**Note:** Any e-mail or internal electronic files (You should have accomplished this already, but please document if you have located new information not previously noted. Although it is not expected that you have any communication regarding this prior to April or May 2006, you must still check and document whether you have any evidence prior to then.)

**Description of documents or reasons why none found**

I searched both warehouses, and all Medical Logistics offices (to include file cabinets, desk drawers, cabinets, etc.) but found no communication to preserve evidence concerning claims made by United Medical.
I cannot state whether or not such communication ever existed here at Laughlin AFB. Therefore, I cannot say whether and if such communication was destroyed.

I certify that the statements on this form are true, complete and correct to the best of my knowledge. The attachments represent a complete accounting of available documents from this facility for the period/topics in question.

Signature: ______________________ Date: 2 Oct 06

**Printed Name: Patricia R. Wilson** **Title:** NCOIC, Medical Logistics