**Army Site: Reynolds Army Community Hospital**
**Location: Fort Sill, OK**
**Name/Rank of Person filling out the form: Bruce Christie, Chief of Inventory Management, GS-09**
**Date: 9 January 2007**

This addendum supplements my previous response to Paragraph 3(a) of the Document Preservation Order filed on 8 September 2006, and serves to expand on my answers regarding documents that I was unable to locate, to wit the efforts made to locate such documents, my beliefe as to whether such documents once existed but were destroyed, and how and when they were destroyed.

The letters below refer to the corresponding subparagraphs of Paragraph 2 of the Document Preservation Order.

(a) No supplementation at this time.
(b) No supplementation at this time.
(c) No supplementation at this time.
(d) Usage requests were not kept once United Medical acknowledged receipt.

(e) Reynolds Army Community did not produce the initial usage report to the Generation II Prime Vendor; this was accomplished by JMLFDC. This was done as a file transfer from our TAMMIS and the site was not provided a copy of the file.

(f) No supplementation at this time.
(g) No supplementation at this time.
(h) I do not believe we ever had any documentation of this nature. Searched through e-mail and other correspondences from DSCP and found no documents or notices of this nature.
(i) As stated in the original questionnaire, I do not believe we ever had any documentation of this nature. Searched through e-mail and other correspondences from DSCP and found no documents or notices of this nature.
(j) As stated in the original questionnaire, I do not believe we ever had any documentation of this nature. Searched through e-mail and other correspondences in that timeframe and found no documents or notices of this nature.
(k) No documentation referencing the destruction of records was found, and probably never existed. General administrative files from that time period have been destroyed IAW AR 25-400-2.
(l) No supplementation at this time.
(m) No supplementation at this time.

I certify that the statements on this form are true, complete and correct to the best of my knowledge. The attachments represent a complete accounting of available documents from this facility for the period/topics in question.

**Signature:** [signature] **Date:** 9 Jan 07

**Printed Name:** __Bruce Christie__ **Title:** _Ch, Inv Mgmt__