DSCP has the following records that may be potentially relevant. The documents are secured in wing A of Building 6 where the Medical personnel are located and also in building 7 which is a warehouse. The electronic records are stored on servers. Medical and warehouse personnel are acutely aware that no document is to be sent to the retirement center or destroyed.

Prime Vendor [PV] contract and acquisition files from 1993 forward.

DSCP has the acquisition files for all our Med/Surg PV contracts from 1993 when the PV program was initiated. The med/surg PV contracts that are relevant to the instant case are United Medical's files, Owen & Minor's files and Cardinal's files. Owen & Minor was United Medical's predecessor. Also, under United Medical's contract, MTFs were allowed to order from Owens & Minor during the start up phase of the base year as United Medical was unable to fully transition into the contract at the beginning of the performance period. Cardinal was United Medical's successor. The estimated volume of these files including email folders is 16 linear feet. These records were previously made available to United Medical for review.

Distribution and Price Agreement [DAPA] files and Regional Incentive Agreements [RIA] from 1993

DAPA's are essentially manufacturer and dealer catalogs under which the sellers agree to hold their prices for minimally 30 days. Prices can change every 30 days and items can be added or deleted every 30 days. RIAs are agreements under which DAPA holders offer discounted prices to customers who buy their products in volume. The total estimated volume of DAPA/RIA files for the 1995 to 2001 time frame is approximately 85 linear feet.

DAPA Management System [DMS] files from Dec. 1995

The DMS records are electronic files that contain DAPA product and price information, as well as, price histories. The DMS also generates monthly electronic Catalogs for the prime vendors. The amount of computer space for the archived price records for the 1995 to 2001 time frame is approximately 215 MB.

Depot Stock Buys

DSCP has records for depot stock buys from 1989. Depot stock is maintained for a number of reasons, including but not limited to the following: 1) to supply items under the N21 program, which supports nuclear submarines, 2) to provide contingency forward stocking in areas including Japan, Germany, Guam, and Pearl Harbor, 3) to provide Fleet support required because ships have limited cargo areas and sometimes items are not available in small units of measure, 4) to support customers who are ineligible to participate in the prime vendor program, and 5) to provide products not covered by DAPAs.

With respect to the relevant time frame, we have:

| Year | Quantity | Location |
|---|---|---|
| 1995 | 4 boxes | Building 7 warehouse. |
| 1996 | 7 boxes | Building 7 warehouse. |
| 1997 | 13 boxes | Building 6 holding section |
| 1998 | 14 boxes | Building 6 holding section |
| 1999 | 7 boxes | Building 6 holding section |
| 2000 | 8 boxes | Building 6 holding section |
| 2001 | 7 boxes | Building 6 holding section |

Decentralized Blanket Purchase Agreements [DBPA] and Electronic Data Interchange [EDI] sales

DBPAs are offered by the manufacturers and provide an alternative/supplemental means for the customers purchase products. We administer the DBPAs at DSCP but we are not involved in the ordering or payment process and do not have any records related to those activities. DBPAs are 5 year agreements . We DBPAs from 1996 - 135 cancelled DBPAs and 249 active DBPAs. Some of these DBPAs may include DAPA items. The estimated volume of the DBPAs (including email) is 21 linear feet.

EDI sales entirely paperless. Unlike the DBPAs, we are involved in the ordering and payment of EDI sales. Most sales are less than $2500. The estimated volume of EDI sales is MB

Direct Vender Delivery ["DVD] Orders

DVDs are small purchase orders, often for a quantity of one or two of an item. DVD acquisitions are generally the last resort for military customers when the item can not be obtained through some other means. The estimated volume for med/surg DVD orders is:

| | | |
|---|---|---|
| 1995 | - | 275 linear feet |
| 1996 | - | 308 linear feet |
| 1997 | - | 200 linear feet |
| 1998 | - | 135 linear feet |
| 1999 | - | 121 linear feet |
| 2000 | - | 122 linear feet |
| 2001 | - | 110 linear feet |

Additionally, there is a hospital equipment DVD program. Possibly one or more items that appear on a DAPA may be purchased as hospital equipment. The estimated volume for hospital equipment DVDs for the 1995-2001 time frame is 95 linear feet.

