**Chadwick, Kyle (CIV)**

**From:** CHARLES.STINGER@DFAS.MIL
**Sent:** Thursday, October 12, 2006 1:26 PM
**To:** Chadwick, Kyle (CIV)
**Cc:** Kathleen.Hallam@dla.mil
**Subject:** United Medical-1

**Attachments:** tmp.htm; N1-507-93-1.pdf; RE Litigation - United Medical Supply v. U.S..htm; Read Litigation - United Medical Supply v. U.S.-Zmsylinski's 9-18-06.rtf

tmp.htm (6 KB) N1-507-93-1.pdf (799 KB) RE Litigation - United Medical... Read Litigation - United Medic...

Mr. Chadwick,

I am from the DFAS General Counsel's Office and need to provide the following information regarding the United Medical investigation:

1. While DFAS was aware of the litigation, DFAS was not aware of any duty to preserve documents before the court's September 8, 2006 order.
The documents that DFAS have would only be at our Columbus center. We are taking steps to preserve any relevant records but without specific delivery order numbers under the basic contract, we cannot identify and locate all the records or determine whether or not any were destroyed.

2. Referencing Sections 2(d) and 2(j), page 4, of the court order:
The documents that we have regards the entitlement and payment process.
Payments on the various delivery orders under the contract was through the Standard Automated Materiel Management System (SAMMS) which is a DLA-owned system. The invoices were billed through Electronic Data Interchange (EDI). We have the information on the entitlements and payments back to 2001. Beyond that, without specific delivery orders, it is not possible to determine whether or not we still have all relevant documents.

Further, disbursing records showing check or EFT information relevant to payments only are preserved for 6 years, 3 months. However, the basic
information as to payment amounts and dates are in SAMMS.

3. Referencing Section 2(l), page 5, of the court order:
DFAS policies and procedures for the retention and disposition of its record during the 1997 to 2001 timeframe were governed by a series of issurances. They are:

DFAS 5015.1-R (Regulation), published in 1994
DFAS 5015.1-I (Instructions), published in 1994

DFAS was established in 1991. DFAS did not have its own disposition schedule for most of the records that DFAS maintained, however, until 2004 when the National Archives and Record Administration
(NARA) approved our schedules. The only schedules DFAS had pertained to its own

administrative matters.

NARA authorized DFAS to use other DoD components' schedules as its own. For records under SAMMS, since SAMMS was DLA owned, we would have used the DLA functional schedule covering SAMMS. I have not been able to find a copy of the DLA schedule within DFAS. Attached is a copy of the NARA authorization. For disbursing records, we would have piggy-backed off the Treasury's schedules.

<<N1-507-93-1.pdf>>

4. Referencing Section 2(i), page 4, of the court order. DFAS Columbus is unaware of any notices concerning the failure of SAMMS in 1999.

5. I sent to Kathleen Hallam, a copy of the notice I sent to the Director of the DFAS Columbus site advising her that DFAS needed to preserve relevant records. Attached is a copy of that notice as well as a copy of her receipt.

<<RE Litigation - United Medical Supply v. U.S..htm>>

<<Read Litigation - United Medical Supply v. U.S.-Zmsylinski's 9-18-06.rtf>>

Please advise me if DFAS needs to take further steps.

Charles M. Stinger
Assistant General Counsel for Litigation, Defense Finance & Accounting Service
816-926-5119

CONFIDENTIALITY NOTICE: This transmission contains CONFIDENTIAL INFORMATION which is intended for the sole use of the addressee(s).
This transmission may also contain ATTORNEY WORK PRODUCT or information protected under the ATTORNEY CLIENT PRIVILEGE, both of which are protected from disclosure. DO NOT disclose or forward this message to others without prior permission. If you received this transmission in error, please notify this sender immediately by reply email.

File #26 jh 24

# REQUEST FOR RECORDS DISPOSITION AUTHORITY

*(See instructions on reverse)*

TO: NATIONAL ARCHIVES and RECORDS ADMINISTRATION (NIR)
WASHINGTON, DC 20408

1. FROM (Agency or establishment)
Defense Finance and Accounting Service

2. MAJOR SUBDIVISION

3. MINOR SUBDIVISION

4. NAME OF PERSON WITH WHOM TO CONFER
Marvin Lewis

5. TELEPHONE
703-607-2774

LEAVE BLANK (NARA use only)

JOB NUMBER
N1-507-93-1

DATE RECEIVED
11-9-92

NOTIFICATION TO AGENCY

In accordance with the provisions of 44 U.S.C. 3303a the disposition request, including amendments, is approved except for items that may be marked "disposition not approved" or "withdrawn" in column 10.

DATE: 11/12/92 — ARCHIVIST OF THE UNITED STATES: [signature]

6. AGENCY CERTIFICATION

I hereby certify that I am authorized to act for this agency in matters pertaining to the disposition of its records and that the records proposed for disposal on the attached _____ page(s) are not now needed for the business of this agency or will not be needed after the retention periods specified; and that written concurrence from the General Accounting Office, under the provisions of Title 8 of the GAO Manual for Guidance of Federal Agencies,

[X] is not required; [ ] is attached; or [ ] has been requested.

| DATE | SIGNATURE OF AGENCY REPRESENTATIVE | TITLE |
|---|---|---|
| Nov 9, 1992 | Marvin Lewis | Records Manager |

| 7. ITEM NO. | 8. DESCRIPTION OF ITEM AND PROPOSED DISPOSITION | 9. GRS OR SUPERSEDED JOB CITATION | 10. ACTION TAKEN (NARA USE ONLY) |
|---|---|---|---|
| | DEFENSE FINANCE AND ACCOUNTING SERVICE | | |
| 1. | Temporary records of former Army accounting activities.<br><br>Disposition: Apply appropriate items from AR-25-400-2 until DFAS schedule is approved. | | |
| 2. | Temporary records of former Navy and Marine Corps accounting activities.<br><br>Disposition: Apply appropriate items from SECNAVINST 5212.5 until DFAS schedule is approved. (or 5C) | | |
| 3. | Temporary records of former Air Force accounting activities.<br><br>Disposition: Apply appropriate items from AFR 4-20 until DFAS schedule is approved. | | |



atch 1

Temporary records of former Defense Logistic Agency accounting activities.

Disposition: Apply appropriate items from DLAM 5015.1 until NARA schedule is approved