# AFFIDAVIT

I, Mark S. Breckenridge, do under oath depose and say

I am the Acting Deputy Director with the Defense Manpower Data Center (DMDC). DMDC is the Department of Defense (DoD) enterprise human resource information source, providing secure services and solutions to support the DoD's mission. Organizationally DMDC is a component of the Defense Human Resources Activity, which is a component of the DoD. Within this mission, DMDC was asked by the DoD Comptroller to receive and archive an electronic version of the bank's "statement billing file transaction data" for the DoD purchase card accounts. Specifically, the DoD purchase card "statement billing file transaction data" that we hold that may be relevant to *United Medical Supply, Inc. vs. United States*, Case No: 03-CV-289, United States Court of Claims, are as follows:

- Rocky Mountain Bank "statement billing file transaction data" for DoD purchase cards from 1996 through 1998. The first purchase date listed on a transaction is for November 1, 1995. (Note: Some of the earliest transactions are likely test data.)

- First Bank/U.S. Bank "statement billing file transaction data" for DoD purchase cards from 1998 through 2001.

- CitiBank "statement billing file transaction data" for DoD purchase cards from 1998 through 2001

The electronic "statement billing file transaction data" for the DoD purchase cards was received by DMDC and then loaded into a single Oracle (relational) database for archival and reporting purposes. The data elements in this Oracle database are shown in the attached.

I swear under penalty of perjury that the foregoing is accurate and correct to the best of my knowledge and belief.

Mark S. Breckenridge

# Rocky Mountain Bank Data

## MASTER TABLE

| Name | Null? | Type |
|---|---|---|
| CH_ID | NOT NULL | NUMBER(10) |
| ACCT_NBR (Purchase card account) | | NUMBER(16) |
| AO_NAME (Account owner name) | | VARCHAR2(25) |
| CH_NAME (Card Holder name) | | VARCHAR2(25) |
| ADD_1 (Address line 1) | | VARCHAR2(25) |
| ADD_2 (Address line 2) | | VARCHAR2(25) |
| CITY | | VARCHAR2(25) |
| STATE | | VARCHAR2(2) |
| ZIP | | NUMBER(9) |
| PHONE | | NUMBER(10) |
| AO_ACCT | | NUMBER(16) |
| EXP_DATE (Expiration date) | | DATE |
| MERCH_TYPE | | VARCHAR2(3) |
| THIRTY_D_LIM (30 day limit) | | NUMBER(8) |
| SPL (Single purchase limit) | | NUMBER(10) |
| TAX_EXEMPT_NUM | | VARCHAR2(20) |
| USER_FIELD_1 | | VARCHAR2(20) |
| USER_FIELD_2 | | VARCHAR2(25) |
| ACCOUNTING_CODE | | VARCHAR2(50) |
| LVL2 | | NUMBER(2) |
| LVL3 | | NUMBER(2) |
| LVL4 | | NUMBER(4) |

# Rocky Mountain Bank Data

## TRANSACTION TABLE

| Name | Null? | Type |
|---|---|---|
| TX_ID (Tax Id) | NOT NULL | NUMBER(10) |
| SEQ_NUM (Sequence Number) | | NUMBER(7) |
| SUB_FILE | | VARCHAR2(20) |
| LVL1 | | NUMBER(4) |
| LVL2 | | NUMBER(2) |
| LVL3 | | NUMBER(2) |
| LVL4 | | NUMBER(4) |
| AO_ACCT (Account Owner Account) | | NUMBER(8) |
| CARD_ACCT | | NUMBER(8) |
| LOGIN_ID | | VARCHAR2(10) |
| PURCH_DATE (Purchase date) | | DATE |
| TRAN_CODE (Transaction Code) | | VARCHAR2(3) |
| TRAN_AMOUNT (Amount of transaction) | | NUMBER(20,2) |
| DEBIT_CREDIT (Debit vs. Credit Indicator) | | VARCHAR2(1) |
| SALES_TAX_INCLD_CODE (Tax Indicator) | | VARCHAR2(1) |
| SALES_TAX (Sale tax amount) | | NUMBER(9) |
| ACCTG_CODE | | VARCHAR2(50) |
| PROCESS_DATE | | DATE |
| SIC | | VARCHAR2(4) |
| MERCHANT_NAME | | VARCHAR2(25) |
| MERCHANT_CITY | | VARCHAR2(13) |
| MERCHANT_STATE | | VARCHAR2(2) |
| REFERENCE | | VARCHAR2(23) |
| USER_FIELD2 | | VARCHAR2(15) |
| TAX_EXEMPT_ID | | VARCHAR2(20) |
| PURCH_ID_FORMAT | | VARCHAR2(1) |
| PURCH_ID | | VARCHAR2(25) |

