IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE**
**ADDITIONAL DOCUMENTS PURSUANT TO AUGUST 24, 2006 ORDER**

Defendant, the United States, respectfully requests leave of the Court to file the attached documents, in supplementation of the filing we made on December 22, 2006, in compliance with ordering paragraph 1(c)(i) of the order dated August 24, 2006. The attached e-mail messages (which we hereby electronically serve upon plaintiff) relate to the Government's retention and production of documents in discovery. We did not identify these documents in time to file them on December 22, primarily because the Defense Supply Center Philadelphia ("DSCP") attorney assigned to this matter was under the misimpression that a separate agreement with plaintiff, concerning discovery to be conducted at DSCP, meant that DSCP need not search or produce certain electronic files unless plaintiff requested them. We emphatically regret this error.

We note that, consistent with our statements to the Court, and with e-mails we have previously produced and filed, the message dated December 16, 2002 from DSCP counsel to the contracting officer and other DSCP personnel (page G-UMS-DSCP-10652) states, "During the week of January 13, [2003,] United Medical will be at DSCP to review all our files/records (for gen[eration] I and gen[eration] II prime vendor contracts)" (emphasis added).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

OF COUNSEL:
KATHLEEN HALLAM
Chief Trial Attorney
Defense Supply Center
Philadelphia

January 29, 2007

CERTIFICATE OF FILING

I certify that on January 29, 2007, the foregoing motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick