**From:** Hallam, Kathleen (DSCP)
**Sent:** Wednesday, December 18, 2002 9:24 AM
**To:** Flatley, Linda (DSCP)
**Cc:** Jennings, James (DSCP); Amendolia, Anthony (DSCP); Kennedy, Donna (DSCP)
**Subject:** RE: United medical record review

UM's request for production of documents was extremely broad and vague. As several requests did not limit the scope, we must provide everything that could come within the request.

-----Original Message-----
**From:** Flatley, Linda (DSCP)
**Sent:** Monday, December 16, 2002 1:03 PM
**To:** Hallam, Kathleen (DSCP)
**Cc:** Jennings, James (DSCP); Amendolia, Anthony (DSCP); Kennedy, Donna (DSCP)
**Subject:** RE: United medical record review

Kathleen,

Are you sure they asked to review all the Gen II contract files? I think they've only indicated an interest in the region they offered on, the Global Central Region, solicitation SP0200-00-R-5001.

Linda F.

-----Original Message-----
**From:** Hallam, Kathleen (DSCP)
**Sent:** Monday, December 16, 2002 11:38 AM
**To:** Jennings, James (DSCP); Flatley, Linda (DSCP); Amendolia, Anthony (DSCP)
**Subject:** United medical record review

During the week of January 13, United Medical will be at DSCP to review all our files/records (for gen I and gen II prime vendor contracts) . The review will occur in the new conference room in legal. As previously stated, all files that are being recalled from the warehouse should be sent directly to legal to my attention. I will pick up united Medical files sometime this week. As the gen II contracts are still open files, I will hold off picking them up until the end of the week of January 7.

**From:** Amendolia, Anthony (DSCP)
**Sent:** Friday, October 17, 2003 4:27 PM
**To:** Galligan, Donna (DSCP); Hallam, Kathleen (DSCP)
**Cc:** Flatley, Linda (DSCP); Jennings, James (DSCP)
**Subject:** RE: United Medical Information

Thanks Donna! I know that was extremely difficult to put together.

-----Original Message-----
**From:** Galligan, Donna (DSCP)
**Sent:** Friday, October 17, 2003 11:25 AM
**To:** Hallam, Kathleen (DSCP)
**Cc:** Amendolia, Anthony (DSCP); Flatley, Linda (DSCP); Jennings, James (DSCP)
**Subject:** United Medical Information

Kathleen,

I have attached all of the lists that you sent me for each of the facilities. I have found in my research that there are call numbers where DSCP would still owe a balance to the vendor. Some of the histories I have show that the funds were/are available in our system for payment. These equate to approximately $37,000. I also have records that show some of the call numbers listed with balances owed have been paid in full. I have annotated each file with the information I could find. I have all of the paperwork that I was able to retrieve on each of these lists if you need it.

I was not aware that there was a requirement to preserve the payment history on this contract. I have saved a database of information available in our system. If there are any other records, I am not aware of them. If you have any questions, my number is listed below. Thank you.

<< File: UM INVOICES4DARNELL.doc >> << File: UMinvoices4ALBURQUERQUE.doc >> << File: UMinvoices4ALTUS.doc >> << File: UM-invoices4BEAUMONT.doc >> << File: UMInvoices4BLISS.doc >> << File: UMinvoices4BROOKE.doc >> << File: UMinvoices4BROOKS-AFB.doc >> << File: UMinvoices4CANNON.doc >> << File: UMinvoices4CORPUSCHRISTI.doc >> << File: UMinvoices4FORTSILL.doc >> << File: UMinvoices4FORTWORTH.doc >> << File: UMinvoices4GALVESTON.doc >> << File: UMinvoices4HOLLOMAN.doc >> << File: UMinvoices4LAUGHLIN.doc >> << File: UMinvoices4RANDOLPH[1].doc >> << File: UMinvoices4SHEPPARD[1].doc >> << File: UMinvoices4TINKER[1].doc >> << File: UMinvoices4VANCE[1].doc >>

*Donna Galligan*
Team Leader
Med/Surge Invoice Team
DSCP-RXM
(215) 737-2194 or DSN 444-2194
Fax: (215) 737-2058
New Email: Donna.Galligan@dla.mil

From: Flatley, Linda (DSCP)
Sent: Wednesday, August 10, 2005 8:30 AM
To: Hallam, Kathleen (DSCP)
Cc: Jennings, James (DSCP)
Subject: FW: United Med

info.

