IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO MODIFY JANUARY 9, 2007 ORDER

Pursuant to Rules 6 and 6.1 of the Court's Rules, defendant, the United States, respectfully requests the Court to modify ordering paragraph 2(a) of the order dated January 9, 2007 in two limited respects. These are our first requests to modify this order. Counsel for plaintiff, United Medical Supply Company, states that plaintiff does not oppose this motion.

First, we ask the Court to amend the terms "search query previously provided by plaintiff to defendant," in subparagraph 2(a), and "sample search parameters previously provided by plaintiff," in subparagraph 2(b), to "search methodology agreed between the parties," or substantially similar language. We request this change because the queries that United Medical had "provided" to us, as of January 9, called for the production of card holders' personal identifying information, i.e., names and exact addresses; but the parties have agreed that the Department of Defense, Office of Inspector General ("OIG"), may omit the names and street addresses from the data at this time.

Second, we respectfully request the Court to enlarge by three business days, from today, January 31, 2007, to and including February 5, 2007, the deadline for the Government to provide the search results to plaintiff. The attorney from the Department of Defense, Office of General Counsel, who has been instrumental in facilitating the production of these records from OIG will

be on official travel from now until late in the day on February 2 and has asked that we postpone production, if possible, until he returns to his office and can personally verify that United Medical will receive all of the search results we have agreed to provide.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476

Attorneys for Defendant

January 31, 2007

CERTIFICATE OF FILING

I certify that on January 31, 2007, the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may and others may access it through the Court's system.

s/Kyle Chadwick