# In The United States Court of Federal Claims

No. 03-289C

(Filed: January 31, 2007)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 31, 2007, defendant filed an unopposed motion to modify paragraph 2 of this court's January 9, 2007, order in two respects. First, defendant asks the court to amend the terms of paragraph 2 to reflect changed terms as agreed to by the parties. Second, defendant seeks to enlarge the deadline for compliance with paragraph 2 by three business days. Defendant's motion is hereby **GRANTED**. Accordingly, paragraph 2 of the January 9, 2007, order is amended to read as follows:

2. On or before February 5, 2007, defendant shall:

(a) Complete an initial production of electronic records currently available, to include, but not limited to, Defense Manpower Data Center (DMDC) credit card transaction records generated by a search methodology agreed between the parties;

(b) Run a sample query against the database of credit card records maintained by the Office of Inspector General (OIG), using the sample methodology agreed between the parties, and provide the results of such sample query to plaintiff;

The January 9, 2007, order remains the same in all other respects. On or before February 16, 2007, the parties shall file a joint status report compliant with that order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge