IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6 and 6.1 of the Court's Rules, defendant, the United States, respectfully requests the Court to enlarge by one business day, from February 16 to and including February 20, 2007, the deadline for the joint status report in response to the order dated January 9, 2007. This is our first such request for this filing. Counsel for plaintiff, United Medical Supply Company, states that plaintiff does not oppose this motion.

Plaintiff provided us with a six-page draft statement of its positions for the joint status report on February 15. Undersigned counsel has drafted a response, which currently extends more than six pages. The one-day enlargement may assist the parties to, among other things, narrow our differences and make the joint status report as useful as possible to the Court.

CONCLUSION

Accordingly, we respectfully request the Court to enlarge the deadline for the joint status report by one day, from February 16 to and including February 20, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Donald E. Kinner
JEANNE E. DAVIDSON
Acting Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476

Attorneys for Defendant

February 16, 2007

CERTIFICATE OF FILING

I certify that on February 16, 2007, the attached document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick