# In The United States Court of Federal Claims

No. 03-289C

(Filed: February 23, 2007)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

A status conference will be held in this case on Thursday, March 22, 2007, at 9:00 a.m. (C.S.T.) at the United States District Courthouse, Courtroom No.1809, 1100 Commerce St., Dallas, TX.

On or before March 14, 2007, the parties shall file a joint status report discussing all discovery issues that remain unresolved. It is the expectation of the court that the parties will endeavor in good faith to resolve as many issues as possible prior to filing this status conference.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge