# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

## PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

Plaintiff submits this motion to extend deadline to file joint status report and in support would show the Court as follows:

1. On February 23, 2007, the Court ordered the parties to file a joint status report on or before March 14, 2007.

2. After substantial communication between counsel, both via telephone and email, Plaintiff finalized a draft of the report and submitted it to counsel for Defendant on March 13, 2007.

3. Counsel for Defendant acknowledged receipt and indicated he would need to discuss with new agency counsel on March 14, 2007 but that it appeared reasonable after a first read and that he would be in touch.

4. At 4:30 p.m. on March 14, 2007, Plaintiff's counsel had not received any response from Defendant's counsel, which was quite unusual.

5. Plaintiff's counsel attempted to contact Defendant's counsel by email and telephone, but was unsuccessful.

6. Plaintiff suspects some unusual contingency such as a family emergency or communication problem.

7. Accordingly, Plaintiff requests a one-day extension of the deadline to file either a Joint Status Report or Plaintiff's Status Report.

Signed March 14, 2007.

Respectfully submitted,

s/ Frank L. Broyles
Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy of the foregoing as filed has been served on Kyle Chadwick on March 14, 2007 via the Clerk's electronic service and email.

s/ Frank L. Broyles