# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | CASE NO: 03-CV-289<br><br>Judge Allegra |

## PLAINTIFF'S MOTION TO SUBSTITUTE CORRECTED SIGNATURE PAGE TO JOINT STATUS REPORT

## (UNOPPOSED)

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

On March 15, 2007 Plaintiff electronically filed a joint status report but inadvertently omitted the electronic signature of Plaintiff's counsel. The Joint Status Report with the correct signature page is attached to this motion. Plaintiff requests that the Court enter an order substituting the attached signature page to the Joint Status Report and that it be deemed to have been filed as of March 15, 2007.

Counsel for Defendant is not opposed to this motion.

**Signed March 16, 2007.**

Respectfully submitted,

s/Frank L. Broyles

Frank L. Broyles
TX State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454

Attorney for Plaintiff

Respectfully submitted,

s/Frank L. Broyles
Frank L. Broyles
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0476
Fax: (202) 305-7644

Attorneys for Defendant