# In The United States Court of Federal Claims

No. 03-289C

(Filed: March 28, 2007)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A status conference was held in this case on Thursday, March 22, 2007. Participating in the conference were Franklin L. Broyles, on behalf of plaintiff, and Kyle E. Chadwick, on behalf of defendant. Pursuant to the discussion held therein, and the joint status reports filed on February 20, 2007, and March 15, 2007:

1. The parties agree that plaintiff's pleadings include a negligent estimates claim;

2. Plaintiff shall provide defendant with specific document requests for documents located at the Defense Supply Center Philadelphia (DSCP), including documents subject to outstanding discovery requests served in March 2003 and October 2003. Defendant shall make those documents available for plaintiff's viewing at DSCP, or explain why it has not done so, and plaintiff shall travel to DSCP to view those documents;

3. Plaintiff shall not serve additional requests for written discovery on the medical treatment facilities (MTFs) regarding spoliation;

4. Plaintiff's interrogatories 4, 5, 6, 7, 19, and 20, shall be treated as contention interrogatories, and defendant will stipulate (by responses to requests for admission) that the estimates it previously provided addressed only purchases that were assigned Standard Industrial Code (SIC) 5047, and that it is possible that diverted purchases could have been made under other SICs;

5. For now, plaintiff shall depose only the following individuals regarding the spoliation of relevant evidence in this case:

   (a) Anthony Amendolia, Business Management Specialist, DSCP, and

   (b) Peter Brown, paralegal, U.S. Department of Justice;

6. Remaining discovery shall be completed according to the following schedule:

   (a) On or before April 9, 2007, defendant shall provide plaintiff with Office of Inspector General (OIG) data for fiscal years 1997 through 2001;

   (b)____On or before April 13, 2007, the parties shall file supplemental memoranda explaining the legal framework for the imposition of spoiliation sanctions;

   (c) On or before July 27, 2007, all fact discovery shall close;

   (d) On or before August 31, 2007, the parties shall exchange initial expert reports;

   (e) On or before September 14, 2007, the parties shall exchange rebuttal expert reports, if appropriate;

   (f) On or before October 31, 2007, expert discovery shall close; and

   (g) On or before November 14, 2007, the parties shall file a joint status report indicating how this case should proceed, including a proposed schedule for such proceedings;

7. Plaintiff shall not redepose William Bandy at this time; if, at some future date, plaintiff deems it necessary to redepose Mr. Bandy, plaintiff shall file an appropriate motion with the court seeking leave to conduct this deposition, and shall attach thereto a detailed statement of its proposed deposition topics with its motion; and

8. Plaintiff may serve ten interrogatories in addition to those already served on defendant without seeking leave of the court; if plaintiff wishes to serve further interrogatories, plaintiff shall file an appropriate motion with the court. If either party seeks additional depositions beyond the limit imposed by RCFC 30, the parties shall endeavor in good faith to reach agreement thereto, and shall file an appropriate motion with the court.

The court has, by separate order, consolidated *United Medical Supply Co. v. United States*, No. 07-187C, with this case.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge