IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND MOTION FOR LEAVE TO FILE**
**ADDITIONAL DOCUMENTS PURSUANT TO AUGUST 24, 2006 ORDER**

Defendant, the United States, respectfully requests the Court's leave to file the attached documents, in further compliance with ordering paragraph 1(c)(i) of the order dated August 24, 2006. We made an initial filing of documents in response to paragraph 1(c)(i) on December 22, 2006, and a supplemental filing on January 26, 2007. The attached documents are electronic mail messages that were communicated by Department of Justice ("DOJ") personnel, concerning the Government's retention and production of documents in discovery. They were created between June 2005 and March 2006, and were retrieved from certain archive tapes which our contractors were only recently able to convert to a searchable format. All existing DOJ backup tapes for the relevant time period have now been reviewed. Accordingly, we believe these are the final responsive documents that will be recovered.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:
MICHAEL McGLINCHEY
Chief Trial Attorney
Defense Supply Center
Philadelphia

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

April 11, 2007

CERTIFICATE OF FILING

I certify that on April 11, 2007, the foregoing motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick