From: Chadwick, Kyle (CIV)
Sent: Thursday, June 30, 2005 9:45 AM
To: Brown, Peter (CIV)
Subject: FW: UMS

What's the story w/ Corpus Christi? No docs at all? See below. Thanks again.

-----Original Message-----
From: flbroyles@gucl.com [mailto:flbroyles@gucl.com]
Sent: Wednesday, June 29, 2005 6:09 PM
To: Chadwick, Kyle (CIV)
Subject: RE: UMS

Kyle, one of the things that does not make sense to me on the diversion issue is the purchases by Corpus Christi Naval Hospital. It was the second largest in terms of beds. Its suture purchases alone would have exceeded its actual purchases from United. Are you producing any documents from this MTF? Frank

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Wednesday, June 29, 2005 9:33 AM
To: flbroyles@gucl.com
Subject: RE: UMS

Our document contractor, IKON, informs us that these Canon disks can't be viewed by any currently available machine. Nor can we make copies without first converting to a modern format -- which is why I decided to just go ahead and convert to PDF at our expense to produce the documents, which will include ALL credit card purchases by these three MTFs. We have no way to segregate med/surg purchases in advance of converting the format. If you want to have someone view these Canon disks, I can arrange for that here in Washington, but since we are producing all documents on the disks, I don't see the point.

From: Chadwick, Kyle (CIV)
Sent: Wednesday, June 29, 2005 10:05 AM
To: Brown, Peter (CIV)
Subject: FW: UMS

Sick of me yet? Pls. see below -- What is a Canon disk, exactly?

-----Original Message-----
From: flbroyles@gucl.com [mailto:flbroyles@gucl.com]
Sent: Tuesday, June 28, 2005 5:45 PM
To: Chadwick, Kyle (CIV)
Subject: RE: UMS

Am not sure what you mean by canon format. we have a canon scanner that scans in various formats, including ecopy. Any help you can give me on this. Canon format may work, or it may not. I will check with IT people if you have more info. Thanks, Frank

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Tuesday, June 28, 2005 4:36 PM
To: flbroyles@gucl.com
Subject: RE: UMS

By the way, we are in the process of getting 27 disks of MTF credit card records in "Canon" format converted to PDFs, at a cost of about $250 per disk, which I planned for the govt. to eat. It's time-consuming. If you'd prefer that your client do this and pay for it, you can have the disks or copies.

From: Brown, Peter (CIV)
Sent: Wednesday, July 13, 2005 2:38 PM
To: Chadwick, Kyle (CIV)
Subject: UMS

I'll look it over.
I'd appreciate nit if you'd send Kit & Brooke an email telling them that you need me nearly full time for the next few months, incl. any anticipated travel.
I'm sure Kit won't refuse, but it'll make it easier fro me to turn down conflicting assignments. Thanks for offering.
PB

-----Original Message-----
From: Chadwick, Kyle (CIV)
Sent: Wednesday, July 13, 2005 12:59 PM
To: Brown, Peter (CIV)
Subject: FW: joint status report -- draft

Peter -- the attached, although it is all still being discussed by Frank Broyles and me, reflects the general (big) scope of the discovery efforts anticipated in UMS over the next six months, and the general timetable. I will handle conferring with Debbie Thompson, but I will need (hope for! beg for!) significant help with gathering the rest of it. Any thoughts, input, or advice for me at this point? As I said, if you feel it's appropriate, I'm certainly willing to go back to Brooke and Kit and treat this as essentially a new request for aid. Thanks again.

-----Original Message-----
From: flbroyles@gucl.com [mailto:flbroyles@gucl.com]
Sent: Tuesday, July 12, 2005 12:22 PM
To: Chadwick, Kyle (CIV)
Subject: joint status report -- draft

Kyle, here is my draft of the joint status report with exhibits. I am attaching in pdf, but will send in Word if you want. Obviously all of this is open for discussion. The Fort Hood credit card data is quite interesting. For some reason much of the routine med/surg stuff was purchased from one of United Medical's largest competitors.

I will be out of the office tomorrow, but give me a call when you have had a chance to review.

thanks, frank

From: Chadwick, Kyle (CIV)
Sent: Monday, July 18, 2005 9:58 AM
To: Brown, Peter (CIV)
Subject: FW: United Med

FYI -- help avail. from DSCP (maybe).

-----Original Message-----
From: Kathleen.Hallam@dla.mil [mailto:Kathleen.Hallam@dla.mil]
Sent: Monday, July 18, 2005 7:55 AM
To: Chadwick, Kyle (CIV)
Subject: RE: United Med

I forwarded email to Jim Jennings and Anthony Amendolia. I can help but preferably not til Sept as I will be out most of first two weeks of Aug and will be only person in my section until the end of Aug due to vacation schedules. However, if that is the only available time to review documents I can help except during the first two weeks of August. Hopefully Anthony might have some available time

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Friday, July 15, 2005 12:08 PM
To: Hallam, Kathleen (DSCP)
Subject: United Med

Attached is a joint status report we've filed, in accordance with Judge Allegra's instructions, proposing a plan for additional discovery through December. (I filed the govt. signature page separately.) Sorry I never called to confer, but, as it turns out, Broyles doesn't want much more directly from DSCP. But this new plan will require me and my paralegal to conduct rather extensive inquriies at each of the MTFs -- is there anyone at DSCP who can lend a hand?

