# In the United States Court of Federal Claims

**03-289C**

**Filed: April 13, 2007**

**UNITED MEDICAL SUPPLY CO., INC.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 volume)**
**Held in Dallas, Texas**
**March 22, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.