**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, Defendant | |

**PLAINTIFF'S STATUS REPORT**
**MAY 29, 2007**

TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:

Pursuant to the Court's directive to advise it if the DSCP documents had not been located on or before May 25, 2007, Plaintiff files this status report since there remain documents that either have not been located or determined not to exist.

DSCP has made very substantial progress in locating the previously unlocated documents. These newly located documents have been produced to Plaintiff's counsel either by hard copy or email attachments. DSCP has determined that some of the responsive documents no longer exist.

It appears to Plaintiff's counsel that Mr. Mike McGlinchey, DSCP counsel assigned to the task, is pursuing the effort with extreme diligence. No estimated date for completion has been provided to Plaintiff, however, it should not be much longer.

Signed May 29, 2007.

Respectfully submitted,

s/ Frank L. Broyles

Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

A copy of the foregoing as filed has been served on Kyle Chadwick on May 29, 2007 *via* the Clerk's electronic service.

s/ Frank L. Broyles