# In The United States Court of Federal Claims

No. 03-289C

(Filed: June 12, 2007)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On or before June 14, 2007, the parties shall electronically file with the court a transcript of Peter Brown's deposition testimony, including all related exhibits.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge