# In The United States Court of Federal Claims

No. 03-289C

(Filed: June 12, 2007)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Earlier today the court issued an order requiring the parties, on or before June 14, 2007, to file electronically a transcript of Peter Brown's deposition testimony, including all related exhibits. To the extent that the deposition of Anthony Amendolia has already been conducted and the transcript is available, the parties shall also file, on or before June 14, 2007, a transcript of his deposition testimony, including all related exhibits. If that deposition has not occurred or if the transcript has not yet been received, the parties shall indicate as much in the notice accompanying the filing of the Peter Brown transcript and associated materials.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge