IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY INC., | ) | |
| | ) | |
| v. | ) | No. 03-289C |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |

DECLARATION OF PETER BROWN

1. I, Peter Brown, am a paralegal with the U. S. Department of Justice.

2. In mid March 2005, I contacted **Anthony Amendolia**, Case Manager, New Initiatives Section, Philadelphia, PA, to inquire whether any DoD medical treatment facilities (MTFs) named by plaintiff in this lawsuit currently possessed any documents in paper or electronic form relevant to this matter. He, in turn, supplied the names and telephone numbers of eight Supply Officers at eight MTFs that might currently possess such documents. He said that no other MTFs had any documents relevant to this lawsuit.

3. The MTF Supply Officers he supplied are:

**Oscar Molinar**, COR, Deputy Chief of Medical Material, William Beaumont Army Medical Center, Ft. Bliss, Biggs Army Air Field, Bldg 11156, El Paso, TX.

**Mike David**, Brooke Army Medical Center MCHE-LO, Room L44-4, 3851 Roger Brooke Drive, Ft. Sam Houston, TX.

[redacted]

**Debbie Thompson**, Deputy Chief of Medical Materiel, San Antonio, TX, Department of the Army, Attn: MCHE-LOB 3851 Roger Brooke Dr., Bldg. 3600, Sam Houston.

**Bruce Christie**, Deputy Chief of Medical Material, Ft. Sill, OK.

**Maria Trevino**, Buyer, Corpus Christi, TX.

**Debra White**, Medical Supply Officer, Darnell Army Medical Center, Ft. Hood, TX.

(Not one of the 19 MTFs ) **Cliff Sanger**, Medical Supply Officer, USA MEDDAC - Ft. Huachuca, Raymond W. Bliss Army Health Center, 45022 Winrow Ave. Ft. Huachuca, AZ 85613-7040.

4. I contacted the Supply Officers above. The following MTFs currently possessed documents related to this matter:

**Debbie Thompson**, Deputy Chief of Medical Materiel - San Antonio, TX, Department of the Army- Attn: MCHE-LOB 3851 Roger Brooke Dr., Bldg. 3600, Sam Houston, TX. 4 boxes.

**Bruce Christie**, Deputy Chief of Medical Material - Ft. Sill, OK. 2 boxes.

**Debra White**, Medical Supply Officer, Darnell Army Medical Center, Ft. Hood, TX. 3 boxes.

5. In April, May, and June, 2005, I traveled to those three MTFs, reviewed the documents, and obtained electronic images of the relevant ones.

6. I personally duplicated the images and mailed one copy of them to plaintiff's counsel.

7. In September, 2005, I traveled to Dallas, TX to review documents belonging to CIT in the possession of the **Patton, Boggs** law firm. I reviewed eleven large boxes of documents for relevancy, and had electronic images made of them all.

8. I am currently duplicating the images and will mail one copy of them to plaintiff's counsel.

9. I believe I have sought and found and copied all relevant discovery documents that currently exist.

10. Upon penalty of perjury under 28 U.S.C. § 1746, I declare that the foregoing is true and correct to the best of my knowledge and belief.

Peter Brown by Kyle Chapman

Peter Brown

Dated: 10/24/05