[redacted]

| MTF | Affiant | First Knowledge | Retention Reference | Retention Time | Comments |
|---|---|---|---|---|---|
| WBAMC | Oscar Molinar | Fall 2002 | AR 25-400-2 | 2 years | All records destroyed |
| BAMC | Debra A. Thompson | Fall 2002 | DoD FMR Vol 1 | Cc records to be retained 6 yrs 3 mo.<br>AR 25-400-2 | DOJ collected PV files in Feb 2005. Credit card files she thought were destroyed were found in June 2006. Being held pending further instruction.<br>**These records not produced to Plaintiff** |
| Reese AFB | Sharlotte Terry | May 23, 2006 | | | Everything destroyed in 1998 |
| Laughlin AFB | William Marchand | May 2006 | | | Notes general reference from Amendolia; Docs boxed but apparently not marked for preservation, so destroyed in October 2005. No guidance on how to handle records pertaining to a dispute, so probably why pre March 2001 records are gone. |
| Sheppard AFB | Terry Steele | Amendolia email 2002 | FAR 4.805(b)(10) | 12 months | All docs destroyed. |
| Ft Sill | Bruce Christie | Oct 1, 2002 | AR 25-400-2 | 2 years | Only additional communication, May 2005<br>Still has some records<br>References attached email, email not attached.<br>**Ft Sill docs not provided to Plaintiff** |
| WBAMC | Lynn Nelson | March 2003 | n/a | 2 years | Visited by DOJ representative who advised that UMS records were useless so they were destroyed. No instruction not to destroy |
| Bliss Army Health Ctr | Cliff Songer | About January 2005 of notice of claim and lawsuit | References only current retention policy. | 6 yrs 3 mo for some, 3 yrs for other | Believes predecessor may have original notice of claim, but Songer has been in position since 2001.<br>All records destroyed for periods prior to June 2003 |
| Ft Hood | Judy Tyler | October 2005 | | 3 yrs | No docs destroyed. Neglected to destroy, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | all encompassing destruction freeze in 2004.<br>**Only credit card records produced to Plaintiff** |
| Corpus Navy | Maria M Trevino | May 10, 2006 | | 3 yrs | All records have been destroyed. Totally unaware of lawsuit.<br>Destruction years ago, so specific date not given |
| Tinker AFB | Jennifer Crosby | May 10, 2006 | | | Has quite a few records moved to secure location .<br>Substantial records destroyed in 2004 and 2005<br>**Remaining records have not been produced to Plaintiff** |
| Randolph AFB | Kenneth Chapman | May 10, 2006 | | 6 yrs 3 mo | Destroyed by shredding for fiscal years 1999 and before<br>**Remaining records have not been produced to Plaintiff** |
| Altus AFB | Jesse Schrunk | May 10, 2006 | | 3 years | All docs have been destroyed |
| Goodfellow AFB | Angela Yuhas | May 11, 2006 | https://afrims.amc. Af mil | 6 yrs 3 mo. | Records prior to Oct 1, 1999 were destroyed in 2004 and 2005<br>**Remaining records have not been produced to Plaintiff** |
| Cannon AFB | Mark Sabroski | May 16, 2006 | 04 R 13.00 | 6 yrs 3 mo | Found potentially relevant records for period March 1999 thru 2001<br>Records before 1999 probably shredded<br>**These documents have not been produced to Plaintiff.** |
| Air Force Legal | John Terra | May 18, 2006 | n/a | n/a | |
| Dallas NAS | Julia Hatch | May 19, 2006 | | | No person with personal knowledge |
| Holloman AFB | Winston Massey | May 19, 2006 | | IMPAC records destroyed 1 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | year after final payment | |
| Dyess AFB | Dwayne Baca | May 23, 2006 | FAR 4.805 | various | |
| Vance AFB | Mark Green | May 25, 2006 | RIMS T41-04R13.00<br>AF Manual 37-123<br>AF Instruction 41-209<br>AF Instruction 64-117 | 6 yrs 3 mo.<br>3 years for cc records if maintained separately | Investigated and does not appear there was prior knowledge or efforts made to preserve |
| Brooks AFB | Marc Tawil | May 30, 2006 | AFI 41-209; Chapter 3.39.2 | 6 yrs 3 months | 5 pallets of IMPAC records found for period 1997 – 2006.<br>Would not destroy records if aware of claim or lawsuit.<br>**These documents have not been produced to Plaintiff.** |