IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 03-289C |
| v. | ) (Judge Allegra) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S STATUS REPORT REGARDING DISCOVERY

Defendant, the United States, respectfully submits this report pursuant to the Court's order dated October 17, 2005.

The Government has made "significant progress toward completing document production" in accordance with the Court's order dated September 20, 2005, regarding plaintiff's motion to compel, although more may remain to be accomplished. Unfortunately for both parties, the substantial progress made in our diligent search for documents has resulted in our locating and producing relatively few additional documents responsive to United Medical Supply's discovery requests. The absence of documents does not reflect an absence of progress in the search.

A senior Department of Justice paralegal, Peter Brown, is assigned to coordinate the search for medical treatment facility ("MTF") records, under the supervision of undersigned Government counsel. As Mr. Brown describes in his attached declaration, he contacted seven supply personnel who collectively are knowledgeable about all or virtually all of the MTFs at issue (certainly about all of the larger facilities). Mr. Brown

[redacted] 56

requested records in accordance with the parties' joint status report dated July 15, 2005. He learned of responsive materials at three Army facilities: Brooke Army Medical Center, in San Antonio, Texas; Fort Hood, in Central Texas; and Fort Sill, in Oklahoma. The Government provided United Medical electronic copies of all of these responsive MTF documents in July and August 2005.

In addition, in September 2005, the Government sent Mr. Brown to Dallas, Texas, to review and arrange for the copying of records produced by United Medical's lender, CIT Group Inc., in response to a subpoena served by plaintiff. The CIT documents (11 large boxes) are still being duplicated and should be provided to plaintiff's counsel this week.

Furthermore, undersigned counsel directly contacted the Army Medical Command ("MEDCOM") for assistance in locating any MTF credit card records and other responsive records. As noted in the attached e-mail dated October 21, 2005 from a MEDCOM accounting contractor, upon behalf of Col. Michael Johnson of that command, MEDCOM's separate search of the 10 Army MTFs in the Southwest region uncovered no new responsive documents. MEDCOM further reports that in recent years, it has adopted a new electronic data storage system, and no budgeting or spending data from the period of contract performance (1997-2001) reside in the

current system. Undersigned counsel intends to follow up with MEDCOM for additional details.

In the course of the Government's search, Deborah Thompson, the Deputy Chief of Medical Materiel at Brooke Army Medical Center, discovered that several boxes that were thought to contain the records of credit card transactions for one or more Army MTFs at issue cannot be located, and are presumed to have been destroyed in the course of routine deaccession approximately two years ago. Ms. Thompson reported this to undersigned counsel on October 17, 2005. Although no one can say how useful those documents might have been to the parties, the Government regrets this apparent accidental destruction of potentially probative documents and recognizes its obligation to explain the circumstances to plaintiff in greater detail.

We further acknowledge the need to respond to pending interrogatories - which we had hoped to answer based upon financial data found in our search for responsive records - by explaining specifically why we cannot perform the calculations desired by plaintiff, absent 1997-2001 financial data. We will also continue to search out and canvass contacts within the military services for potentially responsive documents.

We frankly have no reason to expect that any substantial number of such documents will be located. The sheer number of

documents produced should not be the litmus test, however, of the adequacy of defendant's search.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/
DAVID M. COHEN
Director

s/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 24, 2005

CERTIFICATE OF FILING

I certify that on October 24, 2005, the foregoing status report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY INC., | ) | |
| | ) | |
| v. | ) | No. 03-289C |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |

DECLARATION OF PETER BROWN

1. I, Peter Brown, am a paralegal with the U. S. Department of Justice.

2. In mid March 2005, I contacted **Anthony Amendolia**, Case Manager, New Initiatives Section, Philadelphia, PA, to inquire whether any DoD medical treatment facilities (MTFs) named by plaintiff in this lawsuit currently possessed any documents in paper or electronic form relevant to this matter. He, in turn, supplied the names and telephone numbers of eight Supply Officers at eight MTFs that might currently possess such documents. He said that no other MTFs had any documents relevant to this lawsuit.

