1. Ft. Hood
Name of Record Custodian:_Debra White_____; Title of Record Custodian:__Medical Supply Officer_____
Business Address of Record Custodian:__Darnall Army Community Hospital, Bldg 36000, Room 0002, Fort Hood TX 76544-5063_
Custodian of Records in Categories ##_all__
For the Period: __all relevant years__

2. Ft. Sam Houston
Name of Record Custodian:___Debbie Thompson___; Title of Record Custodian:____Deputy Chief of Medical Materiel_
Business Address of Record Custodian:___Department of the Army - Attn: MCHE-LOB, 3851 Roger Brooke Dr., Bldg. 3600, Ft. Sam Houston, TX 78234-6200
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

3. Ft. Bliss
Name of Record Custodian:__**Oscar Molinar**__; Title of Record Custodian:_Deputy Chief of Medical Material ____
Business Address of Record Custodian:____William Beaumont Army Medical Center, Ft. Bliss - Biggs Army Air Field, Bldg 11156, El Paso, TX
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

Name of Record Custodian:__**Bruce Christie**__; Title of Record Custodian:___Deputy Chief of Medical Material ____
Business Address of Record Custodian:___Reynolds Army Community Hospital, Medical Supply Warehouse, Bldg 4300, Thomas St. Fort Sill, OK 73503-6300__
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

5. Corpus Christie Naval Base
Name of Record Custodian:
Marie Trevino_____; Title of Record Custodian:__Medical Supply Officer_
Business Address of Record Custodian:_____Medical Hospital Corpus Chisti Materials Management Dept(029), 10651 E Street, Building H-1OO, Corpus Christi, TX 78419-5131_
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

6. Brooks AFB
Name of Record Custodian:_Victoria Forant__________; Title of Record Custodian:___Medical Supply Officer____________
Business Address of Record Custodian:_____US Air Force Clinic 311 Logistics Squadron LGB whnRXiB 8006 Chennault Rd. Suite 1 Brooks AFB, TX 78235__

Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

7. Kelly AFB
Name of Record Custodian:____________; Title of Record Custodian:__Medical Supply Officer ____________
Business Address of Record Custodian:__USAir Force Clinic, 76th Medical Group SGSL, 204 Wagner Dr., Bldg 1730, Kelly AFB, TX 78241-5846_
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

8. Randolph AFB
Name of Record Custodian:__TSgt Rick Lester__; Title of Record Custodian:____Medical Supply Officer ___________
Business Address of Record Custodian:__12th Medical Group, 221 3rd St West Building 11040 Randolph AFB, TX;, 78150 __
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

9. Laughlin AFB
Name of Record Custodian:___Ted Conner__; Title of Record Custodian:___Medical Supply Officer_
Business Address of Record Custodian:____US Air Force Hospital 47th Medical Supply squadron/SGSL, 590 Mitchell Blvd. Building 375, Laughlin AFB, TX 78843-5000__
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

10. Sheppard AFB
Name of Record Custodian:___Sgt Steele_________; Title of Record Custodian:___Medical Supply Officer___________
Business Address of Record Custodian:___US Air Force Hospital 82nd Med Group, 149 Hart St. Building 1200, Suite 7 Sheppard AFB, TX; 763 11-3484 _
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

11. Altus AFB
Name of Record Custodian:___MSgt Jesse Schrunk__; Title of Record Custodian:___Medical Supply Officer__
Business Address of Record Custodian:___US Air Force Hospital 97th Medical Group/SGSL, 301 First Street Building 46 Altus AFB, OK 73523-5005__
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

12. Tinker AFB
Name of Record Custodian:__TSgt Jennifer Crosby; Title of Record Custodian:___Medical Supply Officer___________

Business Address of Record Custodian:___US Air Force Hospital, 5700 Arnold Drive Tinker AFB, OK 73145-8102 _
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

13. Reese AFB
Name of Record Custodian:____________; Title of Record Custodian:______Medical Supply Officer _________
Business Address of Record Custodian:________________________________________
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

14. Dyess AFB
Name of Record Custodian:__Sgt Sthphanie Hedrick_; Title of Record Custodian:___Medical Supply Officer _____________
Business Address of Record Custodian:____US Air Force Hospital 7th Medical Group/SOSL Dyess AFB, TX 79607-1367 ____ Custodian of Records in Categories ##_ all__ For the Period: __all relevant years_

15. Goodfellow AFB
Name of Record Custodian:____Adger, Lewis D TSgt 17________; Title of Record Custodian:___Medical Supply Officer_ Business Address of Record Custodian:_US Air Clinic, 17th Medical Group/SGSL, 271 Fort Richardson Ave Building 1001 Goodfellow AFB, TX 76908-4902__ Custodian of Records in Categories ##_ all__ For the Period: __all relevant years_

16. Holloman AFB
Name of Record Custodian:____________; Title of Record Custodian:______Medical Supply Officer _________
Business Address of Record Custodian:________________________________________
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

17. Cannon AFB
Name of Record Custodian:____________; Title of Record Custodian:____Medical Supply Officer ___________
Business Address of Record Custodian:________________________________________
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

18. AFMLO/OL2
Name of Record Custodian:___Eletta Bacy-Fouche___; Title of Record Custodian:______Medical Supply Officer _________
Business Address of Record Custodian:___601 Davy Crockett Ave. Bldg 1534 San Antonio, TX 78226___ Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_

19. Public Health Service, Ada, OK
Name of Record Custodian:___________; Title of Record Custodian:____Medical Supply Officer ___________
Business Address of Record Custodian:_________________________________________
Custodian of Records in Categories ##_ all__
For the Period: __all relevant years_