# In The United States Court of Federal Claims

No. 03-289C

(Filed: November 18, 2005)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A status conference to discuss the current status of document production and plaintiff's unopposed motion to modify the court's August 2, 2005, discovery scheduling order is scheduled for December 5, 2005. At this status conference, the parties should be prepared to address, *inter alia*, the following issues:

1. The potential for a document preservation order. *See Pueblo of Laguna v. United States*, 60 Fed. Cl. 133 (2004).

2. The detailed steps that defendant has taken in order to avoid further relevant document destruction.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge

[redacted]

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| Plaintiff | ) | |
| vs. | ) | CASE NO. 03-CV-289 |
| | ) | Judge Allegra |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

REPORTER'S CERTIFICATE

ORAL DEPOSITION OF PETER BROWN

May 31, 2007

I, the undersigned Certified Shorthand Reporter in and for the State of Texas, certify that the facts stated in the foregoing pages are true and correct.

That examination and signature of the witness to the deposition transcript was waived by the witness with the agreement of his Attorney at the time of the deposition;

That the amount of time used by each party at the deposition is as follows:

Mr. Frank Broyles - 02 HRS: 45 MIN
Ms. Cathy Burdette - 00 HRS: 00 MIN
Mr. Patrick Hoover - 00 HRS: 00 MIN

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and, further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 7th day of June, 2007.

Kim D. Carrell

Kim D. Carrell, CSR
Texas CSR 1184
Expiration: 12/31/07
141 Wrenwood Drive
Coppell, Texas 75019
972/462-0663
Fax 972/304-0473