**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff | CASE NO: 03-CV-289 |
| v. | Judge Allegra |
| THE UNITED STATES, *Defendant* | |

**PLAINTIFF'S NOTICE OF COMPLIANCE**
**WITH COURT'S ORDERS OF JUNE 12, 2007**
**RE: BROWN AND AMENDOLIA DEPOSITIONS**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

On June 12, 2007 Plaintiff filed genuine copies of the following:

1. Condensed transcript of the deposition of Peter Brown taken May 31, 2007;
2. Court reporter's certificate;
3. All deposition exhibits.

Plaintiff also notes that the deposition of Anthony Amendolia has not taken, but is scheduled to be taken June 22, 2007 in Philadelphia, PA.

**Signed June 12, 2005.**

Respectfully submitted,

/s/ Frank L. Broyles

Frank L. Broyles
State Bar No. 03230500
Goins, Underkofler, Crawford
& Langdon, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

On June 12, 2005 the foregoing was served on the persons shown below by the method shown below.

/s/ Frank L. Broyles

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
Method Served: Clerk's ECF