# In The United States Court of Federal Claims

No. 03-289C

(Filed: July 10, 2007)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On July 5, 2007, the parties contacted chambers via e-mail stating that they have continuing discovery disputes. The parties are hereby notified that each may file a motion to compel or a motion for a protective order, as appropriate. The court is prepared to order the expedited briefing of such motion(s), and will schedule a hearing to argue the motion(s) after such briefing is completed. As appropriate, the court will impose all range of sanctions under RCFC 37 on the losing party.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge