5. For each credit card holder identified in the Initial OIG Data who did not report, directly or indirectly, to the head of logistics at the particular MTF, state if that person can be produced for deposition by the Government . . . .

RESPONSE: We need additional time to respond. As an initial matter, it has come to our attention that some of the card holders identified in the spreadsheets were not working at any MTF during the contract term. Their transactions appear in the search results because they worked in the same city, and in the same service, as one of the MTFs. (OIG could not query the data by individual MTF.) We will identify those card holders (who are not relevant to this case) in our supplemental response to this interrogatory, which we will provide as promptly as we can.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

OF COUNSEL:
MICHAEL McGLINCHEY
Trial Attorney
Defense Supply Center
Philadelphia

May 7, 2006