# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC., *Plaintiff*

v.

THE UNITED STATES, *Defendant*

CASE NO: 03-CV-289

Judge Allegra

## PLAINTIFF'S JUNE 21, 2007 DISCOVERY REQUESTS SERVED ON DEFENDANT

**TO DEFENDANT THE UNITED STATES:**

United Medical Supply Company, Inc. serves the following two interrogatories on The United States permitted by the Court's order of March 28, 2007. In connection with these interrogatories, the term "the Contract" refers to the requirements contract at issue in this case. "The Solicitation" refers to the solicitation that resulted in the award of the Contract. The term "Solicitation Estimates" or "Estimates" refers to the estimates provided in the Solicitation, as amended from time to time. The term "Contract Delivery Period" refers to the period June 1, 1997 through April 30, 2001. The term MTFs refers to the Lone Star Region medical treatment facilities that participated in the Generation I Prime Vendor Program in which Owens & Minor was the original prime vendor and Plaintiff was the subsequent Prime Vendor. The identity of the MTFs is shown on pages 3 through 10 of Attachment III of the Award and Amendment 6 to the Award.

## INTERROGATORIES

Interrogatories are to be answered in accordance with RCFC Rule 33 and the answers are to be signed by the person providing each such answer.

**Interrogatory No. 6:** This interrogatory refers to page 5 of 47 in Amendment 0012 to the Solicitation. For the "reporting period" referenced on page 5, describe the report referenced by title of the report, the beginning and ending dates of the period, the person or persons at each Lone Star MTF making the report,

the person or persons to whom the reports were made, and the original location of the reports in as much detail as reasonably possible.

**RESPONSE:**

**Interrogatory No. 7**

For the 12-month reporting period identified in Interrogatory 6, state the total purchases (in $) each Lone Star MTF made from Owens & Minor under the Generation I Prime Vendor program. In the event that the Government contends that it cannot identify the 12-month reporting period referenced, provide the information in this interrogatory for the 12-month period ending 10/31/1995.

RESPONSE:

**Signed June 21, 2007.**

Respectfully submitted,

s/Frank L. Broyles________
Frank L. Broyles
TX State Bar No. 03230500
Goins, Underkofler, Crawford
& Langdon, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

CERTIFICATE OF SERVICE

On June 21, 2007 the foregoing interrogatories were served on the persons shown below by the method shown below.

s/Frank L. Broyles

**PERSONS SERVED:**

Kyle Chadwick
Department of Justice
Method Served: email with copy via first class mail