**Frank L. Broyles**

---

**From:** Chadwick, Kyle (CIV) [Kyle.Chadwick@usdoj.gov]

**Sent:** Monday, July 23, 2007 5:06 PM

**To:** Frank L. Broyles

**Subject:** RE: United Medical v U.S. extension of discovery

As I've said repeatedly, I'll tell you as soon as I have the information I need.

---

**From:** Frank L. Broyles [mailto:flbroyles@gucl.com]
**Sent:** Monday, July 23, 2007 7:31 AM
**To:** Chadwick, Kyle (CIV)
**Subject:** United Medical v U.S. extension of discovery

Kyle, what is the status? I think something should be filed today. Frank