# In The United States Court of Federal Claims

No. 03-289C

(Filed: July 27, 2007)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 24, 2007, plaintiff filed a motion seeking an enlargement of the deadlines established by the court's orders of March 28, 2007, and June 27, 2007. Government counsel indicated by telephone that the motion is unopposed. That motion is hereby **GRANTED**. Accordingly:

1. On or before September 27, 2007, all fact discovery shall close;

2. On or before October 9, 2007, plaintiff shall submit a declaration and records in support of its attorney's fees and costs;

3. On or before November 1, 2007, the parties shall exchange initial expert reports, and defendant shall file its response, if any, as to the reasonableness or accuracy only of plaintiff's claimed fees and costs;

4. On or before November 15, 2007, the parties shall exchange rebuttal expert reports, if appropriate;

5. On or before January 2, 2008, expert discovery shall close; and

6. On or before January 15, 2008, the parties shall file a joint status report indicating how this case should proceed, including a proposed schedule for such proceedings.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge