IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF DISCOVERY DEADLINES

Pursuant to Rules 6 and 6.1 of the Court's Rules, defendant, the United States, respectfully requests the Court to further enlarge all remaining discovery deadlines in this case by approximately 30 days. We list the specific requested dates below. Frank L. Broyles, counsel for plaintiff, United Medical Supply Company, Inc., states that plaintiff does not oppose this motion.

We request this general enlargement due to the death of Pamela S. Varner, a senior employee of the Department of Defense, Office of the Inspector General, who was integral to the Government's analysis and production of electronic data concerning credit card purchases. See J. Johnson & Dan Morse, Calvert Woman Is Held In The Death of Her Mother, Wash. Post, Sept. 21, 2007, at B2. Although the parties continue to make significant progress toward completing discovery – e.g., plaintiff has conducted five depositions since September 17, 2007, and is expected to take two or three more within the next 10 to 14 days – Ms. Varner's passing will delay, to some extent not yet fully known, the Government's supplementation of its initial response to one of plaintiff's final pending interrogatories. Plaintiff may wish to take additional depositions after it receives and reviews that response. The parties will make every effort to

complete discovery within the enlarged deadlines, but we respectfully advise the Court that the degree to which this wholly unexpected loss may affect this case remains uncertain at this time.

## CONCLUSION

Accordingly, we respectfully request the Court to enlarge the remaining discovery deadlines in this case as follows. (Dates are in 2007 unless noted.)

| Event | Current date | Requested date |
|---|---|---|
| Close of fact discovery | September 27 | October 26 |
| Plaintiff's fee request | October 9 | November 9 |
| Expert reports and response to fee request | November 1 | December 3 |
| Rebuttal expert reports | November 15 | December 17 |
| Close of expert discovery | January 2, 2008 | February 1, 2008 |
| Joint status report | January 15, 2008 | February 15, 2008 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

OF COUNSEL:
MICHAEL McGLINCHEY
Trial Attorney
Defense Supply Center
Philadelphia

September 24, 2007

CERTIFICATE OF FILING

I certify that on September 24, 2007, this document was filed electronically. I understand that service is complete upon filing and that parties may access this filing through the Court's electronic system.

s/Kyle Chadwick