IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | 03-289 C<br>Judge Allegra |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY DEADLINES**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

Plaintiff does not oppose the extension requested by the Government, however, based on the deposition taken today, Plaintiff's counsel believes that a *caveat* is appropriate.

For several years Plaintiff has been attempting, pretty much unsuccessfully, to discover the methodology used by the Government to prepare and publish the estimates provided in the Solicitation, and persons with knowledge concerning that methodology.

Today Plaintiff took the telephone deposition of Lt. Col. Troy Molnar. Colonel Molnar was disclosed to Plaintiff in 2002 *via* sworn interrogatory as the individual who collected the estimates for the relevant Air Force Medical Treatment Facilities ("MTFs").

During his deposition, which lasted just a few minutes, Colonel Molnar testified that he had nothing to do with the estimates, that he was not even involved in the prime

vendor program until several years after the estimates were obtained, and that the interrogatory response was wrong. The only thing Plaintiff learned from the deposition was that the Government's response was not correct. The Government now claims that it now cannot locate any persons who worked with the Air Force in preparing its estimates.

Plaintiff's counsel, and probably Defendant's counsel, were quite shocked at this disclosure. This deposition took quite a bit of effort by both parties to set up. Indeed, "shocked" does not adequately describe the irritation experienced by Plaintiff's counsel at this total waste of time and expense, admits it will be responsible for, at least financially. The situation is even more incomprehensible given that Colonel Molnar testified he was contacted several months ago about his possible testimony, which was the first time he had been made aware of this lawsuit.

Plaintiff will promptly review the reports and correspondence previously produced by the Government to see if a substitute witness can be identified who might possess enough knowledge on the issue to provide meaningful testimony, but Plaintiff may need to request an additional extension for further discovery on this issue.

Signed: September 25, 2007.

Respectfully submitted,

s/ Frank L. Broyles

Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

ATTORNEY FOR PLAINTIFF UNITED MEDICAL SUPPLY COMPANY, INC.

CERTIFICATE OF SERVICE

A copy of the foregoing as filed has been served on Kyle Chadwick on September 25, 2007 *via* the Clerk's electronic service.

s/ Frank L. Broyles