# In The United States Court of Federal Claims

No. 03-289C

(Filed: September 27, 2007)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On September 24, 2007, defendant filed an unopposed motion seeking an enlargement of the deadlines established by the court's order on July 17, 2007. On September 25, 2007, plaintiff filed a response to defendant's motion for enlargement of the deadlines. The motion is hereby **GRANTED**. Accordingly:

1. On or before October 26, 2007, all fact discovery shall close;

2. On or before November 9, 2007, plaintiff shall submit a declaration and records in support of its attorney's fees and costs;

3. On or before December 3, 2007, the parties shall exchange initial expert reports, and defendant shall file its response, if any, as to the reasonableness or accuracy only of plaintiff's claimed fees and costs;

4. On or before December 17, 2007, the parties shall exchange rebuttal expert reports, if appropriate;

5. On or before February 1, 2008, expert discovery shall close; and

6. On or before February 15, 2008, the parties shall file a joint status report indicating how this case should proceed, including a proposed schedule for such proceedings.

The parties should not expect any significant enlargements of these deadlines.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge