Anthony Amendolia Deposition Exhibits 1 - 5
Case No. 03-289


| **Exhibit #** | **Exhibit Name** | **pdf page #** |
|---|---|---|
| 1 | Affidavit of Anthony Amendolia | 2 |
| 2 | Various email correspondence | 33 |
| 3 | Defendant's Response to Plaintiff's First Set of Discovery Requests to Defendant United States | 54 |
| 4 | Declaration of Peter Brown | 67 |
| 5 | Amendolia email of August 2006 | 70 |

Part 7



COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY, INC.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

Case No. 03-CV-289

Judge Allegra

AFFIDAVIT OF ANTHONY AMENDOLIA

1. My name is Anthony Amendolia. I am over the age of 21 years and fully competent to make this affidavit. Unless otherwise stated, all statements made herein are based on my personal knowledge.

2. I am a Business Management Specialist (Case Manager) in the Medical Directorate at Defense Supply Center in Philadelphia, PA. I have been in this position since June 1994.

3. As a Business Management Specialist, I am responsible for monitoring the contractor's performance against the Statement of Work to insure that prime vendors are satisfactorily adhering to the contract and customer requirements. I am directly responsible for over 30 federal and military customers in two separate regions of the country. I have over twelve years of experience in the Medical supply chain as a customer advocate and liaison with other DLA personnel. I visit my customers frequently and I am always in constant contact, either by phone or email, resolving customer order and customer support problems.

4. I served as the Business Management Specialist for United Medical Supply Company's contract No. SPO200-97-D-7133.

5. In the fall of 2002, I personally emailed the medical treatment facilities notifying them of the litigation and asked them to preserve their records. See emails attached under Tab 1. The emails were sent on October 1, 2002, November 6, 2002 and November 20, 2002. The specific facilities that were notified are:

| FACILITY | POINT OF CONTACT |
| --- | --- |
| AFMLO/FOW, (Ft. Worth warehouse) | Glen Bonney |
| Altus Air Force Base | SSgt Todd Taylor<br>Lt Shar Duncan-Smith<br>Baker Douglas |
| BAMC | Debra Thompson |
| Brooks Air Force Base | Jason McConnell |
| Corpus Christi Naval Air Station | Maria Trevino |
| Dyess Air Force Base | Steven Smith<br>Deloris Franklin |
| Fort Hood | Myron Ware |

EXHIBIT
1
JNH 9-21-07

| | |
|---|---|
| Fort Sill | Bruce Christie |
| Goodfellow Air Force Base | James Jones<br>Wade Maki |
| Laughlin Air Force Base | Sgt Eliseo Cabali |
| Randall Air Force Base | Sandy Paulk<br>Robert Retsch |
| Sheppard Air Force Base | Sgt Steele |
| Tinker Air Force Base | Charlie Koonce |
| Vance Air Force Base | Sgt Rick Lester<br>Sgt Louise Peterson |
| Fort Bliss[1] (WBAMC) | Oscar Molinar |
| Fort Huachuca[2] | Melvin Hicks |
| Cannon Air Force Base | Stacy Wilde |
| Kirkland Air Force Base | Ernest Nonies |
| Holloman Air Force Base | Diana Stokes<br>Deborah Dixon |

6. At the time I sent out the notices, Kelly Air Force Base and Reese Air Force Base had been shut down, consequently, no notices were sent to those facilities.

7. Although the facilities were asked to advise whether they had any documents, only a few did so. The responses are attached under Tabs 2 – 12.

Anthony Amendolia

ANTHONY AMENDOLIA
Business Management Specialist

Subscribed and Sworn to before me this 20th day of June 2006.

Virginia J. Nunes

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Virginia J. Nunes, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Mar. 16, 2008
Member, Pennsylvania Association Of Notaries

[1] The email notices do not list Fort Bliss as such in the addressee section. Instead, only the email address of Fort Bliss' point of contact is listed, i.e. Oscar Molinar,.

[2] The email notices do not list Fort Huachuca as such in the addressee section. Instead, only the email address of Fort Hauchuca's point of contact is listed, i.e. Melvin Hicks.

TAB

1

**Amendolia, Anthony (DSCP)**

**From:** Amendolia, Anthony
**Sent:** Tuesday, October 01, 2002 4:26 PM
**To:** 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; BAMC - Debbie Thompson (E-mail); Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail); Corpus Christi NAS - Marie Trevino (E-mail); Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail); Dyess AFB - Deloris Franklin (E-mail 2); 'Ft Hood - Myron Ware'; Ft Sill - Bruce Christie (E-mail); Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail); Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail); Laughlin AFB - Sgt Eliseo Cabalu (E-mail); Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail); Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail); Sheppard AFB - Sgt Steele (E-mail); Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail); Vance AFB - Sgt Rick Lester (E-mail); 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
**Subject:** Retaining United Medical Documents

All,

Most of you should remember that the previous Med/Surg prime vendor for Region 6 was United Medical. Because of current litigation proceedings, I have been asked to contact all customers and request that all records and correspondence (emails can be forwarded or printed) be saved with respect to United Medical. I will, at some point, make arrangements to have these documents sent out to be copied. Some of you may be asked to talk to the Department of Justice attorney concerning United Medical. Your cooperation is greatly appreciated.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**Hallam, Kathleen (DSCP)**

**From:** Amendolia, Anthony
**Sent:** Wednesday, November 06, 2002 8:13 AM
**To:** Amendolia, Anthony (DSCP); 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
**Subject:** RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

All,

Most of you should remember that the previous Med/Surg prime vendor for Region 6 was United Medical. Because of current litigation proceedings, I have been asked to contact all customers and request that all records and correspondence (emails can be forwarded or printed) be saved with respect to United Medical. I will, at some point, make arrangements to have these documents sent out to be copied. Some of you may be asked to talk to the Department of Justice attorney concerning United Medical. Your cooperation is greatly appreciated.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**Hallam, Kathleen (DSCP)**

**From:** Amendolia, Anthony
**Sent:** Wednesday, November 20, 2002 10:53 AM
**To:** Amendolia, Anthony (DSCP); 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
**Cc:** Flatley, Linda (DSCP); Jennings, James (DSCP); Hallam, Kathleen (DSCP)
**Subject:** United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

TAB

2

**Amendolia, Anthony (DSCP)**

**From:** Amendolia, Anthony
**Sent:** Tuesday, October 01, 2002 4:45 PM
**To:** 'Thompson, Debra A BAMC-Ft Sam Houston'
**Subject:** RE: Retaining United Medical Documents

Thanks Debbie!

