Anthony Amendolia Deposition Exhibits 6-7
Case No. 03-289

| Exhibit # | Exhibit Name | pdf page # |
|---|---|---|
| 6 | Fort Hood Medical Logistics Data Collection | 2 |
| 7 | Generation II Purchase Estimates | 3 |

Regional Tri-Service Medical Logistics Data Collection

| | |
|---|---|
| Enter Name of Activity | Darnall (DACH) |
| Enter Branch of Service | Army |
| Enter Tri-Care Region Number | 6 |
| Enter Number of Operational Hospital Beds | 111 |
| How many services contracts do you have for the following areas: | |
| a) Medical Maintenance (Provide separate listing) | 19 |
| b) Housekeeping (Provide separate listing) | 1 |
| c) Laundry (Provide separate listing) | 1 |
| d) Linen (if rented or leased) (Provide separate listing) | 0 |
| e) Hazardous Material (RMW) (Provide separate listing) | 1 |
| On-Hand Inventory | |
| Enter # of Active Lines Stocked & Nonstocked as of 12/31/99. | 763 |
| Enter Dollar Value of Active Lines Stocked & Nonstocked as of 12/31/99 ($). | $266,447 |
| Enter # of Active Lines Stocked & Nonstocked that are PV as of 12/31/99. | |
| Enter # of Active Lines Stocked & Nonstocked as of 5/31/00. | 714 |
| Enter Dollar Value of Active Lines Stocked as of 5/31/00 ($). | $262,873 |
| Enter # of Active Lines Stocked & Nonstocked that are PV as of 5/31/00. | |
| Sales | |
| Enter Total Quarterly Medical Surgical Sales ($) from Oct-Dec 99. | $2,550,650 |
| Enter Total Quarterly Medical Surgical Sales ($) from Jan-Mar 00. | $3,063,904 |
| Enter PV Quarterly Medical Surgical Sales ($) from Oct-Dec 99. | $278,027 |
| Enter PV Quarterly Medical Surgical Sales ($) from Jan-Mar 00. | $304,345 |
| Enter Quarterly ECAT LIDS Sales ($) from Oct-Dec 99. | $465 |
| Enter Quarterly ECAT LIDS Sales ($) from Jan-Mar 00. | $0 |
| Enter Quarterly ECAT Optical Sales ($) from Oct-Dec 99. | $0 |
| Enter Quarterly ECAT Optical Sales ($) from Jan-Mar 00. | $0 |
| Enter Total Quarterly DBPA Sales ($) from Oct-Dec 99. | $686,418 |
| Enter Total Quarterly DBPA Sales ($) from Jan-Mar 00. | $907,051 |
| Enter Total Quarterly Local Purchase Sales ($) from Oct-Dec 99. | $191,596 |
| Enter Total Quarterly Local Purchase Sales ($) from Jan-Mar 00. | $391,128 |
| Enter Total Quarterly Credit Card Sales ($) from Oct-Dec 99. | $773,198 |
| Enter Total Quarterly Credit Card Sales ($) from Jan-Mar 00. | $1,160,285 |
| Product Line Standardization | |

EXHIBIT
tabbies
6
9-21-07 JMH

**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111-5092

IN REPLY
REFER TO

DSCP-G

May 23, 2007

Frank L. Broyles, Esq.
Goins, Underkofler, Crawford & Langdon
Renaissance Tower
1201 Elm Street, Suite 4800
Dallas, Texas 75270

Re: United Medical Supply Company, Inc. v. United States
Case No. 03-cv-289
Document Production

Dear Mr. Broyles:

Please find enclosed a 51-page response to the request for production of documents that reads "Documents supporting estimates made by the Government in connection with the GEN II Solicitation. Also, please find enclosed a printed version of the screen that is displayed when the following website is accessed: <https://afml.ft-detrick.af.mil/afmlo/fom-p/PV/Transition1.xls>. That website is the site referenced by the request for production of documents that reads "Web pages containing usage data described in Bates DSCP-UMS-0282." It should be noted that I coordinated with a user from Fort Detrick, MD, to access this site, since the "https" portion of the address indicates that the site was secured. I am therefore confident that this website no longer exists, as the screen indicates.

Please contact me at (215)737-7079 should you have any questions.

Sincerely

Michael L. McGlinchey
Trial Attorney

Enclosure
cc: Kyle Chadwick, Esq. (w/ encls.)

EXHIBIT
7
9-21-07 JNH

| Min/Max Justification | East | Central | West |
|---|---|---|---|
| | 413,141 | 51,566 | 1,468,877 |
| | 7,831,179 | | 5,011,644 |
| | 156,757 | 318,680 | |
| | 7,773,465 | | |
| | 7,689,140 | | 3,726,346 |
| | | 2,996,300 | |
| | | 11,110,724 | |
| | | 1,930,509 | |
| | | 62,515 | |
| | 20,156,264 | | |
| | 824,054 | | |
| | | 2,786,520 | 4,448,492 |
| | 243,299 | | |
| | 4,299,460 | 336,735 | |
| | 146,025 | 2,451,406 | |
| | | 1,043,512 | 10,341,205 |
| | | | 2,391,028 |
| | 8,049,313 | 499,138 | |
| | | 6,151,698 | |
| Total 1999 Sales | 57,582,097 | 29,739,303 | 27,387,592 |
| Rounded Up | 57,600,000 | 29,800,000 | 27,400,000 |
| Total 1999 Monthly | 4,800,000 | 2,483,333.33 | 2,283,333.33 |
| 20 Months | 96,000,000.00 | 49,666,666.67 | 45,666,666.67 |
| Minimum (5% of 96,000,000) | 4,800,000.00 | 2,483,333.33 | 2,283,333.33 |
| Maximum (20 Month Figure X 2) | 192,000,000.00 | 99,333,333.33 | 91,333,333.33 |
| Add to Maximum the VA Estimate of $110 million (1/3 to each region or $36.6 million) | 228,600,000.00 | 135,933,333.33 | 127,933,333.33 |
| **Minimum for base period (20 months) and two option periods (20 months & 32 months)** | 4,800,000 | 2,483,333.33 | 2,283,333.33 |
| **Maximum for base period (20 months) and two option periods (20 months & 32 months)** | 192,000,000 | 99,333,333.33 | 91,333,333.33 |

for both PVs combined (1/2 for ea min guar

26-Nov-99

| MARCH | at 1307 | | JULY | AUG |
|---|---|---|---|---|
| $ 140.43 | $ 140.43 | JUNE | $ 140.43 | $ 140.43 |
| $ 624.00 | | $ 140.43 | $ 599.00 | $ 599.00 |
| | $ 10.00 | $ 599.00 | $ 35.70 | |
| $ 268.79 | $ 268.78 | | $ 268.79 | $ 268.79 |
| $ 268.79 | | $ 252.49 | $ 268.79 | $ 268.79 |
| $ 252.49 | | $ 268.79 | | |
| | $ 20.00 | | $ 52.10 | $ 90.00 |
| | $ 25.00 | $ 31.72 | | $ 187.41 |
| $ 40.00 | $ 40.00 | | $ 40.00 | $ 40.00 |
| $ 381.52 | $ 381.52 | $ 41.42 | $ 381.52 | $ 381.52 |
| $ 161.00 | $ 181.73 | $ 381.52 | | $ 161.00 |
| $2,117.75 | $ 1,067.46 | | $ 1,786.33 | |
| $ 400.00 | 400 | $ 1,715.37 | $ 75.08 | |
| $ 2,278.75 | $ 1,467.46 | | $ 40.00 | |
| | | | $ 100.00 | |
| | | | | $ 140.00 |
| | | $ 55.00 | | |
| | | $ 300.00 | | $ 90.00 |
| | | | $ 115.00 | |
| | | | | $ 200.00 |
| | ////// | $ 225.00 | | |

