# In The United States Court of Federal Claims

No. 03-289C

(Filed: October 30, 2007)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 29, 2007, defendant filed an unopposed motion seeking an enlargement of the deadlines established by the court's order on September 27, 2007. The motion is hereby **GRANTED**, **in part**, and **DENIED**, **in part**. Accordingly:

1. On or before November 28, 2007, all fact discovery shall close;

2. On or before December 7, 2007, plaintiff shall submit a declaration and records in support of its attorney's fees and costs;

3. On or before January 4, 2008, the parties shall exchange initial expert reports, and defendant shall file its response, if any, as to the reasonableness or accuracy only of plaintiff's claimed fees and costs;

4. On or before January 18, 2008, the parties shall exchange rebuttal expert reports, if appropriate;

5. On or before February 29, 2008, expert discovery shall close; and

6. On or before March 14, 2008, the parties shall file a joint status report indicating how this case should proceed, including a proposed schedule for such proceedings.

**No further extensions of these deadlines shall be granted**. No interrogatories or additional discovery requests (other than requests for depositions) shall be propounded after **November 6, 2007**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge