# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | 03-289 C<br>Judge Allegra |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF DISCOVERY DEADLINES AND REQUEST FOR MODIFICATION OF DECLARATION DEADLINE

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

Plaintiff's counsel is somewhat confused about the circumstances that resulted in the Court's entry of a scheduling order today. Last week the Government proposed amended dates. Plaintiff objected to the proposed December 7, 2007 declaration date because Plaintiff's counsel would be out that week attending a continuing legal education conference in California. Plaintiff requested that the Government change the deadline in its motion to December 14, 2007. The Government did not change the deadline and advised Plaintiff that it assumed Plaintiff would file its own motion suggesting its own dates. The Government, however, advised Plaintiff that it would not oppose changing the December 7, 2007 date.

Although the Court has stated that no further changes in the dates would be granted, Plaintiff requests that under the circumstances the Court amend its order to permit Plaintiff to file its declaration no later than December 14, 2007.

For the Court's consideration, attached is a copy of the email correspondence between counsel on the issue.

Signed: October 30, 2007.

Respectfully submitted,

s/ Frank L. Broyles

Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD & LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

ATTORNEY FOR PLAINTIFF, UNITED MEDICAL SUPPLY COMPANY, INC.

**CERTIFICATE OF SERVICE**

A copy of the foregoing as filed will be served on Kyle Chadwick on October 30, 2007 *via* the Clerk's electronic service. Additionally, Plaintiff's counsel has served a copy of this motion on Mr. Chadwick via email.

s/ Frank L. Broyles

-----Original Message-----
From: Chadwick, Kyle (CIV) [mailto:Kyle.Chadwick@usdoj.gov]
Sent: Tuesday, October 30, 2007 11:20 AM
To: Frank L. Broyles
Subject: RE: United Medical Supply v. U.S. (Fed. Cl.)

Since it was not a consent motion, I assumed you would file a separate, "opposing motion" proposing your own dates. Of course, I have no objection to working out convenient dates and no objection to moving the 12/7 date in particular.

-----Original Message-----
From: Frank L. Broyles [mailto:flbroyles@gucl.com]
Sent: Tuesday, October 30, 2007 12:01 PM
To: Chadwick, Kyle (CIV)
Subject: RE: United Medical Supply v. U.S. (Fed. Cl.)

Kyle, you apparently forgot that I did object to the December 7 deadline since I am going to be out all week in continuing ed as mentioned to you in my Oct 26 email. I want to promptly request an additional week for my declaration and your response. Is that OK with you? Frank