# In The United States Court of Federal Claims

No. 03-289C

(Filed: December 10, 2007)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 10, 2007, plaintiff filed an unopposed motion seeking an enlargement of the deadlines established by the court's order on October 30, 2007, due to the defendant's discovery of new evidence. Owing to these exceptional circumstances, the motion is hereby **GRANTED**. Accordingly:

1. On or before January 28, 2008, all fact discovery shall close;

2. On or before February 4, 2008, plaintiff shall submit a declaration and records in support of its attorney's fees and costs;

3. On or before February 25, 2008, the parties shall exchange initial expert reports, and defendant shall file its response, if any, as to the reasonableness or accuracy only of plaintiff's claimed fees and costs;

4. On or before March 10, 2008, the parties shall exchange rebuttal expert reports, if appropriate;

5. On or before April 21, 2008, expert discovery shall close; and

6. On or before May 5, 2008, the parties shall file a joint status report indicating how this case should proceed, including a proposed schedule for such proceedings.

**No further extensions of these deadlines shall be granted**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge