**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | MAIN CASE NO: 03-CV-289<br>Consolidated case no: 07-cv-187<br>Judge Allegra |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**
(Unopposed)

TO THE HONORABLE COURT:

Plaintiff, United Medical Supply Company, Inc., files this its Plaintiff's Motion for Leave to File Second Amended Complaint (attached) and would show the Court as follows:

1. The Second Amended Complaint clarifies the bases for Plaintiff's claims based on the discovery obtained since Plaintiff filed its first Amended Complaint.

2. The Second Amended Complaint consolidates into one pleading the claims from the two consolidated cases and eliminates the claim dismissed by the Court's prior summary judgment order.

3. Plaintiff's counsel previously submitted a draft of its proposed Second Amended Complaint to Government counsel, who identified several bases for possible objection to this Motion. Those objections were resolved and Government counsel advised it did not oppose the motion for leave, clearly stating, however, that he remained opposed to

the relief sought by Plaintiff in the Complaint and the bases for that relief.

4. Accordingly, Plaintiff requests that this motion be granted and that the Court instruct the Clerk to file the attached Second Amended Complaint.

Signed January 4, 2008.

Respectfully submitted,

/s Frank L. Broyles
Frank L. Broyles
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On January 4, 2008 the above Motion for Leave and referenced Second Amended Complaint was served on the persons shown below by the method shown below.

s/ Frank L. Broyles

**PERSONS SERVED: Kyle Chadwick via email.**