**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | MAIN CASE NO: 03-CV-289<br>Consolidated case no: 07-cv-187<br>Judge Allegra |

**EXHIBIT A TO SECOND AMENDED COMPLAINT**

**FINDINGS BY DSCP IN CONNECTION WITH DSCP'S EXERCISE OF CONTRACT OPTIONS YEARS**

OPTION YR 1 - PAGES A-1 to A-5

OPTION YR 2 - PAGES A-6 to A-13

OPTION YR 3 - PAGES A-14 to A-22

## FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER

Based on the following findings, it is the determination of the Contracting Officer, in accordance with FAR 17.207, to exercise option year one, for a period of one year, for the Medical/Surgical Prime Vendor Program - Lone Star Region, contracts SP0200-97-D-7133 (JITO/EDO) and SP0200-97-D-7134 (Stockless) dated January 30,1997 (with an effective date of June 1, 1997). The first year option will be effective June 1, 1998 and will expire on May 31, 1999.

### FINDINGS

1. Request for Proposal #DLA120-93-R-0587 was synopsized and issued under Full and Open Competition procedures. Three offers were received. Contracts SP0200-97-D-7133 and SP0200-97-D-7134 were awarded to United Medical Supply on January 30, 1997, using a Best Value acquisition methodology with technical quality being more important than price. These contracts cover the distribution of medical/surgical products to nineteen facilities in the Lone Star Region. The contracts were awarded for one year plus four one-year option periods. The estimated annual sales volume of the facilities in the region is $28,357,750.00 for the base year and $56,715,500.00 for each of the option years. Each year, the percentage of sales for JITO/EDO is expected to decrease and the Stockless percentage is expected to increase. The distribution fees for the base year plus option years are as follows:

| | Distribution Fee | Estimated Total |
|---|---|---|
| **Base Year** | | |
| JITO/EDO | 6.4% | $1,778,598 |
| Stockless | 7.4% | 41,969 |
| | | $1,820,567 |
| **Option Year 1** | | |
| JITO/EDO | 6.4% | $3,194,217 |
| Stockless | 7.4% | 503,634 |
| | | $3,697,851 |
| **Option Year 2** | | |
| JITO/EDO | 6.4% | $2,504,556 |
| Stockless | 7.4% | 1,301,054 |
| | | $3,805,610 |
| **Option Year 3** | | |
| JITO/EDO | 6.4% | $1,851,194 |
| Stockless | 7.4% | 2,056,504 |
| | | $3,907,698 |
| **Option Year 4** | | |
| JITO/EDO | 6.4% | $1,488,215 |
| Stockless | 7.4% | 2,476,199 |
| | | $3,964,414 |

DSCP 4-07-0012

2. One subsequent Medical/Surgical Prime Vendor award has been made since the award of this contract. The award was made to Allegiance Healthcare Corporation and is included in the list below. Twenty-three Medical/Surgical Prime Vendor contracts have been awarded as of this date. All twenty-three awards were made under full and open competition. The following information indicates all Medical Surgical Prime Vendor Contracts awarded as of this date:

| REGION | PRIME VENDOR | DISTRIBUTION FEES Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
|---|---|---|---|---|---|---|
| Cascades | Bergen Brunswig Medical | 6.5% | 6.0% | 5.5% | 5.5% | 5.5% |
| IL/KY/MO | Bergen Brunswig Medical | 5.9% | 5.8% | 5.7% | 5.6% | 5.5% |
| FL/GA | Owens & Minor | 6.0% | 5.5% | 5.5% | 5.5% | 5.5% |
| Panhandle | Owens & Minor | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| OH/IL | Bergen Brunswig Medical | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% |
| Carolinas (Panama/Honduras) | Bergen Brunswig Medical | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Rocky Mountains | Bergen Brunswig Medical | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Midwest | Midwest Medical | 5.9% | 5.8% | 5.7% | 5.6% | 5.5% |
| Hawaii | Pacific Criticare | 14.2% | 13.2% | 11.2% | 10.2% | 10.2% |
| Europe | Bergen Brunswig Medical | 6.7% | 5.86% | 5.86% | 5.86% | 5.86% |
| | Surge | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| AL/TN/ARK (Puerto Rico) | Bergen Brunswig Medical | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Montana | Kreisers, Inc. | 5.9% | 5.5% | 5.5% | 5.5% | 5.0% |
| Alaska | Bergen Brunswig Medical | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% |
| Dakotas | Kreisers, Inc | 5.9% | 5.5% | 5.5% | 5.5% | 5.0% |
| Utah/Idaho | Bergen Brunswig Medical | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Tidewater | Bergen Brunswig Medical | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| San Francisco | Owens & Minor | 5.9% | 5.75% | 5.2% | 5.0% | 5.0% |
| Pacific | Bergen Brunswig Medical | 8.91% | 6.9% | 6.9% | 6.9% | 6.9% |
| | Surge | 8.91% | 6.9% | 6.9% | 6.9% | 6.9% |
| NY/NE | Owens & Minor | 8.0% | 7.5% | 5.5% | 5.5% | 5.5% |
| National Capitol | Owens & Minor | 6.0% | 5.75% | 5.3% | 5.25% | 5.25% |
| | Stockless | 13.0% | 12.75% | 12.5% | 12.0% | 11.0% |
| Wilford Hall | Owens & Minor | 7.0% | 7.0% | 6.25% | 5.0% | 5.0% |
| Lone Star | United Medical Supply | 6.4% | 6.4% | 6.4% | 6.4% | 6.4% |
| | Stockless | 7.4% | 7.4% | 7.4% | 7.4% | 7.4% |
| San Diego | Allegiance Healthcare Corp | 5.1% | 5.1% | 4.9% | 4.7% | 4.5% |

An informal analysis of prices reveals that the first option year distribution fee for the Lone Star Region compares favorably to the distribution fees for all Medical/Surgical Prime Vendor contracts. Therefore, it is determined that the 6.4% distribution fee for option year one of contract SP0200-97-D-7133 (JITO/EDO) is fair and reasonable. The 7.0% distribution fee for contract SP0200-97-D-7134 (Stockless) compares favorably with the National Capitol Region (the only other Stockless contract) and is therefore considered fair and reasonable.

