**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | MAIN CASE NO: 03-CV-289<br>Consolidated case no: 07-cv-187<br>Judge Allegra |

**EXHIBIT B TO SECOND AMENDED COMPLAINT**

CONTRACT EXCERPTS FROM SOLICITATION, AWARD AND POST AWARD

CONTRACT DOCUMENTS

I-1

| SOLICITATION AND OFFER | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING DO-C9 | PAGE OF 1 88 PAGES |
|---|---|---|---|

| 2. SOLICITATION NUMBER | 3. TYPE OF SOLICITATION | 4. DATE ISSUED | 5. REQUISITION/PURCHASE REQ NO |
|---|---|---|---|
| DLA120-93-R-0587 | ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 11-AUG-93 | Requirements |

6. ADDRESS MAILED OFFER TO: CODE SPO101

DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
POST OFFICE BOX 8636
PHILADELPHIA, PA 19101-8636

7. DELIVER HANDCARRIED OFFER, INCLUDING DELIVERY BY COMMERCIAL CARRIER TO

DEFENSE PERSONNEL SUPPORT CENTER
OFFER DEPOSITORY
BLDG. 9, 4TH FLOOR, WING F
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145

6A. FOR INFORMATION CALL (No Collect Calls) (215) 737-7979

6B. PURCHASING AGENT: H. ARMSTRONG
CONTRACTING OFFICER W. DI LAURO
OFFICE SYMBOL DPSC-MPHB

7A. ADDRESS ELECTRONIC TRANSMISSIONS (When Authorized) TO
Facsimile: (215) 737-8129 (Primary)
(215) 737-2228 (Alternate)
TWX: 710 670 1643
TELEX: 83 1434

SOLICITATION

8. Sealed offers will be received at the Defense Personnel Support Center, ATTN: DPSC-MPO, Bldg 9-4-F, until (hour) 3:00 PM local time (date) 14-SEP-93. To assure prompt delivery, mailed offers should be addressed per block 6, electronic transmissions per block 7A, and handcarried offers delivered to the specific location set forth in block 7. If offering, your reply envelope must be plainly marked with the solicitation number, date, and time set forth for receipt of offers.

**CAUTION:**
**FAILURE TO SUBMIT OFFER: See Section L, Provision No. 52.214-9 or 52.215-15. When not responding to the solicitation with an offer, complete the reverse side, fold, affix postage and mail.**

**LATE SUBMISSIONS, MODIFICATIONS AND WITHDRAWALS: See Section L, provision No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.**

8A **NOTICE: ANY CONTRACT AWARDED TO A CONTRACTOR WHO, AT THE TIME OF AWARD WAS SUSPENDED, DEBARRED, INELIGIBLE FOR RECEIPT OF CONTRACTS WITH GOVERNMENT AGENCIES OR IN RECEIPT OF A NOTICE OF PROPOSED DEBARMENT FROM ANY GOVERNMENT AGENCY, IS VOIDABLE AT THE OPTION OF THE GOVERNMENT.**

9. THIS SOLICITATION IS FOR the selection of a Medical/Surgical "Prime Vendor" for the Lone Star (Texas/Oklahoma/New Mexico) Region AND IS
- ☐ Total Set-Aside for SDB Concerns
- ☐ Total Set-Aside for Small Business Concerns
- ☐ Partial Set-Aside for Small Business Concerns with Preferential Consideration for SDB Concerns
- ☐ Unrestricted Acquisition with Evaluation Preference for SDB Concerns
- ☒ Unrestricted Acquisition

OFFER (MUST BE FULLY COMPLETED BY OFFEROR)

NOTE: ITEM 10 DOES NOT APPLY IF THE SOLICITATION INCLUDES SECTION K PROVISION NO. 52.214-16, MINIMUM BID ACCEPTANCE PERIOD

10. In compliance with the above, the undersigned agrees, if this offer is accepted within 120 calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 11. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No 52.232-8) | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | ___ CALENDAR DAYS % |
|---|---|---|---|---|

| 12. ACKNOWLEDGEMENT OF AMENDMENTS The offeror acknowledges receipt of amendments to the Solicitation for offers and related documents numbered and dated | AMENDMENT NO | DATE | AMENDMENT NO | DATE |
|---|---|---|---|---|
| | | | | |

13. CAGE CODE ______ FACILITY CODE ______

NAME AND ADDRESS OF OFFEROR (Street, City, County, State and Zip Code)
United Medical Supply Co., Inc.
5117 Northeast Parkway
Fort Worth, TX 76106

AREA CODE AND TELEPHONE NUMBER 817-626-9261

☒ Check if remittance address is different from above. Enter such address in schedule (see DPSC Provision 52.242-9P18).

14. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
Joe W. Smith, Jr., Executive Vice President

15. SIGNATURE [signature]

16. OFFER DATE 14 Sep. '93

DPSC FORM 33 AUG 92 (OVERPRINT 2) TEST EDITION MAR 92 OBSOLETE

DLA 1203 93-R-0587

| SOLICITATION NO. | | | PAGE 2 | OF |
|---|---|---|---|---|

NO OFFER SUBMITTED FOR REASON(S) CHECKED

| | | | |
|---|---|---|---|
| | CANNOT COMPLY WITH SPECIFICATIONS | | CANNOT MEET DELIVERY REQUIREMENT |
| | NO OPEN PRODUCTION CAPACITY AT PLANT | | DO NOT REGULARLY MANUFACTURE OR SELL THE TYPE OF ITEMS INVOLVED |
| | OTHER *(Specify)* | | |
| | WE DO/WE DO NOT DESIRE TO BE RETAINED ON THE MAILING LIST FOR FUTURE PROCUREMENT OF THE FOLLOWING NSNs | | |

| NAME AND ADDRESS OF FIRM *(Include zip code)* | SIGNATURE |
|---|---|
| | TYPE OR PRINT NAME AND TITLE OF SIGNER |

*fold*

*fold*

FROM:

AFFIX STAMP HERE

TO: DEFENSE LOGISTICS AGENCY
DEFENSE PERSONNEL SUPPORT CENTER
ATTN: DPSC-MPO
2800 SOUTH 20TH STREET
P. O. BOX 8419
PHILADELPHIA, PA 19101-8419

SOLICITATION NO. ______________________

OPENING/CLOSING DATE AND LOCAL TIME ______________________

*(Do not Staple)*

## GENERAL INFORMATION FOR OFFERORS

The Defense Personnel Support Center (DPSC), Directorate of Medical Materiel is establishing a "Prime Vendor" program for brand name specific and generic medical supplies. A "Prime Vendor" is a business concern that functions as a purchaser's primary source for specified classes of products. A prime vendor is responsible for the delivery of goods produced by various suppliers to the customer upon order.

DPSC Medical is selecting regional prime vendors for brand name specific and generic medical supplies covering two product classes - pharmaceuticals and medical/surgical items. Presently, these items are purchased locally by the military medical facilities. Each prime vendor will be the primary supplier of one of the designated product classes for member hospitals in a given geographic region. Under this program, the prime vendors chosen by DPSC will furnish the participating hospitals with the majority of their normal day-to-day requirements for brand name specific and generic medical supplies.

DPSC Medical will establish approximately 22 regions covering the continental United States plus Alaska and Hawaii. There will be two prime vendors per region - one for pharmaceuticals and one for medical/surgical items. Each prime vendor will be responsible for supplying all of the medical items that are listed on Distribution and Pricing Agreements (see below) ordered by the participating medical facilities in the specific region. Two separate solicitations and contracts will be issued and awarded for each region - one for pharmaceuticals and one for medical/surgical items.

As part of the program, we are establishing "Distribution and Pricing Agreements" (DAPA's) with pharmaceutical and medical/surgical product manufacturers. Under a DAPA, the agreement holder consents to allow prime vendors selected by DPSC Medical to distribute its products to participating hospitals and agrees that the prime vendor will be charged no more that the prices set forth in the agreement. Orders will not be directly placed against the DAPA's; they are being used only to establish pricing and to obtain the right for our prime vendors to distribute an agreement holder's products. The DAPA's will be used to facilitate "charge-back" arrangements between the agreement holders and DPSC Medical's prime vendors. It will be the responsibility of the prime vendor to establish the necessary "charge-back" arrangements with the DAPA holders. DPSC may also issue Indefinite Delivery Type Contracts (IDTC's) for specific products to be distributed by the prime vendor. The prime vendor will be required to obtain these specific products from the listed sources. The price charged by the prime to the ordering activities will not exceed that cited in the IDTC plus the offeror's negotiated distribution fee.

At the time of award of each prime vendor contract, DPSC will provide the selected prime vendor a copy of all DAPA's and IDTC's either electronically or in a paper format.

<u>NOTE</u>: THIS SOLICITATION WILL RESULT IN THE SELECTION OF A MEDICAL/SURGICAL PRODUCTS PRIME VENDOR FOR THE <u>LONE STAR</u> REGION (TEXAS/OKLAHOMA/NEW MEXICO) - see Attachment <u>III</u>.

**AMENDMENT OF SOLICITATION/M .FICATION OF CONTRACT**

1. CONT 'T ID CODE

PAGE OF PAGES: 1 | 96

AMENDMENT/MODIFICATION NO.: 0008

3. EFFECTIVE DATE: 4 DEC 1995

4. REQUISITION/PURCHASE REQ. NO.: N/A

5. PROJECT NO. *(If applicable)*

ISSUED BY CODE SP0200

DEFENSE PERSONNEL SUPPORT CENTER
DPSC-MSBAC
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19101
ATTN: Theresa Rucci, 215-737-2465

7. ADMINISTERED BY *(If other than Item 6)* CODE

SAME AS BLOCK 6

. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

United Medical Supply Company, Inc.
5117 Northeast Parkway
Fort Worth, Tarrant County, Texas 76106

(✓) X 9A. AMENDMENT OF SOLICITATION NO.: DLA120-93-R-0587

9B. DATED *(SEE ITEM 11)*: 11 August 1993

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

CODE FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

SEE ATTACHED PAGES

DOD Contract file

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*: Joe W. Smith, Jr., Executive Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*: ROGER DIXON, CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR: [signature] *(Signature of person authorized to sign)*

15C. DATE SIGNED: 1/15/96

16B. UNITED STATES OF AMERICA BY *(Signature of Contracting Officer)*

16C. DATE SIGNED

NSN 7540-01-152-8070 30-105-02 STANDARD FORM 30 (Rev. 10-83) Prescribed by GSA FAR (48 CFR) 53.243

DLA12043-R 0587 Page 2

*****NOTICE TO OFFERORS*****

This amendment is being issued in order to incorporate the substantial changes made to the Prime Vendor (Medical/Surgical) Program as a result of changing customer needs and changes in the technical requirements of the program. These changes are necessary in order to make this contract's requirements similar in nature to the other Prime Vendor(Medical/Surgical) contracts for the other regions so as to insure uniformity of products and services for all of the customers in the program.

**AMENDMENT OF SOLICITATION DLA120-93-R-0587**
**AMENDMENT 0008**

1. Pages 1-88 of solicitation DLA120-93-R-0587 dated 11 August 1993, and amendments 0001-0007 (including the undated version of amendment 0001) are hereby deleted and replaced with amendment 0008 dated 4 December 1995.

2. Please refer to pages 92 thru 95. All Naval facilities will require one order entry package. All Army facilities will require as a minimum two order entry sites. Additional site locations will be provided after contract award.

3. The closing date is hereby extended to 3:00 PM, local time, 17 January 1996. All responses must be received by the above cited time and date and are subject to the late submission, modifications, and withdrawal of proposals or quotation provision of the solicitation. February 28, 96

4. Facsimile proposals are acceptable; FAR 52.215-18 ``Facsimile Proposals'' is hereby incorporated into this solicitation. Facsimile numbers 215-737-9300/9301/9302 or 9303 apply.

5. Upon acknowledgment of this amendment, the offeror agrees that its offer, as it may have been amended or submitted, may be accepted within the same number of calendar days after the revised closing date as were specified for acceptance of the initial offer.

Address all mailed responses to the following address:

DEFENSE PERSONNEL SUPPORT CENTER
OFFER DEPOSITORY
BLDG 12, 1ST FLOOR, WING E
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145

DLA120- 93-R-0587



GENERAL INFORMATION FOR OFFERORS

The Defense Personnel Support Center (DPSC), Directorate of Medical Materiel is establishing a "Prime Vendor" program for brand name specific and generic medical supplies. A "Prime Vendor" is a business concern that functions as a purchaser's primary source for specified classes of products. A prime vendor is responsible for the delivery of goods produced by various suppliers to the customer upon order.

