# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | MAIN CASE NO: 03-CV-289<br>Consolidated case no: 07-cv-187<br>Judge Allegra |

## EXHIBIT D TO SECOND AMENDED COMPLAINT

Sample DSCP internal email correspondence regarding impact on payments to Plaintiff from failure of DSCP's Mercator translator.

Period Covered by emails: March 19, 1999 to December 6, 1999

**From:** Rees, Margaret [paa3050@dscp.dla.mil]
**Sent:** Monday, December 06, 1999 3:57 PM
**To:** Gatica, Al; Falls, Christopher; Donald LTCol Butterworth; Flatley, Linda; Gunn, Florence; Charalabidis, John; Rees, Margaret; Polini, Geneva; Carfagno, Ronald; Rogers, Roslyn; Wentzel, Gregory
**Cc:** 'Amendolia, Anthony'
**Subject:** FW: MEDICAL P.V. REPORT FOR November 30, 99

list of contract numbers.xls    Medical PV Interest Bearing In...

Greg- what is going on with United? Do you need to get Anthony to help?
Maggie
> -----Original Message-----
> From: Wellens, Bud
> Sent: Monday, December 06, 1999 2:29 PM
> To: Bird, Sara
> Cc: Beck, Robert; Boyle, John; McManus, Stephen; Rees, Margaret
> Subject: FW: MEDICAL P.V. REPORT FOR November 30, 99
>
> Sally: Things are not getting better. As of 30 Nov there were 1572
> interest bearing invoices valued at $ 7,961,913. During Nov 1487 new
> invoices became interest bearing. Oct and Nov paid a total of $ 103,514
> Interest. Bud
>
>
>
> -Original Message------
> From: Blais, Antoinette
> Sent: Monday, December 06, 1999 1:54 PM
> To: Galligan, Donna; Wellens, Bud
> Cc: DiTomo, Gus; Morris, Anne; Pringle, Toron
> Subject: MEDICAL P.V. REPORT FOR November 30, 99
>
> FYI
>
> <<list of contract numbers.xls>> <<Medical PV Interest
> Bearing Invoices.xls>>



DSCP-UMS-0568

**From:** Rees, Margaret [paa3050@exmail.dscp.dla.mil]
**Sent:** Friday, July 02, 1999 8:21 AM
**To:** Gatica, Al; Falls, Christopher; Donald LTCol Butterworth; Flatley, Linda; Gunn, Florence; Charalabidis, John; Rees, Margaret; Ostermann, Len; Polini, Geneva; Carfagno, Ronald; Rogers, Roslyn; Wentzel, Gregory
**Subject:** FW: MEDICAL INTEREST BEARING INVOICES

list of contract numbers.xls    Medical PV Interest Bearing In...

```
> -----Original Message-----
> From:      Bird, Sara
> Sent:      Thursday, July 01, 1999 4:21 PM
> To: McManus, Stephen; Rees, Margaret
> Subject:   FW: MEDICAL INTEREST BEARING INVOICES
>
> Guys,
> We have a terrible problem where we don't have the invoices because the
> translator "ate" them, but we have these invoices for $9m and we can't
> seem to get them processed?!  Specifically, in pharmaceuticals, what is
> the problem with Bindley Western in the National Capitol Region?  There
> are several millions of dollars outstanding and they're old.  We owe them
> so much money I'm surprised they haven't cut us off.  Please tell me what
> is going on. Tomorrow morning after the surcharge meeting, please.   We
> haven't lost any facilitators have we?  Sally
> -----Original Message-----
> From:      Wellens, Bud
> Sent:      Thursday, July 01, 1999 4:08 PM
> To: Bird, Sara
> Cc: Boyle, John
> Subject:   MEDICAL INTEREST BEARING INVOICES
>
> Sally: It is getting worse.There are now 1734 interest bearing invoices
> valud at $ 9 Million. During June 1999 pd $ 47,593.31 interest. This is
> more than all past FY's , except fy 98 were we pd $ 89,000. FYTD  Medical
> SAMMS interst is $ 186,988.67. On 30 September 1998 there were 280
> interest bearing invoices valued at  $1.5 Mil. It appears that something
> has changed.
>
> -----Original Message-----
> From:      Pringle, Toron
> Sent:      Thursday, July 01, 1999 3:24 PM
> To: Wellens, Bud; Galligan, Donna
> Cc: DiTomo, Gus; Morris, Anne
> Subject:   EI
>
> FYI  <<list of contract numbers.xls>>     <<Medical PV Interest
> Bearing Invoices.xls>>
```



DSCP-UMS-0624

**From:** Rees, Margaret [paa3050@exmail.dscp.dla.mil]
**Sent:** Thursday, July 01, 1999 4:14 PM
**To:** 'Amendolia, Anthony'; 'Flatley, Linda'; 'Polini, Geneva'; 'Wentzel, Gregory'
**Subject:** FW: UNITED MEDICAL

-----Original Message-----
From: Bird, Sara
Sent: Thursday, July 01, 1999 4:03 PM
To: Boyle, John
Cc: Rees, Margaret; McManus, Stephen
Subject: FW: UNITED MEDICAL

Jack,
We certainly appreciate the extraordinary efforts Bud Wellens and your office have made to shore up our failing electronic invoicing system. Perhaps after today, we will get the attention from the IT folks that we all have been demanding. As you personally may not be aware, United Medical is a small, minority owned distributor. We can't afford the adverse publicity nor the deterioration of service to our Texas customers if they are unable to pay their bills and are cut off from their suppliers. Their cash flow is very tight. If you can help get them the money they are owed, we'd be grateful. See the series of emails below.

As you may know we are resoliciting the pharmaceutical contracts right now and will begin the med-surg later this year. We have established a reputation for reliability in paying our bills. Our low distribution fees are for the most part dependent on cash management. These problems have set us back with the industry. I suppose we can call it the first casualty of Y2K. Sally

> -----Original Message-----
> From: Wellens, Bud
> Sent: Thursday, July 01, 1999 1:25 PM
> To: Wentzel, Greg
> Cc: Galligan, Donna; Rees, Margaret; Polini, Geneva; Boyle, John
> Subject: RE: UNITED MEDICAL
>
> They will have to wait in cash mgmt for 15 days. I can't be moving up over
> 10,000 payments for the numerous vendors with problems. Bud
>
> -----Original Message-----
> From: Wentzel, Greg
> Sent: Thursday, July 01, 1999 1:07 PM
> To: Wellens, Bud
> Cc: Galligan, Donna; Rees, Margaret; Polini, Geneva
> Subject: RE: UNITED MEDICAL
>
> Bud,
> We provided United a list consisting of 266 ULOs valued at $364,897.96.
> All were established prior to 4 June. I used
> that cutoff on the presumption that if it hadn't expended by now, it
> wasn't going to. They are going to retransmit and
> provide me with the invoice #'s and transmission date.
>
> Once received, and presuming that they make it thru the translator, what
> can be done to forego having them sit in
> cash management for 15 days??

