IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO TAKE TWO EXPERT DEPOSITIONS

Pursuant to Rules 6, 6.1, 7, and 29 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests the Court's permission to depose plaintiff's two testifying experts, Robert A. Imel and Patrick J. Killman, no later than April 29, 2008, which is eight calendar days after the scheduled close of discovery in this case on April 21, 2008. This is our first such request. Frank L. Broyles, counsel for plaintiff, United Medical Supply Company, Inc., states that plaintiff does not oppose this motion. We anticipate taking both depositions by telephone on April 29.

Mr. Broyles will depose our testifying expert, Derk G. Rasmussen, on April 16, in Salt Lake City, Utah. Undersigned counsel for defendant will be on travel for discovery in another case during the remainder of that week. On April 3, 2008, we proposed to depose plaintiff's experts on the final day of the scheduled discovery period, Monday, April 21. Plaintiff's counsel stated that the 21st was not convenient, and proposed to request leave of the Court to schedule the depositions for later in that week. We tentatively agreed. However, the next day on which both experts and both counsel are available is the 29th, the Tuesday of the following week. Accordingly, we request an enlargement of time of eight days, to and including April 29, 2008,

solely for the purpose of completing these two depositions. The parties do not foresee a need to request an enlargement of the deadline of May 5, 2008, to file a joint status report.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476

Attorneys for Defendant

OF COUNSEL:
MICHAEL McGLINCHEY
Trial Attorney
Defense Supply Center
Philadelphia

April 11, 2008

CERTIFICATE OF FILING

I certify that on April 11, 2008, the attached was filed electronically. I understand that service is complete upon filing and parties and others may access this filing through the Court's electronic system.

s/Kyle Chadwick