**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>*Plaintiff*<br><br>v.<br><br>THE UNITED STATES,<br>*Defendant* | CONSOLIDATED CASE NOS:<br>**MAIN CASE: 03-CV-289**<br>CONSOLIDATED CASE: 07-CV-187<br><br>Judge Allegra |

**JOINT STATUS REPORT OF MAY 2, 2008**

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

Pursuant to the Court's Order dated December 10, 2007, the parties respectfully submit the following Joint Status Report.

The parties intend to revisit the possibility of settlement in the coming weeks. Absent settlement, Plaintiff intends to file a Second Motion for Summary Judgment and a *Daubert* Motion to limit the testimony of Defendant's expert. The parties propose that Plaintiff file its motions on or before July 7, 2008, with further briefing to proceed in accordance with the Court's Rules.

Subject to further consideration, Defendant currently anticipates filing a cross-motion for partial summary judgment with its response to Plaintiff's dispositive motion.

The parties further propose to file another Joint Status Report promptly following the Court's ruling on the dispositive motions.

Signed May 2, 2008.

Respectfully Submitted,

s/Frank L. Broyles
FRANK L. BROYLES
Goins, Underkofler, Crawford &
Langdon, LLP
1201 Elm St. Suite 4800
Dallas, TX 75270
Tele: (214) 969-5454

Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street NW
Washington, D.C. 20530
Tele: (202) 616-0476

Attorneys for Defendant