# In The United States Court of Federal Claims

No. 03-289C

(Filed: May 16, 2008)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A status conference was held in this case on Friday, May 16, 2008, to discuss how this case should proceed following discovery. Accordingly, per discussions held during the conference, on or before May 30, 2008, parties shall file a joint status report proposing available dates to hold a trial and estimating the duration of the trial.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge