IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | with which No. 07-187C is consolidated |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated May 16, 2008, plaintiff, United Medical Supply Company, Inc., and defendant, the United States, respectfully submit this joint status report and propose the following trial schedule for the Court's consideration.

1. Trial in Dallas, Texas, during the period of October 6-17, 2008. The parties would prefer, however, to begin the trial no earlier than Tuesday, October 7.

2. Motions in limine to be filed on or before July 7, 2008.

3. Responses to motions in limine to be filed on or before July 28, 2008.

4. Meeting of counsel to exchange exhibits and witness lists pursuant to Appendix A, paragraph 13 of the Rules of the United States Court of Federal Claims ("RCFC"), no later than July 28, 2008.

5. Plaintiff to file its memorandum pursuant to RCFC Appendix A, paragraphs 14-16, on or before August 11, 2008.

6. Defendant to file its memorandum pursuant to RCFC Appendix A, paragraphs 14-16, on or before September 8, 2008.

7. Final pretrial conference to be scheduled when most convenient for the Court during the week of September 22, 2008.

Respectfully submitted,

s/Frank L. Broyles
FRANK L. BROYLES
GOins, Underkofler, Crawford &
Langdon, LLP
1201 Elm St. Suite 4800
Dallas, TX 75270
Tele: (214) 969-5454

Attorneys for Plaintiff

GREGORY G. KATSAS
Acting Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street NW
Washington, D.C. 20530
Tele: (202) 616-0476

Attorneys for Defendant

May 30, 2008

CERTIFICATE OF FILING

I certify that on May 30, 2008, the attached document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick