# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>*Plaintiff*<br><br>v.<br><br>THE UNITED STATES,<br>*Defendant* | CONSOLIDATED CASE NOS:<br>**MAIN CASE: 03-CV-289**<br>CONSOLIDATED CASE: 07-CV-187<br><br>Judge Allegra |

## PLAINTIFF'S UNOPPOSED MOTION TO MODIFY DATES SUBMITTED IN JOINT STATUS REPORT OF MAY 28, 2008

(UNOPPOSED)

**TO THE HONORABLE UNITED STATES COURT OF FEDERAL CLAIMS:**

Pursuant to the Court's Order of May 16, 2008 the parties submitted a Joint Status Report. The dates proposed were based on a proposed trial date during the period beginning October 6, 2008. Subsequently the Court advised the parties that the trial dates proposed were unavailable and that the trial dates would be held during November. Accordingly, Plaintiff requests that the dates proposed in the Joint Status Report be modified as follows:

1. The deadline for filing Motions in Limine be changed from July 7, 2008 to August 4, 2008.
2. The deadline for filing Responses to Motions in Limine be moved from July 28, 2008 to August 25, 2008.

3. The deadline for meeting of counsel to exchange exhibits and witness list pursuant to RCFC Appendix A, paragraph 13, be moved from July 28, 2008 to August 25, 2008.

4. The deadline for Plaintiff to file Plaintiff's memorandum pursuant to RCFC Appendix A, paragraphs 14 - 16, be moved from August 11, 2008 to September 8, 2008.

5. The deadline for Defendant to file Defendant's memorandum pursuant to RCFC Appendix A, paragraphs 14 - 16, be moved from September 8, 2008 to October 6, 2008.

6. The final pretrial conference be held at a time most convenient for the Court during the week of October 20, 2008.

7. Counsel for Plaintiff conferenced with counsel for the United States and was advised that this Motion is unopposed.

Signed June 16, 2008.

Respectfully submitted,

s/ Frank L. Broyles
Frank L. Broyles
Texas State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

ATTORNEY FOR PLAINTIFF UNITED

MEDICAL SUPPLY COMPANY, INC.

CERTIFICATE OF SERVICE

A copy of the foregoing as filed has been served on Kyle Chadwick on June 16, 2008 *via* the Clerk's electronic service and email.

s/ Frank L. Broyles