# In The United States Court of Federal Claims

No. 03-289C

(Filed: June 19, 2008)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 16, 2008, plaintiff filed an unopposed motion to modify the dates the parties originally submitted in their May 28, 2008, joint status report. The motion is hereby **GRANTED**. Accordingly:

1. On or before August 4, 2008, the parties shall file any motions in limine;

2. On or before August 25, 2008, the parties shall file their responses;

3. On or before August 25, 2008, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial. *See* RCFC, Appendix A, ¶ 13(a) and (b);

4. On or before September 8, 2008, plaintiff shall file:

   (a) Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a);

   (b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

   (c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

5. On or before October 6, 2008, defendant shall file:

   (d) Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b);

   (e) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

   (f) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

6. A pre-trial conference will be held on October 21, 2008. The court will determine, at a later point, whether that conference will be in telephonic form or in person; and

7. Trial in this case will be held in Dallas, Texas, on November 12, 2008 through November 21, 2008, at a courthouse and times to be established by future order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge