IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-289C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR STAY OF ALL PROCEEDINGS

Defendant respectfully moves this Court for a stay of proceedings, not to exceed sixty days, for the purpose of continuing settlement negotiations. This is defendant's first motion for this purpose. Counsel for plaintiff has stated that he joins in this motion.

The scheduling order entered on June 19, 2008, provides that motions in limine be filed by August 4, 2008, that responses thereto be filed by August 25, 2008, that Counsel meet and identify exhibits and information on witnesses no later than August 25, 2008, that Plaintiff file its Memorandum of Contentions of Fact and Law and witness and exhibit lists by September 8, 2008, that Defendant file its Memorandum of Contentions of Fact and Law and witness and exhibit lists by October 6, 2008, that a pre-trial conference be held on October 21, 2008 and that trial in this matter be held in Dallas, Texas from November 12, 2008 through November 21, 2008.

During the month of June 2008 and prior, the parties engaged in efforts to resolve this matter. As the result of these efforts, counsel agreed to recommend that their respective clients authorize acceptance of the current proposed settlement. The necessary steps to seek such authorization and, if such authorization is obtained, to arrange for

payment, is expected to take at least sixty days. Accordingly, staying this litigation to give the parties the opportunity to resolve this matter without further briefing and trial will conserve the parties' and this Court's resources and, pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

For the foregoing reasons, defendant respectfully requests that the Court grant our motion for a sixty day stay for the purpose of pursuing settlement.

GREGORY G. KATSAS
Acting Assistant Attorney General

/s/
JEANNE E. DAVIDSON
Director

/s/
SCOTT A. MACGRIFF
Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0476

Attorneys for Defendant

OF COUNSEL:
MICHAEL McGLINCHEY
Trial Attorney
Defense Supply Center
Philadelphia

August 5, 2008