Universal Data Repository [UDR] records from 1997

UDR records are electronic files that capture delivered price information for DAPAs. The records were recorded monthly on CDs - two CDs for each month. We have some CD starting in 1997.

Corporate Data for Medical Intelligence Applications [CDMIA]

CDMIA contains detailed prime vendor reported sales records for the med/surg and pharmaceutical Prime Vendor Programs for the period June 1997 through the current date and SAMMS (Standard Automated Materiel Management System) summary sales for the period 1997 through the current date. The CDMIAV2 database currently consumes 86 gigabytes.

PVBMA (Prime Vendor Business Management Application) is a predecessor to CDMIA that was retired in 2000. The prime vendor reported sales data preserved for PVBMA for the period June 1997 through 2000 is 329 megabytes for med/surg sales data.

Supply Line CDs from 1999

The Supply Line is received via a monthly subscription service of 2 CDs per month. The data files contain Medical Surgical product information with proprietary codes that are used in our DMLSS applications to provide item product equivalents and comparisons. We have CDs back to 1999.

Defense Medical Logistic Standard Support [DMLSS-DLA]

DMLSS-DLA is a suite of Medical applications maintained at DSCP that includes CDMIA, DMS, and MECA. The estimated volume of these files for the 1995 to 2001 time frame is:

CDMIAV2 (database for CDMIA) – 86 gigabytes consumed
DAPA (Database for DMS) – 6 gigabytes consumed
MECA – 7 gigabytes consumed

The specific types of records that are or may be responsive to the categories set forth in the Court's October 3, 2006 Order are as follows:

(a) Documents evidencing the methods used to by the military bases specifically identified in paragraph 8 of this order to purchase any day to day medical supplies and equipment during the period January 1, 1995, through May 31, 2001, including supplies and equipment subject to Distribution and Pricing Agreements (DAPAs) -

PV contract and acquisition files
DAPA and RIA files
DMS files
Depot Stock Buys files
DBPA and EDI sale files
DVD Orders

(b) Documents evidencing usage data for the same period and same products as described in paragraph 2(a) above ("usage data")-

United Medical PV contract and acquisition files

(c) Documents evidencing the communication of such usage data described in paragraph 2(b) above to the Defense Supply Center, Philadelphia (and any successor agency) or United Medical Supply Company, Inc –

United Medical's PV contract and acquisition files

(d) Documents evidencing the dollar amount of purchases (*e.g.*, periodic financial reports) of the types of items described in paragraph 2(a) above –

PV contract and acquisition files
DAPA and RIA files
DMS files
Depot Stock Buys files
EDI sale files
DVD Orders
UDR
CDMIA
DMLSS-DLA

(e) Documents evidencing communications (internal or external) concerning usage data for the same period, but specifically including any usage data submitted to the Generation II prime vendor -

To the extent that any records exist, they would be in Cardinal's contract files.

(f) Documents evidencing any communications regarding the claims made by United Medical, whether made in this case, another case, or the Contract Disputes Act claim submitted to the contracting officer –

United Medical PV contract files, in particular Amendolia's emails
Office of Counsel's files

(g) Documents containing catalogue information for DAPA items

DAPA and RIA files
DMS files
UDR
CDMIA
DMLSS-DLA

(h) Documents evidencing policies and procedures to prevent diversion of purchases of the Generation I Prime Vendor Program –

None known

(i) Documents evidencing any notices from DSCP concerning the failure of the Government's prime vendor electronic payment system during 1999

United Medical's contract files

(j) Documents evidencing amounts owed under calls issued to United Medical during the period June 1, 1997, through May 31, 2001

Documents related to the missing call number problem are in United Medical's contract files particularly Donna Galligan's files. We do not have any evidence that there are amounts owed for the invoices United Medical can not attach a call number to. If we had such evidence, we would pay the invoice.

(k) Documents evidencing destruction of records pertaining to any of the above described records

None.