# First Bank/U.S. Bank/Citibank Data

## TRANSACTION TABLE

| Name | Null? | Type |
|---|---|---|
| DT_STMP | NOT NULL | DATE |
| TYPE_CD | | VARCHAR2(1) |
| ACCT | | VARCHAR2(16) |
| PDATE | | DATE |
| TDATE | | DATE |
| MERDS | | VARCHAR2(25) |
| SCURC | | VARCHAR2(3) |
| BCURC | | VARCHAR2(3) |
| FCURA | | NUMBER(15,2) |
| REFN | | VARCHAR2(23) |
| SIC | | VARCHAR2(4) |
| TAMT | | NUMBER(15,2) |
| VTCOD | | VARCHAR2(2) |
| MCITY | | VARCHAR2(26) |
| MSTAT | | VARCHAR2(3) |
| TMEMO | | VARCHAR2(1) |
| MCTRY | | VARCHAR2(3) |
| TICK | | VARCHAR2(13) |
| MZIP | | VARCHAR2(6) |
| MACQN | | VARCHAR2(8) |
| MACCT | | VARCHAR2(16) |
| MIDF | | VARCHAR2(25) |
| TRCOD | | VARCHAR2(4) |
| PCOD | | VARCHAR2(1) |
| PID | | VARCHAR2(25) |
| TXCOD | | VARCHAR2(1) |
| TAX | | NUMBER(11,2) |
| AUTH | | VARCHAR2(6) |
| MSP_ID | | VARCHAR2(16) |
| SOURCE | | VARCHAR2(1) |

# First Bank/U.S. Bank/Citibank Data

## ACCOUNT OWNER MASTER

| Name | Null? | Type |
|---|---|---|
| DT_STMP | NOT NULL | DATE |
| SOURCE | | VARCHAR2(1) |
| ACCT | NOT NULL | VARCHAR2(16) |
| NAME | | VARCHAR2(25) |
| ALIN1 | | VARCHAR2(36) |
| ALIN2 | | VARCHAR2(36) |
| CITY | | VARCHAR2(25) |
| STATE | | VARCHAR2(2) |
| ZIP | | VARCHAR2(9) |
| WPHONE | | VARCHAR2(10) |
| SVC | | VARCHAR2(2) |
| COMPANY | | VARCHAR2(5) |
| LEVL | | VARCHAR2(35) |
| NAME2 | | VARCHAR2(25) |
| ID_VER | | VARCHAR2(12) |
| CRATE | | VARCHAR2(2) |
| STRANS_LMT | | VARCHAR2(15) |
| TYPE | | VARCHAR2(2) |
| NAF | | VARCHAR2(1) |
| CARD_TYPE | | VARCHAR2(1) |

# First Bank/U.S. Bank/Citibank Data

## CARD HOLDER MASTER

| Name | Null? | Type |
|---|---|---|
| DT_STMP | NOT NULL | DATE |
| SOURCE | | VARCHAR2(1) |
| ACCT | NOT NULL | VARCHAR2(16) |
| NAME | | VARCHAR2(25) |
| ALIN1 | | VARCHAR2(36) |
| ALIN2 | | VARCHAR2(36) |
| CITY | | VARCHAR2(25) |
| STATE | | VARCHAR2(2) |
| ZIP | | VARCHAR2(9) |
| WPHONE | | VARCHAR2(10) |
| SVC | | VARCHAR2(2) |
| COMPANY | | VARCHAR2(5) |
| LEVL | | VARCHAR2(35) |
| NAME2 | | VARCHAR2(25) |
| ID_VER | | VARCHAR2(12) |
| CRATE | | VARCHAR2(2) |
| STRANS_LMT | | VARCHAR2(15) |
| TYPE | | VARCHAR2(2) |
| NAF | | VARCHAR2(1) |
| CARD_TYPE | | VARCHAR2(1) |