Linda

-----Original Message-----
From: McManus, Stephen (DSCP)
Sent: Wednesday, August 10, 2005 8:21 AM
To: 'Erickson, Cathy, Col, OASD(HA)/TMA'; Rees, Margaret (DSCP); Tillock, Theresa LTCOL (DSCP); Harrington, Christopher COL JMLFDC; Flatley, Linda (DSCP)
Cc: Kincaid, Dianne; Bonner, Debra, CIV, OASD(HA)/TMA; Jennings, James (DSCP); Amendolia, Anthony (DSCP)
Subject: RE: United Med

Cathy - Thanks. If you don't have the data, that's the end of the story. We will need to go back to the facilities and see what we can dig up there.

Maggie/Terry/Linda - It looks like the hope that DMLSS data will be available is a dead end. So we will need to contact the facilities and see what paper records they have retained. This goes back a way but they may still have some on hand. Since the facilities listed are all Army, I think a good starting point would be to contact LTC Earle Smith, who is now the senior procurement executive for MEDCOM. I have his new email address if you need it.

Steve

-----Original Message-----
From: Erickson, Cathy, Col, OASD(HA)/TMA [mailto:Cathy.Erickson@tma.osd.mil]
Sent: Wednesday, August 10, 2005 7:58 AM
To: Harrington, Christopher COL JMLFDC
Cc: Kincaid, Dianne; McManus, Stephen (DSCP); Bonner, Debra, CIV, OASD(HA)/TMA
Subject: RE: United Med

Chris,
I understand that the data is not available in DMLSS for these sites due to their date of conversion onto DMLSS.
I think we need to have a determination on the retention of data on purchases. In the olden days there were requirements to retain acquisition information for over 7 years for some types of purchases and over 50 years for others. Not sure what the current retention requirement is but I think we need to determine that.
This may be another reason that data warehouse has merit.

Also, if any requests come for data in DMLSS, we may need to determine the release of information and who owns the data. Within DoD there are provisions for data to be released for legal cases, but there are other rules that govern the release of information to outside of DoD. In this case, I think that it would require a subpoena to get data from the facilities or from DMLSS. I would like to be notified of any requests that come in that are of this nature.
Thanks,
Cathy

-----Original Message-----
From: Harrington, Christopher COL JMLFDC [mailto:Christopher.Harrington@DET.AMEDD.ARMY.MIL]
Sent: Wednesday, August 10, 2005 4:36 AM
To: Erickson, Cathy, Col, OASD(HA)/TMA
Cc: Kincaid, Dianne
Subject: FW: United Med

Col E,

A former Gen I PV, United Medical Supply, is suing the US for default on PV contract. They allege that at BAMC, Ft Sill and Ft Hood that the Govt did not fulfill their portion of the PV contract. Specifically, the allege that rqns that could have been routed to them via PVI were sent to other PV on credit card.

We were asked if we could retrieve data from DMLSS in support of the claim. As you know, PV data is purged periodically and was from these databases in converting from PV GEN I to PV GEN II.

Bottom Line is that DMLSS does not retain any data that would support the vendor's claim. This may be a discussion topic during next week's IPR.

Chris

---

From: Cole, Bobby R Mr JMLFDC
Sent: Mon 8/8/2005 1:43 PM
To: Harrington, Christopher COL JMLFDC
Cc: Larson, Bob D Mr JMLFDC
Subject: FW: United Med

Per email below, Sites list in Case No: 03-CV-289 (United Medical Supply Company v. The United States) were not on DMLSS during the GEN I contract period. This is no data to retrieve from DMLSS.

Bobby

-----Original Message-----
From: Byrd, Bud B Mr JMLFDC
Sent: Monday, August 08, 2005 1:31 PM
To: Flatley, Linda (DSCP)
Cc: Cole, Bobby R Mr JMLFDC
Subject: RE: United Med

Linda

BAMC, Ft. Sill, and Ft. Hood all were converted after the end of the GEN I contract, therefore DMLSS doesn't have, nor did it generate, any data you are looking for. Sorry.