Kyle
Direct Dial: (202) 616-0476

From: Chadwick, Kyle (CIV)
Sent: Monday, August 15, 2005 3:41 PM
To: Brown, Peter (CIV)
Subject: FW: United Medical v. U.S.

I take it the answer is no?

-----Original Message-----
From: flbroyles@gucl.com [mailto:flbroyles@gucl.com]
Sent: Monday, August 15, 2005 3:39 PM
To: Chadwick, Kyle (CIV)
Subject: RE: United Medical v. U.S.

Kyle, received the 36 CDs, is there any index that goes with them? Thanks, Frank

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Wednesday, July 06, 2005 11:24 AM
To: flbroyles@gucl.com
Subject: RE: United Medical v. U.S.

Frank, this looks generally unobjectionable in principle, and it lays out what we need to discuss. But we obviously still need to discuss things like specific dates and deadlines, number of interrogatories to be answered, priority of production (since it simply can't all be done at once), etc., etc. Also, I just can't agree in advance to "30(b)(6) -es" unless I know the exact topics, so that they won't expand and surprise us over time....

**From:** Chadwick, Kyle (CIV)
**Sent:** Wednesday, September 21, 2005 2:33 PM
**To:** Brown, Peter (CIV)
**Subject:** FW: UMS

**Attachments:** Order 9.20.05 setting 10.05 JSR.pdf

*Peter, can you brief me on where we stand? I have made e-mail contact with some knowledgeable people from Medcom, but I've gotten no response yet to my request for electronic records.*

---

**From:** Chadwick, Kyle (CIV)
**Sent:** Wednesday, September 21, 2005 9:55 AM
**To:** 'Kathleen.Hallam@dla.mil'; Brown, Peter (CIV)
**Subject:** UMS

Please see the attached order. We are now under significant pressure to locate and produce the remaining MTF documents and answer the interrogatories. The outcome will not be good if we haven't made considerable progress by mid-Oct.

Order 9.20.05 setting 10.05 JS...

# In The United States Court of Federal Claims

No. 03-289C

(Filed: September 20, 2005)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On September 15, 2005, the parties submitted a joint status report indicating that many of the objectives proposed in their July 14, 2005, status report remain incomplete. Accordingly, on or before October 17, 2005, the parties shall file an additional joint status report. The court expects that this status report will detail significant progress towards completing document production with respect to the other medical treatment facilities, as directed in the court's order of August 2, 2005.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge

**From:** Chadwick, Kyle (CIV)
**Sent:** Monday, October 03, 2005 3:06 PM
**To:** Brown, Peter (CIV)
**Subject:** UMS discov resps

**Attachments:** JSR Exh. B -7-05.pdf

Could you give me an update sometime this week re: where we stand regarding answers to the supp. interrog. re: document custodians? Thx

JSR Exh. B -7-05.pdf (44 KB)

**From:** Brown, Peter (CIV)
**Sent:** Thursday, October 06, 2005 2:33 PM
**To:** Chadwick, Kyle (CIV)
**Subject:** RE: UMS discov resps

I've made progress with my draft of answers. I need a list of the 19 posts. I am planning to call Mr Amendolia to get more custodian names & numbers. OK if I call him? Thanks, PB

---

**From:** Chadwick, Kyle (CIV)
**Sent:** Monday, October 03, 2005 3:06 PM
**To:** Brown, Peter (CIV)
**Subject:** UMS discov resps

Could you give me an update sometime this week re: where we stand regarding answers to the supp. interrog. re: document custodians? Thx

<< File: JSR Exh. B -7-05.pdf >>

**From:** Brown, Peter (CIV)
**Sent:** Tuesday, October 18, 2005 9:49 AM
**To:** Chadwick, Kyle (CIV)
**Subject:** RE: UMS -- could you pls. draft a declaration

Sure. Thanks for the sample.

---

**From:** Chadwick, Kyle (CIV)
**Sent:** Tuesday, October 18, 2005 9:48 AM
**To:** Brown, Peter (CIV)
**Subject:** UMS -- could you pls. draft a declaration

explaining our (your) search efforts and the negligible results, in some detail, for our report to the court Mon. Attached is an example on another subject. Thanx

<< File: Declaration for Enlarg Motn .wpd >>

**From:** Chadwick, Kyle (CIV)
**Sent:** Monday, November 28, 2005 12:43 PM
**To:** 'Kathleen.Hallam@dla.mil'
**Cc:** Brown, Peter (CIV)
**Subject:** United Medical

**Attachments:** Order 11-18-05 re Stat Con issues.pdf

Please see the attached order concerning matters to be discussed at the in-person status conference scheduled for next Monday in Dallas. In light of the court's obvious concerns, to the extent we have, or know about, any documents that remain to be produced, we should produce them as soon as possible. (This includes documents relating to DSCP's efforts to track the allegedly unpaid calls.)