3. The MTF Supply Officers he supplied are:

**Oscar Molinar**, COR, Deputy Chief of Medical Material, William Beaumont Army Medical Center, Ft. Bliss, Biggs Army Air Field, Bldg 11156, El Paso, TX.

**Mike David**, Brooke Army Medical Center MCHE-LO, Room L44-4, 3851 Roger Brooke Drive, Ft. Sam Houston, TX.

**Debbie Thompson**, Deputy Chief of Medical Materiel, San Antonio, TX, Department of the Army, Attn: MCHE-LOB 3851 Roger Brooke Dr., Bldg. 3600, Sam Houston.

**Bruce Christie**, Deputy Chief of Medical Material, Ft. Sill, OK.

**Maria Trevino**, Buyer, Corpus Christi, TX.

**Debra White**, Medical Supply Officer, Darnell Army Medical Center, Ft. Hood, TX.

(Not one of the 19 MTFs ) **Cliff Sanger**, Medical Supply Officer, USA MEDDAC - Ft. Huachuca, Raymond W. Bliss Army Health Center, 45022 Winrow Ave. Ft. Huachuca, AZ 85613-7040.

4. I contacted the Supply Officers above. The following MTFs currently possessed documents related to this matter:

**Debbie Thompson**, Deputy Chief of Medical Materiel - San Antonio, TX, Department of the Army- Attn: MCHE-LOB 3851 Roger Brooke Dr., Bldg. 3600, Sam Houston, TX. 4 boxes.

**Bruce Christie**, Deputy Chief of Medical Material - Ft. Sill, OK. 2 boxes.

**Debra White**, Medical Supply Officer, Darnell Army Medical Center, Ft. Hood, TX. 3 boxes.

5. In April, May, and June, 2005, I traveled to those three MTFs, reviewed the documents, and obtained electronic images of the relevant ones.

6. I personally duplicated the images and mailed one copy of them to plaintiff's counsel.

7. In September, 2005, I traveled to Dallas, TX to review documents belonging to CIT in the possession of the **Patton, Boggs** law firm. I reviewed eleven large boxes of documents for relevancy, and had electronic images made of them all.

8. I am currently duplicating the images and will mail one copy of them to plaintiff's counsel.

9. I believe I have sought and found and copied all relevant discovery documents that currently exist.

10. Upon penalty of perjury under 28 U.S.C. § 1746, I declare that the foregoing is true and correct to the best of my knowledge and belief.

Peter Brown by Kyle Chapel

Peter Brown

Dated: 10/24/05

**Chadwick, Kyle (CIV)**

| | |
|---|---|
| **From:** | Gary.Egmon@US.ARMY.MIL |
| **Sent:** | Friday, October 21, 2005 5:00 PM |
| **To:** | Chadwick, Kyle (CIV) |
| **Cc:** | Anthony.Whaley@US.ARMY.MIL; Thomas.S.Hines@US.ARMY.MIL; Earle.Smith@US.ARMY.MIL; Michaelg.Johnson@US.ARMY.MIL |
| **Subject:** | RE: United Medical Supply litigation |
| **Importance:** | High |
| **Attachments:** | United Medical.xls |

United Medical.xls
(23 KB)

Mr. Chadwick:

In response to your request for data from COL Johnson, MEDCOM has completed a data call to our activities that may have had United Medical as their prime vendor during the time in question. No records reside on their automated management systems. Over the last several years, MEDCOM activities have transitioned to a different automated system. Those activities that did have hard copies or disk files have already been contacted by the DOJ and provided any documents that were available. Attached is a spreadsheet that details the results of this data call.