-----Original Message-----
**From:** Thompson, Debra A BAMC-Ft Sam Houston [mailto:Debra.Thompson@CEN.AMEDD.ARMY.MIL]
**Sent:** Tuesday, October 01, 2002 4:35 PM
**To:** 'Amendolia, Anthony'
**Subject:** RE: Retaining United Medical Documents

Way to go Anthony. I had just emptied my files before lunch into the recycle bin. We are having to pull and stack for future reference or awaiting shipping instructions. We did in fact, one of the few, who purchased all stock from United Medical that we had committed when they were closing their warehouse. Thank you.

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Tuesday, October 01, 2002 3:26 PM
To: 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; BAMC - Debbie Thompson (E-mail); Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail); Corpus Christi NAS - Marie Trevino (E-mail); Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail); Dyess AFB - Deloris Franklin (E-mail 2); 'Ft Hood - Myron Ware'; Ft Sill - Bruce Christie (E-mail); Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail); Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail); Laughlin AFB - Sgt Eliseo Cabalu (E-mail); Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail); Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail); Sheppard AFB - Sgt Steele (E-mail); Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail); Vance AFB - Sgt Rick Lester (E-mail); 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: Retaining United Medical Documents

All,

Most of you should remember that the previous Med/Surg prime vendor for Region 6 was United Medical. Because of current litigation proceedings, I have been asked to contact all customers and request that all records and correspondence (emails can be forwarded or printed) be saved with respect to United Medical. I will, at some point, make arrangements to

Case 1:03-cv-00289-FMA Document 91 Filed 07/05/2006 Page 9 of 30

have these documents sent out to be copied. Some of you may be asked to talk to the Department of Justice attorney concerning United Medical. Your cooperation is greatly appreciated.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Thompson, Debra A BAMC-Ft Sam Houston [Debra.Thompson@CEN.AMEDD.ARMY.MIL]
**Sent:** Wednesday, November 06, 2002 8:09 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: Retaining United Medical Documents

Yes, I have info for FY 00 only.

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 7:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now; I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

All,

\>

\> Most of you should remember that the previous Med/Surg prime
\> vendor for Region 6 was United Medical. Because of current litigation
\> proceedings, I have been asked to contact all customers and request that
\> all records and correspondence (emails can be forwarded or printed) be
\> saved with respect to United Medical. I will, at some point, make
\> arrangements to have these documents sent out to be copied. Some of you
\> may be asked to talk to the Department of Justice attorney concerning
\> United Medical. Your cooperation is greatly appreciated.

\>

\> Anthony Amendolia
\> DSN 444-2134
\> Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Thompson, Debra A BAMC-Ft Sam Houston [Debra.Thompson@CEN.AMEDD.ARMY.MIL]

**Sent:** Wednesday, November 20, 2002 11:47 AM

**To:** 'Amendolia, Anthony'

**Subject:** RE: United Medical NON PV Purchases

Since we have converted from TAMMIS to DMLSS, this information is no longer available. We may have credit card files, for FY 01, but nothing for less. I invite anyone who wants to sit and go through them the opportunity to do so.

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 9:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is

needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Thompson, Debra A BAMC-Ft Sam Houston [Debra.Thompson@CEN.AMEDD.ARMY.MIL]
**Sent:** Wednesday, December 18, 2002 11:02 AM
**To:** 'Amendolia, Anthony (DSCP)'
**Cc:** Custer, Robert W BAMC-Ft Sam Houston; Preer, Bryan K CPT BAMC-Ft Sam Houston; Riley, James D LTC BAMC-Ft Sam Houston
**Subject:** RE: United Medical NON PV Purchases

I will be the POC, but Mr. Custer who is the Acting Chief of Supply Operations will actually provide the documentation. When are they expected to arrive? .

Mr. Custer, please ensure that all FY 01 credit card files are on hand for the review.

-----Original Message-----
**From:** Amendolia, Anthony (DSCP) [mailto:Anthony.Amendolia@dscp.dla.mil]
**Sent:** Wednesday, December 18, 2002 8:07 AM
**To:** BAMC - Debbie Thompson (E-mail)
**Subject:** FW: United Medical NON PV Purchases

Debbie,

It looks like representatives from United Medical may want to review your credit card purchases for FY01 when they were the PV. Would you be the POC or would you appoint someone else? Thanks!

Anthony

-----Original Message-----
**From:** Hallam, Kathleen (DSCP)
**Sent:** Monday, December 16, 2002 11:30 AM
**To:** Amendolia, Anthony (DSCP)
**Subject:** RE: United Medical NON PV Purchases

Please provide a point of contact, phone number and the location of where United medical's representative should report to for the review of these records.

-----Original Message-----
**From:** Amendolia, Anthony
**Sent:** Wednesday, November 20, 2002 1:17 PM
**To:** Hallam, Kathleen
**Cc:** Flatley, Linda; Jennings, James
**Subject:** FW: United Medical NON PV Purchases

-----Original Message-----
**From:** Thompson, Debra A BAMC-Ft Sam Houston [mailto:Debra.Thompson@CEN.AMEDD.ARMY.MIL]
**Sent:** Wednesday, November 20, 2002 11:47 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

Since we have converted from TAMMIS to DMLSS, this information is no longer available. We may have credit card files, for FY 01, but nothing for less. I invite anyone who wants to sit and go through them the opportunity to do so.