>>>>>>>>//////

**Min/Max Justification**

| | East | Central | West |
|---|---|---|---|
| | 413,141 | 51,566 | 1,468,877 |
| | 7,831,179 | | 5,011,644 |
| | 156,757 | 318,680 | |
| | 7,773,465 | | |
| | 7,689,140 | | 3,726,346 |
| | | 2,996,300 | |
| | | 11,110,724 | |
| | | 1,930,509 | |
| | | 62,515 | |
| | 20,156,264 | | |
| | 824,054 | | |
| | | 2,786,520 | 4,448,492 |
| | 243,299 | | |
| | 4,299,460 | 336,735 | |
| | 146,025 | 2,451,406 | |
| | | 1,043,512 | 10,341,205 |
| | | | 2,391,028 |
| | 8,049,313 | 499,138 | |
| | | 6,151,698 | |
| Total 1999 Sales | 57,582,097 | 29,739,303 | 27,387,592 |
| Rounded Up | 57,600,000 | 29,800,000 | 27,400,000 |
| Total 1999 Monthly | 4,800,000 | 2,483,333.33 | 2,283,333.33 |
| 20 Months | 96,000,000.00 | 49,666,666.67 | 45,666,666.67 |
| Minimum (5% of 96,000,000) | 4,800,000.00 | 2,483,333.33 | 2,283,333.33 |
| Maximum (20 Month Figure X 2) | 192,000,000.00 | 99,333,333.33 | 91,333,333.33 |
| Add to Maximum the VA Estimate of $110 million | 302,000,000.00 | 209,333,333.33 | 201,333,333.33 |

**Kitzinger, Michelle**

| | |
|---|---|
| **From:** | Rees, Margaret |
| **Sent:** | Tuesday, July 27, 1999 11:39 AM |
| **To:** | Flatley, Linda |
| **Cc:** | Polini, Geneva; Kitzinger, Michelle; Wentzel, Greg |
| **Subject:** | RE: VA Generation II Estimate |

Linda- I looked at the info you gave me from the VA solicitation. Basically, the average annual estimate for each VISN assuming about 60 to 70% use of our contract for med/surg should be $5million. Since there are 22 VISNs, use $110 million. Thanks, Maggie

-----Original Message-----

| | |
|---|---|
| **From:** | Flatley, Linda |
| **Sent:** | Tuesday, July 27, 1999 10:07 AM |
| **To:** | Rees, Margaret |
| **Cc:** | Polini, Geneva; Kitzinger, Michelle; Wentzel, Greg |
| **Subject:** | VA Generation II Estimate |

Maggie,
You were going to develop a VA Generation II annual estimate for us. Have you come up with something?

Also, you told Greg that you have decided there is a lower limit annual sales threshold that must be met for us to include a site (for example, if a Coast Guard ordering site expects sales of less that $2000.00 annually, we will not add them to Generation II). What is that lower limit value that you want us to use? We will apply it to all Services not just Coast Guard.

LF

# CBDNet

## Notice Accepted

### Submission No. 404640

**December 1, 1999 8:12**

[Commerce Business Daily: Posted in CBDNet on December 1, 1999]
From the Commerce Business Daily Online via GPO Access
[cbdnet.access.gpo.gov]

PART: U.S. GOVERNMENT PROCUREMENTS
SUBPART: SUPPLIES, EQUIPMENT AND MATERIAL
CLASSCOD: 65--Medical, Dental and Veterinary Equipment and Supplies
OFFADD: Defense Supply Center Philadelphia, Directorate of Medical
... Bldg 6, 700 Robbins Ave., Philadelphia, PA 19111
... PRIME VENDOR PROGRAM GLOBAL REGION

...A-215-737-7731/Donna Kennedy-MSAA-215-737-7075
... shall provide all medical/surgical
...gion Central which it has been authorized
...efense Supply Center Philadelphia
...on and Pricing Agreement (DAPA),
...ting instrument (all hereafter referred
...y items appearing on a DSCP Medical
...elivered under the PV contract. The
...dical/surgical products to the ordering
...act. During the term of the contract,
... add or delete ordering facilities.
...ite Quantity PV contracts (IQCs)
...ation. The IQCs will have one 20-month
...nth option period and one 32-month
...des a 12-month period to accommodate
...ch ROF will have a maximum of five
...ng. The guaranteed minimum for each
...in sales. The maximum for each period
...he maximum amount reflects the most
...ould all ordering facilities commit
...se period. These figures are based
...aith best estimate. Offerors must
... for varying levels of delivery and

...a.mil dkennedy@dscp.dla.mil

Contract (in sales) may be priced $99,330,000 ... $1,142,500.

this minimum for 2 awardees total

CBDNet

# Notice Accepted

## Submission No. 404640

**December 1, 1999 8:12**

[Commerce Business Daily: Posted in CBDNet on December 1, 1999]
From the Commerce Business Daily Online via GPO Access
[cbdnet.access.gpo.gov]

PART: U.S. GOVERNMENT PROCUREMENTS
SUBPART: SUPPLIES, EQUIPMENT AND MATERIAL
CLASSCOD: 65--Medical, Dental and Veterinary Equipment and Supplies
OFFADD: Defense Supply Center Philadelphia, Directorate of Medical Materiel, Bldg 6, 700 Robbins Ave., Philadelphia, PA 19111
SUBJECT: 65--MEDICAL SURGICAL PRIME VENDOR PROGRAM GLOBAL REGION CENTRAL
SOL SP020000R5001
DUE 022300
POC POC Andrea Nicolucci-MSAA-215-737-7731/Donna Kennedy-MSAA-215-737-7075
DESC: Each Prime Vendor (PV) shall provide all medical/surgical products for the Global Region Central which it has been authorized as a distributor under a Defense Supply Center Philadelphia (DSCP) Medical's Distribution and Pricing Agreement (DAPA), or other designated contracting instrument (all hereafter referred to by the term "DAPA"). Only items appearing on a DSCP Medical DAPA will be ordered and delivered under the PV contract. The PV shall distribute the medical/surgical products to the ordering facilities under the contract. During the term of the contract, DSCP reserves the right to add or delete ordering facilities.

There will be two Indefinite Quantity PV contracts (IQCs) resulting from this solicitation. The IQCs will have one 20-month base period plus one 20-month option period and one 32-month option period, which includes a 12-month period to accommodate the rolling transition. Each ROF will have a maximum of five continuous years of ordering. The guaranteed minimum for each period will be $2,285,000 in sales. The maximum for each period is $45,700,000 in sales. The maximum amount reflects the most a single PV can receive should all ordering facilities commit to the contract for the base period. These figures are based on the Government's good faith best estimate. Offerors must propose distribution fees for varying levels of delivery and service.

this minimum for 2 awardees total

LINKURL: www.dscp.dla.mil
LINKDESC: DSCP Home Page
EMAILADD: anicolucci@dscp.dla.mil dkennedy@dscp.dla.mil

```
EMAILDESC: Contracting Officer
CITE: (W-335 SN404640)
```

---

CBD*Net* is provided through an alliance of the United States Department of Commerce and the United States Government Printing Office.

Questions or comments regarding this service? Contact the GPO Access User Support Team by Internet e-mail at cbd-support@gpo.gov or toll-free at 1-888-293-6498.

CBD Home GPO Home Docs Home GPO INET services

URL: http://cbdnet.gpo.gov/ACCEPT.template
LAST MODIFIED: February 18, 1997 by JER

DEPARTMENT OF COMMERCE ★ UNITED STATES OF AMERICA ★

CBDNet

# Notice Accepted

## Submission No. 416863

**January 19, 2000 7:49**

[Commerce Business Daily: Posted in CBDNet on January 19, 2000]
From the Commerce Business Daily Online via GPO Access
[cbdnet.access.gpo.gov]

PART: SPECIAL NOTICES
OFFADD: Defense Supply Center Philadelphia, Directorate of Medical Materiel, Bldg 6, 700 Robbins Ave., Philadelphia, PA 19111
SUBJECT: PREPROPOSAL CONFERENCE FOR MEDICAL SURGICAL PRIME VENDOR
DESC: PREPROPOSAL CONFERENCE FOR MEDICAL SURGICAL PRIME VENDOR - GLOBAL REGION CENTRAL (SP0200-00-5001); GLOBAL REGION EAST (SP0200-00-R-5002); AND GLOBAL REGION WEST (SP0200-00-5003). THE PREPROPOSAL CONFERENCE HAS BEEN CHANGED FROM WEDNESDAY, FEBRUARY 9, 2000 TO WEDNESDAY, MARCH 8, 2000. THE CONFERENCE WILL BEGIN AT 10:00 A.M. AND WILL BE HELD AT THE DEFENSE SUPPLY CENTER PHILADELPHIA, 700 ROBBINS AVENUE, BUILDING 6, PHILADELPHIA, PA 19111. IF YOU PLAN TO ATTEND PLEASE CONTACT THE FOLLOWING TO REGISTER: MS. ANDREA NICOLUCCI AT 215-737-7731 OR E-MAIL: anicolucci@dscp.dla.mil OR MS. DONNA KENNEDY AT 215-737-7075 OR E-MAIL: dkennedy@dscp.dla.mil.
LINKURL: www.dscp.dla.mil
LINKDESC: DSCP Home Page
EMAILADD: anicolucci@dscp.dla.mil dkennedy@dscp.dla.mil
EMAILDESC: Contracting Officer
CITE: (W-019 SN416863)

CBD*Net* is provided through an alliance of the United States Department of Commerce and the United States Government Printing Office.