3. On April 29, 1998, United Medical Supply was sent a Preliminary Notice to Exercise Option Year One. The notice advised United Medical Supply that the Government is considering voking the option in accordance with Option Clause 52.217-9P10, Option for Requirements Contract Term Extension. United Medical Supply was also informed that the preliminary notice does not commit the Government to an extension.

DSCP 4-07-0013

4. Consideration was also given to other factors which impact overall cost such as the need for continuity of operations, investment in training and equipment and the potential costs of disrupting operations. Each prime vendor has its own proprietary electronic ordering system. As customers become more familiar with a particular firm's ordering system, efficiency increases and other associated supply management costs decrease. Awarding the contract to another Prime Vendor and having to start over will eliminate these operational economies. The contract was designed for a five-year period in order to maximize efficiency. Failure to exercise the option at this time would have a tremendous impact on the overall mission of the ordering facilities in the Lone Star Region.

5. In accordance with FAR 17.207(c) the following conditions have been met:

a. The requirement covered by the option fulfills an existing Government need;
b. The exercise of the option is the most advantageous method of fulfilling the Government's need, price and other factors considered and;
c. The option was included in the original synopsis and was evaluated with the initial proposals.

**DETERMINATION**

Based on the above findings, it is the intent of the undersigned to exercise the first option year under subject contracts. The option year one distribution fee (6.4% for JITO/EDO and 7.4% for Stockless), is the same as the base year distribution fees. Based on estimated requirements of $56,715,500, the total estimated value of the option year is $60,413,351. This figure represents $56,715,500 for the estimated requirements plus $3,697,851 ($3,194,217 for JITO/EDO plus $503,634 for Stockless) for distribution fees. Execution of the option is the most advantageous way of fulfilling the Government's needs, price and other factors considered.

United Medical Supply has demonstrated a full understanding of the Government requirements and has performed all the required tasks and functions cited in the aforementioned contract. The firm is a commercially recognized large volume distributor of medical/surgical products. It has been determined that United Medical Supply, from a critical review of its commercial operations, can handle the financial and logistical obligations of this contract without difficulty. In accordance with the provisions of FAR 9.105-2, I hereby determine that United Medical Supply is considered to be responsible within the meaning of FAR 9.103 and 9.104.

James Jennings 5/8/98
JAMES JENNINGS
Contracting Officer

DSCP 4-07-0014

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO. P00010

3. EFFECTIVE DATE June 1 1998

4. REQUISITION/PURCHASE REQ. NO. N/A

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY *(If other than Item 6)* CODE SP0200

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

CODE 5T804 | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-97-D-7133

10B. DATED *(SEE ITEM 13)* 01/30/97

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER *(Specify type of modification and authority)* Clause 52.217-9P10, OPTION FOR REQUIREMENTS CONTRACT TERM EXTENSION (PRIME VENDOR)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Subject contract is hereby modified as follows:

1. In accordance with Clause 52.217-9P10, Option Year-One of subject contract is hereby invoked. The option period will become effective June 1, 1998 and will expire on May 31, 1999. The distribution fee for the Option Year-One period is 6.4%.

2. All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* L. FLATLEY

15B. CONTRACTOR/OFFEROR ________ *(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA BY L. Flatley *(Signature of Contracting Officer)*

16C. DATE SIGNED 5/27/98

NSN 7540-01-152-0070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE 1 OF 1 PAGES |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00004 | June 1, 1998 | N/A | |

6. ISSUED BY CODE SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY *(If other than Item 6)* CODE SP0200

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

United Medical Supply
5117 Northeast Parkway
Fort Worth, TX 76106

CODE 5T804 FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
SP0200-97-D-7134

10B. DATED *(SEE ITEM 13)*
01/30/97

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X)

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc)*. SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

CONTRACTOR'S COPY DUPLICATE ORIGINAL

X D. OTHER *(Specify type of modification and authority)*
Clause 52.217-9P10, OPTION FOR REQUIREMENTS CONTRACT TERM EXTENSION (PRIME VENDOR)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Subject contract is hereby modified as follows:

1. In accordance with Clause 52.217-9P10, Option Year - One of subject contract is hereby invoked. The option period will become effective June 1, 1998 and will expire on May 31, 1999. The distribution fee for the Option Year - One period is 7.4%.

2. All other terms and conditions remain unchanged.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* L. FLATLEY | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY L. Flatley<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>5/27/98 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

## FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER

Based on the following findings, it is the determination of the Contracting Officer, in accordance with FAR 17.207, to exercise option year two, for a period of one year, for the Medical/Surgical Prime Vendor Program – Lone Star Region, Contracts SP0200-97-D-7133 (JITO/EDO) and SP0200-97-D-7134 (Stockless) dated January 30, 1997 (with an effective date of June 1, 1997). The second option period will be effective June 1, 1999 and will expire on May 31, 2000.

### FINDINGS

1. Request for Proposal (RFP) DLA120-93-R-0587 was synopsized and issued under Full and Open Competition procedures. Three offers were received. Contracts SP0200-97-D-7133 and SP0200-97-D-7134 were awarded to United Medical Supply on January 30, 1997, using a Best Value acquisition methodology with technical quality being more important than price. These contracts covered the distribution of medical/surgical products to nineteen facilities in the Lone Star Region. The contracts were awarded for one year plus four one-year option periods. The estimated annual sales volume of the facilities in the region is $28,357,750.00 for the base year and $56,715,500.00 for each option year. Each year, the percentage of sales for JITO/EDO is expected to decrease and the Stockless percentage is expected to increase. The distribution fees for the base plus option years are as follows:

| | DISTRIBUTION FEE | ESTIMATED TOTAL |
|---|---|---|
| **Base Year** | | |
| JITO/EDO | 6.4% | $1,778,598 |
| Stockless | 7.4% | 41,969 |
| | | **$1,820,567** |
| **Option Year 1** | | |
| JITO/EDO | 6.4% | $3,194,217 |
| Stockless | 7.4% | 503,634 |
| | | **$3,697,851** |
| **Option Year 2** | | |
| JITO/EDO | 6.4% | $2,504,556 |
| Stockless | 7.4% | 1,301,054 |
| | | **$3,805,610** |
| **Option Year 3** | | |
| JITO/EDO | 6.4% | $1,851,194 |
| Stockless | 7.4% | 2,056,504 |
| | | **$3,907,698** |