DPSC Medical is selecting regional prime vendors for brand name specific and generic medical supplies broadly covering medical/surgical and pharmaceutical products. Presently, these items are purchased locally by the military medical facilities. Each prime vendor will be the primary supplier of one of the designated product groupings for member hospitals in a given geographic region. Under this program, the prime vendors chosen by DPSC will furnish the participating ordering facilities with the majority of their normal day-to-day requirements for brand name specific and generic medical supplies.

DPSC Medical will establish approximately 21 regions covering the United States, Europe, and Pacific. There will be two prime vendors per region - one for medical/surgical items and one for pharmaceuticals. Each Prime Vendor will be responsible for supplying all of the medical items that are listed on Distribution and Pricing Agreements (see below) ordered by the participating ordering facilities in the specific region. Duplicate items appearing on multiple DAPAs must be available through the Prime Vendor.

As part of the program, we are establishing "Distribution and Pricing Agreements" (DAPA's) with medical/surgical and pharmaceutical product manufacturers. Under a DAPA, the agreement holder consents to allow prime vendors selected by DPSC Medical to distribute its products to participating ordering facilities and agrees that the prime vendor will be charged no more that the prices set forth in the agreement. Orders will not be directly placed against the DAPA's; they are being used only to establish pricing and to obtain the right for our prime vendors to distribute an agreement holder's products. The DAPA's will be used to facilitate "charge-back" arrangements between the agreement holders and DPSC Medical's prime vendors. It is the responsibility of the prime vendor to use the DAPA holders as its source of supply. The specific sources of supply (DAPA Holder) for any item is determined by the ordering facility at the time an order is placed. It is the responsibility if the Prime Vendor to establish the necessary "charge-back" arrangements with the DAPA holders. DPSC may also issue Indefinite Delivery Type Contracts (IDTC's) for specific products to be distributed by the Prime Vendor. The Prime Vendor will be required to obtain these specific products from the listed sources. The price charged by the prime to the ordering activities will not exceed that cited in the IDTC plus the offeror's negotiated distribution fee.

At the time of award of each Prime Vendor contract, DPSC will provide the selected Prime Vendor a copy of all DAPA's and IDTC's either electronically or in a paper format.

NOTE: THIS SOLICITATION WILL RESULT IN THE SELECTION OF A MEDICAL/SURGICAL PRODUCTS PRIME VENDOR FOR THE LONE STAR REGION (TEXAS/OKLAHOMA/NEW MEXICO) - see Attachment III.

DLA120-93-R-0587



**CAUTION NOTICE**

This is a Source Selection Acquisition:

Award will be based on factors other than cost or price alone. Evaluation factors for award are contained in DPSC Clause 52.215-9P19 "EVALUATION FACTORS FOR AWARD".

Source evaluation and selection procedures are contained in DPSC Clause 52.215-9P20 "SOURCE EVALUATION AND SELECTION PROCEDURES".

2. DPSC Clause 52.215-9P12 should be reviewed carefully prior to commencing preparation of your proposal. Proposals which do not provide the required information in the prescribed format as cited in DPSC Clause 52.215-9P12 may be excluded from further consideration. Technical proposals must be devoid of all discussions or reference to price.

NOTE: Technical evaluation factors 6 & 7, Socioeconomic considerations and Small and Small Disadvantaged Entrepreneurial Enhancement Development (SEED) Program, must be submitted with the Business Proposal.

3. Subcontracting plans (Reference Clause 52.219-9): In the event that an annual company or division wide subcontracting plan is submitted in response to this solicitation, offerors are reminded that the plan should be current, approved and cover the company's current fiscal year, which must be identified. If an offeror has a previously approved plan, a new plan should be submitted at least sixty days before the existing plan expires. A Small Business and Small Disadvantaged Business Plan Subcontracting Guide is provided in this solicitation and is marked "Attachment II."

Subcontracting plans approved by other government agencies should be company or division wide in order to be applicable. All plans approved by another government agency must be accompanied by the letter of approval issued by the agency. Plans must be submitted with the initial proposal. Small business concerns must meet the requirements of FAR 19.001 and meet the size standards as specified in clause 52.219-22. All small business and small disadvantaged business concerns will be subject to review and verification by the Small Business Administration.

4. A Requirements type contract is contemplated with the option to extend the effective period of the contract for four additional one year periods. The total length of the contract would not exceed 5 years. Offers on the options are mandatory. Failure to offer on all options will result in an offer being eliminated from further consideration. A determination of price reasonableness for these line items shall be made prior to award.

5. Award Announcement: The Government reserves the right to require the successful offeror to participate in a ceremony to commemorate the award of the contract. The location, date and time of the ceremony will be coordinated with the contractor, DPSC and facilities within the region.

DLA120-93-R-0058 Page 6

Section B, Schedule of Supplies

The offeror, if awarded this contract, shall be paid for each medical/surgical product ordered and delivered which appears on a DPSC Medical Distribution and Pricing Agreement (DAPA) or on an Indefinite Delivery-Type Contract (IDTC), plus the offeror's negotiated distribution fee. For an item covered by a DAPA, the prime vendor will furnish the product at the price cited on the agreement plus the offeror's negotiated distribution fee. For an item covered by an IDTC, the prime vendor will furnish the product from the source listed under the IDTC at a price which does not exceed the price set forth in the IDTC plus the offeror's negotiated distribution fee.

The prime vendor shall only accept orders for and shall only furnish, under the contract, products which are a part of the DPSC Prime Vendor Program.

The offeror is to insert in the spaces provided below its proposed distribution fees for the stockless option and JITO/EDO option for both the initial 1-year contract ordering period and for each of the 4 yearly option periods. These fees will cover all of the medical facilities listed on the attached list of facilities considering the stockless option and for the JITO/EDO option (see Attachment I of the Solicitation). The distribution fee must be the same for all of the covered facilities. However, offerors may propose different fees for each of the ordering periods.

Partial offers based on only some of the listed facilities will not be considered. YOU MUST SUBMIT AN OFFER FOR ALL ORDERING FACILITIES LISTED AS ELIGIBLE FOR SELECTING THE STOCKLESS OPTION. Failure to submit a separate stockless option offer, in addition to your JITO and EDO offers, will render your proposal ineligible for consideration for award for this region. The evaluation of option lines does not obligate the Government to exercise any of the options. The offeror's proposed distribution fee is to be expressed as a percentage (%) and shall be based on performance in accordance with the contract's Statement Of Work.

OFFEROR'S DISTRIBUTION FEE:

| | | PROPOSED DISTRIBUTION FEE | |
|---|---|---|---|
| LINE ITEM NO. | TIME PERIOD | STOCKLESS OPTION | JITO/EDO OPTION |
| 0001 | INITIAL YEAR | 7.4%* % | 6.4% * % |
| 0002 | OPTION YEAR ONE | 7.4%* % | 6.4%* % |
| 0003 | OPTION YEAR TWO | 7.4%* % | 6.4%* % |
| 0004 | OPTION YEAR THREE | 7.4%* % | 6.4%* % |
| 0005 | OPTION YEAR FOUR | 7.4%* % | 6.4%* % |

* SUBJECT TO NEGOTIATION IF VOLUME DOES NOT REACH 90% OF THE STATED CONTRACT AWARD.

DLA120-93-R-058



**EVALUATION OF OFFERS**: The Government will evaluate price offers by:

PART A-The weight given to the Stockless Option pricing will not be the same as the weight given to the JITO/EDO Option pricing for evaluation purposes. The weighting factors

| | JITO/EDO | STOCKLESS |
|---|---|---|
| Base Year | 93% | 7% |
| 1st Option | 74% | 26% |
| 2nd Option | 66% | 34% |
| 3rd Option | 58% | 42% |
| 4th Option | 50% | 50% |

will be applied to the anticipated annual estimated dollar amounts.

PART B-To get the Total Evaluated Stockless Distribution Fee,

1) Multiply the Annual Estimate times the Weighting Factor for that year times the offered distribution fee percentage for that year.
2) Do this for each of the five years.
3) Add the dollar figures for each year together.

PART C-To get the Total Evaluated JITO/EDO Distribution Fee

1) Multiply the Annual Estimate times the Weighting Factor for that year times the offered distribution fee percentage for that year.
2) Do this for each of the five years.
3) Add the dollar figures for each year together.

PART D-To get the Total Evaluated Distribution Fee for the offer, add the answers from parts B and C together.

EXAMPLE: For this EX.the Dist.Fee is 5% for JITO/EDO & 10% for Stockless

| Stockless | Annual Estimates | | Assigned Wt Going Stockless | | Offered Dist.Fee | | Weighted Distribution Fee |
|---|---|---|---|---|---|---|---|
| Base | $19,700,000 | X | 7% | X | 10% | = | $ 137,900 |
| 1st YR | $39,401,000 | X | 26% | X | 10% | = | $1,024,426 |
| 2nd YR | $39,401,000 | X | 34% | X | 10% | = | $1,339,634 |
| 3rd YR | $39,401,000 | X | 42% | X | 10% | = | $1,654,842 |
| 4th YR | $39,401,000 | X | 50% | X | 10% | = | $1,970,050 |
| | TOTAL EVALUATED STOCKLESS DISTRIBUTION FEE | | | | | | $6,126,852 |

| | Annual Estimates | | Assigned Wt Going JITO/EDO | | Offered Dist.Fee | | Weighted JITO/EDO Distribution Fee |
|---|---|---|---|---|---|---|---|
| Base | $19,700,000 | X | 93% | X | 5% | = | $ 916,050 |
| 1st YR | $39,401,000 | X | 74% | X | 5% | = | $1,457,837 |
| 2nd YR | $39,401,000 | X | 66% | X | 5% | = | $1,300,233 |
| 3rd YR | $39,401,000 | X | 58% | X | 5% | = | $1,142,629 |
| 4th YR | $39,401,000 | X | 50% | X | 5% | = | $ 985,025 |
| | TOTAL EVALUATED JITO/EDO DISTRIBUTION FEE | | | | | | $5,801,774 |

**Section B, Schedule of Supplies**

**Estimated Annual Requirements:**

Based on a 12-month reporting period, the medical treatment facilities that will be covered by the contract locally spent an estimated $57,665,500 per year for those types of medical/surgical products covered by the proposed contract. No guarantee is given that this volume will be purchased. It should be noted that during the first year of the contact each facility will begin to reduce its existing inventory of medical/surgical products. Orders will be placed with the Prime Vendor as existing inventories are reduced to lower levels. This may effect the volume of ordering during the base ordering period.

**EVALUATION OF OFFERS:**

The Government will evaluate price offers by:

(1) Multiplying the annual estimated requirements for the base ordering period and each option period by the offer's distribution fee for each period and then;

(2) Adding the dollar figure for each year to arrive at the total cost for the distribution fee for the entire 5 years.

For additional information, refer to SECTION M, clause 52.217-9P14(M).

DLA120-93-R-0581

## Section C - Statement of Work (SOW)

GENERAL INFORMATION:

A. The contractor (Prime Vendor) shall provide all medical/surgical products for which the Prime Vendor has been authorized as a distributor under DPSC Medical's Distribution and Pricing Agreements (DAPAs) or under Indefinite Delivery-Type Contracts (IDTCs). Under the contract, the Prime Vendor shall distribute the medical/surgical products to the ordering facilities specified on AttachmentIII in accordance with the terms and conditions set forth in the contract. During the term of the contract or any renewals thereof, DPSC reserves the right to add ordering facilities to or delete ordering facilities from the list shown at AttachmentIII. All ordering facilities added will be from the same geographic area as the region covered by this solicitation. Offerors are alerted that the contract estimate may change after award as a result of these additions or deletions. The Prime Vendor will make shipments in one of the following ways:

ROUTINE:

1. Just-In-Time Orders (JITO) - orders which the ordering facility wants delivered within 24 hours of order placement, excluding holidays and weekends. These items must be from DAPAs or IDTCs.

or

2. Extended Delivery Orders (EDO) - orders which the ordering facility wants delivered within 7 calendar days of order placement. These items must be from DAPAs or IDTCs. The intent of EDOs is to provide a method for non-usage data items to be ordered.