>
> With the $79K that was paid out to United yesterday, the total payments
> for June are $848K. Unless I'm way off base
> in my figuring, The 364K in ULOs should make up the shortfall that United
> experienced in May and early June payments.
>
> Greg
>
> -----Original Message-----
> From: Wellens, Bud
> Sent: Thursday, July 01, 1999 12:31 PM
> To: Wentzel, Greg
> Cc: Boyle, John; Brukiewa, Ted; Galligan, Donna; Rees, Margaret
> Subject: UNITED MEDICAL
>
> Greg: I faxed Donna a list of all open ULO's as of 30 June 1999.
> There are 207 awards , valued at $ 273,770 , which have not pd. Either the
> invoice became interest bearing, or the invoices were not processed as a
> result of the ongoing problems. Determine if the obl is valid and the
> invoice didn't fall off the wheel. If so, suggest having United reinvoice.
> Chances of finding the old ones is slim as time passes. Lets try to put
> this behind us in the most expeditious manner. Bud

To: Wellens, Bud
Subject: FW: Mercator Translator Impact on EDI Process

-----Original Message-----
From: Allen, George
Sent: Wednesday, June 30, 1999 4:50 PM
To: 'bob_chamberlin@hq.dla.mil'; 'carla_vonbernewitz@hq.dla.mil';
mae_devincentis@hq.dla.mil
Cc: John Boyle; Phil, Col Liller; Rose Marie Badame; sbird@dscp.dla.mil;
dmongeon@dscp.dla.mil
Subject: Mercator Translator Impact on EDI Process

Sir,
As you can see by Sally's note below, we cannot seem to get to a point where we can come to closure on the Mercator translator. I have asked the staff to document the myriad problems, and what should have could have been done, but the bottom line is we will not meet the current deadline and I cannot give you a better one at this point. I had expected our staff here to provide you with specific data based on our conversation before I went on leave, and that did not occur. I will have a detailed brief to present to you at or before your weekly update on July 8, at which time we MIGHT be able to pick a better date.

-----Original Message-----
From: Bird, Sara
Sent: Wednesday, June 30, 1999 4:04 PM
To: Allen, George; Boyle, John; Badame, Rose Marie; Liller, Phil Col
Subject: Translator Impact on EDI Process

George, Jack, Phil and Ro,
I don't want to throw gasoline on what is already the most vexing problem to strike our prime vendor, ECAT and EDI programs but Ted's memo below is just the tip of an iceberg. We are not paying our vendors and it has affected some small businesses and 8a contractors. If we have been minimizing this issue with HQS DLA, now is the time to 'fess up and cry for help. Carla VonBernewitz and ADM Chamberlin need to know how much trouble we're in. They might be very angry but I doubt they would insist on the mid-July deadline. Can we explore paying the invoices with our credit card or is that even harder than what we're doing? Sally

> -----Original Message-----
> From: Simpson, John
> Sent: Tuesday, June 29, 1999 8:46 PM
> To: Brukiewa, Ted
> Cc: Coyne, Brian; DiNicola, Donald; Wellens, Bud; Pera, Madeline;
> Garvin, Kathleen; Minnick, Robert LTC; Perez, Joseph; Dabrowski, Chester;
> McCarthy, Thomas; Dawley, Regina
> Subject: RE: Impact on EDI Process
>
> Ted and others: I'm as frustrated as you. My folks are trying real hard
> to work the issues but we just can't seem to get our heads above water.
> I've repeatedly asked for TSI support and it takes a while for us to get
> it. Once we get it, they come in and fix the issues and then leave.

**From:** Rees, Margaret [paa3050@exmail.dscp.dla.mil]
**Sent:** Monday, June 21, 1999 1:18 PM
**To:** 'Flatley, Linda'; 'Polini, Geneva'; Garvin, Kathleen
**Subject:** FW: FYI

> -----Original Message-----
> From: Wellens, Bud
> Sent: Monday, June 21, 1999 1:08 PM
> To: Wentzel, Greg; Coyne, Brian
> Cc: Brukiewa, Ted; Rees, Margaret; Galligan, Donna; Amendolia, Anthony;
> Polini, Geneva; Boyle, John
> Subject: RE: FYI
>
> Greg: I revived the examples you provided. GU40 AND 49 are in cash mgmt
> waiting to be pd. GT57, GT67, GT78 show a transation date prior to
> mecater. I do not see these invoices in the segment listings. However, the
> MVS translator blew out on 12, 13, and 14 May 1999 and it is possiblbe
> that these invoices were there, but not restored by O. I suggest that you
> have United invoice these orders. I show no records in Mecater segment
> listing for GT78,GT95, and GU35. Brian please see if you can find these.
> Note that non of this is my doing. Prior to Mecater these type problems
> did not exist. Suggest letting Brian to his research, restore if he finds
> them, and wait to month end so we have an updated ULO list with June
> information. Then make a determination as to what to do. Bud
>
> -----Original Message-----
> From: Wentzel, Greg
> Sent: Wednesday, June 16, 1999 4:47 PM
> To: Wellens, Bud
> Cc: Brukiewa, Ted; Rees, Margaret; Galligan, Donna; Amendolia, Anthony;
> Polini, Geneva
> Subject: RE: FYI
>
> Bud,
>
> We do have almost 60 aging invoices from United Medical totaling over
> $108,000. We always seem to have
> that issue with United and the customers in the Lonestar Region. But that
> is not the issue that concerns us
> here. We still believe, despite claims to the contrary, that many of our
> PV 810s were not recovered and
> successfully processed thru the translator and into SAMMS. For example,
> we now have somewhere in the
> neighborhood of 300 customer ULOs awaiting United Invoices. That's an
> awful lot of customer receipts without
> accompanying invoices. I've listed below a small sample of customer
> obligations amounting to big money
> from the point of United Medical. I gather that the last 3 might still be
> in cash management, but the first 5?
> We just pulled out some of the big ones, there are plenty more.
>
>
> Inv. Trans. dte Inv. # Obl. date $
> Value Call #
> 5/10/99 71320913 5/13/99
> 16,947.46 GT57
> 5/14/99 71360512 5/21/99
> 28,114.57 GT67
> 5/14/99 71397075 5/22/99
> 17,067.55 GT78
> 5/20/99 71473540 5/26/99