William (Bud) Byrd
bud.byrd@amedd.army.mil
301) 619-6952
DMLSS Retail PV Coordinator

-----Original Message-----
From: Flatley, Linda (DSCP) [mailto:Linda.Flatley@dla.mil]
Sent: Monday, August 08, 2005 9:43 AM
To: Byrd, Bud B Mr JMLFDC
Subject: RE: United Med

Bud,

Did my recent telephone conversation with Bobby make this OTE?

LF

-----Original Message-----
From: Byrd, Bud B Mr JMLFDC [mailto:Bud.Byrd@DET.AMEDD.ARMY.MIL]
Sent: Monday, August 08, 2005 9:02 AM
To: Flatley, Linda (DSCP)
Subject: RE: United Med

Linda,

What was the contract end date for SP0200-97-D-7133?

William (Bud) Byrd
bud.byrd@amedd.army.mil
(301) 619-6952
DMLSS Retail PV Coordinator

-----Original Message-----
From: Flatley, Linda (DSCP) [mailto:Linda.Flatley@dla.mil]
Sent: Monday, August 08, 2005 8:22 AM
To: Hallam, Kathleen (DSCP); Byrd, Bud B Mr JMLFDC
Cc: Amendolia, Anthony (DSCP); Jennings, James (DSCP)
Subject: FW: United Med
Importance: High

Kathleen,

As you can read from the email string below, with little likely payback, Jim Jennings and Anthony Amendolia are unclear as to what help they can offer. They aren't going to be able to locate credit card receipts at the MTF if the on-site personnel can't locate them.

Mr. Bud Byrd, of the DMLSS staff, should be able to weigh in on the likelihood of finding DMLSS records of "kills," by item and product ID, for contract SP0200-97-D-7133.

Bud,

Is there any information retrievable through DMLSS records? (Likely BAMC is the site Anthony is referring to as the best to visit.)

Linda Flatley

-----Original Message-----
From: Jennings, James (DSCP)
Sent: Thursday, July 21, 2005 5:32 PM
To: Flatley, Linda (DSCP)
Cc: Amendolia, Anthony (DSCP); Jennings, James (DSCP)
Subject: FW: United Med
Importance: High

Linda,

I called Kathleen to see what this means. She said she had volunteered to go and wanted to know if either I and/or Anthony could go. She said there were no dates presently or any information about what we would be looking for outside of proof showing the MTF's were buying outside of the contract.

I discussed this with Anthony. He said he had told Kathleen in the past that there were only a possibility of three MTF's that may have people still there that were present during the Gen I contract and that only one of those facilities may have records that would be relevant. Also, even though they may have records of credit card buys, they would not have records to show that a PV order was placed first, and when the order was killed, the item was bought with a credit card. Knowing this, I'm not sure what we would be looking for.

How should I respond?

JAMES JENNINGS
Contracting Officer
Med/Surg Prime Vendor West Region
Medical Directorate
Defense Supply Center Philadelphia
DSCP-MSAA
(215) 737-4155
James.Jennings@DLA.MIL

-----Original Message-----
From: Hallam, Kathleen (DSCP)
Sent: Monday, July 18, 2005 7:52 AM
To: Jennings, James (DSCP); Amendolia, Anthony (DSCP)
Subject: FW: United Med

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Friday, July 15, 2005 12:08 PM
To: Hallam, Kathleen (DSCP)
Subject: United Med

Attached is a joint status report we've filed, in accordance with Judge Allegra's instructions, proposing a plan for additional discovery through December. (I filed the govt. signature page separately.)
Sorry I never called to confer, but, as it turns out, Broyles doesn't want much more directly from DSCP. But this new plan will require me and my paralegal to conduct rather extensive inqruries at each of the MTFs -- is there anyone at DSCP who can lend a hand?