Order 11-18-05 re
Stat Con iss...

**From:** Chadwick, Kyle (CIV)
**Sent:** Tuesday, January 10, 2006 1:16 PM
**To:** Holton, Carl (CIV)
**Subject:** RE: United Medical v. US

*Carl -- Thanks again for the great detective work. It's become urgent that I get some idea today or tomorrow what sort of records we are likely to be able to get our hands on.... Does someone owe you a callback? Is there someone I can call or get together with you on the phone with?*

**From:** Holton, Carl (CIV)
**Sent:** Monday, March 13, 2006 8:46 AM
**To:** Chadwick, Kyle (CIV)
**Subject:** RE: United Medical

I can and will call today if it is not too late for you.

Carl Holton
(202) 514-6823

---

**From:** Chadwick, Kyle (CIV)
**Sent:** Friday, March 10, 2006 11:30 AM
**To:** Holton, Carl (CIV)
**Subject:** United Medical

Carl, do you have any time today to call our contact at DFAS (whose name I forget) and politely ask what progress he may have made in getting those IMPAC card records from Bank of America? I'd like to call but I'm just swamped today.

**From:** Holton, Carl (CIV)
**Sent:** Thursday, March 16, 2006 3:31 PM
**To:** Chadwick, Kyle (CIV)
**Subject:** United Medical

Greg Plasters called back, he left a message informing me that he has sent a couple of e-mails to his computer people in California and not received a reply. He will let me know just as soon as he hears anything from them.

Carl Holton
Paralegal Specialist
DOJ/Civil/National Courts
(202) 514-6823

From: Kathleen.Hallam@dla.mil
Sent: Monday, March 20, 2006 10:33 AM
To: Chadwick, Kyle (CIV)
Subject: RE: United Medical

I forwarded message to my POC at DLA HQ. He knows a lot of important people. Maybe he can help.

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Thursday, March 16, 2006 6:03 PM
To: Hallam, Kathleen (DSCP)
Subject: FW: United Medical

Do you know of any way to light a fire under the people at DFAS who are supposed to be helping us recover credit card records? Our contact is Greg Plasters, Gregory.Plasters@aca.army.mil (703) 681-0371 He has been pleasant, but he doesn't seem to be able to get much cooperation.

From: Holton, Carl (CIV)
Sent: Thursday, March 16, 2006 3:31 PM
To: Chadwick, Kyle (CIV)
Subject: United Medical

Greg Plasters called back, he left a message informing me that he has sent a couple of e-mails to his computer people in California and not received a reply. He will let me know just as soon as he hears anything from them.

Carl Holton
Paralegal Specialist
DOJ/Civil/National Courts
(202) 514-6823

**From:** Chadwick, Kyle (CIV)
**Sent:** Monday, March 27, 2006 3:46 PM
**To:** 'mark.barta@dfas.mil'
**Subject:** FW: United Medical v. US

**Attachments:** Contract --Shows MTF delivery points.pdf

---

**From:** Holton, Carl (CIV)
**Sent:** Monday, March 13, 2006 1:43 PM
**To:** 'Gregory.Plasters@aca.army.mil'
**Cc:** Chadwick, Kyle (CIV)
**Subject:** United Medical v. US

As promised, Copy of contract listing the medical facilities in question. Please attempt to obtain spending list of IMPAC Card holders for the listed facilities from January 1996 through the October 2001. Specifically we are needed transaction records not only from the banks but from the facilities individually as part discovery action in the case; United Medical v. United States, Fed. Cl. No. 03-289. We need to inform the judge by Friday as to our progress so please get back to me with any information you can provide by Thursday, January 12, 2006.

If this does not make it through I have also faxed a copy of the contract. Please get back to me or the Kyle the attorney on the case. Thanks.

Carl Holton
Paralegal Specialist
DOJ/Civil/National Courts
(202) 514-6823

From: Chadwick, Kyle (CIV)
Sent: Monday, March 20, 2006 2:26 PM
To: 'Kathleen.Hallam@dla.mil'
Subject: RE: United Medical

Our DFAS contact, Greg Plasters, 703-325-9518, told my paralegal that he has gotten at least some credit card records from the bank, but that he wants to DELETE SOME INFO before producing it to me. Could you contact him? I think he needs to hear from within DoD that we need every bit of the info, including names and products purchased. He may be thinking of the Privacy Act, but all the Privacy Act requires is that we get a protective order -- which I think we already have -- before releasing it to plaintiff. We can redact things for production if necessary, but that should be your and my call, not his.