Gary
Gary W. Egmon
MEDCOM, ACSLOG
Materiel Financial Management
DSN: 471-8868
COMM: (210) 221-8868
Visit: www.medlogspt.army.mil

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Monday, September 12, 2005 12:29 PM
To: Johnson, Mike G COL MEDCOM HQ
Cc: Whaley, Anthony K LTC MEDCOM HQ; Hines, Thomas S MAJ MEDCOM HQ; Egmon, Gary W Mr MEDCOM HQ; Smith, Earle LTC HCAA
Subject: United Medical Supply litigation

Thank you again for your interest in assisting me. Has there been any progress in identifying data sources?

## UNITED MEDICAL

| Activity | Location | Response |
|---|---|---|
| Brooke Army Medical Center (BAMC) | Fort Sam Houston, TX | The DOJ made copies of all prime vendor receipts that BAMC had on hand for FY 00. Explanations of the reports were provided during their visit. BAMC personnel indicated that they had credit card documentation in storage that may include dates prior to the conversion from United Medical. All documents were stored at Bldg 4129 and available to the DOJ upon request. TAMMIS transaction information is available on CD beginning from October 2000 until DMLSS conversion 25 October 2001, but nothing prior. The TAMMIS transaction history does not provide cancellation information from prime vendor in order to support potential credit card purchases that may have been made during the period in question. |
| William Beaumont Army Medical Center (WBAMC) | Fort Bliss, TX | WBAMC has gone through their records looking for United Medical documents. A DOJ attorney came by the WBAMC and jointly looked for documents. Nothing was found. |
| | | |
| Bayne-Jones Army Community Hospital (BJACH) | Fort Polk, LA | BJACH has no documents or transaction records available for the time period. |
| Darnall Army Community Hospital (DACH) | Fort Hood, TX | Peter Brown forth U.S. Department of Justice hall all their pertinent records. He has all credit card documents that were on a Cannon File Disk. He has had the files copied and will return the disk to DACH. Research has been completed on this end. |
| Evans Army Community Hospital (EACH) | Fort Carson, CO | EACH has no documents or transaction records available for the time period. |
| General Leonard Wood Army Community Hospital (GLWACH | Fort Leonard Wood, MO | GLWACH has no documents or transaction recordsavailable for the time period. |
| Irwin Army Community Hospital (IACH) | Fort Riley, KS | IACH has no documents or transaction records available for the time period. |
| Reynolds Army Community Hospital (RACH) | Fort Sill, OK | The Department of Justice has copies of all RACH's credit card records. The DOJ has returned the originals to RACH. Research has been completed at RACH. |
| | | |
| Munson Army Health Clinic (MAHC) | Fort Leavenworth, KS | MAHC has no documents or transaction records available for the time period. |
| Raymond W. Bliss Army Health Center (RWBAHC) | Fort Huachuca, AZ | RWBAHC has no documents or transaction records available for the time period. |

D. Thompson email 10-17-05 -- lost dox No.2

From: Debra.Thompson@CEN.AMEDD.ARMY.MIL
Sent: Monday, October 17, 2005 6:34 PM
To: Chadwick, Kyle (CIV)
Subject: RE: Sorry this comes so late!

The boxes contained all the records of credit card purchases that were made during the United Medical contract period. Not sure it would have helped, but we were planning to provide.

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Monday, October 17, 2005 3:02 PM
To: Thompson, Debra A BAMC-Ft Sam Houston
Subject: RE: Sorry this comes so late!

[redacted]

D. Thompson email 10-17-05 -- lost dox No.1

From: Debra.Thompson@CEN.AMEDD.ARMY.MIL
Sent: Monday, October 17, 2005 2:51 PM
To: Chadwick, Kyle (CIV)
Cc: Jennifer.cradier@amedd.army.mil
Subject: Sorry this comes so late!

Kyle I must apologize when we sent the NCOIC to pick up the boxes in order to prepare for shipment and they were unable to locate and no one knows what happened to them. It is suspected that someone destroyed the material about two years ago. Once again, I apologize.

-----Original Message-----
From: Kyle.Chadwick@usdoj.gov [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Wednesday, October 12, 2005 11:49 AM
To: Thompson, Debra A BAMC-Ft Sam Houston
Subject: Sorry this comes so late!

[redacted]