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]

Sent: Wednesday, November 20, 2002 9:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

TAB 3

**Amendolia, Anthony (DSCP)**

**From:** Amendolia, Anthony
**Sent:** Thursday, October 03, 2002 9:09 AM
**To:** 'Howell Jennifer L SSgt 72 MDG/SGSL'
**Subject:** RE: Retaining United Medical Documents

SSgt Howell,

Thanks. I appreciate your response.

Should I keep your email address along with MSgt Koonce as a POC for the Med/Surg PV program at Tinker? That just means you will be copied on any email that I send out that effects the region.

Anthony

-----Original Message-----
From: Howell Jennifer L SSgt 72 MDG/SGSL
[mailto:Jennifer.Howell@tinker.af.mil]
Sent: Thursday, October 03, 2002 8:55 AM
To: 'paa3018@dscp.dla.mil'
Cc: Koonce Charlie E MSgt 72 MDG/SGSL; Wood Theresa G Maj 72 MDG/SGSL;
Plumb Elizabeth A MSgt 72MDG/SGSLE
Subject: RE: Retaining United Medical Documents

Anthony,

Due to many personnel changes at Tinker we have no saved information about possible problems with United Medical. It is my understanding that Tinker was not having significant issues with United Medical. We will be able to make our Prime Vendor records available is necessary.

Jennifer Howell, SSgt, USAF
NCOIC, Stock Control
FM2030
72 MDSS/SGSL
Tinker AFB, OK
Phone: 405-736-2455
Fax: 405-736-2177
jennifer.howell@tinker.af.mil

> -----Original Message-----
> From: Amendolia, Anthony [SMTP:paa3018@dscp.dla.mil]
> Sent: Tuesday, October 01, 2002 3:26 PM
> To: 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97
> MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB -
> Baker Douglas H MSgt 97 MDSS/SGSL'; BAMC - Debbie Thompson (E-mail);
> Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail); Corpus Christi
> NAS - Marie Trevino (E-mail); Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL
> (E-mail); Dyess AFB - Deloris Franklin (E-mail 2); 'Ft Hood - Myron Ware';
> Ft Sill - Bruce Christie (E-mail); Goodfellow AFB - LT Jones James 2dLt 17
> MDG/MDSS/SGSL (E-mail); Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL
> (E-mail); Laughlin AFB - Sgt Eliseo Cabalu (E-mail); Randolph AFB - Paulk
> Sandy S SSgt 12 MDSS/SGSL (E-mail); Randolph AFB - Retsch Robert 1stLt 12
> MDSS/SGSL (E-mail); Sheppard AFB - Sgt Steele (E-mail); Tinker AFB -
> Koonce Charlie E TSgt 72 MDG/SGSL (E-mail); Vance AFB - Sgt Rick Lester
> (E-mail); 'Vance AFB - Sgt Louise Peterson';
> 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL';
> 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil';
> 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'

> Subject: Retaining United Medical Documents
>
>
> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all
> records and correspondence (emails can be forwarded or printed) be saved
> with respect to United Medical. I will, at some point, make arrangements
> to
> have these documents sent out to be copied. Some of you may be asked to
> talk to the Department of Justice attorney concerning United Medical.
> Your
> cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

TAB

4

**Amendolia, Anthony (DSCP)**

**From:** Lester Rick W TSgt 71 MDG/SGSL [rick.lester@vance.af.mil]
**Sent:** Wednesday, November 06, 2002 8:46 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: Retaining United Medical Documents

Anthony,
we do not have any united medical documents on hand here at Vance AFB, Ok

TSgt Rick Lester
NCOIC Medical Logistics
COM: 580-213-7676, DSN: 448-7676
Rick.Lester@vance.af.mil

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 7:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime

> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Lester Rick W TSgt 71 MDG/SGSL [rick.lester@vance.af.mil]
**Sent:** Wednesday, November 20, 2002 11:45 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

Anthony,
we do not have any records.. let me know if you need anymore help

TSgt Rick Lester
NCOIC Medical Logistics
COM: 580-213-7676, DSN: 448-7676
Rick.Lester@vance.af.mil

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 9:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134

Com 215.737.2134

TAB
6

**Amendolia, Anthony (DSCP)**

**From:** Smith Steven W. MSgt 7 MDG/SGSL [Steven.Smith@dyess.af.mil]
**Sent:** Wednesday, November 06, 2002 8:24 AM
**To:** Amendolia, Anthony
**Subject:** RE: Retaining United Medical Documents

Anthony,
Negative reply for Dyess AFB/FM4661

MSgt Smith

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 7:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make

> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

TAB
6

TAB

7

**Amendolia, Anthony (DSCP)**

**From:** Peterson Louise J SSgt 71 MDG/SGSL [louise.peterson@vance.af.mil]
**Sent:** Wednesday, November 06, 2002 8:20 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: Retaining United Medical Documents

We have invoices from orders that we placed on file in our documents.

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 7:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>

> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

Part 5



TAB

8

EXHIBIT

2

9-21-07 JMH

**Amendolia, Anthony (DSCP)**

**From:** Taylor Todd J SSgt 97 MDSS/SGSL [Todd.Taylor@altus.af.mil]
**Sent:** Wednesday, November 06, 2002 6:05 PM
**To:** paa3018@dscp.dla.mil
**Cc:** 'Baker Douglas H MSgt 97 MDSS/SGSL'; Duncan-Smith Shar L 1Lt MDSS/SGSL
**Subject:** Retaining United Medical Documents

No, United Medical did a great job for us.