Questions or comments regarding this service? Contact the GPO Access User Support Team by Internet e-mail at cbd-support@gpo.gov or toll-free at 1-888-293-6498.

CBD Home GPO Home Docs Home GPO INETservices

CBDNet

# Notice Accepted

## Submission No. 410780

**December 22, 1999 8:31**

```
[Commerce Business Daily: Posted in CBDNet on December 22, 1999]
From the Commerce Business Daily Online via GPO Access
[cbdnet.access.gpo.gov]

PART: U.S. GOVERNMENT PROCUREMENTS (MODIFICATION)
SUBPART: SUPPLIES, EQUIPMENT AND MATERIAL
CLASSCOD: 65--Medical, Dental and Veterinary Equipment and Supplies
OFFADD: Defense Supply Center Philadelphia, Directorate of Medical
  Materiel, Bldg 6, 700 Robbins Ave., Philadelphia, PA 19111
SUBJECT: 65--MEDICAL SURGICAL PRIME VENDOR GLOBAL REGION CENTRAL
SOL SP020000R5001
DUE 022300
POC POC Andrea Nicolucci-MSAA-215-737-7731/Donna Kennedy-MSAA-215-737-7075
DESC: The maximum for each period is changed to $99,334,000 in
  sales.
LINKURL: www.dscp.dla.mil
LINKDESC: DSCP Home Page
EMAILADD: anicolucci@dscp.dla.mil dkennedy@dscp.dla.mil
EMAILDESC: Contracting Officer
CITE: (W-356 SN410780)
```

CBD*Net* is provided through an alliance of the United States Department of Commerce and the United States Government Printing Office.

Questions or comments regarding this service? Contact the GPO Access User Support Team by Internet e-mail at cbd-support@gpo.gov or toll-free at 1-888-293-6498.

CBD Home GPO Home Docs Home GPO INET services

URL: http://cbdnet.gpo.gov/ACCEPT.template
LAST MODIFIED: February 18, 1997 by JER

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AL/TN/AR** | | | | | | | | | | | | | | | |
| **SP020096D7119** | | | | | | | | | | | | | | **PV Subtotal:** | **473,783** |
| FT MCCLELLAN | W31N11 | 1999 | 6,544 | 3,678 | 1,799 | 7,810 | 3,031 | 2,144 | 2,281 | 1,316 | 1,208 | 0 | 0 | 0 | 29,811 |
| LITTLE ROCK AFB | FM4460 | 1999 | 2,973 | 3,738 | 3,849 | 3,588 | 4,594 | 3,895 | 6,186 | 4,422 | 5,430 | 4,880 | 3,425 | 4,587 | 51,566 |
| MAXWELL AFB | FM3300 | 1999 | 20,995 | 29,016 | 19,907 | 39,169 | 28,277 | 25,981 | 27,043 | 18,134 | 41,886 | 16,095 | 30,587 | 31,916 | 329,006 |
| ~~NH MILLINGTON~~ | ~~N47536~~ | ~~1999~~ | ~~0~~ | ~~1,756~~ | ~~0~~ | ~~642~~ | ~~669~~ | ~~328~~ | ~~1,192~~ | ~~1,756~~ | ~~783~~ | ~~1,084~~ | ~~16~~ | ~~848~~ | ~~9,076~~ |
| REDSTONE ARSENAL | W31P0Y | 1999 | 5,189 | 4,599 | 2,291 | 5,389 | 3,468 | 4,825 | 3,777 | 3,401 | 6,114 | 5,451 | 6,010 | 3,812 | 54,325 |

East Region 4: 413,141 ✓

Central Region 6: 51,566

Wednesday, November 24, 1999

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ALASKA** | | | | | | | | | | | | | | | |
| **SP020096D7121** | | | | | | | | | | | | | | **PV Subtotal:** | **1,468,877** |
| EIELSON AFB | FM5004 | 1999 | 5,374 | 3,950 | 3,999 | 3,769 | 4,021 | 6,209 | 7,012 | 10,630 | 6,279 | 5,193 | 4,787 | 10,340 | 71,563 |
| ELMENDORF AFB | FM5000 | 1999 | 66,812 | 65,192 | 68,342 | 68,223 | 61,825 | 66,869 | 73,470 | 99,686 | 50,716 | 86,278 | 54,055 | 100,525 | 861,992 |
| FT WAINWRIGHT | WC1JXM | 1999 | 52,530 | 40,704 | 35,734 | 38,208 | 41,052 | 47,556 | 59,047 | 47,855 | 41,238 | 39,400 | 36,496 | 55,501 | 535,322 |

West

1,468,877 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CAROLINAS** | | | | | | | | | | | | | | | |
| **SP020096D7112** | | | | | | | | | | | | | | **PV Subtotal:** | **7,831,179** |
| CHARLESTON AFB | FM4418 | 1999 | 8,334 | 4,650 | 4,772 | 4,937 | 3,085 | 4,632 | 7,135 | 5,011 | 5,440 | 5,028 | 4,090 | 7,552 | 64,667 |
| FT BRAGG | W36N0P | 1999 | 309,348 | 263,733 | 236,227 | 335,451 | 233,850 | 375,663 | 279,679 | 254,033 | 277,802 | 358,245 | 185,300 | 455,888 | 3,565,219 |
| FT JACKSON | W37XTS | 1999 | 0 | 0 | 0 | 0 | 17,384 | 33,544 | 55,176 | 37,337 | 61,640 | 37,869 | 64,107 | 52,464 | 359,521 |
| LEJEUNE MEDLOG | M27120 | 1999 | 32,409 | 52,830 | 795 | 10,757 | 20,539 | 10,924 | 20,599 | 59,177 | 1,548 | 12,622 | 18,147 | 9,834 | 250,180 |
| NH BEAUFORT | N61337 | 1999 | 34,672 | 44,010 | 38,219 | 23,434 | 43,395 | 51,810 | 40,499 | 74,514 | 30,950 | 103,953 | 31,187 | 85,864 | 602,509 |
| NH CAMP LEJEUNE | N68093 | 1999 | 123,777 | 147,430 | 120,309 | 135,120 | 132,964 | 240,710 | 137,647 | 146,581 | 168,778 | 93,913 | 108,595 | 111,720 | 1,667,543 |
| NH CHARLESTON | N68084 | 1999 | 50,431 | 38,467 | 51,179 | 38,626 | 31,462 | 43,132 | 42,600 | 42,576 | 34,056 | 34,331 | 42,985 | 42,391 | 492,237 |
| NH CHERRY POINT | N66094 | 1999 | 39,321 | 30,838 | 21,200 | 38,815 | 28,909 | 28,021 | 26,306 | 35,259 | 28,584 | 29,739 | 25,844 | 24,920 | 357,756 |
| PARRIS ISLAND | N68411 | 1999 | 0 | 1,962 | 4,210 | 0 | 1,956 | 2,398 | 3,436 | 696 | 3,207 | 4,151 | 5,287 | 2,269 | 29,572 |
| POPE AFB | FM4488 | 1999 | 3,218 | 4,480 | 4,940 | 5,853 | 5,343 | 5,225 | 4,485 | 13,696 | 5,843 | 4,151 | 4,452 | 7,434 | 69,120 |
| SEYMOUR JOHNSON | FM4809 | 1999 | 8,547 | 7,466 | 9,952 | 9,520 | 12,971 | 11,276 | 12,035 | 15,796 | 8,359 | 13,896 | 12,131 | 9,912 | 131,860 |
| SHAW AFB | FM4803 | 1999 | 52,631 | 4,727 | 13,193 | 16,740 | 13,969 | 12,706 | 6,885 | 9,703 | 16,320 | 28,468 | 55,323 | 10,332 | 240,995 |