DSCP-UMS-1681

**FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER (continued)**

| | | |
|---|---|---|
| **Option Year 4** | | |
| JITO/EDO | 6.4% | $1,488,215 |
| Stockless | 7.4% | 2,476,199 |
| | | **$3,964,414** |

2. Twenty-three Medical/Surgical Prime Vendor contracts have been awarded as of this date. Twenty-one of the twenty-three awards were made under full and open competition (Two were Small Business Set-Asides). Listed below are all the current Medical/Surgical Prime Vendor contract distribution fees:

| REGION | PRIME VENDOR | DISTRIBUTION FEES Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
|---|---|---|---|---|---|---|
| Cascades | BBMC | 6.5% | 6.0% | 5.5% | 5.5% | 5.5% |
| IL/KY/MO | BBMC | 5.9% | 5.8% | 5.7% | 5.6% | 5.5% |
| FL/GA | Owens & Minor | 6.0% | 5.5% | 5.5% | 5.5% | 5.5% |
| Panhandle | Owens & Minor | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| OH/IL | BBMC | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% |
| Carolinas | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Rocky Mountains | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Midwest | Midwest Medical | 5.9% | 5.8% | 5.7% | 5.6% | 5.5% |
| Hawaii | Pacific Criticare | 14.2% | 13.2% | 11.2% | 10.2% | 10.2% |
| Europe | BBMC | 6.7% | 5.86% | 5.86% | 5.86% | 5.86% |
| | Surge | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| AL/TN/ARK | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Montana | Kreisers, Inc. | 5.9% | 5.5% | 5.5% | 5.5% | 5.0% |
| Alaska | BBMC | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% |
| Dakotas | Kreisers, Inc. | 5.9% | 5.5% | 5.5% | 5.5% | 5.0% |
| Utah/Idaho | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Tidewater | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| San Francisco | Owens & Minor | 5.9% | 5.75% | 5.2% | 5.0% | 5.0% |
| Pacific | BBMC | 8.91% | 6.9% | 6.9% | 6.9% | 6.9% |
| | Surge | 8.91% | 6.9% | 6.9% | 6.9% | 6.9% |
| NY/NE | Owens & Minor | 8.0% | 7.5% | 5.5% | 5.5% | 5.5% |
| National Capitol | Owens & Minor | 6.0% | 5.75% | 5.3% | 5.25% | 5.25% |
| | Stockless | 13.0% | 12.75% | 12.5% | 12.0% | 11.0% |
| Wilford Hall | Owens & Minor | 7.0% | 7.0% | 6.25% | 5.0% | 5.0% |
| Lone Star | United Medical Supply | 6.4% | 6.4% | 6.4% | 6.4% | 6.4% |
| | Stockless | 7.4% | 7.4% | 7.4% | 7.4% | 7.4% |
| San Diego | Allegiance Healthcare | 5.1% | 5.1% | 4.9% | 4.7% | 4.5% |

An informal analysis of distribution fees reveals that the Lone Star Region distribution fee for option year two compares favorably to the distribution fees for the other CONUS

DSCP-UMS-1682

**FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER (continued)**

Medical/Surgical Prime Vendor contracts. In addition, the distribution fee is same as the Base Year and Option Years One & Two. Therefore, it is determined that the 6.4% distribution fee for option year two of contract SP0200-97-D-7133 (JITO/EDO) is fair and reasonable. The 7.4% distribution fee for contract SP0200-97-D-7134 (Stockless) compares favorably with the National Capitol Region (the only other Stockless contract) and is therefore considered fair and reasonable.

3. On April 13, 1999, United Medical was sent a Preliminary Notice to Exercise Option Year Two. The notice advised United Medical Supply that the Government is considering invoking the option in accordance with Option Clause 52.217-9P10, Option for Requirements Contract Term Extension. United Medical Supply was also informed that the preliminary notice does not commit the Government to an extension.

4. Consideration was also given to other factors, which impact overall cost such as the need for continuity of operations, investment in training and equipment, and the potential costs of disrupting operations. Each prime vendor has its own proprietary electronic ordering system. As customers become more familiar with a particular firm's ordering system, efficiency increases and other associated supply management costs decrease. Failure to exercise the option at this time would have a tremendous impact on the overall mission of the ordering facilities.

5. In accordance with FAR 17.207 (c) the following conditions have been met:

a. The requirement covered by the option fulfills an existing Government need.
b. The exercise of the option is the most advantageous method of fulfilling the Government's need, price and other factors considered.
c. The option was included in the original synopsis and was evaluated with the initial proposals.

**DETERMINATION**

Based on the above findings, it is the intent of the undersigned to exercise the second option year under the contract. The option year two distribution fee (6.4% for JITO/EDO and 7.4% for Stockless) is the same as the base year and option year one distribution fees. Based on the estimated requirements of $56,715,500, the total estimated value of option year two is $60,413,351. This figure represents $56,715,500 for the estimated requirements plus $3,697,851 ($3,194,217 for JITO/EDO plus $503,634 for Stockless) for distribution fees. Execution of the option is the most advantageous way of fulfilling the Government's need, price and other factors considered.

United Medical Supply has demonstrated a full understanding of the Government requirements and has performed all the required tasks and functions cited in the aforementioned contract.

DSCP-UMS-1683

**FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER (continued)**

The firm is a commercially recognized large volume distributor of medical/surgical products. It has been determined that United Medical Supply, from a critical review of its commercial operations, can handle the financial and logistical obligations of this contract without difficulty. In accordance with the provisions of FAR 9.105-2, I hereby determine that United Medical Supply is considered to be responsible within the meaning of FAR 9.103 and 9.104.