EMERGENCY: Usage data items requiring expedited delivery. See Paragraph "G" under "Minimum Performance Requirements."

The majority of orders placed are expected to be Just-In-Time Orders. The ordering facility has the right to identify any item they have submitted usage data on as a JITO. All Extended Delivery Order items appearing on one order must be delivered at the same time and within 7 days of order placement. If all ordered items are available in fewer than 7 days, they may be shipped in a single shipment at that time. Just-In-Time and Extended Delivery shipments cannot be combined on a single purchase order.

"Drop" shipments are limited to those authorized by the ordering facility. Drop shipments are goods available through but not inventoried by the Prime Vendor. Drop shipments can be either JITOs or EDOs depending on the ordering arrangements the Prime Vendor has made with the ordering facility.

B. Only items appearing on a DPSC Medical DAPA or IDTC will be ordered and delivered under the Prime Vendor contract. All items are brand name specific or generic commercial products which are identified by the manufacturer's item descriptions and part numbers and conform to the manufacturer's commercial specifications. Estimated requirements listed in Section B reflect annual estimated requirements based upon usage figures provided by the participating ordering facilities.

Section C - Statement of Work (SOW)
(Continued)

C. Each ordering facility's ordering point(s) will be responsible for its own ordering of items required. At time of contract award, the Prime Vendor will be furnished the name(s) of individuals authorized to act as a focal point at each facility included in this contract. Orders may be placed up to and including the last day of the contract.

DEFINITIONS:

1. Manufacturers'/DAPA Holders Backordered Lines - includes all lines which are completely unfilled or only partially filled due solely to manufacturers' backorders. Manufacturers' backorders represent material the manufacturer is unable or unwilling to supply to the Prime Vendor. The Prime Vendor shall receive full credit for fill rate calculations for each partially filled or completely unfilled line caused by a manufacturer's backorder.

2. Total Lines Not Shipped - any line with no partial shipments made.

3. Partially Filled Line - any line that is not shipped in its entirety.

When the Prime Vendor ships a total quantity but any of the following discrepant conditions are found, the Prime Vendor can only take credit for a Partially Filled Line:

a. Missed picks
b. Damaged items
c. Unauthorized substitutions
d. Outdated items

4. Fill or Kill - If an order for an item cannot be filled by the Prime Vendor when ordered, the request for that particular item will be automatically "killed" (cancelled) unless the ordering facility has previously approved delivery of a substitute. However, if the Prime Vendor can partially fill an order for an item, it shall do so and the remaining quantity will be automatically "killed" unless the ordering facility has previously approved delivery of a substitute. The Prime Vendor Interface (PVI) cannot handle substitute items.

5. Fill Rate - The fill rate will be individually calculated on a monthly basis for each ordering facility and shall be based only on those products for which the Prime Vendor and DAPA holder have entered into an agreement.

6. * Fill Rate Calculation for Both Just-In-Time Orders and Extended Delivery Orders:

Fill Rate(%) = (100% - Controllable Factor) + Non-Controllable Factor

where the

* Each of these fill-rates must be calculated + Reported separately.

**Section C - Statement of Work (SOW)**
(Continued)

Controllable Factor(%) = $\frac{\text{Tot Lines Not Shipped + 1/2 Credit for Part Fill Lines}}{\text{Total lines Ordered}}$

and

Non-Controllable Factor(%) = $\frac{\text{Manufacturers' Backordered Lines}}{\text{Total Lines Ordered}}$

Sample Fill Rate Calculation for Just-In-Time Orders:

Total Lines Ordered = 2500
Total Lines Not Shipped = 150
Part Fill Lines = 50
Manufacturer Backorders = 50

Controllable Factor = $\frac{150 + 1/2(50)}{2500}$ = .07 or 7%

Non-Controllable Factor = $\frac{50}{2500}$ = .02 or 2%

Fill Rate% = (100% - 7%) + (2%) = 95%

7. Usage Data (Core Items) - items, with associated quantities, designated by the ordering facility as those that will ordered under the Prime Vendor program.

8. Delivered Unit Price - the product's delivered unit price shall be computed as follows (the unit price is the lowest unit of measure):

(i) the price of the product itself, as negotiated and published on a DPSC DAPA or IDTC, plus
(ii) the Prime Vendor's distribution fee, plus
(iii) the applicable DPSC administrative fee.

| Example: | | |
|---|---|---|
| | Product Price | $20.00 |
| | Distribution Fee (5.0%) | + 1.00 |
| | Subtotal (for example only) | $21.00 |
| | DPSC Administrative Fee ~~(1.0%)~~ 1.3% | + ~~.21~~ .27 |
| | Delivered Unit Price | ~~$21.21~~ 21.27 |

The DPSC administrative fee is applied after the product price and the Prime Vendor's distribution fee are added together. The delivered unit price is to be the only price visible to the ordering facility. At the time of award, DPSC will furnish the Prime Vendor all current product and pricing information appearing on a DPSC DAPA or IDTC and the current DPSC administrative fee. The DPSC administrative fee shall be subject to change (normally on 1 October of each year). ~~The DPCS distribution fee for the period of October 1, 1995 through September 30, 1996 is 1.3%.~~ The DPSC administration Fee as of October 1995 is 1.3%

## Section C - Statement of Work (SOW)
(Continued)

MINIMUM PERFORMANCE REQUIREMENTS: The Prime Vendor shall meet the following minimum performance requirements for each ordering facility cited in the contract (see Attachment III):

A. Maintain, at a minimum, a 95% monthly fill-rate for each ordering facility for Just-in-Time Orders and Extended Delivery Orders. Supplies shall be furnished on a "fill-or-kill" basis. The fill-rate is based on the definition provided under Section C "Definitions" #5. Offerors are advised that alternate "Fill-Rate" methodologies are unacceptable.

B. Accept receipt of non-emergency orders on its Electronic Order Entry (EOE) system at all times between the hours of 8:00 A.M. and 5:00 P.M, local time of the ordering facility, Monday through Friday.

C. Accept on a daily basis up to 15 individual delivery orders from each ordering facility cited in the contract. The Prime Vendor shall package each order separately for delivery to the ordering facility delivery point(s) cited in the contract.

D. Accept receipt of emergency orders 24 hours a day, 7 days per week.

E. Within 30 days of getting usage data from the ordering facilities, the Prime Vendor will have the items available for ordering. The initial 60 days of ordering for each ordering facility will be exempt from the fill-rate calculation. Items ordered by a facility whose usage data has not been provided or whose product quantities of the most recent month in question exceed the prior 45 day usage will be exempt from the calculation.

F. Deliver all orders for non-emergency supplies within 24 hours (JITO) or 7 calendar days (EDO) of receipt of the order. Deliveries will be made between the hours of 8:00 A.M. and 5:00 P.M., local time, Monday through Friday, excluding holidays. JITOs received on a Friday will be delivered on the following Monday. All JITOs received by 5:00 P.M. must be delivered within 24 hours except as noted above (i.e., holidays and weekends).

G. For William Beaumont Army Medical Center, El Paso, TX, deliver all orders for emergency supplies within 8 hours of receipt of the order in 100% of the cases. For the following facilities - Reese AFB - TX, USAF Clinic - Goodfellow AFB TX, Holloman AFB NM, USAF Hospital Kirtland AFB - Alberquerque, NM, and Cannon AFB NM deliver all emergency supplies within 12 hours of receipt of the order in 100% of the cases. For all the remaining facilities deliver all orders for emergency supplies within 6 hours of receipt of the order in 100% of the cases. Provide emergency delivery service 24 hours per day, 7 days per week.

Provide each ordering facility with the telephone number and/or pager number of the Prime Vendor's representative responsible for providing this service. Delivery of items on an emergency basis will be by fastest possible carrier if emergency shipments are requested by the ordering facility. The contractor will provide a minimum of two (2) emergency shipments per month at no additional charge to the ordering facility. Additional emergency shipments can have all applicable transportation and handling costs charged to the ordering facility. Each Prime Vendor must

Section C - Statement of Work (SOW)
(Continued)

initial expiration/shelf life of 6 months or less, the Prime Vendor shall provide at least 75% of the dating.

M. The Prime Vendor shall notify each ordering facility of any manufacturer backordered item which its usage reports indicate it orders.

N. The Prime Vendor shall submit recommendations or requests for substitute products directly to the Contracting Officer's Representative or the ordering facility. Only the Contracting Officer's Representative or the ordering facility can approve and order substitute products. During manufacturer's backorder periods for usage data items, the Prime Vendor's sales representative is required to assist the ordering facilities in promptly identifying available substitute DAPA items.

O. The Prime Vendor's representative shall make a minimum of one scheduled sales visit per month to each ordering facility to discuss customer satisfaction. Additional visits may be requested at the discretion of the Contracting Officer or ordering facility. The Prime Vendor must supply a toll-free access number for the facilities to use when contacting the Prime Vendor's sales representative, if outside the local calling area.

My firm will provide a toll-free access number as required: (check one)

_X__ Yes      _____ No

NOTE: If you are providing a toll-free access number, please identify and list in technical proposal under "Customer Support."

P. Special Requirements:

1. The Prime Vendor must have Prime Vendor/DAPA Holder agreements in place, within 90 days of their award date, for a minimum of 95% of the DAPA items under agreement between the DAPA holders and DPSC.

2. The Prime Vendor shall not require more than a maximum of $1 million of product liability coverage per DAPA holder.

FAILURE TO MEET THE REQUIREMENTS OF PARAGRAPH "P" IS GROUNDS FOR TERMINATION FOR DEFAULT.

MINIMUM ELECTRONIC ORDER ENTRY (EOE) SYSTEM REQUIREMENTS

A. The Prime Vendor must provide the name and phone number of their technical EOE system expert to the Contracting Officer and to Defense Medical Systems Support Center (DMLSS-PMO). This technical expert must be available to answer all questions regarding the Prime Vendor's EOE system.

B. The Prime Vendor must be capable of processing batch orders (on-line capability in addition, is acceptable). The system will have the capability of asynchronous dial-up. If customer access is not available via asynchronous dial-up, a value-added network (VAN) shall be used which will convert the bisynchronous signal to an asynchronous format and vice versa. The Prime Vendor is responsible for obtaining and maintaining the VAN during the scope of the contract. The cost of the VAN will be borne by the Prime Vendor. The Prime Vendor's electronic order entry system shall

[ ] 52.232-16 PROGRESS PAYMENTS (JUL 1991)
ALTERNATE II (AUG 1987)
Paragraph (m) $__________(limit on amount of unliquidated progress payments)

[ ] 52.232-18 AVAILABILITY OF FUNDS (APR 1984)

[X] 52.232-25 PROMPT PAYMENT (MAR 1994) *
The following time frames apply to the fill-ins contained in this clause:
Para (a)(6)(i): 7th day
Para (b)(2): 7th day for progress payments and 14th day for interim payments on cost type contracts.

* Paragraphs (a)(2)(i) and (a)(2)(ii) are revised as follows: delete "30" day and substitute "15" day

[X] 52.232-28 ELECTRONIC FUNDS TRANSFER PAYMENT METHODS (APR 1989)

[X] 52.203-7002 Display of DoD Hotline Poster

[ ] 52.242-2 PRODUCTION PROGRESS REPORTS (APR 1991)

[ ] 52.242-10 F.O.B. ORIGIN-GOVERNMENT BILLS OF LADING OR PREPAID POSTAGE (APR 1984)

[ ] 52.244-2 SUBCONTRACTS (COST-REIMBURSEMENT AND LETTER CONTRACTS) (FEB 1995)
ALTERNATE I (APR 1985)

[ ] 52.245-2 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989)

[ ] 52.245-2 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989)
ALTERNATE I (APR 1984)

[ ] 52.245-4 GOVERNMENT-FURNISHED PROPERTY (SHORT FORM) (APR 1984)

[ ] 52.245-17 SPECIAL TOOLING (DEC 1989)

[ ] 52.246-23 LIMITATION OF LIABILITY (APR 1984)

[ ] 52.247-1 COMMERCIAL BILL OF LADING NOTATIONS (APR 1984)

[ ] 52.248-1 VALUE ENGINEERING (MAR 1989) ALT III (APR 1984)
NOTE: In accordance with DPSC-VECP program requirements, a VECP will not be considered if it is the subject of a similar proposal submitted by another contractor or concurrently being pursued independently by the Government.