1

DSCP-UMS-0631

```
> 16,637.60 GT95
> 5/27/99                 71569702    5/31/99
> 17,331.44 GU18
> 6/3/99                  71646975    6/9/99
> 21,211.38 GU35
> 6/4/99                  71664549    6/10/99
> 16,171.50 GU40
> 6/8/99                  71702125    6/12/99
> 17,829.63 GU49
>
> Bud and Ted, I'm not trying to beat a dead horse, but I don't think that
> all the evidence supports the
> contention that this issue is resolved.
>
> Greg
>
>
>
>     -----Original Message-----
>     From: Wellens, Bud
>     Sent: Wednesday, June 16, 1999 11:45 AM
>     To:   Wentzel, Greg
>     Cc:   Brukiewa, Ted; Rees, Margaret
>     Subject:     FW: FYI
>
>     Her is part of the problem. Bud
>
>     -----Original Message-----
>     From: Pringle, Toron
>     Sent: Wednesday, June 16, 1999 10:51 AM
>     To:   Wellens, Bud
>     Cc:   Blais, Antoinette
>     Subject:     FYI
>
>     Pacific Criticare             United Medical Supply Co Inc
>     SP020096D7116           SP020097D7133
>     1 invoice               51 INVOICES
>     TOTAL- 110.00                 TOTAL-  70,350.00
> TORON
```

2

DSCP-UMS-0632

**From:** Rees, Margaret [paa3050@exmail.dscp.dla.mil]
**Sent:** Tuesday, June 15, 1999 10:39 AM
**To:** 'steve.hasting@ftdetrck-ccmail.army.mil'; 'Amendolia, Anthony'; 'Flatley, Linda'; 'Polini, Geneva'; 'Wentzel, Gregory'
**Subject:** RE: Follow Up

yes- we are actively working this issue. results from a move to a new translator and has screwed up subsistence, medical and c&t invoicing. we think we are coming out of it now. Mr. Bandy is one of our priorities. we have paid him quite a bit in last week. Maggie

-----Original Message-----
From: steve.hasting@ftdetrck-ccmail.army.mil
[mailto:steve.hasting@ftdetrck-ccmail.army.mil]
Sent: Monday, June 14, 1999 6:26 PM
To: mrees@dscp.dla.mil
Subject: Follow Up

Maggie,

In the conference call last week, Bill mentioned that he couldn't comply with the contractual requirement to implement DAASC VAN EDI because DSCP was about $1,000,000 in arrears, with $500,000 over 15 days. Do you know what this payment problem is all about?

Thanks

Steve

Forward Header

Subject: Follow Up
Author: <Wpbandy@aol.com> at Internet-Mail
Date: 06/14/1999 3:51 PM

Steve,

Unfotunately, I have misplaced your telephone number, but I would like to visit with you concerning the payment prblems I am having with the DOD. The situation has become increasingly critical and the people at DSCP, although well meaning, seem to be totally incapable of getting anything done about it.
By critical, I mean that their continued inability to meet contractual payment terms is threatening the very existence of United Medical. Meanwhile,
we continue to meet our obligations to service the facilities properly.

If I need to contact someone else, please let me know. My number is 800-333-2733, and I am here in the office until at least 9:00 every night. Thanks for your help.

Bill



DSCP-UMS-0633

been received, the DIC YPM will only post shipment.

From: Wellens, Bud
Sent: Monday, June 07, 1999 7:47 AM
To: Miraglia, Anthony; Brukiewa, Ted
Cc: Matlack, Randy; Galligan, Donna; Wentzel, Greg; Perez, Joseph
Subject: RE: United Medical Supply Co. Invoicing

When an item is DVD the YPM will result in postimg of both ship and receipt. The receipt results in the generation of the sale. United apears to be resolved as of this moment. Who knows what will happen tommorow.

-----Original Message-----
From: Miraglia, Anthony
Sent: Monday, June 07, 1999 7:11 AM
To: Brukiewa, Ted
Cc: Matlack, Randy; Galligan, Donna; Wentzel, Greg; Wellens, Bud; Perez, Joseph
Subject: RE: United Medical Supply Co. Invoicing

Ted,

I saw Brian's response and assume this problem has been corrected. Anyway, in the Medical Prime Vendor process, shipment, not receipt, is automatically posted in the ACF via generation of a DIC YPM transaction that is created out of our unique BIDS processes. Receipt is posted based on invoice processing. I will talk to Bud and try to clarify what he is referring to.

**_Anthony Miraglia_**
**DSCP MRIN**
**DSN 444-5537 COM (215) 737-5537**
**FAX 5780 / 5555**
**Email: amiraglia@dscp.dla.mil**

From: Brukiewa, Ted
Sent: Tuesday, June 01, 1999 9:25 AM
To: Wentzel, Greg; Galligan, Donna; Perez, Joseph
Cc: Rees, Margaret; Garvin, Kathleen; Simpson, John; Coyne, Brian; Wellens, Bud; Dabrowski, Chester; Matlack, Randy; Miraglia, Anthony; Flatley, Linda; Fowler, Michael; Parker, Hermon
Subject: RE: United Medical Supply Co. Invoicing

Greg,

When you and Donna identified the problem to me, I informed Brian Coyne immediately. Brian checked, and reported back to me that all the companies he had up were working fine. That's when I enlisted Chester's help to see if there was a visibility problem on our end. Based on some indicators that appear in the ACF, which we believed show dates when an invoice is received, it was felt that invoices were in fact being received, but that our visibility of these invoices had been disturbed somehow. At this point, Operations was still in the process of moving companies to the new (Mercator) translator, so I thought this was what happened. Unfortunately, both Randy Matlack and Anthony Miraglia were in Columbus, and I could not verify this belief, so we went with it.