Kyle
Direct Dial: (202) 616-0476

From: Hallam, Kathleen (DSCP)
Sent: Wednesday, October 26, 2005 2:18 PM
To: Jennings, James (DSCP); Amendolia, Anthony (DSCP)
Cc: 'Kyle.Chadwick@doj.gov'
Subject: FW: United Medical Supply litigation

Attachments: United Medical.xls; Resps to Ps. Other 6-05 RPDs.7.05.pdf

Could one of you forward this email to our POC's at MEDCOM and PASBA as requested by Justice? Also, I will be out of the office from November 3rd til the 21st, so please have POC send responses directly to Kyle Chadwich (Email above) with a copy to me. Thanks

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Tuesday, October 25, 2005 1:38 PM
To: Hallam, Kathleen (DSCP)
Subject: FW: United Medical Supply litigation

Could you please have someone contact MEDCOM and PASBA to see if we can get documents responsive to the attached requests, as discussed below. Thank you.

-----Original Message-----
From: Gary.Egmon@US.ARMY.MIL [mailto:Gary.Egmon@US.ARMY.MIL]
Sent: Tuesday, October 25, 2005 12:32 PM
To: Chadwick, Kyle (CIV)
Cc: Michaelg.Johnson@US.ARMY.MIL
Subject: RE: United Medical Supply litigation

Mr. Chadwick:

With respect to the purchasing documentation (credit card purchase documentation and local contract documents - item 1 from the 21 June response and items 4 and 5 from the 22 June response), any or all of those documents that are available at our Medical Treatment Facilities
(MTF) were identified on the attached spreadsheet. Where documentation existed, they were made available to DOJ personnel for review and to copy.

Items 1, 2 and 3 on the 22 June response: Budget documents normally do not have the level of detail that indicates the DAPA holder or amounts planned to be spent with specific sources of supply. It is unlikely that such historical documents or financial reports would exist today. Any copies of budgets or communication concerning MTF budgets and financial reports must be requested through the MEDCOM Assistant Chief of Staff for Resource Management, COL Daryl Spencer, (210) 221-6410.

Item 2 on the 21 June response: Any statistics concerning occupancy would not be available in logistics channels. Medical Treatment Facility statistics are compiled by the Patient Administration Biostatistics Activity (PASBA), Director, LTC Gregory Swanson, (210) 221-1102. Also, information may be requested from the PASBA website (http://www.pasba.amedd.army.mil/). Select Data Analysis and follow the prompts for requesting information.

Gary
Gary W. Egmon
MEDCOM, ACSLOG
Materiel Financial Management
DSN: 471-8868
COMM: (210) 221-8868
Visit: www.medlogspt.army.mil

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Tuesday, October 25, 2005 9:25 AM
To: Egmon, Gary W Mr MEDCOM HQ
Cc: Johnson, Mike G COL MEDCOM HQ
Subject: RE: United Medical Supply litigation

Thank you. Can you also tell me whether MEDCOM possesses any of the records described in the attached document requests from plaintiff, for the years 1997-2001? If so, we need to produce them.

Kyle Chadwick
Department of Justice
Civil Division
Commercial Litigation Branch
(202) 305-7562

## UNITED MEDICAL

| Activity | Location | Response |
|---|---|---|
| Brooke Army Medical Center (BAMC) | Fort Sam Houston, TX | The DOJ made copies of all prime vendor receipts that BAMC had on hand for FY 00. Explanations of the reports were provided during their visit. BAMC personnel indicated that they had credit card documentation in storage that may include dates prior to the conversion from United Medical. All documents were stored at Bldg 4129 and available to the DOJ upon request. TAMMIS transaction information is available on CD beginning from October 2000 until DMLSS conversion 25 October 2001, but nothing prior. The TAMMIS transaction history does not provide cancellation information from prime vendor in order to support potential credit card purchases that may have been made during the period in question. |
| William Beaumont Army Medical Center (WBAMC) | Fort Bliss, TX | WBAMC has gone through their records looking for United Medical documents. A DOJ attorney came by the WBAMC and jointly looked for documents. Nothing was found. |
| Bayne-Jones Army Community Hospital (BJACH) | Fort Polk, LA | BJACH has no documents or transaction records available for the time period. |
| Darnall Army Community Hospital (DACH) | Fort Hood, TX | Peter Brown forth U.S. Department of Justice hall all their pertinent records. He has all credit card documents that were on a Cannon File Disk. He has had the files copied and will return the disk to DACH. Research has been completed on this end. |
| Evans Army Community Hospital (EACH) | Fort Carson, CO | EACH has no documents or transaction records available for the time period. |
| General Leonard Wood Army Community Hospital (GLWACH) | Fort Leonard Wood, MO | GLWACH has no documents or transaction recordsavailable for the time period. |
| Irwin Army Community Hospital (IACH) | Fort Riley, KS | IACH has no documents or transaction records available for the time period. |
| Reynolds Army Community Hospital (RACH) | Fort Sill, OK | The Department of Justice has copies of all RACH's credit card records. The DOJ has returned the originals to RACH. Research has been completed at RACH. |
| Munson Army Health Clinic (MAHC) | Fort Leavenworth, KS | MAHC has no documents or transaction records available for the time period. |
| Raymond W. Bliss Army Health Center (RWBAHC) | Fort Huachuca, AZ | RWBAHC has no documents or transaction records available for the time period. |