TODD J. TAYLOR, SSgt, USAF
NCOIC, Medical Logistics Flight
97th Medical Group/SGSL FM4419
301 North First Street, BLDG 51
Altus AFB, OK 73523
DSN 866-5207, Comm. 580-481-5207
DSN FAX 866-1259, Comm. 580-481-1259
e-mail todd.taylor@altus.af.mil

-----Original Message-----
From: Baker Douglas H MSgt 97 MDSS/SGSL
Sent: Wednesday, November 06, 2002 7:11 AM
To: Duncan-Smith Shar L 1Lt MDSS/SGSL; Taylor Todd J SSgt 97 MDSS/SGSL
Subject: FW: Retaining United Medical Documents

> ----------
> From: Amendolia, Anthony[SMTP:PAA3018@DSCP.DLA.MIL]
> Sent: Wednesday, November 06, 2002 7:13:26 AM
> To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
> Subject: RE: Retaining United Medical Documents
> Auto forwarded by a Rule
>
>

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes

or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

TAB
9

**Amendolia, Anthony (DSCP)**

---

**From:** Hicks, Melvin R RWBAHC LOG [Melvin.Hicks@CEN.AMEDD.ARMY.MIL]

**Sent:** Friday, November 08, 2002 4:02 PM

**To:** 'Amendolia, Anthony'

**Subject:** RE: Retaining United Medical Documents

Yes, I have info.

Mel Hicks

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 6:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia

DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Hicks, Melvin R RWBAHC LOG [Melvin.Hicks@CEN.AMEDD.ARMY.MIL]
**Sent:** Friday, November 22, 2002 3:34 PM
**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

I have some records available on purchases that go back to April 1998, but they are not in automated form. I will be on leave next week but will be back on 02 December.

Mel Hicks

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 8:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**Amendolia, Anthony (DSCP)**

---

**From:** Hicks, Melvin R RWBAHC LOG [Melvin.Hicks@CEN.AMEDD.ARMY.MIL]
**Sent:** Wednesday, December 18, 2002 9:57 AM
**To:** 'Amendolia, Anthony (DSCP)'; Hicks, Melvin R RWBAHC LOG
**Cc:** Hallam, Kathleen (DSCP); Flatley, Linda (DSCP)
**Subject:** RE: United Medical NON PV Purchases

The POC would be me,
Melvin R. Hicks
Medical Supply Officer
USAMEDDAC Ft Huachuca
Raymond W. Bliss Army Health Center
45022 Winrow Ave
Ft Huachuca, AZ 85613-7040
Phone - Commercial (520) 533-2070, DSN 821-2070

-----Original Message-----
**From:** Amendolia, Anthony (DSCP) [mailto:Anthony.Amendolia@dscp.dla.mil]
**Sent:** Wednesday, December 18, 2002 6:24 AM
**To:** 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'
**Cc:** Hallam, Kathleen (DSCP); Flatley, Linda (DSCP)
**Subject:** FW: United Medical NON PV Purchases

Mr Hicks,

Our legal folks have advised us that representatives from United Medical may want the opportunity to review the records you have when they were your prime vendor. Please provide a POC, phone number and location, if they decide to visit you to review your records.

Thanks.
Anthony Amendolia
DSN 444-2134
Com 215.737.2134

-----Original Message-----
**From:** Hallam, Kathleen (DSCP)
**Sent:** Monday, December 16, 2002 11:26 AM
**To:** Amendolia, Anthony (DSCP)
**Subject:** RE: United Medical NON PV Purchases

United Medical is coming in here to review our records during the week of January 13. Please let me know whether customer prefers to send records here or would rather have UM come to its facility to review the records. If customer sends records here, we must have them on base (in legal) by the 13th. If customer wants United Medical to go to its base, we will need the name of a point of contact, phone number, and a location to report to.

-----Original Message-----
**From:** Amendolia, Anthony
**Sent:** Friday, November 22, 2002 3:51 PM
**To:** Hallam, Kathleen
**Cc:** Flatley, Linda; Jennings, James
**Subject:** FW: United Medical NON PV Purchases

-----Original Message-----
**From:** Hicks, Melvin R RWBAHC LOG [mailto:Melvin.Hicks@CEN.AMEDD.ARMY.MIL]
**Sent:** Friday, November 22, 2002 3:34 PM

**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

I have some records available on purchases that go back to April 1998, but they are not in automated form. I will be on leave next week but will be back on 02 December.

Mel Hicks

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 8:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

TAB
10

**Amendolia, Anthony (DSCP)**

**From:** Molinar, Oscar A Civ WBAMC [Oscar.Molinar@AMEDD.ARMY.MIL]
**Sent:** Tuesday, November 12, 2002 9:03 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: Retaining United Medical Documents

Anthony,
I have a few hard copies, but I lost most of my electronic correspondence was lost two years ago after my computer crashed.

Oscar

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 6:13 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Faulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Subject: RE: Retaining United Medical Documents

To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

Case 1:03-cv-00289-FMA Document 91 Filed 07/05/2006 Page 15 of 22

**Amendolia, Anthony (DSCP)**

**From:** Molinar, Oscar A Civ WBAMC [Oscar.Molinar@AMEDD.ARMY.MIL]
**Sent:** Wednesday, November 20, 2002 3:49 PM
**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

Anthony,
My 97 - 00 files have been retired. I'll check for the 00 files, just in case they're still here. I don't think that my computer system can produce the type of report that you're looking for, but I'll check on that also.

Oscar

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 8:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

TAB

11

**Amendolia, Anthony (DSCP)**

**From:** Cabalu Eliseo MSgt 47MDG/SGSL [Eliseo.Cabalu@laughlin.af.mil]
**Sent:** Tuesday, November 26, 2002 10:27 AM
**To:** 'Amendolia, Anthony'
**Subject:** RE: United Medical NON PV Purchases

No records from Laughlin AFB.

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 9:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt
To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

**Amendolia, Anthony (DSCP)**

**From:** Cabalu Eliseo MSgt 47MDG/SGSL [Eliseo.Cabalu@laughlin.af.mil]
**Sent:** Wednesday, November 06, 2002 1:49 PM
**To:** 'Amendolia, Anthony'
**Cc:** Conner Ted Civ 47MDG/SGSLF; Fey Sheila AB 47MDSS/SGSL; Gonzalez William SrA 47MDG/SGSL; Greene Amy SSgt 47MDSS/SGSL
**Subject:** RE: Retaining United Medical Documents

All records have been permanently stored outside of our facility. There are no records within our workcenter.