2,3

East

East

7,831,179 ✓

Wednesday, November 24, 1999

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASCADES** | | | | | | | | | | | | | | | |
| **SP020096D7106** | | | | | | | | | | | | | | **PV Subtotal:** | **5,013,310** |
| FAIRCHILD AFB | FM4620 | 1999 | 4,048 | 4,105 | 2,797 | 3,429 | 2,658 | 3,865 | 3,902 | 3,382 | 3,236 | 3,671 | 5,383 | 1,049 | 41,526 |
| MADIGAN AMC | W68MX4 | 1999 | 264,452 | 273,502 | 226,264 | 321,248 | 238,374 | 350,355 | 316,249 | 288,911 | 315,221 | 261,070 | 280,837 | 397,480 | 3,533,961 |
| MCCHORD AFB | FM4479 | 1999 | 3,371 | 5,898 | 2,798 | 3,650 | 5,057 | 3,879 | 3,990 | 5,170 | 3,012 | 3,992 | 4,559 | 4,961 | 50,337 |
| NH BREMERTON | N68095 | 1999 | 50,256 | 53,220 | 43,875 | 68,412 | 45,427 | 61,231 | 65,748 | 65,017 | 56,647 | 71,282 | 63,873 | 74,220 | 719,208 |
| NH OAK HARBOR | N66097 | 1999 | 14,990 | 12,301 | 8,093 | 13,491 | 11,387 | 22,198 | 22,238 | 31,073 | 13,827 | 14,789 | 19,068 | 19,373 | 202,829 |
| USCG GROUP | Z36277 | 1999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,666 | 0 | 1,666 |
| VA PORTLAND | 360413 | 1999 | 16,866 | 19,801 | 18,314 | 23,704 | 16,414 | 24,318 | 17,257 | 22,692 | 19,795 | 21,415 | 15,794 | 26,769 | 243,139 |
| VA SEATTLE | 360508 | 1999 | 15,779 | 28,312 | 4,598 | 2,178 | 34,442 | 12,573 | 32,176 | 14,872 | 20,135 | 15,103 | 14,167 | 26,310 | 220,643 |

Region 11
West

West
$5,011,644 /

Wednesday, November 24, 1999

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CUBA** | | | | | | | | | | | | | | | |
| **SP020096D7136** | | | | | | | | | | | | | | **PV Subtotal:** | **156,757** |
| GUANTANAMO BAY, | N61564 | 1999 | 14,011 | 13,306 | 1,178 | 9,378 | 9,428 | 16,866 | 20,606 | 40,801 | 7,138 | 7,386 | 7,559 | 9,098 | 156,757 |

East

156,757 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DAKOTAS** | | | | | | | | | | | | | | | |
| **SP020096D7122** | | | | | | | | | | | | | | **PV Subtotal:** | **318,680** |
| ELLSWORTH AFB | FM4690 | 1999 | 5,294 | 6,355 | 5,988 | 9,781 | 8,276 | 8,767 | 13,216 | 8,515 | 5,502 | 6,825 | 6,510 | 7,173 | 92,202 |
| GRAND FORK AFB | FM4659 | 1999 | 4,129 | 9,600 | 8,177 | 7,746 | 9,989 | 7,775 | 7,458 | 8,506 | 7,773 | 9,455 | 6,216 | 9,973 | 96,798 |
| MINOT AFB | FM4528 | 1999 | 18,474 | 9,030 | 13,074 | 11,059 | 13,417 | 14,353 | 11,318 | 6,522 | 11,244 | 5,069 | 5,905 | 10,215 | 129,680 |

7+8

Central

318,680

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EUROPE** | | | | | | | | | | | | | | | |
| **SP020096D7117** | | | | | | | | | | | | | | **PV Subtotal:** | **7,773,922** |
| HEIDELBERG | WK4FZ | 1999 | 4,667 | 9,055 | 2,756 | 5,470 | 95 | 4,049 | 7,701 | 9,069 | 1,004 | 6,322 | 1,090 | 1,832 | 53,110 |
| INCIRLIK AB | FM5655 | 1999 | 3,530 | 7,929 | 3,146 | 7,845 | 2,034 | 9,590 | 2,565 | 7,593 | 6,804 | 4,157 | 7,685 | 2,893 | 65,773 |
| LAKENHEATH AB | FM5587 | 1999 | 18,537 | 24,036 | 24,916 | 20,962 | 21,789 | 48,370 | 38,204 | 46,331 | 45,373 | 47,124 | 30,141 | 69,709 | 435,492 |
| LANDSTUHL | WK4FW0 | 1999 | 54,995 | 21,340 | 38,396 | 24,000 | 19,778 | 29,968 | 37,239 | 15,647 | 24,542 | 26,577 | 9,599 | 27,197 | 329,277 |
| NH KEFLAVIK | N68875 | 1999 | 16,831 | 57,350 | 6,116 | 2,912 | 21,889 | 3,005 | 11,677 | 14,181 | 4,695 | 18,096 | 12,755 | 10,708 | 180,215 |
| NH NAPLES | N66096 | 1999 | 2,210 | 51 | 1,677 | 4,552 | 6,974 | 2,561 | 7,766 | 16,136 | 29,132 | 7,677 | 0 | 5,232 | 83,969 |
| NH ROTA | N66101 | 1999 | 9,011 | 6,568 | 3,777 | 10,349 | 10,364 | 19,483 | 8,312 | 8,909 | 12,101 | 2,260 | 10,135 | 13,119 | 114,387 |
| NH SIGONELLA | N39163 | 1999 | 0 | 9,184 | 12,602 | 7,278 | 13,563 | 6,208 | 2,811 | 1,858 | 11,931 | 6,913 | 1,500 | 7,433 | 81,281 |
| SPANGDAHLEM AB | FM5606 | 1999 | 603 | 4,388 | 1,740 | 1,089 | 1,028 | 3,828 | 1,077 | 1,004 | 435 | 906 | 960 | 880 | 17,940 |
| USAMMCE | WK4FV1 | 1999 | 677,517 | 387,303 | 415,284 | 409,736 | 401,769 | 452,847 | 486,444 | 427,961 | 375,346 | ,022,839 | 468,353 | 728,500 | 6,253,898 |
| VICENZA | WK9GH | 1999 | 457 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 457 |
| WUERZBERG | WK4F3M | 1999 | 16,634 | 15,057 | 34,931 | 17,570 | 2,773 | 19,295 | 13,467 | 10,743 | 6,739 | 4,450 | 9,607 | 6,858 | 158,122 |

East

7,773,465 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FLORIDA/GEORGIA** | | | | | | | | | | | | | | | |
| **SP020096D7108** | | | | | | | | | | | | | | **PV Subtotal:** | **7,689,140** |
| BLOUNT ISLAND | MMV888 | 1999 | 41,920 | 28,025 | 94,738 | 38,800 | 82,183 | 19,929 | 84,717 | 41,118 | 70,996 | 53,385 | 8,791 | 51,944 | 616,546 |
| FT BENNING | W33BRA | 1999 | 75,232 | 84,108 | 82,441 | 78,511 | 54,531 | 103,812 | 76,164 | 82,758 | 117,321 | 93,307 | 82,794 | 107,415 | 1,038,394 |
| FT GORDON | W33M8S | 1999 | 19,155 | 40,565 | 31,656 | 37,118 | 161,970 | 238,591 | 226,690 | 271,521 | 218,205 | 190,938 | 242,487 | 645,487 | 2,324,382 |
| FT MCPHERSON | W81WRF | 1999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,154 | 1,067 | 2,074 | 2,730 | 5,296 | 12,321 |
| FT STEWART | W33DME | 1999 | 62,277 | 80,925 | 58,122 | 79,115 | 82,921 | 86,259 | 79,432 | 72,942 | 64,119 | 76,455 | 95,458 | 81,203 | 919,227 |
| MACDILL AFB | FM4814 | 1999 | 55,137 | 45,834 | 58,505 | 62,037 | 46,030 | 53,593 | 57,883 | 74,212 | 38,885 | 45,688 | 50,983 | 39,828 | 628,617 |
| MOODY AFB | FM4830 | 1999 | 2,595 | 3,380 | 1,091 | 3,421 | 1,571 | 1,424 | 640 | 2,072 | 2,747 | 1,499 | 1,078 | 2,297 | 23,815 |
| NH JACKSONVILLE | N00232 | 1999 | 150,706 | 149,671 | 130,147 | 166,336 | 144,002 | 170,659 | 150,342 | 166,813 | 143,583 | 123,328 | 130,488 | 166,572 | 1,792,647 |
| NMC KEY WEST | N00232 | 1999 | 485 | 1,765 | 28,866 | 2,472 | -24,896 | 1,213 | 1,383 | -2,091 | 1,721 | 2,267 | 2,837 | 635 | 16,657 |
| NMC KINGS BAY | N48488 | 1999 | 3,108 | 5,197 | 2,112 | 5,357 | 1,588 | 8,595 | 2,860 | 654,076 | 4,727 | -638,185 | 9,630 | 903 | 59,969 |
| PATRICK AFB | FM2520 | 1999 | 23,218 | 11,498 | 15,083 | 21,546 | 13,644 | 22,288 | 14,340 | 12,214 | 10,587 | 14,298 | 8,912 | 13,163 | 180,791 |
| ROBINS AFB | FM2060 | 1999 | 10,788 | 8,077 | 3,751 | 8,828 | 4,780 | 5,872 | 5,492 | 5,514 | 6,748 | 3,962 | 3,883 | 8,079 | 75,774 |