James Jennings 5/11/99
**JAMES JENNINGS**
Contracting Officer

DSCP-UMS-1684

# REQUEST FOR CONTRACT APPROVAL

| THRU | THRU | TO: |
|---|---|---|
| DSCP-MSAA | | DSCP-MSA |

1. ACTION PROPOSED
APPROVAL REQUIRED BY DPSC CONTRACTING POLICY MANUAL 1692-2
☐ NEW CONTRACT ☒ CONTRACT MODIFICATION ☐ PBM

1a. BASIS FOR MODIFICATION ("X", If Applicable)
☒ EXERCISE OF OPTION ☐ OTHER

2. ACCEPTANCE EXPIRATION DATE

2a. ("X" If Applicable) ☐ EXPEDITED APPROVAL REQUESTED

3. TYPE OF CONTRACT: FIRM FIXED PRICE REQUIREMENTS TYPE

4. BRIEF DESCRIPTION OF SUPPLIES OR SERVICES: PRIME VENDOR FOR MEDICAL/SURGICAL PRODUCTS LONE STAR REGION - OPTION YEAR 2

4a. QUANTITY | 4b. UNIT | 4c. UNIT PRICE

5. ☐ PR ☐ MIPR ☐ RQNS
a. PR or MIPR Number: N/A | b. Date Received

6. SOLICITATION
a. Number | b. Date Issued | c. Date Opened/Closed

7. NAME AND COMPLETE ADDRESS OF CONTRACTOR (Include Division Reference)
UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106
PLACE OF PERFORMANCE: VARIOUS

7a. "X" APPLICABLE BOX ☒ SMALL BUSINESS ☐ SMALL DISADVANTAGED BUSINESS ☐ LARGE BUSINESS ☐ LABOR SURPLUS

8. CONTRACT NUMBER: SP0200-97-D-7133/7134

9. AMOUNT IS ☒ ESTIMATED ☐ ACTUAL

9a. TOTAL DOLLAR VALUE: $60,413,351.00

9b. AMOUNT FUNDED

9c. "X" APPLICABLE BOX ☐ GFP ☐ GFM

9d. DOLLAR VALUED

10. METHOD OF PROCUREMENT
☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) ☐ OTHER THAN FULL OPEN COMPETITION: 10 USC 2304 (C)

11. INCREASE OPTION IN CONTRACT ☐ YES ☒ NO IF YES, MAXIMUM % 10%

12. EXTENSION OF COMPETITION
a. NO. SOLICITED ☐ d. NO. LATE ☐
b. NO. RESPONSIVE ☐ e. NO. MISTAKES ☐
c. NO. NON RESPONSIVE ☐ f. NO. REJECTED ☐

12a. REQUIRED DELIVERY DATE(S) MET. ☒ YES ☐ NO

13. PRICING BRIEF:
a. COST OR PRICING DATA: ☐ WAS REQUIRED ☒ WAS NOT REQUIRED
b. AUDIT: ☐ ACCOMPLISHED ☐ WAIVED ☒ NOT REQUIRED
c. PRICE ANALYSIS WAS ACCOMPLISHED BY: ☐ C&P ELEMENT ☒ CONTRACTING ELEMENT
d. RELATIONSHIP OF PRICE TO PRIOR PROCUREMENT (Detail in Price Analysis, Tab 21)
☒ LOWER .10 % ☐ HIGHER % ☐ SAME ☐ NO PRIOR PROCUREMENT INFORMATION OBTAINABLE

REMARKS:

EXERCISE FOR OPTION YEAR 2 FOR A PERIOD OF ONE YEAR.

OPTION PERIOD WILL BE EFFECTIVE FROM J UNE 1, 1999 WILL EXPIRE ON MAY 31, 2000.

DISTRIBUTION FEE FOR OPTION YEAR 2 IS: 6.4% (SP0200-97-D-7133, JITO/EDO)
7.4% (SP0200-97-D-7134, STOCKLESS)

14. ☒ APPROVED FOR LEGAL SUFFICIENCY (For Comments See Page 2)

| TITLE | SIGNATURE | DATE |
|---|---|---|
| Asst Counsel | Archie J Stallworth | 4-22-99 |

15. TYPED NAME AND SIGNATURE OF CONTRACTING OFFICER: James Jennings JAMES JENNINGS

15a. DATE: 5/11/99

16. NAME AND SIGNATURE OF COMMODITY DIRECTOR/COMMANDER, SHALL AS APPLICABLE: L. FLATLEY L Flatley

16a. DATE DISPATCHED: 5/11/99

17. ENCLOSURES: ☐ CONTRACT FILE WITH DLA FORM 678 ☐ DPSC-PT FILE COPY ☐ ACQUISITION CHRONOLOGY

DPSC FORM 677 JUNE 90

PAGE 1 OF 2 PAGES (EF) FF-2.0

DSCP-UMS-1685

## CONTRACT APPROVAL/ DISAPPROVAL ACTION

| 18. TO: *(Contracting Officer)* | FROM: *(Approval Authority)* |
|---|---|
| DSCP-MSAA | DSCP-MSA |

AWARD CITED ON REVERSE SIDE IS:

- [X] a. APPROVAL
- [ ] b. APPROVED SUBJECT TO CONDITIONS CITED BELOW IN "REMARKS"
- [ ] c. DISSAPPROVED ( "Remarks" below for explanation )
- [ ] d. RETURNED FOR ADDITIONAL ACTION REQUESTED IN "REMARKS" BELOW

| TITLE | SIGNATURE *(Approval Authority)* | DATE |
|---|---|---|
| L. FLATLEY<br>CHIEF, NEW INITIATIVES BRANCH | L. Flatley | 5/11/99 |

RESERVED FOR LEGAL COMMENTS

DPSC FORM 677 (EF)
JUNE 90

PAGE 2 OF 2 PAGES

DSCP-UMS-1686

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE — PAGE OF PAGES: 1 | 1

2. AMENDMENT/MODIFICATION NO.: P00008
3. EFFECTIVE DATE: JUNE 1, 1999
4. REQUISITION/PURCHASE REQ. NO.: N/A
5. PROJECT NO. (If applicable)