[X] 52.253-1 COMPUTER GENERATED FORMS (JAN 1991)

REF. NO. OF DOC. BEING CONT'D DLA120-93-R-0587 PAGE 41 OF 96

The FAR provisions/clauses listed below are incorporated by reference only when checked. Where an applicability statement appears beneath a checked provision/clause, the provision/clause will apply only as indicated in the statement.

| | | |
|---|---|---|
| [X] | 52.202-1 | DEFINITIONS (SEP 1991) |
| [X] | 52.203-1 | OFFICIALS NOT TO BENEFIT (APR 1984) |
| [X] | 52.203-3 | GRATUITIES (APR 1984) |
| [X] | 52.203-5 | COVENANT AGAINST CONTINGENT FEES (APR 1984) |
| [X] | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1985) |
| [X] | 52.203-7 | ANTI-KICKBACK PROCEDURES (OCT 1988) |
| [X] | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (SEP 1990) |
| [X] | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JAN 1990) |
| [X] | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED OR PROPOSED FOR DEBARMENT (NOV 1992) (APPLICABLE TO CONTRACTS OVER $25,000) |
| [X] | 52.210-5 | NEW MATERIAL (APR 1984) |
| [X] | 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (MAY 1992) |
| [X] | 52.232-1 | PAYMENTS (APR 1984) |
| [X] | 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT (APR 1989) |
| [X] | 52.232-11 | EXTRAS (APR 1984) |
| [X] | 52.232-17 | INTEREST (JAN 1991) |
| [X] | 52.232-23 | ASSIGNMENT OF CLAIMS (JAN 1986) ~~ALTERNATE I (APR 1984)~~ |
| [X] | 52.233-1 | DISPUTES (MAR 1994) |
| [X] | 52.233-3 | PROTEST AFTER AWARD (AUG 1989) |
| [X] | 52.242-12 | REPORT OF SHIPMENT (REPSHIP) (DEC 1989) |
| [X] | 52.242-13 | BANKRUPTCY (APR 1991) (APPLICABLE TO CONTRACTS OVER $25,000) |
| [X] | 52.243-1 | CHANGES-FIXED PRICE (AUG 1987) |
| [X] | 52.244-1 | SUBCONTRACTS (FIXED-PRICE CONTRACTS) (FEB 1995) |
| [ ] | 52.249-1 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SHORT FORM) (APR 1984) |
| [X] | 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (APR 1984) |
| [X] | 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984) |

← 52.243-1 Changes Fixed Price

[X] 52.216-21 REQUIREMENTS (APR 1984)

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Delivery Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 24 hours following expiration of the contract.

[ ] 52.216-21 REQUIREMENTS (APR 1984) ALTERNATE I (APR 1984) Substitute the following for para (c) of 52.216-21 above:

(c) The estimated quantities are not the total requirements of the Government activity specified in the Schedule, but are estimates of requirements in excess of the quantities that the activity may itself furnish within its own capabilities. Except as this contract otherwise provides, the Government shall order from the Contractor all of that activity's requirements for supplies and services specified in the Schedule that exceed the quantities that the activity may furnish within its own capabilities.

[ ] 52.216-21 REQUIREMENTS (APR 1984) ALTERNATE II (APR 1984) Add the following para (g) to 52.216-21 above:

(g) The requirements referred to in this contract are for items to be manufactured according to Government specifications. Notwithstanding anything to the contrary stated in the contract, the Government may acquire similar products by brand name from other sources for resale.

[ ] 52.216-21 REQUIREMENTS (APR 1984) ALTERNATE III (APR 1984) Substitute following for para (c) of 52.216-21 above:

(c) The Government's requirements for each item or subitem of supplies or services described in the Schedule are being purchased through one non-set-aside contract and one set-aside contract. Therefore, the Government shall order from each Contractor approximately one-half of the total supplies or services specified in the Schedule that are required to be purchased by the specified Government activity or activities. The Government may choose between the setaside Contractor and the non-set-aside Contractor in placing any particular order. However, the Government shall allocate successive orders, in accordance with its delivery requirements, to maintain as close a ratio as is reasonably practicable between the total quantities ordered from the two Contractors.

[ ] 52.216-21 REQUIREMENTS (APR 1984) ALTERNATE IV (APR 1984) - Substitute the following para (c) for para (c) of 52.216-21 above and add the following para (g):

(c) The Government's requirements for each item or subitem of supplies or services described in the Schedule are being purchased through one non-set-aside contract and one set-aside contract. Therefore, the Government shall order from each Contractor approximately one-half of the total supplies or services specified in the Schedule that are required to be purchased by the specified Government activity or activities. The Government may choose between the set-aside Contractor and the non-set-aside Contractor in placing any particular order. However, the Government shall allocate successive orders, in accordance with its delivery requirements, to maintain as close a ratio as is reasonably practicable between the total quantities ordered from the two Contractors.

(g) The requirements referred to in this contract are for items to be manufactured according to the Government specifications. Notwithstanding anything to the contrary stated in the contract, the Government may acquire similar products by brand name from other sources for resale.

REF. NO. OF DOC. BEING CONT'D S-A120-93-R-0587 PAGE 47 OF 96

[X] 52.217-9P10 OPTION FOR REQUIREMENTS CONTRACT TERM EXTENSION (JAN 1992) DPSC

(a) Acceptance of the option provision(s)/clauses contained herein is mandatory. Failure to indicate acceptance of the option by annotating the offeror's option price in the Schedule or elsewhere in the solicitation will be deemed non-acceptance of the option and will result in rejection of the offeror's entire bid/proposal.

(b) Offerors may offer options at unit prices which differ from the unit prices for the base ordering period. These prices may vary with the quantities actually ordered and the dates when ordered.

(c) The contracting officer may extend the term of this contract by written notice to the contractor within the time specified in the Schedule provided that the contracting officer shall give the contractor a preliminary written notice of intent to extend at least 30 days before expiration of the contract. The preliminary notice does not commit the Government to an extension.

(d) Performance under the option period shall continue at the same performance level specified for the basic contract.

(e) The option to extend the term of the contract shall be exercised not later than three (3) days before the expiration date of the contract.

(f) The option is deemed exercised when mailed or otherwise furnished to the contractor.

(g) If the contracting officer exercises this option, the extended contract shall be considered to include this option clause.

(h) The total duration of any options exercised under this clause shall not exceed 365 days.

(i) The following provisions apply only to negotiated acquisitions:

(1) If an option has been priced under this solicitation and is to be exercised at time of award of the basic contract, the submission of certified cost or pricing data shall be required prior to award where the combined dollar value of the basic contract and option exceeds $500,000, unless an exemption thereto is appropriate in accordance with FAR 15.804-3.

(2) Prior to the award of any contract which will contain one or more priced options totalling $500,000 or more, the submission of certified cost or pricing data covering the basic contract and the option(s) shall be required regardless of when the option(s) may be exercised, unless an exemption thereto is appropriate in accordance with FAR 15.804-3.

The $500,000 threshold shall revert to $100,000 after December 31, 1995; therefore, all subcontracts awarded after December 31, 1995, and/or all changes or modifications made after December 31, 1995 shall be subject to the $100,000 threshold.

[ ] 52.217-9P11 OPTION FOR NIB/ NISH INDEFINITE QUANTITY OR REQUIREMENTS CONTRACT TERM EXTENSION (JAN 1992) DPSC

(a) The contracting officer may extend the term of this contract by written notice to the contractor within the time specified in the Schedule provided that the contracting officer shall give the contractor a preliminary written notice of intent to extend at least ____________ days before expiration of the contract. The preliminary notice does not commit the Government to an extension.

(b) Performance under the option period shall continue at the same performance level specified for the basic contract.

(c) The option to extend the term of the contract shall be exercised not later than three (3) days before the expiration date of the contract.

(d) The option is deemed exercised when mailed or otherwise furnished to the contractor.

(e) If the contracting officer exercises this option, the extended contract shall be considered to include this option clause.

(f) The total duration of any options exercised under this clause shall not exceed __________ days.

REF. NO. OF DOC. BEING CONT'D D-A120-93-R-0587 PAGE 79 OF 96

PROVISIONS SET FORTH IN FULL

[X] 52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (JUN 1988)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

[X] 52.252-5 AUTHORIZED DEVIATIONS IN PROVISIONS (APR 1984)

(a) The use in this solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the provision.

(b) The use in this solicitation of any Defense FAR Supplement (48 CFR Chapter 2) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

The following Federal Acquisition Regulation (FAR) provisions are incorporated by reference only when checked:

| | NUMBER | TITLE/DATE |
|---|---|---|
| [ ] | 52.209-7 | ORGANIZATIONAL CONFLICTS OF INTEREST - MARKETING CONSULTANTS (NOV 1991) (APPLICABLE IF THE CONTRACT AMOUNT IS EXPECTED TO EXCEED $200,000) |
| [ ] | 52.210-6 | LISTING OF USED OR RECONDITIONED MATERIAL, RESIDUAL INVENTORY AND FORMER GOVERNMENT SURPLUS PROPERTY (APR 1984) |
| [X] | 52.212-7 | NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990) (NOTE: A "DO" priority rating will apply to any resultant contract.) |
| [ ] | 52.214-1 | SOLICITATION DEFINITIONS--SEALED BIDDING (JUL 1987) |
| [ ] | 52.214-3 | AMENDMENTS TO INVITATIONS FOR BIDS (DEC 1989) |
| [ ] | 52.214-4 | FALSE STATEMENTS IN BIDS (APR 1984) |
| [ ] | 52.214-5 | SUBMISSION OF BIDS (DEC 1989) |
| [ ] | 52.214-6 | EXPLANATION TO PROSPECTIVE BIDDERS (APR 1984) |
| [ ] | 52.214-7 | LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF BIDS (DEC 1989) |
| [ ] | 52.214-9 | FAILURE TO SUBMIT BID (APR 1984) |
| [ ] | 52.214-10 | CONTRACT AWARD-SEALED BIDDING (JUL 1990) |
| [ ] | 52.214-12 | PREPARATION OF BIDS (APR 1984) |
| [ ] | 52.214-13 | TELEGRAPHIC BIDS (APR 1984) |
| [ ] | 52.214-13 | TELEGRAPHIC BIDS (APR 1984) ALTERNATE I (NOV 1988) |
| [X] | 52.214-34 | SUBMISSION OF OFFERS IN THE ENGLISH LANGUAGE (APR 1991) |
| [X] | 52.214-35 | SUBMISSION OF OFFERS IN U.S. CURRENCY (APR 1991) |
| [X] | 52.215-5 | SOLICITATION DEFINITIONS (JUL 1987) |
| [X] | 52.215-7 | UNNECESSARILY ELABORATE PROPOSALS OR QUOTATIONS (APR 1984) |
| [X] | 52.215-8 | AMENDMENTS TO SOLICITATIONS (DEC 1989) |
| [X] | 52.215-9 | SUBMISSION OF OFFERS (DEC 1989) |
| [X] | 52.215-10 | LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF PROPOSALS (DEC 1989) |
| [X] | 52.215-12 | RESTRICTION ON DISCLOSURE AND USE OF DATA (APR 1984) |
| [X] | 52.215-13 | PREPARATION OF OFFERS (APR 1984) |
| [X] | 52.215-14 | EXPLANATION TO PROSPECTIVE OFFERORS (APR 1984) |
| [X] | 52.215-15 | FAILURE TO SUBMIT OFFER (APR 1984) |
| [X] | 52.215-16 | CONTRACT AWARD (JUL 1990) ALTERNATE II (NOV 1992) |
| [✓] | 52.215-16 | CONTRACT AWARD (JUL 1990) ALTERNATE III (AUG 1991) |
| [ ] | 52.215-17 | TELEGRAPHIC PROPOSALS (JUL 1987) |
| [ ] | 52.215-17 | TELEGRAPHIC PROPOSALS (JUL 1987) ALTERNATE I (NOV 1988) |
| [ ] | 52.215-30 | FACILITIES CAPITAL COST OF MONEY (SEP 1989) |
| [X] | 52.216-1 | TYPE OF CONTRACT (APR 1984) Firm Fixed Price Requirements Contract |

Section M - Evaluation Factors for Award

The Technical Evaluation Factors are as Follows:

1. Past Performance
2. Product Availability
3. Electronic Order Entry Systems (EOE) and Electronic Data Interchange
4. Customer Support
5. Surge Readiness and Sustainment
6. Socioeconomic Considerations
7. Small and Small Disadvantaged Entrepreneurial Enhancement Development (SEED) Program

The above factors are listed in descending order of importance. Factor 1 is more important than Factor 2 which is more important than Factor 3, which is more important than Factor 4, which is more important than Factors 5, 6 & 7, all of which are of equal importance.