When Anthony came back, he talked to Donna, and then told me that we were wrong, there was nothing wrong with the invoice view, and that we were half wrong on the ACF indicators, that the PV process puts in the shipped date, and that the invoice receipt puts in the received date. But that still left me believing that the invoices had been received, just not seen by us. On Thursday, when Bud identified the problem, I walked over to talk to him. He told me that both dates are put in by the PV process, and therefore, we have no visibility of the receipt of an invoice, except via the invoice view, once again leading me back to Randy / Anthony. Randy was gone, Anthony on vacation. Brian was aware of the problem at this point, via Bud, and working on a solution. When all the individuals mentioned are in one place at one time, I, so this won't happen again, will try to find out just how this process works.

John invited you to call him directly with any future invoice problems, I would prefer that this not happen. I spent quite a bit of time last week involved in trying to find out just what was going on, in

gathering information, and in trying to make sure everybody knew what was transpiring. It would be better if this office was the one place to be able to find out just what is going on. I have copied just about everybody who has been involved in this process, because I still might not have the story right. I informed Pharmaceuticals of this problem, and asked them to keep a lookout for anything unusual with PV invoices.

There are many contributing factors to this dilemma, and I would like to be able to state that everything is under control, but at this point stuff is still happening. I know that Operations is working real hard to try to move all EDI companies to the new (Mercator) translator. They have examples over there (Bldg. 36) where they have had a company moved, operational, then a change occurred that screwed up the move. In most cases, it's the company that has caused the problem. I will request, from Brian, a list of which companies are on the new translator, and which still need to be moved. I will also ask that as soon as something happens involving any of our firms, that we be informed. I will do my best to keep everyone informed as to problems, and solutions to those problems, apparently resulting from the move to the new translator. Please feel free to forward this on to anyone I may have missed.

Thanks,

# Ted Brukiewa

CHIEF
INITIATIVES BRANCH

Phone: 215-737-2183
(DSN) 444-2183
FAX: 215-737-5555
(DSN) 444-5555
e-mail: tbrukiewa@dscp.dla.mil

-----Original Message-----
From: Wentzel, Greg
Sent: Tuesday, June 01, 1999 7:23 AM
To: Brukiewa, Ted; Galligan, Donna; Perez, Joseph
Cc: Rees, Margaret; Garvin, Kathleen
Subject: FW: United Medical Supply Co. Invoicing

Ted, Joe, Donna: Note below. When would start seeing the invoices in the Invoice View? Are the missing invoices
retreivable, or do our PVs have to resubmit? Does anyone know? Ted I have to presume that Simpsons people really
did know about this weeks ago, and my email to Wellens was not the first wake up call!

Greg

-----Original Message-----
From: Simpson, John
Sent: Friday, May 28, 1999 1:52 PM
To: Wentzel, Greg; Coyne, Brian
Subject: RE: United Medical Supply Co. Invoicing

Greg: We'll have this fixed first thing Tuesday! In the future, please send email or call Mr. Coyne directly at X8257 when you encounter an EDI invoice problem. The sooner we know about it the better!

John

-----Original Message-----
From: Wentzel, Greg
Sent: Friday, May 28, 1999 12:28 PM
To: Wellens, Bud
Cc: Rees, Margaret; Simpson, John; Boyle, John; Garvin, Kathleen; Brukiewa, Ted; Galligan, Donna; Amendolia, Anthony
Subject: United Medical Supply Co. Invoicing

3

DSCP-UMS-0641

**Importance:** High

Bud,

This is to confirm our fonecon of this AM. Using historical sales data as a basis, the interruption in the 810
processing routine since 17 May has already delayed payments to United on the order of $375,000. This
firm (a small business) cannot absorb even a temporary loss of this magnitude without serious risk to its
financial viability. In the event that the systems issues are not resolved by 1 June, we will have no option
but to initiate requests for manual payments by DFAS. We understand that this is inefficient, resource intensive,
and costly, but we cannot be put in a position of contributing to the failure of United Medical due to issues
that currently appear to rest solely with the government.

If required, I would appreciate your supporting this action and coordinating with the appropriate DFAS
functionals to ensure immediate attention.

Thankyou for your assistance,

Greg Wentzel
Med/Surg PV Customer Support Section
Med/Surg Products CBU
Directorate of Medical Materiel

***Anthony Miraglia***
**DSCP MRIN**
**DSN 444-5537 COM (215) 737-5537**
**FAX 5780 / 5556**
**Email: amiraglia@dscp.dla.mil**

**Kennedy, Donna**

**From:** Flatley, Linda
**Sent:** Wednesday, June 02, 1999 10:58 AM
**To:** Kennedy, Donna; Jennings, James
**Subject:** FW: MORE FRUSTRATION

OA/LK

-----Original Message-----
From: Wentzel, Greg
Sent: Wednesday, June 02, 1999 10:23 AM
To: Rees, Margaret; Flatley, Linda; Amendolla, Anthony; Polini, Geneva; Galligan, Donna; Bruklewa, Ted; Garvin, Kathleen
Subject: FW: MORE FRUSTRATION

More status on O&M, United, BBMC-Colonial invoicing issues. United has supposedly been corrected. Working on O&M, and Colonial to follow. But note that the source of the problem alledgedly rests with the PVs???? Strange that these errors would crop up at the exact same time as the migration to a new translator.

-----Original Message-----
From: Wellens, Bud
Sent: Wednesday, June 02, 1999 10:13 AM
To: Wentzel, Greg
Subject: FW: MORE FRUSTRATION

fyi

-----Original Message-----
From: Simpson, John
Sent: Wednesday, June 02, 1999 10:11 AM
To: Wellens, Bud
Subject: FW: MORE FRUSTRATION

Did you get this update?

-----Original Message-----
From: Coyne, Brian
Sent: Wednesday, June 02, 1999 9:44 AM
To: Simpson, John
Subject: RE: MORE FRUSTRATION

John,
Owens&Minor are sending in incorrect ISA/GS information that is causing their 810's to bomb out. Don is working with them to get everything corrected. This is a problem at the Vendors end. Colonial is next, Don and Warren will look into this. United Medical's problem has been corrected. Again, the vendor was not sending in correct information in the CAD segment. We had to make an adjustment to the translator to correct this problem. Joe Kutza ran all their invoices through yesterday.