From: Hallam, Kathleen (DSCP)
Sent: Monday, June 27, 2005 2:49 PM
To: Jennings, James (DSCP); Amendolia, Anthony (DSCP); Galligan, Donna (DSCP)
Subject: More UM discovery requests

Attachments: UM's request for docs2.rtf

Attached is another request for documents. This one seeks only documents we possess here at DSCP. You don't have to do anything with this right now, just make sure you save everything you have relative to UM's contract and relative to the subsequent investigation we did trying to determine what, if any, invoices were still outstanding. Documents include electronic files (email, electronic payment records, everything)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff
v.

CASE NO: 03-CV-289
Judge Allegra

THE UNITED STATES, Defendant

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

(June 15, 2005)

**TO Defendant, by and through its attorney,**
**Mr. Kyle Chadwick**
U. S. Department of Justice
1100 L. St., NW
8th Floor
Washington, DC 20530

Pursuant to Court of Federal Claims Rule 34, Plaintiff United Medical Supply Company, Inc. serves the following requests for production of documents for inspection and copying. The documents are to be produced at the offices of Frank L. Broyles shown below at 10 a.m. on July 20, 2005 unless otherwise agreed to by counsel or ordered by the Court.

Request:

1. All documents that evidence any investigation Defendant conducted to determine the amounts owing for the call numbers shown on the attached Exhibit A.
2. All documents showing the amounts owing for the call numbers shown on the attached Exhibit A.
3. All documents that form the basis for any claim by the United States that the United States has paid any portion of the call numbers shown on Exhibit A.
4. All documents that support any claim by the United States that it does not owe the amounts shown on Exhibit A for the call numbers shown on Exhibit A.

Respectfully submitted,

Frank L. Broyles
State Bar No. 03230500
Goins, Underkofler, Crawford & Langdon, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

1

From: Amendolia, Anthony (DSCP)
Sent: Wednesday, October 26, 2005 3:19 PM
To: Hallam, Kathleen (DSCP)
Cc: 'Kyle.Chadwick@doj.gov'; Jennings, James (DSCP)
Subject: RE: United Medical Supply litigation

Kathleen,

I don't know who our POCs at MEDCOM and PASBA (Never of this one before) are? I have not dealt with anyone there concerning United Medical. Are they in this email chain? Do you know if someone else has contacted them on this issue in the past? I would like to help but this one is new to me.

Anthony

-----Original Message-----
From: Hallam, Kathleen (DSCP)
Sent: Wednesday, October 26, 2005 2:18 PM
To: Jennings, James (DSCP); Amendolia, Anthony (DSCP)
Cc: 'Kyle.Chadwick@doj.gov'
Subject: FW: United Medical Supply litigation

Could one of you forward this email to our POC's at MEDCOM and PASBA as requested by Justice? Also, I will be out of the office from November 3rd til the 21st, so please have POC send responses directly to Kyle Chadwich (Email above) with a copy to me. Thanks

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Tuesday, October 25, 2005 1:38 PM
To: Hallam, Kathleen (DSCP)
Subject: FW: United Medical Supply litigation

Could you please have someone contact MEDCOM and PASBA to see if we can get documents responsive to the attached requests, as discussed below. Thank you.