EliseoACabalu
ELISEO A. CABALU, MSgt, USAF
NCOIC, Medical Logistics
47 MDSS/SGSL
590 Mitchell Blvd
Laughlin AFB, TX 78843-5244
DSN 732-6406 COM (830) 298-6406
FAX 732-6339 COM (830) 298-6339

-----Original Message-----
From: Amendolia, Anthony [mailto:paa3018@dscp.dla.mil]
Sent: Wednesday, November 06, 2002 7:13 AM
To All,

On October 1st, I sent the message below asking that everyone with any United Medical correspondence, save the information in case DSCP would need copies. I have been advised that, now, I should make arrangements to acquire copies of any United Medical correspondence that you may have on file.

Please respond to this email whether you have any information or not. A simple answer, either way will suffice. "Yes I have info" and I will call you to talk to you about it or "No info available" and I will retain your email for our records. Even a simple yes or no answer will be fine. Thanks for your help. Call or email me if you have any questions.

Anthony Amendolia
DSN 444-2134
Com 215.737.2134

> All,
>
> Most of you should remember that the previous Med/Surg prime
> vendor for Region 6 was United Medical. Because of current litigation
> proceedings, I have been asked to contact all customers and request that
> all records and correspondence (emails can be forwarded or printed) be
> saved with respect to United Medical. I will, at some point, make
> arrangements to have these documents sent out to be copied. Some of you
> may be asked to talk to the Department of Justice attorney concerning
> United Medical. Your cooperation is greatly appreciated.
>
> Anthony Amendolia
> DSN 444-2134
> Com 215.737.2134

TAB

12

**Amendolia, Anthony (DSCP)**

**From:** Christie, Bruce F Mr RACH-FtSill [Bruce.Christie@CEN.AMEDD.ARMY.MIL]
**Sent:** Wednesday, November 20, 2002 12:11 PM
**To:** 'Amendolia, Anthony'
**Cc:** Clark, Charles D CPT RACH-FtSill; Cruz, Francisco J SGT RACH-FtSill
**Subject:** RE: United Medical NON PV Purchases

Anthony -
I only have Credit Card records from 10-00 (October 2000) to current; I have attached my Credit Card MILSTRIP Requisition sheets from Oct 00 through Mar 01. These will include <u>all</u> Credit Card purchases (MedSurg, Lab, Pharm, Nonmedical, etc), but do contain the information requested.

B.F.Christie
Ch, Inv Mgmt Section
Reynolds Army Community Hospital
<<MILSTRIP Credit Card 10-00.tif>> <<MILSTRIP Credit Card 11-00.tif>> <<MILSTRIP Credit Card 12-00.tif>> <<MILSTRIP Credit Card 01-01.tif>> <<MILSTRIP Credit Card 02-01.tif>> <<MILSTRIP Credit Card 03-01.tif>>

-----Original Message-----
From: Amendolia, Anthony [mailto:Anthony.Amendolia@dscp.dla.mil]
Sent: Wednesday, November 20, 2002 9:53 AM
To: Amendolia, Anthony; 'AFMLO/FOW - Bonney Glen D'; 'Altus AFB - SSgt Todd Taylor 97 MDSS/SGSL'; 'Altus AFB - Lt Shar Duncan-Smith 97 MDSS/SGSL'; 'Altus AFB - Baker Douglas H MSgt 97 MDSS/SGSL'; 'BAMC - Debbie Thompson (E-mail)'; 'Brooks AFB - McConnell Jason C SSgt 311 ABG/LGBE (E-mail)'; 'Corpus Christi NAS - Marie Trevino (E-mail)'; 'Dyess AFB - Smith Steven W TSgt 7 MDG/SGSL (E-mail)'; 'Dyess AFB - Deloris Franklin (E-mail 2)'; 'Ft Hood - Myron Ware'; 'Ft Sill - Bruce Christie (E-mail)'; 'Goodfellow AFB - LT Jones James 2dLt 17 MDG/MDSS/SGSL (E-mail)'; 'Goodfellow AFB - Maki Wade R TSgt 17 MDG/SGSL (E-mail)'; 'Laughlin AFB - Sgt Eliseo Cabalu (E-mail)'; 'Randolph AFB - Paulk Sandy S SSgt 12 MDSS/SGSL (E-mail)'; 'Randolph AFB - Retsch Robert 1stLt 12 MDSS/SGSL (E-mail)'; 'Sheppard AFB - Sgt Steele (E-mail)'; 'Tinker AFB - Koonce Charlie E TSgt 72 MDG/SGSL (E-mail)'; 'Vance AFB - Sgt Rick Lester (E-mail)'; 'Vance AFB - Sgt Louise Peterson'; 'Oscar.Molinar@AMEDD.ARMY.MIL'; 'Melvin.Hicks@CEN.AMEDD.ARMY.MIL'; 'stacy.wilde@cannon.af.mil'; 'ernest.nonies@kirtland.af.mil'; 'diana.stokes@holloman.af.mil'; 'deborah.dixon@holloman.af.mil'
Cc: Flatley, Linda; Jennings, James; Hallam, Kathleen
Subject: United Medical NON PV Purchases

To All,

Thanks to everyone for continuing to work with DSCP on the United Medical issues. I have been asked to contact previous United Medical customers again for additional information. Does anyone have any records of NON PV purchases from June of 1997 to March of 2001. The Department of Justice is looking for items not purchased through the PV that were typical Med/Surg items. If you have archived records or folders with this information, arrangements will be made to have someone review the info and make copies.

If anyone can produce a system generated listing of individual NON PV purchases from the same time period of June 1997 to March 2001, it would be greatly appreciated.

Please respond even if you do not have any records available. A yes or no answer, with a POC if it is other than you, is needed. Please email me or call me with the information.

Thanks again for your help!