Region 3 East

East

$7,689,140 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HAWAII** | | | | | | | | | | | | | | | |
| **SP020096D7116** | | | | | | | | | | | | | | **PV Subtotal:** | **3,726,346** |
| HICKHAM AFB | FM5260 | 1999 | 4,219 | 2,316 | 2,732 | 3,726 | 2,839 | 2,571 | 2,254 | 2,820 | 3,050 | 3,049 | 3,211 | 2,725 | 35,513 |
| PEARL HARBOR | N68098 | 1999 | 376 | 2,429 | 4,063 | 8,324 | 13,704 | 5,170 | 8,004 | 9,616 | 4,629 | 3,766 | 6,411 | 8,500 | 74,992 |
| TRIPLER | WX3JN7 | 1999 | 267,778 | 252,887 | 214,618 | 351,135 | 233,466 | 359,339 | 369,657 | 296,973 | 357,125 | 304,569 | 182,005 | 426,289 | 3,615,841 |

West
$3,726,346 ✓

Sales

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IL/KY/MO** | | | | | | | | | | | | | | | |
| **SP020096D7107** | | | | | | | | | | | | | | **PV Subtotal:** | **2,996,300** |
| FT CAMPBELL | W34GNC | 1999 | 98,378 | 129,059 | 111,230 | 122,041 | 123,540 | 165,296 | 137,493 | 151,830 | 142,622 | 222,399 | 128,977 | 184,222 | 1,717,088 |
| FT KNOX | W22PEZ | 1999 | 52,238 | 56,305 | 45,729 | 54,052 | 34,046 | 63,408 | 40,819 | 53,037 | 42,010 | 36,361 | 42,585 | 84,456 | 605,044 |
| FT LEONARD WOOD | W58NQ2 | 1999 | 25,722 | 20,634 | 17,849 | 20,562 | 21,699 | 23,462 | 19,471 | 20,540 | 21,812 | 31,009 | 20,867 | 24,016 | 267,644 |
| SCOTT AFB | FM4407 | 1999 | 51,963 | 30,473 | 28,673 | 39,349 | 25,484 | 40,676 | 37,879 | 26,938 | 46,013 | 27,191 | 11,432 | 40,451 | 406,524 |

Region 5, 7, 8
w/ Central

Central
$2,996,300 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LONE STAR** | | | | | | | | | | | | | | | |
| **SP020097D7133** | | | | | | | | | | | | | | **PV Subtotal:** | **11,110,724** |
| ~~AFMLO~~ | FM9133 | 1999 | 41 | 0 | 0 | 0 | 0 | 0 | 303 | 286 | 567 | 0 | 0 | 297 | 1,495 |
| ALTUS AFB | FM4419 | 1999 | 16,861 | 22,284 | 11,670 | 8,004 | 7,007 | 5,363 | 5,463 | 6,388 | 2,282 | 3,178 | 2,851 | 5,352 | 96,704 |
| BROOKS AFB | FM2855 | 1999 | 962 | 785 | 766 | 659 | 853 | 976 | 1,466 | 1,332 | 1,499 | 1,439 | 1,365 | 4,763 | 16,865 |
| CANNON AFB | FM4855 | 1999 | 8,671 | 3,652 | 3,440 | 4,097 | 4,205 | 8,070 | 6,945 | 3,017 | 5,205 | 3,020 | 5,049 | 4,298 | 59,668 |
| DYESS AFB | FM4661 | 1999 | 4,020 | 5,826 | 4,060 | 5,907 | 3,955 | 4,541 | 6,821 | 4,144 | 4,796 | 4,597 | 6,015 | 5,661 | 60,343 |
| FT BLISS | W45PEA | 1999 | 205,218 | 137,662 | 220,920 | 199,155 | 186,997 | 248,254 | 239,928 | 247,593 | 293,234 | 224,336 | 204,326 | 304,158 | 2,711,781 |
| FT HOOD | W45NQ8 | 1999 | 115,353 | 103,135 | 110,306 | 121,011 | 86,811 | 134,829 | 121,998 | 135,498 | 107,336 | 105,114 | 104,250 | 112,114 | 1,357,755 |
| FT HUACHUCA | W61DE | 1999 | 29,359 | 21,716 | 13,702 | 14,912 | 16,814 | 13,524 | 17,836 | 14,196 | 16,290 | 13,823 | 9,997 | 24,563 | 206,732 |
| FT SAM HOUSTON | W45MXE | 1999 | 478,012 | 386,514 | 341,761 | 415,146 | 312,076 | 417,425 | 496,281 | 390,287 | 417,999 | 498,968 | 417,427 | 454,050 | 5,025,946 |
| FT SILL | W44DQ6 | 1999 | 67,378 | 59,669 | 60,568 | 60,009 | 48,729 | 76,802 | 70,835 | 58,445 | 67,415 | 62,462 | 55,242 | 65,665 | 753,217 |
| GOODFELLOW AFB | FM3030 | 1999 | 2,948 | 2,460 | 2,235 | 2,464 | 2,251 | 3,683 | 2,577 | 2,561 | 2,307 | 3,224 | 3,088 | 2,345 | 32,144 |
| HOLLOMAN AFB | FM4801 | 1999 | 7,549 | 4,534 | 5,801 | 9,213 | 4,601 | 5,789 | 5,529 | 3,788 | 5,097 | 12,356 | 9,717 | 5,797 | 79,771 |
| KIRTLAND AFB | FM4469 | 1999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,986 | 12,382 | 9,773 | 25,141 |
| LAUGHLIN AFB | FM3099 | 1999 | 1,175 | 530 | 1,069 | 1,161 | 794 | 1,268 | 911 | 2,100 | 746 | 1,535 | 1,394 | 1,400 | 14,083 |
| NAS DALLAS | N32645 | 1999 | 1,094 | 0 | 173 | 1,449 | 419 | 279 | 468 | 1,273 | 853 | 1,179 | 952 | 559 | 8,699 |
| NH CORPUS CHRISTI | N00285 | 1999 | 27,713 | 3,752 | 7,028 | 12,240 | 3,457 | 14,859 | 8,902 | 12,195 | 6,873 | 13,138 | 8,515 | 8,963 | 127,633 |
| RANDOLPH AFB | FM3089 | 1999 | 4,069 | 1,197 | 1,928 | 3,524 | 2,668 | 3,575 | 3,398 | 3,266 | 5,414 | 1,278 | 3,527 | 2,955 | 36,798 |
| SHEPPARD AFB | FM3020 | 1999 | 9,411 | 9,795 | 7,723 | 17,955 | 11,701 | 17,002 | 9,458 | 18,393 | 17,335 | 14,522 | 15,098 | 8,808 | 157,199 |
| TINKER AFB | FM2030 | 1999 | 39,516 | 21,398 | 9,173 | 43,785 | 19,595 | 30,689 | 21,815 | 27,585 | 25,535 | 16,300 | 28,055 | 34,627 | 318,074 |
| VANCE AFB | FM3029 | 1999 | 916 | 1,566 | 1,413 | 1,534 | 1,459 | 1,811 | 1,601 | 2,179 | 2,041 | 1,475 | 1,798 | 2,883 | 20,677 |

Region (78.6) all Central

Central

$11,110,724 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MIDWEST** | | | | | | | | | | | | | | | |
| **SP020096D7115** | | | | | | | | | | | | | | **PV Subtotal:** | **1,930,509** |
| FT LEAVENWORTH | W55C7D | 1999 | 5,918 | 7,687 | 13,517 | 11,964 | 8,094 | 11,262 | 10,651 | 11,088 | 10,898 | 6,586 | 14,320 | 12,254 | 124,238 |
| FT RILEY | W55CW | 1999 | 50,803 | 70,495 | 53,359 | 55,285 | 49,090 | 79,646 | 65,208 | 65,707 | 55,272 | 53,640 | 50,681 | 71,419 | 720,606 |
| MCCONNELL AFB | FM4621 | 1999 | 8,057 | 14,537 | 9,074 | 15,638 | 10,611 | 14,547 | 12,456 | 11,458 | 14,130 | 10,427 | 11,565 | 7,881 | 140,380 |
| OFFUTT AFB | FM4600 | 1999 | 54,507 | 70,750 | 61,743 | 78,698 | 52,994 | 68,547 | 68,294 | 64,752 | 77,879 | 101,965 | 70,239 | 90,126 | 860,493 |
| WHITEMAN AFB | FM4625 | 1999 | 7,482 | 4,563 | 8,659 | 7,054 | 3,290 | 6,367 | 9,146 | 4,977 | 7,589 | 5,524 | 7,477 | 12,662 | 84,791 |