6. ISSUED BY — CODE: SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145
ATTN: D. KENNEDY/DSCP-MSAA/215-737-7075

7. ADMINISTERED BY (If other than Item 6) — CODE: SP0200

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, country, State and ZIP Code)

UNITED MEDI CAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 — FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: SP0200-97-D-7134

10B. DATED (SEE ITEM 13): JANUARY 30, 1997

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority) CLAUSE 52.217-9P10, OPTION FOR REQUIREMENTS CONTRACT TERM EXTENSION (PRIME VENDOR) |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

1. IN ACCORDANCE WITH CLAUSE 52.217-9P10, OPTION YEAR TWO IS HEREBY INVOKED. THE OPTION PERIOD WILL BECOME EFFECTIVE JUNE 1, 1999 AND WILL EXPIRE ON MAY 31, 2000. THE DISTRIBUTION FEE FOR THE OPTION YEAR TWO PERIOD IS 7.4%.

2. ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
JAMES JENNINGS
CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY James Jennings
(Signature of Contracting Officer)

16C. DATE SIGNED: 5/11/99

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DSCP-UMS-2583

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 / 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| P00016 | JUNE 1, 1999 | N/A | |

**6. ISSUED BY** CODE SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145
ATTN: D. KENNEDY/DSCP-MSAA/215-737-7075

**7. ADMINISTERED BY** *(If other than Item 6)* CODE SP0200

SAME AS BLOCK 6

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., street, country, State and ZIP Code)*

UNITED MEDI CAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

× 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-97-D-7133

10B. DATED *(SEE ITEM 13)* JANUARY 30, 1997

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** *(If required)*
MEDICAL/SURGICAL PRIME VENDOR LONE STAR REGION

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| × | D. OTHER *(Specify type of modification and authority)* CLAUSE 52.217-9P10, OPTION FOR REQUIREMENTS CONTRACT TERM EXTENSION (PRIME VENDOR) |

**E. IMPORTANT:** Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

1. IN ACCORDANCE WITH CLAUSE 52.217-9P10, OPTION YEAR TWO IS HEREBY INVOKED. THE OPTION PERIOD WILL BECOME EFFECTIVE JUNE 1, 1999 AND WILL EXPIRE ON MAY 31, 2000. THE DISTRIBUTION FEE FOR THE OPTION YEAR TWO PERIOD IS 6.4%.

2. ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| | | JAMES JENNINGS<br>CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | BY James Jennings *(Signature of Contracting Officer)* | 5/11/99 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DSCP-UMS-2582

## FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER

Based on the following findings, it is the determination of the Contracting Officer, in accordance with FAR 17.207, to exercise option year three, for a period of one year, for the Medical/Surgical Prime Vendor Program – Lone Star Region, Contracts SP0200-97-D-7133 (JITO/EDO) and SP0200-97-D-7134 (Stockless) dated January 30, 1997 (with an effective date of June 1, 1997). The second option period will be effective June 1, 2000 and will expire on May 31, 2001.

## FINDINGS

1. Request for Proposal (RFP) DLA120-93-R-0587 was synopsized and issued under Full and Open Competition procedures. Three offers were received. Contracts SP0200-97-D-7133 and SP0200-97-D-7134 were awarded to United Medical Supply on January 30, 1997, using a Best Value acquisition methodology with technical quality being more important than price. These contracts covered the distribution of medical/surgical products to nineteen facilities in the Lone Star Region. The contracts were awarded for one year plus four one-year option periods. The estimated annual sales volume of the facilities in the region is $28,357,750.00 for the base year and $56,715,500.00 for each option year. Each year, the percentage of sales for JITO/EDO is expected to decrease and the Stockless percentage is expected to increase. The distribution fees for the base plus option years are as follows:

| | DISTRIBUTION FEE | ESTIMATED TOTAL |
|---|---|---|
| **Base Year** | | |
| JITO/EDO | 6.4% | $1,778,598 |
| Stockless | 7.4% | 41,969 |
| | | **$1,820,567** |
| **Option Year 1** | | |
| JITO/EDO | 6.4% | $3,194,217 |
| Stockless | 7.4% | 503,634 |
| | | **$3,697,851** |
| **Option Year 2** | | |
| JITO/EDO | 6.4% | $2,504,556 |
| Stockless | 7.4% | 1,301,054 |
| | | **$3,805,610** |
| **Option Year 3** | | |
| JITO/EDO | 6.4% | $1,851,194 |
| Stockless | 7.4% | 2,056,504 |
| | | **$3,907,698** |

**FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER (continued)**

| | | |
|---|---|---|
| **Option Year 4** | | |
| JITO/EDO | 6.4% | $1,488,215 |
| Stockless | 7.4% | 2,476,199 |
| | | **$3,964,414** |

2. Twenty-three Medical/Surgical Prime Vendor contracts have been awarded as of this date. Twenty-one of the twenty-three awards were made under full and open competition (Two were Small Business Set-Asides). Listed below are all the current Medical/Surgical Prime Vendor contract distribution fees:

| REGION | PRIME VENDOR | DISTRIBUTION FEES Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
|---|---|---|---|---|---|---|
| Cascades | BBMC | 6.5% | 6.0% | 5.5% | 5.5% | 5.5% |
| IL/KY/MO | BBMC | 5.9% | 5.8% | 5.7% | 5.6% | 5.5% |
| FL/GA | Owens & Minor | 6.0% | 5.5% | 5.5% | 5.5% | 5.5% |
| Panhandle | Owens & Minor | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| OH/IL | BBMC | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% |
| Carolinas | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Rocky Mountains | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Midwest | Midwest Medical | 5.9% | 5.8% | 5.7% | 5.6% | 5.5% |
| Hawaii | Pacific Criticare | 14.2% | 13.2% | 11.2% | 10.2% | 10.2% |
| Europe | BBMC | 6.7% | 5.86% | 5.86% | 5.86% | 5.86% |
| | Surge | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| AL/TN/ARK | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Montana | Kreisers, Inc. | 5.9% | 5.5% | 5.5% | 5.5% | 5.0% |
| Alaska | BBMC | 13.0% | 13.0% | 13.0% | 13.0% | 13.0% |
| Dakotas | Kreisers, Inc. | 5.9% | 5.5% | 5.5% | 5.5% | 5.0% |
| Utah/Idaho | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Tidewater | BBMC | 6.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| San Francisco | Owens & Minor | 5.9% | 5.75% | 5.2% | 5.0% | 5.0% |
| Pacific | BBMC | 8.91% | 6.9% | 6.9% | 6.9% | 6.9% |
| | Surge | 8.91% | 6.9% | 6.9% | 6.9% | 6.9% |
| NY/NE | Owens & Minor | 8.0% | 7.5% | 5.5% | 5.5% | 5.5% |
| National Capitol | Owens & Minor | 6.0% | 5.75% | 5.3% | 5.25% | 5.25% |
| | Stockless | 13.0% | 12.75% | 12.5% | 12.0% | 11.0% |
| Wilford Hall | Owens & Minor | 7.0% | 7.0% | 6.25% | 5.0% | 5.0% |
| Lone Star | United Medical Supply | 6.4% | 6.4% | 6.4% | 6.4% | 6.4% |
| | Stockless | 7.4% | 7.4% | 7.4% | 7.4% | 7.4% |
| San Diego | Allegiance Healthcare | 5.1% | 5.1% | 4.9% | 4.7% | 4.5% |

## FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER (continued)

An informal analysis of distribution fees reveals that the Lone Star Region distribution fee for option year three compares favorably to the distribution fees for the other CONUS Medical/Surgical Prime Vendor contracts. In addition, the distribution fee is same as the Base Year and Option Years One & Two. Therefore, it is determined that the 6.4% distribution fee for option year three of contract SP0200-97-D-7133 (JITO/EDO) is fair and reasonable. The 7.4% distribution fee for contract SP0200-97-D-7134 (Stockless) compares favorably with the National Capitol Region (the only other Stockless contract) and is therefore considered fair and reasonable.

3. On April 12, 2000, United Medical was sent a Preliminary Notice to Exercise Option Year Three. The notice advised United Medical Supply that the Government is considering invoking the option in accordance with Option Clause 52.217-9P10, Option for Requirements Contract Term Extension. United Medical Supply was also informed that the preliminary notice does not commit the Government to an extension.

4. Consideration was also given to other factors, which impact overall cost such as the need for continuity of operations, investment in training and equipment, and the potential costs of disrupting operations. Each prime vendor has its own proprietary electronic ordering system. As customers become more familiar with a particular firm's ordering system, efficiency increases and other associated supply management costs decrease. Failure to exercise the option at this time would have a tremendous impact on the overall mission of the ordering facilities.

5. In accordance with FAR 17.207 (c) the following conditions have been met:

a. The requirement covered by the option fulfills an existing Government need.
b. The exercise of the option is the most advantageous method of fulfilling the Government's need, price and other factors considered.
c. The option was included in the original synopsis and was evaluated with the initial proposals.

## DETERMINATION

Based on the above findings, it is the intent of the undersigned to exercise the third option year under the contract. The option year three distribution fee (6.4% for JITO/EDO and 7.4% for Stockless) is the same as the distribution fee for the base year, option year one and option year two. Based on the estimated requirements of $56,715,500.00, the total estimated value of option year three is $60,623,198.00. This figure represents $56,715,500.00 for the estimated requirements plus $3,907,698 ($1,851,194.00 for JITO/EDO plus $2,056,504 for Stockless) for distribution fees. Execution of the option is the most advantageous way of fulfilling the Government's need, price and other factors considered.

United Medical Supply has demonstrated a full understanding of the Government requirements and has performed all the required tasks and functions cited in the aforementioned contract.

**FINDINGS AND DETERMINATION OF THE CONTRACTING OFFICER (continued)**

The firm is a commercially recognized large volume distributor of medical/surgical products. It has been determined that United Medical Supply, from a critical review of its commercial operations, can handle the financial and logistical obligations of this contract without difficulty. In accordance with the provisions of FAR 9.105-2, I hereby determine that United Medical Supply is considered to be responsible within the meaning of FAR 9.103 and 9.104.

Donna M Kennedy
**DONNA M. KENNEDY** 5/22/00
Contracting Officer

# REQUEST FOR CONTRACT APPROVAL

| THRU | THRU | TO: |
|---|---|---|
| DSPC-MSAA | | DSCP-MSAA |

1. ACTION PROPOSED — APPROVAL REQUIRED BY DPSC CONTRACTING POLICY MANUAL 1692-2: ☐ NEW CONTRACT ☒ CONTRACT MODIFICATION ☐ PBM
1a. BASIS FOR MODIFICATION ("X", If Applicable): ☒ EXERCISE OF OPTION ☐ OTHER

2. ACCEPTANCE EXPIRATION DATE:
2a. ("X" If Applicable) ☐ EXPEDITED APPROVAL REQUESTED
3. TYPE OF CONTRACT: FIRM FIXED PRICE, REQUIREMENTS

| 4. BRIEF DESCRIPTION OF SUPPLIES OR SERVICES | 4a. QUANTITY | 4b. UNIT | 4c. UNIT PRICE |
|---|---|---|---|
| MEDICAL/SURGICAL PRIME VENDOR LONE STAR REGION | | | |

5. ☐ PR ☐ MIPR ☐ RQNS
6. SOLICITATION

| 5a. PR or MIPR Number | 5b. Date Received | 6a. Number | 6b. Date Issued | 6c. Date Opened/Closed |
|---|---|---|---|---|
| N/A | | N/A | | |

7. NAME AND COMPLETE ADDRESS OF CONTRACTOR (Include Division Reference)
UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106
PLACE OF PERFORMANCE: SEE ATTACHED SHEET