In evaluating the merit of each technical evaluation factor, additional credit will be given for responses that exceed the Government's requirements and are beneficial to the Government. The technical evaluation will assess the ability of offerors to successfully meet the requirements of the solicitation.

Factor 1 - Past Performance: The offeror's proposal will be evaluated to determine if it demonstrates a level of past performance that provides a reasonable assurance that the solicitation requirements will be met. This reasonable assurance is based on a subjective assessment of the contractor's past prime vendor experience, both commercial and military, and may include, but is not limited to, the factors listed below. (A record of marginally acceptable or unacceptable past performance will have a negative effect on the offeror's rating for this factor.) The offeror's past performance as a pharmaceutical and/or medical surgical prime vendor covering JITO/EDO and stockless delivery programs will be evaluated. The factors are:

A. It has handled a volume of sales that ensures its ability to handle a volume of sales similar to or greater than the solicitation's yearly estimate.

B. It has sufficient business relationships with manufacturers to ensure that the solicitation requirements can be met.

C. It has a satisfactory history of responding to customer problems arising with the prime vendor catalog and/or any aspect of the EOE system.

D. Sales representatives have been responsive to the customer's needs. Problems with customer support have been escalated by the facility to the prime vendor designated point of contact have been addressed promptly, and resolved to the satisfaction of the customer.

Section M - Evaluation Factors for Award

E. Its product fill-rates show that on average, in every region, the firm has met or exceeded the product fill rate they committed to at time of award.

F. It is conducting its operations in accordance with all applicable federal, state, and local agency regulations. It has no regulatory actions pending for which a course of action to remedy the problem has not been proposed.

G. The Prime Vendor must have adequate experience as an actual Prime Vendor, distributing MED/SURG products, to ensure they are capable of handling the variety of challenges that will arise in establishing this type of purchasing/distribution system for our ordering facilities.

Factor 2 - Product Availability: The offeror's proposal will be evaluated to determine if it can adequately meet the solicitation requirements for product availability. The offeror has met the requirements for this factor when it adequately demonstrates the following:

A. It provides the ordering facilities with a method for processing Just-In-Time Orders and Extended Delivery Orders that:

1. is easy to use;
2. gets them the required delivery;
3. minimizes manual intervention on the part of the ordering facility;
4. allows for invoicing through the Prime Vendor system.

B. It can meet the required fill rates for Just-In-Time Orders and Extended Delivery Orders.

C. There are no significant categories of products that they cannot distribute and no significant manufacturers' items that they cannot distribute.

D. The distribution facilities are physically close enough to all ordering facilities in the region, or proposed premium transportation methods proposed are adequate, to ensure required product availability to each facility.

E. It provides an order cut-off time that meets the SOW requirements.

Factor 3 - Electronic Order Entry Systems (EOE) and Electronic Data Interchange (EDI) Capability: The offeror's proposal will be evaluated to determine if it can adequately meet the solicitation

Section M - Evaluation Factors for Award

requirements for EOE/EDI capability. The offeror has met the requirements for this factor when it adequately describes the following:

A. It will provide adequate training at each ordering facility to ensure that Government personnel understand the workings of the proposed catalog and EOE/EDI system.

B. It can provide the required business documents in ANSI X12 format within six months of award (the 850, 855, & 832 documents).
It can provide the EDI invoice at time of award.

C. It ensures that ordering facilities will be able to place orders to a single contractor order receipt point without having to distinguish between divisions.

D. It has proposed an EOE system with a price and product catalog and can ensure that all items for which the ordering facilities have provided usage data can be loaded within 60 days of contract award.

E. Its EOE/EDI system can distinguish between IDTC/DAPA and non-IDTC/non-DAPA items prior to order placement and its order confirmation will show rejection of non-IDTC/non-DAPA items.

F. It can provide an electronic order confirmation within two hours following transmission of the order from the ordering facilities in all cases.

G. There are adequate "help" procedures in place if a problem is encountered by Government personnel when interacting with the prime vendor's catalog or EOE system.

H. The Prime Vendor must have an established, well-thought-out operational capability backup plan that will ensure continuity of operations (with minimal downtime) in the event of a disaster.

I. The Prime Vendor must have adequate experience with its proposed EOE system and EDI system to ensure it is capable of handling the variety of requirements in establishing a Prime Vendor for our ordering facilities.

J. The Prime Vendor's system does not rely on manual intervention at any stage of the process in order to comply with the SOW requirements.

K. The Prime Vendor will electronically load their electronic catalog.

L. Some features considered user-friendly by the DPSC evaluators, and beneficial to the ordering facilities, may be given a more favorable rating.

Section M - Evaluation Factors for Award

M. The Prime Vendor must have adequate experience with EDI to ensure it can handle transmitting/receiving ANSI X12 810, 850, 855, & 832 transaction sets both inside and outside of the EOE system.

N. The Prime Vendor must meet the SOW requirements for search capabilities.

O. The Prime Vendor has an adequate "continuity of operations" plan in place to ensure against lost systems capability.

NOTE: Offerors may be required to perform an Operational Capability Demonstration at any time in accordance with Clause 52.215-9P10 of this solicitation. The Government will test the offeror's electronic order entry and distribution system to verify that its operational capabilities meet those set forth in its proposal.

Factor 4 - Customer Support: The offeror's proposal will be evaluated to determine if it can adequately meet the solicitation requirements for Customer Support. The offeror has met the requirements for this factor when it adequately demonstrates the following:

A. It has demonstrated that it has an adequate product recall plan in effect.

B. The sample packing list meets all requirements of the Statement of Work.

C. It will conduct the necessary sales representative visits to ensure that adequate progress is being made on the contract and that customers are receiving what they believe is satisfactory customer support.

D. It has adequately described how it will monitor customer support and customer satisfaction at the ordering facility.

E. The Prime Vendor has an adequate plan to ensure ordering facilities are aware of manufacturer backorders.

F. The Prime Vendor has proposed an acceptable report package, and provided adequate samples.

H & G. See Amendment 0012 pg 27 of 47

Factor 5 - Surge Readiness and Sustainment: The offeror's proposal will be evaluated to determine if it can meet the surge requirements of the solicitation.

Factor 6 - Socioeconomic Considerations: The offeror's proposal will be evaluated to determine if it has taken steps to ensure that small businesses and small disadvantaged businesses will have an equitable opportunity to compete for subcontracts.

Section M - Evaluation Factors for Award

Small businesses will be credited for the dollar value/percentage of work they perform the same as if the work was subcontracted to a small business concern, as long as they request it in the required documentation.

Factor 7 - Small and Small Disadvantaged Entrepreneurial Enhancement Development (SEED) Program: The offeror's proposal will be evaluated to determine if it has taken the initiative have one or more mentoring agreements between the offeror and a small business or small disadvantaged firm who participates in carrying out the requirements of the prime vendor contract.

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE OF PAGES 01 | 47

2. AMENDMENT/MODIFICATION NO. 0012

3. EFFECTIVE DATE 07 FEB 1996

4. REQUISITION/PURCHASE REQ. NO. N/A

5. PROJECT NO. (If applicable)

6. ISSUED BY CODE SP0200

DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY (If other than Item 6) CODE SP0200

SAME AS BLOCK 6

Working Copy

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

United Medical Supply Company, Inc.
5117 Northeast Parkway
Fort Worth, Texas 76106

(√) 9A. AMENDMENT OF SOLICITATION NO.
X DLA120-93-R-0587

9B. DATED (SEE ITEM 11) 11 AUGUST 1993

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 01 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(√) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

MED/SURG PRIME VENDOR - LONE STAR REGION

Subject solicitation is hereby amended as follows:

The closing date is hereby extended to 3:00 PM, local time, 28 February 1996. All responses must be received by the above cited time and date and are subject to the late submission, modifications, and withdrawal of proposals or quotation provision of the solicitation.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Joe W. Smith, Jr.
Executive Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign)

15C. DATE SIGNED 2/27/96

16B. UNITED STATES OF AMERICA BY ____ (Signature of Contracting Officer)

16C. DATE SIGNED

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-02

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Amendment 0008 is hereby revised as follows:

Page 3:

Paragraphs 2 and 4 are deleted in their entirety.

Paragraph 3 is revised to read: **The closing date is hereby extended until 3:00 PM, local time, 28 February 1996.** All responses must be received by the above cited time and date and are subject to the late submission, modifications, and withdrawal of proposals or quotation provision of this solicitation.

GENERAL INFORMATION FOR OFFERORS

Page 4:

Paragraph 3: Delete sentence 3 and replace with: Each Prime Vendor will be responsible for supplying all of the medical items that are listed on Distribution and Pricing Agreements (see below) ordered by the participating ordering facilities in the specific region.

Paragraph 4: Delete sentence 7 and replace with: It is the responsibility of the Prime Vendor to establish the necessary "charge-back" arrangements with the DAPA holders.

Paragraph 4: Delete sentence 10 and replace with: The price charged by the prime to the ordering facilities will not exceed that cited in the IDTC plus the offeror's negotiated distribution fee.

Add the following paragraph: Many of the below changes require your firm to respond to a "Yes" or "No" question. Other questions require your firm to answer generally by checkmark. Failure to check the responsive block (s), or checking both blocks, will be determined to be that your firm is unable or unwilling to comply with the revised requirements as detailed.

CAUTION NOTICE
(CONTINUED)

1) Maintains small business and SDB as suppliers.

2) Increases the level of participation in the prime vendor program.

3) Fosters the development of long term business relationships between large and small business concerns as well as opening the door of communication between small business concerns.

SEED agreements can be offered which address sales volume, allow for private label manufacturing, assist in marketing product, speak to systems design, look to increasing the customer base, look to developing management skills, or any of a number of other approaches that will benefit small and small disadvantaged business concerns.

Small business concerns must meet the requirements of FAR 19.001 and meet the size standards as specified in Clause 52.219-22. All small business and small disadvantaged business concerns will be subject to review and verification by the Small Business Administration.

5. A Requirements type contract is contemplated with the option to extend the effective period of the contract for four additional one year periods. The total length of the contract would not exceed 5 years. Offers on the options are mandatory. Failure to offer on all options will result in an offer being eliminated from further consideration. A determination of price reasonableness for these line items shall be made prior to award.

6. Award Announcement: The Government reserves the right to require the successful offeror to participate in a ceremony to commemorate the award of the contract. The location, date and time of the ceremony will be coordinated with the contractor, DPSC and facilities within the region.

7. OFFERORS ARE REMINDED THAT FACSIMILE OFFERS ARE NOT AUTHORIZED.

(END OF CAUTION NOTICE)

Pages 6 through 12 are hereby deleted in their entirety and replaced with the following:

## SECTION B

## SCHEDULE OF SUPPLIES

Based on a 12 month reporting period, the ordering facilities that will be listed in Attachment III spent an estimated $57,965,500 per year for those types of medical/surgical products covered by the proposed contract. Based on this figure, the following is the Government's best estimate of yearly sales that these ordering facilities will experience over the five year period.

| | Yearly Estimate | Approximate Yearly Maximum |
|---|---|---|
| First Year | $28,982,750.00 | $ 72,456,875.00 |
| **Option Year 1** | **$57,965,500.00** | $144,913,750.00 |
| Option Year 2 | $57,965,500.00 | $144,913,750.00 |
| Option Year 3 | $57,965,500.00 | $144,913,750.00 |
| Option Year 4 | $57,965,500.00 | $144,913,750.00 |

Annual Estimates are as follows:

| | Base Year | Option Years 1-4 |
|---|---|---|
| Considering Stockless Option (See Page 13) | $23,500,000 | $47,000,000 |
| JITO/EDO Option Only | $ 5,482,750 | $10,965,500 |

No guarantee is given that the above volume will be purchased. It should be noted that during the first year of the contract each facility will begin to reduce its existing inventory of medical/surgical products. Orders will be placed with the Prime Vendor as existing inventories are reduced to lower levels. This may affect the volume of ordering during the base ordering period.

Your proposed distribution fee should be based on the Yearly Estimate. If the Approximate Yearly Maximum is exceeded in any given year, the contract will be completed for that year but subsequent years will be resolicited.