Brian

> -----Original Message-----
> From: Simpson, John
> Sent: Wednesday, June 02, 1999 9:28 AM
> To: Wellens, Bud
> Cc: Coyne, Brian; Bruklewa, Ted; Boyle, John
> Subject: RE: MORE FRUSTRATION
> Importance: High
>
> Brian: I suggest you get Warren working this issue immediately!
>
> > -----Original Message-----
> > From: Wellens, Bud
> > Sent: Wednesday, June 02, 1999 9:26 AM
> > To: Simpson, John
> > Cc: Coyne, Brian; Bruklewa, Ted; Boyle, John
> > Subject: FW:MORE FRUSTRATION

1627 MVS tranlator invioces picked up at 09:36:33 on 31 May 1999 did not process into SAMMS. Please let me know when you process. Who is minding the store. Also any satus on the united, Owens and Colonial issue. It is over 2 weeks since any of their invoices have processed.

-----Original Message-----
**From:** Wellens, Bud
**Sent:** Tuesday, June 01, 1999 8:56 AM
**To:** Simpson, John
**Cc:** Coyne, Brian; Boyle, John
**Subject:** FRUSTRATION

John: The MVS translator blew out on 12, 13, and 14 May do to space problems. It was resolved on 17 May. However, the Harbinger invoices from the 12 May pull and translator run at 10:43:56 did not get reprocessed. I found this out when a vendor called wanting to know why they were not pd, and spent 4 hourd researching the problem. Take action to reprocess these invoices and establish procedures to ensure that all invoices pulled are processed. I am the one who gets calls from upset vendors.Let me know when the invoices from the 12th are processed. Any resolutipon on Untited, Owens , and , Colonial. Bud

**Kennedy, Donna**

**From:** Flatley, Linda
**Sent:** Thursday, May 27, 1999 3:17 PM
**To:** Kennedy, Donna; Jennings, James
**Cc:** Steigerwalt, Nora; Dabrowski, Chester
**Subject:** FW: COLONIAL HEALTH MED SURG PV

OH Tr

Info only

-----Original Message-----
From: Rees, Margaret [mailto:paa3050@exmail.dscp.dla.mil]
Sent: Thursday, May 27, 1999 9:20 AM
To: Garvin, Kathleen; Brukiewa, Ted; Christopher Falls; Donald LTCol Butterworth; Flatley, Linda; John Charalabidis; Margaret Rees; Ostermann, Len; Polini, Geneva; Ronald Carfagno; Roslyn Rogers; Wentzel, Gregory
Subject: FW: COLONIAL HEALTH MED SURG PV

> -----Original Message-----
> From:Bird, Sara
> Sent: Thursday, May 27, 1999 8:42 AM
> To: Cuorato, John; Maunz, Carl; McManus, Stephen; Pilla, Louis; Rees,
> Margaret
> Subject: FW: COLONIAL HEALTH MED SURG PV
>
> fyi
>
> -----Original Message-----
> From:Boyle, John
> Sent: Thursday, May 27, 1999 8:06 AM
> To: Allen, George
> Cc: Bird, Sara; Badame, Rose Marie
> Subject: FW: COLONIAL HEALTH MED SURG PV
>
> George: I'm going to make one last try at this because I really think it
> is important. This conversion will not be done on time. We will lose some
> of our large electronic vendors. We have backed up our new accessions for
> over three months and some significant potential partners have lost
> interest. We have contracts that require electronic means that we are not
> honoring our end (electronic orders) and the vendor can't do his end. We
> do not have a Y2K problem. Our mainframe translator program is not the
> problem; we have vendors using the same software who claim it is Y2K
> compliant. This means the DISA mainframe that is running on is not Y2K
> compliant. I don't see why we should jeopardize 5 years of work and
> further antagonize our business partners to declare a Y2K completion. The
> effect of this "victory" will the very disaster we started the Y2K effort
> to prevent. We're just causing it to occur earlier. We have a solution in
> place; we just badly underestimated the time and resources needed to
> accomplish it. We are in such a rush to make this date that we are making
> mistakes and not reaching important vendors. We have not installed the
> system oversight controls in the mid-tier translator neccessary to
> identify processing problems that made our initial effort so successful.
> We have the largest EDI program in DOD. I think our superiors would be
> interested in preserving it if they knew the real situation. jb
>
>
>

> -----Original Message-----
> From:Bird, Sara
> Sent: Wednesday, May 26, 1999 6:28 PM
> To: Wellens, Bud; Coyne, Brian; Galligan, Donna; Miraglia, Anthony;
> Simpson, John; Badame, Rose Marie; Liller, Phil Col
> Cc: Boyle, John; Cuorato, John; Maunz, Carl; McManus, Stephen; Pilla,
> Louis; Rees, Margaret
> Subject: RE: COLONIAL HEALTH MED SURG PV
>
> We really must get a handle on these invoices and the translator problems.
> I fear our frustrations will engender a lot of additional ill will with
> our prime vendors. We can't just keep pointing fingers or giving an
> exasperated shrug. No one in the Medical Directorate really knows what to
> tell these vendors. They must be losing confidence that our once reliable
> payment system is going into a tailspin and it's not even 1 January 2000.
> Our very favorable distribution fees are in large measure a result of our
> 15 day payments of invoices.
>
> Ops - please call a meeting, inviting the CBU personnel as well as
> Comptroller people to update everyone on the problem and the solution.
> thank you
>
> -----Original Message-----
> From:Wellens, Bud
> Sent: Wednesday, May 26, 1999 3:55 PM
> To: Coyne, Brian; Galligan, Donna; Miraglia, Anthony; Simpson, John
> Cc: Rees, Margaret; Boyle, John; Bird, Sara
> Subject: COLONIAL HEALTH MED SURG PV
>
> Anthony: Per your call. Invoices were not receiced from Colonial from 12
> May to 25 May. Last mvs translator invoice was received on 11 May, and
> first macater invoice was received today. Colonial invoice dates from 10
> May thru 20 May have not been received. Additionally, the last invoices
> processed from Owens and United was 17 May. The last invoice date for
> Owens was 14 May, and United 11 May. I have no idea what to tell Owens and
> United because it is almost impossible to identify the last ISA received.
> On the surface it appears the this a conversion problem . Do not have idea
> what else is missing because I no longer have the tools to monitor the
> process. This apparenntly has to be resolved by 'O'. It appears that DCSP
> has lost a huge measure of control and I am at a loss to do anything.
> Bud