-----Original Message-----
From: Gary.Egmon@US.ARMY.MIL [mailto:Gary.Egmon@US.ARMY.MIL]
Sent: Tuesday, October 25, 2005 12:32 PM
To: Chadwick, Kyle (CIV)
Cc: Michaelg.Johnson@US.ARMY.MIL
Subject: RE: United Medical Supply litigation

Mr. Chadwick:

With respect to the purchasing documentation (credit card purchase documentation and local contract documents - item 1 from the 21 June response and items 4 and 5 from the 22 June response), any or all of those documents that are available at our Medical Treatment Facilities
(MTF) were identified on the attached spreadsheet. Where documentation existed, they were made available to DOJ personnel for review and to copy.

Items 1, 2 and 3 on the 22 June response: Budget documents normally do not have the level of detail that indicates the DAPA holder or amounts planned to be spent with specific sources of supply. It is unlikely that such historical documents or financial reports would exist today. Any copies of budgets or communication concerning MTF budgets and financial reports must be requested through the MEDCOM Assistant Chief of Staff for Resource Management, COL Daryl Spencer, (210) 221-6410.

Item 2 on the 21 June response: Any statistics concerning occupancy would not be available in logistics channels. Medical Treatment Facility statistics are compiled by the Patient Administration Biostatistics Activity (PASBA), Director, LTC Gregory Swanson, (210) 221-1102. Also, information may be requested from the PASBA website (http://www.pasba.amedd.army.mil/). Select Data Analysis and follow the prompts for requesting information.

Gary
Gary W. Egmon
MEDCOM, ACSLOG
Materiel Financial Management
DSN: 471-8868
COMM: (210) 221-8868
Visit: www.medlogspt.army.mil

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Tuesday, October 25, 2005 9:25 AM
To: Egmon, Gary W Mr MEDCOM HQ
Cc: Johnson, Mike G COL MEDCOM HQ
Subject: RE: United Medical Supply litigation

Thank you. Can you also tell me whether MEDCOM possesses any of the records described in the attached document requests from plaintiff, for the years 1997-2001? If so, we need to produce them.

Kyle Chadwick
Department of Justice
Civil Division
Commercial Litigation Branch
(202) 305-7562

From: Hallam, Kathleen (DSCP)
Sent: Monday, June 27, 2005 2:39 PM
To: Jennings, James (DSCP); Amendolia, Anthony (DSCP); Galligan, Donna (DSCP)
Subject: United Medical Request for documents

Attachments: UM's request for doc.doc

Attached is UM's request for documents relative to MTF's purchases. Kindly see to it that the designated purchasing agent at each MTF that was part of the Lone Star region for UM's contract gets a copy of this. Response time July 18th.

Thanks

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff

CASE NO: 03-CV-289

v.

Judge Allegra

THE UNITED STATES, Defendant

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**
(June 21, 2005)

**TO Defendant, by and through its attorney,**
**Mr. Kyle Chadwick**
U. S. Department of Justice
1100L. St.,NW
8th Floor
Washington, DC 20530

Pursuant to Court o Federal Claims Rule 34, Plaintiff, United Medical Supply Company, Inc. serves the following requests for production of documents for inspection and copying. The documents are to be produced at the offices of Frank L. Broyles shown below at 10 a.m. on July 22, 2005 unless otherwise agreed to by counsel or ordered by the Court.

Request:

1. **All documents that evidence purchases by MTFs of DAPA items during the time that United Medical was the prime vendor for the Lone Star Region if such items were purchased by Lone Star Region MTFs from any of the DAPA holders shown on Exhibit A.**

2. **All documents that evidence hospital bed percentage occupancy rates for hospitals at the Lone Star Region's MTFs during the time that United Medical was the prime vendor for the Lone Star Region.**

Respectfully submitted,

. Frank L. Broy]$~s
State Bar No. 03230500
**GOINS, UNDERKOFLER, CRAWFORD**
& LANGDON, **LLF**

1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(2 14) 969-5902 Fax
Attorney for Plaintiff

1