Anthony Amendolia
DSN 444-2134

Com 215.737.2134

E. Kathleen Shahan
D.C. Bar # 267872
Civil Division
U.S. Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
202 - 307-0249
202 - 307-0494 (telefax)
Kathie.Shahan@usdoj.gov
Attorney for the United States

IN THE UNITED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: UNITED MEDICAL SUPPLY COMPANY INC., Debtor-in-Possession | ) | Case No.01 - 41911-bjh-11<br>Chapter 11 |
| United Medical Supply Company, Inc., Plaintiff,<br>v.<br>United States of America, Defendant. | ) | Adversary: 02 - 4230 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT UNITED STATES**

Defendant, the United States of America, responds to plaintiff's first set of discovery requests as follows:

INTERROGATORY NO. 1

This interrogatory requests information pertaining to the representations made by the Defendant in the Award SP0200-97-D-7133 and Modification Number 006 to the Award. For each Participating MTF, please provide the following information (The dollar amount provided



EXHIBIT
tabbles
3
9-21-07 JMH

Δ π EXHIBIT 5
Deponent Thompson
Date 6/28/07 Rptr. pho
WWW.DEPOBOOK.COM

for each Participating MTF is expected to total the amount stated in the Award and Modifications. If an exact dollar amount is not known, however, a best estimate may be used):

a. The dollar amount attributable to the Participating MTF for that MTF's share of the estimated dollar value for the base year as represented by DPSC in the Solicitation.

b. The dollar amount attributable to the Participating MTF for that MTF's share of the estimated total dollar value for the contract as represented by the DPSC in the Solicitation.

c. If the totals provided under a and b above do not equal the amounts represented in the referenced Award and Modification, state why they do not.

ANSWER NO. 1

a. This information is currently unknown, and therefore, information sufficient to make an estimate is not available. If the information was ever provided to DSCP, it is no longer available. The only information currently available consists of a consolidated list based upon information provided by the Army, the Air Force and the Navy, which list is produced in response to Request No. 1.

b. See response to Interrogatory No. 1a.

c. No response required.

INTERROGATORY NO. 2

What was the process used by Defendant to estimate the contract value over the projected five annual contract periods, including the process used to identify those MTFs expected to

MTF, state the dollar amount of the Scheduled Medical Products and Supplies purchased from United Medical and the dollar amount of the Scheduled Medical Products and Supplies purchased from third parties.

ANSWER NO. 4

Individual MTF's do not capture their information in this manner. However, to the extent that information concerning the dollar amount of Scheduled Medical Products purchased from United Medical is available, it is contained in the Contracting Officer's Files for United Medical and will be made available as set forth in Response to Request No. 7. With respect to purchases from third parties, DSCP is attempting to determine what records are available and will supplement this response if relevant information or documents are located.

INTERROGATORY NO. 5

For each Participating MTF, identify the MTF and state the total dollar amount of products for each contract year that the particular MTF ordered from United Medical but which was not supplied by United Medical.

ANSWER NO. 5

The requested information can be extrapolated from the reports of fill rates by MTF and will be made available as set forth in Response to Request No. 4.

INTERROGATORY NO. 6

For each Participating MTF, identify the MTF and state the dollar amount of Products that particular MTF purchased from third parties, i.e., suppliers other than United Medical, during the term of the contract between United Medical and the United States.

ANSWER NO. 6

To the extent that "Products" means "Scheduled Medical Equipment and Supplies," see Answer to Interrogatory No. 4.

INTERROGATORY NO. 7

For each Participating MTF, identify the MTF and state, for each contract year, the dollar amount of diverted purchases made by that MTF for that contract year during the term of the contract between the Government and United Medical. The term "diverted purchases" as used in this interrogatory means purchases made by the MTF from third parties which it contractually was required to first order from United Medical but did not.

ANSWER NO. 7

The defendant has no knowledge of any dollar amounts for "diverted purchases." See Answer to Interrogatory No. 4 for purchases from third parties.

INTERROGATORY NO. 8

Prior to awarding the contract to United Medical, did the Government make any estimate of profits or profit margins it anticipated United Medical receiving under the Contract, either by dollar or percent of revenues?

ANSWER NO. 8

No.

INTERROGATORY NO. 9

Did the Government ever determine during the term of the Contract that its original requirement estimates were too high? If "yes, " state when such a determination was made, the

individuals involved in making that determination, the dollar amount by which the Government's estimates were too high, and if the Government considered giving the Prime Vendors and [sic] adjustment to the contract price.

ANSWER NO. 9

No.

INTERROGATORY NO. 10

State all reasons, as you understand it, that Scheduled Medical Equipment and Supplies were, from time to time, ordered by a Participating MTF from United Medical under the Prime Vendor Contract, but not supplied by United Medical, specifically including: the MTF failed to properly order, the order was killed by United Medical, United Medical failed to provide timely confirmation, and United Medical failed to provide timely delivery.

ANSWER NO. 10

Defendant objects to this interrogatory as being overbroad and unduly burdensome to the extent that it seeks all reasons ordered products were not supplied by United Medical. Defendant is unaware of any instance where the MTF failed to properly order. The reasons, as understood by the defendant, are contained throughout the Contracting Officer's File for United Medical, which file will be made available as set forth in Response to Request No. 4.

INTERROGATORY NO. 11

With respect to each reason provided above, if you have an estimated dollar volume for of Schedule Medical Equipment and Supplies ordered but not supplied, state the dollar amount you estimate was not supplied with respect to each reason for which you have such an estimate.

ANSWER NO. 11

No such estimate was made.

INTERROGATORY NO. 12

What is your estimate of the dollar volume of Scheduled Medical Equipment and Supplies not sold by United Medical due to the eleven alleged contractual violations you identify in your written denial of United Medical's claim dated August 22, 2002.

ANSWER NO. 12

No such estimate has been made, and documentation sufficient to make such as estimate does not exist. However, United Medical's monthly fill rate for each MTF is available in the Contracting Officer's File for United Medical and will be made available as set forth in Response to Request No. 4.

INTERROGATORY NO. 13

Identify each person involved in denying United Medical's request to mediate its claims against the Department of Defense. Identify means to provide the persons name, title, and business address. A person is involved if he or she provided information used in preparing the denial or reviewed the denial before it was sent to Plaintiff.