7+8

Central

$1,930,509 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MONTANA** | | | | | | | | | | | | | | | |
| **SP020096D7118** | | | | | | | | | | | | | | **PV Subtotal:** | **62,515** |
| MALMSTROM AFB | FM4626 | 1999 | 6,266 | 4,739 | 4,172 | 5,241 | 1,299 | 5,747 | 5,496 | 6,037 | 5,271 | 4,790 | 6,284 | 7,172 | 62,515 |

Central 7+8

62,515 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NATIONAL CAPITOL** | | | | | | | | | | | | | | | |
| **SP020097D7128** | | | | | | | | | | | | | | **PV Subtotal:** | **20,156,264** |
| ANNAPOLIS | N00162 | 1999 | 1,266 | 1,834 | 1,167 | 2,954 | 1,500 | 3,094 | 4,021 | 3,096 | 1,590 | 1,664 | 2,874 | 300 | 25,359 |
| BETHESDA | N00168 | 1999 | 518,447 | 546,301 | 354,300 | 478,133 | 391,279 | 545,676 | 502,070 | 300,000 | 465,101 | 507,410 | 457,215 | 547,552 | 5,613,482 |
| BOLLING AFB | FM7054 | 1999 | 5,947 | 6,860 | 4,897 | 3,882 | 7,774 | 5,888 | 6,610 | 7,581 | 5,049 | 4,586 | 7,505 | 5,972 | 72,549 |
| CARISLE BARRACKS | W25BDZ | 1999 | 2,386 | 4,167 | 4,501 | 5,458 | 4,444 | 3,847 | 6,571 | 4,513 | 1,850 | 2,720 | 0 | 0 | 40,457 |
| DC GENERAL | 993M45 | 1999 | 0 | 40,245 | 7,272 | 27,943 | 44,050 | 161,614 | 137,876 | 191,130 | 212,937 | 162,811 | 201,435 | 174,063 | 1,361,377 |
| DOVER AFB | FM4497 | 1999 | 4,172 | 9,031 | 6,506 | 9,704 | 8,864 | 9,985 | 10,554 | 8,329 | 12,634 | 8,611 | 8,047 | 9,715 | 106,151 |
| FT BELVOIR | W26AAJ | 1999 | 90,187 | 85,993 | 68,875 | 82,136 | 65,909 | 79,237 | 117,644 | 109,067 | 104,096 | 114,969 | 94,419 | 120,333 | 1,132,866 |
| FT MEADE | W23A74 | 1999 | 46,958 | 38,745 | 45,367 | 49,547 | 34,719 | 66,692 | 62,839 | 56,645 | 43,879 | 45,329 | 55,840 | 69,090 | 615,650 |
| MALCOLM GROW | FM4425 | 1999 | 162,961 | 174,044 | 169,739 | 216,995 | 120,315 | 187,745 | 149,649 | 210,339 | 121,658 | 228,596 | 147,506 | 140,993 | 2,030,539 |
| MCGUIRE AFB | FM4439 | 1999 | 13,465 | 11,823 | 7,430 | 8,017 | 9,549 | 10,867 | 13,053 | 15,091 | 11,814 | 6,801 | 13,980 | 20,158 | 142,048 |
| NH PATUXENT RIVER | N66098 | 1999 | 3,320 | 5,757 | 3,811 | 4,641 | 2,431 | 2,364 | 4,686 | 4,349 | 1,797 | 4,647 | 2,912 | 4,872 | 45,587 |
| NIH | 753209 | 1999 | 163,322 | 172,037 | 127,492 | 213,566 | 144,810 | 144,482 | 312,611 | 162,258 | 223,067 | 167,286 | 245,029 | 214,207 | 2,290,167 |
| PENTAGON | W74KN | 1999 | 2,573 | 1,797 | 3,145 | 2,323 | 910 | 2,931 | 1,059 | 2,802 | 3,925 | 4,459 | 1,517 | 2,690 | 30,132 |
| QUANTICO | N00231 | 1999 | 7,354 | 4,090 | 8,367 | 5,289 | 3,378 | 11,894 | 5,350 | 6,659 | 6,611 | 10,088 | 7,676 | 7,124 | 83,881 |
| VA WILKES BARRE | 362412 | 1999 | 15,362 | 12,999 | 7,433 | 12,316 | 7,095 | 9,828 | 0 | 666 | 0 | -2,110 | 0 | 0 | 63,589 |
| WRAMC | W71PEC | 1999 | 191,687 | 637,018 | 537,911 | 523,893 | 591,419 | 563,856 | 594,651 | 622,342 | 517,421 | 561,776 | 483,713 | 676,744 | 6,502,430 |
| **SP020097D7129** | | | | | | | | | | | | | | **PV Subtotal:** | **593,516** |
| DSCP DVD PHILA | VARIED | 1999 | 12,835 | 45,319 | 43,063 | 75,902 | 83,753 | 78,630 | 43,597 | 21,097 | 40,482 | 38,959 | 76,714 | 33,166 | 593,516 |
| **SP020097D7132** | | | | | | | | | | | | | | **PV Subtotal:** | **1,605,647** |
| DSCP DEPMEDS PHIL | SC0200 | 1999 | 0 | 0 | 23,080 | 0 | 0 | 0 | 32,887 | 145,900 | 220,950 | 463,655 | 146,712 | 572,462 | 1,605,647 |

East
$20.156,264 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NY/NE** | | | | | | | | | | | | | | | |
| **SP020097D7127** | | | | | | | | | | | | | | **PV Subtotal:** | **824,080** |
| FT DRUM | W16BFB | 1999 | 7,581 | 13,287 | 11,426 | 10,104 | 9,711 | 9,730 | 11,774 | 8,823 | 15,849 | 12,727 | 17,237 | 13,702 | 141,952 |
| HANSCOM AFB | FM2835 | 1999 | 307 | 610 | 239 | 432 | 348 | 527 | 0 | 1,571 | 1,558 | 1,859 | 3,184 | 6,089 | 16,723 |
| NAS BRUNSWICK, ME | N32615 | 1999 | 1,843 | 674 | 370 | 2,606 | 2,957 | 1,114 | 1,616 | 1,720 | 2,266 | -348 | 2,360 | 1,318 | 18,496 |
| NH GROTON | N61726 | 1999 | 9,092 | 10,503 | 4,450 | 12,374 | 12,208 | 6,264 | 15,622 | 14,088 | 7,344 | 16,665 | 6,554 | 5,747 | 120,912 |
| NH RHODE ISLAND | N68086 | 1999 | 4,417 | 2,692 | 4,691 | 4,090 | 2,908 | 4,500 | 4,419 | 7,542 | 4,620 | 6,628 | 8,234 | 5,907 | 60,647 |
| NMC PORTSMOUTH | N00105 | 1999 | 900 | 870 | 978 | 1,015 | 1,839 | 1,883 | 1,302 | 2,030 | 949 | 1,634 | 665 | 841 | 14,906 |
| USCG ACADEMY | Z60100 | 1999 | 726 | 1,481 | 2,548 | 618 | 565 | 1,807 | 1,827 | 3,339 | 1,104 | 4,521 | 4,820 | 7,428 | 30,781 |
| ~~USCG CAPE COD~~ | ~~Z20115~~ | ~~1999~~ | ~~0~~ | ~~0~~ | ~~0~~ | ~~0~~ | ~~0~~ | ~~0~~ | ~~0~~ | ~~0~~ | ~~0~~ | ~~0~~ | ~~0~~ | ~~26~~ | ~~26~~ |
| WEST POINT | W16BCY | 1999 | 33,771 | 30,582 | 28,350 | 29,137 | 34,090 | 17,595 | 51,230 | 35,148 | 30,089 | 37,017 | 34,404 | 58,224 | 419,636 |