7a. "X" APPLICABLE BOX: ☐ SMALL, DISADVANTAGED BUSINESS ☒ SMALL BUSINESS ☐ LARGE BUSINESS ☐ LABOR SURPLUS
8. CONTRACT NUMBER: SP0200-97-D-7133/7134
9. AMOUNT IS ☒ ESTIMATED ☐ ACTUAL
9a. TOTAL DOLLAR VALUE: $60,623,198.00
9b. AMOUNT FUNDED
9c. "X" APPLICABLE BOX ☐ GFP ☐ GFM
9d. DOLLAR VALUED

10. METHOD OF PROCUREMENT: ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) ☐ OTHER THAN FULL OPEN COMPETITION: 10 USC 2304 (C)
11. INCREASE OPTION IN CONTRACT: ☒ YES ☐ NO IF YES, MAXIMUM % 10%
12a. REQUIRED DELIVERY DATE (S) MET: ☒ YES ☐ NO
12. EXTENSION OF COMPETITION: a. NO. SOLICITED ☐ b. NO. RESPONSIVE ☐ c. NO. NON RESPONSIVE ☐ d. NO. LATE ☐ e. NO. MISTAKES ☐ f. NO. REJECTED ☐

13. PRICING BRIEF:
a. COST OR PRICING DATA: ☐ WAS REQUIRED ☒ WAS NOT REQUIRED
b. AUDIT: ☐ ACCOMPLISHED ☐ WAIVED ☒ NOT REQUIRED
c. PRICE ANALYSIS WAS ACCOMPLISHED BY: ☐ C&P ELEMENT ☒ CONTRACTING ELEMENT
d. RELATIONSHIP OF PRICE TO PRIOR PROCUREMENT (Detail in Price Analysis, Tab 21): ☐ LOWER % ☐ HIGHER % ☒ SAME ☐ NO PRIOR PROCUREMENT INFORMATION OBTAINABLE

REMARKS:

EXERCISE OPTION YEAR THREE FOR A PERIOD OF ONE YEAR.

OPTION PERIOD WILL BE EFFECTIVE JUNE 1, 2000 AND WILL EXPIRE ON MAY 31, 2001.

DISTRIBUTION FEE FOR OPTION YEAR THREE IS: 6.4% - SP0200-97-D-7133 - JITO/EDO
7.4% - SP0200-97-D-7134 - STOCKLESS

14. ☒ APPROVED FOR LEGAL SUFFICIENCY (For Comments See Page 2)

| TITLE | SIGNATURE | DATE |
|---|---|---|
| Asst Counsel | Andrew L Stallworth | 4-20-00 |

15. TYPED NAME AND SIGNATURE OF CONTRACTING OFFICER: DONNA M. KENNEDY (signature)
15a. DATE: 5/22/00
16. NAME AND SIGNATURE OF COMMODITY DIRECTOR/COMMANDER, SRH, AS APPLICABLE: L. FLATLEY (signature)
16a. DATE DISPATCHED: 5/22/00

17. ENCLOSURES: ☐ CONTRACT FILE WITH DLA FORM 678 ☐ DPSC-PT FILE COPY ☐ ACQUISITION CHRONOLOGY

DPSC FORM 677 JUNE 90 PAGE 1 OF 2 PAGES (EF) FF-20

DSCP-UMS-1663

**CONT[illegible]CT APPROVAL/ DISAPPROVAL ACTIO[illegible]**

| 18. TO: *(Contracting Officer)* | FROM: *(Approval Authority)* |
|---|---|
| DSCP-MSAA | DSCP-MSAA |

AWARD CITED ON REVERSE SIDE IS:

[X] a. APPROVAL

[ ] b. APPROVED SUBJECT TO CONDITIONS CITED BELOW IN "REMARKS"

[ ] c. DISSAPPROVED ( "Remarks" below for explanation )

[ ] d. RETURNED FOR ADDITIONAL ACTION REQUESTED IN "REMARKS" BELOW

| TITLE | SIGNATURE *(Approval Authority)* | DATE |
|---|---|---|
| L. FLATLEY<br>SECTION CHIEF, NEW INITIATIVES BRANCH | | |

RESERVED FOR LEGAL COMMENTS

DPSC FORM 677 (EF)
JUNE 90

PAGE 2 OF 2 PAGES

DSCP-UMS-1664

MAY-05-2000 09:49 BASE CONTRACTING 215 737 7942 P.02

# CONTRACT ANNOUNCEMENT
*(DLAR 4105.1, SUBPART 5.3)*

REPORT CONTROL SYMBOL DD-LA(AR)1279

**TO:** Director, Defense Logistics Agency
ATTN: DLA-B
Cameron Station
Alexandria, VA 22304-6100

**FROM:** DEFENSE SUPPLY CENTER PHILADELPHIA
ATTN: DSCP-MSAA (DONNA KENNEDY)
700 ROBBINS AVENUE
PHILADELPHIA, PA 19111

1a. NAME AND LOCATION OF CONTRACTOR *(Include Division and County; DO NOT USE P.O. BOX)*
UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106
(TARRANT COUNTY)

2. PROPOSED AWARD RELEASE DATE: MAY 22, 2000

3a. CONTRACT NUMBER: SP0200-97-D-7133/7134

3b. MODIFICATION NUMBER: P00021/P00012

3c. SOLICITATION NUMBER: DLA120-93-R-0587

1b. POINT OF CONTACT AT CONTRACTOR'S FIRM AND TELEPHONE NUMBER *(President/Vice President)*
WILLIAM BANDY, PRESIDENT
800-333-2733

4. TOTAL DOLLAR VALUE OF THIS ACTION: $60,623,198.00

5. AMOUNT PREVIOUSLY OBLIGATED *(Applicable only if action is a modification)*

6. LOCATION(S) OF PERFORMANCE IF OTHER THAN ABOVE *(Use separate page if necessary; Indicate if subcontractor, include business size and if labor surplus area)*
SEE ATTACHED SHEET