## SECTION B - SCHEDULE OF SUPPLIES (CONTINUED)

The offeror, if awarded this contract, shall be paid the DAPA/IDTC price for each medical/surgical product ordered and delivered which appears on a DPSC Medical Distribution and Pricing Agreement (DAPA), or on an Indefinite Delivery-Type Contract (IDTC), plus the offeror's negotiated distribution fee. For an item covered by a DAPA, the Prime Vendor will furnish the product at the price cited on the agreement plus the offeror's negotiated distribution fee. For an item covered by an IDTC, the Prime Vendor will furnish the product from the source listed under the IDTC at the price set forth in the IDTC plus the offeror's negotiated distribution fee.

The Prime Vendor shall only accept orders for and shall only furnish, under the contract, products which are a part of the DPSC Prime Vendor Program.

The offeror is to insert in the spaces provided below its proposed distribution fees for the stockless option (See page 13 for facilities that are eligible) and JITO/EDO option (See pages 40 through 47 for facilities that are eligible) for both the initial 1-year contract ordering period and for each of the 4 yearly option periods. These fees will cover all of the medical facilities listed for the appropriate option [Stockless option (see page 13 of this Amendment) vs the JITO/EDO option (see Attachment III, pages 40 through 47 of this Amendment)]. The distribution fee must be the same for all of the covered facilities. However, offerors may propose different fees for each of the ordering periods.

Partial offers based on only some of the listed facilities will not be considered. **YOU MUST SUBMIT AN OFFER FOR ALL ORDERING FACILITIES LISTED AS ELIGIBLE FOR SELECTING THE STOCKLESS OPTION.** Failure to submit a separate stockless option offer, in addition to your JITO and EDO offers, will render your proposal ineligible for consideration for award for this region. The evaluation of option lines does not obligate the Government to exercise any of the options. The offeror's proposed distribution fee is to be expressed as a percentage (%) and shall be based on performance in accordance with the contract's Statement of Work.

OFFEROR'S DISTRIBUTION FEE:

| | | PROPOSED DISTRIBUTION FEE | |
|---|---|---|---|
| LINE ITEM NO. | TIME PERIOD | STOCKLESS OPTION | JITO/EDO OPTION |
| 0001 | INITIAL YEAR | 7.4%* % | 6.4%* % |
| 0002 | OPTION YEAR ONE | 7.4%* % | 6.4%* % |
| 0003 | OPTION YEAR TWO | 7.4%* % | 6.4%* % |
| 0004 | OPTION YEAR THREE | 7.4%* % | 6.4%* % |
| 0005 | OPTION YEAR FOUR | 7.4%* % | 6.4%* % |

* Subject to negotiation if volume does not reach 90% of the stated contract award.

SECTION B - SCHEDULE OF SUPPLIES (CONTINUED)

EVALUATION OF OFFERS: The Government will evaluate price offers in the following way:

PART A - The facilities that are eligible for the Stockless Option will not be using that type of buying exclusively (or right away). For evaluation purposes, the dollars spent on JITO/EDO buys vs. Stockless buys will be weighted as follows:

| | JITO/EDO | STOCKLESS |
|---|---|---|
| Base Year | 93% | 7% |
| 1st Option | 74% | 26% |
| 2nd Option | 66% | 34% |
| 3rd Option | 58% | 42% |
| 4th Option | 50% | 50% |

will be applied to the anticipated annual estimated dollar amounts (see page 5 of this amendment).

**PART B - To get the Total Evaluated** Stockless Distribution Fee,

1) Multiply the Annual Estimate for the facilities considering stockless times the Weighting Factor for stockless for that year times the offered distribution fee percentage for stockless for that year.
2) Do this for each of the five years.
3) Add the dollar figures for each year together.

PART C - Section I

To get the Total Evaluated JITO/EDO Distribution Fee,

1) Multiply the Annual Estimate for the facilities considering stockless times the Weighting Factor for JITO/EDO for that year times the offered distribution fee percentage for JITO/EDO for that year.
2) Do this for each of the five years.
3) Add the dollar figures for each year together.

PART C - Section II

1) Multiply the Annual Estimate for JITO/EDO Option Only for that year times the offered distribution fee percentage for JITO/EDO for that year
2) Do this for each of the five years
3) Add the dollar figures for each year

To get the total for Part C, add the answers from sections I & II together.

PART D - To get the Total Evaluated Distribution Fee for the offer, add the answers from parts B and C together.

## SECTION B - SCHEDULE OF SUPPLIES (CONTINUED)

**EXAMPLE:** For this EX. the Dist. Fee is 5% for JITO/EDO & 10% for Stockless.

| | Annual Estimates | | Assigned Wt Going Stockless | | Offered Dist. Fee | | Weighted Stockless Distribution Fee |
|---|---|---|---|---|---|---|---|
| Base | $23,500,000 | X | 7% | X | 10% | = | $ 164,500 |
| 1st YR | $47,000,000 | X | 26% | X | 10% | = | $1,222,000 |
| 2nd YR | $47,000,000 | X | 34% | X | 10% | = | $1,598,000 |
| 3rd YR | $47,000,000 | X | 42% | X | 10% | = | $1,974,000 |
| 4th YR | $47,000,000 | X | 50% | X | 10% | = | $2,350,000 |
| | TOTAL EVALUATED STOCKLESS DISTRIBUTION FEE | | | | | | $7,308,500 |

| | Annual Estimates | | Assigned Wt Going JITO/EDO | | Offered Dist. Fee | | Weighted JITO/EDO Distribution Fee |
|---|---|---|---|---|---|---|---|
| Base | $23,500,000 | X | 93% | X | 5% | = | $1,092,750 |
| 1st YR | $47,000,000 | X | 74% | X | 5% | = | $1,739,000 |
| 2nd YR | $47,000,000 | X | 66% | X | 5% | = | $1,551,000 |
| 3rd YR | $47,000,000 | X | 58% | X | 5% | = | $1,363,000 |
| 4th YR | $47,000,000 | X | 50% | X | 5% | = | $1,175,000 |
| | | | | | | | $6,920,750 |

EVALUATED JITO/EDO DISTRIBUTION FEE FOR FACILITIES ELIGIBLE FOR STOCKLESS

| | Annual Estimates | Offered Dist. Fee | Evaluated JITO/EDO Dist. Fee |
|---|---|---|---|
| Base | $ 5,482,750 | 5% | $ 274,137.50 |
| 1st YR | $10,965,500 | 5% | $ 548,275.00 |
| 2nd YR | $10,965,500 | 5% | $ 548,275.00 |
| 3rd YR | $10,965,500 | 5% | $ 548,275.00 |
| 4th YR | $10,965,500 | 5% | $ 548,275.00 |
| | | | $2,467,237.50 |

EVALUATED JITO/EDO DISTRIBUTION FEE FOR FACILITIES NOT ELIGIBLE FOR STOCKLESS

| TOTAL EVALUATED STOCKLESS DIST FEE | + | TOTAL EVALUATED JITO/EDO DIST FOR FACILITIES ELIGIBLE FOR STOCKLESS | + | TOTAL EVALUATED JITO/EDO DIST FOR FACILITIES NOT ELIGIBLE FOR STOCKLESS | = | TOTAL EVALUATED DISTRIBUTION FEE |
|---|---|---|---|---|---|---|
| $7,308,500 | + | $6,920,750 | + | $2,467,237.50 | = | $16,696,487.50 |

For additional information, refer to SECTION M, Clause 52.217-9P14(M).

Page 47 is hereby deleted in its entirety and replaced by the following:

[X] 52.217-9P10 OPTION FOR REQUIREMENTS CONTRACT TERM EXTENSION (PRIME VENDOR)

(a) Acceptance of the option clauses contained herein is mandatory. Failure to indicate acceptance of the option by annotating the offeror's distribution fee in the schedule or elsewhere in the solicitation will be deemed non-acceptance of the option and will result in rejection of the offeror's entire proposal.

(b) Offerors may offer options at distribution fees which differ from the distribution fee for the base ordering period.

(c) The contracting officer may extend the term of this contract by written notice to the contractor within the time specified in the Schedule provided that the contracting officer shall give the contractor a preliminary written notice of intent to extend at least 30 days before expiration of the contract. The preliminary notice does not commit the Government to an extension.

(d) Performance under the option period shall continue at the same performance level specified for the basic contract.

(e) The option to extend the term of the contract shall be exercised not later than three days before the expiration date of the contract.

(f) The option is deemed exercised when mailed or otherwise furnished to the contractor.

(g) If the contracting officer exercises this option, the extended contract shall be considered to include this option clause.

(h) The total duration of any options exercised under this clause shall not exceed 4 year(s).

(i) The following provisions apply only to negotiated acquisitions:

(1) If an option has been priced under this solicitation and is to be exercised at time of award of the basic contract, the submission of certified cost and pricing data may be required prior to award where the combined dollar value of the basic contract and option exceeds $500,000, unless an exemption thereto is appropriate in accordance with FAR 15.804-3.

(2) Prior to the award of any contract which will contain one or more priced options totalling $500,000 or more, the submission of certified cost or pricing data covering the basic contract and the option(s) may be required regardless of when the option(s) may be exercised, unless an exemption thereto is appropriate in accordance with FAR 15.804-3.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 \| 5 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (*If applicable*) |
|---|---|---|---|
| 0014 | 26 MAR 96 | N/A | |

6. ISSUED BY CODE SP0200

DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY (*If other than Item 6*) CODE SP0200

SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (*No., street, county, State and ZIP Code*)

(✓) X 9A. AMENDMENT OF SOLICITATION NO. DLA120-93-R-0587

9B. DATED (*SEE ITEM 11*) 11 AUGUST 1993

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (*SEE ITEM 13*)

CODE | FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 01 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (*If required*)

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (*Specify authority*) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (*such as changes in paying office, appropriation date, etc.*) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (*Specify type of modification and authority*)

**E. IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return _______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (*Organized by UCF section headings, including solicitation/contract subject matter where feasible.*)

MED/SURG PRIME VENDOR - LONE STAR REGION

Subject solicitation is hereby amended as follows:

The closing date is hereby extended to 3:00 PM, local time, 11 April 1996. All responses must be received by the above cited time and date and are subject to the late submission, modifications, and withdrawal of proposals or quotation provision of the solicitation.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (*Type or print*) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (*Type or print*) | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(*Signature of person authorized to sign*) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>(*Signature of Contracting Officer*) | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-02

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DSCP-UMS-2412

Delete SECTION B on page 5 of Amendment 0012 in its entirety and replace with the following:

SECTION B

SCHEDULE OF SUPPLIES

Based on a 12 month reporting period, the ordering facilities that will be listed in Attachment III spent an estimated $56,715,500 per year for those types of medical/surgical products covered by the proposed contract. Based on this figure, the following is the Government's best estimate of yearly sales that these ordering facilities will experience over the five year period.

| | Yearly Estimate | Approximate Yearly Maximum |
|---|---|---|
| First Year | $28,357,750.00 | $ 70,894,375.00 |
| Option Year 1 | $56,715,500.00 | $141,788,750.00 |
| Option Year 2 | $56,715,500.00 | $141,788,750.00 |
| Option Year 3 | $56,715,500.00 | $141,788,750.00 |
| Option Year 4 | $56,715,500.00 | $141,788,750.00 |

No guarantee is given that the above volume will be purchased. It should be noted that during the first year of the contract each facility will begin to reduce its existing inventory of medical/surgical products. Orders will be placed with the Prime Vendor as existing inventories are reduced to lower levels. This may affect the volume of ordering during the base ordering period.

Your proposed distribution fee should be based on the Yearly Estimate. If the Approximate Yearly Maximum is exceeded in any given year, the contract will be completed for that year but subsequent years will be resolicited.

DSCP-UMS-2413

Delete pages 7 and 8 of Amendment 0012 in their entirety and replace with the following:

A portion of each year's estimate is for the JITO/EDO portion of the contract and a portion is for the Stockless portion of the contract.

The potential dollar value for the stockless portion of this contract in the base year is $23,500,000.00. The remaining $4,857,750.00 is the potential dollar value for the base year for facilities using the JITO/EDO portion of the contract only. For Option years 1-4, the potential dollar value for the stockless portion is $47,000,000.00 and the remaining $9,715,500.00 is the potential dollar value for facilities using the JITO/EDO portion of the contract only.