DSCP-PV-5135

**Kennedy, Donna**

Off the person

| | |
|---|---|
| **From:** | Flatley, Linda [paa3209@exmail.dscp.dla.mil] |
| **Sent:** | Monday, March 22, 1999 11:32 AM |
| **To:** | Aarvig, Margie; Bonaccorso, Guiliana; Crescenzo, Marie; Darby, Diana; Gervasi, Steve; Hines, Claude, MAJ; Jennings, James; Jennings, Lou; Kennedy, Donna; Kitzinger, Michelle; LoCicero, Joseph; Martin, Nancy; Nash, Lenora; Perry, Lisa; Raab, Andrea; Thomas, Allen; Wilson, Sharon |
| **Subject:** | FW: Serious Electronic Invoicing Problem |
| **Importance:** | High |

Info only. LF

-----Original Message-----
From: Rees, Margaret [mailto:paa3050@exmail.dscp.dla.mil]
Sent: Monday, March 22, 1999 11:20 AM
To: 'Bird, Sally'; 'Lamy, Col'; 'Maunz, Carl'; Garvin, Kathleen; Matlack, Randy; Badame, Rose Marie
Cc: 'Gallo, Fran'; Galligan, Donna; McManus, Stephen; Parker, Hermon; Docimo, Joseph; Wellens, Bud; Christopher Falls; Donald LTCol Butterworth; Flatley, Linda; John Charalabidis; Margaret Rees; Ostermann, Len; Paul Bellino; Pollni, Geneva; Ronald Carfagno; Wentzel, Gregory
Subject: Serious Electronic Invoicing Problem
Importance: High

Hi everybody- Fran Gallo also sent me an email on the situation and she also says it is out of control. Apparently our invoice facilitators cannot identify the paid invoices from the ones they have to work. Looks like all the invoices are showing up. I just spoke with Roe Badame. She is aware of the emergency and will be getting back to me with status. Please confer with your invoice facilitators and get a sense of how bad this is. I will keep you all informed. Maggie

> -----Original Message-----
> From:Wellens, Bud
> Sent: Monday, March 22, 1999 9:07 AM
> To: Badame, Rose Marie
> Cc: Boyle, John; Bird, Sara; McManus, Stephen; Rees, Margaret
> Subject: FW: EI INVOICES
>
> Roe: It has happened again today on 22 March 1999. It is getting bigger
> each day. This problem has resulted in a complete loss of control over
> Medical Prime Vendor invoices. PLEASE advise when this problem will be
> resolved.
>
> -----Original Message-----
> From:Wellens, Bud
> Sent: Friday, March 19, 1999 11:01 AM
> To: Badame, Rose Marie
> Cc: Boyle, John
> Subject: EI INVOICES
>
> On 17,18,19 March 1999 it apprears that all EI received since 1 February
> 1999 have recycled into C&T and Medical SAMMS. This has resulted in over
> 70 FEET (23.33 YARDS ) on paper being printed. Addionally, it is
> virtually impossible to identify the good invoices from the bad ones. At



DSCP-PV-5140

> this time I beleive that we have lost a large measure of control. Furhter,
> DFAS is also getting their copies of this paper, and are quite upset,
> because like us, they can not identify the good invoices from the bad.
> PLEASE, PLEASE do whatever is necessary to get this resolved. PLEASE. Bud
>

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | MAIN CASE NO: 03-CV-289<br>Consolidated case no: 07-cv-187<br>Judge Allegra |

## EXHIBIT E TO SECOND AMENDED COMPLAINT

DSCP INTERNAL CORRESPONDENCE RE: UNITED MEDICAL ACCOUNT

**From:** [illegible]
**Sent:** Friday, October 17, 2003 [illegible]
**To:** Galligan, Donna (DSCP); Hallam, Kathleen (DSCP)
**Cc:** Flatley, Linda (DSCP); Jennings, James (DSCP)
**Subject:** RE: United Medical Information

Thanks Donna! I know that was extremely difficult to put together.

-----Original Message-----
**From:** Galligan, Donna (DSCP)
**Sent:** Friday, October 17, 2003 11:25 AM
**To:** Hallam, Kathleen (DSCP)
**Cc:** Amendolia, Anthony (DSCP); Flatley, Linda (DSCP); Jennings, James (DSCP)
**Subject:** United Medical Information

Kathleen,

I have attached all of the lists that you sent me for each of the facilities. I have found in my research that there are call numbers where DSCP would still owe a balance to the vendor. Some of the histories I have show that the funds were/are available in our system for payment. These equate to approximately $37,000. I also have records that show some of the call numbers listed with balances owed have been paid in full. I have annotated each file with the information I could find. I have all of the paperwork that I was able to retrieve on each of these lists if you need it.

I was not aware that there was a requirement to preserve the payment history on this contract. I have saved a database of information available in our system. If there are any other records, I am not aware of them. If you have any questions, my number is listed below. Thank you.

<< File: UM INVOICES4DARNELL.doc >> << File: UMinvoices4ALBURQUERQUE.doc >> << File: UMInvoices4ALTUS.doc >> << File: UM-Invoices4BEAUMONT.doc >> << File: UMInvoices4BLISS.doc >> << File: UMInvoices4BROOKE.doc >> << File: UMinvoices4BROOKS-AFB.doc >> << File: UMInvoices4CANNON.doc >> << File: UMInvoices4CORPUSCHRISTI.doc >> << File: UMInvoices4FORTSILL.doc >> << File: UMInvoices4FORTWORTH.doc >> << File: UMinvoices4GALVESTON.doc >> << File: UMinvoices4HOLLOMAN.doc >> << File: UMinvoices4LAUGHLIN.doc >> << File: UMInvoices4RANDOLPH[1].doc >> << File: UMinvoices4SHEPPARD[1].doc >> << File: UMInvoices4TINKER[1].doc >> << File: UMinvoices4VANCE[1].doc >>

*Donna Galligan*
Team Leader
Med/Surge Invoice Team
DSCP-RXM
(215) 737-2194 or DSN 444-2194
Fax: (215) 737-2058
New Email: Donna.Galligan@dla.mil

**Importance:** High

Bud,

This is to confirm our fonecon of this AM. Using historical sales data as a basis, the interruption in the 810
processing routine since 17 May has already delayed payments to United on the order of $375,000. This
firm (a small business) cannot absorb even a temporary loss of this magnitude without serious risk to its
financial viability. In the event that the systems issues are not resolved by 1 June, we will have no option
but to initiate requests for manual payments by DFAS. We understand that this is inefficient, resource intensive,
and costly, but we cannot be put in a position of contributing to the failure of United Medical due to issues
that currently appear to rest solely with the government.