ANSWER NO. 13

United Medical's requests have not been denied.

INTERROGATORY NO. 14

State, with respect to each Participating MTF, the dollar volume of Scheduled Medical Equipment and Supplies shipped by United Medical after the confirmation indicated the order

had been killed. If you do not know exactly, answer with a best estimate.

ANSWER NO. 14

Defendant is currently unaware of documentation sufficient to make such as estimate. If defendant is able to locate such information, the answer to this interrogatory will be supplemented.

INTERROGATORY NO. 15

With respect to every other region in the Prime Vendor Program for which a requirements contract was established, identify the (1) region by name (2) prime vendor or vendors (name and address) that were awarded a requirements contract (3) date of the initial award (4) represented value of the contract on the DoD solicitation (5) the actual dollar volume of products purchased from each of the other prime vendors under the contract, and whether or not a claim for equitable adjustment or breach of contract was filed by that prime vendor.

ANSWER NO. 15

(1) See Attachment A

(2) See Attachment A

(3) See Attachment A

(4) See Attachment B

(5) The actual dollar value is unknown. Sales (from July 1999 through June 2000) that have been reported by customers are reflected on Attachment B. There is no information available relative to sales that were not imputed by the customers.

There have been no claims filed by other prime vendors (contractors).

INTERROGATORY NO. 16

For each claim for equitable adjustment or breach of contract filed by another prime vendor under the Prime Vendor Program, state the prime vendor filing the claim, the amount of the claim, the resolution of the claim; and summarize the basis for the claim.

ANSWER NO. 16

There were no claims for equitable adjustments or breach of contract filed by any other prime vendor under the Prime Vendor Program.

INTERROGATORY NO. 17

If you contend that the requirements of the Participating MTF's for Scheduled Medical Equipment and Supplies decreased from the Supply Center estimate after the Solicitation was provided to United Medical, state the reasons for such decrease and identify the date or dates such reasons became known to the United States

ANSWER NO. 17

Defendant does not make such contention.

INTERROGATORY NO. 18

For each Participating MTF, identify the MTF and state the total dollar amount of products for each contract year that the particular MTF ordered from United Medical but which was not supplied by United Medical. If you are unable to answer the dollar amount exactly, provide your best estimate.

ANSWER NO. 18

To the extent that this request is duplicative of Interrogatory No. 5; see response thereto.

An estimate cannot be made as there is no basis for such an estimate.

INTERROGATORY NO. 19

For each Participating MTF, identify the MTF and state the total dollar amount of Products that particular MTF purchased from third parties, i.e., suppliers other than United Medical, during the term of the contract between United Medical and the United States. If you are unable to answer the dollar amount exactly, provide your best estimate.

ANSWER NO. 19

To the extent that this request is duplicative of Interrogatory No. 6; see response thereto. An estimate cannot be made as there is no basis for such an estimate.

INTERROGATORY NO. 20

For each Participating MTF, identify the MTF and state, for each contract year, the dollar amount of diverted purchases made by that MTF for that contract year during the term of the contract between the Government and United Medical. The term" diverted purchases" as used in this interrogatory means purchases made by the MTF from third parties which it contractually was required to first order from United Medical but did not. If you are unable to provide an exact dollar amount, provide your best estimate.

ANSWER NO. 20

To the extent that this request is duplicative of Interrogatory No. 7, see response thereto. An estimate cannot be made as there is no basis for such an estimate.

INTERROGATORY NO. 21

Prior to awarding the contract to United Medical, did the Government make any estimate

will be made available as set forth in Response No. 4.

REQUEST NO. 8

All correspondence between the Supply Center and United Medical pertaining to any failure of United Medical Supply to comply with the contract terms.

RESPONSE NO. 8

Documents responsive to this request are contained in the Contracting Officer's files and will be made available as set forth in Response to Request No. 4.

REQUEST NO. 9

All investigative reports by the Supply Center to determine the cause or causes of United Medical's failures to comply with the contract terms. This request seeks reports submitted internally, to any other agency, or to Congress.

RESPONSE NO. 9

Documents responsive to this request are contained in the Contracting Officer's files and will be made available as set forth in Response to Request No. 4.

REQUEST NO. 10

All documents which estimate the profits or losses the Supply Center projected for United Medical under the Award.

RESPONSE NO. 10

There are no documents responsive to this request.

REQUEST NO. 11

The ten contract files referenced by the Supply Center in Plaintiff's FOIA requests to the

As to Objections:

Dated: November 25, 2002

Respectfully submitted,

ROBERT D. McCALLAM, JR.
Assistant Attorney General

RICHARD H. STEPHENS
United States Attorney

E. Kathleen Shahan

J. CHRISTOPHER KOHN
TRACY J. WHITAKER
E. KATHLEEN SHAHAN
D.C. Bar No. 267872
Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
(202)307-0249

ATTORNEYS FOR THE UNITED STATES

VERIFICATION

The undersigned certifies, under penalty of perjury, that, to the best of her knowledge and belief, the factual information in the foregoing responses is true.

Date: 11/21/02

James Jennings
James Jennings, Contracting Officer

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2002, I caused a copy of the foregoing Defendant's Response to Plaintiff's Fist Set of Discovery Requests to Defendant United States by Federal Express upon the following:

Frank L. Broyles
Goins, Underkofler, Crawford & Langdon, LLP
1201 Elm Street, Suite 4800
Dallas, Texas 75270

E. Kathleen Shahan

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNITED MEDICAL SUPPLY COMPANY INC., )
)
v. ) No. 03-289C
)
UNITED STATES, )
)

DECLARATION OF PETER BROWN

1. I, Peter Brown, am a paralegal with the U. S. Department of Justice.

2. In mid March 2005, I contacted **Anthony Amendolia**, Case Manager, New Initiatives Section, Philadelphia, PA, to inquire whether any DoD medical treatment facilities (MTFs) named by plaintiff in this lawsuit currently possessed any documents in paper or electronic form relevant to this matter. He, in turn, supplied the names and telephone numbers of eight Supply Officers at eight MTFs that might currently possess such documents. He said that no other MTFs had any documents relevant to this lawsuit.