East

East
$ 824,054

Wednesday, November 24, 1999

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OHIO/ILLINOIS** | | | | | | | | | | | | | | | |
| **SP020096D7111** | | | | | | | | | | | | | | **PV Subtotal:** | **2,786,520** |
| NH GREAT LAKES | N00211 | 1999 | 111,877 | 46,946 | 58,068 | 102,180 | 59,039 | 67,933 | 69,682 | 79,629 | 77,854 | 82,121 | 59,421 | 102,210 | 916,961 |
| VA INDIANAPOLIS | 365204 | 1999 | 0 | 3,610 | 10,875 | 7,640 | 5,547 | 15,158 | 8,402 | 11,534 | 12,536 | 0 | 8,312 | 15,103 | 98,716 |
| VA IOWA CITY | 366101 | 1999 | 0 | 0 | 0 | 14,817 | 3,252 | 13,289 | 23,501 | 9,451 | 12,007 | 13,381 | 14,227 | 19,024 | 122,949 |
| WRIGHT PATTERSON | FM2300 | 1999 | 132,801 | 132,932 | 98,222 | 162,567 | 150,120 | 146,431 | 140,994 | 186,844 | 114,093 | 134,633 | 122,662 | 125,596 | 1,647,894 |

5
Central
2,786,520 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PACIFIC** | | | | | | | | | | | | | | | |
| **SP020096D7126** | | | | | | | | | | | | | | **PV Subtotal:** | **4,448,492** |
| ANDERSEN AFB, GUA | FM5240 | 1999 | 2,000 | 2,164 | 1,848 | 1,288 | 1,045 | 1,273 | 869 | 2,607 | 629 | 4,158 | 2,524 | 3,087 | 23,493 |
| CAMP ZAMA | WT5J0F | 1999 | 829 | 1,548 | 2,268 | 9,586 | 4,254 | 7,458 | 2,882 | 3,479 | 3,137 | 3,274 | 1,248 | 9,773 | 49,736 |
| KADENA AB, 18TH | FM5270 | 1999 | 15,475 | 19,339 | 5,191 | 15,431 | 14,067 | 7,791 | 17,403 | 14,245 | 18,476 | 10,394 | 15,222 | 17,991 | 171,023 |
| KUNSAN AB, KOREA | FM5284 | 1999 | 872 | 671 | 704 | 1,010 | 504 | 859 | 3,499 | 644 | 709 | 1,373 | 1,729 | 729 | 13,302 |
| MISAWA AB, 35TH | FM5205 | 1999 | 4,385 | 10,192 | 1,996 | 8,718 | 8,797 | 12,641 | 4,197 | 11,166 | 3,080 | 5,554 | 11,638 | 9,786 | 92,147 |
| NH GUAM AGANA | N68096 | 1999 | 38,599 | 53,395 | 83,556 | 27,883 | 48,329 | 90,729 | 10,251 | 21,731 | 13,207 | 24,751 | 16,930 | 33,423 | 462,784 |
| NH OKINAWA | N68470 | 1999 | 24,271 | 77,003 | 52,751 | 72,338 | 51,634 | 116,834 | 213,080 | 77,187 | 118,785 | 181,871 | 90,687 | 164,596 | 1,241,037 |
| NH YOKOSUKA | N68292 | 1999 | 240,619 | 41,623 | 52,961 | 42,686 | 56,080 | 84,636 | 44,538 | 55,317 | 73,046 | 99,714 | 62,415 | 146,956 | 1,000,594 |
| OKINAWA 3FSSG | M97115 | 1999 | 0 | 7,053 | 13,085 | 27,808 | 0 | 103 | 0 | 589 | 0 | 32,315 | 10,398 | 28,173 | 119,523 |
| OSAN AB, 51ST | FM5294 | 1999 | 1,679 | 1,682 | 54 | 1,122 | 123 | 218 | 725 | 8,128 | 2,996 | 2,639 | 10,082 | 1,035 | 30,482 |
| WAEGWAN, 16TH | WT4J8S | 1999 | 85,631 | 88,024 | 38,675 | 64,305 | 57,281 | 41,405 | 194,754 | 78,467 | 45,728 | 105,150 | 63,523 | 94,502 | 957,445 |
| YOKATA AB, 374TH | FM5202 | 1999 | 21,485 | 17,121 | 21,008 | 28,766 | 10,755 | 25,116 | 16,637 | 24,649 | 30,712 | 28,375 | 18,838 | 43,464 | 286,926 |

West

$4,448,492 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PANAMA** | | | | | | | | | | | | | | | |
| **SP020096D7113** | | | | | | | | | | | | | | **PV Subtotal:** | **243,299** |
| HOWARD AFB | FM4810 | 1999 | 33,654 | 13,323 | 10,317 | 19,246 | 9,432 | 8,672 | 10,243 | 3,738 | 1,125 | 2,740 | 1,997 | 0 | 114,487 |
| JTF BRAVO | W8033C | 1999 | 5,666 | 8,910 | 756 | 14,739 | 21,123 | 0 | 16,008 | 821 | 28,081 | 8,361 | 0 | 24,348 | 128,812 |

East

243,299 ✓

nthly Sales

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PANHANDLE/DELTA** | | | | | | | | | | | | | | | |
| **SP020096D7110** | | | | | | | | | | | | | | **PV Subtotal:** | **4,636,195** |
| BARKSDALE AFB | FM4608 | 1999 | 10,887 | 9,879 | 10,643 | 11,058 | 12,800 | 19,038 | 12,716 | 10,106 | 12,725 | 11,698 | 10,391 | 6,783 | 138,724 |
| COLUMBUS AFB | FM3022 | 1999 | 2,015 | 1,208 | 2,087 | 1,577 | 1,948 | 1,847 | 2,088 | 254 | 2,690 | 1,240 | 3,225 | 2,124 | 22,303 |
| EGLIN AFB | FM2823 | 1999 | 18,527 | 33,113 | 25,192 | 46,028 | 21,913 | 43,989 | 53,733 | 52,704 | 69,733 | 41,003 | 55,558 | 85,464 | 546,957 |
| FT POLK | W42NU3 | 1999 | 13,578 | 14,139 | 19,506 | 10,087 | 15,067 | 21,601 | 11,201 | 21,726 | 20,458 | 13,640 | 18,248 | 18,761 | 198,011 |
| FT RUCKER | W31NW | 1999 | 25,083 | 16,447 | 12,266 | 14,642 | 16,137 | 31,064 | 21,532 | 21,263 | 18,907 | 24,685 | 27,470 | 29,433 | 258,928 |
| KEESLER AFB | FM3010 | 1999 | 169,771 | 121,391 | 104,054 | 184,427 | 142,741 | 212,368 | 171,780 | 176,169 | 160,735 | 198,215 | 201,026 | 216,501 | 2,059,179 |
| NH PENSACOLA | N00203 | 1999 | 90,084 | 86,121 | 63,173 | 97,080 | 73,295 | 110,483 | 90,064 | 91,414 | 91,384 | 109,810 | 109,361 | 105,033 | 1,117,303 |
| NMC NEW ORLEANS | N66898 | 1999 | 2,144 | 1,062 | 951 | 1,148 | 1,838 | 894 | 599 | 649 | 74 | 1,069 | 2,086 | 500 | 13,014 |
| TYNDALL AFB | FM4819 | 1999 | 23,782 | 14,510 | 16,420 | 23,301 | 17,340 | 25,392 | 20,468 | 26,335 | 27,426 | 20,060 | 21,498 | 13,046 | 249,576 |
| US NAVAL HOME | 8444AA | 1999 | 1,970 | 3,597 | 2,369 | 4,400 | 1,903 | 1,958 | 3,354 | 3,689 | 1,631 | 2,887 | 3,810 | 633 | 32,202 |

Region 6; 4; 4; 6; 4; 4; 4; 4; 4; 4; 71110; 39710; 32542; 71459; 36362; 39534; 32512; 70142; 32463; 39507; 6 (beside 138,724); 6 (beside 198,011)

(4), 6 East, [illegible]

East $4,299,460 ✓ Central $336,735 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PUERTO RICO** | | | | | | | | | | | | | | | |
| **SP020096D7120** | | | | | | | | | | | | | | | |
| ROOSEVELT ROADS | N65428 | 1999 | 10,122 | 15,688 | 8,362 | 7,424 | 14,588 | 5,959 | 15,450 | 13,914 | 10,937 | 16,037 | 5,658 | 21,886 | 146,025 |
| | | | | | | | | | | | | | | **PV Subtotal:** | **146,025** |