7. USING SERVICE
☒ ARMY ☐ NAVY ☐ AIR FORCE ☐ MARINE CORPS
☐ FEDERAL CIVILIAN AGENCIES
☐ OTHER *(Specify)*:

8. CONTRACTOR IS
☒ SMALL BUSINESS ☐ LARGE BUSINESS
☐ SMALL DISADVANTAGED BUSINESS
☐ IN LABOR SURPLUS AREA ☐ LABOR SURPLUS AREA SET-ASIDE
☐ SMALL BUSINESS SET-ASIDE

9. EXTENT OF COMPETITION
a. NO. SOLICITED N/A
b. NO. RESPONSES
c. ☐ PROPOSAL ☐ SEALED BID ☐ SOLE SOURCE

10. TYPE OF CONTRACT
☐ FIRM FIXED PRICE
☐ FIXED PRICE WITH ECONOMIC PRICE ADJUSTMENT
☒ OTHER *(Specify)*: REQUIREMENTS

11.
a. FOREIGN MILITARY SALE *(FMS)* TO: N/A *(Name of Country)*
b. COMBINED PURCHASE FOR *(Name of Service/Agency)*
AND FOR *(Name of Country)* UNDER FMS PROGRAM.

12. EQUAL OPPORTUNITY CLEARANCE OBTAINED ☒ YES ☐ NO

13a. FUNDS AVAILABLE ☐ YES ☐ NO

13b. FUNDS, SERVICE, FISCAL YEAR: N/A

14. DATE OF PERFORMANCE COMPLETION: MAY 31, 2001

15. ITEM(S) OR SERVICE(S), QUANTITY(S) AND UNIT OF ISSUE, OTHER ADDITIONAL INFORMATION.
THIS ACTION REPRESENTS EXECUTION OF THE THIRD OPTION PERIOD AVAILABLE UNDER SUBJECT CONTRACTS, MEDICAL/SURGICAL PRIME VENDOR, LONE STAR REGION. CONTRACT #SP0200-97-D-7133 CONTAINS THE JITO/EDO PORTION. CONTRACT #SP0200-97-D-7134 CONTAINS THE STOCKLESS PORTION. OPTION PERIOD IS EFFECTION JUNE 1, 2000 AND EXPIRES MAY 31, 2001. DISTRIBUTION FEE FOR OPTION YEAR THREE: 6.4% FOR JITO/EDO, 7.4% FOR STOCKLESS (REMAINS THE SAME AS BASE YEAR & OPTION YEARS ONE AND TWO).

CONCUR: *Joseph Gushue* JOSEPH GUSHUE
Chief, Integrity Office
Office of Procurement Management

16. MEMBER(S) OF CONGRESS TO BE NOTIFIED (DLA-B use only)

| SENATOR | SENATOR |
|---|---|
| REPRESENTATIVE | REPRESENTATIVE |

17. CONTRACTING OFFICER AND TELEPHONE NUMBER
DONNA M. KENNEDY 215-737-7075

18. SIGNATURE AND DATE *(Approving Official, level higher than Contracting Officer)*
L. FLATLEY *L. Flatley*

DLA FORM 1693, JUN 90 *(EG)* PREVIOUS EDITION IS OBSOLETE. PerFORM (PRO)

DSCP-UMS-1670

MAY-23-2000 06:25 SMALL BUSINESS OFFICE 215 737 7116 P.02

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES 1 1

2. AMENDMENT/MODIFICATION NO. P00021

3. EFFECTIVE DATE JUNE 1, 2000

4. REQUISITION/PURCHASE REQ. NO. N/A

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PA 19111
ATTN: D. KENNEDY/DSCP-MSAA/215-737-7075

7. ADMINISTERED BY *(If other than Item 6)* CODE SP0200

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-97-D-7133

10B. DATED *(SEE ITEM 13)* JANUARY 30, 1997

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER *(Specify type of modification and authority)*
CLAUSE 52.217-9P10, OPTION FOR REQUIREMENTS CONTRACT TERM EXTENSION (PRIME VENDOR)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

1. IN ACCORANCE WITH CLAUSE 52.217-9P10, OPTION YEAR THREE IS HEREBY INVOKED. THE OPTION PERIOD WILL BECOME EFFECTIVE JUNE 1, 2000 AND WILL EXPIRE ON MAY 31, 2001. THE DISTRITION FEE FOR THE OPTION YEAR THREE PERIOD IS 6.4%.

2. ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
DONNA M. KENNEDY
CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Donna M. Kennedy
*(Signature of Contracting Officer)*

16C. DATE SIGNED 5/22/00

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE — PAGE OF PAGES: 1 | 1

2. AMENDMENT/MODIFICATION NO.: P00012
3. EFFECTIVE DATE: JUNE 1, 2000
4. REQUISITION/PURCHASE REQ. NO.: N/A
5. PROJECT NO. *(If applicable)*

6. ISSUED BY — CODE SP0200

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PA 19111
ATTN: D. KENNEDY/DSCP-MSAA/215-737-7075

7. ADMINISTERED BY *(If other than Item 6)* — CODE SP0200

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, country, State and ZIP Code)*

UNITED MEDI CAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 — FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: SP0200-97-D-7134

10B. DATED *(SEE ITEM 13)*: JANUARY 30, 1997

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION - STOCKLESS

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* CLAUSE 52.217-9P10, OPTION FOR REQUIREMENTS CONTRACT TERM EXTENSION (PRIME VENDOR) |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

1. IN ACCORANCE WITH CLAUSE 52.217-9P10, OPTION YEAR THREE IS HEREBY INVOKED. THE OPTION PERIOD WILL BECOME EFFECTIVE JUNE 1, 2000 AND WILL EXPIRE ON MAY 31, 2001. THE DISTRITION FEE FOR THE OPTION YEAR THREE PERIOD IS7.4%.

2. ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*
DONNA M. KENNEDY
CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR — *(Signature of person authorized to sign)*
15C. DATE SIGNED

16B. UNITED STATES OF AMERICA BY [signature] *(Signature of Contracting Officer)*
16C. DATE SIGNED 5/22/00

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243