The following is the Government's best estimate of what percentages of these figures will be stockless and how the distribution fee will be calculated. (For this example the proposed distribution fee is 10%):

**STOCKLESS**

| | ANNUAL ESTIMATE | | ASSIGNED WEIGHT | | PROPOSED DISTRIBUTION FEE | | TOTAL STOCKLESS DIST FEE |
|---|---|---|---|---|---|---|---|
| Base Year | $23,500,000 | X | 2% | X | 10% | = | $ 47,000.00 |
| Option Yr 1 | $47,000,000 | X | 12% | X | 10% | = | $ 564,000.00 |
| Option Yr 2 | $47,000,000 | X | 31% | X | 10% | = | $1,457,000.00 |
| Option Yr 3 | $47,000,000 | X | 49% | X | 10% | = | $2,303,000.00 |
| Option Yr 4 | $47,000,000 | X | 59% | X | 10% | = | $2,773,000.00 |

Total Evaluated Proposed Stockless Distribution Fee: $7,144,000.00

DSCP-UMS-2414

The following is an example of how the distribution fee will be calculated for the JITO/EDO portion of the contract. (For this example the proposed JITO/EDO distribution fee is 5%):

JITO/EDO

| | ANNUAL ESTIMATE | | ASSIGNED WEIGHT | | PROPOSED DISTRIBUTION FEE | | TOTAL JITO/EDO DIST FEE |
|---|---|---|---|---|---|---|---|
| Base Year | $23,500,000 | X | 98% | X | 5% | = | $1,151,500.00 |
| | $ 4,857,750 | X | 100% | X | 5% | = | $ 242,887.50 |
| Option Yr 1 | $47,000,000 | X | 88% | X | 5% | = | $2,068,000.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |
| Option Yr 2 | $47,000,000 | X | 69% | X | 5% | = | $1,621,500.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |
| Option Yr 3 | $47,000,000 | X | 51% | X | 5% | = | $1,198,500.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |
| Option Yr 4 | $47,000,000 | X | 41% | X | 5% | = | $ 963,500.00 |
| | $ 9,715,500 | X | 100% | X | 5% | = | $ 485,775.00 |

Total Evaluated Proposed JITO/EDO Distribution Fee: $9,188,987.50

The Total Evaluated Proposed Stockless Distribution Fee and the Total Evaluated Proposed JITO/EDO Distribution Fee will be added together to come up with the TOTAL PROPOSED DISTRIBUTION FEE which from the above example would be $16,332,987.50.

On page 9 of Amendment 0012 under "B. Prime Vendor's Daily Duties:" delete number 5 and replace with the following: 5) Deliver and restock material to the stock sites by 3:00 P.M.; local time of the stock site, on the following day of order authorization.

Add to page 13 of Amendment 0012 the following: The dollar value listed for each of these facilities includes potential JITO/EDO sales and Stockless sales. These facilities can place JITO/EDO orders or stockless orders. Facilities not listed on this page but listed on pages 40 through 47 will be placing only JITO/EDO orders.

On page 44 of Amendment 0012 delete the US PUBLIC HEALTH SERVICE (USPHS) as an ordering/receiving point.

Add the following ordering/receiving point:

Fort Huachuca, AZ
DEA# AR5071814

<u>ORDERING POINT</u>
Raymond Bliss Army Hosp
Materials Mgt, Bldg 45022
Fort Huachuca, AZ 85613

<u>RECEIVING POINT</u>
Raymond Bliss Army Hosp
Materials Mgt, Bldg 45022
Fort Huachuca, AZ 85613

DSCP-UMS-2415

The following is hereby incorporated into subject solicitation:

**AWARD DATE/EFFECTIVE DATE**

**Award Date:**

The award date for this solicitation will be the date of signature by the Contracting Officer in block 20C on the cover award page. This date will not be used to determine the start date for the base year.

**Effective Date:**

The effective date is the date the contract becomes effective, as shown in block 3 on the cover award page. The base year begins on the effective date. In Clause 52.216-18 (M), 'Electronic Ordering Under "Prime Vendor, "' paragraph (a), second sentence delete "date of award" and substitute "the effective date." so that the sentence now reads "Such orders may be issued from "the effective date" through 1 year thereafter."

Please Note: Since this and the preceding award for this region are requirements contracts, they cannot be effective at the same time. Accordingly, no delivery orders under the new contract may be processed by the Prime Vendor prior to the effective date of the new contract.

If the Prime Vendor holding the present contract receives the follow-on award, the change to the new distribution fee will take place on the effective date of the follow-on contract.

If a new Prime Vendor (to the region) receives this award, the period between the award date and the effective date of the contract will be used by the Government and the new Prime Vendor as a "ramp-up" period. In the interest of minimizing the amount of time that the ordering facilities have to spend without a Prime Vendor, during this period the Government will take all actions required to assist the awardee in taking over the Prime Vendor responsibilities for the region on the effective date of the contract. The new Prime Vendor shall use the period between the award and effective dates of the new contract to comply with all of the requirements of the Statement of Work (e.g., submission of implementation plan, training, preparation for availability of usage data items, etc.) to ensure successful implementation of the new contract by the effective date. The new Prime Vendor may also receive (but not process) electronic delivery orders from the ordering facilities for the purpose of testing the EOE/EDI system prior to the effective date of the new contract.

We expect there to be approximately 120 days between the award date and effective date of the new contract.

DSCP-UMS-2416

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING: DO-C9 — PAGE 01 OF 10 PAGES

2. CONTRACT (Proc. Inst. Ident.) NO.: SP0200-97-D-7133

3. EFFECTIVE DATE: 1 JUNE 1997

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: N/A

5. ISSUED BY — CODE SP0200

DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
DPSC-MSAA (N. MARTIN/215-737-8422)

6. ADMINISTERED BY (If other than Item 5) — CODE SP0200

SAME AS BLOCK 6

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 — FACILITY CODE

8. DELIVERY: ☐ FOB ORIGIN ☒ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT: N/A

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR — CODE

AS CITED IN INDIVIDUAL DELIVERY ORDERS

12. PAYMENT WILL BE MADE BY — CODE SC0200

DFAS-COLUMBUS CENTER ATTN: DFAS-CO-SEM
P.O. BOX 182317
COLUMBUS, OH 43218-6248

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA: 97X4930 5CM0 S33150

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | MEDICAL/SURGICAL PRIME VENDOR FOR THE LONE STAR REGION. THE CONTRACT NUMBER IN BLOCK 2 WILL BE USED FOR THE JITO/EDO PORTION OF THE CONTRACT. NO STOCKLESS SALES WILL BE CAPTURED UNDER THIS CONTRACT NUMBER. | THE ESTIMATED DOLLAR VALUES CITED BELOW INCLUDE ALL POTENTIAL JITO/EDO AND STOCKLESS SALES PLUS THE APPLICABLE DISTRIBUTION FEES. ESTIMATED DOLLAR VALUE FOR THE BASE YEAR: $30,177,346.00 | | | |

15G ESTIMATED TOTAL AMOUNT OF CONTRACT ▶ $ 272,268,214.00

## 16. TABLE OF CONTENTS


| (√) | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| | | PART I - THE SCHEDULE | |
| | A | SOLICITATION/CONTRACT FORM | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | |
| | D | PACKAGING AND MARKING | |
| | E | INSPECTION AND ACCEPTANCE | |
| | F | DELIVERIES OR PERFORMANCE | |
| | G | CONTRACT ADMINISTRATION DATA | |
| | H | SPECIAL CONTRACT REQUIREMENTS | |
| | | PART II - CONTRACT CLAUSES | |
| | I | CONTRACT CLAUSES | |
| | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | J | LIST OF ATTACHMENTS | |
| | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | M | EVALUATION FACTORS FOR AWARD | |


CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. ☐ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☒ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number DLA120-93-R-0587* including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

*SEE PAGE 2

19A. NAME AND TITLE OF SIGNER (Type or print)

20A. NAME OF CONTRACTING OFFICER: L. FLATLEY

19B. NAME OF CONTRACTOR — BY ______ (Signature of person authorized to sign) — 19C. DATE SIGNED

20B. UNITED STATES OF AMERICA — BY [signature] (Signature of Contracting Officer) — 20C. DATE SIGNED 1/30/97

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

26-107
1985 O - 478-632

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA

CONTRACT NUMBER: SP0200-97-D-7133 PAGE 02 OF 10
NAME OF CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

| ITEM NO | SUPPLIES/SERVICES | DISTRIBUTION FEE JITO/EDO |
|---|---|---|
| 0001 | BASE YEAR | 6.4% |
| 0002 | OPTION YEAR 1 | 6.4% |
| 0003 | OPTION YEAR 2 | 6.4% |
| 0004 | OPTION YEAR 3 | 6.4% |
| 0005 | OPTION YEAR 4 | 6.4% |

CONTRACT PERIOD:

The contract term is for a one (1) year period commencing on the date cited in block 3 on page 1 of this document.

This contract contains option provisions in accordance with Clause 52.217-9P10. This document does not exercise these options. You will be notified in writing, at the time the Government chooses to exercise any option.

THE CONTRACT NUMBER SP0200-97-D-7134 WILL BE ISSUED FOR THE STOCKLESS PORTION OF THE CONTRACT.

Inspection and Acceptance shall be in accordance with the terms and conditions contained in the Statement of Work (SOW).

Delivery terms shall be in accordance with the terms and conditions contained in the Statement of Work (SOW).

In accordance with Clause 52.216-18 (M), 'Electronic Ordering Under "Prime Vendor,"' Delivery Orders for any supplies to be furnished under this contract may be issued from the effective date of the contract through one (1) year thereafter.

Pursuant to Clause 52.216-21, "Requirements", the contractor shall not be required to make any deliveries under this contract after 10 days after the expiration of the contract.

* This award includes the following documents:

Amendments 0008 through 0019
Contractor Letters dated 12 Dec 96, 3 Jan 97, 16 Jan 97 & 21 Jan 97
BAFO Letter dated 24 Jan 97

CONTRACT NUMBER: SP0200-97-D-7133 PAGE 03 OF 10
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURICAL PRIME VENDOR - LONE STAR REGION

ATTACHMENT #III

ORDERING FACILITIES
ORDERING AND RECEIVING POINTS
MEDICAL/SURGICAL PRIME VENDOR PROGRAM
LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION

| ORDERING POINTS(S) | RECEIVING POINT(S) |
| --- | --- |
| **FORT SAM HOUSTON<br>BROOKE ARMY MEDICAL CENTER<br>DEA REG NO. AB6296063** | 3A |
| Brooke Army Medical Center<br>Material Branch, Logistics Div.<br>Building 2640<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Material Branch, Logistics Div.<br>Building 2640<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON<br>BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Main Hospital 3rd Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Main Hospital 3rd Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON<br>BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Burn Center Ward 14A<br>Main Hospital 4th Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Burn Center Ward 14A<br>Main Hospital 4th Floor<br>Building 1000<br>Fort Sam Houston, TX 78234 |
| FORT SAM HOUSTON<br>BROOKE ARMY MEDICAL CENTER | |
| Brooke Army Medical Center<br>OB/GYN Clinic<br>Building 1000<br>Room 187<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>OB/GYN Clinic<br>Building 1000<br>Room 187<br>Fort Sam Houston, TX 78234 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

CONTRACT NUMBER: SP0200-97-D-7133 PAGE 04 OF 10
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **FORT SAM HOUSTON<br>BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Central Materiel Section<br>Building 2376<br>Beach Pavilion Basement<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Central Materiel Section<br>Building 2376<br>Beach Pavilion Basement<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON<br>BROOKE ARMY MEDICAL CENTER** | |
| Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Building 2376<br>Beach Pavilion 2nd Floor<br>Fort Sam Houston, TX 78234 | Brooke Army Medical Center<br>Operating Room/Dept Surgery<br>Building 2376<br>Beach Pavilion 2nd Floor<br>Fort Sam Houston, TX 78234 |
| **FORT SAM HOUSTON<br>BROOKE ARMY MEDICAL CENTER** | |
| W80XVY<br>147TH Medlog Battalion<br>Medical Supply Support Activity<br>Building 4217<br>Fort Sam Houston, TX 78234 | W80XVY<br>147TH Medlog Battalion<br>Medical Supply Support Activity<br>Building 4217<br>Fort Sam Houston, TX 78234 |
| FORT HOOD<br>DARNALL ARMY COMMUNITY HOSPITAL<br>DEA REG NO. BD2247536 | |
| Darnall Army Community Hospital (4 Each)<br>Medical Supply Officer<br>Warehouse 92066<br>West Fort Hood, TX 76544-5063 | Darnall Army Community Hospital<br>Medical Supply Officer<br>Warehouse 92066<br>West Fort Hood, TX 76544-5063 |