If required, I would appreciate your supporting this action and coordinating with the appropriate DFAS
functionals to ensure immediate attention.

Thankyou for your assistance,

Greg Wentzel
Med/Surg PV Customer Support Section
Med/Surg Products CBU
Directorate of Medical Materiel

***Anthony Miraglia***
**DSCP MRIN**
**DSN 444-5537 COM (215) 737-5537**
**FAX 5780 / 5555**
**Email: amiraglia@dscp.dla.mil**

**From:** Rees, Margaret [paa3050@exmail.dscp.dla.mil]
**Sent:** Monday, June 21, 1999 1:18 PM
**To:** 'Flatley, Linda'; 'Polini, Geneva'; Garvin, Kathleen
**Subject:** FW: FYI

> -----Original Message-----
> From: Wellens, Bud
> Sent: Monday, June 21, 1999 1:08 PM
> To: Wentzel, Greg; Coyne, Brian
> Cc: Brukiewa, Ted; Rees, Margaret; Galligan, Donna; Amendolia, Anthony;
> Polini, Geneva; Boyle, John
> Subject: RE: FYI
>
> Greg: I revived the examples you provided. GU40 AND 49 are in cash mgmt
> waiting to be pd. GT57, GT67, GT78 show a transation date prior to
> mecater. I do not see these invoices in the segment listings. However, the
> MVS translator blew out on 12, 13, and 14 May 1999 and it is possiblbe
> that these invoices were there, but not restored by O. I suggest that you
> have United invoice these orders. I show no records in Mecater segment
> listing for GT78,GT95, and GO35. Brian please see if you can find these.
> Note that non of this is my doing. Prior to Mecater these type problems
> did not exist. Suggest letting Brian to his research, restore if he finds
> them, and wait to month end so we have an updated ULO list with June
> information. Then make a determination as to what to do. Bud
>
> -----Original Message-----
> From: Wentzel, Greg
> Sent: Wednesday, June 16, 1999 4:47 PM
> To: Wellens, Bud
> Cc: Brukiewa, Ted; Rees, Margaret; Galligan, Donna; Amendolia, Anthony;
> Polini, Geneva
> Subject: RE: FYI
>
> Bud,
>
> We do have almost 60 aging invoices from United Medical totaling over
> $108,000. We always seem to have
> that issue with United and the customers in the Lonestar Region. But that
> is not the issue that concerns us
> here. We still believe, despite claims to the contrary, that many of our
> PV 810s were not recovered and
> successfully processed thru the translator and into SAMMS. For example,
> we now have somewhere in the
> neighborhood of 300 customer ULOs awaiting United Invoices. That's an
> awful lot of customer receipts without
> accompanying invoices. I've listed below a small sample of customer
> obligations amounting to big money
> from the point of United Medical. I gather that the last 3 might still be
> in cash management, but the first 5?
> We just pulled out some of the big ones, there are plenty more.
>
>
> Inv. Trans. dte Inv. # Obl. date $
> Value Call #
> 5/10/99 71320913 5/13/99
> 16,947.46 GT57
> 5/14/99 71360512 5/21/99
> 28,114.57 GT67
> 5/14/99 71397075 5/22/99
> 17,067.55 GT78
> 5/20/99 71473540 5/26/99

> 16,637.60 GT95
> 5/27/99 71569702 5/31/99
> 17,331.44 GU18
> 6/3/99 71646975 6/9/99
> 21,211.38 GU35
> 6/4/99 71664549 6/10/99
> 16,171.50 GU40
> 6/8/99 71702125 6/12/99
> 17,829.63 GU49
>
> Bud and Ted, I'm not trying to beat a dead horse, but I don't think that
> all the evidence supports the
> contention that this issue is resolved.
>
> Greg
>
>
>
> -----Original Message-----
> From: Wellens, Bud
> Sent: Wednesday, June 16, 1999 11:45 AM
> To: Wentzel, Greg
> Cc: Brukiewa, Ted; Rees, Margaret
> Subject: FW: FYI
>
> Her is part of the problem. Bud
>
> -----Original Message-----
> From: Pringle, Toron
> Sent: Wednesday, June 16, 1999 10:51 AM
> To: Wellens, Bud
> Cc: Blais, Antoinette
> Subject: FYI
>
> Pacific Criticare United Medical Supply Co Inc
> SP020096D7116 SP020097D7133
> 1 invoice 51 INVOICES
> TOTAL- 110.00 TOTAL- 70,350.00
> TORON

**From:** Charalabidis, John
**Sent:** Friday, January 19, 2001 1:25 PM
**To:** Cuorato, John; Polimeni, Anne; Flatley, Linda
**Subject:** FW: United Medical

To all,

We are waiting for further documentation and will proceed accordingly when we get it.

John Ch.

-----Original Message-----
From: Galligan, Donna
Sent: Friday, January 19, 2001 10:55 AM
To: Charalabidis, John
Subject: RE: United Medical

John,

This is the information I have on United Medical. Anthony Amendolia has also been working with them. He may have some additional information to share.

We currently have invoices worth $284,000 in-house that we owe payments to United ($111,000 beyond 15 days). There is also an additional $6600 of unliquidated obligations that we have notified United about and asked them to re-invoice for this money. Anthony Amendolia sent Megan at United a listing, but so far I have not seen any re-invoicing for these. Anthony has also asked Megan on numerous occasions for them to provide us with a listing of call numbers that they show we owe them payments on so we can research, but they have not responded with any information.

-----Original Message-----
From: Cuorato, John
Sent: Friday, January 19, 2001 8:45 AM
To: Rogers, Roslyn; Charalabidis, John; Galligan, Donna
Subject: FW: United Medical
Importance: High

Please get me up to speed on any payment problems with United asap. Thanks.