3. The MTF Supply Officers he supplied are:

**Oscar Molinar**, COR, Deputy Chief of Medical Material, William Beaumont Army Medical Center, Ft. Bliss, Biggs Army Air Field, Bldg 11156, El Paso, TX.

**Mike David**, Brooke Army Medical Center MCHE-LO, Room L44-4, 3851 Roger Brooke Drive, Ft. Sam Houston, TX.

EXHIBIT
tabbies
4
9-21-07 JMH

[redacted]

**Debbie Thompson**, Deputy Chief of Medical Materiel, San Antonio, TX, Department of the Army, Attn: MCHE-LOB 3851 Roger Brooke Dr., Bldg. 3600, Sam Houston.

**Bruce Christie**, Deputy Chief of Medical Material, Ft. Sill, OK.

**Maria Trevino**, Buyer, Corpus Christi, TX.

**Debra White**, Medical Supply Officer, Darnell Army Medical Center, Ft. Hood, TX.

(Not one of the 19 MTFs ) **Cliff Sanger**, Medical Supply Officer, USA MEDDAC - Ft. Huachuca, Raymond W. Bliss Army Health Center, 45022 Winrow Ave. Ft. Huachuca, AZ 85613-7040.

4. I contacted the Supply Officers above. The following MTFs currently possessed documents related to this matter:

**Debbie Thompson**, Deputy Chief of Medical Materiel - San Antonio, TX, Department of the Army- Attn: MCHE-LOB 3851 Roger Brooke Dr., Bldg. 3600, Sam Houston, TX. 4 boxes.

**Bruce Christie**, Deputy Chief of Medical Material - Ft. Sill, OK. 2 boxes.

**Debra White**, Medical Supply Officer, Darnell Army Medical Center, Ft. Hood, TX. 3 boxes.

5. In April, May, and June, 2005, I traveled to those three MTFs, reviewed the documents, and obtained electronic images of the relevant ones.

6. I personally duplicated the images and mailed one copy of them to plaintiff's counsel.

7. In September, 2005, I traveled to Dallas, TX to review documents belonging to CIT in the possession of the **Patton, Boggs** law firm. I reviewed eleven large boxes of documents for relevancy, and had electronic images made of them all.

8. I am currently duplicating the images and will mail one copy of them to plaintiff's counsel.

9. I believe I have sought and found and copied all relevant discovery documents that currently exist.

10. Upon penalty of perjury under 28 U.S.C. § 1746, I declare that the foregoing is true and correct to the best of my knowledge and belief.

Peter Brown by Kyle Chapel [signature]

Peter Brown

Dated: 10/24/05

Lonestar

Received: by dpschp11.dpsc.dla.mil
(1.37.109.4/16.2) id AA18097; Fri, 23 Aug 96 07:42:46 -0400
Date: Fri, 23 Aug 96 07:42:46 -0400
From: Anthony Amendolia <paa3018@dpschp11.dpsc.dla.mil>
Return-Path: <paa3018@dpschp11.dpsc.dla.mil>
X-Mailer: Ez-Mail v4.4 <Date: Fri, 23 Aug 96 07:30:57 paa3018>
To: aamendolia@dpschp11.dpsc.dla.mil, mrees@dpschp11.dpsc.dla.mil,
rdillard@dpschp11.dpsc.dla.mil, gwentzel@dpschp11.dpsc.dla.mil,
fgunn@dpschp11.dpsc.dla.mil, bcarson@dpschp11.dpsc.dla.mil,
thalkidis@dpschp11.dpsc.dla.mil, mboggs@dpschp11.dpsc.dla.mil,
mlevin@dpschp11.dpsc.dla.mil, rlooney@dpschp11.dpsc.dla.mil,
fgallo@dpschp11.dpsc.dla.mil, dstewart@dpschp11.dpsc.dla.mil,
nmartin@dpschp11.dpsc.dla.mil
Subject: Case Manager Visit
Status: N

DPSC-MS August 20, 1996

MEMORANDUM FOR DPSC-MS/MSA/MSB/MSC/MEI/MAM

Subject: Case Manager Visit to Darnall Army Hospital at Ft. Hood, Texas

I met with the Chief of Logistics, Lt Col Torstrick and Ft. HoodÆs contracting officerÆs representative (COR), Debbie Thomson to discuss the Med/Surg prime vendor program.

Ft. Hood has consistently reached $70,000 in sales per month but has the potential to double that figure because they still buy a significant amount of Med/Surg items by credit card. Ft. Hood is a smaller facility than Brooke Army Medical Center (BAMC) but has about the same patient radius as BAMC.

Generally they were satisfied with Owens & Minor as their prime vendor but there were some concerns and comments.

They really have not seen any fill rate reports and were concerned that the contract could not be monitored properly. I explained that we were aware of the issue and were working the problem.

I briefed the group on several issues including the status of the resolicitation in the Lone Star Region, PREPACs and what the new statement of work had to offer. They were especially interested in PREPACs because they do many procedures, like "C-Sections" where PREPACs would save time and money. The COR is currently gathering information on repetitive procedures.

Spinal Specialties is another PREPAC vendor where Ft. Hood purchases their packs. They asked we contact them for a DAPA.

The COR provided a 122 page computer print out of all items they are currently buying with a credit card. This listing contained many items that I believe a significant portion of them have DAPA equivalence. I am in the process of working this listing and returning

EXHIBIT
5
9-21-07 JMH

DSCP-UMS-2136

it to Ft. Hood. The small work force at Ft. Hood does not have adequate time to convert items to DAPA.

They are satisfied with the Owens & Minor representative. He visits consistently once a week and provides good service. It may be the representative will have to spend considerably more time at Ft. Hood when I return the listing of DAPA matches to their credit card purchases.

ANTHONY AMENDOLIA
Case Manager, Lone Star Region
Med/Surg PV Program

---

paa3018 sends (Anthony Amendolia)...

E/P2