Southern (1)
East
$146,025 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PV FLEET** | | | | | | | | | | | | | | | |
| **SP020099D7150** | | | | | | | | | | | | | | **PV Subtotal:** | **695,567** |
| FLEET | VARIED | 1999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,473 | 255,225 | 413,868 | 695,567 |

take off

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROCKY MOUNTAIN** | | | | | | | | | | | | | | | |
| **SP020096D7114** | | | | | | | | | | | | | | **PV Subtotal:** | **2,451,406** |
| BUCKLEY AIR NAT'L | FM2504 | 1999 | 18,928 | 9,559 | 3,069 | 1,174 | 2,503 | 1,902 | 4,267 | 3,617 | 2,077 | 3,999 | 5,341 | 3,252 | 59,688 |
| F.E. WARREN AFB | FM4613 | 1999 | 19,865 | 9,122 | 6,001 | 17,146 | 10,554 | 10,910 | 17,715 | 10,181 | 10,840 | 12,755 | 13,974 | 5,379 | 144,442 |
| FT CARSON | W51XTP | 1999 | 0 | 0 | 0 | 64,953 | 78,451 | 130,870 | 151,873 | 141,464 | 138,295 | 128,402 | 138,896 | 150,040 | 1,123,244 |
| PETERSON AFB | FM2500 | 1999 | 11,484 | 8,699 | 2,899 | 7,661 | 7,960 | 8,684 | 7,818 | 6,900 | 5,908 | 6,451 | 7,387 | 4,247 | 86,098 |
| USAF ACADEMY | FM7000 | 1999 | 89,452 | 76,367 | 46,235 | 86,242 | 70,684 | 81,902 | 112,590 | 104,723 | 86,096 | 91,738 | 89,706 | 102,199 | 1,037,934 |

7+8
Central
$2,451,406

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SAN DIEGO** | | | | | | | | | | | | | | | |
| **SP020097D7135** | | | | | | | | | | | | | | **PV Subtotal:** | **11,566,429** |
| 29 PALMS | N35949 | 1999 | 48,374 | 18,120 | 8,926 | 27,551 | 33,714 | 23,503 | 58,870 | 48,546 | 57,281 | 41,843 | 120,349 | 87,862 | 574,939 |
| CAMP PENDLETON | N68094 | 1999 | 111,567 | 193,051 | 95,561 | 128,790 | 113,709 | 149,846 | 133,563 | 140,222 | 114,532 | 115,743 | 140,842 | 164,987 | 1,602,413 |
| DAVIS-MONTHAN AF | FM4877 | 1999 | 759 | 2,548 | 0 | 0 | 435 | 0 | 2,478 | 455 | 0 | 0 | 1,017 | 6,282 | 13,974 |
| EDWARDS AFB | FM2805 | 1999 | 9,723 | 3,306 | 12,553 | 5,214 | 21,623 | 6,225 | 10,829 | 7,957 | 10,760 | 3,950 | 13,587 | 9,263 | 114,990 |
| FISC SAN DIEGO | N00244 | 1999 | 13,393 | 3,306 | 12,648 | 6,433 | 21,755 | 11,893 | 12,204 | 15,865 | 18,996 | 22,620 | 22,744 | 14,804 | 176,658 |
| FT IRWIN | W80FU5 | 1999 | 18,421 | 33,321 | 17,351 | 23,143 | 19,276 | 31,172 | 31,480 | 32,068 | 35,871 | 17,220 | 24,230 | 44,546 | 328,099 |
| LOS ANGELES AFB | FM2816 | 1999 | 733 | 2,643 | 0 | 389 | 0 | 0 | 186 | 0 | 0 | 203 | 900 | 0 | 5,054 |
| LUKE AFB | FM4887 | 1999 | 2,550 | 7,702 | 3,977 | 8,051 | 5,864 | 5,533 | 6,026 | 5,106 | 5,555 | 14,364 | 8,416 | 14,476 | 87,620 |
| NCI PORT HUENEME | N66099 | 1999 | 1,431 | 1,390 | 1,352 | 1,014 | 2,748 | 4,154 | 3,895 | 2,305 | 2,147 | 6,794 | 4,027 | 3,559 | 34,816 |
| NELLIS AFB | FM4852 | 1999 | 76,788 | 76,954 | 57,595 | 96,249 | 58,159 | 84,054 | 64,166 | 109,925 | 87,073 | 66,650 | 53,462 | 110,843 | 941,918 |
| NH SAN DIEGO | N00259 | 1999 | 607,603 | 618,237 | 556,609 | 735,058 | 439,482 | 740,949 | 597,480 | 601,647 | 600,858 | 532,210 | 1,023,194 | 579,172 | 7,632,499 |
| VANDENBURG AFB | FM4610 | 1999 | 2,265 | 6,968 | 4,410 | 2,060 | 4,206 | 6,403 | 6,290 | 3,711 | 3,014 | 3,021 | 2,920 | 8,184 | 53,451 |

7,8 / 9,10

Central — West

$1,043,512 — $10,341,205

Wednesday, November 24, 1999

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SAN FRANCISCO** | | | | | | | | | | | | | | | |
| Region **SP020096D7125** | | | | | | | | | | | | | | PV Subtotal: | **2,391,028** |
| 10 ALAMEDA USCG 94501 | Z47500 | 1999 | 456 | 2,120 | 1,392 | 908 | 428 | 3,957 | 464 | 239 | 3,779 | 2,411 | 627 | 1,528 | 18,310 |
| 10 BEALE AFB 95903 | FM4686 | 1999 | 379 | 1,837 | 819 | 2,129 | 1,826 | 2,145 | 2,076 | 2,914 | 1,393 | 2,997 | 1,592 | 2,332 | 22,438 |
| 10 McCLELLAN AFB 95652 | FM2048 | 1999 | 5,054 | 5,603 | 5,552 | 6,418 | 7,205 | 6,541 | 6,345 | 9,532 | 7,212 | 4,730 | 5,961 | 5,156 | 75,308 |
| 10 NH LEMOORE 94246 | N66095 | 1999 | 5,819 | 4,834 | 4,865 | 7,062 | 7,440 | 4,620 | 7,686 | 9,760 | 10,701 | 5,412 | 6,994 | 9,059 | 84,253 |
| 10 TRAVIS AFB 94535 | FM4427 | 1999 | 164,751 | 180,351 | 144,763 | 166,691 | 164,528 | 195,157 | 192,708 | 179,623 | 180,502 | 196,496 | 162,072 | 263,078 | 2,190,719 |

7,8 Central | 10 West

West

2,391,028 ✓

Wednesday, November 24, 1999

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TIDEWATER** | | | | | | | | | | | | | | | |
| **SP020096D7124** | | | | | | | | | | | | | | **PV Subtotal:** | **8,049,313** |
| FT EUSTIS | W26AL3 | 1999 | 28,328 | 26,107 | 25,039 | 39,244 | 28,078 | 36,200 | 40,226 | 42,736 | 43,669 | 40,085 | 69,483 | 50,087 | 469,283 |
| LANGLEY AFB | FM4800 | 1999 | 39,987 | 37,811 | 41,730 | 47,508 | 34,804 | 46,470 | 53,683 | 56,601 | 49,389 | 43,517 | 43,352 | 61,657 | 556,510 |
| NH PORTSMOUTH | N00183 | 1999 | 695,260 | 561,176 | 592,015 | 522,094 | 431,288 | 569,422 | 488,210 | 500,166 | 646,741 | 622,743 | 684,998 | 709,407 | 7,023,520 |

1,2
Jull East

East
8,049,313 ✓

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **UTAH/IDAHO** | | | | | | | | | | | | | | | |
| **SP020096D7123** | | | | | | | | | | | | | | **PV Subtotal:** | **499,138** |
| HILL AFB | FM2020 | 1999 | 7,561 | 9,991 | 23,344 | 143,071 | 6,987 | 14,313 | 18,405 | 14,274 | 13,984 | 16,794 | 19,331 | 53,810 | 341,865 |
| MOUNTAIN HOME AF | FM4897 | 1999 | 8,845 | 15,953 | 8,850 | 14,868 | 10,882 | 14,515 | 15,166 | 15,605 | 13,333 | 8,907 | 12,710 | 17,640 | 157,273 |

7+8
Central
$499,138

# Med/Surg PV Monthly Sales ($) by Customer

| REGION | DODAAC | FY | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY ($) SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WILFORD HALL** | | | | | | | | | | | | | | | |
| **SP020097D7131** | | | | | | | | | | | | | | **PV Subtotal:** | **6,151,698** |
| WILFORD HALL | FM3047 | 1999 | 457,537 | 368,406 | 444,985 | 449,441 | 528,565 | 614,872 | 480,979 | 614,577 | 513,513 | 578,225 | 497,157 | 603,440 | 6,151,698 |

6

Central

$6,151,698 ✓

29

Wednesday, November 24, 1999