Waco Killeen

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **FORT BLISS — WILLIAM BEAUMONT ARMY MEDICAL CENTER — DEA REG NO. AW5847681** | |
| Material Branch (2 Each)<br>William Beaumont Army Medical Center<br>Building 11156<br>Biggs Army Airfield<br>El Paso, TX 79918 | Material Branch (2 Each)<br>William Beaumont Army Medical Center<br>Building 11156<br>Biggs Army Airfield<br>El Paso, TX 79918 |
| **FORT BLISS — WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| WBAMC<br>Materiel Distribution Section<br>Building 7777<br>Room 1-67<br>El Paso, TX 79920 | WBAMC<br>Materiel Distribution Section<br>Building 7777<br>Room 1-67<br>El Paso, TX 79920 |
| **FORT BLISS — WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| WBAMC<br>Operating Room<br>Building 7777<br>Room 4-389<br>El Paso, TX 79920 | WBAMC<br>Operating Room<br>Building 7777<br>Room 4-389<br>El Paso, TX 79920 |
| **FORT BLISS — WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| Consolidated Troop Medical Clinic<br>Building 2496<br>Room T117<br>Ricker Road<br>Fort Bliss, TX 79916 | Consolidated Troop Medical Clinic<br>Building 2496<br>Room T117<br>Ricker Road<br>Fort Bliss, TX 79916 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **FORT BLISS** | |
| **WILLIAM BEAUMONT ARMY MEDICAL CENTER** | |
| USA Health Clinic<br>Building 525<br>White Sands Missile Range,<br>New Mexico 88002-5509 | USA Health Clinic<br>Building 525<br>White Sands Missile Range,<br>New Mexico 88002-5509 |
| **FORT SILL** | |
| **REYNOLDS ARMY COMMUNITY HOSPITAL** | |
| **DEA REG NO. AU5233882** | |
| Medical Supply Warehouse<br>Building 4300<br>Thomas Street<br>Fort Sill, OK 73503-6300 | Medical Supply Warehouse<br>Building 4300<br>Thomas Street<br>Fort Sill, OK 73503-6300 |
| **FORT SILL** | |
| **REYNOLDS ARMY COMMUNITY HOSPITAL** | |
| **DEA REG NO. AU5233882** | |
| Central Materiel Supply<br>Building 4300<br>Room GE118<br>Thomas Street<br>Fort Sill, OK 73503-6300 | Central Materiel Supply<br>Building 4300<br>Room GE118<br>Thomas Street<br>Fort Sill, OK 73503-6300 |
| **NAVAL HOSPITAL** | |
| **CORPUS CHRISTI** | |
| **DEA REG NO. BN0235590** | |
| N00285<br>Commanding Officer<br>Materials Management Dept (029)<br>10651 E Street<br>Building H-100<br>Corpus Christi, TX 78419-5131 | N00285<br>Commanding Officer<br>Materials Management Dept (029)<br>10651 E Street<br>Building H-100<br>Corpus Christi, TX 78419-5131 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

CONTRACT NUMBER: SP0200-97-D-7133 PAGE 07 OF 10
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **NAVAL HOSPITAL CORPUS CHRISTI** | |
| N00285<br>Commanding Officer<br>Materials Management Dept (029)<br>10651 E. Street<br>Building H-100<br>Corpus Christi, TX 78419-5131 | N32645<br>Officer in Charge<br>Branch Medical Clinic<br>8100 Jefferson Avenue<br>Building 9<br>Naval Air Station<br>Dallas, TX 75211 |
| **NAVAL AIR STATION DALLAS, TX** | |
| Branch Medical Clinic<br>8100 Jefferson Avenue<br>Naval Air Station<br>Dallas, TX 75211 | Branch Medical Clinic<br>8100 Jefferson Avenue<br>Naval Air Station<br>Dallas, TX 75211 |
| **FORT HUACHUCA, AZ DEA REG NO. AR5071814** | |
| Raymond Bliss Army Hospital<br>Materials Mgt, Bldg 45022<br>Fort Huachuca, AZ 85613 | Raymond Bliss Army Hospital<br>Materials Mgt, Bldg 45022<br>Fort Huachuca, AZ 85613 |
| **U.S. AIR FORCE CLINIC BROOKS AFB DEA REG NO. RB0117083** | |
| 70TH Logistics Squadron/LGB<br>8006 Chennault Road<br>Suite 1<br>Brooks AFB, TX 78235 | 70TH Logistics Squadron/LGB<br>8006 Chennault Road<br>Suite 1<br>Brooks AFB, TX 78235 |

5/A

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

CONTRACT NUMBER: SP0200-97-D-7133 PAGE 08 OF 10
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

**ATTACHMENT #III**
**ORDERING FACILTIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **U.S. AIR FORCE CLINIC<br>KELLY AFB<br>DEA REG NO. BU3128596** | |
| 76 Medical Group/SGSL<br>204 Wagner Drive<br>Building 1730<br>Kelly AFB, TX 78241-5846 | 76 Medical Group/SGSL<br>204 Wagner Drive Bldg 1730<br>Back Warehouse Door<br>Kelly AFB, TX 78241-5846 |
| **U.S. AIR FORCE CLINIC<br>RANDOLPH AFB<br>DEA REG NO. AR6241501** | |
| Medical Supply Officer<br>221 3rd St West<br>Building 1040<br>Randolph AFB, TX 78150 | Medical Supply Officer<br>221 3rd St West<br>Building 1040<br>Randolph AFB, TX 78150 S/A |
| **U.S. AIR FORCE HOSPITAL<br>LAUGHLIN AFB<br>DEA REG NO. AU6749153** | |
| FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 | FM3099<br>47th Medical Squadron/SGL<br>590 Mitchell Blvd<br>Building 375<br>Laughlin AFB, TX 78843-5000 S/A |
| **U.S. AIR FORCE HOSPITAL<br>SHEPPARD AFB** | |
| 82nd Medical Group/SGAL<br>149 Hart St<br>Building 1200, Suite 7<br>Sheppard AFB, TX 76311-3484 | 82nd Medical Group/SGAL<br>149 Hart St<br>Building 1200, Suite 7<br>Sheppard AFB, TX 76311-3484 Wichita Falls |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

JAN 30 '97 15:59

PAGE.010

CONTRACT NUMBER: SP0200-97-D-7133 PAGE 09 OF 10
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
|---|---|
| **U.S. AIR FORCE HOSPITAL ALTUS AFB DEA REG NO. AU5589847** | |
| 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 | 97th Medical Group/SGAL<br>301 North First Street<br>Building 46<br>Altus AFB, OK 73523-5005 |
| **U.S. AIR FORCE HOSPITAL TINKER AFB DEA REG NO. AM5948041** | |
| 72d Medical Support Squadron/SGSL<br>5700 Arnold Drive<br>Building 5801<br>Tinker AFB, OK 73145-8102 | 72d Medical Support Squadron/SGSL<br>5700 Arnold Drive<br>Building 5801<br>Tinker AFB, OK 73145-8102 |
| **U.S. AIR FORCE HOSPITAL REESE AFB DEA REG NO. BM0465799** | |
| 64th Medical Group/SGSLM<br>250 13th St.<br>Building 1300<br>Reese AFB, TX 79489-5008 | 64th Medical Group/SGSLM<br>250 13th St.<br>Building 1300<br>Reese AFB, TX 79489-5008 Lubbock |
| **U.S. AIR FORCE HOSPITAL DYESS AFB DEA REG NO. AU5209540** | |
| 7th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 | 7th Medical Group/SGAL<br>697 Hospital Road<br>Building 9201<br>Dyess AFB, TX 79607-1367 Abilene |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

Ordering facilities shall refer to the DPSC Medical Prime Vendor Program Desk Reference for instructions on selecting and ordering products.

CONTRACT NUMBER: SP0200-97-D-7133
CONTRACTOR: UNITED MEDICAL SUPPLY
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION



**ATTACHMENT #III**
**ORDERING FACILITIES**
**ORDERING AND RECEIVING POINTS**
**MEDICAL/SURGICAL PRIME VENDOR PROGRAM**
**LONE STAR (TEXAS/OKLAHOMA/NEW MEXICO) REGION**

| ORDERING POINT(S) | RECEIVING POINT(S) |
| --- | --- |
| **U.S. AIR FORCE CLINIC<br>GOODFELLOW AFB<br>DEA REG NO. AU6006995** | |
| FM3030<br>17th Med Support Squadron/SGL<br>271 Fort Richardson Ave<br>Building 1001<br>Goodfellow AFB, TX 76908-4902 | FM3030<br>17th Med Support Squadron/SGL<br>271 Fort Richardson Ave<br>Building 1001<br>Goodfellow AFB, TX 76908-4902 |
| **U.S. AIR FORCE HOSPITAL<br>HOLLOMAN AFB<br>DEA REG NO. AC4868165** | |
| 49th Medical Group/SGL<br>Medical Logistics<br>280 First Street<br>Building 14<br>Holloman AFB, NM 88330-5300 | 49th Medical Group/SGL<br>Medical Logistics<br>280 First Street<br>Building 14<br>Holloman AFB, NM 88330-5300 |
| **U.S. AIR FORCE HOSPITAL<br>CANNON AFB<br>DEA REG NO. AU6683397** | |
| FM4855<br>27th Medical Group/MGAL<br>208 West Casablanca<br>Cannon AFB, NM 88103 | FM4855<br>27th Medical Group/MGAL<br>208 West Casablanca<br>Cannon AFB, NM 88103 |
| **VANCE AFB, OK<br>DEA REG NO. B94426676** | |
| 71st Medical Group<br>527 Gott Road<br>Building 810<br>Vance AFB, OK 73705-5105 | 71st Medical Group<br>527 Gott Road<br>Building 810<br>Vance AFB, OK 73705-5105 |

THE GOVERNMENT RESERVES THE RIGHT TO ADD ORDERING AND RECEIVING POINTS OR DELETE ORDERING AND RECEIVING POINTS DURING THE LIFE OF THE CONTRACT.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: P00006
3. EFFECTIVE DATE: 6-30-97
4. REQUISITION/PURCHASE REQ. NO.: N/A
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE SP0200
DEFENSE PERSONNEL SUPPORT CENTER
2800 SOUTH 20TH STREET
PHILADELPHIA, PA 19145-5099
CONTRACT SPECIALIST: N. MARTIN
PHONE: 215-737-8422

7. ADMINISTERED BY (If other than Item 6) CODE SP0200
SAME AS BLOCK 6

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
UNITED MEDICAL SUPPLY
5117 NORTHEAST PARKWAY
FORT WORTH, TX 76106

CODE 5T804 | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MODIFICATION OF CONTRACT/ORDER NO. SP0200-97-D-7133
10B. DATED (SEE ITEM 13) 01/30/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)
MEDICAL/SURGICAL PRIME VENDOR - LONE STAR REGION

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 01 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The above referenced contract is hereby modified to reflect the changes cited on Page 2 of this document.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): C. M. R. Bandy - President
15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 6-18-97

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): L. FLATLEY
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 6/30/97

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
Created using PerForm Pro software.
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

MODIFICATION NUMBER: P00006
CONTRACT NUMBER: SP0200-97-D-7133
MEDICAL/SURGICAL PRIME VENDOR
LONE STAR REGION

1. The following Ordering and Receiving Point is hereby added to the Lone Star Region:

**ORDERING POINT**

**RECEIVING POINT**

AFMLO/OL-2
DEA# BA4429937

| ORDERING POINT | RECEIVING POINT |
|---|---|
| AFMLO/OL-2<br>501 Felix St., Warehouse 6<br>Fort Worth, TX 76115-0627 | AFMLO/OL-2<br>501 Felix St., Warehouse 6<br>Fort Worth, TX 76115-0627 |

Point of Contact: TSgt Koonce
Telephone: 817-885-6964

Estimated Dollar Value: $400,000.00 per year

2. There shall be no change in the contractual distribution fees as a result of the above-cited change. All other terms and conditions of the contract remain the same.

** TOTAL PAGE.006 **