John C.

-----Original Message-----
From: McManus, Stephen
Sent: Thursday, January 18, 2001 4:43 PM
To: Cuorato, John
Subject: FW: United Medical
Importance: High

John -

Anything you can tell me about United Medical bill paying? Also, if you have any more words on the $150K, obviously this is still open too. I was hoping COL Mervis had closed it. I think in the end we will have to give him the money, but I would like to make sure we get our money's worth.

Steve

-----Original Message-----
From: Magee, George, COL, OASD(HA)/TMA [mailto:George.Magee@tma.osd.mil]

the plan... but it is the right thing to do.

Here it is.....

Jim

As I am sitting here in my little EPP, I thought I could tell you about the interesting discussions I had with Mr. Bandy at United. We had two meetings both lasting 2-3 hours each. He was very friendly and seemed happy that "we" had dropped by.

Here is a recap of our discussions.

1. He is eager to make the transfer as soon as MEDCOM/Philly can arrange it. The dates in late April and early May are acceptable. He would be willing to move them up even faster if desired.

2. He will not, under ANY circumstances sign an extension to the existing contract. He is not being obstinate and he explained the reasons very soundly. Simply put: He would bankrupt his company. Let me try and explain it to you.

a. Each day he "borrows" funds from the bank to "pay" for his accounts payable. The bank will lend him 80% of the "Accounts Receivable" from the day before. He is slightly hampered from his MILITARY customers due to Accounts Receivables being UNPAID by the OPLOCs in a timely manner. WBAMC has the largest amounts of these above 60 days ($80K+). I will have Cpt Crockett-Lynn work on them hard, but the OPLOC is the problem. BAMC has the lowest Accounts Receivable backlog. Each time an OPLOC fails to pay him within the 10-30 days the contract specifies, he can borrow less from the bank to order and keep his shelves full. He says he has requested relief from Philly a number of times on his Accounts Receivable, but no solution to this problem has been made. Bottom line, THE US Government IS NOT HONORING THE CONTRACT. He mentioned no one besides me has ever visited him (this being my second trip) and he hopes to get these payments resolved before the conversions. I think we ought to find someone to honcho this for him and get him paid. I also think we ought to consider raising the DOS about 5 days at the MTF level 60 days prior to conversion to ensure we do not run out of stock as he attrites his levels. On the side, I also visited Bindley-Western. Actually it was nostalgic to actually see warehouses full of supplies like in the old days. One thing for sure, the US Army did transfer a lot of risk to the PVs for storage, but with only a 22 day supply I feel at risk for surge now.

b. He places his orders on a 42 day cycle. Twenty-two days for himself and 20 days per MTF. The problem with excessive DUE-OUTS at the MTFs seem to stem from erratic ordering patterns from hospital to hospital. For example, a hospital will set a pattern for months at 3 ea., then go two months without ordering the item at all and then order 2-3 times (of 4-6 each) in the same month. This of course will exhaust all of his stock on a single customer and thusly will impact everyone. As I look at the system, it seems the first customer will get his order filled and all the rest will get killed or due-out. There does not appear to be a automated break to stop this pattern breaking.... to limit the erratic customer. A couple of the smaller MTFs (AF/Navy incl) seem to also throw off the cycle far more than you'd expect. I will fax you the data he provided.

c. When he orders he "pays retail" for his purchases, but because of the contract that Linda manages is able to secure "DEEP DISCOUNTS" from hundreds of his manufacturers who have copies of the contract from "REBATES" or "DAPA pricing" built within the contract. The billing goes like this: He orders 1 ea. of something at $100.00. The manufacturer will bill him $100.00. He attaches the MED-SURG contract bill to the invoice that says; "30% off retail or DAPA" and he pays $70.00. Sometimes it works and the bill is invoiced at $70.00 and sometimes it doesn't which causes him to go to "CREDIT-HOLD" until the bill is paid or issue resolved. An interesting example is ALaris which gives him 70% off retail. The amount of Alaris

products the region uses will cause him MAJOR TRAUMA if Alaris fails to pay on the contract extension. The REAL ISSUE is he is dealing with hundreds of manufacturers and companies that all have the contract in their hand with an expiration date of 31 May 2001. To get mods out there to hundreds of activities and ensure he gets paid for the DAPA/rebates is TOO RISKY for him. He doesn't trust the government to pay him on-time (and we haven't) and knows he will not get relief after May (I agree). Frankly looking at his accounts receivable, I do not blame him at all.

d. I might note that he does more dollar volume and monthly business with the civilian University Hospital in San Antonio than with ALL MILITARY accounts combined. So he is really at no risk at conversion unless we do not pay him.

I am recommending that we adjust the changeover to make it easy to "CLEAN UP" this mess from both ends. As a result of my observations, I suggest we convert MTFS in the following order due to the risk of contract transfer.

a. WBAMC first. We are his second largest MTF and have the longest transport chain to fill orders. We also have the highest Accounts Receivable mess to fix so the "extra" time between conversion and contract termination will help both the military and the contractor get their accounts squared away.

b. ALL NAVY & AF MTFs next. They seem to have the greatest need and although volume is low, their ordering patterns are the most erratic and they have a higher than normal intrasit rate.

c. Smaller Army MTFs with long transport times and then Ft Hood. Ft Hood with the third largest volume has the second lowest risk because they are dead center on both of his main DCs (warehouses).

d. BAMC last. His largest customer and he supports them directly from his warehouse in San Antonio. His transport cost is low. Their intrasits are under control. He can consolidate stock their that may be unusable to his civilian customers and they have a robust staff compared to other MTFs that will have to clean up their accounts with OPLOC in shortest time.

I will chat with you later... let me see how the power outage is coming along.

jim

-----Original Message-----
From; Flatley, Linda [mailto:paa3209@dscp.dla.mil]
Sent: Thursday, November 30, 2000 4:46 AM
To: 'Riley, James D LTC WBAMC'
Subject: United Visit

LTC Riley,

On a separate topic: COL Fletcher told me you were going to drop in unannounced to Mr. Bandy's office to discuss performance issues. I know Mr. Bandy has a lot of personal respect for you, as he has implied to me that you are one of the few Gov't persons that he really thinks is fair.

How did the meeting go? Anything you want to share?

Is there anything you want or need us to do as a follow-up?

Linda F.